UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61469-RS

AKAI CUSTOM GUNS, LLC, *et al.*,

    Plaintiffs,

v.

KKM PRECISION, INC., *et al.*,

    Defendants.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION TO DISTRICT JUDGE

This matter is before the Court on the Magistrate Judge's Report and Recommendation [DE 174], in which Magistrate Judge Alicia O. Valle recommends granting in part Plaintiffs' Motion Regarding Spoliation of Evidence [DE 134] (the "Motion") solely as to Mr. Luke McIntire's iPhone X communications. No objections have been filed to the Report and Recommendation. Thus, having reviewed Magistrate Judge Valle's Report and Recommendation, the record, and given that no party has filed any objections to the Report and Recommendation, it is hereby,

    **ORDERED** that:

1. The Magistrate Judge's Report and Recommendation [DE 174] is **AFFIRMED AND ADOPTED**.

2. Plaintiffs' Motion Regarding Spoliation of Evidence [DE 134] is **GRANTED in part**:

    a. The Motion is granted as to Mr. Luke McIntire's iPhone X communications;

    b. The Motion is denied as to Defendant Shooters Connection, Inc.

    c. The Motion is denied as to Defendant KKM Precision, Inc.'s purchases from Ta Chen International, Inc. and North American Stainless;

    d. The Motion is denied as to Mr. Michael Dame's communications;

    e. The Motion is denied as to Mr. Timothy Mekosh's communications.

3. To cure any prejudice to Plaintiffs from the spoliation, the Court shall:

    a. Permit Plaintiffs to present evidence at trial regarding the loss and likely relevance of the missing iPhone X communications; and

    b. Instruct the jury that it may consider this evidence, along with all the other evidence, in making its decision.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 8th day of August, 2023.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record