UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No.: 0:20-cv-61469-RS

AKAI CUSTOM  GUNS, LLC,
a Florida Limited Liability Company,
and SHAY HOROWITZ, an Individual,

       Plaintiffs,

vs.

KKM PRECISION, INC. a Nevada
Corporation, and SHOOTERS CONNECTION,
INC., a Kentucky Corporation,

       Defendants.

_____/

## EXHIBIT REGISTER

Exhibits submitted on behalf of: Akai Custom Guns, LLC and Shay Horowitz

Matter set for hearing/trial: November 28, 2023 [ECF No. 202]

Date of hearing/trial: December 11, 2023

By: Richard J. Fiato and Edmund S. Yee

| Ex. No. | Description of Exhibit | Admitted | Refused | Not Offered Into Evidence |
|---|---|---|---|---|
| PX 1 | 10-22-2019 – Akai Public Service Announcement | | | |
| PX 2 | 1-9-2020 – KKM Public Letter | | | |
| PX 3 | 1-16-2020 – SCI Facebook Post of KKM Public Letter | | | |
| PX 4 | 1-8-2019 – Vlieger Text to Horowitz regarding building guns for SCI (Bradley Dep. Ex #2) | | | |

| | | | | |
|---|---|---|---|---|
| PX 5 | 2-25-2019 – SCI Facebook Post regarding Akai gun built with SCI exclusive KKM Precision hybrid barrel (Bradley Dep. Ex #3) | | | |
| PX 6 | 5-5-2022 – Expert Report of Dan Bedell | | | |
| PX 7 | Bradley Text to Horowitz – "I can't have you testing barrels and then sending them back with marks on them." (Bradley Dep. Ex #6) | | | |
| PX 8 | 12-18-19 – Vlieger Text to Dame regarding two different types of steel (Bradley Dep. Ex #7) | | | |
| PX 9 | Outokumpu Certificates of Test | | | |
| PX 10 | Carpenter Technology Certificates of Test | | | |
| PX 11 | 7-12-2022 – Declaration of Mike Marcanio (Outokumpu) | | | |
| PX 12 | Carpenter Technology Datasheet for 416 Project 70+ Stainless (Bradley Dep. Ex #11) | | | |
| PX 13 | 7-25-2020 – Bradley/Dame Texts regarding two different types of steel (Bradley Dep. Ex #12) | | | |
| PX 14 | 12-17-2019 – McIntire Text to Nathan Carter regarding two types of steel | | | |
| PX 14.1 | Pictures of Nathan Carter Test Results – AKAI HOROWITZ 311-314 | | | |
| PX 15 | Bradley/McIntire emails regarding two types of steel (Bradley Dep. Ex #16) | | | |
| PX 16 | 12-9-2019-12-11-2019 – Bradley/Mekosh Texts regarding going after Akai (Bradley Dep. Ex #17) | | | |

| PX 17 | SCI Facebook Pages (Bradley Dep. Ex #19) | | | |
|---|---|---|---|---|
| PX 18 | 12-9-2019 – Bradley/Dame Texts regarding helping burn Horowitz (Bradley Dep. Ex #20) | | | |
| PX 19 | 4-28-2020 – Bradley/Dame/Mekosh Texts regarding working to put Horowitz out of business (Bradley Dep. Ex #21) | | | |
| PX 20 | 1-30-2020 – Bradley/Dame Texts regarding getting rid of Horowitz (Bradley Dep. Ex #22) | | | |
| PX 21 | 1-19-2020 – Bradley/Dame Texts regarding getting word out on Horowitz regarding moving company and day trading (Bradley Dep. Ex #23) | | | |
| PX 22 | 12-15-2019 – Bradley/Dame Texts regarding Horowitz day trading and Double Alfalfa (Bradley Dep. Ex #24) | | | |
| PX 23 | 1-8-2020-1-13-2020 – Bradley/Dame Texts regarding FBI investigation, Akai contingency program and Cody Baker barrel (Bradley Dep. Ex #25) | | | |
| PX 24 | 1-17-2020-1-18-2020 – Emails between Bradley and Scott Lepping regarding Jerry Colantone barrel (Bradley Dep. Ex #26) | | | |
| PX 25 | KKM Tungsten Barrel Ad (Bradley Dep. Ex #27) | | | |
| PX 26 | 4-28-2020 – Bradley/Dame Texts regarding discrediting Horowitz (Bradley Dep. Ex #28) | | | |
| PX 27 | 1-29-2020 – Bradley/Dame Texts regarding Horowitz being laughingstock at Shot Show (Bradley Dep. Ex #29) | | | |

