

**Shay Akai**
October 22, 2019

PSA – Soft Barrels

For the past several months we have been struggling with a barrel issue. The barrels we have recently acquired from the manufacturer and suppliers have been subpar.

The issue: to function properly, barrels must have a certain hardness. The barrels we have traditionally acquired through one of our manufacturers and suppliers are advertised as having a minimum Rockwell hardness rating of 42RC. Through independent QC metallurgy lab testing, our own testing and testing by a leading industry expert that we have sent barrel samples to, we have learned that some of the barrels we purchased recently are testing with a Rockwell hardness rating under 42 RC, with some barrels testing as low as 32RC-36RC. In other words, the metal of some of the barrels is soft, as if these barrels were not properly hardened and as a result are basically still in a raw state from a hardness standpoint.

The result: Barrels that are softer than spec tend to get battered and compacted. They change shape, they change dimensions and tolerances, and they can even bend a bit. These changes in dimension, tolerance and bending can damage the gun.

What we did: We have emailed our lab results to these companies hoping to enlist assistance from each of them, which to date, we have not yet received. We are still hoping to enlist this assistance without having to resort to legal action.

In any event, we have been replacing barrels in every gun that has had a defective barrel as described above. On some guns, we have had to supply a whole top end, including slide, barrel, comp and finish to repair. We have not charged customers a penny. We have been absorbing all the costs out of our pockets. This has been very expensive as you can imagine. While we have heard that other companies have been charging customers for warranty issues such as this, we have not elected to charge our customers to remedy the barrel issue.

What we will continue to do: Since discovering the barrel softness issue, we have absorbed all the costs and labor to repair the affected guns for our customers and we have delayed new gun builds, that make us money to pay bills, in order to ensure our customers repairs are performed timely.

We ask for your patience while we replace barrels and top ends. If your barrel is faulty, it is a warranty issue and you will not be charged. It just may take us a while due to volume and expense. We apologize in advance for any inconvenience.

We have replaced every defective barrel on every gun at the shop, guns will only ship out with hardness tested barrels. Been very busy...



Kelly J Brown, Randy Arrowood and 183 others    116 comments   14 shares

Like        Comment        Share