

**Shooters Connection Inc**
February 25, 2019

A beautiful gun from **Shay Akai** with the new KKM Precision hybrid barrel!

These barrels are available exclusively at Shooters Connection and we are happy to have them available for custom builders like Akai Customs!



**Shay Akai** is with **Nathan Carter** and **5 others**.
February 25, 2019

40S&W with the new KKM Precision ribbed barrels. This is the first gun ever built with one of them. Great barrels!

Available at Shooters Connection...

#AkaiCu... See more

 You, Tom Naelon, Lucky Gray and 23 others    2 Shares

 Like     Comment     Share