# EXPERT REPORT OF DAN BEDELL

## MAY 5, 2022

### SCOPE OF ENGAGEMENT

I was retained by Defendant Shooters Connection, Inc. to provide expert opinions in the case *Akai Custom Guns, LLC, et al v. KKM Precision, Inc.*, et al., Case No. 20-cv-61469-RS, United States District Court, Southern District of Florida. I was asked to provide an expert opinion on the following subject matters:

1. The reasonableness of Akai's alleged repair costs as stated in the PDF Akai # 538 ("Akai Cost Spreadsheet"). See Exhibit A, attached.

2. The reasonableness of Akai's claim for loss of revenue based upon allegedly not being able to manufacture guns.

3. The reasonableness of applying a "tungsten sleeve" via turning down the outside dimensions of a barrel on a lathe.

My findings, conclusions, and opinions as offered herein are based on my review and analysis of the documents and information available to me as of the date of this report. I reserve the right to supplement and/or amend this report should additional information that impacts my opinions become available at a later date.

### QUALIFICATIONS

I am the sole owner of Bedell Custom, which is located at 3976 Walden Avenue, Lancaster, NY, 14086. Bedell Custom manufacturers and repairs Model 1911, Model 2011 and other firearms. I have owned and operated Bedell Custom since 1990. I have worked as a gunsmith for 30 years in both manufacturing and repairing guns, in particular, the Model 1911 and 2011 pistols. I devote approximately 50% of my work to repairing guns, the majority of which are Model 1911s and 2011s. In the last 30 years, I have replaced hundreds of barrels and have completed hundreds of top ends of Model 1911 and 2011 pistols. Most of the Model 1911 and 2011 pistols Bedell Custom either manufactures or repairs are for competition use, including competitions organized by the USPSA. I have been a member of the USPSA since the 1990s, and have regularly attended and competed in USPSA, including winning numerous local events.

I am also familiar with the guns made by the Plaintiff, Akai Custom Guns. I have repaired several Akai Model 2011 guns. Some of the problems I have repaired on Akai's guns include various reliability issues, including failure to feed and extract and poorly fit barrels.

1

## BACKGROUND OF MODEL 1911 AND MODEL 2011 PISTOLS

The Model 1911 was designed by the gun manufacturer John Browning in 1911. It has become the most widely manufactured semi-automatic pistol design in the history of firearms. The Model 1911 is the most popular pistol for competition shooting, including USPSA competitions. The 2011 was designed by the manufacturer STI, and is very similar to the Model 1911. The top ends (which includes the slide, barrel, extractor, and firing pin) of the Model 1911 and 2011 are virtually identical.

Competition shooting places a high degree of stress and wear on pistols, including the Model 1911 and 2011. The Model 1911 and 2011 were not designed to fire the quantity, frequency, and type of rounds used in modern day competition shooting. Accordingly, manufacturers are often "pushing the limits" of the Model 1911 and 2011's abilities. This frequently leads to problems such as parts failing and breaking. Barrel lug failure (including cracking) and slide failure (including cracking) is not uncommon in competition shooting using the Model 1911 and 2011.

I attend approximately 20-30 competitions per year in which Model 1911 and 2011 are used. I typically receive approximately 10-15 Model 1911 and 2011 pistols every year for repair service involving barrels that have exploded at shooting competitions. Barrel explosion is generally caused by the user improperly reloading their ammunition, in particular, packing too much or not enough gunpowder into the shell. The vast majority of competition shooters load their own ammunition.

Akai installs tungsten sleeves on its barrels as part of its manufacturing process in order reduce recoil. Installing a sleeve (including a tungsten sleeve) on a moving part, like a barrel, is very irregular. In my opinion, installing the sleeve on the barrel may lead to problems. The better and universal practice to reduce recoil is adding static weight on a static part of the gun, for example, the frame or the grip.

In addition, it is my understanding that Akai may be installing its tungsten sleeve by heating the sleeve and freezing the barrel. In my opinion, this can also lead to problems, including compromising the hardness of the barrel. The better manufacturing process would be to thread the barrel and the sleeve, and then install the sleeve by screwing it onto the barrel. This process only takes approximately 1 hour.

## OPINIONS REGARDING REASONABLENESS OF REPAIR COSTS

I have reviewed the PDF entitled "Akai # 538" ("Akai Cost Spreadsheet"), attached to this report as Exhibit A. Akai appears to be claiming that it spent 20 hours for "barrel replacement", including 8 hours to finish the gun, 8 hours to replace the slide, and 8 hours for the tungsten sleeve installation, and other labor.

