


I just got these in today from you. Mind if I send the one that is out of spec back?

actually 40 is within spec. I cant have you testing barrels and then sending them back with marks on them. And knowing your numbers which could be different than somebody elses. This whole thing has gotten out of hand. You have not been fair to KKM. You have deleted posts that others have made that were truthful. Also good luck with STI, they admitted to ha ⬇ metal issues on slides, agreed to replace them