10:08

John

you're familiar with 416R stainless i assume

DEC 18, 2019 AT 2:35 PM

Not really, just that I hate cutting it

well, KKM used 416R for some barrels, specifically the ones you order from the website because its more versatile, but harder to machine/fit

when you get a barrel from us, or other retailers, it is 99% chance it is 416R BQ5 (barrel quality 5) which was devloped at least in part by Will Shcumann.

which cannot be heat treated as heavily. usually comes out in the 40-42 range, instead of 42-46 ish range

so, lets assume you have a BQ5



**John**

Shcumann.

which cannot be heat treated as heavily. usually comes out in the 40-42 range, instead of 42-46 ish range

so, lets assume you have a BQ5 barrel, but don't know it

then lets assume you don't have a super duper calibrated machine

and lets assume you test the barrel in a fucked up way

you're expecting 42-46 Rc. but you get 38

First thing to check is the process

Dont blame the machine or component until you double check your own variables. That's 1 training