

# Certificate of Test

Page: 1

HEAT E140837   ORDER 656042/ 01   BOL 0231333   *   CERTIFICATION   *   03/12/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES           900400000

G 10708

---------------------------- YOUR ORDER & DATE -------------------------------
7144321                     11/19/14 CUST# 0395001 CUST TAG#5466062
---------------------------- ITEM DESCRIPTION --------------------------------
GRADE 416                   Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM   Country of Mfg.: UNITED STATES
                            NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1182   Approx. Hot Red. Ratio 141:1

WO 2059179 Bundles: 1F
---------------------------- SPECIFICATIONS ----------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II         ASTM A484 14a
ASTM A582 12e1                  DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------------------- MECHANICAL & OTHER TESTS ------------------------------
Hardness as shipped      (207 HB )   Hardness as tested       400 HB
Hardness as shipped       94 HRB
                                     Hardness as tested     ( 43 HRC )
Micro                                Tensile strength,KSI (MPa)   92.7 ( 639)
Intergranular corrosion      OK      0.2% Yield Strngth,KSI(MPa)  69.7 ( 481)

                                     Elongation % in 4D     26.0
                                     Reduction of area %    55.7

-------------------------- CHEMICAL COMPOSITION ------------------------------
Carbon      (C )   .116    Manganese  (Mn)   .790
Phosphorus  (P )   .020    Sulphur    (S )   .321
Silicon     (Si)   .350    Chromium   (Cr) 12.970
Nickel      (Ni)   .310    Cobalt     (Co)   .020
Copper      (Cu)   .060    Moly       (Mo)   .040
Nitrogen    (N )   .040    Columbium  (Cb)   .006
Titanium    (Ti)   .001    Aluminum   (Al)   .001
Tin         (Sn)   .009    Boron      (B )   .001
Tantalum    (Ta)   .004    Vanadium   (V )   .040
Tungsten    (W )   .033                      .000
Columbium/
Tantalum (Cb+Ta)   .010
Iron        (Fe)   Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials ⟵   Date 7/18/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio* (signature)

KKM 000051



# Certificate of Test

Page: 1

HEAT E140837    ORDER 655026/ 18   BOL 0231238   *   CERTIFICATION   *   03/05/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES            900400000

C10209

------------------------------ YOUR ORDER & DATE ------------------------------
    7136833                10/08/14  CUST# 0395001  CUST TAG#5466062

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                       Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM      Country of Mfg.: UNITED STATES
                                     NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1214    Approx. Hot Red. Ratio 141:1

WO 2058366 Bundles: 1C
------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II              ASTM A484 14a
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------------ MECHANICAL & OTHER TESTS ------------------------------
Hardness as shipped    (207 HB )   Hardness as tested        409 HB
Hardness as shipped     93 HRB
                                   Hardness as tested      ( 44 HRC )
                                   Tensile strength,KSI (MPa)   97.5 ( 672)
Micro                       OK     0.2% Yield Strngth,KSI(MPa)  75.0 ( 517)
Intergranular corrosion
                                   Elongation % in 4D        23.0
                                   Reduction of area %       54.0
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.

------------------------------ CHEMICAL COMPOSITION ------------------------------
Carbon      (C )   .116      Manganese  (Mn)   .790
Phosphorus  (P )   .020      Sulphur    (S )   .321
Silicon     (Si)   .350      Chromium   (Cr) 12.970
Nickel      (Ni)   .310      Cobalt     (Co)   .020
Copper      (Cu)   .060      Moly       (Mo)   .040
Nitrogen    (N )   .040      Columbium  (Cb)   .006
Titanium    (Ti)   .001      Aluminum   (Al)   .001
Tin         (Sn)   .009      Boron      (B )   .001
Tantalum    (Ta)   .004      Vanadium   (V )   .040
Tungsten    (W )   .033                        .000
Columbium/
Tantalum (Cb+Ta)   .010
Iron        (Fe)   Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials____ Date 3/9/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                                    M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio* (signature)

KKM 000052



# outokumpu
high performance stainless steel

## Certificate of Test

Page: 1

HEAT E140837   ORDER 655518/ 09   BOL 0231333   *   CERTIFICATION   *   03/12/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES         900400000

610704

---------- YOUR ORDER & DATE ----------
7139752                  10/29/14   CUST# 0395001   CUST TAG#5466062

---------- ITEM DESCRIPTION ----------
GRADE 416                      Ship Condition CONDA
Size  416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM     Country of Mfg.: UNITED STATES
                                    NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles  1   Total Weight  1210    Approx. Hot Red. Ratio 141:1

WO 2059179 Bundles: 1B
---------- SPECIFICATIONS ----------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II              ASTM A484 14a
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------- MECHANICAL & OTHER TESTS ----------
Hardness as shipped    (207 HB )  Hardness as tested        400 HB
Hardness as shipped     94 HRB
                                  Hardness as tested      ( 43 HRC )
                                  Tensile strength,KSI (MPa)  92.7 ( 639)
Micro                      OK     0.2% Yield Strngth,KSI(MPa) 69.7 ( 481)
Intergranular corrosion
                                  Elongation % in 4D          26.0
                                  Reduction of area %         55.7

