**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 0:20-cv-61469-RS**

AKAI CUSTOM GUNS, LLC,
a Florida Limited Liability Company,
and SHAY HOROWITZ, an Individual,

Plaintiffs,

vs.

KKM PRECISION, INC. a Nevada
Corporation, and SHOOTERS CONNECTION,
INC., a Kentucky Corporation,

Defendants.
_______________________________/

**DECLARATION OF M. F. MARCANIO**

STATE OF NORTH CAROLINA__ )
) ss
COUNTY OF MECKLENBURG )

I, Michael F. Marcanio, declare as follows:

1. I am over the age of 18 and have personal knowledge as to all facts stated herein and would be willing to testify to the same under oath if called upon to do so by this Court.

2. I am a resident of the State of North Carolina.

3. I am an employee of Outokumpu Stainless Bar, LLC (hereinafter "Outokumpu"), which is a steel manufacturer.

4. I have been employed with Outokumpu for 26 years and my current position is Quality Manager. I have a total of 43 years of experience in the metals industries.

5. I have personally reviewed the documents attached hereto and labeled as "KKM 000018-KKM 000029" and I have personal knowledge of the content of these records.

6. KKM 000018-KKM 000029 are Certificates of Test, which record tests performed at approved and certified laboratories performed in accordance with industry specifications, and are records Outokumpu keeps in the regular course of business. As part of my job duties, I am responsible for the systems assuring compliance with testing standards.

7. The records of these testing events contained in the Certificates of Test labeled as "KKM 000018-KKM 000029" were made by Outokumpu employees trained to assemble shipping documents for delivery to customers at the time of shipment. As part of my job duties, I am responsible for ensuring these records comply with Outokumpu's standards.

8. The Certificates of Test labeled as "KKM 000018-KKM 000029" were provided from Outokumpu to Samuel, Son & Co., Inc., and are testing compilations we publish which are used and relied upon by steel distributors and customers in the steel industry. KKM 0000-18-KKM 000029 confirms the sale of grade 416 steel bars from Outokumpu to Samuel, Son & Co., Inc.

9. KKM 000018-KKM 000029 does not indicate the sale of 416R steel bars from Outokumpu to Samuel, Son & Co., Inc., nor does it certify that the steel bars described are "416R" or "416 Restricted."

10. Outokumpu will sell and certify stainless steel bars as "416R" or "416 Restricted" but it is not an ASTM International standard Grade-Type. A customer may provide us with specifications for "416R" or "416 Restricted" steel bars, and we will certify that the steel bars delivered meet those specifications. KKM 000018-KKM 000029 show that Outokumpu shipped steel bars meeting the ASTM 416 standard, and do not certify any other standard, including "416R" or "416 Restricted."

11. Outokumpu manufactures and certifies steel bars to the requirements and specifications to purchase orders. Had the purchase orders corresponding to the steel bars

described in KKM 000018-KKM 000029 supplied a different specification and certification requirement than 416, such as "416R" or "416 Restricted," Outokumpu would have both manufactured the bars to those specifications and would have certified that fact.

12. I have also reviewed the website advertisement from KKM Precision, Inc., attached hereto, which in part states and claims: "*All KKM barrels are made using certified 416R gun-barrel quality stainless steel bar stock.*" To the extent that is being claimed that barrels produced from the sale of grade 416 steel bars from Outokumpu to Samuel, Son & Co., Inc., as outlined in the Certificates of Test labeled as KKM 000018-KKM 000029, such claims are untrue and false according to all of the customer specifications we have received to this date that define grade 416R. Outokumpu did not certify the steel bars described in KKM 000018-KKM 000029 as "416R" or "416 Restricted."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of July 2022.

M.F. Mancunio



# Certificate of Test

Page: 1

HEAT E140837 ORDER 656042/ 01 BOL 0231333 * CERTIFICATION * 03/12/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES 900400000

G 10708

------------------------------ YOUR ORDER & DATE ------------------------------
7144321 11/19/14 CUST# 0395001 CUST TAG#5466062

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416 Ship Condition CONDA
Size 416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM Country of Mfg.: UNITED STATES
NAFTA Country of Origin is Country of Melt

No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles 1 Total Weight 1182 Approx. Hot Red. Ratio 141:1

