

# CarTech® 416 Project 70®+ Stainless

| Identification | |
|---|---|
| U.S. Patent Number | |
| • 6,146,475 | |
| UNS Number | |
| • S41600 | |

| Type Analysis | | | |
|---|---|---|---|
| Single figures are nominal except where noted. | | | |
| Carbon (Maximum) | 0.15 % | Manganese (Maximum) | 1.20 % |
| Phosphorus (Maximum) | 0.060 % | Sulfur (Minimum) | 0.150 % |
| Silicon (Maximum) | 1.00 % | Chromium | 12.00 to 14.00 % |
| Iron | Balance | | |

## General Information

### Description

CarTech 416 Project 70+ Stainless is an improved modification of CarTech No. 5 stainless, the first free-machining stainless steel. Customers reported that this grade has significantly better machinability than the conventional Type 416, including the following characteristics:

1. 100 to 200% longer tool life.
2. 15% faster machining speeds.
3. Improved finishes.

The low frictional properties of CarTech 416 Project 70+ stainless have minimized scratching and galling in service. Threaded sections have worked freely without seizing and disassembly was particularly easy because of the absence of corrosion in the threads. Pump shafts and valve stems worked more smoothly in packing, and many metal-to-metal contacts withstood more pressure without seizing. This product meets most industry specifications for type 416.

This grade is available in machining bar stock in the Annealed Condition (A), and also Mill Treated in the Intermediate Temper Condition (T), and Hard Temper Condition (H). The Mill Treated Conditions may be utilized to eliminate piece part heat treatment if piece part hardness requirements are compatible with treated barstock hardness ranges. Where corrosion resistance is required, treated CarTech Project 70+ Type 416 stainless may be considered as a replacement for Mill Treated carbon steel grade 1144.

CarTech 416 Project 70+ PDB® stainless combines the superior machinability of CarTech Project 70+ stainless with improved straightness and half-standard dimensional tolerances. This precision drawn bar has been used successfully in a variety of machining operations including CNC Swiss-type screw machines.

### Applications

The uses of CarTech 416 Project 70+ Stainless have included fittings, gears, housings, lead screws, shafts, valve bodies, valve stems, and valve trim. It may be considered for parts requiring considerable machining.

This alloy possesses better nongalling properties than Type 410, making disassembly of parts easy and helping to avoid scratching or galling in moving parts.

It is not recommended for vessels containing gases or liquids under high pressures.

### Scaling

The safe scaling temperature for continuous service is 1200ºF (649ºC).

## CarTech® 416 Project 70®+ Stainless

### Corrosion Resistance

Project 70+ Type 416 stainless has been used for corrosion resistance to mild atmospheres, fresh water, steam, ammonia, many petroleum products and organic materials and several mild acid environments. A polished finish is not necessary, but a smoother surface is helpful in providing added corrosion resistance.

For optimum corrosion resistance, surfaces must be free of scale, lubricants, foreign particles, and coatings applied for drawing and heading. After fabrication of parts, cleaning and/or passivation should be considered.

**Important Note:** The following 4-level rating scale is intended for comparative purposes only. Corrosion testing is recommended; factors which affect corrosion resistance include temperature, concentration, pH, impurities, aeration, velocity, crevices, deposits, metallurgical condition, stress, surface finish and dissimilar metal contact.

| | | | |
|---|---|---|---|
| Nitric Acid | Restricted | Sulfuric Acid | Restricted |
| Phosphoric Acid | Restricted | Acetic Acid | Restricted |
| Sodium Hydroxide | Moderate | Salt Spray (NaCl) | Restricted |
| Humidity | Moderate | | |

### Properties

**Physical Properties**

| | |
|---|---|
| Specific Gravity | 7.64 |
| Density | 0.2760 lb/in³ |
| Mean Specific Heat (32 to 212°F) | 0.1100 Btu/lb/°F |
| Mean CTE (32 to 1200°F) | 6.50 x 10⁻⁶ in/in/°F |
| Electrical Resistivity (73°F) | 343.0 ohm-cir-mil/ft |

