9/23/21, 2:52 PM                                                                 Dame Michael and Tim McKosh

 Chuck     Home

---

Odd that he was able to pinpoint the exact steel that was switched out to in the time between the two complaints

Jul 25, 2020, 10:08 PM

**Chuck Bradley**

Talking about 2 different steels , he told me it was all 416r from different companies and that they hadn't used the bq5 for over 3 years

Jul 25, 2020, 10:06 PM

**Dame Michael**

What text?

Jul 25, 2020, 10:05 PM

**Chuck Bradley**

I was a little shocked by that text from Luke myself

Jul 25, 2020, 10:04 PM

**Dame Michael**

The finish steel that he mentions in the new complaint, how did he come up with that?

Jul 25, 2020, 9:57 PM

**Dame Michael**

Since shay paraded his military benefit build Luke should point out his military contracts

Jul 25, 2020, 9:54 PM

**Dame Michael**

Let's hope fed court seems this for the BS it is and tells them to kick rocks

Jul 25, 2020, 9:53 PM

**Chuck Bradley**

I dint think fiato can handle this as a moonlighted , wouldn't be surprised if he didn't back out now

SCI 000717

**CONFIDENTIAL**