Nathan, using this method of a spot anvil testing on the lower lug should result in 40RC(+ or - 2) for the BQ5 steel and 45-46RC for the Outokumpu 416R. Remember that Cryogenically treating the barrel can drop the RC by 2. Since you didn't order from us I have no idea which type you have. If you have any questions please let me know.
Thx
Luke