

AKAI HOROWITZ #311



AKAI HOROWITZ #312



AKAI HOROWITZ #313



AKAI HOROWITZ #314