**Hagan, William R.**

| | |
|---|---|
| From: | Chuck Bradley <chuckb@shootersconnection.com> |
| Sent: | Wednesday, April 6, 2022 2:56 PM |
| To: | Luke McIntire |
| Subject: | Expert witness report |

I just read the report. Doesn't look good, but I dont know what I am reading. I am in the dark on this stuff. Not sure what you have to counter it. Is it possible your supplier sent the wrong material?

Bottom line is I had no knowledge of the material used and absolutely did not collude with you to do a bait and switch on him for whatever reason, much less to hurt his business.

Even if the barrels were soft he did not give you the opportunity to make them right. And even if they were the levels they state that would not cause the issues he had.

Looks like he included the barrel Jerry sent him in the testing. That barrel had nothing to do with him.

I am not sure our lawyers are even working together. I dont get told much. But the insurance company calls the shots.

--
Chuck Bradley- President Shooters Connection Inc.
804 South Broadway St. Unit 9
Georgetown, Ky 40324
502-570-4112
502-570-4102 fax
Order line 800-387-4045

1

SCI 001826

CONFIDENTIAL

**Hagan, William R.**

| | |
|---|---|
| **From:** | Chuck Bradley <chuckb@shootersconnection.com> |
| **Sent:** | Thursday, October 7, 2021 12:55 PM |
| **To:** | Luke McIntire |
| **Subject:** | Fwd: pic |

This could be a problem, I just saw it while going over all the line items.


-------- Forwarded Message --------
**Subject:** pic
　**Date:** Wed, 6 Oct 2021 17:31:02 -0400
　**From:** Chuck Bradley <chuckb@shootersconnection.com>
　　**To:** Chuck Bradley <chuckbgm@gmail.com>

1

SCI 001827

CONFIDENTIAL

███████, using this method of a spot anvil testing on the lower should result in 40RC(+ or - 2) the BQ5 steel and 45-46RC for the Outokumpu 416R. Rememl that Cryogenically treating the barrel can drop the RC by 2. Si you didn't order from us I have idea which type you have. If yo have any questions please let r know.
Thx
Luke

--
Chuck Bradley- President Shooters Connection Inc.
804 South Broadway St. Unit 9
Georgetown, Ky 40324
502-570-4112
502-570-4102 fax

2

SCI 001828

CONFIDENTIAL

Order line 800-387-4045

3

SCI 001829

CONFIDENTIAL

**Hagan, William R.**

| | |
|---|---|
| **From:** | Luke McIntire <luke@kkmprecision.com> |
| **Sent:** | Monday, October 11, 2021 1:52 PM |
| **To:** | Chuck Bradley |
| **Subject:** | Re: pic |
| **Attachments:** | image0.jpeg; image2.png; image3.png; Quote_8091461.pdf |

Hi Chuck,

I really don't think it will be a problem. I purposefully mentioned the BQ5 steel when cryogenic treated will be 40RC or greater. It is a special order type of 1911 barrel meant for the CMP matches and everyone that has ordered it knows full well exactly what they are buying. It is the best steel we have tested and will be the only brand we use in the near future. All brands of Restricted 416 will drop significantly in hardness when cryogenic treated or PVD coated and that is what I was trying to explain to Nathan Carter and Shay. What they don't know is that our first shipment of the BQ5 steel didn't arrive to us tell the middle of 2020. I had a hunch that he had someone buy the BQ5 steel barrels last year and that is what he is using as his "proof" not knowing the true details. I have asked to subpoena Nathan Carter as it's his text messages that Shay is using.

Thx
Luke




Sent from my iPhone


On Oct 7, 2021, at 9:55 AM, Chuck Bradley <chuckb@shootersconnection.com> wrote:


This could be a problem, I just saw it while going over all the line items.



-------- Forwarded Message --------
**Subject:** pic
   **Date:** Wed, 6 Oct 2021 17:31:02 -0400
   **From:** Chuck Bradley <chuckb@shootersconnection.com>
     **To:** Chuck Bradley <chuckbgm@gmail.com>


<klabkbgfejjmmhod.png>
--
Chuck Bradley- President Shooters Connection Inc.

1

SCI 001830

CONFIDENTIAL

SCI 001831

804 South Broadway St. Unit 9
Georgetown, Ky 40324
502-570-4112
502-570-4102 fax
Order line 800-387-4045

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

2

CONFIDENTIAL



SCI 001832

CONFIDENTIAL



iMessage
Dec 17, 2019, 2:30 PM

SCI 001833

CONFIDENTIAL



Nathan, using this method of a spot anvil testing on the lower lug should result in 40RC(+ or -2) for the BQ5 steel and 45-46RC for the Outokumpu 416R. Remember that Cryogenically treating the barrel can drop the RC by 2. Since you didn't order from us I have no idea which type you have. If you have any questions please let me know.
Thx
Luke

SCI 001834

CONFIDENTIAL



| | SAMUEL, SON & CO. INC. | Customer Quotation | |
|---|---|---|---|
| | 30640 SAN CLEMENTE ST<br>HAYWARD,CA,94544 | Quote #: | 8091461 |
| | Phone: 800-631-9765 Fax: 626-226-5822 | Quote Date: | 02/20/2020 |
| | | Quoted By: | GREG WILSON |

**BILL ADDRESS**
KKM PRECISION INC.
5201 CONVAIR DRIVE
CARSON CITY,NV  89706
Attn: LUKE MCINTIRE
Phone: 775-246-5444
Fax: 775-246-9182

**SHIP ADDRESS**
KKM PRECISION INC.
5201 CONVAIR DRIVE
CARSON CITY,NV  89706

| Line | Order Qty | Quoted Description | | Unit/Ext. Price |
|---|---|---|---|---|
| 1 | 6000 LBS | SS 416 BQ #5 Round Bar 1.75" X 144" RM | Ext Amt... | $3.50/LBS<br>$21,000.00 |
| | | Est. Wgt: 6000 lbs | | |
| | | 98 Business Days ARO (10 Jul 2020)   VIA: Ship Our Truck FOB Delv. | | |
| **TOTAL Items: 1** | | **Est. Wgt: 6000 lbs** | | **$21,000.00** |

Price and availability subject to confirmation at time of order and to credit approval.

This quote shall be subject to the terms and conditions of sale set out in our standard terms and conditions found at www.samuel.com, as such may be amended from time to time. These terms and conditions shall supercede all other terms and conditions. Applicable sales taxes not included.

Generated :   Thursday, February 20, 2020

Page 1 of 1

SCI 001835

CONFIDENTIAL