10/5/21, 4:29 PM    Tim Mekosh

 Chuck    Home

Well not sure we can do at this point. I sent his lawyer a cease and desist letter that lays out why he has no case, how he is responsible for his problems and that I will make his letter and my response public if they don't

Dec 11, 2019, 4:12 PM

**Tim Mekosh**

What do you need from me to go after akai

Dec 11, 2019, 1:44 PM

**Tim Mekosh**

I try to tell him that everyday if I can

Dec 9, 2019, 6:05 PM

**Chuck Bradley**

I called him and told him to go fuck hi self

Dec 9, 2019, 6:04 PM

**Tim Mekosh**

Lol

Dec 9, 2019, 6:01 PM

**Chuck Bradley**

Me either lol

Dec 9, 2019, 5:57 PM

**Tim Mekosh**

No someone reported my bagger kosh name so I was forced to use my name.... no one knows me as tim 😔

Dec 9, 2019, 5:57 PM

**Chuck Bradley**

**SCI 001403**

**CONFIDENTIAL**

10/5/21, 4:29 PM                                                Tim Mekosh

                                                                                                                                 Chuck    Home

---

**Tim Mekosh**

It'll be fun

Dec 11, 2019, 4:17 PM

**Chuck Bradley**

Worthless

Dec 11, 2019, 4:17 PM

**Chuck Bradley**

A letter is with less, only a scare tactic to those that don't know any better or who are actually liable

Dec 11, 2019, 4:17 PM

**Tim Mekosh**

Says I have to take posts down but don't clarify

Dec 11, 2019, 4:17 PM

**Tim Mekosh**

I'm gonna call his lawyer tomorrow and ask for verification

Dec 11, 2019, 4:15 PM

**Chuck Bradley**

Lol

Dec 11, 2019, 4:15 PM

**Tim Mekosh**

He sent me a cease and desist

Dec 11, 2019, 4:15 PM

**Chuck Bradley**

Any ideas ?

Dec 11, 2019, 4:12 PM

SCI 001402

**CONFIDENTIAL**