



Shooters Connection Inc

Shop on Website    Like    Message

**Videos**    See all

Live Q and A with Shooters Connection!

59

6.1K views · a year ago

**Page transparency**    See all

Write a comment...

**Author**
Shooters Connection Inc
KKM has authorized me to post all legal letters pertaining to this, stay tuned.

Like    Reply    2y    👍 4

**Ace Boles**
Shooters Connection Inc if you're attempting transparency with these posts, you probably shouldn't be deleting anyone's comments.

Like    Reply    2y

**Author**
Shooters Connection Inc
Ace Boles I'm not , they may have done it themselves after seeing they were wrong.

Like    Reply    2y

**Author**
Shooters Connection Inc
Ace Boles Got a screen shot of what was deleted? I will repost it.

Like    Reply    2y

**Author**
Shooters Connection Inc
I have several saved myself. What post are you rwefering to?

Like    Reply    2y

**Ace Boles**
Shooters Connection Inc A couple of my posts have been

(1) Shooters Connection Inc | Facebook - Profile 1 -
Microsoft Edge

2















Shooters Connection Inc

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta ©
2022

Author
**Shooters Connection Inc**
Here is the response from me. Chuck
https://shootersconnectionstoreassets.s3.amazonaws.com/...

Like  Reply  2y

∧ Hide 14 Replies

**Ace Boles**
Shooters Connection Inc Umm, it would be well advised for you to seek counsel......

Like  Reply  2y

Author
**Shooters Connection Inc**
Ace Boles I assume you see the slander case I have against those perpetrating slander and defamation against me is pretty strong.

Like  Reply  2y

Author
**Shooters Connection Inc**
Ace Boles being your one of shays drummer boys you might take your own advice

Like  Reply  2y

**Ace Boles**
Shooters Connection Inc Riiiigghhht. I've been a customer of yours for years, never bought anything from Akia. Did you go to law school?

Like  Reply  2y

Author
**Shooters Connection Inc**
Ace Boles yes that's what's bad about this several people who

9







Shooters Connection Inc

**Shop on Website**   **Like**   **Message**

## Page transparency

See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏴 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
**Like**

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
**Like**

**Grayguns**
Bruce Belvin likes this
Sports & recreation
**Like**

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Reply to Shooters Connection Inc...

Author
**Shooters Connection Inc**
Akai demand letter to KKM
https://shootersconnectionstoreassets.s3.amazonaws.com/...
Like   Reply   2y

Author
**Shooters Connection Inc**
KKM lawyers response.
https://shootersconnectionstoreassets.s3.amazonaws.com/...
Like   Reply   2y

Author
**Shooters Connection Inc**
Finally KKM's Example test. I believe this shows the variance in results if not done properly, like testing on the curvature.
https://shootersconnectionstoreassets.s3.amazonaws.com/...
Like   Reply   2y   Edited

Author
**Shooters Connection Inc**
Ace Boles I know how it works. I didn't delete anything. Even though I want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public opinion in regards to this thread. Deleting you're own posts then crying that I deleted them is a troll tactic. Now to show you are not objective and not unbiased I present some posts

12



Shooters Connection Inc

**Shop on Website**   **Like**   **Message**

Page created - January 4, 2010

Page manager location: United States

Like   Reply   2y   Edited

Author

Shooters Connection Inc

Ace Boles I know how it works. I didn't delete anything. Even though I want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public opinion in regards to this thread. Deleting you're own posts then crying that I deleted them is a troll tactic. Now to show you are not objective and not unbiased I present some posts from another Facebook page. Funny the three guys trying to discredit what I say are in this together. Bottom line is I am just trying to protect my company from slanderous posts and accusations perpetrated by some of the akai team. I am sure some follow without really knowing the truth. All I am doing is presenting the facts, while the other side claims to withhold information cause they don't want to show their cards. Really? If you have something show it. We have proven or disproven about every point in the demand letter. It shows you gave a newbie gunsmith trying to wow those who don't know better with some far out new ways of building guns. And then when they fail everything else is to blame , faulty powder? Now soft barrels that only he has experienced ? Without providing any back to the manufacturer who has agreed to replace any that are bad. And the way he try's to put pressure on those he demands a payment from he uses those loyal followers to slander through social
Media while claiming the high ground that he never named anybody. He didn't have to , he directed others to, I have shown some of that ,

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company     **Like**

Dillon Precision Products, Inc
Don Hardy likes this
Local business     **Like**

Grayguns
Bruce Belvin likes this
Sports & recreation     **Like**

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022



want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public opinion in regards to this thread. Deleting you're own posts then crying that I deleted them is a troll tactic. Now to show you are not objective and not unbiased I present some posts from another Facebook page. Funny the three guys trying to discredit what I say are in this together. Bottom line is I am just trying to protect my company from slanderous posts and accusations perpetrated by some of the akai team. I am sure some follow without really knowing the truth. All I am doing is presenting the facts, while the other side claims to withhold information cause they don't want to show their cards. Really? If you have something show it. We have proven or disproven about every point in the demand letter. It shows you gave a newbie gunsmith trying to wow those who don't know better with some far out new ways of building guns. And then when they fail everything else is to blame , faulty powder? Now soft barrels that only he has experienced ? Without providing any back to the manufacturer who has agreed to replace any that are bad. And the way he try's to put pressure on those he demands a payment from he uses those loyal followers to slander through social

Media while claiming the high ground that he never named anybody. He didn't have to , he directed others to, I have shown some of that , even got one to admit to it unknowingly here. I have much more recorded , screen shots , message threads , emails, pictures, reports. Nice to have somebody in you're camp. You guys want to keep it up , as I said bring it on. I'm not scared or worried as I know the truth and I'm just fighting the scam. By the way have you looked into shays history? Oh yea I have that to.

Like   Reply   2y





16



**Page transparency**    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏴 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

**Gorilla Ammunition**    👍 Like
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**    👍 Like
Don Hardy likes this
Local business

**Grayguns**    👍 Like
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

---

Like    Reply    2y

Reply to Scott Thompson...

**Scott Thompson**
I am astounded that in 2020 business owners don't understand how business litigation works. It is amazing what posts like this can do regarding damages if and when the claims are substantiated.

Like    Reply    2y

∧ Hide 19 Replies

✏️ Author
**Shooters Connection Inc**
Ya think. Like all the defamatory and slanderous posts made about KKM and me, and this is Chuck. Nothing like the truth being told. Dont have to worry about litigation when its the truth. You want me to post the letters and the responses for all to see?

Like    Reply    2y

**Scott Thompson**
Chuck, I really don't have dog in the fight. I know one side of the evidence and it's pretty damn compelling when multiple independent ISO labs confirm what is in the complaint. Apparently it will be up for a judge to decide who is correct. It's sad that it had to come to that for everyone's sake.

Like    Reply    2y

**Scott Thompson**
**Shooters Connection Inc** I'm pretty sure your lawyer would advise against you doing that for your own sake.

Like    Reply    2y

17

Shooters Connection Inc

**Shop on Website**  |  Like  |  Message

## About    See all

804 S Broadway St, Ste 9
Georgetown, KY 40324

Gun Parts, Holsters, Accessories, Competition Shooting Supplies, Magazines and more! Shooters Connection sells the most desirable equipment for the s... See more

12,540 people like this including 94 of your friends

13,247 people follow this

49 people checked in here

http://shootersconnectionstore.com/

(502) 570-4112

Send message

---

**Scott Thompson**
**Shooters Connection Inc** I'm pretty sure your lawyer would advise against you doing that for your own sake.

