10/4/21, 12:04 PM    Dame Michael

Chuck    Home

---

Dec 9, 2019, 3:56 PM

**Dame Michael**

3:54    29%

ChaMpinCuc...

Notifications for this conversation are off.    TURN ON

Bobie keycans

Btw, barrels were tested at an actual QC lab, metallurgy lab. They were tested at Hendricks Motorsports, Chuck Warner tested them and my own tester. Results are all the same

Doesnt chuck make barrels?

Iso report would be a good way to hang em

Bobie keycans

SCI 001100

**CONFIDENTIAL**

10/4/21, 12:04 PM   Dame Michael

Chuck   Home

Notifications for this conversation are off.   TURN ON

Bobie keycans

Chuck makes very few, but yes

I talked to Luke, owner of KKM

They buy huge pallets of 416R, rods

Heat treat them, cut a hockey pock off, test it, the machine

Barrels never get tested again

Kart rough cuts, heat treats individual barrels, test them and then finish machine

Makes more sense?



Individual KKM barrel will have a 4 RC point swing on the same barrel

OCT 25 AT 11:47 PM

TwOtiM   

file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akalthumb/F__/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemichae...   200/276

SCI 001099

**CONFIDENTIAL**

KKM offered to look into it and asked for a barrel. They would have replaced every one if there was a problem. He refused, never sent them one, or any evidence. We have had others test and not a single one found soft. Branden Bunker is much more reputable gunsmith than shay and he laughed at his postings of tests. He was doing them wrong. Brandon found none soft. KKM tested their inventory and all were good. Fact is shay is using the barrel in a way that isn't working ad he needs a scape goat. And we dont make any of the barrels. We sell KKM and have an exclusive on one type. And we got a letter demanding 1 million in dmaages today from his so called attorney who is just another shooter.

Dec 9, 2019, 4:06 PM

**Dame Michael**

That was just a quick search in the chat group, if theres any specific keywords you think I should search for let me know

Dec 9, 2019, 4:03 PM

**Dame Michael**

Talking about the kkm barrels

Dec 9, 2019, 4:02 PM

**Dame Michael**

That's shay

Dec 9, 2019, 4:02 PM

**Chuck Bradley**

who is it?

Dec 9, 2019, 4:01 PM

**Dame Michael**

How can I help burn this cunt?

Dec 9, 2019, 3:57 PM

**Dame Michael**

3:54                                                        29%

**SCI 001098**

**CONFIDENTIAL**

10/4/21, 12:04 PM                                           Dame Michael

                                                                    Chuck    Home

**Chuck Bradley**

ask him why he has never provided any of the barrels or the test results to KKM? Why he is hiding it from them. KKM has only talked to him twice through this whole ordeal. They simply asked for a barrel to assess.

Dec 9, 2019, 4:15 PM

**Chuck Bradley**

I don't make them so I don't have insurance for product liability.

Dec 9, 2019, 4:10 PM

**Dame Michael**

Hes got to be bleeding money, all that new equipment low gun sales, parts look like shit. Must think you are easy pray for a pay out

Dec 9, 2019, 4:09 PM

**Dame Michael**

Just want to make sure I dont help shays attack

Dec 9, 2019, 4:08 PM

**Dame Michael**

Bagger already has memes qued up

Dec 9, 2019, 4:08 PM

**Chuck Bradley**

sure why not

Dec 9, 2019, 4:08 PM

**Dame Michael**

Are we cleared to play with that info?

Dec 9, 2019, 4:08 PM

SCI 001097

**CONFIDENTIAL**