Chuck    Home



 That's what you told me to do. Bottoms first, then tops. Works great. Thanks.



  

Apr 28, 2020, 10:15 AM

**Dame Michael**

Nov 15

Apr 28, 2020, 10:15 AM

**Tim Mekosh**

He is going to end up basically paying lawyers fees and court costs for us

Apr 28, 2020, 9:40 AM

**Dame Michael**

SCI 001353

**CONFIDENTIAL**

10/4/21, 12:07 PM                                                                 Dame Michael and Tim Mekosh

Apr 28, 2020, 10:28 AM

**Dame Michael**

Thanking me for help on his machining strategy... wasnt I working with you to help put him out of business by then?

Apr 28, 2020, 10:16 AM

**Dame Michael**



file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akaithumb/F__/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemichae...   252/257

**SCI 001352**

**CONFIDENTIAL**

10/4/21, 12:07 PM  Dame Michael and Tim Mekosh

Chuck    Home

 

Active 17 minutes...

0:09

NOV 15 AT 3:08 PM

Got a fuck ton of 450 parts right now. 😣

Seen



That's what you told me to do. Bottoms first, then tops. Works great. Thanks

file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akaithumb/F__/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemichae... 251/257

**SCI 001351**

**CONFIDENTIAL**

10/4/21, 12:07 PM                                Dame Michael and Tim Mekosh

                                                                    Chuck    Home

**Dame Michael**

New ky mask mandate will help too

Apr 28, 2020, 11:06 AM

**Dame Michael**

From what I've found they dont have to use a sheriff in ky to serve so dodging them became easier if required

Apr 28, 2020, 11:03 AM

**Tim Mekosh**

me and mike still remain to be served in which case then I'll retain lawyer and do what needs done. Until any of that happens it's all a sham to try and smear names in the industry exactly what he is trying to "sue" for.

Apr 28, 2020, 10:49 AM

**Chuck Bradley**

You guys may have to be sued in Ky , I would feel better if you were out of it anyway. My daughter in law is an attorney and said they name everybody hoping to get all of them to turn on each other. Thing is that works when there is a wrongdoing, here there isn't , just the facts. His complaint is mostly lies. They can't stand up in court. Which I don't think they ever hope to get to.

Apr 28, 2020, 10:46 AM

**Tim Mekosh**

Lol

Apr 28, 2020, 10:29 AM

**Dame Michael**

That one has the date stamp

Apr 28, 2020, 10:28 AM

**Dame Michael**

10:26

**SCI 001350**

**CONFIDENTIAL**