9/23/21, 1:53 PM                                                    Dame Michael

 Chuck    Home

---

Jan 30, 2020, 9:17 AM

**Dame Michael**

I'll keep an eye out

Jan 30, 2020, 9:16 AM

**Chuck Bradley**

Well I guess I'll just sit tight and whack a mole every time he spouts out. If there places he's lying I can't see them , I blocked him, if you send me screen shot I can respond in the thread and he won't even see it

Jan 30, 2020, 9:16 AM

**Dame Michael**

When it comes to comments about shay on FB scott is his main attack dog. Chris Kozell used to be a close 2nd but he left years ago

Jan 30, 2020, 9:12 AM

**Dame Michael**

Who knows what false info was being spread by akai guys at locals

Jan 30, 2020, 9:11 AM

**Dame Michael**

Not that I've seen, but I'm not in 2011 enthusiasts

Jan 30, 2020, 9:10 AM

**Chuck Bradley**

So none of the others were out spreading the post?

Jan 30, 2020, 9:09 AM

**Dame Michael**

Cody I don't t know

Jan 30, 2020, 9:08 AM

SCI 000544

**CONFIDENTIAL**

9/23/21, 1:53 PM                                              Dame Michael

i Chuck    Home

Jan 31, 2020, 9:26 AM

**Chuck Bradley**

Oh I know , but I debunked it all on my page already.

Jan 30, 2020, 9:59 AM

**Dame Michael**

The other question is if was so quick to say all that to aaron, who else has he sent that too

Jan 30, 2020, 9:58 AM

**Dame Michael**

Anything to get rid of shay

Jan 30, 2020, 9:22 AM

**Dame Michael**



Jan 30, 2020, 9:22 AM

**Chuck Bradley**

Cool, the big ones like areas, uspsa etc are ones he can hurt. If he pops up let me know. Appreciate all you're help.

Jan 30, 2020, 9:19 AM

**Dame Michael**

I haven't seen him in any of the fb groups I'm in

Jan 30, 2020, 9:18 AM

**Dame Michael**

Troll chat is dead

Jan 30, 2020, 9:17 AM

**Chuck Bradley**

SCI 000543

CONFIDENTIAL