9/23/21, 1:53 PM  Dame Michael

 i Chuck    Home

**Chuck Bradley**

Jan 19, 2020, 4:39 PM

**Dame Michael**

Words getting out about the van lines and daytrading

Jan 19, 2020, 10:54 AM

**Dame Michael**

I'm sure there will be other disgruntled customers popping up

Jan 19, 2020, 10:53 AM

**Chuck Bradley**

I made that little implied threat to bring out shays past if they wanted to keep on. Hard to imagine them continuing on.

Jan 19, 2020, 10:51 AM

**Dame Michael**

Shay is a cancer that needs to be removed. Hes already damaged the market

Jan 19, 2020, 10:49 AM

**Dame Michael**



Jan 19, 2020, 10:48 AM

**Dame Michael**

What help I know nothing

Jan 19, 2020, 10:48 AM

**Chuck Bradley**

SCI 000557

CONFIDENTIAL