---

**Chuck Bradley**

Oh

Dec 15, 2019, 5:59 PM

**Dame Michael**

I honestly dont know

Dec 15, 2019, 5:59 PM

**Chuck Bradley**

Who is it

Dec 15, 2019, 5:58 PM

**Dame Michael**

Hes convinced bagger is double alfalfa, a few others think its me

Dec 15, 2019, 5:58 PM

**Chuck Bradley**

If they keep it up the letter and my response will be posted. They know that by now.

Dec 15, 2019, 5:58 PM

**Dame Michael**

Nah, more of me being in KY and friends with bagger

Dec 15, 2019, 5:58 PM

**Chuck Bradley**

Lol, do you think they might suspect because of chance stuff

Dec 15, 2019, 5:57 PM

**Dame Michael**

SCI 000611

**CONFIDENTIAL**

9/23/21, 1:53 PM                                     Dame Michael

 Chuck        Home

---

**Chuck Bradley**

Nothing out in open about it?

Dec 15, 2019, 6:40 PM

**Dame Michael**

That was 2 phones ago, cant bring any of it up

Dec 15, 2019, 6:15 PM

**Dame Michael**

We got in the habit of nuking it every once and awhile back when it was really active. That's when shay was doing all his shit talking about bobby

Dec 15, 2019, 6:15 PM

**Dame Michael**

Troll chat been dead

Dec 15, 2019, 6:14 PM

**Dame Michael**

Yup

Dec 15, 2019, 6:13 PM

**Chuck Bradley**

So where is all this playing out? All private chats?

Dec 15, 2019, 6:13 PM

**Dame Michael**

Also sent them all the old shit about shays daytrading

Dec 15, 2019, 5:59 PM

**Dame Michael**

**SCI 000610**

**CONFIDENTIAL**