10/4/21, 12:04 PM　　　　　　　　　　　　　　　　Dame Michael

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chuck　Home

---

### Rafferty customs better anyway



SHOOTERSCONNECTION...



 

Just now　　Like　　Reply

Write a reply...　　 

|||　　　　○　　　　<

---

Jan 8, 2020, 12:12 PM

**Chuck Bradley**

Not sure Those guys are pretty easy going and would have taken care of a legitimate issue. I do t see them lashing out. If they do it will only be to counter the bad publicity not vindictive

Jan 8, 2020, 11:17 AM

**Dame Michael**

Will they respond publicly? Now's the perfect time he got hit pretty hard yesterday over his contingency BS

Jan 8, 2020, 9:49 AM

**Chuck Bradley**

He has defamed Kkm to the point they need to respond publicly. What's so ironic is Kkm has not seen 1 of these supposed bad barrels. Shay is publicly laying the blame on Kkm when we suspect any problems were caused by his own doing

Jan 8, 2020, 9:40 AM

**Dame Michael**

**SCI 000987**

**CONFIDENTIAL**

10/4/21, 12:04 PM                    Dame Michael

                                              Chuck    Home

─────────────────────────────────────────────

|||            O            <

Jan 8, 2020, 12:13 PM

**Dame Michael**

12:01 🕐 ⊘                           🕐 📶 67% 🔋

← **Replies**                              🔍

> Didnt ask, as it was 7 years old
>
> Just now   Like   Reply


**Shay Akai**
**Scott Riddle** we disclose that.

Just now   Like   Reply


**Shay Akai**
**Dame Michael** so a several year old limited gun that cracked you didn't expect a free replacement?

Just now   Like   Reply

**Dame Michael**
I like the KKM barreled upper I built along with

**SCI 000986**

**CONFIDENTIAL**



**Shay Akai**
"everything should be free! Free!"

That is on a gun he didn't even buy from us.

6m    Like    Reply



**Dame Michael**
So 9mm major open guns aren't built to handle the over pressured rounds needed to make major in open? See **Luke Cao**, its obviously your fault for letting shay build a 9mm major

Just now    Like    Reply



**Dame Michael**
Was this one of the soft barreled guns?

Just now    Like    Reply

• • •    Someone is writing a comment...

Write a reply    

**SCI 000985**

**CONFIDENTIAL**

10/4/21, 12:04 PM            Dame Michael

Chuck     Home

Jan 8, 2020, 2:58 PM

**Dame Michael**

So he tried using my broke infinity to back up his stance. So I through some kkm and sc digs in

Jan 8, 2020, 2:58 PM

**Dame Michael**

Well ya, that's the point

Jan 8, 2020, 2:57 PM

**Dame Michael**

Luke's 9mm major cracked a slide and shay said it's not covered under warranty because 9mm major is over pressured

Jan 8, 2020, 2:57 PM

**Chuck Bradley**

He wanted a old gun warranties?

Jan 8, 2020, 2:57 PM

**Dame Michael**

Luke cao won a shit load of shays contingency program. Shay wont pay out because luke was mean.

Jan 8, 2020, 2:56 PM

**Chuck Bradley**

I am not really following this. Clue me in

Jan 8, 2020, 2:50 PM

**Dame Michael**

11:56 

 Replies



file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akaithumb/F__/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemichael...    85/276

SCI 000984

CONFIDENTIAL

business. It appears as if www.majorvanlines.com is up and running nicely, but I can't get any info off of it.

You have nothing in terms of paperwork that woud tell you where your goods are? Try contacting the Miami FBI, they may have a way of tracking down your goods in NJ, or can tell you where else to look.

Or, you can try this:

Call Shay Horowitz at this number, give him your name and job number if you still have it, and he said he would find that info for you. He couldn't give me the info without knowing your name.

[phone number removed]

Jan 10, 2020, 11:39 AM

**Dame Michael**

https://www.movingscam.com/forum/viewtopic.php?t=7726
https://www.movingscam.com/forum/viewtopic.php?t=7726

Jan 10, 2020, 11:39 AM

**Chuck Bradley**

file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akaithumb/F__/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemichael...    84/276

**SCI 000983**

**CONFIDENTIAL**

So any reaction if it was made public?

