**Hagan, William R.**

| | |
|---|---|
| **From:** | Chuck Bradley <chuckb@shootersconnection.com> |
| **Sent:** | Friday, January 17, 2020 1:02 PM |
| **To:** | Luke McIntire |
| **Subject:** | Fwd: Fwd: barrel failure |

Luke this guy posted about this barrel on my page. He implies it was a bad barrel and you all did not respond to him. Shay has this barrel


-------- Forwarded Message --------
**Subject:** Fwd: barrel failure
   **Date:** Fri, 17 Jan 2020 13:52:14 +0000
  **From:** Scott Lepping <info@hellfirecustomguns.com>
     **To:** chuckb@shootersconnection.com <chuckb@shootersconnection.com>
     **CC:** 10314@msn.com <10314@msn.com>


Chuck,
Here is the original email I sent to KKM after I called them, including all of the pictures I sent. Including Jerry so he also his this email.

Scott Lepping
Hellfire Custom Guns
Green Lane, PA
http://www.hellfirecustomguns.com
info@hellfirecustomguns.com
610-247-0793



   Begin forwarded message:

**From:** Hellfire Custom Guns <info@hellfirecustomguns.com>
**Subject: barrel failure**
**Date:** September 30, 2019 at 1:26:31 PM EDT
**To:** KKM Precision Support <support@kkmprecision.com>

Luke,
Just spoke to one of your guys about a barrel failure that was brought to me. Just figured you guys would at least want to see these pics, not sure if you can do anything since there are too many variables about what might have happened. The barrel was fit by another gunsmith, do not know his name. Gun is an STI Edge 9mm. Customer said he was shooting factory Fiocchi

1

SCI 001845

CONFIDENTIAL

ammo, 147 grain I believe. He was actually sighting it in after getting it back from having the barrel fit and was on the 5th round in the mag when the barrel failed. It certainly could have been a double charged round from the factory. Barrel is clear and customer stated that all 4 previously fired rounds hit the paper target as he was sighting in and so did the 5th, but of course hit way off target. Barrel is currently stuck in the slide, which is bulged under the ejection port. Here are some pictures I took. Let me know if you need any others.

Thanks!
Scott Lepping
Hellfire Custom Guns
Green Lane, PA
http://www.hellfirecustomguns.com
info@hellfirecustomguns.com
610-247-0793



SCI 001846

CONFIDENTIAL

Green Lane, PA
http://www.hellfirecustomguns.com
info@hellfirecustomguns.com
610-247-0793

> On Jan 17, 2020, at 1:03 PM, Chuck Bradley <chuckb@shootersconnection.com> wrote:
>
> That's enlightening. I think Kkm should see it. We already know Shay wasn't testing correctly. I have talked George about this also and he told me 37-38 he wouldn't have an issue with. I can tell you from my experience that failure was not a soft barrel. Could it have been a flaw in the steel , maybe , but I am still in the opinion that it was caused by an obstruction or an overcharge. Ammo companies have been known to have these issues also do why automatically assume it was the barrel. I also do not think the gunsmith could be at fault. That's a major detonation damage. If you could ask for it back that would be great. I will contact Kkm about it.
>
> Sent from my iPhone
> Chuck
> Chuck Bradley- President Shooters
> Connection Inc.
> 804 South Broadway St. Unit 9
> Georgetown, Ky 40324
> 502-570-4112
> 502-570-4102 fax
> Order line 800-387-4045
>
>> On 1/17/2020 8:50 AM, Scott Lepping wrote:
>>
>> Chuck,
>> Here is exactly what happened between Jerry Colantone and anyone else involved. I am including Jerry on this email. He can add any other info if he wants, but he only dealt with me for this entire situation once I had the gun for repair.

