down 33 poppers, won the admiration of all who tried. "De Lay Array," designed by Bill Attamante, challenged the participants to reload as well as shoot quickly, and "Got Speed?" had everyone hosing flat out.

The blend of fast gunning and quick thinking satisfied all who came. Doreen Planck, a Limited shooter from West Virginia, loved the match. She


Photo by Keith Moore.
**Junior champ Brad Balsey rolls toward the targets.**

had been to the Area 8 match last year and had such a good time she was eager to come back. Bob Kataja, from Parma, Ohio, shoots Limited 10 and said he signed up as soon as he saw the application in Front Sight. Many of the competitors were regulars from the area, but some came from as far away as Texas and Canada.

The Grand Masters Steve Martin and local champion Matt Trout, were strong throughout the entire match, taking Overall and Limited honors, respectively. Dave Olhasso took High Open, Bob Shaffer was Limited 10 champ, Steve Moneypenny best in Production, Ralph McFarland wielded his revolver effectively, High Lady was Tammy Scott, and Brad Balsley won High Junior.

Of course, the Tri-State never would have taken place without the hard work of the registration staff, stats people, Range Masters Chuck Brooks and Dave Dorisio and all the RO's. One more thing East Huntingdon can be proud of is its ability to bring together a proficient and energetic team. Match sponsor Evolution Gun Works from Doylestown, Pa., and stage sponsors Target Barn, Schuemann Barrels, Tillman International, Advanced Performance Shooting, Dave Fries Company, Gan's Enterprises, and Starline Brass were also appreciated for their support.

This competition may mark the end of an era here in Area 8. Dave Fries, the driving force behind the large matches held at this club, is retiring. He and his wife, Jean, still plan to be active shooters but feel the time has come to hand off the reins to others.


Photo by Keith Moore.
**End of an era? Match Director Dave Fries announced he will be retiring from active management of the Tri-State Championships.**

Whoever takes on this challenge will have huge shoes to fill but they both feel confident that the crew that has worked so hard to take this club as far as it has in a relatively short time is up to it. The shooters at this year's Tri-State Championship are anxiously awaiting the next "big one" at EHSA, one of the premier shooting ranges in the east.



**KKM Precision**

**Tungsten Barrels**

*Limited 40 S&W Bull Barrels*

"The finest in competition proven 1911 barrels"

26 Affonso Dr. #101- Carson City, Nv 89706
Ph: 775-246-5444  Fax: 775-246-9182
www.kkmprecision.com  Email: kevin@kkmprecision.com