10/4/21, 12:07 PM                           Dame Michael and Tim Mekosh

                                                                    Chuck    Home

Fuck never mind I thought we had a list saying he owned bestdaytrader

Apr 28, 2020, 1:22 PM

**Chuck Bradley**

Any lie , and history discredits

Apr 28, 2020, 1:08 PM

**Chuck Bradley**

Yes

Apr 28, 2020, 1:07 PM

**Dame Michael**

Foreclosure last year, helping to prove he is hurting for $

Apr 28, 2020, 12:54 PM

**Tim Mekosh**

You can look at all his browsed county public records that's why it's public record

Apr 28, 2020, 12:53 PM

**Dame Michael**

Shows history of lying to cover misdeeds?

Apr 28, 2020, 12:41 PM

**Dame Michael**

Shay lying about not owning a previous company that is registered under his name helpful?

Apr 28, 2020, 12:40 PM

**Dame Michael**

Opinion privilege is a legal thing,

Apr 28, 2020, 12:35 PM

**SCI 001336**

**CONFIDENTIAL**