10/4/21, 12:04 PM	Dame Michael

Chuck   Home

**Chuck Bradley**

And Shay has been proven wrong. He was the laughing stock of shot by anybody who knew anything about this issue. And they are wrong legally. Kkm lawyer has stated that and another attorney told me same thing

Jan 29, 2020, 2:17 PM

**Dame Michael**

Hes saying you are guilty by chain of custody working on the screen shots

Jan 29, 2020, 2:15 PM

**Chuck Bradley**

Oh , that may be coming already. Some are encouraging Kkm to take action. I dint think I have quite enough ammo to sue myself.

Jan 29, 2020, 12:35 PM

**Chuck Bradley**

If he had left me out if it I would have just watched from the sideline

Jan 29, 2020, 12:33 PM

**Dame Michael**

Be funny if the could sue him for casting doubt on them with his pending litigation remarks

Jan 29, 2020, 12:33 PM

**Chuck Bradley**

Then sue Kkm, put up or shut up

Jan 29, 2020, 12:32 PM

**Dame Michael**

12:04 

← Replies   🔍

**SCI 000920**

**CONFIDENTIAL**