**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 0:20-cv-61469-RS**

AKAI CUSTOM GUNS, LLC,
a Florida Limited Liability Company,
and SHAY HOROWITZ, an Individual,

       Plaintiffs,

vs.

KKM PRECISION, INC. a Nevada
Corporation, and SHOOTERS CONNECTION,
INC., a Kentucky Corporation,

      Defendants.

_____/

### DECLARATION OF TAPAN J. SHAH

STATE OF PENNSYLVANIA    )

                           ) ss

COUNTY OF CHESTER        )

I, Tapan J. Shah, declare as follows:

1. I am over the age of 18 and have personal knowledge as to all facts stated herein and would be willing to testify to the same under oath if called upon to do so by this Court.

2. I am a resident of Downingtown, PA, United States of America.

3. I am an employee of Carpenter Technology Corporation (hereinafter "Carpenter"), which is a steel manufacturer.

4. I have been employed with Carpenter for eleven (11) years and my title is Vice President - Electronics. I have a total of over twenty (20) years of experience in the metals industry.

5. I have personally reviewed the documents attached hereto and labeled as "KKM 000036-KKM 000039" and I have personal knowledge of the content of these records.

6. KKM 000036-KKM 000039 are Certificates of Test, which record events of testing. The testing events contained in each Certificate of Test, are recorded at or near the time the testing events were completed.

7. The records of these testing events contained it the Certificates of Test labeled as "KKM 000036-KKM 000039" are regularly kept in the ordinary course of Carpenter's business.

8. The Certificates of Test labeled as "KKM 000036-KKM 000039" were provided from Carpenter to Samuel Son & Co. Arcadia CA and KKM Precision Inc., and are testing compilations we publish which are used and relied upon by steel distributors and customers in the steel industry.

9. KKM 000036-KKM 000038 confirms the sale of Carpenter No. 5 BQ grade 416 steel bars from Carpenter to Samuel Son & Co. Arcadia CA. BQ in the name Carpenter No. 5 BQ grade 416 indicates that this grade 416 is a "bright quench" version.

10. KKM 000036-KKM 000038 does not indicate the sale of 416R steel bars from Carpenter to Samuel Son & Co. Arcadia CA.

11. KKM 000036-KKM 000038 does not indicate the sale of 416 Restricted steel bars from Carpenter to Samuel Son & Co. Arcadia CA.

12. KKM 000039 confirms the sale of Carpenter Project 70+ grade 416 steel bars from Carpenter to KKM Precision Inc.

13. KKM 000039 does not indicate the sale of 416R steel bars from Carpenter to KKM

Precision Inc.

    14. KKM 000039 does not indicate the sale of 416 Restricted steel bars from Carpenter to KKM Precision Inc.

    15. KKM 000039 indicates that the maximum quench hardness of Project 70+ is 39 HRC.

    16. Datasheets from Carpenter regarding Project 70+ grade 416 indicates that Project 70+ is not recommended for vessels containing gases or liquids under high pressures (see **Exhibit A**).

    I declare under penalty of perjury under the laws of the State of Pennsylvania that the foregoing is true and correct.

    Executed this 8th day of August 2022, at Downingtown, Pennsylvania.

_____

Tapan J. Shah