**LAW OFFICES**
**FIATO**
550 W. MERRILL STREET
SUITE 200
BIRMINGHAM, MICHIGAN 48009
TELEPHONE (248) 262-5403
FACSIMILE (248) 559-0870
Admitted in Michigan and Florida

**RICHARD J. FIATO, ESQ**

December 5, 2019

*<u>Sent via Certified Mail</u>*

KKM Precision                                  Kevin McIntire
5201 Convair Drive                             25 Cygnet Dr. #200
Carson City, Nevada 89706                      Carson City, Nevada 89706

**RE:     Defective KKM Precision Barrels – Time Sensitive Demand**

To Whom It May Concern:

    Please be advised that we represent Akai Custom Guns ("Akai") in its claims against KKM Precision ("KKM") arising out of negligence, strict liability for manufacturing defect, breach of express warranty, breach of implied warranties of merchantability and fitness for a particular purpose, and breach of contract, resulting from the manufacture and sale of defective KKM pistol barrels to our client.

    As you know, Akai is in the business of manufacturing custom 1911 and 2011 based pistols. As you also know, Akai purchased approximately 166 KKM barrels manufactured by your company, to be used in the build of these pistols for its various clients. Via its website, KKM claims and warrants that each of its barrels are manufactured to a Rockwell hardness of no less than 42RC.

    Earlier this year, after purchasing and installing the above-referenced KKM barrels into pistols for its customers, our client began receiving complaints indicating there were problems with the pistols Akai built using your company's barrels. Through independent QC metallurgy lab testing, its own testing and testing by leading industry experts, we have learned that approximately 66 percent or approximately 100 of the KKM barrels my client purchased from your company are defective in that the Rockwell hardness rating of these barrels tested under 42RC, with some barrels testing as low as 32RC.

Akai Custom Guns
KKM Precision
December 5, 2019
Page 2

The result is that the defective barrels your company made available for sale to our client are substandard, soft and brittle. These soft barrels are failing to hold specifications and tolerances, and are changing shape and in some cases bending and damaging pistol slides. (*See attached, Exhibit A*). We have examined some of your company's barrels that have failed and crumbled under the pressure of standard 9mm factory ammunition. It is likely only a matter of time before defective KKM barrels result in third party injury.

In order to protect its customers, Akai has initiated a voluntary recall program to replace and repair the pistols damaged by the defective KKM barrels your company manufactured for Akai. The cost off this voluntary recall program has been crippling to our client. Akai has spent almost the entirety of 2019 repairing and replacing pistols for its customers.

As a result, in addition to incurring the entire cost of materials and labor used to repair and replace these pistols, our client has been unable to build new pistols to sell to its customers. Akai has suffered mightily in terms of recall costs, loss revenue, damage to its reputation and substantial loss in future revenue due to the fiasco that resulted from purchasing your company's defective barrels. Akai is losing customers daily as a consequence of your company's negligence as the Akai Brand has been irreparably damaged and all but destroyed resulting in damages to our client in excess of $ :

Akai, pursuant to the Florida Uniform Commercial Code, which covers breach of express and implied warranties, revocation of acceptance and other rights and remedies, and other all other rights and remedies available at law, does hereby revoke acceptance of the defective KKM barrels referenced above, and is prepared to file suit to effect revocation of acceptance, cancellation of the sale of these defective barrels, and secure payment to Akai of all monies it has expended, to place Akai in the position it was in prior to the sale(s) as well as pursue KKM for liability for all foreseeable damages due to the nonconforming barrels and negligence, strict liability for manufacturing defect, breach of express warranty, breach of implied warranties of merchantability and fitness for a particular purpose, and breach of contract, including attorneys' fees incurred with enforcing it rights pursuant to Florida law.

To resolve its claims against your company, Akai does hereby demand payment of $         : in exchange for a full and final release of liability.

Pursuant to Florida Statute 627.4137, we hereby demand that you place your liability insurance carrier on notice of our client's claims against your company and do demand all insurance disclosures including the limits of any insurance policy, a copy of said policy, and any and all defenses your insurer contends it has to coverage for Akai's claims within 30 days of this letter.

Akai Custom Guns
KKM Precision
December 5, 2019
Page 3

     If you and/or your insurance company do not contact me in writing within 30 days of this letter and acknowledge your negligence, strict liability for manufacturing defect, breach of express warranty, breach of implied warranties of merchantability and fitness for a particular purpose, and breach of contract, I will assume that you and your insurance company refuse to acknowledge your strict liability in this matter, Akai's demand will expire, and we will bring an action seeking all remedies available under the law.

     Please be advised that we are asserting an attorney's lien on any and all proceeds in this matter.  All further communications with Akai must be directed through my office.

     Thank you for your attention in this matter.  Please let me hear from you as requested to avoid needless protracted litigation.

Best regards,

Richard J. Fiato, Esq.

cc:    Shay Akai
      Edmund S. Yee, Esq.