

# RETURN & REFUND POLICY

**What can be returned?**
A product can be returned if the product is in the same condition as when purchased.

**Where do items need to be returned to?**
After obtaining a RETURN AUTHORIZATION, the product can be returned to:
KKM Precision
5201 Convair Dr.
Carson City, NV  89706

**Are there shipping charges for returns?**
The customer is responsible for shipping charges for non-warranty returns.

**Will I receive credit for returns?**
Your credit card will be refunded once the item is received and inspected.

# WARRANTY INFORMATION

For over 20 years, we have strived to provide complete customer satisfaction and will always put our customers first. KKM Precision accepts unused and unaltered items in original packaging and condition for a period of 60 days from the ship date for a full refund, credit or exchange. Shipping charges are non-refundable. If a product doesn't perform as you think it should please give us a call to discuss your needs 775.246.5444.