6/29/22, 5:01 PM   Dame Michael

**Dame Michael**    Chuck   Home

Just learned about the trucking stuff last week

Jan 13, 2020 3:31:23pm

**Dame Michael**

What the suits?

Jan 13, 2020 3:30:58pm

**Chuck Bradley**

You seen it already

Jan 13, 2020 3:30:14pm

**Dame Michael**

Or

Jan 13, 2020 3:29:30pm

**Dame Michael**

That's a barrel that was replaced of out of a gun that was running when it was removed

Jan 13, 2020 3:29:16pm

**Dame Michael**

I couldn't find any law suits over the moving companies

Jan 13, 2020 3:28:35pm

**Chuck Bradley**

I didn't ask but it had been torched

Jan 13, 2020 3:28:19pm

**Chuck Bradley**

Luke also said he found the lawsuits that he was involved with. Many. And there us an active investigation with fbi ove day trading scam. They are going to make a public statement to address thus and post the letters
😊Dame Michael

Jan 13, 2020 3:27:51pm

SCI 001735

CONFIDENTIAL