# Brandan Bunker

John Vlieger
Mr Bunker, I really enjoy seeing your custom builds on facebook. Amazing attention to detail. I was curious if you plan on building any 2011 models for use in competition? I'm a USPSA grand master in open division and always on the lookout for quality builders to keep an eye on
24 Jan 2017 12:44:31
Brandan Bunker
I have built some 2011s already, have one on order currently. I do not build many 2011s, the market is saturated with a bunch of guys building them as quickly as possible
24 Jan 2017 13:53:55
Brandan Bunker
so I mainly build 1911s
24 Jan 2017 13:54:11
John Vlieger
Understandable. Was just curious as you have an obvious talent when it comes to the platform. There seems to be a split in the market of 2011s, though. There are a few who have quality but are quantity minded. Then you have the independent builders who focus on unique builds at a slower pace, but with amazing quality. Have you built open pistols before?
24 Jan 2017 13:57:40
Brandan Bunker
Yes i have built a few of them
24 Jan 2017 13:58:30
John Vlieger
Nice. Like I said, I like to keep my eye on builders that have quality for potential future work. I appreciate your time.
24 Jan 2017 13:59:52
Brandan Bunker
24 Jan 2017 14:01:22
Brandan Bunker
24 Jan 2017 14:01:27
Brandan Bunker
That is the most recent 9mm major gun i built
24 Jan 2017 14:01:43
John Vlieger
Very clean.
24 Jan 2017 14:41:50
John Vlieger

Can I get your opinion on something

8 Oct 2017 20:24:36

Brandan Bunker

Sure

8 Oct 2017 20:42:46

John Vlieger

8 Oct 2017 20:45:44

John Vlieger

8 Oct 2017 20:46:03

Brandan Bunker

Barrel was not times right

8 Oct 2017 20:46:43

Brandan Bunker

Timed

8 Oct 2017 20:46:49

Brandan Bunker

Looks like the crash caused the crack

8 Oct 2017 20:47:55

John Vlieger

Any doubt of that? Contributing factors?

8 Oct 2017 20:48:17

Brandan Bunker

I'm pretty confident based on the lugs being rolled over on both barrel and slide

8 Oct 2017 20:48:57

John Vlieger

And if the lugs of the barrel were already rolled when fit to a new slide?

8 Oct 2017 20:49:44

Brandan Bunker

That wouldn't cause the crash

8 Oct 2017 20:50:28

Brandan Bunker

The barrel was unable to lock down far enough to allow proper slide clearance

8 Oct 2017 20:51:19

Brandan Bunker

During the cycle

8 Oct 2017 20:51:33

John Vlieger

Thank you. I appreciate the info

8 Oct 2017 20:52:07

Brandan Bunker

No problem. See this a lot unfortunately

2

8 Oct 2017 20:52:59
John Vlieger
Besides timing issues, would a bad slide or something cause this? Fatigue in am odd location? Because it still failed at the ejection port
13 Oct 2017 18:42:18
John Vlieger
And out of curiosity, the open gun you built. What would the bill be like on one of those?
13 Oct 2017 18:42:45
Brandan Bunker
i know that a lot of the Dasan slides have been failing, even some caspian slides, just cracking under maybe above normal use
13 Oct 2017 18:43:53
Brandan Bunker
but that still shows signs of improper timing
13 Oct 2017 18:44:10
Brandan Bunker
unless the crack caused the crash which rolled the lugs on the slide
13 Oct 2017 18:44:32
Brandan Bunker
open gun with optic and 5 mags will be 7500+
13 Oct 2017 18:46:08
John Vlieger
Minus mags?
13 Oct 2017 18:46:22
John Vlieger
Roughly
13 Oct 2017 18:46:26
John Vlieger
7?
13 Oct 2017 18:46:29
Brandan Bunker
yes
13 Oct 2017 18:46:34
John Vlieger
Hey, Brandan. Love the pics you post showing your process. I work at Shooter's Connection and was wondering if you have considered shopping with us? You would have dealer cost, as an FFL. Didn't know if you used EGW, Wilson, Ed Brown, etc.
12 Jan 2018 10:18:27
Brandan Bunker
Thank you

3

12 Jan 2018 11:21:33
Brandan Bunker
I have bought from you guys before I believe
12 Jan 2018 11:21:41
Brandan Bunker
but have not set up a dealer account
12 Jan 2018 11:22:36
John Vlieger
i looked for your account and couldn't find it. if you set one up i'd be glad to set your account to dealer. email us a copy of your FFL to FFL@shootersconnection.com so we can have it on file and all else will be good to go
12 Jan 2018 12:12:31
Brandan Bunker
12 Jan 2018 12:16:49
John Vlieger
received and filed. just set up an account and I can flag it for you.
12 Jan 2018 12:20:37
Brandan Bunker
sounds good
12 Jan 2018 12:22:54
Brandan Bunker
thank you
12 Jan 2018 12:22:55
John Vlieger
not a problem. your work is a step above and I enjoy seeing how you do it all.
12 Jan 2018 12:24:06
Brandan Bunker
Thank you
12 Jan 2018 12:24:25
Brandan Bunker
I created an account
16 Jan 2018 10:24:42
Brandan Bunker
blbunker@hotmail.com
16 Jan 2018 10:24:46
John Vlieger
I just changed your account to "dealer" so you should see the reflected prices when you're logged in.
16 Jan 2018 10:28:03
John Vlieger
where are you located?

16 Jan 2018 10:28:07
Brandan Bunker
im in Florida
16 Jan 2018 10:28:14
Brandan Bunker
just south of tampa
16 Jan 2018 10:28:17
John Vlieger
UPS Ground is 2 days to almost all of Florida and we are known for shipping same day.
16 Jan 2018 10:29:00
John Vlieger
so, you can save a little bit of money by using UPS ground
16 Jan 2018 10:29:14
Brandan Bunker
16 Jan 2018 10:41:33
John Vlieger
I'm looking at custom parts we could offer to gunsmiths and I notice you tend to blend the ejector into the slide. Is that something you prefer to make yourself, or is it something you would like to see available? I'm looking at getting an oversized in width and height 1911 ejector made for us here at Shooter's Connection and I'd appreciate your input
1 Mar 2018 12:09:25
Brandan Bunker
for most it is best to buy the oversized blanks
1 Mar 2018 13:00:09
Brandan Bunker
the pins on the bottom of a cnc operation and a lot of the smiths do not have CNC machines, so they like the bottom finished out and the top oversized to fit
1 Mar 2018 13:00:36
John Vlieger
Hey there, Brandan. Love seeing the work you do and post. Wanted to drop you a line and let you know we have Nowlin ramped barrels, now. C/P and W/N ramp, bull and bushing, 9mm and 40. If there is anything we can do please let me know.
23 Aug 2018 10:49:47
Brandan Bunker
thanks
23 Aug 2018 10:55:21
Brandan Bunker
have you guys ever bought custom 1911s from builders for sale
24 Aug 2018 9:47:06

John Vlieger
yes. Ed Brown, Guncrafter, and most recently Ck Arms.
24 Aug 2018 9:48:01
John Vlieger
and Wilson Combat, but I would classify them as more "factory custom"
24 Aug 2018 9:48:20
Brandan Bunker
yeah those are semi custom
24 Aug 2018 9:49:34
Brandan Bunker
i have been getting curious about b2b sales
24 Aug 2018 9:50:21
Brandan Bunker
im not a retailer, one man shop, people take up too much time
24 Aug 2018 9:50:35
John Vlieger
That's the niche and service we fill. The main problem with true full custom work is
customers want exactly what they want when they spend that kind of money. Also, we
cater to the competition market. So for example, a bull barrel 1911 single stack would
be great in theory, but doesn't fit in the ruleset of USPSA, IDPA, or 3 gun. Just being
forthright with you. We've had 2 guncrafters sitting here for quite a while.
24 Aug 2018 9:56:51
John Vlieger
what did you have in mind? Double stack 1911s/2011s would be our primary interest.
24 Aug 2018 9:57:12
Brandan Bunker
im gathering information more than anything
24 Aug 2018 9:58:23
Brandan Bunker
what types of builds that I could produce for companies like yours
24 Aug 2018 9:58:48
John Vlieger
short answer is yes, we are interested. but it really depends on the product and pricing.
24 Aug 2018 9:58:56
John Vlieger
Limited guns, Open guns, and Single stacks are the main area I see you fitting our
niche. Staying in the sub $6k range is the hard part. the established names for race
guns like SVI, Akai, and Atlas all operate in the $5-9k range.
24 Aug 2018 10:00:07
Brandan Bunker
24 Aug 2018 10:01:47

