# Q C Metallurgical, Inc.

2870 Stirling Road
Door 3
Hollywood, FL 33020

# Invoice

| Date | Invoice # |
|---|---|
| 9/19/2019 | 107944 |

| Bill To |
|---|
| AKAI<br>5405 NW 102nd Ave<br>Bay 216<br>Sunrise, FL 33351<br>ATTN: ACCOUNTS PAYABLE |

| Ship To |
|---|
| ATTN: LASETTE / SHAY |

| QC Job No. | P.O. No. | Terms | Due Date |
|---|---|---|---|
| 19IM-733 | VERBAL | C.O.D. | 9/19/2019 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 5 | Hardness Testing | 40.00 | 200.00 |
|  | QC Metallurgical Inc<br><br>2870 Stirling Road<br>Hollywood, FL 33020<br><br>9/19/2019 3:48:26 PM<br><br>Reference Number: 284184180<br>Total: $200.00<br>Transaction Type: Sale<br>Card Brand: Visa<br>Card Number: xxxxxxxxxxxx4396<br>Entry Method: Keyed<br>Approval Code: 882128<br>Approval Message: ZIP MATCH<br>AVS Result: Zip Match Only<br>CSC Result: Match<br>Customer Name:<br>Invoice: 107944 | | |

*Paid VISA 9/19/19*

Thank you for your business!:)

| Total | $200.00 |
|---|---|

Notes:

| Phone # | Fax # | E-mail | Visit Us! |
|---|---|---|---|
| 954-889-0089 | 954-362-5742 | LAURAB@QCMET.COM | www.QCMetallurgical.com |

# QC Metallurgical, Inc.
## Testing & Consulting Services

2870 Stirling Road • Hollywood, FL 33020-1199 • **(954) 889-0089** • Fax (954) 362-5742

## INSPECTION REPORT

DATE September 19, 2019

QCM JOB# 19IM-733        CUSTOMER AKAI

DESCRIPTION 5 Samples – Gun Barrel Samples

CUSTOMER ORDER# Verbal                MATERIAL

INSPECTION SPECIFIED Hardness Testing

APPLICABLE SPECIFICATIONS

### RESULTS OF INSPECTION

*HARDNESS TESTING RESULTS*
Sample A – 47, 48, 49, 48.5 Rc
Sample B – 47, 47, 48, 48 Rc
Sample C – 48, 47.5, 48, 48 Rc
Sample D – 37, 38, 39, 39, 38 Rc
Sample E – 38, 39, 38, 39 Rc

Jerry Iaciofano

Q C Metallurgical, Inc. assumes no responsibility
for losses of any kind due to interpretations.

FORM #27