# QC Metallurgical, Inc.
## Testing & Consulting Services
2870 Stirling Road • Hollywood, FL 33020-1199 • **(954) 889-0089** • Fax (954) 362-5742

## INSPECTION REPORT

DATE January 21, 2020

QCM JOB# 20AM-42    CUSTOMER AKAI Custom Guns

DESCRIPTION 3 Samples – Gun Barrel

CUSTOMER ORDER# Verbal    MATERIAL

INSPECTION SPECIFIED Chemistry Analysis, Hardness Testing, Magnetic Particle Inspection

APPLICABLE SPECIFICATIONS

### RESULTS OF INSPECTION

*Sample Identification:*
A = 1 Standard
B = 2 Island
C = 3 Failure

## CHEMISTRY ANALYSIS RESULTS (In Percent)

| Elements | Sample A | Sample B | Sample C | Spec. 416 |
|---|---|---|---|---|
| Carbon | 0.131 | 0.144 | 0.132 | 0.15 max. |
| Silicon | 0.73 | 0.404 | 0.68 | 1.0 max. .4 |
| Manganese | 0.56 | 1.15 | 0.52 | 1.25 max. |
| Phosphorous | 0.017 | 0.012 | 0.016 | 0.06 max. |
| Sulfur | 0.318 | 0.210 | 0.273 | 0.15 max. |
| Chromium | 12.90 | 12.96 | 12.91 | 12 – 14 |
| Nickel | 0.280 | 0.56 | 0.193 | --- |
| Molybdenum | 0.056 | 0.043 | 0.057 | 0.60 max. |
| Copper | 0.107 | 0.109 | 0.071 | --- |
| Iron | Balance | Balance | Balance | Balance .4 |

All three samples are identified as 416 Stainless Steel.

## HARDNESS TESTING RESULTS
Sample A    36 – 37 Rc
Sample B    43 – 44 Rc
Sample C    32 – 40 Rc

## MAGNETIC PARTICLE INSPECTION RESULTS
Sample 3 was MAG particle inspected. No inclusions noted.

Frank Grate

Q C Metallurgical, Inc. assumes no responsibility for losses of any kind due to interpretations.

FORM #27