

 **Hart Johnson**
When did all this happen, I always known them to be quality barrels. I have a 400 Corbon glock barrel, 45, and a 40. They're older vintage but what happened

1w   Like   Reply

 ◆ Top Fan
**Jeremiah Deneski-Competitive Shooter** basically, nothing. sounds like a money grab or someone trying to pass off shoddy gun work as a parts defect. My .02.

1w   Like   Reply         1

 **Dame Michael**
**Jeremiah Deneski-Competitive Shooter** almost sounds like insurance fraud

1w   Like   Reply

 **Tim Mekosh**
Dame Michael  maybe they need a moving company to help move to Jamaica