12/9/2019

Richard J Fiato,

In response to your letter received today. I categorically deny any and all claims.

First - The barrels in question are a KKM product, we are not the manufacturer thus we do not carry product liability insurance.

Second- KKM has offered to address any issues but every offer to do so has been rejected. KKM has not seen a single barrel to assess. They were willing to remedy if there was an issue, they were not allowed. KKM did test their inventory and results were within specs. We had other gunsmiths, reputable ones, test barrels they had in hand and they tested within specifications. Of course they did use testing methods appropriate for the item being tested. Methods used by Akai as published in slanderous posts on facebook were done incorrectly in the opinion of several experts. We have copies of communications from Akai where he admitted testing 4 barrels and 3 were above 42 while one was 41 which would be withing tolerance. 42 is a benchmark with tolerances +/- just like everything else in the custom gun world and machines parts.

Third- The barrels claimed to be defective by Akai have been modified both in dimension and material.

Fourth- Barrels are being used in a way not meant to be used. Akai has changed the geometry of the host and application of use to attempt to gain an advantage in one way or another. But that is the choice of the user since these are sold as product in the rough and the responsibility of the professional gunsmith to fit and finish to their own designs, taking responsibility for those designs. He cuts holes, cuts barrels down and sleeves with tungsten, changes geometry to cause stress beyond design of the 1911, uses coatings that can effect the heat treating if not applied correctly, Short strokes, long strokes, etc.

Fifth- Barrels are being used in guns that use ammo that is custom hot loads beyond saami specs for a special competition application. A use that is known in the industry to cause short barrel life.

Sixth- IF, any of the barrels were soft then the end user Akai in this case, if a professional, would know they were soft and bears some responsibility to question, test before using so many of them. Its not like they are drop in products and are sold and bought with the understanding that they need fitting and finishing to their intended end use. He should have known on the very first one, KKM should have been informed and allowed to remedy. None of this was done. IF there are some soft barrels Akai bears the majority of the responsibility to assure his end product was good.

Fact is not one barrel was sent back to KKM to allow them to assess and rectify. Possibly so none of these other factors causing the problems from Akai processing and modifications could be seen. No other gunsmith has had similar claims. In fact in light of all the defamatory and slanderous posts on facebook to extort financial gain from both I and KKM this has caused a flood of questions and testings with none getting the results as claimed in your letter. In fact I am a little perplexed how one can claim a barrel soft while in the same sentence say that they are brittle and crumbling. It defies reason. Nobody else has experienced this! Leads me to believe if it is a real problem then what is Akai doing in all the process required to cause it, maybe that's why he would not allow KKM to assess and

resolve. I am sure all this will come out if it goes to litigation with the counter claim for slander and defamation.

I demand you cease and desist from any further action, harassment, slander and defamation. To defend against the slander and defamation we will be forced to make the initial claim letter and my response as well as all others response public. AS I write this there are facebook messenger posts from Shay being copied where he is lying to defame and slander both T and KKM. I have all the copies.

Charles Bradley
President- Shooters Connection INC.