4:05 PM   0.4KB/s   44

< **Replies**



**Jerry Colantone**
I had a KKM barrel blow up after 5 rounds it was Rockwell tested and did not meat specs. The top of the chamber blew off and the STI Edge was destroyed, frame bent , slide cracked. I was very lucky that the piece of barrel went straight up into an overhead baffle, no one was hurt that day but it could have been a disaster.

12m   Like   Reply



**Dame Michael**
**Jerry Colantone** who fit it? Who made the ammo? Did you send it to kkm?

7m   Like   Reply



**Dame Michael**
Got pics?

7m   Like   Reply



**Matt Olinchak**
It had 12 grains of Titegroup in it, don't worry about the rest of the

5:00 PM

Shooters Connection Inc - KKM Res...

🔒 m.facebook.com



**Jerry Colantone**

I want you to know I am not part of the lawsuit and didn't know anything about it until the letter was posted here today. I was just commenting on my bad experience. If you must know I was using factory ammunition, I do have plenty of pictures and a well known custom gun builder fit the barrel. And by the way I had the gun repaired recently with a new slide and used another kkm barrel that was Rockwell tested and it passed.

18 mins   **Like**   **Reply**   **More**



**Dame Michael**
Who fit it?

16 mins   **Like**   **Reply**   **More**



**Dame Michael**
Who tested it?

15 mins   **Like**   **Reply**   **More**



**Dame Michael**
Was it sent to kkm for inspection?

15 mins   **Like**   **Reply**   **More**





**5:01 PM** 💬 💬 ✉️                1.7KB/s 🌙 ∗ ⏰ LTE+ 📶 🔋33

← **Shooters Connection Inc - KKM Res…**                ⋮
🔒 m.facebook.com

 **Dame Michael**
Who fit it?

16 mins   **Like**   **Reply**   **More**

 **Dame Michael**
Who tested it?

15 mins   **Like**   **Reply**   **More**

 **Dame Michael**
Was it sent to kkm for inspection?

15 mins   **Like**   **Reply**   **More**

 **Matt Olinchak**
Did the old one really have a bad heat treat? How did you determine that?

15 mins   **Like**   **Reply**   **More**

 **Jerry Colantone**
the gunsmith that just repaired it had it tested because he had some information that it was a possibility and had the new one tested for fear of the same thing happening

12 mins   **Like**   **Reply**   **More**

 **Jerry Colantone**



5:01 PM

0.3KB/s

33

 **Shooters Connection Inc - KKM Res...**
🔒 m.facebook.com

the gunsmith that just repaired it had it tested because he had some information that it was a possibility and had the new one tested for fear of the same thing happening

12 mins   **Like**   **Reply**   **More**

 **Jerry Colantone**
**Dame Michael** from what I was told kkm was contacted but would not respond



11 mins   **Like**   **Reply**   **More**

 **Dame Michael**
**Jerry Colantone** by who?

10 mins   **Like**   **Reply**   **More**

 **Jerry Colantone**
**Dame Michael** By the gunsmith

9 mins   **Like**   **Reply**   **More**

 **Dame Michael**
**Jerry Colantone** who is this gunsmith you refer to?

9 mins   **Like**   **Reply**   **More**

 **Dame Michael**



## Replies

2h   **Like**   **Reply**    1



**Joshua Baker**

**Jerry Colantone** let's cut the shit and name the name. Akai "fit" the barrel, did a usual shit job of it and the barrel failed.

