9 Oct 2019 11:20:31  
John Vlieger  
is that on a 17 rounder?  
9 Oct 2019 11:20:37  
Shay Akai  
I dunno. It's a mag  
9 Oct 2019 11:22:56  
John Vlieger  
said like a true gun assembler  
9 Oct 2019 11:27:10  
Shay Akai  
It's a fucking plastic gun  
9 Oct 2019 11:28:20  
Shay Akai  
I think they will sell well  
9 Oct 2019 11:28:29  
Shay Akai  
9 Oct 2019 12:45:29  
John Vlieger  
i talked to Luke about that a little. you're supposed to measure it on a flat spot, like the side of the lug/link area  
9 Oct 2019 12:46:07  
Shay Akai  
Lol, doesn't matter  
9 Oct 2019 12:46:33  
Shay Akai  
It's fucking 34  
9 Oct 2019 12:46:38  
John Vlieger  
it does according to him  
9 Oct 2019 12:46:39  
John Vlieger  
i aint a smith, or machinist, or whatever. just passing along the info  
9 Oct 2019 12:47:09  
Shay Akai  
9 Oct 2019 12:48:36  
Shay Akai  
Like that?  
9 Oct 2019 12:48:39  
John Vlieger  
9 Oct 2019 12:53:05  

247

Shay Akai
9 Oct 2019 13:02:41
Shay Akai
Lower...
9 Oct 2019 13:02:45
John Vlieger
yup. hit up Luke, meng. i dunno whats up
9 Oct 2019 13:16:01
Shay Akai
9 Oct 2019 13:19:24
Shay Akai
Broken guns....
9 Oct 2019 13:19:30
Shay Akai
You rang?
14 Oct 2019 14:32:19
John Vlieger
yup. was giving Lisette money
14 Oct 2019 14:32:36
John Vlieger
and hey, you know off the top of your head how long a rib would be for a 3 port barrel?
14 Oct 2019 14:32:50
John Vlieger
like Schuemann used to do
14 Oct 2019 14:33:00
Shay Akai
14 Oct 2019 14:37:42
John Vlieger
yeah. that one
14 Oct 2019 14:38:01
John Vlieger
or is that a home brew of yours
14 Oct 2019 14:38:13
Shay Akai
1.200
14 Oct 2019 14:38:20
Shay Akai
14 Oct 2019 14:38:35
Shay Akai
Btw, I talked to Luke.

14 Oct 2019 14:39:07
John Vlieger
yeah? get it figured out?
14 Oct 2019 14:39:19
Shay Akai
No
14 Oct 2019 14:39:28
Shay Akai
He wants me to send him my bad barrels so he can test himself
14 Oct 2019 14:39:42
Shay Akai
Doesn't trust the lab report
14 Oct 2019 14:39:53
Shay Akai
I can't send him the bad barrels for fear he won't send them back
14 Oct 2019 14:40:04
Shay Akai
So I will go the insurance route. I gave him a chance to help me out.
14 Oct 2019 14:40:34
Shay Akai
Btw, two of the barrels I have to replace this week are IMM type, just FYI
14 Oct 2019 14:42:48
John Vlieger
they outsource their heat treat. the barrels you're looking at, did they all come from 1 batch or another?
14 Oct 2019 14:48:00
Shay Akai
No bud, multiple batches
14 Oct 2019 14:49:10
Shay Akai
He doesn't heat treat the barrels
14 Oct 2019 14:49:17
Shay Akai
He heat treats the raw steel
14 Oct 2019 14:49:25
John Vlieger
not according to what he's told me. barrels get made from blanks, then heat treat, then polish,. then shipment
14 Oct 2019 14:49:59
John Vlieger
heat treat is on Wednesdays, i know that.

249