John Vlieger
i am pretty anal about checking my guns over when i clean them every 500 or so rounds. that line was hiding in the cerakote. the line on the side of the slide was what I noticed firstr
22 Oct 2019 9:57:44
Shay Akai
When a gun self destructs, you never know what started it
22 Oct 2019 9:58:21
John Vlieger
how about this. you send me a pair of bad barrels, i'll forward them on to Luke and ask him to take a look.
22 Oct 2019 12:46:38
Shay Akai
No
22 Oct 2019 12:53:36
Shay Akai
I can send them to an independent lab
22 Oct 2019 12:53:52
Shay Akai
But at this point, no bad barrels are going back to Luke
22 Oct 2019 12:54:09
John Vlieger
Can I ask why you wouldn't send a barrel that is unuseable to him for inspection?
22 Oct 2019 13:17:22
John Vlieger
even if I volunteered to pay to have the barrel shipped to Luke for evaluation
22 Oct 2019 13:43:35
Shay Akai
Because the barrels are my evidence
22 Oct 2019 13:53:22
John Vlieger
how many of them do y ou have
22 Oct 2019 13:53:39
Shay Akai
If Luke doesn't believe lab results or me, then I question his intentions
22 Oct 2019 13:53:49
Shay Akai
I have a ton of them
22 Oct 2019 13:53:57
Shay Akai

252

Luke could have said "dude, I know you, I understand the lab results. You have bought a shit ton of barrels from us. Let me help. What barrels do you need right NOW"
22 Oct 2019 13:54:47
John Vlieger
If you were in his shoes, wouldn't you want to see the barrels? Lemme put it this way. I, John Vlieger, buy one of your guns. I tell you "Shay, the barrel is jacked." wouldn't you want to see the gun?
22 Oct 2019 13:56:09
Shay Akai
I get in front of issues as much as I can
22 Oct 2019 13:56:41
Shay Akai
If you have a bad part, as in this case, I send you a freebie, keep the old one
22 Oct 2019 13:57:03
Shay Akai
If I need the old one back, I send you a freebie, send me the old one back
22 Oct 2019 13:57:20
Shay Akai
Let me send you a replacement first. Deal with the old one later
22 Oct 2019 13:58:09
John Vlieger
from my convo with Luke, he was a digital Rc tester. His heat treat is done off-site at Nevada Heat Treat, after the barrels are made, and are tested by Nevada Heat Treat and KKM themselves. Not 100% tested, but 50-75% of them are. If there is something going on with the process, he needs to get a handle on it as well.
22 Oct 2019 13:59:08
Shay Akai
The way he said it over the phone was "I have been doing it for 25 years, never had a soft barrel, no way I have a soft barrel, send me the bad barrels and I will tell you if you are right"
22 Oct 2019 13:59:38
John Vlieger
and if you have a ton of barrels, man, it's not going to hurt your case to be without one for a while. Let him take a look, at the same time you can send one for independent testing.
22 Oct 2019 13:59:52
Shay Akai
Over the phone he said that he tests the hockey pock and not the barrel. He also said that he heat treats them in batches.
22 Oct 2019 14:00:46

**Shay Akai**
I have informed him before Nats. I sent lab reports. Zero replies.
22 Oct 2019 14:01:11
**John Vlieger**
as I said on the phone, I don't know enough about gun building or barrel manufacturing to tell asshole from elboes, man. all I'm trying to do is get this shit figured out.
22 Oct 2019 14:01:20
**Shay Akai**
I understand
22 Oct 2019 14:01:45
**Shay Akai**
I gave him a chance. As soon as I found out
22 Oct 2019 14:02:03
**Shay Akai**
I got the "IDGAF" treatment
22 Oct 2019 14:03:01
**Shay Akai**
I have sent the actual lab results. Got an email saying printed and put on bosses desk
22 Oct 2019 14:05:12
**Shay Akai**
Zero replies
22 Oct 2019 14:05:18
**John Vlieger**
Shay, send him a barrel to eval. at the same time get one evaluated independently. Call it operating in good faith. if you do end up involving the courts it will only help you.
22 Oct 2019 14:05:35
**John Vlieger**
I've gotten zero replies from $20,000 orders from him, as well.
22 Oct 2019 14:05:50
**Shay Akai**
I have already used an independent lab. Two of them.
22 Oct 2019 14:06:06
**Shay Akai**
Two separate ones
22 Oct 2019 14:06:20
**Shay Akai**
Good faith would have been "how many barrels you need to take care of customers?"
22 Oct 2019 14:06:43
**Shay Akai**

