> This seals it

> I see Luigi's influence



> is that on a 17 rounder?

> I dunno. It's a mag



> said like a true gun assembler

> It's a fucking plastic gun

> I think they will sell well

OCT 9, 2019 AT 12:45 PM







i talked to Luke about that a little. you're supposed to measure it on a flat spot, like the side of the lug/link area

Lol, doesn't matter

It's fucking 34

> Lol, doesn't matter

> It's fucking 34

it does according to him



i aint a smith, or machinist, or whatever. just passing along the info





Like that?







Lower...

OCT 9, 2019 AT 1:16 PM



yup. hit up Luke, meng. i dunno whats up



yup. hit up Luke, meng. i dunno whats up



Broken guns....

OCT 14, 2019 AT 2:32 PM