



2:45                    🔵 🔇 📶 70%

‹ **Nathan Carter**
  8:17 AM, Dec 18

Nathan, using this method of a spot anvil testing on the lower lug should result in 40RC(+ or - 2) for the BQ5 steel and 45-46RC for the Outokumpu 416R. Remember that Cryogenically treating the barrel can drop the RC by 2. Since you didn't order from us I have no idea which type you have. If you have any questions please let me know. ¿Thx¿Luke

📋 Copy text          🔗 Share          ⋮ More

Ⅲ            ◯            ‹

2:44

< (N) **Nathan Carter** ⌄                    ⋮





MMS

Nathan, using this method of a spot anvil testing on the lower lug should result in 40RC(+ or - 2) for the BQ5 steel and 45-46RC for the Outokumpu 416R. Remember that Cryogenically treating the barrel can drop the RC by 2. Since you didn't order from us I have no idea which type you have. If you hav



View all

Next is the picture from KKM

  +                              ☺ ⫿⫼⫿





8:52

89%

**Steven**
Active Now

He's a hack. A sleazeball. A liar. And a horrible gunsmith

No disagreements from me.

Glad we are on the same page

MAY 23 AT 3:35 PM

Well.
Over the last 12 years or so, I've bought guns from quite a few different builders.

I've never considered buying one from shay.

That's all I'll say about that.

MAY 24 AT 7:24 PM

Those 147 grain JHP are a regular item, right? Not special order or what have you?

Was gonna post about em

MAY 24 AT 8:06 PM

Aa