The running joke is that the wife bought the house, and I bought the garage. Need a buffing wheel, more electric ran, an air compressor installed and lines ran, and that's about it. It's a 30x60 on a concrete pad. With an engine hoist. On 18 acres. I love it
27 Oct 2019 21:02:52
Brandan Bunker
Thats awesome
27 Oct 2019 21:03:17
John Vlieger
The previous owner was a mechanic
27 Oct 2019 21:03:27
Brandan Bunker
I'm in Florida and it is very hard or very expensive to come by property
27 Oct 2019 21:03:58
John Vlieger
I paid $260k for the whole thing. I over paid a little I think.
27 Oct 2019 21:04:51
John Vlieger
I'm on city water, but septic.
27 Oct 2019 21:04:59
Brandan Bunker
I think 18acres alone would cost that here
27 Oct 2019 21:05:45
Brandan Bunker
Without the house and garage
27 Oct 2019 21:05:58
John Vlieger
I'm northwest of Lexington KY. Land is pretty cheap
27 Oct 2019 21:15:29
John Vlieger
Thanks for the kind words, man. I appreciate it. And it helps me appreciate what I have
27 Oct 2019 21:15:44
Brandan Bunker
Definitely nice.
27 Oct 2019 21:16:59
John Vlieger
key difference, you used a chamber insert. and, it looks like you actually calibrated your machine, too. imagine that
29 Oct 2019 12:31:35
John Vlieger
29 Oct 2019 12:31:37

32

**Brandan Bunker**
yeah, makes a difference
29 Oct 2019 12:33:14
**Brandan Bunker**
i also used the v block that came with the machine
29 Oct 2019 12:33:20
**John Vlieger**
you could make note of that in your post. talk about how when testing a cylinder you need to shore up the bore and test with appropiate fixturing.
29 Oct 2019 12:43:13
**Brandan Bunker**
I added the instructions
29 Oct 2019 16:08:10
**Brandan Bunker**
Lmao
29 Oct 2019 16:08:12
**John Vlieger**
nice.
29 Oct 2019 16:10:16
**Brandan Bunker**
so did the whole kkm barrel thing just disappear ?
7 Nov 2019 17:08:14
**Brandan Bunker**
i havent heard a peep more about it this week
7 Nov 2019 17:08:28
**John Vlieger**
No idea. I've been busy, myself
7 Nov 2019 17:09:29
**Brandan Bunker**
i have too
7 Nov 2019 17:10:30
**John Vlieger**
7 Nov 2019 22:04:29
**Brandan Bunker**
7 Nov 2019 22:05:07
**John Vlieger**
12 Nov 2019 22:37:23
**Brandan Bunker**
12 Nov 2019 22:37:43
**Brandan Bunker**
so shay suing you now?

33

10 Dec 2019 9:14:42
John Vlieger
Sent a demand letter yesterday
10 Dec 2019 9:21:20
John Vlieger
Who'd you hear it from?
10 Dec 2019 9:21:26
Brandan Bunker
it was on 2011 universe last night for a brief moment
10 Dec 2019 9:21:45
Brandan Bunker
no court is going to hold you liable as a retailer, especially when there still is not sufficient or any real evidence of defective parts. what a shit show
10 Dec 2019 9:23:06
Brandan Bunker
not like your name is on them or you knowingly sold defects
10 Dec 2019 9:23:55
John Vlieger
I think it's a hail Mary pass from him.
10 Dec 2019 9:25:42
John Vlieger
Also, he has yet to send a single barrel to KKM
10 Dec 2019 9:25:52
Brandan Bunker
yeah, he must have himself pinned in a corner
10 Dec 2019 9:26:51
John Vlieger
12 Dec 2019 12:37:07
John Vlieger
who's slide?
12 Dec 2019 12:37:11
Brandan Bunker
this is a remsport slide
12 Dec 2019 12:38:02
John Vlieger
needed a lot of work?
12 Dec 2019 12:38:09
Brandan Bunker
not too bad
12 Dec 2019 12:38:26
Brandan Bunker

34