just the steppover
12 Dec 2019 12:38:40
John Vlieger
might hit them back up, then. gotta go back through my notes
12 Dec 2019 12:38:59
John Vlieger
you hear anything else about this Shay/KKM bs?
12 Dec 2019 12:39:09
Brandan Bunker
not yet
12 Dec 2019 12:39:16
John Vlieger
hear that his lawyer sent some letters out?
12 Dec 2019 12:43:17
Brandan Bunker
yes i did hear that
12 Dec 2019 12:46:29
John Vlieger
k. wanted to make sure you're informed of the lengths he has gone to. and he has still not sent a barrel to KKM
12 Dec 2019 12:48:18
Brandan Bunker
it is nuts man
12 Dec 2019 12:52:16
Brandan Bunker
that guy is unhinged
12 Dec 2019 12:52:24
John Vlieger
do you order the majority of your KKM barrels direct from them, or from distributors?
18 Dec 2019 12:49:05
Brandan Bunker
Direct usually. Unless i need something fast
18 Dec 2019 12:52:15
John Vlieger
thats what i figured. i had a good chat with Luke at KKM today
18 Dec 2019 12:53:07
John Vlieger
if you order direct from their website, you usually get the standard grade 416R steel. we have been getting the 416R BQ5 grade steel, which is specced lower hardness
18 Dec 2019 12:53:36

35

John Vlieger
in the 38-40 range
18 Dec 2019 12:53:46
Brandan Bunker
Interesting.
18 Dec 2019 12:54:21
Brandan Bunker
Still within ordnance spec
18 Dec 2019 12:54:31
John Vlieger
correct. however, it muddies the waters
18 Dec 2019 12:55:02
John Vlieger
and Shay never ordered direct
18 Dec 2019 12:55:08
John Vlieger
however, this has been their standard practice for years
18 Dec 2019 12:55:15
John Vlieger
i'm tempted to pull a barrel out of one of hte oldest CK arms open guns we have here and have it checked, for a control from an older barrel
18 Dec 2019 12:55:35
John Vlieger
be like "Shay...you've been using 38-40 Rc barrels for years
18 Dec 2019 12:55:46
Brandan Bunker
Well Shays problem is improper installation
18 Dec 2019 12:55:46
John Vlieger
you really think he's ever going to admit that?
18 Dec 2019 12:55:57
John Vlieger
did he recently figure out he's been installing them wrong or something?
18 Dec 2019 12:56:16
Brandan Bunker
Well it will come out if pushed in a court setting
18 Dec 2019 12:56:16
Brandan Bunker
I honestly thing someone called him out on it... and he recently had Chuck Warner do some consulting for him
18 Dec 2019 12:57:00

Brandan Bunker
Maybe he realized or was told then
18 Dec 2019 12:57:09
Brandan Bunker
Chuck was the one who brought all this to me on a side note
18 Dec 2019 12:57:27
John Vlieger
supposedly Chuck is one who tested them and verified they were soft
18 Dec 2019 12:57:47
Brandan Bunker
Chuck doesn't have a tester
18 Dec 2019 12:57:58
Brandan Bunker
All the pics of testing was Shay testing himself
18 Dec 2019 12:58:31
Brandan Bunker
Which were all done incorrectly anyways
18 Dec 2019 12:58:53
John Vlieger
he also had some tests done on a Starrett tester by a mutual friend of ours. incorrectly
18 Dec 2019 12:59:17
John Vlieger
i got that friend in touch with KKM, he re did the tests today on the same barrel.
18 Dec 2019 12:59:30
John Vlieger
went from 34-39 Rc, to a consistent 37.9 Rc
18 Dec 2019 12:59:41
Brandan Bunker
18 Dec 2019 12:59:58
John Vlieger
KKM recommends the BQ5 grade for match guns. gets better accuracy, according to Luke at KKM
18 Dec 2019 13:01:08
Brandan Bunker
I've gotten fantastic results from both
18 Dec 2019 13:01:52
John Vlieger
good to hear
18 Dec 2019 13:01:57
Brandan Bunker
Better than Kart

37

18 Dec 2019 13:02:02
John Vlieger
he claims that in one gun an upper lug sheared off. i take it barrel fitment could do that pretty easily?
18 Dec 2019 13:21:01
Brandan Bunker
Yes
18 Dec 2019 13:33:44
Brandan Bunker
Timing issue
18 Dec 2019 13:33:59
John Vlieger
milling the lower lug back too far to extend lockup?
18 Dec 2019 13:44:18
Brandan Bunker
Yes. He overcuts them 0.030-0.050"
18 Dec 2019 13:45:29
Brandan Bunker
Among other things
18 Dec 2019 13:48:06
John Vlieger
like i said. get him to admit that is why guns were failing
18 Dec 2019 13:48:23
John Vlieger
i shoot with one of his employees occasionally. definitely gonna liquor him up some day and get him to spill the beans
18 Dec 2019 13:48:41
Brandan Bunker
18 Dec 2019 13:49:23
Brandan Bunker
anything more with Shaydy
3 Jan 2020 14:05:49
John Vlieger
not since the demand lletter
3 Jan 2020 14:06:39
Brandan Bunker
well thats good
3 Jan 2020 14:11:33
Brandan Bunker
annoying
3 Jan 2020 14:11:36

