John

**I think shay is in over his head and sees the end**

I cannot comment on ongoing litigation

**Hes setting chuck up to be the guy that makes him go bankrupt**

**That way when he doesnt refund deposits its because hes the victim**

**Even though hes known he wont be building those guns for a bit**

I really don't know, man.

Seriously. I don't know. We placed an order with him just last week. Not a peep

**Why else make every other supplier not want to touch you**

 John

DEC 9, 2019 AT 9:44 PM

The post in 2011 universe has been deleted.

Ya david is kissing shays ass

The whole group is locked down

➡ John forwarded an image



 John

develops, please. I appreciate it. Chuck was pretty pissed off today, for good reason. This is a betrayal

And I can't publicly comment

DEC 10, 2019 AT 5:11 PM

Hey, you have any experience with Rc testing?

Not at the level required to shut shay up





 John   

That's the one print out he sent. E

 Me

That's a bill

 According to KKM, it's damn near impossible to get the steel they use to 49 Rc

Bot a report

See the second page for the report

And, regarding Scott's claim we don't warranty barrels... We don't warranty them because we don't fucking manufacture them

We have never allowed barrels back for return because we can't guarantee they haven't been fit

  John   

DEC 10, 2019 AT 7:17 PM




 


 

      

  

 John   



 I like where your brains at

DEC 10, 2019 AT 9:26 PM



DEC 12, 2019 AT 10:07 AM



 John

I'm working on another angle of this, too. I'll let you know when I can tell ya

I'd rather see shay get called out publicly for misleading everyone

 You know I can't be involved in that

I toyed with him a bit today

For many reasons

Chuck has been keeping me kinda appraised of what you're doing, but not specifica

 Specifics*

Pretty much keeping him on edge.

H_____'t got a cease and de____t yet

**John**

> What happened to 2011 universe

> Did Black cave that quick?

Yup

Shay told him to nuke it

He told me he wanted to stay out of the lawsuit, I'm like what suit?

Asked him to give me control of it but he wont

> Interesting. Looks like Warner is firmly in his camp too

Yup he wont let me post in 1911pro

Strange bedfellows those 2

DEC 18, 2019 AT 2:18 PM

> you're familiar with 416R

  John   

DEC 18, 2019 AT 2:18 PM

 you're familiar with 416R stainless i assume

DEC 18, 2019 AT 2:35 PM

Not really, just that I hate cutting it

well, KKM used 416R for some barrels, specifically the ones you order from the website because its more versatile, but harder to machine/fit

when you get a barrel from us, or other retailers, it is 99% chance it is 416R BQ5 (barrel quality 5) which was devloped at least in part by Will Shcumann.

which cannot be heat treated as heavily. usually comes out in the 40-42 range instead of 42-46 ish range

 

John

> Not really, just that I hate cutting it

well, KKM used 416R for some barrels, specifically the ones you order from the website because its more versatile, but harder to machine/fit

when you get a barrel from us, or other retailers, it is 99% chance it is 416R BQ5 (barrel quality 5) which was devloped at least in part by Will Shcumann.

which cannot be heat treated as heavily. usually comes out in the 40-42 range, instead of 42-46 ish range

so, lets assume you have a BQ5 barrel, but don't know it

then lets assume you don't have a super duper calibrated machine

and lets assume you test the

 John   

you order from the website because its more versatile, but harder to machine/fit

when you get a barrel from us, or other retailers, it is 99% chance it is 416R BQ5 (barrel quality 5) which was devloped at least in part by Will Shcumann.

which cannot be heat treated as heavily. usually comes out in the 40-42 range, instead of 42-46 ish range

so, lets assume you have a BQ5 barrel, but don't know it

then lets assume you don't have a super duper calibrated machine

and lets assume you test the barrel in a fucked up way

you're expecting 42-46 Rc. but you get 38



      

  



  John   

JAN 17, 2020 AT 7:44 PM

 Well... Looks like all the letters are out in the wild




Beautiful

I don't even know what to think anymore

Except one thing

 I never want to piss that man off



Lexington mafia is real

JAN 23, 2  3:52 PM

  Aa     

  

 John

 You should ask him when he's going to pay H and M black nitride for the coating they did for him. Never paid then claimed their coating cracked one of his slides. And I don't think he wants that. Chuck will bury him. So will KKM

Sounds about right

JAN 23, 2020 AT 4:31 PM

In Ohio?

 Yeah

How big is the bill?

Just one gun

JAN 23, 2020 AT 5:07 PM

My source is a gu_ _ot show. Give me a few days

← 🏃 John 📞 📹 ⓘ

**John:** did the KKm post in 2011 universal get deleted

**Me:** Was never there

**Me:** That was uspsa unofficial

**John:** no...not the KKM letter

**John:** 2011 universal was created after Black closed 2011 universe

**Me:** Correct

**John:** there was a post in there talking about hte drama

**John:** now its gone. only post in there is Keen's Honcho post

**Me:** Shit, didn't realize there was kkm stuff in the comments

**Me:** I nuked as i thought it was mostly a plug for 2011



John

there was a post in there talking about hte drama

now its gone. only post in there is Keen's Honcho post

Shit, didn't realize there was kkm stuff in the comments

I nuked it as i thought it was mostly a plug for 2011 universe

ok. just wanted to make sure it wasnt something sleazy going on

Well it is my page

But the sleazyness wont be to protect shay

JAN 27, 2020 AT 1:50 PM

