Very strange, I mean I could c where it could play a role I just haven€™t really experienced it
16 Sep 2019 18:21:07
John Vlieger
Could be in my head, I guess
16 Sep 2019 18:24:52
John Vlieger
But, I feel like I've noticed it before, too
16 Sep 2019 18:25:04
Cody Baker
The proof is on the paper man
16 Sep 2019 18:30:57
John Vlieger
It stopped dipping so low, that's for sure.
16 Sep 2019 18:31:13
John Vlieger
Regardless, it won't hurt to change to a new one before nats
16 Sep 2019 18:31:28
Cody Baker
Yea won€™t hurt a thing
16 Sep 2019 18:32:20
Cody Baker
I€™m playing round with 2 buffs right now
16 Sep 2019 18:32:31
==John Vlieger==
==Got your gat?==
==16 Sep 2019 18:33:12==
==Cody Baker==
==Yes sir==
==16 Sep 2019 18:33:25==
==Cody Baker==
==Shoots well==
==16 Sep 2019 18:33:31==
==John Vlieger==
==New design, or what you're used to==
==16 Sep 2019 18:33:33==
==Cody Baker==
==Actually shoots extremely well. New design I told shay what I wanted he made it happen, he busted his ass on this one==
==16 Sep 2019 18:35:33==
==Cody Baker==

157

Well kinda new design 5 vs 4.7 barrel government slide travel so u can use buffs or not
16 Sep 2019 18:36:06
Cody Baker
Between us, Iâ€™m extremely happy to b back
16 Sep 2019 18:39:50
John Vlieger
Glad you're happy, my dude. Really. Nats should be a fun experience.
16 Sep 2019 18:40:29
Cody Baker
Thanks buddy. It will Iâ€™m gonna b busting my ass this week in dry fire n live fire. Big change goin from 54.5 oz sv with sv grip to 60 oz gun pt classic grip n limcat magwell haha. But Iâ€™l b good to go for nats
16 Sep 2019 18:42:37
John Vlieger
Didn't like the cheely?
16 Sep 2019 18:42:54
John Vlieger
And I talked to Matt about his grips. He's got legacy grips with aggressive texture on the list
16 Sep 2019 18:43:16
Cody Baker
Havenâ€™t really fooled much with it yet Iâ€™ve always had good luck with the pt n thought maybe I should just roll with that for now
16 Sep 2019 18:43:52
Cody Baker
Nice!
16 Sep 2019 18:43:54
Cody Baker
U get ur extraction issue worked out
16 Sep 2019 18:57:08
John Vlieger
Yeah. It was my fault
16 Sep 2019 19:01:44
John Vlieger
My fucken fault
16 Sep 2019 19:01:53
John Vlieger
I fit a new FPS and messed with the hook a little bit too much
16 Sep 2019 19:02:12
John Vlieger

158