Shooting Sunday?
15 Jan 2021 19:02:07
Cody Baker
Yea
15 Jan 2021 19:02:12
John Vlieger
15 Jan 2021 19:02:14
Cody Baker
On on 21
15 Jan 2021 19:03:02
John Vlieger
Same
15 Jan 2021 19:04:52
Cody Baker
Good deal
15 Jan 2021 19:05:05
John Vlieger
Oh, and between you and I
15 Jan 2021 19:05:23
John Vlieger
Kkm has one of my guns right now
15 Jan 2021 19:05:29
John Vlieger
He's gonna prototype and install a tungsten hybrid
15 Jan 2021 19:05:44
Cody Baker
Oh nice dude Iâ€™l b anxious to hear what comes of that!
15 Jan 2021 19:06:07
John Vlieger
Me too. He's doing one up in steel first. Then trying tungsten. Still IMM length
15 Jan 2021 19:07:01
John Vlieger
I'm not shooting any majors until SS Nats, so I got time
15 Jan 2021 19:07:27
Cody Baker
Hopefully things will work out with it I think itâ€™l b pretty bad ass
15 Jan 2021 22:16:53
John Vlieger
Same. Trying a 2 port comp on it to try for reliability. Less weight, closer to the barrel. Titanium
15 Jan 2021 22:20:17

245

==Cody Baker==
==I think that's l b a pretty good ballance of barrel weight==
==15 Jan 2021 22:23:33==
==Cody Baker==
==But deff slightly slower impulse==
==15 Jan 2021 22:24:12==
==John Vlieger==
==I'm going to be starting from scratch a little, so if a change is going to be made now is the time==
16 Jan 2021 10:08:17
John Vlieger
But my wrist is healing up pretty well, man. Definitely better than the last one
16 Jan 2021 10:08:37
Cody Baker
Yes it will b a good time to make changes but you won't have any probs getting use to it
16 Jan 2021 10:14:02
Cody Baker
That's great news!
16 Jan 2021 10:14:08
John Vlieger
playing around in CO?
18 Jan 2021 14:20:38
Cody Baker
Yea I think I'm gonna play with it some, I bought a x5 the other day thinking real hard about shooting co and open nats
18 Jan 2021 14:35:27
John Vlieger
It's worth it
18 Jan 2021 14:46:27
Cody Baker
I think it'll really help having to focus more on points
18 Jan 2021 16:34:35
John Vlieger
Yep. I shot much fewer deltas than I thought I would in open after shooting CO
18 Jan 2021 18:05:11
Cody Baker
I'm gonna play with it some throughout the year too I think
18 Jan 2021 18:06:22
John Vlieger
21 Jan 2021 15:21:49

246