

**Dame Michael**
Active now

2/10/20, 7:09 PM

If you dont mind indulging my curiosity what was the comp thing with you and shay. Did he rip your design off or accuse you of stealing his?

Also, buy a shirt, it's not me

I dont know who

But I luv it

After I got my first machine, I offered to make comps for him. (trying to get into the parts mfg biz and all). I didn't do the best job, gave him his money back. He proceeded to rip me up on the internet and accuse me of trying to steal his design because he sent me the dimensions so I could make it for him.

And that's after he BS'd me with a super cheap price on the comps.

Which I matched because i was a noob

We've been digging here and there as of late

He screw a bunch of people over in the moving truck biz

Closed one company to start a new one with stuff in storage

Peoples electronics never showing up

He bought some grips from me over the last few months. I'm not selling him another thing after that KKM deal and the line of shit he spewed to me about it.

I'm surprised anyone deals with him with his history of skipping Bill's on top of this

Oh it was all prepaid, no way I was doing terms

I'm told he owes the dlc guy in ohio for 11 guns

Not surprised

His lawyer(Roy's buddy) blocked me on fb after I made the C&D joke on tarrs post about butler