

**Miguel Gamboa**

Like · 9y

**Shay Akai**
You are right... The T-1 has not been used for major power factor for quite a while. Most gun builders use more elaborate comps than that.

Yes, the port sizes were changed a bit, but the concept is the same. The funny part is that our phone is ringing off the hook, people are recognizing the design, and most people, can not see the differences. If you compare the Akai comp to most popular comps, it is a very different design. Our goal was a two port comp that is shorter but very effective.

Every comp out there uses ports and most use bleeder ports. In other words, all comps are, basically, the same. Very few use two ports and a large bleeder port. The curious part and the one that stands out is that we sent the drawings for our comps to them for manufacturing. Right after doing our comps, they come up with their comp that has just a few changes to it.

Notice they said weeks of development...

Like · 9y

**Chuck Bradley**
Believe it or not STI still uses the T-1 for 9mm major. I just had this discussion with them. They do T-2 for Super and on the short match master. Fact is their design is about as much different than yours is from STI's design. The part about you sending them plans is more of an issue. Maybe yours gave them an idea on how they thought they could improve on it as you did with STI's. I still like the bedells or the 3 ports on top. In the ends I dont think any make that big of a difference.

9y

**Shay Akai**
Actually, the STI T1 was not our inspiration. Another comp that you sell was our inspiration and we spoke to the designer and respectfully explained the differences. We did not manufacture comps for someone else and then attempted to improve on them.

Like · 9y

**Angus Hobdell**
Next time talk to us..... We have the 5 AXIS lathe you know.

Like · 9y

**Ian Jones**
Shady stuff, hope it comes back to bite them in the ass.

Like · 9y

**Bobby Keigans**
Actually Shay, I said "designed through weeks of fluid engineering model development". Not that the comp was developed in recent weeks, but we spent several weeks tweaking the software models. I have a few mechanical engineering friends (including a FGW team shooter and 2 of my first cousins), even one that specializes in thermofluid dynamics (he's a suppressor manufacturer) and we used that technology to make this comp the most advanced pistol compensator on the market.

I'm sorry if you think anyone tried to copy or imitate your comp design but that certainly could not be further from the truth. We've been working on this since we shot the Ohio Sectional together in 2010.

9y

**Bobby Keigans**
If you'll go look at the photo of the comp posted you can tell they are different. As much or more different than yours is compared to anyone else. There's not a single vertical wall anywhere in the comp.

9y

**Shay Akai**
Bobby, I cleared it with Matt Cheely. Cool it. I know all about the non-vertical walls, lol.

Like · 9y

**Ryan Davis**
My sti has the t1 comp and its not bad once you find a load it likes. I found the t1 needs a pretty stout load to work. I agree with chuck about them not being a whole lot of practical difference between them. For me at least once I got the load down even the y1 can shoot pretty flat

Like · 9y

**Jimmy Meacham**
Calm down Shay. Don Hardy helped design your comp and I don't see him all upset!!!! lol

Like · 9y






**Jimmy Meacham**
Calm down Shay. Don Hardy helped design your comp and I don't see him all upset!!! lol

Like  9y

**Pong Lim**
Should have pattend or registered the design so it cannot be copied, well thats d freedom of market too bad to hear that they just replicate it and claim that its their inventions... I still love ur comp shay rather than theirs.

Like  9y



**Don Hardy**
Huh? I designed Shay's comp? I agree it's the best comp ever made, but ... no, I didn't design it. I'm the guy who designed the 2011 modular frame. And who is Jimmy Meacham?

Like  9y

**Don Hardy**
Ewww. I just studied pictures of the "other" comp. We tried so damn many of these things, and Shay had one like that early on. Not enough baffle gap at the end -- that design will NOT shoot soft. Say "trigger flinch" over and over really fast.

Like  9y



**Freedom Gunworks Inc. - Licensed 07 FFL**
December 6, 2012

The most effective pistol compensator available anywhere, the Cheely 4 Port Super Comp was custom designed through weeks of fluid engineering model development and testing. A joint effort between Cheely Custom Gunworks and Freedom Gunworks making this the most effective muzzle device for your Open gun platform.

Having the opportunity to test multiple compensator designs back to back on identical guns with the same ammo, I've often recommended the Brazos Thundercomp II to my customers as I found it to shoot softer and flatter in testing. The CCG 4 Port Super Comp exceeds any other compensator design in effectiveness.

Through fluid engineering, we can map out the dynamics of the gas flow and alter the path of the gas for the most effective usage of the gas. This compensator has conical shaped ports with 3 dimensional contouring and angles purposely designed to control the direction of the muzzle blast gasses in the appropriate manner to keep the gun shooting flat. We use a series of larger ports to dump masses amounts of gas as rapidly as possible to counteract the muzzle lift. With Titanium construction, we can keep the mass to a minimum that is hanging on the end of the barrel. Reduced mass allows for better timing and has less impact on the bbl itself. It also takes some of the whipping effect out of the muzzle of the gun on rapid start and stop transitions.

The Cheely 4 Port Super Comp is available for $149.95

www.ccgunworks.com See less
— with **Matt Cheely**.

👍 63    46 Comments 8 Shares

Like    Comment    Share

View 38 previous comments

**Trace Mcdonald**
Hmm...you guys are funny!! I'm going to tell on myself here. A few weeks ago, I rushed to clean my 6"