

### Magwell Inserts Ice® STI, SV 2011 by Dawson Precision

★★★★★  2 Reviews

**Color:** Required

○ Black
○ White

**$19.99**

Quantity: 1

**ADD TO CART**

**ADD TO WISHLIST** ˅