

**Matt Cheely**
December 4, 2019

That KKM Hybrid barrel really pops in contrast to the black slide.

