

**Matt Cheely <matt@ccgunworks.com>**

## Bbl testing
1 message

**Matt Cheely** <matt@ccgunworks.com>   Mon, Dec 16, 2019 at 2:51 PM
To: luke@kkmprecision.com

Luke,

Did you get a chance to look at the two barrels I sent you last week? Just wondered what they came in at on your tester.

- Matt