**John Vlieger**
Active 4m ago

10/9/17, 4:57 PM

Matt, Bobby seems to be ignoring me to an extent. Could I get your opinion on what happened to my gun? I've gotten opinions from other smith's but would like to know what you think happened. I was running 172 PF 9mm major, 1.170 OAL, 6.9 grains auto comp, CCI SRP

9 pound recoil spring.

Barrel appears undamaged, except for the lugs are rounded.



10/9/17, 9:45 PM

From the sideway shot of the pistol together, it looks like the barrel is cracked. Over pressure. I have never seen a slide crack like that without an over pressure situation.

Barrel is not cracked as far as I can tell





 **John Vlieger**
Active 5m ago
  

It has about 40k on the barrel total. 15k on this slide. I didn't have the gun but like 2 months when it was replaced the first time. Maybe 2 or 3 K on it for first slide replacement

 So 30k on the low end

> That first slide at least would have been a STI slide from that time period
>
> they were failing early
>
> some of them

Yep. And the other two did as well. One of which was an sti I won at a match





> What do you want us to do about it? 3 slides on it so far? I gotta chalk some of that up to hard, hard use.
>
> It is racing. When I race my motorcycles, if your built race engine blows up 2 days in, it's a cost of racing
>
> I want this all to work out, but at some point, we cannot keep rebuilding a gun forever.

I'll take credit for one of them, and did so by providing the slide that was fitted to it. I have been a proud supporter of CK Arms throughout my open seasons, and still am. I have won area championships and state titles with it as proof. Have placed at Nationals, with stage wins to boot, and would have taken top ten if not for my aftec breaking in half. I was told it has a lifetime warranty when it was purchased and I feel that this breakage was out of my control. My ammo was in spec, I was running the recommended load, recommended recoil spring, and had done zero to the slide, frame, and barrel myself. All of it was done by Bobby. It was in his hands for a comp reset not a week ago. I have asked multiple people to keep comments about this incident off of Facebook to protect the image of CK Arms, just like I have in the past.

 **John Vlieger**
Active 5m ago  

> Nationals, with stage wins to boot, and would have taken top ten if not for my aftec breaking in half. I was told it has a lifetime warranty when it was purchased and I feel that this breakage was out of my control. My ammo was in spec, I was running the recommended load, recommended recoil spring, and had done zero to the slide, frame, and barrel myself. All of it was done by Bobby. It was in his hands for a comp reset not a week ago. I have asked multiple people to keep comments about this incident off of Facebook to protect the image of CK Arms, just like I have in the past. I may be hard on equipment, but I'm not abusive. I also shoot more rounds in a year than most. More than half of those rounds at major matches all over the country. I've used that gun in around 40 majors in the last two years. I've used it for its purpose. I've volunteered to cover costs that I probably didn't have to. I've done everything in my power to go along with you and Bobby's recommendations. I don't see how this is a different case. I have also asked multiple other gunsmiths. Eddie Garcia and Brandan Bunker for example, what they think the cause of this failure was, and both agree it was either the slide just gave up, or it was a timing issue. The wear on the barrel and slide lugs being the indication. I would like you to replace what is broken so I may continue to do what I have been doing with the gun



> It's a limited lifetime warranty, not a true "lifetime". The gun cannot be fixed forever. I hope you do realize that. After 100k rounds, one of these pistols is near the end of it's life.

> It is certainly possible to rebuild when the top end is totally worn out, but to expect that to come with the purchase price of the pistols is unreasonable.

> I'm not calling what happened "normal" just for clarification.

> Bobby is telling me that he told you the warranty was done the last time he replaced the slide.

> Matt, I have dealt almost exclusively with Bobby and most of this. I started in open uneducated on a lot of things and have done a lot of learning along the way. I have been told my ammo is wrong, when I see other people running it. I've been told that the powder I'm using caused some of the slide failures, which we later found out was most likely false. I've been told that I should use a 9 pound spring when I see almost no one else running that weight. I'm attempting to be a top level competitor in this sport, and like to think I've done a good job of accomplishing that. All along the way I've been attempting to do what Bobby recommended so that my gun wouldn't break. And it still broke. As of the first shots of ky state this weekend the only original parts on it were the barrel, comp, sight mount, and slide stop. Grip and FCG because of personal preference, fitted by Ryan Spencer. The rest have broken. The comp has been reset no less than 5 times. And I've shot maybe 40k through it.





**John Vlieger**
Active 6m ago

sport, and like to think I've done a good job of accomplishing that. All along the way I've been attempting to do what Bobby recommended so that my gun wouldn't break. And it still broke. As of the first shots of ky state this weekend the only original parts on it were the barrel, comp, sight mount, and slide stop. Grip and FCG because of personal preference, fitted by Ryan Spencer. The rest have broken. The comp has been reset no less than 5 times. And I've shot maybe 40k through it.

All the while I've been exactly what Bobby wanted me to be. A winner with his gun. A gun that works when others don't. I won area 8 because my gun worked and others didn't. But when this happens, something out of the norm. A non squib, non overcharge situation where the slide cracks so hard you can see daylight through it, I'm expected to accept what you're telling me? When Bobby won't even call me to explain?

Bobby is very frustrated at this point, and when that happens, he can clam up.

I prefer that to him yelling and pissing people off ( which he does often...)

I respect the hell out of you and Bobby. I mean that. You two have done an amazing thing. And yes, I understand.

I really need to get to bed, I have a FAA test tomorrow morning first thing.

Let's continue this tomorrow evening maybe? phone call?

That would be fine. I'll be available after 730 central



910-568-8926

517-974-0211

talk to you tomorrow

10/10/17, 8:34 PM







