



**Dame Michael**
Active now

Would you be ok with that in a $7000 ish build

2/10/20, 7:58 PM

WTF

Closer you look the worse it gets

Ever see tungsten gouge like that?

That's just hokey shit trying to make it sound like it shoots better. Just build a good damn pistol which that is obviously not

When baker won nats with and "akai" it had none of shays innovation in it

Tungsten should be too brittle to do that.

His comp, no stroking, no v8 ports

But he keeps that quite



**Dame Michael**
Active now

10/27/19, 7:23 PM

Soooooo, soft barrel gate

Shays 'metallurgy lab' is Hendricks motor sports. 🤦

Still dont know his angle yet

> WTF, really? I was going to get some barrels I have on had tested

So he says

Him and chuck tested at his place and got same numbers with his hardness tester

So hes claiming

> I find it hard to believe that 100's of barrels were incorrect. They get hardened well into the mfg process.

You didnt see this



> I was told that they are heat treated later on by KKM. That's strange

And only in process builds were affected

> They gotta start with a 2"? Round blank. If they machine it all hard, you couldn't through harden that deep. They gotta at least rough it out first.

Shay knows everything dude

How else can he justify his prices

**Dame Michael**
Active now

How else can he justify his prices

Its not the machining quality

Oh you know about sti killing its race gun line?

> I did not hear that one. I know they'd been walking it back

> That's like the majority of their line up though. How can they axe it?

Sales not there

→ Michael forwarded a link



**STI Discontinues Open Guns**
Say good bye to STI's line of pistols ...
Brazos Custom Gunworks - Licensed 07 FFL

Just confirmed with tony 😕

> No "Edge" ish model any more. Dang man. They must be killin it with the Staccato then

> Or all us custom builders are taking all their business

I'm sure that's part of it

Why pay for a dvc when it ain't much more for a buuld

Build

> Yea, didn't realize they were getting 3k for that gun. Not worth it

Turns out they couldn't move edges last few years

10/31/19, 4:05 PM

**Dame Michael**
Active now

10/31/19, 4:05 PM

→ Michael forwarded a message

https://www.bunkerarms.com/post/testing-parts?fbclid=IwAR3SnFqwyfT3JA5grjas4p3ooHSTJiMB7a5YXDISqRO4jiDfuKbMffY5xg8

Nice writeup

My hardness tester is on the way. Good excuse to order one up.

My understanding is shay used to lean on him for help. But now he shit talks him

that would be typical Shay I suppose

12/9/19, 9:16 PM

You get todays fuckery news?

12/10/19, 6:10 AM

Negative

What happened?

12/10/19, 8:00 AM

Shay is going after shooters connection for 1 million in damages

LOL

Kkm was going to replace all his barrels for him but he refused to send them back, so instead he goes after the person that sold them, rather than the person who made them

Says the letter his lawyer sent is just an insurance formality

Like in a car accident

Well, I kinda believe that. List everyone associated with a lawsuit right?

Now I bet Chuck refuses to sell him parts anymore.

He specifically says shooters connection owes him 1 million

