OCT 23, 2019 AT 2:54 PM

I dropped the package off at UPS. I had 4 barrels tested that came out of the guns I'm building. The Infinity bull barrel was 39 the KKM middy bull barrel was 40 the 5.4 hybrid with the Wilson/nowlin ramp was 31 and the 5" hybrid KKM was 33. I understand what Bunker is saying but man I can't account for the discrepancies between barrels. There's no way these aren't soft. I had the hybrids checked on the sides and bottom. That takes the rib out of the equation. Will see. I know you didn't have anything to do with this, just relaying the info as I have it.
Thanks John



completely understand, Don. First step is getting the barrels to KKM for THEM to look at. No company is going to take it on blind faith when it comes to tens of thousands of dollars of product

absolutely!! I couldn't agree more. I am willing to do whatever needs doing on this. I just needed to check the barrels in the builds. I am holding off on these builds for now.
 Thanks for your help on this John.



OCT 25, 2019 AT 2:21 PM

KKM tested the barrels and they say they're fine. We spoke for 40 mins an I'm ok with the outcome

