**Subject: Test Report
From: KKM Precision Support <support@kkmprecision.com>
Date: 10/31/2019, 12:47 PM
To: John Vlieger <johnv@shootersconnection.com>**

**John,**

**Here is the test report on Venom Custom's barrels. The Rockwell test showed 44.7RC on one and 45.1RC on the other. Don had wrote 34RC on one and 37RC on the other. If you have any questions or concerns please let us know. If anymore customers want their barrels checked please let us know and we will send them over to Nevada Heat Treating for certification.**

**Thanks for all your help,
Luke**

KKM Precision
5201 Convair Dr.
Carson City, NV 89706

support@kkmprecision.com
PH: 775-246-5444

---- Attachments: ----

**TEST REPORT_000948.pdf**  974 KB