



**Double Alfalfa**
Jan 8 at 3:18 PM •

I guess I'll have to go back to Walther.



That face you make when you find an excuse not to pay out thousands in contingency money.

👍😆 Luke Cao and 13 others            9 Comments

👍 Like         💬 Comment         ➤ Share

**Double Alfalfa**
Jan 8 at 12:00 PM •

And just like that we forget all about DNROI

[ Send Message ]  [ ... ]









