9/23/21, 1:53 PM            Dame Michael

Chuck    Home

**Dame Michael**

Working on it

Jan 17, 2020, 6:16 PM

**Chuck Bradley**

Next is to start bringing out his past if I have to. Need more info for that.

Jan 17, 2020, 6:16 PM

**Dame Michael**

Dont know the names of his farms

Jan 17, 2020, 6:16 PM

**Dame Michael**

Southwest shooting is ace, real name cody

Jan 17, 2020, 6:15 PM

**Dame Michael**

Rocky top granite is scott

Jan 17, 2020, 6:15 PM

**Chuck Bradley**

HMM I need some granite for my house
☺Dame Michael

Jan 17, 2020, 6:14 PM

**Dame Michael**

Scott has a granite company

Jan 17, 2020, 6:14 PM

**Dame Michael**

file:///C:/Users/HaganW/Desktop/message_1.html        27/133

**SCI 000562**

**CONFIDENTIAL**