9/23/21, 1:53 PM            Dame Michael

           Chuck    Home

**Dame Michael**

I can't, I'm muted for a week

Dec 17, 2019, 11:41 AM

**Chuck Bradley**

Tell him you do have it. Tell it like it is. KKM called QC and they admitted to not doing it correctly and said they were going to ask for the barrels back to test again.

Dec 17, 2019, 11:35 AM

**Dame Michael**

Like I said

Dec 17, 2019, 11:32 AM

**Dame Michael**

Dec 17, 2019, 11:32 AM

**Dame Michael**

Like that was even a question

Dec 17, 2019, 12:33 AM

**Dame Michael**

Dec 17, 2019, 12:33 AM

**Chuck Bradley**

report the group
😂Dame Michael

Dec 17, 2019, 12:31 AM

**Dame Michael**

file:///C:/Users/HaganW/Desktop/message_1.html       63/133

**SCI 000598**

**CONFIDENTIAL**