



12:08
60%
Tim
Aa
I guess ya shouldn't heat barrels up when you fit em with shrouds😂🤣😂🤣😂
DEC 9, 2019 AT 7:31 PM
Papa joe gonna fill sv in
I told Tiffany be careful he might sue
Lol
He will have no ...ay to build
Aa

12:08
60%
Tim
Lol
DEC 9, 2019 AT 10:51 PM
her: I bet he's thinking about other women
me: So much for that Akai I ordered
Word is across the land of shays sham law suit
Tomorrow we watch the world burn as akai can't get any parts
Unless that's his plan
Either way he is out
Aa