11:47

← **Double Alfalfa**   DONE

7 matched messages


**Dame Michael**
Side benefit, **shay** will think you're me if he remembers that · Jan 8, 2020


**Double Alfalfa**
we spend 98% of our free time fucking with **Shay** Akai, there is definitely some instability on this end.. · Jan 8, 2020


**Dame Michael**
When speedy was shooting for him he was trying to cover up his infidelities, once he left **shay** started dragging h... · Jan 7, 2020


**Double Alfalfa**
Glad you made it happen. Don't know the guy but **shay** is a bitch. · Jan 7, 2020


**Dame Michael**
**Shay** has dodged all of kims requests for samples · Dec 9, 2019


**Dame Michael**
Kkm offered to replace all the ones he had, but **shay** refused to send them in. So now hes going after chuck Br... · Dec 9, 2019


**Dame Michael**
**Shay** is trying to sue shootersconnection over the alleged soft kkm barrels · Dec 9, 2019