12:28

**Tony Wells**                                                          DONE

If I end up believing he did, I'll make a formal apology to **Shay**. · Jan 9, 2020

**Tony Wells**
So, just to get this right? **Shay** can slander Luke all he wants but send a Cease and Desist to Luke? · Jan 9, 2020

**Dame Michael**
His was from **Shay** · Jan 9, 2020

**Dame Michael**
While luke did leave some key info out when we talked, **shay** is still the cunt here · Jan 9, 2020

**Dame Michael**
Once again, **shay** claiming the vicitm · Jan 7, 2020

**Tony Wells**
Should we all just start dropping Luke's name on every post **Shay** makes? · Dec 29, 2019

**Dame Michael**
Need to convince luke to put **shay** stealing from him online · Dec 29, 2019

**Tony Wells**
Me too, but I don't know **shay** and lost the damn bet · Oct 28, 2017

**Dame Michael**
Pretty sure **shay** does · Oct 28, 2017