

**Michael** — Active Now

How long till that is nuked

Hes setting up his exit

I'm telling ya

JAN 8, 2020 AT 9:05 AM



I noticed that. And Scott Thompson says he had a bad barrel, too. Upper lug sheared off at Nats. I thought soft barrels would smoosh/smear, not crack.

That's what I'm wondering

JAN 10, 2020 AT 7:36 AM

https://www.movingscam.com/forum/viewtopic.php?t=7726

Scammed by U[ni]ve[r]sal Van Lines - MovingScam.com







