# Metallurgical Analysis of Semiautomatic Pistol Gun Barrels

**Name of Expert**:  Martin Crimp

**Area of Expertise:**  Engineering & Science>> Metallurgy/Failure Analysis

**Representing:**  Plaintiff


Prepared by:

Martin A. Crimp, Ph.D.

Materials Science Consulting, LLC

March 11, 2022


Prepared for:

Edmund S. Yee

McKelvie, McKelvie, Yee & Epacs, P.C.

Birmingham, MI


Richard J. Fiato Esq.

Birmingham, MI


### *Scope of Investigation*

I have been retained by Mr. Edmund Yee and Mr. Richard Fiato to carry out a metallurgical assessment of gun barrels manufactured by KKM Precision and purchased by Akai Custom Guns.  To this end I have carried out a number of different examinations and tests, as outlined below, on seven KKM Precision gun barrels provided to me by Mr. Shay Horowitz of Akai Custom Guns.  These barrels were provided to me in what appears to be original KKM Precision packaging, with additional hand written identifiers, which I was informed were made by Mr. Horowitz.  These barrels are as follows, where the **bold** text indicates the hand written notations and the un-bold text indicates the printed information on the KKM Precision labels.

**1 Broken**  1911 Government .40S&W Bull Hybrid 5" Clark/Para Ramp CGDBRCN

**2  std**  1911 Government .355 Bull 5" Clark/Para Ramp CGABCN

**3 Bull**  1911 Government .355 Bull 5" Clark/Para Ramp CGABCN

**4  Exploded**  1911 Government .355 Bull Hybrid 5.0" Clark/Para Threaded 11/16x40 CXABRCT

**5 hybrid**  1911 Government .40S&W Bull Hybrid 5" Clark/Para Ramp CGDBRCN

**6 open**  1911 Government .40S&W Bull Hybrid 5" Clark/Para Ramp CGDBRCN

**7 miner  .355** Bull Hybrid 5.0" Clark/Para Ramp Threaded 11/16x40 CXABRCT

Throughout the remainder of this report, these barrels will be referred to simply by their 1-7 numbers.

I have also been provided with a number of documents by Mr. Yee and/or Fiato

*Inspection Report,* QC Metallurgical, Inc, Testing and Consulting Services, QCM JOB# 20AM-42, dated January 21, 2020.

*KMM Precision "To Whom It May Concern", from Luke McIntire,* dated January 9, 2020.

*Plaintiffs' First Request for Production of Documents to Defendant KKM Precision, Inc.,* prepared by Edmund Yee, dated May 17, 2021.

*KKM Website*, https://kkmprecision.com/home/shop/

***Material***

The "To Whom It May Concern" letter from Luke McIntire of KKM Precision states that KKM uses the "very best stainless steel type 416R BQ#5 produced here in the United States".  It is not clear from this statement if this means KKM uses either 416R or BQ#5 stainless steel, as I have not been able to find any specifications or standards for a 416R BQ#5 alloy.  In contrast to the statement in the "Two Whom it May Concern" letter, the KKM website states "All KKM barrels are made using certified 416R gun-barrel quality stainless steel bar stock."  (it should be noted that at the time this report was prepared, the website, https://kkmprecision.com/home/shop/, has links to 16 different barrels configurations; each of these links contain the same statement indicating all KKM barrels are made from 416R and have a minimum hardness of 42 RC.  Because of the confusion from these documents, it is important to contrast the differences in chemistry between 416R, 416, and No. 5 BQ stainless steels, presented in the Alloy Digest published data on these three alloys[1,2,3], as shown in Table 1.

