UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Ft. Lauderdale)

CASE NO.: 0:20-cv-61469-RS

Akai Custom Guns, LLC, et al.,

     Plaintiffs,

vs.

KKM Precision, Inc., et al.,

     Defendants.

_____/

## **DEFENDANTS' JOINT REBUTTAL EXPERT WITNESS DISCLOSURE**

COME NOW, Defendants, KKM Precision, Inc. and Shooters Connection, Inc., by and through the undersigned Counsel, and file this Rebuttal Expert Witness Disclosure and identify:

1. Lee A. Swanger, Ph.D., P.E.  Dr. Swanger's report is attached hereto as Exhibit "1" and contains Dr. Swanger's deposition, trial, hearing, and arbitration testimony.  Dr. Swanger's *curriculum vitae* is attached hereto as Exhibit "2."

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via Email to Richard J. Fiato, Esq., Law Offices of Fiato, 550 W. Merrill St., Ste. 200, Birmingham, MI 48009 (fiatolaw@gmail.com); Edmund S. Yee, Esq., McKelvie, McKelvie, Yee & Epacs, P.C. 280 W. Maple Rd., Ste. 220, Birmingham, MI  48009 (eyee@mmyelaw.com); John A. Chiocca, Esq., Cole, Scott & Kissane, P.A., 222 Lakeview Ave., Ste. 120, West Palm Beach, FL 33401 (john.chiocca@csklegal.com; stephanie.chiocca@csklegal.com); Nicholas D. Freeman, Esquire and John Y. Benford, Esquire, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 111 N. Orange Ave., Ste. 1200, Orlando, FL 32801 (nicholas.freeman@wilsonelser.com; John.bedford@wilsonelser.com), this 30th day of June, 2022.

                           */s/ Kevin Robinson*
                           Kevin P. Robinson, Esquire

Florida Bar No.:  0014650
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Suite 600 (32801)
P.O. Box 3000
Orlando, FL  32802
Telephone:  (407) 425-7010
Facsimile:  (407) 425-2747
Counsel for Defendant, KKM Precision, Inc.
krobinson@zkslawfirm.com
jwenhold@zkslawfirm.com
service@zkslawfirm.com

KPR/kpr

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
(Fort Lauderdale)


Case No.: 0:20-cv-61469-RS


AKAI CUSTOM GUNS, LLC, et al.

vs.

KKM PRECISION, INC., et al.


**Rule 26 Report of Lee A. Swanger**

**June 30, 2022**


EXHIBIT

1

## Introduction

This report submitted by Lee A. Swanger discloses the substance and opinions to which I expect to testify regarding the metallurgical properties of twelve exemplar KKM precision semi-automatic pistol barrels provided for analysis. This report also covers my background and qualifications, items reviewed, proposed exhibits, compensation, and previous testimony.

My training, education, and experience are in the area of metallurgical and materials engineering as well as mechanical engineering. I hold degrees through the Ph.D. in Materials Science and Engineering, and I am a Licensed Professional Engineer in Florida and nine other states in both Metallurgical Engineering and Mechanical Engineering, by examination. Details of my background are presented in the attached professional resume. I have had extensive experience with metallurgical analysis of components of all types, including ferrous metals, ferritic and martensitic stainless steels, and gun barrels, utilizing the underlying scientific and engineering principals of mechanical engineering materials engineering, and metallurgy. I have been qualified as an expert in materials engineering, metallurgical engineering, and mechanical engineering in several courts, including State courts and Federal courts in Florida and elsewhere.

## Background

Exponent, Inc. was retained by attorneys for KKM Precision, Inc. and Shooters Connection, Inc. to determine the metallurgical properties of twelve exemplar pistol barrels manufactured by KKM Precision (KKM). I have been informed that AKAI Custom Guns, LLC (AKAI) claims that the barrels supplied to it either directly by KKM or from Shooters Connection, Inc. (Shooters) are defective and cause functional issues or exhibit failures when installed in the semi-automatic pistols assembled by AKAI. Among the defective conditions alleged is a Rockwell "C" hardness (also known as HRC) that is too low for the application. In addition to the twelve exemplar barrels, I have been provided, or obtained, the documents listed below in the Materials Considered section of this report.

KKM pistol barrels are manufactured from a custom variation of 416 stainless steel alloy. 416 stainless steel is described as a martensitic stainless steel, meaning that when it is properly heat treated by heating and quenching, the carbon in the alloy creates a unique crystal structure termed martensite, which is very hard and very strong, but somewhat brittle. The quenched martensite is then tempered, or heated to a lower temperature than the quenching temperature, to

allow the martensite to decompose into a very fine dispersion of iron carbide in ferrite (relative carbon-free alloy) resulting in a strong, ductile, tough final product.

There are variations of 416 stainless steel generally identified as 416R, where the R stands for Restricted.  There is no one type of 416R; various entities can create their own restrictions for their own 416R.  In its RESPONSE TO PLAINTIFFS' REQUEST FOR ADMISSIONS, KKM states its own specific 416 Restricted chemistry:

| | |
|---|---|
| Carbon | 0.08% - 0.15% |
| Phosphorus | 0.01% - 0.06% |
| Silicon | 0.3%   - 1% |
| Nickel | 0.15% - 0.7% |
| Copper | 0.02% - 0.6% |
| Manganese | 0.3%   - 1.2% |
| Sulfur | 0.15% - 0.375% |
| Chromium | 12%   - 14% |
| Cobalt | 0.02% - 0.05% |
| Molybdenum | 0.02% - 0.45% |
| Iron | balance |

Mr. Luke McIntire of KKM told me that this chemistry was derived from a U. S. Army specification for a 416R steel for pistol barrels, that was in existence long before Crucible Steel Co. introduced its own 416R product.  Mr. McIntire also told be that the KKM internal specification for hardness of the finished product is a minimum HRC 39, and that HRC 42 in its promotional literature is a nominal value.

My assignment was to review the documents provided, to examine and test the exemplar KKM pistol barrels, and to review and comment on the report of Professor Martin Crimp, dated March 11, 2022.  The twelve exemplar KKM barrels included eleven that were produced for 9 millimeter ammunition, or equivalently marked as having a nominal 0.355 inch bore.  One of the twelve KKM exemplar barrels was marked as 40 S&W, being somewhat larger bore of a nominal 10 millimeters.

**Materials Considered**

Complaint and Pleadings supplied by defendants
Report of Professor Martin Crimp dated March 11, 2022, including references
Exemplar KKM pistol barrels
KKM Rockwell Test Example

KKM Rockwell Test Procedure
KKM Rockwell Test Results on Twelve Exemplar Barrels
KKM Description of typical KKM Barrel
416R Next Generation Metals
416R Data Sheet
Carpenter 416BQ Data Sheet
Carpenter Tech Guide 9.29.03BLK.pdf
Carpenter Stainless Steel Blue Book
Crucible 416R
Information from discussions with Luke McIntire
KKM stainless steel certification documents
Results of chemical analysis of twelve exemplar barrels
Results of metallographic analysis of five exemplar barrels
Results of hardness testing of twelve exemplar barrels

**Testing of Exemplar Pistol Barrels**

**Chemistry:** Twelve exemplar KKM pistol barrels were supplied by KKM for this analysis. Photographs of the barrels as-received are in the attached photograph compilation, in which unique identifying part numbers and Rockwell "C" hardness (HRC) values as determined by KKM are on the labels on the tubes in which the barrels were sent. KKM also supplied a test data sheet (attached) with the same information as is on the labels.

Samples from the twelve exemplar KKM pistol barrels were sent to Element Materials Technology in Charlotte, NC for chemical analysis via Optical Emission Spectroscopy (OES). The report of results from Element is attached to this report. Of interest are the sulfur (S) and carbon (C) values. The sulfur combines with the manganese (Mn) in the stainless steel to create manganese sulfide inclusions, which are brittle compounds that fracture easily during machining, thus improving the machinability of the steel. The sulfur concentrations in the twelve KKM barrels ranges from 0.247% to 0.329%. Carbon is the element most responsible for the strength and hardness of tempered martensitic steels, and the carbon concentrations in the twelve KKM barrels ranged from 0.08% to 0.13%.

**Metallography:** Five of the exemplar KKM pistol barrels were selected and sectioned for metallographic examination. The five selected were: AKAI with sleeve, CGABCN – 32, CGABRCT, CGASWN – 18, and CX1DBCT. After standard mounting and polishing, Fry's Etch was selected as giving the best contrast between the tempered martensite phase and the delta ferrite phase. Examples of the photomicrographs of the CGABCN – 32 barrel are shown below in Figures 1 and 2.



Figure 1. Transverse section of CGABCN – 32



Figure 2.  Longitudinal section of CGABCN – 32

The medium-gray solid areas in the micrographs are manganese sulfide. The light-gray solid areas are delta ferrite, and the highly textured majority of the view is tempered martensite. All five of the barrels examined showed similar microstructures, with small difference in the relative amount of delta ferrite present.

Standard computerized quantitative metallography software was used to estimate the percentage area of delta ferrite in each of the five KKM exemplar barrels examined. The results are:

| AKAI with sleeve | 14% delta ferrite |
| CGABCN – 32 | 10% delta ferrite |
| CGABRCT | 13% delta ferrite |
| CGASWN – 18 | 12% delta ferrite |
| CX1DBCT | 7% delta ferrite |

Delta ferrite is low in carbon, and does not have reinforcing iron carbide particles in it, so it is softer than the tempered martensite. Vickers 50 gram microhardness readings were obtained on all five metallographic samples. Typical Vickers indentations are shown in Figure 3.



