Akai Custom Guns
Profit and Loss
January - December 2017

|  | Total |
|---|---|
| **Income** | |
|   Sales | 510226.88 |
|     Discount | -55016.00 |
|   Total Sales | 455210.88 |
|  Total Sales Income | 455210.88 |
| **Total Income** | **$ 455,210.88** |
| **Cost of Goods Sold** | |
|  Cost of Goods Sold | |
|   Finishing | 31450.00 |
|   Freight and Shipping Costs | 14709.19 |
|   Parts/Materials | 165909.11 |
|   Production Labor | 49239.45 |
|  Total Cost of Goods Sold | 261307.75 |
| **Total Cost of Goods Sold** | **$ 261,307.75** |
| **Gross Profit** | **$ 193,903.13** |
| **Expenses** | |
|  Advertising | 4039.68 |
|  Automobile Expense | 9655.03 |
|  Bank Service Charges | 538.68 |
|  Business License | 337.86 |
|  Computer and Internet Expenses | 2373.88 |
|  Dues and Subscriptions | 778.75 |
|  FDLE | 140.00 |
|  Fire Extingusher | 75.24 |
|  Insurance Expense | 7839.71 |
|  Meals and Entertainment | 1501.87 |
|  Office/Admin Expense | 8556.88 |
|  Professional Fees | 325.00 |
|  Rent Expense | 31508.40 |
|  Repairs and Maintenance | 198.00 |
|  Shop Supplies | 31162.69 |
|  Sponorship | 3674.00 |
|  Travel Expense | 4724.81 |
|  Utilities | |
|   Alarm System | 316.39 |
|   Electric | 4075.37 |
|   Telephone Expense | 5259.39 |
|  Total Utilities | **9651.15** |
| **Total Expenses** | **$ 117,641.63** |
| **Net Operating Income** | **$ 76,261.50** |
| **Net Income** | **$ 76,261.50** |

**AKAI HOROWITZ #541**

## Akai Custom Guns
## Profit and Loss
January - December 2018

| | Total |
|---|---:|
| **Income** | |
|   Sales | 536964.39 |
|   Discount | -76511.28 |
|   Total Sales | 460453.11 |
|  Total Sales Income | 460453.11 |
| **Total Income** | **$460,453.11** |
| **Cost of Goods Sold** | |
|  Cost of Goods Sold | |
|   Finishing | 22060.47 |
|   Freight and Shipping Costs | 14478.89 |
|   Parts/Materials | 165170.98 |
|   Production Labor | 30358.7 |
|  Total Cost of Goods Sold | **232069.04** |
| **Total Cost of Goods Sold** | **$232,069.04** |
| **Gross Profit** | **$228,384.07** |
| **Expenses** | |
|  Advertising | 1660.04 |
|  Automobile Expense | 3292.39 |
|  Bank Service Charges | 1849 |
|  Business License | 344.87 |
|  Computer and Internet Expenses | 2581.06 |
|  Contract Labor | |
|   Shop Help | 8250.00 |
|  Total Contract Labor | **8250.00** |
|  Dues and Subscriptions | 1707.11 |
|  FDLE | 65.00 |
|  Fire Extingusher | 56.95 |
|  Insurance Expense | 6389.22 |
|  Meals and Entertainment | 1293.67 |
|  Office/Admin Expense | 10598.14 |
|  Professional Fees | 3000.00 |
|  Rent Expense | 31024.56 |
|  Repairs and Maintenance | 3756.00 |
|  Shop Supplies | 22515.79 |
|  Sponorship | 13919.75 |
|  Travel Expense | 2847.00 |
|  Utilities | |
|   Alarm System | 416.19 |
|   Electric | 5444.12 |
|   Telephone Expense | 3357.96 |
|  Total Utilities | **9218.27** |

**AKAI HOROWITZ #542**

|  |  |
|---|---|
| Total Expenses | $ 124,628.82 |
| Net Operating Income | $ 103,755.25 |
| Net Income | $ 103,755.25 |

**AKAI HOROWITZ #543**

## Akai Custom Guns
## Profit and Loss
January - December 2019

| | Total |
|---|---:|
| **Income** | |
|   Sales | 163459.79 |
|     Discount | 0 |
|   Total Sales | 163459.79 |
|   Total Sales Income | 163459.79 |
| **Total Income** | **$163,459.79** |
| **Cost of Goods Sold** | |
|   Cost of Goods Sold | |
|     Finishing | 6350.01 |
|     Freight and Shipping Costs | 7801.96 |
|     Parts/Materials | 59377.94 |
|     Production | 26550 |
|   Total Cost of Goods Sold | **100079.91** |
| **Total Cost of Goods Sold** | **$100,079.91** |
| **Gross Profit** | **$ 63,379.88** |
| **Expenses** | |
|   Advertising | 678.13 |
|   Automobile Expense | 1096.30 |
|   Bank Service Charges | 1069.63 |
|   Business License | 344.87 |
|   Computer and Internet Expenses | 948.73 |
|   Contract Labor | |
|     Shop Help | 12000.00 |
|   Total Contract Labor | **12000.00** |
|   Dues and Subscriptions | 778.75 |
|   FDLE | 76.00 |
|   Fire Extingusher | 56.95 |
|   Insurance Expense | 6759.00 |
|   Meals and Entertainment | 859.63 |
|   Office/Admin Expense | 6417.21 |
|   Professional Fees | 685.00 |
|   Rent Expense | 31667.72 |
|   Repairs and Maintenance | 990.27 |
|   Shop Supplies | 28474.83 |
|   Travel Expense | 1516.00 |
|   Utilities | |
|     Alarm System | 173.97 |
|     Electric | 4618.45 |
|     Telephone Expense | 1894.11 |
|   Total Utilities | **6686.53** |
| **Total Expenses** | **$101,409.55** |

