| Date In | Date Out | Customer | Serial | Scope of work | Material cost | Finish Cost | Labor Hours | Labor | Shipping | Total Costs | Paid by customer | Loss of revenue | Loss of profit | | | | Material Cost | Labor Hours |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/04/19 | 4/15/19 | Reed | TE9087 | Top end replacement | $935 | $275 | 29 | $4,350 | $200 | $5,760 | $0 | $10,875 | $7,529 | | Replace barrel | | | $285.00 | 4 |
| 02/04/19 | 3/18/19 | Baker | ACGUNS1024 | Top end replacement | $935 | $275 | 29 | $4,350 | $200 | $5,760 | $0 | $10,875 | $7,529 | | Compensator | | | $200.00 | 4 |
| 02/18/19 | 12/10/19 | Cao | ACGUNS1030 | Top end replacement | $935 | $275 | 29 | $4,350 | $200 | $5,760 | $0 | $10,875 | $7,529 | | Tungsten | | | $100.00 | 8 |
| 3/5/19 | 8/5/19 | Jimenez | ACGUNS1167 | Barrel and Comp | $534 | $275 | 21 | $3,150 | $200 | $4,159 | $0 | $7,875 | $5,452 | | Replace slide | | | $250.00 | 8 |
| 3/13/19 | 9/24/19 | Ruiz | ACGUNS1212 | Barrel and Comp | $650 | $275 | 29 | $4,350 | $200 | $5,475 | $0 | $10,875 | $7,529 | | Finish work | | | | 8 |
| 3/13/19 | 9/24/19 | Ruiz | ACGUNS1107 | Barrel and Comp | $650 | $275 | 29 | $4,350 | $200 | $5,475 | $0 | $10,875 | $7,529 | | Tunning | | | | 4 |
| 3/25/19 | 4/4/19 | Baker | AC0022 | Barrel replacement | $400 | | 20 | $3,000 | $200 | $3,600 | $0 | $7,500 | $5,192 | | Admin | | | | 1 |
| 04/03/19 | 7/20/19 | Guido | ACGUNS1180 | Top end replacement | $935 | $275 | 29 | $4,350 | $200 | $5,760 | $0 | $10,875 | $7,529 | | Finish | | | $275.00 | |
| 04/17/19 | 5/14/19 | Draghi | ACGUNS1099 | Top end replacement | $935 | $275 | 29 | $4,350 | $200 | $5,760 | $0 | $10,875 | $7,529 | | Top end replacement | | | $735.00 | 29 |
| 05/10/19 | 9/5/19 | Koh | AC0101 | Top end replacement | $935 | $275 | 29 | $4,350 | $200 | $5,725 | $0 | $10,875 | $7,529 | | Top end replacement with tungsten | | | $835.00 | 37 |
| 05/26/19 | 7/17/19 | Brown | ACGUNS1142 | Barrel and Comp | $650 | $275 | 24 | $3,600 | $200 | $4,725 | $1,500 | $9,000 | $6,231 | | Barrel replacement | | | $285.00 | 9 |
| 05/28/19 | 1/8/20 | Stickley | AC0081 | Top end replacement | $935 | $275 | 28 | $4,200 | $200 | $5,610 | $0 | $10,500 | $7,269 | | Barrel and compensator | | | $485.00 | 21 |
| 06/12/19 | 8/6/19 | Stagnato | AC0098 | Barrel and Comp | $650 | $275 | 29 | $4,350 | $200 | $5,475 | $0 | $10,875 | $7,529 | | Barrel, comp, tungsten | | | $585.00 | 29 |
| 07/05/19 | 12/10/19 | Mcpherson | ACGUNS1165 | Top end replacement | $935 | $275 | 29 | $4,350 | $200 | $5,760 | $1,260 | $10,875 | $7,529 | | | | | | |
