SCI Facebook link to KKM's Response to Demand Letter:

https://shootersconnectionstoreassets.s3.amazonaws.com/KKM+Response+to+Akai+Demand.PDF?fbclid=IwAR03ZjJ0q6J8HsbbTnnpk0558_igo7JOq1C08GhlvQ30U8xecW6QdBlWPoM