SCI Facebook link to KKM Hardness Testing Procedure:

https://shootersconnectionstoreassets.s3.amazonaws.com/KKM+HRC+Testing+Example.pdf?fbclid=IwAR35pLBwLj9k-