| | | | | |
|---|---|---|---|---|
| PX 28 | 8-8-2022 – Declaration of Tapan Shah (Carpenter) | | | |
| PX 29 | 10-6-2021 – McIntire/Vlieger Texts regarding BQ5 (McIntire Dep. Ex #10) | | | |
| PX 30 | 12-5-2019 – Demand Letter to KKM (with demand amount redacted per FRE 408) | | | |
| PX 31 | 12-30-2019 – Kaempfer Crowell Response to Demand Letter | | | |
| PX 32 | KKM Warranty (McIntire Dep. Ex #15) | | | |
| PX 33 | 1-13-2020 – Bradley/Dame Texts Regarding FBI investigation (McIntire Dep., Ex #17) | | | |
| PX 34 | 12-17-2019 – Picture of tests on Nathan Carter barrel (McIntire Dep. Ex #18) | | | |
| PX 35 | 12-18-2019 – Conversation Between Vlieger and Brandon Bunker regarding two different types of steel (McIntire Dep. Ex #19) | | | |
| PX 36 | 9-19-2019 – QC Metallurgical, Inc. hardness testing results (Complaint Ex #1) | | | |
| PX 37 | 1-21-2020 – QC Metallurgical, Inc. chemical analysis results (Complaint Ex #7) | | | |
| PX 38 | Dame Facebook Comment to Jeremiah Deneski – "almost sounds like insurance fraud." (Complaint Ex #5) | | | |
| PX 39 | 12-5-2019 – Demand Letter to SCI (with demand amount redacted per FRE 408) | | | |
| PX 40 | 12-9-2019 – SCI Response to Demand Letter | | | |

| | | | | |
|---|---|---|---|---|
| PX 41 | Jerry Colantone Exploded Barrel (Complaint Ex #6) | | | |
| PX 42 | Defamatory Facebook Posts (Complaint Ex #3) | | | |
| PX 43 | SCI Website Ads regarding KKM barrels (Vlieger Dep. Ex #1) | | | |
| PX 44 | 10-19-2019-10-28-2019 Conversation Between Horowitz and Vlieger (Vlieger Dep. Ex #4, Pgs. 247-249) | | | |
| PX 44.1 | 10-19-2019-10-28-2019 Conversation Between Horowitz and Vlieger (Vlieger Dep. Ex #4, Pgs. 252-266) | | | |
| PX 45 | Text Conversation Between Horowitz and Vlieger (Vlieger Dep. Ex #5) | | | |
| PX 46 | 12-17-2019 – Texts Between Nathan Carter and Vlieger (Vlieger Dep. Ex #7) | | | |
| PX47 | 10-31-2019 – Brandon Bunker Facebook Post regarding testing parts (Vlieger Dep. Ex #9) | | | |
| PX 47.1 | 10-27-19 – Texts Between Vlieger and Brandon Bunker (Vlieger Dep. Ex #8, Pgs. 32-34 | | | |
| PX 47.2 | 12-12-19 – Texts Between Vlieger and Bradon Bunker (Vlieger Dep. Ex #8, Pgs. 35-42 | | | |
| PX 48 | 12-9-2019-1-27-2020 – Texts Between Vlieger and Dame (Vlieger Dep. Ex #12) | | | |
| PX 49 | 2-18-2021 – Vlieger Texts with Annette regarding Plaintiff's lawsuit (Vlieger Dep. Ex #17) | | | |
| PX 50 | 1-15-2021 – Texts Between Vlieger and Cody Baker regarding KKM prototyping tungsten | | | |