In my opinion, these labor hours and rates are grossly excessive and unreasonable. Barrel replacement should only take approximately 4 to 6 labor hours. The process of barrel replacement can be described as follows:
- Fitting the hood, upper lugs, and lower lugs.
- Locking the barrel into the slide.
- Installing the barrel link to allow for "lock-up".
- Fitting the bushing (at the front of the barrel) to the slide. However, because Akai uses a "bull barrel" and does not use a bushing, this step is not required in Akai's process.
- Fitting the compensator to end of barrel.
- "Reaming the chamber" of the barrel.
- Polishing the ramp.
- Installing compensator.

Akai also indicates in the Akai Cost Spreadsheet that it spent approximately 29 to 37 hours total for "top end" replacement. In my opinion, this is also a grossly excessive and unreasonable amount of time for Akai to perform this work. The top end consists of the slide, barrel, compensator, and several other small parts. Replacing the barrel (described above) is a major aspect of top end replacement and, again, it should only take 4 to 6 hours to replace the barrel. Other than barrel replacement, the only other work involved in top end replacement should only take approximately 4 to 6 hours. This other top end work includes:
- Fitting the slide to the frame. I note that Akai describes this as "replacing the slide", and indicates this is an 8-hour process. Again, this is grossly excessive.
- External machine work to the slide ("slide lightning").
- Fitting the barrel.
- Fitting the extractor.
- Fitting the firing pin stop.

As discussed above, Akai also turns down (reducing the outside diameter of the barrel on a lathe) its barrels on a lathe as part of its barrel installation process in order to fit the sleeve. While I do not believe this process is advisable (see above), this turning down process on a lathe should only take approximately 20 to 30 minutes. Again, in my opinion, the better process would be installing the sleeve by threading the sleeve onto the barrel, which takes approximately 1 hour.

Akai claims that it spends 8 hours to finish the top end. However, Akai also suggests that it pays a vendor $275 to finish its top ends. If Akai pays a vendor $275 to finish the top end, then Akai should not be required to perform any finish work. In my experience, using the hot salt bluing process, finish work only takes approximately 2-4 hours. Therefore, in my opinion, Akai spending 8 hours on finish work is unreasonable and excessive.

3

It is also my opinion that Akai's labor rate of $150 per hour for gunsmithing is excessive and unreasonable. I charge approximately $75 per hour. In my experience, hourly rates for gunsmithing on national basis generally range from $75 to $100 per hour.

## OPNIONS REGARDING AKAI'S CLAIM FOR LOSS OF REVENUE

Akai also claims that it lost approximately $364,000 in revenue because of the time it took to repair guns. There are 39 guns listed on the spreadsheet. It is my opinion that Akai's claim that it lost revenue because it was required to repair these 39 guns is unreasonable.

As to barrel replacement time, as I discuss above, it should take approximately 4-6 hours to replace a barrel (including compensator). Of the 39 guns on the Akai's spreadsheet, 23 involve barrel replacement (some including compensator replacement). Assuming it took Akai 6 hours per gun to perform this work, it would take a total of 138 hours to replace the barrels on all 23 guns. Therefore, it is my opinion that if only one gunsmith performed this work at 8 hours per day, it would take approximately 17.25 days to complete (138/8 = 17.25).

Regarding top end replacement time, as I discuss above, it should take approximately 8-12 hours to replace a top end (barrel and other parts). Of the 39 guns on the Akai's spreadsheet, 13 involve top end replacement. Assuming it took Akai 12 hours per gun to perform this work, it would take a total of 156 hours (13 guns x 12 hrs/gun) to replace the barrels on all 13 guns. Therefore, it is my opinion that if only one gunsmith performed this work at 8 hours per day, it would take approximately 19.5 days to complete (156/8 = 19.5).

In addition, in my experience manufacturing competition Model 1911 and 2011 pistols, customers will frequently wait 3 to 5 months to receive a new competition pistol after placing the order. Customers will also typically wait 1 to 2 months for a pistol to be repaired.

## DOCUMENTS / INFORMATION REVIEWED

1. Akai Cost Spreadsheet
2. Akai website
3. Interviews with Chuck Bradley
4. Internet searches of other gunsmith websites
5. Documents filed in this lawsuit
6. Documents produced by Akai

## COMPENSATION

I am being compensated at the rate of $200.00 per hour for my services.

**PREVIOUS TESTIMONY PROVIDED**

None.

**RELEVANT ARTICLES WRITTEN**

None.