---------- CHEMICAL COMPOSITION ----------
Carbon       (C )  .116        Manganese   (Mn)   .790
Phosphorus   (P )  .020        Sulphur     (S )   .321
Silicon      (Si)  .350        Chromium    (Cr) 12.970
Nickel       (Ni)  .310        Cobalt      (Co)   .020
Copper       (Cu)  .060        Moly        (Mo)   .040
Nitrogen     (N )  .040        Columbium   (Cb)   .006         8000  1/1
Titanium     (Ti)  .001        Aluminum    (Al)   .001
Tin          (Sn)  .009        Boron       (B )   .001
Tantalum     (Ta)  .004        Vanadium    (V )   .040
Tungsten     (W )  .033                            .000
Columbium/
Tantalum (Cb+Ta)   .010
Iron         (Fe)  Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.    SAMUEL, SON & CO. INC.
                                                                 LOS ANGELES
                                                           QC Certified True Copy
                              M.F. Marcanio,   Quality Manager of Original Material Test Report

                                                           Initials____ Date 3/18/15

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio



# Certificate of Test

Page: 1

HEAT G21804    ORDER 657838/ 05   BOL 0232216   *   CERTIFICATION   *   05/27/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES         900400000

614146

---------- YOUR ORDER & DATE ----------
7154548          2/09/15 CUST# 0395001 CUST TAG#5466062

---------- ITEM DESCRIPTION ----------
GRADE 416                    Ship Condition CONDA
Size    416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES      Country of Mfg.: UNITED STATES
                                    NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   708   Approx. Hot Red. Ratio 212:1

WO 2060246 Bundles: 1K
---------- SPECIFICATIONS ----------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II              ASTM A484 15
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------- MECHANICAL & OTHER TESTS ----------
Hardness as shipped    (217 HB )   Hardness as tested        400 HB
Hardness as shipped     95 HRB
                                   Hardness as tested        ( 43 HRC )
                                   Tensile strength,KSI (MPa)  101.0 ( 696)
Micro                        OK    0.2% Yield Strngth,KSI(MPa)  77.5 ( 534)
Intergranular corrosion
Macro                        OK    Elongation % in 4D         23.0
                                   Reduction of area %        57.0
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.

---------- CHEMICAL COMPOSITION ----------
Carbon      (C )  .120      Manganese  (Mn)  1.020
Phosphorus  (P )  .018      Sulphur    (S )   .320
Silicon     (Si)  .380      Chromium   (Cr) 12.950
Nickel      (Ni)  .190      Cobalt     (Co)   .050
Copper      (Cu)  .090      Moly       (Mo)   .030
Nitrogen    (N )  .041      Columbium  (Cb)   .010
Titanium    (Ti)  .010      Aluminum   (Al)   .010
Tin         (Sn)  .006      Vanadium   (V )   .040
Tungsten    (W )  .050                         .000
Columbium/
Tantalum (Cb+Ta)  .010                              SAMUEL, SON & CO. INC.
Iron        (Fe)  Balance                              LOS ANGELES
Melt Practice     EAF                               QC Certified True Copy
Refining Practice AOD                            Of Original Material Test Report
De-long Ferrite
                                                 Initials ___ Date 6/2/15
Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                          M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio*

KKM 000054



# Certificate of Test

Page: 1

HEAT G22110   ORDER 659171/ 01   BOL 0232835   *   CERTIFICATION   *   07/23/15

SHIP TO:
SAMUEL, SON & CO
30640 SAN CLEMENTE ST

HAYWARD            945440000

Tag# 561118
561119
561120
561121
561122
561123
561124
561125

---------- YOUR ORDER & DATE ----------
7165241                4/09/15 CUST# 0395009 CUST TAG#5466076

---------- ITEM DESCRIPTION ----------
GRADE 416                    Ship Condition CONDA
Size   416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                                  NAFTA Country of Origin is Country of Melt

No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   4   Total Weight 10512   Approx. Hot Red. Ratio 110:1

WO 2061685 Bundles: 1A, 1B, 1C, 1D

---------- SPECIFICATIONS ----------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II         ASTM A484 15
ASTM A582 12e1                  DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------- MECHANICAL & OTHER TESTS ----------
Hardness as shipped    205 HB      Hardness as tested       421 HB
Hardness as shipped    ( 94 HRB )
                                   Hardness as tested      ( 45 HRC )
                                   Tensile strength,KSI (MPa)  97.3 ( 671)
Micro                       OK     0.2% Yield Strngth,KSI(MPa) 70.7 ( 487)
Intergranular corrosion
Macro                       OK     Elongation % in 4D          26.0
                                   Reduction of area %         59.7

---------- CHEMICAL COMPOSITION ----------
Carbon       (C )  .120     Manganese  (Mn)  1.010
Phosphorus   (P )  .016     Sulphur    (S )   .320
Silicon      (Si)  .330     Chromium   (Cr) 13.020
Nickel       (Ni)  .180     Cobalt     (Co)   .050
Copper       (Cu)  .090     Moly       (Mo)   .030
Nitrogen     (N )  .042     Columbium  (Cb)   .010
Titanium     (Ti)  .010     Aluminum   (Al)   .010
Tin          (Sn)  .007     Vanadium   (V )   .030
Tungsten     (W )  .050                        .000
Columbium/
Tantalum (Cb+Ta)   .010
Iron         (Fe)  Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