WO 2059179 Bundles: 1F

------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II
ASTM A582 12e1 ASTM A484 14a
DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------------ MECHANICAL & OTHER TESTS ------------------------------

| Test | Value | Test | Value |
|---|---|---|---|
| Hardness as shipped | (207 HB ) | Hardness as tested | 400 HB |
| Hardness as shipped | 94 HRB | | |
| | | Hardness as tested | ( 43 HRC ) |
| Micro | | Tensile strength,KSI (MPa) | 92.7 ( 639) |
| Intergranular corrosion | OK | 0.2% Yield Strngth,KSI(MPa) | 69.7 ( 481) |
| | | Elongation % in 4D | 26.0 |
| | | Reduction of area % | 55.7 |

------------------------------ CHEMICAL COMPOSITION ------------------------------

| Element | | Value | Element | | Value |
|---|---|---|---|---|---|
| Carbon | (C ) | .116 | Manganese | (Mn) | .790 |
| Phosphorus | (P ) | .020 | Sulphur | (S ) | .321 |
| Silicon | (Si) | .350 | Chromium | (Cr) | 12.970 |
| Nickel | (Ni) | .310 | Cobalt | (Co) | .020 |
| Copper | (Cu) | .060 | Moly | (Mo) | .040 |
| Nitrogen | (N ) | .040 | Columbium | (Cb) | .006 |
| Titanium | (Ti) | .001 | Aluminum | (Al) | .001 |
| Tin | (Sn) | .009 | Boron | (B ) | .001 |
| Tantalum | (Ta) | .004 | Vanadium | (V ) | .040 |
| Tungsten | (W ) | .033 | | | .000 |
| Columbium/ Tantalum | (Cb+Ta) | .010 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials [signature] Date 3/18/15

Knowingly & willfully falsifying or concealing a material act on this form, or making false, fictitious or fraudulent statements or representations herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and accurate as contained in the records of the company and are in compliance with the specifications, codes, and standards listed above.

M.F. Marcanio, Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio



# Certificate of Test

Page: 1

HEAT E140837 ORDER 655026/ 18 BOL 0231238 * CERTIFICATION * 03/05/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES 900400000

C10209

------------------------------ YOUR ORDER & DATE ------------------------------
7136833 10/08/14 CUST# 0395001 CUST TAG#5466062

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416 Ship Condition CONDA
Size 416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM Country of Mfg.: UNITED STATES
NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles 1 Total Weight 1214 Approx. Hot Red. Ratio 141:1

WO 2058366 Bundles: 1C

------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II ASTM A484 14a
ASTM A582 12e1 DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------------ MECHANICAL & OTHER TESTS ------------------------------

| | | | |
|---|---|---|---|
| Hardness as shipped | (207 HB ) | Hardness as tested | 409 HB |
| Hardness as shipped | 93 HRB | | |
| | | Hardness as tested | ( 44 HRC ) |
| | | Tensile strength,KSI (MPa) | 97.5 ( 672) |
| Micro | OK | 0.2% Yield Strngth,KSI(MPa) | 75.0 ( 517) |
| Intergranular corrosion | | | |
| | | Elongation % in 4D | 23.0 |
| | | Reduction of area % | 54.0 |

The microstructure consisted of uniform tempered martensite with no evidence of segregation.

------------------------------ CHEMICAL COMPOSITION ------------------------------

| | | | | | |
|---|---|---|---|---|---|
| Carbon | (C ) | .116 | Manganese | (Mn) | .790 |
| Phosphorus | (P ) | .020 | Sulphur | (S ) | .321 |
| Silicon | (Si) | .350 | Chromium | (Cr) | 12.970 |
| Nickel | (Ni) | .310 | Cobalt | (Co) | .020 |
| Copper | (Cu) | .060 | Moly | (Mo) | .040 |
| Nitrogen | (N ) | .040 | Columbium | (Cb) | .006 |
| Titanium | (Ti) | .001 | Aluminum | (Al) | .001 |
| Tin | (Sn) | .009 | Boron | (B ) | .001 |
| Tantalum | (Ta) | .004 | Vanadium | (V ) | .040 |
| Tungsten | (W ) | .033 | | | .000 |
| Columbium/ Tantalum | (Cb+Ta) | .010 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials [signature] Date 3/11/15

Knowingly & willfully falsifying or concealing a material act on this form, or making false, fictitious or fraudulent statements or representations herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and accurate as contained in the records of the company and are in compliance with the specifications, codes, and standards listed above.