**Typical Mechanical Properties**

**Typical Room Temperature Mechanical Properties**
1" (25.4 mm) round bar, hardened 1800°F (982°C) 1/2 hour, oil quench, tempered two hours

| Tempering Temperature | | 0.2% Yield Strength | | Ultimate Tensile Strength | | % Elongation in 2" (50.8 mm) | % Reduction of Area | Hardness | | Impact Strength | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Izod | | Charpy V-Notch | |
| °F | °C | ksi | MPa | ksi | MPa | | | Brinell | Rockwell | ft-lb | J | ft-lb | J |
| 300 | 149 | 138 | 951 | 176 | 1213 | 10 | 20 | 363 | C 38 | 20 | 27 | 20 | 27 |
| 500 | 260 | 136 | 938 | 171 | 1179 | 11 | 32 | 352 | C 37 | 25 | 34 | 22 | 30 |
| 700 | 371 | 136 | 938 | 171 | 1179 | 14 | 45 | 352 | C 37 | 20 | 27 | 22 | 30 |
| 900 | 482 | 125 | 862 | 160 | 1103 | 15 | 45 | 331 | C 35 | 16 | 22 | 15 | 20 |
| 1000 | 538 | 110 | 758 | 137 | 945 | 16 | 50 | 285 | C 30 | 25 | 34 | 23 | 31 |
| 1100 | 593 | 95 | 655 | 114 | 786 | 17 | 54 | 235 | C 22 | 40 | 54 | 40 | 54 |
| 1200 | 649 | 83 | 572 | 103 | 710 | 21 | 57 | 207 | B 95 | 55 | 75 | 50 | 68 |
| 1300 | 704 | 75 | 517 | 95 | 655 | 21 | 60 | 187 | B 92 | 80 | 108 | 75 | 102 |

## CarTech® 416 Project 70®+ Stainless

**Typical Rotating Beam Fatigue Data**
R.R.Moore specimens from 1" (25.4mm) rd. bar



Tempered 1025°F (550°C) = 130 ksi (896 MPa) UTS
Tempered 1300°F (700°C) = 103 ksi (710 MPa) UTS

### Heat Treatment

**Annealing**
Heat uniformly to 1200/1400°F (649/760°C); soak, then remove from the furnace and cool in air. Brinell hardness approximately 187. For maximum softness anneal from a temperature of 1500/1650°F (816/899°C) and cool in furnace. Brinell hardness 155.

**Hardening**
Heat to 1800/1900°F (982/1038°C), soak at heat about 1/2 hour, quench in oil-hardness as-quenched will be Rockwell C 36 to 41. Air cooling will yield about Rockwell C 35 to 39. Bright hardening will usually yield lower hardness since the cooling rate is frequently less than air cooling. Carpenter No. 5 BQ may be considered when bright hardening is necessary.

**Tempering**
Temper to secure the hardness and mechanical properties desired.

Tempering this alloy in the range of 750/1050°F (399/566°C) results in decreased impact strength and also reduced corrosion resistance (the nature and extent of which vary with the media involved). However, tempering in this range is sometimes necessary to obtain the strength and ductility properties required. In many applications and environments, the reduced impact strength is not necessarily detrimental, and the corrosion resistance is only mildly reduced or even unaffected.

### Workability

**Hot Working**
Although this grade can be forged, it is not recommended for upsetting operations. (A special modification of Type 416 is available for forging operations.) To forge, heat uniformly to 2100/2250°F (1149/1232°C), then forge and cool in air. Cool large forgings slowly in dry lime or ashes. Trim hot if possible; otherwise, anneal and trim cold. Do not forge below 1700°F (927°C).

**Cold Working**
Carpenter Project 70+ Type 416 stainless will withstand some cold work, but it is not recommended for cold upsetting. The primary application to be considered for this steel is in parts that are machined to shape.

**Machinability**
Project 70+ Type 416 stainless cuts very freely primarily because of the addition of sulfur. When it has been used in automatic screw machines, this grade machines like AISI C1117.

## CarTech® 416 Project 70®+ Stainless

Following are typical suggested starting feeds and speeds for Project 70+ Type 416 stainless.

### Typical Machining Speeds and Feeds—Project 70+ Type 416 stainless
*The speeds and feeds in the following charts are conservative recommendations for initial setu*
*Higher speeds and feeds may be attainable depending on machining environment.*

Turning—Single-Point and Box Tools

| Depth of Cut (Inches) | Micro-Melt® Powder HS Tools | | | Carbide Tools (Inserts) | | | |
|---|---|---|---|---|---|---|---|
| | Tool Material | Speed (fpm) | Feed (ipr) | Tool Material | Speed (fpm) Uncoated | Coated | Feed (ipr) |
| .150 | M48,T15 | 210 | .015 | C6 | 600 | 775 | .015 |
| .025 | M48,T15 | 240 | .007 | C7 | 675 | 875 | .007 |

Turning—Cut-Off and Form Tools

| Tool Material | | Speed (fpm) | Feed (ipr) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Micro-Melt® Powder HS | Carbide Tools | | Cut-Off Tool Width (inches) | | | | Form Tool Width (inches) | | |
| | | | 1/16 | 1/8 | 1/4 | 1/2 | 1 | 1½ | 2 |
| M48, T15 | | 150 | .0015 | .002 | .0025 | .002 | .002 | .0015 | .001 |
| | C6 | 360 | .004 | .005 | .007 | .005 | .004 | .0035 | .0035 |