Like   Reply   2y

Author
**Shooters Connection Inc**
**Scott Thompson** Your his biggest drum beater, no dog? Come on. If I get attacked I will fight with truth and transparency. Just been waiting on KKM to make the public statement since they are the ones who have the most on the line since it is their product and livelihood. So I posted the letter and relayed what I personally was involved in. Nothing but truth.

Like   Reply   2y                                                5

**Tim Mekosh**
Scott Thompson who you gonna suck off when shay goes under?

Like   Reply   2y   Edited

**Scott Thompson**
I stated I have seen the evidence. I guess we will see. I have also seen your proxies slinging mud and pretty much saying no one on earth know how to test rockwell except the manufacturer. Chicken bones on eye of newt.

Like   Reply   2y

**Scott Thompson**
Tim Mekosh I don't even shoot USPSA anymore, like you. You still getting kicked out of the army?

Like   Reply   2y

**Scott Thompson**
Guess those CDV charges really hurt your ability to own guns.

18

Shooters Connection Inc

📞 (502) 570-4112

💬 Send message

💲 Price range · $$

✉️ customerservice@shootersconnection.com

🕐 **Closed now**
8:30 AM - 4:30 PM ▾

🗂️ Sports & Recreation · Outdoor & Sporting Goods Company

### Suggest Edits

Is this the right phone number for this place?

(502) 570-4112

| Yes | Unsure | No |

### Photos

See all

---

Scott Thompson
Guess those CDV charges really hurt your ability to own guns.

Like   Reply   2y

✏️ Author
Shooters Connection Inc
**Scott Thompson** You mean the same report I saw and sent to KKM who called that lab who admitted they tested them wrong and said they would try to get them back to retest correctly? You mean the engineer who also sent barrels to KKM for testing and then when following proper procedure replicated KKM results? We hear about evidence but there is none that has been presented. KKM was not allowed to remedy any of it or see any of it. Just demands made. We can bring the whole story out here.

Like   Reply   2y

Tim Mekosh
**Scott Thompson** not sure where those lies came from, just like your other lies. It's ok though Scott I don't blame you for being a lying ass, like the rest of your akai buddies

Like   Reply   2y   Edited

Scott Thompson
Pretty sure a judge will end up deciding, not facebook. But by all means post what you have.

Like   Reply   2y

Scott Thompson
**Tim Mekosh** Sure Timmy.

Like   Reply   2y

Scott Thompson
I will give ya this Tim, I have never in my life know someone so

19



**Shooters Connection Inc**

Shop on Website | Like | Message

Like · Reply · 2y

**Scott Thompson**
I will give ya this Tim, I have never in my life know someone so universally disliked as you. Nation wide. It's pretty amazing for a person to not have a single redeeming quality.

Like · Reply · 2y

**Tim Mekosh**
Scott Thompson lmao like I give care about who likes me that's cute.

Like · Reply · 2y · Edited

**Scott Thompson**
Tim Mekosh Well that is a good thing in your case.

Like · Reply · 2y

**Ace Boles**
Tim Mekosh I see you remembered to click the "post as Tim" button instead of replying as Double Alfa this tiMe

Like · Reply · 2y

**Ace Boles**
youre looking rather sober this evening 🤪

Like · Reply · 2y

**Tim Mekosh**
Ace Boles and you're still looking like a retard so it's all good

Like · Reply · 2y

**Chuck Anderson**
Scott Thompson To repeat what that other Chuck said. You definitely have a dog in this fight. If it comes to litigation, you are probably getting named. It's been mentioned several times that lawyers would tell people to shut up. That's really good a... See

**Videos**                    See all

Live Q and A with Shooters Connection!
59
6.1K views · a year ago

**Page transparency**       See all

1:10:04







**Page transparency**    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

Gorilla Ammunition        👍 Like
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc    👍 Like
Don Hardy likes this
Local business

Grayguns        👍 Like
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

---

Shooters Connection Inc        🛒 Shop on Website    👍 Like    💬 Message

Wonder why barsto hasn't had a problem with their 39 rockwell barrels over the last few decades?

Like  Reply  2y

**Bobbie Andy Harley**
A split second before the torque wrench was applied to the faucet handle, it had been calibrated by top members of the state and federal Departments of Weights and Measures, to be dead-on balls accurate. Here's the certificate of validation! It's an industry term. 🤣

Like  Reply  2y        😆 3

**Mike Burgess**
Soft Barrels dont blow up!
Sorry to call BS on it but it's true. Soft barrels have lugs that deform, how do I know, i have a 9 major gun with a $69 RIA barrel in it, I had to tig weld up the hood and feet to fit it correctly, after shooting a few hundred rounds I had to stone the raised eges on the lugs where the metal had deformed slightly under firing loads. Now for the funny part 20K rounds later it still runs and shoots fine, hasn't blown up hasn't done anything bad. Weird that you can build a gun with a shit barrel of known poor metallurgy and have it not blow up.

Like  Reply  2y

**Mike Burgess**
Joshua Baker I know, weird isn't it

Like  Reply  2y

Reply to Mike Burgess...

**Dame Michael**
So with everyone being so mean to shay is he going to punish uspsa shooters by not sponsoring nationals or area matches in 2020?

Like  Reply  2y        ❤️😆 4

23

Shooters Connection Inc

**Shop on Website** | **Like** | **Message**

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
**Like**

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
**Like**

**Grayguns**
Bruce Belvin likes this
Sports & recreation
**Like**

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

---

**Dame Michael**
So with everyone being so mean to shay is he going to punish uspsa shooters by not sponsoring nationals or area matches in 2020?
Like  Reply  2y                                          ❤️😆 4

**Dame Michael**
Has anyone shared these letters to chucky Warner over on the 1911pro page? I would but that cunt blocked me for talking about this earlier
Like  Reply  2y

**Chuck Warner**
Yes, they have. And I'll continue to only care about the facts. I have nothing bad to say about any of the parties involved, and have made zero comments to that effect. I don't like the whole situation for anyone, so, I won't let the shit show continue over there.
If that makes me a cunt, so be it. I can live with that.
Like  Reply  2y                                          👍 3

**Dame Michael**
**Chuck Warner** except your name is being dropped to support his claims🤷‍♂️
Like  Reply  2y  Edited

**Chuck Warner**
So?
There are facts involved with this case I am involved with.
Shay is my friend and that's not gonna change.
That doesn't mean I have to say, or allow anyone else to say, anything disparaging about any of it. They are all grown men, and don't answer to me.
I, however, do answer to me.
And your not owed an explanation by me, in any way shape, or form.

24

Shooters Connection Inc

Page transparency    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏴 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

---

**Chuck Warner** except your name is being dropped to support his claims 🤷‍♂️

Like    Reply    2y    Edited

**Chuck Warner**
So?
There are facts involved with this case I am involved with.
Shay is my friend and that's not gonna change.
That doesn't mean I have to say, or allow anyone else to say, anything disparaging about any of it. They are all grown men, and don't answer to me.
I, however, do answer to me.
And your not owed an explanation by me, in any way shape, or form.
What anyone else has to say is their business.
I am friends with a lot of people in this business, and anytime I can help someone making a genuine effort, I do my best to do so.
I don't know anyone at SC personally, but when I was contacted and asked about a slide print, I provided it freely.
I don't know the guys at KKM personally, but I had several conversations with Kevin over the years. Liked him a lot. We had mutual barrelmaking friends.
I have had no contact with any of them throughout this process, and I have no say in how these things play out.
Nor will I judge any of them. Certainly not on the internet.
My involvement in this, is in Support of Shay's factfinding efforts. That won't change.
Once again, if that makes me a cunt, because I won't let you stir the pot over in my "house", so be it.