Jan 10, 2020, 2:57 PM

**Chuck Bradley**

As did I , he finally paid then he was on cash or card

Jan 10, 2020, 2:56 PM

**Dame Michael**

Pt had to chase him down at nats one year

Jan 10, 2020, 2:56 PM

**Chuck Bradley**

I feel lucky that when he owed me 25 k 8 years ago that I got paid

Jan 10, 2020, 2:54 PM

**Dame Michael**

10:55                                                          68%

movingscam.com/forum/vi          [1]

MusicMom

Re: Universal Van Lines out of business

Thu Jun 15, 2006 5:48 pm

Don't feel like an idiot! It's not your fault!

SCI 000982

CONFIDENTIAL

10/4/21, 12:04 PM Dame Michael

Chuck    Home

**Chuck Bradley**



Jan 13, 2020, 3:22 PM

**Chuck Bradley**



Jan 13, 2020, 3:21 PM

**Dame Michael**

I've been sharing it in PM all morning .

Jan 10, 2020, 2:58 PM

**Dame Michael**

I think I'm going to sit on that until the contingency thing lights up again

Jan 10, 2020, 2:58 PM

SCI 000981

CONFIDENTIAL

10/4/21, 12:04 PM Dame Michael

Chuck Home



Jan 13, 2020, 3:22 PM

**Dame Michael**

file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akaithumb/F__/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemichael... 81/276

**SCI 000980**

**CONFIDENTIAL**

10/4/21, 12:04 PM                                                      Dame Michael

Chuck    Home

investigation with fbi over his day trading scam. They are going to make a public statement to address thus and post the letters
😊Dame Michael

Jan 13, 2020, 3:27 PM

**Dame Michael**

Did they test the hardness on it?

Jan 13, 2020, 3:27 PM

**Chuck Bradley**

Like got it from somebody else

Jan 13, 2020, 3:26 PM

**Chuck Bradley**

Thus is the only barrrel Kkm has of his. Like said the barrrl is cut real thin and the tungsten is way to heavy causing undue stress. The stop pin cut us way over cut, to far back. The barrel was torched I suppose to get the sleeve on or off. Thus is why he wouldn't send any back

Jan 13, 2020, 3:25 PM

**Dame Michael**

Those lugs look like a 2 yr old cut them

Jan 13, 2020, 3:23 PM

**Chuck Bradley**



Jan 13, 2020, 3:23 PM

**SCI 000979**

**CONFIDENTIAL**

10/4/21, 12:04 PM                                               Dame Michael

                                                                        Chuck    Home

day trading scam lawsuits.

Jan 13, 2020, 3:31 PM

**Dame Michael**

Just learned about the trucking stuff last week

Jan 13, 2020, 3:31 PM

**Dame Michael**

What the suits?

Jan 13, 2020, 3:30 PM

**Chuck Bradley**

You seen it already

Jan 13, 2020, 3:30 PM

**Dame Michael**

Or

Jan 13, 2020, 3:29 PM

**Dame Michael**

That's a barrel that was replaced of out of a gun that was running when it was removed

Jan 13, 2020, 3:29 PM

**Dame Michael**

I couldn't find any law suits over the moving companies

Jan 13, 2020, 3:28 PM

**Chuck Bradley**

I didn't ask but it had been torched

Jan 13, 2020, 3:28 PM

**Chuck Bradley**

SCI 000978

**CONFIDENTIAL**

10/4/21, 12:04 PM                                             Dame Michael

                                                                    Chuck     Home

Does luke know about the powder post from years ago

Jan 13, 2020, 3:38 PM

**Dame Michael**

Come on kkm, time for the final KO punch

Jan 13, 2020, 3:35 PM

**Chuck Bradley**

Not sure, but until he is convicted not sure they can deny it

Jan 13, 2020, 3:34 PM

**Dame Michael**

How did he get an ffl with an open federal investigation

Jan 13, 2020, 3:33 PM

**Chuck Bradley**

But nothings been done for 10 years on it

Jan 13, 2020, 3:32 PM

**Dame Michael**

Ya didnt even know there where

Jan 13, 2020, 3:32 PM

**Chuck Bradley**

FBI was investigating and its still an open case.

Jan 13, 2020, 3:32 PM

**Dame Michael**

Oh

Jan 13, 2020, 3:31 PM

**SCI 000977**

**CONFIDENTIAL**