3

SCI 001840

CONFIDENTIAL

Jerry brought me his STI Edge with the exploded barrel and bulged slide so I could see if I could build a new top end for it. He said that another well known gunsmith installed the barrel to convert the Edge from 38 super to 9mm. I don't know who the other gunsmith was. I don't know what the gunsmith who fit the barrel had told Jerry or anything else about their dealings other than Jerry sent the gun back to him and the gunsmith sent it back not repaired. Jerry would be the only one that has that info. When examining the bad barrel something just didn't seem right and I told Jerry I would reach out to KKM to see if they wanted to investigate. Jerry was in no way looking for KKM to do anything about the barrel and it was solely my idea to reach out to KKM in case something was wrong I figured they would want to know. I have talked to Luke several times on the phone before and with the way he handled himself and his business I figured he might want to get the barrel back for testing. As you will see in my email to KKM, I explained that Jerry does not reload and was shooting factory ammo. The rest of that part of the story is in the email to KKM which I have forwarded to you. The only reply I ever get was from Dan in support, who is also who I spoke with when I called them about the barrel. That is when Dan asked me to email the pictures, which I did immediately after the call. I have also forwarded the reply from Dan, which said he printed something out and handed it to the owner. That was September 30th. I waited a few weeks and when I didn't receive a reply I assumed KKM didn't want the bad barrel back and let Jerry know I was going to order a new slide and barrel. I ordered a new slide and KKM barrel from Speed Shooters (Shooter Connection didn't

4

SCI 001841

CONFIDENTIAL

have the barrels in stock). I received the slide and barrel a few days later and started fitting the top end to Jerry's frame. I was almost finished building the new top end, with a new KKM barrel because I assumed that if the barrel was the issue then it was probably a one time incident. I had built several guns this summer with KKM barrels and several guns the years before and never had an issue with KKM barrels. I had even rebuilt my own shorty steel challenge open gun with a KKM commander barrel this past summer and had no issues. I was getting ready to test fire the gun with the new slide and KKM barrel and around October 27th I saw Akai's post of having barrel issues. Since something seemed strange about Jerry's bad barrel I contacted Akai via a private Facebook message asking if the barrels he was having issues with were KKM. He stated that the barrels were from KKM. I do not know Shay personally, but know his work and trusted the info he was supplying about his situation. I sent him the pictures of the exploded barrel and also explained that I had used a KKM as the new replacement and was now concerned that the new barrel could also have issues based on the info he had told me. He said I should have the new barrel tested and volunteered to test the old bad barrel if I sent it to him. He emailed me a FedEx label and I sent him the bad barrel which was still stuck in the slide. I had no idea he was gearing up for a major lawsuit against KKM since I did not know of the extent of the issues he was having on his end. When Akai received the bad barrel, he was able to get it out of the slide, tested it and sent me some pictures of the tests. All of the pics showed the bad barrel testing well below 40. I am not a metallurgist and trusted that Shay was doing the tests correctly. At this

5

CONFIDENTIAL

point I was genuinely concerned that the new barrel that I just fit could also have issues and was afraid to test fire it and couldn't ethically give the gun back to Jerry without having the barrel tested. I contacted Cody at EGW to see if they could test the new barrel for me. EGW is only a few miles from me and I am there all the time. Cody said to stop by and George would do the test for me. When we tested the new barrel at EGW, with the test done by George, the new barrel tested at 40. We only tested on the sides of the lower lugs so we didn't have dimples everywhere from the tester. George said he would have no concerns with this number and then explained a bunch about hardening stainless, etc. Most of it went right over my head, but if George was ok with the hardness of the barrel then I was ok. I put the gun back together and test fired it a few days later. I called to let Jerry know he gun was ready to be picked up and explained to him about sending the barrel to Akai, having the new barrel tested, basically everything I just explained above. So, any info that Jerry posted was based on what I just explained above. Akai still has the bad barrel and slide. I can ask for it back if KKM wants it. Jerry never wanted anything other than getting his gun fixed. He never wanted to go after KKM or anyone else for a replacement barrel or anything else. We would still like to know why the barrel failed, just for our own peace of mind.

Let me know if you have any other questions or concerns.

Thanks!
Scott Lepping
Hellfire Custom Guns
Green Lane, PA
http://www.hellfirecustomguns.com
info@hellfirecustomguns.com

SCI 001843

CONFIDENTIAL

610-247-0793

<HCG_logo_final_xsmall.png>

<Invoice # 175920.PDF>

7

SCI 001844

CONFIDENTIAL

**Hagan, William R.**

| | |
|---|---|
| **From:** | Chuck Bradley <chuckb@shootersconnection.com> |
| **Sent:** | Tuesday, January 21, 2020 11:16 AM |
| **To:** | Luke McIntire |
| **Subject:** | Fwd: Re: Jerry Colantone barrel |

Luke,

Chuck wanted me to forward the below email from Scott.