John Vlieger
don't take that price range as hard and fast, but as generalities. you do amazing work, but our sport has only so many people willing to drop used car prices on guns
24 Aug 2018 10:03:03
Brandan Bunker
yeah, that sport is definitely less willing to cough up cash, mainly because they spend so much on everything else as well, holsters, jerseys, shoes, bla bla bla
24 Aug 2018 10:03:53
Brandan Bunker
bullseye guy just needs a perfect gun
24 Aug 2018 10:04:05
John Vlieger
it's why we exist. more money to be made in the accessories than the guns as as retailer
24 Aug 2018 10:06:51
Brandan Bunker
makes sense
24 Aug 2018 10:07:08
John Vlieger
26 Oct 2018 8:42:37
John Vlieger
26 Oct 2018 8:42:40
John Vlieger
Shooters connection will have these in stock in the next few months. Made by kkm and in a variety of sizes
26 Oct 2018 8:43:15
Brandan Bunker
Cool
26 Oct 2018 8:43:34
Brandan Bunker
nice to have another sight tracker option
26 Oct 2018 8:43:47
John Vlieger
Exactly.
26 Oct 2018 8:43:55
John Vlieger
SV has had a monopoly for too long
26 Oct 2018 8:44:11
John Vlieger
I'd be happy to send you one to evaluate here soon. I have two first run prototypes with me

26 Oct 2018 8:44:45
Brandan Bunker
I have a 9mm that I was about to order a sight tracker barrel for
26 Oct 2018 8:45:45
John Vlieger
Is your customer on a time line? I'm traveling today but will be back in the office on Monday.
26 Oct 2018 8:47:15
Brandan Bunker
it is a build that I am starting next week, I will have 2 weeks
26 Oct 2018 8:47:49
Brandan Bunker
I can so a lot in reverse order haha
26 Oct 2018 8:48:03
John Vlieger
I have a 9 and 40, in my possession. Kkm made another 9 but it is sitting on their display table at uspsa nationals currently
26 Oct 2018 8:48:51
Brandan Bunker
26 Oct 2018 8:49:04
John Vlieger
And I already have a wait list for eval of the ones I have
26 Oct 2018 8:49:14
John Vlieger
So I'd have to get with kkm first. I'll let you know Monday or Tuesday
26 Oct 2018 8:49:40
Brandan Bunker
perfect, sounds good
26 Oct 2018 8:49:52
Brandan Bunker
Any word on a barrel?
5 Nov 2018 17:36:49
Brandan Bunker
Or no go
5 Nov 2018 17:36:54
John Vlieger
Unfortunately not. They are revising the design and my others have already been used or are out for review
5 Nov 2018 17:40:35
John Vlieger
I apologize for not getting back to you sooner

5 Nov 2018 17:40:43
Brandan Bunker
5 Nov 2018 17:40:54
John Vlieger
Also, we have preliminary pricing on the barrels. Dealer cost is going to be between
$290-330 on barrels. Model dependant. SKUs we will have are going to be 5" plus
threads .355, 4.5" plus threads .355, 5" no-threads .355, 5" no threads .400. 4.25" plus
threads .355 is a possibility as well
7 Nov 2018 9:55:54
John Vlieger
If there are any parts you'd like to see us offer, or something else you need, please feel
free to ask. We will have Tripp Research slides in stock, soon, as well. Billet slides
with reverse plug cut. Unique and classic radius, 40 and 9mm
7 Nov 2018 9:56:46
Brandan Bunker
7 Nov 2018 16:51:25
Brandan Bunker
do you happen to have an completely bald SVI slides
8 Nov 2018 8:39:34
John Vlieger
We don't stock SV parts. They are not picking up any dealers, currently. Possibly in
the next year, but not right now. Only dealer I know of for SV parts is Speed Shooters
in CA, and even then they are out of stock of stuff more often than not.
8 Nov 2018 8:40:39
John Vlieger
We have caspian in stock, and some CK's. Tripp slides incoming soon
8 Nov 2018 8:40:54
Brandan Bunker
I use the tripp slides already they are nice, most of my builds are on them
8 Nov 2018 8:41:17
John Vlieger
good to hear. if you have any other feedback on the Tripp slides, please pass them
along. we are stocking them soon and I already have other customers asking about
feedback on them
8 Nov 2018 8:41:48
Brandan Bunker
in my opinion they are the nicest slides on the marke
8 Nov 2018 8:42:18
Brandan Bunker
market
8 Nov 2018 8:42:22

John Vlieger
Any issues with tunnel cuts, reverse spring plug cuts, or slides cracking?
8 Nov 2018 8:46:26
Brandan Bunker
they are around 38rc so not overly hard, which is not necessarily a bad thing, every cut is done with a slight radius in the corner, the barrel tunnel is very true and consistent. The measurement from the bottom of the slide rails to the top of the barrel tunnel at the first radial lug is .847 to .8475 consistently so they are a middle of the road slide that works with both .225 and .230 frame types
8 Nov 2018 8:49:58
Brandan Bunker
width is .925-.926
8 Nov 2018 8:50:42
Brandan Bunker
the top radius is completely machined so it is true and accurate front to back
8 Nov 2018 8:51:00
Brandan Bunker
top radius is also thicker than caspian so you can flat top and cut a front sight dovetail and still have some meat under the dovetail
8 Nov 2018 8:51:33
Brandan Bunker
extractor passages are all .208 on the money
8 Nov 2018 8:54:08
Brandan Bunker
first time I have seen good consistency in slides since i started this business
8 Nov 2018 8:54:54
Brandan Bunker
what do you sell them for?
8 Nov 2018 8:57:39
Brandan Bunker
i get them through JEM now
8 Nov 2018 8:57:47
John Vlieger
Retail will be around $250, don't know what dealer would be.
8 Nov 2018 9:06:16
John Vlieger
and thank you very much for the input. would you mind if I quoted you for the product description?
8 Nov 2018 9:06:39
Brandan Bunker
yeah no problem

8 Nov 2018 9:08:42
John Vlieger
Great seeing your work, sir. Wanted to reach out and let you know we are still on track for those hybrid barrels to come in around new year. Also, we stock Tripp slides now. Dealer price is $242. We have 40 cal and 9mm unique/no radius in stock, as well as come classic radius.
13 Dec 2018 13:55:46
Brandan Bunker
thanks
13 Dec 2018 14:02:32
Brandan Bunker
appreciate it
13 Dec 2018 14:02:36
John Vlieger
pre-order for those hybrid barrels is live, sir. we are expecting them in the next few weeks, shipping before the end of the month
2 Jan 2019 16:19:10
Brandan Bunker
do you have any KKM 45 5" non ramped barrels in stock
7 Jan 2019 18:39:08
John Vlieger
Not much demand for those. We might have Kart in stock but almost definitely not KKM. Lemme check
7 Jan 2019 18:40:48
Brandan Bunker
7 Jan 2019 18:47:03
John Vlieger
No, sir we do not.
7 Jan 2019 18:50:42
Brandan Bunker
Thanks for checking
7 Jan 2019 18:51:33
John Vlieger
26 Jan 2019 13:39:48
John Vlieger
Got them in.
26 Jan 2019 13:40:01
Brandan Bunker
cool
26 Jan 2019 13:56:48
Brandan Bunker