1h   **Like**   **Reply**



✏️ **Author**

**Shooters Connection Inc**

**Jerry Colantone** If you were told KKM would not respond you were lied to. I was personally involved with both sides KKM asked for the product back. Was willing to replace every one if they were out of spec. I begged for at least one be sent back. It was refused. I have the screen shots and emails to prove it all. So kkm responded by asking for it back and it was never done. They were expected to ju... See More

46m   **Like**   **Reply**    2





8:32 PM 📌 📱                    0.5KB/s 🔵 ⏰ LTE 📶 52

## Replies

‹



✏️ **Author**

**Shooters Connection Inc**

**Jerry Colantone** If you were told KKM would not respond you were lied to. I was personally involved with both sides KKM asked for the product back. Was willing to replace every one if they were out of spec. I begged for at least one be sent back. It was refused. I have the screen shots and emails to prove it all. So kkm responded by asking for it back and it was never done. They were expected to just replace product with none returned. On top of that the testing methods were faulty. Several gunsmiths have sent barrels back because fo this and they tested good, Then KKM gave the procedure to those same gunsmiths and when retested they were in spec. KKM's heat treaters are certified. The claimants are not. And admitted to improper testing when KKM called them and



**8:54 PM**   0.3KB/s   48

🔵😲❤️ **Luke Cao and 66 others** ›   👍



Haklısın

Tenor

3h   **Like**   **Reply**



**Scott Thompson**
Remember when Takata denied
their  airbags were defective?    ❤️😆 3

2h   **Love**   **Reply**



**Jerry Colantone**
My last post on this  because there is
nothing but instigators on this. Akai had
nothing to do with my gun.

..

10m   **Like**   **Reply**



**Scott Thompson**
I am astounded that in 2020 business



# Replies

 **James Turnure**

Was the OD of said barrels dramatically altered?



4h   Like   Reply

 ✏️ Author

**Shooters Connection Inc**

Not sure since none were ever sent back after many attempts requesting it. So we dont know what was done to any of the barrels in question. I do have a pic of one that had the barrel turned way done and a large tungsten sleeve was put on it. The sleeve was much bigger than those Limcat has been doing on KKM barrels for 20 years.

1h   Like   Reply

9:07 PM

0.5KB/s

45



← **Replies**



**Scott Thompson**

It's not wise to aire details of pending litigation, no matter how hard you troll, **Dame**. Any dime store lawyer would tell you that. '

10m    Like    Reply



✎ Author

**Shooters Connection Inc**
**Scott Thompson** Dont make the accusation without willing to back it up. Who was it? Did KKM get the barrel back? I have done business with them for over 20 years. They dont just not respond. If the barrel was soft then maybe it would not crack over time but it would damage the slide or the frame. I have seen double charges that didn't damage the frame, laid the slide open though. Factory ammo wouldn't blow a barrel up even if it had no heat treat. So this story sounds more like a blockage, squib, or double charge. Not the barrel as implied

9:49 PM                      0.1KB/s  

← **Replies**                                    🔍

4m        **Love**        **Reply**                    ♥ 1

  ✎ Author
**Shooters Connection Inc**
**Scott Thompson** You mean the same report I saw and sent to KKM who called that lab who admitted they tested them wrong and said they would try to get them back to retest correctly? You mean the engineer who also sent barrels to KKM for testing and then when following proper procedure replicated KKM results? We hear about evidence but there is none that has been presented. KKM was not allowed to remedy any of it or see any of it. Just demands made. We can bring the whole story out here.

1m        **Like**        **Reply**

  **Tim Mekosh**
Scott Thompson  not sure where those lies came from but just like

10:30 PM 

← Replies



**Shooters Connection Inc**

So this is a barrel that was sent back to KKM long before the soft brittle barrel accusation. Yes the demand letter used those words, soft brittle barrel if you can wrap your head around that. Luke told me the tungsten sleeve had slipped forward. He noted the barrel was cut extremely thin and the tungsten sleeve was much larger than what Limcat has done for 20 years. I asked him if that extra weight on a thinner barrel would create undue stress on the barrel. He said yes. Then he pointed out the location of the feet cut where the slide stop rides. Its way behind where it should be. Not sure if this a different geometry to accommodate a stroked gun or not. But it is outside the normal specs for 1911 design. Luke also mentioned some radial lugs

10:33 PM

0.1KB/s 

← **Replies** 🔍



🖊 Author

**Shooters Connection Inc**
Not sure since none were ever sent back after many attempts requesting it. So we dont know what was done to any of the barrels in question. I do have a pic of one that had the barrel turned way done and a large tungsten sleeve was put on it. The sleeve was much bigger than those Limcat has been doing on KKM barrels for 20 years.