254

Those four barrels I am buying from you are replacements, not for new builds...
22 Oct 2019 14:07:21
John Vlieger
and I'm still saying you should send one in and have him eval it.
22 Oct 2019 14:09:22
John Vlieger
if i was in his shoes and a customer was telling me that I have a serious problem with God knows how much stock that is out on the wild, I would want to see it myself too, to make sure i knew exactly what was going on
22 Oct 2019 14:10:01
John Vlieger
I'm on the sidelines here, but I'm invested in both of you. And I'm telling you that was he's asking for isn't out in the wild blue, man.
22 Oct 2019 14:15:17
Shay Akai
I can send more independent lab reports
22 Oct 2019 14:20:07
Shay Akai
I told him on the phone that I am in trouble and guns are breaking because of soft barrels
22 Oct 2019 14:20:59
Shay Akai
Zero help
22 Oct 2019 14:21:05
Shay Akai
He has one possible course of action now
22 Oct 2019 14:26:23
Shay Akai
He can talk to my attorney and give him his insurance info
22 Oct 2019 14:26:46
John Vlieger
I spoke with Luke again today, after I got off of work. He's planning on giving you a call tomorrow morning his time.
22 Oct 2019 19:22:23
Shay Akai
Ok, thanks
22 Oct 2019 19:22:55
Shay Akai
23 Oct 2019 11:24:02
Shay Akai
Tested by an engineer at Hendricks Motorsports

23 Oct 2019 11:24:12
Shay Akai
That's now four different testers in four different locations
23 Oct 2019 11:31:18
John Vlieger
not gonna comment on that, bud. seriously. i can't anymore. i will say this, though regarding the images you just sent me
23 Oct 2019 11:43:00
John Vlieger
23 Oct 2019 11:43:02
John Vlieger
https://westportcorp.com/blogs/rockwell/hardness-measurement
23 Oct 2019 11:43:07
John Vlieger
as i attempt to educate myself more on the topic
23 Oct 2019 11:43:23
Shay Akai
I know and we tested the flats as well. Zero difference
23 Oct 2019 11:43:49
Shay Akai
The "correction" is a fraction
23 Oct 2019 11:44:23
John Vlieger
talk to Luke, Shay. Please. if he doesn't call you by about 4pm your time, let me know.
23 Oct 2019 11:45:05
Shay Akai
Zero phone calls so far
23 Oct 2019 11:47:44
John Vlieger
you know he's east coast, right?
23 Oct 2019 11:47:52
John Vlieger
i mean west coast
23 Oct 2019 11:47:55
Shay Akai
Nevada, sure
23 Oct 2019 11:48:01
Shay Akai
23 Oct 2019 11:48:16
Shay Akai

256

Pictures getting sent to me now
23 Oct 2019 11:48:28
John Vlieger
looks like someone blew up their barrel
23 Oct 2019 11:49:15
Shay Akai
Yes
23 Oct 2019 11:49:32
Shay Akai
Bud, you asked me to tell you if I don't get a phone call by 4
23 Oct 2019 16:11:15
John Vlieger
I sent him an email right before I got off work
23 Oct 2019 20:23:59
Shay Akai
Cool. Thanks bud
23 Oct 2019 20:25:58
Shay Akai
It's on him, not you
23 Oct 2019 20:26:10
John Vlieger
I was instructed by Chuck to stay out of this from here on out. Seriously. And we appreciate the info/heads up, and we are watching, but can't get involved for the time being
23 Oct 2019 20:26:58
Shay Akai
He is smart
23 Oct 2019 20:28:02
Shay Akai
Again, the only reason I involved you was because I watch your back
23 Oct 2019 20:28:19
Shay Akai
I never blamed you or asked you for anything
23 Oct 2019 20:28:29
Shay Akai
My goal was to warn you
23 Oct 2019 20:28:47
Shay Akai
Frankly, there is NOTHING you CAN do.
23 Oct 2019 20:29:04
John Vlieger