38

Brandan Bunker
i see he has been getting blasted pretty hard on social media recently
3 Jan 2020 14:11:47
John Vlieger
i havent seen as much. where you seeing that?
3 Jan 2020 14:12:11
Brandan Bunker
people just send me clips of it
3 Jan 2020 14:13:14
John Vlieger
like screen caps on FB or in Messenger?
3 Jan 2020 14:14:19
Brandan Bunker
yeaah
3 Jan 2020 14:14:31
John Vlieger
i see some memes, but mostly privately sent to me. care to share any ?
3 Jan 2020 14:14:38
John Vlieger
you ever heard of Optimum Manufacturing?
8 Jan 2020 15:30:15
Brandan Bunker
Yes
8 Jan 2020 15:31:15
John Vlieger
any feedback on their slides?
8 Jan 2020 15:31:35
Brandan Bunker
They can build a beautiful slide. But in think still ironing out consistency
8 Jan 2020 15:33:34
John Vlieger
alright. much appreciate
8 Jan 2020 15:34:37
Brandan Bunker
i am going to start using them, but i have the ability to test and verify, if i were buying quantities I might give it a few
8 Jan 2020 15:35:34
Brandan Bunker
the owner/machinist is a talented guy
8 Jan 2020 15:35:46
Brandan Bunker

39

so I hope he does well
8 Jan 2020 15:35:51
John Vlieger
alright. so, hold off for now. good to know
8 Jan 2020 15:36:06
Brandan Bunker
if you can i would... if you feel like checking them out as they come in then proceed
8 Jan 2020 15:36:51
Brandan Bunker
but i dont think you have the time for that
8 Jan 2020 15:36:59
John Vlieger
correct
8 Jan 2020 15:37:03
Brandan Bunker
i heard KKM sent a C & D
10 Jan 2020 16:01:11
John Vlieger
from who did you hear that, if you don't mind me asking?
10 Jan 2020 16:01:30
John Vlieger
I know Shay has sent out Cease and Desist letters
10 Jan 2020 16:01:45
Brandan Bunker
Dame
10 Jan 2020 16:02:20
John Vlieger
ah. KKM sent a reply to Shay's lawyer, yes. much in the same vein as the one we sent
10 Jan 2020 16:02:48
John Vlieger
there might have been some C&D style verbiage in there
10 Jan 2020 16:03:01
Brandan Bunker
well good
10 Jan 2020 16:03:09
Brandan Bunker
glad to hear that
10 Jan 2020 16:03:15
Brandan Bunker

40

there is some other shit that has been pulled up that Shay may be involved in a moving company out of miami that has scammed some people out of their belongings/money. weird shit
10 Jan 2020 16:03:54
John Vlieger
back in 2006, yeah
10 Jan 2020 16:04:03
Brandan Bunker
oh ok so that wasnt recent, still weird shit
10 Jan 2020 16:04:17
Brandan Bunker
that guy has been involved in so much shady shit, i know he was part of an investors group and was witholding or scamming dividends
10 Jan 2020 16:04:51
Brandan Bunker
he is now blaming one of the powder companies for broken slides
10 Jan 2020 16:05:29
Brandan Bunker
dude seems like a thorn in everyones foot
10 Jan 2020 16:05:52
John Vlieger
huh? he's blaming powder company for broken slides? thats the first ive heard of that
10 Jan 2020 16:13:09
Brandan Bunker
yeah
10 Jan 2020 16:15:40
John Vlieger
where you seen this?
10 Jan 2020 16:15:49
Brandan Bunker
for a change in formula that is causing over pressure scenario
10 Jan 2020 16:16:05
Brandan Bunker
it was right on his facebook page
10 Jan 2020 16:17:14
John Vlieger
in your opinion, would that crack slides, or would it destroy the barrel first?
10 Jan 2020 16:17:17
Brandan Bunker
destroy a barrel
10 Jan 2020 16:17:31

41

John Vlieger
i havent seen it on his FB page
10 Jan 2020 16:17:47
Brandan Bunker
it was on there this morning
10 Jan 2020 16:19:28
John Vlieger
You sent an attachment.
16 Jan 2020 15:54:41
Brandan Bunker
saw it
16 Jan 2020 16:09:14
John Vlieger
2 Feb 2020 8:32:20
John Vlieger
2 Feb 2020 8:32:24
John Vlieger
Now Chuck Warner is throwing his 2 cents in
2 Feb 2020 8:32:40
Brandan Bunker
Naturally
2 Feb 2020 8:36:58
Brandan Bunker
He think he thought things through with metalloy
2 Feb 2020 8:38:11
Brandan Bunker
But metalloy is soft and will not truly counter deflection. Thats why guage pins were recommended because they are incredibly hard.
2 Feb 2020 8:38:55
John Vlieger
I emailed him the KKM testing procedure, too. Doesn't look like he payed any attention
2 Feb 2020 8:40:06
John Vlieger
You ever heard of hydrogen embrittlement?
5 Feb 2020 20:22:43
Brandan Bunker
Yes
5 Feb 2020 20:24:23
John Vlieger
In barrels?

42