Table I.  Alloy Chemistries of 416R, 416, and No.5 BQ, As Presented In Alloy Digest

|  | 416R | 416 | No.5 BQ |
|---|---|---|---|
| carbon | 0.12 wt%    +/-0.01 | 0.15 wt% max | 0.15 wt% max |
| manganese | 0.40           +/-0.03 | 1.25 max | 1.25 max |
| phosphor | 0.03          +/-0.005 | 0.06 max | 0.04 max |
| sulfur | 0.13           +/-0.01 | 0.15 min | 0.15 min |
| silicon | 0.40           +/-0.05 | 1.00 max | 1.00 max |
| chromium | 12.50         +/-0.15 | 12.0-14.0 | 12.0-14.0 |
| molybdenum | 0.40           +/-0.03 | 0.6 max | - |
| zirconium | - | 0.6 max | - |
| iron | remainder | remainder | remainder |

Note that the +/- tolerances list for 416R are taken from ASTM Standard A484.

416 stainless steel is a "free machining" variant of 410 stainless steel, with relatively high sulfur contents (between 0.15 and 0.35 wt%)[4, 5, 6], where wt% indicates weight percent.  The high sulfur content of this stainless steel results in the formation of extensive manganese sulfide inclusions (MnS - shown later), which facilitates chip formation during machining, resulting in easier machining, hence the term "free machining".

In contrast, 416R stainless steel, which was originally developed by Crucible Industries, but is now manufactured by a number of sources, has more controlled chemistry, where the target values are given in Table I[1,7], with the allowed variations outlined in ATMS Standard A484[8].  These allowed variations are indicated by the +/- values in the 416R column in Table I. While the very much wider tolerances for 416 and N0. 5 BQ can have significant effects on the alloys compared to 416R, the most critical issue to note is the lower sulfur levels in 416R, with a specification of 0.13+/-0.01 wt%.  416R was designed for and is used as a stainless steel for rifle barrels.  Because of its lower sulfur content, this alloy has lower amounts of MnS inclusions, which makes the machining somewhat more difficult, but also reduces the propensity for fracture, which makes it appropriate for use in the high-pressure applications of firearm barrels.

Carpenter steel has also developed 416 BQ (NO. 5 BQ), which is stated to be "a balanced version of standard 416 stainless"[3]. This 416 BQ has the same specified chemistry as 416 stainless, again with a minimum sulfur content of 0.15 wt%.

All of the 416, 416R, and 416 BQ stainless steels discussed herein are classified as "martensitic stainless steels".  This class of stainless steel, like many steels, can be hardened through a heat treatment process that involve heating, cooling, and finally an intermediate temperature tempering treatment that results in a relatively high hardness, as a result of a microstructure that contains what is known as "tempered martensite".  This microconstituent (a mixture of two different crystal structures or phases) is made up of an extremely fine distribution of carbides dispersed in a softer iron-rich phase known as ferrite.  The carbides strengthen the ferrite (increase the yield strength, which is the resistance to permanent deformation) through atomic level processes that are beyond the scope of this report.

The "To Whom It May Concern" letter and the KKM website suggests that KKM barrels have been through this heat treatment process, as the letter indicates that KKM carries out Rockwell hardness testing and "have never seen a barrel test under 40HRC" while the website indicates "Our barrels are then heat treated and vacuum tempered to 42 RC".  This Rockwell C scale hardness of 40 or 42 is indicative of the tempered martensite structure described above.

It is important to note that hardness testing, while very typically used as a screening or quality control tool, is only an indirect indication of the basic physical properties of a particular material.  The hardness is a complicated function of the yield strength, work hardening rate (how much stronger a material becomes as it is plastically deformed), the ductility (how far a material can stretched in tension before it breaks), and the resistance to fracture of the material.  Furthermore, the stress states that develop in the material during the hardness test may not reflect the actual conditions under which the material will be used.  For example, hardness testing develops a complicated stress state that includes both tension (pulling apart) and compression (pushing together) at different locations under the hardness indenter.  But the critical properties of a gun barrel in use are the yield strength (one would not want a barrel to deform) and toughness, which is the resistance to fracture (one would not want a barrel to break/explode).  Note that the best properties for barrel use might not be the same for optimized manufacturing - i.e. the factors that make a free machining steel easy to machine also tend to make the same steel less suitable for firearm barrels as they are more susceptible to fracture.