Figure 3. Vickers microhardness indentations – typical

The larger indentation on the left is primarily in the delta phase, and the smaller indentation in the upper middle is in the tempered martensite. The average converted Rockwell hardness for the tempered martensite is HRC 43, and the average hardness of the delta phase is HRC < 20.

**Hardness:** Rockwell "C" hardness readings were taken in three different ways to compare to the HRC hardness readings supplied by KKM with the twelve exemplar KKM pistol barrels. An initial screening of all twelve barrels was done by taking HRC readings on the round tubular portion of the as-received exemplar KKM barrels. This was done primarily as a screening test to compare the relative hardness of the barrels, since taking a Rockwell C reading on a tubular product is often inaccurate due to oval distortion of the tube under the 150 kilogram load of the Rockwell C test. Somewhat surprisingly, nine of the twelve barrels so tested gave reasonably good agreement with the hardness values provided by KKM, which were taken on the solid lug at the lower breech end of the barrels.

Of note is the results on the exemplar KKM barrel identified as AKAI with sleeve. The hardness readings on the tubular barrel dropped off near the tungsten sleeve, with the lowest hardness reading of 25.2 HRC.

Cross-sections of seven of the exemplar KKM barrels were prepared for Rockwell C testing, such that a solid column of steel was supporting the cut and ground surface that was tested. In theory this should be an accurate way to assess the true Rockwell hardness of the barrels. Four of the seven barrels thus tested were in good agreement with the values provided by KKM for the Rockwell hardness measured on the lower breech lugs, also a solid section of steel. The other three measurements were lower than that provided by KKM, most likely because the wall thickness of the barrel cross-sections required the Rockwell indentation to be away from the inner and outer edges of the toroidal cross-section. If the indentation is off just slightly toward either edge, the reading will be artificially low, as was the case for the three readings that were two to four Rockwell C points below the KKM values.

The lower lugs of five of the exemplar KKM barrels were removed as part of the preparation for chemical analysis, metallography, and cross-section testing. These removed lower lugs were tested for hardness via the Rockwell C technique, and all five were in agreement with the values provided by KKM.

The summary of all the hardness tests discussed in this section are attached to this report as the chart labeled, "Results of Rockwell "C" hardness testing."

Microhardness testing using the 500 gram Knoop technique was attempted on the ground and polished cross-sections, but the results were unreliably both high and low compared to the KKM values provided. In light of the metallographic microstructure described above, this is consistent with the two-phase structure and would result in a high hardness when the tempered martensite was the majority of the area sampled, and a low hardness when a substantial fraction of the area sampled by the Knoop indenter included delta ferrite. Due to this unreliability, the Knoop 500 gram results are not included in this report.

**Professor Crimp Report:** The initial plan for this investigation was that Professor Crimp and I would jointly examine the allegedly defective KKM (AD-KKM) barrels  provided to Prof. Crimp by AKAI.  However, because my receipt of exemplar barrels from KKM was delayed, Prof. Crimp went ahead with testing of the AD-KKM barrels and presented his results and conclusions in his report dated March 11, 2022.  Of the seven AD-KKM barrels examined by Prof. Crimp, three were the larger 40 S&W bore, and three were the 0.355 inch (nominal 9 mm) bore.  His number 1 barrel was a broken 40 S&W CGDBRCN, fractured transversely at or ahead of the locking grooves on the top of the barrel.  The forward portion of that barrel was not provided to Prof. Crimp.  His number 4 barrel was a fractured 0.355 inch CXABRCT with the upper portion of the chamber at the breech missing.

Prof. Crimp, apparently unaware of the KKM version of 416 Restricted martensitic stainless steel, uses a substantial portion of his report to criticize the value of sulfur that he found in four of  the seven AD-KKM barrels that he submitted for chemical analysis.  Those four samples ranged in sulfur concentration from 0.35% to 0.36%, complying with the KKM 416 Restricted composition.  The carbon concentrations in those four barrels ranged from 0.08% to 0.11%, also in compliance with the KKM version of 416 Restricted stainless steel.  All the other elements listed in Prof. Crimp's Table V. comply with KKM 416 Restricted requirements.  Prof. Crimp claims that his Reference 4, 2009 Guide to Selecting Carpenter Specialty Steels, imposes an upper limit of 0.35% sulfur on Carpenter's 416BQ5 stainless steel.  I have examined that reference in detail and the only limit on sulfur in that steel is a minimum concentration of 0.15%, with no upper limit.

Prof. Crimp compares the chemical composition results he obtained to the specification for the Crucible version of 416R stainless steel.  That steel, as currently defined in ASTM Standard A484, was developed for rifle barrels, not pistol barrels.  If he had received the KKM Response to Request for Admissions dated May 12, 2022, containing the specification presented on page 3 above, Prof. Crimp could have amended his report to make a comparison of his chemistry results to the correct specification.

In particular, the sulfur content of the four AD-KKM barrels meets the KKM specific requirement for pistol barrels.

Prof. Crimp referred to advertising information from KKM that indicates that its barrels are heat treated to HRC 42 as some how creating an engineering specification for KKM pistol barrels.  Mr. Luke McIntire of KKM told me that KKM follows the Military Specification for stainless steel pistol barrels that requires a minimum hardness of 39 HRC, and that KKM aims for a hardness in the range of 40 to 42 HRC.  Prof. Crimp described cutting transverse rings from the AD-KKM barrels for Rockwell testing, in a manner similar to what I had done.  Similar to my findings, Prof. Crimp's hardness readings on the round tubular barrels was consistent with the results he obtained on the cross-sectional rings.  He did report that three of the four barrels tested

in this way were below 39 HRC, at 36.9 HRC (barrel 1), 35.1 HRC (barrel 2), and 38.0 HRC (barrel 6).  He found that barrel 5 had a hardness of 44.5 HRC.

The provenance of the AD-KKM barrels is unknown, but KKM alleges that AKAI modifies the KKM barrels that it acquires by additional machining, and in some instances heat-shrinking a tungsten sleeve onto the barrel to increase its mass.  As shown above with the KKM exemplar AKAI with sleeve, the Rockwell hardness adjacent to the sleeve is substantially below the 39 HRC minimum specified by KKM.

The metallographic work described by Prof. Crimp is in agreement with the metallographic analysis of the exemplar KKM barrels described above in the **Metallography** section of this report.  Prof. Crimp also found delta ferrite interspersed in the matrix of tempered martensite, but did not report and quantitative metallography to determine the percentage of delta ferrite present.  He also identified stringers of manganese sulfide oriented longitudinally parallel to the axis of the bore of the barrels, consistent with the concentration of sulfur present in the AD-KKM barrels, which was essentially equal to the sulfur concentration in the exemplar KKM barrels.  Microhardness readings on the AD-KKM barrel delta ferrite and the tempered martensite showed similar differences as shown in this report for the exemplar KKM barrels.  Prof. Crimp attributes the decreased hardness in three of the four AD-KKM barrels tested to the presence of the delta ferrite.

Prof. Crimp performed scanning electron microscope (SEM) fractography on the damaged number 1 and number 4 AD-KKM barrels.  The number 1 barrel broke transversely, perpendicular to the barrel bore.  This is the fracture direction that is least affected by the manganese sulfide stringers.  The fractography revealed that the fracture was primarily a ductile fracture as denoted by the ductile dimples on the fracture surface, meaning that this was not a brittle fracture associated with excessive sulfur in the stainless steel.

AD-KKM barrel number 4 apparently fractured starting at the upper breech with parallel fractures running forward and arresting at the first upper locking lug.  The missing portion of the upper chamber was not provided to Prof. Crimp.  The fractography of the fractures shows the expected smooth fractures adjacent to longitudinal manganese sulfide stringers, and ductile dimples in between the manganese sulfide.  SEM fractography is not able to distinguish between ductile fracture in the tempered martensite and ductile fracture in the delta ferrite.

In his conclusions, Prof. Crimp states that the AD-KKM barrels were not manufactured from 416R stainless steel, as he understands 416R stainless steel.  He also states that the amount of manganese sulfide stringers makes the AD-KKM barrels to not be fit for use in firearm barrels.

**Discussion**

**Chemistry:** The chemical composition of both the set of AD-KKM barrels tested by Prof. Crimp and the twelve exemplar KKM barrels tested by Exponent meet all the chemical composition requirements of the KKM-specific 416 Restricted specification. This is derived from a U.S. Army specification for pistol barrels, meaning the KKM barrels are acceptable for use in semi-automatic pistols if the basic properties of the KKM barrels are not altered.

The Crucible version of 416R stainless steel that Prof. Crimp discusses was developed for rifle barrels, not pistol barrels, and was developed well after the U.S. Army developed its specification for pistol barrels, on which the KKM 416 Restricted specification listed on page 3 above was based. Since the chamber pressures in high-power center fire rifles are much higher than the chamber pressures in semi-automatic pistols, the requirements of the rifle barrel steel are more robust than those for pistol barrel steel. Prof. Crimp's suggestion that Crucible 416R, as currently defined in ASTM Standard A484 should be the steel used in KKM pistol barrels is incorrect.

**Metallography:** Prof. Crimp and I are in agreement as to the factual data from our metallographic examinations of the respective sets of KKM barrels. However, the significance of the data is different. Prof. Crimp states that there is excessive manganese sulfide, making the barrels more prone to fracture, although five of the AD-KKM barrels were not fractured. Prof. Crimp also identifies the delta ferrite as the cause of his hardness readings to be low, but he does not know the provenance of the AD-KKM barrels. I have made a quantitative determination of the percentage of delta ferrite in five of the exemplar KKM barrels and the table below shows the corresponding hardness values.