**AKAI HOROWITZ #544**

| | |
|---|---|
| **Net Operating Income** | **$ (38,029.67)** |
| **Net Income** | **$ (38,029.67)** |

**AKAI HOROWITZ #545**

## Akai Custom Guns
## Profit and Loss
January - December 2020

|  | Total |
|---|---:|
| **Income** | |
|   Sales | 103836.40 |
|     Discount | 0.00 |
|   Total Sales | 103836.40 |
|   **Total Sales Income** | **103836.40** |
| **Total Income** | **$ 103,836.40** |
| **Cost of Goods Sold** | |
|   Cost of Goods Sold | |
|     Damaged Goods | 186000.00 |
|     Finishing | 12825.00 |
|     Freight and Shipping Costs | 10589.90 |
|     Parts/Materials | 125863.35 |
|     Production | 6750.00 |
|   Total Cost of Goods Sold | 342028.25 |
| **Total Cost of Goods Sold** | **$ 342,028.25** |
| **Gross Profit** | **$ (238,191.85)** |
| **Expenses** | |
|   Advertising | 427.69 |
|   Automobile Expense | 963.74 |
|   Bank Service Charges | 459.00 |
|   Business License | 349.87 |
|   Computer and Internet Expenses | 1935.21 |
|   Contract Labor | |
|     Shop Help | 12000.00 |
|   Total Contract Labor | **12000.00** |
|   Dues and Subscriptions | 778.75 |
|   FDLE | 45.00 |
|   Fire Extingusher | 56.95 |
|   Insurance Expense | 6989.22 |
|   Office/Admin Expense | 3193.15 |
|   Professional Fees | 3000.00 |
|   Rent Expense | 31024.56 |
|   Repairs and Maintenance | 185.23 |
|   Shop Supplies | 18437.55 |
|   Utilities | |
|     Alarm System | 416.19 |
|     Electric | 3277.92 |
|     Telephone Expense | 3357.96 |
|   Total Utilities | **7052.07** |
| **Total Expenses** | **$ 84,077.99** |
| **Net Operating Income** | **$ (322,269.84)** |
| **Net Income** | **$ (322,269.84)** |

**AKAI HOROWITZ #546**

## Akai Custom Guns
## Profit and Loss
January - September 2021

|  | Total |
|---|---:|
| **Income** | |
|   Sales | 96061.52 |
|     Discount | 0 |
|   Total Sales | 96061.52 |
|   **Total Sales Income** | **96061.52** |
| **Total Income** | **$ 96,061.52** |
| **Cost of Goods Sold** | |
|   Cost of Goods Sold | |
|     Damaged Goods | 54000.00 |
|     Finishing | 6060.47 |
|     Freight and Shipping Costs | 9478.89 |
|     Parts/Materials | 57362.29 |
|   Total Cost of Goods Sold | **126901.65** |
| **Total Cost of Goods Sold** | **$ 126,901.65** |
| **Gross Profit** | **$ (30,840.13)** |
| **Expenses** | |
|   Advertising | 398.25 |
|   Automobile Expense | 793.27 |
|   Bank Service Charges | 854.55 |
|   Business License | 344.87 |
|   Computer and Internet Expenses | 640.00 |
|   Contract Labor | |
|     Shop Help | 16500 |
|   Total Contract Labor | **16500** |
|   Dues and Subscriptions | 778.75 |
|   FDLE | 65.00 |
|   Fire Extingusher | 56.95 |
|   Insurance Expense | 6255.34 |
|   Meals and Entertainment | 439.27 |
|   Office/Admin Expense | 10598.14 |
|   Rent Expense | 22633.25 |
|   Repairs and Maintenance | 159.87 |
|   Shop Supplies | 17697.23 |
|   Utilities | |
|     Alarm System | 257.89 |
|     Electric | 2758.44 |
|     Telephone Expense | 1227.33 |
|   Total Utilities | **4243.66** |
| **Total Expenses** | **$ 82,718.40** |
| **Net Operating Income** | **$ (113,558.53)** |
| **Net Income** | **$ (113,558.53)** |

**AKAI HOROWITZ #547**