| 07/05/19 | 12/10/19 | Mcpherson | ACGUNS1166 | Top end replacement | $935 | $275 | 29 | $4,350 | $200 | $5,760 | $1,260 | $10,875 | $7,529 | | | | | | |
| 07/08/19 | 7/25/19 | Soupene | ACGUNS1230 | Barrel and comp | $150 | $275 | 21 | $3,150 | $200 | $3,775 | $0 | $7,875 | $5,452 | | | | | | |
| 07/15/19 | 7/29/19 | Draghi | AC0088 | Top end replacement | $935 | $275 | 37 | $5,550 | $200 | $6,960 | $0 | $13,875 | $9,606 | | | | | | |
| 07/19/19 | 12/17/19 | Mendoza | AC0103 | Barrel and comp | $650 | $275 | 24 | $3,600 | $200 | $4,725 | $0 | $9,000 | $6,231 | | | | | | |
| 09/06/19 | 1/8/20 | Brown | ACGUNS1142 | Top end replacement | $650 | $275 | 29 | $4,350 | $200 | $5,475 | $0 | $10,875 | $7,529 | | Labor Charge Per Hour | | $150.00 | | |
| 9/17/19 | 10/30/19 | Coberly | AC0104 | Barrel and comp | $650 | $275 | 24 | $3,600 | $200 | $4,725 | $0 | $9,000 | $6,231 | | Guns per year | | 120.0 | | |
| 10/16/19 | | House | ACSS1014 | Barrel replacement | $585 | | 20 | $3,000 | $0 | $3,585 | $0 | $7,500 | $5,192 | | 52 weeks | | 2.3 | | |
| 10/16/19 | | House | ACSS1013 | Barrel replacement | $585 | | 20 | $3,000 | $0 | $3,585 | $0 | $7,500 | $5,192 | | Average selling price | | $6,500.00 | | |
| 10/16/19 | | House | ACGUNS1232 | Barrel replacement | $585 | | 20 | $3,000 | $0 | $3,585 | $0 | $7,500 | $5,192 | | Revenue per day | | $3,000.00 | | |
| 10/16/19 | | House | ACGUNS1229 | Barrel replacement | $585 | | 20 | $3,000 | $0 | $3,585 | $0 | $7,500 | $5,192 | | Cost per gun | | $2,000.00 | | |
| 10/16/19 | | House | ACGUNS1233 | Barrel replacement | $585 | | 20 | $3,000 | $0 | $3,585 | $0 | $7,500 | $5,192 | | Profit per day | | $2,076.92 | | |
| 10/16/19 | | House | ACGUNS1207 | Barrel replacement | $585 | | 20 | $3,000 | $0 | $3,585 | $0 | $7,500 | $5,192 | | | | | | |
| 10/16/19 | 2/19/20 | Cabrera | ACGUNS1181 | Barrel replacement | $650 | $275 | 21 | $3,150 | $200 | $4,275 | $0 | $7,875 | $5,452 | | | | | | |
| 10/28/19 | 11/26/19 | Veisz | ACGUNS1225 | Barrel replacement | $650 | | 21 | $3,150 | $200 | $4,000 | $0 | $7,875 | $5,452 | | | | | | |
| 11/1/19 | 5/19/20 | Mcpherson | ACGUNS1240 | Barrel and comp | $650 | $275 | 29 | $4,350 | $200 | $5,475 | $0 | $10,875 | $7,529 | | Hours spent on research, diagnosis, testing | | | 100 | |
| 11/13/19 | 2/17/20 | Massler | SAS14332 | Barrel and comp | $650 | $275 | 21 | $3,150 | $200 | $4,275 | $0 | $7,875 | $5,452 | | Cost | | $15,000.00 | | |
| 1/6/20 | 5/2/20 | Carter | ACGUNS1035 | Tungsten barrel | $500 | $275 | 20 | $3,000 | $200 | $3,975 | $0 | $7,500 | $5,192 | | Opportunity | | $25,961.54 | | |