| | | | | |
|---|---|---|---|---|
| | sleeve hybrid barrel (Vlieger Dep. Ex #18, Pgs. 157-158) | | | |
| PX 50.1 | 1-15-2021 – Texts Between Vlieger and Cody Baker regarding KKM prototyping tungsten sleeve hybrid barrel (Vlieger Dep. Ex #18, Pgs. 245-246) | | | |
| PX 51 | Pictures of Vlieger's broken guns with KKM barrels (Vlieger Dep. Ex #20) | | | |
| PX 52 | Picture of Bedell Compensator (Bedell Dep. Ex #4) | | | |
| PX 53 | Pictures of Akai and Bedell guns (Bedell Dep. Ex #5) | | | |
| PX 54 | 2-10-2020 – Text Between Cheely and Dame regarding Horowitz (Cheely Dep. Ex #1) | | | |
| PX 55 | Picture of Akai Compensator (Cheely Dep. Ex #2) | | | |
| PX 56 | Picture of Cheely Compensator (Cheely Dep. Ex #3) | | | |
| PX 57 | 12-6-2012 – Akai objecting to Cheely copying of Akai compensator (Cheely Dep. Ex #4) | | | |
| PX 58 | Picture of Infinity Grip (Cheely Dep. Ex #6) | | | |
| PX 59 | Picture of Cheely Grip based on Infinity Grip (Cheely Dep. Ex #7) | | | |
| PX 60 | Picture of Dawson Precision Magwell Insert (Cheely Dep. Ex #8) | | | |
| PX 61 | Picture of Cheely Magwell Insert based on Dawson Precision Magwell Insert (Cheely Dep. Ex #9) | | | |

| | | | | |
|---|---|---|---|---|
| PX 62 | 9-30-2019 – Cheely Facebook advertisement of KKM fluted barrel (Cheely Dep. Ex #10) | | | |
| PX 63 | 12-4-2019 – Picture of Cheely gun with KKM Hybrid barrel (Cheely Dep. Ex #11) | | | |
| PX 64 | 12-16-2019 – Cheely email to McIntire regarding testing of two barrels (Cheely Dep. Ex #12) | | | |
| PX 65 | 3-6-2020 – Cheely Text to Vlieger saying he won't sell parts to Horowitz (Cheely Dep. Ex #13) | | | |
| PX 66 | 10-9-2017 – Vlieger Text to Cheely regarding rounded lugs on KKM barrel (Cheely Dep. Ex #14) | | | |
| PX 67 | 2-10-2020 – Texts Between Cheely and Dame regarding Cody Baker barrel and Luke Cao contingency (Cheely Dep. Ex #15) | | | |
| PX 68 | Bobby Keigans Facebook post calling Horowitz a "shiester" (Cheely Dep. Ex #16) | | | |
| PX 69 | 10-23-2019 – Texts Between Fredenhagen and Vlieger regarding low hardness testing results (Fredenhagen Dep. Ex #1) | | | |
| PX 70 | 10-31-2019 – McIntire email to Vlieger regarding test results on Venom Custom barrels (Fredenhagen Dep. Ex #2) | | | |
| PX 71 | Double Alfalfa Facebook posts regarding Akai contingency program (Naelon Dep. Ex #3) | | | |
| PX 72 | 1-17-2020 – Texts Between Bradley and Dame regarding bringing out Horowitz's past (Dame Dep. Ex #2) | | | |