Dated:  5-5-22

Respectfully Submitted,

*/s/ Dan Bedell*

Dan Bedell
Owner
Bedell Custom
3976 Walden Avenue
Lancaster, NY 14086

| Date In | Date Out | Customer | Serial | Scope of work | Material cost | Finish Cost | Labor Hours | Labor | Shipping | Total Costs | Paid by customer | Loss of revenue | Loss of profit | | | Material Cost | Labor Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/04/19 | 4/15/19 | Reed | TE9087 | Top end replacement | $900 | $275 | 29 | $4,350 | $200 | $5,725 | $0 | $10,875 | $7,529 | Replace barrel | | $285.00 | 4 |
| 02/18/19 | 12/10/19 | Cao | ACGUNS1030 | Top end replacement | $900 | $275 | 29 | $4,350 | $200 | $5,725 | $0 | $10,875 | $7,529 | Compensator | | $200.00 | 4 |
| 3/5/19 | 8/5/19 | Jimenez | ACGUNS1167 | Barrel and Comp | $150 | $275 | 21 | $3,150 | $200 | $3,775 | $0 | $7,875 | $5,452 | Tungsten | | $100.00 | 8 |
| 02/04/19 | 3/18/19 | Baker | ACGUNS1024 | Top end replacement | $900 | $275 | 29 | $4,350 | $200 | $5,725 | $0 | $10,875 | $7,529 | Replace slide | | $250.00 | 8 |
| 3/13/19 | 9/24/19 | Ruiz | ACGUNS1212 | Barrel and Comp | $650 | $275 | 29 | $4,350 | $200 | $5,475 | $0 | $10,875 | $7,529 | Finish work | | | 8 |
| 3/25/19 | 4/4/19 | Baker | AC0022 | Barrel replacement | $400 | | 20 | $3,000 | $200 | $3,600 | $0 | $7,500 | $5,192 | Tunning | | | 4 |
| 04/03/19 | 7/20/19 | Guido | ACGUNS1180 | Top end replacement | $900 | $275 | 29 | $4,350 | $200 | $5,725 | $0 | $10,875 | $7,529 | Admin | | | 1 |
| 05/28/20 | 2/15/21 | Stagnato | AC0099 | Barrel and Comp | $650 | $275 | 29 | $4,350 | $200 | $5,475 | $0 | $10,875 | $7,529 | Finish | | $275.00 | |
| 04/17/19 | 5/14/19 | Draghi | ACGUNS1099 | Top end replacement | $900 | $275 | 29 | $4,350 | $200 | $5,725 | $0 | $10,875 | $7,529 | Top end replacement | | $735.00 | 29 |
| 05/10/19 | 9/5/19 | Koh | AC0101 | Top end replacement | $900 | $275 | 29 | $4,350 | $200 | $5,725 | $0 | $10,875 | $7,529 | Top end replacement with tungsten | | $835.00 | 37 |
| 05/28/19 | 1/8/20 | Stickley | AC0081 | Top end replacement | $900 | $275 | 28 | $4,200 | $200 | $5,575 | $0 | $10,500 | $7,269 | Barrel replacement | | $285.00 | 9 |
| 05/26/19 | 7/17/19 | Brown | ACGUNS1142 | Barrel and Comp | $650 | $275 | 24 | $3,600 | $200 | $4,725 | $1,500 | $9,000 | $6,231 | Barrel and compensator | | $485.00 | 21 |
| 06/12/19 | 8/6/19 | Stagnato | AC0098 | Barrel and Comp | $650 | $275 | 29 | $4,350 | $200 | $5,475 | $0 | $10,875 | $7,529 | Barrel, comp, tungsten | | $585.00 | 29 |
| 07/05/19 | 12/10/19 | Mcpherson | ACGUNS1165 | Top end replacement | $900 | $275 | 29 | $4,350 | $200 | $5,725 | $1,260 | $10,875 | $7,529 | | | | |
| 07/05/19 | 12/10/19 | Mcpherson | ACGUNS1166 | Top end replacement | $900 | $275 | 29 | $4,350 | $200 | $5,725 | $1,260 | $10,875 | $7,529 | | | | |
| 07/08/19 | 7/25/19 | Soupene | ACGUNS1230 | Barrel and comp | $150 | $275 | 21 | $3,150 | $200 | $3,775 | $0 | $7,875 | $5,452 | | | | |
| 07/15/19 | 7/29/19 | Draghi | AC0088 | Top end replacement | $900 | $275 | 37 | $5,550 | $200 | $6,925 | $0 | $13,875 | $9,606 | | | | |
| 07/19/19 | 12/17/19 | Mendoza | AC0103 | Barrel and comp | $650 | $275 | 24 | $3,600 | $200 | $4,725 | $0 | $9,000 | $6,231 | | | | |