SAMUEL, SON & CO. INC.
HAYWARD
QC Certified True Copy
Of Original Material Test Report
Initials CG  Date 07-31-15   M.F. Marcanio

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

KKM 000055



# outokumpu
high performance stainless steel

# Certificate of Test

Page: 1

HEAT G22664  ORDER 661822/ 06  BOL 0233943  * CERTIFICATION  * 11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES       900400000

621975

-------------------------------- YOUR ORDER & DATE ------------------------------
        7186768                   9/07/15 CUST# 0395001 CUST TAG#5466062
-------------------------------- ITEM DESCRIPTION -------------------------------
GRADE 416                         Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                                  NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight  1282   Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1C
-------------------------------- SPECIFICATIONS ---------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II           ASTM A484 15
ASTM A582 12e1                    DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------------------- MECHANICAL & OTHER TESTS -----------------------
Hardness as shipped     216 HB    Hardness as tested        432 HB
Hardness as shipped    ( 96 HRB )
                                  Hardness as tested       ( 46 HRC )
                                  Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                      OK     0.2% Yield Strngth,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                      OK     Elongation % in 4D          23.0
                                  Reduction of area %         57.0

-------------------------------- CHEMICAL COMPOSITION ---------------------------
Carbon       (C )    .120         Manganese    (Mn)  1.040
Phosphorus   (P )    .017         Sulphur      (S )   .320
Silicon      (Si)    .460         Chromium     (Cr) 13.000
Nickel       (Ni)    .320         Cobalt       (Co)   .050
Copper       (Cu)    .110         Moly         (Mo)   .080
Nitrogen     (N )    .044         Columbium    (Cb)   .020
Titanium     (Ti)    .010         Aluminum     (Al)   .010
Tin          (Sn)    .006         Vanadium     (V )   .050
Tungsten     (W )    .050                             .000
Columbium/
Tantalum (Cb+Ta)     .020
Iron         (Fe)  Balance
Melt Practice        EAF
Refining Practice    AOD
De-long Ferrite

SAMUEL, SON & CO.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date 11/19/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                    M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio* (signature)

KKM 000056



# Certificate of Test

Page: 1

```
HEAT G23479    ORDER 671590/ 09  BOL 0238423  *  CERTIFICATION  *  02/20/17

SHIP TO:                          641673  641677   641681
SAMUEL, SON & CO., INC.           641674  641678   641682
6415 EAST CORVETTE
323.767.2302                      641675  641679   641683
LOS ANGELES         900400000
                                  641676  641680
```

------------------------------ YOUR ORDER & DATE ------------------------------
7253602                          1/09/17 CUST# 0395001 CUST TAG#5466062

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                              Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                                  NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles  1   Total Weight  1338    Approx. Hot Red. Ratio 212:1

WO 2074302 Bundles: 1F
------------------------------ SPECIFICATIONS ------------------------------
 THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
 AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II                 ASTM A484 16
ASTM A582 12e1                          DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------------- MECHANICAL & OTHER TESTS --------------------------
Hardness as shipped     233 HB     Hardness as tested       421 HB
Hardness as shipped    ( 97 HRB )
                                   Hardness as tested      ( 45 HRC )
                                   Tensile strength,KSI (MPa)  101.0 ( 696)
Micro                      OK      0.2% Yield Strngth,KSI(MPa)  75.7 ( 522)
Intergranular corrosion
Macro                      OK      Elongation % in 4D           22.5
                                   Reduction of area %          57.1