M.F. Marcanio, Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio



# Certificate of Test

Page: 1

HEAT E140837 ORDER 655518/ 09 BOL 0231333 * CERTIFICATION * 03/12/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES 900400000

610704

------- YOUR ORDER & DATE -------
7139752 10/29/14 CUST# 0395001 CUST TAG#5466062

------- ITEM DESCRIPTION -------
GRADE 416 Ship Condition CONDA
Size 416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM Country of Mfg.: UNITED STATES
NAFTA Country of Origin is Country of Melt

No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles 1 Total Weight 1210 Approx. Hot Red. Ratio 141:1

WO 2059179 Bundles: 1B

------- SPECIFICATIONS -------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II ASTM A484 14a
ASTM A582 12el DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------- MECHANICAL & OTHER TESTS -------

| | | | |
|---|---|---|---|
| Hardness as shipped | (207 HB ) | Hardness as tested | 400 HB |
| Hardness as shipped | 94 HRB | | |
| | | Hardness as tested | ( 43 HRC ) |
| | | Tensile strength,KSI (MPa) | 92.7 ( 639) |
| Micro | OK | 0.2% Yield Strngth,KSI(MPa) | 69.7 ( 481) |
| Intergranular corrosion | | | |
| | | Elongation % in 4D | 26.0 |
| | | Reduction of area % | 55.7 |

------- CHEMICAL COMPOSITION -------

| | | | | | |
|---|---|---|---|---|---|
| Carbon | (C ) | .116 | Manganese | (Mn) | .790 |
| Phosphorus | (P ) | .020 | Sulphur | (S ) | .321 |
| Silicon | (Si) | .350 | Chromium | (Cr) | 12.970 |
| Nickel | (Ni) | .310 | Cobalt | (Co) | .020 |
| Copper | (Cu) | .060 | Moly | (Mo) | .040 |
| Nitrogen | (N ) | .040 | Columbium | (Cb) | .006 |
| Titanium | (Ti) | .001 | Aluminum | (Al) | .001 |
| Tin | (Sn) | .009 | Boron | (B ) | .001 |
| Tantalum | (Ta) | .004 | Vanadium | (V ) | .040 |
| Tungsten | (W ) | .033 | | | .000 |
| Columbium/ Tantalum | (Cb+Ta) | .010 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

8000 1 1/4

Knowingly & willfully falsifying or concealing a material act on this form, or making false, fictitious or fraudulent statements or representations herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and accurate as contained in the records of the company and are in compliance with the specifications, codes, and standards listed above.

M.F. Marcanio, Quality Manager

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials ___ Date 3/18/15

M.F. Marcanio

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729



# Certificate of Test

Page: 1

HEAT G21804 ORDER 657838/ 05 BOL 0232216 * CERTIFICATION * 05/27/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES 900400000

614146

------------------------------ YOUR ORDER & DATE ------------------------------

7154548 2/09/15 CUST# 0395001 CUST TAG#5466062

------------------------------ ITEM DESCRIPTION ------------------------------

GRADE 416 Ship Condition CONDA
Size 416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES Country of Mfg.: UNITED STATES
NAFTA Country of Origin is Country of Melt

No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles 1 Total Weight 708 Approx. Hot Red. Ratio 212:1

WO 2060246 Bundles: 1K

------------------------------ SPECIFICATIONS ------------------------------

THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II
ASTM A582 12e1
ASTM A484 15
DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------------ MECHANICAL & OTHER TESTS ------------------------------

Hardness as shipped (217 HB )
Hardness as shipped 95 HRB
Micro OK
Intergranular corrosion
Macro OK

Hardness as tested 400 HB
Hardness as tested ( 43 HRC )
Tensile strength,KSI (MPa) 101.0 ( 696)
0.2% Yield Strngth,KSI(MPa) 77.5 ( 534)
Elongation % in 4D 23.0
Reduction of area % 57.0

The microstructure consisted of uniform tempered martensite with no evidence of segregation.

------------------------------ CHEMICAL COMPOSITION ------------------------------

| Element | Symbol | Value | Element | Symbol | Value |
|---|---|---|---|---|---|
| Carbon | (C ) | .120 | Manganese | (Mn) | 1.020 |
| Phosphorus | (P ) | .018 | Sulphur | (S ) | .320 |
| Silicon | (Si) | .380 | Chromium | (Cr) | 12.950 |
| Nickel | (Ni) | .190 | Cobalt | (Co) | .050 |
| Copper | (Cu) | .090 | Moly | (Mo) | .030 |
| Nitrogen | (N ) | .041 | Columbium | (Cb) | .010 |
| Titanium | (Ti) | .010 | Aluminum | (Al) | .010 |
| Tin | (Sn) | .006 | Vanadium | (V ) | .040 |
| Tungsten | (W ) | .050 | | | .000 |
| Columbium/ Tantalum | (Cb+Ta) | .010 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials [signature] Date 6/2/15

Knowingly & willfully falsifying or concealing a material act on this form, or making false, fictitious or fraudulent statements or representations herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and accurate as contained in the records of the company and are in compliance with the specifications, codes, and standards listed above.