Rough Reaming

| Micro-Melt® Powder HS | | Carbide Tools | | Feed (ipr) Reamer Diameter (inches) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tool Material | Speed (fpm) | Tool Material | Speed (fpm) | 1/8 | 1/4 | 1/2 | 1 | 1½ | 2 |
| M48, T15 | 130 | C2 | 150 | .005 | .008 | .013 | .018 | .022 | .025 |

Drilling

| | | Tools | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tool Material | Speed (fpm) | Feed (inches per revolution) Nominal Hole Diameter (inches) | | | | | | | |
| | | 1/16 | 1/8 | 1/4 | 1/2 | 3/4 | 1 | 1½ | 2 |
| C2-Uncoated | 225 | .001 | .003 | .006 | .0085 | .0119 | .0136 | .0158 | .016 |
| C2-Coated | 280 | .001 | .003 | .006 | .0085 | .0119 | .0136 | .0158 | .016 |
| M42 | 100-120 | .001 | .003 | .006 | .010 | .014 | .017 | .021 | .025 |

Die Threading

| | FPM for High Speed Tools | | | |
|---|---|---|---|---|
| Tool Material | 7 or less, tpi | 8 to 15, tpi | 16 to 24, tpi | 25 and up, tpi |
| M7, M10 | 15-25 | 25-35 | 35-45 | 40-50 |

Milling, End-Peripheral

| Depth of Cut (inches) | Micro-Melt® Powder HS Tools | | | | | | Carbide Tools | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tool Material | Speed (fpm) | Feed (ipt) Cutter Diameter (in) | | | | Tool Material | Speed (fpm) | Feed (ipt) Cutter Diameter (in) | | | |
| | | | 1/4 | 1/2 | 3/4 | 1-2 | | | 1/4 | 1/2 | 3/4 | 1-2 |
| .050 | M48, T15 | 140 | .001 | .002 | .004 | .005 | C6 | 375 | .001 | .002 | .005 | .007 |

Tapping

| High Speed Tools | |
|---|---|
| Tool Material | Speed (fpm) |
| M7, M10 | 25-50 |

Broaching

| High Speed Tools | | |
|---|---|---|
| Tool Material | Speed (fpm) | Chip Load (ipt) |
| M7 | 25 | .004 |

Additional Machinability Notes

Figures used for all metal removal operations covered are starting points. On certain work, the nature of the part may require adjustment of speeds and feeds. Each job has to be developed for best production results with optimum tool life. Speeds or feeds should be increased or decreased in small steps.

## CarTech® 416 Project 70®+ Stainless

This alloy is available in an enhanced precision drawn bar product. Learn more about the Project 70+ PDB stainless family at Carpenter's MachiningZone.com.

### Weldability
Project 70+ Type 416 stainless is not recommended for welding.

## Other Information

### Applicable Specifications
Project 70+ Type 416 and Project 70+ PDB Type 416 stainless meet most standard industry and government specifications for Type 416.

- AMS 5610
- ASTM A581
- MIL-S-52263
- QQ-S-764
- ASTM A314
- ASTM A582
- MIL-S-862

### Forms Manufactured
Annealed Condition A: Brinell Hardness 241 Maximum, Bar Sizes
Annealed Condition A: Tensile Strength 85-115 ksi, Wire Sizes
Heat Treated Condition T: Brinell Hardness 255-302, Bar Sizes
Heat Treated Condition T: Tensile Strength 125-145 ksi, Wire Sizes
Heat Treated Condition H: Brinell Hardness 302-352, Bar Sizes
Heat Treated Condition H: Tensile Strength 145-175 ksi, Wire Sizes

- Bar-Flats
- Bar-Rounds
- Wire
- Bar-Hexagons
- Bar-Squares
- Wire-Rod

### Technical Articles
- A Designer's Manual On Specialty Alloys For Critical Automotive Components
- Alloy Variation Solves Metal Flow Problem in Staking components for Emission Controls
- How to Passivate Stainless Steel Parts
- New Ideas for Machining Austenitic Stainless Steels
- Passivating and Electropolishing Stainless Steel Parts

**Disclaimer:**
The information and data presented herein are typical or average values and are not a guarantee of maximum or minimum values. Applications specifically suggested for material described herein are made solely for the purpose of illustration to enable the reader to make his/her own evaluation and are not intended as warranties, either express or implied, of fitness for these or other purposes. There is no representation that the recipient of this literature will receive updated editions as they become available.

Unless otherwise specified, registered trademarks are property of CRS Holdings Inc., a subsidiary of Carpenter Technology Corporation
Copyright © 2020 CRS Holdings Inc. All rights reserved.

Visit us on the web at www.cartech.com

Edition Date: 12/19/13