Metaphorically speaking, when you come through the front door with poop on your shoes, I'll ask you to leave....when you come

25



https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

🛒 Shop on Website | 👍 Like | 💬 Message

🚩 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

the pot over in my "house", so be it.

Metaphorically speaking, when you come through the front door with poop on your shoes, I'll ask you to leave....when you come through the door with your OWN poop on your shoes, AND tell everyone how wonderful it smells....well, we are best served just showing you out, and closing the door behind you.

Like  Reply  2y  Edited

**Dame Michael**
Chuck Warner TLDR, but *you're
Like  Reply  2y

**Tim Mekosh**
lol "fact finding"
Like  Reply  2y

**Dame Michael**
Chuck Warner so much for not having a dog in the fight ya lying twat
Like  Reply  2y

**Dame Michael**
Wonder what else you aren't being honest about.
Like  Reply  2y

**Dame Michael**
Those were some pretty pics you posted, but how do we know the machine is calibrated properly as you aren't a certified lab.
Like  Reply  2y

**Dame Michael**
I answer that for you since you wont.
We can't trust your opinion or your "proof", you should probably just stfu.

26



Shooters Connection Inc

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Dame Michael
I answer that for you since you wont. We can't trust your opinion or your "proof", you should probably just stfu
Like   Reply   2y

Reply to Dame Michael...

Alex Trevino
Joey Steven
Like   Reply   2y

Corey Mulholland
Glen Weeks Matt Hemple
Like   Reply   2y

Greg Smith
Anyone who puts .esq on their correspondence is a dick
Like   Reply   2y

Ace Boles
Greg Smith That's how you know they a REAL LawYer
Like   Reply   2y

Author
Shooters Connection Inc
Ace Boles well, just look at the letters , of course you can tell I am not a lawyer and wrote my layman's response myself. KKM obviously has the real attorney and says I have absolutely no liability. He laid out quite clear that Kkm has none either. T... **See more**
Like   Reply   2y          4

Reply to Greg Smith...

27



Shooters Connection Inc

Page created - January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Grayguns**
Bruce Belvin likes this
Sports & recreation

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

**Tim Boettcher**
Wow, I've had nothing but great success with KKM in my shop and shooting them in my own guns. I haven't been keeping up with this so... 😳
Like   Reply   2y

**Greg Smith**
KKM makes my XDm barrels and I've never had an issue. Very accurate, very well made. Period
Like   Reply   2y

**Louis Bethel**
**Shooters Connection Inc**
I am a little late to this party, but want to make sure I understand the kerfuffle.

1. GunSmith "claims" a barrel maker made barrels not to the correct Rockwell Hardness.
- Provides no proof.
- Does not return them to mfg.
- Does not contact mfg.
- Gunsmith may have altered the barrel

2. GunSmith directs other people to "spread the word" (aka slander)

3. A guy on your FB page keeps getting caught providing conflicting information.

4. Shooter with ruptured barrel cannot provide facts about the ammo (meeting SAAMI specs, not a receipt, not a casing, no extra ammo).

5. No one has been hurt physically from these claims

Pass the popcorn and save me a seat to watch the lawsuits fly.

Not to mention the alienation of the guy and this GunSmith from the industry.

29

facebook

Search Facebook

Shooters Connection Inc     🛒 Shop on Website     👍 Like     💬 Message

the people who manage and post content.

📍 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company     👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business     👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation     👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

- Does not contact mfg.
- Gunsmith may have altered the barrel

2. GunSmith directs other people to "spread the word" (aka slander)

3. A guy on your FB page keeps getting caught providing conflicting information.

4. Shooter with ruptured barrel cannot provide facts about the ammo (meeting SAAMI specs, not a receipt, not a casing, no extra ammo).

5. No one has been hurt physically from these claims

Pass the popcorn and save me a seat to watch the lawsuits fly.

Not to mention the alienation of the guy and this GunSmith from the industry.

Like     Reply     2y     Edited

Author

**Shooters Connection Inc**
**Louis Bethel** well couple corrections. He did provide what he thinks as proof but the testing company has admitted they didn't test it correctly , one other engineer also had bad tests but once right the proper way to test a barrel they were good, his tester also had no claims of certification on their letterhead as kkm's tester has. You are correct in that none have been returned after many attempts to get them returned.,I even got him to agree to splitting one in half and sending half , his idea. He never did it. I have the messages if any one doubts this. He did contact the manufacturer once who told him send it back and they would warranty it if it tested bad. He contacted us several times and we had Kkm call him. He was told the same thing. I have those messages as well. I can't really address the altering as the barrels were never sent back but I assume they were if he built with his unconventional methods. The last 4 new barrels he bought and



Shooters Connection Inc

Shop on Website · Like · Message

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Author
Shooters Connection Inc
**Louis Bethel** well couple corrections. He did provide what he thinks as proof but the testing company has admitted they didn't test it correctly , one other engineer also had bad tests but once right the proper way to test a barrel they were good, his tester also had no claims of certification on their letterhead as kkm's tester has. You are correct in that none have been returned after many attempts to get them returned.,I even got him to agree to splitting one in half and sending half , his idea. He never did it. I have the messages if any one doubts this. He did contact the manufacturer once who told him send it back and they would warranty it if it tested bad. He contacted us several times and we had Kkm call him. He was told the same thing. I have those messages as well. Can't really address the altering as the barrels were never sent back but I assume they were if he built with his unconventional methods. The last 4 new barrels he bought and tested himself , by his numbers were 42,43,43,40. I have pics of those tests. Other pics we have of tests show improper procedures.

Like · Reply · 2y · 👍 2

Shane Eld
I can say from my experience with KKM, they are a very reliable company with standup employees who put the customer first. If they had an issue with a product, I am confident they would stand behind said product. I have a KKM barrel in my Carver Custom Open Glock 17 and 34. The Open 17 has over 90,000 rounds through it and the 34 is around 20,000 rounds of 9 major. Both still have great accuracy, both have been reliable.

Like · Reply · 2y · 👍 3

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

31

around 20,000 rounds of 9 major. Both still have great accuracy, both have been reliable.

Like   Reply   2y

**Federico Javier Minlos**
Why I am not surprised....karma is a bitch

Like   Reply   2y

**Aaron Lawson**
So after this money grab fails is he just going to set the place ablaze and blame the tooling company?

Like   Reply   2y

**Scotty Bates**
Were these barrels ones that were fitted with tungsten sleeves? If so, then how much modification was done to them? Is that why he won't send them back to KKM? The way this sounds, one side is completely full of shit.

Like   Reply   2y

✏ Author
**Shooters Connection Inc**
**Scotty Bates**



Like   Reply   2y

✏ Author
**Shooters Connection Inc**
So this is a barrel that was sent back to KKM long before the soft brittle barrel accusation. Yes the demand letter used those words,



Shooters Connection Inc

**Shop on Website**   Like   Message

Page created - January 4, 2010

Page manager location: United States

## Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
Like

Grayguns
Bruce Belvin likes this
Sports & recreation
Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Author
Shooters Connection Inc
Scotty Bates

Like  Reply  2y

Author
Shooters Connection Inc
So this is a barrel that was sent back to KKM long before the soft brittle barrel accusation. Yes the demand letter used those words, soft brittle barrel if you can wrap your head around that. Luke told me the tungsten sleeve had slipped forward. He noted the barrel was cut extremely thin and the tungsten sleeve was much larger than what Limcat has done for 20 years. I asked him if that extra weight on a thinner barrel would create undue stress on the barrel. He said yes. Then he pointed out the location of the feet cut where the slide stop rides. Its way behind where it should be. Not sure if this a different geometry to accommodate a stroked gun or not. But it is outside the normal specs for 1911 design. Luke also mentioned some radial lugs basically gone. These things pointed out in the past makes be think that this is why none of the current barrels were sent to Luke for evaluation and testing. Basically KKM makes a product and if it is modified to this extent they cant be held liable for the results of unconventional modifications.