Wendi

On Jan 20, 2020, at 10:31, Chuck Bradley <chuckb@shootersconnection.com> wrote:

-------- Forwarded Message --------
**Subject:** Re: Jerry Colantone barrel
   **Date:** Sat, 18 Jan 2020 12:48:28 +0000
   **From:** Scott Lepping <info@hellfirecustomguns.com>
      **To:** Chuck Bradley <chuckb@shootersconnection.com>

Chuck,
None of what Luke is saying makes sense. The original email I sent was sent at 10:26am EST. The only reply I received was the one I forwarded yesterday morning which was sent September 30th at 1:37pm EST (10:37am PST). It says absolutely nothing about returning the barrel. It said exactly....as I forwarded yesterday morning...."*Scott - Printed and handed to owner. No replacement barrel in stock currently. 1-2 week lead time for emergency replacement if needed. Thank you, -Dan Wrightsman*". That is the only email I ever received on the topic. I keep every single business email I receive. I never received any information about a replacement barrel, nor an email saying they were sending a new barrel, nor an email with tracking info for a new barrel. Every time I have ever ordered directly from KKM I have received an email with a shipping confirmation and tracking info. Every shipment I have received from them was sent USPS, not FedEx. Those shipments were generated with Endicia and I believe Endicia keeps shipping/tracking info for 6 months. I am sure if they absolutely had to they could have FedEx or USPS go back and provide the tracking info as well. I certainly never received anything from them. Luke also says that the phone call was with him....I spoke to Dan when I called and have never spoken to Luke on this topic. Also, I never even knew that other builders may have been having issues until I saw Akai's post on October 27th. See attached screen shots of my initial

1

SCI 001838

CONFIDENTIAL

question for Akai via Facebook Messenger dated Oct 27. If I was shipped a replacement barrel on October 11th, I certainly would have had the replacement barrel well before October 27th and would have been happy with KKM and moved on. I ordered Jerry's replacement slide and frame from SSI on October 20th (see attached invoice). So, again, if I was shipped a replacement barrel on October 11th I almost certainly would have had it by October 20th and would not have ordered another from SSI. I honestly don't know what is going on here. If I had something to hide or was not being truthful in any part of this entire situation why would I have even reached out to you to give Jerry's/My side of the story about our experience with KKM? Like I said in my original email to KKM and even in the screen shots where I started talking to Akai, we were never even asking or looking for a replacement barrel. I was reaching out to KKM more out of professional courtesy in case they wanted to examine the bad barrel. I would love for Luke to provide the email where they asked for the bad barrel back and would also love to see any shipping or tracking info they may have for the replacement barrel. I am not accusing Luke or anyone else of anything, but none of this makes sense.

~Scott

<IMG_3839.PNG>
<IMG_3840.PNG>
<IMG_3841.PNG>

> On Jan 17, 2020, at 6:34 PM, Chuck Bradley <chuckb@shootersconnection.com> wrote:
>
> From KKM after I talked to him today. He thought they sent you a replacement.
>
> Just checked all of our records and Scott originally called us on September 30th and also sent an email with the pictures. We responded with another email at 10:37am pst asking the customer to send us the barrel as it looked like a classic double charge. Our FedEx office store only keeps tracking records for 90 days but a ship tag was created October 11th to Hellfire customs. If Scott never received it he never said anything to us nor did Jerry either. After my phone call with Scott on the 30th of September I never heard back from either Jerry or Scott.
>
> ```
> Chuck Bradley- President Shooters Connection Inc.
> 804 South Broadway St. Unit 9
> Georgetown, Ky 40324
> 502-570-4112
> 502-570-4102 fax
> Order line 800-387-4045
> ```
> On 1/17/2020 6:12 PM, Scott Lepping wrote:
>> I asked Shay to send the slide and barrel back to me. He said he will send it out Monday. I will let you know when I have it back.
>>
>> Thanks,
>> Scott Lepping
>> Hellfire Custom Guns

2

SCI 001839

CONFIDENTIAL