finally an SVI alternative
26 Jan 2019 13:56:55
Brandan Bunker
the whole schuemann things is a damn shame, those were nice barrels
26 Jan 2019 13:57:11
Brandan Bunker
i like KKM, those guys will do exactly what you want them to as far as dimensions go
26 Jan 2019 13:57:38
John Vlieger
Yes, sir. Been a pleasure working with them to get these to market
26 Jan 2019 13:59:06
Brandan Bunker
kart will not do t hat
26 Jan 2019 13:59:21
Brandan Bunker
haha
26 Jan 2019 13:59:24
Brandan Bunker
and the rest just dont build as nice of a barrel as far as im concerned
26 Jan 2019 13:59:39
John Vlieger
We've been trying to get kart to make bulls for a while now
26 Jan 2019 13:59:39
Brandan Bunker
their equipment is not as good as KKM, those DMG Mori machines are amazingly accurate
26 Jan 2019 14:00:09
John Vlieger
I've heard that. I'm still learning about machining and such every day. If you have special requests for the next order I'd love to hear them. Trying to expand the line with gunsmith input
26 Jan 2019 22:03:16
John Vlieger
You happen to k ow major and minor thread specs for 11/16 x 40 thread off the top of your head?
2 Feb 2019 11:44:39
Brandan Bunker
.6875 major. Forgot minor. Likely 21/32 ish
2 Feb 2019 11:48:16
John Vlieger
2 Feb 2019 11:49:28

John Vlieger
Thank you, sir
2 Feb 2019 11:49:33
Brandan Bunker
2 Feb 2019 11:51:46
John Vlieger
Mr. Bunker, would you be interested in doing a slide and barrel eval for us here at Shooters Connection? We have a sample slide and barrel from an OEM manufacturer and we would like your professional opinion on the quality and dimensions of the parts before we move forward. Your attention to detail is extremely impressive, and we would value your input. If you're tied up, I understand.
29 May 2019 8:56:10
Brandan Bunker
Sure
29 May 2019 8:57:03
John Vlieger
wonderful. the 1108 24th ave address still good?
29 May 2019 8:58:00
Brandan Bunker
Yea
29 May 2019 8:58:12
Brandan Bunker
Unit 114
29 May 2019 8:58:15
John Vlieger
I'll have it out the door UPS 2nd day air today, sir. If you have need of other parts I can save you the shipping if you order it, as well
29 May 2019 8:58:34
Brandan Bunker
Do you have a commander length 10mm barrel KKM?
29 May 2019 9:11:00
Brandan Bunker
standard profile
29 May 2019 9:11:30
Brandan Bunker
or 9mm commander standard profile
29 May 2019 9:11:57
John Vlieger
unfortunately not in 10mm. don't even have one in 40. we don't get many requests for that on the race gun side.
29 May 2019 9:12:19

John Vlieger
we do have the 9mm though
29 May 2019 9:12:23
John Vlieger
https://www.shootersconnectionstore.com/KKM-355-Caliber-Bushing-Barrel-Commander-P5252.aspx
29 May 2019 9:12:24
Brandan Bunker
which ramp is it
29 May 2019 9:14:06
John Vlieger
C/P
29 May 2019 9:16:28
Brandan Bunker
cool, i can use it
29 May 2019 9:17:01
John Vlieger
great. if you place the order I can zero out of the shipping before we process it
29 May 2019 9:27:44
John Vlieger
or i can place hte order and you can log in and pay it. we dont store payment information on our end
29 May 2019 9:28:01
Brandan Bunker
actually wait, i cannot use that barrel for this build i am doing, it is a rebuild, it is a shit para frame where the VIS is cut back too far. So i would need a kart barrel
29 May 2019 9:32:09
John Vlieger
we don't carry any commander barrels from Kart, unfortunately
29 May 2019 9:34:40
Brandan Bunker
i will get a kart barrel from you guys, looks like you have 5" i can make that work
29 May 2019 9:34:45
Brandan Bunker
i am going to put a cone on it anyways
29 May 2019 9:34:55
John Vlieger
ah.
29 May 2019 9:35:05
Brandan Bunker
i will just reprofile the lower lugs

29 May 2019 9:35:18
Brandan Bunker
order placed
29 May 2019 9:36:05
John Vlieger
shipping zeroed. is fedex for reliable in your area, or UPS
29 May 2019 9:37:13
Brandan Bunker
Yeah they are fine
29 May 2019 9:42:56
John Vlieger
more* reliable. sorry. UPS it is, then. we have a better arrangement with t hem
29 May 2019 9:43:13
Brandan Bunker
Ups is my go to
29 May 2019 9:43:42
Brandan Bunker
bob servas stuff is junk
31 May 2019 13:41:11
Brandan Bunker
good pricing, but your customers are going to complain about it
31 May 2019 13:41:46
John Vlieger
not Bob Servas. but I think I just found out who makes fusions stuff
31 May 2019 13:53:18
Brandan Bunker
lol well that is what bob sells as his
31 May 2019 13:53:44
John Vlieger
how can you tell?
31 May 2019 13:54:03
Brandan Bunker
i have explored every part in this business. I have logged every dimension, hardness and strange issues with each
31 May 2019 13:54:35
Brandan Bunker
these are what fusion sells as their billet slides
31 May 2019 13:55:49
Brandan Bunker
and ultimatch barrels
31 May 2019 13:55:54

Brandan Bunker

dead give away on the slide was the scratches in the slide rails, the 26RC hardness, and the 0.002" over spec on critical dimensions, the small cut out on the slide stop notch, the 0.030" too shallow barrel abutment, and the 0.030" step over on the front part of the upper radial lugs.

31 May 2019 13:58:16

Brandan Bunker

the dead give away on the barrel is that the first radial lug is 0.292" from the bore, so this is a GI spec, which requires 0.010-0.012" higher vertical axis for 100% engagement, then causes firing pin misalignment

31 May 2019 14:04:24

Brandan Bunker

so aside from the barrel abutment being to shallow, and not allowing the barrel to fit the slide anyways, the barrel had to go too far up into the slide to make contact with the radial lug

31 May 2019 14:05:52

Brandan Bunker

they are just a mess all around

31 May 2019 14:05:57

Brandan Bunker

id rather deal with dasan parts

31 May 2019 14:06:15

Brandan Bunker

lol

31 May 2019 14:06:19

John Vlieger

thank you for your quick turn around on this, Mr Bunker. I really appreciate it. This OEM manufacturer operates under black label distribution almost exclusively. Makes sense that Serva would be using him. We sell a little but of Fusion, but it's limited to triggers and sear springs right now.

31 May 2019 14:28:41

Brandan Bunker

31 May 2019 14:36:38

Brandan Bunker

do you have any of those 80 series spacer plates?

7 Jun 2019 18:41:54

John Vlieger

Not currently. We are working on it. The guy who makes them is hard to work with

7 Jun 2019 19:01:44

Brandan Bunker

TJ

7 Jun 2019 19:01:57
Brandan Bunker
lol
7 Jun 2019 19:01:58
John Vlieger
Yep
7 Jun 2019 19:02:02
Brandan Bunker
i think i saw a solid model, i will likely just make one
7 Jun 2019 19:02:13
John Vlieger
If you do, and your prices are reasonable, we would probably take somr
7 Jun 2019 19:02:38
John Vlieger
Wilson combat wanted like $10-15.piece for them, dealer
7 Jun 2019 19:03:13
Brandan Bunker
yeah likely machined vs stamped or machined vs CNC waterjet/plasma
7 Jun 2019 19:04:51
Brandan Bunker
ill take a look at it and let you know
7 Jun 2019 19:05:13
Brandan Bunker
if i can get away with super glue fixture it would work out great
7 Jun 2019 19:05:42
John Vlieger
Thanks again for the eval of those parts. Is USPS or UPS easier for you? was going to send a label your way to get those parts back.
17 Jun 2019 14:21:18
John Vlieger
also, we have more KKM ribbed barrels coming in end of the month/early July. Didn't know if you had any projects needing one any time soon.
17 Jun 2019 14:21:52
Brandan Bunker
USPS is easier
17 Jun 2019 14:22:50
Brandan Bunker
I ended up not even needing that kart barrel I ordered from you, forgot that I had a commander barrel already go figure
17 Jun 2019 14:23:22
John Vlieger