2h   Like   Reply



**Bradley Savage**
**Shooters Connection Inc**
Are you saying that an even larger sleeve made it weaker?

1h   **Like**   Reply   1



🖊 Author

**Shooters Connection Inc**
**Bradley Savage** In some ways. It

11:00 PM



← **Replies** 🔍



Author



**Shooters Connection Inc**

**Scott Thompson** Your implying that there are more and that's simply not true. Several have called KKM inquiring about it and they even took many in to test for people who read the slanderous claims. But none are making demands or suing. Thats a BS ploy in an attempt to alter public opinion. In fact I have had many well known gunsmiths who have used KKM for years call me to say they haven't had a problem with a single barrel. Some of the pics sent to us to show us the testing results show barrels on cheap equipment or insufficient fixture or on the concave surface of an unsupported barrel. I have a copy of a report that shows the result of 5 barrel testings. The lowest being 38. And that company admitted to doing it wrong. And their report has no

11:00 PM

← Replies  🔍

they even took many in to test for people who read the slanderous claims. But none are making demands or suing. Thats a BS ploy in an attempt to alter public opinion. In fact I have had many well known gunsmiths who have used KKM for years call me to say they haven't had a problem with a single barrel. Some of the pics sent to us to show us the testing results show barrels on cheap equipment or insufficient fixture or on the concave surface of an unsupported barrel. I have a copy of a report that shows the result of 5 barrel testings. The lowest being 38. And that company admitted to doing it wrong. And their report has no certification claims on it like the report from KKM's interdependent tester. I will be glad to post all of those after shot. Might as well get it all out there. The demand

11:01 PM

← Replies 🔍

cheap equipment or insufficient fixture or on the concave surface of an unsupported barrel. I have a copy of a report that shows the result of 5 barrel testings. The lowest being 38. And that company admitted to doing it wrong. And their report has no certification claims on it like the report from KKM's interdependent tester. I will be glad to post all of those after shot. Might as well get it all out there. The demand letter and response from both me and KKM's attorney. You guys decided to play this out in social media to attack both KKM and my businesses. So lets bring it on.

5m   Like   Reply



**Scott Thompson**
**Shooters Connection Inc** please where you or the barrel manufacturer have been named on social media by Akai. I won't

7:16 AM                              0.8KB/s  78

← Shooters Connection Inc                    🔍

 **Louis Bethel**
**Shooters Connection Inc**
I am a little late to this party, but want to
make sure I understand the kerfuffle.

1. GunSmith "claims" a barrel maker
made barrels not to the correct Rockwell
Hardness.
- Provides no proof.
- Does not return them to mfg.
- Does not contact mfg.
- Gunsmith may have altered the barrel

2. GunSmith directs other people to
"spread the word" (aka slander)

3. A guy on your FB page keeps getting
caught providing conflicting
information.

4. Shooter with ruptured barrel cannot
provide facts about the ammo (meeting
SAAMI specs, not a receipt, not a
casing, no extra ammo).

5. No one has been hurt physically from
these claims

Pass the popcorn and save me a seat to

9:14 AM 

2.8KB/s

← **Replies**                     🔍



✎ Author

**Shooters Connection Inc**

**Louis Bethel** well couple corrections. He did provide what he thinks as proof but the testing company has admitted they didn't test it correctly , one other engineer also had bad tests but once right the proper way to test a barrel they were good, his tester also had no claims of certification on their letterhead as kkm's tester has. You are correct in that none have been returned after many attempts to get them returned.,I even got him to agree to splitting one in half and sending half , his idea. He never did it. I have the messages if any one doubts this. He did contact the manufacturer once who told him send it back and they would warranty it if it tested bad. He contacted us several times and we had Kkm call him. He was told the same thing. I have those messages as well. Can't really address the altering as the barrels were never sent back but I assume they were if he built with his unconventional