257

your order is going out today, combined with the other order. signature required, saved you $10 on shipping
24 Oct 2019 13:20:32
Shay Akai
Thanks sweetheart
24 Oct 2019 13:22:04
John Vlieger
its what we do
24 Oct 2019 13:22:21
Shay Akai
I know, I appreciate it
24 Oct 2019 13:22:33
Shay Akai
What do you want to do about barrels, unmolested, original packaging, but tested below spec?
24 Oct 2019 13:22:54
Shay Akai
Can you take them back?
24 Oct 2019 13:23:01
John Vlieger
that would be a you and chuck convo. he's probably going to say wait and see what happens in that regard. if its a MFR warranty thing, our default is get the MFR involved and they handle the exchange/warranty/etc
24 Oct 2019 13:23:48
Shay Akai
Oh, have the MFR call me
24 Oct 2019 13:24:08
Shay Akai
Bahahaha
24 Oct 2019 13:24:10
Shay Akai
No worries, will talk to Chuck about it or add to the pile of shit I am going to make them pay for :)
24 Oct 2019 13:25:27
Shay Akai
Btw, for your education, call up Kart and ask them how they heat treat barrels
24 Oct 2019 13:25:48
John Vlieger
like i said, from speaking with KKM, they get annealed steel in, test the Rc on that steel, then make barrels, then have an off site heat treat company heat treat, who does their testing, then KKM does Rc testing on site to spot check as well

258

24 Oct 2019 13:26:55
John Vlieger
and i ordered Kart today. by phone. because fax or phone is the only way they handle orders
24 Oct 2019 13:27:23
Shay Akai
Lol
24 Oct 2019 13:28:27
Shay Akai
They are way old school
24 Oct 2019 13:28:33
Shay Akai
28 Oct 2019 11:57:07
Shay Akai
I am going to send one back, cool?
28 Oct 2019 11:57:39
John Vlieger
You need to talk to Chuck about that. I can't give you a good answer
28 Oct 2019 12:30:05
Shay Akai
Ok
28 Oct 2019 12:40:19
Shay Akai
I sent him the pics and a message
28 Oct 2019 12:43:36
John Vlieger
775.246.5444
28 Oct 2019 15:14:57
John Vlieger
just talked to Luke. he'd like you to give him a call'
28 Oct 2019 15:15:08
Shay Akai
Eh?
28 Oct 2019 15:15:09
John Vlieger
he tried calling the shop on friday, it kept ringing
28 Oct 2019 15:15:28
John Vlieger
just passing it along. he's available now
28 Oct 2019 15:15:33
Shay Akai

259

Thank you
28 Oct 2019 15:15:39
John Vlieger
he's ready to talk today.
28 Oct 2019 15:17:01
Shay Akai
28 Oct 2019 15:18:03
Shay Akai
Voicemail
28 Oct 2019 15:18:07
John Vlieger
try again. he was just on the phone with me,
28 Oct 2019 15:18:56
Shay Akai
Off the ohone5
28 Oct 2019 15:40:49
Shay Akai
Phone
28 Oct 2019 15:40:52
Shay Akai
Same answer as before "if the barrel is soft, we will replace it"
28 Oct 2019 15:41:09
John Vlieger
so, are you going to send him a barrel?
28 Oct 2019 15:46:04
Shay Akai
A split one, sure
28 Oct 2019 15:50:25
Shay Akai
He also told me that SC requested a dimple and a QC card with each barrel
28 Oct 2019 15:52:01
Shay Akai
I think that is a step in the right direction for you guys
28 Oct 2019 15:52:32
John Vlieger
I think no matter what, whoever is right, and whatever happens, with the post you've made we wouln't be able to sell any without it
28 Oct 2019 15:53:24
John Vlieger
did you tell Luke you would send a split one?
28 Oct 2019 15:53:42