### *Macroscopic Inspection*

Visual inspect of the seven barrels found that each of the barrels was stamped with "KKM Prec.", indicating that all of the barrels were manufactured by KKM.  An example of this stamp is shown in figure 1, which shows a macrophoto of barrel 1.  Two of the barrels were found to have macroscopic cracks/fractures, barrel 1 (figure 1) and barrel 4 (figure 2).  Note that the fractured section of the fore end of barrel 1 and the fractured fragment from the receiver end of barrel 4 was not provided.



Figure 1.  Macrophotos of barrel number 1, showing the "KKM Prec." Stamp (red arrow).  The barrel was fractured, with the fracture crack running perpendicular to the barrel axis on the fore end of the barrel (blue arrows).

All of the barrels were found to have evidence of prior hardness tests, as indicated by the small indents on the barrels (see green arrows in figure 2).  This is consistent with the documentation of the prior testing by QC Metallurgical.



Figure 2.  Macrophotos of barrel number 2, showing the "KKM Prec." Stamp (red arrow).  The barrel was fractured near the receiver end (blue arrows), with a large fragment missing, as well as parallel to the barrel axis towards the fore end (yellow arrow).  Hardness indentations were evident on the barrel (green arrows).

### *Preliminary Hardness Testing*

Preliminary Rockwell C hardness testing was carried out on all 7 barrels.  It is important to realize that these initial hardness tests were solely for collecting preliminary information on the mechanical behavior of the barrels, and may not precisely reflect the hardness of these barrels.  This is for a number of reasons.  First, because the barrels are hollow, there may be more deflection during hardness testing than if the barrels were solid rods.  Second, because the

barrels have curved surfaces, the values have to be corrected slightly to account for the curvature.  These corrections depend on the measured hardness of the sample and the diameter of the cylinder; for HRC in the range of 30-40 and for 0.5" diameter cylinders, the corrections are in the range of 2 to 2.5 HRC.  The barrels and various excursions have some variations in geometries, which makes hardness testing of the different barrels in the same locations difficult.  Furthermore, because of the differences in the various configurations of the barrels, different numbers of hardness indentations were made on the different barrels.  Because of these reasons, the preliminary hardness values were used only as a general indication of the hardness of the barrels, but were nonetheless useful for comparing the general nature of the barrels.  The average values of these HRC measurements for the seven barrels are given in Table I.  More accurate and precise hardness tests are presented later.  It is clear from Table 1 that there are significant differences in the preliminary hardness measurements of the seven barrels.  Of particular note, barrel 5 displayed a significantly higher hardness than the other barrels.

Table I.  Preliminary Rockwell C Hardness Measured on the Seven Barrels

| Barrel # | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| HRC | 36.7 | 35.8 | 37.6 | 35.9 | 42.2 | 37.7 | 36.7 |

***Hardness Testing, Optical Microscopy, Microhardness, and Chemistry of Selected Barrels***

Based on the preliminary hardness tests, two barrels were initially selected for additional analysis, barrels 2 and 5.  These tests involved cutting two cross sections out of each of these barrels.  Each of the cut faces of these sections were metallographically ground through 240 grit SiC paper, then standard Rockwell C hardness tests were carried out on each side (after re-grinding the opposite side after it was hardness tested).  One of these sections was then sent to an independent 3rd party laboratory, Element Materials Technology, Wixom, MI, for bulk chemical analysis of each of the barrels.  The other section of each barrel was cut parallel to the barrel axis, creating two halves, both of which were mounted in bakelite, one in transverse orientation and one in longitudinal orientation, in order to carry out optical microscopy to assess the microstructure of the two samples.  Microhardness was then performed on various aspects of the microstructure.