Table 1. Comparison of percentage of delta ferrite to KKM hardness values

| Percent delta ferrite: | 7% | 10% | 12% | 13% | 14% |
|---|---|---|---|---|---|
| Rockwell hardness HRC: | 38.9 | 39.1 | 42.1 | 41.7 | 39.9 |

There is no correlation between the percentage of delta ferrite and the Rockwell hardness. To examine this further, I looked at a comparison of carbon content to Rockwell hardness: Table 2.

Table 2. Comparison of carbon content to KKM hardness values

| Carbon %: | 0.08 | 0.09 | 0.09 | 0.09 | 0.10 | 0.11 | 0.12 | 0.13 |
|---|---|---|---|---|---|---|---|---|
| Rockwell HRC: | 38.9 | 39.9 | 41.7 | 42.1 | 39.1 | 44.2 | 44.1 | 43.6 |

There is a general trend of increasing carbon content resulting in increasing hardness after quenching and tempering, which is consistent with accepted metallurgical science. Variations in geometry of the barrels, in amount of other alloying elements, and normal batch-to-batch variations in heat treating parameters would account for the scatter along the trend line. Delta ferrite is not a deterrent to achieving the correct hardness, but carbon content will be the major determinant of hardness, all other factors being equal. It should be noted that the only exemplar KKM barrel that did not meet KKM's own specification of 39 HRC was the only one with a carbon content at the extreme low end of KKM's chemistry specification, 0.08% carbon.

**Hardness:** The above discussions have already alluded to the difference in hardness between the set of AD-KKM barrels examined by Prof. Crimp and the exemplar KKM barrels tested by Exponent. Prof. Crimp did not do any direct Rockwell hardness tests on the lower lug, where KKM performs its tests. My hardness testing confirmed that testing on the lower lug is the best way to evaluate the hardness of the barrels post heat treating. Only one of the exemplar KKM barrels as tested by KKM was below its internal specification of 39 HRC, at 38.9 HRC. KKM is to be commended for delivering that barrel to me, knowing it was very slightly below its internal specification. Rockwell C hardness testing is generally accepted to by accurate to within 0.5 HRC points, so most metallurgists would accept that a reading of 38.9 HRC is within experimental error of the specified 39 HRC. Also as mentioned above, the provenance of the AD-KKM barrels is unknown, so the hardness of those barrels at arrival at AKAI is also unknown. This is further explored in the section below concerning fracture analysis.

**Prof. Crimp's Fracture Analysis:** The two barrels with damage examined by Prof. Crimp offer different modes of failure. AD-KKM barrel number 1 broke transversely just ahead of the upper locking lugs, as shown in Prof. Crimp's Figure 1 on page 4 of his March 11, 2022, report. AD-KKM barrel number 2 experienced longitudinal cracking at the breech above the chamber.

As noted above, the provenance of the number 1 AD-KKM barrel is unknown, but there is evidence that suggests the circumstances leading to this failure. Figure 4 below shows the exemplar KKM barrel provided to me identified as AKAI with tungsten sleeve. Figure 5 below shows a closer view of the breech end of the barrel in Figure 4, compared to the AD-KKM barrel number 1.



Figure 4.  Exemplar KKM barrel – AKAI with tungsten sleeve



Figure 5.  Exemplar KKM barrel (above) and Prof. Crimp No. 1 AD-KKM barrel (below)

Note the similarity in geometry of these two barrels. In particular there is a machined reduction in diameter of the barrel concentric with the bore of the barrel, directly ahead of the forward upper locking lug in both barrels in Figure 5. None of the other eleven exemplar KKM barrels provided show such a machined reduction in diameter, and none of the barrels shown on the KKM website show such a sharp machined diameter reduction either. The discoloration in the forward upper locking groove of the AD-KKM number 1 barrel is similar to the discoloration shown on the exemplar KKM AKAI tungsten sleeved barrel.

The conclusion from this comparison is that the AD-KKM barrel had been machined by AKAI in preparation for heat-shrinking a tungsten sleeve onto it. As mentioned above, the heat from the heat shrinking of the sleeve had reduced the hardness of the exemplar AKAI with sleeve barrel to 25.2 HRC adjacent to the sleeve. Thus it is my opinion that AD-KKM barrel number 1 was machined to a smaller diameter, modified by application of a tungsten sleeve weakening that barrel at exactly the point where if fractured. The fracture of this barrel is due entirely to actions of AKAI, and not to any deficiency in the barrel as manufactured by KKM.

I understand KKM and Shooters Connection have retained a firearms expert to address the firearms related issues in this matter. With respect to AD-KKM barrel number 4, I will just observe that the failure resembles a failure from overpressure in the chamber, whether from an extra-hot reloaded cartridge or an obstruction in the barrel. The fractography presented by Prof. Crimp did not identify any deficiency in the steel, considering that the allowed sulfur content under the KKM specific 416 Restricted specification is up to 0.375% sulfur. Prof. Crimp did not present a chemical analysis of the steel in this barrel, and did not present any hardness data other than his preliminary screening values.


**Conclusions**

The twelve exemplar KKM barrels provided to Exponent for evaluation met the chemistry and hardness requirements of KKM specifications. They are suitable for use in the semi-automatic pistols for which they are intended, if not modified other than specific gunsmithing to match corresponding components in the subject pistol.

Prof. Crimp has not demonstrated that the AD-KKM barrels that he examined were defective as manufactured by KKM. The AD-KKM barrels all meet the requirements of the KKM specific 416 Restricted chemistry. Without hardness testing performed on the lower lugs in the as-manufactured condition, as done by KKM, there is no evidence that they did not meet the 39 HRC requirement of KKM. The advertising of a nominal hardness of 42 HRC does not create a specification for KKM barrels.

The failure of the number on AD-KKM barrel was due to substantial modification via machining and heat-shrinking of a tungsten sleeve onto it.  It was not due to any condition in the as-manufactured KKM barrel.

## Opinions and Bases Therefore

Based on my review of materials supplied to date, examination of the exemplar KKM pistol barrels, and my background, training, and experience, I anticipate testifying to the following opinions which I hold to at least a reasonable degree of scientific and engineering certainty.

• The KKM barrels are produced to KKM's own custom specifications, and meet those specifications.

• The subject KKM barrels are not defective in design or manufacture.

• The failed AD-KKM barrels number one and four examined by Prof. Crimp failed due to circumstances unrelated to their condition when they left the control of KKM and Shooters Connection.

• The failed number one AD-KKM barrel was caused by machining the barrel to a wall thickness below that when it was manufactured by KKM, and by heat-shrinking a tungsten sleeve on that barrel, weakening the excessively thin barrel at exactly the point where it broke.

• The methodology I employed in conducting this examination and reaching my opinions was to follow the generally accepted practices of failure investigation, which follows the scientific method, by gathering information, identifying hypotheses that might explain the incident, and applying generally accepted scientific, engineering, and metallurgical principles to identify to a reasonable degree of metallurgical engineering probability, best explanation for the failure of the AD-KKM number one barrel.

• The opinions expressed throughout this report, including but not limited to this section of this report, are based on my review of the documents in this case, my examination of exemplar KKM pistol barrels, my analysis and calculations, and my background, education, training, and experience.

**Other Information**

Attached to the report are my professional resume and a listing of my testimony in the past four-year period.  Exponent, Inc. charges for my time at the rate of $630 per hour.

At trial I would intend to use as exhibits:

Photographs of exemplar KKM pistol barrels
Data and results from testing of exemplar KKM pistol barrels
Excerpts from reference books, treatises, and standards
Excerpts from documents produced by all parties in this matter
Charts and diagrams illustrating my analysis, calculations, and opinions

I understand that discovery is ongoing in this case.  If and/or when additional information is made available or as new facts are determined during the investigation and discovery process, my professional opinions may change or be modified or refined to incorporate the new information, and this report may be supplemented to reflect such changes.  The opinions in this report, however, are current as of this date and accurately present my conclusions based on the items and information reviewed, my background, education and training, experience, and my analysis performed up to this date.  All opinions expressed herein are held by me to at least a reasonable degree of scientific and engineering certainty.

Signed:

June 30, 2022

_____
Lee A. Swanger, Ph.D., P.E.                                    date
Principal Engineer,
Exponent Failure Analysis Associates, Inc.

Attachments:   Professional Resume, List of Previous Testimony, Photographs, Data



# Exponent®
Engineering & Scientific Consulting

## Lee A. Swanger, Ph.D., P.E.

Principal Engineer & Office Director  |  Materials & Corrosion Engineering
4101 Southwest 71st Ave | Miami, FL 33155
(305) 661-1000 tel | lswanger@exponent.com

## Professional Profile

Dr. Swanger is the Director of Exponent's Miami, Florida, office.  His consulting work centers on the application of the principles of mechanical engineering, metallurgical and materials engineering, thermodynamics, and design engineering to issues related to incidents involving performance of engineered products and systems, accident reconstruction, and failure or fracture of system components. He also consults on issues of patent infringement and patent validity in the mechanical and materials arts. More specifically, Dr. Swanger's experience includes the analysis of machinery dynamics and kinetics as exemplified by internal combustion engines of both piston and turbine configuration, as well as related compressor designs.  His materials and metallurgical experience includes alloy applications, heat treatment, electrochemistry and corrosion, welding and brazing, and materials testing.   He applies his combined expertise in both mechanical engineering and materials/metallurgical engineering to issues of fatigue and fracture, and mechanical joining via threaded fasteners.