| 1/7/20 | 7/14/20 | Burbage | TE8884 | Top end replacement | $935 | $275 | 29 | $4,350 | $200 | $5,475 | $0 | $10,875 | $7,529 | | | | | | |
| 2/21/20 | 10/28/20 | Thompson | ACSS 1015 | Barrel and comp | $650 | $275 | 37 | $5,550 | $200 | $6,675 | $0 | $13,875 | $9,606 | | Total | | $40,961.54 | | |
| 05/28/20 | 2/15/21 | Stagnato | AC0099 | Barrel and Comp | $650 | $275 | 29 | $4,350 | $200 | $5,475 | $0 | $10,875 | $7,529 | | | | | | |
| 6/29/20 | 1/19/21 | Wesley | ACGUNS1056 | Top end replacement | $935 | $275 | 37 | $5,550 | $200 | $6,925 | $0 | $13,875 | $9,606 | | | | | | |
| 8/17/20 | 12/9/20 | Carter | NE 9764 | Barrel fat | $400 | $275 | 9 | $1,350 | $200 | $2,225 | $0 | $3,375 | $2,337 | | | | | | |
| 12/15/20 | 12/30/20 | Baker | ACGUNS1223 | Tungsten Barrel | $500 | | 4 | $600 | $200 | $1,300 | $0 | $1,500 | $1,038 | | | | | | |
| 10/11/21 | 12/7/21 | Chaffin | ACGUNS1100 | 9 Minor gun | $700 | $275 | 29 | $4,350 | $200 | $5,525 | $0 | $10,875 | $7,529 | | | | | | |
| 10/11/21 | 12/22/21 | Han | ACGUNS1100 | Barrel replacement | $585 | | 30 | $4,500 | $200 | $5,285 | $0 | $11,250 | $7,788 | | | | | | |
| 11/15/21 | 1/30/21 | Stein | ACGUNS1220 | Barrel, comp, finish | $700 | $275 | 29 | $4,350 | $200 | $5,525 | $0 | $10,875 | $7,529 | | | | | | |
| 12/3/21 | 1/31/22 | Tillery | ACGUNS1233 | Barrel, comp, finish | $700 | $275 | 30 | $4,500 | $200 | $5,675 | $0 | $11,250 | $7,788 | | | | | | |
| 4/20/22 | 10/14/22 | Thompson | ACGUNS1163 | Barrel, comp, finish | $700 | $275 | 30 | $4,500 | $200 | $5,675 | $0 | $11,250 | $7,788 | | | | | | |
| 8/1/22 | 1/2/23 | Rodriguez | ACGUNS1127 | Top end replacement | $900 | $275 | 37 | $5,550 | $200 | $6,925 | $0 | $13,875 | $9,606 | | | | | | |
| 8/10/22 | 3/23/23 | Riojas | ACGUNS1028 | Top end replacement | $900 | $275 | 37 | $5,550 | $200 | $6,925 | $0 | $13,875 | $9,606 | | | | | | |
| 8/10/22 | 4/24/23 | Gordon | ACGUNS1103 | Top end replacement | $900 | $275 | 37 | $5,550 | $200 | $6,925 | $0 | $13,875 | $9,606 | | | | | | |
| 9/13/22 | 2/2/23 | Fagantes | SAS12365 | Barrel, comp, finish | $700 | $275 | 29 | $4,350 | $200 | $5,525 | $0 | $10,875 | $7,529 | | | | | | |
| 11/13/23 | 11/21/23 | Tilley | ACSS1023 | Barrel, comp | $700 | $0 | 29 | $4,350 | $200 | $5,250 | $0 | $10,875 | $7,529 | | Total Loss: | | $600,188.23 | | |
| | | | | | | | | | | | | | | | (Total Profit opportunity + Total Costs) | | | | |
| | | | | | $33,149 | $9,900 | 1,241.00 | $186,150 | $8,200 | $237,044 | $4,020 | $465,375 | $322,183 | | | | | | |