| | | | | |
|---|---|---|---|---|
| PX 73 | 12-17-2019 – Bradley Text to Dame, "report the group" (Dame Dep. Ex #8.1) | | | |
| PX 74 | 12-17-2019 – Texts Between Dame and Mekosh regarding reporting unauthorized sales (Dame Dep. Ex #8.2) | | | |
| PX 75 | 1-26-2020 – Vlieger Text to Dame asking for favor (Dame Dep. Ex #13) | | | |
| PX 76 | 1-26-2020 – Dame and Mekosh Texts regarding shooting with Double Alfalfa (Dame Dep. Ex #14) | | | |
| PX 77 | 12-9-2019 – Mekosh Text to Dame, "Tomorrow we watch the world burn as Akai can't get any parts." (Dame Dep. Ex #15) | | | |
| PX 78 | Dame Text to Mekosh, "Going to have alvin rally the troops in the Asian pew pew group." (Dame Dep. Ex #16) | | | |
| PX 79 | 1-8-2020 – Texts Between Double Alfalfa and Dame regarding Horowitz (Dame Dep. Ex #18) | | | |
| PX 80 | 1-8-2020 – Dame Text to Mekosh regarding sending Double Alfalfa sponsor shooter application idea (Dame Dep. Ex #19.1) | | | |
| PX 81 | 1-9-2020 – Dame Texts with Tony Wells regarding conversation with Luke Cao (Dame Dep. Ex #20) | | | |
| PX 82 | 12-29-2019 – Dame Text to Luke Cao regarding Akai contingency program (Dame Dep. Ex #20.1) | | | |
| PX 83 | 1-17-2020 – Dame Text to Mekosh that he spent 2 weeks encouraging Luke Cao to post about Akai contingency program (Dame Dep. Ex #20.2) | | | |

| PX 84 | Dame Text to Mekosh, "That's perfect, as it isn't an Akai meme." (Dame Dep. Ex #20.3) | | | |
|---|---|---|---|---|
| PX 85 | 12-30-2019-1-23-2020 – Texts Between Dame and Vlieger (Dame Dep. Ex #21) | | | |
| PX 86 | Dame Text to Mekosh regarding Papa Joe SEC and FINRA search regarding Horowitz (Dame Dep. Ex #22) | | | |
| PX 87 | 12-1-2019 Texts Between Dame and Mekosh (Dame Dep. Ex #22.1) | | | |
| PX 88 | 11-27-2012 – Akai Facebook Post regarding Hodgdon Powder (Dame Dep. Ex #24) | | | |
| PX 89 | 3-11-2022 – Expert Report of Martin Crimp | | | |
| PX 90 | 6-30-2022 – Expert Report of Lee Swanger | | | |
| PX 91 | Akai QuickBooks Profit/Loss Statements 2017-2021 – AKAI HOROWITZ 541-547 | | | |
| PX 92 | Akai Repair Cost Spreadsheet | | | |
| PX 93 | Akai Federal Acquisitions and Dispositions Book | | | |
| PX 94 | SCI Facebook link to KKM's Response to Demand Letter<br><br>https://shootersconnectionstoreassets.s3.amazonaws.com/KKM+Response+to+Akai+Demand.PDF?fbclid=IwAR03ZjJ0q6J8HsbbTnnpk0558_igo7JOq1C08GhlvQ30U8xecW6QdBlWPoM | | | |
| PX 95 | SCI Facebook link to KKM Hardness Testing Procedure | | | |

| | | | | |
|---|---|---|---|---|
| | https://shootersconnectionstoreassets.s3.amazonaws.com/KKM+HRC+Testing+Example.pdf?fbclid=IwAR35pLBwLj9k-E1qsViA0kxjnpRvfF5WyEmXVBfwj7QKgKPQCvnPzTcBOKY | | | |
| PX 96 | Schuemann Barrel Company Ad explaining difference between 416 and 416R [ECF 109-5] | | | |
| PX 97 | Akai Customer Invoices | | | |
| PX 98 | Vlieger Deposition Transcript & Exhibits | | | |
| PX 99 | Dame 10.26.22 Deposition Transcript & Exhibits | | | |
| PX 99.1 | Dame 11.3.22 Deposition Transcript & Exhibits | | | |
| PX 100 | Bradley Deposition Transcript & Exhibits | | | |
| PX 100.1 | SCI 000380 Horowitz Vlieger Message Never Soft Barrel | | | |
| PX 100.2 | SCI 000355 Akai Clown mème | | | |
| PX 100.3 | SCI 000351 Akai Même Brain | | | |
| PX 100.4 | SCI 000348 Akai Même Fix Fu@$ Guns | | | |