| 9/17/19 | 10/30/19 | Coberly | AC0104 | Barrel and comp | $650 | $275 | 24 | $3,600 | $200 | $4,725 | $0 | $9,000 | $6,231 | Labor Charge Per Hour | $150.00 | | |
| 09/06/19 | 1/8/20 | Brown | ACGUNS1142 | Top end replacement | $650 | $275 | 29 | $4,350 | $200 | $5,475 | $0 | $10,875 | $7,529 | Guns per year | 120.0 | | |
| 10/16/19 | | House | ACSS1014 | Barrel replacement | $585 | | 20 | $3,000 | $0 | $3,585 | $0 | $7,500 | $5,192 | 52 weeks | 2.3 | | |
| 10/16/19 | | House | ACSS1013 | Barrel replacement | $585 | | 20 | $3,000 | $0 | $3,585 | $0 | $7,500 | $5,192 | Average selling price | $6,500.00 | | |
| 10/16/19 | | House | ACGUNS1232 | Barrel replacement | $585 | | 20 | $3,000 | $0 | $3,585 | $0 | $7,500 | $5,192 | Revenue per day | $3,000.00 | | |
| 10/16/19 | | House | ACGUNS1229 | Barrel replacement | $585 | | 20 | $3,000 | $0 | $3,585 | $0 | $7,500 | $5,192 | Cost per gun | $2,000.00 | | |
| 10/16/19 | | House | ACGUNS1233 | Barrel replacement | $585 | | 20 | $3,000 | $0 | $3,585 | $0 | $7,500 | $5,192 | Profit per day | $2,076.92 | | |
| 10/16/19 | | House | ACGUNS1207 | Barrel replacement | $585 | | 20 | $3,000 | $0 | $3,585 | $0 | $7,500 | $5,192 | | | | |
| 10/16/19 | 2/19/20 | Cabrera | ACGUNS1181 | Barrel replacement | $650 | $275 | 21 | $3,150 | $200 | $4,275 | $0 | $7,875 | $5,452 | | | | |
| 10/28/19 | 11/26/19 | Veisz | ACGUNS1225 | Barrel replacement | $650 | | 21 | $3,150 | $200 | $4,000 | $0 | $7,875 | $5,452 | | | | |
| 11/1/19 | 5/19/20 | Mcpherson | ACGUNS1240 | Barrel and comp | $650 | $275 | 29 | $4,350 | $200 | $5,475 | $0 | $10,875 | $7,529 | Hours spent on research, diagnosis, testing | | 100 | |
| 11/13/19 | 2/17/20 | Massler | SAS14332 | Barrel and comp | $650 | $275 | 21 | $3,150 | $200 | $4,275 | $0 | $7,875 | $5,452 | | Cost | $15,000.00 | |
| 2/21/20 | 10/28/20 | Thompson | ACSS 1015 | Barrel and comp | $650 | $275 | 37 | $5,550 | $200 | $6,675 | $0 | $13,875 | $9,606 | | Opportunity | $25,961.54 | |
| 8/17/20 | 12/9/20 | Carter | NE 9764 | Barrel fat | $400 | $275 | 9 | $1,350 | $200 | $2,225 | $0 | $3,375 | $2,337 | | | | |
| 1/6/20 | 5/2/20 | Carter | ACGUNS1035 | Tungsten barrel | $500 | $275 | 20 | $3,000 | $200 | $3,975 | $0 | $7,500 | $5,192 | | Total | $40,961.54 | |
| 6/29/20 | 1/19/21 | Wesley | ACGUNS1056 | Top end replacement | $900 | $275 | 37 | $5,550 | $200 | $6,925 | $0 | $13,875 | $9,606 | | | | |
| 1/7/20 | 7/14/20 | Burbage | TE8884 | Top end replacement | $900 | $275 | 29 | $4,350 | $200 | $5,475 | $0 | $10,875 | $7,529 | | | | |
| 12/3/21 | 1/31/22 | Tillery | ACGUNS1233 | Barrel, comp, finish | $700 | $275 | 24 | $3,600 | $200 | $4,775 | $0 | $9,000 | $6,231 | | | | |
| 12/15/20 | 12/30/20 | Baker | ACGUNS1223 | Tungsten Barrel | $500 | | 4 | $600 | $200 | $1,300 | $0 | $1,500 | $1,038 | | | | |
| 11/15/21 | 1/30/21 | Stein | ACGUNS1220 | Barrel, comp, finish | $700 | $275 | 24 | $3,600 | $200 | $4,775 | $0 | $9,000 | $6,231 | | | | |
| 10/11/21 | 12/7/21 | Chaffin | ACGUNS1100 | 9 Minor gun | $700 | $275 | 29 | $4,350 | $200 | $5,525 | $0 | $10,875 | $7,529 | Total Loss: | $480,017.69 | | |
| | | | | | | | | | | | | | | (Total Profit opportunity + Total Costs) | | | |
| | | | | | $26,310 | $8,250 | 972.00 | $145,800 | $6,600 | $186,710 | $4,020 | $364,500 | $252,346 | | | | |

**AKAI HOROWITZ #538**