---------------------------- CHEMICAL COMPOSITION ----------------------------
Carbon         (C )  .120      Manganese   (Mn)  1.020
Phosphorus     (P )  .018      Sulphur     (S )   .310
Silicon        (Si)  .380      Chromium    (Cr) 12.920
Nickel         (Ni)  .270      Cobalt      (Co)   .050
Copper         (Cu)  .080      Moly        (Mo)   .100
Nitrogen       (N )  .041      Columbium   (Cb)   .010
Titanium       (Ti)  .010      Aluminum    (Al)   .010
Tin            (Sn)  .005      Vanadium    (V )   .050
Tungsten       (W )  .050
Columbium/
Tantalum (Cb+Ta)     .010
Iron       (Fe) Balance
Melt Practice        EAF
Refining Practice    AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                                       M.F. Marcanio,   Quality Manager
```

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

KKM 000057


outokumpu
high performance stainless steel

# Certificate of Test

Page: 1

HEAT E171092    ORDER 678249/ 04    BOL 0242098    * CERTIFICATION    * 01/30/18

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES            900400000

656470    656474
656471    656475
656472    656476
656473    656477
         656478

---------- YOUR ORDER & DATE ----------
7297425            11/22/17 CUST# 0395001 CUST TAG#5466062

---------- ITEM DESCRIPTION ----------
GRADE 416                               Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
                                   NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1282   Approx. Hot Red. Ratio 23:1

WO 2082223 Bundles: 1F
---------- SPECIFICATIONS ----------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II           ASTM A484/A484M 16
ASTM A582 12 (Reapp. 2017)        DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------- MECHANICAL & OTHER TESTS ----------
Hardness as shipped    (201 HB )  Hardness as tested          400 HB
Hardness as shipped     92 HRB
                                  Hardness as tested       ( 43 HRC )
                                  Tensile strength,KSI (MPa)  93.5 ( 645)
Micro                       OK    0.2% Yield Strngth,KSI(MPa) 67.3 ( 464)
Intergranular corrosion
                                  Elongation % in 4D          24.7
                                  Reduction of area %         54.8
the microstucture consisted of uniform tempered martensite with no
evidence of segregation

---------- CHEMICAL COMPOSITION ----------
Carbon      (C )    .112      Manganese  (Mn)    .820
Phosphorus  (P )    .021      Sulphur    (S )    .324
Silicon     (Si)    .380      Chromium   (Cr) 12.930
Nickel      (Ni)    .420      Cobalt     (Co)    .028
Copper      (Cu)    .103      Moly       (Mo)    .040
Nitrogen    (N )    .038      Columbium  (Cb)    .003
Titanium    (Ti)    .001      Aluminum   (Al)    .001
Tin         (Sn)    .004      Boron      (B )    .001
Tantalum    (Ta)    .001      Vanadium   (V )    .030
Tungsten    (W )    .010
Columbium/
Tantalum (Cb+Ta)    .004      SAMUEL SON & CO INC
Iron        (Fe) Balance         LOS ANGELES
Melt Practice       EAF       QC Certified True Copy
Refining Practice   AOD       Of Original Material Test Report
De-long Ferrite
                              Initials _____ Date 2-5-18

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                              M.F. Marcanio,  Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

                                                        M.F. Marcanio

KKM 000058



# Certificate of Test

Page: 1

HEAT E181621   ORDER 687391/ 01   BOL 0246696   *   CERTIFICATION   *   04/16/19

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

674741
674742

ARCADIA                910060000

------------------------------- YOUR ORDER & DATE -------------------------------
7369931                          4/12/19 CUST# 0395009 CUST TAG#5466004

------------------------------- ITEM DESCRIPTION -------------------------------
GRADE 416                                                   Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   2   Total Weight   4170    Approx. Hot Red. Ratio 23:1

WO 2091549 Bundles: 1B, 1C
------------------------------- SPECIFICATIONS -------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------------- MECHANICAL & OTHER TESTS -------------------------------
Hardness as shipped    (212 HB  )  Hardness as tested         421 HB
Hardness as shipped    94 HRB
                                   Hardness as tested       ( 45 HRC )
                                   Tensile strength,KSI (MPa)  98.6 ( 680)
Micro                       OK     0.2% Yield Strngth,KSI(MPa) 73.0 ( 503)
Intergranular corrosion
                                   Elongation % in 4D         23.0
                                   Reduction of area %        54.4
THE MICROSTRUCTURE CONSISTED OF UNIFORM TEMPERED MARTENSITE WITH NO
EVIDENCE OF SEGREGATION

------------------------------- CHEMICAL COMPOSITION -------------------------------
Carbon       (C )   .124       Manganese  (Mn)    .810
Phosphorus   (P )   .022       Sulphur    (S )    .360
Silicon      (Si)   .400       Chromium   (Cr) 13.080
Nickel       (Ni)   .600       Cobalt     (Co)    .030
Copper       (Cu)   .100       Moly       (Mo)    .050
Nitrogen     (N )   .043       Columbium  (Cb)    .003
Titanium     (Ti)   .001       Aluminum   (Al)    .001
Tin          (Sn)   .004       Boron      (B )    .001
Tantalum     (Ta)   .001       Vanadium   (V )    .030
Tungsten     (W )   .010
Columbium/
Tantalum (Cb+Ta)    .004
Iron         (Fe) Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____ Date 4/25/19

*M.F. Marcanio*

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

KKM 000059



# Certificate of Test

Page: 1

HEAT E191558    ORDER 690508/ 02  BOL 0249859  * CERTIFICATION  * 03/19/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

691547
691548
691549

ARCADIA               910060000

------------------------------ YOUR ORDER & DATE ------------------------------
7394975                10/31/19 CUST# 0395009 CUST TAG#5466004

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                                  Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   3   Total Weight  6588    Approx. Hot Red. Ratio 23:1

WO 2102477 Bundles: 1C, 1D, 1E
------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

--------------------------- MECHANICAL & OTHER TESTS ---------------------------
Hardness as shipped    207 HB    Hardness as tested       (477 HB )
Hardness as shipped   ( 93 HRB )
                                 Hardness as tested        50 HRC
                                 Tensile strength,KSI (MPa)  95.4 ( 658)
Micro                    OK      0.2% Yield Strngth,KSI(MPa) 78.7 ( 543)
Intergranular corrosion
                                 Elongation % in 4D        22.6
                                 Reduction of area %       54.6
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

--------------------------- CHEMICAL COMPOSITION ---------------------------
Carbon       (C )   .115     Manganese   (Mn)   .820
Phosphorus   (P )   .020     Sulphur     (S )   .345
Silicon      (Si)   .400     Chromium    (Cr) 12.940
Nickel       (Ni)   .200     Cobalt      (Co)   .021
Copper       (Cu)   .384     Moly        (Mo)   .020
Nitrogen     (N )   .048     Columbium   (Cb)   .001
Titanium     (Ti)   .001     Aluminum    (Al)   .001
Tin          (Sn)   .004     Boron       (B )   .001
Tantalum     (Ta)   .001     Vanadium    (V )   .030
Tungsten     (W )   .010
Columbium/
Tantalum (Cb+Ta)   .002                       SAMUEL, SON & CO., INC
Iron         (Fe)  Balance                        LOS ANGELES
Melt Practice      EAF                        QC Certified True Copy
Refining Practice  AOD                    Of Original Material Test Report
De-long Ferrite                              Initials ___ Date 3/23/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                        M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio*

KKM 000060



# outokumpu
high performance stainless steel

# Certificate of Test

Page: 1

HEAT E191558    ORDER 690508/ 01    BOL 0249859  *  CERTIFICATION  *  03/19/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA            910060000

691550
691551

---------- YOUR ORDER & DATE ----------
7394975                 10/31/19 CUST# 0395009 CUST TAG#5466004

---------- ITEM DESCRIPTION ----------
GRADE 416                                                Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   2   Total Weight   4346     Approx. Hot Red. Ratio 23:1