M.F. Marcanio, Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio

# Certificate of Test

Page: 1

HEAT G22110 ORDER 659171/ 01 BOL 0232835 * CERTIFICATION * 07/23/15

SHIP TO:
SAMUEL, SON & CO
30640 SAN CLEMENTE ST

HAYWARD 945440000

Tag# 561118
561119
561120
561121
561122
561123
561124
561125

------ YOUR ORDER & DATE ------
7165241 4/09/15 CUST# 0395009 CUST TAG#5466076

------ ITEM DESCRIPTION ------
GRADE 416 Ship Condition CONDA
Size 416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED STATES Country of Mfg.: UNITED STATES
NAFTA Country of Origin is Country of Melt

No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles 4 Total Weight 10512 Approx. Hot Red. Ratio 110:1

WO 2061685 Bundles: 1A, 1B, 1C, 1D

------ SPECIFICATIONS ------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II ASTM A484 15
ASTM A582 12e1 DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------ MECHANICAL & OTHER TESTS ------

| | | | |
|---|---|---|---|
| Hardness as shipped | 205 HB | Hardness as tested | 421 HB |
| Hardness as shipped | ( 94 HRB ) | | |
| | | Hardness as tested | ( 45 HRC ) |
| | | Tensile strength,KSI (MPa) | 97.3 ( 671) |
| Micro | OK | 0.2% Yield Strngth,KSI(MPa) | 70.7 ( 487) |
| Intergranular corrosion | | | |
| Macro | OK | Elongation % in 4D | 26.0 |
| | | Reduction of area % | 59.7 |

------ CHEMICAL COMPOSITION ------

| | | | | | |
|---|---|---|---|---|---|
| Carbon | (C ) | .120 | Manganese | (Mn) | 1.010 |
| Phosphorus | (P ) | .016 | Sulphur | (S ) | .320 |
| Silicon | (Si) | .330 | Chromium | (Cr) | 13.020 |
| Nickel | (Ni) | .180 | Cobalt | (Co) | .050 |
| Copper | (Cu) | .090 | Moly | (Mo) | .030 |
| Nitrogen | (N ) | .042 | Columbium | (Cb) | .010 |
| Titanium | (Ti) | .010 | Aluminum | (Al) | .010 |
| Tin | (Sn) | .007 | Vanadium | (V ) | .030 |
| Tungsten | (W ) | .050 | | | .000 |
| Columbium/ Tantalum | (Cb+Ta) | .010 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

Knowingly & willfully falsifying or concealing a material act on this form, or making false, fictitious or fraudulent statements or representations herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and accurate as contained in the records of the company and are in compliance with the specifications, codes, and standards listed above.

M.F. Marcanio, Quality Manager

SAMUEL, SON & CO. INC.
HAYWARD
QC Certified True Copy
Of Original Material Test Report
Initials CJG Date 07-31-15

M.F. Marcanio

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729



# Certificate of Test

Page: 1

HEAT G22664 ORDER 661822/ 06 BOL 0233943 * CERTIFICATION * 11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES 900400000

621975

----- YOUR ORDER & DATE -----
7186768 9/07/15 CUST# 0395001 CUST TAG#5466062

----- ITEM DESCRIPTION -----
GRADE 416 Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES Country of Mfg.: UNITED STATES
NAFTA Country of Origin is Country of Melt

No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles 1 Total Weight 1282 Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1C

----- SPECIFICATIONS -----
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II ASTM A484 15
ASTM A582 12el DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

----- MECHANICAL & OTHER TESTS -----

| | | | |
|---|---|---|---|
| Hardness as shipped | 216 HB | Hardness as tested | 432 HB |
| Hardness as shipped | ( 96 HRB ) | | |
| | | Hardness as tested | ( 46 HRC ) |
| | | Tensile strength,KSI (MPa) | 100.2 ( 691) |
| Micro | OK | 0.2% Yield Strngth,KSI(MPa) | 76.2 ( 525) |
| Intergranular corrosion | | | |
| Macro | OK | Elongation % in 4D | 23.0 |
| | | Reduction of area % | 57.0 |