Like  Reply  2y

Aaron Laws
Shooters Connection Inc Was that barrel from Akai?

33

Shooters Connection Inc

🛒 Shop on Website     👍 Like     💬 Message

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company                👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business                                   👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation                              👍 Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

the people who manage and post content.

Like   Reply   2y

Aaron Laws
Shooters Connection Inc Was that barrel from Akai?
Like   Reply   2y   Edited

✏️ Author
Shooters Connection Inc
Aaron Laws yes
Like   Reply   2y

Aaron Laws
well a picture is worth a thousand words and that photo definitely tells a story
Like   Reply   2y

Reply to Scotty Bates...

Jerry Colantone
My last post on this because there is nothing but instigators on this. Akai had nothing to do with my gun.
..
Like   Reply   2y                                          ❤️ 4

Dame Michael
Took ya long enough
Like   Reply   2y

Scott Thompson
Ace Boles apparently a SME on pretty much everything.
Like   Reply   2y

✏️ Author
Shooters Connection Inc
Jerry, I have your email and your 2nd smiths email. I understand

34



**Page transparency**    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏴 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Aikai had nothing to do with my gun.
..

Like    Reply    2y

**Dame Michael**
Took ya long enough

Like    Reply    2y

**Scott Thompson**
Ace Boles apparently a SME on pretty much everything.

Like    Reply    2y

✒ Author
**Shooters Connection Inc**
Jerry, I have your email and your 2nd smiths email. I understand why you thought it was the barrel. You were misled by Shay that it was the barrel since it was just more of what he thought ammo to go against KKM and me. I think people need to realize y... **See more**

Like    Reply    2y

✒ Author
**Shooters Connection Inc**
Bradley Savage nope he says he was using fiocchi ammo. The barrel was tested by Shay and the barrel us in shays hands. So saying Shay is not involved in his barrel is another lie. I suspect it's the barrel referred to in the demand letter.

Like    Reply    2y

**Ace Boles**
Shooters Connection Inc Read this particular thread for an obvious example of a deleted post. Scott Thompson replies to me, yet the comment of mine that he replies to, isn't there.

Like    Reply    2y

35



Altai had nothing to do with my gun.

**Dame Michael**
Took ya long enough

Like   Reply   2y

**Scott Thompson**
**Ace Boles** apparently a SME on pretty much everything.

Like   Reply   2y

✏️ Author
**Shooters Connection Inc**
Jerry, I have your email and your 2nd smiths email. I understand why you thought it was the barrel. You were misled by Shay that it was the barrel since it was just more of what he thought ammo to go against KKM and me. I think people need to realize you were pretty much a victim of that and the double charged ammo to start off with.

Like   Reply   2y                                                    👍 2

✏️ Author
**Shooters Connection Inc**
Bradley Savage nope he says he was using fiocchi ammo. The barrel was tested by Shay and the barrel us in shays hands. So saying Shay is not involved in his barrel is another lie. I suspect it's the barrel referred to in the demand letter.

Like   Reply   2y

**Ace Boles**
**Shooters Connection Inc** Read this particular thread for an obvious example of a deleted post. **Scott Thompson** replies to me, yet the comment of mine that he replies to, isn't there.

36







**Shooters Connection Inc**

Page created - January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Grayguns**
Bruce Belvin likes this
Sports & recreation

### Add your business to Facebook
Showcase your work, create ads and connect with customers or supporters.

Create Page

**Cody Dengler**
Who ever is trying to threaten and extort money from KKM must be a real "stroked"! 😆

Like   Reply   2y

**Max Klatt**
This is a real HORO show isnt WITZ? 😆   8

Like   Reply   2y

**Cody Dengler**
Max Klatt you win!

Like   Reply   2y

**Max Klatt**
Cody Dengler I surprised myself with that one. 😆   3

Like   Reply   2y

Reply to Cody Dengler...

**Bill Jones**
Sounds like a pistol builder trying to save its own company

Like   Reply   2y

**James Turnure**
Was the OD of said barrels dramatically altered?

Like   Reply   2y

Hide 20 Replies

✒ Author
**Shooters Connection Inc**
Not sure since none were ever sent back after many attempts requesting it. So we dont know what was done to any of the barrels in question. I do have a pic of one that had the barrel



Shooters Connection Inc

Shop on Website   Like   Message

the people who manage and post content.

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
Like

Grayguns
Bruce Belvin likes this
Sports & recreation
Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

Bill Jones
Sounds like a pistol builder trying to save its own company
Like   Reply   2y

James Turnure
Was the OD of said barrels dramatically altered?
Like   Reply   2y

⌃ Hide 20 Replies

✎ Author
Shooters Connection Inc
Not sure since none were ever sent back after many attempts requesting it. So we dont know what was done to any of the barrels in question. I do have a pic of one that had the barrel turned way done and a large tungsten sleeve was put on it. The sleeve was much bigger than those Limcat has been doing on KKM barrels for 20 years.
Like   Reply   2y

✎ Author
Shooters Connection Inc
Bradley Savage In some ways. It put extra stress on the barrel like a large sledge hammer beating back and forth. No telling what this process did to the heat treat.
Like   Reply   2y

✎ Author
Shooters Connection Inc
Bradley Savage no, read it again , " no telling what the process does to the heat treating" ,
Like   Reply   2y

Why are you deleting comments on



Shooters Connection Inc

**Shooters Connection Inc**
Bradley Savage no, read it again , " no telling what the process does to the heat treating" ,

Like   Reply   2y

**Ace Boles**
Shooters Connection Inc Why are you deleting comments on this thread?

Like   Reply   2y

**Chuck Anderson**
Do you know what process is used to apply the sleeve? Machining and threading a long tube improperly can add a significant amount of heat. 800 degrees? Don't know.

Like   Reply   2y

Author
**Shooters Connection Inc**
Ace Boles I'm not , you can stop accusing me of it. You ever going to answer my question that I gave asked twice? You implied you are an objective observer although you're posts defend the other side , or attempt to. Are you an Objective Observer ? , for the third time .

Like   Reply   2y

Author
**Shooters Connection Inc**
Bradley Savage and I said the process may have effected it. Another builder told me long ago to properly fit a sleeve heating is involved to get a good fit.

Like   Reply   2y

41

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

Shop on Website     Like     Message

---

the people who manage and post content.

📍 Page created - January 4, 2010

📍 Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

---

Like   Reply   2y

📝 Author
**Shooters Connection Inc**
Bradley Savage and I said the process may have effected it. Another builder told me long ago to properly fit a sleeve heating is involved to get a good fit.

Like   Reply   2y

**Ace Boles**
**Shooters Connection Inc** This is how Facebook pages work, anyone with admin or editor access can delete anyone's comments on the page's posts, no one else can, unless it's the original poster deleting their own comment. If you look at the time stamp you'll see that I asked you about this on two different comment threads on your post. I asked it the second time as you ignored my first comment for 3 hours. Further, It is obvious that I have been asking questions without bias, as you can read all of them and use basic comprehension. Show me where I have defended Akai. I have simply pointed out obvious issues that any attorney will bring forth in litigation. Your posts on this matter have only further exposed yourself to any pending or future actions, hence my original suggestion of retaining counsel......