if its still sealed we can take it back for gift cert for whole value
17 Jun 2019 14:24:26
Brandan Bunker
nah i took it out of the bag
17 Jun 2019 14:26:06
Brandan Bunker
ill just see if another smith wants it
17 Jun 2019 14:26:49
John Vlieger
Hey, Brandan. I'm working on getting slides made to our spec and was wondering if
you had CAD or prints of a proper slide specification?
5 Jul 2019 8:11:34
John Vlieger
This would be a made in the US slide and we would have to order quite a few to get
pricing low enough to make it worth our time. Getting your input on the critical
dimensions would be much appreciated. If you wanted to talk more about it, I'd be
glad to speak with you about it over the phone. Slides are in a weird spot right now.
Tripp is no longer selling them, and the others we've looked at are not in the right
realm of pricing/quality.
8 Jul 2019 11:47:08
John Vlieger
Would there be a good time to call you and talk about this?
10 Jul 2019 14:41:58
Brandan Bunker
I have honestly lost interest in doing this kind of thing. Too much time spent with
absolutely zero benefit to me what so ever. My time is worth more to me than that.
10 Jul 2019 16:08:51
John Vlieger
and we would be willing to compensate you for your time.
10 Jul 2019 16:10:10
Brandan Bunker
Contact Chuck Warner, he has been doing a bunch of consulting lately. He has some
good prints.
12 Jul 2019 19:14:08
John Vlieger
I will do so. Thank you for the information, Brandan. We are trying to approach this
from the best angle. Gunsmiths like yourself need to like the product and be involved
if we want to earn your business
12 Jul 2019 19:15:18
Brandan Bunker
He is on facebook and around

12 Jul 2019 19:16:50
John Vlieger
I had a great chat with Mr Warner. A question for you after it, though. The colt national match slide spec. Is that comparable to the STI spec or the Tripp spec?
16 Jul 2019 19:52:36
Brandan Bunker
STI has their own thing going on, the tripp spec was closer to a national match spec
16 Jul 2019 19:53:20
Brandan Bunker
except it was in between a .850 and 0.845 slide
16 Jul 2019 19:53:46
John Vlieger
Would you say that most smiths would be happy with a NM spec?
16 Jul 2019 19:53:54
Brandan Bunker
yes
16 Jul 2019 19:54:41
Brandan Bunker
i would have to revisit the spec to confirm but the NM spec was designed to work with a .302 barrel
16 Jul 2019 19:55:18
Brandan Bunker
which is the standard for match grade these days
16 Jul 2019 19:55:28
Brandan Bunker
one thing that i will note though is that these days there are 2 different frames and 2 different slides, 0.230 frame and a 0.845 slides, which is original spec, and a .225 frame with a .850 slide, for the longest time a lot of race guns out there were .225 frames. the problem occurs when you use a .845 slide on a .225 frame or when you use a .850 slide on a .230 frame, exacerbates total vertical tolerance stack big time
17 Jul 2019 12:04:35
John Vlieger
thank you for that information. I'll definitely take it into account.
18 Jul 2019 8:25:03
John Vlieger
on a side note, we have those series 80 shims coming in today
18 Jul 2019 8:25:15
Brandan Bunker
18 Jul 2019 8:25:25
John Vlieger

I would like to inquire about purchasing some of your radial bore bushings for sale here at Shooters Connection. Do you have dealer pricing set up for that part?
19 Jul 2019 8:30:00
Brandan Bunker
I have dealer pricing
19 Jul 2019 11:28:22
Brandan Bunker
retail - 20%
19 Jul 2019 11:29:36
John Vlieger
ah, i see you're selling them on Harrisons website. we are a Harrison dealer. Should I order them through him?
19 Jul 2019 11:30:49
Brandan Bunker
too many middle men then
19 Jul 2019 11:33:47
Brandan Bunker
haha
19 Jul 2019 11:33:55
John Vlieger
gotcha.
19 Jul 2019 11:33:59
John Vlieger
didn't know if you were making them yourself or harrison was, and what not.
19 Jul 2019 11:34:12
Brandan Bunker
i make them, John sells them since he did not have any of his own
19 Jul 2019 11:34:35
John Vlieger
I'd like to order 5 of them to start. recommended diameter that you sell the most of?
19 Jul 2019 11:34:48
Brandan Bunker
I sell mostly .580s, they fit KKM barrels perfectly, .579s fit Kart barrels
19 Jul 2019 11:36:06
John Vlieger
I'll take 5 of the .580 diameter then. how would you like to be paid?
19 Jul 2019 11:37:04
Brandan Bunker
I can take a credit card by phone, paypal, zelle, check.
19 Jul 2019 11:38:42
John Vlieger

and would there be a price break for higher quantities down the road?
19 Jul 2019 11:38:53
John Vlieger
credit card works easiest for us, or we can send a check if you're ok with Net 30
19 Jul 2019 11:39:09
Brandan Bunker
941-545-0820
19 Jul 2019 11:39:32
Brandan Bunker
$7.90 for shipping
19 Jul 2019 11:51:47
John Vlieger
19 Jul 2019 11:57:12
John Vlieger
who's slides are you currently using?
25 Jul 2019 14:26:06
Brandan Bunker
I used JEM slides until i ran out, had to buy a couple of nighthawk slides
25 Jul 2019 14:26:57
Brandan Bunker
im going to get a sample of Eds new slides soon to check out
25 Jul 2019 14:28:40
Brandan Bunker
problem is these guys never manufacture them in-house, so the supply is always dictated by their cash flow
25 Jul 2019 14:29:07
John Vlieger
We talked to Ed here recently, well, Chuck did anyhow, and I can't remember the specifics of that one. But, I think I know who makes Nighthawks slides. What do you think of them?
25 Jul 2019 14:31:40
Brandan Bunker
they seem like dasan slides but the dimensions are different. I know they had a local machine shop making stuff as well so I am not certain on that, they are decent, wouldnt be my first choice but in a pinch
25 Jul 2019 14:32:55
John Vlieger
you ever heard of Remsport?
25 Jul 2019 14:41:44
Brandan Bunker
yeah

25 Jul 2019 14:42:02
Brandan Bunker
remsport buys from dasan, or at least they have for years
25 Jul 2019 14:42:48
John Vlieger
I have a sample slide from them with Shay at Akai Customs and it does not match
Dasan specs. another smith looked at it and it checked out. Only thing noticeable is
that the round top is slightly different from STI spec
25 Jul 2019 14:44:02
John Vlieger
from what I gathered talking with them and my own research they are making them in
house
25 Jul 2019 14:44:26
Brandan Bunker
slightly different dimensions but the tool paths, hardness, were exactly the same, i
know that remsport supplies dan wesson with many parts.
25 Jul 2019 14:49:06
Brandan Bunker
dasan supplied everyone at some point it seems
25 Jul 2019 14:49:34
John Vlieger
yeah, theyv'e made their mark for sure. and yeah, I thought Remsport was making
nighthawks slides, as well. we've been talking to them for a while now.
25 Jul 2019 14:57:46
John Vlieger
on the phone with Nighthawk right now, actually.
25 Jul 2019 15:10:27
Brandan Bunker
the nighthawk ones look just like remsport, and they have a relationship. they are a
pretty good slide
25 Jul 2019 15:10:56
John Vlieger
Nighthawk says all their slides are made at a local machine shop, like you said.
25 Jul 2019 15:15:33
John Vlieger
I'll let you know how it goes.
25 Jul 2019 15:15:43
Brandan Bunker
25 Jul 2019 15:15:45
John Vlieger

in the mean time, I can send that Remsport slide to you if you want. I know you don't like doing consultation work, but it doesn't hurt me none. it's been flat topped ,but thats it. I've had two smiths look at it and it checks out initially, except for the odd round top dimensions