**Replies**

Author

**Shooters Connection Inc**

**Scott Thompson** This post below is a complete lie. The original smith blamed the ammo and said it was a double charge. I know who it is but wont name him because Jerry didn't want to name him and I do not think the smith had anything to do with the issue. Jerry didn't do anything until he heard the slanderous post you shared. He sent it to another gunsmith who did fix it with another KKM barrel. His smith did not test it but sent it to shay who "tested it" and still has it. KKM has the pictures and also said it was a double charge.KKM also said he replaced the barrel anyway , that's just how they do business. There is some disconnect on the replacement barrel but that is being sorted out now.

"Scott Thompson It's very telling how you attacked Jerry on behalf of



3:19 PM ✉

0.2KB/s

## Replies

‹

SC when he simply stated he had a broken gun and his smith tested the barrel as soft.
Just because you yell the loudest doesn't mean you are correct."

19m   **Like**   **Reply**



✏ Author
**Shooters Connection Inc**
**Richard Holland** No, not really needed yet. Trying to defend the slander and lies. Public is being misled so I am trying to set it straight with the truth.

14m   **Like**   **Reply**



✏ Author
**Shooters Connection Inc**
And to ad to this. Scott Thompson claims the barrel tested soft. Shay has the barrel so KKM may never be able to really test it. Its return is being asked for, well see if that is complied with. So I talked to Luke today and asked about shooting a soft barrel, one that never received



6:05 PM

0.0KB/s LTE+ 67

### ← **Replies**

1h     Like     Reply



**Ace Boles**
**Shooters Connection Inc** ehh, you could argue that the facility that KKM hired is biased since it's local to them.

50m     Like     Reply



✏️ Author
**Shooters Connection Inc**
**Ace Boles** Same with akai except that the facility KKM uses is certified and issue results under penalty of law. Bottom line is if the test is done properly you get similar results. But even looking at shays lab the results are not bad. In fact according to many even if the results were correct the barrels would be fine. But improper testing can cause swings of 10 points. Some of those numbers are numbers that are not even possible with the steel used. And this is the

7:06 PM                    0.0KB/s 🚹 ⏰ LTE+ 📶 57

< **Replies**

 ✏️ Author

**Shooters Connection Inc**

**Scott Thompson** Wow Scott you just don't stop lying, just quit. Your post claims that all the barrels that are soft are virgin, untouched. Really? If that's so then why not just send them back to KKm for replacement? Even if they were soft, which they are not, KKM said they would replace them. And if they were virgin then there are no damages except the virgin barrels so why ask for 2 million? Just pointing this out since it makes no sense and just further proof you are making stuff up to do Shays dirty work. You really ready to defend a slander and defamation suit for him? Cause you are in it and everybody else who has followed his lead.

" Scott Thompson didn't lie was told to not include names so it was editd. You posted a picture of a

2:28 PM

25.6KB/s

 Search 

**Home**   Photos   Posts   Videos   About   Reviews

 **Double Alfalfa**   ...
Dec 10, 2019 at 7:00 PM · 🌐

"Here at Akai we want to make your soft barrels hard."



2:30 PM

0.9KB/s



←  Search →

**Home** About Photos Reviews Videos Notes

 **Shooters Connection Inc** •••

Jan 16 at 3:37 PM · 🌐

KKM Response to claims of Soft barrels.