**John Vlieger**
and what do you mean split, like long ways?
28 Oct 2019 15:53:48
**Shay Akai**
He also said you sent the pics I send you to Bunker and Bunker sent them to him
28 Oct 2019 15:54:55
**Shay Akai**
Yea, I will cold saw split one
28 Oct 2019 15:55:26
**John Vlieger**
I've talked to Bunker, yes. as an independent input on this
28 Oct 2019 15:55:49
**Shay Akai**
The post I made was legit. I informed you, Chuck and Luke a long time ago. none of you have offered any help.
28 Oct 2019 15:56:09
**Shay Akai**
I have tried very hard to get some help, none of you stepped up
28 Oct 2019 15:56:30
**Shay Akai**
Not even a tiny bit
28 Oct 2019 15:56:38
**John Vlieger**
what were we going to do? We are not gunsmiths or metalurgists
28 Oct 2019 15:56:42
**John Vlieger**
or barrel manufacturers
28 Oct 2019 15:56:48
**Shay Akai**
Perfect example was this morning John
28 Oct 2019 15:57:05
**Shay Akai**
I bought barrels to replace other barrels
28 Oct 2019 15:57:14
**John Vlieger**
you want the truth, Shay? Another smith had barrels inspected, and they came up soft. they were sent to KKM, who had their certified heat treat facility test them with their certified machines, and they came back in spec
28 Oct 2019 15:57:38
**Shay Akai**
I tested them, tiny dimple. One was out of spec and you guys won't take it back

28 Oct 2019 15:57:41
Shay Akai
John, that is a shocker :)
28 Oct 2019 15:58:00
Shay Akai
Think buddy
28 Oct 2019 15:58:04
John Vlieger
we don't take barrels back, period. we make exceptions occasionaly
28 Oct 2019 15:58:07
John Vlieger
https://www.shootersconnectionstore.com/Policies.aspx
28 Oct 2019 15:58:19
Shay Akai
I understand,but that would have helped me out
28 Oct 2019 15:58:26
John Vlieger
"We do not accept returns on any barrel due to us not being able to discern the newness of the part"
28 Oct 2019 15:58:28
John Vlieger
What im getting at is that this is between you and KKM. I have done my absolute best to facilitate you two getting together
28 Oct 2019 15:58:53
John Vlieger
I mean that.
28 Oct 2019 15:58:59
Shay Akai
I know John
28 Oct 2019 15:59:05
John Vlieger
I want this worked out. for your benefit, for KKM to sell barrels, and for us to make both of those goals happen
28 Oct 2019 15:59:18
Shay Akai
And you were the first phone call I made
28 Oct 2019 15:59:41
Shay Akai
To protect you, to warn you
28 Oct 2019 15:59:51
John Vlieger

262

but Im telling you, as I've said from the start. No MFR is going to blind faith send thousands of dollars in product without inspecting the failed part
28 Oct 2019 15:59:52
John Vlieger
and I talked to Luke, face to face, the very next week
28 Oct 2019 16:00:14
Shay Akai
A little help from SC or KKM would have gone a long way
28 Oct 2019 16:00:58
Shay Akai
STI called and offered me free barrels dude
28 Oct 2019 16:01:08
Shay Akai
Legit, what ever I need
28 Oct 2019 16:01:16
Shay Akai
Free
28 Oct 2019 16:01:18
John Vlieger
Oh? you know they fucked Bobby on slides ,right?
28 Oct 2019 16:01:20
Shay Akai
Zero charge
28 Oct 2019 16:01:25
Shay Akai
Free bud
28 Oct 2019 16:01:30
Shay Akai
And they did not fuck Bobby. They have a policy with weight
28 Oct 2019 16:02:10
John Vlieger
Uh uh. we aint talking about weight
28 Oct 2019 16:02:20
Shay Akai
I don't care about Bobby
28 Oct 2019 16:02:30
John Vlieger
their new policy is if there is ANY CUTS besides sights, no exchange
28 Oct 2019 16:02:33
Shay Akai
They offered me free to help me out