On July 1, 2021 I reached out by email to Dr. Lee Swanger, who I had been informed would serve as a metallurgical expert for the defense, in order to discuss joint testing protocols.  Dr. Swanger and I eventually set up a Zoom meeting for October 20, 2021, where we verbally agreed on joint protocols.  We also discussed carrying out joint testing sometime in November.  Dr Swanger indicated he would write up a draft of these protocols, send them to his (defense) attorney/client, who would then send the protocols to the plaintiff's attorneys, who would forward them to me.  I reached out to Dr Swanger again on November 10, 2021, and he indicated that he was working with his client on the protocols, and the testing might slip in to January.  I have had no additional communications with Dr. Swanger to date.  Given the lack of progress on setting up joint testing and with looming court-imposed deadlines, Mr. Yee and Mr. Fiato indicated they wanted me to move forward on testing two of the other barrels in my possession.  In consultation with Mr. Horowitz, on January 24 it was decided that I would test barrels 1 and 6.  These two barrels were then analyzed following the same procedures outlined in the previous

paragraphs.  In the following, the results of the tests for all four of these barrels (1, 2, 5, and 6) are presented together, in conjunction with additional information from less complete analysis of some of the other barrels.

### Hardness Testing

As noted above, the "To Whom It May Concern" letter from Luke McIntire of KKM Precision states that KKM "has never seen a barrel test under HRC 40", while the KKM website states "Our barrels are then heat treated and vacuum tempered to 42 RC".  To assess the hardness of the subject barrels in relation to these statements, Rockwell C hardness tests were carried out on both ends of each of the two sections removed from barrels 1, 2, 5, and 6 in the manner outlined above.  The indentation direction of these tests were parallel to the barrel axes.  The results of these tests are presented in Table II, where the +/- values represent the standard deviations.  It is clear that barrel number 5 displayed a much higher hardness than barrels 1, 2, and 6.  Barrel number 5, with a hardness of 44.5, was the only barrel that displayed a hardness over the HRC 40/42 indicated by KKM, with the other three barrels falling below this benchmark.  It is also interesting to note that the standard deviation in the hardness of barrel 5, +/-0.6, was significantly smaller than that of the other three barrels, where the standard deviations were at least +/-1.4.  These significant differences in the both the hardness and standard deviations are a direct result in underlying differences in the chemistries and microstructures of these barrels, as will be outlined in the following sections.

Table II.  Rockwell C Hardness Measured for the Four Barrels

| Barrel Number | 1 | 2 | 5 | 6 |
|---|---|---|---|---|
| HRC | 36.9+/-1.7 | 35.1+/-1.4 | 44.5+/-0.6 | 38.0+/-1.4 |

### Optical Microscopy/Microstructure

Following the mounting of the longitudinal and transverse sections of the four barrels, standard metallographic preparation using grinding and polishing was carried out.  After the final polish, the samples were etched using a solution of 100 cc $H_2O$ - 200 cc methyl alcohol - 100 cc HCl - 5 cc $HNO_3$ - 2 gr $CuCl_2$ - 7 gr $FeCl_2$ to reveal the underlying microstructure.  The polished and etched samples were observed under reflected light optical microscopy.

To understand the microstructures, it is best to initially discuss that of barrel 5, then discuss the microstructure of the other three barrels in relation to that of barrel 5.  Figure 3 shows longitudinal (5L - left) and transverse (5T - right) images of barrel 5 (note that the images are at somewhat different magnifications).  The general background of these images shows a needle like microstructure, which is the tempered martensite, made up of a very fine distribution of hard carbide particles in a softer matrix of ferrite.  As outlined above, the carbide particles strengthen the ferrite.  The material is polycrystalline (made up of a large number of small crystals), which is one of the reasons the needle-like structure of the tempered martensite has a large variety of orientations in the images.  This tempered martensite structure is the goal of the heat treatment process, with the tempered martensite being responsible for the good combination of strength and toughness desired in a gun barrel.  The microstructure also shows grey MnS particles, indicated by the yellow arrows.  These MnS particles are stretched out parallel to the barrel axis during the rolling processes during manufacturing, and are often referred to as sulfide "stringers".  Consequently, they appear elongated in the longitudinal section in 5L, but appear more circular in the transverse section shown in 5T.  These MnS stringers, which are hard and

brittle, are responsible for the "free machining" behavior of the steels, as they tend to chip away and cracks tend to run along the interfaces between the MnS and tempered martensite.