Applications of these disciplines include systems in nuclear and fossil power plants, components of transportation systems on land, sea, and air, industrial manufacturing processes, components of commercial and residential buildings, materials used in the petroleum and chemical industries, machinery and processes for vapor degreasing and dry cleaning, and consumer products including sports equipment and kitchen appliances.

Dr. Swanger has a particular interest in engine design and performance, with an emphasis on combustion, operational stresses, lubrication and bearing design and performance.   He received a U.S. Patent for his engine bearing material and fabrication process.

## Academic Credentials & Professional Honors

Ph.D., Materials Science and Engineering, Stanford University, *with distinction*, 1972

M.B.A., Marketing/Finance, Cleveland State University, 1982

M.S., Materials Science and Engineering, Stanford University, 1969

B.S., Metallurgy, Case Institute of Technology, *with highest honors*, 1968

Hertz Foundation Graduate Fellowship, 1970-1972

Member, Board of Directors of the Fannie and John Hertz Foundation

## Licenses and Certifications

Licensed Professional Engineer, Alabama, #29848-E

Licensed Professional Mechanical Engineer, California, #M23275

Licensed Professional Engineer, Florida, #37207

Licensed Professional Engineer, Georgia, #PE036205

Licensed Metallurgical Engineer, Louisiana, #34064

Licensed Professional Engineer, Mississippi, #25349

Licensed Professional Engineer, New York, #93691

Licensed Professional Metallurgical Engineer, Ohio, #44024

Licensed Professional Engineer, Virginia, #15492

Licensed Mechanical Engineer, Wyoming, #11899

## Prior Experience

Adjunct Professor, Mechanical Engineering Department, University of Miami, 1999-2008

Director of Research and Development, Engine Parts Division, Imperial Clevite, 1979-1983

Lecturer, Mechanical Engineering Department, Cleveland State University, 1978-1982

Project Manager, Gould Labs for Materials Research, Gould Inc., 1975-1979

Associate Sr. Research Metallurgist, General Motors Research Labs, 1973-1975

## Patents

Patent 4,333,215: Bearing Material and Method of Making, issued June 8, 1982.

## Publications

Rogers G, Swanger L, Wells C. The Role of testing programs in verifying structural integrity of medium speed diesel generator components. Institute for Electrical and Electronics Engineers Transaction on Nuclear Science 1985; NS-32(1), February.

Swanger L. Inhomogeneous thermodynamics and spinodal decomposition. Ph.D. Dissertation, Stanford University, August 1972.

Swanger L, Rhines W. On the necessary conditions for homogeneous nucleation of gas bubbles in liquids. Journal of Crystal Growth 1972; 12:323-326.

Barnett D, Swanger L. The elastic energy of a straight dislocation in an infinite anistropic elastic medium. Physica Status Solidi (B) 1971; 48:419-428, 1971.

Swanger L, Cooper A, Gupta P. Computer simulation of one-dimensional spinodal decomposition. Acta

Metallurgica 1970; 18:9-14.

**Presentations**

Swanger L. Expert witnesses in patent infringement litigation. Presented to Cleveland Ad-Hoc Patent Litigators Council, Cleveland, OH, December 2004.

Swanger L. Early assessment of product liability claims, the role of the engineering consultant. Presented to TriMas Litigation Conference, Detroit, MI, June 2002.

Swanger L. How to solve your bearings' problems. Presented at Joint Emergency Diesel Generator Owners Group Conference, Chicago, IL, June 1997.

Swanger L, Vogler M, Rau S. Investigation of the reliability of solid aluminum main bearings in emergency diesel generators. 9th International Conference on Structural Mechanics in Reactor Technology, Volume D, Lausanne, Switzerland, August 1987.

Johnston P, Shusto L, Swanger L. Analysis of diesel engine crankshaft torsional vibrations. 9th International Conference on Structural Mechanics in Reactor Technology, Volume D, Lausanne, Switzerland, August 1987.

Swanger L. Advanced techniques of accident investigation. Presented at Occupational Safety and Health Administration Training Institute, Des Plaines, IL, March, June, and September 1986.

Swanger L, Harris D, Johnston P, Derbalian G. Advanced methods for diesel component life prediction. Society for Automotive Engineers Paper 860885, Marine Propulsion Technology Conference, Washington, DC, May 1986.

McCarthy R, McCarthy G, Swanger L. Reliability and service life of steel truck wheels. Annual Reliability and Maintainability Symposium, Las Vegas, NV, January 1986.

Rogers G, Wells C, Swanger L. Design analysis of emergency diesel generator components to establish reliability under operating conditions. 8th International Conference on Structural Mechanics in Reactor Technology, Brussels, Belgium, August 1985.

Swanger L. Bearing materials update. Presented to Society of Automotive Engineers Off-Highway Conference, Milwaukee, WI, September 1981.

Swanger L. Developments in bearings and pistons. Presented at O Motor no Futuro (The Engine of the Future), Sao Paulo, Brazil, September 1980.

Swanger L. Selection of crankshaft materials for optimum bearing performance. Presented to Society of Manufacturing Engineers Conference, CM80-392, Los Angeles, CA, June 1980.

Swanger L. Heavy duty bearings: Materials and process. Presented at Carnegie-Mellon University, Pittsburgh, PA, March 1980.

**Reports**

Swanger L. Rule 26 Report of Lee A. Swanger In the Matter of Darrell W. Hartman v. Caterpillar Inc., et. al., May 28, 2010.

Swanger L. Rule 26 Report of Lee A. Swanger In the Matter of Innovative Fuel Products, LLC vs. BP Products North America Inc., December 23, 2010.

Swanger L. Report of Lee A. Swanger In the Matter of Questar Gas Management Co. v. Waukesha and Stewart & Stevenson, March 13, 2009.

Swanger L. Expert Report of Lee A. Swanger, Ph.D. P.E. Regarding Invalidity of U.S. Patent No. 6,979,117 and U.S. Patent No. 7, 281,842, K-TEC, Inc. vs. Vita-Mix Corporation, January 15, 2010.

Swanger L. Expert Report on Patent Infringement Pursuant to Rule 26(A)(2)(B) by Lee A. Swanger, Ph.D., P.E., Vita-Mix Corporation vs. Basic Holding, Inc., Focus Products Group, LLC, Focus Electrics, LLC, and West Bend Housewares, LLC, December 17, 2007.

Swanger L. Expert Report on Rebuttal of "Expert Report of Majid Rashidi, Ph.D., P.E." Dec. 17, 2007 Regarding the Invalidity of U.S. Patent No. 5,302,021 and "Expert Report of Thomas F. Smegal, Jr." Dec. 13, 2007 Regarding Inequitable Conduct During Prosecution of U. S. Patent No. 5,302,021, Pursuant To Rule 26(A)(2)(B) by Lee A. Swanger, Ph.D., P.E., Vita-Mix Corporation vs. Basic Holding, Inc. f/k/a Back to Basics Products, Inc., Focus Products Group, LLC, Focus Electrics, LLC, and West Bend Housewares, LLC, January 7, 2008.

Swanger L. Rule 26 Report of Lee A. Swanger In the Matter of Horton, Inc. v. NSK Corporation, Inc., American Arbitration Association Case No. 65 181 Y 00320 05, October 9, 2006.

Swanger L. Report of Lee A. Swanger In the Matter of Lloyd Cunningham v. Henry Repeating Arms Co. et.al. pursuant to Federal Rule 26, July 28, 2006.

Swanger L. Expert Report on Patent Infringement Pursuant To Rule 26(A)(2)(B) by Lee A. Swanger, Ph.D., P.E., Fellowes, Inc. vs. Michilin Prosperity Company Ltd. & Intek America, Inc., January 26, 2007.

Swanger L. Expert Report on Rebuttal of January 26, 2007 "Expert Report of Elliot L. Stern, Ph.D., On The Invalidity of U.S. Patent Nos. 6,260,780 And 7,040,559" Pursuant To Rule 26(A)(2)(B) by Lee A. Swanger, Ph.D., P.E., Fellowes, Inc. vs. Michilin Prosperity Company Ltd. & Intek America, Inc., February 26, 2007.

Swanger L. Report of Lee A. Swanger Responsive to Judge Tarnow's Order of June 5, 2006, James W. Jaikins v. Caterpillar, Inc., Case No. 04-73404, December 3, 2006.

Swanger L. Bearing and Valve Investigation, Wartsila 18V46 - DG-02, Central Electrica Talnique, El Salvador, Prepared for: Inversiones Energéticas S.A. de C.V., September 22, 2009.

Swanger L. Hydrodynamic Crankshaft Bearings in Nordberg Emergency Diesel Generators, Prepared for Engineering Staff, Brunswick Nuclear Plant, Progress Energy, Southport, NC, February 17, 2011.

Swanger L. Rule 26 Report of Lee A. Swanger In the Matter of Douglas P. DeMasi v. United States of America, Case No. 3:09-cv-868-J-32JRK, October 14, 2010.

Swanger L. Response to Expert Report of Michael Thuma Pursuant to Rule 26(A)(2)(B) By Lee A. Swanger, Ph.D., P.E., Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions vs. Homeland Housewares, LLC, et al., Case No. 3:09-CV-00791 REP, October 18, 2010.