| | | | | |
|---|---|---|---|---|
| PX 100.5 | SCI 000334 Bradley Text Byron Hall Shay suit is all fabricated or his fault | | | |
| PX 100.6 | SCI 000208 Bradley Text to Blake Miguez | | | |
| PX 100.7 | SCI 000168 Akai Shooters Connection Meme | | | |
| PX 100.8 | SCI 000166 Akai Même Fix Fu@$ Guns Walley | | | |
| PX 100.9 | SCI 000159 Double AA Même | | | |
| PX. 100.10 | SCI 000158 Insurance Fraud même | | | |
| PX 100.11 | SCI 000157 Mekosh Text to DAA | | | |
| PX 100.12 | SCI 000136 70,000 Barrel | | | |
| PX 100.13 | SCI 000100 Akai Clown Même | | | |
| PX 100.14 | SCI 000094 Akai Même Fix Fu@$ Guns Hoffer | | | |

| | | | | |
|---|---|---|---|---|
| PX 100.15 | SCI 000067-SCI 000063 Horowitz Vlieger Texts | | | |
| PX 100.16 | SCI 000047-SCI 000046 Brandon Bunker Post Bradley Emailed to Himself | | | |
| PX 100.17 | SCI 000032-SCI 000031 Vlieger Email to Luke McIntire | | | |
| PX 100.18 | SCI 000030 Vlieger Email to Luke McIntire | | | |
| PX 100.19 | SCI 000006 Vlieger Email to Luke McIntire | | | |
| PX 100.20 | SCI 000004 Vlieger Email to AKAI | | | |
| PX 100.21 | SCI 000455-SCI 000483 SCI Invoices to AKAI | | | |
| PX 100.22 | SCI 000491-SCI 000526 KKM Invoices to SCI | | | |
| PX 100.23 | SCI 000528 Meme About AKAI | | | |
| PX 100.24 | SCI 000531 Posting indicating Horwitz Helping People | | | |

| | | | | |
|---|---|---|---|---|
| PX 100.25 | SCI 000533 KKM Public Letter | | | |
| PX 100.26 | SCI 000584-SCI 000580 Bradley Dame Texts Day Trading Lawsuits, FBI, Barrel | | | |
| PX 100.27 | SCI 000557 Bradley Dame Texts Implied Threat Day trading Comment | | | |
| PX 100.29 | SCI 000593 Bradley Dame Texts You Can Play You Are Spying On Us. | | | |
| PX 100.30 | SCI 000632 - SCI 000631 Bradley Dame Texts How can I help Burn this….. | | | |
| PX 100.31 | SCI 000665 – Bradley Dame Texts regarding two metal | | | |
| PX 100.32 | SCI 000641 Bret Walley Posting Mekosh Supplied Meme | | | |
| PX 100.33 | SCI 001052-SCI 001051 Bradley Dame Texts Told then we do not talk anymore religious Posts | | | |
| PX 100.34 | SCI 000943- SCI 000942 Bradley Dame Texts Bring out Past Need More Information Working On It – "Got an FBI Friend, I hear the case is still open" | | | |
| PX 100.35 | SCI 000922- Bradley Dame Texts Barrel Texts | | | |