WO 2102477 Bundles: 1A, 1B

---------- SPECIFICATIONS ----------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------- MECHANICAL & OTHER TESTS ----------
Hardness as shipped       207 HB      Hardness as tested       (477 HB )
Hardness as shipped      ( 93 HRB )

                                      Hardness as tested        50 HRC
Micro                                 Tensile strength,KSI (MPa)   95.4 ( 658)
Intergranular corrosion    OK         0.2% Yield Strngth,KSI(MPa)  78.7 ( 543)

                                      Elongation % in 4D            22.6
                                      Reduction of area %           54.6
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.

---------- CHEMICAL COMPOSITION ----------
Carbon      (C )   .115        Manganese  (Mn)    .820
Phosphorus  (P )   .020        Sulphur    (S )    .345
Silicon     (Si)   .400        Chromium   (Cr)  12.940
Nickel      (Ni)   .200        Cobalt     (Co)    .021
Copper      (Cu)   .384        Moly       (Mo)    .020
Nitrogen    (N )   .048        Columbium  (Cb)    .001
Titanium    (Ti)   .001        Aluminum   (Al)    .001
Tin         (Sn)   .004        Boron      (B )    .001
Tantalum    (Ta)   .001        Vanadium   (V )    .030
Tungsten    (W )   .010
Columbium/
Tantalum (Cb+Ta)   .002
Iron        (Fe)   Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _AD_   Date 3/23/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

M.F. Marcanio

KKM 000061



# Certificate of Test

Page: 1

HEAT E200038   ORDER 693068/ 01   BOL 0250227  *  CERTIFICATION  *  04/27/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA          910060000

693732
693733
693734

--- YOUR ORDER & DATE ---
7394975          4/07/20 CUST# 0395009 CUST TAG#5466029

--- ITEM DESCRIPTION ---
GRADE 416                                        Ship Condition CONDA
Size416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED KINGDOM   Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles  3   Total Weight  6634   Approx. Hot Red. Ratio 12:1

WO 2103732 Bundles: 1A, 1B, 1C

--- SPECIFICATIONS ---
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 20
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

--- MECHANICAL & OTHER TESTS ---
Hardness as shipped      202 HB    Hardness as tested    (444 HB )
Hardness as shipped    ( 92 HRB )
                                   Hardness as tested    47 HRC
Micro                              Tensile strength,KSI (MPa)  94.5 ( 652)
Intergranular corrosion    OK      0.2% Yield Strngth,KSI(MPa) 69.6 ( 480)

                                   Elongation % in 4D           23.6
                                   Reduction of area %          56.3
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

--- CHEMICAL COMPOSITION ---
Carbon       (C )  .114        Manganese   (Mn)   .770
Phosphorus   (P )  .020        Sulphur     (S )   .339
Silicon      (Si)  .350        Chromium    (Cr) 13.050
Nickel       (Ni)  .240        Cobalt      (Co)   .022
Copper       (Cu)  .058        Moly        (Mo)   .020
Nitrogen     (N )  .045        Columbium   (Cb)   .011
Titanium     (Ti)  .002        Aluminum    (Al)   .001
Tin          (Sn)  .005        Cerium      (Ce)   .006
Boron        (B )  .002        Tantalum    (Ta)   .001
Vanadium     (V )  .030        Tungsten    (W )   .010
Columbium/
Tantalum (Cb+Ta)   .012
Iron         (Fe)  Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____ Date 5/1/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

*M.F. Marcanio* (signature)

KKM 000062



# Certificate of Test

Page: 1

HEAT E200885   ORDER 694431/ 02   BOL 0252221 * CERTIFICATION * 12/30/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA          910060000

706248

------------------------------ YOUR ORDER & DATE ------------------------------
7424834           8/03/20 CUST# 0395009 CUST TAG#5466004

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                          Ship Condition CONDA
Size416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED KINGDOM     Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   1   Total Weight   2014    Approx. Hot Red. Ratio 12:1

WO 2107916 Bundles: 1A
------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II               ASTM A484/A484M 20b
ASTM A582/A582M 12 (Re 17)            DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped      (207 HB )   Hardness as tested    (444 HB )
Hardness as shipped       94 HRB
                                     Hardness as tested      47 HRC
                                     Tensile strength,KSI (MPa)  96.5 ( 665)
Micro                        OK      0.2% Yield Strngth,KSI(MPa) 71.8 ( 495)
Intergranular corrosion
                                     Elongation % in 4D          25.5
                                     Reduction of area %         58.7
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

--------------------------- CHEMICAL COMPOSITION ---------------------------
Carbon         (C )   .120      Manganese    (Mn)    .840
Phosphorus     (P )   .021      Sulphur      (S )    .343
Silicon        (Si)   .360      Chromium     (Cr) 12.950
Nickel         (Ni)   .340      Cobalt       (Co)    .024
Copper         (Cu)   .070      Moly         (Mo)    .030
Nitrogen       (N )   .043      Columbium    (Cb)    .003
Titanium       (Ti)   .002      Aluminum     (Al)    .001
Tin            (Sn)   .005      Boron        (B )    .001
Tantalum       (Ta)   .001      Vanadium     (V )    .030
Tungsten       (W )   .010
Columbium/
Tantalum (Cb+Ta)      .004
Iron           (Fe)   Balance
Melt Practice         EAF
Refining Practice     AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials ___ Date 1/5/21

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

M.F. Marcanio

KKM 000063



# outokumpu
high performance stainless steel

# Certificate of Test

Page: 1

HEAT E200561   ORDER 694431/ 02   BOL 0252112   *   CERTIFICATION   *   12/09/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA                910060000

705504
705505
705506
705507

------------------------------- YOUR ORDER & DATE -------------------------
7424834                        8/03/20 CUST# 0395009 CUST TAG#5466004

------------------------------- ITEM DESCRIPTION -------------------------
GRADE 416                                           Ship Condition CONDA
Size416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED KINGDOM     Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   4   Total Weight   7686     Approx. Hot Red. Ratio 12:1

WO 2107200 Bundles: 1A, 1B, 1C, 1D
------------------------------- SPECIFICATIONS -------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 20b
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped      (207 HB )   Hardness as tested      (444 HB )
Hardness as shipped       93 HRB
                                     Hardness as tested         47 HRC
Micro                        OK      Tensile strength,KSI (MPa)  95.0 ( 655)
Intergranular corrosion              0.2% Yield Strngth,KSI(MPa) 68.7 ( 474)

                                     Elongation % in 4D          25.0
                                     Reduction of area %         55.9
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.

----------------------------- CHEMICAL COMPOSITION -----------------------------
Carbon       (C )   .122      Manganese   (Mn)    .810
Phosphorus   (P )   .020      Sulphur     (S )    .344
Silicon      (Si)   .370      Chromium    (Cr) 13.050
Nickel       (Ni)   .460      Cobalt      (Co)    .031
Copper       (Cu)   .038      Moly        (Mo)    .040
Nitrogen     (N )   .042      Columbium   (Cb)    .001
Titanium     (Ti)   .001      Aluminum    (Al)    .001
Tin          (Sn)   .004      Boron       (B )    .001
Tantalum     (Ta)   .001      Vanadium    (V )    .030
Tungsten     (W )   .010
Columbium/                                    SAMUEL, SON & CO., INC
Tantalum (Cb+Ta)    .002                         LOS ANGELES
Iron         (Fe)  Balance                    QC Certified True Copy
Melt Practice       EAF                       Of Original Material Test Report
Refining Practice   AOD                       Initials ⟋⟋⟋.  Date 12/15/20
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                            M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

*M.F. Marcanio* (signature)

KKM 000064



# Certificate of Test