----- CHEMICAL COMPOSITION -----

| | | | | | |
|---|---|---|---|---|---|
| Carbon | (C ) | .120 | Manganese | (Mn) | 1.040 |
| Phosphorus | (P ) | .017 | Sulphur | (S ) | .320 |
| Silicon | (Si) | .460 | Chromium | (Cr) | 13.000 |
| Nickel | (Ni) | .320 | Cobalt | (Co) | .050 |
| Copper | (Cu) | .110 | Moly | (Mo) | .080 |
| Nitrogen | (N ) | .044 | Columbium | (Cb) | .020 |
| Titanium | (Ti) | .010 | Aluminum | (Al) | .010 |
| Tin | (Sn) | .006 | Vanadium | (V ) | .050 |
| Tungsten | (W ) | .050 | | | .000 |
| Columbium/ Tantalum | (Cb+Ta) | .020 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

SAMUEL, SON & CO. ...
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials [signature] Date 11/19/15

Knowingly & willfully falsifying or concealing a material act on this form, or making false, fictitious or fraudulent statements or representations herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and accurate as contained in the records of the company and are in compliance with the specifications, codes, and standards listed above.

M.F. Marcanio, Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio



# Certificate of Test

Page: 1

HEAT G23479 ORDER 671590/ 09 BOL 0238423 * CERTIFICATION * 02/20/17

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES 900400000

641673 641677 641681
641674 641678 641682
641675 641679 641683
641676 641680

------------------------------ YOUR ORDER & DATE ------------------------------

7253602 1/09/17 CUST# 0395001 CUST TAG#5466062

------------------------------ ITEM DESCRIPTION ------------------------------

GRADE 416 Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES Country of Mfg.: UNITED STATES
NAFTA Country of Origin is Country of Melt

No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles 1 Total Weight 1338 Approx. Hot Red. Ratio 212:1

WO 2074302 Bundles: 1F

------------------------------ SPECIFICATIONS ------------------------------

THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.

AMS 5610N (416) Type II ASTM A484 16
ASTM A582 12e1 DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------------ MECHANICAL & OTHER TESTS ------------------------------

| | | | |
|---|---|---|---|
| Hardness as shipped | 233 HB | Hardness as tested | 421 HB |
| Hardness as shipped | ( 97 HRB ) | | |
| | | Hardness as tested | ( 45 HRC ) |
| | | Tensile strength,KSI (MPa) | 101.0 ( 696) |
| Micro | OK | 0.2% Yield Strngth,KSI(MPa) | 75.7 ( 522) |
| Intergranular corrosion | | | |
| Macro | OK | Elongation % in 4D | 22.5 |
| | | Reduction of area % | 57.1 |

------------------------------ CHEMICAL COMPOSITION ------------------------------

| | | | | | |
|---|---|---|---|---|---|
| Carbon | (C ) | .120 | Manganese | (Mn) | 1.020 |
| Phosphorus | (P ) | .018 | Sulphur | (S ) | .310 |
| Silicon | (Si) | .380 | Chromium | (Cr) | 12.920 |
| Nickel | (Ni) | .270 | Cobalt | (Co) | .050 |
| Copper | (Cu) | .080 | Moly | (Mo) | .100 |
| Nitrogen | (N ) | .041 | Columbium | (Cb) | .010 |
| Titanium | (Ti) | .010 | Aluminum | (Al) | .010 |
| Tin | (Sn) | .005 | Vanadium | (V ) | .050 |
| Tungsten | (W ) | .050 | | | |
| Columbium/ Tantalum | (Cb+Ta) | .010 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

SAMUEL, SON & CO. INC.
LOS ANGELES
Certified True Copy
Original Material Test Report
2-24-17

Knowingly & willfully falsifying or concealing a material act on this form, or making false, fictitious or fraudulent statements or representations herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and accurate as contained in the records of the company and are in compliance with the specifications, codes, and standards listed above.

M.F. Marcanio, Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

M.F. Marcanio



# Certificate of Test

Page: 1

HEAT E171092 ORDER 678249/ 04 BOL 0242098 * CERTIFICATION * 01/30/18

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES 900400000

656470 656474
656471 656475
656472 656476
656473 656477
656478

---------- YOUR ORDER & DATE ----------

7297425 11/22/17 CUST# 0395001 CUST TAG#5466062

---------- ITEM DESCRIPTION ----------

GRADE 416 Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM Country of Mfg.: UNITED STATES
NAFTA Country of Origin is Country of Melt

No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles 1 Total Weight 1282 Approx. Hot Red. Ratio 23:1