Like   Reply   2y

📝 Author
**Shooters Connection Inc**
**Ace Boles** I know how it works. I didn't delete anything. Even though I want to. Obvious you are running over trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public



**Shooters Connection Inc**

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Author

Shooters Connection Inc

**Ace Boles** I know how it works. I didn't delete anything. Even though I want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public opinion in regards to this thread. Deleting you're own posts then crying that I deleted them is a troll tactic. Now to show you are not objective and not unbiased I present some posts from another Facebook page. Funny the three guys trying to discredit what I say are in this together. Bottom line is I am just trying to protect my company from slanderous posts and accusations perpetrated by some of the akai team. I am sure some follow without really knowing the truth. All I am doing is presenting the facts, while the other side claims to withhold information cause they don't want to show their cards. Really? If you have something show it. We have proven or disproven about every point in the demand letter. It shows you gave a newbie gunsmith trying to wow those who don't know better with some far out new ways of building guns. And then when they fail everything else is to blame , faulty powder? Now soft barrels that only he has experienced ? Without providing any back to the manufacturer who has agreed to replace any that are bad. And the way he try's to put pressure on those he demands a payment from he uses those loyal followers to slander through social Media while claiming the high ground that he never named anybody. He didn't have to , he directed others to, I have shown some of that , even got one to admit to it unknowingly here. I have much more recorded , screen shots , message threads ,

43

has experienced ? Without providing any back to the manufacturer who has agreed to replace any that are bad. And the way he try's to put pressure on those he demands a payment from he uses those loyal followers to slander through social Media while claiming the high ground that he never named anybody. He didn't have to , he directed others to, I have shown some of that , even got one to admit to it unknowingly here. I have much more recorded , screen shots , message threads , emails, pictures, reports. Nice to have somebody in you're camp. You guys want to keep it up , as I said bring it on. I'm not scared or worried as I know the truth and I'm just fighting the scam. By the way have you looked into shays history? Oh yea I have that to.

Like   Reply   2y

Author
Shooters Connection Inc



Like   Reply   2y

Author
Shooters Connection Inc

44





**Shooters Connection Inc**

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

[Like]

Dillon Precision Products, Inc
Don Hardy likes this
Local business

[Like]

Grayguns
Bruce Belvin likes this
Sports & recreation

[Like]

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

---

Ace Boles
Shooters Connection Inc What are you attempting to show with these screen shots? Was that supposed to be a "gotcha"? Lol

Like   Reply   2y

✎ Author
Shooters Connection Inc
Ace Boles obviously you are not objective or unbiased. Just showing that contrary to what you have tried to portray.

Like   Reply   2y

Ace Boles
Shooters Connection Inc Have you ever been a party in litigation? There's a reason it's funny when someone brings up defamation or slander for basis of action, as they have most likely never been on either end in real world litigation, and don't grasp the reality of the difficulty of winning, nor the cost of pursuing it.

Like   Reply   2y

✎ Author
Shooters Connection Inc
Ace Boles oh I understand. Dint really need to bring action as long as I can show it for what it is in public opinion. Something you guys have tried to do against me. But as I said if it goes to court and I am facing that cost I might as well add that ... See more

Like   Reply   2y

Ace Boles
Shooters Connection Inc You guys? Where? What are you accusing me of trying to do to you?

Like   Reply   2y

46

**Shooters Connection Inc**

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

[👍 Like]

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

[👍 Like]

**Grayguns**
Bruce Belvin likes this
Sports & recreation

[👍 Like]

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

[Create Page]

**Shooters Connection Inc** You guys? Where? What are you accusing me of trying to do to you?

Like   Reply   2y

🖊 Author
**Shooters Connection Inc**
**Ace Boles** pretty obvious Scott backed off and you jumped in. I am done with you. Said all I needed to, the readers can decide.

Like   Reply   2y

**Ace Boles**
Shooters Connection Inc



Like   Reply   2y

🖊 Author
**Shooters Connection Inc**
**Ace Boles** you're gifs are cute

Like   Reply   2y

**Ace Boles**
Shooters Connection Inc thank you 😉

Like   Reply   2y

47



**Shooters Connection Inc**

Shop on Website | Like | Message

Page created - January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

Author
**Shooters Connection Inc**
**Ace Boles** you're gifs are cute
Like    Reply    2y

**Ace Boles**
**Shooters Connection Inc** thank you 😉
Like    Reply    2y

Reply to James Turnure...

**Hart Johnson**
When did all this happen, I always known them to be quality barrels. I have a 400 Corbon glock barrel, 45, and a 40. They're older vintage but what happened
Like    Reply    2y

**Jeremiah Deneski-Competitive Shooter**
basically, nothing. sounds like a money grab or someone trying to pass off shoddy gun work as a parts defect. My .02.
Like    Reply    2y

**Dame Michael**
**Jeremiah Deneski-Competitive Shooter** almost sounds like insurance fraud
Like    Reply    2y

**Tim Mekosh**
**Dame Michael** maybe they need a moving company to help move to Jamaica
Like    Reply    2y

Reply to Hart Johnson...

48



**Shooters Connection Inc**

Page created - January 4, 2010

Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Grayguns**
Bruce Belvin likes this
Sports & recreation

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

---

to pass off shoddy gun work as a parts defect. My .02.

**Dame Michael**
**Jeremiah Deneski-Competitive Shooter** almost sounds like insurance fraud
Like   Reply   2y

**Tim Mekosh**
Dame Michael maybe they need a moving company to help move to Jamaica
Like   Reply   2y

Reply to Hart Johnson...

**Jeremiah Deneski-Competitive Shooter**
did they have a contingency program until recently? asking for a friend
Like   Reply   2y                                    10

**Jerry Colantone**
I had a KKM barrel blow up after 5 rounds it was Rockwell tested and did not meat specs. The top of the chamber blew off and the STI Edge was destroyed, frame bent, slide cracked. I was very lucky that the piece of barrel went straight up into an overhead baffle, no one was hurt that day but it could have been a disaster.
Like   Reply   2y                                    2

∧ Hide 86 Replies

**Dame Michael**
**Jerry Colantone** who fit it? Who made the ammo? Did you send it to kkm?
Like   Reply   2y

49





**Shooters Connection Inc**

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Like   Reply   2y

**Dame Michael**
Matt Olinchak bad lot of 3n38 perhaps

Like   Reply   2y

**Matt Olinchak**
😮

Like   Reply   2y

**Jerry Colantone**
I want you to know I am not part of the lawsuit and didn't know anything about it until the letter was posted here today. I was just commenting on my bad experience. If you must know I was using factory ammunition, I do have plenty of pictures and a w...
See more

Like   Reply   2y

**Dame Michael**
Who fit it?

Like   Reply   2y

**Dame Michael**
Who tested it?

Like   Reply   2y

**Dame Michael**
Was it sent to kkm for inspection?

Like   Reply   2y

**Matt Olinchak**
Did the old one really have a bad heat treat? How did you determine that?

Like   Reply   2y

51

Did the old one really have a bad heat treat? How did you determine that?