25 Jul 2019 15:16:37
Brandan Bunker
25 Jul 2019 15:17:06
John Vlieger
I'll get it your way in the next few business days.
25 Jul 2019 15:33:55
John Vlieger
the slide you threw in the trash. what make?
23 Aug 2019 10:19:19
Brandan Bunker
That was one from Mark. He dissolved his business though so I will just practice 3d cuts on it
23 Aug 2019 10:24:18
John Vlieger
Mark?
23 Aug 2019 10:24:33
John Vlieger
the one that was making Tripp and JEM slides?
23 Aug 2019 10:24:42
Brandan Bunker
he wasnt making them, but I had a thought that he may be behind the new ones.
23 Aug 2019 10:26:56
Brandan Bunker
but you never get a straight answer out of those guys
23 Aug 2019 10:27:07
John Vlieger
We have two JEM slides on order. If they pass muster my Smith will be building two guns on them. You received yours yet?
9 Sep 2019 18:51:45
Brandan Bunker
Not yet still waiting
9 Sep 2019 18:53:14
John Vlieger
Have you received your JEM slides yet?
21 Oct 2019 20:33:08
Brandan Bunker
I recieved one straight from the guy who manufacturer

21 Oct 2019 20:42:12
John Vlieger
I received two from Ed. Breeches were not pretty.
21 Oct 2019 20:43:28
Brandan Bunker
Terrible.
21 Oct 2019 20:43:43
John Vlieger
He polished them up quickly. My Smith, Pat Rafferty, has them now
21 Oct 2019 20:43:45
John Vlieger
21 Oct 2019 20:44:16
John Vlieger
This is the before
21 Oct 2019 20:44:28
Brandan Bunker
The vertical tolerance was off and the ways were larger on the back half than the front half
21 Oct 2019 20:44:52
John Vlieger
Damn it all. Those were going to be on my new open guns.
21 Oct 2019 20:45:15
John Vlieger
So, ways being larger on the back, it would be tighter at recoil than lock up, or loose at the rear in lock up
21 Oct 2019 20:45:59
Brandan Bunker
Gets tighter as the slide goes back
21 Oct 2019 20:46:41
John Vlieger
Yeah. Usually you want the opposite
21 Oct 2019 20:46:52
Brandan Bunker
Correct
21 Oct 2019 20:46:58
John Vlieger
When did you get them? The ones I have were supposedly from the first batch and Ed had some small changes made
21 Oct 2019 20:47:18
Brandan Bunker
I got one straight from the manufacturer last week

21 Oct 2019 20:47:49

Brandan Bunker

Not through Ed

21 Oct 2019 20:48:09

John Vlieger

Oh, wonderful. Is the manufacturer making changes? Or is this not something that you'd feel confident trying again

21 Oct 2019 20:48:30

Brandan Bunker

I went down the list of things and one of them was being. .848-.850 vertical tolerance with 0.117 rails and he showed me one with 0.845 the following morning

21 Oct 2019 20:50:19

Brandan Bunker

Which is fine for a colt frame. Just going to be tight for the rest of the 0.225 frames like Jem frames

21 Oct 2019 20:51:06

Brandan Bunker

I didn't hear from him after that... mark said he was going to get another slide out and that he wanted that one back to sell it

21 Oct 2019 20:51:51

John Vlieger

To someone not as demanding? Ha

21 Oct 2019 20:52:16

Brandan Bunker

That would require a 5+ link

21 Oct 2019 20:53:54

Brandan Bunker

Youd think someone trying to tap into the market as THE guy... would just scrap that.

21 Oct 2019 20:54:30

Brandan Bunker

But that's Mark in his ear Mark sold me some out of spec slides

21 Oct 2019 20:54:49

Brandan Bunker

Knowingly

21 Oct 2019 20:55:00

John Vlieger

Mark... Who?

21 Oct 2019 20:55:01

Brandan Bunker

McCoy

21 Oct 2019 20:55:05

Brandan Bunker
Carlina arms group Mark
21 Oct 2019 20:55:19
John Vlieger
The one going out of business?
21 Oct 2019 20:55:31
Brandan Bunker
He went out of business
21 Oct 2019 20:55:43
John Vlieger
Wait... This manufacturer. Is the same guy that made CAG slides?
21 Oct 2019 20:55:51
Brandan Bunker
No. Different guy. But Mark is working with him.
21 Oct 2019 20:56:18
Brandan Bunker
The guy is a talented machinist but I think he is listening to the wrong people
21 Oct 2019 21:11:41
John Vlieger
my smith measured and the rails are tighter in front on both of the slides we received.
22 Oct 2019 13:16:41
Brandan Bunker
yeah figures
22 Oct 2019 13:21:38
Brandan Bunker
there is a reason for that
22 Oct 2019 13:21:48
Brandan Bunker
just a process thing more than anything, this is why the larger manufacturers relieve them there because they dont want to do the math for thermal dynamics on cutting processes
22 Oct 2019 13:22:31
Brandan Bunker
it is pretty predictable but not a perfect science due to variables
22 Oct 2019 13:23:15
John Vlieger
Chuck Warner is next on the list to evaluate, it appears
22 Oct 2019 15:18:29
Brandan Bunker
22 Oct 2019 15:31:26
John Vlieger

quick question for you about hardness in barrels. at what point, rockwell hardness, would you say a 416 steel barrel is unueseable/you would expect issues?
23 Oct 2019 11:37:54
Brandan Bunker
37-43.5 is spec
23 Oct 2019 11:44:12
John Vlieger
thanks. do you hardness test the barrels you receive?
23 Oct 2019 11:45:32
Brandan Bunker
yes
23 Oct 2019 11:48:46
Brandan Bunker
ive already hear the rumors about the KKM barrels, the guy doing the test obviously does not know how to use a hardness tester. just my opinion.
23 Oct 2019 11:49:17
John Vlieger
interesting
23 Oct 2019 11:49:33
Brandan Bunker
to be honest, he doesnt know how to fit a barrel either
23 Oct 2019 11:49:42
Brandan Bunker
professional opinion
23 Oct 2019 11:49:49
John Vlieger
i'm gonna go ahead and keep that to myself
23 Oct 2019 11:49:54
Brandan Bunker
haha you do what you need to do for your business, not going to sugar coat it haha
23 Oct 2019 11:50:31
John Vlieger
if a barrel was soft, say between 32-37 rc, what signs would you see on the barrel?
23 Oct 2019 11:52:50
John Vlieger
lugs rounding? hood compacting?
23 Oct 2019 11:53:08
Brandan Bunker
i would say the first signs would be bulging in the chamber
23 Oct 2019 11:53:21
Brandan Bunker

lugs rounding and hood compacting CAN be a sign of course, but that can also be found in improperly timed barrels so there is discrepancy there

23 Oct 2019 11:54:22

Brandan Bunker

so variables can be tricky

23 Oct 2019 11:54:36

John Vlieger

thank you for the information. I'll keep that in mind

23 Oct 2019 11:55:00

Brandan Bunker

if it was your smith, that is not who I am talking about.

23 Oct 2019 11:57:22

Brandan Bunker

just to be clear

23 Oct 2019 11:57:29

John Vlieger

23 Oct 2019 11:57:44

Brandan Bunker

you cannot measure hardness of a barrel like that accurately, you have to have something exact size in the chamber that is harder than the steel, a chamber plug so to speak

23 Oct 2019 11:58:53

Brandan Bunker

and of course whatever is underneath the barrel has to be harder than the barrel as well

23 Oct 2019 11:59:11

Brandan Bunker

the tester measures axial compression, so a hollow tube , especially in the thinner area, will compress dynamically

23 Oct 2019 11:59:48

Brandan Bunker

just a quick tip

23 Oct 2019 12:00:02

Brandan Bunker

I had to learn that the hard way

23 Oct 2019 12:02:40

Brandan Bunker

Hope that makes sense

23 Oct 2019 12:50:17

John Vlieger

It does. And thank you. Had a good chat with Luke at KKM right after, actually. And that came up, how you need training to operate the tester

23 Oct 2019 12:50:58

Brandan Bunker

23 Oct 2019 12:55:17

Brandan Bunker

Brandan sent an attachment.

23 Oct 2019 14:38:05

Brandan Bunker

Looks like he pulled the trigger anyways.