PDF Version-
https://shootersconnectionstoreassets.s3
.amazonaws.com/KKM+Precision+Letter.pdf

---

**KKM PRECISION**                                        1/9/2020

5201 Convair Dr., Carson City, NV 89706 | support@kkmprecision.com

To Whom It May Concern,

Over the past several weeks it has come to my attention, by concerned customers, that rumors within social media are claiming KKM Precision has produced "Soft" barrels and is being sued by a company who received these barrels. The truth is KKM Precision and one of our dealers have received a letter of intent to sue if KKM Precision doesn't pay $1 Million dollars in next 30 days to said company. Prior to a Facebook post in October of 2019 by this company claiming "Soft" barrels, KKM Precision was not made aware of any issues with our heat treating and manufacturing process. Only that they had an issue with one barrel that they would like to send in for inspection. To date, this company has yet to send KKM Precision any proof of an "Out of Spec Soft Barrel" nor has any barrel ever been returned to us for inspection or warranty. I do not know if this company really does intend to sue or if this was just a threat to cover up and lay blame on us for their own actions. KKM Precision has always stood by the quality of our products and if anyone has any concerns or questions give us a call. Our warranty has always been to exchange, replace or refund any product that doesn't meet our standards of competitive shooting sports.

Here at KKM Precision our manufacturing process has been established from well over 25 years of producing pistol barrels for nearly every single firearm company at one time or another. We use the very best stainless steel a Type 416R BQ#5 produced here in the United States. We order entire mill runs of this steel at nearly 6k pounds at a time. Every single 12ft bar is then checked for proper hardness by cutting off a 1" puck and heat treating it before the bars are turned into rifled blanks. After gun-drilling, reaming and then honing, we pull a button through the blanks to create our rifling. About halfway through the barrel making process the blanks are heat treated at Nevada Heat Treating. They will then test for Rockwell hardness on these blanks and supply a test report to us. We then finish machining the blanks into barrels and test for hardness again on our own fully automatic Innovatest Versus 720RS Rockwell hardness tester. We compare and record the results to make sure the barrels are within spec. To date, we have produced well over 100K barrels in 25 years and we have never seen a barrel test under 40HRC using this process. Because KKM Precision is a major supplier to the U.S. Military and Law Enforcement, we use ASTM E18-19 standards when hardness testing and will very soon become an ISO9001 certified manufacturing facility.

For the past 25 years my company has had a long reputation within the shooting sports industry of helping customers, businesses and gunsmiths learn about pistol barrels and competitive shooting. Our shop has always been open to customers for tours and to those who just want to learn about manufacturing and robotics. We have one of the most advanced manufacturing shops in the industry, so stop on by or give me a call if you have any questions. We are here to educate, inform and pass along our knowledge to fellow shooters. We all enjoy competition shooting and the lifelong friendships it produces.



**2:32 PM**   688KB/s   60

👍😮❤️ **Shane Eld and 110 others** ❯   👍



✏️ Author

**Shooters Connection Inc**

Ace Boles I know how it works. I didn't delete anything. Even though I want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased.  If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public opinion  in regards to this thread. Deleting you're own posts then crying that I deleted them is a troll tactic. Now to show you are not objective and not unbiased I present some posts from another Facebook page. Funny the three guys trying to discredit what I say are in this together. Bottom line is I am just trying to protect my company from slanderous posts and accusations perpetrated by some of the akai team. I am sure some follow



show their cards. Really? If you have something show it. We have proven or disproven about every point in the demand letter. It shows you gave a newbie gunsmith trying to wow those who don't know better with some far out new ways of building guns. And then when they fail everything else is to blame , faulty powder? Now soft barrels that only he has experienced ? Without providing any back to the manufacturer who has agreed to replace any that are bad. And the way he try's to put pressure on those he demands a payment from he uses those loyal followers to slander through social Media while claiming the high ground that he never named anybody. He didn't have to , he directed others to, I have shown some of that , even got one to admit to it unknowingly here. I have much more recorded , screen shots , message threads , emails, pictures, reports. Nice to have somebody in you're camp. You guys want to keep it up , as I said bring it on , I'm not scared



**Replies**

law school?