28 Oct 2019 16:02:39
Shay Akai
SC won't take back a barrel I got today and tested today.
28 Oct 2019 16:03:12
John Vlieger
once again. If you send barrels to KKM, and they inspect, and their certified heat treater says the barrel is bad?
28 Oct 2019 16:03:13
John Vlieger
do you think they will lie?
28 Oct 2019 16:03:35
Shay Akai
I have four testers that say they did
28 Oct 2019 16:03:57
Shay Akai
Because, in theory, these barrels were already tested
28 Oct 2019 16:04:14
John Vlieger
did you talk to Luke about how they test barrels?
28 Oct 2019 16:04:29
John Vlieger
or Bunker?
28 Oct 2019 16:04:33
Shay Akai
Bunker is not an expert
28 Oct 2019 16:04:49
Shay Akai
I talked to Chuck Warner, he is an actual expert
28 Oct 2019 16:05:02
Shay Akai
And we tested the barrels in every which way. The results are within 1/2 a point
28 Oct 2019 16:05:29
Shay Akai
Not 10 points off
28 Oct 2019 16:05:58
Shay Akai
Call up Warner and ask him
28 Oct 2019 16:06:30
Shay Akai
I know you have his number
28 Oct 2019 16:06:42

John Vlieger
I talked to Luke about testing. And the way they test, and why. Im not a metalurgist. Or machinist. I'm going off of the expert opinion I have access to, which is the manufacturer of the barrels. they explain how, and why they test where they do. the smith that sent barrels in? the ones that tested low? they tested about an inch in from the threading, and essentially squished the barrel in.
28 Oct 2019 16:08:13
John Vlieger
they get to KKM, and Luke has the certified heat treater test the barrels on equipment and fixturing meant for it, and get a measurement within .5-.8 RC of where it's supposed to be
28 Oct 2019 16:09:04
John Vlieger
What are we supposed to do in this situation, Shay?
28 Oct 2019 16:09:39
Shay Akai
You? Or KKM?
28 Oct 2019 16:09:57
John Vlieger
Us. We hardly have any barrels as it is. I, me not Chuck, did everything I could to get you in touch with KKM and let him know whats up to get you taken care of. Like any other warranty question we get here.
28 Oct 2019 16:10:58
John Vlieger
I think you need to book a plane ticket to Nevada, and bring your barrels with you
28 Oct 2019 16:11:24
Shay Akai
And I never had an issue with you John and you know that
28 Oct 2019 16:11:35
John Vlieger
because there is going to be zero resolution with lawyers involved without that, I feel
28 Oct 2019 16:11:37
John Vlieger
without lawyers invovled*
28 Oct 2019 16:11:52
Shay Akai
Remember this started by me being your friend and letting you know first, so you don't get in trouble
28 Oct 2019 16:12:11
Shay Akai
I don't ask anything from you

265

==28 Oct 2019 16:12:30==
==Shay Akai==
==Today was the first time I asked something from SC==
==28 Oct 2019 16:12:42==
==Shay Akai==
==Today was my first request==
28 Oct 2019 16:13:01
John Vlieger
what about this. I have a request for you
28 Oct 2019 16:13:24
Shay Akai
Ok
28 Oct 2019 16:13:32
John Vlieger
you box that out of spec barrel up, the one you want to return
28 Oct 2019 16:13:37
Shay Akai
Yes
28 Oct 2019 16:13:45
John Vlieger
and ship it to KKM for them to test.
28 Oct 2019 16:13:46
John Vlieger
I, me, John Vlieger, will send one of my barrels that Pat has to you
28 Oct 2019 16:14:01
John Vlieger
same spec. C/P ramp 5.0 threaded hybrid
28 Oct 2019 16:14:14
John Vlieger
once Luke has it, and is able to have his heat treater run a cert on it
28 Oct 2019 16:14:35
John Vlieger
once he has it, you get my barrel
28 Oct 2019 16:14:56
John Vlieger
regardless of the outcome of the test
28 Oct 2019 16:15:00
Shay Akai
Sorry, phone
28 Oct 2019 16:15:16
Shay Akai