Figure 3.  Optical micrographs of the microstructure of barrel 5 showing an underlying structure of tempered martensite.  Left: Longitudinal section showing MnS stringers stretched out in the rolling direction, parallel to the barrel axis.  Right:  Transverse section cut perpendicular to the barrel axis showing the MnS stringers end on.

In addition to the microstructural features observed in barrel 5, barrels 1, 2, and 6 also showed significant amounts of what is known as delta ($\delta$) ferrite.  An example of this is shown in Figure 4, which shows longitudinal and transverse sections of barrel 2.  This $\delta$ ferrite is essentially the same as the ferrite in the tempered martensite, but the $\delta$ ferrite does not contain



Figure 4.  Optical micrographs of the microstructure of barrel 2 showing an underlying structure of tempered martensite, with MnS stringers, and extensive $\delta$ ferrite.  Left: Longitudinal section showing MnS stringers and the $\delta$ ferrite stretched out in the rolling direction, parallel to the barrel axis.  Right:  Transverse section cut perpendicular to the barrel axis showing the MnS stringers and large $\delta$ ferrite grains end-on.

the fine distribution of carbides. Consequently, the δ ferrite is not strengthened, and it is much softer than the tempered martensite. This will be demonstrated with the microhardness results below. The δ ferrite is stretched out in rolling direction/along the length of the barrel, as shown in Figure 4 (left), indicating it formed early in the processing of the steel, before the heat treat/tempering procedures used to form the tempered martensite. Similar microstructures containing large amounts of δ ferrite were observed for barrels 1 and 6. The inhomogeneous distribution of the soft δ ferrite in barrels 1, 2, and 6 is likely responsible for the higher standard deviations of the Rockwell C hardness measurements in these barrels compared to the more uniform microstructure of barrel 5. The observed microstructures in barrels 1, 2, and 6 are comparable to those exhibited by 416 stainless steel[9,10].

*Microhardness*

In order to demonstrate the difference in strength between the tempered martensite and δ ferrite, Vickers microhardness testing was carried out. This approach uses a pyramid shaped diamond indenter with a small load (in this case 50 grams) coupled with an optical microscope to indent targeted places in the microstructure. The results of these tests are given in Table III.

Table III.  Vickers Microhardness Measurements

| Barrel | 1 | 2 | 5 | 6 |
|---|---|---|---|---|
| Tempered Martensite | 463.7 | 418.4 | 459.5 | 468.9 |
| δ Ferrite | 253.2 | 338.6 | NA | 246.6 |

It should be noted because one cannot know what lies below the microconstituent (i.e. the tempered or δ ferrite), there can be considerable scatter in the data. Furthermore, in most of the measurements of the microhardness of the δ ferrite, the ferrite was so soft that the indentations extended to or very close to the tempered martensite. Thus, the measured microhardness of the δ ferrite most likely reflects some constraint from the bordering tempered martensite, and the microhardness of the δ ferrite might in fact be somewhat lower than the average values given here. Despite these limitations, it is clear that the tempered martensite has a much higher hardness than the δ ferrite. Example images of Vickers indentations in the tempered martensite and δ ferrite are shown in Figure 4. It is also clear that the tempered martensite in all four barrels has comparable hardness.