Swanger L, McDaniel D. Nordberg ductile iron piston evaluation. Prepared for Progress Energy Brunswick Nuclear Station, January 5, 2006.

Swanger L. Report of Lee A. Swanger, Ph.D., P.E. In the Matter of Verve L.L.C. v Crane Cams, et. al. Reference U.S. Patent 4,850,315, January 24, 2005.

Swanger L. Report of Lee A. Swanger In the Matter of Vine Street, L.L.C. v. James R. Keeling et. al. Rule 26 report regarding Perchloroethylene Dry Cleaning machine function, Eastern District of Texas,

September 10, 2004.

Swanger L. Declaration of Lee A. Swanger, Ph.D., P.E. re: U.S. Patent 6,071,062. PODS, Inc. v. Porta Stor, Inc. et. al., September 9, 2004.

Swanger L. Declaration of Lee A. Swanger, Ph.D., P.E. in Opposition to Plaintiffs' Motion for Preliminary Injunction. Honeywell International Inc., et. al. v. ABB Inc., et. al., reference U.S. Patent 5,193,989, May 19, 2003.

Swanger L. Report of Lee A. Swanger, Ph.D., P.E. In the Matter of Air Turbine Technology v. Atlas Copco. Reference U.S. Patent 5,439,346, November 21, 2002.

Swanger L. Report of Lee A. Swanger, Ph.D., P.E. In the Matter of Marshalltown Trowel v. Lowe's re U.S. Patent 5,615,445. March 20, 2001.

Swanger L. Declaration of Lee A. Swanger, Ph.D., P.E. In the Matter of Monte J. Solazzi, et. al. v. Premier Lab Supply, Inc. et. al. Reference U.S. Patents 5,451,375 and 5.630,989, July 20, 2000.

Swanger L, Davy R, Eberly P, Waters L. Teledyne continental camshaft and lifter performance: The influence of lubricating oil on surface conditions. Technical Report to Special Masters in Gross v. Mobil, November 1996.

Johnston P, Shusto L, Swanger L. Evaluation of diesel generator Number 1 at Brunswick Nuclear Plant. Failure Analysis Associates, Inc., Technical Report, January 1993.

Swanger L. Investigation of repeated Number 5 main bearing degradation by flashing, Fairbanks Morse opposed piston auxiliary diesel on the Emory S. Land. Failure Analysis Associates, Inc., Technical Report, January 1992.

Scheibe R, Kadlec R, Swanger L, Littmann W, Clark R, Johnston P, Hayes D. Generator Bearing condition assessment: Unit DG-1, WPPSS WNP-2. Failure Analysis Associates, Inc., Technical Report, June 1991.

Swanger L, Mercaldi D, Bisbee L, Booth A, Vetter J. DC Motor Control Center 2PB-1 Fire at Fermi II Nuclear Plant. Failure Analysis Associates, Inc., Technical Report, March 1987.

Swanger L, Webb W, Bisbee, L. Failure Investigation of North Hot Reheat Line, Detroit Edison Monroe Unit #1. Failure Analysis Associates, Inc., Technical Report, September 1986.

Swanger L, Vogler M. Investigation of surface scoring of main bearings: Fairbanks Morse 38TD8-1/8 diesels at Fermi II Power Plant. Failure Analysis Associates, Inc., Technical Report, June 1986.

Swanger L. Design review of connecting rod bearing shells for Transamerica Delaval Enterprise Engines. Failure Analysis Associates, Inc., Technical Report, March 1984.

Swanger L, Bisbee L, Webb W. Evaluation of piston and bearing from the Baltimore Gas and Electric Hunt Valley Inn cogeneration system. Failure Analysis Associates, Inc., Technical Report, June 1992.

Swanger L. Review of performance problems, Occidental Chemical M/V Julius Hammer and M/V Frances Hammer, Colt-Pielstick, PC 2.5 diesel engines. Failure Analysis Associates Report, April 1986.

**Photographs of Twelve Exemplar KKM Pistol Barrels**


**As-received Condition**



























**Innovatest Europe BV**
Borgharenweg 140
6222 AA - Maastricht
The Netherlands
+31 43 3520060

| Tester Info | | Statistics | |
|---|---|---|---|
| Type | VERZUS 720RS | Nr of measurements | 12 |
| Date | February 24, 2022 | Max | 44.24 |
| Operator | KKM | Min | 38.91 |
| Test | HRC | Average | 41.66 |
| Dwell time | 4 sec. | Std.dev | 1.89 |
| Cp | 1.06 | Cpk | 1.00 |
| | | Range | 5.33 |

Sample test of barrels produced from 2010 to 2022.

Carpenter Project 70+ Range (39-42RC) *Cryo Treated
Outokumpu Range (42-46RC)
Carpenter BQ5 Range (42-46RC)



| 1 | 41.75 | HRC | depth: 116.5 | | | | 4:27:58 PM |
|---|---|---|---|---|---|---|---|
| Comment | 2010 CARPENTER PROJECT 70+ CGABRCT (No Cryo Treatment) | | --- | --- | --- | | |

| 2 | 41.32 | HRC | depth: 117.4 | | | | 4:32:07 PM |
|---|---|---|---|---|---|---|---|
| Comment | 2010 CARPENTER PROJECT 70+ CSABWN 9X19 (No Cryo Treatment) | | --- | --- | --- | | |

| 3 | 39.94 | HRC | depth: 120.1 | | | | 4:34:08 PM |
|---|---|---|---|---|---|---|---|
| Comment | AKAI TUNGSTEN SLEEVED FAILED BARREL | | --- | --- | --- | | |

| 4 | 39.14 | HRC | depth: 121.7 | | | | 4:42:01 PM |
|---|---|---|---|---|---|---|---|
| Comment | USAMU 2014 CARPENTER PROJECT 70+ CGABCN 9MM 1-32" Cryo* | | --- | --- | --- | | |

| 5 | 38.91 | HRC | depth: 122.2 | | | | 4:48:09 PM |
|---|---|---|---|---|---|---|---|
| Comment | 2012 CARPENTER PROJECT 70+ CX1DBCT Cryo* | | --- | --- | --- | | |

| 6 | 43.94 | HRC | depth: 112.1 | | | | 4:55:48 PM |
|---|---|---|---|---|---|---|---|
| Comment | 2018 OUTOKUMPU CGABRWN 9MM | | --- | --- | --- | | |

| 7 | 43.64 | HRC | depth: 112.7 | --- | --- | --- | 3:37:13 PM |
|---|---|---|---|---|---|---|---|
| Comment | 2017 OUTOKUMPU CX1ABRWT | | | | | | |

| 8 | 40.9 | HRC | depth: 118.2 | --- | --- | --- | 3:43:39 PM |
|---|---|---|---|---|---|---|---|
| Comment | USAMU 2012 CARPENTER PROJECT 70+ CGASWN .355 1-32" | | | | | | |

| 9 | 42.08 | HRC | depth: 115.8 | --- | --- | --- | 3:45:26 PM |
|---|---|---|---|---|---|---|---|
| Comment | USAMU 2015 CARPENTER PROJECT 70+ CGASWN .355 1-18" | | | | | | |

| 10 | 39.89 | HRC | depth: 120.2 | --- | --- | --- | 3:46:33 PM |
|---|---|---|---|---|---|---|---|
| Comment | USAMU/MARINE CORP 2014 CARPENTER PROJECT 70+ CGABWN 9MM 1-18" Cryo* | | | | | | |

| 11 | 44.17 | HRC | depth: 111.7 | --- | --- | --- | 3:47:34 PM |
|---|---|---|---|---|---|---|---|
| Comment | 2022 CARPENTER BQ5 CGABCN 1-16" | | | | | | |

| 12 | 44.24 | HRC | depth: 111.5 | --- | --- | --- | 3:48:41 PM |
|---|---|---|---|---|---|---|---|
| Comment | 2022 OUTOKUMPU CX1ABR1CT .355 1-16" | | | | | | |



Element Materials Technology
1200 Westinghouse Blvd.
Suite A
Charlotte, NC
28273-6313 USA

P 704 588 1131
F 704 588 5412
T 888 786 7555
info.charlotte@element.com
element.com

Contact: David Wills
Exponent, Inc.
4101 SW 71 Ave.
MIAMI, FL 33155

**TEST REPORT — EAR-CONTROLLED DATA**

Date: 6/14/2022
P.O. No.: 00066684
W/O No.: EXP023-06-10-73527-1

**Description:** 416 SS Test Samples
**Part No.:** CX1ABR1CT; CGASWN-32; AKAI-SLEEVE; CSABWN; CGASWN-18; CGABWN; CGABRWN;
CX1DBCT; CGABCN-O; CX1ABRWT; CGABRCT; CGABCN-32;