| | | | | |
|---|---|---|---|---|
| PX 100.36 | SCI 000913 Bradley Dame Texts Appreciate Help. Anything to get Rid of Shay | | | |
| PX 100.37 | SCI 000717-0000716 – Bradley Dame Discussion regarding BQ5 | | | |
| PX 100.38 | SCI 000677 Mekosh Text to Bradley, Walley Post was MEME Mekosh created and sent to him. | | | |
| PX 100.39 | SCI 001408 AKAI MEME | | | |
| PX 100.40 | SCI 001406 AKAI MEME | | | |
| PX 100.41 | SCI 001807 Bradley Mekosh Texts Shot Show | | | |
| PX 100.42 | SCI 001800 Bradley Vlieger Texts Moving Scam | | | |
| PX 100.43 | SCI 001735- SCI 001734 Bradley Dame Texts | | | |
| PX 100.44 | SCI 001710 Bradley Dame Texts | | | |
| PX 100.45 | SCI 001696 - SCI 001697 Bradley Dame Texts Get Rid of Shay | | | |

| | | | | |
|---|---|---|---|---|
| PX 100.46 | SCI 001703 Bradley Dame Texts Shay Laughingstock Shot Show | | | |
| PX 100.47 | SCI 001702 Bradley Dame Texts Does he know of Shay Scammer Past | | | |
| PX 100.48 | SCI 001710 Bradley Dame Texts Word Getting Out Van Lines Day Trading - Implied Threat | | | |
| PX 100.49 | SCI 001711 Bradley Dame Texts Shay is a cancer that needs to be removed | | | |
| PX 100.50 | SCI 001715 Bradley Dame Texts Next is to Bring Out His Past | | | |
| PX 100.51 | SCI 001735-1733 Bradley Dame Texts FBI Investigation Luke McIntire | | | |
| PX 100.52 | SCI 001404 – SCI 001402 Bradley Mekosh Texts What do you need from me to go after Shay? Bradley - Got Any Ideas? | | | |
| PX 100.53 | SCI 001400 – SCI 0011399 Bradley Mekosh Texts Bring that stuff out to bring pressure on him? | | | |
| PX 100.54 | SCI 001826 – SCI 001837 Bradley McIntire Emails/Attachments | | | |
| PX 100.55 | SCI 001845 – SCI 001853 Bradley McIntire Emails/Attachments | | | |

| | | | | |
|---|---|---|---|---|
| PX 100.56 | SCI 001858 – SCI 001863 Bradley McIntire Emails/Attachments Demand Response and Testing Procedures | | | |
| PX 100.57 | SCI 001866 – SCI 001869 Bradley McIntire Emails/Attachements Pressure Public Statement / Public Letter | | | |
| PX 100.58 | SCI 000862 – SCI 000861 Bradley Mekosh Dame Texts | | | |
| PX 101 | KKM Production Outokumpu Certificates of Test (KKM 000018-000029) | | | |
| PX 101.1 | KKM Production Carpenter Certificates of Test (KKM 000036-000039) | | | |
| PX 101.2 | KKM Rockwell Testing Procedures (KKM 000043-000044) | | | |
| PX 101.3 | KKM Production Outokumpu Certificates of Test (KKM 000051-000069) | | | |
| PX 104 | Text Messages Between Horowitz and Bruce Gray (Akai Horowitz #439-467 | | | |
| PX 105 | Samuel, Son & Co. Spreadsheet showing KKM Buy History | | | |
| PX 106 | 2018 Annual Statement filed by Cheely indicating he is a Member of CK Arms, LLC | | | |

| PX 107 | Picture of failed SCI Exclusive Hybrid KKM barrel donated by Cheely and installed in a non-Akai gun | | | |
|---|---|---|---|---|
| PX 108 | Picture of various Akai guns | | | |
| PX 109 | Pictures of Hardness Testing on Nathan Carter's barrel (Akai Horowitz #311-314) | | | |
| PX 110 | Texts Between Vlieger and Nathan Carter (Akai Horowitz #315) | | | |
| PX 111 | Texts Between Horowitz and Nathan Carter (Akai Horowitz #316-335) | | | |
| PX 112 | KKM Response to Plaintiffs' Second Request for Admissions | | | |
| PX 113 | Plaintiffs' Second Request for Admissions to KKM | | | |
| PX 114 | SCI Responses to Plaintiffs' First Request for Admissions | | | |
| PX 115 | SCI Amended Responses to Plaintiffs' Second Request for Admissions | | | |
| PX 116 | Defendants' Joint Motion to Dismiss | | | |