```
                                                                  Page:     1
HEAT E200885    ORDER 694431/ 02  BOL 0252221  *  CERTIFICATION  *  12/30/20
SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD
                                                                706248
ARCADIA             910060000
```

---------------------- YOUR ORDER & DATE ----------------------
7424834                8/03/20 CUST# 0395009 CUST TAG#5466004

---------------------- ITEM DESCRIPTION ----------------------
GRADE 416                                           Ship Condition CONDA
Size416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED KINGDOM   Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles  1  Total Weight  2014   Approx. Hot Red. Ratio 12:1

WO 2107916 Bundles: 1A
---------------------- SPECIFICATIONS ----------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 20b
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------------------- MECHANICAL & OTHER TESTS ----------------------
Hardness as shipped     (207 HB )  Hardness as tested    (444 HB )
Hardness as shipped      94 HRB
                                   Hardness as tested      47 HRC
Micro                              Tensile strength,KSI (MPa)   96.5 ( 665)
Intergranular corrosion    OK      0.2% Yield Strngth,KSI(MPa)  71.8 ( 495)

                                   Elongation % in 4D           25.5
                                   Reduction of area %          58.7
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

---------------------- CHEMICAL COMPOSITION ----------------------
Carbon         (C )    .120        Manganese    (Mn)    .840
Phosphorus     (P )    .021        Sulphur      (S )    .343
Silicon        (Si)    .360        Chromium     (Cr)  12.950
Nickel         (Ni)    .340        Cobalt       (Co)    .024
Copper         (Cu)    .070        Moly         (Mo)    .030
Nitrogen       (N )    .043        Columbium    (Cb)    .003
Titanium       (Ti)    .002        Aluminum     (Al)    .001
Tin            (Sn)    .005        Boron        (B )    .001
Tantalum       (Ta)    .001        Vanadium     (V )    .030
Tungsten       (W )    .010
Columbium/
Tantalum (Cb+Ta)       .004
Iron           (Fe)    Balance
Melt Practice          EAF
Refining Practice      AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials_____ Date 1/5/21

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                              M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

*M.F. Marcanio* (signature)



# Certificate of Test

Page: 1

HEAT E200885    ORDER 694431/ 01   BOL 0252112   *  CERTIFICATION  *  12/09/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA            910060000

705503

------------------------------ YOUR ORDER & DATE ------------------------------
          7424834                 8/03/20 CUST# 0395009 CUST TAG#5466004

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                              Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM   Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   1   Total Weight   1914   Approx. Hot Red. Ratio 18:1

WO 2107864 Bundles: 1A
------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II               ASTM A484/A484M 20b
ASTM A582/A582M 12 (Re 17)            DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F

------------------------------ MECHANICAL & OTHER TESTS ------------------------------
Hardness as shipped   (207 HB )   Hardness as tested   (444 HB )
Hardness as shipped    93 HRB
                                  Hardness as tested       47 HRC
                                  Tensile strength,KSI (MPa)   93.3 ( 643 )
Micro                        OK   0.2% Yield Strngth,KSI(MPa)  67.5 ( 465 )
Intergranular corrosion
                                  Elongation % in 4D           25.5
                                  Reduction of area %          58.7
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

------------------------------ CHEMICAL COMPOSITION ------------------------------
Carbon       (C )   .120      Manganese   (Mn)    .840
Phosphorus   (P )   .021      Sulphur     (S )    .343
Silicon      (Si)   .360      Chromium    (Cr)   12.950
Nickel       (Ni)   .340      Cobalt      (Co)    .024
Copper       (Cu)   .070      Moly        (Mo)    .030
Nitrogen     (N )   .043      Columbium   (Cb)    .003
Titanium     (Ti)   .002      Aluminum    (Al)    .001
Tin          (Sn)   .005      Boron       (B )    .001
Tantalum     (Ta)   .001      Vanadium    (V )    .030        SAMUEL, SON & CO., INC
Tungsten     (W )   .010                                          LOS ANGELES
Columbium/
Tantalum (Cb+Ta)    .004                                      QC Certified True Copy
Iron         (Fe) Balance                                 Of Original Material Test Report
Melt Practice       EAF                                   Initials ___  Date 12/5/20
Refining Practice   AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                              M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

                                                           M.F. Marcanio

Case 0:20-cv-61469-RS Document 207-9 Entered on FLSD Docket 12/05/2023 Page 17 of 19



**outokumpu** — high performance stainless steel

# Certificate of Test

Page: 1

HEAT G23479  ORDER 671590/ 09  BOL 0238423  *  CERTIFICATION  *  02/20/17