WO 2082223 Bundles: 1F

---------- SPECIFICATIONS ----------

MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II ASTM A484/A484M 16
ASTM A582 12 (Reapp. 2017) DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------- MECHANICAL & OTHER TESTS ----------

Hardness as shipped (201 HB ) Hardness as tested 400 HB
Hardness as shipped 92 HRB
Hardness as tested ( 43 HRC )
Tensile strength,KSI (MPa) 93.5 ( 645)
Micro OK 0.2% Yield Strngth,KSI(MPa) 67.3 ( 464)
Intergranular corrosion
Elongation % in 4D 24.7
Reduction of area % 54.8

the microstucture consisted of uniform tempered martensite with no evidence of segregation

---------- CHEMICAL COMPOSITION ----------

| Element | Symbol | Value | Element | Symbol | Value |
|---|---|---|---|---|---|
| Carbon | (C ) | .112 | Manganese | (Mn) | .820 |
| Phosphorus | (P ) | .021 | Sulphur | (S ) | .324 |
| Silicon | (Si) | .380 | Chromium | (Cr) | 12.930 |
| Nickel | (Ni) | .420 | Cobalt | (Co) | .028 |
| Copper | (Cu) | .103 | Moly | (Mo) | .040 |
| Nitrogen | (N ) | .038 | Columbium | (Cb) | .003 |
| Titanium | (Ti) | .001 | Aluminum | (Al) | .001 |
| Tin | (Sn) | .004 | Boron | (B ) | .001 |
| Tantalum | (Ta) | .001 | Vanadium | (V ) | .030 |
| Tungsten | (W ) | .010 | | | |
| Columbium/ Tantalum | (Cb+Ta) | .004 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

SAMUEL SON & CO INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials [signature] Date 2-5-18

Knowingly & willfully falsifying or concealing a material act on this form, or making false, fictitious or fraudulent statements or representations herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and accurate as contained in the records of the company and are in compliance with the specifications, codes, and standards listed above.

M.F. Marcanio, Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

M.F. Marcanio



# Certificate of Test

Page: 1

HEAT E181621 ORDER 687391/ 01 BOL 0246696 * CERTIFICATION * 04/16/19

SHIP TO:
SAMUEL,SON & CO
12389 LOWER AZUSA ROAD

674 741
674 742

ARCADIA 910060000

----- YOUR ORDER & DATE -----

7369931 4/12/19 CUST# 0395009 CUST TAG#5466004

----- ITEM DESCRIPTION -----

GRADE 416 Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles 2 Total Weight 4170 Approx. Hot Red. Ratio 23:1

WO 2091549 Bundles: 1B, 1C

----- SPECIFICATIONS -----

MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17) DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

----- MECHANICAL & OTHER TESTS -----

Hardness as shipped (212 HB ) Hardness as tested 421 HB
Hardness as shipped 94 HRB
Hardness as tested ( 45 HRC )
Tensile strength,KSI (MPa) 98.6 ( 680)
Micro OK 0.2% Yield Strngth,KSI(MPa) 73.0 ( 503)
Intergranular corrosion
Elongation % in 4D 23.0
Reduction of area % 54.4

THE MICROSTRUCTURE CONSISTED OF UNIFORM TEMPERED MARTENSITE WITH NO EVIDENCE OF SEGREGATION

----- CHEMICAL COMPOSITION -----

| Element | Symbol | Value | Element | Symbol | Value |
|---|---|---|---|---|---|
| Carbon | (C ) | .124 | Manganese | (Mn) | .810 |
| Phosphorus | (P ) | .022 | Sulphur | (S ) | .360 |
| Silicon | (Si) | .400 | Chromium | (Cr) | 13.080 |
| Nickel | (Ni) | .600 | Cobalt | (Co) | .030 |
| Copper | (Cu) | .100 | Moly | (Mo) | .050 |
| Nitrogen | (N ) | .043 | Columbium | (Cb) | .003 |
| Titanium | (Ti) | .001 | Aluminum | (Al) | .001 |
| Tin | (Sn) | .004 | Boron | (B ) | .001 |
| Tantalum | (Ta) | .001 | Vanadium | (V ) | .030 |
| Tungsten | (W ) | .010 | | | |
| Columbium/ Tantalum | (Cb+Ta) | .004 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

Knowingly & willfully falsifying or concealing a material act on this form, or making false, fictitious or fraudulent statements or representations herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and accurate as contained in the records of the company and are in compliance with the specifications, codes, and standards listed above.