Like   Reply   2y

**Jerry Colantone**
the gunsmith that just repaired it had it tested because he had some information that it was a possibility and had the new one tested for fear of the same thing happening

Like   Reply   2y

**Jerry Colantone**
Dame Michael from what I was told kkm was contacted but would not respond

Like   Reply   2y

**Dame Michael**
Jerry Colantone by who?

Like   Reply   2y

**Jerry Colantone**
Dame Michael By the gunsmith

Like   Reply   2y

**Dame Michael**
Jerry Colantone who is this gunsmith you refer to?

Like   Reply   2y

**Dame Michael**
Jerry Colantone unfortunately you aren't coming across as truthful 🤷‍♂️

Like   Reply   2y

**Dame Michael**
Jerry Colantone who has the bad barrel?



the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation
👍 Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

🔍 Shooters Connection Inc      🛒 Shop on Website    👍 Like    💬 Message    🔍    ···

Like  Reply  2y

**Dame Michael**
Jerry Colantone who has the bad barrel?
Like  Reply  2y  Edited

**Dame Michael**
Let me go out on a limb here.
You had a catastrophic failure after a gunsmith put a new barrel in your gun.
Sent it back and said smith said it was a faulty barrel, possible even 'soft'
Didnt provide evidence
Kept the barrel
Told you kkm wouldn't help
And charged you to fix the gun that was damaged by what was more than likely an improperly fit barrel to begin with.
Sound right?
Like  Reply  2y                                                    👍😆 4

**Jim Clark**
bad meat barrel? 😛 2
Like  Reply  2y

**Jerry Colantone**
Dame Michael I don't know you and you don't know me. I have nothing to lie about and you're twisting things around so I will just end it here, in the end the truth and responsibility will prevail.
Like  Reply  2y

**Kevin Mayfield**
Jerry Colantone what are The initials of the guy that worked on the gun for you?

53

Facebook

Search Facebook

**Shooters Connection Inc**

🛒 Shop on Website   👍 Like   💬 Message

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation
👍 Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

Kevin Mayfield
Jerry Colantone what are The initials of the guy that worked on the gun for you?
Like   Reply   2y   Edited

Dame Michael
Jerry Colantone welp if you tell us who fit the barrel and who is currently in possession of the barrel there would be nothing to twist, now would there?
Like   Reply   2y

Author
Shooters Connection Inc
Jerry Colantone If you were told KKM would not respond you were lied to. I was personally involved with both sides KKM asked for the product back. Was willing to replace every one if they were out of spec. I begged for at least one be sent back. It was...
See more
Like   Reply   2y   👍 8

Jeffrey Murdock
I did a quick search for "meat barrel", I really hope you don't do that nasty shit with your firearms..... Aka Meat Tunnel.....just sayin....
Like   Reply   2y   😂👍 3

Scott Thompson
Shooters Connection Inc Jerry's gun isn't an Akai. That was another builder who found the barrels soft.
Like   Reply   2y   👍❤ 2

Jerry Colantone
Scott Thompson correct

54



Like · Reply · 2y

**Scott Thompson**
**Shooters Connection Inc** Jerry's gun isn't an **Akai**. That was another builder who found the barrels soft.

Like · Reply · 2y

**Jerry Colantone**
**Scott Thompson** correct

Like · Reply · 2y

**Dame Michael**
Who?

Like · Reply · 2y

**Dame Michael**
Why be so secretive about it?

Like · Reply · 2y

**Scott Thompson**
It's not wise to aire details of pending litigation, no matter how hard you troll, **Dame**. Any dime store lawyer would tell you that. '

Like · Reply · 2y · Edited

Author
**Shooters Connection Inc**
**Scott Thompson** Dont make the accusation without willing to back it up. Who was it? Did KKM get the barrel back? I have done business with them for over 20 years. They dont just not respond. If the barrel was soft then maybe it would not crack over time but it would damage the slide or the frame. I have seen double charges that didn't damage the frame, laid the slide open though. Factory ammo wouldn't blow a barrel up even if it had no heat treat. So this story sounds more like a blockage, squib, or



**Shooters Connection Inc**

Shop on Website | Like | Message

## Page transparency

See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

---

hard you troll, **Dame**. Any dime store lawyer would tell you that. '

Like  Reply  2y  Edited

**Author**
Shooters Connection Inc
**Scott Thompson** Dont make the accusation without willing to back it up. Who was it? Did KKM get the barrel back? I have done business with them for over 20 years. They dont just not respond. If the barrel was soft then maybe it would not crack over time but it would damage the slide or the frame. I have seen double charges that didn't damage the frame, laid the slide open though. Factory ammo wouldn't blow a barrel up even if it had no heat treat. So this story sounds more like a blockage, squib, or double charge. Not the barrel as implied.

Like  Reply  2y  Edited          👍 5

**Scott Thompson** Shooters Connection Inc I don't know who it was. I just know it's not an Akai. The other builders that may be coming forward are handling their own process. They are smart, they are not airing litigation on a public forum like a schoolyard squabble.

Like  Reply  2y          👍❤ 2

**Dame Michael**
**Scott Thompson** doesn't the letter say no litigation?

Like  Reply  2y

**Dame Michael**
Is jerry part of the litigation?

Like  Reply  2y

**Scott Thompson**
**Dame Michael** IDK          👍

56

https://www.facebook.com/ShootersConnection

## Shooters Connection Inc

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Grayguns**
Bruce Belvin likes this
Sports & recreation

### Add your business to Facebook
Showcase your work, create ads and connect with customers or supporters.

**Create Page**

---

Like · Reply · 2y

**Scott Thompson**
Dame Michael IDK
Like · Reply · 2y

**Dame Michael**
Jerry Colantone seems to be full of shit from what I'm seeing
Like · Reply · 2y

**Dame Michael**
Wants to say his barrel was bad but wont offer any evidence, if you didnt want to discuss it properly you should have shut the fuck up to begin with
Like · Reply · 2y · Edited    ❤️👍 3

**Jerry Colantone**
Dame Michael no
Like · Reply · 2y    👍

**Scott Thompson**
Joshua Baker Best part is your opinion nor mine matter at the end of the day.
Simple question... Are you and ISO certified lab that specializes in metallurgy? Up to an including destructive testing to determine if a metal is actually the TYPE of steel it is claimed to be? If not, have a seat.
Like · Reply · 2y    👍❤️ 3

**Dame Michael**
Scott Thompson qc metallurgical wasnt iso certified 🤷‍♂️
Like · Reply · 2y

**Scott Thompson**
maybe there is more than one lab. Maybe most lawyers would

Shooters Connection Inc

**Page created - January 4, 2010**

**Page manager location: United States**

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

---

Like   Reply   2y

**Dame Michael**
**Scott Thompson** qc metallurgical wasnt iso certified 🤷

Like   Reply   2y

**Scott Thompson**
maybe there is more than one lab. Maybe most lawyers would tell you to never show your cards to internet proxy trolls.



Like   Reply   2y

**Scott Thompson**
It's very telling how you attacked Jerry on behalf of SC when he simply stated he had a broken gun and his smith tested the barrel as soft.
Just because you yell the loudest doesn't mean you are correct.

Like   Reply   2y

**Gary Ramey**
Jerry Colantone Hot ammo? Or USA factory meeting SAAMI specs?

58



Shooters Connection Inc

🛒 Shop on Website    👍 Like    💬 Message

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation
👍 Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

Gary Ramey
Jerry Colantone Hot ammo? Or USA factory meeting SAAMI specs?
Like   Reply   2y

Ace Boles
Joshua Baker What "world class builder" is RC testing every part on every gun build!?
Like   Reply   2y

Scott Thompson
Ace Boles What is a "world class builder" ?
Like   Reply   2y

Ace Boles
Scott Thompson PleZ stay yer lane oLd mAn. You don't know what yew dint nO
Like   Reply   2y

Dame Michael
Please don't say prasky
Like   Reply   2y

Scott Thompson
Ace Boles I am world class not no'er
Like   Reply   2y

Ace Boles
Dame Michael you know that's exactly who he's gonna say
Like   Reply   2y

Ace Boles
Joshua Baker You're answer wasn't really needed. It was a

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

🛒 Shop on Website    👍 Like    💬 Message

**Page transparency**  See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

---

**Ace Boles** I am world class not no'er
Like  Reply  2y

**Ace Boles**
Dame Michael you know that's exactly who he's gonna say
Like  Reply  2y

**Ace Boles**
Joshua Baker You're answer wasn't really needed. It was a rhetorical question. Because it's Bullshit.
Like  Reply  2y  😆❤ 3

**Ace Boles**
Joshua Baker



Like  Reply  2y

**Scott Springer**
Joshua Baker Because they aren't putting over pressure ammo in them. We had some KKM barrels tested by an ISO9001 certified

60



Scott Springer
Joshua Baker Because they aren't putting over pressure ammo in them. We had some KKM barrels tested by an ISO9001 certified manufacturer and they were just fine and over several batches, consistent. We don't sell them, but I wouldn't have an issue doing so from the quality we have seen.