23 Oct 2019 14:38:26

Brandan Bunker

Lawsuits can be expensive

23 Oct 2019 14:38:43

Brandan Bunker

Dang

23 Oct 2019 14:38:46

John Vlieger

That's the reason I was talking to you about it. Yup

23 Oct 2019 14:40:20

John Vlieger

Shit show

23 Oct 2019 14:40:22

Brandan Bunker

definitely, I am glad i am a fly on the wall

23 Oct 2019 14:42:21

John Vlieger

"KKM tested the barrels and they say theyâ™re fine. They got 42 Rc with chamber plug and testing the lugs"

25 Oct 2019 15:25:06

John Vlieger

thats in regards to two barrels that tested in the low 30s by a smith I know

25 Oct 2019 15:25:24

Brandan Bunker

i tested 8 of them today, all 44

25 Oct 2019 15:25:35

John Vlieger

he sent those barrels in to be looked at by KKM, because hes not a shit stirrer on facebook

25 Oct 2019 15:25:36

John Vlieger

color me surpised

25 Oct 2019 15:25:54

Brandan Bunker

yeah i really cannot believe Shay did that

25 Oct 2019 15:28:27

Brandan Bunker

Well. I CAN. But still

25 Oct 2019 15:38:22

John Vlieger

25 Oct 2019 22:30:17

John Vlieger

And immediately after

25 Oct 2019 22:34:38

John Vlieger

25 Oct 2019 22:34:40

Brandan Bunker

25 Oct 2019 23:18:29

Brandan Bunker

Seems about right

26 Oct 2019 8:50:16

Brandan Bunker

Here people think he is a class act for responding in such a great way... but...

26 Oct 2019 8:50:56

John Vlieger

If you wanted to, you could offer to test the hardness of some of those barrels

26 Oct 2019 10:49:28

John Vlieger

As an independent party

26 Oct 2019 10:49:42

Brandan Bunker

i have a few builders already sending me barrels

26 Oct 2019 10:50:03

John Vlieger

I Mean shays barrels, specifically

26 Oct 2019 10:51:38

Brandan Bunker

oh haha,

26 Oct 2019 10:52:52

Brandan Bunker

shay wont want me to test his barrels

26 Oct 2019 10:55:43

John Vlieger

Because of you, or because of him

26 Oct 2019 10:56:57
John Vlieger
Or because of the likely result
26 Oct 2019 10:57:06
Brandan Bunker
that guy trolled me for like a year straight until i took him off my friends list so he didnt see what i was posting anymore
26 Oct 2019 10:58:04
Brandan Bunker
so just an assumption
26 Oct 2019 10:58:13
Brandan Bunker
if he wanted to send me a barrel to test id do it just like I would for anyone else..
26 Oct 2019 11:22:49
Brandan Bunker
26 Oct 2019 12:14:37
John Vlieger
26 Oct 2019 13:10:37
John Vlieger
This.... This doesn't make sense
26 Oct 2019 13:10:44
Brandan Bunker
no it doesnt
26 Oct 2019 13:11:40
John Vlieger
That last line. I... Don't know how to process that statement
26 Oct 2019 13:12:33
Brandan Bunker
all manufacturers will want to inspect their own products in a warranty claim, because if there is an issue, they will need to address it with their raw material provider or heat treat company. The last sentence is a head spinner
26 Oct 2019 13:14:30
Brandan Bunker
26 Oct 2019 13:14:47
John Vlieger
You don't say?
26 Oct 2019 13:15:12
Brandan Bunker
Dang you have a nice garage.
27 Oct 2019 20:49:54
John Vlieger

The running joke is that the wife bought the house, and I bought the garage. Need a buffing wheel, more electric ran, an air compressor installed and lines ran, and that's about it. It's a 30x60 on a concrete pad. With an engine hoist. On 18 acres. I love it
27 Oct 2019 21:02:52
Brandan Bunker
Thats awesome
27 Oct 2019 21:03:17
John Vlieger
The previous owner was a mechanic
27 Oct 2019 21:03:27
Brandan Bunker
I'm in Florida and it is very hard or very expensive to come by property
27 Oct 2019 21:03:58
John Vlieger
I paid $260k for the whole thing. I over paid a little I think.
27 Oct 2019 21:04:51
John Vlieger
I'm on city water, but septic.
27 Oct 2019 21:04:59
Brandan Bunker
I think 18acres alone would cost that here
27 Oct 2019 21:05:45
Brandan Bunker
Without the house and garage
27 Oct 2019 21:05:58
John Vlieger
I'm northwest of Lexington KY. Land is pretty cheap
27 Oct 2019 21:15:29
John Vlieger
Thanks for the kind words, man. I appreciate it. And it helps me appreciate what I have
27 Oct 2019 21:15:44
Brandan Bunker
Definitely nice.
27 Oct 2019 21:16:59
John Vlieger
key difference, you used a chamber insert. and, it looks like you actually calibrated your machine, too. imagine that
29 Oct 2019 12:31:35
John Vlieger
29 Oct 2019 12:31:37

Brandan Bunker
yeah, makes a difference
29 Oct 2019 12:33:14
Brandan Bunker
i also used the v block that came with the machine
29 Oct 2019 12:33:20
John Vlieger
you could make note of that in your post. talk about how when testing a cylinder you need to shore up the bore and test with appropiate fixturing.
29 Oct 2019 12:43:13
Brandan Bunker
I added the instructions
29 Oct 2019 16:08:10
Brandan Bunker
Lmao
29 Oct 2019 16:08:12
John Vlieger
nice.
29 Oct 2019 16:10:16
Brandan Bunker
so did the whole kkm barrel thing just disappear ?
7 Nov 2019 17:08:14
Brandan Bunker
i havent heard a peep more about it this week
7 Nov 2019 17:08:28
John Vlieger
No idea. I've been busy, myself
7 Nov 2019 17:09:29
Brandan Bunker
i have too
7 Nov 2019 17:10:30
John Vlieger
7 Nov 2019 22:04:29
Brandan Bunker
7 Nov 2019 22:05:07
John Vlieger
12 Nov 2019 22:37:23
Brandan Bunker
12 Nov 2019 22:37:43
Brandan Bunker
so shay suing you now?

10 Dec 2019 9:14:42
John Vlieger
Sent a demand letter yesterday
10 Dec 2019 9:21:20
John Vlieger
Who'd you hear it from?
10 Dec 2019 9:21:26
Brandan Bunker
it was on 2011 universe last night for a brief moment
10 Dec 2019 9:21:45
Brandan Bunker
no court is going to hold you liable as a retailer, especially when there still is not sufficient or any real evidence of defective parts. what a shit show
10 Dec 2019 9:23:06
Brandan Bunker
not like your name is on them or you knowingly sold defects
10 Dec 2019 9:23:55
John Vlieger
I think it's a hail Mary pass from him.
10 Dec 2019 9:25:42
John Vlieger
Also, he has yet to send a single barrel to KKM
10 Dec 2019 9:25:52
Brandan Bunker
yeah, he must have himself pinned in a corner
10 Dec 2019 9:26:51
John Vlieger
12 Dec 2019 12:37:07
John Vlieger
who's slide?
12 Dec 2019 12:37:11
Brandan Bunker
this is a remsport slide
12 Dec 2019 12:38:02
John Vlieger
needed a lot of work?
12 Dec 2019 12:38:09
Brandan Bunker
not too bad
12 Dec 2019 12:38:26
Brandan Bunker

just the steppover
12 Dec 2019 12:38:40
John Vlieger
might hit them back up, then. gotta go back through my notes
12 Dec 2019 12:38:59
John Vlieger
you hear anything else about this Shay/KKM bs?
12 Dec 2019 12:39:09
Brandan Bunker
not yet
12 Dec 2019 12:39:16
John Vlieger
hear that his lawyer sent some letters out?
12 Dec 2019 12:43:17
Brandan Bunker
yes i did hear that
12 Dec 2019 12:46:29
John Vlieger
k. wanted to make sure you're informed of the lengths he has gone to. and he has still not sent a barrel to KKM
12 Dec 2019 12:48:18
Brandan Bunker
it is nuts man
12 Dec 2019 12:52:16
Brandan Bunker
that guy is unhinged
12 Dec 2019 12:52:24
John Vlieger
do you order the majority of your KKM barrels direct from them, or from distributors?
18 Dec 2019 12:49:05
Brandan Bunker
Direct usually. Unless i need something fast
18 Dec 2019 12:52:15
John Vlieger
thats what i figured. i had a good chat with Luke at KKM today
18 Dec 2019 12:53:07
John Vlieger
if you order direct from their website, you usually get the standard grade 416R steel. we have been getting the 416R BQ5 grade steel, which is specced lower hardness
18 Dec 2019 12:53:36