1w   Like   Reply



✎ Author

**Shooters Connection Inc**

**Ace Boles** yea that's what's bad about this several people who are friends and customers are getting caught up in this which is why I have to bring the truth out. Don't understand why you would be defending him from a position of obvious weakness, already proven Scott being untruthful several times. All to help perpetrate this public opinion fraud. Can't really speculate as to the motivation behind it all. Much of it makes no sense. All I can do is present the facts and truth. The more I dig the more that I find or that people come to me with the real story.

1w   Like   Reply



**Chuck Anderson**
**Shooters Connection Inc** trolls



2:35 PM

**Replies**

**Shooters Connection Inc** I'm pretty sure a 3rd grader could see it.

1w   Like   Reply

**Dame Michael**
**Shooters Connection Inc** do you not have to go by your real name in legal documents ?

1w   Like   **Reply**                    👍 1

✎ Author
**Shooters Connection Inc**
**Dame Michael** I would think so , whose not using their real name?

1w   Like   **Reply**

**Dame Michael**
**Shooters Connection Inc** shay Horowitz

1w   Like   **Reply**                    👍 1

**Ace Boles**
**Michael** Dewayne DaMe Esq. just single handedly dismantled this entire case 😱

2:36 PM 📌 ✉️     0.3KB/s ☾ ✳️ ⏰ ⌄⌄ 📶 📶 🔋60

‹       **Replies**



✎ Author

**Shooters Connection Inc**

34RC on one and 37RC on the other as noted by the gunsmith concerned about his barrels after the post was made. Notice the Certification claim.



1w     **Like**     **Reply**      👍1



✎ Author

**Shooters Connection Inc**



**2:36 PM** 📌 ✉                0.2KB/s ☾ ⁑ ⏱ ⏷⷟ 📶 ⏦ ( 60 )

❮            **Replies**



📌 Author
## Shooters Connection Inc

I told him on the phone that I am in trouble and guns are breaking because of soft barrels

Zero help

He has one possible course of action now

He can talk to my attorney and give him his insurance info

OCT 22, 2019, 7:22 PM

I spoke with Luke again today, after I got off of work. He's planning on giving you a call tomorrow morning his time.

Ok, thanks

OCT 23, 2019, 11:24 AM

**1w      Like      Reply**                              👍 2



📌 Author
**Shooters Connection Inc**
Notice the testing done on the concave surface and over an unsupported chamber/barrel. Luckily these barrels were not damaged by this test. They did go back to KKM for testing and the testing was confirmed when retested correctly.                              👍 1

**1w      Like      Reply**



## Replies



✏️ **Author**
**Shooters Connection Inc**
KKM has authorized me to post all legal letters pertaining to this, stay tuned.

1w    **Like**    **Reply**     4



**Ace Boles**
**Shooters Connection Inc** if you're attempting transparency with these posts, you probably shouldn't be deleting anyone's comments.

1w    **Like**    **Reply**



✏️ **Author**
**Shooters Connection Inc**
**Ace Boles** I'm not , they may have done it themselves after seeing they were wrong.

1w    **Like**    **Reply**



✏️ **Author**
**Shooters Connection Inc**
**Ace Boles** Got a screen shot of what was deleted? I will repost it.

1w    **Like**    **Reply**



## Replies



✏️ Author

**Shooters Connection Inc**

**Louis Bethel** well couple corrections. He did provide what he thinks as proof but the testing company has admitted they didn't test it correctly , one other engineer also had bad tests but once right the proper way to test a barrel they were good, his tester also had no claims of certification on their letterhead as kkm's tester has. You are correct in that none have been returned after many attempts to get them returned.,I even got him to agree to splitting one in half and sending half , his idea. He never did it. I have the messages if any one doubts this. He did contact the manufacturer once who told him send it back and they would warranty it if it tested bad. He contacted us several times and we had Kkm call him. He was told the same thing. I have those messages



**Replies**



**Scott Thompson**
Guess those CDV charges really hurt your ability to own guns.

1w   **Love**   Reply                 1



✎ **Author**

**Shooters Connection Inc**
**Scott Thompson** You mean the same report I saw and sent to KKM who called that lab who admitted they tested them wrong and said they would try to get them back to retest correctly? You mean the engineer who also sent barrels to KKM for testing and then when following proper procedure replicated KKM results? We hear about evidence but there is none that has been presented. KKM was not allowed to remedy any of it or see any of it. Just demands made. We can bring the whole story out here.