Standard tables for converting between various hardness scales are commonly available[11]. Some examples of such are conversion between Rockwell C and Vickers microhardness are given in Table IV. The Vickers microhardness values displayed by the tempered martensite for all of the barrels (418.9 - 468.9) convert to Rockwell C values in the range of 42-47. In particular, it is worth noting that the Vickers hardness of 459.5 for barrel 5, where there was no δ ferrite observed, converts to a Rockwell C hardness of ~46, very close to the measured Rockwell C hardness of 44.5+/-0.6. In contrast, the measured Vickers microhardness of the δ ferrite in barrels 1, 2, and 6, which ranged from 253.2-338.6, converts to a range of HRC 23-34. Thus, it is clear that the low HRC measured in barrels 1, 2, and 6 results directly from the soft δ ferrite in the microstructure.

 

Figure 4.  Optical micrographs of the microstructure of barrel 6 showing microhardness indentations in (left) the δ ferrite and (right) the tempered martensite.   Both images are at the same magnification.  The much larger size of the indentation in the δ ferrite indicates the much lower hardness of this phase.

Table IV.  Rockwell C/Vickers Microhardness Conversions[11]

| HRC | Vickers | | HRC | Vickers | | HRC | Vickers |
|---|---|---|---|---|---|---|---|
| 49 | 498 | | 39 | 382 | | 29 | 294 |
| 48 | 484 | | 38 | 372 | | 28 | 286 |
| 47 | 471 | | 37 | 363 | | 27 | 279 |
| 46 | 458 | | 36 | 354 | | 26 | 272 |
| 45 | 446 | | 35 | 345 | | 25 | 266 |
| 44 | 434 | | 34 | 336 | | 24 | 260 |
| 43 | 423 | | 33 | 327 | | 23 | 254 |
| 42 | 412 | | 32 | 318 | | 22 | 248 |
| 41 | 402 | | 31 | 310 | | 21 | 243 |
| 40 | 392 | | 30 | 302 | | 20 | 238 |

***Chemical Analysis***

The bulk chemistries of the four barrels studied was determined by Element Materials Technology are presented in Table V, along with the composition of 416R stainless steel and 416 BQ.

Comparison of all four of the tested barrels to the chemical specifications reveals that none of the barrels comply with the specifications for 416R.  The very high sulfur contents in all of the alloys, well above the maximum of 0.13+/-0.01 wt% allowed for 416R stainless steel, will result in much higher amounts of MnS inclusions.  These higher MnS levels can be manifested in either/both larger MnS particles or larger numbers of MnS.  Both of these situations can result better "free machining", but also lower toughness, which can lead to premature/unanticipated

Table V.  Elemental Chemistries Measured of Barrels 1, 2, 5, 6 Compared to the Specifications for 416R and 416 BQ Stainless Steel

| | 1 | 2 | 5 | 6 | 416R | 416 BQ |
|---|---|---|---|---|---|---|
| Element | (wt%) | (wt%) | (wt%) | (wt%) | (wt%) | (wt%) |
| C | 0.09 | 0.08 | 0.11 | 0.09 | 0.12 | 0.15 max |
| S | 0.35 | 0.35 | 0.36 | 0.36 | 0.13 max | 0.15 min |
| P | 0.014 | 0.014 | 0.017 | 0.018 | - | 0.04 mas |
| Si | 0.63 | 0.63 | 0.33 | 0.64 | 0.40 | 1.00 max |
| Mn | 0.39 | 0.40 | 0.74 | 0.39 | 0.40 | 1.25 max |
| Cr | 12.86 | 12.6 | 12.9 | 12.82 | 12.30 | 12.0-14.0 |
| Ni | 0.21 | 0.41 | 0.67 | 0.19 | - | - |
| Mo | 0.08 | 0.09 | 0.06 | 0.13 | 0.40 | - |
| Cu | 0.07 | 0.10 | 0.10 | 0.06 | - | - |
| Fe | balance | balance | balance | balance | balance | balance |

Note that tolerances for chemistries in stainless steels are given in ASTM A484/A484M.

failure of gun barrels.  The table also shows the allowed composition ranges for 416 BQ.  While four tested barrels meet many of the looser specifications for 416 BQ, all of the barrels also show measurable nickel, which is not within the specifications for 416 BQ.