**416**

| Element | | CX1ABR1CT | CGASWN-32 | AKAI-SLEEVE | CSABWN | CGASWN-18 | CGABWN | Min % | Max % |
|---------|---|-----------|-----------|-------------|--------|-----------|--------|-------|-------|
| C | = | 0.11 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.00 | 0.15 |
| Mn | = | 0.74 | 0.42 | 0.40 | 0.40 | 0.42 | 0.40 | 0.00 | 1.25 |
| P | = | 0.019 | 0.018 | 0.018 | 0.019 | 0.019 | 0.019 | 0.000 | 0.060 |
| S | = | 0.302 | 0.307 | 0.270 | 0.326 | 0.329 | 0.319 | 0.150 | NS |
| Si | = | 0.38 | 0.63 | 0.63 | 0.62 | 0.62 | 0.62 | 0.00 | 1.00 |
| Cr | = | 13.29 | 13.14 | 13.05 | 13.27 | 13.19 | 13.23 | 12.00 | 14.00 |
| Ni | = | 0.48 | 0.22 | 0.21 | 0.21 | 0.21 | 0.22 | 0.00 | NS |
| Mo | = | 0.04 | 0.07 | 0.08 | 0.07 | 0.07 | 0.07 | 0.00 | NS |
| Cu | = | 0.05 | 0.09 | 0.07 | 0.08 | 0.07 | 0.08 | 0.00 | NS |
| Fe | = | Balance | Balance | Balance | Balance | Balance | Balance | Balance | Balance |

| Element | | CGABRWN | CX1DBCT | CGABCN-O | CX1ABRWT | CGABRCT | CGABCN-32 | Min % | Max % |
|---------|---|---------|---------|----------|----------|---------|-----------|-------|-------|
| C | = | 0.10 | 0.08 | 0.12 | 0.13 | 0.09 | 0.10 | 0.00 | 0.15 |
| Mn | = | 0.71 | 0.41 | 0.34 | 0.71 | 0.40 | 0.38 | 0.00 | 1.25 |
| P | = | 0.019 | 0.018 | 0.018 | 0.019 | 0.018 | 0.018 | 0.000 | 0.060 |
| S | = | 0.277 | 0.329 | 0.247 | 0.251 | 0.313 | 0.254 | 0.150 | NS |
| Si | = | 0.38 | 0.68 | 0.63 | 0.38 | 0.65 | 0.64 | 0.00 | 1.00 |
| Cr | = | 13.08 | 13.19 | 12.93 | 13.07 | 13.05 | 13.01 | 12.00 | 14.00 |
| Ni | = | 0.30 | 0.32 | 0.35 | 0.31 | 0.21 | 0.29 | 0.00 | NS |
| Mo | = | 0.04 | 0.07 | 0.03 | 0.04 | 0.12 | 0.07 | 0.00 | NS |
| Cu | = | 0.06 | 0.10 | 0.07 | 0.06 | 0.06 | 0.10 | 0.00 | NS |
| Fe | = | Balance | Balance | Balance | Balance | Balance | Balance | Balance | Balance |

TEST METHOD: ASTM E415

This document contains technical data whose export and re-export/ retransfer is subject to control by the U.S. Department of Commerce under the Export Administration Act and the Export Administration Regulations. The Department of Commerce's prior written approval may be required for the export or re-export/retransfer of such technical data to any foreign person, foreign entity or foreign organization whether in the United States or abroad.

The information contained in this certification represents only the material submitted and is certified only for the quantities tested. Unless otherwise specified, measurement uncertainty was not taken into account when making statements of conformity to a specification. Test results relate only to the items tested as prepared from the "as received" sample. Reproduction except in full is reserved pending written approval. The recording of false, fictitious, or fraudulent statements or entries on this certificate may be punishable as a felony under federal law. All testing was performed in a mercury-free environment. All testing was performed in accordance with the latest edition of the applicable ASTM or other Federal Test Method in effect at the time of test.

Element Charlotte
1200 Westinghouse Blvd. Suite A
Charlotte, NC 28273

Respectfully Submitted

Crystal Dibble
Quality Administrator

## Results of Rockwell "C" hardness testing

| | Sample | Corrected Hardness HRC | KKM HRC | HRC Cross-section | Lwr Lug HRC |
|---|---|---|---|---|---|
| 1 | CGABWN 1-18" | **39.7** | **39.9** | **40.1** | |
| 2 | CGASWN 1-32" | **40.9** | **40.9** | **40.3** | |
| 3 | CGABRWN 9mm | **43.4** | **43.9** | | |
| 4 | CGABCN 9mm 1-32" | **38.2** | **39.1** | | **38.6** |
| 5 | CGABCN | **44.7** | **44.1** | | |
| 6 | CGABRCT Exp 2 | **37.8** | **41.7** | **39.3** | |
| 7 | CX1DBCT Exp 1 <br> 40 S&W | **36.3** | **38.9** | **36.6** | |
| 8 | CGASWN 1-18" | **37.9** | **42.1** | **38.1** | **40.5** |
| 9 | CSABWN 9x19 | **43.0** | **41.3** | | |
| 10 | Akai W Sleeve | **37.1** | **39.9** | **39.5** | **38.9** |
| 11 | CX1ABR1CT | **45.3** | **44.2** | **43.9** | **44.1** |
| 12 | CX1ABRWT | **42.8** | **43.6** | | **43** |

All HRC tests performed on a calibrated LECO RT-120A Hardness tester
and checked against certified 52.86 HRC calibration block # 3593948

Case 0:20-cv-61469-RS Document 297-9 Entered on FLSD Docket 06/30/2023 Page 40 of 46
Deposition, Trial (T), Hearing (H), and Arbitration (A) Testimony of
Lee A. Swanger, Ph.D., P.E.

| FaAA Project | CASE # | LITIGANTS | SUBJECT OF TESTIMONY | P or D | COUNSEL | JURISDICTION | VENUE | DATE OF TESTIMONY |
|---|---|---|---|---|---|---|---|---|
| 1609531 | 01-15-004-9938 | GE Transportation<br>Consolidated Precision Products | Metallurgical and<br>Mechanical Engineering | P | John Scalzo<br>Brian Rose | American Arbitration Assoc.<br>Int'l Centre for Dispute Resol. | Cleveland, OH | 4/24/2017 |
| 1605143 | 3:15-13328 | Sigman, et al.<br>CSX Transportation<br>Sperry Rail Service | Metallurgical Engineering | D<br>D | D. Blayne Honeycutt<br>Robert Massie<br>John D. "Jack" Hoblitzell, III | U.S. District Court | Southern District of West Virginia<br>Huntington Division | 2/2/2018 |
| 1701076 | CV-2017-900038 | Pettway<br>Vac-Con, Inc., et al. | Materials Engineering | D | Robert Mitchell<br>Michael Truncale | Circuit Court | Mobile County<br>Alabama | 2/19/2018 |
| 1708681 | 2012-CA-011871-O | Rutledge<br>Probus Online, Inc. | Mechanical Engineering | P | W. Andrew Rariden<br>Michael J. Merrill | Circuit Court<br>9th Judicial Circuit | Orange County<br>Florida | 4/5/2018 |
| 1705741 | 2016-03483 | Sandbox Logistics<br>Arrows Up, Inc | Materials Engineering<br>Mechanical and | D | Matthew P. Whitley<br>Stephen Loftin | Texas State Court<br>334th Judicial District | Harris County<br>Texas | 4/18/2018 |
| 1804105 | 8:16-CV-1241-T-17JSS | Lidey<br>Luehrs' Ideal Rides, Inc. | Mechanical Engineering | D | Jonathan D. Rubinstein<br>James R. Brown | U.S. District Court | Middle District of Florida<br>Tampa Division | 6/6/2018 |
| 1705741 | 2016-03483 | Sandbox Logistics<br>Arrows Up, Inc. | Mechanical and<br>Materials Engineering | D | Matthew P. Whitley<br>Stephen Loftin | Texas State Court<br>334th Judicial District | Harris County<br>Texas | 6/28/2018<br>T |
| 1801641 | 16-02709-MD-W-GAF | Browning<br>Dollar General Corp. | Mechanical and<br>Metallurgical Engineering | D | Ryan Casey<br>R. Trent Taylor | U.S. District Court | Western District of Missouri<br>Missouri | 7/18/2018 |
| 1708681 | 2012-CA-011871-O | Rutledge<br>Central Florida Injury<br>Probus Online | Mechanical Engineering | P | Andy Rariden<br>Ronald Harrop<br>Michael Merrill | Florida State Court<br>Ninth Judicial Circuit | Orange County<br>Florida | 10/23/2018<br>T |
| 1904058 | BC 646594 | Mamdouh Habib<br>RR Street | Mechanical Engineering | D | Raphael Metzger<br>John Thomas | California Superior Court<br>Los Angeles Central District | Los Angeles, CA | 6/20/2019 |
| 1903771 | 18-009614 | Akif Ali<br>GeoVera Specialty Insurance | Metallurgical Engineering | D | Geoffrey Gilbert<br>Karen Brimmer | Circuit Court 17th Judicial Dstrt<br>Broward County, FL | Broward County, FL | 8/23/2019 |
| 1505127 | 2017-025835-CA-01 | D Miami Investment Inc.<br>NCH Pumbing, Inc. | Mechanical Engineering<br>Materials Engineering | D | Natasha Rivera<br>Alexander Alvarez | Circuit Court 11th Circuit<br>Miami-Dade County, FL | Miami, FL | 9/6/2019 |
| 1907404 | 1:19-cv-01611-DCN | Terves LLC<br>Yueyang Aerospace & Ecometal | Metallurgical Engineering<br>Patent Infringement | P | David Cupar<br>Evan Talley | US District Court Northern Ohio<br>Eastern District | Cleveland, OH | June 3, 2020 |
| 1907404 | 1:19-cv-01611-DCN | Terves LLC<br>Yueyang Aerospace & Ecometal | Metallurgical Engineering<br>Patent Infringement | P | David Cupar<br>Evan Talley | US District Court Northern Ohio<br>Eastern District | Cleveland, OH | 12-Oct-20 |
| 2008119 | 20-cv-21586-JEM | Milner<br>Scottsdale Insurance | Metallurgical Engineering | D | Maximo Santiago<br>Joseph Miele | U S District Court - Florida<br>Southern District | Miami-Dade County | 2/9/2021 |
| 1707055 | CACE 18 - 026778 | Hollinger and McKenzie | Metallurgical Engineering | | Joseph Slama | 17th Judicial Circuit | Broward County FL | 2/22/2021 |