| | | | | |
|---|---|---|---|---|
| PX 118 | Nevada Heat Treating document produced in response to subpoena regarding KKM heat-treat orders (NHT_000001-NHT_000008) | | | |
| PX 119 | KKM Rockwell Texting Example (KKM 000040) | | | |
| PX 120 | KKM Response to Plaintiffs' Motion to Compel Accurate Answers to Second Request for Admissions (Doc # 92) | | | |
| PX 121 | Communications between McIntire and Bradley (SCI 001866 – SCI 001868) | | | |
| PX 122 | 6-24-20 – Notice to Preserve Evidence to KKM, Dame & Mekosh | | | |
| PX 124 | Internet Archive Wayback Machine declaration authenticating PX 43 regarding SCI website advertising regarding KKM barrels | | | |
| PX 127 | Element Materials Technology Test Certificate [Doc # 79-2] | | | |
| PX 128 | Martin Crimp Curriculum Vitae (Doc #79-4) | | | |
| PX 129 | KKM barrels tested by Martin Crimp and/or Lee Swanger | | | |
| PX 130 | Failed KKM barrels in Plaintiffs' possession | | | |

| | | | | |
|---|---|---|---|---|
| PX 131 | Akai 1911 pistol slide | | | |
| PX 132 | Samuel, Son & Co., Inc. SAM-NPR 000002-000004 | | | |
| PX 133 | Samuel, Son & Co., Inc. SAM-NPR 000006-000007 | | | |
| PX 134 | Samuel, Son & Co., Inc. SAM-NPR 000008-000017 | | | |
| PX 135 | Samuel, Son & Co., Inc. SAM-NPR 000018-000021 | | | |
| PX 136 | Samuel, Son & Co., Inc. SAM-NPR 000025-000033 | | | |
| PX 137 | Samuel, Son & Co., Inc. SAM-NPR 000034 | | | |
| PX 138 | Samuel, Son & Co., Inc. SAM-NPR 000035-000045 | | | |
| PX 139 | Samuel, Son & Co., Inc. SAM-NPR 000046 | | | |
| PX 140 | Samuel, Son & Co., Inc. SAM-NPR 000049-000053 | | | |

| | | | | |
|---|---|---|---|---|
| PX 141 | Samuel, Son & Co., Inc. SAM-NPR 000054-000055 | | | |
| PX 142 | Samuel, Son & Co., Inc. SAM-NPR 000056-000063 | | | |
| PX 143 | Samuel, Son & Co., Inc. SAM-NPR 000064 | | | |
| PX 144 | AKAI QuickBooks Records 2019 to 2021 – AKAI HOROWITZ 1388-1452 | | | |
| PX 145 | AKAI QuickBooks Profit/Loss Statements 2017-2021 – AKAI HOROWITZ 541-547 | | | |
| PX 146 | AKAI QuickBooks Profit/Loss Statements 2022-Aug 2023 | | | |
| PX 147 | Cheely Deposition Transcript & Exhibits | | | |
| PX 148 | McIntire Deposition Transcript | | | |
| PX 148.1 | McIntire Dep Exhibits 1-9 | | | |
| PX 148.2 | McIntire Dep Exhibits 10-19 | | | |

| PX 149 | Marcanio Deposition Transcript & Exhibits | | | |
|--------|-------------------------------------------|--|--|--|
| PX 150 | Oliva Deposition Transcript & Exhibits | | | |
| | | | | |