```
SHIP TO:                          641673  641677   641681
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE               641674  641678   641682
323.767.2302
LOS ANGELES           900400000  641675  641679
                                                   641683
                                 641676  641680
```

------------------------------ YOUR ORDER & DATE ------------------------------
7253602                          1/09/17 CUST# 0395001 CUST TAG#5466062

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                                   Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                                  NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles  1  Total Weight  1338   Approx. Hot Red. Ratio 212:1

WO 2074302 Bundles: 1F

------------------------------ SPECIFICATIONS ------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II           ASTM A484 16
ASTM A582 12e1                    DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped     233 HB    Hardness as tested       421 HB
Hardness as shipped    ( 97 HRB )
                                  Hardness as tested      ( 45 HRC )
Micro                             Tensile strength,KSI (MPa)  101.0 ( 696)
Intergranular corrosion    OK     0.2% Yield Strngth,KSI(MPa)  75.7 ( 522)
Macro                      OK
                                  Elongation % in 4D          22.5
                                  Reduction of area %         57.1

-------------------------- CHEMICAL COMPOSITION --------------------------
Carbon        (C )   .120    Manganese    (Mn)  1.020
Phosphorus    (P )   .018    Sulphur      (S )   .310
Silicon       (Si)   .380    Chromium     (Cr) 12.920
Nickel        (Ni)   .270    Cobalt       (Co)   .050
Copper        (Cu)   .080    Moly         (Mo)   .100
Nitrogen      (N )   .041    Columbium    (Cb)   .010
Titanium      (Ti)   .010    Aluminum     (Al)   .010
Tin           (Sn)   .005    Vanadium     (V )   .050
Tungsten      (W )   .050
Columbium/
Tantalum (Cb+Ta)     .010         SAMUEL, SON & CO., INC.
Iron      (Fe)  Balance               LOS ANGELES
Melt Practice        EAF          Certified True Copy
Refining Practice    AOD          Original Material Test Report
De-long Ferrite
                                   [signature] 2.24.17

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                                  M.F. Marcanio,    Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729                                         *M.F. Marcanio* [signature]

KKM 000067

 

# Certificate of Test

Page: 1