M.F. Marcanio, Quality Manager

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials [signature] Date 4/25/19

M.F. Marcanio

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729



# Certificate of Test

Page: 1

HEAT E191558 ORDER 690508/ 02 BOL 0249859 * CERTIFICATION * 03/19/20

SHIP TO:
SAMUEL,SON & CO
12389 LOWER AZUSA ROAD

ARCADIA 910060000

691547
691548
691549

------------------------------ YOUR ORDER & DATE ------------------------------
7394975 10/31/19 CUST# 0395009 CUST TAG#5466004

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416 Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles 3 Total Weight 6588 Approx. Hot Red. Ratio 23:1

WO 2102477 Bundles: 1C, 1D, 1E

------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17) DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------------ MECHANICAL & OTHER TESTS ------------------------------
Hardness as shipped 207 HB Hardness as tested (477 HB )
Hardness as shipped ( 93 HRB )
Hardness as tested 50 HRC
Tensile strength,KSI (MPa) 95.4 ( 658)
Micro OK 0.2% Yield Strngth,KSI(MPa) 78.7 ( 543)
Intergranular corrosion
Elongation % in 4D 22.6
Reduction of area % 54.6

The microstructure consisted of uniform tempered martensite with no evidence of segregation

------------------------------ CHEMICAL COMPOSITION ------------------------------

| Element | Symbol | Value | Element | Symbol | Value |
|---|---|---|---|---|---|
| Carbon | (C ) | .115 | Manganese | (Mn) | .820 |
| Phosphorus | (P ) | .020 | Sulphur | (S ) | .345 |
| Silicon | (Si) | .400 | Chromium | (Cr) | 12.940 |
| Nickel | (Ni) | .200 | Cobalt | (Co) | .021 |
| Copper | (Cu) | .384 | Moly | (Mo) | .020 |
| Nitrogen | (N ) | .048 | Columbium | (Cb) | .001 |
| Titanium | (Ti) | .001 | Aluminum | (Al) | .001 |
| Tin | (Sn) | .004 | Boron | (B ) | .001 |
| Tantalum | (Ta) | .001 | Vanadium | (V ) | .030 |
| Tungsten | (W ) | .010 | | | |
| Columbium/ Tantalum | (Cb+Ta) | .002 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials [signature] Date 3/23/20

Knowingly & willfully falsifying or concealing a material act on this form, or making false, fictitious or fraudulent statements or representations herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and accurate as contained in the records of the company and are in compliance with the specifications, codes, and standards listed above.

M.F. Marcanio, Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio



# Certificate of Test

Page: 1

HEAT E191558 ORDER 690508/ 01 BOL 0249859 * CERTIFICATION * 03/19/20

SHIP TO:
SAMUEL,SON & CO
12389 LOWER AZUSA ROAD

ARCADIA 910060000

691550

691551

--- YOUR ORDER & DATE ---

7394975 10/31/19 CUST# 0395009 CUST TAG#5466004

--- ITEM DESCRIPTION ---

GRADE 416
Size416 RND CFA CONDA 1.2500 x 144.000 RL Ship Condition CONDA
Country of Melt: UNITED KINGDOM Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles 2 Total Weight 4346 Approx. Hot Red. Ratio 23:1

WO 2102477 Bundles: 1A, 1B

--- SPECIFICATIONS ---

MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II
ASTM A582/A582M 12 (Re 17) ASTM A484/A484M 18a
Sol Ann 1450F +/-25F DIN 50049/EN 10204 Type 3.1
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

--- MECHANICAL & OTHER TESTS ---

Hardness as shipped 207 HB
Hardness as shipped ( 93 HRB )
Hardness as tested (477 HB )
Hardness as tested 50 HRC
Micro
Intergranular corrosion OK
Tensile strength,KSI (MPa) 95.4 ( 658)
0.2% Yield Strngth,KSI(MPa) 78.7 ( 543)
Elongation % in 4D 22.6
Reduction of area % 54.6

The microstructure consisted of uniform tempered martensite with no evidence of segregation

--- CHEMICAL COMPOSITION ---

| Element | Symbol | Value | Element | Symbol | Value |
|---|---|---|---|---|---|
| Carbon | (C ) | .115 | Manganese | (Mn) | .820 |
| Phosphorus | (P ) | .020 | Sulphur | (S ) | .345 |
| Silicon | (Si) | .400 | Chromium | (Cr) | 12.940 |
| Nickel | (Ni) | .200 | Cobalt | (Co) | .021 |
| Copper | (Cu) | .384 | Moly | (Mo) | .020 |
| Nitrogen | (N ) | .048 | Columbium | (Cb) | .001 |
| Titanium | (Ti) | .001 | Aluminum | (Al) | .001 |
| Tin | (Sn) | .004 | Boron | (B ) | .001 |
| Tantalum | (Ta) | .001 | Vanadium | (V ) | .030 |
| Tungsten | (W ) | .010 | | | |
| Columbium/ Tantalum | (Cb+Ta) | .002 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials [illegible] Date 3/23/20