Like  Reply  2y

Author
Shooters Connection Inc
Scott Thompson Your implying that there are more and that's simply not true. Several have called KKM inquiring about it and they even took many in to test for people who read the slanderous claims. But none are making demands or suing. Thats a BS ploy in an attempt to alter public opinion. In fact I have had many well known gunsmiths who have used KKM for years call me to say they haven't had a problem with a single barrel. Some of the pics sent to us to show us the testing results show barrels on cheap equipment or insufficient fixture or on the concave surface of an unsupported barrel. I have a copy of a report that shows the result of 5 barrel testings. The lowest being 38. And that company admitted to doing it wrong. And their report has no certification claims on it like the report from KKM's interdependent tester. I will be glad to post all of those after shot. Might as well get it all out there. The demand letter and response from both me and KKM's attorney. You guys decided to play this out in social media to attack both KKM and my businesses. So lets bring it on.

Like  Reply  2y

Scott Thompson
Shooters Connection Inc please post where you or the barrel



**Shooters Connection Inc**

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
[Like]

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
[Like]

**Grayguns**
Bruce Belvin likes this
Sports & recreation
[Like]

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

[Create Page]

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Like   Reply   2y

Scott Thompson
**Shooters Connection Inc** please post where you or the barrel manufacturer have been named on social media by Akai. I won't hold my breath. The social media circus is 100% on your shoulders. While entertaining, it will mean nothing in the end.
Like   Reply   2y   Edited

Scott Thompson
**Shooters Connection Inc** Omnipotence must be cool.
Like   Reply   2y

✎ Author
Shooters Connection Inc
**Scott Thompson** oh it was brought out without names and then the minions were all told to go to work to get the names out. Tag team style
Like   Reply   2y

Scott Thompson
I will take things that never happened for $500, Alex. Oh, you mean when the original letter was leaked to a meme site?
Like   Reply   2y

✎ Author
Shooters Connection Inc
**Scott Thompson** so you never outed Kkm by sharing shays soft barrel post?
Like   Reply   2y

✎ Author
Shooters Connection Inc
**Scott Thompson**

62

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

[ Shop on Website ]    [ 👍 Like ]    [ 💬 Message ]    🔍    ...

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company          [ 👍 Like ]

Dillon Precision Products, Inc
Don Hardy likes this
Local business                            [ 👍 Like ]

Grayguns
Bruce Belvin likes this
Sports & recreation                       [ 👍 Like ]

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

[ Create Page ]

Shooters Connection Inc
Scott Thompson so you never outed Kkm by sharing shays soft barrel post?

Like   Reply   2y

✏️ Author
Shooters Connection Inc
Scott Thompson



Like   Reply   2y

Scott Thompson
You mean that post that doesn't name anyone. Thank you for making my point. That is about the 5th demonstrable time you have been wrong in this thread.
Now lets talk about you releasing the original letter to a meme site, ok?

Like   Reply   2y                              👍 3

Scott Thompson
Like I stated earlier, the social media shit show is 100% yours to own.

Like   Reply   2y   Edited

63

Now lets talk about you releasing the original letter to a meme site, ok?

Like   Reply   2y

**Scott Thompson**
Like I stated earlier, the social media shit show is 100% yours to own.

Like   Reply   2y   Edited

*Author*
**Shooters Connection Inc**
**Scott Thompson** intentional slander to cause harm? That suit won't just name Shay but all of those who worked at his direction. You don't think all of those private chats and emails won't be brought out in discovery?

Like   Reply   2y

*Author*
**Shooters Connection Inc**
**Scott Thompson** oh Scott , forget you edited that post a day later? You lied, not surprised.



Like   Reply   2y



Shooters Connection Inc

**Shop on Website** | **Like** | **Message**

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
**Like**

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
**Like**

**Grayguns**
Bruce Belvin likes this
Sports & recreation
**Like**

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

---

📝 Author
Shooters Connection Inc
Scott Thompson you can delete it all. That's ok I have it all saved. And lots more I haven't even posted yet. You know when you attack 2 reputable businesses with false accusations, that's big boy stuff. I dint play games.

Like    Reply    2y

Scott Thompson
didn't lie was told to not include names so it was editd. You posted a picture of a sleeved barrel implying that that is where the problem is. A lie. They are virgin barrels that are soft. Untouched.

Like    Reply    2y

📝 Author
Shooters Connection Inc
Scott Thompson oh so you were following shays direction and why you deleted the name.

Like    Reply    2y

📝 Author
Shooters Connection Inc
caught in another lie. Proves what I said about minions doing his dirty work.

Like    Reply    2y    Edited    👍 2

Scott Thompson
Nice try. No lies. I was told there were problems and was supposed to share the post so Shay Akai could ensure he would take care of his customers. I was told not to name anyone and I have certainly never named SC in anything so keep on blowing that out of your ear.
I haven't attacked anyone. I don't know what the end result will

66

Search Facebook

Shooters Connection Inc

🛒 Shop on Website | 👍 Like | 💬 Message

**Page created - January 4, 2010**

**Page manager location: United States**

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Like  Reply  2y  Edited  👍 2

**Scott Thompson**
Nice try. No lies. I was told there were problems and was supposed to share the post so **Shay Akai** could ensure he would take care of his customers. I was told not to name anyone and I have certainly never named SC in anything so keep on blowing that out of your ear.
I haven't attacked anyone. I don't know what the end result will be but you certainly seem to protest too much.

Like  Reply  2y

**Ryan Goold**
Scott. Take the L on this one, you clearly fucked up and are trying to cover your tracks, poorly. Chuck's got you dead to rights. Plus everyone that has ever been involved with USPSA on FB knows you are shay's most outspoken douche. Thank you for your ...
See more

Like  Reply  2y  👍😂 9

**Scott Thompson**
**Ryan Goold** got me good with "you might want too read this" GFYS

Like  Reply  2y  👍

**Ryan Goold**
**Scott** what he said 👆

Like  Reply  2y

**Scott Thompson**
ok, carry on. Your conspiracy theories are cute.

Like  Reply  2y

**Aaron Laws**

67

https://www.facebook.com/ShootersConnection

## Shooters Connection Inc

🛒 Shop on Website    👍 Like    💬 Message    🔍    •••

### Page transparency    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created - January 4, 2010

📍 Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

---

**Ryan Goold**
**Scott** what he said 🔼
Like  Reply  2y

**Scott Thompson**
ok, carry on. Your conspiracy theories are cute.
Like  Reply  2y

**Aaron Laws**
It's gotta be exhausting going all over Facebook and white knighting for Shay
Like  Reply  2y

**Ryan Goold**
**Scott Thompson** it's not a conspiracy if we can literally see the edited post haha. You can keep saying you didn't name anyone, but I can go on your profile right now and see that you said KKM. At a minimum you should own what you wrote.
Like  Reply  2y

**Scott Thompson**
I haven't said I didn't write it. I edited it It's pretty clear. Will you be the first in line to say you were wrong if the claim is found to be true? I bet you won't.
Like  Reply  2y

**Ryan Goold**
**Scott Thompson** sure I will. I am not affiliated with KKM nor SC. Could a batch of barrels gotten an improper heat treat, absolutely. I do have doubts that will be the case though. Because if the barrels weren't passing testing, why wouldn't they be sent back to the manufacturer for inspection? That is basically standard for any warranty claim, to be sent back to the company that made the product so they can look at it. Perhaps because

68

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

🛒 Shop on Website | 👍 Like | 💬 Message

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

**Scott Thompson**
I haven't said I didn't write it. I edited it It's pretty clear.
Will you be the first in line to say you were wrong if the claim is found to be true? I bet you won't.