John Vlieger
in the 38-40 range
18 Dec 2019 12:53:46
Brandan Bunker
Interesting.
18 Dec 2019 12:54:21
Brandan Bunker
Still within ordnance spec
18 Dec 2019 12:54:31
John Vlieger
correct. however, it muddies the waters
18 Dec 2019 12:55:02
John Vlieger
and Shay never ordered direct
18 Dec 2019 12:55:08
John Vlieger
however, this has been their standard practice for years
18 Dec 2019 12:55:15
John Vlieger
i'm tempted to pull a barrel out of one of hte oldest CK arms open guns we have here and have it checked, for a control from an older barrel
18 Dec 2019 12:55:35
John Vlieger
be like "Shay...you've been using 38-40 Rc barrels for years
18 Dec 2019 12:55:46
Brandan Bunker
Well Shays problem is improper installation
18 Dec 2019 12:55:46
John Vlieger
you really think he's ever going to admit that?
18 Dec 2019 12:55:57
John Vlieger
did he recently figure out he's been installing them wrong or something?
18 Dec 2019 12:56:16
Brandan Bunker
Well it will come out if pushed in a court setting
18 Dec 2019 12:56:16
Brandan Bunker
I honestly thing someone called him out on it... and he recently had Chuck Warner do some consulting for him
18 Dec 2019 12:57:00

Brandan Bunker
Maybe he realized or was told then
18 Dec 2019 12:57:09
Brandan Bunker
Chuck was the one who brought all this to me on a side note
18 Dec 2019 12:57:27
John Vlieger
supposedly Chuck is one who tested them and verified they were soft
18 Dec 2019 12:57:47
Brandan Bunker
Chuck doesn't have a tester
18 Dec 2019 12:57:58
Brandan Bunker
All the pics of testing was Shay testing himself
18 Dec 2019 12:58:31
Brandan Bunker
Which were all done incorrectly anyways
18 Dec 2019 12:58:53
John Vlieger
he also had some tests done on a Starrett tester by a mutual friend of ours. incorrectly
18 Dec 2019 12:59:17
John Vlieger
i got that friend in touch with KKM, he re did the tests today on the same barrel.
18 Dec 2019 12:59:30
John Vlieger
went from 34-39 Rc, to a consistent 37.9 Rc
18 Dec 2019 12:59:41
Brandan Bunker
18 Dec 2019 12:59:58
John Vlieger
KKM recommends the BQ5 grade for match guns. gets better accuracy, according to Luke at KKM
18 Dec 2019 13:01:08
Brandan Bunker
I've gotten fantastic results from both
18 Dec 2019 13:01:52
John Vlieger
good to hear
18 Dec 2019 13:01:57
Brandan Bunker
Better than Kart

18 Dec 2019 13:02:02
John Vlieger
he claims that in one gun an upper lug sheared off. i take it barrel fitment could do that pretty easily?
18 Dec 2019 13:21:01
Brandan Bunker
Yes
18 Dec 2019 13:33:44
Brandan Bunker
Timing issue
18 Dec 2019 13:33:59
John Vlieger
milling the lower lug back too far to extend lockup?
18 Dec 2019 13:44:18
Brandan Bunker
Yes. He overcuts them 0.030-0.050"
18 Dec 2019 13:45:29
Brandan Bunker
Among other things
18 Dec 2019 13:48:06
John Vlieger
like i said. get him to admit that is why guns were failing
18 Dec 2019 13:48:23
John Vlieger
i shoot with one of his employees occasionally. definitely gonna liquor him up some day and get him to spill the beans
18 Dec 2019 13:48:41
Brandan Bunker
18 Dec 2019 13:49:23
Brandan Bunker
anything more with Shaydy
3 Jan 2020 14:05:49
John Vlieger
not since the demand lletter
3 Jan 2020 14:06:39
Brandan Bunker
well thats good
3 Jan 2020 14:11:33
Brandan Bunker
annoying
3 Jan 2020 14:11:36

Brandan Bunker
i see he has been getting blasted pretty hard on social media recently
3 Jan 2020 14:11:47
John Vlieger
i havent seen as much. where you seeing that?
3 Jan 2020 14:12:11
Brandan Bunker
people just send me clips of it
3 Jan 2020 14:13:14
John Vlieger
like screen caps on FB or in Messenger?
3 Jan 2020 14:14:19
Brandan Bunker
yeaah
3 Jan 2020 14:14:31
John Vlieger
i see some memes, but mostly privately sent to me. care to share any ?
3 Jan 2020 14:14:38
John Vlieger
you ever heard of Optimum Manufacturing?
8 Jan 2020 15:30:15
Brandan Bunker
Yes
8 Jan 2020 15:31:15
John Vlieger
any feedback on their slides?
8 Jan 2020 15:31:35
Brandan Bunker
They can build a beautiful slide. But in think still ironing out consistency
8 Jan 2020 15:33:34
John Vlieger
alright. much appreciate
8 Jan 2020 15:34:37
Brandan Bunker
i am going to start using them, but i have the ability to test and verify, if i were buying
quantities I might give it a few
8 Jan 2020 15:35:34
Brandan Bunker
the owner/machinist is a talented guy
8 Jan 2020 15:35:46
Brandan Bunker

so I hope he does well
8 Jan 2020 15:35:51
John Vlieger
alright. so, hold off for now. good to know
8 Jan 2020 15:36:06
Brandan Bunker
if you can i would... if you feel like checking them out as they come in then proceed
8 Jan 2020 15:36:51
Brandan Bunker
but i dont think you have the time for that
8 Jan 2020 15:36:59
John Vlieger
correct
8 Jan 2020 15:37:03
Brandan Bunker
i heard KKM sent a C & D
10 Jan 2020 16:01:11
John Vlieger
from who did you hear that, if you don't mind me asking?
10 Jan 2020 16:01:30
John Vlieger
I know Shay has sent out Cease and Desist letters
10 Jan 2020 16:01:45
Brandan Bunker
Dame
10 Jan 2020 16:02:20
John Vlieger
ah. KKM sent a reply to Shay's lawyer, yes. much in the same vein as the one we sent
10 Jan 2020 16:02:48
John Vlieger
there might have been some C&D style verbiage in there
10 Jan 2020 16:03:01
Brandan Bunker
well good
10 Jan 2020 16:03:09
Brandan Bunker
glad to hear that
10 Jan 2020 16:03:15
Brandan Bunker

there is some other shit that has been pulled up that Shay may be involved in a moving company out of miami that has scammed some people out of their belongings/money. weird shit
10 Jan 2020 16:03:54
John Vlieger
back in 2006, yeah
10 Jan 2020 16:04:03
Brandan Bunker
oh ok so that wasnt recent, still weird shit
10 Jan 2020 16:04:17
Brandan Bunker
that guy has been involved in so much shady shit, i know he was part of an investors group and was witholding or scamming dividends
10 Jan 2020 16:04:51
Brandan Bunker
he is now blaming one of the powder companies for broken slides
10 Jan 2020 16:05:29
Brandan Bunker
dude seems like a thorn in everyones foot
10 Jan 2020 16:05:52
John Vlieger
huh? he's blaming powder company for broken slides? thats the first ive heard of that
10 Jan 2020 16:13:09
Brandan Bunker
yeah
10 Jan 2020 16:15:40
John Vlieger
where you seen this?
10 Jan 2020 16:15:49
Brandan Bunker
for a change in formula that is causing over pressure scenario
10 Jan 2020 16:16:05
Brandan Bunker
it was right on his facebook page
10 Jan 2020 16:17:14
John Vlieger
in your opinion, would that crack slides, or would it destroy the barrel first?
10 Jan 2020 16:17:17
Brandan Bunker
destroy a barrel
10 Jan 2020 16:17:31

41

John Vlieger

i havent seen it on his FB page

10 Jan 2020 16:17:47

Brandan Bunker

it was on there this morning

10 Jan 2020 16:19:28

John Vlieger

You sent an attachment.