1w   **Like**   **Reply**



2:39 PM 📌 ✉️                    0.3KB/s 🌙 ✳️ ⏰ .ᵢₗₗ 📶 ⬟ 59

‹                    **Replies**

didnt test the barrel correctly.

1w      Like      Reply



**Joshua Baker**
**Scott Thompson** and as for no dog
in the fight.... maybe you should
look at the name on your jersey.

1w      Like      **Reply**



✏️ Author
**Shooters Connection Inc**
**Scott Thompson** Your his biggest
drum beater, no dog? Come on. If I
get attacked I will fight with truth
and transparency. Just been waiting
on KKM to make the public
statement since they are the ones
who have the most on the line since
it is their product and livelihood. So I
posted the letter and relayed what I
personally was involved in. Nothing
but truth.

1w      Like      **Reply**               5



**Tim Mekosh**
Scott Thompson who you gonna



## Replies



🖊 Author
**Shooters Connection Inc**
Jerry, I have your email and your 2nd smiths email. I understand why you thought it was the barrel. You were misled by Shay that it was the barrel since it was just more of what he thought ammo to go against KKM and me. I think people need to realize you were pretty much a victim of that and the double charged ammo to start off with.

 👍 2

1w    Like    Reply



**Bradley Savage**
**Jerry Colantone**
Were you using reloads?

1w    Like    Reply



🖊 Author
**Shooters Connection Inc**
**Bradley Savage** nope he says he was using fiocchi ammo. The barrel



**2:42 PM**                    0.2KB/s 🌙 ∗ ⏰ ..ıl 📶 59

< **Replies**



**Chuck Anderson**
Do you know what process is used to apply the sleeve?  Machining and threading a long tube improperly can add a significant amount of heat. 800 degrees?  Don't know.

1w   **Like**   **Reply**



✏️ Author
**Shooters Connection Inc**
**Ace Boles** I'm not , you can stop accusing me of it. You ever going to answer my question that I gave asked twice? You implied you are an objective observer although you're posts defend the other side , or attempt to. Are you an Objective Observer ? , for the third time .

1w   **Like**   **Reply**



✏️ Author
**Shooters Connection Inc**
**Bradley Savage** and I said the process may have effected it. Another builder told me long ago to

2:43 PM 🔖 ✉️      0.0KB/s 🌙 ⚡ ⏰ 📶 📶 59

**‹ Replies**



**Hart Johnson**
When did all this happen, I always known them to be quality barrels. I have a 400 Corbon glock barrel, 45, and a 40. They're older vintage but what happened

1w    **Like**    **Reply**



◈ Top Fan
**Jeremiah Deneski-Competitive Shooter** basically, nothing.  sounds like a money grab or someone trying to pass off shoddy gun work as a parts defect.  My .02.

1w    **Like**    **Reply**     1



**Dame Michael**
**Jeremiah Deneski-Competitive Shooter** almost sounds like insurance fraud

1w    **Like**    **Reply**



**Tim Mekosh**
Dame Michael  maybe they need a moving company to help move to Jamaica



9:32 PM

3.9KB/s

38

< **Replies**

**Dame Michael**
$200 part, if you fuck it up just claim it was too soft and sue who you bought it from

17m   Like   Reply

👍 2

**John Vlieger**
**Dame Michael** that's one way to go about it

17m   Like   Reply

**Scott Springer**
**Dame Michael** give it a viagra

4m   Like   Reply