***Scanning Electron Microscopy***

Scanning electron microscopy (SEM) was used to examine the exposed surfaces of the two macroscopically fracture surfaces.

The fracture surface of barrel 1, which was predominantly oriented perpendicular to the barrel axis, was characterized by extensive damage, in the form of post fracture impact damage and large amounts of debris.  The debris may be associated with oxidation or deposits associated with spent gun powder or may have occurred after the failure.  Consequently, only very limited areas of the fracture surface revealed the underlying fracture mode.  When evident, the fracture surface was characterized by ductile dimple/microvoid coalescence morphology, as shown by the red arrows in Figure 5.  The ductile dimples are evidence of local plasticity, with the dimples/voids nucleating at both small carbide precipitates and larger MnS stringers.  Because only very limited areas of the fracture surface were observable, it is impossible to conclude if any embrittlement related to intergranular fracture, was present.  It is also impossible to examine the nature of the fracture surface in context to the distribution of the MnS stringers and δ ferrite.

In contrast to the fracture surface of barrel 1, the fracture surface of barrel 4 was relatively pristine and it was possible to examine large areas of the fracture morphology.  A large portion of this fracture was aligned parallel to the barrel axis, i.e. parallel to the direction of the MnS stringers, which strongly influenced the fracture morphology.   Figure 6 shows an example SEM image of this fracture surface.  Fractured MnS particles are pointed out with the yellow arrows.  In the vicinity of these particles, relatively flat, featureless regions are found, consistent with the crack propagating along the interfaces of the MnS stringers.  The lack of features in



Figure 5.  Scanning electron microscopy image of the fracture surface of barrel 1 showing limited evidence of ductile dimple fracture.  Much of the fracture surfaces was obscured by post fracture impact deformation (orange) and debris (yellow).

these regions suggest that limited toughness developed from the crack propagating through these regions.  In some places, very long troughs reflect where MnS stringers were present prior to fracture.  In other locations, ductile dimples (red arrows) are seen, indicating some localized plastic deformation, which will reflect higher local toughness, has occurred in those regions.  Overall, this fracture surface reflects the free machining nature of the fracture, with some regions in the material offering limited resistance to fracture (low toughness - associated with chip formation in machining) with other regions offering greater resistance to fracture (higher local toughness).  As the MnS stringers are associated with low local toughness, it follows that as the amount of MnS increases, which results from the high sulfur levels in the barrels, the overall resistance to fracture will decrease.

### Discussion

Analysis of the KKM barrels determined that barrels 1, 2, 5, and 6 did not meet the chemical specifications and hardness levels outlined by KKM.  These deficiencies have led to the barrels being of questionable suitability for use in firearm applications.

The chemistries of barrels 1, 2, 5, and 6 are inconsistent with 416R stainless steel.  In particular, all of the barrels have sulfur contents, ranging between 0.35 and 0.36 wt%, much higher than the specification of 0.13+/-0.01 wt% for 416R.   The measured sulfur levels are right at or slightly exceed the limit of 0.35 wt% outlined for 416 and No. 5 BQ stainless[2,4].  This very high sulfur content will lead to much higher manganese sulfide (MnS) contents than would be expected in 416R, which will increase the propensity for fracture (lower toughness).



Figure 6.  Scanning electron microscope image of the fracture surface of barrel 4 showing MnS particles (yellow arrows), troughs where MnS stringers were prior to fracture (orange arrows), and ductile dimples (red arrows) associated with local ductility and higher local toughness.

Barrels 1, 2, and 6 were found to have Rockwell C hardness below the HRC 42 indicated by the KKM website, while barrel 5 was found to have a hardness above the HRC 42 specification.  The lower hardness observed in barrels 1, 2, and 6 can be directly attributed to the presence of soft δ ferrite in the microstructure, in addition to the desirable high strength and toughness tempered martensite.  This presence of δ ferrite is most likely a result of the chemistry of these barrels being out of specification for 416R stainless steel and more consistent with that of 416 or No. 5 BQ stainless.  The softness of the δ ferrite and its inhomogeneous distribution will facilitate plastic deformation of the barrels at lower pressures than anticipated, which can lead to barrel distortion.