Deposition, Trial (T), Hearing (H), and Arbitration (A) Testimony of
Lee A. Swanger, Ph.D., P.E.

| FaAA Project | CASE # | LITIGANTS | SUBJECT OF TESTIMONY | P or D | COUNSEL | JURISDICTION | VENUE | DATE OF TESTIMONY |
|---|---|---|---|---|---|---|---|---|
| | CACE 18 - 026917 | Qualitiy Steel Corporation | | D | Robin Rothman | Broward County, Florida | | |
| 2002150 | CGC-98-999345 and CGC-98-999643 | City of Modesto, CA DOW and PPG | Mechanical and Materials Engineering | D | Duane Miller Genaro Filice | State of California County of San Francisco | County of San Francisco | 5/6/2021 |
| 1600068 | 5:14 - CV-01872-DSF | Betty Goldberg & Al Goldberg Goss-Jewett Co. | Mechanical and Materials Engineering | P | Bret Stone Chris Johnson | U S District Court - California Central District | Santa Barbara, CA | 5/18/2021 T |
| 1809042 | 18-003983 CA 01 | Jesus Carbonell, Jr. Alvaco Enterprises, Inc. | Mechanical Engineering | D | J.C. Gonzalez Anthony Torrente | 11th Judicial Circuit Miami-Dade County | Miami-Dade County, Florida | 6/11/2021 |
| 1908910 | 2:18-cv-00456 | Eric Stevens et al. Class Action Ford Motor Company | Mechanical Engineering Materials - Tribology | D | Lauren Akers Cole Geddy | US District Court - Texas Southern District | Corpus Christi Division | 6/29/2021 |
| 1705257 | 6:18-CV-00213 | Stone Energy Corp. Nippon Steel and Sumitomo | Materials - Corrosion | P | Matt Jones Meghan Senter | US District Court - Louisiana Western District | Lafayette Division | 7/20/2021 |
| 2006400 | CA-No. 20-1862 | Atlantic Specialty for CANDIES Caterpillar, Inc. | Mechanical Engineering Metallurgy - Tribology | D | Alfred Ruffy Deirdre McGlinchey | US District Court - Louisiana Eastern District | New Orleans | 8/25/2021 |
| 1801682 | 18SL-CC00140 Division No. 18 | Warren Benning Dorel Home Furnishings | Mechanical and Materials Engineering | D | Andrew Martin Rachel Remke Armbrust | Circuit Court - St. Louis County Missouri | St. Louis | 10/13/2021 |
| 1907404 | 1:19-cv-1611-DCN | Terves Ecometal and Yueyang Aerospace | Metallurgical Engineering Corrosion Engineering | P | David Cupar Ed White | US District Court - Ohio Northern District | Eastern Division, Cleveland OH | 10/18/2021 |
| 1903210 | 14-3681 CA 30 | Greeen Ultra Music Festival et al. | Mechanical Engineering Metallurgical Engineering | P | Curtis Mase Addison Meyers | 11th Judicial Circuit Miami-Dade County | Miami-Dade County, Florida | 11/16/2021 |
| 2104177 | 2:19-cv-00513-GEKP | Penn Engineering & Manufacturing Peninsula Components, Inc. | Mechanical Engineering | D | Joseph Konieczny Samuel Silver | US District Court -Pennsylvania Eastern District | Philadelphia | 12/23/2021 |
| 2009939 | 5:20-cv-00177 | James Walker Precision Gears, Inc. | Metallurgical Engineering | D | Jorge Mares Corey Wright | US District Court - Florida Northern District | Panama City Division | 2/24/2022 |
| 2200371 | 2020 30762 CICI | Michael Carroll Thomas Gillikin | Mechanical Engineering | D | Perry Nava Blake Gaffney | 7th Judicial Circuit Volusia County | Volusia County, Florida | 4/6/2022 |
| 2111401 | 1:20-cv-00887-CFC | Victaulic Company ASC Engineered Solutions | Mechanical Engineering | P | Benjamin Kiersz Coby Nixon | US District Court District of Delaware | Delaware | 5/11/2022 |
| 2005777 | 2019-9502 CA 01 | Michael Moore Courtyard Management Corp. Daniel Moore Chairs | Materials Engineering | D | Marcel Flemming Antwon Emery Craig Montz | 11th Judicial Circuit Miami-Dade County | Miami-Dade County, Florida | 5/24/2022 |



# E$^x$ponent®
### Engineering & Scientific Consulting

## Lee A. Swanger, Ph.D., P.E.

Principal Engineer & Office Director | Materials & Corrosion Engineering
4101 Southwest 71st Ave | Miami, FL 33155
(305) 661-1000 tel | lswanger@exponent.com

## Professional Profile

Dr. Swanger is the Director of Exponent's Miami, Florida, office. His consulting work centers on the application of the principles of mechanical engineering, metallurgical and materials engineering, thermodynamics, and design engineering to issues related to incidents involving performance of engineered products and systems, accident reconstruction, and failure or fracture of system components. He also consults on issues of patent infringement and patent validity in the mechanical and materials arts. More specifically, Dr. Swanger's experience includes the analysis of machinery dynamics and kinetics as exemplified by internal combustion engines of both piston and turbine configuration, as well as related compressor designs. His materials and metallurgical experience includes alloy applications, heat treatment, electrochemistry and corrosion, welding and brazing, and materials testing. He applies his combined expertise in both mechanical engineering and materials/metallurgical engineering to issues of fatigue and fracture, and mechanical joining via threaded fasteners.

Applications of these disciplines include systems in nuclear and fossil power plants, components of transportation systems on land, sea, and air, industrial manufacturing processes, components of commercial and residential buildings, materials used in the petroleum and chemical industries, machinery and processes for vapor degreasing and dry cleaning, and consumer products including sports equipment and kitchen appliances.

Dr. Swanger has a particular interest in engine design and performance, with an emphasis on combustion, operational stresses, lubrication and bearing design and performance. He received a U.S. Patent for his engine bearing material and fabrication process.

## Academic Credentials & Professional Honors

Ph.D., Materials Science and Engineering, Stanford University, *with distinction*, 1972

M.B.A., Marketing/Finance, Cleveland State University, 1982

M.S., Materials Science and Engineering, Stanford University, 1969

B.S., Metallurgy, Case Institute of Technology, *with highest honors*, 1968

Hertz Foundation Graduate Fellowship, 1970-1972

Member, Board of Directors of the Fannie and John Hertz Foundation

<div style="border:1px solid">

**EXHIBIT**

**2**

</div>

## Licenses and Certifications

Licensed Professional Engineer, Alabama, #29848-E

Licensed Professional Mechanical Engineer, California, #M23275

Licensed Professional Engineer, Florida, #37207

Licensed Professional Engineer, Georgia, #PE036205

Licensed Metallurgical Engineer, Louisiana, #34064

Licensed Professional Engineer, Mississippi, #25349

Licensed Professional Engineer, New York, #93691

Licensed Professional Metallurgical Engineer, Ohio, #44024

Licensed Professional Engineer, Virginia, #15492

Licensed Mechanical Engineer, Wyoming, #11899

## Prior Experience

Adjunct Professor, Mechanical Engineering Department, University of Miami, 1999-2008

Director of Research and Development, Engine Parts Division, Imperial Clevite, 1979-1983

Lecturer, Mechanical Engineering Department, Cleveland State University, 1978-1982

Project Manager, Gould Labs for Materials Research, Gould Inc., 1975-1979

Associate Sr. Research Metallurgist, General Motors Research Labs, 1973-1975

## Patents

Patent 4,333,215: Bearing Material and Method of Making, issued June 8, 1982.

## Publications

Rogers G, Swanger L, Wells C. The Role of testing programs in verifying structural integrity of medium speed diesel generator components. Institute for Electrical and Electronics Engineers Transaction on Nuclear Science 1985; NS-32(1), February.

Swanger L. Inhomogeneous thermodynamics and spinodal decomposition. Ph.D. Dissertation, Stanford University, August 1972.

Swanger L, Rhines W. On the necessary conditions for homogeneous nucleation of gas bubbles in liquids. Journal of Crystal Growth 1972; 12:323-326.

Barnett D, Swanger L. The elastic energy of a straight dislocation in an infinite anistropic elastic medium. Physica Status Solidi (B) 1971; 48:419-428, 1971.

Swanger L, Cooper A, Gupta P. Computer simulation of one-dimensional spinodal decomposition. Acta

Metallurgica 1970; 18:9-14.

**Presentations**

Swanger L. Expert witnesses in patent infringement litigation. Presented to Cleveland Ad-Hoc Patent Litigators Council, Cleveland, OH, December 2004.

Swanger L. Early assessment of product liability claims, the role of the engineering consultant. Presented to TriMas Litigation Conference, Detroit, MI, June 2002.

Swanger L. How to solve your bearings' problems. Presented at Joint Emergency Diesel Generator Owners Group Conference, Chicago, IL, June 1997.

Swanger L, Vogler M, Rau S. Investigation of the reliability of solid aluminum main bearings in emergency diesel generators. 9th International Conference on Structural Mechanics in Reactor Technology, Volume D, Lausanne, Switzerland, August 1987.