```
HEAT E200561    ORDER 694431/ 01   BOL 0252112  *  CERTIFICATION   *  12/09/20
SHIP TO:                                                              705499
SAMUEL,SON & CO
12389 LOWER AZUSA ROAD                                                705500

ARCADIA                   910060000                                   705501
                                                                      705562
------------------------------- YOUR ORDER & DATE ---------------------------
    7424834                     8/03/20 CUST# 0395009 CUST TAG#5466004

------------------------------- ITEM DESCRIPTION ---------------------------
GRADE 416                                             Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM     Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   4   Total Weight   7554    Approx. Hot Red. Ratio 23:1

WO 2107347 Bundles: 1A, 1B, 1C, 1D
------------------------------ SPECIFICATIONS -------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 20b
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------------- MECHANICAL & OTHER TESTS ------------------------
Hardness as shipped      197 HB    Hardness as tested    (444 HB  )
Hardness as shipped     ( 91 HRB )
                                   Hardness as tested    47 HRC
                                   Tensile strength,KSI (MPa)  95.3 ( 657)
Micro                       OK     0.2% Yield Strngth,KSI(MPa) 68.6 ( 473)
Intergranular corrosion
                                   Elongation % in 4D          25.1
                                   Reduction of area %         59.5

--------------------------- CHEMICAL COMPOSITION ---------------------------
Carbon       (C )   .122       Manganese   (Mn)    .810
Phosphorus   (P )   .020       Sulphur     (S )    .344
Silicon      (Si)   .370       Chromium    (Cr) 13.050
Nickel       (Ni)   .460       Cobalt      (Co)    .031
Copper       (Cu)   .038       Moly        (Mo)    .040
Nitrogen     (N )   .042       Columbium   (Cb)    .001
Titanium     (Ti)   .001       Aluminum    (Al)    .001
Tin          (Sn)   .004       Boron       (B )    .001
Tantalum     (Ta)   .001       Vanadium    (V )    .030
Tungsten     (W )   .010
Columbium/
Tantalum (Cb+Ta)    .002                          SAMUEL, SON & CO., INC
Iron       (Fe)  Balance                             LOS ANGELES
Melt Practice       EAF                           QC Certified True Copy
Refining Practice   AOD                      Of Original Material Test Report
De-long Ferrite                              Initials ____ Date 12/15/20
```

Knowingly & willfully falsifying or concealing a material act on this form, or making false, fictitious or fraudulent statements or representations herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and accurate as contained in the records of the company and are in compliance with the specifications, codes, and standards listed above.

M.F. Marcanio,  Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

*M.F. Marcanio* (signature)



**outokumpu**
high performance stainless steel

# Certificate of Test

Page: 1

HEAT E182244   ORDER 690508/ 03   BOL 0249584  *  CERTIFICATION  *  02/24/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

690284

ARCADIA              910060000

690286

------------------------------- YOUR ORDER & DATE -------------------------------
7394975                        10/31/19  CUST# 0395009  CUST TAG#5466004

------------------------------- ITEM DESCRIPTION -------------------------------
GRADE 416                                           Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   2   Total Weight   2710    Approx. Hot Red. Ratio 23:1

WO 2102078 Bundles: 1A, 1B
------------------------------- SPECIFICATIONS -------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II             ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)          DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped       (201 HB )  Hardness as tested    (444 HB )
Hardness as shipped        92 HRB
                                     Hardness as tested        47 HRC
                                     Tensile strength,KSI (MPa) 96.2 ( 663)
Micro                        OK      0.2% Yield Strngth,KSI(MPa) 71.4 ( 492)
Intergranular corrosion
                                     Elongation % in 4D         22.2
                                     Reduction of area %        55.6
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

------------------------- CHEMICAL COMPOSITION -------------------------
Carbon       (C )   .117         Manganese   (Mn)   .810
Phosphorus   (P )   .022         Sulphur     (S )   .334
Silicon      (Si)   .460         Chromium    (Cr)  12.980
Nickel       (Ni)   .230         Cobalt      (Co)   .021
Copper       (Cu)   .092         Moly        (Mo)   .020
Nitrogen     (N )   .044         Columbium   (Cb)   .001
Titanium     (Ti)   .001         Aluminum    (Al)   .001
Tin          (Sn)   .004         Boron       (B )   .002
Tantalum     (Ta)   .001         Vanadium    (V )   .030
Tungsten     (W )   .010
Columbium/                                          SAMUEL, SON & CO., INC
Tantalum (Cb+Ta)    .002                                 LOS ANGELES
Iron         (Fe) Balance                          QC Certified True Copy
Melt Practice     EAF                             Of Original Material Test Report
Refining Practice AOD                             Initials ___ Date 2/28/20
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                                M.F. Marcanio,  Quality Manager
                                  _____   _____
                                    Initials         Date

Of Original Material Test Report
QC Certified True Copy
LOS ANGELES
SAMUEL, SON & CO., INC

M.F. Marcanio

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

KKM 000069