Knowingly & willfully falsifying or concealing a material act on this form, or making false, fictitious or fraudulent statements or representations herein could constitute a felony punishable under federal statutes. We hereby certify that the test results shown in this report are correct and accurate as contained in the records of the company and are in compliance with the specifications, codes, and standards listed above.

M.F. Marcanio, Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

M.F. Marcanio



outokumpu
high performance stainless steel

# Certificate of Test

Page: 1

HEAT E200038 ORDER 693068/ 01 BOL 0250227 * CERTIFICATION * 04/27/20

SHIP TO:
SAMUEL,SON & CO
12389 LOWER AZUSA ROAD

ARCADIA 910060000

693732
693733
693734

------------------------------ YOUR ORDER & DATE ------------------------------
7394975 4/07/20 CUST# 0395009 CUST TAG#5466029

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416 Ship Condition CONDA
Size416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED KINGDOM Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles 3 Total Weight 6634 Approx. Hot Red. Ratio 12:1

WO 2103732 Bundles: 1A, 1B, 1C

------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II
ASTM A582/A582M 12 (Re 17) ASTM A484/A484M 20
DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------------ MECHANICAL & OTHER TESTS ------------------------------
Hardness as shipped 202 HB
Hardness as shipped ( 92 HRB )
Hardness as tested (444 HB )
Hardness as tested 47 HRC
Micro
Intergranular corrosion OK
Tensile strength,KSI (MPa) 94.5 ( 652)
0.2% Yield Strngth,KSI(MPa) 69.6 ( 480)
Elongation % in 4D 23.6
Reduction of area % 56.3

The microstructure consisted of uniform tempered martensite with no evidence of segregation

------------------------------ CHEMICAL COMPOSITION ------------------------------

| Element | Symbol | Value | Element | Symbol | Value |
|---|---|---|---|---|---|
| Carbon | (C ) | .114 | Manganese | (Mn) | .770 |
| Phosphorus | (P ) | .020 | Sulphur | (S ) | .339 |
| Silicon | (Si) | .350 | Chromium | (Cr) | 13.050 |
| Nickel | (Ni) | .240 | Cobalt | (Co) | .022 |
| Copper | (Cu) | .058 | Moly | (Mo) | .020 |
| Nitrogen | (N ) | .045 | Columbium | (Cb) | .011 |
| Titanium | (Ti) | .002 | Aluminum | (Al) | .001 |
| Tin | (Sn) | .005 | Cerium | (Ce) | .006 |
| Boron | (B ) | .002 | Tantalum | (Ta) | .001 |
| Vanadium | (V ) | .030 | Tungsten | (W ) | .010 |
| Columbium/ Tantalum | (Cb+Ta) | .012 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials [illegible] Date 5/1/20

Knowingly & willfully falsifying or concealing a material act on this form, or making false, fictitious or fraudulent statements or representations herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and accurate as contained in the records of the company and are in compliance with the specifications, codes, and standards listed above.

M.F. Marcanio, Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

M.F. Marcanio

KKM PRECISION

ABOUT PRODUCTS FAQS CONTACT LOGIN

Home / 1911 / Gov't 5" / Bull / Gov't .355 Bull Clark/Para Ramped 5"

# Gov't .355 Bull Clark/Para Ramped 5"

**SKU** CGABCN

**Categories** 1911, Bull, Gov't 5"

**$235.00**

Out of stock

## Description

***We are NOT taking 1911/2011 orders at all until April 2022***, due to the abundance of orders currently being processed/manufactured. We apologize for any disappointment; quality is just more important for us than quantity.

Note: All KKM 1911 barrels require gunsmith fitting.

All KKM barrels are made using certified 416R gun-barrel quality stainless steel bar stock. Our barrels are then heat treated and vacuum tempered to 42 RC. All of our barrels are CNC machined to obtain superior dimensional tolerances over stock. Our advanced proprietary button rifling process allows KKM barrels to offer greater accuracy over stock barrels. Our barrels come with fully supported match chambers for shooting factory or reloaded ammunition as well as lead or jacketed bullets.