Like   Reply   2y

**Ryan Goold**
Scott Thompson sure I will. I am not affiliated with KKM nor SC. Could a batch of barrels gotten an improper heat treat, absolutely. I do have doubts that will be the case though. Because if the barrels weren't passing testing, why wouldn't they be sent back to the manufacturer for inspection? That is basically standard for any warranty claim, to be sent back to the company that made the product so they can look at it. Perhaps because there is some merit to Chuck's side of the story, and when the barrels were retested they came in fine? I dunno, just an outsider looking in but it seems awfully sketchy.

And you literally opened this comment thread with "please post where you [shooters connection] or the barrel manufacturer have been named on social media by Akai." You are a representative of Akai, unless you've been recently disavowed which we all know you haven't. It is quite reasonable to assume Akai told you who the manufacturer in question was prior to having you repost that letter. Because how else would you have known to put KKM in the original post? Lucky guess? Gunsmith-shooter confidentially isn't a thing, so if it does end up going to court whatever the truth is, will come out. You saying it is as good as Akai saying it.

Like   Reply   2y   Edited

**Richard Holland**
Shooters Connection Inc you're attempting a slander lawsuit

69

Shooters Connection Inc

**Shop on Website** | 👍 Like | 💬 Message

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Like  Reply  2y  Edited

**Richard Holland**
**Shooters Connection Inc** you're attempting a slander lawsuit here?

Like  Reply  2y

🖊 Author
Shooters Connection Inc
**Scott Thompson** This post below is a complete lie. The original smith blamed the ammo and said it was a double charge. I know who it is but wont name him because Jerry didn't want to name him and I do not think the smith had anything to do with the issue. Jerry didn't do anything until he heard the slanderous post you shared. He sent it to another gunsmith who did fix it with another KKM barrel. His smith did not test it but sent it to shay who "tested it" and still has it. KKM has the pictures and also said it was a double charge.KKM also said he replaced the barrel anyway , that's just how they do business. There is some disconnect on the replacement barrel but that is being sorted out now.

"Scott Thompson It's very telling how you attacked Jerry on behalf of SC when he simply stated he had a broken gun and his smith tested the barrel as soft.
Just because you yell the loudest doesn't mean you are correct."

Like  Reply  2y

🖊 Author
Shooters Connection Inc
**Richard Holland** No, not really needed yet. Trying to defend the slander and lies. Public is being misled so I am trying to set it straight with the truth.

Like  Reply  2y

70

Just because you yell the loudest doesn't mean you are correct.

Like   Reply   2y

Author
**Shooters Connection Inc**
**Richard Holland** No, not really needed yet. Trying to defend the slander and lies. Public is being misled so I am trying to set it straight with the truth.

Like   Reply   2y

Author
**Shooters Connection Inc**
And to ad to this. Scott Thompson claims the barrel tested soft. Shay has the barrel so KKM may never be able to really test it. Its return is being asked for, well see if that is complied with. So I talked to Luke today and asked about shooting a soft barrel, one that never received heat treat. He said sure we do it all the time with testing. They are 18-20 rockwell and nothing happens except after time they will distort but never crack, the metal is to soft and pliable to crack or fail. SO a barrel even at 38 is fine, that was confirmed with George at EGW.

Like   Reply   2y   👍 2

**Scott Springer**
**Ryan Goold** multiple batches of barrels were involved over a period of time. I'm a math guy, and that isn't plausible that it would be isolated to one vendor since batches of steel last awhile and are used for many types of barrels. I can not fathom a reason a soft barrel would crack. We've had soft barrels years ago from another maker and they mushed. Soft means they are not brittle and less prone to cracks.

Like   Reply   2y   👍 5

Author
Shooters Connection Inc



**Shooters Connection Inc**

🚩 Page created - January 4, 2010

📍 Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

[ Create Page ]

---

was confirmed with George at LGW.

Like   Reply   2y   👍 2

**Scott Springer**
**Ryan Goold** multiple batches of barrels were involved over a period of time. I'm a math guy, and that isn't plausible that it would be isolated to one vendor since batches of steel last awhile and are used for many types of barrels. I can not fathom a reason a soft barrel would crack. We've had soft barrels years ago from another maker and they mushed. Soft means they are not brittle and less prone to cracks.

Like   Reply   2y   👍 5

🖊 **Author**
**Shooters Connection Inc**
**Scott Thompson** Wow Scott you just don't stop lying, just quit. Your post claims that all the barrels that are soft are virgin, untouched. Really? If that's so then why not just send them back to KKm for replacement? Even if they were soft, which they are not, KKM said they would replace them. And if they were virgin then there are no damages except the virgin barrels so why ask for 2 million? Just pointing this out since it makes no sense and just further proof you are making stuff up to do Shays dirty work. You really ready to defend a slander and defamation suit for him? Cause you are in it and everybody else who has followed his lead. " Scott Thompson didn't lie was told to not include names so it was editd. You posted a picture of a sleeved barrel implying that that is where the problem is. A lie. They are virgin barrels that are soft. Untouched."

Like   Reply   2y

**Richard Holland**
I will take 2 million.

Shooters Connection Inc

**Shop on Website** | **Like** | **Message**

the people who manage and post content.

Page created - January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
**Like**

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
**Like**

**Grayguns**
Bruce Belvin likes this
Sports & recreation
**Like**

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

---

Reply   2y

**Richard Holland**
I will take 2 million.
Like   Reply   2y

**Scott Springer**
Richard Holland The lawyers will take all the monies.
Like   Reply   2y

Reply to Jerry Colantone...

**Caleb Paterson**
Alexis Pena Shooting
Like   Reply   2y

**Alexis Pena**
Caleb Paterson mic drop
Like   Reply   2y

**Luke Andrus**
Caleb Paterson sounds like someone blew up a gun with bad ammo and is trying to blame everyone else for it. Where have I heard this story before?
Like   Reply   2y

**Caleb Paterson**
Its more than that is a gun maker blaming the barrel supplier for soft barrels.
Like   Reply   2y

**Luke Andrus**
Shit rolls downhill. Guy has case head separation. Guy blames gun manufacturer. Manufacturer blames aftermarket barrel company. Everybody wants to blame someone.



Shooters Connection Inc

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

---

Luke Andrus
Shit rolls downhill. Guy has case head separation. Guy blames gun manufacturer. Manufacturer blames aftermarket barrel company. Everybody wants to blame someone

Like   Reply   2y

Reply to Caleb Paterson...

Max Klatt
I wonder if SC will stop selling said builders parts...

Like   Reply   2y   Edited   👍 2

Author
Shooters Connection Inc
And what we have will be deeply discounted to move them out.

Like   Reply   2y   👍❤️😆 9

David Lyell Sr.
Shooters Connection Inc send the discounts this way:)

Like   Reply   2y

Author
Shooters Connection Inc
Max Klatt you know we had a decent order in for more stuff , he took the order knowing the demand letter was in route. As soon as I got the letter I canceled the order and closed his account with us severing any relationship.

Like   Reply   2y   👍😮 5

Reply to Max Klatt...

Monty Capuletti III
Mark Sorensen