16 Jan 2020 15:54:41

Brandan Bunker

saw it

16 Jan 2020 16:09:14

John Vlieger

2 Feb 2020 8:32:20

John Vlieger

2 Feb 2020 8:32:24

John Vlieger

Now Chuck Warner is throwing his 2 cents in

2 Feb 2020 8:32:40

Brandan Bunker

Naturally

2 Feb 2020 8:36:58

Brandan Bunker

He think he thought things through with metalloy

2 Feb 2020 8:38:11

Brandan Bunker

But metalloy is soft and will not truly counter deflection. Thats why guage pins were recommended because they are incredibly hard.

2 Feb 2020 8:38:55

John Vlieger

I emailed him the KKM testing procedure, too. Doesn't look like he payed any attention

2 Feb 2020 8:40:06

John Vlieger

You ever heard of hydrogen embrittlement?

5 Feb 2020 20:22:43

Brandan Bunker

Yes

5 Feb 2020 20:24:23

John Vlieger

In barrels?

5 Feb 2020 20:24:29
Brandan Bunker
Usually in metals that are electroplated
5 Feb 2020 20:24:54
John Vlieger
416r?
5 Feb 2020 20:25:03
Brandan Bunker
It can only occur when the metal is exposed to hydrogen on an atomic level... long enough to bind to the grain of the steel.
5 Feb 2020 20:25:50
Brandan Bunker
What you are thinking of is sulpher stringing
5 Feb 2020 20:26:04
John Vlieger
No, it's pretty specific. I know about Sulphur stringing already
5 Feb 2020 20:26:23
John Vlieger
It's in regards to a convo I had recently with someone
5 Feb 2020 20:26:32
Brandan Bunker
Ah ok well no I have never encountered specifically hydrogen embrittlement in 400 series stainless
5 Feb 2020 20:28:53
Brandan Bunker
But i have encountered sulpher stringing in low quality barrels
5 Feb 2020 20:29:15
John Vlieger
Alright. Thanks for the info. You hear of any other issues with KKM barrels from other smith's?
5 Feb 2020 20:30:01
Brandan Bunker
Nope. Just one and some of his buddies
5 Feb 2020 20:30:26
Brandan Bunker
The only thing i dont like about them is their feedramps.
5 Feb 2020 20:31:03
Brandan Bunker
But thats a geometry issue
5 Feb 2020 20:31:14
Brandan Bunker

I have welded on them as well and they weld clean. Many impurities in steel show their ugly face quickly when tig welding. Mind you. SS is more forgiving but still
5 Feb 2020 20:33:11
Brandan Bunker
where is the hydrogen embrittlement idea coming from
6 Feb 2020 11:27:40
John Vlieger
I'll give you a few guesses, but can't confirm or deny anything.
6 Feb 2020 11:28:05
Brandan Bunker
shay and/or chuck warner
6 Feb 2020 11:28:24
Brandan Bunker
you kind of have to wonder why all the barrels they manufacture for OEM companies dont have these problems.
6 Feb 2020 11:29:02
Brandan Bunker
what they make for us is a drop in the bucket comparatively
6 Feb 2020 11:29:17
John Vlieger
you mean the military contract M17 and M18 barrels?
6 Feb 2020 11:29:44
John Vlieger
hmmm. thats funny
6 Feb 2020 11:29:49
Brandan Bunker
military can be annoying about material specs
6 Feb 2020 11:36:12
Brandan Bunker
been an interesting series of events
6 Feb 2020 11:41:28
John Vlieger
oh, its not over yet
6 Feb 2020 11:41:36
Brandan Bunker
well he is asking for a lotto winning pay day... so he can disappear
6 Feb 2020 11:42:24
Brandan Bunker
maybe it is worth the fight
6 Feb 2020 11:42:35
Brandan Bunker

haha
6 Feb 2020 11:42:36
Brandan Bunker
I for one, am glad I stayed in this low volume high end business
6 Feb 2020 12:14:04
John Vlieger
20 Apr 2020 12:52:17
John Vlieger
We got a BUL slide in for eval. Was wondering if you wanted to take a look
20 Apr 2020 12:52:44
John Vlieger
12 May 2020 8:35:32
John Vlieger
Need one of these for personal use, and was going to ask you about if you wanted to sell them to us here at Shooters Connection. Figure, 3 of them to get started
12 May 2020 8:36:01
John Vlieger
and need some more bushings, 5 of em
12 May 2020 8:37:17
John Vlieger
I can send you an email from my work account if you would like it in a more professional manner
12 May 2020 8:46:42
Brandan Bunker
This will work. Just let me know what size bushings and what metal
12 May 2020 8:47:37
John Vlieger
for the bushings, SKU B-580
12 May 2020 8:48:52
John Vlieger
want me to send an email with the order?
13 May 2020 9:20:15
Brandan Bunker
Thats ok I have it. Thanks
13 May 2020 9:42:46
John Vlieger
13 May 2020 9:42:53
John Vlieger
I know you've been busy. wanted to check with you about our ordering those sights and bases and such
5 Jun 2020 14:39:19

Brandan Bunker
waiting on some bushings to complete. I had a huge run of sales on bushings and ran
out I should have them either today or tomorrow
5 Jun 2020 14:45:11
John Vlieger
understood. Thanks for the update
5 Jun 2020 14:50:45
Brandan Bunker
no problem, and sorry for the delay. Things will get more fluid now that I have a
machine in here making parts constantly.
5 Jun 2020 15:01:27
Brandan Bunker
haha
5 Jun 2020 15:01:28
John Vlieger
good to hear. i look forward to putting one of your sights on my POS rock island.
lipstick on a pig
5 Jun 2020 15:02:04
Brandan Bunker
haha
5 Jun 2020 15:02:21
John Vlieger
i might even have it PVD'ed in Rose Gold
5 Jun 2020 15:02:50
Brandan Bunker
oh lawd, PVD worth more than the gun
5 Jun 2020 15:05:31
Brandan Bunker
LOL
5 Jun 2020 15:05:33
John Vlieger
Do you have an ETA on the order for shooters Connection?
7 Jul 2020 16:56:31
Brandan Bunker
waiting on blades for rear sights, apparently kensight is backordered
7 Jul 2020 17:26:02
Brandan Bunker
I will send the bushings by themselves
7 Jul 2020 17:26:52
Brandan Bunker
and cover shipping on the rear sights when the blades come in

7 Jul 2020 17:27:15
John Vlieger
Alright. We appreciate it.
7 Jul 2020 17:28:00
John Vlieger
if you want to send one of those sight bases with teh bushings, id appreciate it. its for my personal gat. i can rob a kensight base here, or add one later if needed
8 Jul 2020 8:56:59
Brandan Bunker
8 Jul 2020 8:57:17
John Vlieger
just checking in with you about the status of our order, sir. much appreciated
17 Jul 2020 10:29:59
Brandan Bunker
It shipped
20 Jul 2020 14:51:15
John Vlieger
Thank you, sir
20 Jul 2020 14:56:41
John Vlieger
Hey, Brandan. Need some more bushings. How would you like me to order them? Need to order 5 of them. Also, can I ask about the status of the Nomar bases?
19 Nov 2020 11:05:27
Brandan Bunker
Shoot me an email. I should have an order of tops halves of the bomar bases soon. That company moved their operations from overseas to domestic and killed their own lead times.
19 Nov 2020 11:22:43
John Vlieger
will do
19 Nov 2020 11:45:38