I have discussed the general processes that Akai Custom Guns performs on the barrels in their overall manufacturing processes.  It is my understanding that any machining involves active cooling and that the barrels never become too hot to touch.  This is in contrast to the significantly higher temperatures that may develop in service, where barrels can become too hot to touch in

rapid fire scenarios.  It is my professional opinion that it is not possible that the general nature of the barrels was altered by any manufacturing steps performed by Akai Custom Guns.  Machining some aspects of the barrels may lead to very localized changes such as increases in hardness due to work hardening or a decrease in hardness due to local heating (annealing), but these effects would be negligible and would not affect the measured hardness.  Changes in the bulk hardness of the barrels would require high temperatures for extended periods of time.  416R shows effectively no decrease in yield strength, tensile strength, or Brinell hardness (a more macroscopic hardness test that can be converted to Rockwell C) after four hours of tempering below 900°F[7], much higher than would be expected in either machining or use.   Changes in bulk chemistry would require even higher temperatures and longer times.

### Conclusions

In summary, it is demonstrably false that the tested KKM barrels were manufactured from 416R stainless steel.  Furthermore, three of the four barrels tested exhibited Rockwell C hardness values below those stated in public written and website communications from KKM. The failure of the barrels to meet the specifications of 416R stainless steel, in particular the high sulfur contents in these barrels, make then susceptible to fracture, due to the extensive MnS stringers that develop due to high sulfur.  Because of the large number of MnS stringers present in these barrels, none of barrels examined are fit for use in firearm barrels.

### Compensation

To date I have carried out 52 hours of work on this study, including time spent carrying out experiments, writing emails and reports, and carrying out consultations with the parties involved. This work is billed at a rate of $300 per hour, for a total of 15,600.00.  I will bill at a rate of $400 per hour for any deposition or court testimony time.  I have also employed a graduate student to assist me in some of the experiments, for a total of 8 hours at a rate of $50 per hour, for a total of $386.67.  Any other expenses I have incurred have been billed directly through, with no additional overhead added.

Martin A Crimp, Ph.D.

### References

1.  Crucible 416R, *Alloy Digest*, Filing Code: SS-429, July 1983

2.  AISI Type 416 & 416Se, *Alloy Digest*, Filing Code: SS-162, November 1964

3. Carpenter No. 5 BQ, *Alloy Digest*, Filing Code: SS-333, September 1976

4. 2009 Guide to Selecting Carpenter Specialty Steels, https://www.carpentertechnology.com/hubfs/PDFs/2009GuidetoSelectingCarpenterSpecialtyAlloys.pdf

5. Interalloy, 416 Martensitic Stainless Steel Bar, http://www.interlloy.com.au/our-products/stainless-steel/416-martensitic-stainless-steel-bar/

6. AZO Materials, Grade 416 Stainless Steel: Properties, Fabrication and Applications, https://www.azom.com/article.aspx?ArticleID=12572

7. Crucible Data Sheet, Crucible 416R Stainless, Precision Rifle Barrel Stock, https://www.crucible.com/eselector/prodbyapp/stainless/cru416rs.html

8. American Society for Testing and Materials, ASTM Standard A484.

9. ASM Handbook, 8th edition, vol. 7, *Atlas of Microstructures of Industrial Alloys,* pp. 143-144.

10. Q. Tian, et al., *Formation Mechanism of Band Delta-Ferrite in 416 Stainless Steel and Its Relationship with MnS and $M_{23}C6$", Metallurgical and Materials Transactions B, 12 May, 2021* https://doi.org/10.1007/s11663-021-02181-y

11. Wilson Hardness Conversion Chart, https://www.buehler.com/assets/posters/Hardness-Conversion-ASTM_10-20-1.pdf