Johnston P, Shusto L, Swanger L. Analysis of diesel engine crankshaft torsional vibrations. 9th International Conference on Structural Mechanics in Reactor Technology, Volume D, Lausanne, Switzerland, August 1987.

Swanger L. Advanced techniques of accident investigation. Presented at Occupational Safety and Health Administration Training Institute, Des Plaines, IL, March, June, and September 1986.

Swanger L, Harris D, Johnston P, Derbalian G. Advanced methods for diesel component life prediction. Society for Automotive Engineers Paper 860885, Marine Propulsion Technology Conference, Washington, DC, May 1986.

McCarthy R, McCarthy G, Swanger L. Reliability and service life of steel truck wheels. Annual Reliability and Maintainability Symposium, Las Vegas, NV, January 1986.

Rogers G, Wells C, Swanger L. Design analysis of emergency diesel generator components to establish reliability under operating conditions. 8th International Conference on Structural Mechanics in Reactor Technology, Brussels, Belgium, August 1985.

Swanger L. Bearing materials update. Presented to Society of Automotive Engineers Off-Highway Conference, Milwaukee, WI, September 1981.

Swanger L. Developments in bearings and pistons. Presented at O Motor no Futuro (The Engine of the Future), Sao Paulo, Brazil, September 1980.

Swanger L. Selection of crankshaft materials for optimum bearing performance. Presented to Society of Manufacturing Engineers Conference, CM80-392, Los Angeles, CA, June 1980.

Swanger L. Heavy duty bearings: Materials and process. Presented at Carnegie-Mellon University, Pittsburgh, PA, March 1980.

**Reports**

Swanger L. Rule 26 Report of Lee A. Swanger In the Matter of Darrell W. Hartman v. Caterpillar Inc., et. al., May 28, 2010.

Swanger L. Rule 26 Report of Lee A. Swanger In the Matter of Innovative Fuel Products, LLC vs. BP Products North America Inc., December 23, 2010.

Swanger L. Report of Lee A. Swanger In the Matter of Questar Gas Management Co. v. Waukesha and Stewart & Stevenson, March 13, 2009.

Swanger L. Expert Report of Lee A. Swanger, Ph.D. P.E. Regarding Invalidity of U.S. Patent No. 6,979,117 and U.S. Patent No. 7, 281,842, K-TEC, Inc. vs. Vita-Mix Corporation, January 15, 2010.

Swanger L. Expert Report on Patent Infringement Pursuant to Rule 26(A)(2)(B) by Lee A. Swanger, Ph.D., P.E., Vita-Mix Corporation vs. Basic Holding, Inc., Focus Products Group, LLC, Focus Electrics, LLC, and West Bend Housewares, LLC, December 17, 2007.

Swanger L. Expert Report on Rebuttal of "Expert Report of Majid Rashidi, Ph.D., P.E." Dec. 17, 2007 Regarding the Invalidity of U.S. Patent No. 5,302,021 and "Expert Report of Thomas F. Smegal, Jr." Dec. 13, 2007 Regarding Inequitable Conduct During Prosecution of U. S. Patent No. 5,302,021, Pursuant To Rule 26(A)(2)(B) by Lee A. Swanger, Ph.D., P.E., Vita-Mix Corporation vs. Basic Holding, Inc. f/k/a Back to Basics Products, Inc., Focus Products Group, LLC, Focus Electrics, LLC, and West Bend Housewares, LLC, January 7, 2008.

Swanger L. Rule 26 Report of Lee A. Swanger In the Matter of Horton, Inc. v. NSK Corporation, Inc., American Arbitration Association Case No. 65 181 Y 00320 05, October 9, 2006.

Swanger L. Report of Lee A. Swanger In the Matter of Lloyd Cunningham v. Henry Repeating Arms Co. et.al. pursuant to Federal Rule 26, July 28, 2006.

Swanger L. Expert Report on Patent Infringement Pursuant To Rule 26(A)(2)(B) by Lee A. Swanger, Ph.D., P.E., Fellowes, Inc. vs. Michilin Prosperity Company Ltd. & Intek America, Inc., January 26, 2007.

Swanger L. Expert Report on Rebuttalof January 26, 2007 "Expert Report of Elliot L. Stern, Ph.D., On The Invalidity of U.S. Patent Nos. 6,260,780 And 7,040,559" Pursuant To Rule 26(A)(2)(B) by Lee A. Swanger, Ph.D., P.E., Fellowes, Inc. vs. Michilin Prosperity Company Ltd. & Intek America, Inc., February 26, 2007.

Swanger L. Report of Lee A. Swanger Responsive to Judge Tarnow's Order of June 5, 2006, James W. Jaikins v. Caterpillar, Inc., Case No. 04-73404, December 3, 2006.

Swanger L. Bearing and Valve Investigation, Wartsila 18V46 - DG-02, Central Electrica Talnique, El Salvador, Prepared for: Inversiones Energéticas S.A. de C.V., September 22, 2009.

Swanger L. Hydrodynamic Crankshaft Bearings in Nordberg Emergency Diesel Generators, Prepared for Engineering Staff, Brunswick Nuclear Plant, Progress Energy, Southport, NC, February 17, 2011.

Swanger L. Rule 26 Report of Lee A. Swanger In the Matter of Douglas P. DeMasi v. United States of America, Case No. 3:09-cv-868-J-32JRK, October 14, 2010.

Swanger L. Response to Expert Report of Michael Thuma Pursuant to Rule 26(A)(2)(B) By Lee A. Swanger, Ph.D., P.E., Sunbeam Products, Inc. d/b/a Jarden Consumer Solutions vs. Homeland Housewares, LLC, et al., Case No. 3:09-CV-00791 REP, October 18, 2010.

Swanger L, McDaniel D. Nordberg ductile iron piston evaluation. Prepared for Progress Energy Brunswick Nuclear Station, January 5, 2006.

Swanger L. Report of Lee A. Swanger, Ph.D., P.E. In the Matter of Verve L.L.C. v Crane Cams, et. al. Reference U.S. Patent 4,850,315, January 24, 2005.

Swanger L. Report of Lee A. Swanger In the Matter of Vine Street, L.L.C. v. James R. Keeling et. al. Rule 26 report regarding Perchloroethylene Dry Cleaning machine function, Eastern District of Texas,

September 10, 2004.

Swanger L. Declaration of Lee A. Swanger, Ph.D., P.E. re: U.S. Patent 6,071,062. PODS, Inc. v. Porta Stor, Inc. et. al., September 9, 2004.

Swanger L. Declaration of Lee A. Swanger, Ph.D., P.E. in Opposition to Plaintiffs' Motion for Preliminary Injunction. Honeywell International Inc., et. al. v. ABB Inc., et. al., reference U.S. Patent 5,193,989, May 19, 2003.

Swanger L. Report of Lee A. Swanger, Ph.D., P.E. In the Matter of Air Turbine Technology v. Atlas Copco. Reference U.S. Patent 5,439,346, November 21, 2002.

Swanger L. Report of Lee A. Swanger, Ph.D., P.E. In the Matter of Marshalltown Trowel v. Lowe's re U.S. Patent 5,615,445. March 20, 2001.

Swanger L. Declaration of Lee A. Swanger, Ph.D., P.E. In the Matter of Monte J. Solazzi, et. al. v. Premier Lab Supply, Inc. et. al. Reference U.S. Patents 5,451,375 and 5.630,989, July 20, 2000.

Swanger L, Davy R, Eberly P, Waters L. Teledyne continental camshaft and lifter performance: The influence of lubricating oil on surface conditions. Technical Report to Special Masters in Gross v. Mobil, November 1996.

Johnston P, Shusto L, Swanger L. Evaluation of diesel generator Number 1 at Brunswick Nuclear Plant. Failure Analysis Associates, Inc., Technical Report, January 1993.

Swanger L. Investigation of repeated Number 5 main bearing degradation by flashing, Fairbanks Morse opposed piston auxiliary diesel on the Emory S. Land. Failure Analysis Associates, Inc., Technical Report, January 1992.

Scheibe R, Kadlec R, Swanger L, Littmann W, Clark R, Johnston P, Hayes D. Generator Bearing condition assessment: Unit DG-1, WPPSS WNP-2. Failure Analysis Associates, Inc., Technical Report, June 1991.

Swanger L, Mercaldi D, Bisbee L, Booth A, Vetter J. DC Motor Control Center 2PB-1 Fire at Fermi II Nuclear Plant. Failure Analysis Associates, Inc., Technical Report, March 1987.

Swanger L, Webb W, Bisbee, L. Failure Investigation of North Hot Reheat Line, Detroit Edison Monroe Unit #1. Failure Analysis Associates, Inc., Technical Report, September 1986.

Swanger L, Vogler M. Investigation of surface scoring of main bearings: Fairbanks Morse 38TD8-1/8 diesels at Fermi II Power Plant. Failure Analysis Associates, Inc., Technical Report, June 1986.

Swanger L. Design review of connecting rod bearing shells for Transamerica Delaval Enterprise Engines. Failure Analysis Associates, Inc., Technical Report, March 1984.

Swanger L, Bisbee L, Webb W. Evaluation of piston and bearing from the Baltimore Gas and Electric Hunt Valley Inn cogeneration system. Failure Analysis Associates, Inc., Technical Report, June 1992.

Swanger L. Review of performance problems, Occidental Chemical M/V Julius Hammer and M/V Frances Hammer, Colt-Pielstick, PC 2.5 diesel engines. Failure Analysis Associates Report, April 1986.