John Vlieger
08/16/2022

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE SOUTHERN DISTRICT OF FLORIDA

3      FORT LAUDERDALE DIVISION

4

5  AKAI CUSTOM GUNS, LLC, a Florida

6  limited liability company, and

7  SHAY HOROWITZ, an individual,

8      Plaintiffs,

9   vs.        Case No. 0:20-cv-61469-RS

10  KKM PRECISION, INC., a Nevada

11  corporation, and SHOOTERS

12  CONNECTION, INC., a Kentucky

13  corporation,

14      Defendants,

15  _____/

16  PAGE 1 TO 252

17

18    The Deposition of JOHN EDWARD VLIEGER,

19    Taken Via Hanson Remote

20    Commencing at 10:07 a.m.,

21    Tuesday, August 16, 2022,

22    Before Cynthia Ann Chyla, RPR, CSR-0092.

23

24  Court reporter, attorneys & witness appearing remotely.

25

John Vlieger
08/16/2022                                          Page 2

1  APPEARANCES:

2  MR. EDMUND S. YEE  P63007

3  Pro Hac Vice No. 1022557

4  McKelvie, McKelvie, Yee & Epacs, P.C.

5  280 West Maple Road, Suite 220

6  Birmingham, Michigan  49009

7  248-952-5100

8  Eyee@mmyelaw.com

9     and

10  MR. RICHARD J. FIATO  P63075

11  Florida Bar No. 15998

12  550 W. Merrill Street, Suite 200

13  Birmingham, Michigan 48009

14  248-762-0210

15  Fiatolaw@gmail.com

16     Appearing for Plaintiffs.

17

18  MR. KEVIN PATRICK ROBINSON

19  Zimmerman, Kiser & Sutcliffe, P.A.

20  315 E. Robinson Street, Suite 600

21  Orlando, Florida 32801

22  407-425-7010

23  Krobinson@zkslawfirm.com

24     Appearing for Defendant KKM Precision, Inc.

25        (Appearances continued on page 3)

John Vlieger
08/16/2022                                          Page 3

1  APPEARANCES (CONTINUED):

2  Mr. JOHN Y. BENFORD

3  Wilson Elser Moskowitz Edelman & Dicker, LLP

4  111 North Orange Avenue, Suite 1200

5  Orlando, Florida 32801

6  407-203-7599

7  John.benford@wilsonelser.com

8       Appearing for Defendant Shooters Connection and the Witness.

9

10  MR. NICHOLAS CARDAMONE

11  Cole Scott & Kissane

12  Esperante Building

13  222 Lakeview Avenue, Suite 120

14  West Palm Beach, Florida 33501

15  561-383-9200

16  Nicholas.cardamone@csklegal.com

17      Co-Counsel for Defendant Shooters Connection.

18

19  ALSO PRESENT:

20      Shay Horowitz, Akai Custom Guns

21      Luke McIntire, Corporate Representative

22       KKM Precision, Inc.

23      Charles Bradley, Shooters Connection

24

25            * * * * * * *

John Vlieger
08/16/2022                                              Page 4

1                   TABLE OF CONTENTS

2  Witness                         Page

3  JOHN EDWARD VLIEGER

4 EXAMINATION BY MR. FIATO                   7

5 EXAMINATION BY MR. BENFORD               224

6 EXAMINATION BY MR. ROBINSON              247

7

8                   INDEX TO EXHIBITS

9          (Exhibits attached to transcript)

10  Exhibit                        Page

11 Exhibit 1                       30

12 6/21/2016 SCI web page

13 Exhibit 2                       33

14 SCI amended response to second request for

15 admissions

16 Exhibit 3                       45

17 Subpoena to John Vlieger

18 Exhibit 4                       50

19 Text conversation between Shay Akai and John

20 Vlieger

21 Exhibit 5                       57

22 10/9/2019 text message

23 Exhibit 6                       81

24 1/9/2020 public letter

25          (Exhibits continued on page 5)

John Vlieger
08/16/2022                                     Page 5

1              INDEX TO EXHIBITS (CONTINUED)

2

3  Exhibit                          Page

4  Exhibit 7                        99

5  Text conversation between Nathan Carter and

6  Vlieger

7  Exhibit 8                        110

8  Text conversation between Brandan Bunker and John

9  Vlieger

10 Exhibit 9 (Not referenced)

11 Bunker Facebook post

12 Exhibit 10 (Not referenced)

13 Text conversation between Chuck Bradley and

14 Michael Dame

15 Exhibit 11 (not referenced)

16 3/14/2014 email

17 Exhibit 12                       175

18 Text conversation between John Vlieger and Michael

19 Dame

20 Exhibit 13                       154

21 Text conversation between John Vlieger and Luke

22 McIntire

23 Exhibit 14                       162

24 Declaration of M.F. Marcanio

25         (Exhibits continued on page 6)

1              INDEX TO EXHIBITS (CONTINUED)

2

3  Exhibit                          Page

4 Exhibit 15                          156

5 Declaration of Tapan J. Shah

6 Exhibit 16                          208

7 Text conversation between John Vlieger and Timothy

8 Mekosh

9 Exhibit 17                          212

10 Text conversation between John Vlieger and Annette

11 Evans

12 Exhibit 18                          218

13 Text conversation between John Vlieger and Cody

14 Baker

15 Exhibit 19                          222

16 Text conversation between John Vlieger and Eddie

17 Garcia

18  Exhibit 20 (not referenced)

19  Photographs of John Vlieger's broken guns

20

21

22

23

24

25

John Vlieger
08/16/2022                                                    Page 7

1                        Remote Deposition

2                    Tuesday, August 16, 2022

3                      About 10:07 a.m.

4      (Exhibits premarked by counsel)

5              THE COURT REPORTER:  Good morning.  My

6  name is Cindy Chyla, notary public and certified shorthand

7  reporter, and this Deposition is being held via

8  videoconferencing equipment.  All parties to this deposition

9  are appearing remotely and have agreed to the witness being

10  sworn in remotely.  Due to the nature of remote reporting,

11  please pause briefly before speaking to ensure all parties

12  are heard completely.

13                 Would you raise your right hand, please.

14                 Do you solemnly swear or affirm that the

15  testimony you are about to give will be the truth, the whole

16  truth and nothing but the truth so help you God?

17              THE WITNESS:  Yes.

18              JOHN EDWARD VLIEGER,

19  having first been duly sworn, was examined and testified on

20  his oath as follows:

21  EXAMINATION BY MR. FIATO:

22     Q.  Please state your name for the record.

23     A.  My name is John Edward Vlieger.

24              MR. FIATO:  Please let the record

25  reflect that this is the deposition of John Vlieger taken

John Vlieger
08/16/2022                                                    Page 8

1  pursuant to Notice and to be used for all purposes under the

2  Federal Court Rules and the Federal Rules of Evidence.

3  BY MR. FIATO:

4     Q.  Have you ever given a deposition before,

5  Mr. Vlieger?

6     A.  No.

7     Q.  Okay.  So there's some rules just to make the

8  deposition move a little smoother.  I'll be asking you a

9  series of questions.  The court reporter is going to be

10  taking down your answer so we need verbal responses.  Please

11  don't shake your head yes or no, say uh-huh, unh-unh, that

12  type of thing.  If you do that one of the lawyers on here

13  will ask you to respond verbally so that we have a clear

14  record.  Okay?

15     A.  Understood.

16     Q.  Okay.  If you don't understand a question, tell me

17  and I'll rephrase it.  If you don't hear it, tell me and

18  I'll repeat it.  If you answer my question I'm going to

19  assume that you've understood my question so we don't get

20  later on down in this deposition and you say Well, I don't

21  understand your question or what was asking if we end up at

22  trial at some point.

23            So the questions I'm asking you today,

24  sir, you may have an idea of where I'm going to get going

25  with my next questions.  Resist the urge to answer my

**John Vlieger**
08/16/2022                                                    Page 9

1  questions until I finish asking those questions.  I'll try

2  to do the same thing for you and try not to cut you off in

3  the middle of an answer and start asking the next question.

4  That way we have a good record of everything.

5                  The lawyers in this case will be making

6  objections.  Mr. Benford, Mr. Robinson and Mr. Cardamone

7  will be objecting.  If they start to object please stop

8  answering your question.  Let them get their objection on

9  the record.  And then unless Mr. Benford instructs you not

10  to answer you can then answer the question.  Okay?

11     A.  Understood.

12     Q.  Okay.  If you need a break at any time, let me

13  know.  The only rule is if there's a pending question I'm

14  going to ask you to answer that question and then you can

15  take a break.  Okay?

16     A.  Understood.

17     Q.  Okay.  Are you under the influence of any

18  substance today that would affect your ability to testify

19  truthfully in this deposition?

20     A.  No.

21     Q.  Okay.  Are you employed, sir?

22     A.  Say again?

23     Q.  Are you employed?

24     A.  Yes.

25     Q.  Who's your current employer?

John Vlieger
08/16/2022                                    Page 10

1    A.  My current employer is Lyman Products Mark 7

2 Reloading.

3    Q.  And what do you do for Lyman Products?

4    A.  I'm a service technician for reloading machines.

5    Q.  And for the people who aren't familiar with what

6 loading machines are, can you explain that, please, sir?

7    A.  We manufacture machines that assemble ammunition.

8    Q.  Okay.  And how long have you been with Lyman?

9    A.  I've been working with Lyman since April of last

10 year, 2021.

11    Q.  April of 2021.

12              And before that who were you employed

13 with?

14    A.  Prior to that I was employed at Shooters

15 Connection, Incorporated from the dates of mid November 2017

16 until the end of March 2021.

17    Q.  And what did you do for Shooters Connection?  What

18 was your position?

19    A.  I was a team member.  We didn't really have

20 titles.

21    Q.  What were your responsibilities as a team member

22 for Shooters Connection?

23    A.  Every team member had roughly the same

24 responsibilities, ordering, receiving, packing, shipping

25 orders, answering questions.

**John Vlieger**
**08/16/2022**                                      **Page 11**

1    Q.  How many team members are at Shooters Connection

2  when you were -- let me rephrase that, sir.

3                  When you were employed with Shooters

4  Connection how many team members were employed there?

5    A.  Four or five depending on the year.

6    Q.  So there would be people that come in and come

7  out, is that what I'm understanding when you say four or

8  five would come in depending on the year?

9    A.  One person was part time and left at some point

10  during that time period.

11    Q.  And what was that person's name?

12    A.  George Green.

13    Q.  George Green.

14                  And do you have a contact number for

15  Mr. Green?

16    A.  I'd have to check.  I don't know it off the top of

17  my head.

18    Q.  Do you have your phone there with you?

19    A.  His number is 859-230-0201.

20    Q.  Who else was employed there, sir, besides George

21  Green?

22    A.  Ryan Zamberlan.

23    Q.  Do you have a number for Ryan?

24    A.  317-417-7631.

25    Q.  Can you spell the last name for us, please?

John Vlieger
08/16/2022                                    Page 12

1    A.  Zamberlan, Z-A-M as in Mike, B as in bravo,

2  E-R-L-A-N as in November.

3    Q.  So I assume you included in your four to five

4  Chuck Bradley?

5    A.  No, I did not include him.

6    Q.  Okay.  So we've got two out of four out of five.

7  Who else was employed there?

8    A.  Wendy Hendrin.

9    Q.  Is Wendy Chuck's sister?

10   A.  Correct.

11   Q.  I don't needs contact information for her.

12        Who else?

13   A.  Barry West.

14   Q.  You said Barry West?

15   A.  Yes, as in the north, east, west, that kind of

16  thing.

17   Q.  I understand.

18        What was his contact number, sir?

19   A.  859-492-4151.

20   Q.  Anybody else?

21   A.  No, not while I was there.

22   Q.  Okay.  So the five -- these four includes you with

23  being the fifth one?

24   A.  That's correct.

25   Q.  You said you did ordering, receiving, packing,

John Vlieger
08/16/2022                                                   Page 13

1  that type of thing.  Did you do customer service?

2     A.  Yes.

3     Q.  And did everybody on the team, were they all

4  involved in customer service?

5     A.  Yes.

6     Q.  Let me back up just a little bit, sir.

7            What's your current address?

8     A.  My current address is 1709 Graves -- G as in golf,

9  R as in Romeo, A as in alpha, V as in Victor E, as the echo,

10  S as in Sierra -- Road, city is Stamping Ground, two words,

11  stamping like you stamp your feet --

12     Q.  Yes.

13     A.  -- ground is on the ground, Kentucky, 40379.

14     Q.  And are you married?

15     A.  Yes.

16     Q.  Do you have children?

17     A.  No.

18     Q.  Okay.  I'm going to ask for your wife's contact

19  information, not because I want to contact her or ask her

20  anything about this case but if later on for some reason we

21  couldn't get in contact with you, Mr. Benford couldn't get

22  in contact with you we want a way just to try to be able to

23  contact you.

24     A.  Am I required to give that information?

25     Q.  Pardon?

John Vlieger
08/16/2022                          Page 14

1    A.  Am I required to give her information?

2          MR. BENFORD:  No, you're not.

3    A.  Then I would like to not.

4  BY MR. FIATO:

5    Q.  Okay.  What is your highest level of education,

6  sir?

7    A.  Some college.

8    Q.  Some college.

9          What does that mean?

10   A.  That means I did 2 years of college while I was in

11  high school.

12   Q.  Did you get a degree?

13   A.  No.

14   Q.  Were you studying under a major of any type, or

15  what type -- what type of classes did you take, I guess?

16   A.  General studies.

17   Q.  Just general studies?

18          Did you do any training as a gunsmith?

19   A.  Not officially, no.

20   Q.  What do you mean not officially?  What does that

21  mean?

22   A.  That means I have not taken any classes as most

23  people understand on gunsmithing.

24   Q.  Have you done any internships with any gunsmith?

25   A.  Not in an official internship, no.

John Vlieger
08/16/2022                                    Page 15

1    Q.  Have you done any studying under a gunsmith?

2    A.  Yes.

3    Q.  Who?

4    A.  Bobby Keigans of CK Arms/Freedom Gun Works which

5  is now out of business.

6           MR. BENFORD:  It's C, the letter C-K and

7  then the word arms, Cindy.

8    A.  And Pat Rafferty of Rafferty Custom Guns.

9  BY MR. FIATO:

10   Q.  Have you ever been employed by CK Arms?

11   A.  No.

12   Q.  Have you ever been employed by Mr. Rafferty?

13   A.  No.

14   Q.  When you say you trained under them, how did they

15  train you?  What did that involve?

16   A.  I watched them build my guns, I've watched them

17  repair my guns, I've helped build my own guns, I've done my

18  own gunsmithing to some extent.

19   Q.  Prior to working for Shooters Connection what did

20  you -- what was your employment before that?

21   A.  Immediately prior to Shooters Connection I was

22  employed at a commercial lawn supply store for a year and

23  4 months, something like that.

24   Q.  And before that?

25   A.  I spent 10 years in the United States Army.

**John Vlieger**
08/16/2022                                                    Page 16

1    Q.  What was your MOS, your military occupational

2  specialty, sir?

3    A.  My MOS was 13 Delta 3 papa.

4    Q.  What did that involve?

5    A.  It involved calculating ballistics solutions for

6  artillery.

7    Q.  You said you did that for 10 years?

8    A.  Yes.

9    Q.  Okay.  In your job duties for Shooters Connection

10  did you make any changes to the website ever?

11    A.  Yes, but not anything -- product descriptions here

12  and there.  It was not one of my primary duties.

13    Q.  So if a change made -- a change needed to be made

14  to the website to a product description what was the process

15  to implement that if you had to make a change, sir?  What

16  was the process you used to make the change?

17    A.  Usually I did not handle those changes.

18    Q.  Did you ever make any changes?

19    A.  A handful of times that I can recall.

20    Q.  Did you ever make any changes to the description

21  of KKM barrels?

22    A.  I don't recall.

23    Q.  If you made a change to a product description how

24  would that change be initiated?  Would somebody email you

25  and ask you to make the change?

John Vlieger
08/16/2022                                          Page 17

1   A.  It happened a variety of ways.  Either we would

2   identify that something needed to be updated or someone

3   letting us know once we got notification that a change

4   needed to be made, for example a part coming with a kit or

5   not coming with a kit, if we discovered that that change was

6   made from the manufacture we would update the description to

7   match with what the manufacturer provided.

8     Q.  Okay.  So was it the policy of Shooters Connection

9   to make the descriptions of the product match the

10  descriptions provided by the manufacturers of those

11  products?

12    A.  By and large, yes.

13    Q.  And to your knowledge was there ever a time where

14  you would deviate from the manufacturer's description of a

15  product when you advertised that product on the Shooters

16  Connection website?

17    A.  I don't recall.

18    Q.  And were there ever times where emails were sent

19  when a product description had to be changed internally in

20  Shooters Connection?

21    A.  I don't recall.  We were mostly a verbal company

22  considering we worked 10 feet away from each other.

23    Q.  Okay.  How many products does Shooters Connection

24  sell?

25    A.  Thousands.

John Vlieger
08/16/2022                                    Page 18

1    Q.   When you say thousands, is it more than like

2  20,000 products?

3    A.   The number I remember seeing is over 4,000.

4    Q.   Over 4,000 products?

5    A.   I don't have individual verification of that.

6  That's a number I read.  It sounds about right.

7    Q.   And, so, you have five people taking care of the

8  orders for over 4,000 products?

9    A.   Yes.

10    Q.   Okay.  Do you know:  Is there a record retention

11  policy at Shooters Connection, sir?

12    A.   I don't recall.

13    Q.   You don't recall whether there's a record

14  retention policy?

15    A.   There's a record retention policy for orders.

16  Anything past that I don't recall or have knowledge of.

17    Q.   Do you know if there's a record retention policy

18  for emails?

19    A.   I don't -- I don't know the answer.

20    Q.   Did you ever receive communications other than by

21  email, for example by fax?

22    A.   We had a fax line.  I don't know if it ever got

23  used.

24    Q.   Okay.  That's fair.

25          Do you know if SCI had a policy of

John Vlieger
08/16/2022                                    Page 19

1  deleting emails after a certain period of time or not?

2     A.  I don't know.

3     Q.  Okay.  Does Chuck Bradley at Shooters Connection

4  have access to your old emails, do you know?

5     A.  I think so.

6     Q.  Okay.  So if needed to access emails from your

7  employment he would have those emails?

8     A.  I don't know.

9     Q.  Your first answer was you think so and your second

10  answer was you don't know, so which is it?

11           MR. BENFORD:  Objection; form.

12           Go ahead.

13  BY MR. FIATO:

14     Q.  You can answer.

15           MR. BENFORD:  I'm sorry, go ahead and

16  answer the question.

17     A.  I do not have certain knowledge of that, no.

18  BY MR. FIATO:

19     Q.  Okay.  And did you know when you were employed at

20  Shooters Connection was anybody in charge of your email

21  system?

22     A.  We used Thunderbird.  That's all I got into it.

23     Q.  So I may not have said this in the beginning.  I

24  don't know is a perfectly acceptable answer so don't think

25  that you have to give me an answer.  I saw the confusion on

John Vlieger
08/16/2022                                Page 20

1 your face.  You were like -- if you don't know, just tell me

2 you don't know and I'll move on.

3              And you said this -- emails were

4 serviced by whom?

5    A.  The application we used was Thunderbird, an open

6 source email application.

7    Q.  Did you have an IT vendor that would service your

8 email system, or no?

9    A.  Not that I recall.

10    Q.  Okay.  And did you have a vendor that would

11 service your computer systems at Shooters Connection?

12    A.  No.

13    Q.  Did you have a vendor that services your website

14 at Shooters Connection?

15    A.  Not -- no.  Not that I recall, no.

16    Q.  Did you ever have issues with your website where

17 it either went down or needed some type of maintenance?

18    A.  I can't recall for certain.  I know the host we

19 used went down once or twice, maybe.  I don't have certain

20 information about that.

21    Q.  And who was the host that you used?

22    A.  I don't recall.

23    Q.  You were involved in the process of purchasing

24 inventory; correct?

25    A.  Yes.

John Vlieger
08/16/2022                                    Page 21

1    Q.  And when you purchased inventory did you send out

2 order forms to the vendors that you purchased product from?

3    A.  Yes, although it was not a strict purchase order

4 form.

5    Q.  It would vary based on product; correct?

6    A.  Product and vendor.

7    Q.  Okay.  And while you were employed with Shooters

8 Connection, sir, were you in charge of ordering barrels from

9 KKM Precision?

10   A.  Not at first, but, yes.

11   Q.  When did you become responsible for that?

12   A.  I can't recall the exact date.  If I had to guess

13 it would have been shortly after the hybrid barrel started

14 shipping which would make it -- I'm trying to think -- some

15 point in '19 or '20.  I am not certain.

16   Q.  Can you explain what a hybrid barrel is, please,

17 sir?

18   A.  A hybrid barrel also known as the ribbed barrel is

19 a specialty 1911 or 2011 pistol barrel with a raised rib of

20 metal at the top of the barrel to add mass to the barrel.

21   Q.  And at some point in time -- let me strike that.

22 Let's go back.

23            So you said you didn't handle the

24 ordering of KKM barrels prior to the rib -- the hybrid

25 barrel coming to market, is that what I understand?

John Vlieger
08/16/2022                                          Page 22

1    A.  That is correct.

2    Q.  Okay.  And, so, you wouldn't service anybody --

3  strike that.

4              This hybrid barrel, this wasn't a barrel

5  that you carried before 2019 or 2020, is that my

6  understanding?

7    A.  We did carry them from a different vendor.

8    Q.  But not from KKM Precision?

9    A.  Not to my knowledge.

10   Q.  Why?

11   A.  Because they didn't make them.

12   Q.  They didn't make them.

13              So is it your understanding the first

14  time they made these hybrid barrels was in 2019 or 2020?

15   A.  Yes.

16   Q.  And you were involved in communications with KKM

17  and soliciting KKM to produce this barrel for you; correct?

18   A.  Yes.

19   Q.  Was that a project that you worked on with other

20  gunsmiths?

21   A.  Yes.

22   Q.  And was Akai Custom Guns and Shay Horowitz one of

23  the gunsmiths you worked on this project?

24   A.  Yes.

25   Q.  And prior to 2019 or 2020 KKM to your knowledge

John Vlieger
08/16/2022                                    Page 23

1  did not make any hybrid barrels; correct?

2    A.  Not 1911 barrels, no.

3    Q.  Not 1911 barrels, okay.

4           And how do you know this?

5    A.  Communications with Luke McIntire.

6    Q.  So he told you they did not make a hybrid barrel

7  prior to you calling him and asking him to make one for you;

8  correct?

9    A.  That is incorrect.

10    Q.  That is incorrect?

11    A.  That is incorrect.  I had no knowledge if KKM

12  created hybrid barrels prior to my solicitation.  At the

13  time of my solicitation they were not manufacturing them.

14    Q.  Okay.  And who was the other vendors that you were

15  getting hybrid barrels from?

16    A.  Schuemann.

17    Q.  Can you spell that?

18    A.  I'd have to look it up.  One moment.

19    Q.  Go ahead.

20    A.  S-C-H-U-E-M-A-N-N.

21    Q.  So that Schuemann -- is that Schuemann Barrels, is

22  that the name of the company, or what's the proper name of

23  the company?

24    A.  I believe it is Schuemann Barrels, or it was.

25    Q.  So when you -- in your involvement with KKM in

John Vlieger
08/16/2022                                          Page 24

1 ordering barrels from KKM you would send them a purchase

2 order; correct?

3     A.  Yes.

4     Q.  Would they send you a receipt?

5     A.  I think so.  I don't recall for sure.

6     Q.  Okay.  Was there any hardness testing

7 certification with the barrels that SCI received from KKM

8 from the time that you -- during the time you were employed

9 with them, sir?

10    A.  Not until after the allocations of Shay Horowitz.

11    Q.  And were there any testing -- or let me rephrase

12 that.

13              Was there any indication that the

14 barrels, the individual barrels themselves had been tested

15 from the time that you were employed with Shooters

16 Connection until the time that you started receiving

17 certifications -- certificates of testing from KKM?

18    A.  I don't recall.

19    Q.  Have you ever examined a KKM barrel in your

20 employment with Shooters Connection, opened up a package and

21 looked at the barrel?

22    A.  Yes.

23    Q.  Okay.  And did you ever notice if there was a

24 testing dimple or any indication that the barrel had been

25 tested when you examined these barrels?

**John Vlieger**
**08/16/2022**                                        Page 25

1    A.  I don't recall seeing one.  However, we did not

2  make a habit of opening brand new product and playing with

3  it.

4    Q.  If you had recalled seeing one you would know that

5  -- you would certainly remember that there was a mark on it

6  or that there was an indication that it was tested, wouldn't

7  you?

8    A.  Not necessarily, no.

9    Q.  So you would -- you wouldn't know if there was an

10  indentation on the barrel?

11           MR. ROBINSON:  Object to form.

12           MR. FIATO:  I'll rephrase.

13  BY MR. FIATO:

14    Q.  Your testimony is you wouldn't necessarily

15  remember whether or not a testing dimple or mark was on a

16  barrel if you had seen it?

17           MR. ROBINSON:  Object to the form.

18  BY MR. FIATO:

19    Q.  You can answer.

20    A.  My testimony is that we received hundreds of these

21  barrels in my time at Shooters Connection.  I did not

22  personally examine all hundreds of these barrels.  I was not

23  looking for a dimple until after these allegations from Shay

24  Horowitz in which case every barrel had a dimple on it.

25    Q.  And my question to you wasn't whether you had

**John Vlieger**
08/16/2022                                    Page 26

1  examined hundreds of barrels.  I asked you in your

2  employment if you had ever noticed a testing dimple on any

3  of the barrels that you examined?

4      A.  I don't recall ever seeing a testing dimple, no.

5      Q.  Thank you.

6              When did KKM start producing or

7  providing you with certification of testing with the barrels

8  that you purchased from KKM Precision, when did that begin?

9      A.  At some point in 2020.

10     Q.  And, then, was that on -- upon request from

11  Shooters Connection?

12     A.  I don't know.

13     Q.  So you don't -- you don't know.

14              Did you ever ask for a certification of

15  --

16     A.  I can't recall.

17     Q.  -- testing?

18     A.  I can't recall.

19     Q.  When you ordered the barrels from KKM was there --

20  how was that done?  Was that done over the phone or by

21  email?

22     A.  Email usually.

23     Q.  And would you receive a confirmation email once

24  your order was received?

25     A.  I don't recall.

John Vlieger
08/16/2022                                    Page 27

1    Q.  You don't recall whether you received a

2  confirmation email of the orders that you sent over to KKM

3  Precision?

4    A.  I don't recall.

5    Q.  How would you track whether or not your order was

6  being filled or not?

7    A.  Called to check up.  It was in consistent

8  communication with the person who handled order and

9  receiving.

10   Q.  And who was that person at KKM that handled order

11  and receiving?

12   A.  I remember his first name was Dan.

13   Q.  Dan.

14         And did you have a phone number for Dan

15  that you would call?

16         Sir, I keep seeing you looking down.

17  Are you in communication with anybody?

18   A.  No.

19   Q.  Do you have your phone there and are you reading

20  text messages, sir?

21   A.  I was getting notifications, yes.

22   Q.  Are you in contact with Chuck Bradley right now?

23   A.  No.

24   Q.  Read to me what's on that screen.

25   A.  The text from 8-13 last night.

John Vlieger
08/16/2022                                    Page 28

1    Q.  Read to me what's on that screen.

2    A.  Am I required to answer this?

3    Q.  Yes, you are.

4         MR. BENFORD:  Wait, wait.  Hang on.  Is

5  that a personal text?

6         THE WITNESS:  Yes.

7         MR. BENFORD:  And who is it from?

8         THE WITNESS:  Chuck Bradley.

9         MR. FIATO:  John, I'm going to insist.

10  He keeps looking down at the cell phone while he's

11  testifying.  I'm going to insist that he read the text

12  message.

13    A.  From 8-13 last night he just stopped ordering

14  also.

15  BY MR. FIATO:

16    Q.  There's a lot more on that page.  What's before

17  that?  Read the entire screen to me, sir.

18    A.  Am I being interrogated for my personal text

19  messaging?  I can remove the phone from the room if you'd

20  like, sir.

21    Q.  I want to know what's on that phone, sir.

22    A.  Regarding contact information for Pat Rafferty.

23    Q.  Read me the text, all of it on that phone.

24         That's not reading, sir.  I'm asking you

25  to read.  She's taking down the transcript.

**John Vlieger**
08/16/2022                                    Page 29

1              MR. BENFORD:  Please read the text

2  message.

3     A.   Text message received from -- I sent Chuck Bradley

4  at 1:00 p.m. yesterday, reads:  10:00 a.m. tomorrow

5  regarding this deposition.

6              The response from Chuck Bradley:  Can

7  you tell me what we did to Pat?  I called him and left

8  message but never heard back.

9              My response at 10:00 p.m.:  You sure you

10  were calling his current phone number?

11              Then I provided his phone number.

12              Response from Chuck at 8:13 p.m.:  He

13  just stopped ordering also.

14              Would you like me to go further back?

15  BY MR. FIATO:

16     Q.   No.  I asked what was on the screen that you were

17  looking at.

18              MR. BENFORD:  Thank you, Mr. Vlieger.

19  BY MR. FIATO:

20     Q.   So you said you dealt with a Dan at KKM Precision

21  for ordering?

22     A.   Correct.

23     Q.   What was Dan's last name?

24     A.   I don't recall.

25     Q.   You don't recall Dan's last name?

John Vlieger
08/16/2022                                    Page 30

1                Did you have the contact number for Dan?

2    A.  The main line at KKM they had listed online.

3    Q.  And you would ask for Dan?

4    A.  I would talk to whoever answered the phone.

5    Q.  So you dealt with more than Dan when you ordered?

6    A.  The only names I recall from my ordering was Luke

7  McIntire and Dan.

8    Q.  So you dealt with both Luke McIntire and Dan when

9  you ordered product?

10    A.  Yes.

11    Q.  Anybody else?

12    A.  Not that I recall.

13    Q.  Do you have the exhibits, sir, that were sent to

14  you?

15    A.  Yes.

16    Q.  I'd like you to refer to Exhibit 1, please.  Tell

17  me when you have it.

18    A.  Yes.

19    Q.  Can you describe what the exhibit, the first page

20  of the exhibit is for the record?

21    A.  First page of the exhibit appears to be a listing

22  for a KKM 355 caliber bull barrel 5-inch.

23    Q.  And it appears to be -- you would agree with me it

24  appears to be a Shooters Connection web page?

25    A.  Yes.

John Vlieger
08/16/2022                                              Page 31

1    Q.  On the top of the page in the right-hand corner it

2  says -- it has a date there?

3    A.  Yes.

4    Q.  And can you read the date for the record, sir?

5    A.  The date listed on this picture is June 21st,

6  2016.

7    Q.  I'm going to ask you to go down to the last

8  paragraph in the product description.  The paragraph begins

9  with all KKM barrels.

10    A.  Yes.

11    Q.  Can you read the first sentence in that paragraph,

12  sir?

13    A.  The first sentence of the paragraph reads:  All

14  KKM barrels are made using U.S. manufactured 416 stainless

15  steel bar stock which is then heat treated and vacuum

16  tempered to 42 to 45 RC.

17    Q.  That description does not say 416R, does it?

18    A.  No, it does not.

19    Q.  It does not say 416 Restricted, does it, sir?

20    A.  No, it does not.

21    Q.  It says that the hardness is vacuum tempered to 42

22  to 45 RC, does it?

23    A.  Yes, it does.

24    Q.  Okay.  It doesn't say 38 to 40, does it?

25    A.  No.

John Vlieger
08/16/2022                                    Page 32

1   Q.  It doesn't say 37 to 45, does it?

2   A.  No.

3   Q.  Okay.  Still on Exhibit 1, sir, let's go to page

4  2.

5           Describe for the record what page 2 is.

6   A.  Page 2 appears to be a similar listing for a KKM

7  355-caliber bull barrel 5-inch from the Shooters Connection

8  website.

9   Q.  Take your time, please review the description of

10  the product.  Tell me when you're done.

11   (Document reviewed by the witness)

12   A.  I reviewed the listing, sir.

13   Q.  That listing doesn't have any description of the

14  type of steel that was used to make the KKM barrel sold on

15  the Shooters Connection website, does it?

16   A.  No, it does not.

17   Q.  Do you know when the language that says that the

18  barrels are 416 vacuum tempered from 42 to 45 was changed

19  and deleted and no longer -- and the website was changed to

20  no longer give a description of the steel used to make the

21  KKM barrels SCI have sold to the public?

22   A.  Please restate the question.

23   Q.  Do you know when the language describing the type

24  of steel KKM used to make its barrels was deleted from its

25  website?

**John Vlieger**
08/16/2022                                    Page 33

1   A.  I do not know.

2   Q.  Can you bring up Exhibit 2, please, sir.

3   A.  Yes.

4   Q.  The beginning of the document page 1 there's a

5  title there in bold all caps.  I'll read it for you.

6  Defendant Shooters Connection Amended Responses to

7  Plaintiff's Second Request for Admissions.

8           Do you see that, sir?

9   A.  Yes.

10   Q.  I'd like you to go down to Request Number 53.

11   A.  Request 53 is up.

12   Q.  Your computer is faster than mine.  Give me a

13  second.

14           All right.  I'm going to read Request

15  Number 53.  If I get it wrong please correct me.  Okay?

16  Yes?

17   A.  Yes.

18   Q.  Request Number 53:  Admit that subsequent to 2016

19  you removed the following description from the 1911 style

20  KKM barrels you advertised for sale on the SCI website.

21           "All KKM barrels are made using

22  manufactured 416 stainless steel bar stock which is heat

23  treated and vacuum tempered from 42 to 45 RC."

24           Did I read that correctly?

25   A.  Yes.

**John Vlieger**
08/16/2022                                    Page 34

1    Q.   There's a response there; correct?

2    A.   Yes.

3    Q.   Read the response for me, please.

4    A.   The response:  Objection.  The term "subsequent to

5    2016" is vague, ambiguous and confusing.  Without waiving

6    these objections SCI admits that it removed the above-cited

7    language sometime after this lawsuit was filed to in order

8    conform to KKM specifications.  SCI further states that it

9    only advertised the product specifications which were

10   provided by KKM.  Sometime after this lawsuit was filed KKM

11   modified its product specifications with regard 1911

12   barrels, the removing the above-cited language.

13   Consequently, SCI then changed its advertised specifications

14   of these barrels to conform KKM's new specifications.

15       Q.   So let's take it a little bit at a time.

16               So this request for admission is

17   indicating that Shooters Connection used to advertise that

18   the KKM barrels were made from 416 steel vacuum tempered

19   from 42 to 45 RC; correct?

20       A.   Restate your question, please?

21       Q.   This response is indicating that Shooters

22   Connection at one time advertised that the KKM barrels it

23   sold to the public were made from 416 stainless steel and

24   vacuum tempered to 42 to 45 RC?

25       A.   Correct.

**John Vlieger**
**08/16/2022**                                   **Page 35**

1              MR. BENFORD:  Objection to form.

2              MR. ROBINSON:  Object to form.

3              MR. BENFORD:  Go ahead and answer.

4  BY MR. FIATO:

5     Q.   You can answer, sir.

6     A.   Yes.

7     Q.   Okay.  And that this response indicates that that

8  information came from KKM, the information that said that

9  the KKM barrels were made from 416 stainless steel and

10  vacuum tempered to 42 to 45 RC, that information came

11  directly from KKM?

12              MR. ROBINSON:  Is that a question?

13     A.   I was going to say the same thing.

14              MR. FIATO:  Let me rephrase.

15  BY MR. FIATO:

16     Q.   So according to your response, is it correct in

17  saying that the advertisement on the Shooters Connection

18  website that said that the KKM barrels which were made from

19  416 stainless steel and vacuum tempered to 42 to 45 RC it

20  would be correct to say that that information that you used

21  to advertise on your website came from KKM?

22              MR. ROBINSON:  Object to the form and

23  the use of the pronounce you.  This is an SCI answer to a

24  request for admission and you have a nonparty witness who's

25  being deposed.

John Vlieger
08/16/2022                                    Page 36

1              MR. FIATO:  Fair enough.

2              MR. BENFORD:  Join.

3              MR. FIATO:  I'll rephrase.

4  BY MR. FIATO:

5     Q.   Shooters Connection advertised at one point that

6  it sold KKM barrels made from 416 -- I'm sorry, strike that

7  -- from 416 stainless steel vacuum tempered to 42 to 45 RC;

8  correct?

9              THE COURT REPORTER:  I'm sorry, I didn't

10  hear the objection.

11             MR. ROBINSON:  Object to the form.

12             And, Madam Court Reporter, I think

13  virtually all of my objections to the extent I have any will

14  be objections to the form.

15             THE COURT REPORTER:  Thank you.

16    A.   I still don't understand the question.

17  BY MR. FIATO:

18    Q.   Where did Shooters Connection get the information

19  that the KKM barrels it sold to the public was made from 416

20  stainless steel and vacuum tempered to 42 to 45 RC?

21             MR. ROBINSON:  Objection to form.

22             MR. BENFORD:  Objection to form, lack of

23  predicate.

24             Go ahead and answer.

25             THE WITNESS:  Say again, John?

**John Vlieger**
08/16/2022                                    Page 37

1          MR. FIATO:  He said go ahead and answer.

2          MR. BENFORD:  Go ahead and answer the

3 question if you understand the question.

4    A.  I don't know where the information was received.

5 It is my assumption that it came from KKM.

6 BY MR. FIATO:

7    Q.  Well, according to this response it says SCI

8 further states that it only advertised the product

9 specifications which were provided by KKM; correct?

10          MR. ROBINSON:  Object to the form.

11    A.  That's what the response says, yes.

12 BY MR. FIATO:

13    Q.  So the specifications that the KKM barrels were

14 made from 416 stainless steel according to this answer came

15 from KKM directly?

16          MR. ROBINSON:  Object to the form.

17          MR. BENFORD:  Join.

18 BY MR. FIATO:

19    Q.  Correct?

20    A.  According to this answer, yes.

21    Q.  Okay.  And according to this answer sometime -- it

22 says that Sometime after the lawsuit was filed KKM modified

23 its product specifications with regard to 1911 barrels

24 removing the above-cited language.

25          MR. ROBINSON:  Object to the form.

John Vlieger
08/16/2022                                    Page 38

1          MR. BENFORD:  Join.

2  BY MR. FIATO:

3      Q.  Correct, according to this response?

4      A.  This response states that the language was

5  removed, yes.

6      Q.  And sometime after the lawsuit was filed KKM

7  modified its product specifications with regard to

8  1911 barrels removing the above-cited language; correct?

9          MR. ROBINSON:  Object to form.

10          MR. BENFORD:  Join.

11      A.  According to this response, yes.

12  BY MR. FIATO:

13      Q.  During your employment with Shooters Connection

14  were you ever made aware that KKM modified its product

15  specifications with regard to 1911 barrels removing the

16  language that those barrels were made from 416 stainless

17  steel?

18      A.  I don't recall.

19      Q.  During the time that you were employed with

20  Shooters Connection do you recall whether KKM modified its

21  product specifications with regard to 1911 barrels removing

22  that they were vacuum tempered to 42 to 45 RC?

23      A.  I don't recall.

24      Q.  The last sentence in that response says:

25  Consequently SCI changed its advertisement specifications of

John Vlieger
08/16/2022                                    Page 39

1  these barrels to conform to KKM's new specifications.

2              Is that correct, sir?

3     A.  Correct.

4              MR. ROBINSON:  Object to form.

5  BY MR. FIATO:

6     Q.  During the time that you were employed with

7  Shooters Connection do you remember ever changing the

8  website based on a change in KKM specifications?

9     A.  I don't recall.

10    Q.  Let's go back to Exhibit 1, sir.

11    A.  Yes, it's up.

12    Q.  Go to the second of the two website pages.

13    A.  Yes.

14    Q.  So we just discussed how there was a response that

15  the website was changed to conform to KKM's new

16  specifications; correct?

17    A.  Correct.

18    Q.  Can you tell me on this document where it has

19  KKM's new specifications for 1911 barrels listed in the

20  advertisement?

21              MR. ROBINSON:  Object to the form.

22              MR. BENFORD:  Join.

23    A.  The specifications listed on this page are 5-inch

24  9 millimeter bull barrel gunsmith fit 1/16 twist.  The

25  following three paragraphs go on to describe their

John Vlieger
08/16/2022                                   Page 40

1  manufacturing process.

2  BY MR. FIATO:

3      Q.   And you'd agree with me there's no description of

4  the type of steel used to KKM barrels on this advertisement,

5  is there?

6      A.   No, there is not.

7      Q.   So if Shooters Connection had changed the

8  advertisement to conform with the change in specifications

9  from KKM why is it not on here, if you know?

10          MR. ROBINSON:  Object to the form.

11          MR. BENFORD:  Join.

12     A.   I don't know.

13  BY MR. FIATO:

14     Q.   And you said you didn't change it while you were

15  employed there?

16     A.   I don't recall.

17     Q.   So you may have changed it, you just don't recall

18  whether you did or did not, is that what I'm understanding?

19          MR. BENFORD:  Objection; form.

20          Go ahead and answer.

21     A.   I don't recall.

22  BY MR. FIATO:

23     Q.   To your knowledge are there any emails that exist

24  that document the change to the Shooters Connection website

25  where the description of the steel used to manufacture the

**John Vlieger**
08/16/2022                                    Page 41

1  KKM barrels was removed?

2      A.  I don't know.

3      Q.  Who to your knowledge are the only people that

4  would make changes to the Shooters Connection website?

5      A.  Anyone who worked at Shooters Connection has

6  access to modify descriptions for products.

7      Q.  So was it the normal course -- strike that.

8              So was it the normal practice that any

9  one of the five people including Chuck -- not including

10  Chuck Bradley but the five team members that you described

11  earlier could change the website at any time?

12      A.  Correct.

13      Q.  And would they have to ask for permission to

14  change the website?

15      A.  No.

16      Q.  So they could just change it without asking, is

17  that your testimony?

18      A.  Correct, although our practice was not to change

19  descriptions willy-nilly.

20      Q.  After a description was changed would somebody be

21  notified that the change was made?

22      A.  I don't know.

23      Q.  Would there have to be an approval to change a

24  website description during your employment?

25      A.  Not explicitly, no.

John Vlieger
08/16/2022                                          Page 42

1    Q.  Explain.

2    A.  If I was going to change a description for a

3  product I did not manage my personal policy was to talk with

4  Wendy first before I made any changes.  There was no written

5  policy about website changes having to go through an

6  approval process or anything like that.  Once again, we were

7  a mostly verbal company seeing as we worked 10 feet away

8  from each other.

9    Q.  So if this -- if you did make changes to the

10  website removing the description of the steel KKM used to

11  manufacture the barrels that you sold to the public would

12  you have talked to Wendy about that change?

13         MR. ROBINSON:  Object to the form.

14         MR. BENFORD:  Join.

15    A.  Most likely, although I do not recall.

16  BY MR. FIATO:

17    Q.  You know Mr. Shay Horowitz; correct?

18    A.  Yes.

19    Q.  You're familiar with Akai Custom Guns; correct?

20    A.  Yes.

21    Q.  When did you first meet Mr. Horowitz?

22    A.  2015 or 2016, although it could have been 2017.  I

23  don't recall.

24    Q.  Do you know how you met him?

25    A.  At a shooting match.

John Vlieger
08/16/2022                                    Page 43

1   Q.   You're a competitive shooter; correct, sir?

2   A.   Yes.

3   Q.   In the United States Practical Shooting

4 Association?

5   A.   Yes.

6   Q.   Do you shoot many other disciplines?

7   A.   Not regularly, no.

8   Q.   You don't shoot in IDPA or any other?

9   A.   I've competed in most of the popular sports over

10  the past 7 years to include Steel Challenge, IDPA and 3-Gun.

11    Q.   And was it part of your job duties at Shooters

12  Connection to sell products to Akai Custom Guns, sir?

13   A.   Not explicitly.

14   Q.   Did you sell him KKM barrels, sir?

15   A.   I sold Shay a lot of items to include KKM barrels.

16   Q.   What other items did you sell to him?

17   A.   Anything and everything we sold.  I'd have to

18  reference his order history which I don't have access to.

19   Q.   Okay.  And do you have an idea of when you started

20  dealing with Shay Horowitz or Akai Custom Guns in your

21  duties as team member at Shooters Connection?

22   A.   At some point after I started employment there.

23   Q.   Sometime after 2017?

24   A.   Could have been in 2017.  As I said earlier,

25  everyone who worked at Shooters Connection had the same

John Vlieger
08/16/2022                                    Page 44

1  duties, to fill orders, answer phones, answer questions,

2  work with vendors.

3      Q.  To your knowledge did anybody else sell Akai

4  Custom Guns KKM barrels?  Let me rephrase that.  That's a

5  bad question.

6              To your knowledge did anybody else at

7  Shooters Connection sell AKAI Custom Guns KKM barrels?

8      A.  I can't answer that because anybody can go online

9  and order it and it doesn't matter who takes the order and

10  it's not required that you call in to place an order.

11     Q.  And, so, if somebody goes online to order a

12  product what happens then?  What's the process?

13     A.  Once an order is placed we verify the order,

14  meaning make sure it's not fraudulent to the best of our

15  ability.  The order is then picked, it is then checked by a

16  secondary individual before being packaged up and shipped.

17     Q.  And that's a team process is what you're telling

18  me?

19     A.  Correct.  The minimum of two people.

20     Q.  I'm sorry?

21     A.  Minimum of two people usually.

22     Q.  Okay.  Why a minimum of two people?

23     A.  Secondary check on the order before it ships out

24  to minimize mistakes.

25     Q.  Okay.  And was there -- you had five people on a

John Vlieger
08/16/2022                                    Page 45

1  team; correct?

2      A.  Four or five.

3      Q.  Let me rephrase that.

4              You had four to five employees that were

5  team members; correct?

6      A.  Correct.

7      Q.  So how would you manage if an order came in who

8  was going to fill it and who would correct -- who would

9  review it?

10     A.  Random draw.  All orders were printed at the

11  beginning of the day.  You walk by, grab an order off the

12  stack, go about picking it.  Once you're completed with that

13  order you grab another order off the stack, rinse and

14  repeat.  At the end of the day you would pick somebody

15  else's order to check.  It was not a set schedule or

16  assignment.

17     Q.  Can I refer you to Exhibit 3, sir.

18     A.  Stand by.

19              Yes.

20     Q.  And would you agree with me that's a subpoena to

21  produce documents, information or objects or permit

22  inspection in a civil action that was served on you, sir?

23     A.  The document I'm looking at is the subpoena I

24  received, yes.

25     Q.  Okay.  Are you looking at it in Adobe, sir?

John Vlieger
08/16/2022                                    Page 46

1    A.  No, I'm looking at it in Dropbox.

2    Q.  In a Dropbox.

3            And the program you're using to look at

4  it is what, sir?  Just a viewer?

5    A.  Just a browser.

6    Q.  Okay.  So I'd like you to go down to Addendum A.

7    A.  Yes.

8    Q.  Addendum A reads:  For the period January 1st,

9  2017, to present all copies of all documents,

10  correspondence, communication written, oral or electronic

11  between you, defendant KKM Precision, Incorporated, and/or

12  Shooters Connection and/or non-defendants Charles Bradley or

13  Timothy Mekosh or Michael Dame or Mike Foley included but

14  not limited to social media posts, private messages, text

15  messages, group messages or chat room communications that in

16  any way reference, discuss, concern, mention or refer to

17  Akai Custom Guns or Shay Horowitz.

18            Do you see that, sir?

19    A.  Yes.

20    Q.  Did you have communications with Timothy Mekosh?

21    A.  Not to my knowledge in the past several years.

22    Q.  You never communicated with Timothy Mekosh in many

23  years, is that your testimony here today?

24    A.  No, my testimony is I have him blocked on social

25  media for at least 3 years.  I can't recall the last time I

**John Vlieger**
08/16/2022                                          Page 47

1  spoke with him.

2      Q.  Did you speak with him during 2019?

3      A.  I don't recall.

4      Q.  Did you speak with him during 2020?

5      A.  I don't recall.

6      Q.  Why did you block him on social media?

7      A.  Do I have to answer that?

8      Q.  Yes.

9      A.  I blocked him on social media because I didn't

10  want to speak with him.

11     Q.  Why?

12     A.  He's a troll.

13     Q.  What is a troll?

14     A.  My definition of a troll is someone who stirs up

15  drama for the purposes of stirring up drama.

16     Q.  Do you know a Michael Dame?

17     A.  Yes.

18     Q.  Is Michael Dame a troll?

19     A.  Yes, to a lesser extent.

20     Q.  To a lesser extent?

21     A.  Correct.

22     Q.  Okay.  So is it your testimony here today, sir,

23  that there's no communications responsive to Paragraph 1 of

24  Addendum A of this subpoena for you to produce for us?

25     A.  I don't recall.  I'd have to look in my message

John Vlieger
08/16/2022                                    Page 48

1  traffic.  I did look for it, I did a search for everything

2  that I was required to provide.

3      Q.  And that search didn't turn up anything?

4      A.  Not that I recall, no.

5      Q.  Have you deleted any messages from Timothy Mekosh

6  or Michael Dame from 2017 to the current date, sir?

7      A.  I don't recall.

8      Q.  You don't recall whether you deleted messages from

9  these people?

10     A.  I don't recall.

11     Q.  What search did you do for communications with

12  Timothy Mekosh?

13     A.  I don't recall.  I searched -- I searched on

14  Facebook Messenger and in my text message record.  I had

15  communication with him outside of Facebook.

16     Q.  So you searched for him as the individual whether

17  you had communications with Timothy Mekosh?

18     A.  I believe so.

19     Q.  Do you remember having any conversations with

20  Timothy Mekosh in 2019?

21     A.  I don't recall.

22     Q.  Do you remember whether you had any communications

23  with Timothy Mekosh about AKAI Custom Guns or Shay Horowitz

24  in 2019?

25     A.  I don't recall.

John Vlieger
08/16/2022                                    Page 49

1    Q.  Do you remember whether you had any communications

2  or conversations with Timothy Mekosh about Akai Custom Guns

3  or Shay Horowitz in 2020?

4    A.  I don't recall.

5    Q.  Did you have any conversations with Michael Dame

6  in 2019 regarding Akai Custom Guns or Shay Horowitz?

7    A.  Yes.

8    Q.  And were these communications written?

9    A.  Yes.

10    Q.  And were any communications oral?

11    A.  Most likely.

12    Q.  You seem confused about that.  Is that a yes or

13  not?  Did you talk to him orally about Shay Horowitz and

14  Akai Custom Guns in 2019 or not?

15    A.  Most likely.  I don't recall in specific.

16    Q.  Okay.  And prior to last night had you produced

17  pursuant to this subpoena communications with Michael Dame?

18    A.  Yes.

19    Q.  When did you produce those?

20    A.  What's the date today?  Early this month in

21  August.

22    Q.  You produced all the communications with Michael

23  Dame?

24    A.  I produced the entire chat record with Mike Dame

25  going back to January 1st, 2017, to your office.

**John Vlieger**
08/16/2022                                              Page 50

1    Q.  Did you produce those originally?

2    A.  No.

3    Q.  And you produced them after I sent you an email

4  asking you to produce all those communications; correct?

5    A.  Yes.

6    Q.  Why didn't you produce them originally?

7    A.  I was confused about the subpoena's contents.

8    Q.  Let's talk about what you produced.

9            Why don't you go to Exhibit 4, please,

10  sir.

11   A.  Yes.

12   Q.  Go to page 247, please.

13   A.  Give me a moment to download this document.

14   Q.  Yep.  No problem.

15   A.  If you'll excuse me for a moment I'm going to grab

16  a drink of water while this downloads.

17   Q.  That's fine.

18            MR. BENFORD:  Do you mind if we take a

19  5-minute break?

20            MR. FIATO:  I have no objection.

21            MR. BENFORD:  Okay.  Thanks.

22       (A short recess was taken)

23  BY MR. FIATO:

24   Q.  Sir, before we go to 247, pursuant to the subpoena

25  that was served on you by our office you produced certain

John Vlieger
08/16/2022                                    Page 51

1 communications between yourself and Shay Horowitz or Akai

2 Custom Guns; correct?

3     A.   Correct.

4     Q.   What kind of communications were these, sir?

5     A.   Mostly Facebook Messenger.  In fact, I think it

6 was explicitly Facebook Messenger, but I could be mistaken.

7     Q.   I think you're right in that, I think they are in

8 Facebook Messenger.  And those communications began on

9 August 9th, 2017; correct?  That would be on page 1, sir.

10     A.   Yes, the first communication is 9th August 2017.

11     Q.   And if I could ask you to go to page 247.

12     A.   Yes, I'm there on page 247.

13     Q.   And those are communications from October 9th,

14 2019; correct?

15     A.   Correct.

16     Q.   So you had conversations with him beginning in

17 2017 all the way until at least 2019, and they were

18 exclusively on Facebook Messenger; correct?

19     A.   Yes.

20     Q.   Okay.  There's nothing else to produce?

21     A.   There were phone calls, but I don't have record of

22 those.

23     Q.   Okay.  There's no other written communication for

24 you to produce; correct?

25     A.   Not to my knowledge.

John Vlieger
08/16/2022                                    Page 52

1    Q.   Okay.  Do you see halfway down there's some

2  highlighted text, sir?

3    A.   Yes.

4    Q.   Okay.  We're going to talk about that in a second

5  here.

6            So at some point in your dealings with

7  Shay Horowitz did he communicate with you that he had

8  concerns that the barrels that he purchased from Shooters

9  Connection -- let me strike that.

10            Did he -- at some point in your dealings

11  with Shay Horowitz did he communicate with you the barrels

12  he purchased from Shooters Connection that were made by KKM

13  were soft?

14    A.   Yes.

15    Q.   And in your position with Shooters Connection was

16  it your or did you take on the responsibility of trying to

17  resolve that issue for him with KKM?

18    A.   Yes.

19    Q.   And did Mr. Horowitz tell you that he had what he

20  believed multiple issues with numerous soft barrels from

21  KKM?

22    A.   He made that claim, yes.

23    Q.   Okay.  And you spoke to Luke McIntire and told

24  Mr. McIntire that Shay Horowitz was claiming that many of

25  the barrels that he purchased -- many of the KKM barrels

1 that he purchased were testing soft?

2    A.   I passed on Shay's complaints to Luke McIntire

3 when I saw Luke in person in St. George, Utah for a USPSA

4 national event in October or November of '19, yes.

5    Q.   Okay.  And did you ever call him personally and

6 tell him, Hey, Shay Horowitz of Akai Custom Guns says he has

7 many barrels that are testing soft?

8    A.   I don't recall if that ever happened in that way.

9 I passed on the claims that Shay made to Luke McIntire.  I

10 can say that.

11    Q.   I'm sorry, the connection went bad.

12         MR. FIATO:  Cindy, did you hear him?

13         THE COURT REPORTER:  Yes, I thought he

14 said:  I passed on the claims that Shay made to Luke

15 McIntire.  I can say that.

16 BY MR. FIATO:

17    Q.   Okay.  And those claims included that numerous

18 barrels that Shay purchased, numerous KKM barrels that Shay

19 purchased were soft; correct?

20    A.   I believe so.

21    Q.   Okay.  Let's go to 247.  There's a highlighted

22 series of text messages or I should say Facebook messages.

23 The highlights begin with your name and the date of October

24 9th -- October 9, 2019; correct?

25    A.   Correct.

**John Vlieger**
**08/16/2022**                                              Page 54

1    Q.  Can you read what your message says to

2  Mr. Horowitz.  I'll read Mr. Horwitz's response.

3    A.  The message I sent to Shay on 9 October of 2019 at

4  2:46 is:  I talked to Luke about that a little.  You're

5  supposed to measure it on a flat spot like the side of the

6  lug/link area.

7    Q.  And immediately before the highlighted text there

8  it indicates Shay Akai and then it gives a date; correct?

9    A.  Yes.

10   Q.  And do you know:  Would that represent a

11  photograph that was sent?

12   A.  Yes, most likely.

13   Q.  And do you know if that was a photograph of a

14  barrel that was tested by Mr. Horowitz?

15   A.  I believe it was, yes.

16   Q.  Okay.  I believe we have another exhibit that will

17  show this in a little more detail.  And I'm not accusing you

18  of anything but the documents you produced didn't have the

19  attachments so that, hence, we have another exhibit to try

20  to correlate some of these missing gaps here.

21   A.  Understood.

22   Q.  It says Shay Akai.  That's a reference to Shay

23  Horowitz; correct?

24   A.  Yes.

25            THE COURT REPORTER:  Sorry, didn't hear

John Vlieger
08/16/2022                                    Page 55

1  you.

2      A.  Shay Akai is Shay Horowitz.  It's an alias he goes

3  by.

4  BY MR. FIATO:

5      Q.  Well, his first name is Shay; correct?

6      A.  Yes.

7      Q.  And the name of his company is Akai Custom Guns;

8  correct?

9      A.  Correct.

10     Q.  I'm glad we got that straight.

11             So Mr. Akai responds to your

12  communication about supposed to be measured on the flat and

13  says left, or I should say:  LOL doesn't matter.

14             He next says:  It's fucking 34.

15             Your response was?

16     A.  It does according to him.

17     Q.  Him would be Luke McIntire?

18     A.  Correct.

19     Q.  Okay.  And then your next response was?

20     A.  (Inaudible) or whatever.  Just passing along the

21  info.

22             THE COURT REPORTER:  I'm sorry.

23             MR. FIATO:  Cut out for everybody?

24             THE COURT REPORTER:  Yes.

25     A.  I say again my response on 9 October 2019 was:  I

John Vlieger
08/16/2022                                    Page 56

1  ain't a smith or machinist or whatever.  Just passing along

2  the info.

3  BY MR. FIATO:

4    Q.  So if I understand that correctly you're saying

5  you're not a gunsmith, you're not a metal machinist, you're

6  just passing along what Mr. McIntire is telling you;

7  correct?

8    A.  Yes.

9    Q.  And then there's a reference to Shay Horowitz with

10  a date of October 9th, 2019 and Shay Akai says:  Like that?

11           There's another date with your name on

12  October 9th, 2019.  It looks like there's a series of either

13  pictures or attachments that are sent; correct?

14    A.  Correct.

15    Q.  And then Mr. -- on Bates 284 at the top on October

16  9th there's Akai -- I'm sorry, yeah, 248 -- strike that.

17           On page 248 second entry Shay Akai says:

18  Lower.

19           And your response is?

20    A.  Yup, hit up Luke, meng.  I dunno what's up.

21    Q.  Meng. it's just a reference to man?

22    A.  Meng. is slang for man, yes.

23    Q.  And then there's another reference to Akai on

24  October 2019 which appears to be another photo and Akai says

25  broken guns; correct?

John Vlieger
08/16/2022                                    Page 57

1    A.  Yes.

2    Q.  Okay.  Let's go to Exhibit 5 real quick.

3            Tell me when you're there, John.

4    A.  It's loading.

5    Q.  Okay.

6    A.  Okay.  It's mostly loaded.  Stand by.

7            I have it up, sir.

8    Q.  Okay.  If you go to page 2, the end of page

9  1/beginning of page 2 there's what appears to be a

10  photograph --

11   A.  Yes.

12   Q.  -- correct?

13            Can you describe that photograph?

14   A.  It appears to be a hardness tester set on a barrel

15  of unknown manufacturer with a reading of 34 on the --

16            THE COURT REPORTER:  I'm sorry, on the

17  what?

18            THE WITNESS:  A reading of 34 on the

19  dial.

20            THE COURT REPORTER:  Oh, dial.

21            MR. FIATO:  Dial, yes.

22  BY MR. FIATO:

23   Q.  And then following it there's an avatar.  Is that

24  your avatar, sir?

25   A.  Yes.

**John Vlieger**
08/16/2022                                    Page 58

1    Q.  And that's where you say you talked to Luke about

2  that a little, you're supposed to measure it on the flat

3  like the side of a lug/link area; correct?

4    A.  Yes.

5    Q.  And there's a response Doesn't matter.  It's

6  fucking 34.

7              Is that consistent with Exhibit 4 that

8  we just read?

9    A.  Yes.

10    Q.  Okay.  And there's a response there where you

11  indicate:  It does according to him.

12              You're indicating Luke; right?

13    A.  Correct.

14    Q.  Okay.  Then there's another photograph; correct?

15    A.  Correct.

16    Q.  Describe that for me, please.  This would be on

17  page 3 at the bottom/the beginning of page 4.

18    A.  It appears to be what I assume is a hardness

19  tester holding the barrel, testing the barrel on the side of

20  the lug/link area.

21    Q.  And Mr. Horowitz again says Like that; correct?

22    A.  Yes.

23    Q.  You send a picture depicting an individual that

24  says yeah, sure; correct?

25    A.  Correct.

John Vlieger
08/16/2022                                      Page 59

1    Q.  And then there are two more pictures on the bottom

2  of page 4/beginning of page 5; correct?

3    A.  Correct.

4    Q.  Describe those pictures.

5    A.  Pictures are similar to the prior pictures

6  depicting a Rockwell, I assume Rockwell hardness tester

7  testing a barrel.  The dial reads either 30 or 31, somewhere

8  in that range.

9    Q.  You've not had any formal training on using a

10  Rockwell hardness tester; have you?

11    A.  No, I have not.

12    Q.  So everything you're learning is from

13  Mr. McIntire?

14    A.  No.

15    Q.  Who else did you learn from?

16    A.  Brandan Bunker who is a very well-known, very

17  well-respected, a very detail-oriented gunsmith that people

18  respect and admire.

19    Q.  That's your opinion?

20    A.  An opinion held by many people, yes, sir.

21    Q.  Did you send these pictures to Luke?

22    A.  I can't recall if I did or not.

23    Q.  Okay.  In your conversations with various people

24  about the claims of Mr. Horowitz that these KKM barrels were

25  soft, did you ever tell them that he tested the barrels on

John Vlieger
08/16/2022                                                    Page 60

1  the lugs and that he still got -- I'm not finished, sir --

2  that he tested the barrels on the lugs as depicted in these

3  pictures and he still got readings as low as 34 to 30?

4      A.  Can you restate the question, please?

5      Q.  Sure.

6               In your conversations with people

7  regarding Mr. Horowitz's claims that the KKM barrels were

8  soft, in those conversations did you ever communicate to

9  them that he actually tested barrels on the lugs and

10  received readings as low as 30 to 34?

11     A.  I can't recall.

12     Q.  You can't recall whether you would ever tell

13  anybody that?

14     A.  I shared those images I believe with multiple

15  people trying to get feedback.

16     Q.  Who did you share those images with?

17     A.  I can't speak to those specific images.  Keep in

18  mind this was going on for many months.  I consulted with

19  Brandan Bunker as well as -- drawing a blank.

20     Q.  Do you think that's important information you

21  should communicate to people when you're talking to them

22  about Mr. Horowitz's claims that he tested barrels that are

23  soft?

24               MR. ROBINSON:  Object to the form.

25               MR. BENFORD:  Objection to the form.

John Vlieger
08/16/2022                                    Page 61

1           Go ahead and answer.

2           MR. FIATO:  I'll restate.

3 BY MR. FIATO:

4     Q.  Do you think it's important information to tell

5 people that Mr. Horowitz still got readings as low as 30 to

6 34 RC even when he tested KKM barrels on the lugs?

7           MR. ROBINSON:  Object to the form.

8           MR. BENFORD:  Object to the form.

9           Go ahead.

10    A.  I passed on all the information I had when I was

11 consulting with these other individuals as best I can

12 recall.

13 BY MR. FIATO:

14    Q.  Did you have conversations with these -- with just

15 people that you weren't consulting with claiming that

16 Mr. Horowitz was lying that these barrels were false?

17    A.  I doubted Mr. Horowitz's results.

18    Q.  That wasn't my question.  I asked if you told

19 people Mr. Horowitz was lying that the KKM barrels were

20 soft?

21    A.  I can't recall.

22    Q.  You can't recall that?

23          Do you recall ever telling anybody other

24 than the people you consulted with that Mr. Horowitz tested

25 the barrels on the lugs and he still received readings as

John Vlieger
08/16/2022                              Page 62

1  low as 30 to 34 RC?

2     A.  I can't recall.

3     Q.  Do you ever recall whether you communicated to

4  people that Mr. Horowitz tested the barrels on the round and

5  then on the flat and he -- strike that.

6              Do you ever recall telling anybody that

7  Mr. Horowitz didn't get any different reading whether he

8  tested on the round or the flat?

9     A.  I don't recall.

10    Q.  Okay.  Let's go back to Exhibit 4 for a second.

11             You said earlier you doubted

12  Mr. Horowitz's claims.  Why?

13    A.  Mr. Horowitz does not have a good reputation for

14  quality or for craftsmanship.

15    Q.  Really?

16             Didn't you consult Mr. Horowitz on the

17  hybrid barrel project that you were doing with KKM?

18    A.  Yes.

19    Q.  Didn't you consult with Mr. Horowitz from 2017 to

20  2019 on various issues with regard to your own gun and what

21  may or may not be wrong with it?

22    A.  Yes.

23    Q.  Why would you do that if he didn't have a good

24  reputation?

25    A.  I consulted with many gunsmiths.

John Vlieger
08/16/2022                                              Page 63

1    Q.  That's not my question, sir.

2            Why did you do that if he didn't have a

3  good reputation?

4            MR. BENFORD:  Objection; form.

5            Go ahead and answer.

6    A.  I like my information like I like my income.

7    (Discussion had between the court reporter and the

8  witness)

9    A.  I like my information like I like my income,

10  plentiful and from a variety of sources.

11  BY MR. FIATO:

12    Q.  So you wanted that information from an unreliable

13  source, is that what your testimony here is today, sir?

14            MR. ROBINSON:  Objection to form.

15            MR. BENFORD:  Objection to form.

16            Go ahead and answer.

17    A.  My testimony is that Shay is known for producing

18  guns with visible machine marks, issues with machine marks,

19  issues with function, issues with customer service.  I

20  consulted with Shay primarily because he was communicative

21  and he was one of our best customers at Shooters Connection.

22  BY MR. FIATO:

23    Q.  And at one time didn't you actually ask him if he

24  would be interested in making guns for Shooters Connection

25  to sell on its website?

**John Vlieger**
**08/16/2022**                                    **Page 64**

1   A.  Yes.

2   Q.  Why would you do that if he had that reputation,

3 sir?

4   A.  You give a customer what they want.  It doesn't

5 matter --

6   Q.  So you're going to buy guns to sell on a Shooters

7 Connection website from somebody that has a terrible

8 reputation for producing a product, you're going to sell

9 those products on the Shooters Connection website, is that

10 your testimony?

11          MR. ROBINSON:  Object to the form and,

12 Counsel, the -- we keep using the pronoun you in reference

13 to Shooters Connection.  Mr. Vlieger is not a corporate

14 representative of Shooters Connection.

15          MR. FIATO:  I'll rephrase.

16          MR. ROBINSON:  Thank you.

17 BY MR. FIATO:

18   Q.  During your time as a team member of Shooters

19 Connection you solicited Mr. Horowitz to see if he had

20 interest in making guns for Shooters Connection to sell on

21 the website; correct?

22          MR. BENFORD:  Objection; form.

23   A.  Correct.

24 BY MR. FIATO:

25   Q.  So as an employee of Shooters Connection you were

**John Vlieger**
08/16/2022                                    Page 65

1 willing to solicit what you claim to be products from

2 somebody with a terrible reputation for sale to the public;

3 is that correct, sir?

4    A.  We did that already.

5    Q.  That wasn't my question.

6    A.  The answer to your question is that if something

7 sells it doesn't matter where it comes from.

8    Q.  So if something sells as long as -- while you were

9 employed with Shooters Connection if something sells and

10 makes Shooters Connection money it doesn't matter where it

11 comes from, is that what you're testifying to?

12    A.  No, sir.  I'm saying that the reputation matters

13 to people who pay attention.  We stock CK Arms guns which

14 had a reputation for breaking, reputation for having a

15 gunsmith that people had problems with and we still

16 purchased them and sold them.  Regardless of my opinion of

17 Shay Horowitz and his quality bringing a product into

18 Shooters Connection to sell that people liked or people

19 would purchase is always a venture you should look into much

20 like any retailer stocks parts and products of variety of

21 quality levels.

22    Q.  CK Arms, what does that stand for?

23    A.  CK Arms stood for Matt Cheely, Bobby Keigans,

24 K-E-I-G-A-N-S.

25    Q.  And you said they had guns that have problems;

John Vlieger
08/16/2022                          Page 66

1 correct?

2     A.  Yes.

3     Q.  And you sold those on the Shooters Connection

4 website?

5     A.  Yes.

6     Q.  And did you tell any of the public that these guns

7 were having problems?

8     A.  Not that I recall.

9     Q.  Did you disclose to anybody in the public that you

10 were selling guns that were having problems?

11    A.  I'm sorry, the -- say again.

12    Q.  You just testified that you were shooting guns

13 from CK Arms -- I'm sorry, you just testified that Shooters

14 Connection during your employment was selling guns from

15 CK Arms that were having problems.  Did you disclose that to

16 the public at any time?

17            MR. ROBINSON:  Object to the form.

18    A.  No.

19 BY MR. FIATO:

20    Q.  If you know, what barrels were used to build

21 CK Arms 1911 and 2011 style pistols that you sold during

22 your employment?

23    A.  My understanding was they were KKM barrels,

24 although that could have changed at some point.

25    Q.  And what type of problems were these guns, CK guns

John Vlieger
08/16/2022                                      Page 67

1  having, if you know?

2      A.  Mostly feeding and ejection.

3      Q.  Do you know if anybody, yourself included, tested

4  any of these KKM barrels from the CK Arms guns that were

5  having problems?

6      A.  I don't know.

7      Q.  When did you stop selling CK Arms?

8      A.  When they went out of business.

9      Q.  When was that?

10     A.  I don't know.  Some point in the last 2 years.

11     Q.  Did you own a CK Arms pistol in your personal

12  shooting competition?

13     A.  Yes.

14     Q.  Did you have problems with your own personal

15  pistol, sir?

16     A.  Yes.

17     Q.  How many CK Arms pistols did you have?

18     A.  Just one.

19     Q.  And what was the problem that you had?

20     A.  The slide cracked.

21     Q.  Did you own any other pistols that had KKM barrels

22  installed in them, sir?

23     A.  Yes, I owned several.

24     Q.  Did any of those pistols break?

25     A.  Not -- define break.

John Vlieger
08/16/2022                                      Page 68

1    Q.   Did you have any of them have their slides crack?

2    A.   Yes.

3    Q.   Who built the gun, the non-CK Arms gun that had

4 the slide crack?

5    A.   Rafferty Custom Guns.

6    Q.   Did you test the barrel in the Rafferty Custom

7 Guns?

8    A.   No.

9    Q.   Did you test the KKM barrel in the CK Custom Arms

10 guns?

11   A.   No.

12   Q.   Why?

13   A.   Because there were no issues related to the

14 barrel.

15   Q.   How do you know?

16   A.   Because I put tens of thousands of rounds through

17 them and had no issues with the barrel.

18   Q.   How do you know that wasn't an issue in the barrel

19 after those tens of thousands of rounds?  You never tested

20 them, did you?

21          MR. BENFORD:  Objection; form.

22   A.   No, I did not test them because the life of an

23 open vision gun especially in 9-millimeter major --

24          THE COURT REPORTER:  I'm sorry, sir,

25 you're breaking up.

**John Vlieger**
08/16/2022                                             Page 69

1             MR. FIATO:  It's your connection, sir.

2      A.   Yes.  I would like to take a small recess here

3  before I answer this question to reset my Internet to see if

4  the problem is mitigated.

5             MR. BENFORD:  I would certainly agree to

6  that.  I'm having an issue.

7             MR. FIATO:  I have no issue, I have no

8  issue.

9      A.   Can you please restate the question so we can

10  finish the question and I can reset my Internet.

11  BY MR. FIATO:

12     Q.   Let me say it another way.

13             You never tested the barrel; correct?

14     A.   No, I have never tested my barrels.

15     Q.   So you're speculating that there was nothing wrong

16  with the barrel but you have no idea?

17             MR. BENFORD:  Objection; form.

18             MR. ROBINSON:  Objection; form.

19  BY MR. FIATO:

20     Q.   Correct?

21             MR. ROBINSON:  Object to the form.

22     A.   A problem is defined by having a problem --

23  BY MR. FIATO:

24     Q.   Sir, my question was:  You were speculating

25  whether -- that there was no problem with the barrel, you

John Vlieger
08/16/2022                                    Page 70

1 never tested it so you don't know?

2            MR. BENFORD:  Objection; form.

3            MR. ROBINSON:  Object to the form.

4     A.  You're asking me if I had -- could confirm there

5 was no problem with the barrel when I used the firearm for

6 many tens of thousands of rounds without a problem.

7 BY MR. FIATO:

8     Q.  No, I'm asking you whether you had it tested to

9 find out if there was a problem with the barrel or not?

10            MR. ROBINSON:  Counsel, he already

11 testified that he didn't test the barrel.  I mean ....

12            MR. FIATO:  Well, he's also testified

13 that there was nothing wrong with the barrel so he didn't

14 have it tested so he's speculating there was nothing wrong

15 with the barrel.

16     A.  If you buy a car --

17 BY MR. FIATO:

18     Q.  I'm sorry, I'm asking you whether you're -- I'm

19 asking you to admit that you were speculating that there was

20 nothing wrong with the barrel because you didn't have it

21 tested.

22            MR. ROBINSON:  Objection, object to the

23 form, asked and answered.

24            MR. BENFORD:  Objection; form, asked and

25 answered.  Sorry.

John Vlieger
08/16/2022                                      Page 71

1                  Go ahead and answer, Mr. Vlieger.

2      A.   No, I did not have the barrel tested.

3  BY MR. FIATO:

4      Q.   And your opinion there was nothing wrong with the

5  barrel is merely speculation?

6                  MR. ROBINSON:  Objection; form.

7                  MR. BENFORD:  Objection; form, asked and

8  answered.

9                  Go ahead and answer, Mr. Vlieger.

10     A.   My response is that I didn't have any issues with

11  them over tens of thousands of rounds of high pressure

12  ammunition.  I had issues with the rest of gun here and

13  there depending on the gun and year, but in all of the KKM

14  barrels I have used and competed with I have not had an

15  issue with the barrel.

16  BY MR. FIATO:

17     Q.   And you've not had any of them tested; correct?

18                 MR. ROBINSON:  Object to form.

19                 MR. FIATO:  You want to reset your

20  Internet?

21                 THE COURT REPORTER:  I'm sorry, if there

22  was an answer, I didn't hear it.

23                 MR. FIATO:  He said correct.

24       (A short recess was taken)

25  BY MR. FIATO:

John Vlieger
08/16/2022                                              Page 72

1    Q.  Please go to Exhibit 4, page 248, the bottom of

2  the page.  There's a highlighted section there.

3    A.  Say again page number?

4    Q.  248.

5    A.  Yes.

6    Q.  And there's a highlighted portion that begins on

7  October 14th, 2019, Shay Akai:  Btw, I talked to Luke.

8           Do you see that?

9    A.  Yes.

10    Q.  Your response was?

11    A.  Yeah?  Get it figured out?

12    Q.  Shay Akai responded No.

13           Akai gives you another response:  He

14  wants me to send him my bad barrels so he can test himself.

15           Akai then responds:  Doesn't trust the

16  lab report.

17           Do you know what lab report he's

18  referring to?

19    A.  Yes.

20    Q.  What lab report is that, sir?

21    A.  I believe he's referring to the QC metallurgical

22  report.

23    Q.  And have you ever reviewed that report before?

24    A.  Yes.

25    Q.  Okay.  And do you know:  Were there more than one

John Vlieger
08/16/2022                                    Page 73

1  report that was submitted?

2      A.  I do not know.

3      Q.  Okay.  Akai next responds:  I can't send him the

4  bad barrels for fear he won't send them back.

5              Do you see that?

6      A.  Yes.

7      Q.  He responds:  So I'll go the insurance route.

8  Gave him a chance to help me out.

9              I'm going to keep reading until it comes

10  to your responses for brevity sake.

11              Btw, two of the barrels I have to

12  replace this week are IMM type, just FYI.

13              What is IMM, sir?

14     A.  IMM, I can't remember what the acronym stands for.

15  However, it is the acronym, nomenclature, what-have-you for

16  a 5-inch overall length barrel with a hybrid rib, much like

17  the most common barrel used by Infinity Firearms in Texas.

18     Q.  So is that referring to the hybrid barrels that

19  you worked with KKM to produce for Shooters Connection?

20     A.  Yes.

21     Q.  And those barrels are exclusively to Shooters

22  Connection if I understand it correctly; is that right, sir?

23     A.  At the time they were.

24     Q.  Do you know if they're being produced for any

25  other retailer, sir?

John Vlieger
08/16/2022                                          Page 74

1    A.   I do not know.

2    Q.   Okay.  Your response starts with They outsource.

3  Can you read that?

4    A.   On 14 October 2019 I stated:  They outsource their

5  heat-treat.  The barrels you're looking at, do they all come

6  from one batch or another?

7    Q.   And Mr. Akai says:  No, multiple batches.

8  Correct?

9    A.   Correct.

10    Q.   Please go to page 252.

11    A.   Okay.

12    Q.   The highlighted portion starts with John Vlieger,

13  How about this?

14    A.   How about this.  You send me a pair of bad

15  barrels.  I'll forward them on to Luke and ask him to take a

16  look.

17    Q.   Mr. Horowitz replies:  No.  I can send them to an

18  independent lab but at this point no bad barrels are going

19  back to Luke.

20            Your response?

21    A.   My response was:  Can I ask why you wouldn't send

22  a barrel that is unusable to him for inspection?  Even if I

23  volunteered to pay to have the barrel shipped to Luke for

24  evaluation.

25    Q.   Mr. Horowitz's response:  The barrels are the

John Vlieger
08/16/2022                              Page 75

1 evidence.

2              Your response?

3    A.  My response:  How many do you have?

4    Q.  Mr. Horowitz responds:  If Luke doesn't believe

5 lab results or me, then I question his intentions.  I have a

6 ton of them.

7              I'm going to stop there.

8              Did you communicate to Mr. McIntire that

9 he had a ton of them at that point?

10   A.  I don't recall.

11   Q.  You would think that would be something you would

12 communicate to him; correct?

13   A.  Correct.

14   Q.  You certainly communicated to him that there was

15 more than one barrel involved; correct?

16   A.  Correct.

17   Q.  Mr. Horowitz then says:  Luke could have said

18 Dude, I know you, I understand the lab results.  You have

19 bought a shit ton of barrels from us.  Let me help.  What

20 barrels do you need right NOW?

21              Your response?

22   A.  If you were in his shoes wouldn't you want to see

23 the barrels?  Let me put it this way.  I, John Vlieger, buy

24 one of your guns.  I tell you "Shay, the barrel is jacked."

25 Wouldn't you want to see the gun?

**John Vlieger**
08/16/2022                                        Page 76

1    Q.  Mr. Horowitz's response:  I get in front of issues

2  as much as I can.  If you have a bad part, as in this case,

3  I send you a freebee, keep the old one.  If you need the old

4  one back, I send you a freebee, send me the old one back.

5  Let me send you the replacement first.  Deal with the older

6  one later.

7            Your response?

8    A.  From my convo with Luke he has a digital Rc

9  tester.  His heat-treat is done off site at Nevada Heat

10  Treat, after the barrels are made, and are tested by Nevada

11  Heat Treat and KKM themselves.  Not 100 percent tested but

12  50 to 75 percent of them are.  If there is something going

13  on with the process he needs to get a handle on it as well.

14    Q.  Mr. Akai responds:  The way he said it over the

15  phone was I have been doing this for 25 years, never had a

16  soft barrel, no way I have soft barrels, send me the bad

17  barrels and I'll tell you if you're right.

18            Your response?

19    A.  My response was:  And if you have a ton of

20  barrels, man, it's not going to hurt your case to be without

21  one for a while.  Let him take a look.  At the same time you

22  can send one for independent testing.

23    Q.  Mr. Horowitz responded:  Over the phone he said he

24  tested the hockey pock (sic), not the barrels.  He also said

25  he heat treats them in batches.

John Vlieger
08/16/2022                                          Page 77

1              He then says:  I have informed him

2   before nats.

3                  Nats is nationals?

4   A.  National event, yes.

5   Q.  For USPSA, is that what he's referring to, sir?

6   A.  Correct.

7   Q.  He goes on:  I sent lab reports, zero replies.

8              You respond?

9   A.  As I said on the phone I don't know enough about

10  gun building or barrel manufacturing to tell an asshole from

11  elbows, man.  All I'm trying to do is get this shit figured

12  out.

13  Q.  Because you're not an expert; right?

14  A.  No.

15  Q.  Mr. Horowitz says:  I understand.  I gave him a

16  chance as soon as I found out I got the "IDGAF" treatment.

17              Do you know what acronym that stands

18  for?

19  A.  I believe that acronym stands for I don't give a

20  fuck.

21  Q.  Mr. Horowitz says:  I have the actual lab results.

22  Got an email saying printed and put on the bosses (sic)

23  desk.  Zero replies.

24              Your response?

25  A.  My response was:  Shay, send him a barrel to eval.

John Vlieger
08/16/2022                                      Page 78

1  At the same time get one evaluated independently.  Call it

2  operating in good faith.  If you do end up involving the

3  courts it will only help you.

4     Q.  His response was:  I've gotten zero replies from

5  $20,000 --

6     A.  Negative.

7     Q.  Actually --

8     A.  That's my response.

9     Q.  Okay.  I'm sorry.  Go ahead.

10    A.  My response was:  I've gotten zero replies from

11  $20,000 orders from him as well.

12    Q.  So, in other words, he didn't respond to you,

13  either; correct?

14    A.  Correct.

15    Q.  Okay.  Mr. Horowitz responds:  I already have --

16  I'm sorry, strike that.

17             He responds:  I have already used an

18  independent lab, two of them, two separate ones.  Good faith

19  would have been how many barrels do you need to take care of

20  your customers.

21             He then goes on:  Those four barrels I'm

22  buying from you are replacement, not for new builds.

23             Your response?

24    A.  And I'm still saying you should send one in and

25  have him eval it.

John Vlieger
08/16/2022                                    Page 79

1                  I may have skipped ahead here.

2     Q.  I think you might have.  It's right before that.

3                  No, you're right, you're right.  The

4  last thing I read so that we have a clear record was the

5  four barrels I am buying from you are replacements, not from

6  the new builds.

7                  And your response was?

8     A.  My response was:  And I'm still saying you should

9  send one in and have him eval it.

10                 You want me to read the follow-on

11  response?

12    Q.  Please.

13    A.  My response after that was:  If I was in his shoes

14  and a customer was telling me that I have a serious problem

15  with God knows how much stock that is out on the wild I

16  would want to see it myself, too, to make sure I knew

17  exactly what was going on.

18                 My next response was:  I'm on the

19  sidelines here but I'm invested in both of you and I'm

20  telling you that was he's asking for isn't out in the wild

21  blue, man.

22    Q.  Mr. Horowitz responds:  I can send more lab

23  reports.  I told him on the phone I'm in trouble and guns

24  are breaking because of soft barrels.  Zero help.  Correct?

25    A.  Correct.

John Vlieger
08/16/2022                                    Page 80

1    Q.  So by October 23rd, 2019 Shay has given you his

2  test reports, his lab reports and he's received no reply;

3  correct?

4              MR. ROBINSON:  Form.

5              MR. BENFORD:  Object to form.

6  BY MR. FIATO:

7    Q.  Strike that.

8              He's given you his lab reports and his

9  test results which have been communicated to KKM and he's

10  telling you he's received no response whatsoever; correct?

11    A.  According to what we just read, yes, sir.

12    Q.  And you were telling him you hadn't received any

13  reports as well -- strike that.

14              You hadn't received any response from

15  KKM as well; correct?

16    A.  That is incorrect.  I was stating that in the

17  course of ordering I did not get reliable communication back

18  from KKM.

19    Q.  At this point did you get any communication back

20  from KKM about Shay's barrels?

21    A.  I don't recall.

22    Q.  You certainly didn't tell him that you had been in

23  communication or had a response from KKM at that point, did

24  you?

25    A.  Not according to this document, no, sir.

John Vlieger
08/16/2022                                        Page 81

1    Q.   And he told you that he told -- strike that.

2         Shay Horowitz told you that he also

3    advised Mr. McIntire on October 22nd, 2019, that he had

4    multiple barrels that were breaking and he was in trouble;

5    correct?

6    A.   That's what this document says.

7    Q.   Have you ever seen the public letter that was

8    published in this matter, sir?

9         MR. BENFORD:  Objection; form.

10   A.   Are you referring to the public letter that Shay

11   published?

12   BY MR. FIATO:

13   Q.   Let me strike that.

14        Have you ever seen the public letter

15   published by KKM in response to the public service

16   announcement published by Shay Horowitz claiming that he had

17   problems with soft barrels?

18        MR. ROBINSON:  Object to the form.

19   A.   Yes, I have seen KKM's response.

20   BY MR. FIATO:

21   Q.   Have you read that?

22   A.   Yes.

23   Q.   I'm going to read to you from that letter.  It's

24   Exhibit 6.  Tell me when you have it.

25   A.   Yes, I have that.

John Vlieger
08/16/2022                                                    Page 82

1   Q.  Describe the document for me, sir.

2             MR. ROBINSON:  Object to the form.

3   A.  The document is dated January 9th, 2020 from KKM

4   Precision.  It starts with To whom it may concern and it

5   goes on to address rumors about soft barrels, lawsuits and

6   describes KKM's manufacturing process and reputation.

7   BY MR. FIATO:

8   Q.  You've read this before today; correct?

9   A.  Yes.

10   Q.  Okay.  Let's go to the third sentence.  I'll read

11   it for you:

12             Prior to a Facebook post in October

13   of 2019 by this company claiming "soft" barrels KKM

14   Precision was not made aware of any issues with its heat

15   treating and manufacturing process, only that they had an

16   issue with one barrel they would like to send in for

17   inspection.

18             That's not a true statement, is it, sir?

19             MR. ROBINSON:  Object to the form.

20             MR. BENFORD:  Join.

21   BY MR. FIATO:

22   Q.  Let me restate.

23             You even advised KKM that there was

24   multiple barrels that Shay Horowitz was claiming were soft

25   and defective; correct?

John Vlieger
08/16/2022                                    Page 83

1    A.  I stated earlier I don't recall.

2    Q.  You said you don't recall saying that you had

3  multiple -- that you communicated there was multiple barrels

4  that are at issue here?

5              MR. BENFORD:  Form.

6  BY MR. FIATO:

7    Q.  Let me rephrase that.

8              Are you saying that you never told Luke

9  McIntire there was more than one barrel that Shay claims

10  were soft?

11    A.  I don't recall.

12    Q.  You sent Luke McIntire -- strike that.

13              Were you made aware whether Luke

14  McIntire was sent test results from Akai Custom Guns showing

15  multiple barrels were soft?

16              MR. ROBINSON:  Object to the form.

17  BY MR. FIATO:

18    Q.  Before January 9th, 2020?

19              MR. BENFORD:  Form.

20    A.  I don't recall.

21  BY MR. FIATO:

22    Q.  Did you have any conversation with Luke McIntire

23  before January 1st, 2020, where you had indicated that Shay

24  Horowitz was claiming that he had multiple barrels, multiple

25  KKM barrels that were soft, sir?

John Vlieger
08/16/2022                                    Page 84

1          MR. BENFORD:  Objection; form.

2          MR. ROBINSON:  Join.

3    A.  I don't recall.

4  BY MR. FIATO:

5    Q.  You don't recall any of that, do you?

6    A.  I don't recall the specifics, no.

7    Q.  Let's go back to Exhibit 4, please.

8    A.  Yes.

9    Q.  Go to page 258.

10   A.  Yes.

11   Q.  Horowitz says:  What do you want to do -- in

12  highlighted text I should say, Mr. Horowitz says:  What do

13  you want to do about barrels, unmolested, original packaging

14  but tested below spec?  Can you take them back?

15          What was your response?

16   A.  My response was:  That would be a you and Chuck

17  convo.  He's probably going to say wait and see what happens

18  in that regard.  If it's an MFR -- acronym for

19  manufacturer -- warranty thing, our default is get the MFR

20  involved and they handle the exchange/warranty/et cetera.

21          MR. FIATO:  Cindy, did you catch that?

22          THE COURT REPORTER:  I did.

23  BY MR. FIATO:

24   Q.  Can you go to page 260?

25   A.  Yes.

John Vlieger
08/16/2022                                    Page 85

1   Q.  Mr. Horowitz says:  I am going to send one back,

2  cool?

3           Your response?

4   A.  I'm sorry, where are you referring to?

5           Sorry.

6   Q.  The highlighted text, sir, I'm sorry.

7   A.  You're referring to page 259.

8           My response was:  You need to talk to

9  Chuck about that.  I can't give you a good answer.

10   Q.  Shay says:  I sent him the pics and a message.

11           And there's more highlighted text where

12  you respond?

13   A.  Yes.  My response was:  Just talk to Luke.  He'd

14  like you to give him a call.

15   Q.  Shay says:  Eh?

16           MR. FIATO:  It's E-H, question mark,

17  Cindy.

18   A.  My response was:  He tried calling the shop on

19  Friday.  It kept ringing.  Just passing it along.  He's

20  available now.

21   Q.  Shay says thank you.

22           Your response?

23   A.  He's ready to talk today.

24   Q.  Seems to be some other entries by Akai Custom Guns

25  I assume are photographs.

John Vlieger
08/16/2022                                    Page 86

1              Do you recall?

2     A.  I don't recall.  Most likely they were

3  photographs, yes.

4     Q.  Okay.  And your response starts with Try again?

5  Can you read that?

6     A.  My response was:  Try again.  He was just on the

7  phone with me.

8     Q.  Mr. Horowitz responds off the --

9              MR. BENFORD:  He spells it wrong, Cindy,

10  it it's O-H-O-N-5 and then says phone, and his next

11  response.

12  BY MR. FIATO:

13     Q.  Mr. Horowitz says:  Same answer as before:  If it

14  is soft, we will replace.

15              And you ask?

16     A.  So, are you going to send him a barrel?

17     Q.  Mr. Horowitz says:  A split one, sure.

18              Do you know whether or not he was being

19  facetious with you or not?

20     A.  I don't know.

21     Q.  Okay.  Mr. Horowitz says:  He also told me that

22  SCI requested a dimple and a QC card with each barrel.

23              Stop there.

24              Does that refresh your memory on whether

25  you or somebody else at Shooters Connection asked KKM to

John Vlieger
08/16/2022                                          Page 87

1 provide KKM barrels to them with testing dimples and a QC

2 card?

3     A.   Once again, I can't recall.

4     Q.   Okay.  And QC, do you know what that stands for?

5     A.   Quality check.

6     Q.   Okay.  Mr. Horowitz says:  I think that's a step

7 in the right direction for you guys.

8               Your response?

9     A.   My response was:  I think no matter what whoever

10 is right and whatever happens with the post you've made we

11 wouldn't be able to sell any without it.

12               I go on to say:  Did you tell Luke you

13 would send a split one?  And what do you mean split, like

14 long ways?

15     Q.   Mr. Horowitz responds:  He also said you sent the

16 pics I send to you to Bunker and Bunker sent them to him.

17               Stop there.

18               So you sent pictures that Akai Custom

19 Guns sent over to Bunker; correct?

20     A.   Yes.

21     Q.   And this is Brandan Bunker?

22     A.   Correct.

23     Q.   And he's another gun builder?

24     A.   Correct.  He is the highly esteemed gunsmith I

25 mentioned earlier.

**John Vlieger**
08/16/2022                                        Page 88

1    Q.   And he's located in Florida?

2    A.   I believe so.

3    Q.   And then Bunker then sends those pictures to Luke

4  McIntire according to Shay; correct?

5    A.   That's what the document says.

6    Q.   Do you know whether Bunker actually did that?

7    A.   I don't know.

8    Q.   Why would he be doing that?

9              MR. ROBINSON:  Object to the form.

10 BY MR. FIATO:

11   Q.   Do you know why he would be doing that?

12             MR. ROBINSON:  Same objection.

13   A.   I don't know.

14 BY MR. FIATO:

15   Q.   He's a third party not involved in any of the

16 claims; correct?

17   A.   Correct.

18   Q.   Does it strike you as odd that Mr. Bunker has

19 reached out to KKM and sent pictures that you sent to him to

20 Luke McIntire?

21             MR. ROBINSON:  Object to form.

22   A.   No, I do not think it's odd.

23 BY MR. FIATO:

24   Q.   Why not?

25             MR. ROBINSON:  Same objection.

John Vlieger
08/16/2022                                    Page 89

1    A.  It's not odd.  Keep in mind this is speculation on

2  my part.

3  BY MR. FIATO:

4    Q.  Okay.

5    A.  I don't think it's odd because Bunker advertises

6  himself as a very high quality gunsmith, high attention to

7  detail and trying to get to the bottom of it/figuring out

8  what was going on just the same as I was trying to do.

9    Q.  Why would he be involved?

10         MR. ROBINSON:  Object to the form.

11   A.  I don't know the strict answer to that question.

12  BY MR. FIATO:

13   Q.  Do you know whether Mr. Bunker likes Shay Horowitz

14  or not?

15   A.  My understanding is that they've had arguments in

16  the past.

17   Q.  Okay.  Mr. Horowitz goes on to say:  Yeah, I will

18  cold saw split one.

19         Your answer?

20   A.  My response was:  I talked to Bunker, yes, as an

21  independent input on this.

22   Q.  Okay.  And when you talked to Mr. Bunker as an

23  independent input on this did you learn that he and

24  Mr. Horowitz didn't like each other?

25   A.  I don't recall.

**John Vlieger**
08/16/2022                                      Page 90

1    Q.  If you had learned such a thing do you think it

2  would be a good idea to stop communicating with regard to

3  Akai Custom Guns that they purchased soft barrels from KKM

4  and Shooters Connection?

5            MR. BENFORD:  Objection; form.

6    A.  Please restate the question.

7  BY MR. FIATO:

8    Q.  If you had learned during your consultation with

9  Mr. Bunker that he didn't like Mr. Horowitz don't you think

10  it would be good to stop communicating with him as an

11  independent source?

12            MR. ROBINSON:  Object to the form.

13    A.  No.

14  BY MR. FIATO:

15    Q.  Why?

16    A.  Because that --

17            THE COURT REPORTER:  I'm sorry?

18  BY MR. FIATO:

19    Q.  You're going to have to repeat.

20            MR. FIATO:  He's frozen.

21    A.  Can you hear me now?

22            THE COURT REPORTER:  Yes.

23    A.  Okay.  My response was no, I would not cease

24  communication with a gunsmith who didn't like Shay because

25  then I would be very limited on the amount of gunsmiths I

John Vlieger
08/16/2022                                    Page 91

1  could speak about it.

2  BY MR. FIATO:

3      Q.  So your testimony is nobody likes Shay, no

4  gunsmiths like Shay; is that correct?

5          MR. ROBINSON:  Object to the form.

6      A.  My testimony is there were multiple gunsmiths that

7  do not like Shay.

8  BY MR. FIATO:

9      Q.  Do you know gunsmiths who do like Shay?

10     A.  Chuck Warner I think is one name.

11     Q.  Why wouldn't you consult with him, then?

12     A.  I don't have a personal relationship with Chuck

13 Warner.

14     Q.  But if you know somebody doesn't like Shay, why

15 would you seek him out as an independent consultant when

16 they have hard feelings for Mr. Horowitz?

17         MR. BENFORD:  Objection to form.

18         MR. ROBINSON:  Object to form.

19         MR. BENFORD:  Go ahead and answer.

20     A.  Because --

21         THE COURT REPORTER:  I didn't even hear

22 the first answer.

23 BY MR. FIATO:

24     Q.  Repeat your first answer, sir, please.

25     A.  Can you repeat the question?

John Vlieger
08/16/2022                                    Page 92

1              MR. FIATO:  Cindy, can you.

2      A.  I'm going to switch networks.

3      (Record repeated as requested)

4      A.  Because if I did that I would be very limited on

5  the gunsmiths that I could talk to about the issue.

6  BY MR. FIATO:

7      Q.  And you've already said that Mr. Warner was a

8  gunsmith you knew that didn't have an issue with

9  Mr. Horowitz; correct?

10     A.  I found that out after all these allegations

11  started coming out.

12     Q.  So do you know of anybody else that you could have

13  consulted?

14     A.  Yes, I consulted with several people.  The point

15  I'm trying to make is that facts matter.  If there's an

16  established process that someone knows and they're willing

17  to pass on that process with that information, feelings for

18  someone does not affect that.  A spade is a spade.

19  There's a --

20             THE COURT REPORTER:  You were both

21  speaking at the same time.

22  BY MR. FIATO:

23     Q.  Did it ever occur to you, sir, that you should

24  seek somebody independent that didn't have a bias or hard

25  feelings towards Mr. Horowitz as an independent consultant?

**John Vlieger**
08/16/2022                                                    **Page 93**

1          MR. ROBINSON:  Object to form.

2  BY MR. FIATO:

3      Q.  As an independent consultant?

4      A.  Yes, and I did that.  I consulted with Steven

5  Sanders at Precision Delta; Brandan Bunker at Bunker Custom,

6  Pat Rafferty at Rafferty Custom; Don Fredenhagen at Venom

7  Custom as in a poisonous reptile, Venom.

8      Q.  Is it your testimony that each of these

9  individuals you just testified right now like Shay Horowitz?

10     A.  No.

11     Q.  Do they dislike Shay Horowitz?

12     A.  I can't answer that question accurately.

13     Q.  Has any of these individuals said I know Shay

14  Horowitz and I like him?

15     A.  I don't recall.

16     Q.  Have any of these individuals you just listed

17  given you any reason to believe that they are biased against

18  Mr. Horowitz?

19     A.  That's -- I can't answer that question accurately,

20  especially with the allegations being presented in modifying

21  people's opinions.

22     Q.  Have any of these people referred to Mr. Horowitz

23  as Shady Shay?

24     A.  Yes.

25     Q.  Who referred to him as Shady Shay?

**John Vlieger**
08/16/2022                                    Page 94

1    A.  I'd have to reference, reference notes.  I don't

2  recall off the top of my head.

3    Q.  Did Bunker, Mr. Bunker refer to him as Shady Shay?

4    A.  I submitted the entirety of our conversations.

5  I'd have to reference that record.

6    Q.  Okay.  Did Don Rafferty ever reference him as

7  Shady Shay?

8    A.  I'm sorry, who?

9    Q.  Don Rafferty -- Pat Rafferty, I'm sorry, Pat

10  Rafferty?

11    A.  I don't recall.

12    Q.   During your conversations with Mr. Bunker did you

13  ever -- strike that.  I'll keep that for later.

14            Let's go back to Exhibit 4 real quickly.

15            Mr. Horowitz said:  Yeah, I will cold

16  split -- I'm sorry, let's go back to page 261 where we left

17  off.

18    A.  Yes.

19    Q.  Mr. Horowitz says:  Yeah, I will cold saw split

20  one.

21            I believe you had already read I talked

22  to Bunker, yes, as an independent input on this.

23            Mr. Horowitz says:  The post I made was

24  legit.  I informed you, Luke and -- I'm sorry, you Chuck and

25  Luke a long time ago.  None of you offered to help.  I have

John Vlieger
08/16/2022                                    Page 95

1  tried very hard to get some help.  None of you stepped up.

2  Not even a tiny bit.

3             Your response?

4     A.   My response was:  What were we going to do?  We

5  are not gunsmiths or metallurgists or barrel manufacturers.

6     Q.   So in regards to your statement what were we going

7  to do, we're not gunsmiths or metallurgists or barrel

8  manufacturers, you were making reference to Shooters

9  Connection?

10    A.   Correct.

11    Q.   Mr. Horowitz says:  Perfect example was this

12  morning, John.  I bought the barrels to replace other

13  barrels.

14             Your response?

15    A.   My response was:  You want the truth, Shay?

16  Another smith had barrels inspected and they came up soft.

17  They were sent to KKM, had their certified heat treat

18  facility test them with their certified machines and they

19  came back in spec.

20    Q.   What builder are you referring to, sir?

21    A.   I believe, I'd have to check my records, check my

22  notes, I believe this was in reference to Don Fredenhagen of

23  Venom Custom.

24    Q.   Okay.  And were you involved in communications

25  between Venom Custom and KKM about these barrels, sir?

**John Vlieger**
**08/16/2022**                                        **Page 96**

1    A.  In a very limited capacity on purpose.

2    Q.  That wasn't my question.  My question was were you

3  involved?

4    A.  Yes.

5    Q.  Okay.  And what was your involvement?

6    A.  I was notified by Don Fredenhagen that he had

7  concerns about the barrel hardness after his -- I can't

8  remember the specifics on what he did to them or how.  He

9  had concerns.  He reached out to me about the issue.  He

10  asked if I wanted to see them.  I said no, I don't want to

11  touch them, but we did facilitate and give him a label to

12  get them directly from his hands to KKM.

13    Q.  Okay.  And, so, you didn't have those tested

14  independently outside of KKM?

15    A.  They were tested independently outside of KKM at

16  Nevada Heat Treat.

17    Q.  And how do you know that?

18    A.  That's my understanding.

19    Q.  That's your understanding.  Okay.

20          Shay next says:  I tested them, tiny

21  dimple.  One was out of spec and you guys won't take it

22  back.

23          It appears to be there is an entry of

24  October 28th and Shay says:  John, that is a shocker.

25          Do you know what he's referring to?

John Vlieger
08/16/2022                                    Page 97

1    A.  I believe you have it mixed up here, sir.

2              Shay Akai and then I tested them,

3  dimple.  One was out of spec, you guys won't take it back.

4              And then the date before that particular

5  message.

6    Q.  Right.  And there was another message after that

7  where Shay Akai says:  John, that's a shocker?

8    A.  Correct.

9    Q.  And he says:  Think, buddy.

10              Do you know what he's referring to?

11    A.  No.

12    Q.  Do you know whether he was referring to the fact

13  that he's disputing that the barrels tested by KKM through

14  Nevada Heat Treat actually tested okay?

15    A.  I believe he's trying to say that the testing by

16  KKM was flawed or biased.

17    Q.  After he says Think, buddy, you say?

18    A.  We don't take barrels back, period.  We make

19  exceptions occasionally.

20              My next response was a link to the

21  policies page of Shooters Connection.

22    Q.  So he tried to return the barrels but he was

23  refused that return; correct?  Strike that answer.

24              He tried to return the barrels to SCI --

25  let's do this one more time.

John Vlieger
08/16/2022                                    Page 98

1                He tried to return the barrels he was

2  speaking about with you to SCI and you said that you don't

3  take those -- you don't accept returns for barrels?

4    A.  Correct.

5    Q.  Then he says:  I understand that but you could

6  have helped me out.

7                And your response?

8    A.  "We do not accept returns on any barrel due to us

9  not being able to discern the newness of the part."

10                The next response is:  What I'm getting

11  at is this is between you and KKM.  I have done my absolute

12  best to facilitate getting you two together.  I mean that.

13    Q.  Mr. Horowitz says:  I know, John.

14                Your response?

15    A.  I want this worked out for your benefit, for KKM

16  to sell barrels and for us to make both of those goals

17  happen.

18    Q.  And Mr. Horowitz says:  You were the first phone

19  call I made to protect and to warn you.  Correct?

20    A.  Correct.

21    Q.  Okay.  And all the pictures that you sent to

22  Mr. Bunker did you send Mr. Bunker the pictures of

23  Mr. Horowitz testing KKM barrels on the lugs?

24    A.  I don't recall.

25    Q.  When Mr. Horowitz came to you and said that he had

John Vlieger
08/16/2022                                      Page 99

1  barrels that he suspected were soft what prevented you in

2  your capacity as an employee for Shooters Connection to have

3  those barrels tested independently, not by KKM but by

4  somebody else?

5      A.  Please restate the question.

6      Q.  When Mr. Horowitz claimed that he had soft barrels

7  what prevented you from taking barrels from your own

8  inventory and having them tested independently aside from

9  KKM?

10     A.  Nothing stopped us that I'm aware of.

11     Q.  Did you ever think it would be a good idea for you

12  to take barrels out of your own inventory and test them for

13  Rockwell hardness concerning your largest customer, as you

14  testified to earlier, said that he was having problems with

15  multiple KKM barrels he purchased from you?

16             MR. ROBINSON:  Object to the form.

17             MR. BENFORD:  Join.

18     A.  We didn't -- we didn't.  I can't say anything more

19  than that.

20  BY MR. FIATO:

21     Q.  That's fine.

22             Let's go to Exhibit 7, please, sir.

23     A.  Yes.

24     Q.  Page 1, what is this, sir?

25     A.  This is a screen shot of a text chain with Nathan

**John Vlieger**
**08/16/2022**                                        Page 100

1  Carter.

2      Q.  A text chain and Nathan Carter between you and

3  Mr. Carter?

4      A.  Correct.

5      Q.  And you produced this document, sir?

6      A.  Yes.

7      Q.  Have you reviewed this document, sir?

8      A.  I'm re-reviewing it now.

9      Q.  That's fine.

10     A.  Yes.

11     Q.  The text in the blue, is that you, sir?

12     A.  Yes.

13     Q.  Okay.  Can you start on -- it starts on Tuesday,

14  December 17th, 2019.  You say something to Mr. Carter?

15     A.  Yes.

16     Q.  Read it, please.

17     A.  Lemme (sic) know when you get ahold of KKM, Bud,

18  and thanks for taking the time today.

19     Q.  Was this text message sent in response to a phone

20  conversation you had with Mr. Carter?

21     A.  I believe so.

22     Q.  And what was the basis of that conversation, if

23  you recall?

24     A.  I don't recall specifics.

25     Q.  Do you recall whether it was over his concern that

1  he had a KKM barrel that was soft?

2     A.  That sounds right.

3     Q.  And who is Mr. Carter?

4     A.  Nathan Carter is the owner/operator of Shooting

5  Sports Innovations.  At the time of this text exchange he

6  was also employed at Hendricks Motorsports in either North

7  or South Carolina.

8     Q.  At the time of this text did you do business with

9  him, sir?

10    A.  Yeah, Shooters Connection did business with his

11 company Shooting Sports Innovations.

12    Q.  Okay.  And, so, these communications here are with

13 regard to his concerns of a KKM barrel that he felt was

14 soft; correct?

15    A.  I believe personal barrel, yes.

16    Q.  Okay.  Mr. Carter is not -- to your knowledge at

17 this time Mr. Carter wasn't involved in the military, was

18 he?

19    A.  I don't know.

20    Q.  Did you ever communicate to anybody at Shooters

21 Connection or KKM that Mr. Carter was a member of the

22 military?

23    A.  I don't believe so.

24    Q.  You have no basis to do that; right?

25    A.  I don't know what you're referring to.

John Vlieger
08/16/2022                                        Page 102

1    Q.  I'm asking you if you communicated to either

2  Shooters Connection or Luke McIntire or anybody at KKM that

3  Nathan Carter was a member of the military?

4    A.  I don't recall if I did because I'm not aware of

5  his military status even to this day.

6    Q.  So you wouldn't have any reason to tell anybody

7  that because you weren't aware whether he was or wasn't in

8  the military?

9          MR. BENFORD:  Objection; vague.

10   A.  I don't recall, sir.

11  BY MR. FIATO:

12   Q.  But at the time you had this conversation with him

13  he was working for Hendricks Motorsports; correct?

14   A.  That's my understanding, yes, sir.

15   Q.  And what was his job?  Was he an engineer?

16   A.  I don't know his title.

17   Q.  Okay.  You don't know whether he was an engineer

18  or -- strike that.

19          Do you know if he is an engineer?

20   A.  I do not know.

21   Q.  Okay.  So the next message would be from

22  Mr. Carter and I'll read from Mr. Carter:  Currently I spoke

23  to Dan who wasn't pleasant because I was asking about the

24  procedure to duplicate my own.  Luke will call me.

25          Your response?

John Vlieger
08/16/2022                                         Page 103

1    A.  My response was:  Okay.  Dan always kinda

2  mellow-ish.  I emailed Luke to give him a heads up.

3    Q.  Mr. Carter responds:  That works.  I'm just

4  wanting to know before I send it to H&M for ASM 2753C

5  nitride -- I'm sorry, Black Nitride work and I'm seriously

6  -- I'm sorry, let me reread that:  And I'm seriously going

7  to do that if it's not soft.

8              Your response?

9    A.  Better to get it straight before it's coated for

10  sure.  PVD or Black Nitride can definitely change the RC

11  from what I hear.

12    Q.  Mr. Carter responds:  PVD, no.  Nitride reduces

13  core material 2-4 points but puts a 50 C finish.

14              Your response?

15    A.  My response was:  Doesn't it depend?  Thought

16  TIN -- which stands for titanium nitride -- made it harder.

17  KKM mentioned finishes change the hardness.  I ain't no

18  engineering guy.

19    Q.  And Mr. Carter says:  Surface hardness vs. core.

20  Correct?

21    A.  Correct.

22    Q.  Going down to the next page --

23    A.  Yes.

24    Q.  -- Mr. Carter says:  I got the pictures from

25  Luke -- I'm sorry:  I got the pictures from Luke and had a

John Vlieger
08/16/2022                                                    Page 104

1  nice conversation.  I guess you sent him my previous

2  testing.  He wants to know what I get this round.  It will

3  help me tell the Black Nitride folks what metal it is.

4            Your response?

5    A.  I did, yes, after we talked.  Shay sent it to me

6  originally.  Thank you for reaching out, Nathan.  Like I

7  said, hopefully this can help get this settled.

8    Q.  He responds:  Yep, as long as people don't think

9  my testing is being used to take someone to court I'm cool

10  with it.  I was going to Kart this gun if needed.

11            Kart is another barrel manufacturer, is

12  that correct?

13    A.  Yes.

14            MR. FIATO:  Cindy, Kart is spelled

15  K-A-R-T, capital K.

16  BY MR. FIATO:

17    Q.  Will call you tomorrow after I measure everything.

18            There's a series of pictures; correct?

19    A.  Correct.

20    Q.  Can you describe them for me.

21    A.  The first picture is what appears to be a puck.

22  It appears to be a steel puck being tested by a digital

23  hardness tester.

24            In the picture is also allegedly the box

25  the puck came out of labeled 40.2 HRC with readings of 39.1.

**John Vlieger**
**08/16/2022**                                                    Page 105

1              The follow-on picture is of a barrel

2  being tested on the lug area with results of 37.8 and 37.9.

3     Q.   Did you send these pictures to Mr. Bunker?

4     A.   I believe so.

5     Q.   Did you send these pictures to Mr. McIntire?

6     A.   Most likely.  I don't recall if I did or not.

7     Q.   Did you send these pictures to Mr. Bradley?

8     A.   Oh, most definitely.

9     Q.   And the last picture shows the barrel being tested

10  on the lug with a reading of 37.8 and 37.9; correct?

11    A.   Correct.

12    Q.   That's below 42, is it not?

13    A.   That number is lower than 42, yes, sir.

14    Q.   Next page, sir.

15    A.   Yes.

16    Q.   This is a text message from Nathan Carter to you?

17    A.   Correct.

18    Q.   Mr. Carter is sending you a message and it reads

19  as follows:  Nathan, using the method of a spot anvil

20  testing on the lower lug should result in 40RC (+ or -2) for

21  the BQ5 steel and 45-46RC for the Outokumpu --

22              MR. FIATO:  Cindy I will spell it for

23  you, it's O-U-T-O-K-U-M-P-U.

24              THE COURT REPORTER:  Thank you.

25              MR. FIATO:  You're welcome.

**John Vlieger**
08/16/2022                                                    Page 106

1  BY MR. FIATO:

2      Q.  -- 416R steel.  Remember that cryogenically

3  treating the barrel can drop the RC by 2.  Since you didn't

4  order from us I have no idea which type you have.  If you

5  have any questions please let me know.

6              You see that; right?

7  A.  Correct.

8  Q.  Did I read that correctly?

9  A.  I believe that was a message from Luke that he was

10  presenting to me.

11    Q.  So Luke McIntire is telling you there's two

12  different types of steel that is being used to produce KKM

13  barrels; correct?

14              MR. ROBINSON:  Object to form.

15              MR. BENFORD:  Join.

16  A.  I can only go off what this document says in front

17  of me.

18  BY MR. FIATO:

19    Q.  Then the answer is yes?

20              MR. ROBINSON:  Object to the form.

21              MR. BENFORD:  Object to the form.

22  A.  Please restate the question.

23  BY MR. FIATO:

24    Q.  Mr. Carter is sharing a text message from Luke

25  McIntire; correct?

John Vlieger
08/16/2022                                          Page 107

1   A.   That is what I believe, yes, sir.

2   Q.   And this message indicates that there's two types

3 of steel being used for KKM barrels; correct?

4            MR. ROBINSON:  Object to the form.

5            MR. BENFORD:  Join.

6   A.   That's what it appears to say, yes, sir.

7 BY MR. FIATO:

8   Q.   And it also appears to say that because Mr. Luke

9 McIntire -- strike that.

10             Mr. McIntire is also saying since you

11 didn't order from us I have no idea which type you have;

12 correct?

13   A.   Correct.

14   Q.   Do you understand that to mean that if you buy

15 steel directly from KKM you will get a different type of

16 steel than if you buy it someplace else?

17            MR. ROBINSON:  Object to the form.

18            MR. BENFORD:  Join.

19   A.   I don't know what it means.

20 BY MR. FIATO:

21   Q.   Have you ever had a conversation with Mr. McIntire

22 where he told you that if you buy steel directly from KKM

23 you will get 416 but if you buy it from retailers like

24 Shooters Connection and others you will get another type of

25 steel called BQ5?

John Vlieger
08/16/2022                                          Page 108

1   A.  I did not have any conversations with Luke about

2  steel until after these allegations came to light.

3           I'd also like to add my understanding is

4  that BQ5 is 416R.

5   Q.  Sir, that's not my question.

6   A.  It's applicable to the question.

7   Q.  Are you able to hear me?

8   A.  Yes, sir, I can hear.

9   Q.  So you can understand my questions?

10   A.  Yes, sir.

11   Q.  Did Mr. McIntire ever tell you that if you bought

12  steel directly from KKM you receive 416R but if you bought

13  it from other retailers like Shooters Connection you

14  received steel made from another type of steel called BQ5?

15           MR. ROBINSON:  Object to the form.

16           MR. BENFORD:  Join.

17   A.  We had a conversation about steel being different

18  after the allegations came to -- were made by Shay, yes.

19  BY MR. FIATO:

20   Q.  So he told you that if you buy steel from Shooters

21  Connection it's 416R; correct?

22   A.  I don't recall.

23   Q.  Okay.  We'll get to that.

24           Further down in the next page there's

25  some more pictures; correct?

John Vlieger
08/16/2022                                    Page 109

1   A.  Correct.

2   Q.  And in these pictures can you depict what they

3 are, sir?

4   A.  There are three pictures.  The first one shows the

5 side of a KKM Precision marked barrel with several dimples

6 on the side of the lug/link area.

7   Q.  Okay.  And there's a reading there for -- it

8 appears to be a testing reading; is that correct?

9   A.  There's a picture to the right of it showing the

10 same readout as before with a reading of 37.9.

11   Q.  Underneath that is another picture?

12   A.  Correct.  There's a picture of a barrel being

13 mounted in a hardness tester being tested on the lower

14 lug/link area.

15   Q.  And then am I correct in saying there's a partial

16 portion of the text message from Luke to Nathan that is

17 right below that picture; correct?

18   A.  Correct.

19   Q.  Let's move on to Exhibit 8, sir.

20       THE COURT REPORTER:  Can I ask a

21 question off the record.

22   (An off the record discussion was held)

23   (Lunch recess was taken from

24   12:55 p.m.  to 1:25 p.m.)

25       MR. FIATO:  We're back on the record.

John Vlieger
08/16/2022                                        Page 110

1  BY MR. FIATO:

2      Q.  Let's go to Exhibit 8, please, sir.

3      A.  Yes.

4      Q.  Page 2, please.

5              Exhibit 8 is a, I believe it's a

6  Facebook message that you produced between yourself and

7  Brandan Bunker beginning in October of 2017; is that

8  correct?

9      A.  Correct.

10     Q.  Actually, strike that.

11             It begins in January of 2017 on page 1;

12  correct?

13     A.  Correct.

14     Q.  Going to page 2 there's highlighted text.

15  Actually, at the end of -- yes, on the beginning of page 2

16  is that you asking Mr. Bunker if you can get his opinion on

17  something?

18     A.  Yes.

19     Q.  Dated October 8th, 2017?

20     A.  Yes.

21     Q.  Mr. Bunker says sure.  And then there is some

22  dates of October 17, different times it looks like there's

23  attachments there.  Do you know:  Is that pictures, sir?

24     A.  Pictures of a barrel, yes.

25     Q.  And is it a picture -- was it a barrel from a gun

John Vlieger
08/16/2022                                    Page 111

1  that you owned?

2     A.  Yes.

3     Q.  Okay.  And you were asking his opinion on the

4  barrels; correct?

5     A.  Correct.

6     Q.  I'm sorry, the barrel.  It was just one barrel?

7     A.  Singular, yes.

8     Q.  Okay.  And who built the gun that the barrel was

9  in?

10    A.  Bobby Keigans of CK Arms.

11    Q.  And what kind of barrel was that?

12    A.  KKM.

13    Q.  Okay.  And Mr. Bunker responds:  Barrel was not

14  times -- T-I-M-E-S -- right.

15              And then this next line says:  Timed,

16  correcting himself; correct?

17    A.  Correct.

18    Q.  Looks like the crash caused the crack.  Correct?

19    A.  Correct.

20    Q.  You ask him --

21    A.  I said:  Any doubt of that? contributing factors?

22    Q.  And Mr. Bunker says:  I'm pretty confident based

23  on the lugs being rolled over on the barrel and slide.

24    A.  Correct.

25    Q.  Correct?

John Vlieger
08/16/2022                                              Page 112

1              You respond?

2      A.   And if the lugs of the barrel were already rolled

3  when fit to a new slide?

4      Q.   Mr. Bunker says:  That wouldn't cause the crash.

5  The barrel was unable to lock down far enough to allow

6  proper slide clearance during the cycle.

7      A.   My response was:  Thank you.  I appreciate the

8  info.

9      Q.   Mr. Bunker says:  No problem.  I see that a lot

10  fortunately -- unfortunately.  Correct?

11     A.   Correct.

12     Q.   You don't you know if this KKM barrel was ever

13  tested?

14     A.   No, it was not.

15     Q.   Okay.  You smiled.  Why did you smile?

16     A.   Because that barrel was put into four different

17  slides all of which failed.  It was not a barrel issue, it

18  was a gun building issue, gun fit issue.

19     Q.   You're not a gunsmith, are you?

20     A.   No.

21     Q.   You're not a gun expert, are you?

22              MR. ROBINSON:  Form.

23              MR. BENFORD:  Object to form.

24     A.   I would consider myself a gun expert at this

25  point.

**John Vlieger**

1  BY MR. FIATO:

2    Q.  You're not a cause and origin expert, are you?

3          MR. ROBINSON:  Object to the form.

4          MR. BENFORD:  Form.

5  BY MR. FIATO:

6    Q.  Are you a cause and origin expert?

7    A.  I'm not even familiar with what that is, sir.

8    Q.  Then that would be no.

9          MR. ROBINSON:  Object to the form.

10          MR. BENFORD:  Form.

11 BY MR. FIATO:

12    Q.  Correct, your answer would be no?

13          MR. ROBINSON:  Object to the form.

14    A.  My answer is no.

15          MR. BENFORD:  Form.

16 BY MR. FIATO:

17    Q.  Let's go to page 26, please.

18    A.  Yes.

19    Q.  There's highlighted text that starts with John

20 Vlieger.  In your conversation you say:  Chuck Warner is

21 next on the list to evaluate it, it appears.

22    A.  First of all, it's pronounced Vlieger with a hard

23 G.

24          Second of all:  Chuck Warner is next on

25 the list to evaluate, it appears, and I believe I was

**John Vlieger**
08/16/2022                                              Page 114

1  referring to evaluating the allegedly soft barrels.

2      Q.  And then Mr. Bunker sends you a photograph.

3              Do you know what that photograph is?

4      A.  Not off the top of my head, no, sir.

5      Q.  Okay.  I'll get that from Mr. Bunker.

6              And then you reply to him, your next

7  message to him starts quick question.

8      A.  Dated 23 October, the following day.

9              Quick question for you about hardness

10  and barrels.  At what point Rockwell hardness would you say

11  a 416 steel barrel is unusable/you would expect issues?

12     Q.  Mr. Bunker says 37-43.5 is spec.

13              Do you know where he's getting those

14  numbers from?

15     A.  No.

16     Q.  Okay.  Then you say thanks.  Can you read that,

17  please.

18     A.  Thanks.  Do you hardness test the barrels you

19  receive?

20     Q.  Mr. Bunker says:  Yes.  I've already heard the

21  rumors about KKM barrels.  The guy doing the testing

22  obviously does not know how to use a hardness tester.  Just

23  my opinion.

24              Your response?

25     A.  My response was:  Interesting.

John Vlieger
08/16/2022                                    Page 115

1    Q.  To be honest, he doesn't know how to fit a barrel,

2  either.  Professional opinion.

3           Your response?

4    A.  I'm going to go ahead and keep that to myself.

5    Q.  Why would you say you're going to go ahead and

6  keep that to yourself?

7    A.  Because it was inflammatory language and I didn't

8  want to bring inflammatory language into the allegations and

9  discussions.

10    Q.  Were you afraid that that inflammatory language

11  would show that Mr. Bunker was biased against Mr. Horowitz?

12    A.  No.

13    Q.  Don't you think it would be a good idea to tell

14  Mr. Horowitz that the guy that you're talking to about

15  independent testing is saying inflammatory things about him?

16           MR. ROBINSON:  Object to the form.

17           MR. BENFORD:  Form.

18    A.  It doesn't matter.  We're discussing -- we were

19  discussing technical issues.  Personal feelings about

20  someone only goes so far.  The facts of the matter were

21  still the facts of the matter.

22  BY MR. FIATO:

23    Q.  You don't think it's a good idea to stop

24  communicating with a man who clearly has a bias against

25  Mr. Horowitz?

1           MR. ROBINSON:  Object to the form.

2           MR. BENFORD:  Form.

3    A.  Once again, if I use that methodology I would be

4    extremely limited on the gunsmiths I would consult with.

5    BY MR. FIATO:

6    Q.  There would be other gunsmiths you could consult

7    with?

8    A.  But ones -- Mr. --

9    Q.  Let me ask you this.

10          Go ahead.

11          THE COURT REPORTER:  I didn't hear all

12   of the answer.

13          MR. FIATO:  Cindy, read back what you

14   did hear, please.

15   (Record repeated as requested)

16   A.  There --

17          MR. FIATO:  Can we go off the record.

18          MR. BENFORD:  Sure.

19   (An off the record discussion was held)

20          MR. FIATO:  Back on the record.

21   BY MR. FIATO:

22   Q.  Mr. Vlieger, you testified earlier that you didn't

23   have a relationship with Chuck Warner; is that correct?

24   A.  That is correct.

25   Q.  Isn't it true, sir, before the allegations of KKM

John Vlieger
08/16/2022                                              Page 117

1 barrels being soft you reached out to Mr. Warner for some

2 blueprints on 1911 slides?

3     A.  Oh, yeah.

4     Q.  Oh, yeah.  You did have a relationship with him,

5 didn't you?

6            MR. ROBINSON:  Form.

7     A.  I was working on a slide project, sir.  I was

8 trying to.

9        (The witness and Mr. Fiato speaking

10 simultaneously)

11     A.  I was working on getting slides into Shooters

12 Connection to sell.  I forgot that I talked with Mr. Warner

13 about that.  I don't see how that's relevant, though.

14 BY MR. FIATO:

15     Q.  You testified earlier that you didn't have a

16 communication -- you didn't have a -- any connection to him

17 when, in fact, you were working on a slide project with him

18 and communicating with him over the slides in the past?

19     A.  I said I didn't have a personal relationship with

20 Mr. Warner.

21     Q.  You had a working relationship with Mr. Warner,

22 didn't you?

23     A.  Now that you refresh my memory, yes, sir, about

24 the blueprints for the 1911 slides.  I don't think that

25 project ever went anywhere.

John Vlieger
08/16/2022                                    Page 118

1    Q.  And did you communicate with him with regard to

2  the testing protocols that Mr. -- that KKM sent to you?

3    A.  I don't recall.

4    Q.  You don't recall whether you sent those testing

5  protocols to Mr. Warner or not?

6    A.  I don't recall.

7    Q.  You don't recall whether you had conversations

8  with Mr. Warner about the testing or not?

9    A.  I don't recall.

10   Q.  Let's go back to page 27, sir.

11   A.  Okay.

12   Q.  After you say that you're going to go ahead and

13  keep that to yourself Mr. Bunker says:  Haha, you do what

14  you need to do for the business.  Not going to sugar coat

15  it.

16          Then you say?

17   A.  I said:  If a barrel was soft, say between 32 and

18  37 RC what signs would you see on the barrel?  Lugs

19  rounding?  Hood compacting?

20   Q.  Mr. Bunker says:  I would say the first signs

21  would be bulging in the chamber.

22          He goes on:  Lugs rounding and hood

23  compacting CAN be a sign of course, but that can also be

24  found in improperly timed barrels so there's a discrepancy

25  there.  So variables can be tricky.

John Vlieger
08/16/2022                                    Page 119

1              Your response?

2     A.  Thank you for the information.  I'll keep that in

3   mind.

4     Q.  So he's confirming that lugs rounding -- get that

5   right for you -- lugs rounding and hood compaction can be a

6   sign of soft barrels; correct?

7     A.  Correct.

8     Q.  Mr. Bunker goes on:  If it was your smith, that is

9   not who I'm talking about, just to be clear.

10             It seems that you sent him either an

11  attachment or a picture.  Is that -- you can't tell?

12             Do you recall what was sent, sir?

13    A.  I don't recall in particular.  I'd have to check

14  my messages, but I believe it was a picture of the barrel

15  testing either from Shay or from Nathan Carter.

16    Q.  Mr. Bunker goes on:  You cannot measure hardness

17  of a barrel like that accurately.  You have to have

18  something exact size in the chamber that is harder than

19  steel, a chamber plug, so to speak.

20             Does that refresh your memory that

21  perhaps you sent him a picture of a barrel that was tested

22  on the barrel without the chamber being supported?

23    A.  That sounds likely, yes.

24    Q.  Okay.  Did you ever send him the pictures of the

25  barrels tested on the lugs from both Mr. Horowitz and

John Vlieger
08/16/2022                                            Page 120

1 Mr. Carter?

2    A.   I can't recall.

3    Q.   That would be a good thing to send him, wouldn't

4 it, so that he can see they were tested on the lugs and he

5 could see what the results were?

6    A.   Can you please restate your question?

7    Q.   Would it be a good idea in your opinion to send

8 him all the pictures of barrels that were tested including

9 pictures of barrels that were tested on the lugs so he could

10 see the results?

11    A.   Saying it's a good idea, I don't recall if I sent

12 him that information, but, yes, it's a good idea to provide

13 all the information you can.

14    Q.   Okay.  But you don't know whether you did that or

15 not?

16    A.   I don't recall, no, sir.

17    Q.   Let's go on to the end of page 28.  Start reading

18 from the point it says Mr. Bunker says I hope that makes

19 sense.  And respond it does.

20    A.   It does.  And thank you.  Had a good chat with

21 Luke at KKM right after, actually.  And that came up, how

22 you need training to operate the tester.

23    Q.   Do you know if Mr. Bunker has had any formal

24 training to operate a tester?

25    A.   I do not know his background, no, sir.

John Vlieger
08/16/2022                                              Page 121

1    Q.  Do you know if Mr. McIntire has any formal

2  training to use a tester?

3    A.  I don't know that in particular, no, sir.

4    Q.  Do you know whether any of Mr. McIntire's

5  employees at KKM have any formal training to use a tester?

6    A.  I do not know, sir.

7    Q.  Okay.  Starting on page 29, if you know, it

8  appears that there is at least one picture and one possible

9  attachment sent by Mr. Bunker and he says:  Looks like he

10  pulled the trigger anyway.  Lawsuits can be expensive.

11  Dang.

12           And you reply?

13    A.  That's the reason I was talking to you about it,

14  yep.

15    Q.  You can keep reading.

16    A.  My next response was:  Shit show.

17    Q.  So on October 29th, 2019, what is it that is being

18  shared here that you were referring to as a shit show?

19    A.  I believe -- it was most likely either the,

20  quote-unquote, PSA that Shay published or the letter.  I

21  don't know the timelines there.  It was one of the legal

22  documents that was flying around around that time or

23  legalish, legalese documents.

24    Q.  If I told you that there was no demand letter sent

25  until December of 2019 would you have any reason to disagree

John Vlieger
08/16/2022                                    Page 122

1  with that?

2      A.  Without checking my notes and timelines, sir, I

3  can't answer that question.

4      Q.  That's fair.  That's fair.

5              You're aware that the demand letter was

6  posted on the Shooters Connection Facebook page to the

7  public; correct?

8      A.  Yes.

9      Q.  Okay.  And do you recall that that did not happen

10  until January of 2020?

11      A.  I don't recall, sir.

12      Q.  Do you know when the PSA was published?

13      A.  I don't recall.

14      Q.  Would you have any reason to disagree with me if I

15  told you that the PSA was published on October 23rd, 2019?

16      A.  Whether I disagree with you or not, sir, I'd like

17  to see it for myself.  I don't know.

18      Q.  We'll get that for you.

19              Mr. Bunker says:  Definitely, I am glad

20  I am a fly on the wall.

21              You respond?

22      A.  "KKM tested the barrels and they say they're fine.

23  They got 42 Rc with chamber plug in testing the lugs."

24      Q.  Did you tell Mr. Bunker that Mr. Horowitz got

25  readings of 34 and 30 by testing on the lugs on the barrels

John Vlieger
08/16/2022                                    Page 123

1 that he had?

2     A.  I don't know.

3     Q.  You don't see it there, at that time you didn't

4 communicate that to him, did you?

5     A.  Not as -- not as demonstrated in this document,

6 no, sir.

7     Q.  Don't you think that would be a good thing for

8 Mr. Bunker to know, that Mr. Horowitz tested on the lugs as

9 well and he got readings of 34 and 30?

10          MR. ROBINSON:  Object to the form.

11          MR. BENFORD:  Form.

12     A.  I don't know what you want me to say to that, sir.

13 BY MR. FIATO:

14     Q.  I'm asking if you think that's a good idea to

15 share that with him?

16          MR. ROBINSON:  Object to the form.

17          MR. BENFORD:  Join.

18 BY MR. FIATO:

19     Q.  It's a yes or no response, sir.

20     A.  I don't know how to answer that.

21     Q.  You had just informed him that KKM got readings of

22 42 RC by testing with the chamber plug and testing the lugs

23 but you didn't find it relevant enough to tell him that

24 Mr. Horowitz tested on the lugs and he got 34 and 30?

25          MR. ROBINSON:  Object to the form.

**John Vlieger**
08/16/2022                                                    Page 124

1              MR. BENFORD:  Form.

2     A.  It didn't come up.

3  BY MR. FIATO:

4     Q.  And it also didn't come up that Mr. Nathan Carter

5  tested on the lugs and he got a reading of 37.9, did it?

6              MR. ROBINSON:  Object to the form.

7              MR. BENFORD:  Join.

8     A.  I'd have to check my notes.  I believe I did

9  provide some of those pictures to Mr. Bunker.

10  BY MR. FIATO:

11     Q.  And did you produce those messages where you sent

12  those pictures to Mr. Bunker?

13     A.  I don't recall.

14     Q.  You next start your -- your next message starts:

15  That's in regards to the two barrels that tested in the low

16  30s by a smith I know.  Is that correct?

17     A.  That is correct.

18     Q.  Mr. Bunker said:  I tested eight of them today,

19  all 44.

20              Do you know if he was talking about

21  eight different barrels than the ones you were referring to

22  or was he including the two barrels you were referring to in

23  his testing results?

24     A.  I believe Mr. Bunker was referring to

25  eight barrels that he had personally -- that he tested

John Vlieger
08/16/2022                                      Page 125

1  personally and then got a result of 44 RC on all eight.

2      Q.  Okay.

3      A.  That is my understanding.

4      Q.  Okay.  Read your next sentence.

5      A.  He sent those barrels in to be looked at by KKM --

6  on Facebook.

7              THE COURT REPORTER:  What on Facebook?

8              MR. FIATO:  Shit stirrer.

9      A.  Shit stirrer on Facebook.

10  BY MR. FIATO:

11     Q.  Your next comment?

12     A.  My next comment was:  Color me surprised.

13     Q.  Who were you referring to as the shit stirrer on

14  Facebook?

15     A.  I believe I was referring to Shay.

16     Q.  And what did he do on Facebook that was a shit

17  stirring in your opinion?

18     A.  I can't recall, although Shay does have a

19  reputation for being a shit stirrer.

20     Q.  Do you think you were referring to the public

21  service announcement where he announced that he was having

22  problems with gun barrels and he was announcing that he

23  would replace those barrels?

24     A.  I don't know.

25     Q.  Okay.  Well, Mr. Bunker then says -- I'm sorry,

John Vlieger
08/16/2022                                      Page 126

1 your next thing says:  Color me surprised?

2      A.  Correct.

3      Q.   And then Mr. Bunker says:  Yeah, I really cannot

4 believe Shay did that.  Well, I CAN, but still.

5              What is he referring to if you know?

6      A.  I honestly don't recall.

7      Q.   And then you send some attachments to him;

8 correct?

9      A.  That's what it looks like, yes, sir.

10     Q.   And you say:  Immediately after this, and send

11 more attachments?

12     A.  Correct.

13     Q.   Mr. Bunker says:  Seems about right, after the

14 attachments.  Here people think he's a class act for

15 responding in such a great way, but ....

16              What's your next message?

17     A.  If you wanted to you could offer to test the

18 hardness of some of those barrels as an independent party.

19     Q.   And at the time you were suggesting him as an

20 independent party he's already indicated to you that he

21 doesn't have a favorable opinion of Mr. Horowitz; correct?

22     A.  Correct.

23     Q.   In fact, if we go further down let's start with

24 Mr. Brandan says -- I'm sorry, where you say:  I mean Shay's

25 barrel specifically.

**John Vlieger**
08/16/2022                                                     Page 127

1              Mr. Bunker says:  Oh, haha.  Shay won't

2  want me to test his barrels.  Correct?

3     A.  Correct.

4     Q.  So he's telling you that there's an issue between

5  the two of them and Shay probably wouldn't want him to test

6  the barrels?

7              MR. BENFORD:  Objection; form.

8  BY MR. FIATO:

9     Q.  Is that correct?

10    A.  That's a likely impression, yes.

11    Q.  Okay.  You respond:  Because of you or because of

12  him or because of the likely result.  Is that correct?

13    A.  Correct.

14    Q.  And Mr. Bunker says:  That guy trolled me for like

15  a year straight until I took him off my friends list so he

16  didn't see what I was posting anymore.  So just an

17  assumption.

18              Did you ever have any conversations with

19  Mr. Bunker about his statement that that guy trolled me for

20  like a year?

21    A.  I don't recall if we did or not.

22    Q.  So you have no idea what he's talking about there?

23    A.  No.

24    Q.  But it's your understanding he was talking about

25  Mr. Horowitz?

John Vlieger
08/16/2022                                                                Page 128

1    A.  Yes.

2    Q.  At this point you've got different stories, you

3  got stories from Nathan Carter and test results from him

4  testing on the lugs that show he has a barrel that is

5  testing at 37.9; correct?

6    A.  I'd have to reference the date, the time stamps,

7  but, yes, sir.

8    Q.  And you have claims by Mr. Horowitz showing you

9  barrels tested on the lugs or at least one barrel tested on

10  the lugs, I should say, with a reading of 34 to 30; correct?

11    A.  Yes.

12    Q.  So, Mr. Horowitz and Mr. Nathan Carter are saying

13  one thing --

14          MR. ROBINSON:  Object to the form.

15  BY MR. FIATO:

16    Q.  I wasn't finished, but okay.

17          MR. ROBINSON:  You paused.  I thought it

18  was a question.  Sorry.

19          MR. FIATO:  That's okay.  That's all

20  right.

21  BY MR. FIATO:

22    Q.  So Mr. Horowitz and Mr. Carter are saying one

23  thing on the one hand and KKM is saying another thing on the

24  other hand; correct?

25          MR. ROBINSON:  Object to the form.

John Vlieger
08/16/2022                                    Page 129

1   A.  Correct.

2  BY MR. FIATO:

3   Q.  And would it be fair to say that by this time,

4  October 26th, 2019, you're choosing sides that KKM is

5  correct and Mr. Carter and Mr. Horowitz are not; correct?

6   A.  I don't believe that's accurate, but no, I had not

7  chosen sides at any point here at this juncture.

8   Q.  At least at this point by October 26th, 2019 you

9  didn't believe Mr. Horowitz' claims that his barrels were

10  soft?

11   A.  That was doubtful.

12   Q.  But you believed KKM that the barrels were not

13  soft; is that right?

14   A.  I believed --

15       MR. ROBINSON:  Object to the form.

16   A.  I didn't know what to believe, because no barrel

17  had ever gone back to KKM for inspection which was a giant

18  red flag for anybody for any warranty work or anything ever.

19  BY MR. FIATO:

20   Q.  Mr. Horowitz already told you he didn't trust Luke

21  and that he wouldn't get barrels back, didn't he?

22   A.  Him not trusting KKM was his own problem.

23   Q.  The question was:  He had already told you he had

24  not trusted KKM to return the barrels to him; correct?

25   A.  Yes.

John Vlieger
08/16/2022                                          Page 130

1    Q.  Okay.  Let's go to page 32.

2            Bottom of the page begins October 27,

3  2019.  Starts with you saying Key difference?

4    A.  Yes.

5            Key difference, you used a chamber

6  insert and it looks like you actually calibrated your

7  machine, too.  Imagine that.

8    Q.  Did you have any information -- strike that.

9            What did you mean by the statement it

10  looks like you actually calibrated your machine, too,

11  imagine that?

12    A.  Leading up to that point I had been doing a

13  fact-finding looking for the information from multiple

14  sources the proper way to test hardness.  As you stated

15  earlier I'm not an expert.  So I poled the audience of the

16  people I did consider experts to find what the proper way to

17  test hardness was.  After getting that information and

18  looking back at the way Shay had been testing barrels both

19  with an inexpensive and cheap hardness tester and improper

20  techniques did not help the impression that Shay was

21  mistaken in his impression on the Rockwell hardness of these

22  barrels.

23    Q.  Okay.  What evidence do you have that he didn't

24  actually calibrate his machine?

25    A.  I can't recall exactly.  I want to say I had a

1  conversation with people about the tester he was using,

2  allegations it was a -- just a few hundred dollar machine

3  from Amazon and with a -- and that Shay did not have any

4  training on how to run a hardness tester much like myself.

5      Q.  Did you have any information that that hardness

6  tester he was using could not be calibrated?

7      A.  I had no information either way.

8      Q.  Did you have any information of what exactly he

9  did or did not do to calibrate that machine?

10     A.  I had no information, no.

11     Q.  So you made --

12             THE COURT REPORTER:  Sorry.  You both

13  were speaking.

14             MR. FIATO:  I'm sorry.  I thought he was

15  finished.  It was my fault.

16     A.  I didn't have any information either way.  I was

17  having -- did not have any information on Shay's machine or

18  background except for what I knew at the time, or what I saw

19  in the pictures and passed that by other people who I

20  considered experts.

21             MR. FIATO:  Cindy, how much of that did

22  you get.

23             (Record read as follows:

24             A.  I didn't have any information either

25  way.  I was having -- did not have any information on Shay's

John Vlieger
08/16/2022                                    Page 132

1 machine or background except for what I knew at the time, or

2 what I saw in the pictures and passed that by other people

3 who I considered experts.

4 BY MR. FIATO:

5    Q.  Let me ask the question again instead of trying to

6 ask and restate his answer.

7           What evidence, if any, do you have that

8 Mr. Horowitz did not actually calibrate the machine he was

9 using for testing?

10   A.  I'm going off of foggy memory here.  I believe it

11 was after talks with Luke or -- most likely Luke, but I

12 can't be sure of that.

13   Q.  Luke wasn't there when Mr. Horowitz did or didn't

14 calibrate the machine, was he?

15   A.  No.

16   Q.  So he wouldn't be -- he wouldn't have any personal

17 knowledge of whether Mr. Horowitz calibrated his machine or

18 not, would he?

19           MR. ROBINSON:  Object to the form.

20   A.  No more than Shay would have any belief about

21 Luke's machine's calibration, no, sir.

22 BY MR. FIATO:

23   Q.  Fair enough.

24           And what evidence do you have that

25 Mr. Nathan Carter didn't calibrate his machine?

John Vlieger
08/16/2022                                    Page 133

1    A.  Except for the fact that Nathan and Shay were

2  close business -- closely -- what's the word? -- had a

3  relationship, excuse me, I'll use that, Nathan Carter and

4  Shay had a close relationship.  Other than that I had no

5  information, no, except that bias could exist on both sides.

6    Q.  Just like there could be bias on Mr. Bunker's

7  side, too; correct?

8    A.  Yes, correct, there's bias present in a lot of

9  interaction.

10    Q.  And, in fact, didn't Mr. Carter send you pictures

11  of where he had calibrated the machine with a calibration

12  buck?

13    A.  Um-hmm.

14    Q.  Prior to testing?

15    A.  Correct.

16    Q.  So he did calibrate the machine?

17        MR. ROBINSON:  Object to the form.

18    A.  Allegedly he did, yes, sir.  I wasn't there

19  watching him calibrate and then test the equipment.  If we

20  want to dig deep into what I do and don't know on machines,

21  I'm not experienced, we're going to hit a wall.

22  BY MR. FIATO:

23    Q.  What I want to dig deep into is why you're

24  suggesting that machines weren't calibrated and it's clear

25  to me that you're biased.  Am I wrong in that, sir?

John Vlieger
08/16/2022                                          Page 134

1           MR. ROBINSON:  Object to the form.

2           MR. BENFORD:  Form.

3    A.  I was not biased at the time, no.

4  BY MR. FIATO:

5    Q.  You consider -- it looks like you actually

6  calibrated a machine, too.  Image that to be a non-bias

7  statement?

8           MR. ROBINSON:  Object to the form.

9    A.  The only information I had at the time about

10  Mr. Horowitz's test is that it did need to be calibrated.

11  That's the impression I had at the time.

12  BY MR. FIATO:

13   Q.  Mr. Bunker's response to you on page 33:  Yeah,

14  makes a difference.  I also used the V block that came with

15  the machine.

16           Your response was?

17   A.  You could make note of that in your post, talk

18  about how when testing a cylinder you need to shore up the

19  bore and test with appropriate fixturing.

20   Q.  Mr. Bunker said:  I added the instructions.  Lmao.

21           Your response?

22   A.  Nice.

23   Q.  Did Mr. Bunker post anything on Facebook with

24  regard to instructions on testing barrels?

25   A.  I believe so.

1   Q.  Did he address claims that KKM barrels were

2  allegedly soft in these instructions?

3   A.  I don't recall.

4   Q.  Do you know if he indicated that he had tested KKM

5  barrels and they all came back over 42 RC?

6   A.  I don't recall.

7   Q.  Okay.  When you're saying to him you could make a

8  note of that in your post, are you directing him on what to

9  say in his post on Facebook about the KKM barrels and the

10  testing procedure that he used?

11   A.  I did not direct Mr. Bunker to do that.  I said

12  you could make note of that in your post.

13   Q.  And he did, he said he did, and then he said Lmao.

14        What does that mean, if you know?

15   A.  The acronym Lmao is known to be laughing my ass

16  off.

17   Q.  So he's laughing his ass off at your suggestion to

18  make a note and change his testing protocols the way you

19  suggested; correct?

20   A.  That is incorrect.

21   Q.  He's not doing that?

22   A.  If you reference the previous post, previous

23  comments about using a chamber insert, calibrating a machine

24  and using the V block that came with the machine and my

25  follow-on statement you can make a note of that about as the

John Vlieger
08/16/2022                                    Page 136

1   -- you can make note of that in your post, talk about how

2   when testing a cylinder you need to shore up the bore and

3   test with appropriate fixturing, which is information that

4   was provided to me in prior communications by Mr. Bunker.

5   My recommendation to him was just that you post those

6   instructions, meaning his understanding of the proper way to

7   test hardness of a cylinder.

8       Q.   And you suggested that he include that in his

9   Facebook post; correct?

10      A.   Yes.

11      Q.   And he did that?

12      A.   I don't recall.  That's what it looks like, yes.

13  He said --

14      Q.   And it appears -- I'm sorry, go ahead.

15      A.   Mr. Bunker went on to say:  I added the

16  instructions.

17              My assumption is he did add those

18  instructions to the original post.

19      Q.   Right.  And you said Nice to that?

20      A.   Correct.

21      Q.   So he did what you asked him to do?

22      A.   Correct.

23      Q.   Correct?

24      A.   Correct.

25      Q.   Were you working with him at that time to

John Vlieger
08/16/2022                                                    Page 137

1  counterclaims by Mr. Horowitz that his barrels were soft?

2     A.  No.  The only communication I had with Mr. Bunker

3  is contained in the log that we're discussing as well as

4  some emails to order some parts he makes while I was with

5  Shooters Connection as far as I can recall.

6     Q.  Why would you suggest to him what he should post

7  about his testing protocols of KKM barrels?

8     A.  Because he brought it up.

9     Q.  But you suggested that he make the change?

10    A.  Because he brought it up to me.

11    Q.  But you didn't suggest to him to include that

12 people who were claiming that they had soft barrels had

13 tested, including Mr. Horowitz and Mr. Carter, they had

14 tested them on the lugs and got results lower than his, did

15 you?

16            MR. BENFORD:  Objection; form.

17    A.  I don't believe so, no, sir, going off the

18 document we're discussing.

19 BY MR. FIATO:

20    Q.  Okay.  Mr. Bunker's next post on the same page:

21 So did the whole KKM barrel thing just disappear?  I haven't

22 heard a peep about it -- I'm sorry, I haven't heard a peep

23 more about it this week.

24            That's on December 9th, 2019.  Your

25 response is --

John Vlieger
08/16/2022                                          Page 138

1    A.   It's on 7 November 2019.

2    Q.   I'm sorry, yeah, it's November 7th, 2019.

3         Your response?

4    A.   No idea.  I've been busy myself.

5    Q.   Mr. Bunker says:  I had two -- appears to be an

6  attachment that was sent, whether a photo or an attachment

7  by you?

8    A.   One from myself, one from Mr. Bunker and then

9  another from myself, another from Mr. Bunker.

10   Q.   Do you have these attachments, sir?

11   A.   Most likely in my Facebook Messenger.

12   Q.   Okay.  And all of the attachments that we've

13  referred to today that we can't see you would have those in

14  your Facebook Messenger?

15   A.   Potentially if they're still --

16   Q.   Would they be date stamped, do you know?

17   A.   Say again?

18   Q.   Would they have the dates on them?

19   A.   Most likely.  I believe so, yes.

20   Q.   After this series of attachments that were sent

21  Mr. Bunker says on the bottom of page 33:  So Shay is suing

22  you now?

23         And the date is December 10th, 2019;

24  correct?

25   A.   Correct.

1    Q.  And you respond what?

2    A.  Responded with:  Sent a demand letter yesterday.

3    Q.  Okay.  And?

4    A.  Who'd you hear it from?

5    Q.  Mr. Bunker says:  It was on 2011 Universe last

6 night for a brief moment.

7            What is 2011 Universe?

8    A.  It was, if it still exists, a group on Facebook to

9 discuss 2011 handguns.

10   Q.  Let's go to page 35.

11           Were you ever an administrator on the

12 2011 Universe --

13   A.  No.

14   Q.  -- Facebook page?

15   A.  No.

16   Q.  Have you ever posted anything on the 2011 Universe

17 Facebook page?

18   A.  Not that I recall.

19   Q.  Have you ever been given access to the Facebook

20 page for Hoffer?

21   A.  No.

22   Q.  Have you ever been given a Facebook page access

23 for James Taylor?

24   A.  No.

25   Q.  Do you have any idea why other people would have

John Vlieger
08/16/2022                                    Page 140

1  conversation or share text messages saying that they gave

2  you access to those pages?

3           MR. BENFORD:  Objection; form.

4     A.  I don't know, sir.

5  BY MR. FIATO:

6     Q.  Going back to page 35.  The highlighted text

7  starts with a message from you:  You hear anything else

8  about the Shay/KKM BS?  Is that correct?

9     A.  Correct.

10    Q.  Mr. Bunker says:  Not yet.

11    A.  I said:  Hear that his lawyer sent some letters

12  out?

13    Q.  Mr. Bunker says:  Yes, I did hear that.

14           Your response?

15    A.  K. wanted to make sure you're informed of the

16  lengths he has gone to, and he has still not sent a barrel

17  to KKM.

18    Q.  Why did you want him to be informed of the

19  lengths, the lengths that I assume you're saying -- let me

20  just start that all over.

21           What did you want him to be informed of

22  by that statement?

23    A.  He was already involved of his own volition of all

24  this.  I wanted to make sure he had the information that was

25  publicly out there is my guess.  It's been 3 years since

John Vlieger
08/16/2022                                         Page 141

1 then.

2    Q.  This is in December of 2019, so that's not 3 years

3 later, sir, is it?

4    A.  It's getting close.  My apologies for rounding,

5 sir.

6    Q.  No, no, sir.  You're not understanding.

7           This message is from you to Mr. Bunker

8 dated December 12th, 2019.  That's not 3 years after

9 Mr. Horowitz has made claims of soft barrels, sir, is it?

10    A.  It's been 3 years since I had this conversation.

11    Q.  But you wanted to inform him that the length Shay

12 had gone to when you made this communication; correct?

13    A.  Apparently.

14    Q.  Why?

15    A.  I can't recall, sir.

16    Q.  What business is it of his?

17           MR. BENFORD:  Form.

18    A.  I don't really know how to answer that.

19 BY MR. FIATO:

20    Q.  I'm sure you don't.

21           MR. BENFORD:  Form.  Was that a

22 question, Rick?

23           MR. FIATO:  No, that was just a comment.

24           MR. BENFORD:  Okay.

25           MR. FIATO:  An observation.

John Vlieger
08/16/2022                                              Page 142

1              MR. BENFORD:  All right.  If you can,

2 please restrict the deposition to questions and not

3 statements.

4 BY MR. FIATO:

5    Q.  Mr. Bunker responds:  It is nuts, man.  The guy is

6 unhinged.

7              Then you respond to that and what do you

8 say?

9    A.  I said:  Do you order the majority of your KKM

10 barrels direct from them or from distributors?

11    Q.  Mr. Bunker says:  Direct usually.  Unless I need

12 something fast.

13              Your response?

14    A.  That's what I figured.  I had a good chat with

15 Luke at KKM today.

16    Q.  What is the date of that conversation that you

17 said you had a good chat with Luke at KKM?

18    A.  18 December 2019.

19    Q.  Continue.

20    A.  If you order direct from their website you usually

21 get the standard grade for 416R steel.  We have been getting

22 the 416R BQ5 grade steel which is spec'ed lower hardness.

23    Q.  Keep going.

24    A.  In the 38 to 40 range.

25    Q.  Brandan Bunker says:  Interesting.  Still within

John Vlieger
08/16/2022                                    Page 143

1  ordnance spec.

2              I'm going to stop there.  What is

3  ordnance spec, do you know?

4    A.  Ordnance spec I believe is the original

5  specification for 1911 parts as determined by the Ordnance

6  Department of the U.S. military.

7    Q.  Do you know whether he's referring to ordnance

8  steel as in carbon steel or stainless steel?

9    A.  I do not know.

10   Q.  Okay.  Keep going.  Correct you say?

11   A.  Correct.  However, it muddies the waters.  And

12  Shay never ordered direct.  However, this has been their

13  standard practice for years.  I'm tempted to pull a barrel

14  out of the --

15              THE COURT REPORTER:  I'm tempted to pull

16  a barrel out of?

17   A.  I'm tempted to pull a barrel out of one of the

18  oldest CK Arms open guns we have here and have it checked

19  for a control from an older barrel.

20  BY MR. FIATO:

21   Q.  Stop right there, please.

22              So in this example starting on page 35

23  you're telling Mr. Bunker that if you order direct from the

24  KKM website you usually get standard grade 416R steel.

25  However, if you order from your website you're getting 416

John Vlieger
08/16/2022                                                        Page 144

1  -- what you described as a 416R BQ5 steel which is spec'ed

2  in a lower hardness range; correct?

3      A.  Correct.  BQ5 is 416.

4      Q.  Sir, I didn't ask you that.  I asked if you bought

5  from KKM you got 416.  If you bought from Shooters

6  Connection you got something called 416 BQ5 which is spec'ed

7  at a lower hardness; correct?

8      A.  That's what it was stated in the document, yes,

9  sir.

10     Q.  And you got that information from Luke; correct?

11     A.  Shortly before this conversation.

12     Q.  Right.  This is a direct conversation with Luke

13  McIntire from KKM; correct?

14     A.  And that was my understanding of what he said.

15     Q.  Yes.  Okay.

16             And then you said in the 38 to 48 -- I'm

17  sorry, in the 38 to 40 range; correct?

18     A.  Yes.

19     Q.  Okay.  Mr. Bunker makes some comments and then

20  your next comment is:  Correct.  However, it muddies the

21  waters.

22             Why did you make that statement?

23     A.  Why did I make the statement it muddies the

24  waters?

25     Q.  Yes.

John Vlieger
08/16/2022                                    Page 145

1    A.  Because it muddies the waters.  If I was

2  understanding correctly, then there were differences whether

3  you ordered from KKM or from us.  Like I said, my

4  conversation with Luke, that was my understanding after the

5  conversation.

6    Q.  Why does it muddy the waters?  It muddies the

7  waters in respect to what, sir?

8    A.  Regarding the expected hardness rating you can

9  test for.

10    Q.  Does it muddy the waters in respect to Shay's

11  claim that the barrels he said he received were soft?

12    A.  No, because the barrels still tested hardness in

13  ordnance spec as Mr. Bunker stated.

14    Q.  The barrels that Mr. Horowitz tested, it tested as

15  low as 30 RC?

16    A.  Um-hmm.

17    Q.  By what you've already seen?

18    A.  We already established Mr. Horowitz is not a

19  trained hardness tester as well.

20    Q.  So then it shouldn't have muddied the waters.  Why

21  did you make that statement?

22            MR. BENFORD:  Object to the form.

23            MR. ROBINSON:  Object to the form.

24            MR. BENFORD:  Asked and answered.

25  BY MR. FIATO:

John Vlieger
08/16/2022                                    Page 146

1    Q.  Did you say it would muddy the waters because you

2  were afraid it would support Mr. Horowitz's claims that the

3  barrels were soft?

4    A.  I made the statement because it muddies the waters

5  about what you can expect from KKM barrels.

6    Q.  Did you make the statement because you were afraid

7  that it would discredit your position that the barrels

8  weren't soft?

9         MR. BENFORD:  Form.

10    A.  I don't know how to answer that, sir.  I don't

11  believe so.

12  BY MR. FIATO:

13    Q.  It's either a yes or no, sir.  You can say yes or

14  no to the question.  Did you make that statement that it

15  muddies the waters because you were afraid it would

16  discredit your position that the barrels, the KKM barrels

17  that Mr. Horowitz purchased from you were not soft?

18    A.  No.

19    Q.  Did you say it would muddy the waters because you

20  were afraid that it would discredit your position to say

21  that the reason Shay was having barrels loose was because of

22  the way he was building his guns?

23    A.  Please restate the question.

24    Q.  Did you say it muddied the waters because it would

25  discredit your position that the reason Mr. Horowitz was

1 having problems with the KKM barrels was due to the way he

2 was building his guns?

3             MR. YEE:  He froze.

4             MR. FIATO:  Yep.

5    A.  Can you all hear me?

6             MR. YEE:  No.  Mr. Vlieger, you froze

7 there just before you started the answer so you need to

8 start the answer again.

9    A.  My answer is no.

10 BY MR. FIATO:

11    Q.  Did you say it would muddy the waters because you

12 were afraid it would discredit your position that Shay

13 Horowitz wasn't telling the truth about what was going on

14 with the barrels he was using from KKM?

15    A.  No.

16    Q.  When you learned that -- when you learned from

17 Mr. McIntire that you were selling different steel, this

18 steel called BQ5, did you perform any research on your own

19 to ascertain the type of steel it was?

20             MR. ROBINSON:  Object to the form.

21    A.  No, although I did discuss internally issues in

22 connection with the conversation.

23 BY MR. FIATO:

24    Q.  You informed Luke that the barrels that -- I'm

25 sorry, strike that.

John Vlieger
08/16/2022                                     Page 148

1          You informed Mr. Bradley that you had a

2  conversation with Luke McIntire where he told you that if

3  you bought barrels from Shooters Connection it was likely

4  made of this so-called 416R BQ5 by and it was spec'ed lower

5  than the barrels sold directly from KKM; correct?

6     A.  I'm not giving an answer to that statement.  I did

7  discuss with Chuck Bradley the conversation I had with Luke

8  about the potential of the different types of steels

9  regarding ordering.  I couldn't answer your question with a

10  yes or no with all the --

11     Q.  That's fair, that's fair.

12          The way I stated it you couldn't say

13  whether you talked to him about the hardnesses or anything.

14  You just told him possibly it was different steels; is that

15  correct?

16     A.  Now, yes, that was the discussion.

17     Q.  And once you learned that there was a different

18  steel called BQ5 did you conduct any Internet searches to

19  try to ascertain what the chemical examinations of that

20  steel was?

21          MR. ROBINSON:  Object to the form.

22     A.  I don't recall.

23  BY MR. FIATO:

24     Q.  Did you do any Internet searches once you learned

25  of the steel called BQ5 to find out who made that steel?

John Vlieger
08/16/2022                                                    Page 149

1     A.  I do recall searching the term 416R BQ5 or BQ5,

2  yes.

3     Q.  And what did you learn when you searched that

4  term?

5     A.  I can't recall the specifics.  It was -- my

6  understanding was that it's a trade name, so to speak.

7     Q.  Did you -- in your Internet search of this BQ5 did

8  you -- were you able to ascertain which company or companies

9  manufacture it?

10    A.  No, not that I recall.

11    Q.  Did anything prevent you from asking Mr. McIntire

12  who the manufacturer of BQ5 was?

13    A.  No, although I can't recall if I ever asked him or

14  not.

15    Q.  Did you ask Mr. Bradley if he knew or ever heard

16  of a steel called BQ5?

17    A.  I can't recall.

18    Q.  Did you ask Mr. Bradley if he knew who the

19  manufacturer of BQ5 was?

20    A.  I can't recall.

21    Q.  Since the filing of this lawsuit have you learned

22  who the manufacturer of BQ5 is?

23    A.  No.

24    Q.  Okay.  Was there anything that prevented you from

25  searching the Internet to find out who the manufacture of

John Vlieger
08/16/2022                                    Page 150

1  BQ5 was?

2     A.   No.  I didn't think too hard, though.

3     Q.   Did anything prevent you from calling other gun

4  barrel manufacturers you knew in the industry and ask them

5  if they ever heard of BQ5?

6     A.   Please restate the question.

7     Q.   Did anything prevent you from calling any other

8  gun manufacturer in the industry and asking them if they had

9  ever heard of BQ5?

10     A.   No, nothing was stopping me.  My impression was

11  that it was -- actually, let me restate.  I may have spoken

12  with Will Schuemann because of a note that Schuemann helped

13  develop it or something along those lines.  Mr. Schuemann is

14  living in an assisted living home at this point, I believe,

15  or is basically retired.  He's a hard man to get ahold of.

16  I can't recall specifics.

17     Q.   So you don't know what was discussed, if anything?

18     A.   No.  Like I said, he's basically retired, but when

19  it comes to making barrels, he's one of the people who help

20  started it all back in the '80s and '90s.

21     Q.   On page 36 you say you attempted to pull a barrel

22  out of the oldest CK Arms open gun and have it checked for

23  control from an older barrel; correct?

24     A.   Correct.

25     Q.   Did you ever do that?

John Vlieger
08/16/2022                                    Page 151

1    A.  No.

2    Q.  Why?

3    A.  Don't know.  Wasn't something that I did.  I can't

4  remember if there was a reason behind it or not.

5    Q.  Did you ever have it checked for chemical

6  composition?

7    A.  Not to my knowledge.

8    Q.  Did you ever research the term 416R?

9    A.  Yes.

10    Q.  What did you learn from 416R?

11    A.  The R stands for restricted.  416 -- and I can't

12  remember what the definition of restricted is, however 416

13  is widely known as the default for gun barrel steel due to

14  its properties, machinability and strength.

15    Q.  Where did you learn that?

16    A.  Google.

17    Q.  Really?

18    A.  Yes.

19    Q.  Do you have articles that say that?

20    A.  I could probably hunt some down for you, sir;

21  however, that's my impression.  416 is the default

22  essentially when it comes to pistol quality -- or not pistol

23  quality, excuse me, firearms barrels, as I understand it.

24    Q.  As you understand it.  And you researched -- did

25  you ever give that research to anybody at Shooters

**John Vlieger**
08/16/2022                                        Page 152

1 Connection?

2    A.  Not that I recall.

3    Q.  Have you ever given that research to any of the

4 attorneys, the attorney representing you here today?

5    A.  I wouldn't call it research, sir, but no.  At

6 least I don't think so.  It's -- you type in 416R in Google

7 and it comes up with articles describing the steel and what

8 it's used for.

9    Q.  And in your research, and when you researched

10 416R, did you ever happen to take a look at the chemical

11 composition of that steel, 416R?

12    A.  No.  I'm not familiar with the chemical

13 composition of 416R.

14    Q.  If you Google 416R then you don't know whether or

15 not it comes up with a chemical composition that limits the

16 sulfur content to .13 or not?

17    A.  I don't know.

18    Q.  Would you provide this research to the lawyers

19 here so that they can share it with us?

20    A.  I don't know --

21    Q.  I'm asking -- let me rephrase.

22         Without a subpoena will you provide the

23 research that you have that says 416R is 416 Restricted and

24 that is widely known in the gun industry, will you provide

25 that research to us, sir?

John Vlieger
08/16/2022                                    Page 153

1           MR. BENFORD:  So objection.  You're

2  assuming that he has that research, that he conducted it and

3  saved it.

4           MR. FIATO:  He just told me if I Google

5  it I should be able to find it.  I'm asking him to Google it

6  again and find it and provide it.

7           MR. ROBINSON:  You can't do that even

8  with a subpoena.  You can't force him -- if it's not in his

9  possession, custody and control it's not the subject of a

10  subpoena.

11  BY MR. FIATO:

12     Q.  So you don't have the research --

13     A.  No.

14     Q.  -- that you've testified today about that you

15  found on Google?

16     A.  I'm confused here, sir.  Are you asking me if I

17  kept records of the articles I read?

18     Q.  Yes.

19     A.  No, I did not keep record of the articles I read.

20     Q.  So you can't tell me exactly what those articles

21  said; right?

22     A.  No.

23     Q.  Do you remember who the authors were?

24     A.  No.

25     Q.  Do you remember what organizations published

John Vlieger
08/16/2022                                    Page 154

1  those?

2    A.  No.

3    Q.  Do you remember anything about these so-called

4  articles that you claim you read?

5         MR. ROBINSON:  Objection.

6    A.  I know I could Google it and get the information

7  from a variety of sources, sir, and that's what I did.

8  BY MR. FIATO:

9    Q.  What does BQ stand for, sir?

10   A.  My understanding it stands for barrel quality.

11   Q.  Where did you learn that from?

12   A.  My guess is Luke informed me of that, sir.

13   Q.  Let's jump to Exhibit 13.

14   A.  Yes.

15   Q.  What is this, sir?

16   A.  This is a text conversation between myself and

17  Luke McIntire that begins in October 6th, 2021.

18   Q.  It appears that, and you correct me if I'm wrong,

19  it appears that it's section -- or Paragraphs 99, 100, 102

20  and partially Paragraphs 102 of the Plaintiff's Second

21  Amended Complaint in this matter.

22   A.  That's what it appears to be, yes.

23   Q.  And then there's comment that begins:  I'm pretty

24  sure you didn't say any of that.  He's making stuff up

25  again.  Can't believe that guy and what he's doing.

John Vlieger
08/16/2022                                                    Page 155

1    A.  Yes.

2    Q.  Who's making that statement?

3    A.  Luke McIntire.

4    Q.  And is the green you?

5    A.  Correct.

6    Q.  Can you read it for me?

7    A.  I'm pretty sure he wire tapped the phone, and,

8  correct, I remember explicitly saying I'm not threatening

9  him and explaining why.  That's the last time I spoke with

10  him.

11              And BQ5 is 416R; correct?

12    Q.  Yes, it's 416 Restricted.  The steel mill has a

13  brand name for the barrel called BQ5 = Barrel Quality.  He's

14  just stupid.  Right?

15    A.  Right.

16    Q.  So Luke told you BQ stands for barrel quality;

17  correct?

18    A.  Yes.

19    Q.  And he told you that the brand name that the steel

20  mill uses is BQ5 standing for barrel quality?

21    A.  That's what he told me, yes, sir.

22    Q.  Okay.  And you told other people that; right?

23    A.  Probably.

24    Q.  You told Mike Dame that during conversation before

25  that BQ5 was 416R and that the BQ, that BQ stands for

1 quality, barrel quality; correct?

2    A.  Without looking at the referenced conversation

3 that sounds about right, sir.

4    Q.  Pardon?

5    A.  Without looking at the conversation you're quoting

6 from you can assume that that's correct.

7    Q.  We'll look at it in a bit.

8            Let's jump to declaration -- I'm sorry,

9 Exhibit 15.  Tell me when you're there.

10    A.  Yes.

11    Q.  You would agree with me that the steel mill that

12 makes the steel knows what they're making; correct?

13            MR. ROBINSON:  Object to the form.

14            MR. BENFORD:  Form.

15    A.  I would hope so, sir.

16 BY MR. FIATO:

17    Q.  You'd also agree with me that the steel mill

18 that's making the steel knows what the name stands for when

19 they name a steel; correct?

20    A.  Say again, sir?

21    Q.  You would agree with me that the steel mill knows

22 what the name of the steel stands for since they make it;

23 correct?

24    A.  Correct, but just because a steel mill names

25 something something doesn't mean it doesn't pick up a name

John Vlieger
08/16/2022                                    Page 157

1  elsewhere.

2      Q.  Let's look at this document together, shall we.

3  It appears to be a declaration of Tapan J. Shah.

4          MR. FIATO:  Cindy last name spelled

5  S-H-A-A -- S-H-A-H.

6  BY MR. FIATO:

7      Q.  It's from the State of Pennsylvania, County of

8  Chester.  It begins:

9          I Tapan J. Shah declare as follows:

10          Paragraph 1:  I am over the age of 18

11  and I have personal knowledge of all the facts stated herein

12  and will be willing to testify to the same under oath if

13  called upon to do so by this Court.

14          I am a resident of Downingtown, PA,

15  United States of America.

16          I am an employee of Carpenter Technology

17  Corporation (hereinafter Carpenter) which is a steel

18  manufacturer.

19          I have been employed with Carpenter for

20  11 years and my title is Vice President-Electronics.  I have

21  a total of over 20 years of experience in the metal

22  industry.

23          I have personally reviewed the documents

24  attached hereto and labeled as KKM --

25          MR. FIATO:  I'm going skip the 0's,

1 gentlemen.  Any objection?

2            MR. ROBINSON:  No.

3 BY MR. FIATO:

4    Q.  36-KKM 39 and I have personal knowledge of the

5 contents of these records.

6            KKM 36-KKM 39 are Certificates of Test

7 which record events of testing.  The testing events

8 contained in each Certificate of Test are recorded at or

9 near the time the testing events were completed.

10            The records of these testing events

11 contained in Certificates of Test labeled KKM 36-KKM 39 are

12 regularly kept in the ordinary course of Carpenter's

13 business.

14            The Certificates of Test labeled as

15 KKM 36-KKM 39 were provided from Carpenter to Samuel & Sons

16 -- strike that -- from Carpenter to Samuel Son & Co.,

17 Arcadia, California and KKM Precision and are testing

18 compilations we publish which are used and relied upon by

19 steel distributors and customers in the steel industry.

20            KKM 36-KKM 38 confirms the sale of

21 Carpenter Number 5 BQ grade 416 bars from Carpenter to

22 Samuel Son & Co., Arcadia, California.  BQ in the name

23 Carpenter Number 5 BQ grade 416 indicates this grade 416 is

24 "bright quench" version.

25            KKM 36-KKM 38 does not indicate the sale

1  of 416R steel bars from Carpenter to Samuel & Sons, Arcadia

2  California -- CA, I'm sorry.

3            KKM 36-KKM 38 does not indicate the sale

4  of 416 Restricted bars from Carpenter to Samuel & Son Co.,

5  Arcadia CA.

6            KKM 39 confirms the sale of Carpenter

7  project 70+ grade 416 -- I'm sorry, strike that.

8            KKM 39 confirms the sale of Carpenter

9  project 70+ --

10            MR. FIATO:  Cindy, right after 70 is a

11  plus sign, it's not the word plus --

12  BY MR. FIATO:

13     Q.   -- grade 416 from Carpenter to KKM Precision.

14            KKM 39 does not indicate the sale of

15  416R bar -- 416 steel bars from Carpenter to KKM Precision,

16  Inc.

17            MR. FIATO:  I-N-C for incorporated,

18  Cindy.

19  BY MR. FIATO:

20     Q.   KKM 39 does not indicate the sale of 416

21  Restricted bars from Carpenter to KKM Precision, Inc.

22            KKM 39 indicates that the maximum

23  quelch -- I'm sorry, quench hardness of project 70+ is 39

24  HRC.

25            Datasheets from Carpenter regarding

**John Vlieger**
**08/16/2022**                                    Page 160

1 project 70+ 416 indicates that project 70+ is not

2 recommended for vessels containing gases or liquids under

3 high pressure.  See Exhibit A.

4               I declare under penalty of perjury under

5 the laws of the State of Pennsylvania that the foregoing is

6 true and accurate, executed this 8th date of August, 2022 at

7 Downingtown, Pennsylvania.  Signed Tapan J. Shah.

8               Do you want to take a minute to read

9 that?

10    A.  I've already read it, sir.

11    Q.  You would agree with me that they know what BQ

12 stands for, Carpenter would know what BQ stands for in the

13 steel that they sell, wouldn't they?

14               MR. BENFORD:  Objection; form.

15               MR. ROBINSON:  Same objection.

16    A.  Yes.

17 BY MR. FIATO:

18    Q.  You would agree with me that when Mr. McIntire

19 told you that BQ stood for barrel quality that's not an

20 accurate statement, is it, sir?

21               MR. ROBINSON:  Object to the form.

22               MR. BENFORD:  Form.

23    A.  I have Luke McIntire telling me one thing and this

24 document telling me the other.  I'm not a metallurgist.  I

25 don't know which is correct.

**John Vlieger**
08/16/2022                                                    Page 161

1  BY MR. FIATO:

2    Q.  That's fair.

3         Do you have any evidence that the steel

4  mill that made that steel doesn't know what BQ stands for in

5  the steel that they produced?

6         MR. ROBINSON:  Object to form.

7  BY MR. FIATO:

8    Q.  Do you have any evidence to refute the fact that

9  they say that BQ5 is not 416R?

10   A.  No.

11   Q.  Do you have any evidence to refute the fact that

12  they say that BQ5 steel that they produced and sold directly

13  to KKM is not 416 Restricted?

14         MR. ROBINSON:  Object to the form.

15         MR. BENFORD:  Join.

16   A.  I don't have any evidence of that, no, sir.

17  BY MR. FIATO:

18   Q.  Do you have any evidence to refute the fact that

19  they say that this is just grade 416 steel?

20   A.  No.

21         MR. ROBINSON:  Object to the form.

22         MR. BENFORD:  Join.

23         Do you mind if we take an a minute

24  break, Rick?

25         MR. FIATO:  That's fine.

John Vlieger
08/16/2022                                    Page 162

1            MR. BENFORD:  Thanks.

2        (A short recess was taken)

3            MR. FIATO:  Cindy, can we go back on the

4  record.

5  BY MR. FIATO:

6    Q.  Sir, go to Exhibit 14 for me, please.

7    A.  Yes.

8    Q.  Do you see that as a declaration of an F. -- I'm

9  sorry, of an M. F. Marcanio?

10            MR. FIATO:  Cindy the last name is

11  M-A-R-C-A-N-I-O.

12  BY MR. FIATO:

13    Q.  Go ahead, sir, you can answer.

14    A.  Yes, yes, I'm seeing it.

15    Q.  From the State of North Carolina, County of

16  Mecklenburg.  I'll read it for you:

17            I, Michael F. Marcanio, declares as

18  follows:

19            I am over the age of 18 and have

20  personal knowledge of all the facts stated herein and would

21  be willing to testify to the same under oath if called upon

22  to do so by this Court.

23            I am a resident of the State of North

24  Carolina.

25            I am an employee of Outokumpu Stainless

1  Steel Bar, LLC (hereinafter "Outokumpu").

2              MR. FIATO:  That's in quotation marks,

3  Cindy, and the hereinafter is (hereinafter "Outokumpu.")

4  BY MR. FIATO:

5      Q.   -- which is the steel manufacturer.

6      (Discussion had between the court reporter and Mr.

7  Fiato)

8  BY MR. FIATO:

9      Q.  Paragraph 4:  I have been employed with Outokumpu

10  for 26 years and my current position is Quality Manager.  I

11  have a total of 43 years of experience in the metal

12  industries.

13              Paragraph 5:  I have personally reviewed

14  the documents attached hereto labeled as "KKM 18-KKM 29" --

15              MR. FIATO:  Those are in quotation

16  marks, Cindy.

17  BY MR. FIATO:

18      Q.   -- and I have personal knowledge of the contents

19  of these records.

20              Paragraph 6:  KKM 18-KKM 29 are

21  Certificates of Test which record tests performed at

22  approved and certified laboratories performed in accordance

23  with industry specifications and are records kept in the

24  ordinary course of business.  As part of my job duties I am

25  responsible for the systems ensuring compliance with these

John Vlieger
08/16/2022                                        Page 164

1 testing standards.

2                 The records of these testing events

3 contained in the Certificates of Test labeled as KKM 18-KKM

4 29 were made by Outokumpu employees trained to assemble

5 shipping documents for delivery to customers at the time of

6 shipment.  As part of my job duties I am responsible for

7 ensuring these records comply with Outokumpu standards.

8                 Paragraph 8:  The Certificates of Test

9 labeled KKM 18-KKM 29 were provided from Outokumpu to Samuel

10 Son & Co., Inc. and are testing compilations we publish

11 which are used and relied upon by steel distributors and

12 customers in the steel industry.  KKM 18-KKM 29 confirms the

13 sale of 416 -- I'm sorry -- confirms the sale of grade 416

14 steel bars to Outokumpu -- from Outokumpu to Samuel Son &

15 Co.  Inc.

16                 KKM 18-KKM 29 does not indicate the sale

17 of 416R steel bars from Outokumpu to Samuel Son & Co., Inc.,

18 nor does it certify that the steel bars described are 416R

19 or 416 Restricted.

20                 Outokumpu will sell and certify

21 stainless steel bars as 416R or 416 Restricted but it is not

22 an ASTM international Grade-Type.

23                 MR. FIATO:  Cindy, and grade and type is

24 capitalized.

25

John Vlieger
08/16/2022                                           Page 165

1 BY MR. FIATO:

2     Q.   A customer may provide us with specifications for

3 "416R" or "416 Restricted" steel bars, and we will certify

4 the steel bars delivered meet those specifications.  KKM

5 18-29 show that Outokumpu shipped steel bars meeting the

6 ASTM 416 standard, and do not certify any other standard

7 including 416R or 416 Restricted.

8              Outokumpu manufactures and certifies

9 bars to the requirements and specifications to purchase

10 orders.  Had the purchase orders corresponding to the steel

11 bars described in KKM 18-KKM 29 supplied a different

12 specification and certification requirement than 416 such as

13 "416R" or "416 Restricted" Outokumpu would have both

14 manufactured the bars to those specifications and would have

15 certified that fact.

16              I have also reviewed the website

17 advertisement for KKM Precision, Inc. attached hereto which

18 in part states and claims:  All KKM barrels are made using

19 certified 416R gun barrels quality stainless steel bar

20 stock.  To the extent it is being claimed that barrels

21 produced from the sale of 416 -- I'm sorry, from the sale of

22 grade 416 steel bars from Outokumpu to Samuel Son & Co.,

23 Inc., as outlined in the Certificates of Test labeled KKM

24 18-KKM 29 such claims are untrue and false according to all

25 the customer specifications we have received to this date

1  that define the grade 416R.  Outokumpu did not certify steel

2  bars described in KKM 18-KKM 29 as "416R" or "416

3  Restricted."

4              I declare under the penalty of perjury

5  that the foregoing is true and correct executed this 12th

6  date of July 2022.  Signed M. F. Marcanio.

7              Have you had a chance to review that

8  declaration, sir, that I just read to you?

9  A.  Yes.

10    Q.  Now that you know that both Outokumpu and

11  Carpenter have certified that the steel that was sold to KKM

12  to make these barrels are neither 416R or 416 Restricted do

13  you still doubt the claims made by Shay Horowitz that these

14  --

15  A.  Yes.

16    Q.  You do?

17              MR. ROBINSON:  I didn't think the

18  question was done.  Let me get my objection to form now.

19              MR. FIATO:  It wasn't done, but you're

20  right.

21  BY MR. FIATO:

22    Q.  Let's start with each one.

23              Now that you know that Outokumpu says

24  that the steel that was sold to KKM to make its barrels are

25  neither 416R or 416 Restricted do you still doubt the claim

John Vlieger
08/16/2022                                                    Page 167

1  by Shay Horowitz that the barrels that were sold to him were

2  not made from 416R or 416 Restricted steel?

3          MR. ROBINSON:  Object to the form.

4          MR. BENFORD:  Join.

5  BY MR. FIATO:

6    Q.  You may answer.

7    A.  Can you restate the question one more time,

8  please.

9    Q.  Now that Outokumpu has said that the steel sold to

10  KKM to make the barrels that were sold to Shay Horowitz is

11  not 416R and it's not 416 Restricted do you still doubt

12  Mr. Horowitz's claim that the barrels that he was sold

13  weren't made from 416R or 416 Restricted?

14          MR. ROBINSON:  Object to the form.

15          MR. BENFORD:  Join.

16    A.  No, I don't doubt that they didn't have the R or

17  that grade, no, I don't doubt that any longer.

18  BY MR. FIATO:

19    Q.  Do you doubt that Outokumpu says that these aren't

20  416R or 416 Restricted and, in fact, are only 416?

21          MR. ROBINSON:  Object to the form.

22          MR. BENFORD:  Form.

23    A.  I have no reason to doubt that, no.

24  BY MR. FIATO:

25    Q.  Do you reject that Outokumpu says to the extent

John Vlieger
08/16/2022                                    Page 168

1 that anybody is claiming in an advertisement from KKM that

2 these barrels are 416R or 416 Restricted that such

3 advertisement is true and un-false -- I'm sorry, true and

4 false, are true and false?

5           Let me restate that because that was a

6 mess.

7           Now that Outokumpu says that the KKM

8 advertisement that the barrels were made from 416R is false

9 and untrue do you have any reason to doubt that declaration?

10          MR. ROBINSON:  Object to the form.

11          MR. BENFORD:  Join.

12     A.  I don't have any reason to doubt that declaration,

13 no, sir.

14 BY MR. FIATO:

15     Q.  Okay.  So now -- you've also learned from

16 Carpenter that the project 70+ steel is not 416R.

17          Do you have any reason to doubt that,

18 sir?

19          MR. BENFORD:  Objection; form, misstates

20 prior testimony.

21 BY MR. FIATO:

22     Q.  You may answer.

23     A.  No.

24     Q.  Do you have any reason to believe that the project

25 70 that was sold to KKM as declared by Carpenter has a

1  maximum quelch (sic) hardness of 39 HRC?

2          MR. ROBINSON:  Object to the form.

3          MR. BENFORD:  Same.

4    A.  Yes, I have a reason to doubt that.

5  BY MR. FIATO:

6    Q.  And why do you say that?

7    A.  Because I don't know the definition of quench

8  hardness.  It's my understanding that hardness can be

9  achieved in a variety of ways.

10    Q.  Okay.  Do you have any reason to doubt that BQ5 as

11  declared by Carpenter is not 416R?

12          MR. ROBINSON:  Object to the form.

13          MR. BENFORD:  Join.

14    A.  Restate the question, please.

15  BY MR. FIATO:

16    Q.  Do you have any reason or have any evidence to

17  refute the declaration by Carpenter that their BQ5 is not

18  416R or 416 Restricted?

19    A.  No.

20          MR. ROBINSON:  Object to the form.

21  BY MR. FIATO:

22    Q.  Based on the declarations of Carpenter and

23  Outokumpu do you still doubt Mr. Horowitz's claims that the

24  barrels, the KKM barrels that he was sold were not made of

25  416R?

1          MR. ROBINSON:  Object to the form.

2          MR. BENFORD:  Join.

3    A.  I don't have enough information on that, sir.  I

4  don't know whether to doubt it or not.

5  BY MR. FIATO:

6    Q.  Do you have any evidence to refute it, sir?

7    A.  No.

8          MR. ROBINSON:  Object to form.

9          MR. BENFORD:  Join.

10  BY MR. FIATO:

11    Q.  Have you ever told anybody that Mr. Horowitz was

12  lying that the barrels that he was sold from either you or

13  KKM -- strike that.

14          Have you ever told anybody that

15  Mr. Horowitz claims that he was sold barrels that weren't

16  made of 416R with untrue?

17    A.  That's a mess of a question.  Can you please

18  restate?

19    Q.  Sure.

20          Have you ever told anybody that

21  Mr. Horowitz claims that the barrels he was sold to -- by

22  KKM and/or Shooters Connection -- let me rephrase that

23  because it's too much of a compound.

24          Have you ever told anybody that the

25  barrels that -- have you ever told anybody that Mr. Horowitz

John Vlieger
08/16/2022                                              Page 171

1 claims that the barrels he was sold to -- by SCI were made

2 from 416R?

3          MR. BENFORD:  Form.

4   A.  I'm still having trouble understanding.

5 BY MR. FIATO:

6   Q.  Okay.  That's --

7   A.  I don't -- regardless I don't recall ever --

8 sorry, restate the question.

9   Q.  You're aware that Mr. Horowitz claims that the

10 barrels that SCI sold to him were not made of 416R; correct?

11  A.  Yes.

12   Q.  Have you ever told anybody that those claims that

13 Mr. Horowitz is making that the barrels are not 416R are

14 untrue?

15  A.  I don't know.

16   Q.  You don't know whether you've told anybody that

17 Mr. Horowitz claims that the barrels that SCI sold him, his

18 claims that they weren't made of 416R was not true or not?

19          MR. BENFORD:  Form.

20  A.  I don't -- I don't know.  I don't recall if I've

21 stated that.

22 BY MR. FIATO:

23   Q.  Now that you know that Outokumpu and Carpenter say

24 the KKM barrels he was sold were not made of 416R or 416

25 Restricted do you think you have a duty to share that with

**John Vlieger**
08/16/2022                                              Page 172

1 anybody?

2          MR. ROBINSON:  Object to the form.

3          MR. BENFORD:  Object to the form.

4     A.  I don't have a duty to share it with anyone, sir.

5 BY MR. FIATO:

6     Q.  Do you think SCI has a duty to share with its

7 customers that it has received information that the KKM

8 barrels that it sells on its website are not made of 416R or

9 416 Restricted?

10          MR. ROBINSON:  Object to the form.

11          MR. BENFORD:  Object to the form.

12     A.  No, I don't think that.

13 BY MR. FIATO:

14     Q.  Why?

15          MR. BENFORD:  Object to form.

16     A.  Because we're still in this case.  The facts have

17 yet to be truly determined.

18 BY MR. FIATO:

19     Q.  What's there to determine?

20          MR. BENFORD:  Object to the form.

21     A.  The issue at hand is not just about the 416 or

22 416R, the issue is whether the barrels are defective as

23 well.  When it comes to all of this stuff I'm being shown

24 here recently I'm willing to admit it's a possibility they

25 are not 416R.  However, once again, I'm not a metallurgist

John Vlieger
08/16/2022                                        Page 173

1 and when it comes to me Shooters Connection my former

2 employer to have a duty to do something I'm not in a

3 position to demand anything.

4     Q.  Have you ever told anybody that Mr. Horowitz

5 claims that the barrels aren't the metal that were

6 advertised were untrue?

7     A.  I don't recall.

8     Q.  And to the extent you have told anybody that

9 Mr. Horowitz claims that the barrels are not as advertised,

10 don't you think you have a duty right now to go tell people

11 the truth?

12           MR. BENFORD:  Object to the form.

13           MR. ROBINSON:  Object to the form.

14 BY MR. FIATO:

15     Q.  Don't you think you have a duty to go tell people

16 that the steel manufacturers that sold the steel to KKM say

17 that it's not 416R and not 416 Restricted?

18           MR. ROBINSON:  Object to the form.

19           MR. BENFORD:  Object to the form.

20     A.  The duty I have regarding anything regarding

21 Shooters Connection is impossible, sir.

22 BY MR. FIATO:

23     Q.  You told people BQ stands for barrel quality,

24 didn't you?

25     A.  Yes, because that was my understanding from Luke

John Vlieger
08/16/2022                                    Page 174

1  McIntire.

2     Q.  So now that you know that BQ doesn't stand for

3  barrel quality because Carpenter says it doesn't, don't you

4  have a duty to go tell people that BQ doesn't stand for

5  barrel quality?

6              MR. ROBINSON:  Object to the form.

7              MR. BENFORD:  Objection; form, asked and

8  answered.

9              Go ahead and answer.

10    A.  According to that steel mill, sir.

11 BY MR. FIATO:

12    Q.  The still mill that made it; right?

13    A.  Correct.

14    Q.  Is the reason that you don't -- excuse me.

15              Is the reason that you don't think

16 there's a duty to tell the public that the steel mills that

17 made the barrels -- I'm sorry, the steel mills that made the

18 steel to make the KKM barrels is not 416R is because it

19 would give credit and support to Mr. Horowitz' claims that

20 he was sold barrels made of steel other than 416R?

21              MR. ROBINSON:  Object to the form.

22              MR. BENFORD:  Form.

23    A.  Once again, I have no duty there, sir.  What I do

24 on my personal time in communication with people is my

25 concern, not the court's.

John Vlieger
08/16/2022                                     Page 175

1  BY MR. FIATO:

2      Q.  I didn't ask you about the court, sir, did I?

3              MR. BENFORD:  Form.

4  BY MR. FIATO:

5      Q.  You can answer.

6      A.  No, you did not, sir.

7      Q.  Can I have you go to Exhibit 12, please.

8      A.  Yes, sir.

9      Q.  You produced conversations between you and an

10 individual named Michael Dame?

11     A.  Yes.

12     Q.  And how long have you known Mr. Dame, sir?

13     A.  Known, 15-16, maybe, yeah.

14     Q.  You've competed with him in United States

15 Practical Shooting competition --

16     A.  Yes.

17     Q.  -- correct?

18              I'm sorry, we talked over each other.  I

19 said correct and you said yes?

20     A.  Yes.

21     Q.  Are you friends with Mr. Dame?

22     A.  Yes.

23     Q.  How long have you been friends with Mr. Dame?

24     A.  Three or four years.

25     Q.  Three or four years.

John Vlieger
08/16/2022                                    Page 176

1                He's a Canadian citizen; correct?

2    A.  Correct.

3    Q.  Do you know:  Has he -- has he become an American

4  citizen or is he still a Canadian citizen?

5    A.  I do not know.

6    Q.  In Exhibit 12 are communications that you produced

7  subject to the subpoena?

8    A.  Exhibit 12 I believe is from Michael Dame's

9  accounts Virgin, but, yes, I provided the entire 5 years of

10  history of discussion with Mr. Dame pursuant to the

11  subpoena.

12    Q.  Okay.  And, so, on the top it shows John and

13  Avatar.  Is that you, sir?

14    A.  Yes.

15    Q.  And the blue writing is whom?

16    A.  Blue writing is Mike Dame, I believe.

17    Q.  Okay.  So Mr. Dame says:  I think Shay is in over

18  his head and sees the end.

19                Your comment is what starting on page 1?

20    A.  I cannot comment on ongoing litigation.

21    Q.  Why couldn't you comment on the ongoing litigation

22  if you can say?

23    A.  I was advised not to by Chuck.

24    Q.  Okay.  He says:  Hes -- and he spells it H-E-S

25  instead of he's -- setting Chuck up to be the guy that makes

John Vlieger
08/16/2022                                    Page 177

1  him go bankrupt.  That way when he doesn't refund deposits

2  it's because he's the victim even though he knows he won't

3  be building those guns for a bit.

4              Your response?

5     A.  My response was:  I really don't know, man.

6  Seriously I don't know.  We placed an order with him just

7  last week.  Not a peep.

8     Q.  Then Mr. Dame says, and it's obscured a little

9  bit:  What else makes other -- why else make other

10  suppliers -- and the word is covered up -- want to touch

11  you.

12              And your response on the next page?

13     A.  I can't say if it's a direct response or not with

14  the no time stamps being present.

15     Q.  So the next page is time stamped; correct?

16     A.  Correct.  December 9th, 2019.

17     Q.  Okay.  And you wrote a post?

18     A.  I wrote:  The post in 2011 Universe has been

19  deleted.

20     Q.  What post was that?

21     A.  I honestly don't recall.  It may have been --

22  honestly, I don't recall.

23     Q.  Why would you tell Mr. Dame that a post in 2011

24  Universe was deleted?

25     A.  I believe because there was discussion ongoing in

John Vlieger
08/16/2022                                    Page 178

1 the comments on that post.

2    Q.  And was that discussion ongoing about

3 Mr. Horowitz?

4    A.  Most likely.

5    Q.  Mr. Dame's response is Ya --

6             MR. FIATO:  And it's Y-A, Cindy.

7 BY MR. FIATO:

8    Q.  -- David is kissing Shay's ass.  The whole group

9 is locked down.

10            And you forwarded an image of the 2011

11 Universe; is that correct?

12   A.  Correct.

13   Q.  And what -- why did you -- describe that image for

14 me.

15   A.  It's an image of the header of that group with the

16 words this group has been archived which means the group was

17 shut down, closed, no further activity allowed.

18   Q.  Do you know why the group was shut down?

19   A.  I do not have solid information.  My understanding

20 is that David Black is a friend --

21   (Discussion had between the court reporter and the

22 witness)

23   Q.  Mr. Vlieger, is it fair to say you don't know why

24 it was shut down?

25   A.  Yes, that is fair to say.

John Vlieger
08/16/2022                                             Page 179

1                    I am going to check my phone here.  I've

2  got a message from my employer with a question.  Excuse me.

3      (An off the record discussion was held)

4      A.  Yes, that would be fair to say, I don't have solid

5  information.  I only have suspicions.

6  BY MR. FIATO:

7      Q.  The next page starts -- it's your comment.  It

8  looks like it's half a comment.  It starts:  Develops,

9  please, and you say:  I appreciate it.

10                   Can you start from my I appreciate it?

11     A.  Yeah.

12                   Chuck was pretty pissed off today for

13  good reason.  This is a betrayal and I can't publicly

14  comment.

15     Q.  And, so, if you know why was he pissed off?  Why

16  was Chuck pissed off I should say?

17     A.  If I had to, once again without looking at time

18  stamps or my notes, I think this was the time that we

19  received, Shooters Connection received the initial demand

20  letter or what have you.

21     Q.  And you say you can't -- I can't publicly comment.

22  Correct?

23     A.  Correct.

24     Q.  Why?

25     A.  It's always been my understanding that commenting

John Vlieger
08/16/2022                                          Page 180

1  on ongoing litigation is at least publicly a bad idea and I

2  think I was advised by Chuck to limit those conversations.

3     Q.  Were you commenting privately?

4     A.  Yes.

5     Q.  Who were you privately commenting to?

6     A.  The people we've gone over in this deposition,

7  sir, Brandan Bunker, Mike Dame, obviously, and a few others.

8     Q.  Mr. Rafferty?

9     A.  Yes.

10    Q.  You mentioned another gunsmith, Don?

11    A.  Don Fredenhagen from Custom.

12    Q.  Steve Sanders?

13    A.  Yes.

14    Q.  Anybody else?  How about a Mr. Cheely?

15    A.  Yes, Matt Cheely.  I'm probably missing a few.

16    Q.  The next date stamp is December 10th, 2019;

17  correct?

18    A.  Correct.

19    Q.  Read your message to Mr. Dame.

20    A.  Hey, you have any experience with RC testing?

21    Q.  Mr. Dame says:  Not at the level required to shut

22  Shay up.

23           RC testing you're referring to Rockwell

24  hardness testing, sir?

25    A.  Yes.

John Vlieger
08/16/2022                                              Page 181

1    Q.  Did you send the pictures that follow Mr. Dame's

2  comment?

3    A.  Yes.

4    Q.  Can you describe the pictures, please?

5    A.  Yes.  The first picture is of a 1911 barrel being

6  hardness tested in a V block.  The tester is directly over

7  the bore about midway down the barrel with a reading,

8  picture reading next to it of 34.5, and the second set of

9  pictures is testing in a similar manner although over the

10  chamber with a reading of 38.8.

11    Q.  Do you know who's testing the barrels and whose

12  barrel it is -- strike that.

13          Do you know who sent you these testing

14  pictures?

15    A.  If I remember correctly, these pictures were

16  provided by Nathan Carter.

17    Q.  Okay.  And the testing pictures indicate the first

18  reading 30.  What -- 34.5 tested on the round of the barrel;

19  correct?

20    A.  And 38.8 tested on the chamber round.

21    Q.  On the chamber round.  Okay.

22          Did you send Mr. Dame the picture that

23  Nathan sent to you of the testing on the lugs that showed

24  37.9?

25    A.  I can't recall.

John Vlieger
08/16/2022                                              Page 182

1    Q.  Is there any reason why you wouldn't send him

2 that?

3    A.  I can't recall, no.

4    Q.  Next page shows what appears to be documents from

5 QC Metallurgical that you sent to Mr. Dame?

6    A.  Correct.

7    Q.  Are those documents that were provided by Shay

8 Horowitz to you with regard to his claims that the barrels

9 he purchased from Shooters Connection and KKM were soft?

10   A.  I believe so, yes.

11   Q.  Why are you sending these reports to Michael Dame?

12   A.  Dame was involved.  Chuck was talking to him about

13 stuff.  Dame is a friend.  He has machine, machinist

14 experience.

15   Q.  How was he involved?

16   A.  He was -- I mean as discussed prior he's a small

17 amount of a troll and gets involved with stuff that he sees

18 fit to involve himself with.  He's a --

19   Q.  So you're feeding him information so that he can

20 continue to troll and be involved in this matter?

21   A.  No, sir.  I was asking his opinion as a machinist.

22   Q.  But you testified earlier you know he's a troll;

23 right?

24   A.  To an extent, yes.

25   Q.  Did you ever ask him to ever post anything to help

1  out you or Shooters Connection with regard to the claims by

2  either Mr. Horowitz or anybody else that they had soft

3  barrels?

4      A.  I may have.  I don't recall in specific.

5      Q.  Why would you do that if you know he's a troll,

6  sir?

7      A.  There's nothing illegal about being a troll, first

8  of all, and second of all, he was an outside party.

9      Q.  So you thought it was a good idea to get somebody

10  who was a troll to post in support of Shooters Connection

11  and against Shay Horowitz, is that my understanding of your

12  testimony?

13              MR. BENFORD:  Form.

14      A.  Mike Dame was a friend of mine.

15  BY MR. FIATO:

16      Q.  I understand.

17      A.  Whether or not it's a good idea in your opinion or

18  mine is besides the point.

19      Q.  Did you ever give him permission to post anything

20  on the Internet about Mr. Dame in an effort to help support

21  your claims that -- I'm sorry, strike that.

22              Did you ever give him, Mr. Dame, any

23  permission to post anything on the Internet about

24  Mr. Horowitz to try to discredit him?

25      A.  I don't recall if he did and he doesn't require

John Vlieger
08/16/2022                                          Page 184

1 permission.

2    Q.  Because he's a troll and you know he'll do that;

3 right?

4            MR. BENFORD:  Objection; form.

5    A.  Once again, he doesn't need permission for

6 anything.

7 BY MR. FIATO:

8    Q.  Understood.

9            But you know he'll do that; correct?

10           MR. BENFORD:  Form.

11    A.  Expected him to do something with the information

12 most likely.  At a minimum I was getting information from

13 him regarding RC testing as stated in the Hey, do you have

14 any experience in RC testing knowing he had a machinist

15 background.

16 BY MR. FIATO:

17    Q.  Okay.  So after you sent these QC Metallurgical

18 reports to him I believe on page 5 of Exhibit 12 you say:

19 That's the one printout he sent -- and then there's a period

20 and then there's an E which -- capital E which I think is a

21 typo; is that correct?

22    A.  That is correct.  I believe the original intent

23 was to say that's the one printout he sent me as noted by

24 the correction right immediately after.

25    Q.  Mr. Dame says:  That's a bill.

John Vlieger
08/16/2022                                    Page 185

1          Your response?

2    A.  My response was:  According to KKM it's damn near

3  impossible to get the steel they used to 49 Rockwell RC.

4    Q.  So who told you that?

5    A.  I can't recall.

6    Q.  You don't know if Luke McIntire told you at KKM if

7  Luke -- strike that.

8          Did Luke McIntire from KKM tell you it's

9  damn near impossible to get the steel they use to 49 RC?

10    A.  I can't recall.

11    Q.  But that's what you said at the time; correct?

12    A.  That's what I stated in this conversation, yes.

13    Q.  But you don't remember it?  As we sit here today

14  you don't remember?

15    A.  No, sir.

16    Q.  But you would agree with me that your memory of

17  that conversation was better when you sent this message than

18  it is here today; correct?

19    A.  Most likely.

20    Q.  Okay.  Mr. Dame reports to you, BOT report.  I'm

21  not sure what he's saying there?

22    A.  My assumption he's going on with that's a bill,

23  not a report.

24    Q.  So you think he's saying not a report?

25    A.  Yes.  My understanding is he looked at the first

**John Vlieger**
08/16/2022                                                   Page 186

1  page which had charges and such and assumed it was just a

2  bill, a charge.

3    Q.  Okay.

4    A.  And a receipt.

5    Q.  Your response was?

6    A.  See the second page of the report.  And regarding

7  Scott's claim we don't warranty barrels.  We don't warranty

8  them because we don't fucking manufacture them.  We have

9  never allowed barrels back for return because we can't

10  guarantee they haven't been fit.

11    Q.  And that supports your position that when

12  Mr. Horowitz said he had just tested barrels SCI wouldn't

13  take them back even though he said all I did was test them?

14    A.  Say again, sir?  I'm sorry.

15    Q.  That supports the SCI policy that you wouldn't

16  take any barrels back; correct?

17    A.  Yes, because -- and as far as I know still is

18  policy.

19    Q.  Okay.  And you wouldn't take a barrel back even if

20  it had been -- if the only thing that had been done to it it

21  had just been tested with a testing gun; correct?

22    A.  Correct.

23    Q.  On page 6 there seems to be some images.  I'm

24  sorry.  The date is December 10th, 2019?

25    A.  Correct.

1   Q.   Describe to me what you see.

2   A.   The first image is a popular name format of Winnie

3  the Pooh sitting in a recliner, the first imagine being --

4   Q.   You're probably going to have to slow down just a

5  little bit for her.

6   A.   Understood.

7           The first image is a picture of Winnie

8  the Pooh, the common children's character, dressed in his

9  normal dress with the words next to it Build it properly.

10          The next image directly below it is of

11  Winnie the Pooh slightly smiling dressed in a tuxedo with

12  the words next to it saying Fuck it up and bame the parks.

13  I believe that was a typo, attempting to say blame the

14  parts.  It is a common Meme format used.

15   Q.   Go on.  There's other images.

16   A.   The fact I'm explaining a Meme in a deposition is

17  a highlight of my day.

18          The following image is a series of

19  stylized images of the human brain going progressively more

20  impressive from first through fourth.

21          The first text next to the first image

22  is Build a lemon.

23          MR. BENFORD:  I'm going to object to

24  this whole line of questioning of asking the witness to

25  describe images that we can all see and that are entered

John Vlieger
08/16/2022                                          Page 188

1  into the record.  I mean if you want to ask specific

2  questions regarding images or whether he posted the images

3  or asked anybody to post images I understand.

4          MR. FIATO:  I'll get there.  He should

5  describe them.

6          MR. BENFORD:  Okay.

7          MR. FIATO:  Your objection is noted.

8          MR. BENFORD:  Standing objection.  Okay.

9          MR. FIATO:  Yes, you've got it.

10  A.  Give me just a moment.  I'm going to try to switch

11  Wi-Fi network to see if the connection issue is corrected.

12  One moment, please.

13          Can you all hear me okay?  We're better

14  now.

15          MR. BENFORD:  We can hear you.

16  A.  The first text was:  Build a lemon.  The second

17  text was Corrected the mistakes.  The third text was Blame

18  the parts.  The fourth text Sue who you bought the parts --

19  sorry, Sue who you bought parts from.

20  BY MR. FIATO:

21  Q.  And, so, these Memes were sent to you by Mr. Dame;

22  correct?

23  A.  Correct.

24  Q.  And your response to him sending you those Memes

25  were what?

John Vlieger
08/16/2022                                          Page 189

1    A.  I like where your brain's at.

2    Q.   And do you know whether these Memes were published

3  on the Internet at any time?

4    A.  I don't know.

5    Q.   Do you know if these Memes were created to refer

6  to Mr. Horowitz?

7    A.  I assume they were, yes.

8    Q.   Okay.  Further down starting December 10th, 2019

9  at 9:26 p.m. Mr. Dame sent you a series of other Memes;

10  correct?

11    A.  Correct.

12    Q.   And the first one I'll do this for you to save you

13  the highlight of your afternoon.

14            The first image is of a man painting his

15  faces in clown makeup.  It says:  What if I blame the

16  barrels.  The second is a progression of the clown makeup

17  where he says:  I can make up a PSA about them.  The third

18  is then Claim other builders have the same problem.  Last

19  the progression of the clown continues, it says:  Then try

20  to get an insurance payout to get a new CNC.

21            And Mr. Dame sent that to you; correct?

22    A.  Correct.

23    Q.   Do you know if that was posted anywhere?

24    A.  No, I do not know.

25    Q.   All right.

John Vlieger
08/16/2022                                                          Page 190

1     A.   Can I be -- I need 10 seconds here.  I need to let

2   my dog out.

3            MR. FIATO:  Do what you got to do, man.

4         (A short recess was taken)

5   BY MR. FIATO:

6     Q.   Sir, can you go to page 11 of Exhibit 12.  It

7   starts with a message from you to Mr. Dame where you're

8   saying I'm working on another angle.

9     A.   Yes.

10    Q.   Can you read that, please.

11    A.   It says:  I'm working on another angle of this,

12  too.  I'll let you know when I can tell ya.

13    Q.   What angle were you working on, sir?

14    A.   I honestly can't recall.

15    Q.   Why would you be telling Mike Dame that you're

16  working on an angle?

17    A.   It may have been my discussions with Luke McIntire

18  to develop a tungsten sleeve barrel of our own to compete

19  with what Shay was producing.  That may have been what it

20  was.  That never came to fruition.  However, I can't speak

21  without going back in time or seeing more references.

22    Q.   In response to this -- to you saying you're

23  working on another angle of this, too, I'll let you know

24  when I can tell ya, Mr. Dame says:  I rather see that Shay

25  get called out publicly for misleading everyone.

John Vlieger
08/16/2022                                                    Page 191

1               Your response?

2     A.   My response was:  You know I can't be involved in

3   that.

4     Q.   Mr. Dame says:  I toyed with him a bit today.

5               Your response?

6     A.   I think I was continuing the train of thought

7   that -- from the previous statement:  For many reasons.

8   Chuck has been keeping me kind of appraised of what you're

9   doing but not specifics.

10     Q.   But not specifica and then you say specifics

11   afterwards; correct?

12     A.   Correct.  I automatically correct.

13     Q.   What was Chuck telling you that Mr. Dame was

14   doing?

15     A.   Passing on information from a group chat with Shay

16   Horowitz and his crew of minions, I believe.

17     Q.   And what kind of information was he passing on?

18     A.   Direction from Shay to his minions -- direction to

19   his minions, team members, cohorts to stir up shit.

20   Specifically regards to Scott Thompson, I believe.

21     Q.   Sir, your answer isn't responsive to my question.

22   My question probably wasn't clear.

23               What was Chuck keeping you apprised of

24   what Mr. Dame was doing?

25     A.   Chuck was keeping me apprised, my understanding,

John Vlieger
08/16/2022                                        Page 192

1  is those group conversations with Shay directing his minions

2  to stir up shit.

3      Q.   Okay.  And was Chuck having Dame post anything on

4  the Internet about Mr. Akai?

5      A.   Mr. Horowitz, I don't know.

6      Q.   Mr. Horowitz, you don't know; correct?

7      A.   I do not know.

8      Q.   Do you know if Chuck Bradley was instructing

9  Mr. Dame to make claims that Mr. Akai was involved in a

10  moving scam?

11      A.   I do not know.

12      Q.   Have you ever made claims that Mr. Akai was moving

13  -- I'm sorry, Mr. Horowitz was involved in a moving scam?

14      A.   I don't think I've made claims.  It was discussed

15  with Mr. Dame as well as I did discuss it with Mr. Horowitz,

16  I believe.

17      Q.   When you say it was discussed with Mr. Dame, how

18  was it discussed?

19      A.   He sent me a link to the reports from customers

20  that felt that they had been scammed.

21      Q.   Did you actually read the link?

22      A.   Yes, at the time I did.  I have not reviewed it

23  recently, no.

24      Q.   Did you read the link and see that it was a post

25  saying that Mr. Horowitz was helping people find their

1 belongings?

2    A.  I can't recall the specifics, although I don't

3 believe it was like that, no.

4    Q.  Okay.  We'll take a look at that.

5            Mr. Dame responds after you say

6 specifics:  Pretty much keeping him on edge.

7            Who's he keeping on edge?

8    A.  I believe he's referring to Mr. Horowitz.

9    Q.  And then the next post is you ask Mr. Dame

10 something about 2011 Universe.

11            You want to read that?

12    A.  Yes.  I asked:  What happened to 2011 Universe?

13 Did Black -- capitalized Black, meaning David Black is who I

14 was referring to.  The exact text is:  Did Black cave that

15 quick?

16    Q.  So you're asking Mr. Dame what happened to this

17 Facebook page called 2011 Universe and did Black cave that

18 quick.  What did you mean by that?

19    A.  It's my understanding that David Black closed the

20 group due to either Shay asking him to or seeing all of the

21 drama.  As discussed earlier, I don't have any solid

22 evidence.  I have suppositions to go off of.

23    Q.  Why would you care what was being posted in the

24 2011 Universe?

25    A.  Because it was discussing the issues of this case

John Vlieger
08/16/2022                                          Page 194

1  and Shay Horowitz.  I was keeping tabs on it although I

2  don't remember participating.

3      Q.  Why were you keeping tabs on it?

4      A.  Because it was interesting and information was

5  coming to light.

6      Q.  What information?

7      A.  Information from people who had experience with

8  Akai guns, people arguing about the validity of the claims,

9  that kind of discussion.

10     Q.  Mr. Dame responds:  Yup, Shay told him to nuke it.

11             How would he know that?

12     A.  Once again, Mr. Dame was in the group chats with

13 Shay, so my understanding is he got that information from

14 the group chats, although I don't have any specific evidence

15 or anything of that nature.

16     Q.  And then Mr. Dame says:  He told me he wanted to

17 stay out of the lawsuit.  I'm like what suit?  Asked him to

18 give me control of it but he won't.

19             So here Mr. Dame is asking Mr. Black to

20 give him control of 2011 Universe; correct?

21     A.  That's my understanding, yes.

22     Q.  And what's your response to that?

23     A.  I said:  Interesting.  Looks like Warner is firmly

24 in his camp, too.

25     Q.  Why did you say that?

John Vlieger
08/16/2022                                                    Page 195

1    A.  Because I believe Mr. Warner had come out in

2  support of Shay's allegations after doing his own testing.

3    Q.  Is there anything wrong with that?

4    A.  No.  I don't believe I stated there was something

5  wrong with it.

6    Q.  I didn't say you did.  I asked you if there was

7  anything wrong with that in your opinion.

8              So Mr. Warner comes out in his camp.

9  What prevented you from calling him to find out what his

10  findings were?

11    A.  Nothing except for advisement from Chuck not to

12  get involved publicly.  I can't recall if I spoke to

13  Mr. Warner about these issues if that's what you're asking.

14  Yeah.

15    Q.  So you're not sure if you called him or not?

16    A.  I know since you refreshed my memory we spoke

17  regarding the 1911 blueprints.  I wanted to say that was

18  mostly via email.  I'm not sure.  However, I can't recall if

19  I ever spoke to Mr. Warner regarding these allegations, no.

20    Q.  Go to page 10 please dated December 18th, 2019.

21    A.  Yes.

22    Q.  The time is 2:18 p.m.  You sent a message to

23  Mr. Dame.  What does it say?

24    A.  You're familiar with 416R stainless steel, I

25  assume.

John Vlieger
08/16/2022                                          Page 196

1    Q.  Mr. Dame says:  Not really, just that I hate

2  cutting it.

3          Your response?

4    A.  My response was:  Well, KKM used 416R for some

5  barrels, specifically the ones you order from the website

6  because it's more versatile, but harder to machine/fit.

7  When you get a barrel from us, or other retailers, it is

8  99 percent chance it is 416R BQ5, (barrel quality 5) which

9  was developed at least in part by Will Schuemann.

10    Q.  Continue.

11    A.  Which cannot be heat treated as heavily, usually

12  comes out in the 40 to 42 range instead of 42 to 46ish

13  range.

14          Moving on to the next page -- I assume

15  you wanted me to continue.

16    Q.  You have to scroll down a little bit, sir, because

17  it -- the conversation was too long for one page.

18    A.  Correct.  It continues:  So let's assume you have

19  a BQ5 barrel but don't know it.  Then let's assume you don't

20  have a super duper calibrated machine.  And let's assume you

21  test the barrel in a fucked up way.  You're expecting 42-46 RC

22  But you get 38.

23    Q.  So with regards to the types of steel that KKM

24  sells versus the types of steel that Shooters Connection

25  sells, this is consistent with the conversation you had with

John Vlieger
08/16/2022                                          Page 197

1  Mr. Bunker where you say KKM says 416R and Shooters

2  Connection sells something called 416 BQ5; correct?

3      A.  I believe it was immediately after that

4  conversation with Luke, yes.

5      Q.  And you also indicated consistent with what you

6  told Mr. Bunker that the Rockwell hardness of 416 -- what

7  you call 416 BQ5 is less than that than ordinary 416;

8  correct?

9      A.  There should be a 416R in there somewhere most

10  likely but that's the gist of it, yes.

11      Q.  Okay.  And you made a lot of assumptions that you

12  would get a much lower Rockwell hardness reading if you

13  weren't testing correct; right?

14      A.  My understanding is that you will get a lower

15  hardness testing of various objects if you don't test them

16  correctly, yes.

17      Q.  Could you get a higher reading if you're not

18  testing correctly?

19      A.  I don't know.  I do know that when you were

20  testing a piece of metal you're testing a very, very fine

21  range.  This is from my education pursuant to these

22  allegations.  I believe the number I heard is that 1 point

23  of difference is somewhere in the range of .0008 thousandths

24  or maybe greater of depth difference, so ....

25      Q.  But you're not an expert, are you?

John Vlieger
08/16/2022                                              Page 198

1    A.  No, sir.

2    Q.  So you're not qualified to testify to the testing

3  procedure or the depth of any of this stuff that you just

4  testified to, can you?

5    A.  No, sir.

6    Q.  Okay.  So you told Mr. Bunker that KKM sells 416R

7  and Shooters Connection sells 416 BQ.  You told Mr. Dame KKM

8  sells 416R and Shooters Connection sells 416 BQ.

9            Did you have a conversation with

10  Mr. Horowitz in February of 2020 where you told him that

11  there were different types of steel that were sold by

12  Shooters Connection versus KKM?

13    A.  I believe so, although I was exceptionally drunk

14  during that phone call.

15    Q.  Let me -- let me ask you this, then.  If you did

16  tell him that Shooters Connection sold 416 BQ5 and KKM sold

17  a different harder type of steel, that would be consistent

18  with what you told Mr. Bunker and Mr. Dame, wouldn't it,

19  sir?

20    A.  Yes, it would be.

21    Q.  The fact you were drunk during this conversation

22  doesn't change the substance of those claims that KKM sells

23  416 and Shooters Connection sells a softer steel called BQ5,

24  does it?

25    A.  No, sir, it's consistent with the text we

John Vlieger
08/16/2022                                        Page 199

1 reviewed.

2    Q.  What else did you tell Mr. Horowitz, if you

3 recall, because you were drunk?

4    A.  I can't really recall specifics.  It was a very

5 long phone call.  I know we covered topics like as mentioned

6 earlier in the text.  I told him I'm not threatening you

7 because I wasn't.  I was calling him as a -- as a friend at

8 the time.  I was trying to give him my impression of what a

9 friend would do, warn someone about potential repercussions.

10 I was not -- I didn't ask Chuck for permission to call Shay.

11 I didn't tell anybody else.  I think my wife warned me

12 against it.  I should have taken her advice.  However,

13 that's about the gist of -- I think the moving company came

14 up in the conversation as well but beyond that alcohol and

15 2 1/2 years have faded that memory.

16    Q.   So because of your alcohol and because of 2 1/2

17 years you can remember discussing the different types of

18 steel with Mr. Horowitz; correct?

19    A.  I believe so.  As you stated earlier --

20    Q.   If you don't remember that's fine, you can tell me

21 I have no recollection of that.  I'm just asking.

22    A.  I can't swear an oath on the exact things we

23 discussed, no, but that's my impression.  The overarching

24 things I remember from that conversation are what I just

25 discussed.

**John Vlieger**
**08/16/2022**                                    Page 200

1   Q.  Okay.  But you can remember you weren't

2  threatening him?

3   A.  Part of that is because I texted that in one of

4  the communications that we've looked over here recently.

5   Q.  That refreshed your memory that you didn't -- that

6  you didn't threaten him; correct?

7   A.  Correct.

8   Q.  And do you remember saying whether you thought

9  that if this didn't get resolved that Mr. Bradley and

10  Mr. McIntire would sue him and destroy him or not?  Do you

11  remember whether you said that or not?

12   A.  I don't recall.

13   Q.  You don't?

14   A.  No.

15   Q.  Other than what we've discussed here today do you

16  have any other memory of what you discussed in that

17  conversation?

18   A.  No.

19   Q.  So you couldn't refute anything that Mr. Horowitz

20  said that you did or didn't testify other than what you

21  talked about here today, can you?

22          MR. ROBINSON:  Object to the form.

23   A.  At the end of the day it would be he said/she said

24  regardless, sir.

25  BY MR. FIATO:

1    Q.   My question is:  Because of your -- because of

2  your memory and because of the fact that you say that you

3  were intoxicated and because of the fact that you've

4  testified to the things that you do remember and don't

5  remember, anything else -- you can't refute any other things

6  that Mr. Horowitz said that you testified to -- or that you

7  discussed with him, can you?

8            MR. ROBINSON:  Object to the form.

9            MR. BENFORD:  Object to the form.

10  BY MR. FIATO:

11    Q.   Because you don't remember?

12    A.   Except for the fact that I know myself, sir, no.

13    Q.   Okay.  After Shooters Connection received the

14  demand letter from Mr. Horowitz did Mr. Bradley post

15  anything on the Shooters Connection Facebook page in

16  response?

17    A.   I don't recall.  I know he posted an open letter.

18  I don't know the timing.

19    Q.   Did you read any of the conversations that were on

20  there?

21    A.   Yes.

22    Q.   Okay.  Do you remember a Jerry Colantone that had

23  a KKM barrel that blew up after five rounds of factory

24  ammunition and had it Rockwell hardness tested that didn't

25  meet the specifications?

John Vlieger
08/16/2022                                              Page 202

1     A.  I see the comment here listed in the exhibit

2  although with my experience in the shooting sports and

3  around gun parts --

4     Q.  Sir, I asked you if that was in there.  I didn't

5  ask you your experience.

6            Did you see that comment on the Facebook

7  page of Shooters Connection?

8     A.  I saw it just now in the exhibit that we're going

9  over, yes, sir.

10    Q.  Okay.  And at any time did you communicate with

11  Mr. Michael Dame and ask him to go onto the Facebook page

12  and post comments in response to Mr. Jerry Colantone's

13  claims about his KKM barrel blowing up?

14    A.  Most likely, although I'd have to reference the

15  conversation to be sure.

16    Q.  And did you do that because you wanted to

17  discredit Mr. Colantone's claim that his KKM blew up because

18  it didn't meet the Rockwell hardness that was advertised by

19  KKM?

20    A.  Could you please restate the question.

21    Q.  Did you want him to go on there and post comments

22  to Mr. Colantone to discredit his claims that his KKM barrel

23  blew up because it didn't meet the Rockwell hardness

24  specifications?

25    A.  I don't recall.

John Vlieger
08/16/2022                                                    Page 203

1    Q.  Do you recall whether Mr. Dame told you that he

2  had done that, that he had posted in response to your --

3  strike that.

4              You said you don't recall whether you

5  asked -- no, you did say that you --

6    A.  I'd have to -- it wouldn't surprise me.  I'd have

7  to reference the conversation.

8    Q.  Okay.  Go to page 14 on Exhibit 12.

9    A.  What is the starting --

10   Q.  It says you post, you send a message to Mr. Dame.

11  It says:  Well, it looks like all the letters?

12   A.  Yes, I'm there.

13   Q.  And, so, you're telling Mr. Dame what?

14   A.  The time stamp is January 17th, 2020.  My message

15  to Dame is:  Well, looks like all the letters are out in the

16  wild.

17   Q.  And there seems to be a picture of a man upset

18  close to tears; correct?

19   A.  Correct.  It is a GIF from a Dr. Who of an older

20  gentleman crying.

21   Q.  Can you explain for the record what a GIF is?

22   A.  Graphical interface something or other.  It's a

23  slide show.

24   Q.  Like a picture in a slide show?

25   A.  Yeah, a picture -- a video -- short video clip.

John Vlieger
08/16/2022                                    Page 204

1   Q.  Mr. Dame responds Beautiful.  Right?

2   A.  Correct.

3   Q.  Who sent the GIF, you or Mr. Dame?

4   A.  Mr. Dame did.

5   Q.  And why did you tell him that all the legal

6  letters are out in the wild?

7   A.  Because it was blowing up on Facebook, so to

8  speak.

9   Q.  And then after he said Beautiful you said what?

10   A.  I said:  I don't even know what to think anymore

11  except one thing, I never wanted to piss that man off.

12   Q.  Who are you referring to?

13   A.  Chuck Bradley.

14   Q.  And why didn't you want to piss him off?

15   A.  First of all, I was employed by him.  Second of

16  all, he had shown that -- to use the acronym we discussed

17  and I had to explain earlier, I don't give a fuck attitude

18  regarding posting what he thought was the truth or getting

19  information out in the wild.

20   Q.  So he would post things without regard to whether

21  it was true or not?

22   A.  I never said that.

23        MR. BENFORD:  Objection; form, misstates

24  testimony.

25        Go ahead and answer.

John Vlieger
08/16/2022                                                    Page 205

1  BY MR. FIATO:

2     Q.  So what are you saying?

3     A.  I'm saying that he's brazen.

4     Q.  He's brazen.  Okay.

5              And then Mr. Dame says:  The Lexington

6  mafia is real.  Correct?

7     A.  Correct.

8     Q.  And were you afraid that if you have pissed him

9  off that he would try to discredit you publicly?

10    A.  It was more a joke.

11    Q.  Do you think Mr. Horowitz thinks what

12  Mr. Warner -- or what Mr. Bradley has posted is a joke?

13            MR. ROBINSON:  Objection; form.

14            MR. BENFORD:  Objection; form.

15    A.  I think that Mr. Horowitz doesn't enjoy being the

16  butt of any jokes, and to be honest without seeing what

17  we're referencing in this discussion specifically with the

18  legal letters that we're discussing regarding what we're

19  talking about, I can't -- I mean you're losing me here on

20  what you're trying to get at.

21  BY MR. FIATO:

22    Q.  I'm trying to get at that Mr. Bradley -- that you

23  indicated that you didn't want to upset Mr. Bradley because

24  you were afraid that he was brazen and that he would come

25  after you publicly.

1                MR. BENFORD:  Form.

2 BY MR. FIATO:

3     Q.  Is that correct?

4                MR. BENFORD:  Misstates prior testimony.

5 BY MR. FIATO:

6     Q.  Let's go to page 15.

7     A.  Yes.

8     Q.  You start where you say, it's a message to

9 Mr. Dame:  You should ask him?

10    A.  Yep.

11    Q.  Can you read that?

12    A.  You should ask him when he's going to pay H & M

13 Black Nitride for the coating they did for him.  Never paid

14 and then claimed their coating cracked one of his slides.

15 And I don't think he wants that.  Chuck will bury him.  So

16 will KKM.

17    Q.  So who are you referring to to ask?  You're

18 telling Mr. Dame to ask him.  Who's him?

19    A.  Shay Horowitz, I believe.

20    Q.  Okay.  If you're claiming that he didn't make

21 payments to this H & Black is that a coating company?

22    A.  H & M Black Nitride is a very popular coating

23 company in Ohio.  They have done for myself as well as many

24 other gunsmiths in the past.  I had a short conversation

25 with one of the members of H & M Black Nitride at Shot Show

John Vlieger
08/16/2022                                          Page 207

1  in 2020 where these allegations were -- I can't remember how

2  they came up, however they were discussed, and it was told

3  to me that essentially Shay Horowitz owed money to H & M

4  Black Nitride and then made allegations that the coating

5  cracked one of his slides.

6      Q.  Did you ever contact Mr. Horowitz and ask him

7  about these allegations?

8      A.  No, I think it was post my regular communications

9  with Mr. Horowitz.

10     Q.  So you were directing Mr. Dame to ask Mr. Horowitz

11  about this online, is that what you were directing him to

12  do?

13     A.  I believe so.

14     Q.  And why were you doing that?

15     A.  I honestly can't recall.  I was getting pretty

16  involved in all of this.  I had information.  I passed it on

17  to Dame.

18     Q.  And then you told Mr. Dame:  I don't think he

19  wants that.

20              And you're saying I don't think he, is

21  that Mr. Horowitz doesn't want that?

22     A.  I believe so.  I could be mistaken.

23     Q.  So are you indicating here that you don't think

24  Mr. Horowitz wants anybody to know about any allegations

25  that he didn't pay H & M Black Nitride for the coating that

John Vlieger
08/16/2022                                    Page 208

1 they did for him?

2    A.  Who would want that in the wild.  If it's true you

3 don't pay your debts, nobody wants that out in the wild.

4    Q.  What if it's not true, sir?

5            MR. BENFORD:  Objection; form.

6    A.  I would have to inform H & M Black Nitride why

7 they told me that.

8 BY MR. FIATO:

9    Q.  Why didn't you call Mr. Horowitz to see whether it

10 was true or not?

11   A.  Once again, this is post the time I was

12 communicating with Mr. Horowitz again.

13   Q.  And your next statement is:  Chuck will bury him

14 and so will KKM.

15           How were they going to bury him?

16   A.  My assumption is that I was referring to

17 countersuits or the court of public opinion, sir.

18   Q.  The court of public opinion.

19           By posting stuff online; correct?

20   A.  I believe.  I mean, once again, we're getting in

21 the weeds here from conversation I had 2 1/2 years ago.

22   Q.  2 1/2 years ago you said Chuck will bury him and

23 so will KKM?

24   A.  That was apparently my belief at the time.

25   Q.  Go to Exhibit 16, please, sir.

1          MR. BENFORD:  I'm sorry, 16?

2          MR. FIATO:  Yes.

3          MR. BENFORD:  Thanks.

4     A.  Yes, I'm there.

5   BY MR. FIATO:

6     Q.  You said earlier you haven't had any

7   communications with Timothy Mekosh in some time; correct?

8     A.  I checked at our intermission messages I've had.

9   There is no record of -- I have nothing communication with

10  Timothy Mekosh.  That may be because he changed accounts at

11  some point but I have no -- I checked prior to the subpoena

12  and I checked again at lunch to make sure my memory is

13  correct.  I have no record of any communication with Timothy

14  Mekosh's account with my Facebook Messenger.

15    Q.  Did you have any conversations with him over the

16  phone or in person?

17    A.  In person maybe in passing at matches but I did

18  not make a habit of associating with him.

19    Q.  Did you have any conversations with him in regard

20  to Shay Horowitz subsequent or after October 2019?

21    A.  I don't think so.  I could be wrong.

22    Q.  I want to make some assumptions here, sir.  These

23  were documents produced by Michael Dame.

24    A.  Yes.

25    Q.  Page 1, it says Mike Hoffer, correct, Facebook?

John Vlieger
08/16/2022                                    Page 210

1    A.   Correct.

2    Q.   Lower it says Mekosh other account; correct?

3    A.   Correct.

4    Q.   Were you ever aware that this was an account that

5  was used by Timothy Mekosh?

6    A.   Not directly.  I assume it was either Mekosh or

7  another one of the trolls.

8    Q.   Page 2, have you ever seen this avatar on the top

9  of the page followed by the name Tim?

10    A.   Yes.

11    Q.   Do you know that to be the Facebook avatar for

12  Timothy Mekosh?

13    A.   Yes.

14    Q.   How do you know that?

15    A.   Because when I searched during intermission for

16  his account that avatar is still used by Timothy Mekosh.

17    Q.   Their appears to be a Facebook message that was

18  sent to Mr. Mekosh.  I'm going to tell you that it was sent

19  by Mr. Dame.  And where an individual says Hoffer was

20  baggers troll account even when he was still here, there's

21  another avatar that says:  Yes --

22              MR. FIATO:  And then excuse me, Susan,

23  it is a vocal -- I'm sorry, Cindy --

24  BY MR. FIATO:

25    Q.   -- is a vocal post that says Cunt.  Then there's a

post that appears that comes from Mr. Mekosh.

It says: Now when John talks shit on him he can blame me. John has full authority to make Shay think it's me. That's the beauty of it.

Is Mr. Mekosh referring to you, sir?

MR. BENFORD: Form.

A. I have no idea. I have no idea.

BY MR. FIATO:

Q. Going down to page 3, Mr. Mekosh has sent a message to Mr. Dame. It appears to be another name; correct?

A. Correct.

Q. Have you ever seen parts of this Meme before?

A. Yes.

Q. Do you know what the top part of it says?

A. I believe this Meme is a common format with the top imagine being Drake shying away from something implies no, I'm not going to do it. And the text next to it was something Take responsibility for building bad guns or fix your process, something like that. I haven't -- I think it's something I produced for the subpoena, actually, originally but I can't recall the top text off the top of my head.

Q. Perhaps something like fix your fucked up guns?

A. That sounds about right.

John Vlieger
08/16/2022                                                    Page 212

1   Q.  And then the next shoe picture says:  Sue Shooters

2 Connection for selling you the barrels because KKM called

3 your bullshit.  Correct?

4   A.  Yes, and it's a picture of Drake pointing to the

5 text with a smile on his face as if he's in agreement.

6   Q.  And Mr. Mekosh sends Mr. Dame a message:  Lmao I

7 wonder if John gets fired for that.  It was his doing with

8 those barrels.

9          And then there's emojis that appear to

10 be laughing.  So, sir, did you post that?

11   A.  I don't believe so.

12   Q.  Did you post that under the Hoffer account?

13   A.  No.

14   Q.  Were you given access to that Hoffer account to

15 post Memes --

16   A.  No.

17   Q.  -- and derogatory information about Shay Horowitz?

18          MR. BENFORD:  Form.

19   A.  No.

20 BY MR. FIATO:

21   Q.  Go to Exhibit 17 for a second, please, sir.

22   A.  Yes.

23   Q.  Who's Annette?

24   A.  Annette Evans is a friend of mine. I believe Evans

25 is her last name.  Yes.

1    Q.  And she sent you this Meme which we discussed

2  earlier that Mr. Dame had shared with you; correct?

3    A.  No, I believe I sent that to her.

4    Q.  You sent that Meme to her?

5    A.  Yes, forwarded from Dame.  Annette is an attorney.

6  I had consulted with her about this at one point.

7    Q.  So was this part of an attorney-client

8  communication?

9    A.  I don't think so, this in particular.

10    Q.  And do you know:  Did Annette share this with

11  anyone else out in the public besides the two of you?

12    A.  I don't believe so.

13    Q.  Okay.  So after Mr. Mekosh says:  Lmao I wonder if

14  John gets fired for that.  It was his doing with those

15  barrels, Mr. Dame says:  Hit it.  KKM offered to replace all

16  of Shay's barrels.  He wouldn't send his in.

17         So Mr. Mekosh says:  So he sues Chuck.

18         Yup.

19         How does that work.  Correct?

20    A.  I believe so.  I moved away from that exhibit.  I

21  can move back to it.

22    Q.  That's fine.

23         Did you ever have conversations with a

24  Mr. Cheely from Cheely Gun Works?

25    A.  Yes.

John Vlieger
08/16/2022                                                    Page 214

1    Q.  And did you ever discuss Mr. Horowitz with

2 Mr. Cheely?

3    A.  Almost definitely, although I can't -- I mean I

4 have to reference what I submitted to the subpoena to be

5 sure.

6    Q.  Did you ever make note to Mr. Cheely that

7 Mr. Horowitz was getting Mr. Cheely's grips from Atlas

8 Custom Guns?

9    A.  Yes.

10    Q.  Why?

11    A.  Because Mr. Cheely I believe had stopped selling

12 grips to Shay Horowitz after these allegations came to

13 light.  We noticed that there were Cheely grips on Akai guns

14 being advertised.  We were curious, I was curious how he was

15 going about getting them as we knew he wasn't ordering them

16 from Shooters Connection and we were fairly confident he

17 wasn't ordering them from Mr. Cheely himself so we were

18 curious where he was getting them from.

19    Q.  What is your understanding why Mr. Cheely was not

20 selling grips to Mr. Horowitz?

21    A.  My understanding was he was reluctance to do

22 business with someone who sues over questionable claims.

23    Q.  And who told him that the claims were

24 questionable?

25    A.  I don't know the answer to that question.

John Vlieger
08/16/2022                                     Page 215

1     Q.  So you're making a lot of assumptions here, but

2  you really don't know, do you?

3            MR. BENFORD:  Form.

4     A.  You asked me to make some assumptions earlier.

5  BY MR. FIATO:

6     Q.  I asked you what your understanding was.  If you

7  didn't have an understanding that's perfectly acceptable for

8  you to say you don't have an understanding.  What I'm noting

9  is you're making a lot of assumptions about why Mr. Cheely

10  isn't selling to Mr. Horowitz but you don't have personal

11  knowledge, do you?

12            MR. BENFORD:  Form.

13     A.  I think I did have personal knowledge at the time.

14  I can't be sure.

15  BY MR. FIATO:

16     Q.  So you can't testify to that personal knowledge

17  now because you don't have a memory of it, is that accurate

18  to say, sir?

19     A.  I have to reference conversations with Mr. Cheely.

20  However, I can say that it is a safe assumption to make that

21  someone in the same industry is going to be hesitant about

22  selling to someone who is viewed as sue happy to use a, you

23  know, a term.

24     Q.  That's your opinion, though?

25     A.  Correct.

John Vlieger
08/16/2022

1    Q.  You don't know what's in Mr. Cheely's head on why

2  he's not selling?

3    A.  Correct.

4    Q.  You don't know if people told him he was involved

5  in a moving scam or not?

6    A.  I do not know, I don't recall or know anything

7  about that, no, no, sir.

8    Q.  Have you ever told anybody that Mr. Horowitz was

9  involved in a moving scam?

10    A.  Potentially if that was my understanding at the

11  time.  I can't recall in specific.

12    Q.  Have you ever told anybody that Mr. Horowitz was

13  under investigation by the FBI?

14    A.  I don't believe so.

15    Q.  Have you ever told anybody that Mr. Horowitz was

16  involved in a day trading scam?

17    A.  I don't recall, although it was mentioned to me so

18  I looked it up and found some allegations of Mr. Horowitz

19  being involved in a trading scam.

20    Q.  What were the allegations of him involved in a day

21  trading scam?

22    A.  I believe the allegations were that he was

23  withholding dividends and then changed the name of the

24  company mid stroke to avoid paying out.

25    Q.  Do you have any of these documents you claim that

John Vlieger
08/16/2022                                          Page 217

1 indicate that he was involved in a day trading scam as

2 you've just outlined?

3    A.  No, but it would be in a Google search if you

4 wanted to search it.  That would be the same information

5 that I saw.

6    Q.  Would it surprise you to know that I did conduct a

7 Google search and I haven't seen anywhere where anybody said

8 that he didn't pay them dividends?

9           MR. BENFORD:  Form.

10    A.  I mean I don't know how to answer that question.

11 Say again?

12 BY MR. FIATO:

13    Q.  I said would it surprise you to know that I have

14 conducted a Google search and I can't find anywhere where

15 anybody says he didn't pay them dividends?

16    A.  It would surprise me, yes, based on my memory of

17 looking into it myself.

18    Q.  But you don't have any of these documents to

19 produce?

20    A.  No.

21           MR. BENFORD:  Form.

22 BY MR. FIATO:

23    Q.  Have you ever told anybody that Shay Horowitz is a

24 liar.

25    A.  I don't recall if I have.

John Vlieger
08/16/2022                                                   Page 218

1    Q.  Do you remember whether you told anybody that Shay

2  Horowitz is a horrible gunsmith?

3    A.  I don't recall.

4    Q.  Do you recall whether you told anybody that Shay

5  Horowitz is a sleaze ball?

6    A.  I don't recall.

7    Q.  Let's go to Exhibit 17, please.

8          I'm sorry, not 17.

9          MR. FIATO:  Let's take a short break

10  real quick.

11          MR. BENFORD:  Sounds good.

12      (A short recess was taken)

13  BY MR. FIATO:

14    Q.  Please go to Exhibit 18, sir.

15    A.  I'm downloading it now.

16    Q.  No worries.

17    A.  Go ahead.  What page?

18    Q.  Page 245.

19    A.  Yes.

20    Q.  Okay.  This is -- this is a document you produced

21  pursuant to our subpoena; correct?

22    A.  Correct.

23    Q.  And it's a conversation, a series of conversations

24  between Cody Baker and yourself?

25    A.  Yes.

John Vlieger
08/16/2022                                        Page 219

1     Q.   And, so, if you would start on the highlighted

2   section where it says January 15th, 2000, where you say Oh,

3   and between you and I.

4     A.   Um-hmm.

5               Oh, and between you and I KKM has one of

6   my guns right now.  He's going to prototype and install a

7   tungsten hybrid.

8     Q.   Cody says:  Oh, nice, dude.  I'm anxious to hear

9   what comes of that.

10              You respond?

11    A.   My response was:  Me, too.  He's doing one up in

12  steel first, then trying tungsten still IMM length.

13    Q.   That would be 5 inches length, sir?

14    A.   Yeah, 5-inch overall.

15    Q.   And, so, on January 15th of 2021 you were working

16  with KKM to -- on a project for a tungsten sleeve hybrid

17  barrel; correct, sir?

18    A.   Yes, sir.

19    Q.   Okay.  Did you ever complete that project?

20    A.   No, not to my knowledge.  Along with COVID kicking

21  in it wasn't ever completed.  I'd still like to see it

22  completed.

23    Q.   Sure.  That would be a heavy barrel, wouldn't it?

24    A.   Correct.

25    Q.   Do you know:  Was KKM going to press that sleeve

**John Vlieger**
**08/16/2022**                                    Page 220

1  on or were they going to try to thread it?

2      A.  I left that up to Luke.  We -- I talked about

3  multiple different angles and that was probably the biggest

4  reason it didn't happen.  Ensuring a solid connection of the

5  sleeve which is of a dissimilar metal to the barrel must be

6  done very critically, especially an object that takes a lot

7  of heat.

8      Q.  And with regard to the hybrid barrels you worked

9  with KKM to develop an exclusive hybrid barrel with Shooters

10  Connection; correct?

11     A.  Yes, with consults with Shay.

12     Q.  And other gunsmiths as well; right?

13     A.  Mostly Shay.

14     Q.  Mostly Shay.  Okay.

15              And Shay gave you input on that;

16  correct?

17     A.  Yes.

18     Q.  And you ultimately decided to go with the hybrid

19  barrel similar to the SV barrel dimensions; correct?

20     A.  Specifically on the rib.

21     Q.  Right.  Go ahead.

22     A.  If I may, it is -- it isn't fully answering your

23  question here.

24              The decision was do we go with the

25  Schuemann style rib which has a more squared off radius in

**John Vlieger**
**08/16/2022**                                        Page 221

1  the back of the rib which is easier to fit a gun.  However,

2  the SV style has more a radius in the back of the rib which

3  according to Shay and if I remember correctly other

4  gunsmiths that has better longevity especially -- actually,

5  has better longevity according to some.

6              The primary concern was you can't buy

7  Schuemann hybrids at least for several years.  We would want

8  to make as close to the market as possible.

9              Regarding the barrel dimensions, I

10  believe I asked KKM to make it the same as their other

11  barrels so that other smiths if they fit a KKM barrel would

12  have the same dimensions in front of them that they're used

13  to.

14     Q.  Okay.  So I understand you did work with

15  Mr. Horowitz on that, but truth be told most people were

16  used to fitting the SV style hybrids and you guys wanted to

17  make that consistent because that's what people were doing;

18  right?

19     A.  Yes.

20     Q.  Okay.  And you discussed that with Mr. Garcia?

21     A.  I believe so.

22     Q.  Eddie Garcia?

23     A.  Yes, I did consult with Eddie Garcia, I think.

24  I'd have to reference to be sure.

25     Q.  Yeah, we'll do that.

John Vlieger
08/16/2022                                    Page 222

1              Go ahead and take a look at Exhibit 19.

2  When you get there go to page 82, please.  Let me know when

3  you're there, sir.

4              Still downloading for you, sir?

5      A.  Yes, it's downloading.

6              Yes.

7      Q.  So, Mr. Garcia sent you a message that I

8  highlighted in response to a question to you where you had

9  said:  And that island gun you posted, is that KKM?

10             And Mr. Garcia says:  I think you mean

11  the Rudy post.  No it's a Schuemann.  Question, why did you

12  go with the 1/4 radius rib versus the 7/16.  Also why the 65

13  radius behind the rib versus the 25 radius Schuemann uses.

14  If you keep the radius small no one will need to go inside

15  or under the slide to make clearance.

16             So he's asking you about that; correct?

17     A.  I believe so, yes.

18     Q.  Yes.  And after some time you do end up on page 83

19  answering his question in part to answer you you testified

20  to -- or I'm sorry you sent him a message:  To answer your

21  question, couldn't tell you on the rib radius.  Regarding

22  the -- and it's misspelled, H-T-E, but I believe he meant

23  the rear radius.  We made a decision to copy SV's radius

24  mainly to market being -- mainly to the market being used to

25  it and Shay's influence.  Correct?

John Vlieger
08/16/2022                                          Page 223

1    A.  Correct.

2    Q.  And then further down on the highlighted portion

3  you say:  Main reason, Shay's -- Shay excluded.  We did this

4  because smith's who had been building hybrid guns in recent

5  years have been using SV barrels which is that radius.

6              Is that correct, sir?

7    A.  Correct.

8    Q.  With regards to Mr. Horowitz gave you suggestions

9  the main reason you guys did it is because the SV barrels

10  are out there and what people are used to fitting and

11  they're not really used to fitting the Schuemann barrels?

12    A.  I think you're underselling it.  Shay received one

13  of the first if not the first prototype hybrid barrel from

14  KKM to examine to make sure it met his requirements due to

15  him being our best customer.

16    Q.  That's fine.

17              But you indicate here the main reason

18  Shay was excluded, we did that was because smith's who had

19  been building hybrids in recent years have been using SV

20  barrels which have that radius?

21    A.  Correct.

22    Q.  So that's consistent?

23    A.  Yes, we wanted a product that would sell.

24              MR. FIATO:  Thank you for your time

25  today, sir.  Appreciate it.  I'm glad I made the highlights

**John Vlieger**
**08/16/2022**                                                    Page 224

1  for you to describe a Meme during the deposition.

2            MR. BENFORD:  I have a few questions.

3  I'm probably guessing about 15 minutes.

4            MR. FIATO:  Go for it.

5  EXAMINATION BY MR. BENFORD:

6    Q.  Good afternoon, Mr. Vlieger.  I apologize for

7  mispronouncing your name numerous times today, sir.

8    A.  You're all right, sir.

9    Q.  Mr. Vlieger, how long did you serve in the

10  military?

11   A.  10 years 1 month 19 days.

12   Q.  Was that the army?

13   A.  United States Army, yes, sir.

14   Q.  Okay.  Did you serve in the war in Iraq?

15   A.  I served in operation --

16            MR. FIATO:  None of us heard any of

17  that.

18  BY MR. BENFORD:

19   Q.  Yeah, you're breaking up.

20   A.  Can you hear me better now?

21   Q.  Yes.

22   A.  The answer to your question, yes, I served in

23  Iraq, '07-08, '09-10 and Afghanistan '11-12.

24   Q.  All right.  Now, you testified briefly about some

25  of your competition shooting.  Do you recall that?

John Vlieger
08/16/2022                                        Page 225

1   A.   Yes.

2   Q.   How long have you been shooting competitively?

3   A.   Seriously since 2015.

4   Q.   And approximately how many tournaments do you

5 attend per year, shooting tournaments?

6   A.   Between 10 and 20.  Yeah, that's accurate, sorry.

7   Q.   Go ahead.  Sorry.

8   A.   Depending on your definition -- yes, 10 to 20.

9   Q.   Have you won any awards in any of these

10 tournaments?

11   A.   I placed 6th or higher at every national

12 championship I attended in the last 2 years, 6th, 5th or

13 3rd.  I won a regional about 2 weeks ago, I won a regional

14 last year and I usually place in the top five at the set

15 events.

16   Q.   What organizations, shooting organizations do you

17 shoot with?

18   A.   Primarily United States Practical Shooting

19 Association and occasionally Steel Challenge.

20   Q.   That's abbreviated USP --

21   A.   SA.

22   Q.   -- SA.

23   A.   USPSA.

24   Q.   How large is the USPSA?

25   A.   I believe they have 33 or 35,000 members in the

1 United States as well as the international organization

2 which has more people than that as well.

3    Q.   What's the largest shooting organization?

4    A.   Probably USPSA/IPSC, the organization I just

5 referred to.

6    Q.   What other organizations do you compete at?

7    A.   Occasionally Steel Challenge, which is under the

8 same ownership and umbrella as USPSA, and in years past I

9 competed in 3-Gun competitions which are not usually an

10 established organization so much as just, you know, grab bag

11 of rules.

12    Q.   Does the USPSA have a ranking system that's based

13 upon the skill of its shooters?

14    A.   Yes.

15    Q.   And just can you briefly explain to me how that

16 ranking system works?

17    A.   Yes.  The ranking system goes from the letter D as

18 in Delta, C, B and A, and then master and grand master,

19 grand master being the highest rank.

20    Q.   And what is your rank?

21    A.   My ranking in four divisions of the eight is grand

22 master.  I'm ranked as a master in the other four divisions.

23    Q.   Which divisions are you ranked as a grand master?

24    A.   Open Division, Limited Division, Single Stack

25 Division and Carry Optics Division.

John Vlieger
08/16/2022                                                          Page 227

1    Q.  Approximately what percentage of competitors have

2  the rank of grand master in those divisions?

3    A.  Less than 3 percent.

4    Q.  Approximately -- as a competitor approximately how

5  many rounds of ammunition are you shooting per month?

6    A.  During the season leading up to nationals like we

7  are now I'm shooting roughly 3,000 rounds a month.

8    Q.  Do you frequently work on the guns that you shoot?

9    A.  Yes.

10   Q.  Now, when I say you shoot, you shoot

11  competitively.  You understand what I'm asking?

12   A.  Yes.

13   Q.  And what kind of work do you do when you're

14  working on the guns that you shoot competitively?

15   A.  I do trigger jobs, trigger adjustments, safety

16  installation, site installations.  Essentially on a

17  1911-2011 platform I can safely install and function check

18  everything on the pistol with the exception of barrel

19  fitting and slide fitting to the frame, not that I can't

20  function check it, it's just I don't have as much experience

21  in that realm as the other items.  That, and it's a very

22  critical aspect that you want to make sure you do right.

23   Q.  I believe you testified that you don't regard or

24  you don't hold yourself out as a gunsmith; is that correct?

25   A.  That is correct.

**John Vlieger**
08/16/2022                                                      Page 228

1    Q.  All right.  Is it fair to say that you have a

2  certain degree of knowledge of gunsmithing?

3    A.  Yes.

4    Q.  Now, I think it's pretty clear your testimony is

5  that you're not a metallurgist; correct?

6    A.  Correct.

7    Q.  Do you have any personal knowledge of the chemical

8  composition of 416R or BQ5 steel?

9    A.  No, I do not.

10   Q.  Okay.  Do you have any personal knowledge of the

11  hardness of 416R or BQ5 steel?

12   A.  No.

13   Q.  Is it your understanding that BQ5 is a type of

14  416R steel?

15          MR. FIATO:  Objection to the form,

16  foundation.

17  BY MR. BENFORD:

18   Q.  Go ahead and answer.

19   A.  That is my understanding, yes, sir.

20   Q.  And where did you derive that understanding?

21   A.  Luke McIntire.

22   Q.  Do you have any reason to doubt Mr. McIntire's

23  information that BQ5 is a type of 416R steel?

24          MR. FIATO:  Objection to form.

25   A.  No, I do not have any reason to doubt

John Vlieger
08/16/2022                                    Page 229

1 Mr. McIntire.

2 BY MR. BENFORD:

3    Q.  Well, let me ask you this just to be clear.  Did

4 Mr. McIntire tell you that the BQ5 is a type of 416R steel?

5    A.  I believe so, yes.

6    Q.  Okay.  And when did you -- when did you acquire

7 this understanding from Mr. McIntire?

8    A.  From a conversation as discussed earlier towards

9 the end of 2019.

10    Q.  And did you also talk to Mr. McIntire about the, I

11 guess the integrity or the strength of BQ5 steel?

12             MR. FIATO:  Objection to form,

13 foundation.

14    A.  Can you restate the question, please sir.

15 BY MR. BENFORD:

16    Q.  Let me ask you this.  In late 2019 did you speak

17 with Mr. McIntire about the hardness of BQ5 steel?

18    A.  Yes.

19    Q.  And what do you recall that he said?

20    A.  That it was -- you could expect slightly different

21 hardness from it, I believe.  Anything past that I have to

22 reference the notes that we just went over earlier.

23    Q.  Okay.  And as far as the -- as far as the hardness

24 -- the different hardness, what was he referring to?

25    A.  The hardness of the steel after it's been

John Vlieger
08/16/2022                                              Page 230

1  machined, heat treated and sold.

2     Q.   Did Mr. -- when you spoke to Mr. McIntire in late

3  2019 did he ever give you the impression that BQ5 steel was

4  softer than 416R steel?

5     A.   Maybe, I mean because of the different hardness

6  you can expect from it.  It was never implied that it was

7  inferior or inadequate in any way.

8     Q.   Did he discuss the difference in the degree of

9  hardness between BQ5 and 416R?

10            MR. FIATO:  Objection; asked and

11  answered.

12  BY MR. BENFORD:

13     Q.   You can answer.

14     A.   I have referenced those notes, I want to say 2 to

15  4 points.

16     Q.   Did he ever indicate to you there was a

17  significant difference between BQ5 and 416R steel with

18  respect to hardness?

19            MR. FIATO:  Objection; asked and

20  answered, foundation.

21  BY MR. BENFORD:

22     Q.   You can answer.

23     A.   Yes.  I mean as discussed the expected slide

24  difference in a hardness results.

25     Q.   Okay.  Again, you said the difference, I believe,

1  was 2; is that correct?

2      A.   2 to 4 points on a Rockwell hardness scale, yes.

3      Q.   On the Rockwell.  Okay.

4               Did he -- after speaking with

5  Mr. McIntire do you recall being concerned about the

6  integrity of KKM barrels?

7      A.   No.

8      Q.   How long have you been using KKM barrels?

9      A.   Since 2014.

10     Q.   After you spoke to Mr. McIntire in late 2019 did

11  you continue to use KKM barrels?

12     A.   Yes.

13     Q.   Would you continue to use KKM barrels if you

14  thought they would increase your risk of bodily injury?

15     A.   No, I would not.

16     Q.   Would you continue to use KKM barrels if you

17  thought they would increase the risk of the barrels

18  malfunctioning?

19     A.   No, I would not.

20     Q.   Would you continue to use KKM barrels that you

21  thought it would compromise your performance as a competent

22  -- I'm sorry, as participant in shooting competitions?

23     A.   No, I would not continue to use them if that were

24  the case or if that was my belief.

25     Q.   I believe you testified that Akai had a reputation

**John Vlieger**
**08/16/2022**                                                    **Page 232**

1  in the shooting community for poor quality of its firearms?

2              MR. FIATO:  Objection; hearsay,

3  foundation.

4              MR. BENFORD:  Hearsay, it's a

5  deposition.

6              MR. FIATO:  I understand.  Well, you

7  also know that the Southern District requires specific,

8  specific objections.

9              MR. BENFORD:  I understand.  It's not

10  evidentiary.  The only objection that's appropriate is

11  form or --

12              MR. FIATO:  I disagree.  No, I disagree.

13  That's not what the --

14              MR. BENFORD:  I'll reserve --

15              MR. FIATO:  They want specific

16  objections in the Southern District.

17              MR. BENFORD:  Okay.

18  BY MR. BENFORD:

19      Q.  You can go ahead and answer.

20      A.  Yes, it's my understanding that Shay or Akai

21  Custom Guns had that reputation.

22      Q.  Okay.  And what was Akai's or was Akai's

23  reputation in 2019 with respect to the reliability of its

24  guns?

25              MR. FIATO:  Objection to form.

1    A.  Their reputation was it would depend on who you

2   asked.  The people that would pay more attention would see

3   the same brands malfunctioning more often.  I personally

4   have been witness and fired a firearm from a friend of mine

5   James Tinnure that went back to Shay twice for an ejection

6   issue that was never corrected.

7              I have also heard from multiple sources

8   about compensators coming off, flying off, rotating loose,

9   and also one of Akai's teams shooting received a gun fit

10  with a new slide after that slide failed and the slide was

11  the wrong caliber for that firearm.  Essentially it was

12  obvious that it was either never test fired or no attention

13  was paid to it.

14  BY MR. BENFORD:

15   Q.  And who is that member -- you mentioned a member

16  of Akai's team.  Are you referring to Akai's shooting team?

17   A.  Yes.

18   Q.  And what was the name of that member?

19   A.  Michael Gnyra, G-N-Y-R-A.  He is no longer a

20  member of the team from my understanding.

21   Q.  I believe you mentioned somebody by the name

22  James, or the first name James?

23   A.  Yes, James Tinnure was never -- had any official

24  association with Shay, though he did own one of his firearms

25  and that is the firearm that I personally witnessed

**John Vlieger**
**08/16/2022**                                                   **Page 234**

1  malfunctioning.  The running joke you had to wear a face

2  mask when you shot it because it would shoot brass directly

3  back into your face.

4     Q.  This running joke related to Akai's firearms?

5     A.  Yes.

6     Q.  Okay.  And the running joke was among, among whom?

7     A.  Among my group of friends.

8     Q.  Did somebody named Chris Kozell -- C-O-Z-E-L-L --

9  ever express a negative opinion regarding the craftsmanship

10  of the Akai pistols?

11     A.  The spelling is Kozell with a K, K-O-Z-E-L-L.

12            Yes, I believe he had a compensator

13  either shoot off of his gun or kept spinning due to faulty

14  attachment.

15     Q.  I believe you testified with respect to somebody

16  name Cody Baker?

17     A.  Yes.

18     Q.  Is Mr. Baker on the Akai -- I'm sorry, the Akai

19  shooting team?

20     A.  I believe so, although he has not competed for the

21  last 2 1/2 years due to COVID.

22     Q.  When he was on the Akai team what type of gun did

23  he use?

24     A.  He used parts from Akai, although it's my belief

25  backed up from Cody telling me that he did all of the

John Vlieger
08/16/2022                                                    Page 235

1 fitting and machining that he could himself due to Cody

2 being a machinist by trade.

3    Q.   I believe you testified that SCI sells products

4 with varying degrees of quality; correct?

5    A.   Correct.

6    Q.   Okay.  And I believe you mentioned that SCI sells

7 products from a company called CK Arms?

8    A.   Yes, used to.

9    Q.   Okay.  And it's your opinion that CK Arms is a

10 lower level quality than most other gun manufacturers?

11    A.   Yes.

12    Q.   Is it pretty common for retailers and firearms

13 related products to sell different levels of quality?

14    A.   Yes.

15    Q.   How would you describe Mr. Horowitz's reputation

16 for honesty in the competitive shooting community?

17          MR. FIATO:  Objection to form.

18 BY MR. BENFORD:

19    Q.   Go ahead and answer.

20    A.   Yes.  My impression of Shay's honesty in the

21 competition shooting world is he is known as shady.

22    Q.   And is that the reputation in the competitive

23 shooting industry?

24    A.   Yes.

25    Q.   And have you ever conducted any search, any

**John Vlieger**
08/16/2022                                          Page 236

1  searches with Mr. Horowitz's or using Mr. Horowitz's name on

2  the Internet?

3     A.  Yes.

4     Q.  And have these searches produced results relating

5  to an involvement in a day trading scam?

6     A.  Yes.

7     Q.  Have they also produced results relating to

8  Mr. Horowitz's involvement in a moving scam?

9     A.  Yes.

10     Q.  Are others in the shooting community aware of

11  these Internet searches?

12     A.  Probably very few.

13     Q.  Okay.  Is competitive shooting, is it I guess for

14  lack of a better word, is it rough on firearms?

15     A.  Yes.

16     Q.  When I say rough, I mean does it cause a lot of

17  physical stress on the parts?

18     A.  Yes.

19          MR. FIATO:  Objection; form, foundation.

20          THE COURT REPORTER:  I'm sorry, I didn't

21  hear the rest of your answer.

22     A.  Yes, competition shooting is rough on equipment

23  due to the high round count you can expect to put on a

24  competition gun versus a home defense gun or blanking gun.

25  You're also in open division particular you are basically --

1  if you want the maximum advantage you have to use ammunition

2  that is considerably above specification for commercial

3  ammunition.

4  BY MR. BENFORD:

5     Q.  Is this opinion of yours, is this based upon your

6  own experience?

7     A.  Yes.

8     Q.  Is it based upon what you've witnessed on other

9  shooters experiencing?

10    A.  Other shooters and myself, yes.

11    Q.  And these things that you mentioned, can this --

12  this has had a negative impact on the operation of guns?

13    A.  Yes.  The compensator flying off your -- a

14  compensator flying off of your gun is generally considered a

15  bad thing.

16    Q.  Okay.  And other than what you testified to, can

17  you think of any other problems regarding the operation of a

18  gun or frequent problems relating to the operation of guns

19  when you're shooting at a competitive level?

20    A.  Akai guns or in general?  Could you restate the

21  question, please, sir.

22            MR. BENFORD:  Madam Court Reporter,

23  please read the question back.

24    (Record repeated as requested)

25    A.  Yes.  Everything matters.  Your trigger, you want

John Vlieger
08/16/2022                                    Page 238

1 a light trigger but the lower you get on the trigger the

2 more risk of malfunctions with that trigger.  Feeding

3 magazines, everything matters when you're on the clock.

4 Having a reliable firearm and equipment and ammunition is

5 crucial.

6 BY MR. BENFORD:

7    Q.  Okay.  Are these -- in addition to other areas are

8 these things that frequently malfunction when you're

9 shooting at a competitive level?

10   A.  Yes.

11           MR. YEE:  I think we missed the answer.

12   A.  Yes.

13 BY MR. BENFORD:

14   Q.  You talked a little bit about Internet trolls.

15           Do you recall that testimony?

16   A.  Yes.

17   Q.  And is it your understanding that an Internet

18 troll is someone who conceals their identity?

19   A.  Generally, yes.

20   Q.  And they're concealing their identity in some form

21 on the Internet; is that correct?

22   A.  Yes.

23   Q.  And just to be clear, did you ever instruct

24 anyone, a troll or otherwise, to post anything negative

25 regarding Akai or Mr. Horowitz?

John Vlieger
08/16/2022                                    Page 239

1    A.  I don't believe so.

2    Q.  Did you ever instruct anyone to post anything

3 false about Akai or Mr. Horowitz?

4    A.  I don't believe so.

5    Q.  Did you ever instruct anyone to post anything

6 about Akai or Horowitz?

7    A.  I believe so, yes, as discussed in previous

8 testimony.

9    Q.  Okay.  And, again, what did you instruct -- who

10 did you instruct to post anything or what did you -- who did

11 you instruct to post?

12    A.  I spoke with Mike Dame and Mr. Bunker as

13 discussed.  Main goal was to clear up misinformation.  If I

14 saw stuff that was needed more information from or I saw

15 misinformation being posted, then that would be something

16 that I would want to get corrected.  I was not in the

17 business of spreading lies or misinformation.  I still

18 operate that way.

19    Q.  Okay.  So in instructing Mr. Dame to make a post

20 on the Internet did you -- did you ask him to present that

21 information on the Internet as a troll?

22          MR. FIATO:  Object to form.

23    A.  No.  No, I did not.

24 BY MR. BENFORD:

25    Q.  Did you believe the information that Mr. Dame was

John Vlieger
08/16/2022                                              Page 240

1  posting would be truthful?

2      A.  Yes.

3      Q.  And did you believe it would help clear

4  misinformation?

5              MR. FIATO:  Object to form.

6      A.  Yes.

7  BY MR. BENFORD:

8      Q.  Or correct misinformation?

9              MR. FIATO:  Object to form.

10     A.  Yes.

11 BY MR. BENFORD:

12     Q.  Was that your intent, to correct misinformation?

13             MR. FIATO:  Object to form.

14     A.  Yes.

15 BY MR. BENFORD:

16     Q.  Are trolls fairly common in the shooting

17 community?

18     A.  Yes.

19     Q.  And I believe you testified that Mr. Mekosh is one

20 of the common trolls in the shooting community?

21     A.  He's one of the more vial trolls, yes.

22     Q.  Who are some of the others not necessarily vial

23 but people who actively troll?

24     A.  The people who run the Meme pages like Double

25 Alfalfa who I believe was Timothy Mekosh, I could be wrong

1  there.  I don't have any particular information.  Mike Dame

2  to a lesser extent.  I'm pretty sure he has alternative

3  accounts but he posts a lot of minor trolling under his

4  primary account.  Derek Lewis, you can find out pretty quick

5  by clicking their profile and seeing what they post if

6  they're a troll or actually matching the name to their real

7  name.

8      Q.  Does Mr. Horowitz ever troll on the Internet?

9          MR. FIATO:  Objection to form.

10     A.  I don't know.

11  BY MR. BENFORD:

12     Q.  I believe you testified earlier that he has a

13  reputation as shit stirrer.

14     A.  Yes.  That was strictly or mainly I should say

15  from seeing screen shots of the group chat that was provided

16  by Mike Dame and others regarding direction to his team or

17  friends, what have you, to go out and do his bidding in that

18  regard like Scott Thompson.

19     Q.  I believe you testified -- well, you testified as

20  to the public service announcement that Akai published in

21  October of 2019.  Do you recall that testimony?

22     A.  Yes.

23     Q.  All right.  Do you recall seeing that public

24  service announcement?

25     A.  Yes.

John Vlieger
08/16/2022                                        Page 242

1    Q.  Okay.  Now, shortly after that public service

2  announcement was posted were people calling SCI?

3    A.  Yes.

4    Q.  And were these people concerned about SCI and KKM

5  -- I'm sorry, the KKM barrels that SCI was selling?

6    A.  Yes.

7    Q.  Did these people have an understanding that Akai

8  was claiming that the KKM barrels were soft and SCI was

9  selling these barrels?

10            MR. FIATO:  Objection; form, foundation.

11            MR. BENFORD:  You can answer.

12    A.  Yes.

13  BY MR. BENFORD:

14    Q.  Do you recall who some of these people were?

15    A.  Jeff Morris, Don Fredenhagen, Pat Rafferty.  These

16  are the few off the top of my head that I had explicit

17  conversations with about the concern.

18    Q.  Did you feel that after the PSA was published

19  there was a lot of misinformation on the Internet regarding

20  SCI and KKM?

21    A.  Yes.

22            MR. FIATO:  Objection form, foundation.

23    A.  Yes.

24  BY MR. BENFORD:

25    Q.  So did you feel that there was a lot of

**John Vlieger**
08/16/2022                                                      Page 243

1  misinformation that people were -- in the shooting community

2  were spreading on the Internet?

3            MR. FIATO:  Objection; form, foundation.

4  BY MR. BENFORD:

5     Q.  Go ahead and answer.

6     A.  Yes.

7     Q.  You were asked some questions, quite a few

8  questions earlier by Mr. Fiato regarding conversations you

9  had with various third parties including Mr. Dame and

10  Mr. Bunker.

11            You recall that testimony; correct?

12    A.  Yes.

13    Q.  Now, when you, when you became aware of

14  misinformation on the Internet regarding KKM and SCI did you

15  believe you had a duty at that time as an employee of SCI to

16  make sure that the misinformation was corrected?

17            MR. FIATO:  Objection; form, foundation,

18  was not the testimony.

19            Go ahead.

20    A.  Yes.  At the time it was more a sense of duty

21  seeing the misinformation gets spread, especially since I

22  had a hand bringing the barrels to market, at least the

23  hybrid ones.

24  BY MR. BENFORD:

25    Q.  And the people you were communicating with that

1 you were asked about earlier in the deposition, did you want

2 these third parties to have a complete version of the facts

3 as they were coming out?

4    A.  Yes.  That's why I encouraged them to coordinate

5 with KKM directly, to not involve us as much as possible.

6 You know, eliminating any -- as much chance for accusation

7 of bias as possible.

8    Q.  As an employee of SCI did you believe you had a

9 duty to your employer to investigate the claim that KKM had

10 defective barrels and determine what happened?

11 A.  Yes.

12    Q.  And did you want the people you were communicating

13 with to have a better understanding of any facts that would

14 favor SCI as these facts were coming out?

15 A.  Yes.

16    Q.  As you were learning these facts.  I'm sorry.

17    A.  Yes.  And to include trying to coordinate Shay and

18 Luke McIntire to get this resolved and have it figured out

19 as shown in the documentation we went over today.

20    Q.  You talked a little bit about a -- about the rib

21 barrel that you helped to -- that you helped Mr. Horowitz --

22 or, I'm sorry, that you helped Akai order from KKM.

23             Do you recall that testimony?

24             MR. FIATO:  Objection; form, foundation

25 was not the testimony.

John Vlieger
08/16/2022                                          Page 245

1    A.  Yes.

2  BY MR. BENFORD:

3    Q.  Okay.  With respect to the barrel, do you recall

4  that you assisted Akai in ordering or designing this type of

5  barrel?

6           MR. FIATO:  Objection; compound, form.

7    A.  Yes, I -- I mean, it's in writing that Shay was

8  consulted before these barrels were ordered and brought to

9  market and, in fact, if you reference further in that

10  conversation with Shay you'll see multiple references to,

11  hey, we got barrels coming in, what do you want, about to

12  place an order, how many and what do you want to help

13  facilitate sales.

14  BY MR. BENFORD:

15    Q.  Okay.  So your understanding is that Akai was

16  communicating to you the criteria it needed for a certain

17  type of barrel?

18           MR. FIATO:  Objection to form.

19    A.  Yes.  Shay communicated what types of barrels he

20  wanted in particular on an order, for example, length,

21  caliber, and he was also consulted prior to that with the

22  design of the rib as mentioned in prior testimony.

23  BY MR. BENFORD:

24    Q.  And where -- who came up with the design of the

25  rib barrel?

1   A.  Depends on your definition of came up with.  I

2  mean ribbed barrels have been around since the '90s.  It's

3  not new.  It's -- you know, I polled the audience, Shay

4  included, to find out what specifications were desired,

5  primarily focused on the rib itself, the rib dimensions.

6    Q.  Other than the rib dimensions what other

7  specifications do you recall?

8    A.  I don't think I asked the audience about what

9  specifications.  My goal from the start was to keep the rest

10  of the barrel as close to KKM standards as possible.

11    Q.  Now, with respect to this ribbed barrel was there

12  any change in the chemical compositions to the barrel to

13  your knowledge?

14    A.  Not to my knowledge, no.

15    Q.  Other than the rib was it essentially the same

16  barrel that KKM sold?

17    A.  Yes.

18    Q.  It would be I guess the wall of the barrel would

19  be the same dimensions?

20    A.  Yes, it would have to unless you wanted to require

21  gunsmiths to ream out their bore, to ream out --

22    (Discussion had between the court reporter and the

23  witness)

24    A.  The question in regards to changing the diameter

25  of the barrel itself irrespective of the rib and that answer

1  is no, we specifically didn't want any changes to those

2  dimensions because if you did make that surface larger you

3  would have to bore out your slide which is a lot more work

4  and has its own issues.

5      Q.  Were there any -- did Mr. Horowitz or any other

6  representatives of Akai provide any specifications regarding

7  Rockwell hardness?

8              For example, the barrel had to be

9  Rockwell 42, something like that?

10     A.  Not that I remember, although Shay did make

11 comments about why he didn't want to use SV or Infinity

12 slides due to accusations that the hoods compact, or I

13 believe he was making -- if I remember correctly he was

14 trying to say the SV were soft.

15     Q.  Were there any specifications regarding the type

16 of steel that would be used?

17     A.  Not that I recall.

18             MR. BENFORD:  Okay.  I think that's it

19 for me.  Thank you, Mr. Vlieger.

20             THE WITNESS:  Thank you.

21             MR. ROBINSON:  Just a few questions for

22 me.  Thank you.  Again my name is Kevin Robinson.  I

23 represent KKM Precision.

24 EXAMINATION BY MR. ROBINSON:

25     Q.  Mr. Vlieger, in your experience both in working in

John Vlieger
08/16/2022                                                        Page 248

1  the industry and your shooting, are you aware of SCI as a

2  manufacturer of pistol barrels?

3      A.   Yes, currently known as Staccato.

4      Q.   Okay.  And did Shooters Connection sell SCI

5  barrels when you worked there?

6      A.   I think we had a few from old stock but they did

7  sell literally tons of them in the mid 2010s, yes.

8      Q.   Did you ever have reason to come to learn the

9  minimum Rockwell hardness of SCI gun barrels?

10     A.   Yes.

11     Q.   Are you familiar with Nowlin barrels?

12     A.   Yes, I ordered while I was there.

13     Q.   Shooters Connection sold Nowlin Barrels while you

14  worked there?

15     A.   Yes.  I brought them in.

16     Q.   Do you know the minimum Rockwell hardness of

17  Nowlin barrels?

18     A.   No, I did not.

19     Q.   Did Shooters Connection sell Kart barrels while

20  you worked there?

21     A.   Yes.

22     Q.   Did you have any reason to learn the minimum

23  Rockwell hardness of Kart pistol barrels?

24     A.   No.

25     Q.   What about Strayer Voight, did Shooters Connection

John Vlieger
08/16/2022                                        Page 249

1  sell Strayer Voight pistol barrels while you worked there?

2      A.  No.

3      Q.  And what about Bar-Sto, did Shooters sell Bar-Sto

4  barrels while you worked there?

5      A.  No, we didn't, no.

6      Q.  Okay.

7      A.  Not that I recall.

8      Q.  In your conversations with Luke McIntire in the

9  fall of 2019 did Mr. McIntire tell you that he had asked

10  Mr. Horowitz to return the allegedly soft barrels to him for

11  inspection and testing by KKM?

12      A.  Yes.

13      Q.  And did Mr. McIntire tell you whether Mr. Horowitz

14  ever returned any barrels?

15      A.  My understanding is that he did not.

16      Q.  Okay.  In your conversations with Mr. Horowitz did

17  you have discussions with him about returning the allegedly

18  defective barrels to KKM for inspection and testing?

19      A.  Repeatedly.

20      Q.  And did Mr. Horowitz agree to return any barrels

21  to KKM for inspection or testing?

22          MR. FIATO:  Objection; form.

23      A.  He claimed he was going to cut one in half and

24  send that to KKM for analysis.  I have no knowledge if that

25  ever happened.

John Vlieger
08/16/2022                                                    Page 250

1  BY MR. ROBINSON:

2     Q.  In fact, did you offer to pay the cost of shipping

3  barrels from Mr. Horowitz to KKM for inspection and testing?

4     A.  Yes.

5     Q.  And did Mr. Horowitz take you up on that offer?

6     A.  No.

7     Q.  Do you know if -- do you have personal knowledge

8  as to whether KKM sold consumer pistol barrels made out of

9  Carpenter BQ5 steel before the year 2020?

10    A.  I have no knowledge prior to the fall of 2019 of

11  any different steel.

12    Q.  Do you have any knowledge as to whether KKM sold

13  pistol barrels made out of Project 70 steel between the

14  years 2017 and 2020?

15    A.  I have no knowledge of that, no.

16    Q.  Okay.

17         MR. ROBINSON:  Those are all the

18  questions I have.  Thank you.

19         MR. FIATO:  Thank you for your time

20  today, sir.

21         THE WITNESS:  Thank you.

22         MR. ROBINSON:  Yes, thank you, sir.

23  Appreciate your cooperation.

24         MR. BENFORD:  Thank you, Mr. Vlieger.

25         THE WITNESS:  Thank you, sir.

**John Vlieger**
**08/16/2022**                                                    **Page 251**

1        MR. BENFORD:  We will read.

2        THE COURT REPORTER:  May I ask who would

3  like transcript?

4        MR. BENFORD:  We will order regular

5  service.

6        MR. ROBINSON:  We'll get a copy.

7        MR. FIATO:  (Nods head).  We'll order.

8        MR. CARDAMONE:  I do not need a copy at

9  this time.

10       (The Deposition concluded at 5:29 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

John Vlieger
08/16/2022                                    Page 252

1              CERTIFICATE OF NOTARY

2

3  STATE OF MICHIGAN  )

4              ) SS

5  COUNTY OF OAKLAND  )

6

7              I, Cynthia Ann Chyla, Certified

8  Shorthand Reporter, a Notary Public in and for the above

9  county and state, do hereby certify that the above

10  deposition was taken before me at the time and place

11  hereinbefore set forth; that the witness was by me first

12  duly sworn to testify to the truth, and nothing but the

13  truth, that the foregoing questions asked and answers made

14  by the witness were duly recorded by me stenographically and

15  reduced to computer transcription; that this is a true, full

16  and correct transcript of my stenographic notes so taken;

17  and that I am not related to, nor of counsel to either party

18  nor interested in the event of this cause.

19

20

21              _____

22              Cynthia Ann Chyla, CSR-0092

23              Notary Public,

24              Oakland County, Michigan

25  My Commission expires:  05-12-2023

John Vlieger
08/16/2022

1

**$**

**$20,000** 78:5,11

**-**

**-2** 105:20

**0**

**0's** 157:25

**0008** 197:23

**07-08** 224:23

**09-10** 224:23

**1**

**1** 30:16 32:3 33:4 39:10 47:23
51:9 99:24 110:11 157:10
176:19 197:22 209:25 224:11

**1/16** 39:24

**1/2** 199:15,16 208:21,22
234:21

**1/4** 222:12

**1/beginning** 57:9

**10** 15:25 16:7 17:22 42:7
190:1 195:20 224:11 225:6,8

**100** 76:11 154:19

**102** 154:19,20

**10:00** 29:4,9

**10:07** 7:3

**10th** 138:23 180:16 186:24
189:8

**11** 157:20 190:6

**11-12** 224:23

**12** 175:7 176:6,8 184:18 190:6
203:8

**12:55** 109:24

**12th** 141:8 166:5

**13** 16:3 152:16 154:13

**14** 74:4 162:6 203:8

**14th** 72:7

**15** 156:9 206:6 224:3

**15-16** 175:13

**15th** 219:2,15

**16** 7:2 208:25 209:1

**17** 110:22 212:21 218:7,8

**1709** 13:8

**17th** 100:14 203:14

**18** 142:18 157:10 162:19
218:14

**18-29** 165:5

**18-KKM** 163:14,20 164:3,9,12,
16 165:11,24 166:2

**18th** 195:20

**19** 21:15 53:4 222:1 224:11

**1911** 21:19 23:2,3 33:19 34:11
37:23 38:8,15,21 39:19 66:21
117:2,24 143:5 181:5 195:17

**1911-2011** 227:17

**1:00** 29:4

**1:25** 109:24

**1st** 46:8 49:25 83:23

**2**

**2** 14:10 32:4,5,6 33:2 57:8,9
67:10 106:3 110:4,14,15
199:15,16 208:21,22 210:8
225:12,13 230:14 231:1,2
234:21

**2-4** 103:13

**20** 21:15 157:21 225:6,8

**20,000** 18:2

**2000** 219:2

**2010s** 248:7

**2011** 21:19 66:21 139:5,7,9,
12,16 177:18,23 178:10
193:10,12,17,24 194:20

**2014** 231:9

**2015** 42:22 225:3

**2016** 31:6 33:18 34:5 42:22

**2017** 10:15 42:22 43:23,24
46:9 48:6 49:25 51:9,10,17
62:19 110:7,11,19 250:14

**2019** 22:5,14,25 47:2 48:20,24
49:6,14 51:14,17 53:24 54:3
55:25 56:10,12,24 62:20 72:7
74:4 80:1 81:3 82:13 100:14
121:17,25 122:15 129:4,8
130:3 137:24 138:1,2,23
141:2,8 142:18 177:16 180:16
186:24 189:8 195:20 209:20
229:9,16 230:3 231:10 232:23
241:21 249:9 250:10

**2020** 22:5,14,25 26:9 47:4
49:3 82:3 83:18,23 122:10
198:10 203:14 207:1 250:9,14

**2021** 10:10,11,16 154:17
219:15

**2022** 7:2 160:6 166:6

**21st** 31:5

**22nd** 81:3

**23** 114:8

**23rd** 80:1 122:15

**245** 218:18

**247** 50:12,24 51:11,12 53:21

**248** 56:16,17 72:1,4

**25** 76:15 222:13

**252** 74:10

**258** 84:9

**259** 85:7

**26** 113:17 163:10

**260** 84:24

**261** 94:16

John Vlieger
08/16/2022

2

**26th** 129:4,8

**27** 118:10 130:2

**2753C** 103:4

**28** 120:17

**284** 56:15

**28th** 96:24

**29** 121:7 163:14,20 164:4,9, 12,16 165:11,24 166:2

**29th** 121:17

**2:18** 195:22

**2:46** 54:4

---

### 3

**3** 16:3 45:17 46:25 58:17 140:25 141:2,8,10 211:9 227:3

**3,000** 227:7

**3-gun** 43:10 226:9

**30** 59:7 60:3,10 61:5 62:1 122:25 123:9,24 128:10 145:15 181:18

**30s** 124:16

**31** 59:7

**317-417-7631** 11:24

**32** 118:17 130:1

**33** 134:13 138:21 225:25

**34** 55:14 57:15,18 58:6 60:3, 10 61:6 62:1 122:25 123:9,24 128:10

**34.5** 181:8,18

**35** 139:10 140:6 143:22

**35,000** 225:25

**355** 30:22

**355-caliber** 32:7

**36** 150:21

**36-KKM** 158:4,6,11,15,20,25 159:3

**37** 32:1 118:18

**37-43.5** 114:12

**37.8** 105:2,10

**37.9** 105:2,10 109:10 124:5 128:5 181:24

**38** 31:24 142:24 144:16,17 158:20,25 159:3 196:22

**38.8** 181:10,20

**39** 158:4,6,11,15 159:6,8,14, 20,22,23 169:1

**39.1** 104:25

**3rd** 225:13

---

### 4

**4** 15:23 50:9 58:7,17 62:10 72:1 84:7 94:14 163:9 230:15 231:2

**4,000** 18:3,4,8

**4/beginning** 59:2

**40** 31:24 142:24 144:17 196:12

**40.2** 104:25

**40379** 13:13

**40RC** 105:20

**416** 31:14,19 32:18 33:22 34:18,23 35:9,19 36:6,7,19 37:14 38:16 107:23 114:11 143:25 144:3,5,6 151:11,12, 21 152:23 155:12 158:21,23 159:4,7,13,15,20 160:1 161:13,19 164:13,19,21 165:3,6,7,12,13,21,22 166:2, 12,25 167:2,11,13,20 168:2 169:18 171:24 172:9,21 173:17 197:2,6,7 198:7,8,16, 23

**416R** 31:17 106:2 108:4,12,21 142:21,22 143:24 144:1 148:4 149:1 151:8,10 152:6,10,11, 13,14,23 155:11,25 159:1,15 161:9 164:17,18,21 165:3,7,

13,19 166:1,2,12,25 167:2,11, 13,20 168:2,8,16 169:11,18, 25 170:16 171:2,10,13,18,24 172:8,22,25 173:17 174:18,20 195:24 196:4,8 197:1,9 198:6, 8 228:8,11,14,23 229:4 230:4, 9,17

**42** 31:16,21 32:18 33:23 34:19,24 35:10,19 36:7,20 38:22 105:12,13 122:23 123:22 135:5 196:12 247:9

**42-46** 196:21

**43** 163:11

**44** 124:19 125:1

**45** 31:16,22 32:1,18 33:23 34:19,24 35:10,19 36:7,20 38:22

**45-46RC** 105:21

**46ish** 196:12

**48** 144:16

**49** 185:3,9

---

### 5

**5** 57:2 59:2 158:21,23 163:13 176:9 184:18 196:8 219:13

**5-inch** 30:22 32:7 39:23 73:16 219:14

**5-minute** 50:19

**50** 76:12 103:13

**53** 33:10,11,15,18

**5:29** 251:10

**5th** 225:12

---

### 6

**6** 81:24 163:20 186:23

**65** 222:12

**6th** 154:17 225:11,12

**7**

**7**  10:1 43:10 99:22 138:1

**7/16**  222:12

**70**  159:10 168:25 250:13

**70+**  159:7,9,23 160:1 168:16

**75**  76:12

**7th**  138:2

**8**

**8**  109:19 110:2,5 164:8

**8-13**  27:25 28:13

**80s**  150:20

**82**  222:2

**83**  222:18

**859-230-0201**  11:19

**859-492-4151**  12:19

**8:13**  29:12

**8th**  110:19 160:6

**9**

**9**  39:24 53:24 54:3 55:25

**9-millimeter**  68:23

**90s**  150:20 246:2

**99**  154:19 196:8

**9:26**  189:9

**9th**  51:9,10,13 53:24 56:10,12, 16 82:3 83:18 137:24 177:16

**A**

**a.m.**  7:3 29:4

**abbreviated**  225:20

**ability**  9:18 44:15

**above-cited**  34:6,12 37:24 38:8

**absolute**  98:11

**accept**  98:3,8

**acceptable**  19:24 215:7

**access**  19:4,6 41:6 43:18 139:19,22 140:2 212:14

**accordance**  163:22

**account**  209:14 210:2,4,16,20 212:12,14 241:4

**accounts**  176:9 209:10 241:3

**accurate**  129:6 160:6,20 215:17 225:6

**accurately**  93:12,19 119:17

**accusation**  244:6

**accusations**  247:12

**accusing**  54:17

**achieved**  169:9

**acquire**  229:6

**acronym**  73:14,15 77:17,19 84:18 135:15 204:16

**act**  126:14

**action**  45:22

**actively**  240:23

**activity**  178:17

**actual**  77:21

**add**  21:20 108:3 136:17

**added**  134:20 136:15

**Addendum**  46:6,8 47:24

**addition**  238:7

**address**  13:7,8 82:5 135:1

**adjustments**  227:15

**administrator**  139:11

**admire**  59:18

**admission**  34:16 35:24

**Admissions**  33:7

**admit**  33:18 70:19 172:24

**admits**  34:6

**Adobe**  45:25

**advantage**  237:1

**advertise**  34:17 35:21

**advertised**  17:15 33:20 34:9, 13,22 36:5 37:8 173:6,9 202:18 214:14

**advertisement**  35:17 38:25 39:20 40:4,8 165:17 168:1,3,8

**advertises**  89:5

**advice**  199:12

**advised**  81:3 82:23 176:23 180:2

**advisement**  195:11

**affect**  9:18 92:18

**affirm**  7:14

**Afghanistan**  224:23

**afraid**  115:10 146:2,6,15,20 147:12 205:8,24

**afternoon**  189:13 224:6

**age**  157:10 162:19

**agree**  30:23 40:3 45:20 69:5 156:11,17,21 160:11,18 185:16 249:20

**agreed**  7:9

**agreement**  212:5

**ahead**  19:12,15 23:19 35:3 36:24 37:1,2 40:20 61:1,9 63:5,16 71:1,9 78:9 79:1 91:19 115:4,5 116:10 118:12 136:14 162:13 174:9 204:25 218:17 220:21 222:1 225:7 228:18 232:19 235:19 243:5, 19

**ahold**  100:17 150:15

**Akai**  22:22 42:19 43:12,20 44:3,7 46:17 48:23 49:2,6,14 51:1 53:6 54:8,22 55:2,7,11 56:10,16,17,23,24 72:7,12,13, 15 73:3 74:7 76:14 83:14

John Vlieger
08/16/2022

4

85:24 87:18 90:3 97:2,7
192:4,9,12 194:8 214:13
231:25 232:20 234:10,18,22,
24 237:20 238:25 239:3,6
241:20 242:7 244:22 245:4,15
247:6

**Akai's** 232:22 233:9,16 234:4

**alcohol** 199:14,16

**Alfalfa** 240:25

**alias** 55:2

**allegations** 25:23 92:10 93:20
108:2,18 115:8 116:25 131:2
195:2,19 197:22 207:1,4,7,24
214:12 216:18,20,22

**allegedly** 104:24 114:1 133:18
135:2 249:10,17

**allocations** 24:10

**allowed** 178:17 186:9

**alpha** 13:9

**alternative** 241:2

**Amazon** 131:3

**ambiguous** 34:5

**Amended** 33:6 154:21

**America** 157:15

**American** 176:3

**ammunition** 10:7 71:12
201:24 227:5 237:1,3 238:4

**amount** 90:25 182:17

**analysis** 249:24

**and/or** 46:11,12 170:22

**angle** 190:8,11,13,16,23

**angles** 220:3

**Annette** 212:23,24 213:5,10

**announced** 125:21

**announcement** 81:16 125:21
241:20,24 242:2

**announcing** 125:22

**answering** 9:8 10:25 220:22
222:19

**anvil** 105:19

**anxious** 219:8

**anymore** 127:16 204:10

**apologies** 141:4

**apologize** 224:6

**apparently** 141:13 208:24

**appearing** 7:9

**appears** 30:21,23,24 32:6
56:24 57:9,14 58:18 96:23
104:21,22 107:6,8 109:8
113:21,25 121:8 136:14 138:5
154:18,19,22 157:3 182:4
210:17 211:1,10

**applicable** 108:6

**application** 20:5,6

**appraised** 191:8

**apprised** 191:23,25

**approval** 41:23 42:6

**approved** 163:22

**approximately** 225:4 227:1,4

**April** 10:9,11

**Arcadia** 158:17,22 159:1,5

**archived** 178:16

**area** 54:6 58:3,20 105:2 109:6,
14

**areas** 238:7

**arguing** 194:8

**arguments** 89:15

**arms** 15:7,10 65:13,22,23
66:13,15,21 67:4,7,11,17
68:3,9 111:10 143:18 150:22
235:7,9

**Arms/freedom** 15:4

**army** 15:25 224:12,13

**articles** 151:19 152:7 153:17,
19,20 154:4

**artillery** 16:6

**ascertain** 147:19 148:19 149:8

**ASM** 103:4

**aspect** 227:22

**ass** 135:15,17 178:8

**assemble** 10:7 164:4

**asshole** 77:10

**assignment** 45:16

**assisted** 150:14 245:4

**associating** 209:18

**association** 43:4 225:19
233:24

**assume** 8:19 12:3 58:18 59:6
85:25 140:19 156:6 189:7
195:25 196:14,18,19,20 210:6

**assumed** 186:1

**assuming** 153:2

**assumption** 37:5 127:17
136:17 185:22 208:16 215:20

**assumptions** 197:11 209:22
215:1,4,9

**ASTM** 164:22 165:6

**Atlas** 214:7

**attached** 157:24 163:14
165:17

**attachment** 119:11 121:9
138:6 234:14

**attachments** 54:19 56:13
110:23 126:7,11,14 138:10,
12,20

**attempted** 150:21

**attempting** 187:13

**attend** 225:5

**attended** 225:12

**attention** 65:13 89:6 233:2,12

**attitude** 204:17

**attorney** 152:4 213:5

John Vlieger
08/16/2022

**5**

**attorney-client** 213:7

**attorneys** 152:4

**audience** 130:15 246:3,8

**August** 7:2 49:21 51:9,10 160:6

**authority** 211:3

**authors** 153:23

**automatically** 191:12

**avatar** 57:23,24 176:13 210:8, 11,16,21

**avoid** 216:24

**awards** 225:9

**aware** 38:14 82:14 83:13 99:10 102:4,7 122:5 171:9 210:4 236:10 243:13 248:1

**B**

**back** 13:6 21:22 29:8,14 39:10 49:25 62:10 73:4 74:19 76:4 80:17,19 84:7,14 85:1 94:14, 16 95:19 96:22 97:3,18 109:25 116:13,20 118:10 129:17,21 130:18 135:5 140:6 150:20 162:3 186:9,13,16,19 190:21 213:21 221:1,2 233:5 234:3 237:23

**backed** 234:25

**background** 120:25 131:18 132:1 184:15

**bad** 44:5 53:11 72:14 73:4 74:14,18 76:2,16 180:1 211:19 237:15

**bag** 226:10

**baggers** 210:20

**Baker** 218:24 234:16,18

**ball** 218:5

**ballistics** 16:5

**bame** 187:12

**bankrupt** 177:1

**bar** 31:15 33:22 159:15 163:1 165:19

**Bar-sto** 249:3

**barrel** 21:13,16,18,19,20,25 22:4,17 23:6 24:19,21,24 25:10,16,24 30:22 32:7,14 39:24 54:14 57:14 58:19 59:7 62:17 68:6,9,14,17,18 69:13, 16,25 70:5,9,11,13,15,20 71:2,5,15 73:16,17 74:22,23 75:15,24 76:16 77:10,25 82:16 83:9 86:16,22 95:5,7 96:7 98:8 101:1,13,15 104:11 105:1,9 106:3 109:5,12 110:24,25 111:6,8,11,13,23 112:2,5,12,16,17 114:11 115:1 118:17,18 119:14,17, 21,22 126:25 128:4,9 129:16 137:21 140:16 143:13,16,17, 19 150:4,21,23 151:13 154:10 155:13,16,20 156:1 160:19 173:23 174:3,5 181:5,7,12,18 186:19 190:18 196:7,8,19,21 201:23 202:13,22 219:17,23 220:5,9,19 221:9,11 223:13 227:18 244:21 245:3,5,17,25 246:10,11,12,16,18,25 247:8

**barrels** 16:21 21:8,24 22:14 23:1,2,3,12,15,21,24 24:1,7, 14,25 25:21,22 26:1,3,7,19 31:9,14 32:18,21,24 33:20,21 34:12,14,18,22 35:9,18 36:6, 19 37:13,23 38:8,15,16,21 39:1,19 40:4 41:1 42:11 43:14,15 44:4,7 52:8,11,20,25 53:7,18 59:24,25 60:2,7,9,22 61:6,16,19,25 62:4 66:20,23 67:4,21 69:14 71:14 72:14 73:4,11,18,21 74:5,15,18,25 75:19,20,23 76:10,16,17,20, 24 78:19,21 79:5,24 80:20 81:4,17 82:5,13,24 83:3,15, 24,25 84:13 87:1 90:3 95:12, 13,16,25 97:13,18,22,24 98:1, 3,16,23 99:1,3,6,7,12,15 106:13 107:3 111:4 114:1,10, 18,21 117:1 118:24 119:6,25 120:8,9 122:22,25 124:15,21, 22,25 125:5,22,23 126:18

127:2,6 128:9 129:9,12,21,24 130:18,22 134:24 135:1,5,9 137:1,7,12 141:9 142:10 145:11,12,14 146:3,5,7,16,21 147:1,14,24 148:3,5 150:19 151:23 165:18,19,20 166:12, 24 167:1,10,12 168:2,8 169:24 170:12,15,21,25 171:1,10,13,17,24 172:8,22 173:5,9 174:17,18,20 181:11 182:8 183:3 186:7,9,12,16 189:16 196:5 212:2,8 213:15, 16 220:8 221:11 223:5,9,11, 20 231:6,8,11,13,16,17,20 242:5,8,9 243:22 244:10 245:8,11,19 246:2 248:2,5,9, 11,13,17,19,23 249:1,4,10,14, 18,20 250:3,8,13

**Barry** 12:13,14

**bars** 158:21 159:1,4,15,21 164:14,17,18,21 165:3,4,5,9, 11,14,22 166:2

**based** 21:5 39:8 111:22 169:22 217:16 226:12 237:5,8

**basically** 150:15,18 236:25

**basis** 100:22 101:24

**batch** 74:6

**batches** 74:7 76:25

**Bates** 56:15

**Beautiful** 204:1,9

**beauty** 211:4

**began** 51:8

**begin** 26:8 53:23

**beginning** 19:23 33:4 45:11 51:16 58:17 110:7,15

**begins** 31:8 72:6 110:11 130:2 154:17,23 157:8

**belief** 132:20 208:24 231:24 234:24

**believed** 52:20 129:12,14

**belongings** 193:1

John Vlieger
08/16/2022

6

benefit 98:15

Benford 9:6,9 13:21 14:2 15:6
19:11,15 28:4,7 29:1,18 35:1,
3 36:2,22 37:2,17 38:1,10
39:22 40:11,19 42:14 50:18,
21 60:25 61:8 63:4,15 64:22
68:21 69:5,17 70:2,24 71:7
80:5 81:9 82:20 83:5,19 84:1
86:9 90:5 91:17,19 99:17
102:9 106:15,21 107:5,18
108:16 112:23 113:4,10,15
115:17 116:2,18 123:11,17
124:1,7 127:7 134:2 137:16
140:3 141:17,21,24 142:1
145:22,24 146:9 153:1 156:14
160:14,22 161:15,22 162:1
167:4,15,22 168:11,19 169:3,
13 170:2,9 171:3,19 172:3,11,
15,20 173:12,19 174:7,22
175:3 183:13 184:4,10 187:23
188:6,8,15 201:9 204:23
205:14 206:1,4 208:5 209:1,3
211:6 212:18 215:3,12 217:9,
21 218:11 224:2,5,18 228:17
229:2,15 230:12,21 232:4,9,
14,17,18 233:14 235:18
237:4,22 238:6,13 239:24
240:7,11,15 241:11 242:11,
13,24 243:4,24 245:2,14,23
247:18 250:24 251:1,4

betrayal 179:13

bias 92:24 115:24 133:5,6,8
244:7

biased 93:17 97:16 115:11
133:25 134:3

bidding 241:17

biggest 220:3

bill 184:25 185:22 186:2

bit 13:6 34:15 95:2 156:7
177:3,9 187:5 191:4 196:16
238:14 244:20

Black 103:5,10 104:3 178:20
193:13,14,17,19 194:19
206:13,21,22,25 207:4,25
208:6

blame 187:13 188:17 189:15
211:3

blank 60:19

blanking 236:24

blew 201:23 202:17,23

block 47:6 134:14 135:24
181:6

blocked 46:24 47:9

blowing 202:13 204:7

blue 79:21 100:11 176:15,16

blueprints 117:2,24 195:17

Bobby 15:4 65:23 111:10

bodily 231:14

bold 33:5

bore 134:19 136:2 181:7
246:21 247:3

bosses 77:22

BOT 185:20

bottom 59:1 72:1 89:7 130:2
138:21

bottom/the 58:17

bought 75:19 95:12 108:11,12
144:4,5 148:3 188:18,19

box 104:24

BQ 154:9 155:16,25 158:21,
22,23 160:11,12,19 161:4
173:23 174:2,4 198:7,8

BQ5 105:21 107:25 108:4,14
142:22 144:1,3,6 147:18
148:4,18,25 149:1,7,12,16,19,
22 150:1,5,9 155:11,13,20,25
161:9,12 169:10,17 196:8,19
197:2,7 198:16,23 228:8,11,
13,23 229:4,11,17 230:3,9,17
250:9

Bradley 12:4 19:3 27:22 28:8
29:3,6 41:10 46:12 105:7
148:1,7 149:15,18 192:8
200:9 201:14 204:13 205:12,
22,23

brain 187:19

brain's 189:1

brand 25:2 155:13,19

Brandan 59:16 60:19 87:21
93:5 110:7 126:24 142:25
180:7

brands 233:3

brass 234:2

bravo 12:1

brazen 205:3,4,24

break 9:12,15 50:19 67:24,25
161:24 218:9

breaking 65:14 68:25 79:24
81:4 224:19

brevity 73:10

briefly 7:11 224:24 226:15

bright 158:24

bring 33:2 115:8

bringing 65:17 243:22

broken 56:25

brought 137:8,10 245:8
248:15

browser 46:5

BS 140:8

Btw 72:7 73:11

buck 133:12

Bud 100:17

buddy 97:9,17

build 15:16,17 66:20 187:9,22
188:16

builder 87:23 95:20

builders 189:18

building 77:10 112:18 146:22
147:2 177:3 211:19 223:4,19

builds 78:22 79:6

built 68:3 111:8

John Vlieger
08/16/2022

**7**

**bulging** 118:21

**bull** 30:22 32:7 39:24

**bullshit** 212:3

**Bunker** 59:16 60:19 87:16,19, 21 88:3,6,18 89:5,13,20,22 90:9 93:5 94:3,12,22 98:22 105:3 110:7,16,21 111:13,22 112:4,9 114:2,5,12,20 115:11 118:13,20 119:8,16 120:18,23 121:9 122:19,24 123:8 124:9, 12,18,24 125:25 126:3,13 127:1,14,19 134:20,23 135:11 136:4,15 137:2 138:5,8,9,21 139:5 140:10,13 141:7 142:5, 11,25 143:23 144:19 145:13 180:7 197:1,6 198:6,18 239:12 243:10

**Bunker's** 133:6 134:13 137:20

**bury** 206:15 208:13,15,22

**business** 15:5 67:8 101:8,10 118:14 133:2 141:16 158:13 163:24 214:22 239:17

**busy** 138:4

**butt** 205:16

**buy** 64:6 70:16 75:23 107:14, 16,22,23 108:20 221:6

**buying** 78:22 79:5

---

**C**

**C-K** 15:6

**C-O-Z-E-L-L** 234:8

**CA** 159:2,5

**calculating** 16:5

**caliber** 30:22 233:11 245:21

**calibrate** 130:24 131:9 132:8, 14,25 133:16,19

**calibrated** 130:6,10 131:6 132:17 133:11,24 134:6,10 196:20

**calibrating** 135:23

**calibration** 132:21 133:11

**California** 158:17,22 159:2

**call** 27:15 44:10 53:5 78:1 85:14 98:19 102:24 104:17 152:5 197:7 198:14 199:5,10 208:9

**called** 27:7 29:7 107:25 108:14 144:6 147:18 148:18, 25 149:16 155:13 157:13 162:21 190:25 193:17 195:15 197:2 198:23 212:2 235:7

**calling** 23:7 29:10 85:18 150:3,7 195:9 199:7 242:2

**calls** 51:21

**camp** 194:24 195:8

**Canadian** 176:1,4

**capacity** 96:1 99:2

**capital** 104:15 184:20

**capitalized** 164:24 193:13

**caps** 33:5

**car** 70:16

**carbon** 143:8

**card** 86:22 87:2

**Cardamone** 9:6 251:8

**care** 18:7 78:19 193:23

**Carolina** 101:7 162:15,24

**Carpenter** 157:16,17,19 158:15,16,21,23 159:1,4,6,8, 13,15,21,25 160:12 166:11 168:16,25 169:11,17,22 171:23 174:3 250:9

**Carpenter's** 158:12

**carried** 22:5

**carry** 22:7 226:25

**Carter** 100:1,2,3,14,20 101:3, 4,16,17,21 102:3,22 103:3,12, 19,24 105:16,18 106:24 119:15 120:1 124:4 128:3,12, 22 129:5 132:25 133:3,10 137:13 181:16

**case** 9:5 13:20 25:24 76:2,20 172:16 193:25 231:24

**catch** 84:21

**caused** 111:18

**cave** 193:14,17

**cease** 90:23

**cell** 28:10

**Certificate** 158:8

**certificates** 24:17 158:6,11,14 163:21 164:3,8 165:23

**certification** 24:7 26:7,14 165:12

**certifications** 24:17

**certified** 7:6 95:17,18 163:22 165:15,19 166:11

**certifies** 165:8

**certify** 164:18,20 165:3,6 166:1

**cetera** 84:20

**chain** 99:25 100:2

**Challenge** 43:10 225:19 226:7

**chamber** 118:21 119:18,19,22 122:23 123:22 130:5 135:23 181:10,20,21

**championship** 225:12

**chance** 73:8 77:16 166:7 196:8 244:6

**change** 16:13,15,16,23,24,25 17:3,5 39:8 40:8,14,24 41:11, 14,16,18,21,23 42:2,12 103:10,17 135:18 137:9 198:22 246:12

**changed** 17:19 32:18,19 34:13 38:25 39:15 40:7,17 41:20 66:24 209:10 216:23

**changing** 39:7 246:24

**character** 187:8

**charge** 19:20 21:8 186:2

John Vlieger
08/16/2022

8

charges 186:1

Charles 46:12

chat 46:15 49:24 120:20 142:14,17 191:15 241:15

chats 194:12,14

cheap 130:19

check 11:16 27:7 44:23 45:15 87:5 95:21 119:13 124:8 179:1 227:17,20

checked 44:15 143:18 150:22 151:5 209:8,11,12

checking 122:2

Cheely 65:23 180:14,15 213:24 214:2,6,11,13,17,19 215:9,19

Cheely's 214:7 216:1

chemical 148:19 151:5 152:10,12,15 228:7 246:12

Chester 157:8

children 13:16

children's 187:8

choosing 129:4

chosen 129:7

Chris 234:8

Chuck 12:4 19:3 27:22 28:8 29:3,6,12 41:9,10 84:16 85:9 91:10,12 94:24 113:20,24 116:23 148:7 176:23,25 179:12,16 180:2 182:12 191:8,13,23,25 192:3,8 195:11 199:10 204:13 206:15 208:13,22 213:17

Chuck's 12:9

Chyla 7:6

Cindy 7:6 15:7 53:12 84:21 85:17 86:9 92:1 104:14 105:22 116:13 131:21 157:4 159:10,18 162:3,10 163:3,16 164:23 178:6 210:23

citizen 176:1,4

city 13:10

civil 45:22

CK 15:4,10 65:13,22,23 66:13, 15,21,25 67:4,7,11,17 68:9 111:10 143:18 150:22 235:7,9

claim 52:22 65:1 145:11 154:4 166:25 167:12 186:7 189:18 202:17 216:25 244:9

claimed 99:6 165:20 206:14 249:23

claiming 52:24 61:15 81:16 82:13,24 83:24 137:12 168:1 206:20 242:8

claims 53:9,14,17 59:24 60:7, 22 62:12 83:9 88:16 128:8 129:9 135:1 141:9 146:2 165:18,24 166:13 169:23 170:15,21 171:1,9,12,17,18 173:5,9 174:19 182:8 183:1, 21 192:9,12,14 194:8 198:22 202:13,22 214:22,23

class 126:14

classes 14:15,22

clear 8:13 79:4 119:9 133:24 191:22 228:4 229:3 238:23 239:13 240:3

clearance 112:6 222:15

clicking 241:5

clip 203:25

clock 238:3

close 133:2,4 141:4 203:18 221:8 246:10

closed 178:17 193:19

closely 133:2

clown 189:15,16,19

CNC 189:20

coat 118:14

coated 103:9

coating 206:13,14,21,22 207:4,25

Cody 218:24 219:8 234:16,25 235:1

cohorts 191:19

Colantone 201:22 202:22

Colantone's 202:12,17

cold 89:18 94:15,19

college 14:7,8,10

Color 125:12 126:1

comment 125:11,12 141:23 144:20 154:23 176:19,20,21 179:7,8,14,21 181:2 202:1,6

commenting 179:25 180:3,5

comments 135:23 144:19 178:1 202:12,21 247:11

commercial 15:22 237:2

common 73:17 187:8,14 211:16 235:12 240:16,20

communicate 52:7,11 60:8,21 75:8,12 101:20 118:1 123:4 202:10

communicated 46:22 62:3 75:14 80:9 83:3 102:1 245:19

communicating 90:2,10 115:24 117:18 208:12 243:25 244:12 245:16

communication 27:8,17 46:10 48:15 51:10,23 55:12 80:17, 19,23 90:24 117:16 137:2 141:12 174:24 209:9,13 213:8

communications 18:20 22:16 23:5 46:15,20 47:23 48:11,17, 22 49:1,8,10,17,22 50:4 51:1, 4,8,13 95:24 101:12 136:4 176:6 200:4 207:8 209:7

communicative 63:20

community 232:1 235:16 236:10 240:17,20 243:1

compact 247:12

compacting 118:19,23

compaction 119:5

John Vlieger
08/16/2022

**9**

companies 149:8

company 17:21 23:22,23 42:7 55:7 82:13 101:11 149:8 199:13 206:21,23 216:24 235:7

compensator 234:12 237:13, 14

compensators 233:8

compete 190:18 226:6

competed 43:9 71:14 175:14 226:9 234:20

competent 231:21

competition 67:12 175:15 224:25 235:21 236:22,24

competitions 226:9 231:22

competitive 43:1 235:16,22 236:13 237:19 238:9

competitively 225:2 227:11, 14

competitor 227:4

competitors 227:1

compilations 158:18 164:10

Complaint 154:21

complaints 53:2

complete 219:19 244:2

completed 45:12 158:9 219:21,22

completely 7:12

compliance 163:25

comply 164:7

composition 151:6 152:11,13, 15 228:8

compositions 246:12

compound 170:23 245:6

compromise 231:21

computer 20:11 33:12

concealing 238:20

conceals 238:18

concern 46:16 82:4 100:25 174:25 221:6 242:17

concerned 231:5 242:4

concerns 52:8 96:7,9 101:13

concluded 251:10

conduct 148:18 217:6

conducted 153:2 217:14 235:25

confident 111:22 214:16

confirm 70:4

confirmation 26:23 27:2

confirming 119:4

confirms 158:20 159:6,8 164:12,13

conform 34:8,14 39:1,15 40:8

confused 49:12 50:7 153:16

confusing 34:5

confusion 19:25

connection 10:15,17,22 11:1, 4 15:19,21 16:9 17:8,16,20,23 18:11 19:3,20 20:11,14 21:8 24:16,20 25:21 26:11 30:24 32:7,15 33:6 34:17,22 35:17 36:5,18 38:13,20 39:7 40:7,24 41:4,5 43:12,21,25 44:7 46:12 52:9,12,15 53:11 63:21,24 64:7,9,13,14,19,20,25 65:9, 10,18 66:3,14 69:1 73:19,22 86:25 90:4 95:9 97:21 99:2 101:10,21 102:2 107:24 108:13,21 117:12,16 122:6 137:5 144:6 147:22 148:3 152:1 170:22 173:1,21 179:19 182:9 183:1,10 188:11 196:24 197:2 198:7,8,12,16,23 201:13,15 202:7 212:2 214:16 220:4,10 248:4,13,19,25

considerably 237:2

considered 131:20 132:3 237:14

consistent 27:7 58:7 196:25 197:5 198:17,25 221:17 223:22

consult 62:16,19 91:11 116:4, 6 221:23

consultant 91:15 92:25 93:3

consultation 90:8

consulted 60:18 61:24 62:25 63:20 92:13,14 93:4 213:6 245:8,21

consulting 61:11,15

consults 220:11

consumer 250:8

contact 11:14 12:11,18 13:18, 19,21,22,23 27:22 28:22 30:1 207:6

contained 137:3 158:8,11 164:3

content 152:16

contents 50:7 158:5 163:18

continue 142:19 182:20 196:10,15 231:11,13,16,20,23

continues 189:19 196:18

continuing 191:6

contributing 111:21

control 143:19 150:23 153:9 194:18,20

conversation 83:22 100:20,22 102:12 104:1 107:21 108:17 113:20 131:1 140:1 141:10 142:16 144:11,12 145:4,5 147:22 148:2,7 154:16 155:24 156:2,5 185:12,17 196:17,25 197:4 198:9,21 199:14,24 200:17 202:15 203:7 206:24 208:21 218:23 229:8 245:10

conversations 48:19 49:2,5 51:16 59:23 60:6,8 61:14 94:4,12 108:1 118:7 127:18 175:9 180:2 192:1 201:19 209:15,19 213:23 215:19 218:23 242:17 243:8 249:8,16

John Vlieger
08/16/2022

10

convo 76:8 84:17

cool 85:2 104:9

cooperation 250:23

coordinate 244:4,17

copies 46:9

copy 222:23 251:6,8

core 103:13,19

corner 31:1

corporate 64:13

Corporation 157:17

correct 12:10,24 20:24 21:5
22:1,17 23:1,8 24:2 29:22
33:15 34:1,19,25 35:16,20
36:8 37:9,19 38:3,8 39:2,3,16,
17 41:12,18 42:17,19 43:1
44:19 45:1,5,6,8 47:21 50:4
51:2,3,9,14,15,18,24 53:19,
24,25 54:8,23 55:5,8,9,18
56:7,13,14,25 57:12 58:3,13,
14,15,21,24,25 59:2,3 64:21,
23 65:3 66:1 69:13,20 71:17,
23 74:8,9 75:12,13,15,16 77:6
78:13,14 79:24,25 80:3,10,15
81:5 82:8,25 87:19,22,24
88:4,16,17 91:4 92:9 95:10
97:8,23 98:4,19,20 100:4
101:14 102:13 103:20,21
104:12,18,19 105:10,11,17
106:7,13,25 107:3,12,13
108:21,25 109:1,8,12,15,17,
18 110:8,9,12,13 111:4,5,16,
17,18,19,24,25 112:10,11
113:12 116:23,24 119:6,7
122:7 124:16,17 126:2,8,12,
21,22 127:2,3,9,12,13 128:5,
10,24 129:1,5,24 133:7,8,15
135:19 136:9,20,22,23,24
138:24,25 140:8,9 141:12
143:10,11 144:2,3,7,10,13,17,
20 148:5,15 150:23,24 154:18
155:5,8,11,17 156:1,6,12,19,
23,24 160:25 166:5 171:10
174:13 175:17,19 176:1,2
177:15,16 178:11,12 179:22,
23 180:17,18 181:19 182:6

184:9,21,22 185:11,18
186:16,21,22,25 188:22,23
189:10,11,21,22 191:11,12
192:6 194:20 196:18 197:2,8,
13 199:18 200:6,7 203:18,19
204:2 205:6,7 206:3 208:19
209:7,13,25 210:1,2,3 211:11,
12 212:3 213:2,19 215:25
216:3 218:21,22 219:17,24
220:10,16,19 222:16,25
223:1,6,7,21 227:24,25 228:5,
6 231:1 235:4,5 238:21 240:8,
12 243:11

corrected 188:11,17 233:6
239:16 243:16

correcting 111:16

correction 184:24

correctly 33:24 56:4 73:22
106:8 145:2 181:15 197:16,18
221:3 247:13

correlate 54:20

correspondence 46:10

cost 250:2

counsel 7:4 64:12 70:10

count 236:23

counterclaims 137:1

countersuits 208:17

County 157:7 162:15

court 7:5 8:2,9 36:9,12,15
53:13 54:25 55:22,24 57:16,
20 63:7 68:24 71:21 84:22
90:17,22 91:21 92:20 104:9
105:24 109:20 116:11 125:7
131:12 143:15 157:13 162:22
163:6 175:2 178:21 208:17,18
236:20 237:22 246:22 251:2

court's 174:25

courts 78:3

covered 177:10 199:5

COVID 219:20 234:21

crack 68:1,4 111:18

cracked 67:20 206:14 207:5

craftsmanship 62:14 234:9

crash 111:18 112:4

created 23:12 189:5

credit 174:19

crew 191:16

criteria 245:16

critical 227:22

critically 220:6

crucial 238:5

crying 203:20

cryogenically 106:2

Cunt 210:25

curious 214:14,18

current 9:25 10:1 13:7,8 29:10
48:6 163:10

custody 153:9

Custom 15:8 22:22 42:19
43:12,20 44:4,7 46:17 48:23
49:2,6,14 51:2 53:6 55:7 68:5,
6,9 83:14 85:24 87:18 90:3
93:5,6,7 95:23,25 180:11
214:8 232:21

customer 13:1,4 63:19 64:4
79:14 99:13 165:2,25 223:15

customers 63:21 78:20
158:19 164:5,12 172:7 192:19

cut 9:2 55:23 249:23

cutting 196:2

cycle 112:6

cylinder 134:18 136:2,7

**D**

Dame 46:13 47:16,18 48:6
49:5,17,23,24 155:24 175:10,
12,21,23 176:10,16,17 177:8,
23 180:7,19,21 181:22 182:5,
11,12,13 183:14,20,22 184:25

John Vlieger
08/16/2022

185:20 188:21 189:9,21
190:7,15,24 191:4,13,24
192:3,9,15,17 193:5,9,16
194:10,12,16,19 195:23 196:1
198:7,18 202:11 203:1,10,13,
15 204:1,3,4 205:5 206:9,18
207:10,17,18 209:23 210:19
211:10 212:6 213:2,5,15
239:12,19,25 241:1,16 243:9

**Dame's**  176:8 178:5 181:1

**damn**  185:2,9

**Dan**  27:12,13,14 29:20 30:1,3,
5,7,8 102:23 103:1

**Dan's**  29:23,25

**Dang**  121:11

**Datasheets**  159:25

**date**  21:12 31:2,4,5 48:6 49:20
53:23 54:8 56:10,11 97:4
128:6 138:16,23 142:16 160:6
165:25 166:6 180:16 186:24

**dated**  82:3 110:19 114:8 141:8
195:20

**dates**  10:15 110:22 138:18

**David**  178:8,20 193:13,19

**day**  45:11,14 102:5 114:8
187:17 200:23 216:16,20
217:1 236:5

**days**  224:11

**Deal**  76:5

**dealing**  43:20

**dealings**  52:6,10

**dealt**  29:20 30:5,8

**debts**  208:3

**December**  100:14 121:25
137:24 138:23 141:2,8 142:18
177:16 180:16 186:24 189:8
195:20

**decided**  220:18

**decision**  220:24 222:23

**declaration**  156:8 157:3 162:8

166:8 168:9,12 169:17

**declarations**  169:22

**declare**  157:9 160:4 166:4

**declared**  168:25 169:11

**declares**  162:17

**deep**  133:20,23

**default**  84:19 151:13,21

**defective**  82:25 172:22 244:10
249:18

**defendant**  33:6 46:11

**defense**  236:24

**define**  67:25 166:1

**defined**  69:22

**definition**  47:14 151:12 169:7
225:8 246:1

**degree**  14:12 228:2 230:8

**degrees**  235:4

**deleted**  32:19,24 48:5,8
177:19,24

**deleting**  19:1

**delivered**  165:4

**delivery**  164:5

**Delta**  16:3 93:5 226:18

**demand**  121:24 122:5 139:2
173:3 179:19 201:14

**demonstrated**  123:5

**Department**  143:6

**depend**  103:15 233:1

**depending**  11:5,8 71:13 225:8

**Depends**  246:1

**depict**  109:2

**depicted**  60:2

**depicting**  58:23 59:6

**deposed**  35:25

**deposition**  7:1,7,8,25 8:4,8,20
9:19 29:5 142:2 180:6 187:16

224:1 232:5 244:1 251:10

**deposits**  177:1

**depth**  197:24 198:3

**Derek**  241:4

**derive**  228:20

**derogatory**  212:17

**describe**  30:19 32:5 39:25
57:13 58:16 59:4 82:1 104:20
178:13 181:4 187:1,25 188:5
224:1 235:15

**describes**  82:6

**describing**  32:23 152:7

**description**  16:14,20,23 17:6,
14,19 31:8,17 32:9,13,20
33:19 40:3,25 41:20,24 42:2,
10

**descriptions**  16:11 17:9,10
41:6,19

**design**  245:22,24

**designing**  245:4

**desired**  246:4

**desk**  77:23

**destroy**  200:10

**detail**  54:17 89:7

**detail-oriented**  59:17

**determine**  172:19 244:10

**determined**  143:5 172:17

**develop**  150:13 190:18 220:9

**developed**  196:9

**Develops**  179:8

**deviate**  17:14

**dial**  57:19,20,21 59:7

**diameter**  246:24

**difference**  130:3,5 134:14
197:23,24 230:8,17,24,25

**differences**  145:2

John Vlieger
08/16/2022

12

**dig** 133:20,23

**digital** 76:8 104:22

**dimensions** 220:19 221:9,12 246:5,6,19 247:2

**dimple** 24:24 25:15,23,24 26:2,4 86:22 96:21 97:3

**dimples** 87:1 109:5

**direct** 135:11 142:10,11,20 143:12,23 144:12 177:13

**directing** 135:8 192:1 207:10, 11

**direction** 87:7 191:18 241:16

**directly** 35:11 37:15 96:12 107:15,22 108:12 148:5 161:14 181:6 187:10 210:6 234:2 244:5

**disagree** 121:25 122:14,16 232:12

**disappear** 137:21

**discern** 98:9

**disciplines** 43:6

**disclose** 66:9,15

**discovered** 17:5

**discredit** 146:7,16,20,25 147:12 183:24 202:17,22 205:9

**discrepancy** 118:24

**discuss** 46:16 139:9 147:21 148:7 192:15 214:1 230:8

**discussed** 39:14 150:17 182:16 192:14,17,18 193:21 199:23,25 200:15,16 201:7 204:16 207:2 213:1 221:20 229:8 230:23 239:7,13

**discussing** 115:18,19 137:3, 18 193:25 199:17 205:18

**discussion** 63:7 109:22 116:19 148:16 163:6 176:10 177:25 178:2,21 179:3 194:9 205:17 246:22

**discussions** 115:9 190:17 249:17

**dislike** 93:11

**disputing** 97:13

**dissimilar** 220:5

**distributors** 142:10 158:19 164:11

**District** 232:7,16

**dividends** 216:23 217:8,15

**division** 226:24,25 236:25

**divisions** 226:21,22,23 227:2

**document** 32:11 33:4 39:18 40:24 45:23 50:13 80:25 81:6 82:1,3 88:5 100:5,7 106:16 123:5 137:18 144:8 157:2 160:24 218:20

**documentation** 244:19

**documents** 45:21 46:9 54:18 121:22,23 157:23 163:14 164:5 182:4,7 209:23 216:25 217:18

**dog** 190:2

**dollar** 131:2

**Don** 93:6 94:6,9 95:22 96:6 180:10,11 242:15

**Double** 240:24

**doubt** 111:21 166:13,25 167:11,16,17,19,23 168:9,12, 17 169:4,10,23 170:4 228:22, 25

**doubted** 61:17 62:11

**doubtful** 129:11

**Downingtown** 157:14 160:7

**download** 50:13

**downloading** 218:15 222:4,5

**downloads** 50:16

**Drake** 211:17 212:4

**drama** 47:15 193:21

**draw** 45:10

**drawing** 60:19

**dress** 187:9

**dressed** 187:8,11

**drink** 50:16

**drop** 106:3

**Dropbox** 46:1,2

**drunk** 198:13,21 199:3

**dude** 75:18 219:8

**due** 7:10 98:8 147:1 151:13 193:20 223:14 234:13,21 235:1 236:23 247:12

**duly** 7:19

**dunno** 56:20

**duper** 196:20

**duplicate** 102:24

**duties** 16:9,12 43:11,21 44:1 163:24 164:6

**duty** 171:25 172:4,6 173:2,10, 15,20 174:4,16,23 243:15,20 244:9

---

**E**

**E-H** 85:16

**E-R-L-A-N** 12:2

**earlier** 41:11 43:24 62:11 83:1 87:25 99:14 116:22 117:15 130:15 182:22 193:21 199:6, 19 204:17 209:6 213:2 215:4 229:8,22 241:12 243:8 244:1

**Early** 49:20

**easier** 221:1

**east** 12:15

**echo** 13:9

**Eddie** 221:22,23

**edge** 193:6,7

**education** 14:5 197:21

John Vlieger
08/16/2022

13

**Edward** 7:18,23

**effort** 183:20

**ejection** 67:2 233:5

**elbows** 77:11

**electronic** 46:10

**eliminating** 244:6

**else's** 45:15

**email** 16:24 18:21 19:20 20:6, 8 26:21,22,23 27:2 50:3 77:22 195:18

**emailed** 103:2

**emails** 17:18 18:18 19:1,4,6,7 20:3 40:23 137:4

**emojis** 212:9

**employed** 9:21,23 10:12,14 11:3,4,20 12:7 15:10,12,22 19:19 21:7 24:8,15 38:19 39:6 40:15 65:9 101:6 157:19 163:9 204:15

**employee** 64:25 99:2 157:16 162:25 243:15 244:8

**employees** 45:4 121:5 164:4

**employer** 9:25 10:1 173:2 179:2 244:9

**employment** 15:20 19:7 24:20 26:2 38:13 41:24 43:22 66:14, 22

**encouraged** 244:4

**end** 8:21 10:16 45:14 57:8 78:2 110:15 120:17 176:18 200:23 222:18 229:9

**engineer** 102:15,17,19

**engineering** 103:18

**enjoy** 205:15

**ensure** 7:11

**ensuring** 163:25 164:7 220:4

**entered** 187:25

**entire** 28:17 49:24 176:9

**entirety** 94:4

**entries** 85:24

**entry** 56:17 96:23

**equipment** 7:8 133:19 236:22 238:4

**essentially** 151:22 207:3 227:16 233:11 246:15

**established** 92:16 145:18 226:10

**esteemed** 87:24

**eval** 77:25 78:25 79:9

**evaluate** 113:21,25

**evaluated** 78:1

**evaluating** 114:1

**evaluation** 74:24

**Evans** 212:24

**event** 53:4 77:4

**events** 158:7,9,10 164:2 225:15

**evidence** 8:2 75:1 130:23 132:7,24 161:3,8,11,16,18 169:16 170:6 193:22 194:14

**evidentiary** 232:10

**exact** 21:12 119:18 193:14 199:22

**EXAMINATION** 7:21 224:5 247:24

**examinations** 148:19

**examine** 25:22 223:14

**examined** 7:19 24:19,25 26:1, 3

**exception** 227:18

**exceptionally** 198:13

**exceptions** 97:19

**exchange** 101:5

**exchange/warranty/et** 84:20

**excluded** 223:3,18

**exclusive** 220:9

**exclusively** 51:18 73:21

**excuse** 50:15 133:3 151:23 174:14 179:2 210:22

**executed** 160:6 166:5

**exhibit** 30:16,19,20,21 32:3 33:2 39:10 45:17 50:9 54:16, 19 57:2 58:7 62:10 72:1 81:24 84:7 94:14 99:22 109:19 110:2,5 154:13 156:9 160:3 162:6 175:7 176:6,8 184:18 190:6 202:1,8 203:8 208:25 212:21 213:20 218:7,14 222:1

**exhibits** 7:4 30:13

**exist** 40:23 133:5

**exists** 139:8

**expect** 114:11 146:5 229:20 230:6 236:23

**expected** 145:8 184:11 230:23

**expecting** 196:21

**expensive** 121:10

**experience** 157:21 163:11 180:20 182:14 184:14 194:7 202:2,5 227:20 237:6 247:25

**experienced** 133:21

**experiencing** 237:9

**expert** 77:13 112:21,24 113:2, 6 130:15 197:25

**experts** 130:16 131:20 132:3

**explain** 10:6 21:16 42:1 203:21 204:17 226:15

**explaining** 155:9 187:16

**explicit** 242:16

**explicitly** 41:25 43:13 51:6 155:8

**express** 234:9

**extent** 15:18 36:13 47:19,20 165:20 167:25 173:8 182:24 241:2

extremely 116:4

## F

face 20:1 212:5 234:1,3

Facebook 48:14,15 51:5,6,8, 18 53:22 82:12 110:6 122:6 125:6,7,9,14,16 134:23 135:9 136:9 138:11,14 139:8,14,17, 19,22 193:17 201:15 202:6,11 204:7 209:14,25 210:11,17

faces 189:15

facetious 86:19

facilitate 96:11 98:12 245:13

facility 95:18

fact 51:5 97:12 117:17 126:23 133:1,10 161:8,11,18 165:15 167:20 187:16 198:21 201:2, 3,12 245:9 250:2

fact-finding 130:13

factors 111:21

factory 201:23

facts 92:15 115:20,21 157:11 162:20 172:16 244:2,13,14,16

faded 199:15

failed 112:17 233:10

fair 18:24 36:1 122:4 129:3 132:23 148:11 161:2 178:23, 25 179:4 228:1

fairly 214:16 240:16

faith 78:2,18

fall 249:9 250:10

false 61:16 165:24 168:4,8 239:3

familiar 10:5 42:19 113:7 152:12 195:24 248:11

fast 142:12

faster 33:12

fault 131:15

faulty 234:13

favor 244:14

favorable 126:21

fax 18:21,22

FBI 216:13

fear 73:4

February 198:10

Federal 8:2

feedback 60:15

feeding 67:2 182:19 238:2

feel 242:18,25

feelings 91:16 92:17,25 115:19

feet 13:11 17:22 42:7

felt 101:13 192:20

Fiato 7:21,24 8:3 14:4 15:9 19:13,18 25:12,13,18 28:9,15 29:15,19 35:4,14,15 36:1,3,4, 17 37:1,6,12,18 38:2,12 39:5 40:2,13,22 42:16 50:20,23 53:12,16 55:4,23 56:3 57:21, 22 61:2,3,13 63:11,22 64:15, 17,24 66:19 69:1,7,11,19,23 70:7,12,17 71:3,16,19,23,25 80:6 81:12,20 82:7,21 83:6, 17,21 84:4,21,23 85:16 86:12 88:10,14,23 89:3,12 90:7,14, 18,20 91:2,8,23 92:1,6,22 93:2 99:20 102:11 104:14,16 105:22,25 106:1,18,23 107:7, 20 108:19 109:25 110:1 113:1,5,11,16 115:22 116:5, 13,17,20,21 117:9,14 123:13, 18 124:3,10 125:8,10 127:8 128:15,19,21 129:2,19 131:14,21 132:4,22 133:22 134:4,12 137:19 140:5 141:19,23,25 142:4 143:20 145:25 146:12 147:4,10,23 148:23 153:4,11 154:8 156:16 157:4,6,25 158:3 159:10,12, 17,19 160:17 161:1,7,17,25 162:3,5,10,12 163:2,4,7,8,15, 17 164:23 165:1 166:19,21

167:5,18,24 168:14,21 169:5, 15,21 170:5,10 171:5,22 172:5,13,18 173:14,22 174:11 175:1,4 178:6,7 179:6 183:15 184:7,16 188:4,7,9,20 190:3,5 200:25 201:10 205:1,21 206:2,5 208:8 209:2,5 210:22, 24 211:8 212:20 215:5,15 217:12,22 218:9,13 223:24 224:4,16 228:15,24 229:12 230:10,19 232:2,6,12,15,25 235:17 236:19 239:22 240:5, 9,13 241:9 242:10,22 243:3,8, 17 244:24 245:6,18 249:22 250:19 251:7

figured 72:11 77:11 142:14 244:18

filed 34:7,10 37:22 38:6

filing 149:21

fill 44:1 45:8

filled 27:6

find 70:9 123:23 130:16 148:25 149:25 153:5,6 192:25 195:9 217:14 241:4 246:4

findings 195:10

fine 50:17 99:21 100:9 122:22 161:25 197:20 199:20 213:22 223:16

finish 9:1 69:10 103:13

finished 60:1 128:16 131:15

finishes 103:17

firearm 70:5 233:4,11,25 238:4

firearms 73:17 151:23 232:1 233:24 234:4 235:12 236:14

fired 212:7 213:14 233:4,12

firmly 194:23

fit 39:24 112:3,18 115:1 182:18 186:10 221:1,11 233:9

fitting 221:16 223:10,11 227:19 235:1

John Vlieger
08/16/2022
15

**fix** 211:19,24

**fixturing** 134:19 136:3

**flag** 129:18

**flat** 54:5 55:12 58:2 62:5,8

**flawed** 97:16

**Florida** 88:1

**fly** 122:20

**flying** 121:22 233:8 237:13,14

**focused** 246:5

**foggy** 132:10

**Foley** 46:13

**folks** 104:3

**follow** 181:1

**follow-on** 79:10 105:1 135:25

**force** 153:8

**foregoing** 160:5 166:5

**forgot** 117:12

**form** 19:11 21:4 25:11,17
35:1,2,22 36:11,14,21,22
37:10,16,25 38:9 39:4,21
40:10,19 42:13 60:24,25 61:7,
8 63:4,14,15 64:11,22 66:17
68:21 69:17,18,21 70:2,3,23,
24 71:6,7,18 80:4,5 81:9,18
82:2,19 83:5,16,19 84:1 88:9,
21 89:10 90:5,12 91:5,17,18
93:1 99:16 106:14,20,21
107:4,17 108:15 112:22,23
113:3,4,9,10,13,15 115:16,17
116:1,2 117:6 123:10,11,16,
25 124:1,6 127:7 128:14,25
129:15 132:19 133:17 134:1,
2,8 137:16 140:3 141:17,21
145:22,23 146:9 147:20
148:21 156:13,14 160:14,21,
22 161:6,14,21 166:18 167:3,
14,21,22 168:10,19 169:2,12,
20 170:1,8 171:3,19 172:2,3,
10,11,15,20 173:12,13,18,19
174:6,7,21,22 175:3 183:13
184:4,10 200:22 201:8,9
204:23 205:13,14 206:1 208:5

211:6 212:18 215:3,12 217:9,
21 228:15,24 229:12 232:11,
25 235:17 236:19 238:20
239:22 240:5,9,13 241:9
242:10,22 243:3,17 244:24
245:6,18 249:22

**formal** 59:9 120:23 121:1,5

**format** 187:2,14 211:16

**forms** 21:2

**fortunately** 112:10

**forward** 74:15

**forwarded** 178:10 213:5

**found** 77:16 92:10 118:24
153:15 216:18

**foundation** 228:16 229:13
230:20 232:3 236:19 242:10,
22 243:3,17 244:24

**fourth** 187:20 188:18

**frame** 227:19

**fraudulent** 44:14

**Fredenhagen** 93:6 95:22 96:6
180:11 242:15

**freebee** 76:3,4

**frequent** 237:18

**frequently** 227:8 238:8

**Friday** 85:19

**friend** 178:20 182:13 183:14
199:7,9 212:24 233:4

**friends** 127:15 175:21,23
234:7 241:17

**front** 76:1 106:16 221:12

**froze** 147:3,6

**frozen** 90:20

**fruition** 190:20

**fuck** 77:20 187:12 204:17

**fucked** 196:21 211:24

**fucking** 55:14 58:6 186:8

**full** 211:3

**fully** 220:22

**function** 63:19 227:17,20

**FYI** 73:12

## G

**G-N-Y-R-A** 233:19

**gaps** 54:20

**Garcia** 221:20,22,23 222:7,10

**gases** 160:2

**gave** 73:8 77:15 140:1 220:15
223:8

**general** 14:16,17 237:20

**generally** 237:14 238:19

**gentleman** 203:20

**gentlemen** 158:1

**George** 11:12,13,20 53:3

**giant** 129:17

**GIF** 203:19,21 204:3

**gist** 197:10 199:13

**give** 7:15 13:24 14:1 19:25
32:20 33:12 50:13 64:4 77:19
85:9,14 96:11 103:2 151:25
174:19 183:19,22 188:10
194:18,20 199:8 204:17 230:3

**giving** 148:6

**glad** 55:10 122:19 223:25

**Gnyra** 233:19

**goal** 239:13 246:9

**goals** 98:16

**God** 7:16 79:15

**golf** 13:8

**good** 7:5 9:4 62:13,23 63:3
78:2,18 85:9 90:2,10 99:11
115:13,23 120:3,7,11,12,20
123:7,14 142:14,17 179:13
183:9,17 218:11 224:6

John Vlieger
08/16/2022

16

**Google** 151:16 152:6,14 153:4,5,15 154:6 217:3,7,14

**grab** 45:11,13 50:15 226:10

**grade** 142:21,22 143:24 158:21,23 159:7,13 161:19 164:13,23 165:22 166:1 167:17

**Grade-type** 164:22

**grand** 226:18,19,21,23 227:2

**Graphical** 203:22

**Graves** 13:8

**great** 126:15

**greater** 197:24

**green** 11:12,13,15,21 155:4

**grips** 214:7,12,13,20

**ground** 13:10,13

**group** 46:15 139:8 178:8,15, 16,18 191:15 192:1 193:20 194:12,14 234:7 241:15

**guarantee** 186:10

**guess** 14:15 21:12 104:1 140:25 154:12 229:11 236:13 246:18

**guessing** 224:3

**gun** 15:4 62:20 68:3,23 71:12, 13 75:25 77:10 87:23 104:10 110:25 111:8 112:18,21,24 125:22 150:3,8,22 151:13 152:24 165:19 186:21 202:3 213:24 221:1 222:9 233:9 234:13,22 235:10 236:24 237:14,18 248:9

**guns** 15:8,16,17 22:22 42:19 43:12,20 44:4,7 46:17 48:23 49:2,6,14 51:2 53:6 55:7 56:25 63:18,24 64:6,20 65:13, 25 66:6,10,12,14,25 67:4 68:5,7,10 75:24 79:23 83:14 85:24 87:19 90:3 143:18 146:22 147:2 177:3 194:8 211:19,24 214:8,13 219:6 223:4 227:8,14 232:21,24

237:12,18,20

**gunsmith** 14:18,24 15:1 39:24 56:5 59:17 65:15 87:24 89:6 90:24 92:8 112:19 180:10 218:2 227:24

**gunsmithing** 14:23 15:18 228:2

**gunsmiths** 22:20,23 62:25 90:25 91:4,6,9 92:5 95:5,7 116:4,6 206:24 220:12 221:4 246:21

**guy** 103:18 114:21 115:14 127:14,19 142:5 154:25 176:25

**guys** 87:7 96:21 97:3 221:16 223:9

---

**H**

**H&m** 103:4

**H-E-S** 176:24

**H-T-E** 222:22

**habit** 25:2 209:18

**haha** 118:13 127:1

**half** 179:8 249:23

**halfway** 52:1

**hand** 7:13 128:23,24 172:21 243:22

**handful** 16:19

**handguns** 139:9

**handle** 16:17 21:23 76:13 84:20

**handled** 27:8,10

**hands** 96:12

**Hang** 28:4

**happen** 98:17 122:9 152:10 220:4

**happened** 17:1 53:8 193:12, 16 244:10 249:25

**happy** 215:22

**hard** 91:16 92:24 95:1 113:22 150:2,15

**harder** 103:16 119:18 196:6 198:17

**hardness** 24:6 31:21 57:14 58:18 59:6,10 96:7 99:13 103:17,19 104:23 109:13 114:9,10,18,22 119:16 126:18 130:14,17,19,21 131:4,5 136:7 142:22 144:2,7 145:8, 12,19 159:23 169:1,8 180:24 181:6 197:6,12,15 201:24 202:18,23 228:11 229:17,21, 23,24,25 230:5,9,18,24 231:2 247:7 248:9,16,23

**hardnesses** 148:13

**hate** 196:1

**he'll** 184:2,9

**head** 8:11 11:17 94:2 114:4 176:18 211:23 216:1 242:16 251:7

**header** 178:15

**heads** 103:2

**hear** 8:17 36:10 53:12 54:25 71:22 90:21 91:21 103:11 108:7,8 116:11,14 139:4 140:7,11,13 147:5 188:13,15 219:8 224:20 236:21

**heard** 7:12 29:8 114:20 137:22 149:15 150:5,9 197:22 224:16 233:7

**hearsay** 232:2,4

**heat** 31:15 33:22 76:9,11,25 82:14 95:17 96:16 97:14 196:11 220:7 230:1

**heat-treat** 74:5 76:9

**heavily** 196:11

**heavy** 219:23

**held** 7:7 59:20 109:22 116:19 179:3

**helped** 15:17 98:6 150:12 244:21,22

**helping** 192:25

**Hendricks** 101:6 102:13

**Hendrin** 12:8

**hereinafter** 157:17 163:1,3

**hereto** 157:24 163:14 165:17

**Hes** 176:24

**hesitant** 215:21

**hey** 53:6 180:20 184:13 245:11

**high** 14:11 71:11 89:6 160:3 236:23

**higher** 197:17 225:11

**highest** 14:5 226:19

**highlight** 187:17 189:13

**highlighted** 52:2 53:21 54:7 72:2,6 74:12 84:12 85:6,11 110:14 113:19 140:6 219:1 222:8 223:2

**highlights** 53:23 223:25

**highly** 87:24

**history** 43:18 176:10

**hit** 56:20 133:21 213:15

**hockey** 76:24

**Hoffer** 139:20 209:25 210:19 212:12,14

**hold** 227:24

**holding** 58:19

**home** 150:14 236:24

**honest** 115:1 205:16

**honestly** 126:6 177:21,22 190:14 207:15

**honesty** 235:16,20

**hood** 118:19,22 119:5

**hoods** 247:12

**hope** 120:18 156:15

**Horowitz** 22:22 24:10 25:24 42:17,21 43:20 46:17 48:23 49:3,6,13 51:1 52:7,11,19,24 53:6 54:2,14,23 55:2 56:9 58:21 59:24 61:5,16,19,24 62:4,7,13,16,19 64:19 65:17 74:17 75:4,17 76:23 77:15,21 78:15 79:22 81:2,16 82:24 83:24 84:11,12 85:1 86:8,13, 17,21 87:6,15 89:13,17,24 90:9 91:16 92:9,25 93:9,11, 14,18,22 94:15,19,23 95:11 98:13,18,23,25 99:6 115:11, 14,25 119:25 122:24 123:8,24 126:21 127:25 128:8,12,22 129:5,20 132:8,13,17 137:1, 13 141:9 145:14,18 146:17,25 147:13 166:13 167:1,10 170:11,15,21,25 171:9,13,17 173:4,9 178:3 182:8 183:2,11, 24 186:12 189:6 191:16 192:5,6,13,15,25 193:8 194:1 198:10 199:2,18 200:19 201:6,14 205:11,15 206:19 207:3,6,9,10,21,24 208:9,12 209:20 212:17 214:1,7,12,20 215:10 216:8,12,15,18 217:23 218:2,5 221:15 223:8 238:25 239:3,6 241:8 244:21 247:5 249:10,13,16,20 250:3,5

**Horowitz'** 129:9 174:19

**Horowitz's** 60:7,22 61:17 62:12 74:25 76:1 134:10 146:2 167:12 169:23 235:15 236:1,8

**horrible** 218:2

**Horwitz's** 54:2

**host** 20:18,21

**HRC** 104:25 159:24 169:1

**human** 187:19

**hundred** 131:2

**hundreds** 25:20,22 26:1

**hunt** 151:20

**hurt** 76:20

**hybrid** 21:13,16,18,24 22:4,14 23:1,6,12,15 62:17 73:16,18 219:7,16 220:8,9,18 223:4,13 243:23

**hybrids** 221:7,16 223:19

---

**I**

**I-N-C** 159:17

**idea** 8:24 43:19 69:16 90:2 99:11 106:4 107:11 115:13,23 120:7,11,12 123:14 127:22 138:4 139:25 180:1 183:9,17 211:7

**identify** 17:2

**identity** 238:18,20

**IDGAF** 77:16

**IDPA** 43:8,10

**illegal** 183:7

**image** 134:6 178:10,13,15 187:2,7,10,18,21 189:14

**images** 60:14,16,17 186:23 187:15,19,25 188:2,3

**imagine** 130:7,11 187:3 211:17

**IMM** 73:12,13,14 219:12

**immediately** 15:21 54:7 126:10 184:24 197:3

**impact** 237:12

**implement** 16:15

**implied** 230:6

**implies** 211:17

**important** 60:20 61:4

**impossible** 173:21 185:3,9

**impression** 127:10 130:20,21 134:11 150:10 151:21 199:8, 23 230:3 235:20

**impressive** 187:20

John Vlieger
08/16/2022

**improper** 130:19

**improperly** 118:24

**inadequate** 230:7

**Inaudible** 55:20

**inches** 219:13

**include** 12:5 43:10,15 136:8 137:11 244:17

**included** 12:3 46:13 53:17 67:3 246:4

**includes** 12:22

**including** 41:9 120:8 124:22 137:13 165:7 243:9

**income** 63:6,9

**incorporated** 10:15 46:11 159:17

**incorrect** 23:9,10,11 80:16 135:20

**increase** 231:14,17

**indentation** 25:10

**independent** 74:18 76:22 78:18 89:21,23 90:11 91:15 92:24,25 93:3 94:22 115:15 126:18,20

**independently** 78:1 96:14,15 99:3,8

**indicating** 34:17,21 58:12 207:23

**indication** 24:13,24 25:6

**individual** 18:5 24:14 44:16 48:16 58:23 175:10 210:19

**individuals** 61:11 93:9,13,16

**industries** 163:12

**industry** 150:4,8 152:24 157:22 158:19 163:23 164:12 215:21 235:23 248:1

**inexpensive** 130:19

**inferior** 230:7

**Infinity** 73:17 247:11

**inflammatory** 115:7,8,10,15

**influence** 9:17 222:25

**info** 55:21 56:2 112:8

**inform** 141:11 208:6

**information** 12:11 13:19,24 14:1 20:20 28:22 35:8,10,20 36:18 37:4 45:21 60:20 61:4, 10 63:6,9,12 92:17 119:2 120:12,13 130:8,13,17 131:5, 7,8,10,16,17,24,25 133:5 134:9 136:3 140:24 144:10 154:6 170:3 172:7 178:19 179:5 182:19 184:11,12 191:15,17 194:4,6,7,13 204:19 207:16 212:17 217:4 228:23 239:14,21,25 241:1

**informed** 77:1 94:24 123:21 140:15,18,21 147:24 148:1 154:12

**initial** 179:19

**initiated** 16:24

**injury** 231:14

**Innovations** 101:5,11

**input** 89:21,23 94:22 220:15

**insert** 130:6 135:23

**inside** 222:14

**insist** 28:9,11

**inspected** 95:16

**inspection** 45:22 74:22 82:17 129:17 249:11,18,21 250:3

**install** 219:6 227:17

**installation** 227:16

**installations** 227:16

**installed** 67:22

**instruct** 238:23 239:2,5,9,10, 11

**instructing** 192:8 239:19

**instructions** 134:20,24 135:2 136:6,16,18

**instructs** 9:9

**insurance** 73:7 189:20

**integrity** 229:11 231:6

**intent** 184:22 240:12

**intentions** 75:5

**interaction** 133:9

**interest** 64:20

**interested** 63:24

**interesting** 114:25 142:25 194:4,23

**interface** 203:22

**intermission** 209:8 210:15

**internally** 17:19 147:21

**international** 164:22 226:1

**Internet** 69:3,10 71:20 148:18, 24 149:7,25 183:20,23 189:3 192:4 236:2,11 238:14,17,21 239:20,21 241:8 242:19 243:2,14

**internship** 14:25

**internships** 14:24

**interrogated** 28:18

**intoxicated** 201:3

**inventory** 20:24 21:1 99:8,12

**invested** 79:19

**investigate** 244:9

**investigation** 216:13

**involve** 15:15 16:4 182:18 244:5

**involved** 13:4 16:5 20:23 22:16 75:15 84:20 88:15 89:9 95:24 96:3 101:17 140:23 182:12,15,17,20 191:2 192:9, 13 195:12 207:16 216:4,9,16, 19,20 217:1

**involvement** 23:25 96:5 236:5,8

**involving** 78:2

**Iraq** 224:14,23

**irrespective** 246:25

**island** 222:9

**issue** 52:17 68:18 69:6,7,8 71:15 82:16 83:4 92:5,8 96:9 112:17,18 127:4 172:21,22 188:11 233:6

**issues** 20:16 52:20 62:20 63:18,19 68:13,17 71:10,12 76:1 82:14 114:11 115:19 147:21 193:25 195:13 247:4

**it/figuring** 89:7

**items** 43:15,16 227:21

**J**

**jacked** 75:24

**James** 139:23 233:5,22,23

**January** 46:8 49:25 82:3 83:18,23 110:11 122:10 203:14 219:2,15

**Jeff** 242:15

**Jerry** 201:22 202:12

**job** 16:9 43:11 102:15 163:24 164:6

**jobs** 227:15

**John** 7:18,23,25 28:9 36:25 57:3 74:12 75:23 95:12 96:24 97:7 98:13 113:19 176:12 211:2,3 212:7 213:14

**Join** 36:2 37:17 38:1,10 39:22 40:11 42:14 82:20 84:2 99:17 106:15 107:5,18 108:16 123:17 124:7 161:15,22 167:4,15 168:11 169:13 170:2,9

**joke** 205:10,12 234:1,4,6

**jokes** 205:16

**July** 166:6

**jump** 154:13 156:8

**juncture** 129:7

**June** 31:5

**K**

**K-A-R-T** 104:15

**K-E-I-G-A-N-S** 65:24

**K-O-Z-E-L-L** 234:11

**Kart** 104:10,11,14 248:19,23

**keeping** 191:8,23,25 193:6,7 194:1,3

**Keigans** 15:4 65:23 111:10

**Kentucky** 13:13

**Kevin** 247:22

**Key** 130:3,5

**kicking** 219:20

**kind** 12:15 51:4 111:11 191:8,17 194:9 227:13

**kinda** 103:1

**kissing** 178:8

**kit** 17:4,5

**KKM** 16:21 21:9,24 22:8,16,17,25 23:11,25 24:1,7,17,19 26:6,8,19 27:2,10 29:20 30:2,22 31:9,14 32:6,14,21,24 33:20,21 34:8,10,18,22 35:8,9,11,18,21 36:6,19 37:5,9,13,15,22 38:6,14,20 39:8 40:4,9 41:1 42:10 43:14,15 44:4,7 46:11 52:12,17,21,25 53:18 59:24 60:7 61:6,19 62:17 66:23 67:4,21 68:9 71:13 73:19 76:11 80:9,15,18,20,23 81:15 82:3,13,23 83:25 86:25 87:1 88:19 90:3 95:17,25 96:12,14,15 97:13,16 98:11,15,23 99:3,9,15 100:17 101:1,13,21 102:2 103:17 106:12 107:3,15,22 108:12 109:5 111:12 112:12 114:21 116:25 118:2 120:21 121:5 122:22 123:21 125:5 128:23 129:4,12,17,22,24 135:1,4,9 137:7,

21 140:17 142:9,15,17 143:24 144:5,13 145:3 146:5,16 147:1,14 148:5 157:24 158:6,11,15,17,20,25 159:3,6,8,13,14,15,20,21,22 161:13 163:14,20 164:3,9,12,16 165:4,11,17,18,23 166:2,11,24 167:10 168:1,7,25 169:24 170:13,22 171:24 172:7 173:16 174:18 182:9 185:2,6,8 196:4,23 197:1 198:6,7,12,16,22 201:23 202:13,17,19,22 206:16 208:14,23 212:2 213:15 219:5,16,25 220:9 221:10,11 222:9 223:14 231:6,8,11,13,16,20 242:4,5,8,20 243:14 244:5,9,22 246:10,16 247:23 249:11,18,21,24 250:3,8,12

**KKM's** 34:14 39:1,15,19 81:19 82:6

**knew** 79:16 92:8 131:18 132:1 149:15,18 150:4 214:15

**knowing** 184:14

**knowledge** 17:13 18:16 19:17 22:9,25 23:11 40:23 41:3 44:3,6 46:21 51:25 101:16 132:17 151:7 157:11 158:4 162:20 163:18 215:11,13,16 219:20 228:2,7,10 246:13,14 249:24 250:7,10,12,15

**Kozell** 234:8,11

**L**

**lab** 72:16,17,20 74:18 75:5,18 77:7,21 78:18 79:22 80:2,8

**label** 96:11

**labeled** 104:25 157:24 158:11,14 163:14 164:3,9 165:23

**laboratories** 163:22

**lack** 36:22 236:14

**language** 32:17,23 34:7,12 37:24 38:4,8,16 115:7,8,10

John Vlieger
08/16/2022

20

large 17:12 225:24

larger 247:2

largest 99:13 226:3

late 229:16 230:2 231:10

laughing 135:15,17 212:10

lawn 15:22

laws 160:5

lawsuit 34:7,10 37:22 38:6
149:21 194:17

lawsuits 82:5 121:10

lawyer 140:11

lawyers 8:12 9:5 152:18

leading 130:12 227:6

learn 59:15 89:23 149:3
151:10,15 154:11 248:8,22

learned 90:1,8 147:16 148:17,
24 149:21 168:15

learning 59:12 244:16

left 11:9 29:7 55:13 94:16
220:2

legal 121:21 204:5 205:18

legalese 121:23

legalish 121:23

legit 94:24

Lemme 100:17

lemon 187:22 188:16

length 73:16 141:11 219:12,13
245:20

lengths 140:16,19

lesser 47:19,20 241:2

letter 15:6 81:7,10,14,23
121:20,24 122:5 139:2 179:20
201:14,17 226:17

letters 140:11 203:11,15 204:6
205:18

letting 17:3

level 14:5 180:21 235:10
237:19 238:9

levels 65:21 235:13

Lewis 241:4

Lexington 205:5

liar 217:24

lies 239:17

life 68:22

light 108:2 194:5 214:13 238:1

likes 89:13 91:3

limit 180:2

limited 46:14 90:25 92:4 96:1
116:4 226:24

limits 152:15

lines 150:13

link 97:20 192:19,21,24

liquids 160:2

list 113:21,25 127:15

listed 30:2 31:5 39:19,23
93:16 202:1

listing 30:21 32:6,12,13

literally 248:7

litigation 176:20,21 180:1

living 150:14

LLC 163:1

Lmao 134:20 135:13,15 212:6
213:13

loaded 57:6

loading 10:6 57:4

located 88:1

lock 112:5

locked 178:9

log 137:3

LOL 55:13

long 10:8 65:8 87:14 94:25
104:8 175:12,23 196:17 199:5

224:9 225:2 231:8

longer 32:19,20 167:17
233:19

longevity 221:4,5

looked 24:21 125:5 185:25
200:4 216:18

loose 146:21 233:8

losing 205:19

lot 28:16 43:15 112:9 133:8
197:11 215:1,9 220:6 236:16
241:3 242:19,25 247:3

low 60:3,10 61:5 62:1 124:15
145:15

lower 56:18 105:13,20 109:13
137:14 142:22 144:2,7 148:4
197:12,14 210:2 235:10 238:1

lug 105:2,10,20

lug/link 54:6 58:3,20 109:6,14

lugs 60:1,2,9 61:6,25 98:23
111:23 112:2 118:18,22
119:4,5,25 120:4,9 122:23,25
123:8,22,24 124:5 128:4,9,10
137:14 181:23

Luke 23:5 30:6,8 52:23 53:2,3,
9,14 54:4 55:17 56:20 58:1,12
59:21 72:7 74:15,19,23 75:4,
17 76:8 83:8,12,13,22 85:13
87:12 88:3,20 94:24,25 102:2,
24 103:2,25 106:9,11,24
107:8 108:1 109:16 120:21
129:20 132:11,13 142:15,17
144:10,12 145:4 147:24
148:2,7 154:12,17 155:3,16
160:23 173:25 185:6,7,8
190:17 197:4 220:2 228:21
244:18 249:8

Luke's 132:21

lunch 109:23 209:12

lying 61:16,19 170:12

Lyman 10:1,3,8,9

**M**

**M-A-R-C-A-N-I-O** 162:11

**machinability** 151:14

**machine** 63:18 130:7,10,24
131:2,9,17 132:1,8,14,17,25
133:11,16 134:6,15 135:23,24
182:13 196:20

**machine's** 132:21

**machine/fit** 196:6

**machined** 230:1

**machines** 10:4,6,7 95:18
133:20,24

**machining** 235:1

**machinist** 56:1,5 182:13,21
184:14 235:2

**Madam** 36:12 237:22

**made** 16:13,23 17:4,6 22:14
31:14 33:21 34:18,23 35:9,18
36:6,19 37:14 38:14,16 41:21
42:4 52:12,22 53:9,14 76:10
82:14 83:13 87:10 94:23
98:19 103:16 108:14,18
131:11 141:9,12 146:4 148:4,
25 161:4 164:4 165:18 166:13
167:2,13 168:8 169:24 170:16
171:1,10,18,24 172:8 174:12,
17,20 192:12,14 197:11 207:4
222:23 223:25 250:8,13

**mafia** 205:6

**magazines** 238:3

**main** 30:2 223:3,9,17 239:13

**maintenance** 20:17

**major** 14:14 68:23

**majority** 142:9

**make** 8:7 16:10,15,16,18,20,
25 17:9 21:14 22:11,12 23:1,
6,7 25:2 32:14,20,24 41:4
42:9 44:14 79:16 92:15 97:18
98:16 134:17 135:7,12,18,25
136:1 137:9 140:15,24

144:22,23 145:21 146:6,14
156:22 166:12,24 167:10
174:18 177:9 189:17 192:9
206:20 209:12,18,22 211:3
214:6 215:4,20 221:8,10,17
222:15 223:14 227:22 239:19
243:16 247:2,10

**makes** 65:10 120:18 134:14
137:4 144:19 156:12 176:25
177:9

**makeup** 189:15,16

**making** 9:5 63:24 64:20 95:8
150:19 154:24 155:2 156:12,
18 171:13 215:1,9 247:13

**malfunction** 238:8

**malfunctioning** 231:18 233:3
234:1

**malfunctions** 238:2

**man** 56:21,22 76:20 77:11
79:21 115:24 142:5 150:15
177:5 189:14 190:3 203:17
204:11

**manage** 42:3 45:7

**Manager** 163:10

**manner** 181:9

**manufacture** 10:7 17:6 40:25
42:11 149:9,25 186:8

**manufactured** 31:14 33:22
165:14

**manufacturer** 17:7 57:15
84:19 104:11 149:12,19,22
150:8 157:18 163:5 248:2

**manufacturer's** 17:14

**manufacturers** 17:10 95:5,8
150:4 173:16 235:10

**manufactures** 165:8

**manufacturing** 23:13 40:1
77:10 82:6,15

**Marcanio** 162:9,17 166:6

**March** 10:16

**mark** 10:1 25:5,15 85:16

**marked** 109:5

**market** 21:25 221:8 222:24
243:22 245:9

**marks** 63:18 163:2,16

**married** 13:14

**mask** 234:2

**mass** 21:20

**master** 226:18,19,22,23 227:2

**match** 17:7,9 42:25

**matches** 209:17

**matching** 241:6

**material** 103:13

**Matt** 65:23 180:15

**matter** 44:9 55:13 58:5 64:5
65:7,10 81:8 87:9 92:15
115:18,20,21 154:21 182:20

**matters** 65:12 237:25 238:3

**maximum** 159:22 169:1 237:1

**Mcintire** 23:5 30:7,8 52:23,24
53:2,9,15 55:17 56:6 59:13
75:8 81:3 83:9,12,14,22 88:4,
20 102:2 105:5 106:11,25
107:9,10,21 108:11 121:1
144:13 147:17 148:2 149:11
154:17 155:3 160:18,23 174:1
185:6,8 190:17 200:10 228:21
229:1,4,7,10,17 230:2 231:5,
10 244:18 249:8,9,13

**Mcintire's** 121:4 228:22

**meaning** 44:14 136:6 193:13

**means** 14:10,22 107:19
178:16

**meant** 222:22

**measure** 54:5 58:2 104:17
119:16

**measured** 55:12

**Mecklenburg** 162:16

John Vlieger
08/16/2022

**media** 46:14,25 47:6,9

**meet** 42:21 165:4 201:25 202:18,23

**meeting** 165:5

**Mekosh** 46:13,20,22 48:5,12, 17,20,23 49:2 209:7,10 210:2, 5,6,12,16,18 211:1,5,9 212:6 213:13,17 240:19,25

**Mekosh's** 209:14

**mellow-ish** 103:2

**member** 10:19,21,23 43:21 64:18 101:21 102:3 233:15, 18,20

**members** 11:1,4 41:10 45:5 191:19 206:25 225:25

**Meme** 187:14,16 211:13,16 213:1,4 224:1 240:24

**Memes** 188:21,24 189:2,5,9 212:15

**memory** 86:24 117:23 119:20 132:10 185:16 195:16 199:15 200:5,16 201:2 209:12 215:17 217:16

**meng** 56:20,21,22

**mention** 46:16

**mentioned** 87:25 103:17 180:10 199:5 216:17 233:15, 21 235:6 237:11 245:22

**mess** 168:6 170:17

**message** 28:12 29:2,3,8 47:25 48:14 54:1,3 85:10 97:5,6 100:19 102:21 105:16,18 106:9,24 107:2 109:16 110:6 114:7 124:14 126:16 140:7 141:7 179:2 180:19 185:17 190:7 195:22 203:10,14 206:8 210:17 211:10 212:6 222:7,20

**messages** 27:20 46:14,15 48:5,8 53:22 119:14 124:11 140:1 209:8

**messaging** 28:19

**Messenger** 48:14 51:5,6,8,18 138:11,14 209:14

**met** 42:24 223:14

**metal** 21:20 56:5 104:3 157:21 163:11 173:5 197:20 220:5

**metallurgical** 72:21 182:5 184:17

**metallurgist** 160:24 172:25 228:5

**metallurgists** 95:5,7

**method** 105:19

**methodology** 116:3

**MFR** 84:18,19

**Michael** 46:13 47:16,18 48:6 49:5,17,22 162:17 175:10 176:8 182:11 202:11 209:23 233:19

**mid** 10:15 216:24 248:7

**middle** 9:3

**midway** 181:7

**Mike** 12:1 46:13 49:24 155:24 176:16 180:7 183:14 190:15 209:25 239:12 241:1,16

**military** 16:1 101:17,22 102:3, 5,8 143:6 224:10

**mill** 155:12,20 156:11,17,21, 24 161:4 174:10,12

**millimeter** 39:24

**mills** 174:16,17

**mind** 50:18 60:18 89:1 119:3 161:23

**mine** 33:12 183:14,18 212:24 233:4

**minimize** 44:24

**minimum** 44:19,21,22 184:12 248:9,16,22

**minions** 191:16,18,19 192:1

**minor** 241:3

**minute** 160:8 161:23

**minutes** 224:3

**misinformation** 239:13,15,17 240:4,8,12 242:19 243:1,14, 16,21

**misleading** 190:25

**mispronouncing** 224:7

**missed** 238:11

**missing** 54:20 180:15

**misspelled** 222:22

**misstates** 168:19 204:23 206:4

**mistaken** 51:6 130:21 207:22

**mistakes** 44:24 188:17

**mitigated** 69:4

**mixed** 97:1

**modified** 34:11 37:22 38:7,14, 20

**modify** 41:6

**modifying** 93:20

**moment** 23:18 50:13,15 139:6 188:10,12

**money** 65:10 207:3

**month** 49:20 224:11 227:5,7

**months** 15:23 60:18

**morning** 7:5 95:12

**Morris** 242:15

**MOS** 16:1,3

**Motorsports** 101:6 102:13

**mounted** 109:13

**move** 8:8 20:2 109:19 213:21

**moved** 213:20

**moving** 192:10,12,13 196:14 199:13 216:5,9 236:8

**muddied** 145:20 146:24

**muddies** 143:11 144:20,23

145:1,6 146:4,15

**muddy** 145:6,10 146:1,19 147:11

**multiple** 52:20 60:14 74:7 81:4 82:24 83:3,15,24 91:6 99:15 130:13 220:3 233:7 245:10

---

## N

**named** 175:10 234:8

**names** 30:6 156:24

**Nathan** 99:25 100:2 101:4 102:3 104:6 105:16,19 109:16 119:15 124:4 128:3,12 132:25 133:1,3 181:16,23

**national** 53:4 77:4 225:11

**nationals** 77:3 227:6

**nats** 77:2,3

**nature** 7:10 194:15

**necessarily** 25:8,14 240:22

**needed** 16:13 17:2,4 19:6 20:17 104:10 239:14 245:16

**negative** 78:6 234:9 237:12 238:24

**network** 188:11

**networks** 92:2

**Nevada** 76:9,10 96:16 97:14

**newness** 98:9

**nice** 104:1 134:22 136:19 219:8

**night** 27:25 28:13 49:16 139:6

**nitride** 103:5,10,12,16 104:3 206:13,22,25 207:4,25 208:6

**nods** 251:7

**nomenclature** 73:15

**non-bias** 134:6

**non-ck** 68:3

**non-defendants** 46:12

**nonparty** 35:24

**normal** 41:7,8 187:9

**north** 12:15 101:6 162:15,23

**notary** 7:6

**note** 134:17 135:8,12,18,25 136:1 150:12 214:6

**noted** 184:23 188:7

**notes** 94:1 95:22 122:2 124:8 179:18 229:22 230:14

**notice** 8:1 24:23

**noticed** 26:2 214:13

**notification** 17:3

**notifications** 27:21

**notified** 41:21 96:6

**noting** 215:8

**November** 10:15 12:2 53:4 138:1,2

**Nowlin** 248:11,13,17

**nuke** 194:10

**number** 11:14,19,23 12:18 18:3,6 27:14 29:10,11 30:1 33:10,15,18 72:3 105:13 158:21,23 197:22

**numbers** 114:14

**numerous** 52:20 53:17,18 224:7

**nuts** 142:5

---

## O

**O-H-O-N-5** 86:10

**O-U-T-O-K-U-M-P-U** 105:23

**oath** 7:20 157:12 162:21 199:22

**object** 9:7 25:11,17 35:2,22 36:11 37:10,16,25 38:9 39:4, 21 40:10 42:13 60:24 61:7,8 64:11 66:17 69:21 70:3,22 71:18 80:5 81:18 82:2,19

83:16 88:9,21 89:10 90:12 91:5,18 93:1 99:16 106:14,20, 21 107:4,17 108:15 112:23 113:3,9,13 115:16 116:1 123:10,16,25 124:6 128:14,25 129:15 132:19 133:17 134:1,8 145:22,23 147:20 148:21 156:13 160:21 161:6,14,21 167:3,14,21 168:10 169:2,12, 20 170:1,8 172:2,3,10,11,15, 20 173:12,13,18,19 174:6,21 187:23 200:22 201:8,9 220:6 239:22 240:5,9,13

**objecting** 9:7

**objection** 9:8 19:11 34:4 35:1 36:10,21,22 40:19 50:20 60:25 63:4,14,15 64:22 68:21 69:17,18 70:2,22,24 71:6,7 81:9 84:1 88:12,25 90:5 91:17 102:9 127:7 137:16 140:3 153:1 154:5 158:1 160:14,15 166:18 168:19 174:7 184:4 188:7,8 204:23 205:13,14 208:5 228:15,24 229:12 230:10,19 232:2,10,25 235:17 236:19 241:9 242:10,22 243:3,17 244:24 245:6,18 249:22

**objections** 9:6 34:6 36:13,14 232:8,16

**objects** 45:21 197:15

**obscured** 177:8

**observation** 141:25

**obvious** 233:12

**occasionally** 97:19 225:19 226:7

**occupational** 16:1

**occur** 92:23

**October** 51:13 53:4,23,24 54:3 55:25 56:10,12,15,24 72:7 74:4 80:1 81:3 82:12 96:24 110:7,19,22 114:8 121:17 122:15 129:4,8 130:2 154:17 209:20 241:21

John Vlieger
08/16/2022

odd  88:18,22 89:1,5

offer  126:17 250:2,5

offered  94:25 213:15

office  49:25 50:25

official  14:25 233:23

officially  14:19,20

Ohio  206:23

older  76:5 143:19 150:23 203:19

oldest  143:18 150:22

ongoing  176:20,21 177:25 178:2 180:1

online  30:2 44:8,11 207:11 208:19

open  20:5 68:23 143:18 150:22 201:17 226:24 236:25

opened  24:20

opening  25:2

operate  120:22,24 239:18

operating  78:2

operation  224:15 237:12,17, 18

opinion  59:19,20 65:16 71:4 110:16 111:3 114:23 115:2 120:7 125:17 126:21 182:21 183:17 195:7 208:17,18 215:24 234:9 235:9 237:5

opinions  93:21

Optics  226:25

oral  46:10 49:10

orally  49:13

order  21:2,3 24:2 26:24 27:5, 8,10 34:7 43:18 44:9,10,11, 13,15,23 45:7,11,13,15 106:4 107:11 137:4 142:9,20 143:23,25 177:6 196:5 244:22 245:12,20 251:4,7

ordered  26:19 30:5,9 143:12 145:3 245:8 248:12

ordering  10:24 12:25 21:8,24 24:1 28:13 29:13,21 30:6 80:17 148:9 214:15,17 245:4

orders  10:25 18:8,15 27:2 44:1 45:10 78:11 165:10

ordinary  158:12 163:24 197:7

ordnance  143:1,3,4,5,7 145:13

organization  226:1,3,4,10

organizations  153:25 225:16 226:6

origin  113:2,6

original  84:13 136:18 143:4 184:22

originally  50:1,6 104:6 211:22

outlined  165:23 217:2

Outokumpu  105:21 162:25 163:3,9 164:4,7,9,14,17,20 165:5,8,13,22 166:1,10,23 167:9,19,25 168:7 169:23 171:23

Outokumpu"  163:1

outsource  74:2,4

overarching  199:23

owed  207:3

owned  67:23 111:1

owner/operator  101:4

ownership  226:8

P

p.m.  29:4,9,12 109:24 189:9 195:22 251:10

PA  157:14

package  24:20

packaged  44:16

packaging  84:13

packing  10:24 12:25

pages  39:12 140:2 240:24

paid  206:13 233:13

painting  189:14

pair  74:14

papa  16:3

paragraph  31:8,11,13 47:23 157:10 163:9,13,20 164:8

paragraphs  39:25 154:19,20

Pardon  13:25 156:4

parks  187:12

part  11:9 17:4 43:11 76:2 89:2 98:9 163:24 164:6 165:18 196:9 200:3 211:15 213:7 222:19

partial  109:15

partially  154:20

participant  231:22

participating  194:2

parties  7:8,11 243:9 244:2

parts  65:20 137:4 143:5 187:14 188:18,19 202:3 211:13 234:24 236:17

party  88:15 126:18,20 183:8

pass  92:17

passed  53:2,9,14 61:10 131:19 132:2 207:16

passing  55:20 56:1,6 85:19 191:15,17 209:17

past  18:16 43:10 46:21 89:16 117:18 206:24 226:8 229:21

Pat  15:8 28:22 29:7 93:6 94:9 242:15

pause  7:11

paused  128:17

pay  65:13 74:23 206:12 207:25 208:3 217:8,15 233:2 250:2

paying  216:24

John Vlieger
08/16/2022

25

payments 206:21

payout 189:20

peep 137:22 177:7

penalty 160:4 166:4

pending 9:13

Pennsylvania 157:7 160:5,7

people 10:5 11:6 14:23 18:7
41:3,9 44:19,21,22,25 48:9
59:17,20,23 60:6,15,21 61:5,
15,19,24 62:4 65:13,15,18
92:14 93:22 104:8 126:14
130:16 131:1,19 132:2 137:12
139:25 150:19 155:22 173:10,
15,23 174:4,24 180:6 192:25
194:7,8 216:4 221:15,17
223:10 226:2 233:2 240:23,24
242:2,4,7,14 243:1,25 244:12

people's 93:21

percent 76:11,12 196:8 227:3

percentage 227:1

Perfect 95:11

perfectly 19:24 215:7

perform 147:18

performance 231:21

performed 163:21,22

period 11:10 19:1 46:8 97:18
184:19

perjury 160:4 166:4

permission 41:13 183:19,23
184:1,5 199:10

permit 45:21

person 11:9 27:8,10 53:3
209:16,17

person's 11:11

personal 28:5,18 42:3 67:11,
14 91:12 101:15 115:19
117:19 132:16 157:11 158:4
162:20 163:18 174:24 215:10,
13,16 228:7,10 250:7

personally 25:22 53:5 124:25
125:1 157:23 163:13 233:3,25

phone 11:18 26:20 27:14,19
28:10,19,21,23 29:10,11 30:4
51:21 76:15,23 77:9 79:23
86:7,10 98:18 100:19 155:7
179:1 198:14 199:5 209:16

phones 44:1

photo 56:24 138:6

photograph 54:11,13 57:10,
13 58:14 114:2,3

photographs 85:25 86:3

physical 236:17

pick 45:14 156:25

picked 44:15

picking 45:12

pics 85:10 87:16

picture 31:5 58:23 104:21,24
105:1,9 109:9,11,12,17
110:25 119:11,14,21 121:8
181:5,8,22 187:7 203:17,24,
25 212:1,4

pictures 56:13 59:1,4,5,21
60:3 87:18 88:3,19 98:21,22
103:24,25 104:18 105:3,5,7
108:25 109:2,4 110:23,24
119:24 120:8,9 124:9,12
131:19 132:2 133:10 181:1,4,
9,14,15,17

piece 197:20

piss 204:11,14

pissed 179:12,15,16 205:8

pistol 21:19 67:11,15 151:22
227:18 248:2,23 249:1 250:8,
13

pistols 66:21 67:17,21,24
234:10

place 44:10 225:14 245:12

Plaintiff's 33:7 154:20

platform 227:17

playing 25:2

pleasant 102:23

plentiful 63:10

plug 119:19 122:23 123:22

pock 76:24

point 8:22 11:9 21:15,21 26:9
36:5 43:22 52:6,10 66:24
67:10 74:18 75:9 80:19,23
92:14 112:25 114:10 120:18
128:2 129:7,8 130:12 150:14
183:18 197:22 209:11 213:6

pointing 212:4

points 103:13 230:15 231:2

poisonous 93:7

poled 130:15

policies 97:21

policy 17:8 18:11,14,15,17,25
42:3,5 186:15,18

polled 246:3

Pooh 187:3,8,11

poor 232:1

popular 43:9 187:2 206:22

portion 72:6 74:12 109:16
223:2

position 10:18 52:15 146:7,
16,20,25 147:12 163:10 173:3
186:11

possession 153:9

possibility 172:24

possibly 148:14

post 82:12 87:10 94:23
134:17,23 135:8,9,12,22
136:1,5,9,18 137:6,20 177:17,
18,20,23 178:1 182:25
183:10,19,23 188:3 192:3,24
193:9 201:14 202:12,21
203:10 204:20 207:8 208:11
210:25 211:1 212:10,12,15
222:11 238:24 239:2,5,10,11,
19 241:5

John Vlieger
08/16/2022

26

posted 122:6 139:16 188:2 189:23 193:23 201:17 203:2 205:12 222:9 239:15 242:2

posting 127:16 204:18 208:19 240:1

posts 46:14 241:3

potential 148:8 199:9

Potentially 138:15 216:10

Practical 43:3 175:15 225:18

practice 41:8,18 143:13

Precision 21:9 22:8 26:8 27:3 29:20 46:11 82:4,14 93:5 109:5 158:17 159:13,15,21 165:17 247:23

predicate 36:23

premarked 7:4

present 46:9 133:8 177:14 239:20

presented 93:20

presenting 106:10

President-electronics 157:20

press 219:25

pressure 71:11 160:3

pretty 111:22 154:23 155:7 179:12 193:6 207:15 228:4 235:12 241:2,4

prevent 149:11 150:3,7

prevented 99:1,7 149:24 195:9

previous 104:1 135:22 191:7 239:7

primarily 63:20 225:18 246:5

primary 16:12 221:6 241:4

printed 45:10 77:22

printout 184:19,23

prior 10:14 15:19,21 21:24 22:25 23:7,12 49:16 59:5 82:12 133:14 136:4 168:20 182:16 206:4 209:11 245:21,

22 250:10

private 46:14

privately 180:3,5

problem 50:14 67:19 69:4,22, 25 70:5,6,9 79:14 112:9 129:22 189:18

problems 65:15,25 66:7,10, 15,25 67:5,14 81:17 99:14 125:22 147:1 237:17,18

procedure 102:24 135:10 198:3

process 16:14,16 20:23 40:1 42:6 44:12,17 76:13 82:6,15 92:16,17 211:20

produce 22:17 45:21 47:24 49:19 50:1,4,6 51:20,24 73:19 106:12 124:11 217:19

produced 49:16,22,24 50:3,8, 25 54:18 73:24 100:5 110:6 161:5,12 165:21 175:9 176:6 209:23 211:21 218:20 236:4,7

producing 26:6 63:17 64:8 190:19

product 16:11,14,23 17:9,15, 19 21:2,5,6 25:2 30:9 31:8 32:10 34:9,11 37:8,23 38:7, 14,21 42:3 44:12 64:8 65:17 223:23

products 10:1,3 17:11,23 18:2,4,8 41:6 43:12 64:9 65:1, 20 235:3,7,13

Professional 115:2

profile 241:5

program 46:3

progression 189:16,19

progressively 187:19

project 22:19,23 62:17 117:7, 17,25 159:7,9,23 160:1 168:16,24 219:16,19 250:13

pronoun 64:12

pronounce 35:23

pronounced 113:22

proper 23:22 112:6 130:14,16 136:6

properly 187:9

properties 151:14

protect 98:19

protocols 118:2,5 135:18 137:7

prototype 219:6 223:13

provide 48:2 87:1 120:12 124:9 152:18,22,24 153:6 165:2 247:6

provided 17:7,10 29:11 34:10 37:9 136:4 158:15 164:9 176:9 181:16 182:7 241:15

providing 26:7

PSA 121:20 122:12,15 189:17 242:18

public 7:6 32:21 34:23 36:19 42:11 65:2 66:6,9,16 81:7,10, 14,15 122:7 125:20 174:16 208:17,18 213:11 241:20,23 242:1

publicly 140:25 179:13,21 180:1 190:25 195:12 205:9,25

publish 158:18 164:10

published 81:8,11,15,16 121:20 122:12,15 153:25 189:2 241:20 242:18

puck 104:21,22,25

pull 143:13,15,17 150:21

pulled 121:10

purchase 21:3 24:1 65:19 165:9,10

purchased 21:1,2 26:8 52:8, 12,25 53:1,18,19 65:16 90:3 99:15 146:17 182:9

purchasing 20:23

purpose 96:1

John Vlieger
08/16/2022

27

purposes 8:1 47:15

pursuant 8:1 49:17 50:24 176:10 197:21 218:21

put 68:16 75:23 77:22 112:16 236:23

puts 103:13

PVD 103:10,12

## Q

QC 72:21 86:22 87:1,4 182:5 184:17

qualified 198:2

quality 62:14 65:17,21 87:5 89:6 151:22,23 154:10 155:13,16,20 156:1 160:19 163:10 165:19 173:23 174:3,5 196:8 232:1 235:4,10,13

quelch 159:23 169:1

quench 158:24 159:23 169:7

question 8:16,18,19,21 9:3,8, 10,13,14 19:16 25:25 32:22 34:20 35:12 36:16 37:3 44:5 60:4 61:18 63:1 65:5,6 69:3,9, 10,24 75:5 85:16 89:11 90:6 91:25 93:12,19 96:2 99:5 106:22 108:5,6 109:21 114:7, 9 120:6 122:3 128:18 129:23 132:5 141:22 146:14,23 148:9 150:6 166:18 167:7 169:14 170:17 171:8 179:2 191:21,22 201:1 202:20 214:25 217:10 220:23 222:8,11,19,21 224:22 229:14 237:21,23 246:24

questionable 214:22,24

questioning 187:24

questions 8:9,23,25 9:1 10:25 44:1 106:5 108:9 142:2 188:2 224:2 243:7,8 247:21 250:18

quick 57:2 114:7,9 193:15,18 218:10 241:4

quickly 94:14

quotation 163:2,15

quote-unquote 121:20

quoting 156:5

## R

radius 220:25 221:2 222:12, 13,14,21,23 223:5,20

Rafferty 15:8,12 28:22 68:5,6 93:6 94:6,9,10 180:8 242:15

raise 7:13

raised 21:19

Random 45:10

range 59:8 142:24 144:2,17 196:12,13 197:21,23

rank 226:19,20 227:2

ranked 226:22,23

ranking 226:12,16,17,21

rating 145:8

Rc 31:16,22 33:23 34:19,24 35:10,19 36:7,20 38:22 61:6 62:1 76:8 103:10 106:3 118:18 122:23 123:22 125:1 135:5 145:15 180:20,23 184:13,14 185:3,9 196:21

re-reviewing 100:8

reached 88:19 96:9 117:1

reaching 104:6

read 18:6 27:24 28:1,11,17,23, 25 29:1 31:4,11 33:5,14,24 34:3 54:1,2 58:8 74:3 79:4,10 80:11 81:21,23 82:8,10 86:5 94:21 100:16 102:22 106:8 114:16 116:13 125:4 131:23 153:17,19 154:4 155:6 160:8, 10 162:16 166:8 180:19 190:10 192:21,24 193:11 201:19 206:11 237:23 251:1

reading 27:19 28:24 57:15,18 62:7 73:9 105:10 109:7,8,10 120:17 121:15 124:5 128:10 181:7,8,10,18 197:12,17

readings 60:3,10 61:5,25 104:25 122:25 123:9,21

readout 109:10

reads 29:4 31:13 46:8 59:7 105:18

ready 85:23

real 57:2 94:14 205:6 218:10 241:6

realm 227:21

ream 246:21

rear 222:23

reason 13:20 93:17 102:6 121:13,25 122:14 146:21,25 151:4 167:23 168:9,12,17,24 169:4,10,16 174:14,15 179:13 182:1 220:4 223:3,9,17 228:22,25 248:8,22

reasons 191:7

recall 16:19,22 17:17,21 18:12,13,16 20:9,15,18,22 21:12 24:5,18 25:1 26:4,16, 18,25 27:1,4 29:24,25 30:6,12 38:18,20,23 39:9 40:16,17,21 42:15,23 46:25 47:3,5,25 48:4,7,8,10,13,21,25 49:4,15 53:8 59:22 60:11,12 61:12,21, 22,23 62:2,3,6,9 66:8 75:10 80:21 83:1,2,11,20 84:3,5,6 86:1,2 87:3 89:25 93:15 94:2, 11 98:24 100:23,24,25 102:4, 10 105:6 108:22 118:3,4,6,7,9 119:12,13 120:2,11,16 122:9, 11,13 124:13 125:18 126:6 127:21 130:25 135:3,6 136:12 137:5 139:18 141:15 148:22 149:1,5,10,13,17,20 150:16 152:2 171:7,20 173:7 177:21, 22 181:25 182:3 183:4,25 185:5,10 190:14 193:2 195:12,18 199:3,4 200:12 201:17 202:25 203:1,4 207:15 211:22 216:6,11,17 217:25 218:3,4,6 224:25 229:19 231:5 238:15 241:21,23 242:14 243:11 244:23 245:3

John Vlieger
08/16/2022

28

246:7 247:17 249:7

**recalled** 25:4

**receipt** 24:4 186:4

**receive** 18:20 26:23 108:12 114:19

**received** 24:7 25:20 26:24 27:1 29:3 37:4 45:24 60:10 61:25 80:2,10,12,14 108:14 145:11 165:25 172:7 179:19 201:13 223:12 233:9

**receiving** 10:24 12:25 24:16 27:9,11

**recent** 223:4,19

**recently** 172:24 192:23 200:4

**recess** 50:22 69:2 71:24 109:23 162:2 190:4 218:12

**recliner** 187:3

**recollection** 199:21

**recommendation** 136:5

**recommended** 160:2

**record** 7:22,24 8:14 9:4,9 18:10,13,15,17 30:20 31:4 32:5 48:14 49:24 51:21 79:4 92:3 94:5 109:21,22,25 116:15,17,19,20 131:23 153:19 158:7 162:4 163:21 179:3 188:1 203:21 209:9,13 237:24

**recorded** 158:8

**records** 95:21 153:17 158:5, 10 163:19,23 164:2,7

**red** 129:18

**reduces** 103:12

**refer** 30:16 45:17 46:16 94:3 189:5

**reference** 43:18 46:16 54:22 56:9,21,23 64:12 94:1,5,6 95:8,22 128:6 135:22 202:14 203:7 214:4 215:19 221:24 229:22 245:9

**referenced** 156:2 230:14

**references** 190:21 245:10

**referencing** 205:17

**referred** 93:22,25 138:13 226:5

**referring** 72:18,21 73:18 77:5 81:10 85:4,7 95:20 96:25 97:10,12 101:25 114:1 121:18 124:21,22,24 125:13,15,20 126:5 143:7 180:23 193:8,14 204:12 206:17 208:16 211:5 229:24 233:16

**reflect** 7:25

**refresh** 86:24 117:23 119:20

**refreshed** 195:16 200:5

**refund** 177:1

**refused** 97:23

**refute** 161:8,11,18 169:17 170:6 200:19 201:5

**regard** 34:11 37:23 38:7,15,21 62:20 84:18 90:2 101:13 118:1 134:24 182:8 183:1 204:20 209:19 220:8 227:23 241:18

**regional** 225:13

**regular** 207:8 251:4

**regularly** 43:7 158:12

**reject** 167:25

**related** 68:13 234:4 235:13

**relating** 236:4,7 237:18

**relationship** 91:12 116:23 117:4,19,21 133:3,4

**relevant** 117:13 123:23

**reliability** 232:23

**reliable** 80:17 238:4

**relied** 158:18 164:11

**reloading** 10:2,4

**reluctance** 214:21

**remember** 18:3 25:5,15 27:12 39:7 48:19,22 49:1 73:14 96:8 106:2 151:4,12 153:23,25 154:3 155:8 181:15 185:13,14 194:2 199:17,20,24 200:1,8, 11 201:4,5,11,22 207:1 218:1 221:3 247:10,13

**remote** 7:1,10

**remotely** 7:9,10

**remove** 28:19

**removed** 33:19 34:6 38:5 41:1

**removing** 34:12 37:24 38:8, 15,21 42:10

**repair** 15:17

**repeat** 8:18 45:14 90:19 91:24, 25

**repeated** 92:3 116:15 237:24

**Repeatedly** 249:19

**repercussions** 199:9

**rephrase** 8:17 11:2 24:11 25:12 35:14 36:3 44:4 45:3 64:15 83:7 152:21 170:22

**replace** 73:12 86:14 95:12 125:23 213:15

**replacement** 76:5 78:22

**replacements** 79:5

**replies** 74:17 77:7,23 78:4,10

**reply** 80:2 114:6 121:12

**report** 72:16,17,20,22,23 73:1 185:20,23,24 186:6

**reporter** 7:5,7 8:9 36:9,12,15 53:13 54:25 55:22,24 57:16, 20 63:7 68:24 71:21 84:22 90:17,22 91:21 92:20 105:24 109:20 116:11 125:7 131:12 143:15 163:6 178:21 236:20 237:22 246:22 251:2

**reporting** 7:10

**reports** 77:7 79:23 80:2,8,13 182:11 184:18 185:20 192:19

**represent** 54:10 247:23

**representative** 64:14

**representatives** 247:6

**representing** 152:4

**reptile** 93:7

**reputation** 62:13,24 63:3 64:2, 8 65:2,12,14 82:6 125:19 231:25 232:21,23 233:1 235:15,22 241:13

**request** 26:10 33:7,10,11,14, 18 34:16 35:24

**requested** 86:22 92:3 116:15 237:24

**require** 183:25 246:20

**required** 13:24 14:1 28:2 44:10 48:2 180:21

**requirement** 165:12

**requirements** 165:9 223:14

**requires** 232:7

**reread** 103:6

**research** 147:18 151:8,25 152:3,5,9,18,23,25 153:2,12

**researched** 151:24 152:9

**reserve** 232:14

**reset** 69:3,10 71:19

**resident** 157:14 162:23

**Resist** 8:25

**resolve** 52:17

**resolved** 200:9 244:18

**respect** 59:18 145:7,10 230:18 232:23 234:15 245:3 246:11

**respond** 8:13 77:8 78:12 85:12 112:1 120:19 122:21 127:11 139:1 142:7 219:10

**responded** 72:12 76:23 139:2

**responding** 126:15

**responds** 55:11 72:15 73:3,7 75:4 76:14 78:15,17 79:22

86:8 87:15 103:3,12 104:8 111:13 142:5 193:5 194:10 204:1

**response** 29:6,9,12 34:1,3,4, 21 35:7,16 37:7,11 38:3,4,11, 24 39:14 54:2 55:15,19,25 56:19 58:5,10 71:10 72:10,13 74:2,20,21,25 75:2,3,21 76:1, 7,18,19 77:24,25 78:4,8,10,23 79:7,8,11,13,18 80:10,14,23 81:15,19 84:15,16 85:3,8,13, 18,22 86:4,6,11 87:8,9 89:20 90:23 95:3,4,14,15 97:20 98:7,10,14 100:19 102:25 103:1,8,14,15 104:4 112:7 114:24,25 115:3 119:1 121:16 123:19 134:13,16,21 137:25 138:3 140:14 142:13 177:4,5, 12,13 178:5 185:1,2 186:5 188:24 190:22 191:1,2,5 194:22 196:3,4 201:16 202:12 203:2 219:11 222:8

**responses** 8:10 33:6 73:10

**responsibilities** 10:21,24

**responsibility** 52:16 211:19

**responsible** 21:11 163:25 164:6

**responsive** 47:23 191:21

**rest** 71:12 236:21 246:9

**restate** 32:22 34:20 60:4 61:2 69:9 82:22 90:6 99:5 106:22 120:6 132:6 146:23 150:6,11 167:7 168:5 169:14 170:18 171:8 202:20 229:14 237:20

**restrict** 142:2

**restricted** 31:19 151:11,12 152:23 155:12 159:4,21 161:13 164:19,21 165:3,7,13 166:3,12,25 167:2,11,13,20 168:2 169:18 171:25 172:9 173:17

**result** 105:20 125:1 127:12

**results** 61:17 75:5,18 77:21 80:9 83:14 105:2 120:5,10 124:23 128:3 137:14 230:24

236:4,7

**retailer** 65:20 73:25

**retailers** 107:23 108:13 196:7 235:12

**retention** 18:10,14,15,17

**retired** 150:15,18

**return** 97:22,23,24 98:1 129:24 186:9 249:10,20

**returned** 249:14

**returning** 249:17

**returns** 98:3,8

**review** 32:9 45:9 166:7

**reviewed** 32:11,12 72:23 100:7 157:23 163:13 165:16 192:22 199:1

**rib** 21:19,24 73:16 220:20,25 221:1,2 222:12,13,21 244:20 245:22,25 246:5,6,15,25

**ribbed** 21:18 246:2,11

**Rick** 141:22 161:24

**right-hand** 31:1

**ringing** 85:19

**rinse** 45:13

**risk** 231:14,17 238:2

**Road** 13:10

**Robinson** 9:6 25:11,17 35:2, 12,22 36:11,21 37:10,16,25 38:9 39:4,21 40:10 42:13 60:24 61:7 63:14 64:11,16 66:17 69:18,21 70:3,10,22 71:6,18 80:4 81:18 82:2,19 83:16 84:2 88:9,12,21,25 89:10 90:12 91:5,18 93:1 99:16 106:14,20 107:4,17 108:15 112:22 113:3,9,13 115:16 116:1 117:6 123:10, 16,25 124:6 128:14,17,25 129:15 132:19 133:17 134:1,8 145:23 147:20 148:21 153:7 154:5 156:13 158:2 160:15,21 161:6,14,21 166:17 167:3,14,

21 168:10 169:2,12,20 170:1,
8 172:2,10 173:13,18 174:6,
21 200:22 201:8 205:13
247:21,22,24 250:1,17,22
251:6

**Rockwell** 59:6,10 99:13
114:10 130:21 180:23 185:3
197:6,12 201:24 202:18,23
231:2,3 247:7,9 248:9,16,23

**rolled** 111:23 112:2

**Romeo** 13:9

**room** 28:19 46:15

**rotating** 233:8

**rough** 236:14,16,22

**roughly** 10:23 227:7

**round** 62:4,8 104:2 181:18,20,
21 236:23

**rounding** 118:19,22 119:4,5
141:4

**rounds** 68:16,19 70:6 71:11
201:23 227:5,7

**route** 73:7

**Rudy** 222:11

**rule** 9:13

**rules** 8:2,7 226:11

**rumors** 82:5 114:21

**run** 131:4 240:24

**running** 234:1,4,6

**Ryan** 11:22,23

---

## S

**S-C-H-U-E-M-A-N-N** 23:20

**S-H-A-A** 157:5

**S-H-A-H** 157:5

**SA** 225:21,22

**safe** 215:20

**safely** 227:17

**safety** 227:15

**said/she** 200:23

**sake** 73:10

**sale** 33:20 65:2 158:20,25
159:3,6,8,14,20 164:13,16
165:21

**sales** 245:13

**Samuel** 158:15,16,22 159:1,4
164:9,14,17 165:22

**Sanders** 93:5 180:12

**save** 189:12

**saved** 153:3

**scale** 231:2

**scam** 192:10,13 216:5,9,16,
19,21 217:1 236:5,8

**scammed** 192:20

**schedule** 45:15

**school** 14:11

**Schuemann** 23:16,21,24
150:12,13 196:9 220:25 221:7
222:11,13 223:11

**SCI** 18:25 24:7 32:21 33:20
34:6,8,13 35:23 37:7 38:25
86:22 97:24 98:2 171:1,10,17
172:6 186:12,15 235:3,6
242:2,4,5,8,20 243:14,15
244:8,14 248:1,4,9

**Scott** 191:20 241:18

**Scott's** 186:7

**screen** 27:24 28:1,17 29:16
99:25 241:15

**scroll** 196:16

**search** 48:1,3,11 149:7 217:3,
4,7,14 235:25

**searched** 48:13,16 149:3
210:15

**searches** 148:18,24 236:1,4,
11

**searching** 149:1,25

**season** 227:6

**secondary** 44:16,23

**seconds** 190:1

**section** 72:2 154:19 219:2

**seek** 91:15 92:24

**sees** 176:18 182:17

**sell** 17:24 43:12,14,16 44:3,7
63:25 64:6,8,20 65:18 87:11
98:16 117:12 160:13 164:20
223:23 235:13 248:4,7,19
249:1,3

**selling** 66:10,14 67:7 147:17
212:2 214:11,20 215:10,22
216:2 242:5,9

**sells** 65:7,8,9 172:8 196:24,25
197:2 198:6,7,8,22,23 235:3,6

**send** 21:1 24:1,4 58:23 59:21
72:14 73:3,4 74:14,17,21
76:3,4,5,16,22 77:25 78:24
79:9,22 82:16 85:1 86:16
87:13,16 98:22 103:4 105:3,5,
7 119:24 120:3,7 126:7,10
133:10 181:1,22 182:1 203:10
213:16 249:24

**sending** 105:18 182:11 188:24

**sends** 88:3 114:2 212:6

**sense** 120:19 243:20

**sentence** 31:11,13 38:24
82:10 125:4

**separate** 78:18

**series** 8:9 53:22 56:12 104:18
138:20 187:18 189:9 218:23

**serve** 224:9,14

**served** 45:22 50:25 224:15,22

**service** 10:4 13:1,4 20:7,11
22:2 63:19 81:15 125:21
241:20,24 242:1 251:5

**serviced** 20:4

**services** 20:13

**set** 45:15 57:14 181:8 225:14

John Vlieger
08/16/2022

**setting** 176:25

**settled** 104:7

**shady** 93:23,25 94:3,7 235:21

**Shah** 157:3,9 160:7

**shake** 8:11

**share** 60:16 123:15 140:1 152:19 171:25 172:4,6 213:10

**shared** 60:14 121:18 213:2

**sharing** 106:24

**Shay** 22:22 24:10 25:23 42:17 43:15,20 46:17 48:23 49:3,6, 13 51:1 52:7,11,24 53:6,9,14, 18 54:3,8,22 55:2,5 56:9,10, 17 63:17,20 65:17 72:7,12 75:24 77:25 80:1 81:2,10,16 82:24 83:9,23 85:10,15,21 88:4 89:13 90:24 91:3,4,7,9, 14 93:9,11,13,23,25 94:3,7 95:15 96:20,24 97:2,7 104:5 108:18 119:15 121:20 125:15, 18 126:4 127:1,5 130:18,20 131:3 132:20 133:1,4 138:21 141:11 143:12 146:21 147:12 166:13 167:1,10 176:17 180:22 182:7 183:11 190:19, 24 191:15,18 192:1 193:20 194:1,10,13 199:10 206:19 207:3 209:20 211:3 212:17 214:12 217:23 218:1,4 220:11,13,14,15 221:3 223:3, 12,18 232:20 233:5,24 244:17 245:7,10,19 246:3 247:10

**Shay's** 53:2 80:20 126:24 131:17,25 145:10 178:8 195:2 213:16 222:25 223:3 235:20

**Shay/kkm** 140:8

**shipment** 164:6

**shipped** 44:16 74:23 165:5

**shipping** 10:24 21:14 164:5 250:2

**ships** 44:23

**shit** 75:19 77:11 121:16,18 125:8,9,13,16,19 191:19

192:2 211:2 241:13

**shocker** 96:24 97:7

**shoe** 212:1

**shoes** 75:22 79:13

**shoot** 43:6,8 225:17 227:8,10, 14 234:2,13

**shooter** 43:1

**shooters** 10:14,17,22 11:1,3 15:19,21 16:9 17:8,15,20,23 18:11 19:3,20 20:11,14 21:7 24:15,20 25:21 26:11 30:24 32:7,15 33:6 34:17,21 35:17 36:5,18 38:13,20 39:7 40:7,24 41:4,5 43:11,21,25 44:7 46:12 52:8,12,15 63:21,24 64:6,9, 13,14,18,20,25 65:9,10,18 66:3,13 73:19,21 86:25 90:4 95:8 97:21 99:2 101:10,20 102:2 107:24 108:13,20 117:11 122:6 137:5 144:5 148:3 151:25 170:22 173:1,21 179:19 182:9 183:1,10 196:24 197:1 198:7,8,12,16,23 201:13,15 202:7 212:1 214:16 220:9 226:13 237:9,10 248:4, 13,19,25 249:3

**shooting** 42:25 43:3 66:12 67:12 101:4,11 175:15 202:2 224:25 225:2,5,16,18 226:3 227:5,7 231:22 232:1 233:9, 16 234:19 235:16,21,23 236:10,13,22 237:19 238:9 240:16,20 243:1 248:1

**shop** 85:18

**shore** 134:18 136:2

**short** 50:22 71:24 162:2 190:4 203:25 206:24 218:9,12

**shorthand** 7:6

**shortly** 21:13 144:11 242:1

**shot** 99:25 206:25 234:2

**shots** 241:15

**show** 54:17 115:11 121:16,18 128:4 165:5 203:23,24 206:25

**showed** 181:23

**showing** 83:14 109:9 128:8

**shown** 172:23 204:16 244:19

**shows** 105:9 109:4 176:12 182:4

**shut** 178:17,18,24 180:21

**shying** 211:17

**sic** 76:24 77:22 100:17 169:1

**side** 54:5 58:3,19 109:5,6 133:7

**sidelines** 79:19

**sides** 129:4,7 133:5

**Sierra** 13:10

**sign** 118:23 119:6 159:11

**Signed** 160:7 166:6

**significant** 230:17

**signs** 118:18,20

**similar** 32:6 59:5 181:9 220:19

**simultaneously** 117:10

**Single** 226:24

**Singular** 111:7

**sir** 8:24 9:21 10:6 11:2,20 12:18 13:6 14:6 16:2,15 18:11 21:8,17 24:9 27:16,20 28:17, 20,21,24 30:13 31:4,12,19 32:3,12 33:2,8 35:5 39:2,10 43:1,12,14 45:17,22,25 46:4, 18 47:22 48:6 50:10,24 51:4,9 52:2 57:7,24 59:20 60:1 63:1, 13 64:3 65:3,12 67:15,22 68:24 69:1,24 72:20 73:13,22, 25 77:5 80:11,25 81:8 82:1,18 83:25 85:6 91:24 92:23 95:20, 25 97:1 99:22,24 100:5,7,11 101:9 102:10,14 105:13,14 107:1,6 108:5,8,10 109:3,19 110:2,23 113:7 114:4 116:25 117:7,23 118:10 119:12 120:16,25 121:3,6 122:2,11, 16 123:6,12,19 126:9 128:7 132:21 133:18,25 137:17

John Vlieger
08/16/2022

138:10 140:4 141:3,5,6,9,15 144:4,9 145:7 146:10,13 151:20 152:5,25 153:16 154:7,9,12,15 155:21 156:3, 15,20 160:10,20 161:16 162:6,13 166:8 168:13,18 170:3,6 172:4 173:21 174:10, 23 175:2,6,8,12 176:13 180:7, 24 182:21 183:6 185:15 186:14 190:6,13 191:21 196:16 198:1,5,19,25 200:24 201:12 202:4,9 208:4,17,25 209:22 211:5 212:10,21 215:18 216:7 218:14 219:13, 17,18 222:3,4 223:6,25 224:7, 8,13 228:19 229:14 237:21 250:20,22,25

**sister** 12:9

**sit** 185:13

**site** 76:9 227:16

**sitting** 187:3

**size** 119:18

**skill** 226:13

**skip** 157:25

**skipped** 79:1

**slang** 56:22

**sleaze** 218:5

**sleeve** 190:18 219:16,25 220:5

**slide** 67:20 68:4 111:23 112:3, 6 117:7,17 203:23,24 222:15 227:19 230:23 233:10 247:3

**slides** 68:1 112:17 117:2,11, 18,24 206:14 207:5 247:12

**slightly** 187:11 229:20

**slow** 187:4

**small** 69:2 182:16 222:14

**smile** 112:15 212:5

**smiled** 112:15

**smiling** 187:11

**smith** 56:1 95:16 119:8 124:16

**smith's** 223:4,18

**smiths** 221:11

**smoother** 8:8

**so-called** 148:4 154:3

**social** 46:14,24 47:6,9

**soft** 52:13,20 53:1,7,19 59:25 60:8,23 61:20 76:16 79:24 81:17 82:5,13,24 83:10,15,25 86:14 90:3 95:16 99:1,6 101:1,14 103:7 114:1 117:1 118:17 119:6 129:10,13 135:2 137:1,12 141:9 145:11 146:3, 8,17 182:9 183:2 242:8 247:14 249:10

**softer** 198:23 230:4

**sold** 32:14,21 34:23 36:6,19 42:11 43:15,17 65:16 66:3,21 148:5 161:12 166:11,24 167:1,9,10,12 168:25 169:24 170:12,15,21 171:1,10,17,24 173:16 174:20 198:11,16 230:1 246:16 248:13 250:8,12

**solemnly** 7:14

**solicit** 65:1

**solicitation** 23:12,13

**solicited** 64:19

**soliciting** 22:17

**solid** 178:19 179:4 193:21 220:4

**solutions** 16:5

**someplace** 107:16

**Son** 158:16,22 159:4 164:10, 14,17 165:22

**Sons** 158:15 159:1

**sounds** 18:6 101:2 119:23 156:3 211:25 218:11

**source** 20:6 63:13 90:11

**sources** 63:10 130:14 154:7 233:7

**South** 101:7

**Southern** 232:7,16

**spade** 92:18

**speak** 47:2,4,10 60:17 91:1 119:19 149:6 190:20 204:8 229:16

**speaking** 7:11 92:21 98:2 117:9 131:13 231:4

**spec** 84:14 95:19 96:21 97:3 114:12 143:1,3,4 145:13

**spec'ed** 142:22 144:1,6 148:4

**specialty** 16:2 21:19

**specific** 49:15 60:17 183:4 188:1 194:14 216:11 232:7,8, 15

**specifica** 191:10

**specifically** 126:25 191:20 196:5 205:17 220:20 247:1

**specification** 143:5 165:12 237:2

**specifications** 34:8,9,11,13, 14 37:9,13,23 38:7,15,21,25 39:1,8,16,19,23 40:8 163:23 165:2,4,9,14,25 201:25 202:24 246:4,7,9 247:6,15

**specifics** 84:6 96:8 100:24 149:5 150:16 191:9,10 193:2, 6 199:4

**speculating** 69:15,24 70:14, 19

**speculation** 71:5 89:1

**spell** 11:25 23:17 105:22

**spelled** 104:14 157:4

**spelling** 234:11

**spells** 86:9 176:24

**spent** 15:25

**spinning** 234:13

**split** 86:17 87:13 89:18 94:16, 19

John Vlieger
08/16/2022

**spoke** 47:1 52:23 102:22 155:9 195:12,16,19 230:2 231:10 239:12

**spoken** 150:11

**sports** 43:9 101:5,11 202:2

**spot** 54:5 105:19

**spread** 243:21

**spreading** 239:17 243:2

**squared** 220:25

**St** 53:3

**Staccato** 248:3

**stack** 45:12,13 226:24

**stainless** 31:14 33:22 34:23 35:9,19 36:7,20 37:14 38:16 143:8 162:25 164:21 165:19 195:24

**stamp** 13:11 180:16 203:14

**stamped** 138:16 177:15

**stamping** 13:10,11

**stamps** 128:6 177:14 179:18

**stand** 45:18 57:6 65:22 154:9 174:2,4

**standard** 142:21 143:13,24 165:6

**standards** 164:1,7 246:10

**standing** 155:20 188:8

**stands** 73:14 77:17,19 87:4 103:16 151:11 154:10 155:16, 25 156:18,22 160:12 161:4 173:23

**start** 9:3,7 26:6 100:13 120:17 124:14 126:23 140:20 147:8 166:22 179:10 206:8 219:1 246:9

**started** 21:13 24:16 43:19,22 92:11 147:7 150:20

**starting** 121:7 143:22 176:19 189:8 203:9

**starts** 74:2,12 82:4 86:4

100:13 113:19 114:7 124:14 130:3 140:7 179:7,8 190:7

**state** 7:22 157:7 160:5 162:15, 23

**stated** 74:4 83:1 130:14 144:8 145:13 148:12 157:11 162:20 171:21 184:13 185:12 195:4 199:19

**statement** 82:18 95:6 127:19 130:9 134:7 135:25 140:22 144:22,23 145:21 146:4,6,14 148:6 155:2 160:20 191:7 208:13

**statements** 142:3

**states** 15:25 34:8 37:8 38:4 43:3 157:15 165:18 175:14 224:13 225:18 226:1

**stating** 80:16

**status** 102:5

**stay** 194:17

**steel** 31:15 32:14,20,24 33:22 34:18,23 35:9,19 36:7,20 37:14 38:17 40:4,25 42:10 43:10 104:22 105:21 106:2,12 107:3,15,16,22,25 108:2,12, 14,17,20 114:11 119:19 142:21,22 143:8,24 144:1 147:17,18,19 148:18,20,25 149:16 151:13 152:7,11 155:12,19 156:11,12,17,18, 19,21,22,24 157:17 158:19 159:1,15 160:13 161:3,4,5,12, 19 163:1,5 164:11,12,14,17, 18,21 165:3,4,5,10,19,22 166:1,11,24 167:2,9 168:16 173:16 174:10,16,17,18,20 185:3,9 195:24 196:23,24 198:11,17,23 199:18 219:12 225:19 226:7 228:8,11,14,23 229:4,11,17,25 230:3,4,17 247:16 250:9,11,13

**steels** 148:8,14

**step** 87:6

**stepped** 95:1

**Steve** 180:12

**Steven** 93:4

**stir** 191:19 192:2

**stirrer** 125:8,9,13,19 241:13

**stirring** 47:15 125:17

**stirs** 47:14

**stock** 31:15 33:22 65:13 79:15 165:20 248:6

**stocks** 65:20

**stood** 65:23 160:19

**stop** 9:7 67:7 75:7 86:23 87:17 90:2,10 115:23 143:2,21

**stopped** 28:13 29:13 99:10 214:11

**stopping** 150:10

**store** 15:22

**stories** 128:2,3

**straight** 55:10 103:9 127:15

**Strayer** 248:25 249:1

**strength** 151:14 229:11

**stress** 236:17

**strict** 21:3 89:11

**strictly** 241:14

**strike** 21:21 22:3 36:6 41:7 52:9 56:16 62:5 78:16 80:7,13 81:1,13 83:12 88:18 94:13 97:23 102:18 107:9 110:10 130:8 147:25 158:16 159:7 170:13 181:12 183:21 185:7 203:3

**stroke** 216:24

**studies** 14:16,17

**studying** 14:14 15:1

**stuff** 154:24 172:23 182:13,17 198:3 208:19 239:14

**stupid** 155:14

**style** 33:19 66:21 220:25 221:2,16

John Vlieger
08/16/2022

**stylized** 187:19

**subject** 153:9 176:7

**submitted** 73:1 94:4 214:4

**subpoena** 45:20,23 47:24 49:17 50:24 152:22 153:8,10 176:7,11 209:11 211:21 214:4 218:21

**subpoena's** 50:7

**subsequent** 33:18 34:4 209:20

**substance** 9:18 198:22

**sue** 188:18,19 200:10 212:1 215:22

**sues** 213:17 214:22

**sugar** 118:14

**suggest** 137:6,11

**suggested** 135:19 136:8 137:9

**suggesting** 126:19 133:24

**suggestion** 135:17

**suggestions** 223:8

**suing** 138:21

**suit** 194:17

**sulfur** 152:16

**super** 196:20

**supplied** 165:11

**suppliers** 177:10

**supply** 15:22

**support** 146:2 174:19 183:10, 20 195:2

**supported** 119:22

**supports** 186:11,15

**supposed** 54:5 55:12 58:2

**suppositions** 193:22

**surface** 103:19 247:2

**surprise** 203:6 217:6,13,16

**surprised** 125:12 126:1

**Susan** 210:22

**suspected** 99:1

**suspicions** 179:5

**SV** 220:19 221:2,16 223:5,9,19 247:11,14

**SV's** 222:23

**swear** 7:14 199:22

**switch** 92:2 188:10

**sworn** 7:10,19

**system** 19:21 20:8 226:12,16, 17

**systems** 20:11 163:25

---

**T**

**T-I-M-E-S** 111:14

**tabs** 194:1,3

**takes** 44:9 220:6

**taking** 8:10 18:7 28:25 99:7 100:18

**talk** 30:4 42:3 49:13 50:8 52:4 85:8,13,23 92:5 134:17 136:1 229:10

**talked** 42:12 54:4 58:1 72:7 89:20,22 94:21 104:5 117:12 148:13 175:18 200:21 220:2 238:14 244:20

**talking** 60:21 115:14 119:9 121:13 124:20 127:22,24 182:12 205:19

**talks** 132:11 211:2

**Tapan** 157:3,9 160:7

**tapped** 155:7

**Taylor** 139:23

**team** 10:19,21,23 11:1,4 13:3 41:10 43:21 44:17 45:1,5 64:18 191:19 233:16,20 234:19,22 241:16

**teams** 233:9

**tears** 203:18

**technical** 115:19

**technician** 10:4

**techniques** 130:20

**Technology** 157:16

**telling** 44:17 56:6 61:23 62:6 79:14,20 80:10,12 106:11 127:4 143:23 147:13 160:23, 24 190:15 191:13 203:13 206:18 234:25

**tempered** 31:16,21 32:18 33:23 34:18,24 35:10,19 36:7, 20 38:22

**tempted** 143:13,15,17

**tens** 68:16,19 70:6 71:11

**term** 34:4 149:1,4 151:8 215:23

**terrible** 64:7 65:2

**test** 68:6,9,22 70:11 72:14 80:2,9 83:14 95:18 99:12 114:18 126:17 127:2,5 128:3 130:14,17 133:19 134:10,19 136:3,7 145:9 158:6,8,11,14 163:21 164:3,8 165:23 186:13 196:21 197:15 233:12

**tested** 24:14,25 25:6 54:14 59:25 60:2,9,22 61:6,24 62:4, 8 67:3 68:19 69:13,14 70:1,8, 14,21 71:2,17 76:10,11,24 84:14 96:13,15,20 97:2,13,14 99:3,8 104:22 105:2,9 109:13 112:13 119:21,25 120:4,8,9 122:22 123:8,24 124:5,15,18, 25 128:9 135:4 137:13,14 145:12,14 181:6,18,20 186:12,21 201:24

**tester** 57:14 58:19 59:6,10 76:9 104:23 109:13 114:22 120:22,24 121:2,5 130:19 131:1,4,6 145:19 181:6

**testified** 7:19 66:12,13 70:11, 12 93:9 99:14 116:22 117:15

John Vlieger
08/16/2022

153:14 182:22 198:4 201:4,6
222:19 224:24 227:23 231:25
234:15 235:3 237:16 240:19
241:12,19

**testify** 9:18 157:12 162:21
198:2 200:20 215:16

**testifying** 28:11 65:11

**testimony** 7:15 25:14,20
41:17 46:23,24 47:22 63:13,
17 64:10 91:3,6 93:8 168:20
183:12 204:24 206:4 228:4
238:15 239:8 241:21 243:11,
18 244:23,25 245:22

**testing** 24:6,11,17,24 25:15
26:2,4,7,17 53:1,7 58:19 59:7
76:22 87:1 97:15 98:23 104:2,
9 105:20 109:8 114:21 115:15
118:2,4,8 119:15 122:23,25
123:22 124:23 128:4,5 130:18
132:9 133:14 134:18,24
135:10,18 136:2 137:7 158:7,
9,10,17 164:1,2,10 180:20,23,
24 181:9,11,13,17,23 184:13,
14 186:21 195:2 197:13,15,
18,20 198:2 249:11,18,21
250:3

**tests** 163:21

**Texas** 73:17

**text** 27:20,25 28:5,11,18,23
29:1,3 46:14 48:14 52:2 53:22
54:7 84:12 85:6,11 99:25
100:2,11,19 101:5,8 105:16
106:24 109:16 110:14 113:19
140:1,6 154:16 187:21
188:16,17,18 193:14 198:25
199:6 211:18,22 212:5

**texted** 200:3

**thing** 8:12 9:2 12:16 13:1
35:13 79:4 84:19 90:1 120:3
123:7 126:1 128:13,23 137:21
160:23 186:20 204:11 237:15

**things** 115:15 199:22,24
201:4,5 204:20 237:11 238:8

**thinks** 205:11

**Thompson** 191:20 241:18

**thought** 53:13 103:15 128:17
131:14 183:9 191:6 200:8
204:18 231:14,17,21

**thousands** 17:25 18:1 68:16,
19 70:6 71:11

**thousandths** 197:23

**thread** 220:1

**threaten** 200:6

**threatening** 155:8 199:6 200:2

**Thunderbird** 19:22 20:5

**Tim** 210:9

**time** 9:12 11:9,10 17:13 19:1
21:21 22:14 23:13 24:8,15,16
25:21 32:9 34:15,22 38:19
39:6 41:11 46:25 63:23 64:18
66:16 73:23 76:21 78:1 92:21
94:25 97:25 100:18 101:5,8,
17 102:12 121:22 123:3
126:19 128:6 129:3 131:18
132:1 134:3,9,11 136:25
155:9 158:9 164:5 167:7
174:24 177:14,15 179:17,18
185:11 189:3 190:21 192:22
195:22 199:8 202:10 203:14
208:11,24 209:7 215:13
216:11 222:18 223:24 243:15,
20 250:19 251:9

**timed** 111:15 118:24

**timelines** 121:21 122:2

**times** 16:19 17:18 110:22
111:14 224:7

**timing** 201:18

**Timothy** 46:13,20,22 48:5,12,
17,20,23 49:2 209:7,10,13
210:5,12,16 240:25

**TIN** 103:16

**Tinnure** 233:5,23

**tiny** 95:2 96:20

**titanium** 103:16

**title** 33:5 102:16 157:20

**titles** 10:20

**today** 8:23 9:18 46:23 47:22
49:20 63:13 82:8 85:23
100:18 124:18 138:13 142:15
152:4 153:14 179:12 185:13,
18 191:4 200:15,21 223:25
224:7 244:19 250:20

**told** 23:6 52:23 61:18 79:23
81:1,2 83:8 86:21 107:22
108:20 121:24 122:15 129:20,
23 148:2,14 153:4 155:16,19,
21,22,24 160:19 170:11,14,
20,24,25 171:12,16 173:4,8,
23 185:4,6 194:10,16 197:6
198:6,7,10,18 199:6 203:1
207:2,18 208:7 214:23 216:4,
8,12,15 217:23 218:1,4
221:15

**tomorrow** 29:4 104:17

**ton** 75:6,9,19 76:19

**tons** 248:7

**top** 11:16 21:20 31:1 56:15
94:2 114:4 176:12 210:8
211:15,17,22 225:14 242:16

**topics** 199:5

**total** 157:21 163:11

**touch** 96:11 177:10

**tournaments** 225:4,5,10

**toyed** 191:4

**track** 27:5

**trade** 149:6 235:2

**trading** 216:16,19,21 217:1
236:5

**traffic** 48:1

**train** 15:15 191:6

**trained** 15:14 145:19 164:4

**training** 14:18 59:9 120:22,24
121:2,5 131:4

**transcript** 28:25 251:3

**treat** 76:10,11 95:17 96:16
97:14

John Vlieger
08/16/2022

**treated** 31:15 33:23 196:11 230:1

**treating** 82:15 106:3

**treatment** 77:16

**treats** 76:25

**trial** 8:22

**tricky** 118:25

**trigger** 121:10 227:15 237:25 238:1,2

**troll** 47:12,13,14,18 182:17,20, 22 183:5,7,10 184:2 210:20 238:18,24 239:21 240:23 241:6,8

**trolled** 127:14,19

**trolling** 241:3

**trolls** 210:7 238:14 240:16,20, 21

**trouble** 79:23 81:4 171:4

**true** 82:18 116:25 160:6 166:5 168:3,4 171:18 204:21 208:2, 4,10

**trust** 72:15 129:20

**trusted** 129:24

**trusting** 129:22

**truth** 7:15,16 95:15 147:13 173:11 204:18 221:15

**truthful** 240:1

**truthfully** 9:19

**Tuesday** 7:2 100:13

**tungsten** 190:18 219:7,12,16

**turn** 48:3

**tuxedo** 187:11

**twist** 39:24

**type** 8:12 13:1 14:14,15 20:17 32:14,23 40:4 66:25 73:12 106:4 107:11,15,24 108:14 147:19 152:6 164:23 198:17 228:13,23 229:4 234:22 245:4,17 247:15

**types** 106:12 107:2 148:8 196:23,24 198:11 199:17 245:19

**typo** 184:21 187:13

---

**U**

**U.S.** 31:14 143:6

**uh-huh** 8:11

**ultimately** 220:18

**Um-hmm** 133:13 145:16 219:4

**umbrella** 226:8

**un-false** 168:3

**unable** 112:5

**Underneath** 109:11

**underselling** 223:12

**understand** 8:16,21 12:17 14:23 21:25 36:16 37:3 56:4 73:22 75:18 77:15 98:5 107:14 108:9 151:23,24 183:16 188:3 221:14 227:11 232:6,9

**understanding** 11:7 22:6,13 40:18 66:23 89:15 96:18,19 102:14 108:3 125:3 127:24 136:6 141:6 144:14 145:2,4 149:6 154:10 169:8 171:4 173:25 178:19 179:25 183:11 185:25 191:25 193:19 194:13, 21 197:14 214:19,21 215:6,7, 8 216:10 228:13,19,20 229:7 232:20 233:20 238:17 242:7 244:13 245:15 249:15

**understood** 8:15,19 9:11,16 54:21 184:8 187:6

**unh-unh** 8:11

**unhinged** 142:6

**United** 15:25 43:3 157:15 175:14 224:13 225:18 226:1

**Universe** 139:5,7,12,16 177:18,24 178:11 193:10,12, 17,24 194:20

**unknown** 57:15

**unmolested** 84:13

**unreliable** 63:12

**untrue** 165:24 168:9 170:16 171:14 173:6

**unusable** 74:22

**unusable/you** 114:11

**update** 17:6

**updated** 17:2

**upset** 203:17 205:23

**urge** 8:25

**USP** 225:20

**USPSA** 53:3 77:5 225:23,24 226:8,12

**USPSA/IPSC** 226:4

**Utah** 53:3

---

**V**

**vacuum** 31:15,21 32:18 33:23 34:18,24 35:10,19 36:7,20 38:22

**vague** 34:5 102:9

**validity** 194:8

**variables** 118:25

**variety** 17:1 63:10 65:20 154:7 169:9

**vary** 21:5

**varying** 235:4

**vendor** 20:7,10,13 21:6 22:7

**vendors** 21:2 23:14 44:2

**Venom** 93:6,7 95:23,25

**venture** 65:19

**verbal** 8:10 17:21 42:7

**verbally** 8:13

**verification** 18:5

**verify** 44:13

John Vlieger
08/16/2022

**versatile**  196:6

**version**  158:24 244:2

**versus**  196:24 198:12 222:12, 13 236:24

**vessels**  160:2

**vial**  240:21,22

**Vice**  157:20

**victim**  177:2

**Victor**  13:9

**video**  203:25

**videoconferencing**  7:8

**viewed**  215:22

**viewer**  46:4

**Virgin**  176:9

**virtually**  36:13

**visible**  63:18

**vision**  68:23

**Vlieger**  7:18,23,25 8:5 29:18 64:13 71:1,9 74:12 75:23 113:20,22 116:22 147:6 178:23 224:6,9 247:19,25 250:24

**vocal**  210:23,25

**Voight**  248:25 249:1

**volition**  140:23

**volunteered**  74:23

---

**W**

---

**wait**  28:4 84:17

**waiving**  34:5

**walk**  45:11

**wall**  122:20 133:21 246:18

**wanted**  63:12 96:10 126:17 140:15,24 141:11 194:16 195:17 196:15 202:16 204:11 217:4 221:16 223:23 245:20 246:20

**wanting**  103:4

**war**  224:14

**warn**  98:19 199:9

**warned**  199:11

**Warner**  91:10,13 92:7 113:20, 24 116:23 117:1,12,20,21 118:5,8 194:23 195:1,8,13,19 205:12

**warranty**  84:19 129:18 186:7

**watched**  15:16

**watching**  133:19

**water**  50:16

**waters**  143:11 144:21,24 145:1,6,7,10,20 146:1,4,15, 19,24 147:11

**ways**  17:1 87:14 169:9

**wear**  234:1

**web**  30:24

**website**  16:10,14 17:16 20:13, 16 32:8,15,19,25 33:20 35:18, 21 39:8,12,15 40:24 41:4,11, 14,24 42:5,10 63:25 64:7,9,21 66:4 142:20 143:24,25 165:16 172:8 196:5

**weeds**  208:21

**week**  73:12 137:23 177:7

**weeks**  225:13

**well-known**  59:16

**well-respected**  59:17

**Wendy**  12:8,9 42:4,12

**west**  12:13,14,15

**what-have-you**  73:15

**whatsoever**  80:10

**Who'd**  139:4

**Wi-fi**  188:11

**widely**  151:13 152:24

**wife**  199:11

**wife's**  13:18

**wild**  79:15,20 203:16 204:6,19 208:2,3

**willy-nilly**  41:19

**Winnie**  187:2,7,11

**wire**  155:7

**withholding**  216:23

**witnessed**  233:25 237:8

**won**  225:9,13

**word**  15:7 133:2 159:11 177:10 236:14

**words**  13:10 78:12 178:16 187:9,12

**work**  44:2 103:5 129:18 213:19 221:14 227:8,13 247:3

**worked**  17:22 22:19,23 41:5 42:7 43:25 73:19 98:15 220:8 248:5,14,20 249:1,4

**working**  10:9 15:19 102:13 117:7,11,17,21 136:25 190:8, 11,13,16,23 219:15 227:14 247:25

**works**  15:4 103:3 213:24 226:16

**world**  235:21

**worries**  218:16

**writing**  176:15,16 245:7

**written**  42:4 46:10 49:8 51:23

**wrong**  33:15 62:21 69:15 70:13,14,20 71:4 86:9 133:25 154:18 195:3,5,7 209:21 233:11 240:25

**wrote**  177:17,18

---

**Y**

---

**Y-A**  178:6

**ya**  178:5 190:12,24

**year**  10:10 11:5,8 15:22 71:13 127:15,20 225:5,14 250:9

John Vlieger
08/16/2022                                          38

**years**  14:10 15:25 16:7 43:10
46:21,23,25 67:10 76:15
140:25 141:2,8,10 143:13
157:20,21 163:10,11 175:24,
25 176:9 199:15,17 208:21,22
221:7 223:5,19 224:11 225:12
226:8 234:21 250:14

**YEE**  147:3,6 238:11

**yesterday**  29:4 139:2

**Yup**  56:20 194:10 213:18

---

### Z

**Z-A-M**  12:1

**Zamberlan**  11:22 12:1

http://www.shootersconnectionstore.com/KKM-355-Caliber-Bull-Barrel-5-P3455.aspx   Go

4 captures
19 Jan 2015 - 21 Jun 2016

MAR **JUN** JUL
2015 **21** 2017
2016

▼ About this capture

**Shooters Connection**

🔒 Login  👤 Account  ⭐ Wishlist  🛒 Cart

| Home | Product Finder | Advanced Search | Policies | Videos | Contact Us |

### Categories

**There are no subcategories.**

### Refine Results

**Expand Your Result**

KKM Precision Barrels (X)

**Narrow by Manufacturer**

KKM Precision (14)

**Narrow by Keyword**

[          ]

GO

Home  >  Browse by Manufacturer  >  KKM Precision Barrels

# KKM .355 Caliber Bull Barrel 5"

Other products by **KKM Precision**

**Item #:**   CGABXN

**Our Price:**   $185.00

**Ramp Cut**   [          ]

**Quantity:**   [ 1 ]  ▲▼

[ + Add to Cart ]   [ Add to Wishlist ]

| Description | Reviews | Also in KKM Precision Barrels |

5" 9mm bull barrel. Gunsmith Fit. 1/16 twist.

Premium Match Barrel with precision button rifling.KKM has been a leader in custom pistol barrel manufacturing for the last decade providing the most consistent and accurately machined products available for competition, duty and tactical weaponry. From our world famous Glock barrels to our super accurate 1911 and Beretta bull's-eye barrels, every product we make sets the highest standards in precision shooting.

KKM barrels far surpass any standard barrel made today and our secret is our unique Button Rifling process. Our reputation has been built upon our ability to produce an accurate and consistent pistol barrel and no process can produce a rifled bore better than Button rifling.

Button rifling is a process, in which a Titanium Nitride coated Carbide button is pulled under pressure to displace metal to produce a rifled barrel. This process is very expensive but produces a better finished size, surface finish, and surface hardness as well as maintains a more uniform rate of twist then any other rifling process. Each button can be used to produce thousands a barrels before wearing undersized. This allows us to maintain the highest level of quality control. Over the past 10yrs we have perfected the art of button rifling. We now produce all of our own uniquely designed buttons in house.

All KKM barrels are made using U.S. manufactured 416 Stainless steel bar stock which is then heat treated and vacuum tempered to 42 to 45 RC. Our Glock barrels come with supported chambers for reliable feeding and are designed to shoot lead or jacketed bullets. All KKM barrels have a lifetime warranty against manufacturing defects ect...

### Top Sellers

**KKM Glock Match Barrel**
GXXX1
In Stock
**Price:** $165.00
More Info

**KKM .40 Caliber Bull Barrel 5"**
CGDBXN
In Stock
**Price:** $185.00
More Info

**KKM .355 Caliber Bull Barrel Threaded 5.4"**
CGABXX
In Stock
**Price:** $205.00
More Info

**EXHIBIT**

**1**



# KKM .355 Caliber Bull Barrel 5"

Home  >  Browse by Manufacturer  >  KKM Precision Barrels

### KKM .355 Caliber Bull Barrel 5"

Other products by **KKM Precision**

|  |  |
|---|---|
| Item #: | CGABXN |
| Our Price: | $235.00 |
| Ramp Cut | |

**The product is currently out of stock.**

ADD TO WISHLIST

**DESCRIPTION**    REVIEWS    ALSO IN KKM PRECISION BARRELS

5" 9mm bull barrel. Gunsmtih Fit. 1/16 twist.

Premium Match Barrel with precision button rifling.KKM has been a leader in custom pistol barrel manufacturing for the last decade providing the most consistent and accurately machined products available for competition, duty and tactical weaponry. From our world famous Glock barrels to our super accurate 1911 and Beretta bull's-eye barrels, every product we make sets the highest standards in precision shooting.

KKM barrels far surpass any standard barrel made today and our secret is our unique Button Rifling process. Our reputation has been built upon our ability to produce an accurate and consistent pistol barrel and no process can produce a rifled bore better than Button rifling.

Button rifling is a process, in which a Titanium Nitride coated Carbide button is pulled under pressure to displace metal to produce a rifled barrel. This process is very expensive but produces a better finished size, surface finish, and surface hardness as well as maintains a more uniform rate of twist then any other rifling process. Each button can be used to produce thousands a barrels before wearing undersized. This allows us to maintain the highest level of quality control. Over the past 10yrs we have perfected the art of button rifling. We now produce all of our own uniquely designed buttons in house.

EXHIBIT

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:20-cv-61469-XXXX

AKAI CUSTOM GUNS, LLC,
a Florida Limited Liability Company,
and SHAY HOROWITZ, an Individual,

      Plaintiffs,

vs.

KKM PRECISION, INC. a Nevada Corporation,
SHOOTERS CONNECTION, INC., a Kentucky
Corporation, CHARLES BRADLEY, an Individual
and Kentucky Resident, TIMOTHY MEKOSH,
an Individual and Kentucky Resident, and MICHAEL
DAME, a Canadian Citizen and Kentucky Resident.

      Defendants.

_____/

## DEFENDANT, SHOOTERS CONNECTION, INC.'S, AMENDED RESPONSES TO PLAINTIFFS' SECOND REQUEST FOR ADMISSIONS

Defendant, Shooter's Connection, Inc. ("SCI"), pursuant to Florida Rules of Civil Procedure, hereby serves this Amended Response to Plaintiffs' Second Request for Admissions ("RFAs") as follows:

**REQUEST NO. 1:**   **Admit you sold one (1) 1911 style KKM barrels to Plaintiff AKAI on April 2, 2018.**

RESPONSE:  Admit.

**REQUEST NO. 2:**   **Admit the one (1) 1911 style KKM barrels that you sold to Plaintiff AKAI on, was not made from certified 416R gun-barrel quality stainless steel bar stock.**

1

RESPONSE:  Deny.

**REQUEST NO. 3:**   **Admit you sold five (5) 1911 style KKM barrels to Plaintiff AKAI on April 4, 2019.**

RESPONSE:  Admit.

**REQUEST NO. 4:**   **Admit the five (5) 1911 style KKM barrels that you sold to Plaintiff AKAI on April 4, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.**

RESPONSE:  Deny.

**REQUEST NO. 5:**   **Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on July 5, 2019.**

RESPONSE:  Admit.

**REQUEST NO. 6:**   **Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on July 5, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.**

RESPONSE:  Deny.

**REQUEST NO. 7:**   **Admit you sold seven (7) 1911 style KKM barrels to Plaintiff AKAI on October 2, 2018.**

RESPONSE:  Admit.

**REQUEST NO. 8:**   **Admit the seven (7) 1911 style KKM barrels that you sold to Plaintiff AKAI on October 2, 2018, were not made from certified 416R gun-barrel quality stainless steel bar stock.**

RESPONSE:  Deny.

2

**REQUEST NO. 9:**   Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on November 8, 2017.

RESPONSE:  Admit.

**REQUEST NO. 10:**  Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on November 8, 2017, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 11:**  Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on January 27, 2019.

RESPONSE:  Admit.

**REQUEST NO. 12:**  Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on January 27, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 13:**  Admit you sold two (2) 1911 style KKM barrels to Plaintiff AKAI on January 28, 2019.

RESPONSE:  Admit.

**REQUEST NO. 14:**  Admit the two (2) 1911 style KKM barrels that you sold to Plaintiff AKAI on January 28, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 15:**  Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on April 22, 2019.

RESPONSE:  Admit.

**REQUEST NO. 16:**  **Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on April 22, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.**

RESPONSE:  Deny.

**REQUEST NO. 17:**  **Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on April 30, 2019.**

RESPONSE:  Admit.

**REQUEST NO. 18:**  **Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on April 30, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.**

RESPONSE:  Deny.

**REQUEST NO. 19:**  **Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on May 20, 2019.**

RESPONSE:  Admit.

**REQUEST NO. 20:**  **Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on May 20, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.**

RESPONSE:  Deny.

**REQUEST NO. 21:**  **Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on May 29, 2018.**

RESPONSE:  Admit.

4

**REQUEST NO. 22:  Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on May 29, 2018, were not made from certified 416R gun-barrel quality stainless steel bar stock.**

RESPONSE:  Deny.

**REQUEST NO. 23:  Admit you sold seven (7) 1911 style KKM barrels to Plaintiff AKAI on May 30, 2019.**

RESPONSE:  Admit.

**REQUEST NO. 24:  Admit the seven (7) 1911 style KKM barrels that you sold to Plaintiff AKAI on May 30, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.**

RESPONSE:  Deny.

**REQUEST NO. 25:  Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on May 31, 2018.**

RESPONSE:  Admit.

**REQUEST NO. 26:  Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on May 31, 2018, were not made from certified 416R gun-barrel quality stainless steel bar stock.**

RESPONSE:  Deny.

**REQUEST NO. 27:  Admit you sold one (1) 1911 style KKM barrels to Plaintiff AKAI on July 11, 2019.**

RESPONSE:  Deny.  SCI further states that this sale was cancelled.

5

**REQUEST NO. 28:** Admit the one (1) 1911 style KKM barrels that you sold to Plaintiff AKAI on July 11, 2019, was not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 29:** Admit you sold thirteen (13) 1911 style KKM barrels to Plaintiff AKAI on July 30, 2018.

RESPONSE: Admit.

**REQUEST NO. 30:** Admit the thirteen (13) 1911 style KKM barrels that you sold to Plaintiff AKAI on July 30, 2018, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 31:** Admit you sold two (2) 1911 style KKM barrels to Plaintiff AKAI on August 22, 2019.

RESPONSE: Admit.

**REQUEST NO. 32:** Admit the two (2) 1911 style KKM barrels that you sold to Plaintiff AKAI on August 22, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 33:** Admit you sold one (1) 1911 style KKM barrels to Plaintiff AKAI on August 23, 2017.

RESPONSE: Admit.

6

**REQUEST NO. 34:** Admit the one (1) 1911 style KKM barrels that you sold to Plaintiff AKAI on August 23, 2017, was not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 35:** Admit you sold five (5) 1911 style KKM barrels to Plaintiff AKAI on September 11, 2019.

RESPONSE: Admit.

**REQUEST NO. 36:** Admit the five (5) 1911 style KKM barrels that you sold to Plaintiff AKAI on September 11, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 37:** Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on September 14, 2017.

RESPONSE: Admit.

**REQUEST NO. 38:** Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on September 14, 2017, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 39:** Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on September 27, 2017.

**RESPONSE:** Admit.

**REQUEST NO. 40:**  Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on September 27, 2017, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 41:**  Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on October 15, 2019.

RESPONSE:  Admit.

**REQUEST NO. 42:**  Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on October 15, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 43:**  Admit you sold one (1) 1911 style KKM barrels to Plaintiff AKAI on October 16, 2018.

RESPONSE:  Admit.

**REQUEST NO. 44:**  Admit the one (1) 1911 style KKM barrels that you sold to Plaintiff AKAI on October 16, 2018, was not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 45:**  Admit you sold two (2) 1911 style KKM barrels to Plaintiff AKAI on November 22, 2017.

RESPONSE:  Admit.

**REQUEST NO. 46:**  Admit the two (2) 1911 style KKM barrels that you sold to Plaintiff AKAI on November 22, 2017, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 47:**  Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on November 29, 2017.

RESPONSE:  Admit.

**REQUEST NO. 48:**  Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on November 29, 2017, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 49:**  Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on January 27, 2019.

RESPONSE:  Admit.

**REQUEST NO. 50:**  Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on January 27, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 51:**  Admit that in 2016, you advertised 1911 style KKM barrels for sale on the SCI website.

RESPONSE:  Admit.

**REQUEST NO. 52:**  Admit that in 2016 the 1911 style KKM barrels you advertised for sale on the SCI website included the following description:  "All KKM barrels are made

using U.S. manufactured 416 Stainless steel bar stock which is then heat treated and vacuum tempered to 42 to 45 RC."

RESPONSE:  SCI lacks the knowledge and information necessary to either admit or deny this request.  Further, SCI has made a reasonable inquiry and the information it knows or can readily obtain is insufficient to enable it to admit or deny.  However, SCI does not maintain copies of its previous websites, including product descriptions.  Further, SCI sells over 4,000 products, and obtains the product descriptions from the manufacturer.

**REQUEST NO. 53:  Admit that subsequent to 2016, you removed the following description from the 1911 style KKM barrels you advertised for sale on the SCI website: "All KKM barrels are made using U.S. manufactured 416 Stainless steel bar stock which is then heat treated and vacuum tempered to 42 to 45 RC."**

RESPONSE:  Objection.  The term "subsequent to 2016" is vague, ambiguous, and confusing.  Without waiving these objections, SCI admits that it removed the above-cited language sometime after this lawsuit was filed to in order conform to KKM's specifications.  SCI further states that it only advertised the product specifications which were provided by KKM.  Sometime after this lawsuit was filed, KKM modified its product specifications with regard to 1911 barrels, removing the above-cited language.  Consequently, SCI's then changed its advertised specifications of these barrels to conform KKM's new specifications.

**REQUEST NO. 54:  Admit that from January 2017 to October 2019, the 1911 style KKM barrels you advertised for sale on the SCI website were not made from the same type of steel as the 1911 style KKM barrels advertised on the KKM website.**

RESPONSE:  Deny.

10

**REQUEST NO. 55:**  Admit that from January 2017 to October 2019, the 1911 style KKM barrels you advertised for sale on the SCI website did not include any description of the type of steel the KKM barrels were made from.

RESPONSE:  SCI lacks the knowledge and information necessary to either admit or deny this request.  Further, SCI has made a reasonable inquiry and the information it knows or can readily obtain is insufficient to enable it to admit or deny.  However, SCI does not maintain copies of its previous websites, including product descriptions.  Further, SCI sells over 4,000 products, and obtains the product descriptions from the manufacturer.

**REQUEST NO. 56:**  Admit that from January 2017 to October 2019, the 1911 style KKM barrels you advertised for sale on the SCI website did not include any description of the Rockwell hardness of the steel for the KKM barrels you sold to the public.

RESPONSE:  SCI lacks the knowledge and information necessary to either admit or deny this request.  Further, SCI has made a reasonable inquiry and the information it knows or can readily obtain is insufficient to enable it to admit or deny.  However, SCI does not maintain copies of its previous websites, including product descriptions.  Further, SCI sells over 4,000 products, and obtains the product descriptions from the manufacturer.

**REQUEST NO. 57:**  Admit that subsequent to the filing of the Plaintiffs' First Amended Complaint, you have not taken any steps to retract any statements you made on the SCI Facebook page regarding Plaintiff AKAI and/or Plaintiff HOROWITZ as outlined in Plaintiffs' First Amended Complaint.

**RESPONSE:** Objection.    This request is vague, ambiguous, confusing, and argumentative.  Without waiving these objections, SCI denies the statement as worded.  SCI

further states that it never made any false or otherwise defamatory statements regarding Plaintiffs and, therefore, there was no reason to retract anything.

Respectfully submitted this 21st day of June 2022.

> /s/ John Y. Benford
> Nicholas D. Freeman, Esq.
> Florida Bar No. 118620
> Nicholas.freeman@wilsonelser.com
> John Y. Benford, Esq.
> Florida Bar No. 51950
> John.benford@wilsonelser.com
> Wilson Elser Moskowitz Edelman & Dicker LLP
> 111 North Orange Avenue, Suite 1200
> Orlando, FL 32801
> (407) 203-7599 –  Phone
> (407) 648-1376 –  Facsimile
>
> Attorneys for Defendants, Shooters Connection, Inc. and Charles Bradley

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2022, I electronically served this document on all counsel of record identified on the service list below.

> /s/ John Y. Benford
> JOHN Y. BENFORD, ESQ.

## SERVICE LIST

12

270971172v.1

Law Offices of Richard Fiato
Richard J. Fiato
550 W. Merrill Street, Suite 200
Birmingham, MI 48009
Attorney for Plaintiffs
fiatolaw@gmail.com

Edmund Yee
McKelvie, McKelvie, Yee & Epacs, P.C.
280 West Maple Road, Suite 220
Birmingham, Michigan 48009
eyee@mmyelaw.com
Attorney for Plaintiffs

Zimmerman Kiser Sutcliffe
Kevin P. Robinson
315 East Robinson Street, Suite 600
Orlando, FL 32801
Attorney for Defendant KKM
krobinson@zkslawfirm.com
JWenhold@zkslawfirm.com
service@zkslawfirm.com

Cole, Scott & Kissane, P.A.
John A. Chiocca
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401
Attorneys for SCI and Bradley
John.chiocca@csklegal.com
Stephanie.chiocca@csklegal.com

13

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF FLORIDA

Case No.        0:20-cv-61469-RS

```
EXHIBIT

3
```

**AKAI CUSTOM GUNS, LLC,**
**a Florida Limited Liability Company,**
**and SHAY HOROWITZ, an Individual,**

**Plaintiffs,**

**vs.**

**KKM PRECISION, INC. a Nevada Corporation,**
**SHOOTERS CONNECTION, INC., a Kentucky**
**Corporation,**

**Defendants.**

_____/

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     John Vlieger
        1709 Graves Road
        Stamping Ground, KY 40379

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material listed in **Addendum "A"**:

| Place:<br>Seiller Waterman LLC<br>Attention: David M. Cantor<br>462 S. Fourth Street, 22nd Floor<br>Louisville, KY 40202 | Date and Time:     July 29, 2022, 10:00 a.m. |
|---|---|

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a
Civil Action (Page 2)

Civil Action No.  0:20-cv-61469-RS

| Place: | Date and Time: |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____6/27/22_____

CLERK OF COURT
OR
/
_____        _____
Signature of Clerk or Deputy Clerk                    Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* AKAI Custom Guns, LLC and Shay Horowitz, who issues or requests this subpoena, are: Richard J. Fiato, 550 W. Merrill Street, Suite 200, Birmingham, MI 48009 T:(248) 262-5403, fiatolaw@gmail.com and Edmund S. Yee, 280 West Maple Road, Suite 220, Birmingham, Michigan 48009 (T)(248) 952-5100.

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  0:20-cv-61469-RS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* ,   was received by me on *(date)*
_____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)*_____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion

who resides there, on *(date)*_____, and mailed a copy to the individual's last

known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)*_____; or

☐ I returned the summons unexecuted because _____
_____; or

   ☐ Other (specify): _____
   _____
   _____

My fees are  $                    for travel and $                    for services, for a total of $
           _____              _____                      _____

I declare under penalty of perjury that this information is true.

Date:  _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  0:20-cv-61469-RS

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  0:20-cv-61469-RS

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

**(1) *For a Trial, Hearing, or Deposition.*** A subpoena may command a person to attend a trial, hearing, or deposition only as follows:

**(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or

**(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person

**(i)** is a party or a party's officer; or

**(ii)** is commanded to attend a trial and would not incur substantial expense.

**(2) *For Other Discovery.*** A subpoena may command:

**(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and

**(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

**(1) *Avoiding Undue Burden or Expense; Sanctions.*** A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

**(2) *Command to Produce Materials or Permit Inspection.***

**(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of

**(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.

**(B)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:

**(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and

**(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

**(1) *Producing Documents or Electronically Stored Information.*** These procedures apply to producing documents or electronically stored information:

**(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.

**(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.

**(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.

**(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  0:20-cv-61469-RS

production or inspection unless also commanded to appear for a deposition, hearing, or trial.

**(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:

**(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.

**(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

**(3)** *Quashing or Modifying a Subpoena.*

**(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:

**(i)** fails to allow a reasonable time to comply;

**(ii)** requires a person to comply beyond the geographical limits
specified in Rule 45(c);

**(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or

**(iv)** subjects a person to undue burden.

**(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:

**(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

**(2)** *Claiming Privilege or Protection.*

**(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:

**(i)** expressly make the claim; and

**(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.

**(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

---

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a

Civil Action (Page 2)
Civil Action No.  0:20-cv-61469-RS

### "Addendum A"

1. For the period January 1, 2017 to present, all copies of any and all documents, correspondence, communications (written, oral, or electronic) between you and Defendants, KKM PRECISION, INC., and/or SHOOTERS CONNECTION, INC., and/or non-defendants Charles Bradley, and/or Timothy Mekosh and/or Mike Dame and/or Mike Foley, including but not limited to, social media posts, private messages, text messages, emails, group messages, or chat room communications that in any way referenced, discussed, concerned, mentioned, related, or referred to, AKAI CUSTOM GUNS and/or SHAY HOROWITZ.

2. For the period January 1, 2017 to present, all copies of any and all documents, correspondence, communications (written, oral, or electronic) between you and any non-party including but not limited to, social media posts, private messages, text messages, emails, group messages, or chat room communications that in any way referenced, discussed, concerned, mentioned, related, or referred to, AKAI CUSTOM GUNS and/or SHAY HOROWITZ, and/or KKM PRECISION, INC., its employees, agents or representatives, and/or Luke McIntire and/or SHOOTERS CONNECTION, INC., its employees, agents or representatives, and/or Charles Bradley, and/or Timothy Mekosh, and/or Michael Dame.

3. For the period January 1, 2017 to present, all copies of any and all documents, correspondence, communications (written, oral, or electronic) between you and AKAI CUSTOM GUNS, LLC and/or SHAY HOROWITZ.

4. The names, addresses, email addresses and phone numbers of the Facebook Admin, Editor, or Moderator of the following Facebook pages: (1) "2011 Universe," (2) "USPSA UNOFFICIAL" (3) "CHIMPO" (4) "James Taylor" (5) "Mike Hoffer," (6) "Bagger," (7) "Team Doodie Project Uncensored" and (8) "Double Alfalfa," (9) "Dame Michael," (10) "Shooters Connections."

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a

5. For the period January 1, 2017 to present, all copies of any and all documents, correspondence, communications (written, oral, or electronic) between you and the Facebook Admin, Editor, or Moderator of any of the following Facebook pages: (1) "2011 Universe," (2) "USPSA UNOFFICIAL" (3) "CHIMPO" (4) "James Taylor" (5) "Mike Hoffer," (6) "Bagger," (7) "Team Doodie Project Uncensored" and (8) "Double Alfalfa," (9) "Dame Michael," (10) "Shooters Connections."

6. For the period January 1, 2017 to present, all statements, meme(s), or posts you made, collaborated in, contributed to, and/or caused to be published by way of verbal communications, written communications and/or social media postings on all social media platform including but not limited to the Facebook pages of: (1) "2011 Universe," (2)"USPSA UNOFFICIAL," (3) "CHIMPO," (4)"James Taylor," (5) "Mike Hoffer," (6)"Bagger," (7) "Team Doodie Project Uncensored," and (8) "Double Alfalfa," (9) "Dame Michael," (10) "Shooters Connections."

EXHIBIT

4

# Shay Akai

John Vlieger
Hey, Shay. Hope all is well. I've volunteered to be the sponsorship coordinator for the 2017 Kentucky Sectional. It's a little short notice, but could I tempt you into being a sponsor for the match? I plan on having a test fire bay available at the match as well as some other ideas that will help
9 Aug 2017 10:52:37
John Vlieger
I have the sponsorship letter ready to go as well
9 Aug 2017 11:43:13
Shay Akai
Thanks man, but we are not sponsoring matches for a while
9 Aug 2017 12:14:39
John Vlieger
All good. Beating the bushes for Ricky. Going to be a great match.
9 Aug 2017 12:15:59
John Vlieger
Hey, Shay. Besides SV parts, what parts do you end up buying elsewhere for your builds? Trying to get a handle on parts that we need to get in stock for builders like yourself in the future.
22 Nov 2017 9:10:29
Shay Akai
We buy EGW parts direct
22 Nov 2017 9:11:07
Shay Akai
We use Kart and some KKM as well
22 Nov 2017 9:11:30
Shay Akai
Use very little SV parts
22 Nov 2017 9:11:50
Shay Akai
Try to get some x line triggers for 2011
22 Nov 2017 9:12:05
John Vlieger
SV i was referring to your ribbed barrels
22 Nov 2017 9:12:08
John Vlieger
we have geppert currently. I'll look into adding the x-line to what we stock. that should be easy
22 Nov 2017 9:12:37

Shay Akai
2011 ones of course
22 Nov 2017 9:12:57
John Vlieger
of course
22 Nov 2017 9:13:01
Shay Akai
Dawson we are direct as well
22 Nov 2017 9:13:18
John Vlieger
oh, and i'll be living abour 2 hours away from your meth fueled rabbit here in the near future.
22 Nov 2017 9:13:48
Shay Akai
Haha
22 Nov 2017 9:14:00
John Vlieger
with the direct to manufacturer I already figured you would have a line to them. it makes sense.
22 Nov 2017 9:14:24
John Vlieger
if you find yourself ordering parts otherwise that you think we should stock, feel free to shoot me a message. trying to bring SC into the future and keep them relevant
22 Nov 2017 9:14:52
Shay Akai
Your target is going to be odd parts for us
22 Nov 2017 9:14:55
Shay Akai
Cool mounts, thumbrest, optics
22 Nov 2017 9:15:35
Shay Akai
Stuff I don't buy in bulk
22 Nov 2017 9:15:43
John Vlieger
you're referring to the xline vario hinged trigger, right?
22 Nov 2017 9:16:45
John Vlieger
we already stock the flat x-line triggers
22 Nov 2017 9:17:00
Shay Akai
I only saw 1911 triggers

22 Nov 2017 9:17:26
Shay Akai
Hinged sucks
22 Nov 2017 9:17:46
John Vlieger
https://www.shootersconnectionstore.com/Geppert-X-Line-2011-Trigger-P4949.aspx
22 Nov 2017 9:33:13
John Vlieger
and working on the search function is one of the first things Im doing here as well
22 Nov 2017 9:33:28
Shay Akai
Cool
22 Nov 2017 9:35:13
John Vlieger
You got time for a comp question?
28 Mar 2018 18:47:21
Shay Akai
Sure bud, sup?
28 Mar 2018 19:14:40
John Vlieger
11/16-40 tap. What's the spec you use. 685 or 690
28 Mar 2018 19:15:26
Shay Akai
685 is spec
28 Mar 2018 19:15:57
Shay Akai
How come?
28 Mar 2018 19:16:05
John Vlieger
Easier to explain over the phone if you have time. Trying to help a vendor out with his comps we are selling.
28 Mar 2018 19:16:30
John Vlieger
Shouldn't take but a few minutes
28 Mar 2018 19:16:36
Shay Akai
Got my kids with me, so can only tezt
28 Mar 2018 19:16:53
Shay Akai
Standard is Brownells taps
28 Mar 2018 19:17:09

3

John Vlieger
Alright. Well hell. Let me just screen shot it
28 Mar 2018 19:17:09
John Vlieger
28 Mar 2018 19:18:02
John Vlieger
28 Mar 2018 19:18:13
John Vlieger
28 Mar 2018 19:18:16
John Vlieger
We've sold 8 of them. 3 issues from those sales. Two of em were solved by explaining how to check the barrel with a die and they were good. The last issue was with Jeff Abernathy of Tommy Guns. His tap is a MSC.
28 Mar 2018 19:19:26
Shay Akai
Brownells is what we all use
28 Mar 2018 19:20:16
Shay Akai
Your vendor is right
28 Mar 2018 19:20:21
Shay Akai
And every Smith has taps and dies
28 Mar 2018 19:20:37
Shay Akai
Too tight better than too loose
28 Mar 2018 19:20:52
Shay Akai
Titanium no big deal if Tap is new
28 Mar 2018 19:21:08
Shay Akai
Can always thread a barrel to a tight comp
28 Mar 2018 19:21:25
John Vlieger
That's what I would say as well. Same reasoning. Thanks for your input.
28 Mar 2018 19:22:25
Shay Akai
28 Mar 2018 19:23:02
John Vlieger
Trying to find where the disconnect was. And I think we got it
28 Mar 2018 19:23:09
Shay Akai

4

I rarely ever buy threaded barrels
28 Mar 2018 19:24:34
John Vlieger
I know you buy the hell out of our Kart barrels. Figured as much
28 Mar 2018 19:25:02
John Vlieger
Also, did Luigi mention the conversation he and I had at Alabama regarding hybrid barrels?
28 Mar 2018 19:25:19
Shay Akai
Lol, just one of my sources, lol
28 Mar 2018 19:25:19
Shay Akai
Yea, interested to see them, can help with input
28 Mar 2018 19:25:39
Shay Akai
I have fit one or two before ;)
28 Mar 2018 19:25:49
John Vlieger
So I've heard. Ha
28 Mar 2018 19:25:57
John Vlieger
Luigi mentioned lockup surface.
28 Mar 2018 19:26:21
John Vlieger
Could you describe what you would want if you had to use a 5.5" threaded island for both full size builds and shortys? I'm not a gunsmith or an engineer so my experience is limited
28 Mar 2018 19:27:10
John Vlieger
We would like to minimize SKUs at least initially. Making headway on em recently and the manufacturer wants to know our specs. They've built islands before, but they want to know our preferences
28 Mar 2018 19:28:13
Shay Akai
Just a mim
28 Mar 2018 19:30:05
Shay Akai
Min
28 Mar 2018 19:30:09
Shay Akai

5

How close do you want to copy SV?
28 Mar 2018 19:41:58
John Vlieger
You mean Schuman?
28 Mar 2018 19:42:14
Shay Akai
No, SV, very different
28 Mar 2018 19:43:00
John Vlieger
And to answer that question, in essence, I want a Smith who has built a hybrid in the past few years to have no problem with this one
28 Mar 2018 19:43:16
John Vlieger
Not trying to reinvent the wheel. Want people to be able to get a hybrid IMM length gun if they want it
28 Mar 2018 19:43:41
John Vlieger
Luckily the patents have all expired
28 Mar 2018 19:44:08
Shay Akai
Two sku. One 5.4, one 5.0
28 Mar 2018 19:47:23
Shay Akai
Short chamber 355
28 Mar 2018 19:47:24
John Vlieger
No halfway of going with a 5.4?
28 Mar 2018 19:47:49
John Vlieger
Able to be milled down to 5.0 and threaded if the user wanted to
28 Mar 2018 19:48:05
John Vlieger
And shirt chamber was the plan
28 Mar 2018 19:48:16
Shay Akai
No. 5.4 with govern lock up or 5.0 with commander lockup
28 Mar 2018 19:53:51
John Vlieger
Alright. Then it would be 3 SKUs to start. Those two and a 5". 40
28 Mar 2018 19:56:53
John Vlieger

Think there is enough interest out there to do it? We would be committed to a run once we said go, so it's a bit of an investment. Reputable barrel maker.
28 Mar 2018 19:57:42
John Vlieger
And like I told Luigi, I'd want you to give feedback once it was done.
28 Mar 2018 19:58:08
Shay Akai
SV is holding everyone by the balls right now
28 Mar 2018 19:59:23
Shay Akai
We would build a lot more hybrid if we didn't depend on SV
28 Mar 2018 19:59:29
John Vlieger
Get a lot of requests for one?
28 Mar 2018 20:01:55
John Vlieger
Or are you speaking from development, testing, and what you want to offer
28 Mar 2018 20:02:17
Shay Akai
We went the sleeved route because SV was trying to slow us down
28 Mar 2018 20:05:51
Shay Akai
All these small builders building one or two, SV not worried
28 Mar 2018 20:06:07
Shay Akai
You build more, you start to compete with them
28 Mar 2018 20:06:22
John Vlieger
Ah. Gotcha. As far as I know, there are zero patents left on the hybrid barrel, especially seeing as STI has started making their own hybrid/islands.
28 Mar 2018 20:07:23
Shay Akai
Check the radius on SV barrels
28 Mar 2018 20:07:58
John Vlieger
I can't disclose right now who is on the list to make ours, but they already make some for STI.
28 Mar 2018 20:08:08
Shay Akai
See if there is a parent on it
28 Mar 2018 20:08:10

7

John Vlieger
Radius where? Sorry. Not a smith
28 Mar 2018 20:08:32
Shay Akai
Will send pics tomorriw
28 Mar 2018 20:08:48
Shay Akai
You need help bud :) lol
28 Mar 2018 20:08:57
John Vlieger
K. I have Ben Langford helping with the specs
28 Mar 2018 20:09:06
John Vlieger
He has or had a IMM barrel lying around
28 Mar 2018 20:09:17
John Vlieger
And, you know, he's an engineer
28 Mar 2018 20:12:07
Shay Akai
Good luck :)
28 Mar 2018 20:14:44
Shay Akai
Lol
28 Mar 2018 20:14:51
John Vlieger
You're one of our biggest customers. If you have input I'd love to hear from you
28 Mar 2018 20:15:33
Shay Akai
For sure, no substitute for actual experience with lots of them
28 Mar 2018 20:17:26
John Vlieger
Agreed. He was brought in due to us needing someone to draw the print. That might have changed, but still need him to include engineer lingo.
28 Mar 2018 20:18:12
John Vlieger
Basically, I found out who was making sti islands and contacted the guy who was in charge of OEM accounts. Due to NDA they required a print. Then they dicked me around for three months
28 Mar 2018 20:18:53
Shay Akai
You have an SV barrel in your gun? Hybrid?

28 Mar 2018 20:26:51
John Vlieger
Yup
28 Mar 2018 20:26:57
John Vlieger
But my gun is away at coating right now
28 Mar 2018 20:27:03
John Vlieger
Should have it back soon
28 Mar 2018 20:27:09
Shay Akai
28 Mar 2018 20:27:27
Shay Akai
That radius is crucial
28 Mar 2018 20:27:40
John Vlieger
okay. this is what the sales rep said to me yesterday
29 Mar 2018 8:49:47
John Vlieger
"While talking with our Engineers and Design Team, they understand your reasoning for not having the print done. The one thing that we will need though is a detailed list of any changes or additions that you'd like to have done for your version. if you could either sketch that out and label it or provide me with a detailed description, then I can really dive into this and hopefully have a solid answer for you sometime next week. "
29 Mar 2018 8:50:10
John Vlieger
I've asked Ben Langford to help out with it, but anything at all you want to add I'd be all ears. To be perfectly blunt, you're one of our best customers and the potential biggest user of these barrels. I'd like to make sure we do this right going in
29 Mar 2018 8:51:34
Shay Akai
N0 worries, and I will use them if they are right.
29 Mar 2018 8:52:12
Shay Akai
Hybrid barrels are half the time of a V8 for me and a quarter of the tungsten
29 Mar 2018 8:52:35
Shay Akai
They are that easy to build
29 Mar 2018 8:52:41
Shay Akai

There are some serious issues with the SV barrels. If you copy the SV but do a better job, you win.
29 Mar 2018 8:53:26
John Vlieger
and that's exactly why I'm talking with you.
29 Mar 2018 8:53:46
Shay Akai
SV are soft, they are H13 (crap), they compact, their link pin hole is crooked and misaligned
29 Mar 2018 8:55:06
Shay Akai
On the other hand, their feedramp is perfect, radius on back of rib is a great feature.
29 Mar 2018 8:55:44
Shay Akai
Their chambers are oversized and loose, will feed anything, not a good thing
29 Mar 2018 8:56:06
Shay Akai
Crown is inaccurate, threads are just ok
29 Mar 2018 8:56:33
Shay Akai
KKM does a much better job with dimensions, pin hole, chamber, crown and material
29 Mar 2018 8:57:08
Shay Akai
So marry the two
29 Mar 2018 8:57:18
John Vlieger
If you have specs on what that radius on the rib should be, I'd like to hear it.
29 Mar 2018 8:59:21
Shay Akai
Btw, I used to be a MUCH larger customer until they tried to fuck me :)
29 Mar 2018 8:59:33
John Vlieger
Also, understood about the two SKU's for the 355 barrels. Enough interest for a non-threaded 5" .40 cal barrel?
29 Mar 2018 8:59:47
Shay Akai
Oh yea, 40 is huge
29 Mar 2018 9:00:02
John Vlieger
I can get that. There's enough history here with Chuck and the industry I learn something new about grudges every day

29 Mar 2018 9:00:18
John Vlieger
Got it. I thought so, but wanted to ask. And for a 3 gun 5" you can just cut the threads off of a 5.4", correct?
29 Mar 2018 9:00:42
Shay Akai
Yes, Chuck is central
29 Mar 2018 9:00:46
Shay Akai
I buy direct, but from Dawson, Speed, you, Brazos
29 Mar 2018 9:01:13
Shay Akai
No one can hold me by the balls anymore :)
29 Mar 2018 9:01:24
John Vlieger
One thing I'm trying to do here is be a sort of account manager...filter between Chuck and customers I already have a relationship with
29 Mar 2018 9:01:52
Shay Akai
We use 5 inch 40, 5 inch 9, 5.4 40
29 Mar 2018 9:02:03
John Vlieger
5.4" 40 might have to wait. Big investment for each SKU for us
29 Mar 2018 9:02:22
Shay Akai
I am sure
29 Mar 2018 9:02:31
Shay Akai
The radius is 125
29 Mar 2018 9:06:34
Shay Akai
Schuemman and STI are 7/16 cutter All The way back
29 Mar 2018 9:06:59
Shay Akai
SV has the square at the end, done with a quarter cutter. Much easier and stronger
29 Mar 2018 9:07:32
John Vlieger
what steel would you recommend for the barrel?
29 Mar 2018 9:08:50
John Vlieger
taking notes

29 Mar 2018 9:08:54
Shay Akai
416, like KKM
29 Mar 2018 9:09:33
Shay Akai
Harder and doesn't compact
29 Mar 2018 9:09:40
Shay Akai
There is a reason every SV barrel is gold. They are hardening them
29 Mar 2018 9:10:14
Shay Akai
Because it's needed
29 Mar 2018 9:10:20
Shay Akai
Also, that whole oversized breachface thing is because their hoods compact
29 Mar 2018 9:10:50
John Vlieger
gotcha. I have some work to do right now, but if you think of anything else, please don't hesitate.
29 Mar 2018 9:15:44
Shay Akai
No worries. Can have Ben contact me
29 Mar 2018 9:22:44
Shay Akai
Do NOT make them STI style
29 Mar 2018 9:22:54
Shay Akai
It's crap and breaks
29 Mar 2018 9:22:59
John Vlieger
I had a chat with Chuck. Would it be possible to make a 5.4", with extended lock up for cutting down if you want. He is really hesitant to invest $10-12k per SKU when the demand is unknown/we are putting out neck out for design choices. Making one SKU and seeing the reception would be a safer plan, investment wise.
29 Mar 2018 10:23:36
John Vlieger
Also, are you capable or have someone capable of doing a engineering print?
29 Mar 2018 10:23:56
John Vlieger
Seeing as you have a lot of experience with them, figured I'd ask. Worst case, we can wait for June-ish for KKM to come online and use them.

12

29 Mar 2018 10:27:55
Shay Akai
KKM making Hybrid?
29 Mar 2018 10:57:57
Shay Akai
Nathan Carter is awesome at engineering and making prints
29 Mar 2018 10:58:42
John Vlieger
Nice. I'll hit him up. And they have made them before for STI. Word from them was they won't do it until may or June at the earliest. New machines coming in.
29 Mar 2018 11:00:11
John Vlieger
obviously we would prefer to do a commander and a government lockup per barrel (4.5 and 5), but is it possible to just extend that lock up surface (straight taper) to give a smith an option to turn it down?
29 Mar 2018 16:17:43
John Vlieger
talking to Nathan Carter right now about it
29 Mar 2018 16:17:50
Shay Akai
He is an awesome dude
29 Mar 2018 16:29:41
John Vlieger
yes, sir, he is.
29 Mar 2018 16:31:23
John Vlieger
hopefully getting the ball rolling a bit faster now
29 Mar 2018 16:31:31
John Vlieger
Nathan had to back out. Ben Langford is taking back over. Any more thoughts on what you'd like to see in a hybrid?
3 Apr 2018 9:23:07
Shay Akai
Let me see what you got, will make comments
3 Apr 2018 9:24:27
John Vlieger
really, only comments i have are what you've provided. think of it this way. they are gonna base their estimate off of the STI barrels they currently make. I'm trying to give them a solid idea of the the changes we would like, compared to those barrels. so, radius on the rib (would need specs on that), feed ramp (like SV you said?), chamber

specs (not as loose as SV), chamber radius, crown, and lock up are the main notes I've taken so far

3 Apr 2018 9:26:08

Shay Akai

STI version is crap

3 Apr 2018 9:27:50

John Vlieger

agreed. but they are making it to STI specs. they can't give me the print, or even admit they are making it, due to an NDA

3 Apr 2018 9:28:15

John Vlieger

might as well tell you, considering you're our main customer,

3 Apr 2018 9:28:24

John Vlieger

but Faxon is the manufacturer

3 Apr 2018 9:28:30

Shay Akai

Cool

3 Apr 2018 9:28:38

John Vlieger

so, they know what they're doing (hopefully)

3 Apr 2018 9:28:49

Shay Akai

Haha

3 Apr 2018 9:28:59

Shay Akai

How come Booby isn't helping you guys? Lol

3 Apr 2018 9:29:15

John Vlieger

i talked with KKM yesterday. they can make em...starting in like September-October time frame in small quantities

3 Apr 2018 9:29:20

John Vlieger

and no comment, there.

3 Apr 2018 9:29:37

Shay Akai

Why? Lol

3 Apr 2018 9:29:53

Shay Akai

One of the reasons I shied away from SC is because they got in bed with Booby

3 Apr 2018 9:30:19

John Vlieger
business is business. If the parts and guns sell, and we can make money on it, the door is open. we have a lot of vendors I, personally, wouldn't do business with for various reasons. I, personally, have no comment regarding Bobby. He helped me along the way, but we have since parted ways
3 Apr 2018 9:31:49
John Vlieger
And besides what I think, good or bad, it's bad form. Both from a shooter level, and industry level. I'm trying to make Chuck money so that I can succeed, and make money. Capitalism.
3 Apr 2018 9:33:38
John Vlieger
Not in a shady, anything to make a buck, kind of way. but im not going to rock the boat when my living is now attached to everything I do and say in public, man. kinda what it comes down to, really. i want these barrels made for a lot of reasons. getting them made, and made right, is the priority.
3 Apr 2018 9:35:34
John Vlieger
and besides, Bobby absolutely hates hybrid barrels
3 Apr 2018 9:35:44
Shay Akai
Lol
3 Apr 2018 9:43:09
Shay Akai
Booby is clueless
3 Apr 2018 9:43:21
Shay Akai
I can help you with comments. I just want fair treatment in return.
3 Apr 2018 9:43:45
John Vlieger
3 Apr 2018 9:43:45
John Vlieger
I don't think that would be a problem at all. In fact, you are at least half the reason/focus of these barrels. If this all falls through, we will just wait for KKM to get up and running.
3 Apr 2018 9:45:10
John Vlieger
Here's a question for you. If I could get my hands on Schuemann prints, would that be preferred? To just put those barrels back in production?
3 Apr 2018 9:47:03
Shay Akai

15

Schumman is horrible
3 Apr 2018 9:48:03
Shay Akai
3 Apr 2018 9:49:48
Shay Akai
3 Apr 2018 9:49:51
John Vlieger
aaaaaalright
3 Apr 2018 9:51:21
Shay Akai
3 Apr 2018 9:52:30
Shay Akai
3 Apr 2018 9:52:34
Shay Akai
One cracks, one doesnt
3 Apr 2018 9:52:44
John Vlieger
the rib cracks, cracks off, is what youre saying?
3 Apr 2018 9:53:55
Shay Akai
Yes
3 Apr 2018 9:54:12
Shay Akai
3 Apr 2018 9:54:17
Shay Akai
Schumman cracks right at that angle
3 Apr 2018 9:55:02
John Vlieger
ah. well, if i could get the prints, it would save us some time. is it just the rib that is the issue? lugs, ramp, etc ok?
3 Apr 2018 9:55:09
Shay Akai
3 Apr 2018 9:56:33
Shay Akai
B is lock up. Has to be an inch from muzzle
3 Apr 2018 9:56:52
Shay Akai
On a 5 inch slide, an inch from muzzle. On a 4.5 inch slide, 5 inch barrel, has to be further back, maintain an inch back
3 Apr 2018 9:57:36
Shay Akai

16

If you make a 5 inch total length, an IMM, you have to have lock up an inch back.
3 Apr 2018 9:58:51
John Vlieger
that's what Luigi was talking about. did Schuemann do that?
3 Apr 2018 9:59:17
Shay Akai
They did, on a few rare barrels that were never available and were AET
3 Apr 2018 10:00:55
Shay Akai
AET was dog shit
3 Apr 2018 10:01:05
Shay Akai
3 Apr 2018 10:01:10
Shay Akai
SV feedramp will feed empty brass
3 Apr 2018 10:03:43
John Vlieger
so, what we are looking for is an SV barrel, with the exception of the steel used, and a tighter chamber. is that about right?
3 Apr 2018 10:04:26
Shay Akai
SV has serious issues with manufacturing right now
3 Apr 2018 10:06:25
Shay Akai
They are drilling their link pin hole as an after thought
3 Apr 2018 10:06:41
John Vlieger
alright...lemme show you something and you tell me what happened without me putting any info in
3 Apr 2018 10:07:08
Shay Akai
Drilling from both sides, not all the way through. The holes are not through, not aligned and not perpendicular to the barrel. I have to recut all their link pin holes
3 Apr 2018 10:07:25
John Vlieger
3 Apr 2018 10:07:27
John Vlieger
3 Apr 2018 10:07:38
Shay Akai
Never seen one crack there
3 Apr 2018 10:07:52

John Vlieger
tha'ts what i keep hearing. thoughts?
3 Apr 2018 10:08:11
John Vlieger
no evidence of damage to the chamber. the line does extend into the face of the chamber
3 Apr 2018 10:10:19
Shay Akai
Over charge imho
3 Apr 2018 10:11:08
Shay Akai
They usually crack the lugs
3 Apr 2018 10:11:22
John Vlieger
sorry, does not extend into the chamber. the line is only what you see in the pic
3 Apr 2018 10:12:59
Shay Akai
3 Apr 2018 10:13:09
Shay Akai
Not straight
3 Apr 2018 10:13:16
John Vlieger
and if there was no evidence of a squib or kaboom?
3 Apr 2018 10:13:36
John Vlieger
and i see what you mean.
3 Apr 2018 10:13:40
Shay Akai
Has to be pressure imho or out battery when detonating
3 Apr 2018 10:14:38
John Vlieger
alright. no chance of metal fatigue or defect in metal?
3 Apr 2018 10:14:59
John Vlieger
obviously, over charge is most likely as it's user oriented.
3 Apr 2018 10:15:21
Shay Akai
3 Apr 2018 10:15:35
John Vlieger
id heard about that.
3 Apr 2018 10:15:49

Shay Akai
Metal fatigue is a joke
3 Apr 2018 10:15:54
Shay Akai
3 Apr 2018 10:16:32
John Vlieger
how do you mean a joke?
3 Apr 2018 10:16:52
Shay Akai
I have NEVER cracked an SV barrel because I fit them correctly. They have cracked over 50 of them.
3 Apr 2018 10:17:11
Shay Akai
Metal fatigue is what gunsmith sell customers if something cracks. It is not a real thing.
3 Apr 2018 10:17:45
John Vlieger
and defect in the steel?
3 Apr 2018 10:17:55
Shay Akai
Unpossible
3 Apr 2018 10:18:04
John Vlieger
okey doke.
3 Apr 2018 10:18:08
John Vlieger
that barrel is mine
3 Apr 2018 10:18:10
Shay Akai
Bahahaha, on new gun?
3 Apr 2018 10:18:22
John Vlieger
it was in my smiths hands, then my coaters hands. both inspected it, and the coater polished it by hand. they would have noticed the crack
3 Apr 2018 10:18:39
John Vlieger
i get it back and put 300 rounds through it. 200 of my match load (7.9 grains HS6. same lot/batch I used at Alabama with no isuses. 171.8 PF) and 100 rounds of ammo I made for chrono at 8.1 grains. Tighter QC when I'm making for chrono
3 Apr 2018 10:19:25
Shay Akai

How is your breachface?
3 Apr 2018 10:19:31
John Vlieger
unscarred. it was a touch loose, i noticed
3 Apr 2018 10:19:50
Shay Akai
SV breachface?
3 Apr 2018 10:20:05
John Vlieger
yup
3 Apr 2018 10:20:08
John Vlieger
no damage I could see to the slide
3 Apr 2018 10:20:13
John Vlieger
Pat has it and will be taking a look at it today
3 Apr 2018 10:20:24
John Vlieger
only 3-4k through that gun
3 Apr 2018 10:20:28
John Vlieger
If it's my fault, it's my fault. i break stuff. however, i like to know for sure so i can correct whatever issue there is
3 Apr 2018 10:20:51
Shay Akai
You would be my R&D guy if you were on the team because you break shit, bahahahaa
3 Apr 2018 10:21:13
Shay Akai
Do you chamber check your rounds?
3 Apr 2018 10:21:41
John Vlieger
yep, shock bottle. all new cases
3 Apr 2018 10:22:34
John Vlieger
match ammo and chrono is always new cases
3 Apr 2018 10:22:43
John Vlieger
loading on a 1050
3 Apr 2018 10:22:50
Shay Akai

20

It may be that your rounds hang on throat and your gun fired out of battery
3 Apr 2018 10:23:01
John Vlieger
meaning loaded too long?
3 Apr 2018 10:23:13
Shay Akai
Chamber not throated properly
3 Apr 2018 10:24:13
John Vlieger
do you throat all the SV barrels, or do they tend to be ok?
3 Apr 2018 10:25:09
Shay Akai
For 9 major due to bullet profile
3 Apr 2018 10:25:32
Shay Akai
Especially the JHP, they hang on shoulder
3 Apr 2018 10:25:54
John Vlieger
i'll look into it. i usually load 1.1.65-1.170
3 Apr 2018 10:27:38
Shay Akai
Yes, that is very long
3 Apr 2018 10:27:52
Shay Akai
Your Smith should have done it for you
3 Apr 2018 10:28:02
Shay Akai
9mm is super high pressure
3 Apr 2018 10:28:12
John Vlieger
we chamber checked it with my ammo before it left.
3 Apr 2018 10:28:14
John Vlieger
plunk test just fine.
3 Apr 2018 10:28:26
Shay Akai
Then breachface may have been loose
3 Apr 2018 10:28:48
Shay Akai
I have NEVER cracked an SV
3 Apr 2018 10:29:10

John Vlieger
I have fucking talent.
3 Apr 2018 10:29:25
John Vlieger
seriously. Did you ever see my broken CK slide?
3 Apr 2018 10:29:38
Shay Akai
Which one of them?
3 Apr 2018 10:29:49
Shay Akai
And CK cravks all slides
3 Apr 2018 10:30:01
Shay Akai
Almost all
3 Apr 2018 10:30:06
Shay Akai
He uses sucky slides
3 Apr 2018 10:30:13
John Vlieger
3 Apr 2018 10:30:21
Shay Akai
Brb, have to cut
3 Apr 2018 10:30:22
John Vlieger
Sshhhhh. Everyone knows I break shit. Don't need to rub salt in the wound
4 Apr 2018 19:12:30
John Vlieger
Pat has the barrel now. He's gonna mic it tomorrow. He said it looks worse in the pic
4 Apr 2018 19:12:55
Shay Akai
Bahahaha
4 Apr 2018 19:13:39
Shay Akai
They are not all your fault
4 Apr 2018 19:14:57
John Vlieger
True. But I have a rep I'm not looking to ad to if I can avoid it
4 Apr 2018 19:17:45
Shay Akai
You shot for Booby, too late
4 Apr 2018 19:19:44

John Vlieger

Barrel ain't broke. Must have been a deep gouge or scratch from shipping or my dumb ass. Pat gave it a clean bill of health after buffing it and shooting 300 rounds of major

6 Apr 2018 7:30:58

Shay Akai

Cool

6 Apr 2018 7:33:05

Shay Akai

Haha

6 Apr 2018 7:33:07

John Vlieger

Have you used these ejectors before?

8 Apr 2018 9:01:58

John Vlieger

https://www.shootersconnectionstore.com/Harrison-Design-Exact-Fit-Ejector-9mm-Long-Nose-Carbon-P5097.aspx

8 Apr 2018 9:02:06

Shay Akai

No, but looks ok

8 Apr 2018 9:43:34

John Vlieger

We have em in stock now, if you want to give one a try. Trying to get em in stainless as well

8 Apr 2018 22:09:41

Shay Akai

Cool, cost?

8 Apr 2018 22:10:35

John Vlieger

$35 retail. Lemme check on dealer

8 Apr 2018 22:10:49

John Vlieger

$28.79 dealer

8 Apr 2018 22:12:44

Shay Akai

Cool

8 Apr 2018 22:15:28

John Vlieger

regarding the hybrid barrels. what, specifically would you change from SV barrels. I have a brand new one I'm sending in as an example and need to know what changes (besides QC like the link pin hole) would be requested

10 Apr 2018 12:32:58

23

Shay Akai
That's it
10 Apr 2018 12:41:25
John Vlieger
...just QC
10 Apr 2018 12:41:43
John Vlieger
and chamber dimension?
10 Apr 2018 12:41:48
Shay Akai
Tighter
10 Apr 2018 13:15:38
Shay Akai
Hey goofball
17 Apr 2018 10:38:29
John Vlieger
yo, homie g
17 Apr 2018 10:38:37
Shay Akai
I just placed an order for a mount, can you times 2 it?
17 Apr 2018 10:38:51
Shay Akai
Or shall I reenter an order?
17 Apr 2018 10:39:03
John Vlieger
whats the CVV code
17 Apr 2018 10:39:45
Shay Akai
880
17 Apr 2018 10:40:01
John Vlieger
done
17 Apr 2018 10:40:20
Shay Akai
Thanks man
17 Apr 2018 10:40:27
John Vlieger
no problemo
17 Apr 2018 10:40:32
Shay Akai
You are mighty useful

24

17 Apr 2018 10:40:42
John Vlieger
i do what i can
17 Apr 2018 10:40:53
Shay Akai
Nice shooting btw, scared me for a bit
17 Apr 2018 10:40:58
John Vlieger
frickin no shoots
17 Apr 2018 10:41:12
John Vlieger
i beat him in time by a second. we both had 4 stage wins. almost the same amount of points.
17 Apr 2018 10:41:38
John Vlieger
take away any 2 of the no shoots and it woulda coulda shoulda
17 Apr 2018 10:41:52
Shay Akai
I put up those no shoots on purpose
17 Apr 2018 10:41:54
John Vlieger
i was already blaming you, so you taking credit for it doesnt do any good or harm
17 Apr 2018 10:42:09
Shay Akai
Always blame me. I am used to it
17 Apr 2018 10:42:48
John Vlieger
our system over charged you., i reduced it down.
18 Apr 2018 11:53:54
Shay Akai
Better reduce it down, bahaha
18 Apr 2018 11:56:44
John Vlieger
i see how it is.
18 Apr 2018 14:54:37
John Vlieger
got a question for you regarding light strikes
18 Apr 2018 14:54:47
John Vlieger
intermittent light strikes with a 2011. 17 pound mainspring. M2i extended FP. standard power FP spring. Koenig hammer. SV grip on STI style frame.

18 Apr 2018 14:55:37
John Vlieger
about 1 in 100 rounds will light strike. Primer seating depth has been taken out of the equation. brass is new brass same headstamp. feed fire eject is fine.
18 Apr 2018 14:56:11
John Vlieger
no hammer follow or failure to reset
18 Apr 2018 14:56:27
Shay Akai
Headspace too long, firing pin channel dirty, firing pin fucked up
18 Apr 2018 14:56:58
Shay Akai
Do pencil test first
18 Apr 2018 14:57:08
John Vlieger
heres teh rub. it worked fine for 1k. then same batch of ammo happened again
18 Apr 2018 14:57:15
Shay Akai
Could get monster primer flow
18 Apr 2018 14:57:21
John Vlieger
it does have a touch of primer flow
18 Apr 2018 14:57:32
Shay Akai
So happens with certain ammo?
18 Apr 2018 14:57:35
John Vlieger
yes, but that ammo works fine in about 4 other guns
18 Apr 2018 14:57:58
Shay Akai
Could be headspace issue with barrel, could be misaligned
18 Apr 2018 14:58:26
John Vlieger
misaligned FP hole?
18 Apr 2018 14:58:38
Shay Akai
Take a pic of the primer on a spent brass
18 Apr 2018 14:58:41
Shay Akai
Yes, those exist. What brand slide?
18 Apr 2018 14:58:54

John Vlieger
SV
18 Apr 2018 14:58:59
Shay Akai
Breachface good and tight?
18 Apr 2018 14:59:23
Shay Akai
Oh, and check the profile of your firing pin. The channel is different on the SV slides
18 Apr 2018 14:59:48
John Vlieger
yep. red loctite
18 Apr 2018 14:59:51
Shay Akai
Could develop a serious burr on the firing pin
18 Apr 2018 14:59:59
John Vlieger
yeah. dawsons dont work well in em.
18 Apr 2018 15:00:02
John Vlieger
firing pin is almost brand new and seems fine
18 Apr 2018 15:00:09
John Vlieger
mclearn
18 Apr 2018 15:00:15
Shay Akai
Do pencil test first
18 Apr 2018 15:00:27
Shay Akai
Know what that is?
18 Apr 2018 15:00:30
John Vlieger
yep. about 3 feet in the air
18 Apr 2018 15:02:06
John Vlieger
consistent as far as i can tell
18 Apr 2018 15:02:14
Shay Akai
Show me a spent brass
18 Apr 2018 15:02:59
John Vlieger

27

will do when i get home. i just cleaned it up today. was gonna retest with 200 more rounds and see what happens
18 Apr 2018 15:03:34
Shay Akai
You are looking for uncentered brass
18 Apr 2018 15:04:07
Shay Akai
Uncentered hits, primer flow
18 Apr 2018 15:04:16
John Vlieger
both. but its very slightly off center
18 Apr 2018 15:04:25
Shay Akai
Using small rifle primers?
18 Apr 2018 15:04:31
John Vlieger
small pistol
18 Apr 2018 15:04:43
Shay Akai
Use small rifle
18 Apr 2018 15:04:49
Shay Akai
They dont flow as much
18 Apr 2018 15:04:54
Shay Akai
Try and test if your FP is hitting high, low, left or right
18 Apr 2018 15:05:17
John Vlieger
18 Apr 2018 15:05:38
Shay Akai
Roll your firing pin on a table, make sure its still straight
18 Apr 2018 15:05:51
John Vlieger
found an older one.
18 Apr 2018 15:05:52
Shay Akai
Good solid hit, so you know you have the power
18 Apr 2018 15:06:33
Shay Akai
But... it is offset and smeared
18 Apr 2018 15:06:42

28

Shay Akai
As if the gun is opening while the firing pin is out
18 Apr 2018 15:07:00
Shay Akai
Two possible causes. 1. Your barrel fit is not proper. 2. The firing pin is indenting the primer TOO much and the primer is hugging the firing pin, pulling on the firing pin
18 Apr 2018 15:07:56
Shay Akai
Small rifle primers and less pressure will solve that
18 Apr 2018 15:09:11
John Vlieger
i'll try some SRP tonight. i was hesitant to try them because if i was having light strikes already, a harder cup wasnt going to help
18 Apr 2018 15:09:40
Shay Akai
Your problem sounds opposite
18 Apr 2018 15:09:59
Shay Akai
Over hitting
18 Apr 2018 15:10:02
John Vlieger
primers are deep set, too. loading on a 1050
18 Apr 2018 15:10:38
Shay Akai
You chamber check your rounds?
18 Apr 2018 15:10:49
Shay Akai
SV chambers are almost always oversized
18 Apr 2018 15:10:59
John Vlieger
every single one
18 Apr 2018 15:11:02
John Vlieger
with a hundo
18 Apr 2018 15:11:05
Shay Akai
Chamber check!
18 Apr 2018 15:11:15
Shay Akai
Not case gauge
18 Apr 2018 15:11:19

John Vlieger
if the chamber is over size, the only thing a chamber would do is check OAL
18 Apr 2018 15:12:04
Shay Akai
Take barrel out of gun, drop rounds in chamber
18 Apr 2018 15:12:05
Shay Akai
Yes, we want to check OAL and throat
18 Apr 2018 15:12:21
Shay Akai
Your bulliets can be hanging on your throat, not letting the gun close all the way
18 Apr 2018 15:12:41
John Vlieger
loading about 10 thou less than the throar
18 Apr 2018 15:13:04
John Vlieger
1.160 vs 1.170
18 Apr 2018 15:13:12
Shay Akai
Depends on bullet profile
18 Apr 2018 15:13:30
John Vlieger
PD 124 JHP
18 Apr 2018 15:13:53
Shay Akai
Drop check them :)
18 Apr 2018 15:14:04
Shay Akai
I want to know what your headspace is like
18 Apr 2018 15:14:18
Shay Akai
Try the SRPs first
18 Apr 2018 15:16:16
Shay Akai
And watch that breachface
18 Apr 2018 15:16:48
John Vlieger
chamber passed the go/no go gauge. breechface has started tp erode a touch, which is why i thought the primer flow was happening
18 Apr 2018 15:17:42
Shay Akai

30

SRPs ASAP
18 Apr 2018 15:17:55
Shay Akai
Good news it is replacable
18 Apr 2018 15:18:26
John Vlieger
will do
18 Apr 2018 15:18:37
John Vlieger
and thanks. i sent that new SV barrel in to get the estimate with your notes. ill keep you updated
18 Apr 2018 15:29:29
Shay Akai
New SV barrel?
18 Apr 2018 15:30:25
Shay Akai
Oh, I get it
18 Apr 2018 15:30:38
Shay Akai
Cool
18 Apr 2018 15:30:47
John Vlieger
when i thought my barrel was cracked i ordered a new one from speedshooters. didnt need it. so its going in for a look see
18 Apr 2018 15:30:51
John Vlieger
18 Apr 2018 19:31:26
John Vlieger
Same major load, Winchester small rifle primer
18 Apr 2018 19:31:38
Shay Akai
Better, but check for damage on breachface
18 Apr 2018 19:44:53
John Vlieger
I almost beat your potato head with a rock island shooting minor. Let that sink in
21 Apr 2018 22:20:30
John Vlieger
But he's a good potato head.
21 Apr 2018 22:20:50
Shay Akai
Almost

21 Apr 2018 22:21:00
John Vlieger
So I'll refrain from running that particular fact in
21 Apr 2018 22:21:04
Shay Akai
But you didn't:)
21 Apr 2018 22:21:09
John Vlieger
With a whole two days of practice with irons ;)
21 Apr 2018 22:21:20
John Vlieger
He should be ashamed someone shooting minor got that close to taking his candy
21 Apr 2018 22:21:43
Shay Akai
He had a rough match, lol
21 Apr 2018 22:22:20
John Vlieger
Yeah. I worked the match today. I got to hear all about it
21 Apr 2018 22:22:39
John Vlieger
He wanted me to spot him 40 points. Right before he raped a hoser stage
21 Apr 2018 22:22:51
Shay Akai
Bahaha
21 Apr 2018 22:22:52
Shay Akai
No doubt you are a force. Going to do a Tonya Harding on you
21 Apr 2018 22:23:31
Shay Akai
You could have shot major, if you could reload without blowing up your gun ;)
21 Apr 2018 22:24:44
Shay Akai
That's from Gynra
21 Apr 2018 22:24:51
John Vlieger
My 45 is broke. And I did shoot reloads. And potato head needs to count his lucky stars. Ain't no luck like that in the golden world of limited, where real irons shooters play. I'll keep chasing your meth rabbit, and he can keep chasing a reflection that doesn't scare children
21 Apr 2018 22:28:13
Shay Akai

Your major gun is broke? Lol
21 Apr 2018 22:28:45
John Vlieger
Not broken broke. Lost the barrel broke. I moved and it was apart at the time
21 Apr 2018 22:29:24
Shay Akai
Bahahaha
21 Apr 2018 22:29:49
John Vlieger
It's not an open gun, so I care less
21 Apr 2018 22:30:01
Shay Akai
Imagine if you didn't have to deal with the Booby gun for so long
21 Apr 2018 22:30:24
John Vlieger
I wouldn't have learned so much about gunsmithing, though...
21 Apr 2018 22:30:47
Shay Akai
Bahahaha
21 Apr 2018 22:33:00
Shay Akai
Booby is a master gunsmith, knowledge beyond belief
21 Apr 2018 22:33:16
Shay Akai
I think you now realize how bad those guns are. We always had a ton of respect for you for how well you despite the POS you were shooting
21 Apr 2018 22:34:50
John Vlieger
I appreciate that. I prefer to focus on the now and building things going forward. Seriously. I want to compete at the top, along with Cody and Lesgar. I had to fight hard to be look myself in the mirror and be able to say I was a contender. Glad I'm in such great company.
21 Apr 2018 22:55:31
Shay Akai
You are a contender. No one has a doubt
21 Apr 2018 22:56:55
Shay Akai
Consistency is your enemy, not ability.
21 Apr 2018 22:57:10
John Vlieger

33

Tell me about it... Dozers coming in next weekend to build the range. Going to be spending a lot of time out back. Working on the mental game as well as skill game. Cody, Lesgar, Hyder. We are all a part of the newer generation of open shooters and I intend to stick around for a while. Gotta keep em honest.
21 Apr 2018 22:58:34
Shay Akai
They know
21 Apr 2018 23:00:33
John Vlieger
Those guns are for lefties... Right? You two are screwing with my head
23 Apr 2018 16:56:19
Shay Akai
Mirror image
23 Apr 2018 17:00:58
John Vlieger
Still confused
23 Apr 2018 17:03:18
John Vlieger
Mirror image guns? Like, ejection port on the left and everything else on the right?
23 Apr 2018 17:03:45
Shay Akai
Optical illusion
23 Apr 2018 17:07:06
John Vlieger
Bullshit. Ejection port is on the right side with the thumb rest.
23 Apr 2018 17:10:58
Shay Akai
Its flipped, mirror, exactly
23 Apr 2018 17:11:31
John Vlieger
So, thumb rest on both sides?
23 Apr 2018 17:15:32
Shay Akai
Only on one side, why would you do both?
23 Apr 2018 17:15:59
Shay Akai
Mirrored image, like taking a selfie in front of the mirror
23 Apr 2018 17:17:36
John Vlieger
But the ejection port
23 Apr 2018 17:17:56

34

Shay Akai
Ejection port is normal. Not sure what you mean
23 Apr 2018 17:18:44
John Vlieger
23 Apr 2018 17:19:17
John Vlieger
On the RIGHT side of the gun I see a thumb rest, an ejection port, and a SN
23 Apr 2018 17:19:41
John Vlieger
As usual
23 Apr 2018 17:19:47
Shay Akai
Yes, doesn't change
23 Apr 2018 17:20:13
John Vlieger
For a lefty
23 Apr 2018 17:20:17
Shay Akai
You are seeing the left side of the gun, correct
23 Apr 2018 17:20:46
John Vlieger
So you made mirror image frames and slides
23 Apr 2018 17:21:08
Shay Akai
No, the image is mirrored, not the frame. That would be backwards. Duh.
23 Apr 2018 17:22:01
John Vlieger
Why you fucking with me so hard?
23 Apr 2018 17:22:17
Shay Akai
Just trying to understand your question. I don't get it.
23 Apr 2018 17:22:54
John Vlieger
If those guns are set up for a right handed shooter/the image is mirrored, the ejection port should be on the opposite side.
23 Apr 2018 17:23:43
John Vlieger
From looking at the pic, it looks like a normal open gun, with the thumb rest on the opposite side for a leftt
23 Apr 2018 17:24:07
Shay Akai

35

Dont forget the mirror effect, the reflection.
23 Apr 2018 17:24:32
John Vlieger
Nice lefty open guns, Shay.
23 Apr 2018 17:25:35
Shay Akai
Thanks :)
23 Apr 2018 17:25:51
Shay Akai
https://www.shootersconnectionstore.com/Double-Tap-Sports-Scope-Mount-for-RTS2SIG-Romeo-3Delta-Point-Pro-19112011-P4944.aspx
24 Apr 2018 9:40:04
Shay Akai
Yo, when you expect those?
24 Apr 2018 9:40:09
John Vlieger
soon. i ordered 6 of em a month ago. hes in canada and is a smaller shop.
24 Apr 2018 9:40:59
John Vlieger
should i order more? you planning on buying us out?
24 Apr 2018 9:41:07
Shay Akai
Bahaha, yes, lots of requests
24 Apr 2018 9:42:12
John Vlieger
less flex?
24 Apr 2018 9:42:22
John Vlieger
or because of the multiple dot mounts
24 Apr 2018 9:42:28
Shay Akai
Lots of people switching back and forth between optica
24 Apr 2018 9:42:39
John Vlieger
gotcha. might ask him for a few more, then
24 Apr 2018 9:42:49
Shay Akai
RTS2 and deltapoint
24 Apr 2018 9:42:53
Shay Akai
Also, RTS2 with 8MOA, bought a bunch from Amazon

24 Apr 2018 9:43:22
John Vlieger
yeah...we're waiting. next few weeks they should be in. C-more got caught with their pants down
24 Apr 2018 9:45:11
John Vlieger
we hate being out of them.
24 Apr 2018 9:45:18
John Vlieger
also, we will hopefully soon have the battery trays for them, soon. for people like me who monkey them up
24 Apr 2018 9:45:33
Shay Akai
Notice my three mirrored guns
24 Apr 2018 9:45:45
Shay Akai
3 different optics
24 Apr 2018 9:45:52
John Vlieger
yeah. people want micros, but none of them are perfect
24 Apr 2018 9:46:06
John Vlieger
you see the Leica one? another RTS2 clone
24 Apr 2018 9:46:29
Shay Akai
Speedy likes his RTS2, they only fail during matches
24 Apr 2018 9:46:31
John Vlieger
hahahaha. i have one thats been going strong for the past year. maybe more. i have two and dont keep track which one is which
24 Apr 2018 9:46:53
Shay Akai
24 Apr 2018 9:59:07
John Vlieger
i reduced your shipping charge. the SV barrel is at the barrel manufacturer for estimates, btw.
24 Apr 2018 10:12:04
Shay Akai
Let me know
24 Apr 2018 10:12:29
John Vlieger

37

will do
24 Apr 2018 10:14:03
John Vlieger
just got word from the manufacturer. theyre running about 3 weeks behind. material sourcing being the issue
24 Apr 2018 12:26:54
John Vlieger
the scope mounts that it
24 Apr 2018 12:26:58
John Vlieger
is
24 Apr 2018 12:26:59
Shay Akai
Put 5 aside for me?
24 Apr 2018 12:39:01
John Vlieger
i ordered 10 of the black. 5 silver
24 Apr 2018 12:41:12
Shay Akai
5 blacks please, 3 silvers
24 Apr 2018 12:41:48
Shay Akai
You need to up your ordering bud
24 Apr 2018 12:42:03
John Vlieger
26 Apr 2018 11:44:22
John Vlieger
26 Apr 2018 11:44:40
Shay Akai
They RESELL the nicest 40 slides now
26 Apr 2018 11:47:32
John Vlieger
26 Apr 2018 11:47:56
John Vlieger
my lips are sealed...for a nominal fee
26 Apr 2018 11:48:12
Shay Akai
lol
26 Apr 2018 11:51:15
John Vlieger
nah. i take client confidentiality seriously. doesnt mean i cant laugh at it, though

26 Apr 2018 11:53:50
Shay Akai
Been buying them for a long time :)
26 Apr 2018 11:56:35
John Vlieger
thought youd buy caspian?
26 Apr 2018 11:57:18
John Vlieger
or PT?
26 Apr 2018 11:57:20
Shay Akai
PT is spotty availability
26 Apr 2018 11:57:31
Shay Akai
I cant always wait
26 Apr 2018 11:57:35
Shay Akai
Caspian is great for open
26 Apr 2018 11:57:42
John Vlieger
and i had heard bobby had changed suppliers. hadn't heard where to, though
26 Apr 2018 12:00:08
Shay Akai
For sure, I can tell
26 Apr 2018 12:00:20
Shay Akai
And they are nice
26 Apr 2018 12:00:25
John Vlieger
last i heard he's gonna be trying to make his own here in the near ish future
26 Apr 2018 12:00:45
Shay Akai
Hopefully he stops cracking, lol
26 Apr 2018 12:00:50
Shay Akai
Not sure you know about his open guns cracking...
26 Apr 2018 12:01:03
John Vlieger
i have no idea what you're talking about...
26 Apr 2018 12:02:00
Shay Akai

I love Bobby, I miss him
26 Apr 2018 12:02:32
Shay Akai
He was my best marketing person back when he used to talk shit
26 Apr 2018 12:02:44
John Vlieger
we just got some RTS2's in. 6 MOA
27 Apr 2018 13:59:38
Shay Akai
I am good for now
27 Apr 2018 14:00:06
Shay Akai
Fucking client was pissing me off
27 Apr 2018 14:00:12
John Vlieger
27 Apr 2018 14:00:12
Shay Akai
Ordered 5 guns
27 Apr 2018 14:00:16
Shay Akai
First it was sideways mounts, then up right mounts, then RTS6, then Trijicon and then back to RTS2 8MOA
27 Apr 2018 14:00:47
John Vlieger
...did you charge him for each change?
27 Apr 2018 14:01:01
Shay Akai
Everytime he changes, I buy a whole set for 5 guns, mounts and all
27 Apr 2018 14:01:02
Shay Akai
Charged a bit
27 Apr 2018 14:01:11
Shay Akai
Changed from Wilsons to Double Taps to EGWs
27 Apr 2018 14:01:23
Shay Akai
Changed from SV grips to PTs and then back to SVs
27 Apr 2018 14:01:34
Shay Akai
Lots of extra labor
27 Apr 2018 14:01:50

John Vlieger
sounds like a winner. He paying in cash/already paid?
27 Apr 2018 14:01:59
Shay Akai
Paid and done
27 Apr 2018 14:05:16
Shay Akai
Huge order, so didnt want to push him too much
27 Apr 2018 14:05:26
Shay Akai
7500 per gun plus 12 mags per gun, times 5
27 Apr 2018 14:05:43
John Vlieger
...fuckin hell. overseas dude?
27 Apr 2018 14:05:53
Shay Akai
Local
27 Apr 2018 14:07:27
John Vlieger
gotcha.
27 Apr 2018 14:07:39
Shay Akai
Bitched me out that the RTS2 mount is too high off the gun
27 Apr 2018 14:07:52
Shay Akai
Till I splained that original order was sideways mount and holes were drilled perfectly for that
27 Apr 2018 14:08:13
John Vlieger
we had a customer order like $3k in parts over the course of a week.
27 Apr 2018 14:08:43
John Vlieger
he gets the Grams spring packs and returns them...
27 Apr 2018 14:08:53
John Vlieger
because he wanted 5 (3) packs. not 3 (5) packs
27 Apr 2018 14:09:04
John Vlieger
we just said "ok" and rolled with it. same concept, lower value, but more frequency
27 Apr 2018 14:09:21
Shay Akai

wow
27 Apr 2018 14:09:52
Shay Akai
People are morons
27 Apr 2018 14:10:00
John Vlieger
money talks
27 Apr 2018 14:14:56
John Vlieger
as we both know
27 Apr 2018 14:15:00
Shay Akai
Yo sucka
30 Apr 2018 10:18:59
Shay Akai
You sent me the wrong slides!
30 Apr 2018 10:19:09
John Vlieger
is the packaging correct?
30 Apr 2018 10:46:32
Shay Akai
Doesnt matter. I expect you to inspect my parts.
30 Apr 2018 10:47:20
Shay Akai
Packing is correct, was mislabeled
30 Apr 2018 10:47:28
Shay Akai
SL38GM5-SR-RP-NL
30 Apr 2018 10:47:51
Shay Akai
https://www.shootersconnectionstore.com/Caspian-Slide-5-938-Solid-Bald-P3522.aspx
30 Apr 2018 10:48:12
Shay Akai
And they are classic, cant use them
30 Apr 2018 10:48:20
John Vlieger
we are talking about the CK arms slides, correct?
30 Apr 2018 10:49:38
Shay Akai
Caspian

30 Apr 2018 10:49:55
John Vlieger
we are on it. let you know whats up as soon as we figure out whats going on
30 Apr 2018 10:54:27
Shay Akai
Got any uniques stashed away?
30 Apr 2018 10:54:58
Shay Akai
30 Apr 2018 13:08:03
Shay Akai
U funny
30 Apr 2018 13:08:12
John Vlieger
https://www.shootersconnectionstore.com/CK-Arms-Slide-5-938-Unique-Bald-P3638.aspx
30 Apr 2018 13:17:00
Shay Akai
Don't try to be a crack dealer
30 Apr 2018 13:17:27
John Vlieger
Chuck would like you to call the shop and talk to him if you have a moment
30 Apr 2018 13:19:42
John Vlieger
1-800-387-4045
30 Apr 2018 13:19:49
Shay Akai
30 Apr 2018 13:26:36
John Vlieger
if you got time this evening id like to pick your brain. i got info about the barrel project
30 Apr 2018 16:29:22
Shay Akai
Sure.
30 Apr 2018 16:37:52
John Vlieger
6 ish work for you?
30 Apr 2018 17:03:58
Shay Akai
I believe so
30 Apr 2018 17:05:07
John Vlieger

43

You free?
30 Apr 2018 18:14:43
John Vlieger
If not there's no rush
30 Apr 2018 18:14:50
Shay Akai
9543285660
30 Apr 2018 18:16:46
John Vlieger
KKM just came in, in case you were wanting some barrels
8 May 2018 11:53:36
Shay Akai
You are so sweer
8 May 2018 11:53:53
Shay Akai
Sweet
8 May 2018 11:53:56
John Vlieger
Customer is always right. You want barrels, I gots barrels
8 May 2018 12:00:05
Shay Akai
Flattered
8 May 2018 12:08:51
John Vlieger
and 8 moa RTS2 should be in today as well
8 May 2018 12:25:51
Shay Akai
8 May 2018 12:29:39
John Vlieger
https://www.shootersconnectionstore.com/C-More-Systems-RTS2-Red-Dot-Sight-P2147.aspx
8 May 2018 13:25:23
Shay Akai
8 May 2018 13:25:40
John Vlieger
in stock, for your buying convenience
8 May 2018 13:25:50
Shay Akai
8 May 2018 13:26:03
John Vlieger

ups ground is usually 2 days to you. so, youd have it friday. with 3 day select. you might get it friday, or saturday if they deliver saturday
9 May 2018 13:15:14
Shay Akai
Do 2
9 May 2018 13:18:08
John Vlieger
you selected 3 day select. want me to down grade to ground?
9 May 2018 13:18:35
John Vlieger
saves you a few bucks
9 May 2018 13:18:52
Shay Akai
Sure
9 May 2018 13:19:57
John Vlieger
okey doke
9 May 2018 13:21:21
Shay Akai
9 May 2018 13:21:26
Shay Akai
Yo, guts any of those x line triggers?
9 May 2018 13:44:09
John Vlieger
nope. you gotta go through Adam at Atlas for those. Good luck, and God speed
9 May 2018 13:46:29
Shay Akai
Screw that, you get them for me!
9 May 2018 13:46:51
John Vlieger
if you want to help us out, you can email Geppert and say you want to buy em from us...Adam has the US distributorship
9 May 2018 13:46:53
John Vlieger
we've been cock blocked
9 May 2018 13:47:01
Shay Akai
Tell them if they dont sell them to us, we are going to start making them here
9 May 2018 13:47:30
Shay Akai
And they can fuck off

9 May 2018 13:47:36
John Vlieger
you're lucky.
29 May 2018 16:13:20
John Vlieger
UPS was loading up as we received that order
29 May 2018 16:13:34
Shay Akai
I knew I felt lucky today
29 May 2018 16:13:55
Shay Akai
Will place another order in 30 minutes, see if I get lucky again
29 May 2018 16:14:09
John Vlieger
nope. hes already gone. and mail is late
29 May 2018 16:15:09
John Vlieger
so, you could still send mail if you're feeling adventerous
29 May 2018 16:15:20
Shay Akai
Hell no, not that lucky
29 May 2018 16:15:54
Shay Akai
http://www.speedshooter.com/product_detail.cfm?id=STI-ISLAND%20BBL&n=
7 Jun 2018 10:17:19
John Vlieger
first off, MOTHER FUCKERS.
7 Jun 2018 10:18:38
John Vlieger
second off, HAHAHAHAHAHA! They think people are gonna pay $500 for an STI barrel?!
7 Jun 2018 10:18:55
Shay Akai
Funny, eh?
7 Jun 2018 10:19:01
John Vlieger
7 Jun 2018 10:21:52
John Vlieger
this is going to sound like an odd question, but do you know of, or have, an engineering print for a standard bull barrel?
25 Jun 2018 12:13:53

46

Shay Akai
Not personally
25 Jun 2018 12:15:09
John Vlieger
know someone that might?
25 Jun 2018 12:18:39
Shay Akai
No bud
25 Jun 2018 12:19:16
John Vlieger
alrighty. thanks. we are still waiting on those double tap mounts to come across the border. i'm slapping one on my gun, too, so yeah. waiting for those suckers.
25 Jun 2018 12:20:18
Shay Akai
Haha
25 Jun 2018 12:20:32
John Vlieger
anything else we can do for you?
25 Jun 2018 12:20:33
Shay Akai
You are so sweet
25 Jun 2018 12:20:53
John Vlieger
I'm doing my best to balance the fuckery of being associated with you and yours along with the exemplary customer service I expect from myself
25 Jun 2018 12:21:26
John Vlieger
it's a tight rope
25 Jun 2018 12:21:41
Shay Akai
You don't realize the street cred you are able to achieve by associating with us
25 Jun 2018 12:35:03
John Vlieger
street cred don't pay my mortgage
25 Jun 2018 12:36:57
Shay Akai
Should say thank you
25 Jun 2018 12:37:25
Shay Akai
You have experienced association with the likes of booby
25 Jun 2018 12:38:01

47

John Vlieger
once burned twice shy
25 Jun 2018 12:38:22
John Vlieger
speaking of which, you see the safeties he's making?
25 Jun 2018 12:38:33
Shay Akai
No, lol
25 Jun 2018 12:38:44
John Vlieger
I'll be torture testing the ambi version.
25 Jun 2018 12:38:46
John Vlieger
25 Jun 2018 12:39:05
John Vlieger
25 Jun 2018 12:39:14
John Vlieger
that's the single sided version we have now. machined. MSRP like $60 ish i think
25 Jun 2018 12:39:38
Shay Akai
Show me the paddle
25 Jun 2018 12:40:01
John Vlieger
25 Jun 2018 12:41:17
John Vlieger
25 Jun 2018 12:41:21
John Vlieger
25 Jun 2018 12:41:22
John Vlieger
25 Jun 2018 12:41:23
John Vlieger
25 Jun 2018 12:41:25
Shay Akai
Wow, very special
25 Jun 2018 12:41:58
Shay Akai
They should patent that
25 Jun 2018 12:42:09
John Vlieger
25 Jun 2018 12:42:11
John Vlieger

ha!
25 Jun 2018 12:42:15
John Vlieger
people complain all day about stealing ideas, but aint nobody got a patent or the money to enforce it
25 Jun 2018 12:42:33
John Vlieger
atlas/sv comp/ our bag/midway/LAPG range bags
25 Jun 2018 12:44:06
Shay Akai
Gogun
25 Jun 2018 12:44:08
John Vlieger
gogun/cr speed
25 Jun 2018 12:44:13
John Vlieger
exactly
25 Jun 2018 12:44:20
John Vlieger
patent has been expired on the schuemann barrels for 6 years for example
25 Jun 2018 12:44:43
Shay Akai
There used to be a certain degree of honor in our industry
25 Jun 2018 12:47:27
John Vlieger
I'm just here to shoot.
25 Jun 2018 13:07:14
Shay Akai
And pay the mortgage
25 Jun 2018 13:07:54
John Vlieger
regarding the safety, i dont really think its applicable, though., its a safety. a high, big paddle safety. ed brown, wilson, etc.
25 Jun 2018 13:07:54
John Vlieger
everyone has to make a living. same as you
25 Jun 2018 13:08:04
Shay Akai
I haven't shot a match in 8 years
25 Jun 2018 13:08:19
John Vlieger

49

wooooooooow.
25 Jun 2018 13:08:38
John Vlieger
thats what you got Speedy for, eh?
25 Jun 2018 13:08:47
John Vlieger
shooting vicariously
25 Jun 2018 13:08:52
Shay Akai
I don't care about shooting
25 Jun 2018 13:09:12
Shay Akai
Don't really care about guns either
25 Jun 2018 13:09:22
Shay Akai
And definitely not doing this for the money
25 Jun 2018 13:10:23
John Vlieger
everyone has their reasons for doing what they do. i get asked what my reasons are all the time. why i shoot so much. the phrase "you do you" comes to mind.
25 Jun 2018 13:11:12
Shay Akai
I enjoy the tech behind the guns. But I enjoy all tech, guns are just an outlet
25 Jun 2018 13:19:54
Shay Akai
That's why I don't mass produce
25 Jun 2018 13:20:02
John Vlieger
I understand. You seem to be doing well with it
25 Jun 2018 14:33:31
John Vlieger
Side note, what ejector pin do you use? For 2011
25 Jun 2018 14:33:42
Shay Akai
McMaster
25 Jun 2018 14:48:01
John Vlieger
Dowels? Cut em to fit?
25 Jun 2018 14:49:14
Shay Akai
Split pins

25 Jun 2018 14:49:20
John Vlieger
https://www.shootersconnectionstore.com/Shooters-Connection-2011-Ejector-Pin-P5016.aspx
25 Jun 2018 14:50:16
John Vlieger
next time you order might want to try one of these out. meant for 2011's
25 Jun 2018 14:51:43
Shay Akai
https://www.mcmaster.com/#92373a145/=1dfw0sq
25 Jun 2018 14:58:34
Shay Akai
When you beat this price, I will
25 Jun 2018 14:58:41
John Vlieger
wel,, la de da
25 Jun 2018 15:08:41
John Vlieger
25 Jun 2018 16:40:34
Shay Akai
Ouch, are you ok?
25 Jun 2018 16:41:48
Shay Akai
Looks like you got beat up
25 Jun 2018 16:41:53
John Vlieger
Lemme guess. You talking trash about the recoil in my arms
25 Jun 2018 16:42:42
Shay Akai
Dude, I have so much respect for your shooting ability :)
25 Jun 2018 16:43:01
Shay Akai
Serious, no troll
25 Jun 2018 16:43:06
John Vlieger
I'm so confused right now
25 Jun 2018 16:43:56
Shay Akai
Ok, straight up.
25 Jun 2018 16:44:58
Shay Akai

You shot such a POS for so long and you kicked ass
25 Jun 2018 16:45:09
John Vlieger
Thank you for the compliment, though
25 Jun 2018 16:45:09
Shay Akai
YOu are shooting an ok gun now and kicking ass
25 Jun 2018 16:45:21
Shay Akai
At any point in time, I think you can beat anyone
25 Jun 2018 16:45:31
Shay Akai
Frankly, there are MUCH better guns out there
25 Jun 2018 16:45:48
Shay Akai
Imagine what you could do if you had a great gun...
25 Jun 2018 16:46:17
Shay Akai
I have no doubt you can win now, which speaks volumes for your ability.
25 Jun 2018 16:47:11
John Vlieger
I appreciate the input. Sincerely. Maybe by the time I go to the world shoot I'll have changed the gun or guns I'm shooting. As it stands right now I have this one and a shitty back up being built. I've already shown what happens when you take a... Sub par gun and train your ass off with it. The gun I have now works and I'm putting time behind it. Gonna see what happens. You make a fine open gun, Shay. You're trying to innovative and I fucking love innovation. I hate a stagnant market / pool of options. Same reason why I'm trying to get some hybrid barrels made
25 Jun 2018 16:54:25
Shay Akai
Good man
25 Jun 2018 16:55:05
Shay Akai
25 Jun 2018 16:58:47
Shay Akai
25 Jun 2018 16:59:15
Shay Akai
First time shooting a brand new gun.
25 Jun 2018 16:59:16
John Vlieger
Also in 38 SC which I can't shoot currently

25 Jun 2018 16:59:26
Shay Akai
Not as important as some think
25 Jun 2018 16:59:41
John Vlieger
You're just trying to get me to shoot an Akai. You sneaky sneaky gunsmith you
25 Jun 2018 17:19:42
Shay Akai
No
25 Jun 2018 17:20:46
Shay Akai
Whats the point?
25 Jun 2018 17:21:00
John Vlieger
I'd just break it?
25 Jun 2018 17:21:26
John Vlieger
Is that where you're going with this?
25 Jun 2018 17:21:32
Shay Akai
No
25 Jun 2018 18:06:31
Shay Akai
LOL
25 Jun 2018 18:06:32
John Vlieger
28 Jun 2018 11:32:05
Shay Akai
He is going to sit on you
28 Jun 2018 11:36:13
Shay Akai
28 Jun 2018 11:36:27
John Vlieger
he's like the barking dog with all his teeth missing
28 Jun 2018 11:42:51
Shay Akai
Screencap
28 Jun 2018 11:43:37
John Vlieger
28 Jun 2018 11:44:14
Shay Akai

Lol
28 Jun 2018 12:08:55
John Vlieger
where in Florida did PT move to?
28 Jun 2018 14:55:02
Shay Akai
45 mins north of Tampa
28 Jun 2018 15:21:14
John Vlieger
cool beans yo
28 Jun 2018 15:35:10
Shay Akai
https://a360.co/2tLKwED
28 Jun 2018 15:47:15
Shay Akai
Can you open that?
28 Jun 2018 15:47:19
John Vlieger
yeah
28 Jun 2018 15:48:14
John Vlieger
offset? stiffness? footprint? pricing? manufacturer?
28 Jun 2018 15:48:27
John Vlieger
nevermind. i just saw the logo
28 Jun 2018 15:48:40
John Vlieger
and how far set back?
28 Jun 2018 15:49:03
Shay Akai
An extra 1/2 inch
28 Jun 2018 15:50:21
Shay Akai
YOu like?
28 Jun 2018 15:50:32
John Vlieger
looks clean. what about frame thickness being an issue?
28 Jun 2018 15:52:15
John Vlieger
spacers or milling
28 Jun 2018 15:52:21

Shay Akai
Spacers
28 Jun 2018 15:52:25
Shay Akai
Not everyone can mill
28 Jun 2018 15:52:31
Shay Akai
Will have a stainless shield for it as well
28 Jun 2018 15:52:39
John Vlieger
agreed. comes to fit a wide, or bianchi?
28 Jun 2018 15:52:44
Shay Akai
Wide, like ours
28 Jun 2018 15:52:54
John Vlieger
not 1"?
28 Jun 2018 15:53:20
John Vlieger
nevermind. standard wide dust cover
28 Jun 2018 15:53:33
John Vlieger
not classic width. gotcha.
28 Jun 2018 15:53:39
John Vlieger
you making them now, or planning it?
28 Jun 2018 15:53:47
Shay Akai
Machine getting set up
28 Jun 2018 15:54:29
Shay Akai
https://a360.co/2tByEG8
28 Jun 2018 15:54:32
John Vlieger
interesting
28 Jun 2018 15:54:35
Shay Akai
These comps will be steel and titanium
28 Jun 2018 15:54:48
John Vlieger

interesting. comps are a slow mover for us. Gunsmiths have to fit em, generally and all that.
28 Jun 2018 15:57:25
John Vlieger
you're making them to work with full length recoil system?
28 Jun 2018 15:58:01
Shay Akai
Yes
28 Jun 2018 16:02:22
John Vlieger
interesting. be funny to see on a full size gun
28 Jun 2018 16:02:32
Shay Akai
Screw full size, thats for C class shooters
28 Jun 2018 16:02:57
John Vlieger
i'll be visiting Mark 7 on the 12th, all day. friday is kinda open. trying to have a sit down with PT on that friday, but not confirmed. how far are you from Ft Myers?
28 Jun 2018 16:03:02
John Vlieger
and me
28 Jun 2018 16:03:07
John Vlieger
and Nils
28 Jun 2018 16:03:12
John Vlieger
and Balsley
28 Jun 2018 16:03:17
John Vlieger
and Max Michel
28 Jun 2018 16:03:27
Shay Akai
I am two hours from Fort Myers
28 Jun 2018 16:03:33
John Vlieger
south?
28 Jun 2018 16:03:38
Shay Akai
Yea, but anyone that can still win?
28 Jun 2018 16:03:40
Shay Akai

East
28 Jun 2018 16:03:43
John Vlieger
k. if PT can't make arrangements id love to stop by and check out the shop. and bust speedys balls about letting JJ whoop em
28 Jun 2018 16:15:05
John Vlieger
and what price point you thinking for the mounts/they going to be available to us?
28 Jun 2018 16:15:27
Shay Akai
Sure, match double tap basically
28 Jun 2018 16:21:38
Shay Akai
They are mainly for me, so I wont have to pay you NOTHING no more
28 Jun 2018 16:22:06
John Vlieger
28 Jun 2018 16:22:33
John Vlieger
If you do plan on selling them, we have noticed that mounts with logos font do SS well as blank ones
28 Jun 2018 16:42:08
Shay Akai
Of course
28 Jun 2018 16:43:37
Shay Akai
But my logo is special
28 Jun 2018 16:43:42
Shay Akai
Kept the AKai off of it
28 Jun 2018 16:43:50
John Vlieger
I noticed that. Still, blank mounts are inclusive. Any logo makes people think if they want that logo on their gun or not
28 Jun 2018 16:45:18
Shay Akai
I make more money if I sell myself, lil
28 Jun 2018 17:13:25
Shay Akai
Lol
28 Jun 2018 17:13:27
John Vlieger

And you'll sell more overall if we sell them as well
28 Jun 2018 17:29:51
John Vlieger
And you won't have to deal with customers. Hence the reason we exist
28 Jun 2018 17:30:09
Shay Akai
Haha
28 Jun 2018 17:35:53
John Vlieger
if you got one ready to go when i visit, i might take one off your hands. sans the logo. either one of yours or a double tap. ha
29 Jun 2018 12:27:35
Shay Akai
Not yet bud, still a drawing
29 Jun 2018 12:32:42
John Vlieger
you got two weeks. ready set go
29 Jun 2018 12:32:55
Shay Akai
Yes sah
29 Jun 2018 12:33:38
John Vlieger
29 Jun 2018 12:35:40
John Vlieger
hey, dood. If you got time this fine morning I have some questions I'd like to run by you
2 Jul 2018 8:48:28
Shay Akai
RUn Forrest, RUN!
2 Jul 2018 8:49:05
John Vlieger
2 Jul 2018 8:55:00
Shay Akai
Sup sucka?
2 Jul 2018 8:55:42
Shay Akai
2 Jul 2018 9:15:24
John Vlieger
odd question for you, but have you ever considered/wanted a 4.5" + threads barrel?
5 Jul 2018 13:08:03
John Vlieger

58

so, IMM but in a bull or bushing config
5 Jul 2018 13:08:19
Shay Akai
IMMs are such
5 Jul 2018 13:08:21
Shay Akai
We thread our owm
5 Jul 2018 13:08:40
John Vlieger
so i take that as a no?
5 Jul 2018 13:10:51
Shay Akai
Not necessary
5 Jul 2018 13:11:26
Shay Akai
a bull I can use for limited and open
5 Jul 2018 13:11:33
John Vlieger
5 Jul 2018 13:11:33
John Vlieger
you or Lesgar need anything for IPSC nats? I fly out tomorrow and have room in the bag. Not a whole lot, but figure some small parts would be fine. Can save you the shipping
11 Jul 2018 11:50:54
Shay Akai
KKM bull 355 5 inch
11 Jul 2018 11:51:16
John Vlieger
we should have those back in stock in a week(s). KKM is building our plussed up order right now
11 Jul 2018 12:09:08
John Vlieger
sorry i cannot provide
11 Jul 2018 12:09:13
Shay Akai
What good are you
11 Jul 2018 12:10:11
John Vlieger
11 Jul 2018 12:10:44
Shay Akai
Hey Villager, let me know as soon as those KKMs come in?

18 Jul 2018 10:52:40
John Vlieger
i was already planning on checking with KKM today. and I see you've spoken with Scott...
18 Jul 2018 10:54:05
Shay Akai
I talk to Scat almost every day. About what?
18 Jul 2018 10:54:28
John Vlieger
calling me by a name that is not my name
18 Jul 2018 10:55:53
John Vlieger
just got off the phone. they should ship to us early next week. so, in our hands by the end of next week hopefully. i'll keep you updated
18 Jul 2018 10:58:56
Shay Akai
Cool
18 Jul 2018 11:00:34
Shay Akai
I can't spell your name. You need to change it.
18 Jul 2018 11:00:49
John Vlieger
18 Jul 2018 11:01:32
Shay Akai
Got dem KKM barrels yet?
23 Jul 2018 10:22:59
John Vlieger
mail hasnt even been delivered yet today. gonna find out if they shipped em last week like they said they should. then update you. don't worry, bae. i got you
23 Jul 2018 10:23:38
Shay Akai
You are so sweet!
23 Jul 2018 10:45:12
Shay Akai
And I don't even care that you ruined a cancer charity match
23 Jul 2018 10:45:35
John Vlieger
23 Jul 2018 10:53:07
Shay Akai
What an asshole
23 Jul 2018 10:53:50

Shay Akai
Haha
23 Jul 2018 10:53:54
Shay Akai
Me
23 Jul 2018 10:53:56
John Vlieger
how many double tap scope mounts do you need? he's shipping our order today
23 Jul 2018 12:35:45
Shay Akai
5 please
23 Jul 2018 12:49:05
John Vlieger
each?
23 Jul 2018 12:49:12
John Vlieger
black and silver
23 Jul 2018 12:49:30
Shay Akai
Let me check...
23 Jul 2018 12:49:33
John Vlieger
you said like 8 and 5 or something last time
23 Jul 2018 12:49:43
Shay Akai
Need dem barrels
23 Jul 2018 12:49:49
Shay Akai
Sure, 8 and 5 would work
23 Jul 2018 12:49:57
John Vlieger
8 black 5 silver?
23 Jul 2018 12:50:34
John Vlieger
alright. ill let you know when the scope mounts arrive.
23 Jul 2018 12:58:34
John Vlieger
barrel order should be here next week. no promises
23 Jul 2018 13:01:46
Shay Akai
Damn

23 Jul 2018 13:02:12
John Vlieger
yeah. how do you think we feel, ha
23 Jul 2018 13:02:24
John Vlieger
two things real quick. you got those mounts ready? we got DT mounts coming in
soon...ish...hopefully, but you gonna have yours done soon? and second, we will have
Nowlin bull, ramped, C/P and W/N, barrels in soon if you wanted to give one a shot
25 Jul 2018 9:16:41
Shay Akai
I want KKM damn it
25 Jul 2018 9:17:47
John Vlieger
and you'll get KKM!
25 Jul 2018 9:22:25
John Vlieger
...eventually
25 Jul 2018 9:22:28
Shay Akai
I am going to clean you out
25 Jul 2018 9:22:50
John Vlieger
we almost doubled our order before they started on it. i don't doubt that you want to,
just don't know if you will after we get like 20-30 barrels in.
25 Jul 2018 9:23:29
Shay Akai
Let me know :)
25 Jul 2018 9:24:00
Shay Akai
They is gone
25 Jul 2018 9:24:03
John Vlieger
What about your mounts, yo
25 Jul 2018 15:09:52
Shay Akai
Not yet
25 Jul 2018 15:10:34
Shay Akai
25 Jul 2018 15:10:48
Shay Akai
Changing it up a bit

25 Jul 2018 15:10:52
John Vlieger
Having trouble getting the dick logo just right?
25 Jul 2018 15:10:52
Shay Akai
I am really good at drawing dicks
25 Jul 2018 15:11:13
Shay Akai
Good morning sunshine
30 Jul 2018 8:14:03
Shay Akai
I heard you is getting a large shipment of dem KKM barrels today or tomorrow
30 Jul 2018 8:14:28
Shay Akai
Set some aside for me?
30 Jul 2018 8:14:35
John Vlieger
30 Jul 2018 8:14:54
John Vlieger
I ain't even at work yet.
30 Jul 2018 8:15:08
Shay Akai
Burning daylight!
30 Jul 2018 8:15:29
John Vlieger
Lemme know which SKUs you want and when they come in I'll build an order for you to login and pay for
30 Jul 2018 8:15:43
Shay Akai
Was trying to back order them, but cant
30 Jul 2018 8:16:04
Shay Akai
CGDBXN C/P X 5
30 Jul 2018 8:16:57
Shay Akai
CGABXN C/P X 5
30 Jul 2018 8:18:05
Shay Akai
Fuck it, make it X 10
30 Jul 2018 8:18:14
John Vlieger

you can log in and pay
30 Jul 2018 15:30:17
John Vlieger
we only got 8 of the CGABCN in. we will have Nowlin in here in the next week or so
30 Jul 2018 15:30:33
Shay Akai
mY CART IS EMPTY YO
30 Jul 2018 15:37:33
Shay Akai
Fill up my cart!
30 Jul 2018 15:37:38
John Vlieger
check your email...YO
30 Jul 2018 15:38:07
John Vlieger
the order is already there. PENDING PAYMENT
30 Jul 2018 15:38:14
Shay Akai
Done yo
30 Jul 2018 15:38:20
John Vlieger
got it
30 Jul 2018 15:38:28
Shay Akai
WTF, you charge me more than KKM does!
30 Jul 2018 15:38:32
John Vlieger
pricing just changed. for everyone
30 Jul 2018 15:39:08
John Vlieger
including us
30 Jul 2018 15:39:12
Shay Akai
lol, I ordered 20X each from KKM
30 Jul 2018 15:39:42
John Vlieger
well, some changed. i dont think your pricing changed vs previous orders as far as i know
30 Jul 2018 15:40:45
Shay Akai
I am giving you crap about markup dude :)

64

30 Jul 2018 15:41:10
Shay Akai
lol
30 Jul 2018 15:41:12
Shay Akai
About 20%
30 Jul 2018 15:41:20
John Vlieger
30 Jul 2018 15:41:36
Shay Akai
But that is your business. If you had zero markup, you would be out of biz
30 Jul 2018 15:41:46
John Vlieger
30 Jul 2018 15:42:05
John Vlieger
We should have double tap mounts in next week
2 Aug 2018 14:43:51
John Vlieger
Need to know how many you want and I can build it for you
2 Aug 2018 14:44:13
Shay Akai
6 for now
2 Aug 2018 14:47:47
John Vlieger
black? you mention silver as well
2 Aug 2018 14:50:56
Shay Akai
Half half
2 Aug 2018 14:51:03
Shay Akai
So 4 black and 2 silver
2 Aug 2018 14:51:10
John Vlieger
i got one a bit ago. im loving this thing. dont know how i survived with a single sided for so long
2 Aug 2018 14:52:58
Shay Akai
Bahahaha
2 Aug 2018 15:08:02
John Vlieger
single sided optic mount..yah perv

2 Aug 2018 15:08:56
Shay Akai
You perv
2 Aug 2018 15:20:48
John Vlieger
seriously, though. i aint going back to a single sided optic mount. no more dot jiggle.
2 Aug 2018 15:21:23
Shay Akai
Yes
2 Aug 2018 15:21:59
John Vlieger
mounts are in. you should have received an email asking for payment. anything else you need?
6 Aug 2018 12:07:40
John Vlieger
Gimme like 3 months and I can have a hybrid barrel in your hands. IMM length.
6 Aug 2018 19:08:16
Shay Akai
About time
6 Aug 2018 19:16:02
Shay Akai
Sorry dude, two huge clients are 45 days late with payments, few days
6 Aug 2018 19:16:25
John Vlieger
you still needing these mounts? also, we got Nowlin barrels in if you want to check one out. Bull C/P and W/N in 40 and 9. Government ramped, as well
20 Aug 2018 9:32:29
Shay Akai
Havent used Nowlin in long time
20 Aug 2018 9:32:57
Shay Akai
Let me check out your site. What is it again?
20 Aug 2018 9:33:08
John Vlieger
20 Aug 2018 9:33:27
John Vlieger
any particular reason you don't use nowlin?
20 Aug 2018 9:33:47
Shay Akai
Nowlin sounds funny when you say it. Try it!
20 Aug 2018 9:35:38

Shay Akai
When you gonna get some more of those fine CK slides?
20 Aug 2018 9:36:56
John Vlieger
which ones? i can check on it today
20 Aug 2018 10:23:54
Shay Akai
Unique
20 Aug 2018 10:24:19
John Vlieger
unique 40, right?
20 Aug 2018 10:25:43
Shay Akai
And 9
20 Aug 2018 10:26:09
John Vlieger
https://www.shootersconnectionstore.com/CK-Arms-Slide-5-4010mm-Unique-Bald-Stainless-Steel-P4090.aspx
20 Aug 2018 10:26:10
Shay Akai
Out of stock
20 Aug 2018 10:26:59
John Vlieger
yeah, i was making sure we were talking about the same item is all
20 Aug 2018 10:27:50
Shay Akai
Yea
20 Aug 2018 10:28:06
Shay Akai
https://www.google.com/search?q=bridesmaid+dresses&oq=bride&aqs=chrome.2.69i57j0l5.5211j0j7&sourceid=chrome&ie=UTF-8
4 Sep 2018 13:15:27
Shay Akai
What a dick, eh?
4 Sep 2018 13:18:49
John Vlieger
yes. you're a dick
4 Sep 2018 13:20:59
Shay Akai
lol
4 Sep 2018 13:21:06

John Vlieger
i've gone over two years without getting popper fucked, and i got fucked twice at this match
4 Sep 2018 13:21:14
Shay Akai
That has to hurt
4 Sep 2018 13:21:36
John Vlieger
among other issues
4 Sep 2018 13:21:37
John Vlieger
no gun issues. mental issues. trying to hold a track meet in the sand. and me not being on my game. not taking anything from Christian, he shot a hell of a match. but you know what i mean
4 Sep 2018 13:23:42
Shay Akai
He won on points, you was faste
4 Sep 2018 13:24:05
John Vlieger
same thing Cody and I said to ourselves last weekend when we shot 4-5% of JJ
4 Sep 2018 13:24:06
John Vlieger
i ate penalties like they were wheaties
4 Sep 2018 13:24:16
Shay Akai
lol
4 Sep 2018 13:25:09
John Vlieger
you needing these mounts?
4 Sep 2018 13:41:42
Shay Akai
Not yet
4 Sep 2018 13:42:12
John Vlieger
im checking on the 40 slides today
4 Sep 2018 13:42:34
Shay Akai
Cool, need those
4 Sep 2018 13:43:26
John Vlieger
yup

4 Sep 2018 13:43:42
John Vlieger
Cheely has no ETA, unfortunately.
4 Sep 2018 14:52:37
John Vlieger
what I do have is I can tell you that you should have a KKM hybrid barrel in your
hands for eval
4 Sep 2018 14:52:52
John Vlieger
before nats
4 Sep 2018 14:53:00
Shay Akai
Dang, KKM??? Making hybrid???
4 Sep 2018 14:53:30
Shay Akai
Where does Cheely get those slides?
4 Sep 2018 14:53:50
John Vlieger
no idea
4 Sep 2018 14:54:06
John Vlieger
and yeah, because of me
4 Sep 2018 14:54:09
John Vlieger
SC exclusive
4 Sep 2018 14:54:18
John Vlieger
4.5" plus threads to follow shortly after 5.4"
4 Sep 2018 14:54:30
Shay Akai
Now that they broke up, much upset, I can be nice to him again
4 Sep 2018 14:54:38
John Vlieger
you wanna build IMM length guns?
4 Sep 2018 14:54:39
Shay Akai
Sure
4 Sep 2018 14:54:45
John Vlieger
figured you would. i sent an SV barrel in for them to have a look. the bore gauged at
like 352-353

4 Sep 2018 14:55:13
Shay Akai
Yea, I have special reamers for SV
4 Sep 2018 14:55:37
John Vlieger
word on the street is SV is going down the hole, too.
4 Sep 2018 14:56:54
John Vlieger
anyhow, we gonna have hybrid .355 in 4.5" and 5" and 40 in 5"
4 Sep 2018 14:57:08
Shay Akai
Yes, SV is trouble
4 Sep 2018 14:57:57
John Vlieger
You need kart barrels?
7 Sep 2018 13:32:40
Shay Akai
No sah
7 Sep 2018 14:17:17
John Vlieger
k. you wanna fight Pat Rafferty and Don Fredenhagen for first dibs at checking out the hybrid barrel sample when i get it in?
7 Sep 2018 14:18:11
Shay Akai
Who has fit more of them?
7 Sep 2018 14:29:10
Shay Akai
Give it to the person that has fit the highest number of hybrids.
7 Sep 2018 14:29:26
John Vlieger
yeah, but Pat just makes fun of me breaking stuff. not me taking 2nd
7 Sep 2018 14:34:39
Shay Akai
Yea, I am a meanie
7 Sep 2018 14:36:18
John Vlieger
how about this. you get it after at least Pat sees it, due to him being local, but you'll have the option to build a gun on it first
11 Sep 2018 8:58:34
John Vlieger

specs are basically Schuemann radius, KKM chamber specs (.355 short chamber), SV crown, KKM or Schuemann feed ramp dimensions.

11 Sep 2018 8:59:42

John Vlieger

also, I would like to keep the ramp spec the same for the initial run. I was thinking C/P due to it being easier on other smiths that may not be set up for W/N

11 Sep 2018 9:00:39

Shay Akai

Few mistakes in that buddy

11 Sep 2018 9:17:31

John Vlieger

KKM chambers, SV's are loosey goosey and their bore is undersize. Schuemann radius because every smith except yourself says the Schuemann radius is easier to cut the slide for. You said the SV crown was Ok, if i remember correctly, and doesnt really matter in the end. they also have the Schuemann process already programmed for their machines because they worked with/for him in the past. it was the easiest way forward.

11 Sep 2018 9:25:45

John Vlieger

if you have serious input, now is the time as they are finalizing production set up over the next few weeks

11 Sep 2018 9:26:25

Shay Akai

Schuemman radius will break. They break.

11 Sep 2018 9:41:47

Shay Akai

That's tardef

11 Sep 2018 9:41:50

Shay Akai

SV feedramp is much better than KKM or Schuemman

11 Sep 2018 9:42:10

John Vlieger

I'll talk to Luke and see what his thoughts are. he has an unfit SV barrel (mine) to take notes on]

11 Sep 2018 9:43:08

Shay Akai

You dont have to listen to me :)

11 Sep 2018 9:43:36

John Vlieger

agreed, but im pushing to have these made so we can sell them...to you, and others

11 Sep 2018 9:44:56

71

Shay Akai
I won't buy a Schuemman radius :)
11 Sep 2018 9:45:30
John Vlieger
so, your thoughts are important
11 Sep 2018 9:45:35
Shay Akai
Warranty hell
11 Sep 2018 9:45:58
Shay Akai
Unless you willing to pay for it?
11 Sep 2018 9:46:18
John Vlieger
first sample barrel should be ready in the next two-three weeks.
19 Sep 2018 13:47:05
John Vlieger
and slides might be here soon. ill let you know
19 Sep 2018 13:47:15
John Vlieger
by soon i mean today
19 Sep 2018 13:47:20
Shay Akai
Very cool
19 Sep 2018 13:49:00
John Vlieger
I got a few questions for you if you got time for a quick call
21 Sep 2018 16:54:30
Shay Akai
I charge
21 Sep 2018 16:54:57
John Vlieger
Who doesn't?
21 Sep 2018 16:55:06
Shay Akai
Let me pee first
21 Sep 2018 16:55:16
Shay Akai
Ok, what did you break this time?
21 Sep 2018 16:56:54
Shay Akai
9543285660

21 Sep 2018 16:57:00
John Vlieger
27 Sep 2018 11:17:50
John Vlieger
27 Sep 2018 11:17:56
Shay Akai
Tilley will be shooting our gums yo
27 Sep 2018 11:18:35
John Vlieger
you know I'm on the Super Grand Champ team, right...
27 Sep 2018 11:19:19
John Vlieger
Tilley, Beal, Wampler, Tre Barber, and myselg
27 Sep 2018 11:19:46
John Vlieger
myself*
27 Sep 2018 11:19:49
Shay Akai
Sorry, only accepting Chris.
27 Sep 2018 11:23:47
John Vlieger
27 Sep 2018 11:24:39
John Vlieger
I got bad news for yah. CK is no longer "producing" slides.
2 Oct 2018 9:33:16
John Vlieger
what we got in stock is what we got.
2 Oct 2018 9:33:25
Shay Akai
Who were they buying them from?
2 Oct 2018 9:33:36
Shay Akai
What do you have in stock?
2 Oct 2018 9:33:41
John Vlieger
Atlas just bought like 12
2 Oct 2018 9:34:44
John Vlieger
https://www.shootersconnectionstore.com/Slides-C438.aspx?m=162
2 Oct 2018 9:34:45
John Vlieger

and no idea
2 Oct 2018 9:34:50
Shay Akai
Damn it man, find out
2 Oct 2018 9:39:13
Shay Akai
Dude, I have been nice, I didnt even say anything about you being a brides maid again
2 Oct 2018 9:40:19
John Vlieger
I don't even know what to say right now.
2 Oct 2018 9:41:19
Shay Akai
See how nice I am?
2 Oct 2018 9:41:40
Shay Akai
Atlas hooked up with Cheely now
2 Oct 2018 9:42:53
Shay Akai
No more PT for them
2 Oct 2018 9:43:09
Shay Akai
Big hit for PT
2 Oct 2018 9:43:16
John Vlieger
I didn't tell you that, btw. I don't make a habit of divulging customer orders. I extend the same courtesy to you and what you order.
2 Oct 2018 9:44:30
Shay Akai
I know you didnt, we kinda figured it out
2 Oct 2018 9:45:03
Shay Akai
So if Atlas is getting slides directly from CK, wonder if that why you cant get slides anymore
2 Oct 2018 9:46:08
Shay Akai
Maybe Atlas squeezed them into exclusive?
2 Oct 2018 9:46:18
John Vlieger
My understanding is CK isn't get any more slides from whatever source they had.
2 Oct 2018 9:46:59
Shay Akai

74

Wonder if Cheely is making his own, for real this time, but exclusive to Atlas
2 Oct 2018 9:47:28
John Vlieger
possible. i have feelers out. if i find anything out that could benefit you, and us, I'll pass it along
2 Oct 2018 9:47:54
Shay Akai
Dem are nice slides, damn it
2 Oct 2018 9:48:09
John Vlieger
still on track to have the barrel at nats. also, if you get to producing those optic mounts, let me know. im having a gun built over the winter
8 Oct 2018 9:58:26
Shay Akai
We will find out if the mount breaks
8 Oct 2018 10:07:49
John Vlieger
yup
8 Oct 2018 10:08:06
John Vlieger
you ever fucked around with Davinci Machine slides?
9 Oct 2018 14:11:39
Shay Akai
You mean Caspians?
9 Oct 2018 14:12:03
John Vlieger
thought he was making those square slides himself
9 Oct 2018 14:12:15
John Vlieger
i know caspian makes square ones for limcat
9 Oct 2018 14:12:30
Shay Akai
I built two of them on his slides. They are identical to Caspian in every way
9 Oct 2018 14:12:46
John Vlieger
interesting...
9 Oct 2018 14:13:06
Shay Akai
He "modifies" them a bit, boring out some of the internal slide, but not biggie
9 Oct 2018 14:14:32
John Vlieger

75

thank you for the info. much appreciated
9 Oct 2018 14:15:28
Shay Akai
Anytime
9 Oct 2018 14:15:55
Shay Akai
The guy is a pain in the ass to deal with
9 Oct 2018 14:16:05
John Vlieger
i've noticed
9 Oct 2018 14:16:13
Shay Akai
Why you no carry gogun yo?
10 Oct 2018 15:30:28
John Vlieger
Because we carry CR Speed, and I think goold ole Chet would have an aneurism if we carried both. Really, I don't know why, but Chuck might know the guy.
10 Oct 2018 15:32:11
John Vlieger
I have one I'm not using I could throw in your next order in exchange for one of those sweet scope mounts, or a new gun. your choice
10 Oct 2018 15:32:29
Shay Akai
Sounds fair
10 Oct 2018 15:57:44
John Vlieger
no, seriously. you want it? will save me the trouble of selling it. brand new except my dog chewed the plastic
10 Oct 2018 16:26:50
Shay Akai
Black?
10 Oct 2018 16:27:44
John Vlieger
Silver
10 Oct 2018 16:31:35
Shay Akai
I have a sharpie
10 Oct 2018 16:31:45
John Vlieger
Right hand
10 Oct 2018 16:31:47

John Vlieger
Left side
10 Oct 2018 16:31:55
Shay Akai
I need black
10 Oct 2018 16:32:02
John Vlieger
I have krylon
10 Oct 2018 16:32:11
Shay Akai
Make it black and send pics
10 Oct 2018 16:32:22
Shay Akai
Just got off the phone with Luke. We are going to meet up at Nationals
12 Oct 2018 12:07:18
Shay Akai
Cool dude
12 Oct 2018 12:07:22
John Vlieger
Luke is a good guy, for sure. It's probably better that you talk to him direct after seeing the barrel. One of the 4.5" barrels is going in my next gun, for sure, so I'd like to see em out, myself. I'd love to sit in on that meeting, if possible.
12 Oct 2018 12:37:39
Shay Akai
Yea, good guy. Offered to make some cool custom stuff for us
12 Oct 2018 12:39:57
Shay Akai
I asked for some changes to the rib/barrel and he will do it for just me
12 Oct 2018 12:40:26
John Vlieger
Uh huh...
12 Oct 2018 12:42:08
Shay Akai
Dude. I am fucking with you.
12 Oct 2018 12:42:14
Shay Akai
I wouldn't bypass you
12 Oct 2018 12:42:21
John Vlieger
you had me there for a second.
12 Oct 2018 12:42:29

77

John Vlieger
oh, i think you would if you thought I was holding you by the balls. we've already discussed that. I see your point of view, and my goals are to provide you what you want, and make it so everyone makes money.
12 Oct 2018 12:43:09
Shay Akai
Bahahaha
12 Oct 2018 12:43:10
Shay Akai
Cracked myself up
12 Oct 2018 12:43:18
Shay Akai
Hey ice cream man
29 Oct 2018 17:08:27
Shay Akai
I fit your barrel
29 Oct 2018 17:08:35
Shay Akai
Called Luke, gave him feedback
29 Oct 2018 17:08:44
John Vlieger
29 Oct 2018 17:08:47
John Vlieger
Anything major I should know that would affect bringing them to market?
29 Oct 2018 17:09:12
Shay Akai
They fit too perfect. There is such a thing
29 Oct 2018 17:09:26
John Vlieger
Not enough meat?
29 Oct 2018 17:09:36
Shay Akai
They will get loose
29 Oct 2018 17:09:40
Shay Akai
Yea, needs to enlarge them a bit
29 Oct 2018 17:09:47
John Vlieger
I imagine that shouldn't be too much of a problem for him. Then again, I'm a shooter not a smith
29 Oct 2018 17:10:29

Shay Akai
Its a form cutter he is using...
29 Oct 2018 17:10:46
John Vlieger
Shit
29 Oct 2018 17:10:54
Shay Akai
May delay things a bit
29 Oct 2018 17:10:59
John Vlieger
You mean on the rib
29 Oct 2018 17:11:02
Shay Akai
Rib and sides of rib
29 Oct 2018 17:11:10
John Vlieger
When you say too perfect, I take it you mean when you use the designated cutter for doing the slot in the slide
29 Oct 2018 17:11:40
Shay Akai
I cut the rib in the slide, bevel for the very back of the rib, knock corners off the slide, fit the hood and its a drop in
29 Oct 2018 17:12:13
Shay Akai
You dont want a drop in...
29 Oct 2018 17:12:23
Shay Akai
Upper lugs engagement is 50, too much
29 Oct 2018 17:12:32
Shay Akai
You want 47 or so
29 Oct 2018 17:12:38
John Vlieger
Drop in is not excellent, correct. Shame. Hopefully it won't be too long for the corrections to be made. He was using schueman specs for the forum cutter I thought. Or did SV just go that far from the original spec?
29 Oct 2018 17:17:54
Shay Akai
SV is about 0.005 in diameter more, plus radius
29 Oct 2018 17:18:34
Shay Akai

79

Make the rib 0.005 taller
29 Oct 2018 17:54:36
John Vlieger
Wait. Taller or wider?
29 Oct 2018 17:54:50
Shay Akai
Taller
29 Oct 2018 17:55:04
Shay Akai
29 Oct 2018 17:57:45
Shay Akai
29 Oct 2018 17:57:46
Shay Akai
29 Oct 2018 17:57:49
Shay Akai
See that side line?
29 Oct 2018 17:57:58
Shay Akai
See how it curves? Need more mear
29 Oct 2018 17:58:08
Shay Akai
Meat
29 Oct 2018 17:58:11
Shay Akai
29 Oct 2018 18:17:37
Shay Akai
29 Oct 2018 18:17:39
John Vlieger
Looks clean, though
29 Oct 2018 18:18:14
John Vlieger
Nice work
29 Oct 2018 18:18:16
Shay Akai
Thanks. I have to cut at an angle now to blend it :
29 Oct 2018 18:19:00
Shay Akai
29 Oct 2018 18:27:19
Shay Akai
Dodged it, see it?
29 Oct 2018 18:27:25

John Vlieger
I think so
29 Oct 2018 18:27:45
Shay Akai
Line is now straight
29 Oct 2018 18:28:02
John Vlieger
Ah. Nice. I see what you mean about meat now if you had to do that
29 Oct 2018 18:28:20
Shay Akai
Dishes are done.
29 Oct 2018 18:32:42
John Vlieger
was that a gun you already had in the works that was waiting for a hybrid barrel?
30 Oct 2018 8:37:53
Shay Akai
Nope. Just built a test one.
30 Oct 2018 8:40:46
Shay Akai
You axed me to test for you. I test.
30 Oct 2018 8:41:11
John Vlieger
gotcha. Much appreciated. I've added to the initial offering of SKU's to include the 5" .355 with no threads. so, 5" plus threads 355, 5" no threads 355, 5" no threads .400, and 4.5" plus threads 355 for an initial offering. as we get sales data, or requests from customers (like yourself) we can expand that offering as we get sales data
30 Oct 2018 8:42:35
John Vlieger
save you the trouble of taking the threads off for 3 gun pistols
30 Oct 2018 8:43:16
Shay Akai
Sure
30 Oct 2018 8:43:28
John Vlieger
If you have someone to test fire that gun you built with the sample barrel a 20-25y group would be pretty good advertising. If not, no big deal
31 Oct 2018 7:47:48
Shay Akai
Sure, but it ain't ready bud
31 Oct 2018 7:58:32
Shay Akai

81

I think you are 2 months to market
31 Oct 2018 7:58:43
John Vlieger
Preparation is key. Luke is trying for end of November for the new form cutter.
31 Oct 2018 7:59:24
John Vlieger
While we might not have one for sale until the new year ish, prep work, media resources, and awareness are going to make it pop
31 Oct 2018 7:59:57
Shay Akai
Sure
31 Oct 2018 8:01:29
Shay Akai
I can send you the gun for testing if you want
31 Oct 2018 8:01:57
Shay Akai
Just dont break it
31 Oct 2018 8:02:03
John Vlieger
Probably not necessary. I'll let you know. I'm having wrist surgery end of the month. Gonna be out of action until January at the earliest, shooting a handgun anyway
31 Oct 2018 8:02:34
Shay Akai
Ouch
31 Oct 2018 8:04:13
John Vlieger
Old skate boarding injury from when I was 16. Minor surgery but gonna be sore for a while
31 Oct 2018 8:09:08
Shay Akai
31 Oct 2018 8:09:38
John Vlieger
and dealer price on those barrels will be between $275-325. subject to change and dependent on model
31 Oct 2018 8:44:01
Shay Akai
Too high
31 Oct 2018 8:47:55
John Vlieger

Better than SV dealer pricing, and only slightly higher than Schumann was as far as I'm aware. And they take more material and more machine time, and will be smaller production runs than standard bull barrels. I think the price is right in line
31 Oct 2018 8:51:53
Shay Akai
Should be about 100 more than bull
31 Oct 2018 8:52:49
John Vlieger
dealer price on a non threaded hybrid will be $276 dealer, as of right now. subject to change. the pricing hasnt been solidified yet.
31 Oct 2018 8:53:52
John Vlieger
which is LESS than $100 more than a bull 5"
31 Oct 2018 8:54:22
Shay Akai
Of course I will get special pricing for my help
31 Oct 2018 8:54:57
John Vlieger
I'll see what I can do about your pricing. Once they are in production and about to hit the market, and you let me know how many of what SKU you are wanting.
31 Oct 2018 8:57:42
Shay Akai
will see :)
31 Oct 2018 8:59:01
John Vlieger
Alright. Just got done going over the pricing with Chuck.
31 Oct 2018 13:28:34
John Vlieger
Standard dealer pricing is going to be 10% off of retail. So a standard non threaded would be $325 retail, $292.50 dealer
31 Oct 2018 13:29:26
John Vlieger
We are extending to you distributor pricing at 15% off. So, you, and you alone as of right now, would get that same barrel for $276
31 Oct 2018 13:30:06
John Vlieger
Theres not as much meat on the bone as we were hoping for. Still under SV pricing, even for just dealers.
31 Oct 2018 13:30:45
Shay Akai
I feel special

83

31 Oct 2018 13:39:31
John Vlieger
31 Oct 2018 13:43:28
John Vlieger
what's the lightest you've gone on an open gun slide?
6 Nov 2018 11:38:43
Shay Akai
See my carry gun open gun?
6 Nov 2018 12:09:09
John Vlieger
Yah
6 Nov 2018 12:09:23
Shay Akai
I have done 8 oz slides before
6 Nov 2018 12:09:38
Shay Akai
9.5 seems best to me
6 Nov 2018 12:09:45
John Vlieger
on a commander or in general?
6 Nov 2018 12:16:12
Shay Akai
In general
6 Nov 2018 12:55:15
John Vlieger
thanks for the info
6 Nov 2018 12:55:32
Shay Akai
6 Nov 2018 13:08:32
John Vlieger
got a request for yah. that thumbrest with integrated shield? was wondering if you
could make one of them for me, but like 1/2" longer
7 Nov 2018 9:49:05
John Vlieger
I'd pay for it, of course.
7 Nov 2018 9:49:15
Shay Akai
No, I like the way it is. If you want it longer, you need to get learnt :)
7 Nov 2018 10:05:16
John Vlieger
...you're a custom gun smith.

7 Nov 2018 10:08:50
John Vlieger
"Custom"
7 Nov 2018 10:08:55
John Vlieger
I see how it is
7 Nov 2018 10:09:04
Shay Akai
I am not a gunsmith
7 Nov 2018 10:09:07
John Vlieger
Firearm Assembly Specialist?
7 Nov 2018 10:09:19
John Vlieger
Dremel Enthusiast?
7 Nov 2018 10:09:27
Shay Akai
Professional tinkerer
7 Nov 2018 10:09:29
John Vlieger
you need 40 slides?
9 Nov 2018 14:19:24
John Vlieger
9 Nov 2018 14:31:38
John Vlieger
9 Nov 2018 14:31:40
John Vlieger
9 Nov 2018 14:31:45
Shay Akai
Whose slides?
9 Nov 2018 14:32:36
John Vlieger
Tripp
9 Nov 2018 14:32:38
Shay Akai
Nice
9 Nov 2018 14:32:44
John Vlieger
Same guy makes Tripp and JEM. These have reverse spring cut, but no flare on ejection port.
9 Nov 2018 14:33:04

John Vlieger
Barstock
9 Nov 2018 14:33:17
Shay Akai
I dont know how to cut flare
9 Nov 2018 14:33:21
John Vlieger
9 Nov 2018 14:34:32
Shay Akai
9 Nov 2018 14:34:40
John Vlieger
alllllright. well, my SV didnt have a flare, either, so im assuming its an optional thing?
9 Nov 2018 14:41:29
Shay Akai
Yea, no biggie
9 Nov 2018 14:43:44
Shay Akai
You got plenty? Cost?
9 Nov 2018 15:03:39
John Vlieger
got 2 each of unique cut and classic cut. dealer cost is $277.55 for classic radius and $242 for unique
9 Nov 2018 15:05:34
John Vlieger
these cost us a bit more than caspians do, unfortunately
9 Nov 2018 15:05:45
John Vlieger
i asked Brandan Bunker what he thought, as he has been using these slide on his builds. he said
9 Nov 2018 15:06:22
John Vlieger
"they are around 38rc so not overly hard, which is not necessarily a bad thing, every cut is done with a slight radius in the corner, the barrel tunnel is very true and consistent. The measurement from the bottom of the slide rails to the top of the barrel tunnel at the first radial lug is .847 to .8475 consistently so they are a middle of the road slide that works with both .225 and .230 frame types Brandan width is .925-.926 the top radius is completely machined so it is true and accurate front to back top radius is also thicker than caspian so you can flat top and cut a front sight dovetail and still have some meat under the dovetail extractor passages are all .208 on the money first time I have seen good consistency in slides since i started this business"
9 Nov 2018 15:06:24

Shay Akai
9 Nov 2018 15:06:32
John Vlieger
https://www.shootersconnectionstore.com/Tripp-5-Government-Length-Slide-Unique-P5339.aspx
9 Nov 2018 18:23:02
John Vlieger
wanted to know what types/quantity breakdown of hybrid barrels you are going to want off the bat? Trying to make sure I order the right SKU's for the first run
13 Nov 2018 8:47:04
Shay Akai
1 of each
13 Nov 2018 8:48:45
John Vlieger
want a commander, roo?
13 Nov 2018 8:49:03
John Vlieger
too*
13 Nov 2018 8:49:04
John Vlieger
commander threaded i mean
13 Nov 2018 8:49:11
John Vlieger
4.25" plus threads
13 Nov 2018 8:49:18
Shay Akai
IMMs and 40 5"
13 Nov 2018 8:49:50
John Vlieger
13 Nov 2018 8:54:24
John Vlieger
how is that double sided mount and thumb rest coming along?
14 Nov 2018 13:19:18
Shay Akai
Totally fab
14 Nov 2018 13:19:56
Shay Akai
Like your pictures
14 Nov 2018 13:20:01
John Vlieger
thanks. wife makes me look good

14 Nov 2018 13:20:09
John Vlieger
14 Nov 2018 13:20:36
Shay Akai
Grinder.com
14 Nov 2018 13:21:14
John Vlieger
just...no
14 Nov 2018 13:21:51
John Vlieger
but seriously. if you're making that thumb rest and its longer from rear most screw to the pad of the thumb rest, id like one
14 Nov 2018 13:22:17
Shay Akai
14 Nov 2018 14:09:27
John Vlieger
I essentially want that, or a RHT gas pedal, or whatever, but like 1/2" further back. I know the slide stop is in the way and such.
14 Nov 2018 14:10:29
John Vlieger
and that looks sharp, dood
14 Nov 2018 14:11:02
Shay Akai
Thanks man
14 Nov 2018 14:11:09
John Vlieger
oh, and we got Limcat grips and shit in if you got customers with tiny hands
16 Nov 2018 11:54:42
Shay Akai
I dont build much for little people
16 Nov 2018 12:06:43
Shay Akai
20 Nov 2018 10:28:48
Shay Akai
See anything different?
20 Nov 2018 10:28:55
John Vlieger
"bushing" barrel. Ha
20 Nov 2018 10:29:10
Shay Akai
Like?

20 Nov 2018 10:29:25
John Vlieger
I do
20 Nov 2018 10:30:02
John Vlieger
we got KKM in
23 Nov 2018 13:04:40
Shay Akai
Me too
23 Nov 2018 13:05:15
John Vlieger
ha
23 Nov 2018 13:05:18
Shay Akai
Yo
12 Dec 2018 11:24:30
John Vlieger
yeeeeeeeeeees
12 Dec 2018 11:24:58
Shay Akai
You got any extra blast shields for double tap mounts?
12 Dec 2018 11:25:41
John Vlieger
not in stock, but i got my one off of my mount i aint using
12 Dec 2018 11:26:01
John Vlieger
at least i thought i did...lemme look
12 Dec 2018 11:26:53
Shay Akai
K
12 Dec 2018 11:26:57
John Vlieger
it might be at home. id have to check tonight. im about 75% sure i have one. im
putting an order in with Double Tap here soon. need extras? what happened to the
ones you got? broke em?
12 Dec 2018 11:31:30
Shay Akai
A client cracked one
12 Dec 2018 11:35:32
Shay Akai
Can you get them in?

12 Dec 2018 11:35:38
John Vlieger
i can try. give me 24 hours
12 Dec 2018 11:36:29
John Vlieger
and we are talking about hte one for the micro dot mount, right?
12 Dec 2018 11:36:45
Shay Akai
Full size
12 Dec 2018 11:38:50
John Vlieger
ah. yeah, i for sure dont have those. just one?
12 Dec 2018 11:39:47
Shay Akai
Buy a pack, put them on thy wesbite
12 Dec 2018 11:40:13
Shay Akai
They dont break often, but they do break
12 Dec 2018 11:40:37
John Vlieger
12 Dec 2018 11:41:41
John Vlieger
while i got you, i would like to order a thumbrest for you. with a slight mod
12 Dec 2018 11:42:00
John Vlieger
from*
12 Dec 2018 11:42:04
John Vlieger
leave it blank, no holes, and leave the tail about 3/4 of an inch longer than normal
12 Dec 2018 11:43:43
John Vlieger
12 Dec 2018 11:43:52
John Vlieger
i like your design of the pad, especially with the flare/guard
12 Dec 2018 11:47:18
Shay Akai
12 Dec 2018 11:47:24
John Vlieger
looking good.
12 Dec 2018 11:50:17
Shay Akai

Can send you a prototype for T&E
12 Dec 2018 11:50:35
John Vlieger
if you want to, id be happy to. keep in mind i cant use my right hand for shooting for a
t least another month
12 Dec 2018 11:51:01
John Vlieger
Pat is starting my build soon, and the thumbrest would be a part of it.
12 Dec 2018 11:51:17
Shay Akai
Cool
12 Dec 2018 11:52:33
John Vlieger
got some replacement blast shields coming to me from Double Tap. Free of charge
replacement for your customer.
13 Dec 2018 10:01:13
Shay Akai
Awesome. Can I have her contact you?
13 Dec 2018 10:47:47
John Vlieger
eh. its not really my lane. if you really want me to, I can. i was just gonna send em to
you with your next order to pass on to her or something like that. i dont really care
either way, man. if you wanna give me her address i can first class mail it to her from
here.
13 Dec 2018 13:07:46
John Vlieger
in other news, do you need 40 cal slides?
13 Dec 2018 13:07:55
Shay Akai
I do. How many you guts?
13 Dec 2018 13:20:35
John Vlieger
20. Tripp unique radius
13 Dec 2018 13:22:33
John Vlieger
$242 dealer price
13 Dec 2018 13:25:05
John Vlieger
https://www.shootersconnectionstore.com/Tripp-5-Government-Length-Slide-Unique-
P5339.aspx
13 Dec 2018 13:25:19

Shay Akai
Ducking duck 242
13 Dec 2018 13:26:35
John Vlieger
might be able to shave a few bucks off for you, man, but these are barstock
machiined. has the reverse plug cut
13 Dec 2018 13:27:00
Shay Akai
PT cheaper
13 Dec 2018 13:27:18
John Vlieger
its higher than caspian because OUR price, even when buying 40 of the fuckers is
higher than caspian
13 Dec 2018 13:27:19
John Vlieger
can you get PT right now?
13 Dec 2018 13:27:25
Shay Akai
I can
13 Dec 2018 13:27:32
John Vlieger
thought they were focusing on Honchos
13 Dec 2018 13:27:33
John Vlieger
what is PT price anyhow?
13 Dec 2018 13:27:41
Shay Akai
I guts ways
13 Dec 2018 13:27:45
Shay Akai
200
13 Dec 2018 13:27:48
John Vlieger
yeaaaaah, no way i can sell em for that price
13 Dec 2018 13:27:57
John Vlieger
brandan bunker says these are the best slides on the market. dont know if hes tried PT
13 Dec 2018 13:28:57
John Vlieger
if i could lower the price a bit, how many would you want
13 Dec 2018 13:42:58

92

Shay Akai
Bunker has different views than I do
13 Dec 2018 13:43:39
John Vlieger
true, lemme copy and paste what he had to say about em
13 Dec 2018 13:44:00
John Vlieger
"they are around 38rc so not overly hard, which is not necessarily a bad thing, every cut is done with a slight radius in the corner, the barrel tunnel is very true and consistent. The measurement from the bottom of the slide rails to the top of the barrel tunnel at the first radial lug is .847 to .8475 consistently so they are a middle of the road slide that works with both .225 and .230 frame types width is .925-.926 the top radius is completely machined so it is true and accurate front to back top radius is also thicker than caspian so you can flat top and cut a front sight dovetail and still have some meat under the dovetail extractor passages are all .208 on the money first time I have seen good consistency in slides since i started this business"
13 Dec 2018 13:45:02
Shay Akai
No biggie bud, really
13 Dec 2018 14:17:03
John Vlieger
How many you looking for. Might be able to shave a bit. No promises
13 Dec 2018 14:18:05
Shay Akai
I am not a big buyer bud
13 Dec 2018 14:20:05
Shay Akai
I buy 10-20 at a time
13 Dec 2018 14:20:19
John Vlieger
So you're looking for ten to 20+
13 Dec 2018 14:21:15
Shay Akai
Yes
13 Dec 2018 14:22:26
John Vlieger
I can do $225 a piece if you buy 10
13 Dec 2018 14:23:18
Shay Akai
That's nice
13 Dec 2018 14:23:46

John Vlieger
Just for you, sugar cake
13 Dec 2018 14:34:17
Shay Akai
13 Dec 2018 16:38:41
John Vlieger
14 Dec 2018 7:42:02
John Vlieger
That's what I would like to get. Blank thoo, no holes
14 Dec 2018 7:42:19
Shay Akai
Why the extra?
14 Dec 2018 7:46:21
Shay Akai
Why no holes?
14 Dec 2018 7:46:30
John Vlieger
So pat can drill em exactly where I want them, and so it can extend further back for my grip on the gun
14 Dec 2018 7:51:00
John Vlieger
I end up with my thumb exactly where I want it with a cr speed rest, but the meat of my left hand is not touching my right hand at the back of the grip
14 Dec 2018 7:51:30
John Vlieger
Obviously would have to shave the rest down to allow the slide stop cleaeamce
14 Dec 2018 7:51:53
John Vlieger
Clearance *
14 Dec 2018 7:51:57
John Vlieger
if thats not too much trouble, lemme know what I owe you
14 Dec 2018 10:18:56
John Vlieger
you are a "Custom Gunsmith" after all ;)
14 Dec 2018 10:19:06
Shay Akai
That ain't no smithing. That is CNCing
14 Dec 2018 10:20:16
John Vlieger

94

which i have close to zero experience with, and have no idea how hard it is to change the design. so, if im ignorant and am asking for too much, say the word
14 Dec 2018 10:20:53
John Vlieger
i might have a machinist friend who could weld up an extended mounting pad for me with the thumb rest the way it is. lemme reach out
14 Dec 2018 10:21:45
Shay Akai
You dont need extended
14 Dec 2018 10:29:23
John Vlieger
oh yeah?
14 Dec 2018 10:29:35
Shay Akai
Look at that pic
14 Dec 2018 10:29:55
John Vlieger
looking at it
14 Dec 2018 10:36:20
John Vlieger
what am i supposed ot see
14 Dec 2018 10:36:25
Shay Akai
Its stinking far back
14 Dec 2018 10:57:40
John Vlieger
its not as far back as my CR speed
14 Dec 2018 10:57:57
Shay Akai
You are a freak
14 Dec 2018 10:58:50
John Vlieger
14 Dec 2018 11:02:03
John Vlieger
Nevermind then. I'll just cut up a go gun
14 Dec 2018 16:54:49
Shay Akai
Lol
14 Dec 2018 17:15:15
John Vlieger
blast shields came in today

19 Dec 2018 11:41:59
Shay Akai
Very cool. Can you ship one to an address for me?
19 Dec 2018 11:43:43
John Vlieger
gimme the address and ill send it out first class. want me to put anything in or on it?
19 Dec 2018 11:44:02
Shay Akai
Nahh
19 Dec 2018 11:46:09
Shay Akai
Hi Shay 23092 Plantation Lake Drive HEMPSTEAD Texas 77445 Thank you mucho
19 Dec 2018 12:14:50
John Vlieger
and they need the blast shield for the UPRIGHT standard Cmore right?
19 Dec 2018 12:19:24
Shay Akai
Yes Sir
19 Dec 2018 12:20:26
John Vlieger
whats the customers name
19 Dec 2018 12:41:29
Shay Akai
Janice Pacleb
19 Dec 2018 12:46:02
Shay Akai
Sorry, Janice Teves now.
19 Dec 2018 12:46:23
John Vlieger
got it
19 Dec 2018 12:49:44
Shay Akai
Thanks bud
19 Dec 2018 12:50:34
John Vlieger
19 Dec 2018 12:53:12
Shay Akai
19 Dec 2018 13:03:28
John Vlieger
Just got word from KKM. He's starting production today, heat treat on the 9th due to the holidays. Estimated to be with us mid to late January.

19 Dec 2018 16:55:02
John Vlieger
Short rib barrels are going to be on the next order
19 Dec 2018 16:55:22
Shay Akai
19 Dec 2018 16:56:36
John Vlieger
sorry to hear you're losing Lesgar. He's a good dude.
20 Dec 2018 13:33:24
Shay Akai
Sure, but no worries
20 Dec 2018 13:34:20
John Vlieger
hope he's doing good things. he still gonna be shooting?
20 Dec 2018 13:43:20
Shay Akai
Dunno
20 Dec 2018 13:45:58
John Vlieger
alright. either he aint giving you info or he doesnt want info out there. i respect that. well, hope to see him again, at the least.
20 Dec 2018 13:48:39
Shay Akai
He told me he hasn't decided yet
20 Dec 2018 13:49:03
John Vlieger
You got those mounts up and running yet?
22 Dec 2018 12:44:22
Shay Akai
Doing comps now
22 Dec 2018 12:44:54
John Vlieger
Got everything for the new gun except mount. They gonna be available in a few weeks?
22 Dec 2018 12:46:19
Shay Akai
Redo it
22 Dec 2018 12:46:57
Shay Akai
Your comp sucks
22 Dec 2018 12:47:03

John Vlieger
Huh? I am not using the same comp for the new gun. Custom yo. I'm talking about the optic mount...
22 Dec 2018 12:48:09
John Vlieger
The double sided we talked about
22 Dec 2018 12:48:44
Shay Akai
What comp are you using? Because it sucks
22 Dec 2018 12:56:02
John Vlieger
Compared to yours, I imagine is what you mean?
22 Dec 2018 12:56:37
Shay Akai
Sure
22 Dec 2018 12:57:17
Shay Akai
26 Dec 2018 9:52:37
Shay Akai
Wtf is that crap :)
26 Dec 2018 9:52:46
John Vlieger
couldn't tell you, man. Thats the way Tripp sent em to us.
26 Dec 2018 9:57:10
John Vlieger
i think the 40s are not marked, but the 9mm are
26 Dec 2018 9:57:33
Shay Akai
May have to send them back bud
26 Dec 2018 9:58:15
Shay Akai
I cant stroke it or chop it
26 Dec 2018 9:58:26
John Vlieger
understandable. im going to be reaching out to Tripp today and see if we can't exchange these slides for unmarked ones. According to him there is enough meat there to chop down, and I gave one to Pat for my new build., Caspian is still on an unknown time frame for our order with them.
26 Dec 2018 10:05:46
Shay Akai
Enough meat but will look like shit

26 Dec 2018 10:10:22
John Vlieger
pre order for the barrels will be going live in the next day or so. i'll give you a heads up. looks like at least 1.5-2 months in between being able to order batches
2 Jan 2019 13:20:11
Shay Akai
I have my ways...
2 Jan 2019 14:23:38
Shay Akai
Lol
2 Jan 2019 14:23:40
John Vlieger
you got jokes, fo sho
2 Jan 2019 14:44:01
John Vlieger
and if you want to pre-order, let me know. don't know if we are going to be able to set you up for the special pricing automatically, or will have to manually put it in.
2 Jan 2019 14:46:23
John Vlieger
either way, it's still 15% off. retail on the threaded barrels is going to $350, non-threaded will be $325. so, $297.50 for threaded and $276.25 for non-threaded
2 Jan 2019 14:47:20
Shay Akai
Cool
2 Jan 2019 14:57:12
John Vlieger
https://www.shootersconnectionstore.com/KKM-355-Bull-Hybrid-5-Threaded-Barrel-PRE-ORDER-P5408.aspx
2 Jan 2019 15:25:52
John Vlieger
https://www.shootersconnectionstore.com/KKM-355-Bull-Hybrid-Commander-Threaded-Barrel-PRE-ORDER-P5409.aspx
2 Jan 2019 15:25:58
John Vlieger
https://www.shootersconnectionstore.com/KKM-Bull-Hybrid-Barrel-5-PRE-ORDER-P5406.aspx
2 Jan 2019 15:26:04
John Vlieger
https://www.shootersconnectionstore.com/KKM-355-Bull-Hybrid-54-Threaded-Barrel-PRE-ORDER-P5407.aspx
2 Jan 2019 15:26:12

Shay Akai
2 Jan 2019 15:26:13
John Vlieger
we have your account tagged for the 15% off. should be good. any issues let me know
2 Jan 2019 15:26:24
Shay Akai
Thanks bud
2 Jan 2019 15:46:05
John Vlieger
we have already pre-sold about half of the 5.0" OAL threaded barrels. if you are planning on getting some of them id like a heads up so i can up the order. cutoff to up the order is tomorrow
3 Jan 2019 13:56:39
Shay Akai
3 Jan 2019 14:36:04
John Vlieger
4 Jan 2019 11:17:58
John Vlieger
buddy of mine has one of these, bull, new in box if you know of someone looking for one
4 Jan 2019 11:18:21
Shay Akai
Hell no, lol
4 Jan 2019 11:49:31
John Vlieger
you got time to talk on the phone? got a question or 2 to ask yah. business related, not personal
8 Jan 2019 14:13:58
Shay Akai
Haha
8 Jan 2019 15:12:21
Shay Akai
In front of machine for a while
8 Jan 2019 15:12:27
Shay Akai
Can we talk here?
8 Jan 2019 15:12:32
John Vlieger
It's about you building guns for us
8 Jan 2019 15:32:52
John Vlieger

100

I can talk any time you're available. It's no rush or anything. We had spoken briefly about it before, like to explore other options
8 Jan 2019 15:33:20
Shay Akai
Sure thang
8 Jan 2019 15:35:49
John Vlieger
im available when you are
9 Jan 2019 11:29:12
John Vlieger
9 Jan 2019 14:19:37
Shay Akai
Will call while driving. You still at the shop?
9 Jan 2019 17:14:37
John Vlieger
Nah. At therapy for my hand. I'll be done in 20-30
9 Jan 2019 17:18:02
Shay Akai
Ok
9 Jan 2019 17:18:50
John Vlieger
9 Jan 2019 18:09:37
John Vlieger
Mine arrived at Pat's today. The others will be polished finish
9 Jan 2019 18:09:56
Shay Akai
Cool
9 Jan 2019 18:29:14
Shay Akai
I took a 5.4 and made into an IMM
9 Jan 2019 18:29:30
Shay Akai
Its easy
9 Jan 2019 18:29:34
John Vlieger
For you. Not so much for other smiths.
9 Jan 2019 18:30:54
John Vlieger
And it will save you time. And time is money
9 Jan 2019 18:31:26
Shay Akai

101

If I cant get an IMM, I make it. Rather finish the gun then wait for q barrel
9 Jan 2019 18:53:22
Shay Akai
Get paid. Buy kids shoes
9 Jan 2019 18:53:29
John Vlieger
10 Jan 2019 8:23:20
John Vlieger
really?
10 Jan 2019 8:23:21
Shay Akai
I expect service
10 Jan 2019 8:24:42
Shay Akai
Fast service like everyone else gets
10 Jan 2019 8:24:51
Shay Akai
I dont understand why it took so long
10 Jan 2019 8:25:42
Shay Akai
I am going to complain to your manager
10 Jan 2019 8:27:01
John Vlieger
how those mounts coming along?
15 Jan 2019 13:39:39
Shay Akai
Next in agenda
15 Jan 2019 13:46:43
John Vlieger
cool. Pat is starting my build, and i havent decided on mount yet. have to mill the
Cheely wide frame to center a mount, and if yours are ready early-mid Feb I might be
interested
15 Jan 2019 13:47:41
Shay Akai
I thought that was your open gun?
15 Jan 2019 13:48:12
John Vlieger
that was the old one. it got tuned up and refinished for the buyer
15 Jan 2019 13:49:32
John Vlieger
its sold

15 Jan 2019 13:49:36
Shay Akai
Oh, lol
15 Jan 2019 13:55:04
Shay Akai
I was looking for the innovation
15 Jan 2019 13:55:15
John Vlieger
You know anything about Warwick Tactical slides?
22 Jan 2019 15:13:19
John Vlieger
Any feedback?
22 Jan 2019 15:13:22
Shay Akai
Never had one
22 Jan 2019 15:17:56
Shay Akai
I aksed them, but they didnt jave any for salw
22 Jan 2019 15:18:07
John Vlieger
22 Jan 2019 15:18:48
John Vlieger
22 Jan 2019 15:18:49
John Vlieger
22 Jan 2019 15:18:57
John Vlieger
22 Jan 2019 15:18:58
Shay Akai
Looks workable
22 Jan 2019 15:19:17
Shay Akai
Got uniques?
22 Jan 2019 15:19:23
John Vlieger
That's the plan
22 Jan 2019 15:19:29
Shay Akai
Cool, let me know
22 Jan 2019 15:19:56
Shay Akai
Need 20 or so

22 Jan 2019 15:20:00
John Vlieger
Working on it. I'll keep you posted. With Tripp raising prices gotta look elsewhere.
22 Jan 2019 15:51:49
Shay Akai
22 Jan 2019 16:01:07
John Vlieger
Do you have instructions to your team to tag me in everything?
22 Jan 2019 17:23:10
Shay Akai
No, wth, we dont ever tag you
22 Jan 2019 17:36:39
John Vlieger
25 Jan 2019 14:54:32
Shay Akai
Hybrids?
25 Jan 2019 14:57:19
John Vlieger
Yup
25 Jan 2019 15:00:43
Shay Akai
I have 12 of them here already
25 Jan 2019 15:01:22
Shay Akai
I joke, will buy a few
25 Jan 2019 15:01:54
Shay Akai
Any word on slides?
25 Jan 2019 15:01:58
John Vlieger
Tripp slides with no logo in Feb, maybe. warwick maybe Feb or March
25 Jan 2019 15:02:13
Shay Akai
Cool, works
25 Jan 2019 15:02:25
Shay Akai
25 Jan 2019 15:07:43
John Vlieger
nice.
25 Jan 2019 15:10:07
John Vlieger

104

i got a line on a single sided I want to try first, since you were so dodgy about it
25 Jan 2019 15:10:19
Shay Akai
I am always dodgy
25 Jan 2019 15:10:41
Shay Akai
New?
25 Jan 2019 15:10:43
John Vlieger
Ben Langford
25 Jan 2019 15:10:49
Shay Akai
Oh, the long ass one?
25 Jan 2019 15:11:11
John Vlieger
nah, half back this time
25 Jan 2019 15:11:17
Shay Akai
25 Jan 2019 15:17:09
John Vlieger
We are going to try to get high resolution pictures of the barrels next week. Also, you'll be happy to know that there are zero markings on the hood of the 355 barrels. Tye 40 barrels have 40sw on em.
26 Jan 2019 11:56:04
Shay Akai
Awesome.
26 Jan 2019 11:58:29
John Vlieger
None of that lawyer language neither.
26 Jan 2019 11:59:15
Shay Akai
Consider exports though, they may need marking of caliber on barrel
26 Jan 2019 12:03:38
Shay Akai
Their license is caliber specific
26 Jan 2019 12:03:48
John Vlieger
Agreed. Barrels are going to be tough regardless. In Europe barrels frames and slides are regulated. Pressure containing and all that. I'll have to talk to KKM about how they handle that or what's required for labels. For now it was at the request of Cheely

for engraving purposes. Figured you wouldn't mind. Most smiths that are set up to build a hybrid can get a barrel engraved

26 Jan 2019 12:08:22

John Vlieger

And FYI we got 4 of the IMM length barrels left

26 Jan 2019 18:26:01

John Vlieger

Correction. We have 3

26 Jan 2019 18:32:27

John Vlieger

2 now

26 Jan 2019 18:44:48

Shay Akai

Lol

26 Jan 2019 21:19:39

Shay Akai

27 Jan 2019 21:24:59

Shay Akai

Thanks bud

27 Jan 2019 21:25:15

John Vlieger

Not a problem. If Chuck asks tell him you paid for shipping...

27 Jan 2019 21:25:35

Shay Akai

Of course

27 Jan 2019 21:25:46

John Vlieger

Sorry my hand writing is shit. Didn't know if she could read cursive. Ha

27 Jan 2019 21:26:07

Shay Akai

She is a good customer

27 Jan 2019 21:26:07

John Vlieger

Good to hear. Customer service is important for both of our businesses

27 Jan 2019 21:26:26

Shay Akai

She is happy

27 Jan 2019 21:26:38

John Vlieger

We have more of them in, as well for replacements state side. Just have to ask. Also, I'm ordering more hybrids in the next week or two. Any special requests?

106

27 Jan 2019 21:27:15
John Vlieger
Was going to get a few short ribs in the works.
27 Jan 2019 21:27:36
Shay Akai
No special requests. I just build them
27 Jan 2019 21:28:47
John Vlieger
27 Jan 2019 21:28:58
John Vlieger
UPS already picked up,if you needed those bushing barrels asap. i can change it to fedex?
28 Jan 2019 16:09:13
John Vlieger
fedex is picking up now. like right now
28 Jan 2019 16:09:22
Shay Akai
Whatever :)
28 Jan 2019 16:10:11
Shay Akai
Another day ain't gonna kill, dont stress
28 Jan 2019 16:10:27
John Vlieger
Aight.
28 Jan 2019 16:23:48
John Vlieger
I was in a meeting and came out to see that after ups picked up. Didn't want you making accusations afain
28 Jan 2019 16:24:08
John Vlieger
Again*
28 Jan 2019 16:24:10
John Vlieger
never mind. it shipped out
28 Jan 2019 16:40:39
Shay Akai
I will always make accusations
28 Jan 2019 16:43:57
John Vlieger
hey, boo
3 Feb 2019 19:01:13

John Vlieger
your gill comp. you sell em in stainless?
3 Feb 2019 19:01:24
John Vlieger
the newer one
3 Feb 2019 19:01:29
John Vlieger
or carbon, or whatever
3 Feb 2019 19:01:36
Shay Akai
Carbon steel or titanium
3 Feb 2019 19:12:04
Shay Akai
Stainless dumb
3 Feb 2019 19:12:08
John Vlieger
ya, carbon. i want heavy
3 Feb 2019 19:13:04
John Vlieger
they come uncut and all that? full slide profile?
3 Feb 2019 19:14:15
Shay Akai
3 Feb 2019 19:17:23
John Vlieger
the one Cody got. newer gill style. which one is that. i wanna test it and see what all the hubub is about
3 Feb 2019 19:18:27
Shay Akai
No
3 Feb 2019 19:19:02
John Vlieger
No? You dont want feedback from another open GM? I ain't asking for it for free
3 Feb 2019 19:19:33
Shay Akai
Sleeping with the enemy
3 Feb 2019 19:20:16
John Vlieger
...what you do with your own time and who's enemy ain't my business
3 Feb 2019 19:20:49
Shay Akai
Lol

3 Feb 2019 19:21:14
Shay Akai
I will send you one
3 Feb 2019 19:21:21
John Vlieger
Nice. Carbon steel, please, good sir
3 Feb 2019 19:27:37
John Vlieger
Lemme know how much I owe you
3 Feb 2019 19:27:44
John Vlieger
If you got one ready this week I can shoot you over a label. All good. Gun is basically done, playing around with different comps and such before he finishes it
3 Feb 2019 21:37:44
John Vlieger
Oh, and if you got feedback on those barrels, I'd be happy to hear it
3 Feb 2019 21:38:13
Shay Akai
Not yet
3 Feb 2019 21:56:50
Shay Akai
Want a mount?
3 Feb 2019 21:56:58
John Vlieger
I'm not sure yet. Probably, and if you want to send it I'd be glad to take a look at it. If I use a double sided again I prefer the look of yours over the double tap. Still undecided on offering them for sale with us?
3 Feb 2019 21:59:15
Shay Akai
3 Feb 2019 22:00:22
Shay Akai
Undecided
3 Feb 2019 22:00:30
John Vlieger
I'm evaluating a stiff single sided currently. Have a stainless version headed my way in a few weeks
3 Feb 2019 22:00:56
John Vlieger
0.170" vertical support
3 Feb 2019 22:01:08
John Vlieger

109

Ben Langfords
3 Feb 2019 22:01:20
Shay Akai
Radius is important
3 Feb 2019 22:01:42
John Vlieger
And with the cheely wide frame, it has to be cut to the specific mount.
3 Feb 2019 22:02:00
John Vlieger
Yep. It's radiused pretty good
3 Feb 2019 22:02:13
Shay Akai
Good
3 Feb 2019 22:02:26
John Vlieger
How much you want for dat comp. Pat's having surgery next week and I'd like to have him fit it, as opposed to me using a belt sander
4 Feb 2019 18:52:48
Shay Akai
Negative, Scott paid me to see what you can do with a belt sander
4 Feb 2019 19:19:55
John Vlieger
Only if I'm allowed to use files and a dremel, too
4 Feb 2019 19:20:30
Shay Akai
All in
4 Feb 2019 19:20:46
John Vlieger
Always good to have people betting against you
4 Feb 2019 19:35:23
John Vlieger
Seriously, though. I can send you a label in the AM
4 Feb 2019 19:35:39
Shay Akai
Let pick a good one
4 Feb 2019 19:35:57
John Vlieger
What you gonna lick it or something
4 Feb 2019 19:36:19
Shay Akai
Yes

110

4 Feb 2019 19:36:36
John Vlieger
Oh... You're gonna engrave a dick and balls on it
4 Feb 2019 19:37:23
Shay Akai
Stencil
4 Feb 2019 19:39:28
John Vlieger
Of course you have a stencil of it... Why would I think otherwise
4 Feb 2019 19:39:49
John Vlieger
I'll email you a label in the Am. Thanks, dood
4 Feb 2019 20:39:23
John Vlieger
I emailed you a next day air UPS label from you to Pat. Much appreciated.
5 Feb 2019 9:01:10
John Vlieger
we are changing out those tripp slides for ones without the logo. should have them in the next week to ten days
5 Feb 2019 15:30:01
John Vlieger
I sent the label to your ACGuns email address, BTW.
5 Feb 2019 16:46:17
John Vlieger
I eagerly await notification from UPS that my threaded dildo is in route
6 Feb 2019 9:20:20
Shay Akai
Sorry dude, putting out fires. Be right with you
6 Feb 2019 9:29:28
John Vlieger
hahaha. all good, man. you're busy and I get it. you're hooking me up, in any case, and I have no right to be mad
6 Feb 2019 9:30:23
John Vlieger
Just wanted to be able to give Pat a heads up.
6 Feb 2019 15:42:57
John Vlieger
?
6 Feb 2019 18:14:23
John Vlieger

111

Thanks for getting that comp out, Shay. Much appreciated. I'll make sure to tag you in the testing video.
11 Feb 2019 12:10:13
John Vlieger
Also, we got replacement Tripp slides in today. 9mm unique WITHOUT the USA logo on the spring tunnel
11 Feb 2019 12:10:31
Shay Akai
Cool
11 Feb 2019 12:12:20
Shay Akai
Got any dem fawties?
11 Feb 2019 12:12:30
John Vlieger
yep. been had em. those do NOT have the USA logo. never had. that was just on the 9mm
11 Feb 2019 12:13:01
Shay Akai
Cool, I will be buying some fawties
11 Feb 2019 12:13:29
John Vlieger
kool beans, homey
11 Feb 2019 12:13:49
Shay Akai
11 Feb 2019 12:17:30
John Vlieger
11 Feb 2019 15:04:56
John Vlieger
11 Feb 2019 15:04:57
John Vlieger
11 Feb 2019 15:05:00
John Vlieger
11 Feb 2019 15:05:01
John Vlieger
Those are the replacement slides from Tripp with no logo
11 Feb 2019 15:05:47
John Vlieger
9mm
11 Feb 2019 15:05:52
Shay Akai
Look nice

11 Feb 2019 15:10:07
John Vlieger
14 Feb 2019 18:20:06
Shay Akai
Spring too light
14 Feb 2019 19:27:12
Shay Akai
How does it feel?
14 Feb 2019 19:27:18
John Vlieger
Hits hard, but dot is easily track able. Need to play with springs over the weekend
14 Feb 2019 19:32:42
Shay Akai
Look at the pause at the end
14 Feb 2019 19:33:11
Shay Akai
Spring too light
14 Feb 2019 19:33:20
Shay Akai
Comp is designed to track
14 Feb 2019 19:33:33
John Vlieger
What are you talking about? That's a Cody Baker special!
14 Feb 2019 19:33:43
Shay Akai
The other one I sent you is flat, but not as trackable
14 Feb 2019 19:33:50
John Vlieger
7 pound Wolff with 5 coils cut
14 Feb 2019 19:33:52
Shay Akai
Too much
14 Feb 2019 19:33:58
John Vlieger
One aluma buff
14 Feb 2019 19:34:06
John Vlieger
I know. These were the first shots with it. Gonna tune over the weekend
14 Feb 2019 19:34:21
Shay Akai
Cool

14 Feb 2019 19:34:50
Shay Akai
Goal is better points with that gun
14 Feb 2019 19:35:02
Shay Akai
Get the timing and it will return
14 Feb 2019 19:35:21
John Vlieger
Exactly
14 Feb 2019 19:36:42
John Vlieger
Oh, and what would it cost me for a first rate comp?
14 Feb 2019 19:37:28
John Vlieger
14 Feb 2019 19:37:36
John Vlieger
14 Feb 2019 19:38:12
John Vlieger
Not rate, run. Sorry
14 Feb 2019 19:38:27
Shay Akai
Tell him to open a port on top
14 Feb 2019 19:38:41
John Vlieger
Noticed I could see threads on one side and not the other. Ha.
14 Feb 2019 19:38:54
John Vlieger
And yeah. We figured we could add holes. Harder to take em away
14 Feb 2019 19:39:04
Shay Akai
Those ports are made in single setup :)
14 Feb 2019 19:39:25
John Vlieger
I've learned a lot from Pat, but I ain't a machinist. That means what now?
14 Feb 2019 19:40:08
Shay Akai
One shot
14 Feb 2019 19:40:29
John Vlieger
Ah, one fixturing
14 Feb 2019 19:40:58

Shay Akai
14 Feb 2019 19:41:21
John Vlieger
14 Feb 2019 19:41:49
John Vlieger
We were thinking one more hole here
14 Feb 2019 19:41:56
Shay Akai
No!
14 Feb 2019 19:42:50
Shay Akai
He needs to stop drilling through threads
14 Feb 2019 19:43:02
John Vlieger
Any particular reason?
14 Feb 2019 19:43:34
John Vlieger
Curious
14 Feb 2019 19:43:38
Shay Akai
Gas through loctite
14 Feb 2019 19:44:46
John Vlieger
Interesting
14 Feb 2019 19:44:54
Shay Akai
Loosen it up
14 Feb 2019 19:45:21
John Vlieger
23 Feb 2019 13:14:06
John Vlieger
You got a minute?
23 Feb 2019 13:14:06
Shay Akai
On the shitter. Sup?
23 Feb 2019 13:27:37
Shay Akai
Reverse plug rubbing against bottom?
23 Feb 2019 13:27:48
Shay Akai
Or are you developing a crack there?

23 Feb 2019 13:28:17
John Vlieger
Cracked
23 Feb 2019 13:30:02
John Vlieger
23 Feb 2019 13:30:12
Shay Akai
23 Feb 2019 13:31:08
Shay Akai
23 Feb 2019 13:31:11
Shay Akai
Looks like Pat went too deep
23 Feb 2019 13:31:43
Shay Akai
Can send you a new one
23 Feb 2019 13:31:49
John Vlieger
If that's possible, I'd like to. Titanium this time. I can have a next day air label, FedEx, to you Monday morning if that's alright with you. Have Alabama in two weeks
23 Feb 2019 13:45:02
Shay Akai
Sure. I will make it nice for you
23 Feb 2019 13:45:30
Shay Akai
Want any "pre cuts"?
23 Feb 2019 13:45:46
John Vlieger
Ha. Actually. Is it possible get one with more meat left on the bottom?
23 Feb 2019 13:46:35
John Vlieger
If not no biggie
23 Feb 2019 13:46:40
Shay Akai
They have a ton of meat :) Pat cut it out bud
23 Feb 2019 13:51:12
Shay Akai
23 Feb 2019 13:51:33
Shay Akai
Compare the two
23 Feb 2019 13:51:40
Shay Akai

See my cut compared to his
23 Feb 2019 13:52:16
John Vlieger
He says he only relieved it a touch. Dunno, man. I wasn't there. He's gotta fit a new one in any case. I like the comp. Tracks more up and down for sure
23 Feb 2019 13:54:08
John Vlieger
23 Feb 2019 13:54:11
John Vlieger
That's a bill drill with 11-14 splits
23 Feb 2019 13:54:37
Shay Akai
I will send him instructions, lol
23 Feb 2019 13:54:39
John Vlieger
Ha. I
23 Feb 2019 13:54:57
Shay Akai
The goal of the comp is tracking, better accuracy, better points
23 Feb 2019 13:55:07
John Vlieger
It seems to do that pretty well
23 Feb 2019 14:11:34
Shay Akai
Add our V holes
23 Feb 2019 14:20:51
Shay Akai
And stroking.
23 Feb 2019 14:20:58
Shay Akai
Makes sense?
23 Feb 2019 14:21:02
John Vlieger
It's a hybrid barrel. V holes ain't a good idea
23 Feb 2019 14:23:17
Shay Akai
Right
23 Feb 2019 14:23:34
John Vlieger
And stroking might be in the next upper for it wth a middy barrel
23 Feb 2019 14:23:36

117

Shay Akai
I build those as well
23 Feb 2019 14:23:47
John Vlieger
Should I get with Lisette Monday morning? Much appreciated, by the way.
23 Feb 2019 15:19:15
Shay Akai
Yea, I will make it for yoi
23 Feb 2019 15:19:56
John Vlieger
I sent Lisette a message. Thanks, bud
25 Feb 2019 7:51:03
Shay Akai
I need a flavor back from you
25 Feb 2019 7:51:43
Shay Akai
While back I sent back the five Tripp slides
25 Feb 2019 7:51:58
Shay Akai
I dont think I ever got refunded for it
25 Feb 2019 7:52:10
Shay Akai
Can you check?
25 Feb 2019 7:52:18
John Vlieger
You got issued a gift certificate. I'll send you the code when I get to work
25 Feb 2019 7:53:10
Shay Akai
You fucker. Now you tell me?
25 Feb 2019 7:54:07
John Vlieger
It's our standard policy, man. You should have gotten an email the instant it was processed
25 Feb 2019 7:56:55
John Vlieger
Either a gift cert or restocking fee. Been the policy for years.
25 Feb 2019 7:57:15
Shay Akai
It's not a bad idea. I think I will adopt it
25 Feb 2019 7:57:46
John Vlieger

118

70039180825309610
25 Feb 2019 8:33:01
John Vlieger
thats your gift cert code. good for $1,210
25 Feb 2019 8:33:09
John Vlieger
use it at checkout where you select your credit card and such. NOT in coupon code
25 Feb 2019 8:33:25
Shay Akai
Ok
25 Feb 2019 8:34:03
Shay Akai
Shipped yet?
25 Feb 2019 15:22:24
John Vlieger
25 Feb 2019 15:28:56
Shay Akai
Sigh
25 Feb 2019 15:32:58
Shay Akai
Wondering what took so long
25 Feb 2019 15:33:09
John Vlieger
Oh, we got Everglades triggers in now. $35 dealer cost. Long medium and short
25 Feb 2019 18:09:08
John Vlieger
All flat. Seem to be of good quality
25 Feb 2019 18:09:22
Shay Akai
All solid, no?
25 Feb 2019 18:10:53
Shay Akai
Cut thy own trigger?
25 Feb 2019 18:11:01
John Vlieger
All solid flat, yeah
25 Feb 2019 18:21:19
Shay Akai
I found more better
25 Feb 2019 18:21:39
John Vlieger

Yeah?
25 Feb 2019 18:21:48
Shay Akai
Ain't tellin
25 Feb 2019 18:21:56
John Vlieger
Saw the STI gunsmith fit on the last one
25 Feb 2019 18:22:00
John Vlieger
Yes please
25 Feb 2019 18:22:14
Shay Akai
You will corner the market
25 Feb 2019 18:22:42
John Vlieger
Ha.
25 Feb 2019 18:27:21
Shay Akai
25 Feb 2019 18:37:48
Shay Akai
25 Feb 2019 18:37:51
Shay Akai
25 Feb 2019 18:37:56
Shay Akai
25 Feb 2019 18:37:59
Shay Akai
35 for bow, 10 for shoe. Retail.
25 Feb 2019 18:38:26
John Vlieger
Fusion?
25 Feb 2019 18:49:11
Shay Akai
Nope
25 Feb 2019 18:49:17
Shay Akai
I have them at the shop, top quality
25 Feb 2019 18:49:32
Shay Akai
Better than SV by 10x
25 Feb 2019 18:49:38
Shay Akai

Solid as can be
25 Feb 2019 18:49:46
Shay Akai
You want it?
25 Feb 2019 18:51:08
John Vlieger
Holy shit.
25 Feb 2019 19:10:01
John Vlieger
You're using AIRSOFT parts?!
25 Feb 2019 19:10:09
Shay Akai
Going to
25 Feb 2019 19:12:32
Shay Akai
Testing the triggers
25 Feb 2019 19:12:41
Shay Akai
They are better and stronger than anything we have
25 Feb 2019 19:13:06
John Vlieger
The fuck?
25 Feb 2019 19:16:10
Shay Akai
I tested them
25 Feb 2019 19:18:53
John Vlieger
25 Feb 2019 19:19:09
John Vlieger
Gonna use their grips too?
25 Feb 2019 19:19:14
John Vlieger
Ha
25 Feb 2019 19:19:15
Shay Akai
Nope
25 Feb 2019 19:19:25
Shay Akai
Just triggers
25 Feb 2019 19:19:30
John Vlieger

Hey, if it works...
25 Feb 2019 19:19:44
John Vlieger
I might be able to get you steel bows for $10
25 Feb 2019 19:25:00
Shay Akai
As good?
25 Feb 2019 19:25:26
John Vlieger
Eh, maybe. I'll let you know
25 Feb 2019 19:25:35
Shay Akai
Order some airsoft bows and triggers
25 Feb 2019 19:32:13
Shay Akai
Then tell me
25 Feb 2019 19:32:18
Shay Akai
But you heard it from me first
25 Feb 2019 19:32:26
Shay Akai
No sharing
25 Feb 2019 19:32:31
Shay Akai
I dont want to see another builder before me
25 Feb 2019 19:32:53
Shay Akai
Deal?
25 Feb 2019 19:32:56
John Vlieger
Deal, sucka
25 Feb 2019 19:45:47
Shay Akai
You gonna order some?
25 Feb 2019 19:52:53
Shay Akai
Because I am already working on contacts
25 Feb 2019 19:53:03
John Vlieger
I need to talk to the boss about it first.
25 Feb 2019 20:05:00

122

John Vlieger
You measure em? Specs match sti or SV?
25 Feb 2019 20:05:11
Shay Akai
Fit beautifully
25 Feb 2019 20:10:07
John Vlieger
God bless frdex
26 Feb 2019 13:44:15
John Vlieger
Fedex
26 Feb 2019 13:44:18
John Vlieger
The comp is still in Memphis
26 Feb 2019 13:44:29
John Vlieger
Aircraft failure. Fucker isn't gonna be delivered today. And I'm two hours in to a 3 hour drive to Pat's. Guess we're fitting a back up comp
26 Feb 2019 13:45:04
Shay Akai
Sorry dude
26 Feb 2019 13:45:55
John Vlieger
Yup. Not your fault
26 Feb 2019 13:49:12
Shay Akai
26 Feb 2019 13:51:04
John Vlieger
27 Feb 2019 11:51:44
John Vlieger
had to punt
27 Feb 2019 11:51:52
John Vlieger
but, it turned out nice. very different, faster dot motion. tracks the same, and feels softer. main thing i noticed with your comp was a slower dot movement. easier to call hits, agreed, but i just feel like the dot moves and returns faster with the binary
27 Feb 2019 11:52:40
John Vlieger
gonna see if Binary can make some full profile comps so it will look not fucked up
27 Feb 2019 11:52:57
John Vlieger

123

would you like me to send the other comp back to you?
27 Feb 2019 11:53:15
Shay Akai
Meh
27 Feb 2019 11:53:17
Shay Akai
You didnt have it tuned right
27 Feb 2019 11:53:32
Shay Akai
You should have tried the other comp I sent you
27 Feb 2019 12:01:55
Shay Akai
The traditional one
27 Feb 2019 12:02:01
John Vlieger
pat did. and he said it was better, but it already had threads showing through the releif cut
27 Feb 2019 12:08:41
Shay Akai
Haha
27 Feb 2019 12:08:57
John Vlieger
would you be willing to examine a Warwick Tactical slide? We are getting on track to order a bunch from them. Dealer price would be about the same as Tripp. I'd be having Pat build a new top end for me on one, and send one to you to look at/build on (and pay for, obviously)
27 Feb 2019 13:17:43
Shay Akai
I heard some bad things, but just heard. Never seen one
27 Feb 2019 13:19:02
Shay Akai
27 Feb 2019 13:19:16
Shay Akai
Comp has 0.160 material on the bottom of channel. I am taking 0.080 out
27 Feb 2019 13:20:10
Shay Akai
27 Feb 2019 13:35:25
Shay Akai
Cross section of a normal comp vs our gill comp
27 Feb 2019 13:35:41
Shay Akai

The floor on the gill comp is higher.
27 Feb 2019 13:35:56
Shay Akai
Shouldn't have cut so much
27 Feb 2019 13:36:12
John Vlieger
that's between you and Pat, bud. I wasn't even there
27 Feb 2019 13:36:23
John Vlieger
just know that sucker split all the way past the threads
27 Feb 2019 13:36:37
Shay Akai
I know what he did, no biggie
27 Feb 2019 13:36:41
Shay Akai
Yea, no reason to go that deep
27 Feb 2019 13:36:55
Shay Akai
I have installed at least a 100 of them :)
27 Feb 2019 13:37:12
John Vlieger
I'll let you know about the slide for you to gander at. I dunno. might have been a combo of factors. the guide rod tunnel was weird, too
27 Feb 2019 13:37:15
Shay Akai
That's more possible
27 Feb 2019 13:38:13
Shay Akai
What slide was it?
27 Feb 2019 13:38:34
John Vlieger
Tripp with the logo. I think it was just a wonky batch from him, to be honest. the ones we got in exchange are pristine. no tool marks, no marks at all. the one my gun is built with was not that way. like the machinist got drunk and pumped some out, then went to rehab
27 Feb 2019 13:39:38
Shay Akai
Makes sense now
27 Feb 2019 13:40:01
Shay Akai
But he charges a premium for them. Funny

125

27 Feb 2019 13:40:16
Shay Akai
I would be pissed if that was a gun I built
27 Feb 2019 13:40:30
John Vlieger
like i said. the ones before that batch and after are great. but in between...dunno. and
we are not using them again. his prices just jacked up $50-75
27 Feb 2019 13:41:37
Shay Akai
Another 50? Wtf
27 Feb 2019 13:42:49
John Vlieger
dealer/distributor price. says its the machine shop making em. JEM/Tripp slides made
by teh same place
27 Feb 2019 13:43:26
Shay Akai
I will ask JEM
27 Feb 2019 13:45:58
John Vlieger
gonna be sending you a Warwick slide for eval in the next week or two
4 Mar 2019 9:15:21
Shay Akai
Awesome
4 Mar 2019 9:27:43
Shay Akai
Yo
4 Mar 2019 14:37:11
Shay Akai
Need your assistance
4 Mar 2019 14:37:18
John Vlieger
Yo
4 Mar 2019 14:41:26
John Vlieger
Go ahead
4 Mar 2019 14:41:27
Shay Akai
I need some 10rd mags for Canada
4 Mar 2019 14:42:28
John Vlieger
Mbx?

4 Mar 2019 14:42:37
Shay Akai
Which ones are permanently 10rds?
4 Mar 2019 14:42:43
John Vlieger
Mbx fit that criteria
4 Mar 2019 14:42:54
Shay Akai
Cool, order inbound. Better start packing
4 Mar 2019 14:43:16
John Vlieger
https://www.shootersconnectionstore.com/MBX-Extreme-126mm-Complete-STI-Style-10-Round-9mm38-Cal-P4524.aspx
4 Mar 2019 14:44:25
John Vlieger
https://www.shootersconnectionstore.com/MBX-Extreme-126mm-Complete-STI-Style-10-Round-40cal10mm-P4525.aspx
4 Mar 2019 14:44:38
John Vlieger
and they slide lock
4 Mar 2019 14:44:44
John Vlieger
140mm also
4 Mar 2019 14:45:22
John Vlieger
https://www.shootersconnectionstore.com/MBX-Extreme-140mm-Complete-STI-Style10-Round-9mm38-Cal-P4526.aspx
4 Mar 2019 14:45:24
John Vlieger
https://www.shootersconnectionstore.com/MBX-Extreme-140mm-Complete-STI-Style-10-Round-40-Cal10mm-P4527.aspx
4 Mar 2019 14:45:32
Shay Akai
Shit
4 Mar 2019 14:45:38
Shay Akai
I ordered the 126s
4 Mar 2019 14:45:52
Shay Akai
Can you change to 140s?
4 Mar 2019 14:46:00

John Vlieger
if its for standard, thats what they need
4 Mar 2019 14:46:00
John Vlieger
12mm is for limited/standard
4 Mar 2019 14:46:08
Shay Akai
Open Canada
4 Mar 2019 14:46:11
John Vlieger
126*
4 Mar 2019 14:46:11
John Vlieger
ah. one sec
4 Mar 2019 14:46:15
Shay Akai
So 140, 10 Rds, 9/38
4 Mar 2019 14:47:05
John Vlieger
those are 120.90, a bit higher cuz 140mm.
4 Mar 2019 14:48:22
John Vlieger
need you to log in and pay
4 Mar 2019 14:48:30
Shay Akai
Paid
4 Mar 2019 14:49:07
John Vlieger
good to go
4 Mar 2019 14:49:43
Shay Akai
Shipped?
4 Mar 2019 14:50:06
John Vlieger
boxed
4 Mar 2019 14:50:37
Shay Akai
Udaman
4 Mar 2019 14:52:15
John Vlieger
8 Mar 2019 14:18:46

Shay Akai
Yea, much excite
8 Mar 2019 14:21:11
Shay Akai
STI slides 260 no discount?
12 Mar 2019 14:53:20
John Vlieger
we get em from Dawson, man. Not from STI. we get hosed. hardly make anything on em
12 Mar 2019 14:54:29
Shay Akai
Wtf
12 Mar 2019 14:54:50
John Vlieger
tell that to STI
12 Mar 2019 14:54:55
John Vlieger
seriously. we hardly make donkey on em
12 Mar 2019 14:55:56
Shay Akai
They are fucking nuts
12 Mar 2019 14:56:39
Shay Akai
Why isnt Chuck buying from Dasan again?
12 Mar 2019 14:56:53
John Vlieger
because our customers, like you, have let us know that Dasan is no good, perhaps?
12 Mar 2019 14:58:31
John Vlieger
not saying you, specifically, but yeah. we are expecting Warwick to ship the test slide to you and Pat this week
12 Mar 2019 14:58:55
Shay Akai
The CK slides were awesome
12 Mar 2019 14:59:32
Shay Akai
Brazos is buying a shit ton now
12 Mar 2019 14:59:42
Shay Akai
When you getting those KKM 355 bulls back?
13 Mar 2019 16:43:56

John Vlieger
Same time as the hybrids. Next week some time
13 Mar 2019 16:48:15
Shay Akai
Awesome. Put aside 5 bulls for me please
13 Mar 2019 16:49:19
John Vlieger
what ramp cut. im checking what we have coming in right now
14 Mar 2019 9:39:43
Shay Akai
Para
14 Mar 2019 9:40:14
John Vlieger
i dont think we have any of those coming in.
14 Mar 2019 9:49:19
Shay Akai
Wtf
14 Mar 2019 9:59:05
Shay Akai
Just wilson?
14 Mar 2019 9:59:10
John Vlieger
the order was placed in January, when we had 15 of them in stock. obviously those have sold since then and a new order hasn't been placed in between
14 Mar 2019 10:07:37
John Vlieger
i'll look into it today. might be able to call in a favor, but i doubt it. give me a few hours. they are on the west coast. i need to check on the hybrids, anyhow
14 Mar 2019 10:08:09
John Vlieger
by the way, we are sold out on the IMM barrels again. got 10 coming, all 10 sold
14 Mar 2019 10:08:25
John Vlieger
but, 40 cal 5" are coming in and I think we got 2 left in stock
14 Mar 2019 10:08:41
Shay Akai
Dude, I got 20 40 barrels here
14 Mar 2019 10:10:02
Shay Akai
I can restock you guys )
14 Mar 2019 10:10:13

John Vlieger
40 cal 5" hybrids
14 Mar 2019 10:10:29
Shay Akai
Old tech
14 Mar 2019 10:13:44
Shay Akai
14 Mar 2019 10:13:54
John Vlieger
tungsten magwell?
14 Mar 2019 10:17:04
John Vlieger
and, wed be interested in selling your thumb rests
14 Mar 2019 10:17:59
Shay Akai
Steel man
14 Mar 2019 10:19:58
Shay Akai
Sure, need to make some more, got hammered on orders
14 Mar 2019 10:20:16
John Vlieger
before i tell you how many i want to order, whats retail and our cost
14 Mar 2019 10:24:26
Shay Akai
Retail will be about 150, your cost about 160
14 Mar 2019 10:53:08
John Vlieger
yeeeeeeah. about that
14 Mar 2019 11:02:17
Shay Akai
I am nice
14 Mar 2019 11:03:03
John Vlieger
might have some 5" bulls coming next week/week after. i'll let you know. i called in a favor to KKM
14 Mar 2019 12:22:59
Shay Akai
14 Mar 2019 12:28:23
John Vlieger
as soon as you have pricing on the "Gas Pedals" you copied from Chet, lemme know.
15 Mar 2019 9:56:58

131

Shay Akai
Bahahaha
15 Mar 2019 9:57:38
Shay Akai
That motherfucker
15 Mar 2019 9:57:45
Shay Akai
15 Mar 2019 9:57:53
John Vlieger
are you going to be offering them without the logo, or just the one
15 Mar 2019 9:59:38
Shay Akai
I like my logo, my sperms
15 Mar 2019 10:00:26
John Vlieger
meh. logo is a logo. up to you. I think they'd sell better with no logo, but it might not matter at all.
15 Mar 2019 10:02:02
Shay Akai
Not sure if you know this, but we are kind of a big deal. Haha. People may buy because of logo.
15 Mar 2019 10:04:47
John Vlieger
thats true, too.
15 Mar 2019 10:04:58
Shay Akai
But it is also strategically placed where one can drill it out.
15 Mar 2019 10:05:07
Shay Akai
Its exactly on middle screw
15 Mar 2019 10:05:16
John Vlieger
at the same time, Dawson optic mounts with the giant logo? stopped selling a LONG time ago,
15 Mar 2019 10:05:26
John Vlieger
good plan
15 Mar 2019 10:05:38
John Vlieger
depending on pricing, we'd be down for say 15 at first. gonna make em for southpaws, too?

132

15 Mar 2019 10:05:57
Shay Akai
Yea, just mirror them
15 Mar 2019 10:06:25
John Vlieger
15 right hand, 2 left hand at first. depending on pricing.
15 Mar 2019 10:06:46
Shay Akai
+10% for you
15 Mar 2019 10:13:41
John Vlieger
not me, SC
15 Mar 2019 10:14:49
Shay Akai
Oh
15 Mar 2019 10:15:09
Shay Akai
We are going to work on dealer/distributor pricing
15 Mar 2019 10:15:41
Shay Akai
Figuring 20/30 or 20/40
15 Mar 2019 10:15:55
John Vlieger
much appreciated. and that would be great. requirements for distributor pricing, other items you're launching like the mount, etc.
15 Mar 2019 10:16:37
Shay Akai
Sure
15 Mar 2019 10:16:56
John Vlieger
just talked to Warwick. next week sometime that slide will ship out
15 Mar 2019 15:32:27
Shay Akai
Awesome
15 Mar 2019 15:32:50
Shay Akai
Yo, need some info
15 Mar 2019 17:28:23
John Vlieger
Go ahead
15 Mar 2019 17:29:10

133

Shay Akai
Hush hush
15 Mar 2019 17:40:02
Shay Akai
Is Derek Janowicz buying lots of parts?
15 Mar 2019 17:40:24
Shay Akai
Millennium custom or palm beach shooting center
15 Mar 2019 17:40:48
John Vlieger
Don't know if I should really answer that, man. He's a customer of ours, and we buy from him obviously
15 Mar 2019 17:47:05
Shay Akai
Up to you
15 Mar 2019 17:49:12
Shay Akai
Important to me
15 Mar 2019 17:49:17
John Vlieger
He did mention he was planning on building some guns this year. I can tell you that without giving info
15 Mar 2019 17:49:46
Shay Akai
I am thinking me ex employees are going to start working with him
15 Mar 2019 17:50:03
John Vlieger
Wait. Employees? Not just Lesgar? Who am I missing
15 Mar 2019 17:50:29
Shay Akai
Lesgar possibly Luigi
15 Mar 2019 17:51:15
Shay Akai
That is why I ask
15 Mar 2019 17:51:22
Shay Akai
Do you see increased volume?
15 Mar 2019 17:53:54
Shay Akai
Info stays with me
15 Mar 2019 18:04:19

134

John Vlieger
He said he estimated he'd be building 20 guns a year
15 Mar 2019 18:26:17
Shay Akai
Ok, I appreciate it stays between us, my word
15 Mar 2019 18:33:01
John Vlieger
And bought a few barrels. Nothing else abnormal I've seen
15 Mar 2019 18:35:10
Shay Akai
Luigi has been on and off lately. I assume personal shit
15 Mar 2019 18:35:34
Shay Akai
Maybe his dog died
15 Mar 2019 18:35:42
Shay Akai
Then someone told me that Derek is starting to build again. I thought maybe Luigi is leaving
15 Mar 2019 18:36:22
Shay Akai
Its important to me
15 Mar 2019 18:36:33
John Vlieger
He mentioned building guns again. Didn't give a reason. We were under the impression that he was focused on his range.
15 Mar 2019 18:40:22
Shay Akai
20 ain't much
15 Mar 2019 18:40:49
Shay Akai
If Luigi and Speedy work there, he would have said 50 to 100
15 Mar 2019 18:41:19
Shay Akai
Or more
15 Mar 2019 18:41:22
John Vlieger
17 Mar 2019 18:13:02
John Vlieger
Wow. What a combo.
17 Mar 2019 18:13:07
Shay Akai

135

You like that?
17 Mar 2019 18:13:34
John Vlieger
Nice touch
17 Mar 2019 18:13:38
Shay Akai
It's funny as hell
17 Mar 2019 18:13:55
John Vlieger
The guy is straight up delusional
17 Mar 2019 18:14:31
John Vlieger
I hope you understand that I support you on this, but can't get involved
17 Mar 2019 18:14:44
Shay Akai
Fully understand
17 Mar 2019 18:15:13
Shay Akai
I also know that you cant sell my "tshirts"
17 Mar 2019 18:15:28
Shay Akai
Will find a solution
17 Mar 2019 18:15:33
John Vlieger
Why wouldnt we? It's not up to us to "follow patent law"
17 Mar 2019 18:23:42
John Vlieger
I'll talk to Chuck about it tomorrow
17 Mar 2019 18:23:48
John Vlieger
He's not a fan of Chet either from past interactions
17 Mar 2019 18:24:12
Shay Akai
No one is, lol
17 Mar 2019 18:26:11
John Vlieger
I talked to Chuck. Get us pricing, boo boo
18 Mar 2019 9:42:42
Shay Akai
I will hun
18 Mar 2019 9:45:20

John Vlieger
KKM came in again today. we have to inventory it and see how many 355 5" bulls they sent us. i'll let you know.
19 Mar 2019 10:04:59
Shay Akai
Awesome
19 Mar 2019 10:05:17
Shay Akai
If not 5 inch bulls, then commander plus threads
19 Mar 2019 10:05:32
John Vlieger
https://www.shootersconnectionstore.com/KKM-355-Caliber-Bull-Barrel-Threaded-Commander-P418.aspx
19 Mar 2019 10:06:17
John Vlieger
we have two of those in W/N currently
19 Mar 2019 10:06:23
Shay Akai
Need Para
19 Mar 2019 10:25:10
John Vlieger
no bulls came in. im gonna call KKm today and ask whats up
19 Mar 2019 10:53:41
Shay Akai
Thanks
19 Mar 2019 11:20:31
Shay Akai
You hearing anything about Alabama?
19 Mar 2019 21:47:27
John Vlieger
19 Mar 2019 21:47:38
John Vlieger
19 Mar 2019 21:47:41
John Vlieger
Talked to him about it on the phone a few minutes ago actually
19 Mar 2019 21:48:01
Shay Akai
And?
19 Mar 2019 21:48:27
John Vlieger
He denys it. Says he doesn't even use the nook.

137

19 Mar 2019 21:48:41
Shay Akai
Same thing happened in Miami....
19 Mar 2019 21:49:08
John Vlieger
You know me, man. Ain't gonna get involved. I informed him that people were talking about it.
19 Mar 2019 21:49:23
Shay Akai
He has a history of doing that, ain't new
19 Mar 2019 21:49:48
John Vlieger
Miami open?
19 Mar 2019 21:50:06
Shay Akai
Yea, that's why Chris lost
19 Mar 2019 21:50:36
John Vlieger
No edit history at Miami open for 2019
19 Mar 2019 21:51:14
Shay Akai
And locals as well, I hear it a lot
19 Mar 2019 21:51:18
John Vlieger
19 Mar 2019 21:51:37
Shay Akai
That's what Chris said, was an adjusted score issue
19 Mar 2019 21:51:37
John Vlieger
19 Mar 2019 21:51:38
Shay Akai
I dont know how to read those. Remember I don't shoot
19 Mar 2019 21:53:01
Shay Akai
19 Mar 2019 21:54:01
John Vlieger
19 Mar 2019 21:57:15
John Vlieger
The red number? That's how many edits. If there's no red number, no record of an edit. Doesn't mean there wasn't fuckery, just no practiscore record of score edit
19 Mar 2019 21:57:47

138

Shay Akai
19 Mar 2019 22:00:30
Shay Akai
19 Mar 2019 22:00:32
John Vlieger
Lemme know if anything comes of it
19 Mar 2019 22:08:55
Shay Akai
Where did the news break?
19 Mar 2019 22:11:19
John Vlieger
I got a text about an hour ago
19 Mar 2019 22:11:44
Shay Akai
He has been cheating in every aspect of his life. That's why we let him go
19 Mar 2019 22:11:47
Shay Akai
He stole a shit ton, cheated a shit ton
19 Mar 2019 22:12:04
Shay Akai
20 Mar 2019 9:37:49
Shay Akai
20 Mar 2019 9:37:51
John Vlieger
what match is that
20 Mar 2019 9:38:45
Shay Akai
Punta Gorda
20 Mar 2019 9:39:18
Shay Akai
He is known to grab the tablet to "review his scores"
20 Mar 2019 9:39:44
John Vlieger
has this been passed on to anyone? or is it being discussed anywhere?
20 Mar 2019 9:53:27
Shay Akai
It was brought to me by Alabama Georgia people
20 Mar 2019 10:02:32
John Vlieger
thanks
20 Mar 2019 10:03:35

John Vlieger
Any progress on that pricing for your t shirts
21 Mar 2019 18:58:32
Shay Akai
47 retail
21 Mar 2019 18:59:36
John Vlieger
That's pretty reasonable
21 Mar 2019 19:03:24
Shay Akai
I am a very reasonable man
21 Mar 2019 19:03:40
John Vlieger
And for distributors?
21 Mar 2019 19:05:24
Shay Akai
Let me see if its worth it yet
21 Mar 2019 19:15:30
Shay Akai
Need to automate it
21 Mar 2019 19:15:38
John Vlieger
Could raise retail a touch and go from there. $55 for example
21 Mar 2019 19:33:51
Shay Akai
21 Mar 2019 19:59:14
John Vlieger
Yup. It was a topic of discussion today in the shop
21 Mar 2019 20:01:14
John Vlieger
He's referring directly to Kyle Sole only as far as I know.
21 Mar 2019 20:01:56
John Vlieger
The transparency they are planning is pretty interesting
21 Mar 2019 20:02:11
Shay Akai
They better do Lesgar as well
21 Mar 2019 20:02:45
John Vlieger
It will be a blanket audit of records. And people with a lot of flags will be identified
21 Mar 2019 20:03:16

140

Shay Akai
So awesome
21 Mar 2019 20:05:06
John Vlieger
27 Mar 2019 13:43:44
Shay Akai
Cheeky?
27 Mar 2019 13:44:50
Shay Akai
How many you got?
27 Mar 2019 13:45:00
John Vlieger
a few. how many you want?
27 Mar 2019 13:52:40
Shay Akai
25
27 Mar 2019 13:54:03
Shay Akai
Haha
27 Mar 2019 13:54:05
Shay Akai
I will take two
27 Mar 2019 13:54:11
John Vlieger
oh....shit going sideways?
27 Mar 2019 13:54:13
Shay Akai
Nah
27 Mar 2019 13:54:22
Shay Akai
Time to diversify a bit
27 Mar 2019 13:54:35
John Vlieger
https://www.shootersconnectionstore.com/Cheely-Custom-E2-Agressive-Grip-Kit-Stainless-Double-Undercut-P5507.aspx
27 Mar 2019 13:54:41
Shay Akai
Cool, will order
27 Mar 2019 13:54:48
John Vlieger
27 Mar 2019 13:54:51

141

Shay Akai
I think I cleaned the rest of them out
27 Mar 2019 18:28:05
John Vlieger
Yup. We got more coming in a week
27 Mar 2019 18:49:07
John Vlieger
Have you had customers asking for them, or just gonna build em and sell em
27 Mar 2019 18:49:29
Shay Akai
How many did you order this time?
27 Mar 2019 18:49:33
John Vlieger
We got 5 more coming.
27 Mar 2019 18:49:46
Shay Akai
I haven't had a single order for them yet
27 Mar 2019 18:49:55
John Vlieger
Ten total counting what came in today. Should we order more...
27 Mar 2019 18:50:00
Shay Akai
Going to force them on some customers
27 Mar 2019 18:50:10
John Vlieger
Ah. They end up being a touch cheaper
27 Mar 2019 18:50:24
Shay Akai
Quite a bit cheaper
27 Mar 2019 18:50:34
John Vlieger
And they do feel pretty damn awesome
27 Mar 2019 18:50:44
Shay Akai
And I am tired of dealing with PT
27 Mar 2019 18:50:53
Shay Akai
They are trying to control me
27 Mar 2019 18:51:28
John Vlieger
And we both know how you feel about that

27 Mar 2019 18:51:46
John Vlieger
On that note. I'm submitting my next kkm order in about two weeks
27 Mar 2019 18:51:57
Shay Akai
Yes
27 Mar 2019 18:51:59
Shay Akai
Need 9mm para bulls
27 Mar 2019 18:52:11
John Vlieger
Gonna be a bigger order. Any requests?
27 Mar 2019 18:52:14
John Vlieger
Those should be here soon. Last I talked to KKM they were being polished
27 Mar 2019 18:52:27
Shay Akai
Cool
27 Mar 2019 18:52:35
John Vlieger
Probably gonna be at least half of em IMM length due to demand
27 Mar 2019 18:52:50
Shay Akai
Not enough hours in the day man
27 Mar 2019 18:52:51
Shay Akai
Going to rework my price structure
27 Mar 2019 18:53:23
Shay Akai
My tungsten guns are kicking my ass
27 Mar 2019 18:53:32
Shay Akai
They take so long to make
27 Mar 2019 18:53:40
Shay Akai
That's all I am building
27 Mar 2019 18:53:54
Shay Akai
I can build an IMM open in a free hours. Tungsten takes me two days
27 Mar 2019 18:57:52
Shay Akai

27 Mar 2019 19:25:45
John Vlieger
What am I looking at
27 Mar 2019 19:27:03
John Vlieger
SV grip?
27 Mar 2019 19:27:50
Shay Akai
Look at the front texture
27 Mar 2019 19:27:53
Shay Akai
Yes
27 Mar 2019 19:27:58
John Vlieger
Milled down... Or fucked up
27 Mar 2019 19:28:20
Shay Akai
Bad design
27 Mar 2019 19:28:38
John Vlieger
Small problem with the grips
28 Mar 2019 8:26:21
Shay Akai
Que?
28 Mar 2019 9:47:36
John Vlieger
28 Mar 2019 9:48:45
John Vlieger
I don't think I can sell em to you
28 Mar 2019 9:48:51
John Vlieger
don't know if you qualify
28 Mar 2019 9:48:59
Shay Akai
I can show you my cert
28 Mar 2019 10:00:59
Shay Akai
28 Mar 2019 10:01:51
Shay Akai
Problem solved
28 Mar 2019 10:01:56

John Vlieger
28 Mar 2019 10:02:27
Shay Akai
28 Mar 2019 10:03:39
John Vlieger
28 Mar 2019 10:03:56
John Vlieger
you want this deleivered saturday?
28 Mar 2019 10:06:37
John Vlieger
needs signature. so, if you aint gonna be there it wont get there till monday
28 Mar 2019 10:06:55
John Vlieger
looks like its gonna be there Saturday regardless
28 Mar 2019 10:08:21
Shay Akai
Got kids this weekend, so Monday
28 Mar 2019 10:10:11
John Vlieger
we didnt specify saturday, it auto did it. so, they'll probably attempt delivery sat then deliver it mondayt
28 Mar 2019 10:11:41
Shay Akai
Yea, they know me
28 Mar 2019 10:23:10
John Vlieger
28 Mar 2019 10:23:18
John Vlieger
i think you're gonna be impressed with these grips, man. lemme know what your shooters think of em. no joke, this texture is subtly different in a really good way
28 Mar 2019 12:20:19
Shay Akai
Better than PT?
28 Mar 2019 12:22:09
John Vlieger
its not stabby. its aggressive to sideways pressure, but not spikes
28 Mar 2019 12:22:31
Shay Akai
I will see
28 Mar 2019 12:45:06
John Vlieger

145

and im testing inserts for Matt. different geometries for the magwell
28 Mar 2019 16:14:49
Shay Akai
I like mine
28 Mar 2019 16:57:17
Shay Akai
Steel and aluminum
28 Mar 2019 16:57:23
John Vlieger
For cheely grips?
28 Mar 2019 17:01:54
Shay Akai
No, but cheely grips are easier than STI grips
28 Mar 2019 18:43:42
John Vlieger
so....you getting slides from Warwick
29 Mar 2019 14:41:31
Shay Akai
They sent one?
29 Mar 2019 14:41:53
John Vlieger
on the phone with them right now
29 Mar 2019 14:41:59
Shay Akai
I haven't received yet
29 Mar 2019 14:42:00
John Vlieger
what i mean is...you lookin to go direct with Warwick
29 Mar 2019 14:44:15
Shay Akai
I sent them a message a long time ago
29 Mar 2019 14:44:38
Shay Akai
They didn't have any 40 and their slides are all tritopped
29 Mar 2019 14:46:15
Shay Akai
Why?
29 Mar 2019 14:50:55
Shay Akai
Want me to go through you?
29 Mar 2019 14:51:08

John Vlieger
You got time for a call
29 Mar 2019 14:51:57
Shay Akai
9543285660
29 Mar 2019 14:52:19
John Vlieger
lemme know when you receive those grips, and what you think
1 Apr 2019 10:25:10
Shay Akai
Sure. Any news on barrels?
1 Apr 2019 10:51:28
John Vlieger
i'll try to call KKm today and ask
1 Apr 2019 11:02:10
John Vlieger
busy as fuck today. everyone in California wants high cap mags
1 Apr 2019 11:02:26
Shay Akai
Sell sell sell
1 Apr 2019 11:03:28
John Vlieger
just got a call from Warwick. your sample slide is headed out today should be to you on Friday or Monday Let me be clear here. These are for INSPECTION ONLY as per our terms. If they don't pass, they go back and we owe only shipping. I need you to go over it with a fine toothed comb and give me your honest feedback. We are looking at dropping thousands of dollars on an order with them, but ONLY if they pass inspection from you and Pat. we don't need another Tripp Once they are modified or fit, they need to be paid for, and I'd prefer to only do that if you give the OK. Sound good?
3 Apr 2019 10:35:02
John Vlieger
9mm, round top, unique radius
3 Apr 2019 10:35:13
Shay Akai
Awaiting slide and a check
3 Apr 2019 10:37:22
Shay Akai
Bahahahaha
3 Apr 2019 10:37:26
John Vlieger

147

if you want to keep it, you already know the rough pricing of what we are gonna be paying. Call it $210 (our cost plus shipping) and you can keep it
3 Apr 2019 10:39:16
John Vlieger
if it doesnt pass, I can send you a label to get it back to them and no money out of your pocket
3 Apr 2019 10:39:47
Shay Akai
Lol
3 Apr 2019 10:39:54
John Vlieger
hey, man. we are looking at dropping some coin on this order. if its gonna be another Tripp fiasco I'll keep looking. If they are nice, we are gonna get em and have em in stock for you, and other smiths.
3 Apr 2019 10:40:36
Shay Akai
I am laughing at your proposition
3 Apr 2019 10:41:03
John Vlieger
It ain't my money, but it is my responsibility.
3 Apr 2019 10:41:09
John Vlieger
would you prefer not getting a free look at a product before you have to buy it?
3 Apr 2019 10:41:52
Shay Akai
Loo
3 Apr 2019 10:42:00
Shay Akai
Lol
3 Apr 2019 10:42:02
Shay Akai
I don't mind doing you a favor and inspecting before you guys drop money
3 Apr 2019 10:42:29
Shay Akai
Be my pleasure to help you guys out
3 Apr 2019 10:42:39
Shay Akai
Rodl
3 Apr 2019 10:42:41
Shay Akai
Rofl

3 Apr 2019 10:42:43
Shay Akai
You know... Brazos sent me a free frame for inspection. So did JEM.
3 Apr 2019 10:49:12
Shay Akai
kKM gave me free barrels so I can inspect them
3 Apr 2019 10:49:37
Shay Akai
Davinci gave me two frames and two slides for inspection
3 Apr 2019 10:49:56
John Vlieger
And if we were the manufacturer of the slides, maybe we could do that. We could always call em and have em shipped to Bobby instead
3 Apr 2019 10:52:34
Shay Akai
Bahahaha
3 Apr 2019 10:52:55
Shay Akai
Don't forget who hooked you up with three comps
3 Apr 2019 10:53:28
Shay Akai
And gave you good fucking advice on those KKM barrels
3 Apr 2019 10:53:40
Shay Akai
Lol
3 Apr 2019 10:53:41
Shay Akai
You almost went wrong route with others advice
3 Apr 2019 10:53:53
John Vlieger
I don't forget those who help me out. Part of the reason I defend Bobby when it comes up. At the same time, I have to operate within the parameters of my job. Only so far I can go on stuff like this. Pat is getting a slide and if it passes I AM the one payiing for it, as its going on my gun. I appreciate you offering to take a look, as people listen to what you have to say in the parts department, and you're one of our best customers. We don't want to stock garbage.
3 Apr 2019 10:55:49
Shay Akai
All I am saying is recognize what you are asking. It's a funny
3 Apr 2019 10:55:54
John Vlieger

149

true, i'll give ya that
3 Apr 2019 10:56:16
Shay Akai
I am laughing
3 Apr 2019 10:56:49
Shay Akai
What's the story with DP Pro?
3 Apr 2019 11:33:11
Shay Akai
You no longer carry them?
3 Apr 2019 11:33:18
John Vlieger
I dont think we ever di carry them
3 Apr 2019 11:33:25
Shay Akai
Everyone is out
3 Apr 2019 11:33:52
John Vlieger
hmmm. maybe they're redesigning it and phasing out inventory
3 Apr 2019 11:36:02
Shay Akai
Damn customers that order it
3 Apr 2019 11:36:47
John Vlieger
i personally hate that dot
3 Apr 2019 11:36:55
Shay Akai
Same
3 Apr 2019 11:39:17
John Vlieger
1Z4627X64211123566
3 Apr 2019 14:00:02
John Vlieger
the sample slide tracking
3 Apr 2019 14:00:06
John Vlieger
we also have more cheely coming intoday
3 Apr 2019 14:00:20
Shay Akai
Awesome
3 Apr 2019 14:00:32

John Vlieger
we have 1 aluminum cheely grip (aggressive) coming, as well
3 Apr 2019 14:00:50
John Vlieger
unlike a certain other manufacturer.
3 Apr 2019 14:00:58
Shay Akai
That will be a huge seller
3 Apr 2019 14:01:41
John Vlieger
thats what im thinking. some people dont want a super heavy gun
3 Apr 2019 14:01:58
John Vlieger
but, they want it to be aggressive
3 Apr 2019 14:02:05
Shay Akai
Wonder if 7075 or 6061
3 Apr 2019 14:02:44
John Vlieger
4 Apr 2019 11:35:50
Shay Akai
Gimme
4 Apr 2019 11:38:23
Shay Akai
How many can I buy?
4 Apr 2019 11:38:31
John Vlieger
5 is what you requested. I'll get my ass chewed if I let you buy all of em all at once
4 Apr 2019 11:38:54
Shay Akai
I will take 5 then
4 Apr 2019 11:39:08
Shay Akai
Put them in my cart and I pay
4 Apr 2019 11:39:23
John Vlieger
Done
4 Apr 2019 11:40:13
John Vlieger
It's in pending payment. Just have to log in, go to account, and go to the most recent order

151

4 Apr 2019 11:42:28
John Vlieger
And do you want this delivered Saturday?
4 Apr 2019 11:48:38
Shay Akai
Monday cool
4 Apr 2019 11:49:43
John Vlieger
K
4 Apr 2019 11:49:48
Shay Akai
I think I did it before you
4 Apr 2019 11:49:56
John Vlieger
your eval slide is out for delivery today
5 Apr 2019 10:18:37
Shay Akai
Nice
5 Apr 2019 10:36:22
Shay Akai
Inspected. Looks like a slide
5 Apr 2019 13:39:34
John Vlieger
5 Apr 2019 13:39:48
Shay Akai
The laser engraving of 9mm is special
5 Apr 2019 13:40:03
Shay Akai
On the outside, machine marks are worst I have seen. They should consider surface grinding the sides and rolling the top.
5 Apr 2019 13:40:45
Shay Akai
Seriously, worst finish I have seen. Wavy.
5 Apr 2019 13:40:57
Shay Akai
Breachface is fucked up. Has machine marks on it, steps on it, out of spec size
5 Apr 2019 13:41:37
Shay Akai
Would take serious stone work, Dremel work to get breachface nice and functional
5 Apr 2019 13:42:03
John Vlieger

they claim to have the breechface wire EDM'ed
5 Apr 2019 13:42:19
Shay Akai
If you want opinion on rails and such, I have to cut on it
5 Apr 2019 13:42:22
Shay Akai
Everyone claims
5 Apr 2019 13:42:44
Shay Akai
It ain't no $210 slide on initial look
5 Apr 2019 13:44:00
John Vlieger
if you find time, pics would be appreciated. i want to compare to what Pat gets. he's working today
5 Apr 2019 13:44:25
Shay Akai
I am not gonna cut on it
5 Apr 2019 13:44:44
John Vlieger
if it's a "bad batch" *eye roll* vs "Thats the quality we send out"
5 Apr 2019 13:44:44
John Vlieger
thank you. lets hold off on cutting anything until we get more data
5 Apr 2019 13:44:55
Shay Akai
Sure.
5 Apr 2019 13:45:46
Shay Akai
5 Apr 2019 13:59:07
Shay Akai
Here you go sweetheart
5 Apr 2019 13:59:08
Shay Akai
That's just polishing
5 Apr 2019 14:13:02
John Vlieger
wait. you mean its just polishing to fix it?
5 Apr 2019 14:14:09
Shay Akai
No
5 Apr 2019 14:14:57

Shay Akai
That's me running the polisher on it to remove their blasting
5 Apr 2019 14:15:14
Shay Akai
Manufacturer blasts shit to hide machine marks
5 Apr 2019 14:15:30
John Vlieger
wait.,..you have two of em?
5 Apr 2019 14:15:58
Shay Akai
No
5 Apr 2019 14:16:38
Shay Akai
That's youra
5 Apr 2019 14:16:42
Shay Akai
Yours
5 Apr 2019 14:16:46
John Vlieger
hey, dude.
9 Apr 2019 9:44:46
Shay Akai
Hi sunshine
9 Apr 2019 9:45:07
Shay Akai
Gun looks like crap. Sup ? ðŸ˜ €
9 Apr 2019 9:45:22
John Vlieger
just got off the phone with Pat and got his thoughts on the slide. Measurements and such. Was wondering if you had time if you could measure the slide rails at the rear and front, and from slide stop to breachface. and do you notice a ridge on top?
9 Apr 2019 9:45:28
John Vlieger
and ha. very funny. yeah, the comp aint full profile. we are working on that. but, 6 alpha bill drill at 15 yards with 14 splits don't lie
9 Apr 2019 9:45:51
John Vlieger
he's putting an IMM length upper on it this month
9 Apr 2019 9:46:12
Shay Akai
The action doesn't look right

9 Apr 2019 9:46:51
John Vlieger
8 pound variable with like 6 coils cut
9 Apr 2019 9:47:07
Shay Akai
Best way to measure is to run a cutter
9 Apr 2019 9:47:13
Shay Akai
Serious, Pat and I don't have the right equipment for accurate measurements otherwise
9 Apr 2019 9:47:43
Shay Akai
A slight pass with a cutter tells a lot kore
9 Apr 2019 9:47:56
John Vlieger
i'm hesitant to do that without more data on it being servicable
9 Apr 2019 9:48:13
John Vlieger
well, to ask you to do that, anyway
9 Apr 2019 9:48:20
Shay Akai
The slide is fine
9 Apr 2019 9:48:31
Shay Akai
We can build on it
9 Apr 2019 9:48:36
John Vlieger
worth the dealer price of around $240?
9 Apr 2019 9:48:46
Shay Akai
Is it top quality? Not close
9 Apr 2019 9:48:50
Shay Akai
Those CK slides we're much better
9 Apr 2019 9:49:02
Shay Akai
I would buy them for 180
9 Apr 2019 9:49:15
John Vlieger
I can't remember. are you a fan of caspian?
9 Apr 2019 9:49:30
Shay Akai

Not to negotiate, just better choices out there
9 Apr 2019 9:49:35
Shay Akai
Yes, I like Caspian
9 Apr 2019 9:49:45
Shay Akai
Even though they have issues as well
9 Apr 2019 9:49:53
John Vlieger
Rumor is there's trouble with Caspian
9 Apr 2019 9:49:57
John Vlieger
business wise
9 Apr 2019 9:50:03
John Vlieger
one guy retired, and i heard word that the other person is thinking about closing the shop down
9 Apr 2019 9:50:20
Shay Akai
I will check
9 Apr 2019 9:50:30
Shay Akai
That would suck
9 Apr 2019 9:50:35
John Vlieger
yeah, lemme know. we have always had trouble with keeping them in stock.
9 Apr 2019 9:50:56
Shay Akai
They are far from perfect
9 Apr 2019 9:51:26
John Vlieger
and what other options do you know of, because I'm drawing a blank. Caspian, Tripp, Dasan/CK, and STI are the ones I know of that are doable
9 Apr 2019 9:51:45
Shay Akai
But almost impossible to totally inspect a slide without building on it
9 Apr 2019 9:51:51
Shay Akai
Buy a 1000 Dasan
9 Apr 2019 9:52:11
John Vlieger

156

for open guns, you'd do taht?
9 Apr 2019 9:52:19
Shay Akai
The CK ones yes
9 Apr 2019 9:52:29
Shay Akai
Not the STI crap
9 Apr 2019 9:52:36
John Vlieger
word on the street is that STI might be buying Warwick slides
9 Apr 2019 9:52:51
Shay Akai
The Warwick looks like STI crap but worse
9 Apr 2019 9:52:51
Shay Akai
That would make sense
9 Apr 2019 9:53:05
John Vlieger
to supplement their own production
9 Apr 2019 9:53:11
John Vlieger
and Davinci...they want more money than SV for their slides
9 Apr 2019 9:54:12
Shay Akai
9 Apr 2019 9:55:00
Shay Akai
PT, Davinci, Brazos and L10
9 Apr 2019 9:55:20
Shay Akai
Brazos and L10 winners
9 Apr 2019 9:55:33
John Vlieger
any other options out there for slides?
9 Apr 2019 9:58:50
Shay Akai
The Warwick are workable
9 Apr 2019 9:59:23
Shay Akai
But they are way overpriced
9 Apr 2019 9:59:37
Shay Akai

157

Builders don't need perfect, need workable

9 Apr 2019 10:00:09

Shay Akai

Then we look at how many additional hours the slide will take

9 Apr 2019 10:00:24

John Vlieger

so, they would sell, but they are not God's gift to gunsmiths, and we should'nt buy 1000 of em

9 Apr 2019 10:00:46

Shay Akai

At 240, we would buy them if we can't find anything better

9 Apr 2019 10:01:40

John Vlieger

Gonna need me some pricing on those Magwells so I can bring it up with Chuck, boo boo

10 Apr 2019 13:54:01

Shay Akai

Sure

10 Apr 2019 13:56:00

Shay Akai

I need to gauge where the market is at before I produce in mass

10 Apr 2019 13:56:24

John Vlieger

alrighty. depending on price, you can put us down for call it 4 aluminum and 4 steel. 3 regular and 1 big hands of each

10 Apr 2019 13:58:02

Shay Akai

Wow, that is overwhelming

10 Apr 2019 14:08:07

Shay Akai

Lol

10 Apr 2019 14:08:13

John Vlieger

We always dip our toes first. I've told you that before

10 Apr 2019 14:18:29

Shay Akai

Me too

10 Apr 2019 14:19:28

John Vlieger

for reference, the EGW aluminum magwell retails for $50

10 Apr 2019 14:28:58

158

John Vlieger
and the Eddie Garcia magwell retails for $80
10 Apr 2019 14:29:57
John Vlieger
and the Dawson for $80 as well
10 Apr 2019 14:30:03
Shay Akai
And approx monthly sales numbers?
10 Apr 2019 14:30:59
John Vlieger
10-15 a month of Dawson.
10 Apr 2019 15:09:32
John Vlieger
counting all colors
10 Apr 2019 15:09:36
Shay Akai
Damn I buy more than that
10 Apr 2019 15:09:53
John Vlieger
a lot of people get their magwells from Dawson direct, already installed on the gun from the manufacturer, or from their gunsmith
10 Apr 2019 15:10:22
John Vlieger
you'd be approaching the market like Limcat is with theirs. "This is a magwell. We made it better. Buy it" as opposed to "This is the magwell we've been using for years. Its great, get yours where other fine race gun parts are sold"
10 Apr 2019 15:11:09
Shay Akai
We tried the Limcat
10 Apr 2019 15:12:37
Shay Akai
Like ours better
10 Apr 2019 15:12:42
John Vlieger
i'm running it right now on my cheely. used epoxy and kydex shims to fit it. i'm in love
10 Apr 2019 15:13:00
Shay Akai
Bahahahaha
10 Apr 2019 15:13:10
John Vlieger

159

it's not made for Cheely grips, but I made it work for now. Pat is gonna take a look at how to make it a more permanent fit when he gets it

10 Apr 2019 15:13:44

Shay Akai

How many Limcats?

10 Apr 2019 15:13:45

John Vlieger

not many. they're like $130

10 Apr 2019 15:13:53

Shay Akai

My steel ones will be 140

10 Apr 2019 15:35:22

Shay Akai

Congrats on beating Mr. Miyagi!

14 Apr 2019 19:47:25

Shay Akai

First time, no?

14 Apr 2019 19:54:32

John Vlieger

I've beaten him before. Not a whole lot, but yes, before

14 Apr 2019 19:55:04

Shay Akai

Thought it was first. Congrats anyway

14 Apr 2019 19:55:30

John Vlieger

Much appreciated. Sailer needs to calm the fuck down. He has officially taken over the title of most talkative

14 Apr 2019 20:15:48

John Vlieger

From myself

14 Apr 2019 20:15:54

Shay Akai

Bahahaha

14 Apr 2019 20:16:41

Shay Akai

Yea,he is getting Abit cocky

14 Apr 2019 20:16:56

John Vlieger

Just ask Cody or Mike

14 Apr 2019 20:16:58

John Vlieger

160

Holy shit balls
14 Apr 2019 20:17:05
Shay Akai
Lol
14 Apr 2019 20:17:11
John Vlieger
Putting the next order in for KKM hybrids. Any special requests? Short ribs are coming later in the summer/fall time frame. Other than that, ramp cuts and such are easy
17 Apr 2019 10:00:39
Shay Akai
Keep them para,I don't care for short ribs
17 Apr 2019 10:01:30
John Vlieger
gettin plenty of the IMM length. and sticking with C/P for the majority. had a few requests for W/N so I'm gonna get a FEW of those. ordering like 100 total, at least half are gonna be IMM spec
17 Apr 2019 10:02:42
John Vlieger
I'm speaking to like oddball threading or like a 40 cal threaded.
17 Apr 2019 10:03:09
Shay Akai
Nahhh
17 Apr 2019 10:03:37
Shay Akai
I am good
17 Apr 2019 10:03:40
John Vlieger
cool. thought id ask before i ordered. I'll let you know before we go live with pre-orders so you can reserve how ever many you needed when they come in. ETA of late May/early June
17 Apr 2019 10:04:12
John Vlieger
no pre-payment required
17 Apr 2019 10:04:30
Shay Akai
That's cool, I am in no hurry,but thanks
17 Apr 2019 10:04:37
John Vlieger
not a problem. just doing what I do
17 Apr 2019 10:04:54

Shay Akai
17 Apr 2019 10:07:29
John Vlieger
23 Apr 2019 21:33:29
Shay Akai
That's cute
23 Apr 2019 21:34:16
Shay Akai
I just use a heavy hammer
23 Apr 2019 21:34:28
John Vlieger
So I've heard
23 Apr 2019 21:34:37
Shay Akai
Want me to cut on that slide?
23 Apr 2019 21:35:03
John Vlieger
Need to talk to the manufacturer first. Our agreement with them is much more verbal.
Had to sign an agreement with Warwick before they'd send one our
23 Apr 2019 21:35:42
John Vlieger
Out*
23 Apr 2019 21:35:44
John Vlieger
But probably
23 Apr 2019 21:35:51
John Vlieger
23 Apr 2019 21:36:03
Shay Akai
Most frames are not centered or parallel
23 Apr 2019 21:36:05
Shay Akai
We adjust them all
23 Apr 2019 21:36:22
Shay Akai
One slide being off by 0.001, no biggie
23 Apr 2019 21:36:46
John Vlieger
I'll touch base with the manufacturer tomorrow and let you know
23 Apr 2019 21:37:05
John Vlieger

162

These would be around 180-200 dealer
23 Apr 2019 21:37:22
John Vlieger
Ish
23 Apr 2019 21:37:25
John Vlieger
A touch less than Caspian probably
23 Apr 2019 21:37:34
Shay Akai
Yea, more reasonable
23 Apr 2019 21:37:42
John Vlieger
I'll keep you posted. Thanks for your help
23 Apr 2019 21:37:57
Shay Akai
23 Apr 2019 21:38:24
Shay Akai
23 Apr 2019 21:38:38
John Vlieger
lookin good. got pricing for us?
24 Apr 2019 9:39:37
Shay Akai
Don't need you yet :)
24 Apr 2019 9:41:48
John Vlieger
Ok, Tiffany
24 Apr 2019 9:41:54
Shay Akai
Pimping that full retail, rolling in dough
24 Apr 2019 9:42:08
John Vlieger
one idiot customer at a time
24 Apr 2019 9:42:26
Shay Akai
Lol
24 Apr 2019 9:42:33
Shay Akai
Yea, retail customers lining up for comps
24 Apr 2019 9:42:45
Shay Akai
My capacity is still very low

163

24 Apr 2019 9:46:38
Shay Akai
Can't mass produce yet
24 Apr 2019 9:46:44
Shay Akai
Testing market, will see
24 Apr 2019 9:46:51
John Vlieger
sounds good
24 Apr 2019 9:48:46
John Vlieger
im waiting to hear back from the slide manufacturer about cutting the slide. i'll let you know.
24 Apr 2019 9:49:30
Shay Akai
One thing that people forget is that we don't have the equipment to be more accurate than +/-0.001
24 Apr 2019 10:26:46
John Vlieger
got word from the slide manufacturer
24 Apr 2019 11:20:38
John Vlieger
you're good to cut on it. if it meets spec and we order em, good to go. if it don't we owe for the slide.
24 Apr 2019 11:21:31
Shay Akai
Lol, ok
24 Apr 2019 11:33:29
John Vlieger
And any comments or concerns lemme know so I can forward them on. I'm getting the feeling we are gonna order em, and they are gonna look into any concerns to make adjustments if they can
24 Apr 2019 11:43:42
Shay Akai
Machining is easy and expected
24 Apr 2019 11:49:25
Shay Akai
Oversized parts are hood for us
24 Apr 2019 11:49:37
Shay Akai
Good

164

24 Apr 2019 11:49:39
Shay Akai
The issue in parts is the hand work
24 Apr 2019 11:49:49
Shay Akai
For example, a step in the breachface
24 Apr 2019 11:50:01
Shay Akai
Needs a file or a stone and a real pita
24 Apr 2019 11:50:12
Shay Akai
Or firing pin hole out of center, extractor hole crooked
24 Apr 2019 11:50:55
Shay Akai
Things like that you can't really measure, need to build and find out
24 Apr 2019 11:51:15
John Vlieger
i understand better now.
24 Apr 2019 11:56:43
John Vlieger
its a classic radius. if that matters. what they had on hand
24 Apr 2019 11:56:57
Shay Akai
I like the unique
24 Apr 2019 13:34:02
John Vlieger
was gonna send you a label to send that Warwick slide back to them.
25 Apr 2019 8:51:04
John Vlieger
but I remember you dont have UPS pick up. we usually send UPS labels. how you wanna handle this. I can send you a mail label, too
25 Apr 2019 8:51:26
Shay Akai
I can send UPS
25 Apr 2019 10:03:39
John Vlieger
too late. you have a mail label. dont matter to us either way.
25 Apr 2019 10:03:56
John Vlieger
emailed it to you about an hour ago
25 Apr 2019 10:04:02

Shay Akai
Cool
25 Apr 2019 10:06:06
Shay Akai
They want their slide back?
25 Apr 2019 10:06:14
John Vlieger
yeah. that was the terms of the agreement. we are not going with Warwick at this time
25 Apr 2019 10:06:27
Shay Akai
Lol, why?
25 Apr 2019 10:58:41
John Vlieger
due to yours and Pat's feedback
25 Apr 2019 10:58:52
John Vlieger
and the pricing
25 Apr 2019 10:58:57
Shay Akai
Glad I could help, lol
25 Apr 2019 11:26:43
John Vlieger
did you get that mail label for hte warwick slide?
29 Apr 2019 11:28:49
Shay Akai
Yea, it's in my email
29 Apr 2019 11:48:54
John Vlieger
cool. just wanted to check on it
29 Apr 2019 11:49:07
John Vlieger
thanks. that other slide should be to you tomorrow i think
29 Apr 2019 11:49:19
Shay Akai
Remember I told you about Brazos slides?
29 Apr 2019 11:49:27
Shay Akai
Other slide?
29 Apr 2019 11:49:37
John Vlieger
yeah, Dasan

29 Apr 2019 11:51:01
John Vlieger
other slide coming your way is Remsport
29 Apr 2019 11:51:07
John Vlieger
Brazos is getting Dasan slides, I remember that. You wanting to get em from Brazos? Whats he charging?
29 Apr 2019 11:52:21
Shay Akai
He is charging old prices, cheap
29 Apr 2019 11:52:52
John Vlieger
Retail on these would be around $175-190
29 Apr 2019 11:54:10
John Vlieger
not retail, sorry. dealer
29 Apr 2019 11:54:15
Shay Akai
Ok, that's better
29 Apr 2019 11:58:02
Shay Akai
Good source then
29 Apr 2019 11:58:09
John Vlieger
lemme know what you think. the manufacturer is willing to work with us to make small changes. and you're good to cut on this one
29 Apr 2019 11:58:39
Shay Akai
Awesome. Nice. Makes it easier
29 Apr 2019 12:04:30
John Vlieger
you get a chance to gander at that slide?
6 May 2019 13:26:27
Shay Akai
Yea, it's much more better
6 May 2019 13:26:49
Shay Akai
Machine marks on inside, not perfect
6 May 2019 13:26:59
Shay Akai
But better than warwick

6 May 2019 13:27:06
John Vlieger
better tha nCaspia?
6 May 2019 13:27:14
John Vlieger
Caspian*
6 May 2019 13:27:18
Shay Akai
Caspian different issues
6 May 2019 13:28:23
Shay Akai
CK still better than Remsport
6 May 2019 13:28:41
John Vlieger
identify what you don't like about it, and I can address it with Remsport before we place the order. might be as simple as that, depending on the particulars. gotta get the data before I can approach em about it. They seem pretty damn receptive. also, they seemed pretty adamant about warrantying their slides. no weight specified, yet, but that is something I asked.
6 May 2019 13:30:15
Shay Akai
Nahh, it is part of their process and not as important
6 May 2019 13:32:27
John Vlieger
So the slide is good to go as far as you can tell so far? Gonna build on it?
7 May 2019 13:51:35
Shay Akai
Yea, I think it's good. Will cut it up.
7 May 2019 13:52:21
Shay Akai
What happened in Utah?
7 May 2019 13:52:53
John Vlieger
My head.
7 May 2019 13:53:30
John Vlieger
And my dog
7 May 2019 13:53:32
John Vlieger
Two stages in to the final day, was doing well. Wife called. Dog got into a bottle of ibuprofen when she wasn't looking. ER Vet trip, and $1500

7 May 2019 13:54:02
Shay Akai
Fuck. That stuff is poison, for people as well
7 May 2019 13:54:38
John Vlieger
And they give it a candy coating
7 May 2019 13:55:11
Shay Akai
No shit
7 May 2019 13:56:21
John Vlieger
you ever heard of an OEM 1911/2011 part manufacturer in northern GA? Armory Design or something like htat?
9 May 2019 11:37:22
Shay Akai
Nope
9 May 2019 11:39:14
Shay Akai
Not many out there
9 May 2019 11:39:23
John Vlieger
hey, dood
14 May 2019 9:58:51
John Vlieger
Chuck is going on vacay tomorrow. If that slide passes muster I'd like to run it by him to get em on order
14 May 2019 9:59:33
Shay Akai
It's not my fav... Dimensions are very different than standard
14 May 2019 10:00:33
Shay Akai
Too much distance between upper lugs and slide stop
14 May 2019 10:00:52
Shay Akai
They really should copy the STI model
14 May 2019 10:01:06
Shay Akai
I started building with it to get numbers from it
14 May 2019 10:01:23
John Vlieger

169

small differences, or big ones? that particular variance is something I can address with them and get corrected, I imagine.
14 May 2019 10:06:00
Shay Akai
I will measure for you
14 May 2019 10:06:37
John Vlieger
I know you're probably busy AF, but no joke they have said they can work with us to modify small things like that. I just need to know what is needing changing so i can pass em on
14 May 2019 10:16:56
Shay Akai
Cool,ok
14 May 2019 10:34:26
John Vlieger
15 May 2019 10:11:46
Shay Akai
Don't like it, too flat on bottom
15 May 2019 10:28:47
John Vlieger
15 May 2019 10:31:54
Shay Akai
Yo
20 May 2019 10:16:33
Shay Akai
Congrats on kicking butt at MS
20 May 2019 10:16:48
John Vlieger
Thanks, Shay. Much appreciated. Wish I could reshoot like 3 stages, but otherwise it was a blast. Getting my aggression back
20 May 2019 10:20:05
Shay Akai
Good. What happened to Keen?
20 May 2019 10:20:39
Shay Akai
He was way off
20 May 2019 10:20:45
Shay Akai
Any ETA on 355 5inch hybrids? (Not imm)
20 May 2019 10:21:18
John Vlieger

Keen shot the worst match of his life
20 May 2019 10:22:52
John Vlieger
Popper fucked, mag falling out of gun on unloaded start, etc
20 May 2019 10:23:05
Shay Akai
Yea, way off on time and points
20 May 2019 10:23:19
Shay Akai
And penalties
20 May 2019 10:23:27
John Vlieger
There was an excess of steel fornication at this match
20 May 2019 10:23:36
John Vlieger
5 calibrations and a successful arb on my squad alone
20 May 2019 10:23:52
Shay Akai
Maybe shoot major?
20 May 2019 10:24:03
John Vlieger
It was my 170 PF major, and almost major out of PCCs and forward falling steel. Shit show
20 May 2019 10:29:01
Shay Akai
Yea, I hate forward falling steel
20 May 2019 10:31:03
Shay Akai
You can't double it
20 May 2019 10:31:08
Shay Akai
ETA on those barrels?
20 May 2019 10:31:25
John Vlieger
ETA is probably about 3 weeks. gonna check on it this week. I submitted the order mid april, and its usually about 8 weeks. we got 50 of em coming in the first wave. 50 IMM barrels that is.
20 May 2019 10:33:10
Shay Akai
Cool, will buy some, but need full rib or 5.4s
20 May 2019 10:33:42

171

John Vlieger
full rib what now?
20 May 2019 10:34:11
John Vlieger
non threaded?
20 May 2019 10:34:15
Shay Akai
Like limited gun
20 May 2019 10:34:44
John Vlieger
oh, yeah. i think we have those in stock
20 May 2019 10:34:51
Shay Akai
I just tried
20 May 2019 10:35:01
Shay Akai
In 355
20 May 2019 10:35:03
John Vlieger
gimme a sec
20 May 2019 10:35:33
John Vlieger
our inventory was off. we have 3 of em
20 May 2019 10:39:01
John Vlieger
https://www.shootersconnectionstore.com/KKM-Bull-Hybrid-Barrel-5-P5406.aspx
20 May 2019 10:39:06
John Vlieger
fixed. and 5.4" will be probably about a month after the IMM barrels come in
20 May 2019 10:39:27
Shay Akai
Cool, ordering
20 May 2019 10:43:43
Shay Akai
And you are out
20 May 2019 10:45:08
John Vlieger
saw that coming
20 May 2019 10:47:08
Shay Akai
That's why I asked

172

20 May 2019 10:47:31
Shay Akai
Three SF guys btw
20 May 2019 10:47:46
John Vlieger
no skin off my back, man. you helped me correct a problem, and then you bought the product. everyone wins
20 May 2019 10:48:10
John Vlieger
and good shit. hopefully they appreciate their artillery assets
20 May 2019 10:48:23
Shay Akai
They love me, good people, doing a lot of work with them
20 May 2019 10:48:42
Shay Akai
Timestamp
21 May 2019 15:48:06
Shay Akai
3:47
21 May 2019 15:48:13
Shay Akai
3:55
21 May 2019 15:55:48
John Vlieger
nope
21 May 2019 15:56:22
Shay Akai
Wtf
21 May 2019 15:56:34
John Vlieger
dont short change me
21 May 2019 15:56:37
John Vlieger
21 May 2019 15:56:39
John Vlieger
we use a separate shipping program now that has to sync to our primary system. that takes a minute or two.
21 May 2019 15:57:09
John Vlieger
then it sends the email
21 May 2019 15:57:21

Shay Akai
Damn it, now I have to Photoshop it
21 May 2019 15:57:47
John Vlieger
I've heard you're pretty good at that
21 May 2019 15:57:57
Shay Akai
Oh yea, I can help you...
21 May 2019 15:58:18
Shay Akai
I can also change scores
21 May 2019 15:58:30
Shay Akai
He hasn't been shooting much,bahahaha
21 May 2019 16:01:47
Shay Akai
Sweetheart
22 May 2019 11:12:26
John Vlieger
22 May 2019 11:12:49
Shay Akai
Dem barrels you sent me
22 May 2019 11:13:16
Shay Akai
They ain't got no marking on them, caliber
22 May 2019 11:13:30
John Vlieger
correct
22 May 2019 11:13:35
Shay Akai
Great for me, but horrible for export
22 May 2019 11:13:43
Shay Akai
Just fyi
22 May 2019 11:13:47
John Vlieger
so you can mark em however you want. 9mm, 38 SC, etc
22 May 2019 11:13:48
Shay Akai
Oh, up to m
22 May 2019 11:14:01

174

John Vlieger
yes. sorry if I didnt mention it, but this came up during the development phase.
22 May 2019 11:14:16
Shay Akai
Dremmel them what ever I want
22 May 2019 11:14:18
John Vlieger
yup. give luigi a chisel and hammer
22 May 2019 11:14:29
Shay Akai
No worries, wanted to point out
22 May 2019 11:14:32
John Vlieger
the 40 cal ones are labeled 40SW, because not much chance of people building a 10mm. but with so many different options of 355 cal, we decided to leave it blank.,
22 May 2019 11:15:04
Shay Akai
No worriew
22 May 2019 11:15:17
John Vlieger
personally, I HATE the lawyer print on SV barrels, so tried to avoid that
22 May 2019 11:15:17
John Vlieger
Cool. hope its not too much trouble
22 May 2019 11:15:38
Shay Akai
Nahhh, easy
22 May 2019 11:35:25
Shay Akai
Barrel already in gun
22 May 2019 11:35:43
Shay Akai
https://infinity.americommerce.com/f8-limited.aspx
22 May 2019 11:52:28
John Vlieger
I saw that. something new about it?
22 May 2019 11:55:26
John Vlieger
besides the font
22 May 2019 11:55:37
Shay Akai

I love the price
22 May 2019 11:55:41
Shay Akai
F8, fate, faith, blessed, highlyflavored
22 May 2019 11:56:04
John Vlieger
you see my note in the barrels?
23 May 2019 9:59:57
John Vlieger
and have you cut up that sample slide yet?
23 May 2019 10:00:04
Shay Akai
I didn't look for a note, damn it
23 May 2019 10:21:10
Shay Akai
Will send you pics of cut up slide
23 May 2019 10:21:24
John Vlieger
Really just needed your thoughts on the slide.
24 May 2019 15:58:54
Shay Akai
That's sweet
24 May 2019 15:59:48
Shay Akai
I will measure the critical in a min
24 May 2019 16:00:46
John Vlieger
All good. Whenever
24 May 2019 16:01:05
John Vlieger
you got that there feedback?
30 May 2019 12:58:24
John Vlieger
also, we got more Hybrids coming in the next 2-4 weeks. you need some?
30 May 2019 12:58:40
Shay Akai
Yea, need more limited 9s
30 May 2019 12:59:11
John Vlieger
how many? i got 5 on the first batch coming in. might not be in the first shipment, but first batch

30 May 2019 12:59:53
Shay Akai
Put me down for two? Please?
30 May 2019 13:00:39
John Vlieger
k. itll be in pending payment for you.
30 May 2019 13:00:50
Shay Akai
Ok
30 May 2019 13:00:56
John Vlieger
done
30 May 2019 13:01:55
Shay Akai
Thanks man
30 May 2019 13:02:09
John Vlieger
not a problem
30 May 2019 13:08:50
John Vlieger
you got dem picturers?
31 May 2019 13:56:59
Shay Akai
Dude, sick, I am not sending you dick pics!
31 May 2019 13:58:13
John Vlieger
31 May 2019 14:16:23
John Vlieger
I'm typing up an email to Chuck on those slides now. can you give me your short thoughts on them? worth the price of about $170-190 a piece?
31 May 2019 14:49:28
Shay Akai
Honestly, Brazos got you beat
31 May 2019 14:53:22
John Vlieger
by a hair or by a mile
31 May 2019 14:53:46
Shay Akai
Quarter mile. Cheaper and better.
31 May 2019 14:54:07
John Vlieger

177

and I heard they were offering a pretty steep discount if you bought like 10 at once. probably need to move the fuckers considering word is they bought 1k of em
31 May 2019 14:54:27
Shay Akai
True and true
31 May 2019 14:54:53
John Vlieger
what would need to be changed to make em compare
31 May 2019 14:54:54
Shay Akai
Dimensions are too different than STai
31 May 2019 14:55:16
Shay Akai
Hang on
31 May 2019 14:55:22
John Vlieger
you neva sent me pics. and you left me hangin' . think I could just send an STI slide to 'em and ask em to mimic the appropiate dimensions?
6 Jun 2019 15:51:17
Shay Akai
Crap, let me get out of the bathroom
6 Jun 2019 15:52:32
John Vlieger
6 Jun 2019 15:52:42
Shay Akai
Not sending pics back
6 Jun 2019 15:53:02
Shay Akai
6 Jun 2019 17:04:01
Shay Akai
What do you see?
6 Jun 2019 17:04:10
John Vlieger
Inconsistent material on the round top which leads to an inconsistent flat top?
6 Jun 2019 17:07:32
Shay Akai
Same fixture, same path of flat top
6 Jun 2019 17:11:18
Shay Akai
Angle is so different
6 Jun 2019 17:11:23

John Vlieger

So, I'm not a machinist. Or gunsmith. Assuming you wanted to indicate off of the slide for every time you do a flat top, would that make it work? Meaning is it just that the angle is different, or is it unworkable due to the angle

6 Jun 2019 19:28:50

Shay Akai

You are right, can indicate off the top of the slide, in a manual machine

6 Jun 2019 19:31:42

Shay Akai

If you set up in CNC, you set up based on rails

6 Jun 2019 19:32:11

Shay Akai

And then it takes a totally different fixture

6 Jun 2019 19:32:34

Shay Akai

Now as for the angle, I think it may make the barrel fit all fucked up

6 Jun 2019 19:33:07

John Vlieger

So, to fix angle from a manufacturing POV, add material?

6 Jun 2019 19:33:34

John Vlieger

Not even kidding. If this is the major thing, I can talk to them about making the changes

6 Jun 2019 19:33:50

Shay Akai

I really need to measure the angle of the barrel

6 Jun 2019 19:34:15

Shay Akai

Spec is 52 minutes, 0.86 degrees

6 Jun 2019 19:34:34

Shay Akai

I have a feeling this one is a lot more

6 Jun 2019 19:34:45

John Vlieger

I'll be calling tomorrow.

6 Jun 2019 19:35:41

John Vlieger

Them I mean

6 Jun 2019 19:35:45

Shay Akai

Cool

179

6 Jun 2019 19:38:40
Shay Akai
A lot of these companies set up slides to where barrels are drop in
6 Jun 2019 19:38:59
John Vlieger
This was a sample they had available. Wouldn't surprise me if they've done sti spec before
6 Jun 2019 19:39:18
Shay Akai
So they raise the angle to allow barrel fits without cutting lugs
6 Jun 2019 19:39:34
John Vlieger
I might just send them an STI slide for eval
6 Jun 2019 19:39:47
Shay Akai
Smart
6 Jun 2019 19:40:24
John Vlieger
If you have time to give me any other feedback that's not super apparent I'm all ears
6 Jun 2019 19:52:43
Shay Akai
Sure
6 Jun 2019 19:53:07
John Vlieger
While we might not be able to compete with Brazos, having a budget option that meets spec is worthwhile
6 Jun 2019 19:53:11
Shay Akai
Why didn't you guys buy from Dasan?
6 Jun 2019 19:53:31
John Vlieger
1000 per sku minimum
6 Jun 2019 19:53:43
John Vlieger
And their rep
6 Jun 2019 19:53:45
John Vlieger
And the difficulty of even talking to the bastards
6 Jun 2019 19:53:54
Shay Akai
They are good slides

6 Jun 2019 19:54:32
John Vlieger
I talked to KKM yesterday. Next batch coming in first week of July at the latest
12 Jun 2019 7:54:21
John Vlieger
Hybrids I mean
12 Jun 2019 7:54:30
Shay Akai
Cool, works
12 Jun 2019 7:55:35
John Vlieger
And I need your other notes about that slide. Working with the manufacturer to change the specs a bit. Spoke to them yesterday as well
12 Jun 2019 7:57:08
Shay Akai
Ok
12 Jun 2019 7:57:27
John Vlieger
we are live with pre-orders for the next hybrids only 10 units left available for the IMM barrels, but we got some commander and 5.4" coming, too
13 Jun 2019 8:53:28
Shay Akai
I am on vaca, come home later
13 Jun 2019 10:16:10
Shay Akai
I need some 5 inch limited 9 hybrids
13 Jun 2019 10:16:28
John Vlieger
i already have 2 of those ordered for you
13 Jun 2019 10:17:03
Shay Akai
I need four limited and four IMM
13 Jun 2019 10:17:04
John Vlieger
so, 4 TOTAL limited 9mm?
13 Jun 2019 10:17:31
Shay Akai
Yes please
13 Jun 2019 10:17:38
John Vlieger
and 4 total IMM

13 Jun 2019 10:17:42
John Vlieger
I'll place the order for you. itll be in pending payment
13 Jun 2019 10:17:54
Shay Akai
Cool,will be home today. Thanks bud
13 Jun 2019 10:18:21
John Vlieger
13 Jun 2019 10:19:02
Shay Akai
Sunshine
14 Jun 2019 10:35:30
John Vlieger
Yo
14 Jun 2019 10:36:27
Shay Akai
I am on the website in my account
14 Jun 2019 10:37:01
Shay Akai
Where do I pay for barrel order?
14 Jun 2019 10:37:10
John Vlieger
Go to your account, look at your orders
14 Jun 2019 10:37:20
Shay Akai
Got ya
14 Jun 2019 10:37:39
Shay Akai
See it
14 Jun 2019 10:37:42
John Vlieger
Welcome back from the big house
26 Jun 2019 10:08:45
Shay Akai
Dude, thanks for the new threads
26 Jun 2019 10:09:17
Shay Akai
I am no where near tactirad enough to pull those off :)
26 Jun 2019 10:09:36
John Vlieger
ha. Tactard? they're board shorts!

26 Jun 2019 10:15:09
John Vlieger
you live in Florida! they're perfect for that state. I've been shooting in them for a little over 3 years. dry quick, flexible, breathable, light weight
26 Jun 2019 10:15:57
Shay Akai
Yea, they are awesome, thanks bud
26 Jun 2019 10:16:39
John Vlieger
you're very welcome. thanks for the hook up with the comps.
26 Jun 2019 10:19:07
Shay Akai
Anytime
26 Jun 2019 10:29:41
Shay Akai
26 Jun 2019 10:29:53
Shay Akai
26 Jun 2019 10:29:57
Shay Akai
26 Jun 2019 10:30:03
Shay Akai
26 Jun 2019 10:30:08
John Vlieger
looking good. you open to dealers yet?
26 Jun 2019 10:31:12
Shay Akai
Yea, sending you a care package soon
26 Jun 2019 10:32:24
John Vlieger
oh really?
26 Jun 2019 10:32:30
John Vlieger
26 Jun 2019 10:32:53
John Vlieger
What was dealer price on those Brazos slides again? And you mentioned a break if you bought ten?
28 Jun 2019 13:09:29
Shay Akai
About 160...
28 Jun 2019 13:13:41
John Vlieger

dealer, or when you buy ten
28 Jun 2019 13:13:53
Shay Akai
Dealer
28 Jun 2019 13:15:25
John Vlieger
gotcha. thanks
28 Jun 2019 13:15:40
Shay Akai
28 Jun 2019 13:16:01
John Vlieger
https://m.facebook.com/story.php?story_fbid=853595585004454&id=365582820472402&sfnsn=mo&s=27206794&w=y
28 Jun 2019 21:44:38
Shay Akai
Mine more better
28 Jun 2019 21:54:44
John Vlieger
Do you make yours for cheely grips?
28 Jun 2019 21:55:19
Shay Akai
No, STI or PT
28 Jun 2019 22:03:21
Shay Akai
Cheely makes nice stuff
28 Jun 2019 22:03:27
John Vlieger
Atlas slides. Are they Dasan?
3 Jul 2019 13:28:32
John Vlieger
I saw they posted them and they look like dasan/brazos
3 Jul 2019 13:28:59
Shay Akai
Exact same
3 Jul 2019 13:29:49
Shay Akai
Rebranded
3 Jul 2019 13:29:53
John Vlieger
thanks. much obliged
3 Jul 2019 13:30:28

184

John Vlieger
and, besides the flat top on the Remsport slide, any other notes you want to pass on? going to be sending an STI slide to them to examine for the top radius, and want to email them the other thoughts on em
3 Jul 2019 13:30:57
Shay Akai
Cool
3 Jul 2019 13:37:12
John Vlieger
4 Jul 2019 9:16:56
Shay Akai
Haha
4 Jul 2019 9:38:57
John Vlieger
hey, man. you want us to hold this order until the hybrids come in? should be here by late next week
5 Jul 2019 11:16:04
John Vlieger
or ship the one barrel we have currently, today?
5 Jul 2019 11:16:16
Shay Akai
The website says 3 in stock
5 Jul 2019 11:18:43
Shay Akai
I demand my barrels
5 Jul 2019 11:18:48
John Vlieger
look at the header. PRE ORDER
5 Jul 2019 11:19:11
Shay Akai
In stock
5 Jul 2019 11:19:22
John Vlieger
yeah yeah yeah. you want this one barrel shipped today, or hold the whole order?
5 Jul 2019 12:51:58
Shay Akai
Hold por favor
5 Jul 2019 12:53:52
John Vlieger
alright. we will hold it and ship all together with your other back order when the hybrids arrive

185

5 Jul 2019 12:54:58
Shay Akai
Can you also add two more IMMs?
5 Jul 2019 12:55:34
Shay Akai
Or do I have to speak to a manager?
5 Jul 2019 12:55:45
John Vlieger
they are sold out, like super duper sold out
5 Jul 2019 12:57:35
Shay Akai
Now you have done it
5 Jul 2019 12:57:54
John Vlieger
hey, dood. quick question. single sided shielded safety. Double Tap got one. think theyd sell?
10 Jul 2019 16:18:18
Shay Akai
For 3gunners, sure
10 Jul 2019 16:32:27
John Vlieger
KKM barrels shipped to us. they should be going out to you on monday
11 Jul 2019 11:14:00
Shay Akai
Cool. Can you add a 5.4 bull 355?
11 Jul 2019 11:14:47
John Vlieger
sorry for the delay. they are short handed
11 Jul 2019 11:14:49
John Vlieger
if they arrive with teh hybrids, i can
11 Jul 2019 11:14:56
Shay Akai
And a 6 inch or 5.4 .400 bull
11 Jul 2019 11:15:16
Shay Akai
Thanks bud
11 Jul 2019 11:15:19
John Vlieger
para cut?
11 Jul 2019 11:15:34

Shay Akai
Always
11 Jul 2019 11:15:42
John Vlieger
don't know if i can help you with the 6 inch 40, man
11 Jul 2019 11:18:07
Shay Akai
Will search
11 Jul 2019 11:19:38
John Vlieger
barrels are coming in today. hybrids for sure., dont know if bulls are included
15 Jul 2019 8:43:57
John Vlieger
and you mentioned something about a care package coming?
15 Jul 2019 8:48:43
Shay Akai
Coming... In the works :)
15 Jul 2019 8:57:31
John Vlieger
k. didn't want to miss it
15 Jul 2019 8:57:48
Shay Akai
15 Jul 2019 8:58:06
Shay Akai
Chuck Warner is a walking encyclopedia of gun stuff.
16 Jul 2019 17:30:06
John Vlieger
You creeping on me?
16 Jul 2019 17:30:33
Shay Akai
I don't know shit compared to him
16 Jul 2019 17:30:42
Shay Akai
So what of it? I have looked at your pics, a lot. Nothing weird.
16 Jul 2019 17:31:16
John Vlieger
What made you bring up Chuck Warner
16 Jul 2019 17:32:07
Shay Akai
I have mass messaged the same message to thousands of peoppe
16 Jul 2019 17:32:32

187

Shay Akai
It's a campaign
16 Jul 2019 17:32:36
John Vlieger
16 Jul 2019 17:42:37
John Vlieger
Alright, well, I was gonna ask you this anyway. Colt national match slide spec. What's your opinion
16 Jul 2019 17:43:22
Shay Akai
Honestly don't know
16 Jul 2019 17:43:57
Shay Akai
My fav specs are STI CK Dasan Brazos
16 Jul 2019 17:44:11
John Vlieger
If I sent you a print, would you be able to look at it and compare measurements?
16 Jul 2019 17:44:18
Shay Akai
I am not sure how much they deviate from NM or not
16 Jul 2019 17:44:25
Shay Akai
Sure. I know what I like to build with.
16 Jul 2019 17:44:47
John Vlieger
So your favorite spec is Dasan. Got it
16 Jul 2019 17:44:48
Shay Akai
Better than Caspian
16 Jul 2019 17:45:25
John Vlieger
Alright. I'll let you know when I have something. What's your opinion on the SV slide. How many have you seen crack
16 Jul 2019 17:45:33
Shay Akai
Btw, Caspian went to shit
16 Jul 2019 17:45:33
John Vlieger
I've heard
16 Jul 2019 17:45:37
John Vlieger

188

In the traditional way, I mean. Ejection port
16 Jul 2019 17:45:51
Shay Akai
Normal on ejeÃ§tion port cracking
16 Jul 2019 17:46:15
Shay Akai
Their cracks are usually their fault
16 Jul 2019 17:46:27
John Vlieger
Really? I don't hear about their slides cracking as much as othere
16 Jul 2019 17:46:44
Shay Akai
Yea, not much, but many other cracks
16 Jul 2019 17:47:04
Shay Akai
Split down the middle a lot
16 Jul 2019 17:47:17
Shay Akai
Back of slide cracks
16 Jul 2019 17:47:26
Shay Akai
Breachface
16 Jul 2019 17:47:28
John Vlieger
Yeah, with serrated flat tops. I've heard that
16 Jul 2019 17:47:28
John Vlieger
So you think their lug cutouts are good or bad? How they don't go all the way down to the rails
16 Jul 2019 17:48:18
Shay Akai
They don't build 9 major, that's most of the cracks
16 Jul 2019 17:48:33
Shay Akai
They relieve a lot inside the slide to make it easy fit
16 Jul 2019 17:49:34
Shay Akai
They are beautiful, for sure
16 Jul 2019 17:49:40
Shay Akai
Very easy to fit well

189

16 Jul 2019 17:49:48
John Vlieger
Alright. So not a big deal on what they do regarding the lug cuts. I'll keep you posted.
16 Jul 2019 17:51:27
Shay Akai
Make sure breachface is spot on
16 Jul 2019 17:52:01
John Vlieger
Angle, placement, and width?
16 Jul 2019 17:52:19
Shay Akai
Centered and width
16 Jul 2019 17:52:31
Shay Akai
Having serious issues with Caspian now
16 Jul 2019 17:52:41
John Vlieger
you see this smokin deal from SV?
17 Jul 2019 10:25:31
John Vlieger
https://infinity.americommerce.com/infinity-billet-metal-187-grip-frame.aspx?fbclid=IwAR36ubMND86F9jVgiMcxdMBLY3sSAzW5_K6SPRDCbH_NGrGHcDFXUCQ10mc
17 Jul 2019 10:25:32
Shay Akai
Selling frames????
17 Jul 2019 10:26:31
John Vlieger
yup
17 Jul 2019 10:27:49
Shay Akai
They must be in trouble
17 Jul 2019 10:28:00
John Vlieger
i was thinking the same thing
17 Jul 2019 10:28:05
John Vlieger
wouldnt surprise me if they offer IMM barrels soon
17 Jul 2019 10:28:13
Shay Akai
Went from 18 mos to 6 mos

190

17 Jul 2019 10:29:09
Shay Akai
Now selling frames
17 Jul 2019 10:29:14
Shay Akai
How are them fusion 2011 triggers?
17 Jul 2019 12:27:34
John Vlieger
MUCH better than the first run. SS bows, better polishing, better ano. can send some pics if you want
17 Jul 2019 12:28:00
Shay Akai
I have to place an order today anyway
17 Jul 2019 12:29:29
John Vlieger
the first run was carbon bows and the oxide was not great. looks like they went back to the drawing board.
17 Jul 2019 12:30:43
Shay Akai
Fit?
17 Jul 2019 12:30:56
John Vlieger
no experience with them yet. weve sold a few and not heard negatively yet
17 Jul 2019 12:31:12
Shay Akai
Cool
17 Jul 2019 12:31:38
John Vlieger
airsoft triggers aint working out?
17 Jul 2019 12:32:50
Shay Akai
So far so good
17 Jul 2019 12:33:00
Shay Akai
Scott is running it with zero complaints or malfunctioning
17 Jul 2019 12:33:18
John Vlieger
cool. ITAR is the big problem then, right?
17 Jul 2019 12:33:31
Shay Akai
Frankly haven't thought of that angle

17 Jul 2019 12:33:56
John Vlieger
back to aftecs, eh?
17 Jul 2019 13:23:35
Shay Akai
We are having issues with Caspian
17 Jul 2019 13:25:22
John Vlieger
ah. and you ordered a 1911 trigger. that right? or you want 2011?
17 Jul 2019 13:25:38
Shay Akai
Fuck, 2011
17 Jul 2019 13:26:02
Shay Akai
Website isbat fault
17 Jul 2019 13:26:08
John Vlieger
uh huh. sure
17 Jul 2019 13:27:27
John Vlieger
i changed it
17 Jul 2019 13:27:29
John Vlieger
theres a balance, ill put it in pending payment
17 Jul 2019 13:27:36
Shay Akai
Cool
17 Jul 2019 13:27:53
John Vlieger
next hyrbid shipment expected in 6-8 weeks
19 Jul 2019 14:51:39
John Vlieger
maybe sooner, but planning for the 6-8
19 Jul 2019 14:51:52
Shay Akai
Damn, add some machines
19 Jul 2019 14:55:43
John Vlieger
19 Jul 2019 15:04:52
John Vlieger
we should have bull barrels in about 1-2 weeks

22 Jul 2019 10:56:31
Shay Akai
22 Jul 2019 11:26:26
John Vlieger
if you could pay the $10 balance in pending payment for that trigger, we would greatly appreciate it.
23 Jul 2019 10:59:29
Shay Akai
Next week when I get paid
23 Jul 2019 11:02:53
John Vlieger
Double tap is changing his ambi safety a little. Right side paddle is going to be the same as the left.
24 Jul 2019 8:00:35
Shay Akai
More work for us
24 Jul 2019 8:07:33
John Vlieger
He had leftys begging for it
24 Jul 2019 8:08:00
John Vlieger
Tell Gary at least someone cares about deformed people like him
24 Jul 2019 8:08:22
John Vlieger
We have five left that are the original dese
24 Jul 2019 8:09:14
John Vlieger
Design
24 Jul 2019 8:09:26
Shay Akai
Lefty's need to learn to use correct hand
24 Jul 2019 8:09:26
John Vlieger
you still got that Remsport slide?
25 Jul 2019 14:36:18
John Vlieger
or did you build a gun on it
25 Jul 2019 14:36:27
Shay Akai
I cut it a bit, still have it
25 Jul 2019 14:38:24

Shay Akai
Damn it, can't make fun of you being a bridesmaid anymore
10 Aug 2019 12:15:39
John Vlieger
And why is that
10 Aug 2019 12:15:58
John Vlieger
Because Cody and Christian leaving?
10 Aug 2019 12:16:12
Shay Akai
Yea
10 Aug 2019 12:16:24
Shay Akai
Now I will cheer for you. Outfit and all
10 Aug 2019 12:17:09
Shay Akai
Looks like SV went on a poaching spree
10 Aug 2019 12:19:00
John Vlieger
So Sailer is with SV too huh
10 Aug 2019 12:19:38
John Vlieger
Figured as much
10 Aug 2019 12:19:48
Shay Akai
Him and Cody
10 Aug 2019 12:19:57
John Vlieger
Yeah, I knew about cody
10 Aug 2019 12:20:03
Shay Akai
SV has been hurtin
10 Aug 2019 12:20:05
John Vlieger
Yeah. When Hyder rarely beats me, and that's all they have on the field?
10 Aug 2019 12:20:23
Shay Akai
They lost Tilley and Jorge
10 Aug 2019 12:20:37
Shay Akai
Drummond is also on his way out

194

10 Aug 2019 12:20:52
John Vlieger
Drummond hardly competes. Hyder same thing. Lesgar has been slacking too
10 Aug 2019 12:20:54
Shay Akai
Lesgar has issues
10 Aug 2019 12:21:05
John Vlieger
He seems the kind of guy, Drummond, to get fed up after a long time
10 Aug 2019 12:21:16
Shay Akai
And I don't think Lesgar can beat you anymore
10 Aug 2019 12:21:22
Shay Akai
SV has spent a lot of money on this changeover
10 Aug 2019 12:22:19
John Vlieger
I was gonna ask what they were paying them
10 Aug 2019 12:29:19
John Vlieger
Best part? I don't have to worry about it. Even if I win nats
10 Aug 2019 12:29:35
John Vlieger
The strayers would never hire me, now that I work for Chuck
10 Aug 2019 12:29:52
Shay Akai
Two whole guns plus mags, match fees and travel
10 Aug 2019 12:30:11
John Vlieger
That's a pretty good deal.
10 Aug 2019 12:30:40
Shay Akai
X3
10 Aug 2019 12:30:48
John Vlieger
I was interviewed to join the team back before I changed jobs
10 Aug 2019 12:30:57
John Vlieger
Soft interview anyway. Then I moved, and that was that. Brandon has always been cordial with me when I inquire about doing business. But, always a no
10 Aug 2019 12:31:31

195

Shay Akai
My team was too expensive for me anyway
10 Aug 2019 12:31:57
Shay Akai
Can't afford it, time wise
10 Aug 2019 12:32:09
John Vlieger
At the same time, how many guns did Cody and Christian sell for you
10 Aug 2019 12:32:43
John Vlieger
Directly or indirectly
10 Aug 2019 12:32:52
Shay Akai
Not enough
10 Aug 2019 12:33:00
John Vlieger
Exposure is good. That's why SV spent the money. SV guns have not been winning. They need someone to help justify the insane price and long lead time
10 Aug 2019 12:33:27
Shay Akai
I have guys that sell a ton more
10 Aug 2019 12:33:32
John Vlieger
True. But, the sport is small. Exposure has an effect.
10 Aug 2019 12:33:52
Shay Akai
Yes
10 Aug 2019 12:33:53
John Vlieger
Big, small. Whatever. It's an effect.
10 Aug 2019 12:34:14
Shay Akai
Here is the issue
10 Aug 2019 12:34:20
Shay Akai
John is a great shooter
10 Aug 2019 12:34:27
Shay Akai
John can win with any gun
10 Aug 2019 12:34:34
John Vlieger

196

John breaks shit
10 Aug 2019 12:34:39
Shay Akai
John has so much talent,can give him a Beretta open and he will win
10 Aug 2019 12:34:56
John Vlieger
Hahahahaha
10 Aug 2019 12:35:02
Shay Akai
That sells zero guns
10 Aug 2019 12:35:04
John Vlieger
I agree. With the exception that winners get noticed. And a winner that shoots a LOT is exposed to a lot of people
10 Aug 2019 12:35:35
Shay Akai
John was an A class shooter, but since he got his Akai gun, John has been winning matches every where.
10 Aug 2019 12:35:48
Shay Akai
That sells guns
10 Aug 2019 12:36:01
John Vlieger
Take me for example again . I shoot in the teens of majors a year. Im active on social media. Good or bad, that's exposure. I've sold several guns for Pat this year through a combination of in person and Social media exposure. Our arrangement we have, it's a net positive for him. Bigger the company, less that works. Need an ROI. Or, a smaller up front investment
10 Aug 2019 12:37:14
Shay Akai
I can tell you for sure, when Cody and Sailer started with me, I sold a lot of guns with people mentioning their names. Now, people think they are just good shooters and it doesn't matter what they shoot
10 Aug 2019 12:38:12
John Vlieger
I see your point. I won 2 area matches with a CK. It proved your exact point right there. Part of why I make my pitch to people on Pats customer service and communication. I'm genuinely happy to have linked up with him.
10 Aug 2019 12:39:50
John Vlieger
Works less for you having been established for longer.

10 Aug 2019 12:40:01
John Vlieger
And having greater throughput
10 Aug 2019 12:40:10
Shay Akai
That's why my contingency program is more successful
10 Aug 2019 12:40:31
Shay Akai
New names, new exposure, it shows off the gun more
10 Aug 2019 12:40:54
Shay Akai
And it is much cheaper for me than sponsored shooters
10 Aug 2019 12:41:06
John Vlieger
I can get that. At the same time, SV isn't doing that. They're forking over money for top talent for a reason. Advertising reduced wait times for a reason.
10 Aug 2019 12:42:10
Shay Akai
And discounting parts
10 Aug 2019 12:42:34
John Vlieger
Oh, I've noticed
10 Aug 2019 12:42:41
Shay Akai
And having inventory for sale
10 Aug 2019 12:42:44
Shay Akai
Why?
10 Aug 2019 12:42:47
John Vlieger
Either they're hurting, or they have a brand new marketing director
10 Aug 2019 12:42:56
Shay Akai
Hurting
10 Aug 2019 12:43:14
Shay Akai
They lost their overseas business volume
10 Aug 2019 12:43:32
John Vlieger
From where? Overseas wise
10 Aug 2019 12:44:45

Shay Akai
Europe mainly
10 Aug 2019 12:44:53
Shay Akai
Canada as well
10 Aug 2019 12:45:03
John Vlieger
I mean where did they lose the volume. Bul?
10 Aug 2019 12:45:15
Shay Akai
Breakage
10 Aug 2019 12:45:24
Shay Akai
There is no warranty on overseas sales
10 Aug 2019 12:45:39
Shay Akai
They send a gun, gun grenades, oops too bad
10 Aug 2019 12:45:54
Shay Akai
They have had hundreds of barrels break
10 Aug 2019 12:47:31
John Vlieger
Lower lugs?
10 Aug 2019 12:47:38
Shay Akai
Exactly
10 Aug 2019 12:47:46
John Vlieger
Explains the hunger interest in KKM hybrids in Canada
10 Aug 2019 12:47:59
John Vlieger
Huge*
10 Aug 2019 12:48:02
Shay Akai
Yea, but it's not the barrels fault
10 Aug 2019 12:48:30
Shay Akai
Remember how many SV barrels I fit? Guess how many broke lower lugs
10 Aug 2019 12:48:56
John Vlieger
I'd guess very few

10 Aug 2019 12:49:27
Shay Akai
None bud
10 Aug 2019 12:49:34
Shay Akai
Not a single one
10 Aug 2019 12:49:38
Shay Akai
KKM hybrid is a better barrel than an SV, for less money and less pain in the ass to buy
10 Aug 2019 12:50:20
Shay Akai
I can give you reasons why :)
10 Aug 2019 12:50:54
John Vlieger
13 Aug 2019 10:26:16
John Vlieger
yo
13 Aug 2019 10:26:18
Shay Akai
Sup sunshine
13 Aug 2019 10:26:38
John Vlieger
you got pricing for us? we are fine with selling the thumb rests, as well. just talked to Chuck as well
13 Aug 2019 10:31:05
Shay Akai
100% straight forward...
13 Aug 2019 10:32:41
Shay Akai
I don't have the capacity yet to produce a lot
13 Aug 2019 10:32:51
Shay Akai
So I am gun shy about quantity discounts
13 Aug 2019 10:33:14
Shay Akai
I have to do the math real quick
13 Aug 2019 10:33:23
John Vlieger
and selling to us makes it easier. you can more easily plan for the batches of product. one order and done

13 Aug 2019 10:33:25
Shay Akai
True. We can always try and add capacity if needs be
13 Aug 2019 10:33:48
Shay Akai
What do you want to order?
13 Aug 2019 10:34:56
John Vlieger
depends on pricing, once again. thumb rests and magwells are the primary items im interested in.
13 Aug 2019 10:37:19
John Vlieger
is the aluminum magwell the same design as the steel ones, with the radius and such
13 Aug 2019 10:37:35
Shay Akai
Yea
13 Aug 2019 10:37:41
John Vlieger
mounts is an odd one. we have like 4 diff mount manufacturers here
13 Aug 2019 10:38:01
Shay Akai
What are the sales figures? Percentages?
13 Aug 2019 10:42:39
Shay Akai
Buyers are retail or builders?
13 Aug 2019 10:42:51
Shay Akai
This way I can make you the next best selling mount...
13 Aug 2019 10:43:06
John Vlieger
let me put it this way. if you see a dealer price difference on our site, it's us putting the price at roughly 20% margin when selling to dealers. if you dont see a discount it usually means we are around 20% margin selling it at retail.
13 Aug 2019 10:43:45
John Vlieger
comps are almost always builders. mounts are a mix. any rube can change an optic mount.
13 Aug 2019 10:44:04
Shay Akai
What's your best selling mount?
13 Aug 2019 10:44:41

John Vlieger
ideally, distributor pricing. so 40%. usually there are minimum order quantities in there. for a test run, trying out and seeing what sells and how fast, 25-30% for small parts.
13 Aug 2019 10:44:50
John Vlieger
Cheely
13 Aug 2019 10:44:53
John Vlieger
but, everglades sells well, too, because its cheap
13 Aug 2019 10:45:10
Shay Akai
Interesting, for me everything double sided
13 Aug 2019 10:45:47
Shay Akai
Single sided is SUPER easy to make
13 Aug 2019 10:46:09
Shay Akai
Double sided much much harder
13 Aug 2019 10:46:17
John Vlieger
you're a builder.
13 Aug 2019 10:48:35
John Vlieger
Atlas, CK, etc are mostly single sided. easier to drill and tap single sided
13 Aug 2019 10:48:51
John Vlieger
Everglades retails at $65
13 Aug 2019 10:49:08
Shay Akai
I mean retail bud
13 Aug 2019 10:49:10
Shay Akai
People who order mounts from me want double sided
13 Aug 2019 10:49:21
John Vlieger
not many double sided in town
13 Aug 2019 10:49:34
John Vlieger
Double Tap is the main one.
13 Aug 2019 10:49:42

Shay Akai
Funny
13 Aug 2019 10:49:53
Shay Akai
That's why I need this info
13 Aug 2019 10:50:00
Shay Akai
Alright, want to do a test order?
13 Aug 2019 11:01:44
Shay Akai
We will do 25% off on initial order. If good volume, we can do 40%
13 Aug 2019 11:02:21
John Vlieger
Payment terms?
13 Aug 2019 11:02:40
Shay Akai
Smae as you give me for now :)
13 Aug 2019 11:02:58
John Vlieger
we can pay by credit card, before it ships, or by check NET30 after receipt of product
13 Aug 2019 11:03:17
John Vlieger
checks are sent out every 2 weeks
13 Aug 2019 11:03:33
Shay Akai
Can do card for now
13 Aug 2019 11:03:34
Shay Akai
Same as you do for me, bahahaja
13 Aug 2019 11:03:48
Shay Akai
I buy more from you then you do from me
13 Aug 2019 11:04:01
John Vlieger
alright. i'll have an email order to you by this afternoon. and in that case, we can do accounts receivable/billing
13 Aug 2019 11:04:01
John Vlieger
because you have orders in A/R
13 Aug 2019 11:04:23
Shay Akai

203

I will put a discount based on total amount on website
13 Aug 2019 11:04:32
John Vlieger
13 Aug 2019 11:22:52
John Vlieger
what now, yo
13 Aug 2019 11:24:00
Shay Akai
Refresh it, adding automatic discounts
13 Aug 2019 11:27:32
Shay Akai
Over 500, 20%
13 Aug 2019 11:27:42
Shay Akai
Over 1000, 40%
13 Aug 2019 11:27:48
Shay Akai
Just a min
13 Aug 2019 11:27:52
John Vlieger
and you dont have to send the t shirts
13 Aug 2019 11:30:15
Shay Akai
Bahahah
13 Aug 2019 11:30:25
Shay Akai
One for you
13 Aug 2019 11:30:28
Shay Akai
Just to wear around Pat
13 Aug 2019 11:30:34
John Vlieger
extra shmedium
13 Aug 2019 11:30:36
John Vlieger
actually, send the t shirts
13 Aug 2019 11:30:47
John Vlieger
we will have it be a little promo. first "X" orders get a free t shirt
13 Aug 2019 11:31:01
Shay Akai

Ok
13 Aug 2019 11:31:36
John Vlieger
up to you
13 Aug 2019 11:31:41
Shay Akai
Duck, it's adding wholesale and dealer discounts to 60% need fix
13 Aug 2019 11:31:58
Shay Akai
Lol
13 Aug 2019 11:32:01
John Vlieger
i wasnt going to complain
13 Aug 2019 11:32:09
Shay Akai
Alright, fixed
13 Aug 2019 11:34:05
John Vlieger
and hey. the t shirt special is jacked up
13 Aug 2019 11:34:06
John Vlieger
i tried ordering 2 black, with medium shirt
13 Aug 2019 11:34:16
John Vlieger
and then 4 silver, with large shirt
13 Aug 2019 11:34:21
Shay Akai
20 for first 500, additional 20 for 1000
13 Aug 2019 11:34:27
John Vlieger
it combos them together into 6 black
13 Aug 2019 11:34:27
Shay Akai
I think you have to order like on shooters connection
13 Aug 2019 11:34:49
John Vlieger
i tried it
13 Aug 2019 11:34:56
Shay Akai
Order one set then next set :)
13 Aug 2019 11:35:03

John Vlieger
select options, add to cart. go back and select options and add to cart. jacked
13 Aug 2019 11:35:12
Shay Akai
Order for now and we will fix on our end
13 Aug 2019 11:35:34
John Vlieger
13 Aug 2019 11:35:48
Shay Akai
Thanks for your business
13 Aug 2019 11:43:45
John Vlieger
13 Aug 2019 11:44:45
John Vlieger
next batch of hybrids should be shipping to us Fri-Tues time frame
13 Aug 2019 16:04:55
John Vlieger
do you have a rough estimate for shipping of our order?
13 Aug 2019 16:05:06
Shay Akai
I need bulls!
13 Aug 2019 16:05:19
Shay Akai
Lots
13 Aug 2019 16:05:23
John Vlieger
yeah, we do too!
13 Aug 2019 16:05:25
Shay Akai
No hybrids for now, need 10 bulls in 355
13 Aug 2019 16:05:38
John Vlieger
those should be coming relativelty shortly after the hybrids. im in charge of all KKM ordering. plan to stay on top of it a bit better than previously
13 Aug 2019 16:05:54
Shay Akai
Thanks. I am trying not to go direct because I knownits your baby, even on bulls
13 Aug 2019 16:06:36
John Vlieger
15 Aug 2019 16:16:40
Shay Akai

206

I saw that. He is trying to swing his big dick.
15 Aug 2019 16:18:19
Shay Akai
I can go on about how we finally have a superior hybrid barrel and can build those again :)
15 Aug 2019 16:18:53
John Vlieger
thats your realm, my dude. if we start seeing hybrids slow down I might ask you to make a post like that ;)
15 Aug 2019 16:19:32
Shay Akai
I can... I don't love SV at the moment
15 Aug 2019 16:19:51
John Vlieger
oh, and if you WANT TO, not required, making a post about dem LAPG shorts would be cool.
15 Aug 2019 16:20:03
Shay Akai
Bahahaha, wait, I am on a diet :) will in a couple of weeks
15 Aug 2019 16:20:30
John Vlieger
alright, then. best of luck. im down 20 pounds on the salad and bourbon diet
15 Aug 2019 16:21:00
Shay Akai
Bahahah
15 Aug 2019 16:21:09
Shay Akai
I have gained 5 on my diet so far.
15 Aug 2019 16:21:21
Shay Akai
Bahahaha
15 Aug 2019 16:21:23
John Vlieger
i need a new damn belt, actually
15 Aug 2019 16:21:36
Shay Akai
My waist is shrinking, finally,but gained weight
15 Aug 2019 16:21:52
Shay Akai
Should start losing soon
15 Aug 2019 16:22:09

John Vlieger
15 Aug 2019 21:59:56
John Vlieger
You gotta be shitting me
15 Aug 2019 22:00:01
Shay Akai
Total bullshit
15 Aug 2019 22:01:55
John Vlieger
I'm not a Smith. Or a machinist. And even I know it's horse hockey
15 Aug 2019 22:02:15
Shay Akai
It's like their magwells
15 Aug 2019 22:02:33
Shay Akai
They do a roughing pass, no finish pass,and call it a feature
15 Aug 2019 22:02:52
John Vlieger
You mean they piss on their customers legs and tell em it's raining
15 Aug 2019 22:03:11
Shay Akai
The guy couldn't even keep a straight face
15 Aug 2019 22:03:33
John Vlieger
They're well and truly on their way to being the next CK
15 Aug 2019 22:04:01
Shay Akai
Except they are making money
15 Aug 2019 22:04:26
Shay Akai
And I can't believe you just talked shit about CK
15 Aug 2019 22:04:38
John Vlieger
Currently
15 Aug 2019 22:04:39
John Vlieger
No, I mean they are following CKs business model
15 Aug 2019 22:04:54
John Vlieger
Lack of custom features. X plus Y equals gun
15 Aug 2019 22:05:07

John Vlieger
Pump em out
15 Aug 2019 22:05:11
Shay Akai
They are shitting on customers, but they do make money on their gins
15 Aug 2019 22:05:20
John Vlieger
Then defend what and why you do
15 Aug 2019 22:05:22
Shay Akai
CK sold too cheap
15 Aug 2019 22:05:28
Shay Akai
Adam is a business guy, not a technical guy
15 Aug 2019 22:05:51
Shay Akai
Normal sales guy
15 Aug 2019 22:06:05
Shay Akai
I heard they slowed way down
15 Aug 2019 22:07:22
Shay Akai
Huge staff
15 Aug 2019 22:07:26
John Vlieger
The market is slow. Time of year is slow
15 Aug 2019 22:07:44
Shay Akai
They were at 40 guns a month, wonder where they are at now
15 Aug 2019 22:07:47
Shay Akai
I am busy af
15 Aug 2019 22:07:56
Shay Akai
But then again I reduced my staff
15 Aug 2019 22:08:09
John Vlieger
We are slow right now. Busy Monday and Tuesday. Slow the rest of the week
15 Aug 2019 22:08:27
John Vlieger
And our competition tells us we are dominant.

15 Aug 2019 22:08:39
John Vlieger
I'm like "how bad are YOU GUYS doing?"
15 Aug 2019 22:08:56
Shay Akai
I hear that from everyone now
15 Aug 2019 22:09:33
Shay Akai
Usually summers I sit on my hands
15 Aug 2019 22:09:54
Shay Akai
This summer, not enough hours in the day
15 Aug 2019 22:10:05
Shay Akai
Burning out
15 Aug 2019 22:10:12
John Vlieger
hey, dood. we did the math and it looks like the order was at 36% off. Curious to the math on the order and how it exactly works so we get it all straight before we post it on our site
16 Aug 2019 10:44:02
Shay Akai
I think because we do 20% off and then another 20% off
16 Aug 2019 11:40:04
Shay Akai
Second one comes off second total
16 Aug 2019 11:40:15
Shay Akai
Not original amount, we can adjust
16 Aug 2019 11:40:26
John Vlieger
if you could adjust and send us a new invoice, we'd appreciate it. keep in mind this is the "taste test" order, and will most likely be the smaller or smallest orders. we like to have 90 days of sales in stock. but, have to figure out what 90 days looks like first
16 Aug 2019 11:41:37
John Vlieger
and, you might want to consider including 3/4" screws in the thumb rests down the road
16 Aug 2019 11:41:48
Shay Akai
16 Aug 2019 11:42:13

Shay Akai
Easily done
16 Aug 2019 11:42:16
Shay Akai
17 Aug 2019 21:21:22
Shay Akai
No more a bridesmaid?
17 Aug 2019 21:21:30
John Vlieger
Local match. But yeah. He screwed up more than I did
17 Aug 2019 21:22:47
Shay Akai
Funny
17 Aug 2019 21:22:56
Shay Akai
Congrats
17 Aug 2019 21:24:45
Shay Akai
I love Cody, but I want you to beat him every time now
17 Aug 2019 21:25:05
John Vlieger
I love him, too. Seriously. He's always treated me with respect and been a strong contender. And tolerated my ADHD attitude. I'm always happy to shoot with him.
17 Aug 2019 23:04:50
Shay Akai
17 Aug 2019 23:14:34
John Vlieger
Talked to KKM yesterday. There was a mix up with our last larger bull order. 2 months is the ETA for standard bulls
20 Aug 2019 8:15:14
Shay Akai
Holy shit
20 Aug 2019 8:27:07
John Vlieger
Yeah, I'm not happy either. Long story short, they were sent the order, confirmed it, then lost it for two months
20 Aug 2019 8:35:05
John Vlieger
20 Aug 2019 8:36:38
John Vlieger
and what am i looking at here

211

20 Aug 2019 8:36:39
John Vlieger
bunch of buffs? a spacer? diff guide rod?
20 Aug 2019 8:36:50
Shay Akai
Yea, he added buffs. Deadblow cushion
20 Aug 2019 8:37:24
Shay Akai
Order more nowlins
20 Aug 2019 8:37:48
John Vlieger
already on it
20 Aug 2019 8:38:04
Shay Akai
Cool, thanks
20 Aug 2019 8:38:17
John Vlieger
no problem. and we are still in need of an updated invoice
20 Aug 2019 8:48:55
Shay Akai
20 Aug 2019 9:14:51
Shay Akai
Let me see how I can generate it
20 Aug 2019 9:15:05
Shay Akai
I need a big favor
20 Aug 2019 10:24:31
Shay Akai
Big
20 Aug 2019 10:24:36
Shay Akai
Huge
20 Aug 2019 10:24:41
John Vlieger
20 Aug 2019 10:26:13
Shay Akai
I need you to win A8
20 Aug 2019 10:26:36
John Vlieger
ha
20 Aug 2019 10:28:44

John Vlieger
i'll do my best
20 Aug 2019 10:28:49
John Vlieger
looks like JJ is shooting his limcat, maybe? but, Sailer and Cody don't even have their guns yet
20 Aug 2019 10:29:07
John Vlieger
and Hyder. Man, Hyder you can flip a coin on which stages hes gonna argue a double or not
20 Aug 2019 10:29:25
Shay Akai
Bahaha
20 Aug 2019 10:29:44
Shay Akai
JJ and you top two
20 Aug 2019 10:29:57
Shay Akai
SV is trying to make a big show
20 Aug 2019 10:30:08
John Vlieger
yeah, thats what it seems like.
20 Aug 2019 15:49:02
John Vlieger
also, we got V5 RTS2 sights in stock. dealer price is $289, as they don't come with the rail anymore. so, price reduction
20 Aug 2019 15:49:27
Shay Akai
Awesome
20 Aug 2019 15:49:48
Shay Akai
Cody and Sailer got their new guns today. Should be interesting
20 Aug 2019 15:50:09
John Vlieger
Cody said hes going to try to shoot 2k before A8
20 Aug 2019 15:51:36
Shay Akai
I bet 10k in 3 says, bahaha
20 Aug 2019 15:51:50
John Vlieger

213

I'm trying to shoot every day possible leading up to nats. but, with my wrist and attention span, thats only about 3k total
20 Aug 2019 15:52:19
Shay Akai
I think small amounts is better than a long session
20 Aug 2019 15:53:25
John Vlieger
i've never trained with more than 200-250 rounds in a session
20 Aug 2019 15:54:29
Shay Akai
Smart
20 Aug 2019 15:54:38
John Vlieger
lose focus. start wasting ammo and getting nothing from it.
20 Aug 2019 15:54:46
Shay Akai
And waste guns as well
20 Aug 2019 15:55:40
Shay Akai
I have fuckers blowing 500rds per day, every day, shit ammo, and bitch that their guns wear out
20 Aug 2019 15:56:09
John Vlieger
i gots a favor to ask you
21 Aug 2019 9:36:10
John Vlieger
not as big as the one you asked of me, but a favor none the less
21 Aug 2019 9:36:23
Shay Akai
Sup
21 Aug 2019 9:39:06
John Vlieger
i need two of your thumb rests, silver. with no logo. by like October-November ish
21 Aug 2019 9:39:28
John Vlieger
I think I've explained it before, I have a thing about logos
21 Aug 2019 9:41:00
Shay Akai
I can just "adjust" two of them
21 Aug 2019 9:41:47
Shay Akai

214

I placed the logo right where a screw hole should be, so drilling a middle one erases logo
21 Aug 2019 9:42:20
John Vlieger
what bulls did you need the most
21 Aug 2019 13:20:36
Shay Akai
9
21 Aug 2019 13:22:37
Shay Akai
9 gov para
21 Aug 2019 13:22:43
John Vlieger
i'll see what I can do
21 Aug 2019 13:24:59
John Vlieger
and how many
21 Aug 2019 13:25:12
John Vlieger
and I still need a new invoice
21 Aug 2019 13:25:47
Shay Akai
I am away today, soon, was out shopping for more machines
21 Aug 2019 13:28:59
John Vlieger
k. gonna try and get a small batch in sooner than the 6-8 weeks I quoted you. ordering 6 of em. 5" bull C/P ramp
21 Aug 2019 13:29:32
Shay Akai
21 Aug 2019 14:04:14
John Vlieger
So, you mentioned that Cody left with grace and respect. How did Christian leave
21 Aug 2019 21:32:55
Shay Akai
Opposite
21 Aug 2019 21:33:35
John Vlieger
Meaning tantrum, middle fingers,...?
21 Aug 2019 21:33:54
Shay Akai
No... Want the story?

21 Aug 2019 21:34:13
John Vlieger
If you care to tell it. I'm shooting with the kid this weekend
21 Aug 2019 21:34:26
John Vlieger
He posted that he had to have repair work done to his gat before A3.
21 Aug 2019 21:34:45
Shay Akai
Cody calls me and tells me thank you, he loves us, wants to move on to change motivation. Hasn't signed, wanted to call me first
21 Aug 2019 21:35:05
Shay Akai
Then sends me a huge box with everything I ever sent him, all small parts plus more
21 Aug 2019 21:35:35
Shay Akai
Sends me a check for two match slots I sponsored for him
21 Aug 2019 21:35:54
Shay Akai
He wouldn't let SV announce till I got the box
21 Aug 2019 21:36:14
Shay Akai
That's a high class dude
21 Aug 2019 21:36:21
John Vlieger
Agreed.
21 Aug 2019 21:36:26
Shay Akai
Christian sends me a gun with cracked slide, stressing out. I come back from Vegas on Monday, replace slide, out Tuesday
21 Aug 2019 21:37:30
Shay Akai
He gets the gun Thursday, quits on Friday,posts pics with SV gun on Saturday
21 Aug 2019 21:37:56
Shay Akai
He signed the contract same time Cody did, but didn't tell is so we will replace his slide in a hurry
21 Aug 2019 21:38:23
Shay Akai
Plus asked for a bunch of free parts
21 Aug 2019 21:38:33
Shay Akai

216

Knowing he is already with SV
21 Aug 2019 21:38:42
John Vlieger
Did he get any sponsored guns from you?
21 Aug 2019 21:38:57
Shay Akai
He earned them. I don't expect them back. Didn't expect them back from Cody
21 Aug 2019 21:39:30
Shay Akai
It pissed us off that he was asking for free shit, plus a rush on a slide. He didn't need it for a match, he needed it before he announced SV
21 Aug 2019 21:40:20
John Vlieger
Makes me glad for my arrangement with Pat. I don't get free shit. Discounted and expedited, sure. But I pay for everything.
21 Aug 2019 21:40:43
John Vlieger
He selling his old guns I take it?
21 Aug 2019 21:41:04
Shay Akai
That's what I do with most my shooters
21 Aug 2019 21:41:12
Shay Akai
I have no idea. His guns are not ready for sale
21 Aug 2019 21:41:25
Shay Akai
He asked for them in a hurry, no finish
21 Aug 2019 21:41:44
Shay Akai
Fucker now owes me for a slide.
21 Aug 2019 21:42:05
John Vlieger
Sounds like a young, entitled kid
21 Aug 2019 21:43:38
Shay Akai
Exactly
21 Aug 2019 21:45:02
Shay Akai
He was annoying af
21 Aug 2019 21:45:11
Shay Akai

217

So we did a one day turn on the slide. They complained that the slide didn't have a finish on it...
21 Aug 2019 21:45:50
John Vlieger
Bobby did one or two 24-48 hour turns for me back in 2016. I was always thankful. Hell, I shot the 2017 Florida Open with a 24 hour old frame and slide.
22 Aug 2019 12:01:18
John Vlieger
and, i keep getting bugged by Wendi about a new invoice...
22 Aug 2019 12:01:59
Shay Akai
Instead of system generated, I will send a manual one, ok?
22 Aug 2019 12:31:00
John Vlieger
okey doke
22 Aug 2019 12:31:18
Shay Akai
Yo
22 Aug 2019 15:49:31
John Vlieger
yup
22 Aug 2019 15:49:35
Shay Akai
Commander threaded hybrid vs IMM threaded hybrid
22 Aug 2019 15:50:02
John Vlieger
4.65" OAL vs 5" OAL
22 Aug 2019 15:50:13
Shay Akai
Do you have the 4.65?
22 Aug 2019 15:50:31
John Vlieger
i think so
22 Aug 2019 15:50:36
John Vlieger
UPS is picking up right now right now
22 Aug 2019 15:50:41
Shay Akai
Ok, I see it
22 Aug 2019 15:50:58
Shay Akai

218

Cool
22 Aug 2019 15:51:00
Shay Akai
No rush
22 Aug 2019 15:51:04
John Vlieger
alright
22 Aug 2019 15:52:04
Shay Akai
22 Aug 2019 15:52:14
John Vlieger
the commander hybrid threaded is whats in my gun
22 Aug 2019 15:52:22
John Vlieger
and hey, question right back at you
22 Aug 2019 15:52:31
John Vlieger
i need two slides for my next builds
22 Aug 2019 15:52:37
John Vlieger
what slide was on Christians gun, the one that cracked
22 Aug 2019 15:52:47
Shay Akai
Caspian
22 Aug 2019 16:01:25
Shay Akai
You didn't go IMM?
22 Aug 2019 16:01:40
Shay Akai
He cracked slide and frame, same time same line
22 Aug 2019 16:01:53
John Vlieger
trying to figure out what slides to go with for the next two builds
22 Aug 2019 16:01:54
John Vlieger
he cracked the fucking FRAME?
22 Aug 2019 16:02:03
Shay Akai
Yep
22 Aug 2019 16:02:12
Shay Akai

Had a kaboom of sorts
22 Aug 2019 16:02:20
Shay Akai
Same time same line
22 Aug 2019 16:02:28
John Vlieger
I thought 38 SC was safer
22 Aug 2019 16:02:38
Shay Akai
Not if you are an idiot
22 Aug 2019 16:02:54
John Vlieger
his dad loads his ammo for him
22 Aug 2019 16:03:13
Shay Akai
Exactly
22 Aug 2019 16:03:33
John Vlieger
and they blamed you for this?
22 Aug 2019 16:03:42
Shay Akai
His dad is the decision maker
22 Aug 2019 16:03:42
Shay Akai
Of course :)
22 Aug 2019 16:03:48
Shay Akai
I think they were titegroup loads for steel challenge with the main open gun... I think
that's what cracked it
22 Aug 2019 16:04:20
John Vlieger
double charge?
22 Aug 2019 16:04:51
Shay Akai
Titegroup... Who knows
22 Aug 2019 16:05:10
Shay Akai
Titegroup is temp hot, very
22 Aug 2019 16:05:27
Shay Akai
So now his gun has a cracked frame, unfinished slide and old barrel

22 Aug 2019 16:05:45
Shay Akai
Good luck selling it fucker
22 Aug 2019 16:05:56
John Vlieger
well. alright then. he had ammo issues at A3. high primers. thanks, pops
22 Aug 2019 16:08:47
Shay Akai
Only so much is my fault :)
22 Aug 2019 16:11:07
John Vlieger
regarding hybrids, we have more IMM barrels that should be shipped to us pretty soon. they're all built and heat treated. they were in line to be polished when I asked about them middle of last week
23 Aug 2019 8:27:33
Shay Akai
Cool
23 Aug 2019 8:31:58
John Vlieger
You ever play with angled poppel holes in hybrids, like what SV does?
23 Aug 2019 11:23:16
Shay Akai
Yea
23 Aug 2019 11:30:46
John Vlieger
Or flared holes. Like a cone
23 Aug 2019 11:31:03
Shay Akai
I think SV angles them too much
23 Aug 2019 11:31:06
Shay Akai
Cone is dumb, for looks only
23 Aug 2019 11:31:18
Shay Akai
There is a formula for gas flow through a pipe
23 Aug 2019 11:31:31
Shay Akai
It's math and logic
23 Aug 2019 11:32:08
Shay Akai
Basically, the cosine of the angle times surface area of the hole times length of pipe

23 Aug 2019 11:32:31
Shay Akai
(also temp variation and so on, but not important for us)
23 Aug 2019 11:32:53
Shay Akai
Think plumbing. If you have a 2 inch pipe and you connect a T to it, how much water would flow through the T?
23 Aug 2019 11:33:48
Shay Akai
How about a Y connection? Pointing forward? Pointing back?
23 Aug 2019 11:34:09
Shay Akai
The more angled back, the less they flow, right?
23 Aug 2019 11:34:36
Shay Akai
Need more? Lol
23 Aug 2019 11:36:22
John Vlieger
I'll send you a link to the rocket propulsion nozzle formulas I was looking at a while back. Might have some applications to open, but most likely minimal
23 Aug 2019 11:42:52
John Vlieger
Gas flow is still not 100% understood from what I hear. And a lot of unknowns with guns. Pressure curves, burn rates, etc
23 Aug 2019 11:43:23
Shay Akai
For sure. Biggest obstacle is grip and muscle memory
23 Aug 2019 11:56:18
John Vlieger
ha
23 Aug 2019 11:56:23
John Vlieger
23 Aug 2019 11:56:42
John Vlieger
you got your hands on one of these yet?
23 Aug 2019 11:56:46
Shay Akai
There is no real way to quantify performance on a gun. Add all the variables to it and the "best gun" doesn't exist
23 Aug 2019 11:57:01
Shay Akai

I have three on order
23 Aug 2019 11:57:10
John Vlieger
price?
23 Aug 2019 11:57:14
Shay Akai
200 or so
23 Aug 2019 11:57:25
Shay Akai
I have my theories about open guns. I have developed them over many broken guns and fucked up guns.
23 Aug 2019 11:59:12
Shay Akai
At the same time, I don't discount other guns and I test guns that are the opposite 9f what I think should work
23 Aug 2019 11:59:43
John Vlieger
23 Aug 2019 19:31:01
Shay Akai
Saw that, looks interesting
23 Aug 2019 19:44:27
Shay Akai
You just focus on killing them tomorrow
23 Aug 2019 19:45:06
John Vlieger
Sunday. But yeah. That's the biggest thing in my mind
23 Aug 2019 19:51:27
Shay Akai
Damn it dude
25 Aug 2019 17:48:43
Shay Akai
Wtf
25 Aug 2019 17:48:44
Shay Akai
The one time I am on your side!
25 Aug 2019 17:49:03
Shay Akai
So close.... Sorry dude
25 Aug 2019 18:34:53
John Vlieger

223

Thought I had it. Then the fucker beats my solid un loaded start run, clean. However he had much gun problems. Damn, those SVs look pretty, don't they?
25 Aug 2019 18:55:34
Shay Akai
Bahahahaha
25 Aug 2019 18:56:06
Shay Akai
I thought you had it dude
25 Aug 2019 18:56:16
Shay Akai
I was cheering for you
25 Aug 2019 18:56:25
John Vlieger
Me too. For a few fleeting minutes I thought I had it
25 Aug 2019 18:56:27
Shay Akai
Full outfit
25 Aug 2019 18:56:29
Shay Akai
Looks Cody had some issues as well?
25 Aug 2019 18:56:49
John Vlieger
Not many. Maybe one or two. Trigger freeze once or twice as well
25 Aug 2019 19:10:03
Shay Akai
Wow
25 Aug 2019 19:10:50
Shay Akai
Dem barrels be nice yo
27 Aug 2019 10:59:22
John Vlieger
only negative thing ive heard on em was theyve got extra meat where people don't expect it
27 Aug 2019 10:59:44
John Vlieger
i should be getting more of em in about a month
27 Aug 2019 10:59:53
Shay Akai
People are dumb
27 Aug 2019 11:04:22
Shay Akai

Extra meat is always better
27 Aug 2019 11:04:29
John Vlieger
29 Aug 2019 10:22:13
John Vlieger
Hybrids came in
29 Aug 2019 10:22:34
Shay Akai
Yay!!!
29 Aug 2019 10:40:26
Shay Akai
Your desk is ugly
29 Aug 2019 10:40:37
John Vlieger
thats the checking counter. and yes, its ugly
29 Aug 2019 10:46:01
John Vlieger
the barrels are not in teh system yet. you have any needs?
29 Aug 2019 10:46:10
John Vlieger
ill be placing another order with you today, btw
29 Aug 2019 10:46:22
Shay Akai
Awesome. No, I am backed up on other guns for a while, building those two
Commander barrels today
29 Aug 2019 10:54:11
John Vlieger
So, if I place an order with you tomorrow, will it go out before you die?
2 Sep 2019 19:22:54
Shay Akai
I try before I die
2 Sep 2019 19:31:27
John Vlieger
Good enough for me I guess. In all seriousness, I need to make sure I get with you
before the order to account for the previous one
2 Sep 2019 21:57:15
John Vlieger
This order will be bumped up a bit
2 Sep 2019 21:57:25
Shay Akai
I fixed the math

225

2 Sep 2019 21:57:36
John Vlieger
And, don't die.
2 Sep 2019 21:57:37
Shay Akai
Can, basically, repeat the last one as a fake order to generate correct invoice
2 Sep 2019 21:58:01
Shay Akai
We are getting 15mph winds as a max
2 Sep 2019 21:58:19
John Vlieger
Estimated, or in reality
2 Sep 2019 21:59:14
Shay Akai
Winds?
2 Sep 2019 22:00:14
John Vlieger
Yes
2 Sep 2019 22:00:22
Shay Akai
Not even a slight breeze outside
2 Sep 2019 22:00:34
John Vlieger
I'm saying is that the predicted velocity,
2 Sep 2019 22:00:40
Shay Akai
Hurricane already passed me
2 Sep 2019 22:00:41
John Vlieger
Ah
2 Sep 2019 22:00:45
Shay Akai
Predicted was 25mph
2 Sep 2019 22:00:56
Shay Akai
2 Sep 2019 22:03:31
John Vlieger
Lies. You're supposed to be in dire fear for your life
2 Sep 2019 22:06:07
Shay Akai
According to the news, sure

2 Sep 2019 22:06:46
Shay Akai
2 Sep 2019 22:06:51
Shay Akai
That was earlier
2 Sep 2019 22:07:03
John Vlieger
trying to put the items in the cart, and its doing that weird shit again. how about i type out the order and email it to you
4 Sep 2019 12:00:28
Shay Akai
Perfect :)
4 Sep 2019 12:01:44
Shay Akai
I will have Lisette fix it
4 Sep 2019 12:01:55
John Vlieger
cool. you still got plenty of shirts?
4 Sep 2019 12:09:11
Shay Akai
Yes, lol
4 Sep 2019 12:16:01
John Vlieger
sent
4 Sep 2019 12:17:12
Shay Akai
4 Sep 2019 12:18:47
John Vlieger
angled 9mm 126mm mags?
6 Sep 2019 11:41:28
John Vlieger
sure you didnt mean to order 40 cal?
6 Sep 2019 11:41:41
Shay Akai
9 por favor
6 Sep 2019 11:41:51
John Vlieger
okey doke
6 Sep 2019 11:41:57
John Vlieger

Im just gonna start emailing Lisette the orders for shit. she got it squared away like boom.
6 Sep 2019 11:42:28
Shay Akai
She good
6 Sep 2019 11:42:58
Shay Akai
Didn't I give you exact instructions?
8 Sep 2019 16:00:11
John Vlieger
Had a death jam from fucking hell
8 Sep 2019 16:05:04
John Vlieger
Look at stage 1
8 Sep 2019 16:05:09
Shay Akai
Dude, so fucking close
8 Sep 2019 16:05:17
John Vlieger
Extreme failure to extract
8 Sep 2019 16:05:18
Shay Akai
Last two matches
8 Sep 2019 16:05:29
John Vlieger
I won 6 fucking stages
8 Sep 2019 16:05:43
John Vlieger
On the plus side, I haven't lost to Cody in a while
8 Sep 2019 16:06:02
John Vlieger
So, objectively I've gotten better...
8 Sep 2019 16:06:11
Shay Akai
Sailer is getting lucky to beat you, so yea
8 Sep 2019 16:06:36
John Vlieger
Pats looking over my gun today and I should have a back up gun for nats
8 Sep 2019 16:07:22
John Vlieger

He built a middy for a guy... Holy shit. It might be the nicest shooting 9 major I've ever shot
8 Sep 2019 16:08:13
John Vlieger
Told pat I want two of them
8 Sep 2019 16:08:33
Shay Akai
Have you shot the SVs?
8 Sep 2019 16:08:48
John Vlieger
Only one in 9.it shot weird, but it was that guy's ammo
8 Sep 2019 16:09:05
John Vlieger
I shot this gun with my ammo. Excellent
8 Sep 2019 16:09:28
Shay Akai
Cool. I am sure they are hurting
8 Sep 2019 16:10:16
Shay Akai
Basically, every hybrid barrel you are selling is one less gun they are
8 Sep 2019 16:10:33
John Vlieger
You pat and Don are the main guys I know building em.
8 Sep 2019 16:10:54
Shay Akai
What am I?
8 Sep 2019 16:11:13
John Vlieger
McLearn commented that the KKMs wouldn't fit a slide that was previously fit to an sv
8 Sep 2019 16:11:17
Shay Akai
Bullshit. I have one here I am replacing
8 Sep 2019 16:11:37
John Vlieger
8 Sep 2019 16:11:53
Shay Akai
Can send you a pic
8 Sep 2019 16:12:47
John Vlieger
If you want to

8 Sep 2019 16:13:36
John Vlieger
those 9mm bulls are on their way to me
10 Sep 2019 14:13:31
Shay Akai
Noice
10 Sep 2019 14:14:39
Shay Akai
Can you keep a BIG secret?
10 Sep 2019 14:14:48
John Vlieger
like, we talking tomorrows horoscope, or "oops, he got clintoned"
10 Sep 2019 14:15:16
Shay Akai
Like two days we reveal and you get info before
10 Sep 2019 14:15:39
John Vlieger
sure. if its business related that falls under the expected NDA of my job. and i take it seriously
10 Sep 2019 14:16:02
Shay Akai
Guess who is team Akai again as of this morning
10 Sep 2019 14:17:19
Shay Akai
Shhhh
10 Sep 2019 14:17:22
Shay Akai
Don't tell anyone till we announce
10 Sep 2019 14:17:45
Shay Akai
I figured you would find it funny
10 Sep 2019 14:17:55
John Vlieger
well, i know its not Christian
10 Sep 2019 14:18:08
John Vlieger
and probably not Lesgar
10 Sep 2019 14:18:12
John Vlieger
and mums the word
10 Sep 2019 14:18:48

Shay Akai
Exactly
10 Sep 2019 14:18:52
Shay Akai
Funny, eh?
10 Sep 2019 14:18:57
John Vlieger
no shit
10 Sep 2019 14:19:00
John Vlieger
Cody?
10 Sep 2019 14:19:05
Shay Akai
Yes
10 Sep 2019 14:19:12
John Vlieger
you gotta be shitting me
10 Sep 2019 14:19:18
John Vlieger
its because ive beaten him twice, isnt it
10 Sep 2019 14:19:42
Shay Akai
Funny?
10 Sep 2019 14:19:42
Shay Akai
He hates that gun
10 Sep 2019 14:19:52
John Vlieger
Funny, sure. but...you gotta be kidding
10 Sep 2019 14:20:21
John Vlieger
TWO FUCKING WEEKS BEFORE NATS?!
10 Sep 2019 14:20:29
Shay Akai
We got him
10 Sep 2019 14:20:56
John Vlieger
10 Sep 2019 14:21:29
Shay Akai
Would you shoot an SV?
10 Sep 2019 14:23:44

John Vlieger
depends. given to me with no strings attached? or if i decided to buy one? sure. but im
extremely hesitant to EVER be on a "team" again
10 Sep 2019 14:24:45
Shay Akai
CK mam
10 Sep 2019 14:26:39
Shay Akai
Man
10 Sep 2019 14:26:41
Shay Akai
Your Pat gun is much better than an IMM
10 Sep 2019 14:27:06
John Vlieger
the reliability and communication is better, that seems to be for sure
10 Sep 2019 14:27:47
John Vlieger
"they sure are pretty"
10 Sep 2019 14:27:56
Shay Akai
Fugly Gucci kid shit
10 Sep 2019 14:28:15
John Vlieger
who else knows about this?
10 Sep 2019 14:47:45
Shay Akai
Just our team
10 Sep 2019 14:47:52
Shay Akai
And Brandon
10 Sep 2019 14:47:58
John Vlieger
so i can message Scott with my thoughts
10 Sep 2019 14:48:14
Shay Akai
No
10 Sep 2019 14:48:25
John Vlieger
k
10 Sep 2019 14:48:28
John Vlieger

keeping it to myself
10 Sep 2019 14:48:31
Shay Akai
Don't let anyone know you know
10 Sep 2019 14:48:33
Shay Akai
But I can relay your thoughts, lol
10 Sep 2019 14:48:42
John Vlieger
really it would just be variations on "WHAT THE ACTUAL FUCK. RIGHT BEFORE FUCKING NATS!?!?!?"
10 Sep 2019 14:49:32
Shay Akai
Don't be skirred
10 Sep 2019 14:49:50
John Vlieger
Nah. I like Cody. got nothing but respect for him.
10 Sep 2019 14:50:11
John Vlieger
more the same on nats last year on him not brining a back up gun
10 Sep 2019 14:50:28
John Vlieger
for whatever reason
10 Sep 2019 14:50:30
Shay Akai
He funny
10 Sep 2019 14:50:55
Shay Akai
And he had a back up gun, several
10 Sep 2019 14:51:06
John Vlieger
he didnt bring it
10 Sep 2019 14:51:25
John Vlieger
which was my point
10 Sep 2019 14:51:29
John Vlieger
or you mean team
10 Sep 2019 14:51:40
Shay Akai
He had it with him, plus Lesgar offered him his back up gun, and several others

233

10 Sep 2019 14:51:58
John Vlieger
How did Brandon take the news? And does he know why?
10 Sep 2019 22:09:56
Shay Akai
It started because Cody didn't like the SV mounts, so he put his own on
10 Sep 2019 22:10:34
Shay Akai
Brandon got big mad
10 Sep 2019 22:10:39
John Vlieger
... Mounts are a personal preference kind of thing.
10 Sep 2019 22:11:04
John Vlieger
Like, height, rigidity, distance from the rear, all of it
10 Sep 2019 22:11:26
John Vlieger
Cody is a machinist, for God's sake
10 Sep 2019 22:11:32
Shay Akai
Imagine if Pat told you "this is the gun you will run. The only parts you can put on are parts I make"
10 Sep 2019 22:11:40
John Vlieger
I live in a similar world. 99% of the parts I use are ones we sell
10 Sep 2019 22:12:12
Shay Akai
Cody and I work well together, I send him a shit ton of prototypes to test and give feedback
10 Sep 2019 22:12:20
John Vlieger
Hated using an SV slide for my prior build
10 Sep 2019 22:12:23
John Vlieger
But I see your point
10 Sep 2019 22:12:34
John Vlieger
He shoots the most of people I know at that level
10 Sep 2019 22:12:50
John Vlieger
You'd be dumb to not use him to test things

234

10 Sep 2019 22:13:02
Shay Akai
Yea, which is a good and bad thing
10 Sep 2019 22:13:10
Shay Akai
I know how long things last :)
10 Sep 2019 22:13:23
Shay Akai
I know how they break and in how many rounds
10 Sep 2019 22:13:36
John Vlieger
I hear that.
10 Sep 2019 22:13:56
John Vlieger
BTW, you'd be dumb to not recommend to your customers to use the new PD profile
10 Sep 2019 22:14:12
John Vlieger
Shit feeds like buttered oil
10 Sep 2019 22:14:19
Shay Akai
I will send him a prototype and in two weeks, he will have 10k rounds on it
10 Sep 2019 22:14:26
John Vlieger
I've thrown his name in the hat to test anything new cmore makes. I agree with you
10 Sep 2019 22:15:04
John Vlieger
I told Greg to get Cody on an NDA and send him the new stuff. I don't shoot enough, especially in the off season, to get real feedback
10 Sep 2019 22:15:31
Shay Akai
Yep
10 Sep 2019 22:15:45
John Vlieger
we got a 5.4" bull 9mm for y a
11 Sep 2019 10:42:36
John Vlieger
log in and pay for it and its yours
11 Sep 2019 10:42:44
John Vlieger
also got 9mm bulls in
11 Sep 2019 10:42:48

John Vlieger
the order for the bulls is in pending payment for ya
11 Sep 2019 10:55:21
Shay Akai
11 Sep 2019 10:56:10
Shay Akai
Thanks man
11 Sep 2019 10:56:13
John Vlieger
no problem. trying to keep people happy and well supplied
11 Sep 2019 10:56:31
Shay Akai
You are an angel
11 Sep 2019 11:01:17
John Vlieger
you gonna pay for the barrels, or should I contact Lisette?
12 Sep 2019 9:01:09
John Vlieger
also, you gonna announce the acquisition today? i wanna be there for sad react
12 Sep 2019 9:01:21
Shay Akai
Bahahaha
12 Sep 2019 9:02:44
Shay Akai
Checking with Cody
12 Sep 2019 9:02:50
Shay Akai
I have to word it correctly :)
12 Sep 2019 9:02:59
John Vlieger
yeah...might wanna do that
12 Sep 2019 9:03:08
John Vlieger
also...shot with money bags junior at A5, lets just say he never mentioned you by name
12 Sep 2019 9:03:28
John Vlieger
but he was talking about you
12 Sep 2019 9:03:33
Shay Akai
He was in shock at how bad the SV guns were and missed our most awesome guns

236

12 Sep 2019 9:03:44
Shay Akai
Sailer? Yea, he can fuck off little twat
12 Sep 2019 9:04:12
John Vlieger
he asked waht safeties i had in my gun. told him wilson high rides
12 Sep 2019 9:04:54
John Vlieger
"are those the cast ones? don't they break?"
12 Sep 2019 9:05:02
John Vlieger
I've never broken a set. as long as they're fit right, not a problem
12 Sep 2019 9:05:16
John Vlieger
"well you know who fit mine"
12 Sep 2019 9:05:20
Shay Akai
Bahahaha
12 Sep 2019 9:05:39
John Vlieger
you know who fit my safeties?
12 Sep 2019 9:05:40
John Vlieger
Me
12 Sep 2019 9:05:45
John Vlieger
if i can do it, Luigi can do it drunk
12 Sep 2019 9:06:00
Shay Akai
We have broken, maybe, 4 sets over the years
12 Sep 2019 9:06:12
John Vlieger
i believe you
12 Sep 2019 9:07:11
John Vlieger
also, we got single sided double tap safeties in if you have 3 gunners that want a shielded
12 Sep 2019 9:07:23
Shay Akai
Broke more PT safeties than Wilsons
12 Sep 2019 9:07:42

237

Shay Akai
And SV safeties break the most often
12 Sep 2019 9:07:52
John Vlieger
thank you for your payment, good sir
12 Sep 2019 9:13:13
Shay Akai
Surely
12 Sep 2019 9:13:28
John Vlieger
12 Sep 2019 11:38:38
John Vlieger
looks like they've already replaced Cody
12 Sep 2019 11:38:42
Shay Akai
Who the fuck is that?
12 Sep 2019 12:27:21
John Vlieger
exactly
12 Sep 2019 12:30:32
John Vlieger
some rando open M class
12 Sep 2019 12:30:38
Shay Akai
Funny
12 Sep 2019 12:56:03
John Vlieger
your gif choice for that post could use a lot of work
13 Sep 2019 8:57:37
John Vlieger
you're giving me flash backs to middle school
13 Sep 2019 8:57:50
Shay Akai
Bahaha
13 Sep 2019 8:58:01
Shay Akai
13 Sep 2019 8:58:20
Shay Akai
13 Sep 2019 8:58:27
Shay Akai
13 Sep 2019 8:58:33

238

John Vlieger
yeah. don't post those
13 Sep 2019 8:59:00
John Vlieger
on a side note, do you think you'll ever be allowed to get SV parts again?
13 Sep 2019 8:59:09
Shay Akai
Bahahaha
13 Sep 2019 8:59:20
Shay Akai
I have to order two grips today. Let's see :)
13 Sep 2019 8:59:31
Shay Akai
Fucking hate SV parts
13 Sep 2019 8:59:48
John Vlieger
I haven't put the next order in for hybrids. We still have a good stock of IMM style.
Any special requests for the next one? Probably 8-12 weeks out
13 Sep 2019 23:01:49
Shay Akai
Not yet bud
13 Sep 2019 23:05:26
John Vlieger
13 Sep 2019 23:06:31
Shay Akai
I still build 10:1 tungsten over hybrid
13 Sep 2019 23:07:49
John Vlieger
didnt you say how you wanted to build more hyrbids
13 Sep 2019 23:18:24
John Vlieger
then advertise some damn hybrids, guy!
13 Sep 2019 23:18:34
Shay Akai
Please hold, pics soon
14 Sep 2019 8:22:49
John Vlieger
Ha. I'm just trying to help you out, dude. Your profit margins/hourly rate is less with a
Tungsten gun than hybrid? Focus on hybrids for a bit then!
14 Sep 2019 8:53:38
Shay Akai

239

Oh for sure. Hybrids are half the time
14 Sep 2019 8:54:14
Shay Akai
Get my message?
20 Sep 2019 10:42:23
John Vlieger
huh?
20 Sep 2019 10:52:59
Shay Akai
Chuck didn't tell you I called for you?
20 Sep 2019 10:57:38
John Vlieger
he just gave me the run down. thats something you'll have to bring up with KKM. I am not a smith, or an expert on what hardness barrels should be at
20 Sep 2019 11:03:43
Shay Akai
Why are you two being defensive? Lol
20 Sep 2019 11:04:07
Shay Akai
I am not asking for a refund
20 Sep 2019 11:04:13
Shay Akai
This is your baby, I called to share info with you, so you are aware, that is all
20 Sep 2019 11:04:36
Shay Akai
Yes, I will be talking to KKM
20 Sep 2019 11:04:52
Shay Akai
Say "thank you for sharing info, I am selling a shit ton of these barrels and it's important to know"
20 Sep 2019 11:05:34
John Vlieger
i leave for my wifes birthday lunch in an hour, and am trying to make extra sure i didnt forget anything for nats, after training my ass off for hte last week, and rushing to get shit done. sorry if im not super focused at the moment. thank you for your input. please let me know what KKM says. whats the minimum RC the barrels should be at, and what exactly is happening
20 Sep 2019 11:06:31
Shay Akai
kKM website says 42 min
20 Sep 2019 11:07:06

Shay Akai
I had a lab test some at 37
20 Sep 2019 11:07:14
Shay Akai
And get your cracked slide fixed :)
20 Sep 2019 11:07:24
John Vlieger
too late for that. rocking the gun of theseus for nats
20 Sep 2019 11:07:54
Shay Akai
You will be fine
20 Sep 2019 11:09:14
Shay Akai
Beat Sailer. Do it. Do it.
20 Sep 2019 11:09:31
Shay Akai
U ok?
24 Sep 2019 23:42:42
John Vlieger
Fucking drunk. And I like it that way
24 Sep 2019 23:44:16
Shay Akai
Good. Enjoy
24 Sep 2019 23:44:31
John Vlieger
28 Sep 2019 20:16:36
John Vlieger
Tell Luigi two things for me
28 Sep 2019 20:16:43
John Vlieger
1.try harder. 2. Welcome to master!
28 Sep 2019 20:16:53
Shay Akai
Haha
28 Sep 2019 20:17:29
Shay Akai
You still got beat by a B class
28 Sep 2019 20:17:37
John Vlieger
He's an even bigger sandbagger. And I forgot two poppers. Whoops
28 Sep 2019 20:17:53

John Vlieger
And I also had less than 500 rounds through this gun before I got here
28 Sep 2019 20:18:06
John Vlieger
So, excuses all around
28 Sep 2019 20:18:21
John Vlieger
28 Sep 2019 20:19:41
John Vlieger
Whoops. 8th
28 Sep 2019 20:19:45
Shay Akai
At least you didn't crack your slide
28 Sep 2019 20:20:16
John Vlieger
28 Sep 2019 20:20:45
Shay Akai
Bahaha
28 Sep 2019 20:20:55
Shay Akai
You forgot for a sec?
28 Sep 2019 20:21:01
Shay Akai
At least I didn't say "you are now a CO shooter"
28 Sep 2019 20:21:35
John Vlieger
True.
28 Sep 2019 20:21:42
Shay Akai
Nice shooting bud
28 Sep 2019 20:22:05
John Vlieger
Thanks. Minor is still dumb in everything except single stack
28 Sep 2019 20:22:21
Shay Akai
I think I have more guns in top 10, combined, than any other company
28 Sep 2019 20:22:56
John Vlieger
Congratulations, man. That's great
28 Sep 2019 20:41:49
Shay Akai

242

You can't talk shit about my guns anymore now
28 Sep 2019 20:43:13
John Vlieger
... As if I did before?
28 Sep 2019 20:43:22
Shay Akai
Haha
28 Sep 2019 20:43:27
John Vlieger
I talk shit in private. Never in public. And usually only after more than a few drinks
28 Sep 2019 20:43:50
Shay Akai
Bahajaja
28 Sep 2019 20:44:07
John Vlieger
you got your JEM slides yet?
30 Sep 2019 8:44:43
Shay Akai
No, lol. I have to email him
30 Sep 2019 8:52:23
John Vlieger
30 Sep 2019 8:53:37
John Vlieger
those are the two i got today. they look amazing...except for the breech
30 Sep 2019 8:53:54
Shay Akai
That's pretty
30 Sep 2019 8:53:57
Shay Akai
I believe he outsources them
30 Sep 2019 8:54:12
John Vlieger
30 Sep 2019 8:54:21
John Vlieger
30 Sep 2019 8:54:29
John Vlieger
he does. claims its a guy he taught how to make htem correctly, and they have to pass his inspection
30 Sep 2019 8:54:48
Shay Akai

Optimum machine shop, from what I understand the, machines for Carolina Arms Group
30 Sep 2019 8:55:32
Shay Akai
CAG didn't pay their bills and went out of business
30 Sep 2019 8:55:52
Shay Akai
I believe that machine shop is now producing
30 Sep 2019 8:56:05
John Vlieger
I had heard about that. a birdy told me that when i was trying to chase them down about slides
30 Sep 2019 8:56:08
John Vlieger
the CAG closure i mean
30 Sep 2019 8:56:15
Shay Akai
Yea
30 Sep 2019 8:56:22
Shay Akai
They are on IG, make nice stuff
30 Sep 2019 8:56:32
John Vlieger
you see the breech face issue im referring to?
30 Sep 2019 8:56:57
Shay Akai
Yea, breachface is at an angle, the hardest part of doing slides
30 Sep 2019 8:58:56
Shay Akai
Most are wired or broached
30 Sep 2019 8:59:06
Shay Akai
Looks like they cut using an endmill and then filed, lol
30 Sep 2019 8:59:22
John Vlieger
the rest of it is clean AF. but that breech....
30 Sep 2019 8:59:58
John Vlieger
btw. Luigi was drunk AF. he got mad at me. i took the $1300 certificate for custom hearing protection he was eye balling
30 Sep 2019 9:00:26

244

Shay Akai
Lol, he drinks a ton
30 Sep 2019 9:02:02
John Vlieger
this was after he chugged beer from his trophy
30 Sep 2019 9:02:07
Shay Akai
Lol
30 Sep 2019 9:02:37
Shay Akai
Good guy
30 Sep 2019 9:02:42
John Vlieger
two things, home slice
8 Oct 2019 13:55:23
John Vlieger
firstly, im putting together the next order of KKm hybrids. was gonna get some short ribs (now im hungry) this time to make McLearn happy. you have any special requests? like, a threaded 40 barrel, 45 acp, etc?
8 Oct 2019 13:56:18
John Vlieger
secondly, Cheely has the tooling to make extra aggressive grips. He's gonna be making two for me. you want to get in on it?
8 Oct 2019 13:56:48
Shay Akai
Nahhh, no need for extra aggressive
8 Oct 2019 13:57:37
Shay Akai
8 Oct 2019 13:57:43
Shay Akai
8 Oct 2019 13:58:01
Shay Akai
I am packing for you
8 Oct 2019 13:58:08
John Vlieger
you're so kind. i'll have an order for ya today, most likely.
9 Oct 2019 10:21:47
John Vlieger
got some feedback on the aluminum magwells...you, uh, gonna clean these ones up a little bit more?
9 Oct 2019 10:22:03

Shay Akai
They are clean mofos
9 Oct 2019 10:36:37
John Vlieger
9 Oct 2019 10:37:57
John Vlieger
9 Oct 2019 10:38:13
Shay Akai
Yea, that's one of the early ugly ones. She shouldn't have sent those to you. Damn. Sorry
9 Oct 2019 10:55:40
Shay Akai
Bitch her out. I will send you a replacement
9 Oct 2019 10:55:50
John Vlieger
we have one still in stock. i'll send it back to you in your next order.
9 Oct 2019 10:58:10
Shay Akai
Cool, will send extra
9 Oct 2019 11:06:50
John Vlieger
9 Oct 2019 11:06:54
John Vlieger
order sent
9 Oct 2019 11:16:51
Shay Akai
Noice
9 Oct 2019 11:17:06
Shay Akai
9 Oct 2019 11:17:10
Shay Akai
Prototype, shhhhh
9 Oct 2019 11:17:16
Shay Akai
Walther grip is too short and pinches hands
9 Oct 2019 11:17:35
Shay Akai
This seals it
9 Oct 2019 11:17:44
John Vlieger
I see Luigi's influence

9 Oct 2019 11:20:31
John Vlieger
is that on a 17 rounder?
9 Oct 2019 11:20:37
Shay Akai
I dunno. It's a mag
9 Oct 2019 11:22:56
John Vlieger
said like a true gun assembler
9 Oct 2019 11:27:10
Shay Akai
It's a fucking plastic gun
9 Oct 2019 11:28:20
Shay Akai
I think they will sell well
9 Oct 2019 11:28:29
Shay Akai
9 Oct 2019 12:45:29
John Vlieger
i talked to Luke about that a little. you're supposed to measure it on a flat spot, like the side of the lug/link area
9 Oct 2019 12:46:07
Shay Akai
Lol, doesn't matter
9 Oct 2019 12:46:33
Shay Akai
It's fucking 34
9 Oct 2019 12:46:38
John Vlieger
it does according to him
9 Oct 2019 12:46:39
John Vlieger
i aint a smith, or machinist, or whatever. just passing along the info
9 Oct 2019 12:47:09
Shay Akai
9 Oct 2019 12:48:36
Shay Akai
Like that?
9 Oct 2019 12:48:39
John Vlieger
9 Oct 2019 12:53:05

Shay Akai
9 Oct 2019 13:02:41
Shay Akai
Lower...
9 Oct 2019 13:02:45
John Vlieger
yup. hit up Luke, meng. i dunno whats up
9 Oct 2019 13:16:01
Shay Akai
9 Oct 2019 13:19:24
Shay Akai
Broken guns....
9 Oct 2019 13:19:30
Shay Akai
You rang?
14 Oct 2019 14:32:19
John Vlieger
yup. was giving Lisette money
14 Oct 2019 14:32:36
John Vlieger
and hey, you know off the top of your head how long a rib would be for a 3 port barrel?
14 Oct 2019 14:32:50
John Vlieger
like Schuemann used to do
14 Oct 2019 14:33:00
Shay Akai
14 Oct 2019 14:37:42
John Vlieger
yeah. that one
14 Oct 2019 14:38:01
John Vlieger
or is that a home brew of yours
14 Oct 2019 14:38:13
Shay Akai
1.200
14 Oct 2019 14:38:20
Shay Akai
14 Oct 2019 14:38:35
Shay Akai
Btw, I talked to Luke.

14 Oct 2019 14:39:07
John Vlieger
yeah? get it figured out?
14 Oct 2019 14:39:19
Shay Akai
No
14 Oct 2019 14:39:28
Shay Akai
He wants me to send him my bad barrels so he can test himself
14 Oct 2019 14:39:42
Shay Akai
Doesn't trust the lab report
14 Oct 2019 14:39:53
Shay Akai
I can't send him the bad barrels for fear he won't send them back
14 Oct 2019 14:40:04
Shay Akai
So I will go the insurance route. I gave him a chance to help me out.
14 Oct 2019 14:40:34
Shay Akai
Btw, two of the barrels I have to replace this week are IMM type, just FYI
14 Oct 2019 14:42:48
John Vlieger
they outsource their heat treat. the barrels you're looking at, did they all come from 1 batch or another?
14 Oct 2019 14:48:00
Shay Akai
No bud, multiple batches
14 Oct 2019 14:49:10
Shay Akai
He doesn't heat treat the barrels
14 Oct 2019 14:49:17
Shay Akai
He heat treats the raw steel
14 Oct 2019 14:49:25
John Vlieger
not according to what he's told me. barrels get made from blanks, then heat treat, then polish,. then shipment
14 Oct 2019 14:49:59
John Vlieger
heat treat is on Wednesdays, i know that.

249

14 Oct 2019 14:50:23
Shay Akai
He told me he gets the steel, cuts a hockey pock, tests it and then makes barrels
14 Oct 2019 14:50:39
Shay Akai
I was trying to alert you first bud
14 Oct 2019 14:51:55
Shay Akai
I was trying to keep it quiet and work it out
14 Oct 2019 14:52:13
Shay Akai
14 Oct 2019 14:52:43
John Vlieger
and i appreciate it. i talked to Luke about it as well. you're the only report I've gotten about this so far, so i only have what you're saying and what Luke is saying to go off of
14 Oct 2019 14:52:44
Shay Akai
14 Oct 2019 14:52:45
John Vlieger
im assuming that samples D and E are hybrids?
14 Oct 2019 14:53:43
Shay Akai
No, those are all bulls
14 Oct 2019 14:54:17
Shay Akai
I then went and bought my own tester
14 Oct 2019 14:54:25
Shay Akai
Can you pencil me in for four IMMs please?
14 Oct 2019 18:19:25
John Vlieger
From the batch I have on the shelf, or the batch I ordered today
14 Oct 2019 18:20:04
Shay Akai
What ever. I need to replace some barrels bud. Don't worry, not going back on you, will deal with KKM
14 Oct 2019 18:23:29
Shay Akai
You are just selling me barrels
14 Oct 2019 18:23:36

John Vlieger
Alright. I got about 15 on the shelf right now
14 Oct 2019 18:24:13
Shay Akai
Cool, will take four
14 Oct 2019 18:25:32
John Vlieger
got the order placed, in pending payment. you want em today? i can combine the orders and save you a little on shipping
15 Oct 2019 9:22:55
John Vlieger
or should I tell Lissette
15 Oct 2019 9:23:02
Shay Akai
Send parts first please
15 Oct 2019 9:27:51
John Vlieger
so, you want the barrels held, but not shipped?
15 Oct 2019 9:29:35
Shay Akai
Yea, give me a day on those
15 Oct 2019 9:33:31
John Vlieger
15 Oct 2019 9:34:35
John Vlieger
22 Oct 2019 9:42:45
Shay Akai
That's a beat up crack. Not because of fucked up USA on it
22 Oct 2019 9:56:40
Shay Akai
Gun got battered
22 Oct 2019 9:56:47
John Vlieger
look at the line through the USA
22 Oct 2019 9:56:53
Shay Akai
I see it,but look at the vertical
22 Oct 2019 9:57:08
John Vlieger
that came last
22 Oct 2019 9:57:13

251

John Vlieger

i am pretty anal about checking my guns over when i clean them every 500 or so rounds. that line was hiding in the cerakote. the line on the side of the slide was what I noticed firstr

22 Oct 2019 9:57:44

Shay Akai

When a gun self destructs, you never know what started it

22 Oct 2019 9:58:21

John Vlieger

how about this. you send me a pair of bad barrels, i'll forward them on to Luke and ask him to take a look.

22 Oct 2019 12:46:38

Shay Akai

No

22 Oct 2019 12:53:36

Shay Akai

I can send them to an independent lab

22 Oct 2019 12:53:52

Shay Akai

But at this point, no bad barrels are going back to Luke

22 Oct 2019 12:54:09

John Vlieger

Can I ask why you wouldn't send a barrel that is unuseable to him for inspection?

22 Oct 2019 13:17:22

John Vlieger

even if I volunteered to pay to have the barrel shipped to Luke for evaluation

22 Oct 2019 13:43:35

Shay Akai

Because the barrels are my evidence

22 Oct 2019 13:53:22

John Vlieger

how many of them do y ou have

22 Oct 2019 13:53:39

Shay Akai

If Luke doesn't believe lab results or me, then I question his intentions

22 Oct 2019 13:53:49

Shay Akai

I have a ton of them

22 Oct 2019 13:53:57

Shay Akai

Luke could have said "dude, I know you, I understand the lab results. You have bought a shit ton of barrels from us. Let me help. What barrels do you need right NOW"

22 Oct 2019 13:54:47

John Vlieger

If you were in his shoes, wouldn't you want to see the barrels? Lemme put it this way. I, John Vlieger, buy one of your guns. I tell you "Shay, the barrel is jacked." wouldn't you want to see the gun?

22 Oct 2019 13:56:09

Shay Akai

I get in front of issues as much as I can

22 Oct 2019 13:56:41

Shay Akai

If you have a bad part, as in this case, I send you a freebie, keep the old one

22 Oct 2019 13:57:03

Shay Akai

If I need the old one back, I send you a freebie, send me the old one back

22 Oct 2019 13:57:20

Shay Akai

Let me send you a replacement first. Deal with the old one later

22 Oct 2019 13:58:09

John Vlieger

from my convo with Luke, he was a digital Rc tester. His heat treat is done off-site at Nevada Heat Treat, after the barrels are made, and are tested by Nevada Heat Treat and KKM themselves. Not 100% tested, but 50-75% of them are. If there is something going on with the process, he needs to get a handle on it as well.

22 Oct 2019 13:59:08

Shay Akai

The way he said it over the phone was "I have been doing it for 25 years, never had a soft barrel, no way I have a soft barrel, send me the bad barrels and I will tell you if you are right"

22 Oct 2019 13:59:38

John Vlieger

and if you have a ton of barrels, man, it's not going to hurt your case to be without one for a while. Let him take a look, at the same time you can send one for independent testing.

22 Oct 2019 13:59:52

Shay Akai

Over the phone he said that he tests the hockey pock and not the barrel. He also said that he heat treats them in batches.

22 Oct 2019 14:00:46

Shay Akai

I have informed him before Nats. I sent lab reports. Zero replies.

22 Oct 2019 14:01:11

John Vlieger

as I said on the phone, I don't know enough about gun building or barrel manufacturing to tell asshole from elboes, man. all I'm trying to do is get this shit figured out.

22 Oct 2019 14:01:20

Shay Akai

I understand

22 Oct 2019 14:01:45

Shay Akai

I gave him a chance. As soon as I found out

22 Oct 2019 14:02:03

Shay Akai

I got the "IDGAF" treatment

22 Oct 2019 14:03:01

Shay Akai

I have sent the actual lab results. Got an email saying printed and put on bosses desk

22 Oct 2019 14:05:12

Shay Akai

Zero replies

22 Oct 2019 14:05:18

John Vlieger

Shay, send him a barrel to eval. at the same time get one evaluated independently. Call it operating in good faith. if you do end up involving the courts it will only help you.

22 Oct 2019 14:05:35

John Vlieger

I've gotten zero replies from $20,000 orders from him, as well.

22 Oct 2019 14:05:50

Shay Akai

I have already used an independent lab. Two of them.

22 Oct 2019 14:06:06

Shay Akai

Two separate ones

22 Oct 2019 14:06:20

Shay Akai

Good faith would have been "how many barrels you need to take care of customers?"

22 Oct 2019 14:06:43

Shay Akai

Those four barrels I am buying from you are replacements, not for new builds...
22 Oct 2019 14:07:21
John Vlieger
and I'm still saying you should send one in and have him eval it.
22 Oct 2019 14:09:22
John Vlieger
if i was in his shoes and a customer was telling me that I have a serious problem with God knows how much stock that is out on the wild, I would want to see it myself too, to make sure i knew exactly what was going on
22 Oct 2019 14:10:01
John Vlieger
I'm on the sidelines here, but I'm invested in both of you. And I'm telling you that was he's asking for isn't out in the wild blue, man.
22 Oct 2019 14:15:17
Shay Akai
I can send more independent lab reports
22 Oct 2019 14:20:07
Shay Akai
I told him on the phone that I am in trouble and guns are breaking because of soft barrels
22 Oct 2019 14:20:59
Shay Akai
Zero help
22 Oct 2019 14:21:05
Shay Akai
He has one possible course of action now
22 Oct 2019 14:26:23
Shay Akai
He can talk to my attorney and give him his insurance info
22 Oct 2019 14:26:46
John Vlieger
I spoke with Luke again today, after I got off of work. He's planning on giving you a call tomorrow morning his time.
22 Oct 2019 19:22:23
Shay Akai
Ok, thanks
22 Oct 2019 19:22:55
Shay Akai
23 Oct 2019 11:24:02
Shay Akai
Tested by an engineer at Hendricks Motorsports

255

23 Oct 2019 11:24:12

Shay Akai

That's now four different testers in four different locations

23 Oct 2019 11:31:18

John Vlieger

not gonna comment on that, bud. seriously. i can't anymore. i will say this, though regarding the images you just sent me

23 Oct 2019 11:43:00

John Vlieger

23 Oct 2019 11:43:02

John Vlieger

https://westportcorp.com/blogs/rockwell/hardness-measurement

23 Oct 2019 11:43:07

John Vlieger

as i attempt to educate myself more on the topic

23 Oct 2019 11:43:23

Shay Akai

I know and we tested the flats as well. Zero difference

23 Oct 2019 11:43:49

Shay Akai

The "correction" is a fraction

23 Oct 2019 11:44:23

John Vlieger

talk to Luke, Shay. Please. if he doesn't call you by about 4pm your time, let me know.

23 Oct 2019 11:45:05

Shay Akai

Zero phone calls so far

23 Oct 2019 11:47:44

John Vlieger

you know he's east coast, right?

23 Oct 2019 11:47:52

John Vlieger

i mean west coast

23 Oct 2019 11:47:55

Shay Akai

Nevada, sure

23 Oct 2019 11:48:01

Shay Akai

23 Oct 2019 11:48:16

Shay Akai

Pictures getting sent to me now
23 Oct 2019 11:48:28
John Vlieger
looks like someone blew up their barrel
23 Oct 2019 11:49:15
Shay Akai
Yes
23 Oct 2019 11:49:32
Shay Akai
Bud, you asked me to tell you if I don't get a phone call by 4
23 Oct 2019 16:11:15
John Vlieger
I sent him an email right before I got off work
23 Oct 2019 20:23:59
Shay Akai
Cool. Thanks bud
23 Oct 2019 20:25:58
Shay Akai
It's on him, not you
23 Oct 2019 20:26:10
John Vlieger
I was instructed by Chuck to stay out of this from here on out. Seriously. And we appreciate the info/heads up, and we are watching, but can't get involved for the time being
23 Oct 2019 20:26:58
Shay Akai
He is smart
23 Oct 2019 20:28:02
Shay Akai
Again, the only reason I involved you was because I watch your back
23 Oct 2019 20:28:19
Shay Akai
I never blamed you or asked you for anything
23 Oct 2019 20:28:29
Shay Akai
My goal was to warn you
23 Oct 2019 20:28:47
Shay Akai
Frankly, there is NOTHING you CAN do.
23 Oct 2019 20:29:04
John Vlieger

your order is going out today, combined with the other order. signature required, saved you $10 on shipping

24 Oct 2019 13:20:32

Shay Akai

Thanks sweetheart

24 Oct 2019 13:22:04

John Vlieger

its what we do

24 Oct 2019 13:22:21

Shay Akai

I know, I appreciate it

24 Oct 2019 13:22:33

==Shay Akai==

==What do you want to do about barrels, unmolested, original packaging, but tested below spec?==

==24 Oct 2019 13:22:54==

==Shay Akai==

==Can you take them back?==

==24 Oct 2019 13:23:01==

==John Vlieger==

==that would be a you and chuck convo. he's probably going to say wait and see what happens in that regard. if its a MFR warranty thing, our default is get the MFR involved and they handle the exchange/warranty/etc==

24 Oct 2019 13:23:48

Shay Akai

Oh, have the MFR call me

24 Oct 2019 13:24:08

Shay Akai

Bahahaha

24 Oct 2019 13:24:10

Shay Akai

No worries, will talk to Chuck about it or add to the pile of shit I am going to make them pay for :)

24 Oct 2019 13:25:27

Shay Akai

Btw, for your education, call up Kart and ask them how they heat treat barrels

24 Oct 2019 13:25:48

John Vlieger

like i said, from speaking with KKM, they get annealed steel in, test the Rc on that steel, then make barrels, then have an off site heat treat company heat treat, who does their testing, then KKM does Rc testing on site to spot check as well

258

24 Oct 2019 13:26:55
John Vlieger
and i ordered Kart today. by phone. because fax or phone is the only way they handle orders
24 Oct 2019 13:27:23
Shay Akai
Lol
24 Oct 2019 13:28:27
Shay Akai
They are way old school
24 Oct 2019 13:28:33
Shay Akai
28 Oct 2019 11:57:07
Shay Akai
I am going to send one back, cool?
28 Oct 2019 11:57:39
John Vlieger
You need to talk to Chuck about that. I can't give you a good answer
28 Oct 2019 12:30:05
Shay Akai
Ok
28 Oct 2019 12:40:19
Shay Akai
I sent him the pics and a message
28 Oct 2019 12:43:36
John Vlieger
775.246.5444
28 Oct 2019 15:14:57
John Vlieger
just talked to Luke. he'd like you to give him a call'
28 Oct 2019 15:15:08
Shay Akai
Eh?
28 Oct 2019 15:15:09
John Vlieger
he tried calling the shop on friday, it kept ringing
28 Oct 2019 15:15:28
John Vlieger
just passing it along. he's available now
28 Oct 2019 15:15:33
Shay Akai

Thank you
28 Oct 2019 15:15:39
John Vlieger
he's ready to talk today.
28 Oct 2019 15:17:01
Shay Akai
28 Oct 2019 15:18:03
Shay Akai
Voicemail
28 Oct 2019 15:18:07
John Vlieger
try again. he was just on the phone with me,
28 Oct 2019 15:18:56
Shay Akai
Off the ohone5
28 Oct 2019 15:40:49
Shay Akai
Phone
28 Oct 2019 15:40:52
Shay Akai
Same answer as before "if the barrel is soft, we will replace it"
28 Oct 2019 15:41:09
John Vlieger
so, are you going to send him a barrel?
28 Oct 2019 15:46:04
Shay Akai
A split one, sure
28 Oct 2019 15:50:25
Shay Akai
He also told me that SC requested a dimple and a QC card with each barrel
28 Oct 2019 15:52:01
Shay Akai
I think that is a step in the right direction for you guys
28 Oct 2019 15:52:32
John Vlieger
I think no matter what, whoever is right, and whatever happens, with the post you've made we wouln't be able to sell any without it
28 Oct 2019 15:53:24
John Vlieger
did you tell Luke you would send a split one?
28 Oct 2019 15:53:42

John Vlieger
and what do you mean split, like long ways?
28 Oct 2019 15:53:48
Shay Akai
He also said you sent the pics I send you to Bunker and Bunker sent them to him
28 Oct 2019 15:54:55
Shay Akai
Yea, I will cold saw split one
28 Oct 2019 15:55:26
John Vlieger
I've talked to Bunker, yes. as an independent input on this
28 Oct 2019 15:55:49
Shay Akai
The post I made was legit. I informed you, Chuck and Luke a long time ago. none of you have offered any help.
28 Oct 2019 15:56:09
Shay Akai
I have tried very hard to get some help, none of you stepped up
28 Oct 2019 15:56:30
Shay Akai
Not even a tiny bit
28 Oct 2019 15:56:38
John Vlieger
what were we going to do? We are not gunsmiths or metalurgists
28 Oct 2019 15:56:42
John Vlieger
or barrel manufacturers
28 Oct 2019 15:56:48
Shay Akai
Perfect example was this morning John
28 Oct 2019 15:57:05
Shay Akai
I bought barrels to replace other barrels
28 Oct 2019 15:57:14
John Vlieger
you want the truth, Shay? Another smith had barrels inspected, and they came up soft. they were sent to KKM, who had their certified heat treat facility test them with their certified machines, and they came back in spec
28 Oct 2019 15:57:38
Shay Akai
I tested them, tiny dimple. One was out of spec and you guys won't take it back

28 Oct 2019 15:57:41
Shay Akai
John, that is a shocker :)
28 Oct 2019 15:58:00
Shay Akai
Think buddy
28 Oct 2019 15:58:04
John Vlieger
we don't take barrels back, period. we make exceptions occasionaly
28 Oct 2019 15:58:07
John Vlieger
https://www.shootersconnectionstore.com/Policies.aspx
28 Oct 2019 15:58:19
Shay Akai
I understand,but that would have helped me out
28 Oct 2019 15:58:26
John Vlieger
"We do not accept returns on any barrel due to us not being able to discern the newness of the part"
28 Oct 2019 15:58:28
John Vlieger
What im getting at is that this is between you and KKM. I have done my absolute best to facilitate you two getting together
28 Oct 2019 15:58:53
John Vlieger
I mean that.
28 Oct 2019 15:58:59
Shay Akai
I know John
28 Oct 2019 15:59:05
John Vlieger
I want this worked out. for your benefit, for KKM to sell barrels, and for us to make both of those goals happen
28 Oct 2019 15:59:18
Shay Akai
And you were the first phone call I made
28 Oct 2019 15:59:41
Shay Akai
To protect you, to warn you
28 Oct 2019 15:59:51
John Vlieger

262

but Im telling you, as I've said from the start. No MFR is going to blind faith send thousands of dollars in product without inspecting the failed part

28 Oct 2019 15:59:52

John Vlieger

and I talked to Luke, face to face, the very next week

28 Oct 2019 16:00:14

Shay Akai

A little help from SC or KKM would have gone a long way

28 Oct 2019 16:00:58

Shay Akai

STI called and offered me free barrels dude

28 Oct 2019 16:01:08

Shay Akai

Legit, what ever I need

28 Oct 2019 16:01:16

Shay Akai

Free

28 Oct 2019 16:01:18

John Vlieger

Oh? you know they fucked Bobby on slides ,right?

28 Oct 2019 16:01:20

Shay Akai

Zero charge

28 Oct 2019 16:01:25

Shay Akai

Free bud

28 Oct 2019 16:01:30

Shay Akai

And they did not fuck Bobby. They have a policy with weight

28 Oct 2019 16:02:10

John Vlieger

Uh uh. we aint talking about weight

28 Oct 2019 16:02:20

Shay Akai

I don't care about Bobby

28 Oct 2019 16:02:30

John Vlieger

their new policy is if there is ANY CUTS besides sights, no exchange

28 Oct 2019 16:02:33

Shay Akai

They offered me free to help me out

28 Oct 2019 16:02:39
Shay Akai
SC won't take back a barrel I got today and tested today.
28 Oct 2019 16:03:12
John Vlieger
once again. If you send barrels to KKM, and they inspect, and their certified heat treater says the barrel is bad?
28 Oct 2019 16:03:13
John Vlieger
do you think they will lie?
28 Oct 2019 16:03:35
Shay Akai
I have four testers that say they did
28 Oct 2019 16:03:57
Shay Akai
Because, in theory, these barrels were already tested
28 Oct 2019 16:04:14
John Vlieger
did you talk to Luke about how they test barrels?
28 Oct 2019 16:04:29
John Vlieger
or Bunker?
28 Oct 2019 16:04:33
Shay Akai
Bunker is not an expert
28 Oct 2019 16:04:49
Shay Akai
I talked to Chuck Warner, he is an actual expert
28 Oct 2019 16:05:02
Shay Akai
And we tested the barrels in every which way. The results are within 1/2 a point
28 Oct 2019 16:05:29
Shay Akai
Not 10 points off
28 Oct 2019 16:05:58
Shay Akai
Call up Warner and ask him
28 Oct 2019 16:06:30
Shay Akai
I know you have his number
28 Oct 2019 16:06:42

264

John Vlieger

I talked to Luke about testing. And the way they test, and why. Im not a metalurgist. Or machinist. I'm going off of the expert opinion I have access to, which is the manufacturer of the barrels. they explain how, and why they test where they do. the smith that sent barrels in? the ones that tested low? they tested about an inch in from the threading, and essentially squished the barrel in.

28 Oct 2019 16:08:13

John Vlieger

they get to KKM, and Luke has the certified heat treater test the barrels on equipment and fixturing meant for it, and get a measurement within .5-.8 RC of where it's supposed to be

28 Oct 2019 16:09:04

John Vlieger

What are we supposed to do in this situation, Shay?

28 Oct 2019 16:09:39

Shay Akai

You? Or KKM?

28 Oct 2019 16:09:57

John Vlieger

Us. We hardly have any barrels as it is. I, me not Chuck, did everything I could to get you in touch with KKM and let him know whats up to get you taken care of. Like any other warranty question we get here.

28 Oct 2019 16:10:58

John Vlieger

I think you need to book a plane ticket to Nevada, and bring your barrels with you

28 Oct 2019 16:11:24

Shay Akai

And I never had an issue with you John and you know that

28 Oct 2019 16:11:35

John Vlieger

because there is going to be zero resolution with lawyers involved without that, I feel

28 Oct 2019 16:11:37

John Vlieger

without lawyers invovled*

28 Oct 2019 16:11:52

Shay Akai

Remember this started by me being your friend and letting you know first, so you don't get in trouble

28 Oct 2019 16:12:11

Shay Akai

I don't ask anything from you

28 Oct 2019 16:12:30
Shay Akai
Today was the first time I asked something from SC
28 Oct 2019 16:12:42
Shay Akai
Today was my first request
28 Oct 2019 16:13:01
John Vlieger
what about this. I have a request for you
28 Oct 2019 16:13:24
Shay Akai
Ok
28 Oct 2019 16:13:32
John Vlieger
you box that out of spec barrel up, the one you want to return
28 Oct 2019 16:13:37
Shay Akai
Yes
28 Oct 2019 16:13:45
John Vlieger
and ship it to KKM for them to test.
28 Oct 2019 16:13:46
John Vlieger
I, me, John Vlieger, will send one of my barrels that Pat has to you
28 Oct 2019 16:14:01
John Vlieger
same spec. C/P ramp 5.0 threaded hybrid
28 Oct 2019 16:14:14
John Vlieger
once Luke has it, and is able to have his heat treater run a cert on it
28 Oct 2019 16:14:35
John Vlieger
once he has it, you get my barrel
28 Oct 2019 16:14:56
John Vlieger
regardless of the outcome of the test
28 Oct 2019 16:15:00
Shay Akai
Sorry, phone
28 Oct 2019 16:15:16
Shay Akai

First, I appreciate you
28 Oct 2019 16:19:04
Shay Akai
Sure, I will send it to Luke. It is a 40, not way out of spec, but not in spec and where I want my gun
28 Oct 2019 16:19:55
Shay Akai
If Luke wants to send a replacement, great
28 Oct 2019 16:20:07
John Vlieger
we got Nowlin C/P ramped barrels in
30 Oct 2019 13:09:58
John Vlieger
40 and 9 bull
30 Oct 2019 13:10:11
Shay Akai
Excellent, will buy some
30 Oct 2019 13:39:58
John Vlieger
putting together an order right now. pricing the same on those cheely magwells as the standard ones?
4 Dec 2019 10:05:52
Shay Akai
Yea, should be on the website
4 Dec 2019 10:06:52
Shay Akai
They are selling well
4 Dec 2019 10:06:57
John Vlieger
just in aluminum currently?
4 Dec 2019 10:07:35
Shay Akai
The steel magwell is 9oz. I don't recommend it for steel grips, overkill
4 Dec 2019 10:14:12
Shay Akai
But I had two phone calls this morning asking for steel version
4 Dec 2019 10:14:34
John Vlieger
alright. ordered 14 of the alumium version. just sent it in and pinged Lisette
4 Dec 2019 10:14:37
Shay Akai

267

So may make them
4 Dec 2019 10:14:38
Shay Akai
Awesome. Thanks
4 Dec 2019 10:14:45
John Vlieger
let me know. we will probably get a few to try out
4 Dec 2019 10:14:50
John Vlieger
and, next time you do a run of thumb rests, if you want to do two without the logo you'll save us some time. Pat is getting started on my twins this month
4 Dec 2019 10:15:26
John Vlieger
don't even have to coat em.
4 Dec 2019 10:15:38
Shay Akai
Easy
4 Dec 2019 10:15:57
Shay Akai
Making basepads btw
4 Dec 2019 10:16:05
John Vlieger
for SV, or Walther
4 Dec 2019 10:16:10
Shay Akai
4 Dec 2019 10:16:26
Shay Akai
Count them rounds
4 Dec 2019 10:16:33
Shay Akai
Stainless basepads
4 Dec 2019 10:16:40
John Vlieger
retention mechanism?
4 Dec 2019 10:16:53
John Vlieger
pin, screw, etc
4 Dec 2019 10:16:59
Shay Akai
Phillips screw, simple, easy and strong
4 Dec 2019 10:17:11

John Vlieger
and not patented, ha
4 Dec 2019 10:17:20
Shay Akai
Everyone has a Phillips and they don't strip
4 Dec 2019 10:17:24
Shay Akai
Exactly
4 Dec 2019 10:17:28
John Vlieger
they turn a 30 round tube into a 31?
4 Dec 2019 10:17:40
Shay Akai
4 Dec 2019 10:17:42
Shay Akai
Yep
4 Dec 2019 10:17:48
Shay Akai
Making a double sided universal mount with pins
4 Dec 2019 10:18:02
Shay Akai
SRO, DP and RTS2 one mount
4 Dec 2019 10:18:16
John Vlieger
https://www.bosscomponents.com.au/collections/2011/products/sti-scope-multi-mount
4 Dec 2019 10:18:59
John Vlieger
i've seen that before, it seems
4 Dec 2019 10:19:05
Shay Akai
Single sided
4 Dec 2019 10:19:13
Shay Akai
Almost all my sales are double sided
4 Dec 2019 10:19:21
John Vlieger
once its in production, let me know. we sell the double tap version thats multi. RTS2 and delta point
4 Dec 2019 10:20:25
Shay Akai

269

Adding SRO.
4 Dec 2019 10:20:47
John Vlieger
good idea.
4 Dec 2019 10:20:53
John Vlieger
seeing decent sales of the SRO mount from Everglades on our end
4 Dec 2019 10:21:14
Shay Akai
And away from ejection port
4 Dec 2019 10:21:19
Shay Akai
I hate that optic, but it sells
4 Dec 2019 10:21:36
John Vlieger
they're failing, too
4 Dec 2019 10:21:55
Shay Akai
They are failing on test fire
4 Dec 2019 10:22:07
John Vlieger
oh, and i dont know if i mentioned it ot you, but Cmore is working on their new optic
4 Dec 2019 10:22:12
John Vlieger
might be announced/released at Shot. US made, totally new design
4 Dec 2019 10:22:29
John Vlieger
I'm doing my best to get the mounting pattern as soon as they decide on it. i'll be passing it along to you, Cheely, etc
4 Dec 2019 10:22:56
Shay Akai
I go from concept to production in two days
4 Dec 2019 10:23:08
Shay Akai
Cool
4 Dec 2019 10:23:14
John Vlieger
might be RTS2 patter, might be a modified RTS2 patter, might be a new pattern
4 Dec 2019 10:23:19
John Vlieger
having options from all of you manufacturers at launch will help everyone

270

4 Dec 2019 10:23:39
John Vlieger
don't want to pull a Sig Sauer and launch a gun and optic that are not compatible with each other
4 Dec 2019 10:23:57
Shay Akai
Tarded
4 Dec 2019 10:25:07
John Vlieger
Sig and Safariland are our two head aches here when it comes to customer questions
4 Dec 2019 10:25:31
Shay Akai
Lol
4 Dec 2019 10:25:57
Shay Akai
We are going to start making parts for Walther as well
4 Dec 2019 10:26:17
John Vlieger
wait...you said "31 round big stick"
4 Dec 2019 11:46:27
Shay Akai
Not tested all the way but think so
4 Dec 2019 11:47:02
John Vlieger
with STI tubes i take it. tried it on an MBX tube?
4 Dec 2019 11:47:23
Shay Akai
We only tried 140s in 40 so far, 22+1
4 Dec 2019 11:49:12
Shay Akai
First batch will be for 140s
4 Dec 2019 11:49:21

This seals it

I see Luigi's influence



is that on a 17 rounder?

I dunno. It's a mag



said like a true gun assembler

It's a fucking plastic gun

I think they will sell well

OCT 9, 2019 AT 12:45 PM

**EXHIBIT**

**5**







i talked to Luke about that a little. you're supposed to measure it on a flat spot, like the side of the lug/link area

Lol, doesn't matter

It's fucking 34

Lol, doesn't matter

It's fucking 34



it does according to him

i aint a smith, or machinist, or whatever. just passing along the info











Like that?











Lower...

OCT 9, 2019 AT 1:16 PM



yup. hit up Luke, meng. i dunno whats up



yup. hit up Luke, meng. i dunno whats up



Broken guns....

OCT 14, 2019 AT 2:32 PM



# KKM PRECISION

1/9/2020

5201 Convair Dr., Carson City, NV 89706 | support@kkmprecision.com

**EXHIBIT**

**6**

To Whom It May Concern,

   Over the past several weeks it has come to my attention, by concerned customers, that rumors within social media are claiming KKM Precision has produced "Soft" barrels and is being sued by a company who received these barrels. The truth is KKM Precision and one of our dealers have received a letter of intent to sue if KKM Precision doesn't pay $1 Million dollars in next 30 days to said company. Prior to a Facebook post in October of 2019 by this company claiming "Soft" barrels, KKM Precision was not made aware of any issues with our heat treating and manufacturing process. Only that they had an issue with one barrel that they would like to send in for inspection. To date, this company has yet to send KKM Precision any proof of an "Out of Spec Soft Barrel" nor has any barrel ever been returned to us for inspection or warranty. I do not know if this company really does intend to sue or if this was just a threat to cover up and lay blame on us for their own actions. KKM Precision has always stood by the quality of our products and if anyone has any concerns or questions give us a call. Our warranty has always been to exchange, replace or refund any product that doesn't meet our standards of competitive shooting sports.

   Here at KKM Precision our manufacturing process has been established from well over 25 years of producing pistol barrels for nearly every single firearm company at one time or another. We use the very best stainless steel a Type 416R BQ#5 produced here in the United States. We order entire mill runs of this steel at nearly 6k pounds at a time. Every single 12ft bar is then checked for proper hardness by cutting off a 1" puck and heat treating it before the bars are turned into rifled blanks. After gun-drilling, reaming and then honing, we pull a button through the blanks to create our rifling. About halfway through the barrel making process the blanks are heat treated at Nevada Heat Treating. They will then test for Rockwell hardness on these blanks and supply a test report to us. We then finish machining the blanks into barrels and test for hardness again on our own fully automatic Innovatest Versus 720RS Rockwell hardness tester. We compare and record the results to make sure the barrels are within spec. To date, we have produced well over 100K barrels in 25 years and we have never seen a barrel test under 40HRC using this process. Because KKM Precision is a major supplier to the U.S. Military and Law Enforcement, we use ASTM E18-19 standards when hardness testing and will very soon become an ISO9001 certified manufacturing facility.

   For the past 25 years my company has had a long reputation within the shooting sports industry of helping customers, businesses and gunsmiths learn about pistol barrels and competitive shooting. Our shop has always been open to customers for tours and to those who just want to learn about manufacturing and robotics. We have one of the most advanced manufacturing shops in the industry, so stop on by or give me a call if you have any questions. We are here to educate, inform and pass along our knowledge to fellow shooters. We all enjoy competition shooting and the lifelong friendships it produces.

Thank you and see you on the range,

Luke McIntire





EXHIBIT

7



2:45    🔷 🔇 🔆 📶 70% 🔋

< **Nathan Carter**
   8:17 AM, Dec 18

Nathan, using this method of a spot anvil testing on the lower lug should result in 40RC(+ or - 2) for the BQ5 steel and 45-46RC for the Outokumpu 416R. Remember that Cryogenically treating the barrel can drop the RC by 2. Since you didn't order from us I have no idea which type you have. If you have any questions please let me know. ¿Thx¿Luke



Copy text          Share          More

|||          ◯          <

2:44    70%

‹  (N)  **Nathan Carter** ⌄    ⋮






MMS

Nathan, using this method of a spot anvil testing on the lower lug should result in 40RC(+ or - 2) for the BQ5 steel and 45-46RC for the Outokumpu 416R. Remember that Cryogenically treating the barrel can drop the RC by 2. Since you didn't order from us I have no idea which type you have. If you hav

View all

Next is the picture from KKM





EXHIBIT

8

exhibitsticker.com

# Brandan Bunker

John Vlieger
Mr Bunker, I really enjoy seeing your custom builds on facebook. Amazing attention to detail. I was curious if you plan on building any 2011 models for use in competition? I'm a USPSA grand master in open division and always on the lookout for quality builders to keep an eye on
24 Jan 2017 12:44:31
Brandan Bunker
I have built some 2011s already, have one on order currently. I do not build many 2011s, the market is saturated with a bunch of guys building them as quickly as possible
24 Jan 2017 13:53:55
Brandan Bunker
so I mainly build 1911s
24 Jan 2017 13:54:11
John Vlieger
Understandable. Was just curious as you have an obvious talent when it comes to the platform. There seems to be a split in the market of 2011s, though. There are a few who have quality but are quantity minded. Then you have the independent builders who focus on unique builds at a slower pace, but with amazing quality. Have you built open pistols before?
24 Jan 2017 13:57:40
Brandan Bunker
Yes i have built a few of them
24 Jan 2017 13:58:30
John Vlieger
Nice. Like I said, I like to keep my eye on builders that have quality for potential future work. I appreciate your time.
24 Jan 2017 13:59:52
Brandan Bunker
24 Jan 2017 14:01:22
Brandan Bunker
24 Jan 2017 14:01:27
Brandan Bunker
That is the most recent 9mm major gun i built
24 Jan 2017 14:01:43
John Vlieger
Very clean.
24 Jan 2017 14:41:50
John Vlieger

Can I get your opinion on something

8 Oct 2017 20:24:36

Brandan Bunker

Sure

8 Oct 2017 20:42:46

John Vlieger

8 Oct 2017 20:45:44

John Vlieger

8 Oct 2017 20:46:03

Brandan Bunker

Barrel was not times right

8 Oct 2017 20:46:43

Brandan Bunker

Timed

8 Oct 2017 20:46:49

Brandan Bunker

Looks like the crash caused the crack

8 Oct 2017 20:47:55

John Vlieger

Any doubt of that? Contributing factors?

8 Oct 2017 20:48:17

Brandan Bunker

I'm pretty confident based on the lugs being rolled over on both barrel and slide

8 Oct 2017 20:48:57

John Vlieger

And if the lugs of the barrel were already rolled when fit to a new slide?

8 Oct 2017 20:49:44

Brandan Bunker

That wouldn't cause the crash

8 Oct 2017 20:50:28

Brandan Bunker

The barrel was unable to lock down far enough to allow proper slide clearance

8 Oct 2017 20:51:19

Brandan Bunker

During the cycle

8 Oct 2017 20:51:33

John Vlieger

Thank you. I appreciate the info

8 Oct 2017 20:52:07

Brandan Bunker

No problem. See this a lot unfortunately

2

8 Oct 2017 20:52:59
John Vlieger
Besides timing issues, would a bad slide or something cause this? Fatigue in am odd location? Because it still failed at the ejection port
13 Oct 2017 18:42:18
John Vlieger
And out of curiosity, the open gun you built. What would the bill be like on one of those?
13 Oct 2017 18:42:45
Brandan Bunker
i know that a lot of the Dasan slides have been failing, even some caspian slides, just cracking under maybe above normal use
13 Oct 2017 18:43:53
Brandan Bunker
but that still shows signs of improper timing
13 Oct 2017 18:44:10
Brandan Bunker
unless the crack caused the crash which rolled the lugs on the slide
13 Oct 2017 18:44:32
Brandan Bunker
open gun with optic and 5 mags will be 7500+
13 Oct 2017 18:46:08
John Vlieger
Minus mags?
13 Oct 2017 18:46:22
John Vlieger
Roughly
13 Oct 2017 18:46:26
John Vlieger
7?
13 Oct 2017 18:46:29
Brandan Bunker
yes
13 Oct 2017 18:46:34
John Vlieger
Hey, Brandan. Love the pics you post showing your process. I work at Shooter's Connection and was wondering if you have considered shopping with us? You would have dealer cost, as an FFL. Didn't know if you used EGW, Wilson, Ed Brown, etc.
12 Jan 2018 10:18:27
Brandan Bunker
Thank you

3

12 Jan 2018 11:21:33
Brandan Bunker
I have bought from you guys before I believe
12 Jan 2018 11:21:41
Brandan Bunker
but have not set up a dealer account
12 Jan 2018 11:22:36
John Vlieger
i looked for your account and couldn't find it. if you set one up i'd be glad to set your account to dealer. email us a copy of your FFL to FFL@shootersconnection.com so we can have it on file and all else will be good to go
12 Jan 2018 12:12:31
Brandan Bunker
12 Jan 2018 12:16:49
John Vlieger
received and filed. just set up an account and I can flag it for you.
12 Jan 2018 12:20:37
Brandan Bunker
sounds good
12 Jan 2018 12:22:54
Brandan Bunker
thank you
12 Jan 2018 12:22:55
John Vlieger
not a problem. your work is a step above and I enjoy seeing how you do it all.
12 Jan 2018 12:24:06
Brandan Bunker
Thank you
12 Jan 2018 12:24:25
Brandan Bunker
I created an account
16 Jan 2018 10:24:42
Brandan Bunker
blbunker@hotmail.com
16 Jan 2018 10:24:46
John Vlieger
I just changed your account to "dealer" so you should see the reflected prices when you're logged in.
16 Jan 2018 10:28:03
John Vlieger
where are you located?

16 Jan 2018 10:28:07
Brandan Bunker
im in Florida
16 Jan 2018 10:28:14
Brandan Bunker
just south of tampa
16 Jan 2018 10:28:17
John Vlieger
UPS Ground is 2 days to almost all of Florida and we are known for shipping same day.
16 Jan 2018 10:29:00
John Vlieger
so, you can save a little bit of money by using UPS ground
16 Jan 2018 10:29:14
Brandan Bunker
16 Jan 2018 10:41:33
John Vlieger
I'm looking at custom parts we could offer to gunsmiths and I notice you tend to blend the ejector into the slide. Is that something you prefer to make yourself, or is it something you would like to see available? I'm looking at getting an oversized in width and height 1911 ejector made for us here at Shooter's Connection and I'd appreciate your input
1 Mar 2018 12:09:25
Brandan Bunker
for most it is best to buy the oversized blanks
1 Mar 2018 13:00:09
Brandan Bunker
the pins on the bottom of a cnc operation and a lot of the smiths do not have CNC machines, so they like the bottom finished out and the top oversized to fit
1 Mar 2018 13:00:36
John Vlieger
Hey there, Brandan. Love seeing the work you do and post. Wanted to drop you a line and let you know we have Nowlin ramped barrels, now. C/P and W/N ramp, bull and bushing, 9mm and 40. If there is anything we can do please let me know.
23 Aug 2018 10:49:47
Brandan Bunker
thanks
23 Aug 2018 10:55:21
Brandan Bunker
have you guys ever bought custom 1911s from builders for sale
24 Aug 2018 9:47:06

John Vlieger
yes. Ed Brown, Guncrafter, and most recently Ck Arms.
24 Aug 2018 9:48:01
John Vlieger
and Wilson Combat, but I would classify them as more "factory custom"
24 Aug 2018 9:48:20
Brandan Bunker
yeah those are semi custom
24 Aug 2018 9:49:34
Brandan Bunker
i have been getting curious about b2b sales
24 Aug 2018 9:50:21
Brandan Bunker
im not a retailer, one man shop, people take up too much time
24 Aug 2018 9:50:35
John Vlieger
That's the niche and service we fill. The main problem with true full custom work is customers want exactly what they want when they spend that kind of money. Also, we cater to the competition market. So for example, a bull barrel 1911 single stack would be great in theory, but doesn't fit in the ruleset of USPSA, IDPA, or 3 gun. Just being forthright with you. We've had 2 guncrafters sitting here for quite a while.
24 Aug 2018 9:56:51
John Vlieger
what did you have in mind? Double stack 1911s/2011s would be our primary interest.
24 Aug 2018 9:57:12
Brandan Bunker
im gathering information more than anything
24 Aug 2018 9:58:23
Brandan Bunker
what types of builds that I could produce for companies like yours
24 Aug 2018 9:58:48
John Vlieger
short answer is yes, we are interested. but it really depends on the product and pricing.
24 Aug 2018 9:58:56
John Vlieger
Limited guns, Open guns, and Single stacks are the main area I see you fitting our niche. Staying in the sub $6k range is the hard part. the established names for race guns like SVI, Akai, and Atlas all operate in the $5-9k range.
24 Aug 2018 10:00:07
Brandan Bunker
24 Aug 2018 10:01:47

6

John Vlieger
don't take that price range as hard and fast, but as generalities. you do amazing work, but our sport has only so many people willing to drop used car prices on guns
24 Aug 2018 10:03:03
Brandan Bunker
yeah, that sport is definitely less willing to cough up cash, mainly because they spend so much on everything else as well, holsters, jerseys, shoes, bla bla bla
24 Aug 2018 10:03:53
Brandan Bunker
bullseye guy just needs a perfect gun
24 Aug 2018 10:04:05
John Vlieger
it's why we exist. more money to be made in the accessories than the guns as as retailer
24 Aug 2018 10:06:51
Brandan Bunker
makes sense
24 Aug 2018 10:07:08
John Vlieger
26 Oct 2018 8:42:37
John Vlieger
26 Oct 2018 8:42:40
John Vlieger
Shooters connection will have these in stock in the next few months. Made by kkm and in a variety of sizes
26 Oct 2018 8:43:15
Brandan Bunker
Cool
26 Oct 2018 8:43:34
Brandan Bunker
nice to have another sight tracker option
26 Oct 2018 8:43:47
John Vlieger
Exactly.
26 Oct 2018 8:43:55
John Vlieger
SV has had a monopoly for too long
26 Oct 2018 8:44:11
John Vlieger
I'd be happy to send you one to evaluate here soon. I have two first run prototypes with me

7

26 Oct 2018 8:44:45
Brandan Bunker
I have a 9mm that I was about to order a sight tracker barrel for
26 Oct 2018 8:45:45
John Vlieger
Is your customer on a time line? I'm traveling today but will be back in the office on Monday.
26 Oct 2018 8:47:15
Brandan Bunker
it is a build that I am starting next week, I will have 2 weeks
26 Oct 2018 8:47:49
Brandan Bunker
I can so a lot in reverse order haha
26 Oct 2018 8:48:03
John Vlieger
I have a 9 and 40, in my possession. Kkm made another 9 but it is sitting on their display table at uspsa nationals currently
26 Oct 2018 8:48:51
Brandan Bunker
26 Oct 2018 8:49:04
John Vlieger
And I already have a wait list for eval of the ones I have
26 Oct 2018 8:49:14
John Vlieger
So I'd have to get with kkm first. I'll let you know Monday or Tuesday
26 Oct 2018 8:49:40
Brandan Bunker
perfect, sounds good
26 Oct 2018 8:49:52
Brandan Bunker
Any word on a barrel?
5 Nov 2018 17:36:49
Brandan Bunker
Or no go
5 Nov 2018 17:36:54
John Vlieger
Unfortunately not. They are revising the design and my others have already been used or are out for review
5 Nov 2018 17:40:35
John Vlieger
I apologize for not getting back to you sooner

5 Nov 2018 17:40:43
Brandan Bunker
5 Nov 2018 17:40:54
John Vlieger
Also, we have preliminary pricing on the barrels. Dealer cost is going to be between $290-330 on barrels. Model dependant. SKUs we will have are going to be 5" plus threads .355, 4.5" plus threads .355, 5" no-threads .355, 5" no threads .400. 4.25" plus threads .355 is a possibility as well
7 Nov 2018 9:55:54
John Vlieger
If there are any parts you'd like to see us offer, or something else you need, please feel free to ask. We will have Tripp Research slides in stock, soon, as well. Billet slides with reverse plug cut. Unique and classic radius, 40 and 9mm
7 Nov 2018 9:56:46
Brandan Bunker
7 Nov 2018 16:51:25
Brandan Bunker
do you happen to have an completely bald SVI slides
8 Nov 2018 8:39:34
John Vlieger
We don't stock SV parts. They are not picking up any dealers, currently. Possibly in the next year, but not right now. Only dealer I know of for SV parts is Speed Shooters in CA, and even then they are out of stock of stuff more often than not.
8 Nov 2018 8:40:39
John Vlieger
We have caspian in stock, and some CK's. Tripp slides incoming soon
8 Nov 2018 8:40:54
Brandan Bunker
I use the tripp slides already they are nice, most of my builds are on them
8 Nov 2018 8:41:17
John Vlieger
good to hear. if you have any other feedback on the Tripp slides, please pass them along. we are stocking them soon and I already have other customers asking about feedback on them
8 Nov 2018 8:41:48
Brandan Bunker
in my opinion they are the nicest slides on the marke
8 Nov 2018 8:42:18
Brandan Bunker
market
8 Nov 2018 8:42:22

John Vlieger
Any issues with tunnel cuts, reverse spring plug cuts, or slides cracking?
8 Nov 2018 8:46:26
Brandan Bunker
they are around 38rc so not overly hard, which is not necessarily a bad thing, every cut is done with a slight radius in the corner, the barrel tunnel is very true and consistent. The measurement from the bottom of the slide rails to the top of the barrel tunnel at the first radial lug is .847 to .8475 consistently so they are a middle of the road slide that works with both .225 and .230 frame types
8 Nov 2018 8:49:58
Brandan Bunker
width is .925-.926
8 Nov 2018 8:50:42
Brandan Bunker
the top radius is completely machined so it is true and accurate front to back
8 Nov 2018 8:51:00
Brandan Bunker
top radius is also thicker than caspian so you can flat top and cut a front sight dovetail and still have some meat under the dovetail
8 Nov 2018 8:51:33
Brandan Bunker
extractor passages are all .208 on the money
8 Nov 2018 8:54:08
Brandan Bunker
first time I have seen good consistency in slides since i started this business
8 Nov 2018 8:54:54
Brandan Bunker
what do you sell them for?
8 Nov 2018 8:57:39
Brandan Bunker
i get them through JEM now
8 Nov 2018 8:57:47
John Vlieger
Retail will be around $250, don't know what dealer would be.
8 Nov 2018 9:06:16
John Vlieger
and thank you very much for the input. would you mind if I quoted you for the product description?
8 Nov 2018 9:06:39
Brandan Bunker
yeah no problem

8 Nov 2018 9:08:42
John Vlieger
Great seeing your work, sir. Wanted to reach out and let you know we are still on track for those hybrid barrels to come in around new year. Also, we stock Tripp slides now. Dealer price is $242. We have 40 cal and 9mm unique/no radius in stock, as well as come classic radius.
13 Dec 2018 13:55:46
Brandan Bunker
thanks
13 Dec 2018 14:02:32
Brandan Bunker
appreciate it
13 Dec 2018 14:02:36
John Vlieger
pre-order for those hybrid barrels is live, sir. we are expecting them in the next few weeks, shipping before the end of the month
2 Jan 2019 16:19:10
Brandan Bunker
do you have any KKM 45 5" non ramped barrels in stock
7 Jan 2019 18:39:08
John Vlieger
Not much demand for those. We might have Kart in stock but almost definitely not KKM. Lemme check
7 Jan 2019 18:40:48
Brandan Bunker
7 Jan 2019 18:47:03
John Vlieger
No, sir we do not.
7 Jan 2019 18:50:42
Brandan Bunker
Thanks for checking
7 Jan 2019 18:51:33
John Vlieger
26 Jan 2019 13:39:48
John Vlieger
Got them in.
26 Jan 2019 13:40:01
Brandan Bunker
cool
26 Jan 2019 13:56:48
Brandan Bunker

finally an SVI alternative
26 Jan 2019 13:56:55
Brandan Bunker
the whole schuemann things is a damn shame, those were nice barrels
26 Jan 2019 13:57:11
Brandan Bunker
i like KKM, those guys will do exactly what you want them to as far as dimensions go
26 Jan 2019 13:57:38
John Vlieger
Yes, sir. Been a pleasure working with them to get these to market
26 Jan 2019 13:59:06
Brandan Bunker
kart will not do t hat
26 Jan 2019 13:59:21
Brandan Bunker
haha
26 Jan 2019 13:59:24
Brandan Bunker
and the rest just dont build as nice of a barrel as far as im concerned
26 Jan 2019 13:59:39
John Vlieger
We've been trying to get kart to make bulls for a while now
26 Jan 2019 13:59:39
Brandan Bunker
their equipment is not as good as KKM, those DMG Mori machines are amazingly accurate
26 Jan 2019 14:00:09
John Vlieger
I've heard that. I'm still learning about machining and such every day. If you have special requests for the next order I'd love to hear them. Trying to expand the line with gunsmith input
26 Jan 2019 22:03:16
John Vlieger
You happen to k ow major and minor thread specs for 11/16 x 40 thread off the top of your head?
2 Feb 2019 11:44:39
Brandan Bunker
.6875 major. Forgot minor. Likely 21/32 ish
2 Feb 2019 11:48:16
John Vlieger
2 Feb 2019 11:49:28

John Vlieger
Thank you, sir
2 Feb 2019 11:49:33
Brandan Bunker
2 Feb 2019 11:51:46
John Vlieger
Mr. Bunker, would you be interested in doing a slide and barrel eval for us here at Shooters Connection? We have a sample slide and barrel from an OEM manufacturer and we would like your professional opinion on the quality and dimensions of the parts before we move forward. Your attention to detail is extremely impressive, and we would value your input. If you're tied up, I understand.
29 May 2019 8:56:10
Brandan Bunker
Sure
29 May 2019 8:57:03
John Vlieger
wonderful. the 1108 24th ave address still good?
29 May 2019 8:58:00
Brandan Bunker
Yea
29 May 2019 8:58:12
Brandan Bunker
Unit 114
29 May 2019 8:58:15
John Vlieger
I'll have it out the door UPS 2nd day air today, sir. If you have need of other parts I can save you the shipping if you order it, as well
29 May 2019 8:58:34
Brandan Bunker
Do you have a commander length 10mm barrel KKM?
29 May 2019 9:11:00
Brandan Bunker
standard profile
29 May 2019 9:11:30
Brandan Bunker
or 9mm commander standard profile
29 May 2019 9:11:57
John Vlieger
unfortunately not in 10mm. don't even have one in 40. we don't get many requests for that on the race gun side.
29 May 2019 9:12:19

John Vlieger
we do have the 9mm though
29 May 2019 9:12:23
John Vlieger
https://www.shootersconnectionstore.com/KKM-355-Caliber-Bushing-Barrel-Commander-P5252.aspx
29 May 2019 9:12:24
Brandan Bunker
which ramp is it
29 May 2019 9:14:06
John Vlieger
C/P
29 May 2019 9:16:28
Brandan Bunker
cool, i can use it
29 May 2019 9:17:01
John Vlieger
great. if you place the order I can zero out of the shipping before we process it
29 May 2019 9:27:44
John Vlieger
or i can place hte order and you can log in and pay it. we dont store payment
information on our end
29 May 2019 9:28:01
Brandan Bunker
actually wait, i cannot use that barrel for this build i am doing, it is a rebuild, it is a
shit para frame where the VIS is cut back too far. So i would need a kart barrel
29 May 2019 9:32:09
John Vlieger
we don't carry any commander barrels from Kart, unfortunately
29 May 2019 9:34:40
Brandan Bunker
i will get a kart barrel from you guys, looks like you have 5" i can make that work
29 May 2019 9:34:45
Brandan Bunker
i am going to put a cone on it anyways
29 May 2019 9:34:55
John Vlieger
ah.
29 May 2019 9:35:05
Brandan Bunker
i will just reprofile the lower lugs

29 May 2019 9:35:18
Brandan Bunker
order placed
29 May 2019 9:36:05
John Vlieger
shipping zeroed. is fedex for reliable in your area, or UPS
29 May 2019 9:37:13
Brandan Bunker
Yeah they are fine
29 May 2019 9:42:56
John Vlieger
more* reliable. sorry. UPS it is, then. we have a better arrangement with t hem
29 May 2019 9:43:13
Brandan Bunker
Ups is my go to
29 May 2019 9:43:42
Brandan Bunker
bob servas stuff is junk
31 May 2019 13:41:11
Brandan Bunker
good pricing, but your customers are going to complain about it
31 May 2019 13:41:46
John Vlieger
not Bob Servas. but I think I just found out who makes fusions stuff
31 May 2019 13:53:18
Brandan Bunker
lol well that is what bob sells as his
31 May 2019 13:53:44
John Vlieger
how can you tell?
31 May 2019 13:54:03
Brandan Bunker
i have explored every part in this business. I have logged every dimension, hardness and strange issues with each
31 May 2019 13:54:35
Brandan Bunker
these are what fusion sells as their billet slides
31 May 2019 13:55:49
Brandan Bunker
and ultimatch barrels
31 May 2019 13:55:54

Brandan Bunker

dead give away on the slide was the scratches in the slide rails, the 26RC hardness, and the 0.002" over spec on critical dimensions, the small cut out on the slide stop notch, the 0.030" too shallow barrel abutment, and the 0.030" step over on the front part of the upper radial lugs.

31 May 2019 13:58:16

Brandan Bunker

the dead give away on the barrel is that the first radial lug is 0.292" from the bore, so this is a GI spec, which requires 0.010-0.012" higher vertical axis for 100% engagement, then causes firing pin misalignment

31 May 2019 14:04:24

Brandan Bunker

so aside from the barrel abutment being to shallow, and not allowing the barrel to fit the slide anyways, the barrel had to go too far up into the slide to make contact with the radial lug

31 May 2019 14:05:52

Brandan Bunker

they are just a mess all around

31 May 2019 14:05:57

Brandan Bunker

id rather deal with dasan parts

31 May 2019 14:06:15

Brandan Bunker

lol

31 May 2019 14:06:19

John Vlieger

thank you for your quick turn around on this, Mr Bunker. I really appreciate it. This OEM manufacturer operates under black label distribution almost exclusively. Makes sense that Serva would be using him. We sell a little but of Fusion, but it's limited to triggers and sear springs right now.

31 May 2019 14:28:41

Brandan Bunker

31 May 2019 14:36:38

Brandan Bunker

do you have any of those 80 series spacer plates?

7 Jun 2019 18:41:54

John Vlieger

Not currently. We are working on it. The guy who makes them is hard to work with

7 Jun 2019 19:01:44

Brandan Bunker

TJ

7 Jun 2019 19:01:57
Brandan Bunker
lol
7 Jun 2019 19:01:58
John Vlieger
Yep
7 Jun 2019 19:02:02
Brandan Bunker
i think i saw a solid model, i will likely just make one
7 Jun 2019 19:02:13
John Vlieger
If you do, and your prices are reasonable, we would probably take somr
7 Jun 2019 19:02:38
John Vlieger
Wilson combat wanted like $10-15.piece for them, dealer
7 Jun 2019 19:03:13
Brandan Bunker
yeah likely machined vs stamped or machined vs CNC waterjet/plasma
7 Jun 2019 19:04:51
Brandan Bunker
ill take a look at it and let you know
7 Jun 2019 19:05:13
Brandan Bunker
if i can get away with super glue fixture it would work out great
7 Jun 2019 19:05:42
John Vlieger
Thanks again for the eval of those parts. Is USPS or UPS easier for you? was going to send a label your way to get those parts back.
17 Jun 2019 14:21:18
John Vlieger
also, we have more KKM ribbed barrels coming in end of the month/early July. Didn't know if you had any projects needing one any time soon.
17 Jun 2019 14:21:52
Brandan Bunker
USPS is easier
17 Jun 2019 14:22:50
Brandan Bunker
I ended up not even needing that kart barrel I ordered from you, forgot that I had a commander barrel already go figure
17 Jun 2019 14:23:22
John Vlieger

if its still sealed we can take it back for gift cert for whole value
17 Jun 2019 14:24:26
Brandan Bunker
nah i took it out of the bag
17 Jun 2019 14:26:06
Brandan Bunker
ill just see if another smith wants it
17 Jun 2019 14:26:49
John Vlieger
Hey, Brandan. I'm working on getting slides made to our spec and was wondering if you had CAD or prints of a proper slide specification?
5 Jul 2019 8:11:34
John Vlieger
This would be a made in the US slide and we would have to order quite a few to get pricing low enough to make it worth our time. Getting your input on the critical dimensions would be much appreciated. If you wanted to talk more about it, I'd be glad to speak with you about it over the phone. Slides are in a weird spot right now. Tripp is no longer selling them, and the others we've looked at are not in the right realm of pricing/quality.
8 Jul 2019 11:47:08
John Vlieger
Would there be a good time to call you and talk about this?
10 Jul 2019 14:41:58
Brandan Bunker
I have honestly lost interest in doing this kind of thing. Too much time spent with absolutely zero benefit to me what so ever. My time is worth more to me than that.
10 Jul 2019 16:08:51
John Vlieger
and we would be willing to compensate you for your time.
10 Jul 2019 16:10:10
Brandan Bunker
Contact Chuck Warner, he has been doing a bunch of consulting lately. He has some good prints.
12 Jul 2019 19:14:08
John Vlieger
I will do so. Thank you for the information, Brandan. We are trying to approach this from the best angle. Gunsmiths like yourself need to like the product and be involved if we want to earn your business
12 Jul 2019 19:15:18
Brandan Bunker
He is on facebook and around

18

12 Jul 2019 19:16:50
John Vlieger
I had a great chat with Mr Warner. A question for you after it, though. The colt national match slide spec. Is that comparable to the STI spec or the Tripp spec?
16 Jul 2019 19:52:36
Brandan Bunker
STI has their own thing going on, the tripp spec was closer to a national match spec
16 Jul 2019 19:53:20
Brandan Bunker
except it was in between a .850 and 0.845 slide
16 Jul 2019 19:53:46
John Vlieger
Would you say that most smiths would be happy with a NM spec?
16 Jul 2019 19:53:54
Brandan Bunker
yes
16 Jul 2019 19:54:41
Brandan Bunker
i would have to revisit the spec to confirm but the NM spec was designed to work with a .302 barrel
16 Jul 2019 19:55:18
Brandan Bunker
which is the standard for match grade these days
16 Jul 2019 19:55:28
Brandan Bunker
one thing that i will note though is that these days there are 2 different frames and 2 different slides, 0.230 frame and a 0.845 slides, which is original spec, and a .225 frame with a .850 slide, for the longest time a lot of race guns out there were .225 frames. the problem occurs when you use a .845 slide on a .225 frame or when you use a .850 slide on a .230 frame, exacerbates total vertical tolerance stack big time
17 Jul 2019 12:04:35
John Vlieger
thank you for that information. I'll definitely take it into account.
18 Jul 2019 8:25:03
John Vlieger
on a side note, we have those series 80 shims coming in today
18 Jul 2019 8:25:15
Brandan Bunker
18 Jul 2019 8:25:25
John Vlieger

I would like to inquire about purchasing some of your radial bore bushings for sale here at Shooters Connection. Do you have dealer pricing set up for that part?
19 Jul 2019 8:30:00
Brandan Bunker
I have dealer pricing
19 Jul 2019 11:28:22
Brandan Bunker
retail - 20%
19 Jul 2019 11:29:36
John Vlieger
ah, i see you're selling them on Harrisons website. we are a Harrison dealer. Should I order them through him?
19 Jul 2019 11:30:49
Brandan Bunker
too many middle men then
19 Jul 2019 11:33:47
Brandan Bunker
haha
19 Jul 2019 11:33:55
John Vlieger
gotcha.
19 Jul 2019 11:33:59
John Vlieger
didn't know if you were making them yourself or harrison was, and what not.
19 Jul 2019 11:34:12
Brandan Bunker
i make them, John sells them since he did not have any of his own
19 Jul 2019 11:34:35
John Vlieger
I'd like to order 5 of them to start. recommended diameter that you sell the most of?
19 Jul 2019 11:34:48
Brandan Bunker
I sell mostly .580s, they fit KKM barrels perfectly, .579s fit Kart barrels
19 Jul 2019 11:36:06
John Vlieger
I'll take 5 of the .580 diameter then. how would you like to be paid?
19 Jul 2019 11:37:04
Brandan Bunker
I can take a credit card by phone, paypal, zelle, check.
19 Jul 2019 11:38:42
John Vlieger

and would there be a price break for higher quantities down the road?
19 Jul 2019 11:38:53
John Vlieger
credit card works easiest for us, or we can send a check if you're ok with Net 30
19 Jul 2019 11:39:09
Brandan Bunker
941-545-0820
19 Jul 2019 11:39:32
Brandan Bunker
$7.90 for shipping
19 Jul 2019 11:51:47
John Vlieger
19 Jul 2019 11:57:12
John Vlieger
who's slides are you currently using?
25 Jul 2019 14:26:06
Brandan Bunker
I used JEM slides until i ran out, had to buy a couple of nighthawk slides
25 Jul 2019 14:26:57
Brandan Bunker
im going to get a sample of Eds new slides soon to check out
25 Jul 2019 14:28:40
Brandan Bunker
problem is these guys never manufacture them in-house, so the supply is always dictated by their cash flow
25 Jul 2019 14:29:07
John Vlieger
We talked to Ed here recently, well, Chuck did anyhow, and I can't remember the specifics of that one. But, I think I know who makes Nighthawks slides. What do you think of them?
25 Jul 2019 14:31:40
Brandan Bunker
they seem like dasan slides but the dimensions are different. I know they had a local machine shop making stuff as well so I am not certain on that, they are decent, wouldnt be my first choice but in a pinch
25 Jul 2019 14:32:55
John Vlieger
you ever heard of Remsport?
25 Jul 2019 14:41:44
Brandan Bunker
yeah

21

25 Jul 2019 14:42:02
Brandan Bunker
remsport buys from dasan, or at least they have for years
25 Jul 2019 14:42:48
John Vlieger
I have a sample slide from them with Shay at Akai Customs and it does not match Dasan specs. another smith looked at it and it checked out. Only thing noticeable is that the round top is slightly different from STI spec
25 Jul 2019 14:44:02
John Vlieger
from what I gathered talking with them and my own research they are making them in house
25 Jul 2019 14:44:26
Brandan Bunker
slightly different dimensions but the tool paths, hardness, were exactly the same, i know that remsport supplies dan wesson with many parts.
25 Jul 2019 14:49:06
Brandan Bunker
dasan supplied everyone at some point it seems
25 Jul 2019 14:49:34
John Vlieger
yeah, theyv'e made their mark for sure. and yeah, I thought Remsport was making nighthawks slides, as well. we've been talking to them for a while now.
25 Jul 2019 14:57:46
John Vlieger
on the phone with Nighthawk right now, actually.
25 Jul 2019 15:10:27
Brandan Bunker
the nighthawk ones look just like remsport, and they have a relationship. they are a pretty good slide
25 Jul 2019 15:10:56
John Vlieger
Nighthawk says all their slides are made at a local machine shop, like you said.
25 Jul 2019 15:15:33
John Vlieger
I'll let you know how it goes.
25 Jul 2019 15:15:43
Brandan Bunker
25 Jul 2019 15:15:45
John Vlieger

in the mean time, I can send that Remsport slide to you if you want. I know you don't like doing consultation work, but it doesn't hurt me none. it's been flat topped ,but thats it. I've had two smiths look at it and it checks out initially, except for the odd round top dimensions
25 Jul 2019 15:16:37
Brandan Bunker
25 Jul 2019 15:17:06
John Vlieger
I'll get it your way in the next few business days.
25 Jul 2019 15:33:55
John Vlieger
the slide you threw in the trash. what make?
23 Aug 2019 10:19:19
Brandan Bunker
That was one from Mark. He dissolved his business though so I will just practice 3d cuts on it
23 Aug 2019 10:24:18
John Vlieger
Mark?
23 Aug 2019 10:24:33
John Vlieger
the one that was making Tripp and JEM slides?
23 Aug 2019 10:24:42
Brandan Bunker
he wasnt making them, but I had a thought that he may be behind the new ones.
23 Aug 2019 10:26:56
Brandan Bunker
but you never get a straight answer out of those guys
23 Aug 2019 10:27:07
John Vlieger
We have two JEM slides on order. If they pass muster my Smith will be building two guns on them. You received yours yet?
9 Sep 2019 18:51:45
Brandan Bunker
Not yet still waiting
9 Sep 2019 18:53:14
John Vlieger
Have you received your JEM slides yet?
21 Oct 2019 20:33:08
Brandan Bunker
I recieved one straight from the guy who manufacturer

21 Oct 2019 20:42:12

John Vlieger

I received two from Ed. Breeches were not pretty.

21 Oct 2019 20:43:28

Brandan Bunker

Terrible.

21 Oct 2019 20:43:43

John Vlieger

He polished them up quickly. My Smith, Pat Rafferty, has them now

21 Oct 2019 20:43:45

John Vlieger

21 Oct 2019 20:44:16

John Vlieger

This is the before

21 Oct 2019 20:44:28

Brandan Bunker

The vertical tolerance was off and the ways were larger on the back half than the front half

21 Oct 2019 20:44:52

John Vlieger

Damn it all. Those were going to be on my new open guns.

21 Oct 2019 20:45:15

John Vlieger

So, ways being larger on the back, it would be tighter at recoil than lock up, or loose at the rear in lock up

21 Oct 2019 20:45:59

Brandan Bunker

Gets tighter as the slide goes back

21 Oct 2019 20:46:41

John Vlieger

Yeah. Usually you want the opposite

21 Oct 2019 20:46:52

Brandan Bunker

Correct

21 Oct 2019 20:46:58

John Vlieger

When did you get them? The ones I have were supposedly from the first batch and Ed had some small changes made

21 Oct 2019 20:47:18

Brandan Bunker

I got one straight from the manufacturer last week

24

21 Oct 2019 20:47:49
Brandan Bunker
Not through Ed
21 Oct 2019 20:48:09
John Vlieger
Oh, wonderful. Is the manufacturer making changes? Or is this not something that you'd feel confident trying again
21 Oct 2019 20:48:30
Brandan Bunker
I went down the list of things and one of them was being. .848-.850 vertical tolerance with 0.117 rails and he showed me one with 0.845 the following morning
21 Oct 2019 20:50:19
Brandan Bunker
Which is fine for a colt frame. Just going to be tight for the rest of the 0.225 frames like Jem frames
21 Oct 2019 20:51:06
Brandan Bunker
I didn't hear from him after that... mark said he was going to get another slide out and that he wanted that one back to sell it
21 Oct 2019 20:51:51
John Vlieger
To someone not as demanding? Ha
21 Oct 2019 20:52:16
Brandan Bunker
That would require a 5+ link
21 Oct 2019 20:53:54
Brandan Bunker
Youd think someone trying to tap into the market as THE guy... would just scrap that.
21 Oct 2019 20:54:30
Brandan Bunker
But that's Mark in his ear Mark sold me some out of spec slides
21 Oct 2019 20:54:49
Brandan Bunker
Knowingly
21 Oct 2019 20:55:00
John Vlieger
Mark... Who?
21 Oct 2019 20:55:01
Brandan Bunker
McCoy
21 Oct 2019 20:55:05

Brandan Bunker
Carlina arms group Mark
21 Oct 2019 20:55:19
John Vlieger
The one going out of business?
21 Oct 2019 20:55:31
Brandan Bunker
He went out of business
21 Oct 2019 20:55:43
John Vlieger
Wait... This manufacturer. Is the same guy that made CAG slides?
21 Oct 2019 20:55:51
Brandan Bunker
No. Different guy. But Mark is working with him.
21 Oct 2019 20:56:18
Brandan Bunker
The guy is a talented machinist but I think he is listening to the wrong people
21 Oct 2019 21:11:41
John Vlieger
my smith measured and the rails are tighter in front on both of the slides we received.
22 Oct 2019 13:16:41
Brandan Bunker
yeah figures
22 Oct 2019 13:21:38
Brandan Bunker
there is a reason for that
22 Oct 2019 13:21:48
Brandan Bunker
just a process thing more than anything, this is why the larger manufacturers relieve them there because they dont want to do the math for thermal dynamics on cutting processes
22 Oct 2019 13:22:31
Brandan Bunker
it is pretty predictable but not a perfect science due to variables
22 Oct 2019 13:23:15
John Vlieger
Chuck Warner is next on the list to evaluate, it appears
22 Oct 2019 15:18:29
Brandan Bunker
22 Oct 2019 15:31:26
John Vlieger

quick question for you about hardness in barrels. at what point, rockwell hardness, would you say a 416 steel barrel is unueseable/you would expect issues?
23 Oct 2019 11:37:54
Brandan Bunker
37-43.5 is spec
23 Oct 2019 11:44:12
John Vlieger
thanks. do you hardness test the barrels you receive?
23 Oct 2019 11:45:32
Brandan Bunker
yes
23 Oct 2019 11:48:46
Brandan Bunker
ive already hear the rumors about the KKM barrels, the guy doing the test obviously does not know how to use a hardness tester. just my opinion.
23 Oct 2019 11:49:17
John Vlieger
interesting
23 Oct 2019 11:49:33
Brandan Bunker
to be honest, he doesnt know how to fit a barrel either
23 Oct 2019 11:49:42
Brandan Bunker
professional opinion
23 Oct 2019 11:49:49
John Vlieger
i'm gonna go ahead and keep that to myself
23 Oct 2019 11:49:54
Brandan Bunker
haha you do what you need to do for your business, not going to sugar coat it haha
23 Oct 2019 11:50:31
John Vlieger
if a barrel was soft, say between 32-37 rc, what signs would you see on the barrel?
23 Oct 2019 11:52:50
John Vlieger
lugs rounding? hood compacting?
23 Oct 2019 11:53:08
Brandan Bunker
i would say the first signs would be bulging in the chamber
23 Oct 2019 11:53:21
Brandan Bunker

lugs rounding and hood compacting CAN be a sign of course, but that can also be found in improperly timed barrels so there is discrepancy there

23 Oct 2019 11:54:22

Brandan Bunker

so variables can be tricky

23 Oct 2019 11:54:36

John Vlieger

thank you for the information. I'll keep that in mind

23 Oct 2019 11:55:00

Brandan Bunker

if it was your smith, that is not who I am talking about.

23 Oct 2019 11:57:22

Brandan Bunker

just to be clear

23 Oct 2019 11:57:29

John Vlieger

23 Oct 2019 11:57:44

Brandan Bunker

you cannot measure hardness of a barrel like that accurately, you have to have something exact size in the chamber that is harder than the steel, a chamber plug so to speak

23 Oct 2019 11:58:53

Brandan Bunker

and of course whatever is underneath the barrel has to be harder than the barrel as well

23 Oct 2019 11:59:11

Brandan Bunker

the tester measures axial compression, so a hollow tube , especially in the thinner area, will compress dynamically

23 Oct 2019 11:59:48

Brandan Bunker

just a quick tip

23 Oct 2019 12:00:02

Brandan Bunker

I had to learn that the hard way

23 Oct 2019 12:02:40

Brandan Bunker

Hope that makes sense

23 Oct 2019 12:50:17

John Vlieger

It does. And thank you. Had a good chat with Luke at KKM right after, actually. And that came up, how you need training to operate the tester

23 Oct 2019 12:50:58
Brandan Bunker
23 Oct 2019 12:55:17
Brandan Bunker
Brandan sent an attachment.
23 Oct 2019 14:38:05
Brandan Bunker
Looks like he pulled the trigger anyways.
23 Oct 2019 14:38:26
Brandan Bunker
Lawsuits can be expensive
23 Oct 2019 14:38:43
Brandan Bunker
Dang
23 Oct 2019 14:38:46
John Vlieger
That's the reason I was talking to you about it. Yup
23 Oct 2019 14:40:20
John Vlieger
Shit show
23 Oct 2019 14:40:22
Brandan Bunker
definitely, I am glad i am a fly on the wall
23 Oct 2019 14:42:21
John Vlieger
"KKM tested the barrels and they say theyâ™re fine. They got 42 Rc with chamber plug and testing the lugs"
25 Oct 2019 15:25:06
John Vlieger
thats in regards to two barrels that tested in the low 30s by a smith I know
25 Oct 2019 15:25:24
Brandan Bunker
i tested 8 of them today, all 44
25 Oct 2019 15:25:35
John Vlieger
he sent those barrels in to be looked at by KKM, because hes not a shit stirrer on facebook
25 Oct 2019 15:25:36
John Vlieger
color me surpised
25 Oct 2019 15:25:54

Brandan Bunker

yeah i really cannot believe Shay did that

25 Oct 2019 15:28:27

Brandan Bunker

Well. I CAN. But still

25 Oct 2019 15:38:22

John Vlieger

25 Oct 2019 22:30:17

John Vlieger

And immediately after

25 Oct 2019 22:34:38

John Vlieger

25 Oct 2019 22:34:40

Brandan Bunker

25 Oct 2019 23:18:29

Brandan Bunker

Seems about right

26 Oct 2019 8:50:16

Brandan Bunker

Here people think he is a class act for responding in such a great way... but...

26 Oct 2019 8:50:56

John Vlieger

If you wanted to, you could offer to test the hardness of some of those barrels

26 Oct 2019 10:49:28

John Vlieger

As an independent party

26 Oct 2019 10:49:42

Brandan Bunker

i have a few builders already sending me barrels

26 Oct 2019 10:50:03

John Vlieger

I Mean shays barrels, specifically

26 Oct 2019 10:51:38

Brandan Bunker

oh haha,

26 Oct 2019 10:52:52

Brandan Bunker

shay wont want me to test his barrels

26 Oct 2019 10:55:43

John Vlieger

Because of you, or because of him

30

26 Oct 2019 10:56:57
John Vlieger
Or because of the likely result
26 Oct 2019 10:57:06
Brandan Bunker
that guy trolled me for like a year straight until i took him off my friends list so he didnt see what i was posting anymore
26 Oct 2019 10:58:04
Brandan Bunker
so just an assumption
26 Oct 2019 10:58:13
Brandan Bunker
if he wanted to send me a barrel to test id do it just like I would for anyone else..
26 Oct 2019 11:22:49
Brandan Bunker
26 Oct 2019 12:14:37
John Vlieger
26 Oct 2019 13:10:37
John Vlieger
This.... This doesn't make sense
26 Oct 2019 13:10:44
Brandan Bunker
no it doesnt
26 Oct 2019 13:11:40
John Vlieger
That last line. I... Don't know how to process that statement
26 Oct 2019 13:12:33
Brandan Bunker
all manufacturers will want to inspect their own products in a warranty claim, because if there is an issue, they will need to address it with their raw material provider or heat treat company. The last sentence is a head spinner
26 Oct 2019 13:14:30
Brandan Bunker
26 Oct 2019 13:14:47
John Vlieger
You don't say?
26 Oct 2019 13:15:12
Brandan Bunker
Dang you have a nice garage.
27 Oct 2019 20:49:54
John Vlieger

31

The running joke is that the wife bought the house, and I bought the garage. Need a buffing wheel, more electric ran, an air compressor installed and lines ran, and that's about it. It's a 30x60 on a concrete pad. With an engine hoist. On 18 acres. I love it
27 Oct 2019 21:02:52
Brandan Bunker
Thats awesome
27 Oct 2019 21:03:17
John Vlieger
The previous owner was a mechanic
27 Oct 2019 21:03:27
Brandan Bunker
I'm in Florida and it is very hard or very expensive to come by property
27 Oct 2019 21:03:58
John Vlieger
I paid $260k for the whole thing. I over paid a little I think.
27 Oct 2019 21:04:51
John Vlieger
I'm on city water, but septic.
27 Oct 2019 21:04:59
Brandan Bunker
I think 18acres alone would cost that here
27 Oct 2019 21:05:45
Brandan Bunker
Without the house and garage
27 Oct 2019 21:05:58
John Vlieger
I'm northwest of Lexington KY. Land is pretty cheap
27 Oct 2019 21:15:29
John Vlieger
Thanks for the kind words, man. I appreciate it. And it helps me appreciate what I have
27 Oct 2019 21:15:44
Brandan Bunker
Definitely nice.
27 Oct 2019 21:16:59
John Vlieger
key difference, you used a chamber insert. and, it looks like you actually calibrated your machine, too. imagine that
29 Oct 2019 12:31:35
John Vlieger
29 Oct 2019 12:31:37

Brandan Bunker
yeah, makes a difference
29 Oct 2019 12:33:14
Brandan Bunker
i also used the v block that came with the machine
29 Oct 2019 12:33:20
John Vlieger
you could make note of that in your post. talk about how when testing a cylinder you need to shore up the bore and test with appropiate fixturing.
29 Oct 2019 12:43:13
Brandan Bunker
I added the instructions
29 Oct 2019 16:08:10
Brandan Bunker
Lmao
29 Oct 2019 16:08:12
John Vlieger
nice.
29 Oct 2019 16:10:16
Brandan Bunker
so did the whole kkm barrel thing just disappear ?
7 Nov 2019 17:08:14
Brandan Bunker
i havent heard a peep more about it this week
7 Nov 2019 17:08:28
John Vlieger
No idea. I've been busy, myself
7 Nov 2019 17:09:29
Brandan Bunker
i have too
7 Nov 2019 17:10:30
John Vlieger
7 Nov 2019 22:04:29
Brandan Bunker
7 Nov 2019 22:05:07
John Vlieger
12 Nov 2019 22:37:23
Brandan Bunker
12 Nov 2019 22:37:43
Brandan Bunker
so shay suing you now?

10 Dec 2019 9:14:42
John Vlieger
Sent a demand letter yesterday
10 Dec 2019 9:21:20
John Vlieger
Who'd you hear it from?
10 Dec 2019 9:21:26
Brandan Bunker
it was on 2011 universe last night for a brief moment
10 Dec 2019 9:21:45
Brandan Bunker
no court is going to hold you liable as a retailer, especially when there still is not sufficient or any real evidence of defective parts. what a shit show
10 Dec 2019 9:23:06
Brandan Bunker
not like your name is on them or you knowingly sold defects
10 Dec 2019 9:23:55
John Vlieger
I think it's a hail Mary pass from him.
10 Dec 2019 9:25:42
John Vlieger
Also, he has yet to send a single barrel to KKM
10 Dec 2019 9:25:52
Brandan Bunker
yeah, he must have himself pinned in a corner
10 Dec 2019 9:26:51
John Vlieger
12 Dec 2019 12:37:07
John Vlieger
who's slide?
12 Dec 2019 12:37:11
Brandan Bunker
this is a remsport slide
12 Dec 2019 12:38:02
John Vlieger
needed a lot of work?
12 Dec 2019 12:38:09
Brandan Bunker
not too bad
12 Dec 2019 12:38:26
Brandan Bunker

just the steppover
12 Dec 2019 12:38:40
John Vlieger
might hit them back up, then. gotta go back through my notes
12 Dec 2019 12:38:59
John Vlieger
you hear anything else about this Shay/KKM bs?
12 Dec 2019 12:39:09
Brandan Bunker
not yet
12 Dec 2019 12:39:16
John Vlieger
hear that his lawyer sent some letters out?
12 Dec 2019 12:43:17
Brandan Bunker
yes i did hear that
12 Dec 2019 12:46:29
John Vlieger
k. wanted to make sure you're informed of the lengths he has gone to. and he has still not sent a barrel to KKM
12 Dec 2019 12:48:18
Brandan Bunker
it is nuts man
12 Dec 2019 12:52:16
Brandan Bunker
that guy is unhinged
12 Dec 2019 12:52:24
John Vlieger
do you order the majority of your KKM barrels direct from them, or from distributors?
18 Dec 2019 12:49:05
Brandan Bunker
Direct usually. Unless i need something fast
18 Dec 2019 12:52:15
John Vlieger
thats what i figured. i had a good chat with Luke at KKM today
18 Dec 2019 12:53:07
John Vlieger
if you order direct from their website, you usually get the standard grade 416R steel. we have been getting the 416R BQ5 grade steel, which is specced lower hardness
18 Dec 2019 12:53:36

John Vlieger
in the 38-40 range
18 Dec 2019 12:53:46
Brandan Bunker
Interesting.
18 Dec 2019 12:54:21
Brandan Bunker
Still within ordnance spec
18 Dec 2019 12:54:31
John Vlieger
correct. however, it muddies the waters
18 Dec 2019 12:55:02
John Vlieger
and Shay never ordered direct
18 Dec 2019 12:55:08
John Vlieger
however, this has been their standard practice for years
18 Dec 2019 12:55:15
John Vlieger
i'm tempted to pull a barrel out of one of hte oldest CK arms open guns we have here and have it checked, for a control from an older barrel
18 Dec 2019 12:55:35
John Vlieger
be like "Shay...you've been using 38-40 Rc barrels for years
18 Dec 2019 12:55:46
Brandan Bunker
Well Shays problem is improper installation
18 Dec 2019 12:55:46
John Vlieger
you really think he's ever going to admit that?
18 Dec 2019 12:55:57
John Vlieger
did he recently figure out he's been installing them wrong or something?
18 Dec 2019 12:56:16
Brandan Bunker
Well it will come out if pushed in a court setting
18 Dec 2019 12:56:16
Brandan Bunker
I honestly thing someone called him out on it... and he recently had Chuck Warner do some consulting for him
18 Dec 2019 12:57:00

36

Brandan Bunker
Maybe he realized or was told then
18 Dec 2019 12:57:09
Brandan Bunker
Chuck was the one who brought all this to me on a side note
18 Dec 2019 12:57:27
John Vlieger
supposedly Chuck is one who tested them and verified they were soft
18 Dec 2019 12:57:47
Brandan Bunker
Chuck doesn't have a tester
18 Dec 2019 12:57:58
Brandan Bunker
All the pics of testing was Shay testing himself
18 Dec 2019 12:58:31
Brandan Bunker
Which were all done incorrectly anyways
18 Dec 2019 12:58:53
John Vlieger
he also had some tests done on a Starrett tester by a mutual friend of ours. incorrectly
18 Dec 2019 12:59:17
John Vlieger
i got that friend in touch with KKM, he re did the tests today on the same barrel.
18 Dec 2019 12:59:30
John Vlieger
went from 34-39 Rc, to a consistent 37.9 Rc
18 Dec 2019 12:59:41
Brandan Bunker
18 Dec 2019 12:59:58
John Vlieger
KKM recommends the BQ5 grade for match guns. gets better accuracy, according to Luke at KKM
18 Dec 2019 13:01:08
Brandan Bunker
I've gotten fantastic results from both
18 Dec 2019 13:01:52
John Vlieger
good to hear
18 Dec 2019 13:01:57
Brandan Bunker
Better than Kart

18 Dec 2019 13:02:02
John Vlieger
he claims that in one gun an upper lug sheared off. i take it barrel fitment could do that pretty easily?
18 Dec 2019 13:21:01
Brandan Bunker
Yes
18 Dec 2019 13:33:44
Brandan Bunker
Timing issue
18 Dec 2019 13:33:59
John Vlieger
milling the lower lug back too far to extend lockup?
18 Dec 2019 13:44:18
Brandan Bunker
Yes. He overcuts them 0.030-0.050"
18 Dec 2019 13:45:29
Brandan Bunker
Among other things
18 Dec 2019 13:48:06
John Vlieger
like i said. get him to admit that is why guns were failing
18 Dec 2019 13:48:23
John Vlieger
i shoot with one of his employees occasionally. definitely gonna liquor him up some day and get him to spill the beans
18 Dec 2019 13:48:41
Brandan Bunker
18 Dec 2019 13:49:23
Brandan Bunker
anything more with Shaydy
3 Jan 2020 14:05:49
John Vlieger
not since the demand lletter
3 Jan 2020 14:06:39
Brandan Bunker
well thats good
3 Jan 2020 14:11:33
Brandan Bunker
annoying
3 Jan 2020 14:11:36

Brandan Bunker
i see he has been getting blasted pretty hard on social media recently
3 Jan 2020 14:11:47
John Vlieger
i havent seen as much. where you seeing that?
3 Jan 2020 14:12:11
Brandan Bunker
people just send me clips of it
3 Jan 2020 14:13:14
John Vlieger
like screen caps on FB or in Messenger?
3 Jan 2020 14:14:19
Brandan Bunker
yeaah
3 Jan 2020 14:14:31
John Vlieger
i see some memes, but mostly privately sent to me. care to share any ?
3 Jan 2020 14:14:38
John Vlieger
you ever heard of Optimum Manufacturing?
8 Jan 2020 15:30:15
Brandan Bunker
Yes
8 Jan 2020 15:31:15
John Vlieger
any feedback on their slides?
8 Jan 2020 15:31:35
Brandan Bunker
They can build a beautiful slide. But in think still ironing out consistency
8 Jan 2020 15:33:34
John Vlieger
alright. much appreciate
8 Jan 2020 15:34:37
Brandan Bunker
i am going to start using them, but i have the ability to test and verify, if i were buying quantities I might give it a few
8 Jan 2020 15:35:34
Brandan Bunker
the owner/machinist is a talented guy
8 Jan 2020 15:35:46
Brandan Bunker

so I hope he does well
8 Jan 2020 15:35:51
John Vlieger
alright. so, hold off for now. good to know
8 Jan 2020 15:36:06
Brandan Bunker
if you can i would... if you feel like checking them out as they come in then proceed
8 Jan 2020 15:36:51
Brandan Bunker
but i dont think you have the time for that
8 Jan 2020 15:36:59
John Vlieger
correct
8 Jan 2020 15:37:03
Brandan Bunker
i heard KKM sent a C & D
10 Jan 2020 16:01:11
John Vlieger
from who did you hear that, if you don't mind me asking?
10 Jan 2020 16:01:30
John Vlieger
I know Shay has sent out Cease and Desist letters
10 Jan 2020 16:01:45
Brandan Bunker
Dame
10 Jan 2020 16:02:20
John Vlieger
ah. KKM sent a reply to Shay's lawyer, yes. much in the same vein as the one we sent
10 Jan 2020 16:02:48
John Vlieger
there might have been some C&D style verbiage in there
10 Jan 2020 16:03:01
Brandan Bunker
well good
10 Jan 2020 16:03:09
Brandan Bunker
glad to hear that
10 Jan 2020 16:03:15
Brandan Bunker

there is some other shit that has been pulled up that Shay may be involved in a moving company out of miami that has scammed some people out of their belongings/money. weird shit

10 Jan 2020 16:03:54

John Vlieger

back in 2006, yeah

10 Jan 2020 16:04:03

Brandan Bunker

oh ok so that wasnt recent, still weird shit

10 Jan 2020 16:04:17

Brandan Bunker

that guy has been involved in so much shady shit, i know he was part of an investors group and was witholding or scamming dividends

10 Jan 2020 16:04:51

Brandan Bunker

he is now blaming one of the powder companies for broken slides

10 Jan 2020 16:05:29

Brandan Bunker

dude seems like a thorn in everyones foot

10 Jan 2020 16:05:52

John Vlieger

huh? he's blaming powder company for broken slides? thats the first ive heard of that

10 Jan 2020 16:13:09

Brandan Bunker

yeah

10 Jan 2020 16:15:40

John Vlieger

where you seen this?

10 Jan 2020 16:15:49

Brandan Bunker

for a change in formula that is causing over pressure scenario

10 Jan 2020 16:16:05

Brandan Bunker

it was right on his facebook page

10 Jan 2020 16:17:14

John Vlieger

in your opinion, would that crack slides, or would it destroy the barrel first?

10 Jan 2020 16:17:17

Brandan Bunker

destroy a barrel

10 Jan 2020 16:17:31

John Vlieger
i havent seen it on his FB page
10 Jan 2020 16:17:47
Brandan Bunker
it was on there this morning
10 Jan 2020 16:19:28
John Vlieger
You sent an attachment.
16 Jan 2020 15:54:41
Brandan Bunker
saw it
16 Jan 2020 16:09:14
John Vlieger
2 Feb 2020 8:32:20
John Vlieger
2 Feb 2020 8:32:24
John Vlieger
Now Chuck Warner is throwing his 2 cents in
2 Feb 2020 8:32:40
Brandan Bunker
Naturally
2 Feb 2020 8:36:58
Brandan Bunker
He think he thought things through with metalloy
2 Feb 2020 8:38:11
Brandan Bunker
But metalloy is soft and will not truly counter deflection. Thats why guage pins were recommended because they are incredibly hard.
2 Feb 2020 8:38:55
John Vlieger
I emailed him the KKM testing procedure, too. Doesn't look like he payed any attention
2 Feb 2020 8:40:06
John Vlieger
You ever heard of hydrogen embrittlement?
5 Feb 2020 20:22:43
Brandan Bunker
Yes
5 Feb 2020 20:24:23
John Vlieger
In barrels?

5 Feb 2020 20:24:29
Brandan Bunker
Usually in metals that are electroplated
5 Feb 2020 20:24:54
John Vlieger
416r?
5 Feb 2020 20:25:03
Brandan Bunker
It can only occur when the metal is exposed to hydrogen on an atomic level... long enough to bind to the grain of the steel.
5 Feb 2020 20:25:50
Brandan Bunker
What you are thinking of is sulpher stringing
5 Feb 2020 20:26:04
John Vlieger
No, it's pretty specific. I know about Sulphur stringing already
5 Feb 2020 20:26:23
John Vlieger
It's in regards to a convo I had recently with someone
5 Feb 2020 20:26:32
Brandan Bunker
Ah ok well no I have never encountered specifically hydrogen embrittlement in 400 series stainless
5 Feb 2020 20:28:53
Brandan Bunker
But i have encountered sulpher stringing in low quality barrels
5 Feb 2020 20:29:15
John Vlieger
Alright. Thanks for the info. You hear of any other issues with KKM barrels from other smith's?
5 Feb 2020 20:30:01
Brandan Bunker
Nope. Just one and some of his buddies
5 Feb 2020 20:30:26
Brandan Bunker
The only thing i dont like about them is their feedramps.
5 Feb 2020 20:31:03
Brandan Bunker
But thats a geometry issue
5 Feb 2020 20:31:14
Brandan Bunker

I have welded on them as well and they weld clean. Many impurities in steel show their ugly face quickly when tig welding. Mind you. SS is more forgiving but still
5 Feb 2020 20:33:11
Brandan Bunker
where is the hydrogen embrittlement idea coming from
6 Feb 2020 11:27:40
John Vlieger
I'll give you a few guesses, but can't confirm or deny anything.
6 Feb 2020 11:28:05
Brandan Bunker
shay and/or chuck warner
6 Feb 2020 11:28:24
Brandan Bunker
you kind of have to wonder why all the barrels they manufacture for OEM companies dont have these problems.
6 Feb 2020 11:29:02
Brandan Bunker
what they make for us is a drop in the bucket comparatively
6 Feb 2020 11:29:17
John Vlieger
you mean the military contract M17 and M18 barrels?
6 Feb 2020 11:29:44
John Vlieger
hmmm. thats funny
6 Feb 2020 11:29:49
Brandan Bunker
military can be annoying about material specs
6 Feb 2020 11:36:12
Brandan Bunker
been an interesting series of events
6 Feb 2020 11:41:28
John Vlieger
oh, its not over yet
6 Feb 2020 11:41:36
Brandan Bunker
well he is asking for a lotto winning pay day... so he can disappear
6 Feb 2020 11:42:24
Brandan Bunker
maybe it is worth the fight
6 Feb 2020 11:42:35
Brandan Bunker

haha
6 Feb 2020 11:42:36
Brandan Bunker
I for one, am glad I stayed in this low volume high end business
6 Feb 2020 12:14:04
John Vlieger
20 Apr 2020 12:52:17
John Vlieger
We got a BUL slide in for eval. Was wondering if you wanted to take a look
20 Apr 2020 12:52:44
John Vlieger
12 May 2020 8:35:32
John Vlieger
Need one of these for personal use, and was going to ask you about if you wanted to sell them to us here at Shooters Connection. Figure, 3 of them to get started
12 May 2020 8:36:01
John Vlieger
and need some more bushings, 5 of em
12 May 2020 8:37:17
John Vlieger
I can send you an email from my work account if you would like it in a more professional manner
12 May 2020 8:46:42
Brandan Bunker
This will work. Just let me know what size bushings and what metal
12 May 2020 8:47:37
John Vlieger
for the bushings, SKU B-580
12 May 2020 8:48:52
John Vlieger
want me to send an email with the order?
13 May 2020 9:20:15
Brandan Bunker
Thats ok I have it. Thanks
13 May 2020 9:42:46
John Vlieger
13 May 2020 9:42:53
John Vlieger
I know you've been busy. wanted to check with you about our ordering those sights and bases and such
5 Jun 2020 14:39:19

Brandan Bunker

waiting on some bushings to complete. I had a huge run of sales on bushings and ran out I should have them either today or tomorrow

5 Jun 2020 14:45:11

John Vlieger

understood. Thanks for the update

5 Jun 2020 14:50:45

Brandan Bunker

no problem, and sorry for the delay. Things will get more fluid now that I have a machine in here making parts constantly.

5 Jun 2020 15:01:27

Brandan Bunker

haha

5 Jun 2020 15:01:28

John Vlieger

good to hear. i look forward to putting one of your sights on my POS rock island. lipstick on a pig

5 Jun 2020 15:02:04

Brandan Bunker

haha

5 Jun 2020 15:02:21

John Vlieger

i might even have it PVD'ed in Rose Gold

5 Jun 2020 15:02:50

Brandan Bunker

oh lawd, PVD worth more than the gun

5 Jun 2020 15:05:31

Brandan Bunker

LOL

5 Jun 2020 15:05:33

John Vlieger

Do you have an ETA on the order for shooters Connection?

7 Jul 2020 16:56:31

Brandan Bunker

waiting on blades for rear sights, apparently kensight is backordered

7 Jul 2020 17:26:02

Brandan Bunker

I will send the bushings by themselves

7 Jul 2020 17:26:52

Brandan Bunker

and cover shipping on the rear sights when the blades come in

7 Jul 2020 17:27:15
John Vlieger
Alright. We appreciate it.
7 Jul 2020 17:28:00
John Vlieger
if you want to send one of those sight bases with teh bushings, id appreciate it. its for my personal gat. i can rob a kensight base here, or add one later if needed
8 Jul 2020 8:56:59
Brandan Bunker
8 Jul 2020 8:57:17
John Vlieger
just checking in with you about the status of our order, sir. much appreciated
17 Jul 2020 10:29:59
Brandan Bunker
It shipped
20 Jul 2020 14:51:15
John Vlieger
Thank you, sir
20 Jul 2020 14:56:41
John Vlieger
Hey, Brandan. Need some more bushings. How would you like me to order them? Need to order 5 of them. Also, can I ask about the status of the Nomar bases?
19 Nov 2020 11:05:27
Brandan Bunker
Shoot me an email. I should have an order of tops halves of the bomar bases soon. That company moved their operations from overseas to domestic and killed their own lead times.
19 Nov 2020 11:22:43
John Vlieger
will do
19 Nov 2020 11:45:38





EXHIBIT

9

Brandan Bunker ♛ · Oct 31, 2019 · 5 min read

# Testing Parts

Updated: Nov 1, 2019

Three years ago a vendor called me and said "Brandan, I have started making slides and I would love for you to try them out and provide some feedback". Since slides have been a an issue in the industry as long as I have been building guns, I hastily agreed. I checked the dimensions and everything looked fantastic. The machining was clean and accurate; they were nice slides. I bought 10 of them and plugged the new slides into my build schedule along with other parts already purchased or produced in-house. I finally got to point where I was going to use one of these new slides, put it in the vise, made my first cuts. They cut like butter, which was kind of concerning because you get used to the harmonics of certain cutters on certain parts. I took the slide out of the vise and noticed it was shinier in the area the jaws were holding the part. I thought to myself... these are too soft. But I had no way to prove it, I had no hardness tester at the time and did not know anyone local who had one. I called the vendor and presented my findings and he responded that he was sure they were within spec. This led to more confusion as I seriously felt this part was too soft, so I called up my tooling guy and told him to put in an order for a hardness tester. Three days later this tester arrived with a bunch of calibration blocks, holders, and other ancillary items. I get it calibrated, read the instructions, and start testing. At first, I was getting results all over the place which didn't seem right. I finally broke down and contacted a good friend of mine in the manufacturing industry who has a background in metallurgy and heat treating processes and told him what I was experiencing. He laughed and asked if I read the instructions. Of course I read the instructions! So then we got into an in-depth conversation about testing variables and how to eliminate these variables for a better control. This was an enlightening conversation to say the least. Though I had read the instructions, there was just a lot of information that you only get through experience and trial/error, just like anything else we do. So finally to the slides that I thought were soft... I test every one of them with the same controls I have learned and found they were in fact soft; they were 26-28rc, which is typical prehard 4140 stock. This is not spec. But when I called them back and asked them about what I had found, they said that was in fact THEIR spec. Ok, so just like all other specs in the 1911 world, hardness specs are also open to change by whatever vendor is manufacturing the part. I have been testing every part I purchase for my builds since then, and testing all of the raw materials I purchase for the production of my own parts. It is interesting to see the results of some of this testing. When something is too hard or too soft, most vendors will work with you, if not, maybe you should find a new vendor. This leads me to what is happening today.

In the past few days I have been bombarded by calls about KKM barrels from customers and other builders. People know that I use them, like them, but people also know that I test them, just like everything else. In the past three years of testing KKM barrels, I have never found one to be out of spec with regard to hardness or critical dimensions. Most barrels are 44rc, with a couple here and there at 42rc. Had one barrel hit the 40rc mark, one of the new ribbed barrels that came in from another builder for verification. Most of barrels have a upper radial lug recess that is 0.300" from the center of the bore. Most have a muzzle that is 0.580". Most have a lower lug that is 0.120" from the link pin tangent, and lastly, most of their C/P ramps have standing lug that is 0.425" from the link pin tangent. This makes building to print much more predictable, which in the business of building the highest quality 1911s you can, consistency is paramount. I will complain that their chambers are often shallow, and I do not like their feedramp angle and position, but the critical dimensions are spot on. So with that being said, I was kind of shocked to hear the concern about their barrels. I recently got 10 barrels in that I have not tested yet so I stopped what I was doing and started testing. As per directions, you should plug any holes, you should support the part with the holders that come with the tester, the tested area should be flat and smooth, THEN you will have removed the variables which come from testing a tube, which can be affected greatly by deflection and axial compression. All of them were 44rc. I did notice that their bores on 9mm were 0.345"- now, which is a result of switching to a new button, but nothing out of the ordinary with regard to hardness.

So to my customers... I will not speak for every barrel out there, but your barrels are fine. Not only are they within specification of hardness, the upper radial lug recess is 0.300" from the center of the bore and 0.698" in diameter to evenly displace radial lug pressure, the chamber is cut to SAAMI spec for headspace, the hood has a close zero tolerance to the breechface in length with adequate clearance on the sides, the lower lugs are cut to a blueprint dimension with the abutment 0.140" back from the center of the link pin hole, with a 0.100" radius to match the slide stop pin... each link size up changes this 0.140" dimension by only 0.00078", the slide stop pin has a friction fit with the lower lugs, gently squeezing the entire assembly together, and lastly, the standing lug on barrel and the distance from the slide stop pin and the VIS is correctly matched according to the blueprint. Critical dimensions of a barrel and subsequent timing of the entire system are just as important to the longevity of the barrel as the hardness of the barrel.

To my friends in the industry... invest in good testing equipment and learn how to use it. Hardness tester, measuring equipment that can accurately measure in the tenths, gauge pins, specialty gauges, thread go-no go gauges, chamber go-no go gauges, bore gauges. It is a large investment, but in the business of building and selling premium firearms at premium prices, your reputation is worth the investment.



EXHIBIT

10

10/4/21, 12:04 PM                                                    Dame Michael

Chuck     Home

## Rafferty customs better anyway



SHOOTERSCONNECTION...

Shooters Connection - Competition Shooting...

Just now      Like      Reply

 Write a reply...                     

|||         ◯          ‹

Jan 8, 2020, 12:12 PM

**Chuck Bradley**

Not sure Those guys are pretty easy going and would have taken care of a legitimate issue. I do t see them lashing out. If they do it will only be to counter the bad publicity not vindictive

Jan 8, 2020, 11:17 AM

**Dame Michael**

Will they respond publicly? Now's the perfect time he got hit pretty hard yesterday over his contingency BS

Jan 8, 2020, 9:49 AM

**Chuck Bradley**

He has defamed Kkm to the point they need to respond publicly. What's so ironic is Kkm has not seen 1 of these supposed bad barrels. Shay is publicly laying the blame on Kkm when we suspect any problems were caused by his own doing

Jan 8, 2020, 9:40 AM

**Dame Michael**

SCI 000987

**CONFIDENTIAL**

10/4/21, 12:04 PM                          Dame Michael

                                                        Chuck    Home

|||            ◯            ‹

Jan 8, 2020, 12:13 PM

Dame Michael

12:01  🔔  ⊘                    🔔  📶  67% 🔋

←  Replies                          🔍

Didnt ask, as it was 7 years old

Just now      Like      Reply


**Shay Akai**
**Scott Riddle** we disclose that.

Just now      Like      Reply


**Shay Akai**
**Dame Michael** so a several year old limited gun that cracked you didn't expect a free replacement?

Just now      Like      Reply

**Dame Michael**
I like the KKM barreled upper I built along with

SCI 000986

**CONFIDENTIAL**

10/4/21, 12:04 PM                                  Dame Michael

Chuck    Home



**Shay Akai**
"everything should be free! Free!"

That is on a gun he didn't even buy from us.

6m    Like    Reply



**Dame Michael**
So 9mm major open guns aren't built to handle the over pressured rounds needed to make major in open? See **Luke Cao**, its obviously your fault for letting shay build a 9mm major

Just now    Like    Reply



**Dame Michael**
Was this one of the soft barreled guns?

Just now    Like    Reply

●●●    Someone is writing a comment...

Write a reply

file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akaithumb/F__/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemichael...    86/276

**SCI 000985**

**CONFIDENTIAL**

10/4/21, 12:04 PM                                                    Dame Michael

Chuck     Home

Jan 8, 2020, 2:58 PM

**Dame Michael**

So he tried using my broke infinity to back up his stance. So I through some kkm and sc digs in

Jan 8, 2020, 2:58 PM

**Dame Michael**

Well ya, that's the point

Jan 8, 2020, 2:57 PM

**Dame Michael**

Luke's 9mm major cracked a slide and shay said it's not covered under warranty because 9mm major is over pressured

Jan 8, 2020, 2:57 PM

**Chuck Bradley**

He wanted a old gun warranties?

Jan 8, 2020, 2:57 PM

**Dame Michael**

Luke cao won a shit load of shays contingency program. Shay wont pay out because luke was mean.

Jan 8, 2020, 2:56 PM

**Chuck Bradley**

I am not really following this. Clue me in

Jan 8, 2020, 2:50 PM

**Dame Michael**

11:56                                                                68%

 ← Replies                                      

SCI 000984

CONFIDENTIAL

10/4/21, 12:04 PM                                    Dame Michael

                                                                        Chuck    Home

business. It appears as if www.majorvanlines.com is up and running nicely, but I can't get any info off of it.

You have nothing in terms of paperwork that woud tell you where your goods are? Try contacting the Miami FBI, they may have a way of tracking down your goods in NJ, or can tell you where else to look.

Or, you can try this:

Call Shay Horowitz at this number, give him your name and job number if you still have it, and he said he would find that info for you. He couldn't give me the info without knowing your name.

[phone number removed]

|||        O        <

Jan 10, 2020, 11:39 AM

**Dame Michael**

https://www.movingscam.com/forum/viewtopic.php?t=7726
https://www.movingscam.com/forum/viewtopic.php?t=7726

Jan 10, 2020, 11:39 AM

**Chuck Bradley**

file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akalthumb/F__/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemichael...    84/276

**SCI 000983**

**CONFIDENTIAL**

10/4/21, 12:04 PM                                    Dame Michael

                                                              Chuck      Home

So any reaction if it was made public?

Jan 10, 2020, 2:57 PM


**Chuck Bradley**

As did I , he finally paid then he was on cash or card

Jan 10, 2020, 2:56 PM


**Dame Michael**

Pt had to chase him down at nats one year

Jan 10, 2020, 2:56 PM


**Chuck Bradley**

I feel lucky that when he owed me 25 k 8 years ago that I got paid

Jan 10, 2020, 2:54 PM


**Dame Michael**

10:55 🔔 '  ⊘               🔔 📶 📶 68% 🔋

movingscam.com/forum/vi        1     ⋮

MusicMom

Re: Universal Van Lines out of business

🗋 Thu Jun 15, 2006 5:48 pm

Don't feel like an idiot! It's not your fault!

**SCI 000982**

CONFIDENTIAL

10/4/21, 12:04 PM                                    Dame Michael

                                                                    Chuck      Home

**Chuck Bradley**



Jan 13, 2020, 3:22 PM

**Chuck Bradley**



Jan 13, 2020, 3:21 PM

**Dame Michael**

I've been sharing it in PM all morning .

Jan 10, 2020, 2:58 PM

**Dame Michael**

I think I'm going to sit on that until the contingency thing lights up again

Jan 10, 2020, 2:58 PM

SCI 000981

**CONFIDENTIAL**

10/4/21, 12:04 PM                                    Dame Michael

Chuck      Home



Jan 13, 2020, 3:22 PM

**Dame Michael**

**SCI 000980**

**CONFIDENTIAL**

investigation with fbi over his day trading scam. They are going to make a public statement to address thus and post the letters
Dame Michael

Jan 13, 2020, 3:27 PM

**Dame Michael**

Did they test the hardness on it?

Jan 13, 2020, 3:27 PM

**Chuck Bradley**

Like got it from somebody else

Jan 13, 2020, 3:26 PM

**Chuck Bradley**

Thus is the only barrrel Kkm has of his. Like said the barrrl is cut real thin and the tungsten is way to heavy causing undue stress. The stop pin cut us way over cut, to far back. The barrel was torched I suppose to get the sleeve on or off. Thus is why he wouldn't send any back

Jan 13, 2020, 3:25 PM

**Dame Michael**

Those lugs look like a 2 yr old cut them

Jan 13, 2020, 3:23 PM

**Chuck Bradley**



Jan 13, 2020, 3:23 PM

SCI 000979

CONFIDENTIAL

10/4/21, 12:04 PM                                          Dame Michael

                                                                    Chuck    Home
_____

day trading scam lawsuits.

Jan 13, 2020, 3:31 PM

**Dame Michael**

Just learned about the trucking stuff last week

Jan 13, 2020, 3:31 PM

**Dame Michael**

What the suits?

Jan 13, 2020, 3:30 PM

**Chuck Bradley**

You seen it already

Jan 13, 2020, 3:30 PM

**Dame Michael**

Or

Jan 13, 2020, 3:29 PM

**Dame Michael**

That's a barrel that was replaced of out of a gun that was running when it was removed

Jan 13, 2020, 3:29 PM

**Dame Michael**

I couldn't find any law suits over the moving companies

Jan 13, 2020, 3:28 PM

**Chuck Bradley**

I didn't ask but it had been torched

Jan 13, 2020, 3:28 PM

**Chuck Bradley**

SCI 000978

CONFIDENTIAL

Chuck    Home

Does luke know about the powder post from years ago

Jan 13, 2020, 3:38 PM

**Dame Michael**

Come on kkm, time for the final KO punch

Jan 13, 2020, 3:35 PM

**Chuck Bradley**

Not sure, but until he is convicted not sure they can deny it

Jan 13, 2020, 3:34 PM

**Dame Michael**

How did he get an ffl with an open federal investigation

Jan 13, 2020, 3:33 PM

**Chuck Bradley**

But nothings been done for 10 years on it

Jan 13, 2020, 3:32 PM

**Dame Michael**

Ya didnt even know there where

Jan 13, 2020, 3:32 PM

**Chuck Bradley**

FBI was investigating and its still an open case.

Jan 13, 2020, 3:32 PM

**Dame Michael**

Oh

Jan 13, 2020, 3:31 PM

SCI 000977

**CONFIDENTIAL**

EXHIBIT

11

---------- Forwarded message ----------
From: <nhglyn@comcast.net>
Date: Thu, Mar 14, 2013, 1:34 PM
Subject: Powder Question
To: Akai Custom Guns <shay@acguns.com>

Hi Shay,

Hope things are well for you, while I am suffering through another 6 month winter up here in NH.

Question.......

I have been using the HS6 powder since I got the gun from you.  All I have left is 24 lbs of the questionable "19" lot.  Hodgdon has been telling us Rudy shooters that they will replace it free but, it has been months now, and no expected delivery time.  So I am not holding my breath on this happening.

So, what should I do?  Do I dare to use the HS6 from the questionable lot or do I get a different powder?  I would like to hear what you have to say as you built the gun (38 Super with 115 gr JHP bullets).

I seem to remember talk of Autocomp being used, what is the deal with that?  How do you like it compared to the HS6?  Other possibilities?

Thanks for your time.

Glyn Reinders

 John

I think shay is in over his head and sees the end

 I cannot comment on ongoing litigation

**EXHIBIT**

**12**

Hes setting chuck up to be the guy that makes him go bankrupt

That way when he doesnt refund deposits its because hes the victim

Even though hes known he wont be building those guns for a bit

I really don't know, man.

 Seriously. I don't know. We placed an order with him just last week. Not a peep

Why else make every other supplier want to touch you

Aa

       

 John

DEC 9, 2019 AT 9:44 PM

The post in 2011 universe has been deleted.

Ya david is kissing shays ass

The whole group is locked down

→ John forwarded an image



**2011 UNIVERSE** ›
PRIVATE GROUP · 1.5K MEMBERS

This Group Has Been Archived
An admin archived this group on December 9, 2019. You can't create posts, like, comment or add more members, but you can still view all posts. Learn More

| Announcements | Watch Party | Photos | Eve |

New Activity                                SORT

David Black
Admin · 3 hrs ·

What hell going on this

Aa

  John   

 develops, please. I appreciate it. Chuck was pretty pissed off today, for good reason. This is a betrayal

 And I can't publicly comment

DEC 10, 2019 AT 5:11 PM

Hey, you have any experience with Rc testing?

Not at the level required to shut shay up



  Aa     

  









 John   

That's the one print out he sent. E

 Me

That's a bill

 According to KKM, it's damn near impossible to get the steel they use to 49 Rc

Bot a report

See the second page for the report

And, regarding Scott's claim we don't warranty barrels... We don't warranty them because we don't fucking manufacture them

We have never allowed barrels back for return because we can't guarantee they haven't been fit

  Aa     

John

DEC 10, 2019 AT 7:17 PM



Build it properly

Fuck it up and bame the parts



BUILD A LEMON

CORRECT THE MISTAKES

BLAME THE PARTS

SUE WHO YOU BOUGHT PARTS FROM

John



SUE WHO YOU BOUGHT PARTS FROM



I like where your brains at

DEC 10, 2019 AT 9:26 PM



WHAT IF I BLAME THE BARRELS

I CAN MAKE A PSA ABOUT THEM

THEN CLAIM OTHER BUILDERS HAVE THE SAME PROBLEM

THEN TRY TO GET AN INSURANCE PAYOUT TO GET A NEW CNC

DEC 12, 2019 AT 10:07 AM



Merry Christmas 2019

Aa

 **John**   

 I'm working on another angle of this, too. I'll let you know when I can tell ya

> I'd rather see shay get called out publicly for misleading everyone

 You know I can't be involved in that

> I toyed with him a bit today

For many reasons

Chuck has been keeping me kinda appraised of what you're doing, but not specifica

 Specifics*

> Pretty much keeping him on edge.

> H'ent got a cease and desist yet

  Aa     

  

← John 📞 📹 ⓘ

What happened to 2011 universe

Did Black cave that quick?

Yup

Shay told him to nuke it

He told me he wanted to stay out of the lawsuit, I'm like what suit?

Asked him to give me control of it but he wont

Interesting. Looks like Warner is firmly in his camp too

Yup he wont let me post in 1911pro

Strange bedfellows those 2

DEC 18, 2019 AT 2:18 PM

you're familiar with 416R





 **John**

you're familiar with 416R stainless i assume

Not really, just that I hate cutting it

well, KKM used 416R for some barrels, specifically the ones you order from the website because its more versatile, but harder to machine/fit

when you get a barrel from us, or other retailers, it is 99% chance it is 416R BQ5 (barrel quality 5) which was devloped at least in part by Will Shcumann.

which cannot be heat treated as heavily. usually comes out in the 40-42 range instead of 42-46 ish range

John

Not really, just that I hate cutting it

well, KKM used 416R for some barrels, specifically the ones you order from the website because its more versatile, but harder to machine/fit

when you get a barrel from us, or other retailers, it is 99% chance it is 416R BQ5 (barrel quality 5) which was devloped at least in part by Will Shcumann.

which cannot be heat treated as heavily. usually comes out in the 40-42 range, instead of 42-46 ish range

so, lets assume you have a BQ5 barrel, but don't know it

then lets assume you don't have a super duper calibrated machine

and lets assume you test the

Aa

 John   

you order from the website because its more versatile, but harder to machine/fit

when you get a barrel from us, or other retailers, it is 99% chance it is 416R BQ5 (barrel quality 5) which was devloped at least in part by Will Shcumann.

which cannot be heat treated as heavily. usually comes out in the 40-42 range, instead of 42-46 ish range

so, lets assume you have a BQ5 barrel, but don't know it

then lets assume you don't have a super duper calibrated machine

and lets assume you test the barrel in a fucked up way

 you're expecting 42-46 Rc. but you get 38



  Aa     

  

 **John**   

Most Relevant ▾



Write a comment...  😊 📷 🎞 🏷

**Max Klatt** I wonder if SC will stop selling said builders parts...
Like · Reply · 10m · Edited

**Monty Capuletti III** Mark Sorenson
Like · Reply · 13m



**Brian Popelas** So your saying someone isnt telling the truth on the internet?
Like · Reply · 15m  ⓘ 2

**Jerry Colantone** I had a KKM barrel blow up after 5 rounds it was Rockwell tested and did not meat specs. The top of the chamber blew off and the STI Edge was destroyed, frame bent , slide cracked. I was very lucky that the piece of barrel went straight up into an overhead baffle, no one was hurt that day but it could have been a disaster.
Like · Reply · 3m

Most Relevant is selected, so some comments may have been filtered out.

 Write a comment...

**Done**



 **much appreciated, Mike**

👍

**Tell ryan there better be crackers and szechuan sauce in my next order**

 **i passed along your concerns**

 ⬇ 😆

  Aa     

 |||  ◯  ‹

 **John**   

JAN 17, 2020 AT 7:44 PM

 Well... Looks like all the letters are out in the wild



Beautiful

I don't even know what to think anymore

Except one thing

 I never want to piss that man off



Lexington mafia is real

JAN 23, 2  ↓  T 3:52 PM

Aa

 John

> You should ask him when he's going to pay H and M black nitride for the coating they did for him. Never paid then claimed their coating cracked one of his slides. And I don't think he wants that. Chuck will bury him. So will KKM

Sounds about right

JAN 23, 2020 AT 4:31 PM

In Ohio?

Yeah

How big is the bill?

Just one gun

JAN 23, 2020 AT 5:07 PM

> My source is a ᵒt show. Give me a few days

  **John**    

 did  the KKm post in 2011 universal get deleted

> Was never there

> That was uspsa unofficial

no...not the KKM letter

2011 universal was created after Black closed 2011 universe



> Correct

there was a post in there talking about hte drama

now its gone. only post in there is Keen's Honcho post



> Shit, didn't realize there was kkm stuff in the comments

> I nuke    s i thought it was mostly  plug for 2011

 Aa     

    

 **John**   



there was a post in there talking about hte drama

now its gone. only post in there is Keen's Honcho post

Shit, didn't realize there was kkm stuff in the comments

I nuked it as i thought it was mostly a plug for 2011 universe



ok. just wanted to make sure it wasnt something sleazy going on

Well it is my page

But the sleazyness wont be to protect shay

JAN 27, 2020 AT 1:50 PM





 Aa     

  



**EXHIBIT**

**14**

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:20-cv-61469-RS

AKAI CUSTOM  GUNS, LLC,
a Florida Limited Liability Company,
and SHAY HOROWITZ, an Individual,

      Plaintiffs,

vs.

KKM PRECISION, INC. a Nevada
Corporation, and SHOOTERS CONNECTION,
INC., a Kentucky Corporation,

      Defendants.

_____/

## <u>DECLARATION OF M. F. MARCANIO</u>

STATE OF NORTH CAROLINA__ )
                      ) ss
COUNTY OF  MECKLENBURG  )

    I, Michael F. Marcanio, declare as follows:

    1.     I am over the age of 18 and have personal knowledge as to all facts stated herein and would be willing to testify to the same under oath if called upon to do so by this Court.

    2.     I am a resident of the State of North Carolina.

    3.     I am an employee of Outokumpu Stainless Bar, LLC (hereinafter "Outokumpu"), which is a steel manufacturer.

    4.     I have been employed with Outokumpu for 26 years and my current position is Quality Manager. I have a total of 43 years of experience in the metals industries.

    5.     I have personally reviewed the documents attached hereto and labeled as "KKM 000018-KKM 000029" and I have personal knowledge of the content of these records.

6.      KKM 000018-KKM 000029 are Certificates of Test, which record tests performed at approved and certified laboratories performed in accordance with industry specifications, and are records Outokumpu keeps in the regular course of business. As part of my job duties, I am responsible for the systems assuring compliance with testing standards.

7.      The records of these testing events contained in the Certificates of Test labeled as "KKM 000018-KKM 000029" were made by Outokumpu employees trained to assemble shipping documents for delivery to customers at the time of shipment. As part of my job duties, I am responsible for ensuring these records comply with Outokumpu's standards.

8.      The Certificates of Test labeled as "KKM 000018-KKM 000029" were provided from Outokumpu to Samuel, Son & Co., Inc., and are testing compilations we publish which are used and relied upon by steel distributors and customers in the steel industry. KKM 0000-18-KKM 000029 confirms the sale of grade 416 steel bars from Outokumpu to Samuel, Son & Co., Inc.

9.      KKM 000018-KKM 000029 does not indicate the sale of 416R steel bars from Outokumpu to Samuel, Son & Co., Inc., nor does it certify that the steel bars described are "416R" or "416 Restricted."

10.     Outokumpu will sell and certify stainless steel bars as "416R" or "416 Restricted" but it is not an ASTM International standard Grade-Type. A customer may provide us with specifications for "416R" or "416 Restricted" steel bars, and we will certify that the steel bars delivered meet those specifications. KKM 000018-KKM 000029 show that Outokumpu shipped steel bars meeting the ASTM 416 standard, and do not certify any other standard, including "416R" or "416 Restricted."

11.     Outokumpu manufactures and certifies steel bars to the requirements and specifications to purchase orders. Had the purchase orders corresponding to the steel bars

described in KKM 000018-KKM 000029 supplied a different specification and certification requirement than 416, such as "416R" or "416 Restricted," Outokumpu would have both manufactured the bars to those specifications and would have certified that fact.

12.     I have also reviewed the website advertisement from KKM Precision, Inc., attached hereto, which in part states and claims: *"All KKM barrels are made using certified 416R gun-barrel quality stainless steel bar stock."* To the extent that is being claimed that barrels produced from the sale of grade 416 steel bars from Outokumpu to Samuel, Son & Co., Inc., as outlined in the Certificates of Test labeled as KKM 000018-KKM 000029, such claims are untrue and false according to all of the customer specifications we have received to this date that define grade 416R. Outokumpu did not certify the steel bars described in KKM 000018-KKM 000029 as "416R" or "416 Restricted."

I declare under penalty of perjury that the foregoing is true and correct. Executed this *12ᵀʰ* day of July 2022.

*M. F. Marcuccio*

**EXHIBIT**

**15**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 0:20-cv-61469-RS**

AKAI CUSTOM GUNS, LLC,
a Florida Limited Liability Company,
and SHAY HOROWITZ, an Individual,

   Plaintiffs,

vs.

KKM PRECISION, INC. a Nevada
Corporation, and SHOOTERS CONNECTION,
INC., a Kentucky Corporation,

   Defendants.

_____/

**DECLARATION OF TAPAN J. SHAH**

STATE OF PENNSYLVANIA   )

          ) ss

COUNTY OF CHESTER    )

I, Tapan J. Shah, declare as follows:

1. I am over the age of 18 and have personal knowledge as to all facts stated herein and would be willing to testify to the same under oath if called upon to do so by this Court.

2. I am a resident of Downingtown, PA, United States of America.

3. I am an employee of Carpenter Technology Corporation (hereinafter "Carpenter"), which is a steel manufacturer.

4. I have been employed with Carpenter for eleven (11) years and my title is Vice President - Electronics. I have a total of over twenty (20) years of experience in the metals industry.

5. I have personally reviewed the documents attached hereto and labeled as "KKM 000036-KKM 000039" and I have personal knowledge of the content of these records.

6. KKM 000036-KKM 000039 are Certificates of Test, which record events of testing. The testing events contained in each Certificate of Test, are recorded at or near the time the testing events were completed.

7. The records of these testing events contained it the Certificates of Test labeled as "KKM 000036-KKM 000039" are regularly kept in the ordinary course of Carpenter's business.

8. The Certificates of Test labeled as "KKM 000036-KKM 000039" were provided from Carpenter to Samuel Son & Co. Arcadia CA and KKM Precision Inc., and are testing compilations we publish which are used and relied upon by steel distributors and customers in the steel industry.

9. KKM 000036-KKM 000038 confirms the sale of Carpenter No. 5 BQ grade 416 steel bars from Carpenter to Samuel Son & Co. Arcadia CA. BQ in the name Carpenter No. 5 BQ grade 416 indicates that this grade 416 is a "bright quench" version.

10. KKM 000036-KKM 000038 does not indicate the sale of 416R steel bars from Carpenter to Samuel Son & Co. Arcadia CA.

11. KKM 000036-KKM 000038 does not indicate the sale of 416 Restricted steel bars from Carpenter to Samuel Son & Co. Arcadia CA.

12. KKM 000039 confirms the sale of Carpenter Project 70+ grade 416 steel bars from Carpenter to KKM Precision Inc.

13. KKM 000039 does not indicate the sale of 416R steel bars from Carpenter to KKM

Precision Inc.

14. KKM 000039 does not indicate the sale of 416 Restricted steel bars from Carpenter to KKM Precision Inc.

15. KKM 000039 indicates that the maximum quench hardness of Project 70+ is 39 HRC.

16. Datasheets from Carpenter regarding Project 70+ grade 416 indicates that Project 70+ is not recommended for vessels containing gases or liquids under high pressures (see **Exhibit A**).

I declare under penalty of perjury under the laws of the State of Pennsylvania that the foregoing is true and correct.

Executed this 8th day of August 2022, at Downingtown, Pennsylvania.

_____

Tapan J. Shah





EXHIBIT

16





















**EXHIBIT**

**18**

# Cody Baker

John Vlieger
You shooting bluegrass Sunday?
3 Mar 2017 10:44:02
Cody Baker
I'm planning on it they put on a pretty good match. U gonna shoot?
3 Mar 2017 11:52:55
John Vlieger
Yeo. Driving up tomorrow to hang out with an old friend
3 Mar 2017 11:56:32
Cody Baker
Awesome I should c ya there.
3 Mar 2017 11:58:03
John Vlieger
I look forward to shooting with you again. I need a challenge. No open shooters down this way
3 Mar 2017 12:11:17
Cody Baker
Look forward to shooting with u as well. Idk if hyder n keen is gonna b down there or not
3 Mar 2017 12:14:25
John Vlieger
Nationals prep, man. Have to get it in while you can. I'll see you next weekend in Alabama regardless.
3 Mar 2017 12:16:34
Cody Baker
Yea I've been getting all I can in. I'm not crazy bt nats in march but it is what it is. C ya there
3 Mar 2017 12:22:49
John Vlieger
Yes, sir. It is what it is. See you there
3 Mar 2017 12:46:04
John Vlieger
Something come up?
5 Mar 2017 19:00:37
Cody Baker
I've been playing around with a few things with my gun making some changes n stuff, n decided last night It would b better for me to go to the range today n shoot a bunch instead of shootin a match. Pretty good match today?
5 Mar 2017 19:07:00

1

John Vlieger

Yep. 5 long courses and a classifier. No heat in open though. Was a good tune up for alabama. Good mix of hard shots and hosers. A lot of position intensive stuff. I understand with the gun thing. I need as much match time as possible before nationals though

5 Mar 2017 19:09:21

Cody Baker

Ricky always puts on a good match. I had all intentions of going until last night. I can't ever leave anything alone lol. Yea I need some matches as well u just can't duplicate match pressure without actually shooting a match

5 Mar 2017 19:13:27

John Vlieger

5 Mar 2017 19:14:08

Cody Baker

Awesome man looks good!

5 Mar 2017 19:15:21

John Vlieger

5 Mar 2017 19:15:26

Cody Baker

Man I did miss a good match!!

5 Mar 2017 19:19:33

John Vlieger

It was a good one, yeah. Sorry you couldn't make it, man. I was looking forward to chasing you again. See what I can do Saturday, eh? Looks like a good squad

5 Mar 2017 19:21:33

Cody Baker

Yea I hated to miss it but u gotta do what u gotta do. Yep I'll c ya sat, looking forward to it!

5 Mar 2017 19:23:24

John Vlieger

Hey, Cody. Some quick questions about your sight mount. Who made it and how are you liking the set back mount? Notice a difference in dot tracking?

20 Jun 2017 12:50:37

Cody Baker

I made it, I was trying it out for a bit and felt like for me it was not ideal put a mount on that sets in the regular position and points went up and it's easier to track. U get less vertical movement with the setback mount but it's harder to call shots especially shooting on the move. So I had it on for like 2 weeks n took it off. Just didn't work for me

20 Jun 2017 13:00:14

John Vlieger

2

what magwell do you use
30 Jun 2017 16:39:07
Cody Baker
Brazos
30 Jun 2017 16:40:15
John Vlieger
standard size, not big hand?
30 Jun 2017 16:40:46
Cody Baker
Yea just standard I actually like the magwell pushing my hand up in the grip safety
30 Jun 2017 16:41:42
John Vlieger
same here
30 Jun 2017 16:48:03
John Vlieger
thanks. just ordered an SV grip and brazos magwell for my gun.,
30 Jun 2017 16:59:06
Cody Baker
What kind of sv grip?
30 Jun 2017 16:59:37
John Vlieger
signature micro pocket
30 Jun 2017 16:59:48
John Vlieger
aggressive
30 Jun 2017 17:00:05
Cody Baker
U have to use the sv magwell
30 Jun 2017 17:00:08
John Vlieger
shit. really?
30 Jun 2017 17:00:20
Cody Baker
Yea they're made a little different but the competition. Grip xl aluminum magwell r
nice for the sv grip
30 Jun 2017 17:01:27
John Vlieger
yeah, and theyre out of stock of that one. ill find one here soon,. dropping it off next
weekend
30 Jun 2017 17:06:13
Cody Baker

3

Sv grips r nice I've just not had good luck with them I really like the feel of them though
30 Jun 2017 17:08:11
John Vlieger
Cracking grips or what?
30 Jun 2017 17:42:38
Cody Baker
Yea I've cracked 3 or 4 of them one broke in 4 pieces
30 Jun 2017 17:44:18
John Vlieger
Well... Interesting. They replace them? Where did they break?
30 Jun 2017 17:50:08
Cody Baker
I never did send them in bc I had to send the frame and the grip so they could check installation and at the time I only had one gun and couldn't send it to them and b without a gun
30 Jun 2017 19:17:43
John Vlieger
I've been in the same boat before. Crack in the same place each time?
30 Jun 2017 19:36:40
Cody Baker
Yep drone the mag catch hole going up to the radius in the top of the grip and if u keep shooting them they will start underneath the trigger guard
30 Jun 2017 19:38:11
John Vlieger
Hence the reason CK made theirs extra beefy in the mag catch
30 Jun 2017 19:46:48
John Vlieger
Gotcha
30 Jun 2017 19:46:50
John Vlieger
21 Jul 2017 21:35:05
John Vlieger
Let's see what happens. You shooting Kentucky?
21 Jul 2017 21:35:17
Cody Baker
Awesome man!! How u like the feel? Yep I'll b there
21 Jul 2017 21:36:33
John Vlieger
Definitely easier to hit the mag release. It's an SVI by the way. There was a month wait for a PT and I preferred the SV anyhow. Hitting the range with it tomorrow. Pro

am is up, then area 3 and so on. And good! Glad there's heat coming. You squadded yet? I'm working staff kind of and havnt picked my day for shooting yet
21 Jul 2017 21:38:00
John Vlieger
Aggressive as all hell
21 Jul 2017 21:39:40
Cody Baker
Sweet I love the feel of them too. Feels like u can really grip them good! Hopefully it does good for ya. Not squadded yet but gonna shoot on Sunday
21 Jul 2017 21:40:12
Cody Baker
Yes they r that's one thing I really like bt them
21 Jul 2017 21:40:33
John Vlieger
Cool. I'll do my best to make it on your squad. Our kind of match, man.
21 Jul 2017 21:41:01
John Vlieger
And yeah. The CK was great. Reliable. Rugged. Heavy. The grip was lacking though
21 Jul 2017 21:41:20
Cody Baker
Awesome I'll b looking forward to it! Yea a buddy has one I shot it, thought it needed to b more aggressive
21 Jul 2017 21:42:51
John Vlieger
This is probably the last year I'll be able to shoot so much. Just got the job offer this morning. By January I'll probably be in the DC area
21 Jul 2017 21:43:47
John Vlieger
I'll still be at Nationals and the like, but no more 15-20 matches a year
21 Jul 2017 21:44:08
Cody Baker
Sweet man congrats!! Not so sure bt the D.C. Area but u gotta do what u gotta do. Yea deff have to make nats n a couple area matches atleast
21 Jul 2017 21:46:59
John Vlieger
I'll be an instructor for the secret service. New career with the pay to match. Can't pass it up. Gotta follow my dreams, brother. MD isn't so bad from what I hear. DC sucks, but I can work around it
21 Jul 2017 21:48:26
John Vlieger
Firearms instructor

5

21 Jul 2017 21:48:33
Cody Baker
That's great man!! I'm sure Ull really enjoy it
21 Jul 2017 21:50:40
John Vlieger
I think it will work out well. And thanks! Been a few months in the making.
21 Jul 2017 21:51:31
John Vlieger
You got lodging squared away for Tennessee state yet?
3 Sep 2017 11:40:57
Cody Baker
Yea we're staying at the double tree in oak ridge
3 Sep 2017 14:08:14
John Vlieger
There room on the floor for another? My traveling partner just dropped out
11 Sep 2017 12:05:17
John Vlieger
11 Sep 2017 21:35:45
John Vlieger
Sarah just uploaded another group of pictures to area 4. Found one of you
11 Sep 2017 21:36:13
John Vlieger
Looking good, home slice
11 Sep 2017 21:44:23
Cody Baker
Just looked to c what I had booked n I have one bed booked bc I don't ever room with anybody. But if u got nowhere to stay we can figure something out A chair or the floor.
11 Sep 2017 21:51:32
Cody Baker
Awesome thx man!!
11 Sep 2017 21:51:51
John Vlieger
I got it worked out, brother. Got a room with a friend. Thank you very much for the offer. Means a lot.
11 Sep 2017 21:53:06
Cody Baker
No prob man
11 Sep 2017 21:55:58
John Vlieger
17 Sep 2017 14:23:11

6

John Vlieger
It was the highest value on the table. You'll have to coordinate the transfer with them.
I'll bring you plaque to you at Kentucky
17 Sep 2017 14:23:35
Cody Baker
Sweet thanks man! Really appreciate it
17 Sep 2017 14:25:17
John Vlieger
What's your phone number
17 Sep 2017 14:49:26
Cody Baker
(304)972-9123
17 Sep 2017 14:50:16
John Vlieger
17 Sep 2017 14:50:30
John Vlieger
You need to get in contact with this FFL
17 Sep 2017 14:50:41
Cody Baker
Ok will do got to get in touch with my ffl to let them know what's goin on
17 Sep 2017 14:51:56
John Vlieger
Yup.
17 Sep 2017 14:52:06
Cody Baker
Thx man
17 Sep 2017 14:52:18
John Vlieger
Not a problem. You'd do the same for me
17 Sep 2017 14:52:39
Cody Baker
Absolutely
17 Sep 2017 14:52:57
John Vlieger
7 Oct 2017 12:53:25
John Vlieger
Come prepared
7 Oct 2017 12:54:02
Cody Baker
Yea don't look to good
7 Oct 2017 12:54:48

John Vlieger
You and I will shoot in the same conditions. Equitable challenge, ha. I'll bring the shower caps
7 Oct 2017 12:55:24
Cody Baker
lol sounds good
7 Oct 2017 12:55:58
John Vlieger
Opinion of two different accomplished gunsmiths is that the timing was fucked. Eddie Garcia says I was lucky to get 15k out of it
8 Oct 2017 21:17:14
Cody Baker
Wow I would think the lugs would b rounded off of it was a timing deal but Eddie knows his stuff
8 Oct 2017 21:49:05
John Vlieger
They are rounded
8 Oct 2017 21:50:16
John Vlieger
8 Oct 2017 21:50:27
John Vlieger
8 Oct 2017 21:50:30
Cody Baker
Oh, wow
8 Oct 2017 21:53:48
John Vlieger
Looks like you'll soon have some competition at BGSL local matches
2 Nov 2017 13:06:02
Cody Baker
Sweet! U moving up ky way?
2 Nov 2017 13:56:18
John Vlieger
Lexington area. Going to be working at shooters connection come end of the month
2 Nov 2017 13:56:49
Cody Baker
Awesome man that's great!
2 Nov 2017 13:57:13
John Vlieger
Thanks. I'm looking forward to the whole thing, brother. Having some heat at local matches being a plus as well.
2 Nov 2017 13:57:59

John Vlieger
You'll have to let me know what matches in the area are worth the drive
2 Nov 2017 13:58:15
Cody Baker
For sure!! Lexington area is great for shooting u got bgsl, sccc in sellersburg. Mrpc right out of cincy.
2 Nov 2017 14:01:19
John Vlieger
whats your mailing address? i still have your plaque. trying to get it out today
16 Nov 2017 11:39:22
Cody Baker
149 Township Road 86 Scottown, Ohio 45678
16 Nov 2017 11:52:05
Cody Baker
Thx man
16 Nov 2017 11:52:17
John Vlieger
no prob. youll have it monday most likely. coming usps
16 Nov 2017 12:52:17
Cody Baker
Awesome thx man!
16 Nov 2017 13:11:32
John Vlieger
no prob. ill let you know when im set up for a home range and we can coordinate some joint training
16 Nov 2017 13:11:57
Cody Baker
16 Nov 2017 13:12:25
John Vlieger
Your plaque get there OK?
26 Nov 2017 18:10:44
Cody Baker
Sure did thx man! I meant to tell u when it came but got busy n slipped my mind. I'll give u some cash for shipping next time I c ya
26 Nov 2017 18:13:42
John Vlieger
Dont worry too much about it, Cody. Glad it got to you safe.
27 Nov 2017 10:49:08
Cody Baker
Ah man I'll give u something, thanks again!
27 Nov 2017 11:20:03

John Vlieger
Get my message in your order?
9 Dec 2017 15:03:18
Cody Baker
I did, u got some good prospects?
9 Dec 2017 16:16:39
John Vlieger
Already locked it in. As long as the home inspection goes OK I will be the proud new owner of 18 wooded acres in Stamping ground Ky
9 Dec 2017 16:26:22
Cody Baker
Man that's awesome!! I'm happy for ya!
9 Dec 2017 16:28:00
John Vlieger
Walked the land this morning and it's going to be a good range in the near future. Thanks! I'm going to push harder than ever before, brother. If you want to plan for some joint training days I'd be more than happy. You shooting Alabama in March?
9 Dec 2017 16:28:58
Cody Baker
I figured a range would b pretty far up the list! Sounds good man maybe sometime we can get together n push each other a bit! I doubt it that's a awful long way away for a state match only reason I shot it this year was to get some matches in b4 nats
9 Dec 2017 16:32:33
John Vlieger
Well, I'm shooting it for sure. If you want to carpool I'd be glad to. I shoot it due to having a lot of friends down that way
9 Dec 2017 16:33:24
Cody Baker
Ok I'll think bt it is it at Dothan again?
9 Dec 2017 16:34:49
John Vlieger
I think so
9 Dec 2017 16:36:38
John Vlieger
For me it's about shooting a major before an area match. Pat Rafferty is building my new gun. I'll get it in January and want to work out the kinks before A6, etc
9 Dec 2017 17:29:45
Cody Baker
I hear ya there! What's he building u?
9 Dec 2017 17:43:30
John Vlieger

Hybrid 9 major. Heavy dust cover. Binary engineering Compensator. SV grip from the blown up gun. The blue gun is being rebuilt as a backup, but will be a standard build.
9 Dec 2017 17:48:57
John Vlieger
SV barrel and slide. The quoted 6 week turnaround ended up being just 2 weeks... Kind of wondering if it was just a coincidence, or if someone asked for it to be expedited. In any case, I should have a new gun around the time I close on the new house
9 Dec 2017 17:50:58
John Vlieger
I'll be doing a bulk order of PD bullets in Feb ish if you want to jump in on it. I'm ordering at least 20k
9 Dec 2017 17:51:28
Cody Baker
How many holes in the barrel?
9 Dec 2017 17:53:26
John Vlieger
2 3/16th
9 Dec 2017 17:53:44
Cody Baker
Appreciate it but I'm partial to Montana golds
9 Dec 2017 17:53:48
Cody Baker
Should b a pretty good one
9 Dec 2017 17:54:06
John Vlieger
I'm hoping so. The heavy front end should be interesting. Can always cut it back
9 Dec 2017 17:55:21
Cody Baker
Thought u was thinking bt switching to supercomp
9 Dec 2017 17:55:32
Cody Baker
Yes that's something that I don't like personally
9 Dec 2017 17:55:53
John Vlieger
Eh, not when I can get free brass for the season in shell shock
9 Dec 2017 17:55:57
John Vlieger
SC might still happen but not any time soon
9 Dec 2017 17:56:14

Cody Baker
There isn't any disadvantage to 9 really it's just different I've actually been playing round wit 9 some recently
9 Dec 2017 17:57:28
John Vlieger
And after I switched away from WAC I'm OK stay with 9
9 Dec 2017 17:57:39
John Vlieger
Wac was holding me back and I didn't even realize it
9 Dec 2017 17:57:56
Cody Baker
What powder u shooting now
9 Dec 2017 17:58:06
Cody Baker
Yea ac sucks
9 Dec 2017 17:58:16
John Vlieger
AA7
9 Dec 2017 17:58:32
Cody Baker
Prolly bt the best powder there is in my opinion
9 Dec 2017 17:58:52
John Vlieger
Going to play around when I get the gun. I can chrono in my back yard now
9 Dec 2017 17:58:58
Cody Baker
Yea that's always nice to b able to do that
9 Dec 2017 18:00:36
John Vlieger
Graufel might shoot open Nats, btw
9 Dec 2017 18:01:12
Cody Baker
Sweet I hope he does, I've never even seen him in person
9 Dec 2017 18:02:09
John Vlieger
Hope you had a great Christmas, Cody. I managed to sneak on your squad for the open. Looks like a good group to shoot with again. I should have my new hybrid by that time
26 Dec 2017 9:57:13
Cody Baker

Yea pretty good, hope u did as well! Awesome man looking forward to it! Yea it'll b a good squad
26 Dec 2017 10:35:49
John Vlieger
It was alright. and yeah, 4 GM's on one squad should make the game pretty intense!
26 Dec 2017 15:30:10
John Vlieger
you driving to the FLOP or flying?
28 Dec 2017 13:00:45
Cody Baker
We're not sure yet was thinking bt flying
28 Dec 2017 13:58:53
Cody Baker
U
28 Dec 2017 13:59:05
John Vlieger
Flying definitely.
28 Dec 2017 14:00:23
John Vlieger
Was thinking flying down Friday from Cincinnati
28 Dec 2017 14:00:36
Cody Baker
I hear ya there long ass drive for sure
28 Dec 2017 14:00:54
John Vlieger
Wanna split a rental car or something?
28 Dec 2017 14:04:33
Cody Baker
We're gonna check some prices on tickets first but if we fly we could
28 Dec 2017 14:06:36
John Vlieger
I was seeing $200 or less round trip out of Cincinnati last week
28 Dec 2017 14:09:25
Cody Baker
That's pretty cheap actually
28 Dec 2017 14:11:16
John Vlieger
squad up for A5?
17 Jan 2018 9:55:25
Cody Baker
Is it open?

17 Jan 2018 12:43:46
John Vlieger
opens today
17 Jan 2018 12:44:38
Cody Baker
What time
17 Jan 2018 12:44:49
John Vlieger
1pm, but unknown time zone
17 Jan 2018 12:45:05
Cody Baker
Ok yea we'll get squadded up together
17 Jan 2018 12:46:16
Cody Baker
A5 is open
17 Jan 2018 19:07:07
John Vlieger
Use code GOSHOOTWIN
17 Jan 2018 19:07:50
Cody Baker
Ok
17 Jan 2018 19:08:04
John Vlieger
Squad 201
17 Jan 2018 19:11:48
Cody Baker
Ok I'm waiting to get approved
17 Jan 2018 19:13:36
Cody Baker
Me n Adam had to move to 203
17 Jan 2018 19:53:31
John Vlieger
What, why?
17 Jan 2018 19:53:39
Cody Baker
Tom didn't get in
17 Jan 2018 19:53:52
John Vlieger
K. I'll switch
17 Jan 2018 19:54:02
Cody Baker

14

17 Jan 2018 19:55:16
John Vlieger
Tom getting in?
17 Jan 2018 19:57:20
John Vlieger
And I know Alfred. He's good people
17 Jan 2018 19:57:32
Cody Baker
Yep we're all set now
17 Jan 2018 19:57:48
Cody Baker
Just didn't wanna leave Tom by his self
17 Jan 2018 19:58:04
John Vlieger
Hell yeah. I feel you
17 Jan 2018 19:58:20
John Vlieger
17 Jan 2018 19:59:49
John Vlieger
22 Jan 2018 13:25:50
John Vlieger
after shooting your gun I wanted a hybrid. she's almost done. going to be a touch heavier than yours, but I think it'll work out nicely. My home range should be done end of Feb ish if you wanted to plan to get together for some training
22 Jan 2018 13:26:43
Cody Baker
Hell yea man looks good! I'm anxious to c how it does. I'd like to know what it weighs when's it's all done too
22 Jan 2018 13:35:43
Cody Baker
Yea we may b able to get something worked out
22 Jan 2018 13:35:59
John Vlieger
me, too. Long DC, SV grip. should be in the 50+ ounce range
22 Jan 2018 13:36:26
John Vlieger
Titanium comp again
22 Jan 2018 13:36:37
Cody Baker
I'd say 55+oz It'll b soft!
22 Jan 2018 13:40:02

John Vlieger
thats the plan. i weigh 200 pounds and do powerlifting. the weight is fine to sling around. its the dot tracking and feel in the hand i wanted to fix. if i want to shoot steel ill get something lighter. for major, sign me up for heavier
22 Jan 2018 13:47:38
Cody Baker
I think ull like it
22 Jan 2018 13:54:33
John Vlieger
me, too. and even if i dont, gonna run it anyway.
22 Jan 2018 14:01:27
Cody Baker
lol that's usually the best thing to do just find something n stick with it
22 Jan 2018 14:02:07
John Vlieger
worked for me last year. wondering what i can do with a better gun and the ability to train more
22 Jan 2018 14:03:05
John Vlieger
want to keep you honest ;)
22 Jan 2018 14:03:13
Cody Baker
sounds good to me!
22 Jan 2018 14:03:58
Cody Baker
U gonna b running a set back mount
22 Jan 2018 14:04:29
John Vlieger
gonna play with it and seriously consider it. not until March ish. have to get back in the groove for FLOP and Alabama. getting an ambi racker, though, so I can switch between the two. have to make sure it runs and I like it first
22 Jan 2018 14:05:17
Cody Baker
I hear ya there!
22 Jan 2018 14:05:58
John Vlieger
What were your thoughts on it? I know you switched back and we talked about it briefly
22 Jan 2018 16:52:21
Cody Baker

I actually just got done playing with one again this past weekend. I like a forward mount better. I feel like u loose point ability with it and wide transitions is not as good for me
22 Jan 2018 17:12:00
Cody Baker
That's personal preference not saying one is better than the other for other ppl but for me I like forward
22 Jan 2018 17:13:36
John Vlieger
And that's what I need to find out for myself. Obviously it works for Tilley. Gotta get back on the saddle with the gun, period, before I can play with different things
22 Jan 2018 17:35:39
Cody Baker
Yep for sure everybody's different there's no right or wrong either way
22 Jan 2018 18:54:29
John Vlieger
23 Jan 2018 19:27:56
Cody Baker
Nice!!
23 Jan 2018 19:29:36
John Vlieger
Not automated... Yet
23 Jan 2018 19:29:46
Cody Baker
Deff need to get that thing automated
23 Jan 2018 19:30:05
John Vlieger
Baby steps
23 Jan 2018 19:30:32
John Vlieger
But that's the plan. You see the new press from Mark 7?
23 Jan 2018 19:30:46
John Vlieger
It has a good chance of putting a large dent in the 1050 market share
23 Jan 2018 19:31:01
Cody Baker
I hear ya there!! Yes I'd say it will put a hurting on future 1050 buyers. I know if I didn't have a 1050 I'd get the mk7
23 Jan 2018 19:33:26
John Vlieger
you shooting BGSL Feb 4th?

24 Jan 2018 9:18:50
Cody Baker
I'm gonna try. U?
24 Jan 2018 9:26:26
John Vlieger
better believe it. i pick up my new open gat on next tuesday. gonna break it in at home and shoot two locals that weekend to try to prepare for the FLOP as best I can
24 Jan 2018 9:26:52
Cody Baker
I hear ya there! Where the other local at? I've been trying to work wit a new gun myself just put a new grip on it last night
24 Jan 2018 9:28:15
John Vlieger
Clarksville, TN. 3.5 hours for me, but its the club I helped form and MD. We finally got USPSA affiliated and Im going back down once more to hang out with friends and etc. So, gun tuesday. break in and load ammo wed and thurs. drive to clarksville friday, shoot sun, drive back, shoot BGSL sunday
24 Jan 2018 9:29:23
Cody Baker
Gonna b busy!!
24 Jan 2018 9:30:00
John Vlieger
haver to be. i bought this house for the express purpose of training harder and more often. trying to emulate a certain National champ with the work ethic ;)
24 Jan 2018 9:31:33
Cody Baker
Sounds good man!!
24 Jan 2018 9:32:10
John Vlieger
30 Jan 2018 23:31:53
Cody Baker
Hell yea man!! Let me know how it goes when u shoot it!!
31 Jan 2018 7:18:39
John Vlieger
Already did a little bit. Reaaaaaally soft. I'm looking forward to putting a boat load of rounds through it
31 Jan 2018 7:22:00
Cody Baker
Good deal I figured it would b. How much it weight?
31 Jan 2018 7:22:55
Cody Baker

Flat?
31 Jan 2018 7:23:01
John Vlieger
52 ounces
31 Jan 2018 7:23:15
John Vlieger
And couldn't tell. It was dark as hell when I was test firing. Doing load development after work
31 Jan 2018 7:23:41
Cody Baker
Hell thats not bad
31 Jan 2018 7:23:51
John Vlieger
No, it isn't. Balance is more forward than I'm used to, but a mag should help that. The blending is great, though. I'm breaking it in and then he's finishing the final touches in two weeks. Functionally she's done,just need to do the butler cut and final blending etc he didn't have time to get to in the time line we have with our schedules
31 Jan 2018 7:46:10
Cody Baker
Sounds good!!
31 Jan 2018 7:48:10
John Vlieger
31 Jan 2018 15:20:41
Cody Baker
Looks nice!
31 Jan 2018 15:24:57
John Vlieger
minor ignition problems. firing pin tunnel burrs, probably. getting that fixed and we should be good to go
31 Jan 2018 15:25:55
Cody Baker
Have an extended firing pin in it?
31 Jan 2018 15:26:44
John Vlieger
trigger is the best ive ever had.
31 Jan 2018 15:26:45
John Vlieger
yep. SV slide with burrs. go figure
31 Jan 2018 15:26:53
John Vlieger
mclearn FP

31 Jan 2018 15:26:56
Cody Baker
Oh yea those r pretty long
31 Jan 2018 15:28:24
John Vlieger
it'll be alright. thought it was my primer issues again.
31 Jan 2018 15:39:13
John Vlieger
If you want to carpool to the SC match let me know. I'm on the PM schedule, but will try to get on your squad if possible.
15 Feb 2018 21:46:05
John Vlieger
You shooting BGSL first weekend of March?
18 Feb 2018 21:04:23
Cody Baker
Gonna try, gotta check the schedule
18 Feb 2018 21:40:53
John Vlieger
Alright. Need anything from SC let me know. I'm shooting it for sure
18 Feb 2018 21:41:10
Cody Baker
Ok thx, I appreciate it!
18 Feb 2018 21:41:57
John Vlieger
we got RTS2 6 moa dots back in stock. didnt know if you had broken yours yet
28 Feb 2018 9:46:21
Cody Baker
8moa for me don't like the 6. Lol ðŸ˜ , ive went through them
28 Feb 2018 10:03:24
John Vlieger
ive been running the 6 since I started. its what Im used to and with my shitty shot calling abilities I need all the help I can get. ha.
28 Feb 2018 10:04:36
John Vlieger
also, we should have replacement battery trays here soon
28 Feb 2018 10:04:43
Cody Baker
I just find the 8 easier track
28 Feb 2018 10:05:43
Cody Baker
That'll b good!!

28 Feb 2018 10:05:50
John Vlieger
Finally got a new gun from Shay, huh?
10 Apr 2018 7:13:01
Cody Baker
Yes sir, been shooting a new hybrid gun but now trying this one out n I'm really liking it
10 Apr 2018 7:56:08
John Vlieger
Cool. See you at Area 6?
10 Apr 2018 7:56:58
Cody Baker
Yep I'll b there I'm shootin all day sat
10 Apr 2018 7:57:20
John Vlieger
And I think I got the kinks worked out if my own hybrid. Had some ammo issues for a bit. Bad lot of primers. And cool. I'll see yah Saturday afternoon then. I shoot all day Sunday with Lesgar
10 Apr 2018 7:57:59
Cody Baker
Awesome man I'll c ya there
10 Apr 2018 7:59:21
John Vlieger
15 Apr 2018 18:25:08
John Vlieger
Fuck. Wrong one
15 Apr 2018 18:25:14
John Vlieger
15 Apr 2018 18:25:17
John Vlieger
Congrats man. I'm gonna catch yah, brother, but not today
15 Apr 2018 18:25:37
Cody Baker
Thanks man!!
15 Apr 2018 18:26:25
John Vlieger
15 Apr 2018 21:17:48
John Vlieger
Close match. Seriously. Glad I can put it up at your level, man. Gonna be training hard for SC, so watch your back ;)
15 Apr 2018 21:18:28

Cody Baker
It was a close match for sure!! I hear ya there I'll b looking forward to it
15 Apr 2018 21:22:18
John Vlieger
https://www.shootersconnectionstore.com/Precision-Delta-9MM-124gr-JHP-font-colorredSALE-PRICEfont-P5037.aspx
27 Apr 2018 8:43:08
John Vlieger
sure you don't want to give PD bullets a try?
27 Apr 2018 8:43:17
John Vlieger
check out the 2k price on these. running a sale for the next two weeks
27 Apr 2018 8:43:29
Cody Baker
That's pretty cheap!
27 Apr 2018 8:55:52
Cody Baker
I may try some out
27 Apr 2018 8:55:58
John Vlieger
we just got RTS2 6 moa in, btw
27 Apr 2018 13:59:25
Cody Baker
Any 8s?
27 Apr 2018 13:59:52
John Vlieger
not yet
27 Apr 2018 13:59:57
John Vlieger
expecting them some time in May
27 Apr 2018 14:00:02
John Vlieger
these were a surprise
27 Apr 2018 14:00:09
Cody Baker
8s r hard to come by right now
27 Apr 2018 14:00:27
John Vlieger
yep. they're coming from Japan
27 Apr 2018 14:00:36
Cody Baker

Heard u can't even get any from cmore right now either
27 Apr 2018 14:01:57
John Vlieger
exactly
27 Apr 2018 14:02:03
John Vlieger
we are one of their biggest dealers. no bueno until May
27 Apr 2018 14:02:13
Cody Baker
They'll go quick I know a couple ppl that's wanting some to have for backup
27 Apr 2018 14:02:51
John Vlieger
when the box comes in I'll shoot you a message ASAP, bud
27 Apr 2018 14:03:04
John Vlieger
and my range is getting built this weekend
27 Apr 2018 14:03:09
Cody Baker
Awesome thx!
27 Apr 2018 14:03:25
Cody Baker
That's great!! That'll b nice
27 Apr 2018 14:03:36
John Vlieger
i adjusted your shipping down and combined the order into the target box. your other items are in the box by the head of the target
1 May 2018 14:53:13
John Vlieger
also, my range is being dug right now. should be finished before the end of the week
1 May 2018 14:53:29
Cody Baker
Thanks man!!
1 May 2018 14:54:03
Cody Baker
Awesome!! Can't wait to c how it's gonna turn out!
1 May 2018 14:54:20
John Vlieger
1 May 2018 17:49:13
John Vlieger
1 May 2018 17:49:19
John Vlieger

Almost done
1 May 2018 17:49:21
Cody Baker
Nice!!
1 May 2018 17:55:32
John Vlieger
Heard you were dropping out of South Carolina?! The hell?
4 May 2018 17:22:17
Cody Baker
Having a lot of gun issues, changed grips put one of my old infinity signature aggressive micro pocket grips on n now it's not running at all
4 May 2018 17:40:10
John Vlieger
Well, shit. Better now than at the match I guess
4 May 2018 17:40:43
John Vlieger
I just fixed my light strike issue myself. Frustrating as hell
4 May 2018 17:42:41
Cody Baker
I don't c what that has to do with it shouldn't b anything. Tried mbx mags factory and modified ones sti gen1 mags n my sv with enlarged mag catch hole. Hand full of diff ejectors diff strike points diff angles diff extractors bt half a dozen aftecs and old school ones all diff tensions and modified in diff ways tight and loose firing pin stops. This hurdle is a tough one. Lol
4 May 2018 17:43:57
Cody Baker
What was the prob?
4 May 2018 17:44:02
John Vlieger
Still don't know the root cause, but grip screws tightened and a 19lbs main spring fixed it for now.
4 May 2018 17:44:56
John Vlieger
The ammo runs on all my other guns. I think the SV breech face is hurting some how
4 May 2018 17:45:23
John Vlieger
Gonna try a SV FP next week
4 May 2018 17:45:31
Cody Baker
Holy shit that's heavy
4 May 2018 17:45:31

24

John Vlieger
Yeah. Gotta do what I gotta do. I've been through over 1k rounds trying to figure this shit out. Primer depth. Extractor. Fps.
4 May 2018 17:46:03
Cody Baker
Take a marker and color ur firing pin stop where hammer hits I bet it's not hitting square on the whole face of hammer
4 May 2018 17:46:16
John Vlieger
It's only with my cases. The steel ones
4 May 2018 17:46:16
John Vlieger
We are looking at that too next. For now, and SC, 19 pound MS it is
4 May 2018 17:46:47
Cody Baker
Yea gotta do what u gotta do
4 May 2018 17:47:17
Cody Baker
That's the joys of open lol
4 May 2018 17:47:24
John Vlieger
Shit happens when you party naked
4 May 2018 17:47:32
Cody Baker
Exactly right!!
4 May 2018 17:47:43
John Vlieger
Hope you get your problem resolved, buddy.
4 May 2018 17:48:15
Cody Baker
Ah I will just finding that right combo
4 May 2018 17:48:38
Cody Baker
Burn it down tomorrow man!!
4 May 2018 17:48:45
John Vlieger
Will do. What sucks is the primary reason I even signed up for this match is that you were shooting it. It's a 8 hour each way drive for a 9 stage sectional. I feel like this isn't really going to be worth it
4 May 2018 17:49:29
Cody Baker

25

Man I tried even took of work early yesterday to get everything straightened out, just didn't happen
4 May 2018 17:50:53
Cody Baker
4 May 2018 17:51:22
Cody Baker
4 May 2018 17:51:27
Cody Baker
How I went to range yesterday lol
4 May 2018 17:51:43
John Vlieger
Ouch
4 May 2018 17:51:53
John Vlieger
I know the feeling
4 May 2018 17:52:05
Cody Baker
Is what it is, I'll get it straightened out
4 May 2018 17:52:54
John Vlieger
we should have 8 moa back in stock this week
7 May 2018 15:20:05
John Vlieger
also, have you tried the double tap rts2 mount? thinking about giving it a try
7 May 2018 15:20:16
Cody Baker
Awesome! Yea I've used one. Not bad
7 May 2018 15:38:08
Cody Baker
Was u using a set back at sc?
7 May 2018 15:38:18
John Vlieger
stiffer?
7 May 2018 15:38:23
John Vlieger
and yeah, Ben Langfords mount
7 May 2018 15:38:28
Cody Baker
Yea they're pretty sturdy
7 May 2018 15:38:44
Cody Baker

U won't get any vibration
7 May 2018 15:38:51
Cody Baker
U like it
7 May 2018 15:38:58
John Vlieger
dont really know. ive been training a lot lately, but man, its hard to tell
7 May 2018 15:40:35
Cody Baker
They're diff for sure
7 May 2018 15:41:30
Cody Baker
I've not tried one on the new gun kinda been wanting to but idk. It's just personal preference for me I feel like u loose a little point ability but prolly where I've not kept one on for very long
7 May 2018 15:42:49
John Vlieger
interesting.
7 May 2018 16:02:20
John Vlieger
my cases seem to eject really consistently, and dont get caught up. theyre half the weight, so that might help. it seems a bit harder to pick it up weak handed, but that could be me just being out of practice.
7 May 2018 16:02:51
John Vlieger
it seems really hard to quantify
7 May 2018 16:07:47
Cody Baker
I believe it is a little harder to pick up week handed too deff something u could get use to though. I just don't know if the benefits outweigh the cons. Tilley loves them, ben as well. I may give them another try. They do wonders for the balance of the gun
7 May 2018 16:07:57
John Vlieger
true. and picking it up on the press out seems easier.
7 May 2018 16:08:21
John Vlieger
for me racking it on the opposite side is weird as hell
7 May 2018 16:08:30
Cody Baker
I feel like I have to let the dot settle a little more b4 firing a second shot just diff visually

27

7 May 2018 16:08:59
John Vlieger
because you can track it more easily?
7 May 2018 16:09:19
Cody Baker
Lol tgat don't bother me I don't even use a racker now haha
7 May 2018 16:09:45
John Vlieger
weirdo
7 May 2018 16:09:54
John Vlieger
it added a tenth to my unloaded start times,
7 May 2018 16:10:09
Cody Baker
I think it's just where it's diff
7 May 2018 16:10:12
John Vlieger
off the bat, could probably eliminate it with reps.
7 May 2018 16:10:22
John Vlieger
June I only have michigan, and a break. gonna be training people and playing with my setup to find the one that works the best
7 May 2018 16:10:58
Cody Baker
Yea u can get use to anything
7 May 2018 16:11:21
John Vlieger
yup. the CK I ran for example
7 May 2018 16:11:36
John Vlieger
I can't imagine going back to that gun and load
7 May 2018 16:11:44
Cody Baker
Awesome seems like I'm always playing round with diff things lol
7 May 2018 16:11:53
John Vlieger
WAC can take a hike,. I'm gonna play with AA7, Win 572, and 3n38 in June. almost out of HS6
7 May 2018 16:12:18
John Vlieger
and yeah...i can tell by looking at your order history. ha

28

7 May 2018 16:12:45
Cody Baker
Love aa7 in 9 that's what I dhoot in super como
7 May 2018 16:12:49
John Vlieger
and just FYI, your order details are private. i dont share stuff with people as a matter o f principle
7 May 2018 16:13:03
Cody Baker
I buy a lot of shit
7 May 2018 16:13:04
Cody Baker
Good deal
7 May 2018 16:13:19
John Vlieger
get your shit figured out before Ohio. i want some heat to make me go faster
7 May 2018 16:15:33
Cody Baker
Will do brother
7 May 2018 16:18:40
John Vlieger
https://www.shootersconnectionstore.com/C-More-Systems-RTS2-Red-Dot-Sight-P2147.aspx
8 May 2018 13:25:31
John Vlieger
8 moa rts2 are back in stock
8 May 2018 13:25:39
Cody Baker
Awesome thx man!
8 May 2018 13:56:34
John Vlieger
no problemo
8 May 2018 14:00:18
John Vlieger
you get your gun figured out, yet? and why arnt you shooting Michigan?
15 May 2018 10:47:56
Cody Baker
I think... work d on mags some more, diff ejector n diff extractor, looked pretty consistent at the house yesterday gonna head to range today after work to c how things go Just hadn't planned on it, but was actually looking around just a bit ago n I

29

have nothing in June to shoot n looked at mi only thing they have is a couple sat spots left
15 May 2018 10:51:36
John Vlieger
Send a message to the MD. See if they have any drop outs. I'll check my squad and see if anyone is dropping
15 May 2018 10:56:20
John Vlieger
And what mags you using? Mbx?
15 May 2018 10:56:26
Cody Baker
Ok I may do that gotta find out who the md is
15 May 2018 10:57:37
Cody Baker
Infinity
15 May 2018 10:57:42
John Vlieger
I use mbx exclusively and have had great luck in all my 2011s
15 May 2018 10:58:15
John Vlieger
check to see if the mag lips are touching the ejector?
15 May 2018 10:58:34
John Vlieger
Contact Email: MotorCitySpeedShooters@gmail.com Contact Phone: (248) 709-4573
15 May 2018 11:00:30
John Vlieger
thats the md info
15 May 2018 11:00:36
Cody Baker
I have mbx mags, just prefer the infinity The mbx wasn't working either. But I had a combo of a couple probs but I've got it figured out now I believe. my sv tubes I enlarged the top of mag catch hole to get the mag to set lower when I was using pt grip for more consistent lower ejection n since I put the sv grip back on they was setting a little too low not supporting the casing coming out enough ordered some new tubes n modified the lips on my old ones. Diff long ejector with a little lower strike point and diff extractor. So that should fix the prob. No the lips r not hitting the ejector
15 May 2018 11:05:07
Cody Baker
Ok thx man!
15 May 2018 11:05:13

John Vlieger

ah. i see what you meant now. yeah, mag catch height could cause a problem with feeding and ejecting. i just got done (hopefully) resolving a light strike issue with my gun. we ended up replacing the sear, enlarging the disco tunnel, re-polishing the MSH, replacing the strut, hogging out the grip safety tunnel to make sure the strut wasnt interfering, and re-polishing the hammer. also, shaped the Firing pin stop, changed to an SV FP (SV slide with IBF)

15 May 2018 11:07:27

John Vlieger

now she runs great, and the trigger is at 1 pound 10 ounces. gotta get used to it again. i'll be in Missoula, MT for area 1, then Ohio with you. gonna give 3n38 a shot, see if i can fit enough in my cases to make major. i figure my cases have better neck tension, and have 2-3% more case volume, so it might be doable. 8.0 grains HS6 makes 170 PF right now. heres hoping. i hear its the bees knees

15 May 2018 11:08:39

Cody Baker

Awesome man hope all the probs is resolved, and good luck at A1!!

15 May 2018 11:11:06

Cody Baker

When I was playing around wit 9 a little over the winter I really couldn't make it with mine, my dad can full size gun with no holes but I still think aa7 is the way to go

15 May 2018 11:13:03

Cody Baker

I think that's the best powder there is for 9 or super comp

15 May 2018 11:13:52

John Vlieger

im almost out of HS6, 16 pounds in 4 months, ha. so, gonna experiment a bit after ohio. no majors until michigan, then nothing till July

15 May 2018 11:17:59

John Vlieger

i have a pound of AA7. ill give it another try,

15 May 2018 11:18:17

Cody Baker

Did u not like it b4?

15 May 2018 11:18:31

Cody Baker

Aa7

15 May 2018 11:18:37

John Vlieger

my evolution pro should be here in like 2 weeks, so the smoother automated press might make it easier to not sling powder.

15 May 2018 11:18:40
John Vlieger
and yeah, out of a polymer gripped gun, compared to WAC it was awesome. but, i cant remember if i could tell the difference between HS6 and AA7 in my new gun
15 May 2018 11:19:06
Cody Baker
Yea should help
15 May 2018 11:19:07
Cody Baker
I've shot hs6 n aa7 back to back and aa7 was far superior to me. It's just dirty
15 May 2018 11:20:41
John Vlieger
i'll have to give it a shot. been so busy with this light strike issue havent had time to change the powder measure around
15 May 2018 11:23:32
Cody Baker
I know it man just isn't enough hrs in the day
15 May 2018 11:29:06
John Vlieger
dude..please tell me your gun is fixed
22 May 2018 15:45:48
Cody Baker
Been running good now
22 May 2018 16:02:51
John Vlieger
good. i saw your order and got worried
22 May 2018 16:04:45
Cody Baker
Haha just like to have parts on hand
22 May 2018 16:08:24
John Vlieger
23 May 2018 18:56:46
John Vlieger
9.0 grains of 3n38 equals 169 ish PF.
23 May 2018 18:57:44
John Vlieger
And is soft as fuuuuuck
23 May 2018 18:57:49
John Vlieger
Have to load it slow as hell though
23 May 2018 18:58:00

Cody Baker
Damn that's full
23 May 2018 20:07:06
Cody Baker
Dot track good?
23 May 2018 20:07:12
John Vlieger
Yep.im running a 7 pound spring and one aluma buff, and it's soft in the hand
23 May 2018 20:07:43
Cody Baker
Hell yea man!!
23 May 2018 20:08:11
John Vlieger
24 May 2018 13:22:07
John Vlieger
good thing we shoot sunday
24 May 2018 13:22:11
Cody Baker
Hopefully it won't b too bad
24 May 2018 13:56:37
John Vlieger
Change my mike to an A or C on the last stage and it would have made the difference. going with your plan would have been better, but my retarded brain wanted to be aggressive. this lesson is going to be burned into my head, man. thanks for being there to help remind me that consistency and efficiency wins
29 May 2018 11:41:42
Cody Baker
It's always a good time shooting with u. Looking forward to next time
29 May 2018 12:11:39
John Vlieger
damn right. ill have my head on straight next time. i can promise you that
29 May 2018 12:20:01
John Vlieger
gotta keep you honest
29 May 2018 12:20:08
Cody Baker
Hell yea
29 May 2018 12:21:19
John Vlieger
and theres still a slot available for Michigan, man. i plan on driving up saturday to look at stages.

29 May 2018 16:31:37
Cody Baker
Ok I'll check it out
29 May 2018 17:44:11
John Vlieger
where do you buy your AA7 at? our usual dealer is out of stock. only found it on brownells so far
4 Jun 2018 12:11:31
Cody Baker
Powder valley is where I always get mine
4 Jun 2018 12:12:19
John Vlieger
out of stock right now
4 Jun 2018 12:12:25
Cody Baker
If u order from midway it'll drop ship straight from western powders
4 Jun 2018 12:13:56
John Vlieger
4 Jun 2018 12:14:42
Cody Baker
Where is that
4 Jun 2018 12:15:30
Cody Baker
Might check butches reloading
4 Jun 2018 12:15:57
John Vlieger
i got 2 pounds locallly just now. ill keep an eye out. might just have the local guy order a keg
4 Jun 2018 12:33:05
Cody Baker
Awesome!
4 Jun 2018 12:34:01
John Vlieger
am i a part of the cool guy club now?
4 Jun 2018 12:34:26
Cody Baker
Damn right aa7 is where it's at!!
4 Jun 2018 12:35:04
John Vlieger
And my Evolution pro comes in tomorrow. no more handle pulling for this guy. more shooty, less loady

4 Jun 2018 12:36:17
Cody Baker
Sweet! I'm gonna look into gettn one
4 Jun 2018 12:37:24
John Vlieger
we still have some 38 SC kitted Evos coming in. cheaper to get em through us than Mark 7 until our pre-orders run out
4 Jun 2018 12:59:03
Cody Baker
How much r they
4 Jun 2018 13:31:59
John Vlieger
https://www.shootersconnectionstore.com/Mark-7-The-Evolution-Pre-Order-P5020.aspx
4 Jun 2018 13:32:32
John Vlieger
$2,500, and youd just need to get the adapter for your current auto drive
4 Jun 2018 13:32:49
Cody Baker
Ok thx
4 Jun 2018 13:34:03
John Vlieger
no problem
4 Jun 2018 13:34:21
John Vlieger
9 Jun 2018 21:33:01
Cody Baker
Oh hell yea!! Looks smooth
9 Jun 2018 21:36:38
John Vlieger
It is. I'm still learning and it has some small issues, but overall I'm happy as a clam
9 Jun 2018 21:37:47
Cody Baker
Awesome man! I'm really thinking hard bt taking the plunge
9 Jun 2018 21:38:26
John Vlieger
Come over and check it out before you decide if you want
9 Jun 2018 21:38:45
Cody Baker
How fast does it go up to?
9 Jun 2018 21:39:47

John Vlieger
2k ish? Haven't tried it that fast yet. Still tuning
9 Jun 2018 21:40:08
Cody Baker
Mine will only run at 1800. Loading aa7 in supercomp I could prolly load at atleast 2k or 2200
9 Jun 2018 21:41:31
John Vlieger
Yeah. Agreed. I'm loving the powder measure
9 Jun 2018 21:42:36
Cody Baker
Looks well made n not as clunky as a 1050
9 Jun 2018 21:43:20
John Vlieger
Definitely
9 Jun 2018 21:43:26
John Vlieger
The manual came out today... I had it Thursday.
9 Jun 2018 21:43:51
John Vlieger
Zero directions came with the press
9 Jun 2018 21:43:58
Cody Baker
Really figured it would atleast. One with something
9 Jun 2018 21:46:07
John Vlieger
I had the first one in the world...
9 Jun 2018 21:46:36
Cody Baker
Oh ok gotcha
9 Jun 2018 21:46:44
John Vlieger
Also, the video I sent you was with AA7. 9.7 grains. Saw zero spilled powder but I haven't spooled it up to see what it will do yet
9 Jun 2018 22:20:14
Cody Baker
Yea I'm anxious to c how fast it'll go without spilling powder
9 Jun 2018 22:24:14
John Vlieger
I'll get a vid for you doing that soon. Should be comparable
9 Jun 2018 22:24:35

Cody Baker
U have a top dwell and bottom dwell?
9 Jun 2018 22:25:26
John Vlieger
Yep
9 Jun 2018 22:25:32
John Vlieger
And index speed
9 Jun 2018 22:25:41
Cody Baker
I run mine with no dwell at top or bottom and no index speed
9 Jun 2018 22:26:42
John Vlieger
I tested it and at 2500 no way in hell can you run it with zero index
11 Jun 2018 7:11:22
John Vlieger
But a 2-3 should be doable
11 Jun 2018 7:11:37
Cody Baker
Didn't figure I'd b able to in 9mm
11 Jun 2018 8:17:49
Cody Baker
Ud
11 Jun 2018 8:17:52
John Vlieger
What do you do when a Rts2 starts turning off during recoil
15 Jun 2018 20:06:29
John Vlieger
Mines almost brand new and after shooting like 400 rounds in an hour it started turning off and kinda coming back on
15 Jun 2018 20:10:26
Cody Baker
I buy a new one. I have a bunch I need to send in
15 Jun 2018 20:11:26
John Vlieger
Shit
15 Jun 2018 20:11:34
Cody Baker
Sometimes they last really good and sometimes like urs no time at all
15 Jun 2018 20:11:46
John Vlieger

37

Good thing I work at shooters connection... I have a spare at my desk
15 Jun 2018 20:16:29
John Vlieger
Michigan is Sunday. I leave tomorrow
15 Jun 2018 20:16:36
Cody Baker
Oh damn! I forgot bt Michigan, yes it is a good thing u work there!!
15 Jun 2018 20:18:25
John Vlieger
Ha. Yeah. You shooting it?
15 Jun 2018 20:29:09
Cody Baker
Nah I thought bt it but just decided to get some extra training in. More ipsc style stuff
15 Jun 2018 20:30:20
John Vlieger
15 Jun 2018 22:31:44
Cody Baker
Nice!!
15 Jun 2018 22:40:23
John Vlieger
I got the indexing issue fixed. Now, index of 2-3 at max rpm no slinging powder. I like a 2 dwell though. Gives me a chance to watch everything. I run it at about 1900
15 Jun 2018 22:41:04
John Vlieger
Smooth as fuck index
15 Jun 2018 22:41:14
Cody Baker
Hell yea man!!
15 Jun 2018 22:42:38
John Vlieger
Conversion kits for your autodrive are coming soon
15 Jun 2018 22:43:01
Cody Baker
Ok
15 Jun 2018 23:03:10
John Vlieger
alright, dude. ive been playing with cutting more coils and buffs and shit. ive been running 1 aluma buff and 7 pound ISMI, 1 coil cut. like it. its solid, etc.
19 Jun 2018 9:42:08
John Vlieger

38

im about to change out hte spring, so i decided to play around some more. 1 buff, 2 or 3 coils cut I seem to get more "bounce" when it goes into battery. like it's over sprung. dot dips down and bounces a bit as it settles. feel is "better" I guess, but I'm more worried about the dot . im going to try two buffs and 3 coils. shorten the stroke a bit, yah know, and go from there. id appreciate your input

19 Jun 2018 9:43:26

Cody Baker

What I'm running in my gun is a 7 lb wolf conventional power with 10 coils cut prolly bt 60 k on tgat spring and 2 aluminum buffs. I don't like ismi recoil springs. They stack up a lot diff than wolf

19 Jun 2018 10:44:49

John Vlieger

your gun stroked?

19 Jun 2018 10:45:53

Cody Baker

What I like is the dot to come. Back down slow and not all the way back down

19 Jun 2018 10:45:53

Cody Baker

Not stroked

19 Jun 2018 10:46:05

John Vlieger

ok. mine neither. im going to try your set up, gradually. see how it affects it. and 60 fucking k on that spring? serious?

19 Jun 2018 10:46:26

Cody Baker

Atleast 50 to b honest idk how much it's had but a lot

19 Jun 2018 10:47:30

John Vlieger

oh, and be glad you didnt go to michigan. kind of boring match. only like 2 or 3 stages with options

19 Jun 2018 10:47:33

Cody Baker

Deff try a wolf spring though

19 Jun 2018 10:47:39

John Vlieger

im running a Wolff 7 pound right now

19 Jun 2018 10:47:47

Cody Baker

Really?

19 Jun 2018 10:47:52

John Vlieger

yeah. serious. the plaque is fucking awesome though
19 Jun 2018 10:48:12
Cody Baker
Oh gotcha but yea deff cut some more coils off it
19 Jun 2018 10:48:17
John Vlieger
i'll give it a shot. thanks
19 Jun 2018 10:48:26
Cody Baker
I seen the plaque it was cool looking
19 Jun 2018 10:48:31
John Vlieger
i'll be teaching a class with Sargent, Birkheimer and others end of July in Ashland
19 Jun 2018 10:48:43
Cody Baker
No prob man
19 Jun 2018 10:48:45
John Vlieger
and hey, i got something for you if you can keep it to yourself
19 Jun 2018 10:48:57
Cody Baker
Oh really that'll b cool
19 Jun 2018 10:49:05
Cody Baker
What up
19 Jun 2018 10:49:08
John Vlieger
IPSC nats stages
19 Jun 2018 10:49:09
Cody Baker
Hell yea I won't show anybody
19 Jun 2018 10:49:22
John Vlieger
what's your email
19 Jun 2018 10:49:23
Cody Baker
90cabaker@gmail.com
19 Jun 2018 10:49:34
John Vlieger
ignore the descriptions. just look at the stage diagrams.
19 Jun 2018 10:51:10

John Vlieger
descriptions could change.
19 Jun 2018 10:51:18
Cody Baker
Got em thx! They don't have any targets on them?
19 Jun 2018 10:54:26
John Vlieger
using your phone?
19 Jun 2018 10:55:31
Cody Baker
Yea
19 Jun 2018 10:55:40
John Vlieger
hold on. ill try to send as a PDF. shows up fine on my comp
19 Jun 2018 10:55:54
Cody Baker
Ok
19 Jun 2018 10:56:02
John Vlieger
sent PDF
19 Jun 2018 10:59:08
Cody Baker
There we go got em now, thx man!!
19 Jun 2018 11:01:52
John Vlieger
thanks. and remember....shhhhhhh
19 Jun 2018 11:02:30
Cody Baker
I won't tell anybody no worries there
19 Jun 2018 11:14:22
John Vlieger
hey man. you shooting a match this weekend? i was gonna shoot miamisberg if you were planning on that one
21 Jun 2018 13:07:09
John Vlieger
if you wanted me to take your shit to you and save you shipping i mean
21 Jun 2018 13:07:25
Cody Baker
Nah man that's ok u can go ahead n ship it. I appreciate it though
21 Jun 2018 13:59:03
John Vlieger

41

no problem. i would love to do some training myself...but the several inches of rain we have gotten over hte past two days, along with the forecast say i aint gonna be using my range any time soon
21 Jun 2018 13:59:37
Cody Baker
Yea all this rain is making it hard for sure
21 Jun 2018 14:08:18
John Vlieger
you got lodging for florida/know someone looking for someone to split a room/
22 Jun 2018 9:00:24
John Vlieger
ipsc nats*
22 Jun 2018 9:00:34
Cody Baker
Yea man we already got our stuff squared away. Don't really know of someone looking to split right off the top of my head but I'll ask around
22 Jun 2018 9:37:30
John Vlieger
i had to wait until travel arrangements were made. im visiting Mark 7 on thursday and friday, then going to frostproof. couldnt plan anything until that was figured out. i appreciate it
22 Jun 2018 9:38:08
John Vlieger
thanks for the input. im running two aluma buffs and ten coils cut on a 7 pound wolff. the dot settles great. have to make sure i chamber check match, ammo, though, as the spring tension doesnt like stripping hte first round off a full big stick
25 Jun 2018 10:58:08
John Vlieger
chamber check in addition to hundo gauging i mean
25 Jun 2018 11:02:10
Cody Baker
Awesome man! Glad I could help out
25 Jun 2018 11:04:34
John Vlieger
25 Jun 2018 16:40:46
Cody Baker
That's pretty flat
25 Jun 2018 16:43:56
John Vlieger
Ejection is pretty consistent, too. Which is nice
25 Jun 2018 17:22:56

Cody Baker
Yea I noticed that, thought it looked real good
25 Jun 2018 17:25:22
John Vlieger
With mixed brass, eveb
25 Jun 2018 17:25:49
John Vlieger
Even*
25 Jun 2018 17:25:52
Cody Baker
That's awesome
25 Jun 2018 17:26:04
John Vlieger
hey, man. BGSL this sunday is IPSC nationals themed. Jeffi s going to set up two stages as close to two stages from the match book as possible.
27 Jun 2018 10:00:58
John Vlieger
all classic targets, too
27 Jun 2018 10:01:12
Cody Baker
Awesome I think me n a buddy may try to come down
27 Jun 2018 10:03:32
John Vlieger
alright. need anything from shooters lemme know and i can save you shipping and tax
27 Jun 2018 10:04:27
Cody Baker
Awesome thx man if I think of something I'll let u know
27 Jun 2018 10:04:55
John Vlieger
27 Jun 2018 10:08:31
John Vlieger
1 Jul 2018 15:20:34
John Vlieger
You and I both shot a high B low A on that classifier...
1 Jul 2018 15:21:13
John Vlieger
if you need anything from here and want me to hand carry it, let me know. i fly out tomorrow morning
11 Jul 2018 10:49:31
John Vlieger
ill be in frostproof friday

11 Jul 2018 10:49:40
Cody Baker
Ok thx man!!
11 Jul 2018 10:50:34
John Vlieger
11 Jul 2018 10:53:11
John Vlieger
alright. you convinced me. im changing over to 8 moa dot size. already sent one back to Cmore for the change over. did Ben talk to you about bullet proofing RTS2's?
18 Jul 2018 9:33:13
Cody Baker
I believe the 6 is just way too small and harder for me to track. Yea I think with a little work u could make them really strong
18 Jul 2018 10:46:01
John Vlieger
look, dude. you have to stop fucking with your gun! Holy shit! Area 5 is 8 days away for crying out loud!
26 Jul 2018 14:20:14
Cody Baker
lol I'm always messing round wit something
26 Jul 2018 14:31:02
John Vlieger
i saw extractor on the order and i got worried man
26 Jul 2018 14:31:41
Cody Baker
lol that's for a backup
26 Jul 2018 14:32:01
John Vlieger
thank god. you get that shit worked out with the primary? or you just gonna carry around a brass hammer when you shoot the stages?
26 Jul 2018 14:34:38
Cody Baker
lol it's been running I changed extractor when I got home, put an hd in it
26 Jul 2018 14:38:32
John Vlieger
you bevel the underside of the hook?
26 Jul 2018 14:38:56
Cody Baker
Radius it and polish it and put tension on it
26 Jul 2018 14:46:21
John Vlieger

who am i kidding. you know whats up.
26 Jul 2018 15:00:14
John Vlieger
im gonna follow your lead, btw. have my spare dot on a mount already zeroed
26 Jul 2018 15:00:27
Cody Baker
I had to put my spare on the other day n wanted a backup for a5
26 Jul 2018 15:34:10
John Vlieger
rumor is something new is coming out at shot show, maybe, supposedly, hopefully
26 Jul 2018 15:52:16
John Vlieger
from cmore
26 Jul 2018 15:52:20
Cody Baker
Really?!?! Hopefully a dot tgat works good lol
26 Jul 2018 15:53:29
John Vlieger
yeah. there doesnt seem to be a clear winner right now. to be fair, though, open guns, especially ones like yours and other Akais, concuss the fuck out of anything above the slide
26 Jul 2018 15:54:22
Cody Baker
Yes they r extremely rough on the optics
26 Jul 2018 15:56:11
John Vlieger
1 Aug 2018 10:19:14
Cody Baker
Nice, u gonna put it on?
1 Aug 2018 10:20:01
John Vlieger
yeah. today. gonna do the same as you and keep my spare zeroed on my other mount
1 Aug 2018 10:20:13
Cody Baker
Was u gettn some vibration with the single side mount
1 Aug 2018 10:20:41
John Vlieger
the more i focused on calling long shots, the more i noticed it. started back at A4 last year. seeing the dot jiggle. bugs me now that i notice it, ha.
1 Aug 2018 10:21:13
John Vlieger

have you noticed dots living longer on double sided vs single?
1 Aug 2018 10:21:22
Cody Baker
Yes I can't stand it! U can't call the shots at all, have not done much experimentation with it bc I can't deal with the vibration so always use a double side mount
1 Aug 2018 10:23:45
Cody Baker
Have played round with some single sided ones but never for long
1 Aug 2018 10:24:10
John Vlieger
interesting.
1 Aug 2018 10:25:03
John Vlieger
i can already tell you that going to an 8 is different/good at the same time
1 Aug 2018 10:25:15
John Vlieger
im able to call my shots much easier on double taps at range. gotta keep playing with it. trying to get more focused on getting alphas. ive been hemoraging points lately
1 Aug 2018 10:25:55
Cody Baker
I would think a single sided would allow the dot to last better bc it's not jarring the guts outta the optic. Where the double sided there is virtually no movement so the only thing to move is the internals of the optic. But it's not worth it to me
1 Aug 2018 10:28:17
Cody Baker
Yes 8 is deff the way to go in my opinion
1 Aug 2018 10:28:29
John Vlieger
when i started i went 6 because my trigger control was still lacking, so being able to focus on a smaller dot for shot placement mattered more. same reason i had a 6" limited gun
1 Aug 2018 10:29:02
John Vlieger
and i hear you. supposedly Cmore is working on some new stuff for open. have to wait for shot show most likely
1 Aug 2018 10:29:23
Cody Baker
I went 8 when I switched to rts2 bc that's what I used with a slide ride. But after shooting pls guns with a 6 I'm always wondering how ppl can track it as fast
1 Aug 2018 10:31:25
Cody Baker

Hopefully they come out with something good. The technology is out there to make them last maybe price is the big concern? But I know ppl would pay 800 or a thousand bucks if they knew the thing was gonna last and was nice

1 Aug 2018 10:32:51

John Vlieger

1 Aug 2018 13:12:13

John Vlieger

1 Aug 2018 13:12:16

John Vlieger

1 Aug 2018 13:12:17

John Vlieger

if you need anything from shooters lemme know. i can save you the shipping.

1 Aug 2018 13:34:26

Cody Baker

I think I'm good thanks though

1 Aug 2018 14:02:11

John Vlieger

no prob

1 Aug 2018 14:33:20

John Vlieger

Holy shit!

1 Aug 2018 20:46:35

John Vlieger

You're right! Double sided is the way to go!

1 Aug 2018 20:46:45

Cody Baker

Hell yea

1 Aug 2018 20:48:00

John Vlieger

I was expecting a marginal difference, but I mean Holy shit, yo!

1 Aug 2018 20:48:50

Cody Baker

Yea makes u wonder how u ever dealt with all the vibration

1 Aug 2018 20:49:48

John Vlieger

Motha fucka

1 Aug 2018 20:50:03

Cody Baker

Lmao

1 Aug 2018 20:50:18

John Vlieger

Well, looks like I'm shooting like 500 rounds tomorrow to get used to it again. Hahaha
1 Aug 2018 20:50:52
Cody Baker
Haha yea u should get a little diff dot lift impulse too where it's a diff location than the cheely
1 Aug 2018 20:51:53
John Vlieger
Yeah. I had to sand down my slide stop a bit due to the larger footprint of the mount. And it sits lower. Have you tried a double tap mount?
1 Aug 2018 20:52:35
Cody Baker
Yea they're not bad
1 Aug 2018 20:53:14
John Vlieger
You like yours better?
1 Aug 2018 20:54:46
Cody Baker
Honestly I don't think it matters it's just what u get use to.
1 Aug 2018 20:57:17
John Vlieger
Isn't that what we've both been saying for a while now?
1 Aug 2018 20:57:50
Cody Baker
Lmao yea I think that's what it all boils down to.
1 Aug 2018 20:58:52
John Vlieger
congrats again, man. i aim to give you some scores to chase at A8
6 Aug 2018 10:37:26
John Vlieger
also, out of curiosity, what is your price on starline 38SC brass when you guys do your bulk buy? im thinking about making the change end of the year and wanting to find out how to get it in bulk all at once.
6 Aug 2018 10:38:06
Cody Baker
Thanks man! I'm looking forward to it
6 Aug 2018 10:42:39
Cody Baker
If u order 50k I thing it's bt 126 a k
6 Aug 2018 10:43:37
John Vlieger
alright. im looking around and talking to people. when do you guys usually order?

48

6 Aug 2018 10:45:17
John Vlieger
if i find a way to get in on one i'll let you know. i know a guy who orders it by the barrel. also, have you tried Jageman or Armscor brass
6 Aug 2018 10:47:03
Cody Baker
Usually around June we just got a pretty decent size order in
6 Aug 2018 10:47:15
Cody Baker
That's what we do it comes in 6500 piece drums. I Have not tried any other brand
6 Aug 2018 10:48:03
John Vlieger
went back to a stock 8 pound spring and one aluma buff, man. dot returns much more quickly now. i had a hell of a time getting the dot to return on the second stage we shot with the three steel behind hard cover. remembered i ran a stock 8 pound spring at A6 and went back to that. ran a bunch of drills at 20-25 yards and got better groups at a fast pace. did you run the 7 pound with coils cut on your old gun?
10 Aug 2018 9:24:09
Cody Baker
Yes the dot will return quicker with a heavier spring. Me personally I like the dot to return slow and do not like how the dot lifts with a heavy spring. I've ran a really light spring for a long time. When I first start d shooting open used a 8 then switched
10 Aug 2018 9:33:19
John Vlieger
i think it has to do with how my eyes and brain process the dot movement
10 Aug 2018 9:34:12
Cody Baker
Yea I think a lot is just personal preference
10 Aug 2018 9:35:15
John Vlieger
is that the 12th or the 13th time one of us has said that to the other?
10 Aug 2018 9:35:32
Cody Baker
Haha
10 Aug 2018 9:36:11
Cody Baker
Hey man just got registered for Indiana match if u wanted to jump squads over to ours
19 Aug 2018 19:56:36
John Vlieger
Is be ditching my two friends I'm probably traveling with. I'll hold off for now. Keep an eye out for a spot on my squad, though.

19 Aug 2018 20:01:15
John Vlieger
Trying to get one last major in before Nats?
19 Aug 2018 20:01:33
Cody Baker
Hell they can switch too if they want 7 spots on my squad
19 Aug 2018 20:02:35
Cody Baker
Yea figured I better lol
19 Aug 2018 20:02:43
John Vlieger
I'll let em know
19 Aug 2018 20:02:53
Cody Baker
Sounds good
19 Aug 2018 20:03:33
John Vlieger
really? you broke another one?
21 Aug 2018 14:40:58
Cody Baker
The one I been using got dim for some reason only bt 2/3 as bright so gonna get that checked out
21 Aug 2018 15:26:41
John Vlieger
Ah. Gotcha.
21 Aug 2018 15:27:03
John Vlieger
22 Aug 2018 18:29:05
John Vlieger
Pryitfrommyhand@yahoo.com
22 Aug 2018 18:30:19
Cody Baker
Man I hate to ditch the ppl I'm traveling with too
22 Aug 2018 18:38:01
John Vlieger
Wait, huh? Thought you were alone in that squad
22 Aug 2018 18:45:06
Cody Baker
No I got a couple buddies on there
22 Aug 2018 18:46:09
John Vlieger

Nevermind. I jumped over
22 Aug 2018 18:46:14
John Vlieger
You had two guys with you last I saw. Now half the squad is people I know, too. Ha
22 Aug 2018 18:46:30
Cody Baker
Oh ok good deal!
22 Aug 2018 18:47:02
John Vlieger
what happened at A8, man? I was watching scores and you were like 30 points ahead at one point
27 Aug 2018 15:02:19
Cody Baker
We started on stage 6, so 6 through 12 went ok, had a couple malfunctions that cost a little but only bt 2 seconds. Really got out shot on all those little compact stages. Really 13,1,2,3i lost a lot on those stages. 4 went ok then 5 I was pushing a little to get as close as I could n had a mike. Had trigger freeze on one of the close hardcover targets threw the gun back down n shot n it wasnâ€™t there
27 Aug 2018 15:12:05
John Vlieger
damn, dude. feel like we did about the same, then. i had two minor malfunctions on 9 and 11. would have been stage wins without em. had a mystery mike that the RO didnt call to my attention on 13. 1-5 went really well. 6 was a cluster fuck. was first shooter on 5, last on 6, and we waiting for the squad ahead of us for 20-30 minutes, AND i waited for almsot 5 minutes waiting to make ready due to an argument between Scott Thompson and the ROs about a FTE. cluster fucked it. rolled my ankle. missed the load. missed my mark at least 3 times, and miked on an up close trying to go to fast. i did the math and would have been around 98% without any of the mistakes, but overall i shot about as well as i could expect. felt good. sorry, man. but JJ has been on fire lately. what were your malfs? mine were light strikes...again
27 Aug 2018 15:19:27
John Vlieger
got it fixed for sure now though
27 Aug 2018 15:19:31
Cody Baker
Mine was not going into battery has one on 11 and 1 on 13 on 11 was bt 1.5 seconds on 13 was prolly .6
27 Aug 2018 15:22:41
Cody Baker
My prob was not good enough points cant b having 3 or 4 deltas on a stage
27 Aug 2018 15:23:14

John Vlieger
mine were 1.5-2 each time. and yeah, he shot hella points
27 Aug 2018 15:23:23
Cody Baker
He shot really good
27 Aug 2018 15:23:36
John Vlieger
we both shot around our usual point percentages. he outshot us both
27 Aug 2018 15:23:45
John Vlieger
and was fast
27 Aug 2018 15:23:49
Cody Baker
Something I need to work on for sure
27 Aug 2018 15:24:30
John Vlieger
ive been working on it, and it showed. but still had a stage with 10 Charlie, which is not great. i turned my deltas into charlies, over previous matches, but still not great.
27 Aug 2018 15:25:21
John Vlieger
A/C over and over
27 Aug 2018 15:25:31
Cody Baker
I need to work on some upside down targets and aiming for the a instead of c/d line lol
27 Aug 2018 15:27:16
John Vlieger
yeah stage 8 was great for me in that respect. those usually get me
27 Aug 2018 15:28:16
John Vlieger
i had 5 or 6 charlie
27 Aug 2018 15:28:21
Cody Baker
Still got plenty of time to work on some stuff b4 nationals
27 Aug 2018 15:31:10
John Vlieger
yup. thats the plan. 3 more majors before then
27 Aug 2018 15:45:05
Cody Baker
Thatâ€™s my plan, train my nuts off. What majors u got left besides Indiana
27 Aug 2018 15:46:40
John Vlieger

WA State and TN state. I'm the only open GM signed up for TN. Zero heat unless you signed up
28 Aug 2018 8:51:30
Cody Baker
Ah ok I wanted to go to Tn I think nc is that weekend
28 Aug 2018 9:32:56
John Vlieger
Yup
28 Aug 2018 9:34:45
John Vlieger
is it just me, or does JJ seem to shoot slow?
29 Aug 2018 9:26:06
John Vlieger
he's just smooth
29 Aug 2018 9:26:18
John Vlieger
You sent an attachment.
29 Aug 2018 9:26:33
Cody Baker
His trigger speed is slow but like u said very smooth and efficient
29 Aug 2018 9:28:37
John Vlieger
he also ran different plans than i did on a few stages.
29 Aug 2018 9:30:11
John Vlieger
stage 8 13 and 2 for instance
29 Aug 2018 9:30:26
Cody Baker
They was diff from mine also
29 Aug 2018 9:31:04
Cody Baker
How did u shoot 13
29 Aug 2018 9:31:34
John Vlieger
29 Aug 2018 9:33:19
John Vlieger
had a mystery mike in the back right
29 Aug 2018 9:36:45
John Vlieger
and a nearly perfect double in the closest target on the left. had to fight for that one. RO's didnt call my attention to the mystery mike

53

29 Aug 2018 9:37:21
Cody Baker
I didnâ€™ do well on that stage, had a malfunction but didnâ€™ cost too much time
29 Aug 2018 9:37:30
Cody Baker
29 Aug 2018 9:38:30
Cody Baker
I shot 4 a lot diff than most also
29 Aug 2018 9:39:08
Cody Baker
29 Aug 2018 9:40:10
John Vlieger
i went for the easier points. i walked it and it was almost exactly the same amount of time to do either, and i was gonna get better points
29 Aug 2018 9:52:01
John Vlieger
29 Aug 2018 9:52:14
John Vlieger
also, JJ shot it different than either of us
29 Aug 2018 9:52:15
John Vlieger
29 Aug 2018 9:56:59
John Vlieger
and my points were great, but a second slower than JJ. and he ran up, too. you were faster, but the delta and the 9 charlies hurt
29 Aug 2018 9:57:38
John Vlieger
he took that right side partial from up front. that was the major difference. he took the tighter shot from closer
29 Aug 2018 9:58:37
Cody Baker
I was fast just pts suffered
29 Aug 2018 9:58:55
John Vlieger
yup. that balance on a stage like that
29 Aug 2018 9:59:18
John Vlieger
i almost fucked up hard on that stage. almost overran the first target on the right from the left side
29 Aug 2018 9:59:37
Cody Baker

Yes it disappeared quick
29 Aug 2018 10:00:00
John Vlieger
thought you were a TTI guts guy?
6 Sep 2018 14:26:38
Cody Baker
I am those r for clay
6 Sep 2018 14:27:33
John Vlieger
ah. makes sense
6 Sep 2018 14:28:32
John Vlieger
what're you shooting this weekend since NC was canceled?
14 Sep 2018 8:36:20
Cody Baker
Nothing now just gonna practice all weekend. Tried to get into tn the other day they said there wasnâ€™t anything available.
14 Sep 2018 8:50:14
John Vlieger
damn. sorry, man. im the only open GM there. would love some heat. want me to ask for you?
14 Sep 2018 9:00:06
Cody Baker
Ah man itâ€™s alright Iâ€™ll just stay here now, I need some practice anyway
14 Sep 2018 9:01:23
John Vlieger
alright. ive been practicing like a fool with the last few days of good weather.
14 Sep 2018 9:01:44
Cody Baker
I hear man! Burn it down this weekend!
14 Sep 2018 9:03:16
John Vlieger
whats your 25 yard bill drill time look like usually?
14 Sep 2018 9:03:21
John Vlieger
and thats teh plan. been trying to get back to crushing Alphas. been slacking lately.
14 Sep 2018 9:06:14
Cody Baker
1.7x consistent not all alphas though maybe down 1 or 2 can shoot them in the 1.50s but may throw a delta or 2 maybe a miss
14 Sep 2018 9:08:12

John Vlieger
you're shitting me.
14 Sep 2018 9:08:27
John Vlieger
at 25 yards?
14 Sep 2018 9:08:31
John Vlieger
i get a 2.44 and I'm happy as shit.
14 Sep 2018 9:08:55
Cody Baker
Yes I shoot 25 yd bill drills every time I go to range
14 Sep 2018 9:10:25
John Vlieger
i have been, lately. but shit, man. i can do a 7 yard bill drill, cold, in the 1.4-1.5 range all day long, but not at 25y!
14 Sep 2018 9:11:03
Cody Baker
Would not b able to shoot them much faster closer the limiting factor is the draw
14 Sep 2018 9:11:04
Cody Baker
Whatâ€™s ur 25 time
14 Sep 2018 9:11:31
John Vlieger
low-mid 2's
14 Sep 2018 9:11:37
John Vlieger
part of it is im trying to get the cadence of my gun down pat and crush alphas.
14 Sep 2018 9:11:57
John Vlieger
i'll try again today and actually record times, but fuck man
14 Sep 2018 9:12:21
Cody Baker
Yea if u just kinda go with it and get as many alphas as u can ull c a lot faster time
14 Sep 2018 9:12:37
Cody Baker
I can shoot them in 2 seconds n try to get all alphas n usually still wonâ€™t haha
14 Sep 2018 9:13:13
John Vlieger
yeah, ive been noticing that, too. even when i take more time and go slow at like 3 seconds i still end up with 1 or 2, but its on an IPSC target lately.
14 Sep 2018 9:13:56

Cody Baker

Shoot a couple today n just try to hang them all on target n c what the time is

14 Sep 2018 9:15:03

John Vlieger

will do. ill use a USPSA target, too, for more wiggle room ;)

14 Sep 2018 9:15:21

John Vlieger

got my spring and shit worked out, too. ammo issue was a press issue. i didnt tighten down the fuckin tool head when i cleaned it a month or two ago. caused a fuck ton of inconsistent crimp

14 Sep 2018 9:16:01

Cody Baker

Ha ha yes u will b faster on a metric target

14 Sep 2018 9:31:26

Cody Baker

What spring u got in now

14 Sep 2018 9:31:38

John Vlieger

straigt 7. might cut a coil off or two for the buff

14 Sep 2018 9:32:05

Cody Baker

Conventional or variable

14 Sep 2018 9:33:28

John Vlieger

my issues previously can be traced back to my ammo issues, i think. the light striked and not chambering and shit. my gen 2 mbx mag is tight as fuck with 30 or 29 rounds

14 Sep 2018 9:33:34

John Vlieger

conventional

14 Sep 2018 9:33:37

Cody Baker

Very well could b

14 Sep 2018 9:36:21

John Vlieger

still not going for like 6-10 coils cut. the dot was too lazy for me.

14 Sep 2018 9:39:48

Cody Baker

Maybe I just like odd things haha

14 Sep 2018 9:41:10

John Vlieger

your gun is also set up completely different from mine. caliber, barrel length, weight, etc
14 Sep 2018 9:41:53
John Vlieger
Pat has some cool ideas we are gonna test this fall.
14 Sep 2018 9:42:15
John Vlieger
We, meaning shooters connection, will have the only 4.5" hybrid barrels available on the market by teh end of the year, btw
14 Sep 2018 9:42:36
Cody Baker
Sweet! Whoâ€™s the barrels gonna b made by?
14 Sep 2018 10:46:45
John Vlieger
KKM
14 Sep 2018 10:49:17
John Vlieger
You seem to be correct
16 Sep 2018 16:53:26
John Vlieger
16 Sep 2018 16:53:32
John Vlieger
16 Sep 2018 16:59:54
Cody Baker
16 Sep 2018 17:26:31
John Vlieger
18 Sep 2018 10:02:10
John Vlieger
only took 30k rounds. first, one of the screws broke that secures the trigger guard. then this, and at the same time find the other screw has broken off as well. I have a spare, worst case, but this just figures. glad it happened before nats, not after. thought my trigger pull felt off
18 Sep 2018 10:03:02
Cody Baker
Damn Iâ€™ve not seen one break there
18 Sep 2018 12:00:00
John Vlieger
one of the screws taht secures the trigger guard to the grip sheared a month or two ago. apparently the other one let go and then it snapped
18 Sep 2018 12:00:28
Cody Baker

Iâ€™ve broke a bunch just not there. Is that grip made of carbon steel?
18 Sep 2018 12:01:07
John Vlieger
no idea. bought it new beginning of the year
18 Sep 2018 12:01:57
Cody Baker
On the top of the trigger guard close to where the screws r itâ€™ll say 416 or 4340 I believe it is
18 Sep 2018 12:03:37
Cody Baker
Next time u take it apart look at it
18 Sep 2018 12:04:12
John Vlieger
i have a spare. gonna fit it. ill let you know.
18 Sep 2018 12:05:02
Cody Baker
18 Sep 2018 12:05:08
John Vlieger
have you ever broken or seen break a PT?
18 Sep 2018 12:30:07
Cody Baker
Never have
18 Sep 2018 12:31:31
John Vlieger
we got rts2 battery trays in stock
19 Sep 2018 15:49:30
Cody Baker
Awesome!
19 Sep 2018 15:55:20
John Vlieger
https://www.shootersconnectionstore.com/C-More-STSSTS2RTSRTS2-Battery-Tray-P5263.aspx
19 Sep 2018 16:12:11
Cody Baker
Thx man
19 Sep 2018 16:43:59
John Vlieger
No problem
19 Sep 2018 16:44:42
John Vlieger
you need anything from SC? I'll be on the range Saturday afternoon

59

27 Sep 2018 10:25:03
John Vlieger
I can bring it to you and save you the shipping
27 Sep 2018 10:25:10
Cody Baker
I believe Iâ€™m good, thanks though!
27 Sep 2018 12:27:18
John Vlieger
27 Sep 2018 12:31:10
John Vlieger
silver creek has a match sunday. bit of a drive for you, though. you know of a match saturday?
8 Oct 2018 8:41:39
Cody Baker
Donâ€™t know of a match on Saturday. Iâ€™m not gonna b goin too far from home my gun completely shit out on me Saturday at a match zeroed first 2 stages
8 Oct 2018 9:30:29
John Vlieger
duuuuuuuuuuuude....let me know if theres anything i can do to help. Pat Rafferty is in Indianapolis...a bit closer
8 Oct 2018 9:33:47
Cody Baker
Thx man, hopefully I will b gettn new one this week
8 Oct 2018 9:40:02
John Vlieger
May John Moses Browning have mercy on your soul...
8 Oct 2018 9:41:04
Cody Baker
Idk whatâ€™s up with it
8 Oct 2018 9:43:37
John Vlieger
i just switched to a 6# variable minus 2 coils and Im in love with it. trying to crush out 2-4k in the next week
8 Oct 2018 9:45:44
John Vlieger
but, folks are in town...
8 Oct 2018 9:45:49
Cody Baker
I know someone that runs a 6 might try one my self
8 Oct 2018 9:47:40
John Vlieger

hope you get your shit fixed up, man. hate to see a repeat of IPSC nats
9 Oct 2018 13:58:16
Cody Baker
Gonna try my best
9 Oct 2018 13:59:01
John Vlieger
Looks like I might as well order a new barrel for my open gun. Close to 40k on mine. When did you notice accuracy going to shit?
12 Oct 2018 22:03:30
John Vlieger
And are you gonna use the new gun or the rebarrel?
12 Oct 2018 22:03:44
Cody Baker
Iâ€™ve not really noticed a decline in accuracy theyâ€™ve all shot pretty good till the end. just a ring in the chamber this barrel had 61k on it Iâ€™ve had a barrel do it in the past at 70k
12 Oct 2018 22:07:20
Cody Baker
Iâ€™m not sure yet the rebarrel will b in tomorrow so have to c what happens with that
12 Oct 2018 22:08:01
John Vlieger
I feel yah. I'm shooting about 300 a day right now. Feeling pretty good. Getting my diet in line is the hard part. You know Eddie Garcia and Bill Drummond dropped out, right?
12 Oct 2018 22:23:52
John Vlieger
And I'd heard that AA7 erodes faster but it guess that's the proof
12 Oct 2018 22:24:18
Cody Baker
Why did they drop out?
12 Oct 2018 22:24:43
John Vlieger
No idea
12 Oct 2018 22:24:51
John Vlieger
Bill is weird like that, and maybe Eddie is just too busy with STI and other shit
12 Oct 2018 22:25:09
Cody Baker
Iâ€™ve heard that itâ€™s pretty rough on stuff this barrel did have some more throat erosion than another that had 70k of mostly 3n38

12 Oct 2018 22:25:52
Cody Baker
But diff brand of barrel also
12 Oct 2018 22:25:59
John Vlieger
And Brad Balsley can't make it either
12 Oct 2018 22:26:04
Cody Baker
Hard telling
12 Oct 2018 22:26:05
Cody Baker
What?!?!
12 Oct 2018 22:26:10
John Vlieger
Yup. Blame the AMU
12 Oct 2018 22:26:21
Cody Baker
Damn that sucks
12 Oct 2018 22:26:34
John Vlieger
Still stacked. Kc, JJ, Tilley, hyder, Lesgar, etc
12 Oct 2018 22:27:06
John Vlieger
We're shooting with Jessie Duff, dude
12 Oct 2018 22:27:18
Cody Baker
Oh yea there will still b a lot of heat
12 Oct 2018 22:27:32
John Vlieger
Jessie Harrison, Abbate, whatever her name is now
12 Oct 2018 22:27:34
John Vlieger
She wears daisy dukes at the range...
12 Oct 2018 22:27:58
Cody Baker
Lol havenâ€™t ever shot with her b4
12 Oct 2018 22:28:04
Cody Baker
Might b hard to focus
12 Oct 2018 22:28:10
John Vlieger

Me neither.
12 Oct 2018 22:28:11
John Vlieger
Hahaha ha.
12 Oct 2018 22:28:18
John Vlieger
13 Oct 2018 10:59:09
John Vlieger
13 Oct 2018 10:59:12
John Vlieger
Glad I found that today and not a week later
13 Oct 2018 10:59:34
Cody Baker
Holy shit man!! Yes it is a good thing. Pat gonna put u a new one on ASAP??
13 Oct 2018 11:05:31
John Vlieger
Today
13 Oct 2018 11:05:39
Cody Baker
Awesome
13 Oct 2018 11:05:46
John Vlieger
Headed there now after I grab a new one from the store
13 Oct 2018 11:05:55
Cody Baker
Perks of working at shooters
13 Oct 2018 11:06:12
John Vlieger
Yup
13 Oct 2018 11:06:16
John Vlieger
And having a Smith 3 hours away
13 Oct 2018 11:06:30
Cody Baker
Very true
13 Oct 2018 11:06:51
John Vlieger
13 Oct 2018 18:27:07
Cody Baker
Hell yea man!
13 Oct 2018 19:39:52

John Vlieger
I'm just lucky he wasn't working today
13 Oct 2018 19:43:47
John Vlieger
Headed home now. Gonna zero in the morning and shoot silver creek
13 Oct 2018 19:44:05
John Vlieger
How'd your rebuild go?
13 Oct 2018 19:44:16
Cody Baker
Yea for sure hopefully everything goes good with it
13 Oct 2018 19:47:05
Cody Baker
Havenâ€™t got barrel yet
13 Oct 2018 19:47:16
John Vlieger
Fuck
13 Oct 2018 19:51:11
Cody Baker
FedEx didnâ€™t pick it up I guess n it wonâ€™t b here till Monday
13 Oct 2018 19:52:16
John Vlieger
Wow. Dude. That sucks
13 Oct 2018 20:23:03
Cody Baker
Yes it does
13 Oct 2018 20:23:48
John Vlieger
Do you notice a difference in velocity going from like 50 degrees to Florida 80-90 with Aa7?
15 Oct 2018 17:46:32
Cody Baker
U should b prolly 1 pf higher down maybe a little more there there is a little difference hotter it is faster aa7 goes
15 Oct 2018 17:51:00
John Vlieger
Good to hear. I'm at about 168_169 here in KY at 50 degrees.
15 Oct 2018 17:55:17
Cody Baker
Ull b fine
15 Oct 2018 17:55:52

John Vlieger
Good shit. You get your guns in?
15 Oct 2018 17:56:19
Cody Baker
Just got it in today gettn ready to shoot it
15 Oct 2018 17:56:45
John Vlieger
You got a back up?
15 Oct 2018 17:57:00
Cody Baker
Hopefully this barrel is close to the other one shipped my ammo today at 168 pf
15 Oct 2018 17:57:31
Cody Baker
Yes Iâ€™l have 2 guns with me
15 Oct 2018 17:57:40
Cody Baker
This will b first major Iâ€™ve ever went to with 2 gats
15 Oct 2018 17:58:27
John Vlieger
KY state last year was the last one I had 2 myself
15 Oct 2018 17:59:47
John Vlieger
Borrowed a buddies open gun for like 6 months. Ha. Had to give it back eventually
15 Oct 2018 18:00:28
Cody Baker
Lol they get to missing those after a while ðŸ˜‚ ðŸ˜‚
15 Oct 2018 18:00:58
John Vlieger
gun working ok?
16 Oct 2018 15:23:15
Cody Baker
Just got to range
16 Oct 2018 15:29:29
John Vlieger
...didnt shoot yesterday?!
16 Oct 2018 15:30:18
Cody Baker
Did, but back to new gun now
16 Oct 2018 15:31:01
John Vlieger
....oh shit

16 Oct 2018 15:32:05
John Vlieger
please tell me you're still good to gp
16 Oct 2018 15:48:46
John Vlieger
go*
16 Oct 2018 15:48:49
Cody Baker
Iâ€™l b there
16 Oct 2018 15:53:01
John Vlieger
dude...
16 Oct 2018 16:01:07
Cody Baker
Ah itâ€™l b ok just gotta get some rds through it
16 Oct 2018 16:48:06
John Vlieger
Good shit. You had me worried
16 Oct 2018 19:45:18
Cody Baker
Lol deff donâ€™t wanna miss nats
16 Oct 2018 19:49:22
John Vlieger
if you need anything last second from SC, I leave around noon tomorrow.
17 Oct 2018 9:22:23
Cody Baker
Appreciate it man!!
17 Oct 2018 9:22:51
John Vlieger
no problem
17 Oct 2018 9:22:58
Cody Baker
Was wondering if u would do me a favor
17 Oct 2018 19:52:51
John Vlieger
Hahaha ha.
17 Oct 2018 20:09:22
John Vlieger
Need something from SC?
17 Oct 2018 20:09:28
John Vlieger

Cuz you'd be the 4th today
17 Oct 2018 20:09:37
Cody Baker
U still leaving round noon tomorrow?
17 Oct 2018 20:10:00
John Vlieger
Yup
17 Oct 2018 20:10:03
Cody Baker
If my dad brought some ammo down to ya would u take it to fl wit ya
17 Oct 2018 20:10:38
John Vlieger
Sure can, bud
17 Oct 2018 20:10:51
John Vlieger
You already gone?
17 Oct 2018 20:10:59
Cody Baker
Fly out in the morning switching guns right now. the stuff I have is freaking hot in this gun was gonna load some up
17 Oct 2018 20:12:15
Cody Baker
Iâ€™ve still got some more work to do on the gun but I think I can get it goin
17 Oct 2018 20:16:12
John Vlieger
Oooooooook. I'm bringing my file set, so if yah need some parts, say the word
17 Oct 2018 20:19:59
John Vlieger
Like what, 180PF?
17 Oct 2018 20:20:14
Cody Baker
I think I should b good on parts thanks though
17 Oct 2018 20:21:13
John Vlieger
No problem. You're only making like 1k, right? Not 5?
17 Oct 2018 20:21:35
Cody Baker
Not quite close there felt like a cannon up here
17 Oct 2018 20:21:56
Cody Baker
And gotta use new brass

17 Oct 2018 20:22:02
Cody Baker
Only like 800
17 Oct 2018 20:22:10
Cody Baker
What would b most convenient for u
17 Oct 2018 20:22:37
John Vlieger
800 is fine dude. I got room
17 Oct 2018 20:28:44
John Vlieger
If he can have it to me before 11-1130 that would be ideal
17 Oct 2018 20:29:03
Cody Baker
Awesome thanks man!!
17 Oct 2018 20:29:36
Cody Baker
Yea he can do that
17 Oct 2018 20:29:44
Cody Baker
Where u want him to meet u at
17 Oct 2018 20:29:53
John Vlieger
Shooters Connection is fine.
17 Oct 2018 20:30:06
John Vlieger
804 s Broadway st
17 Oct 2018 20:30:13
John Vlieger
Unit 9.
17 Oct 2018 20:30:38
Cody Baker
Ok he will b there
17 Oct 2018 20:30:39
John Vlieger
Old bowling alley in the back. My number is 910-568-8926 if he can't find it
17 Oct 2018 20:30:59
John Vlieger
There's no sign, so trust Google maps
17 Oct 2018 20:31:26
John Vlieger

Silver Chevy Equinox will be out front
17 Oct 2018 20:31:47
Cody Baker
Ok thanks again man
17 Oct 2018 20:31:58
John Vlieger
Not a problem. You'd do the same for me
17 Oct 2018 20:32:10
Cody Baker
Absolutely
17 Oct 2018 20:32:18
John Vlieger
im at work, bud. your dad have a time frame?
18 Oct 2018 9:45:24
Cody Baker
Should b bt 1030
18 Oct 2018 9:53:52
John Vlieger
alright. just checking to make sure its all still good to go
18 Oct 2018 9:54:03
John Vlieger
he has my number?
18 Oct 2018 9:54:16
Cody Baker
Yep still good to go Yea I have it to him
18 Oct 2018 9:54:44
John Vlieger
18 Oct 2018 9:54:58
John Vlieger
i got your ammo in my car
18 Oct 2018 10:34:26
Cody Baker
Awesome thanks man
18 Oct 2018 10:35:41
John Vlieger
not a problem. ill shoot you a message with my eta to the range tomorrow
18 Oct 2018 10:36:15
Cody Baker
Sounds good
18 Oct 2018 10:37:29
John Vlieger

I'll be on the range around 1
19 Oct 2018 11:13:30
Cody Baker
Sounds good, Iâ€™l b there
19 Oct 2018 11:13:54
John Vlieger
10 minutes away
19 Oct 2018 12:57:49
John Vlieger
31 Oct 2018 10:50:24
Cody Baker
Haha lmfao thatâ€™s great!!ðŸ¤£ðŸ˜‚ ðŸ¤£ðŸ˜‚
31 Oct 2018 11:20:05
John Vlieger
glad you got a kick out of it
31 Oct 2018 11:21:13
John Vlieger
11 Nov 2018 11:43:31
Cody Baker
Nice!
11 Nov 2018 11:46:03
John Vlieger
11 Nov 2018 11:47:19
John Vlieger
Open gun is with Pat, and I have wrist surgery after Thanksgiving. Gotta have fun before then
11 Nov 2018 11:47:34
Cody Baker
Absolutely, shooting anything is better than nutn
11 Nov 2018 11:49:01
Cody Baker
Iâ€™m shooting my dads gun right now
11 Nov 2018 11:51:54
John Vlieger
You stopped viewing Cody's video.
11 Nov 2018 11:52:35
Cody Baker
Cody started sharing video.
11 Nov 2018 11:52:39
John Vlieger
i squadded up with you for A6. should be a good time again.

15 Nov 2018 12:21:52
John Vlieger
also, there is a small chance we might become a dealer for Federal/CCI. Which means primers. You use CCI?
15 Nov 2018 12:22:11
Cody Baker
Awesome, yea should b a good one
15 Nov 2018 12:24:43
Cody Baker
I use federal
15 Nov 2018 12:24:51
John Vlieger
SRP or SPP?
15 Nov 2018 12:25:01
John Vlieger
and what do you pay for it usually?
15 Nov 2018 12:25:12
Cody Baker
Srp
15 Nov 2018 12:25:12
Cody Baker
30 bucks per case
15 Nov 2018 12:25:22
Cody Baker
Per 1000
15 Nov 2018 12:25:33
John Vlieger
alright. I'm waiting for pricing right now. 30 seems to be common. You order it or pick up local?
15 Nov 2018 12:25:46
Cody Baker
Both most of the time I order when I order powder I have a local guy that usually has them also
15 Nov 2018 12:26:29
John Vlieger
alright. we wouldnt be selling them online. don't want to mess with hazmat BS. but, if we start selling the syntech line of ammo, which is the goal, we would be able to get primers and such in as well. 6% sales tax, but there would be no hazmat. i'll keep you updated
15 Nov 2018 12:28:27
Cody Baker

71

Alright man sounds good
15 Nov 2018 12:29:20
John Vlieger
also, the prototype idea is coming along with Pat.
15 Nov 2018 12:32:14
John Vlieger
Commander hybrid barrel, Cheely extra wide frame full length dust cover, Cheely E2 grip, brass magwell, and a steel comp that is huge. longer and wider (to match the frame width) to have weight up front
15 Nov 2018 12:33:00
Cody Baker
Whatâ€™s the port set up in the comp look like
15 Nov 2018 18:13:07
John Vlieger
Probably two ports, two or three popples
15 Nov 2018 18:42:04
John Vlieger
Don't know for sure yet
15 Nov 2018 18:42:11
Cody Baker
Ah ok Iâ€™d say itâ€™ll b flat
15 Nov 2018 18:44:43
John Vlieger
Hoping for around 62-66 ounces
15 Nov 2018 18:45:05
John Vlieger
Might ass tungsten to the comp too
15 Nov 2018 18:45:25
John Vlieger
Add*
15 Nov 2018 18:45:28
Cody Baker
Thatâ€™s gonna b a beast! Iâ€™d say 63 without tungsten
15 Nov 2018 18:46:20
John Vlieger
we might be stocking starline 38 SC here soon, too. keep that one under wraps.
16 Nov 2018 13:16:20
John Vlieger
don't know what pricing would be. we probably wouldn't be able to match Starlines dealer price, but there are some things in the works. wed have it in stock and ship asap, but you know that

16 Nov 2018 13:17:05
Cody Baker
Seeet man
16 Nov 2018 13:23:38
John Vlieger
if it happens, id be reeeeeally tempted to ream my barrels
16 Nov 2018 13:24:16
Cody Baker
Iâ€™m not sure if thereâ€™s much of an advantage to sc
16 Nov 2018 13:59:05
John Vlieger
who knows. i know i get shit on for shooting 9 major
16 Nov 2018 14:03:13
John Vlieger
you know Smitty and Blake use 9 major, and it doesnt seem to slow them down
16 Nov 2018 14:03:24
Cody Baker
And kc but he said he might switch back to sc next year
16 Nov 2018 14:05:37
Cody Baker
Didnâ€™t know Blake shot 9
16 Nov 2018 14:05:45
Cody Baker
9 is softer in the hand
16 Nov 2018 14:05:58
John Vlieger
and Manny, but hes old school and dont give two shits no more
16 Nov 2018 14:15:24
John Vlieger
can always have Pat fit a second barrel, if it comes down to it. what was your guys wait time for your starline orders usually?
16 Nov 2018 14:34:25
Cody Baker
Not very long at all I think just a week or so maybe a couple
16 Nov 2018 18:23:03
John Vlieger
Alright. That would be the advantage of us. In stock and ready to go ;)
16 Nov 2018 18:23:42
Cody Baker
Yea very true
16 Nov 2018 18:24:29

John Vlieger
Fuck. Didn't know Ohio opened up today.
10 Dec 2018 18:43:18
Cody Baker
Me either till someone told me
10 Dec 2018 18:55:40
Cody Baker
U get on there
10 Dec 2018 18:55:51
John Vlieger
Not on your squad
10 Dec 2018 19:00:12
John Vlieger
Anything else opening up soon?
10 Dec 2018 19:00:37
John Vlieger
And I'm almost definitely not shooting the open by the way
10 Dec 2018 19:00:55
Cody Baker
Sucks man! Iâ€™m wanting to say a while back that a5 was gonna open shortly after oh so that should b goin live soon
10 Dec 2018 19:01:36
John Vlieger
Wrist will be barely healed and open gun will be maybe done
10 Dec 2018 19:01:43
Cody Baker
When I get registered Iâ€™l tell ya
10 Dec 2018 19:01:47
Cody Baker
I figured it was going to b a crunch for sure
10 Dec 2018 19:02:09
John Vlieger
Thanks, bud
10 Dec 2018 19:09:04
John Vlieger
SNS 400 is back. Registration opens in two days
10 Dec 2018 19:10:41
John Vlieger
https://practiscore.com/sns-400-indiana-section-championship/register
10 Dec 2018 19:11:01
Cody Baker

Thanks man
10 Dec 2018 19:11:55
John Vlieger
No problem. Whats a match without heat?
10 Dec 2018 19:18:44
Cody Baker
Not a fun one
10 Dec 2018 19:20:05
John Vlieger
I got on your squad for Ohio. The MD is trying to make super squads. I had a chat with him about the best way to do it after registration opened already.
11 Dec 2018 7:13:03
Cody Baker
Awesome man
11 Dec 2018 7:59:53
John Vlieger
he was talking about forcing out guys on our squad that werent M or GM, and I was like...dude, a lot of those guys are Cody's and my friends
11 Dec 2018 8:00:27
John Vlieger
don't worry about it, he's handling it politely
11 Dec 2018 8:00:50
Cody Baker
Yea thatâ€™s not good
11 Dec 2018 8:01:19
John Vlieger
like i said, dont worry
11 Dec 2018 8:01:29
John Vlieger
he's going to be ASKING guys on our squad. i told him if he does that, Cody and I are likely to jump squads to be with the crew
11 Dec 2018 8:01:52
John Vlieger
at nats it makes sense. state match, not so much
11 Dec 2018 8:01:59
Cody Baker
Right, there is really no point at state matches
11 Dec 2018 8:02:28
Cody Baker
That is some of the only times we get to shoot with some buddies
11 Dec 2018 8:03:15

Cody Baker
Nats, yes there has to b a super squad
11 Dec 2018 8:03:45
John Vlieger
SNS 400 opens tonight
12 Dec 2018 20:37:28
John Vlieger
It's open now. Squad 201
12 Dec 2018 20:48:26
John Vlieger
Squad 202, sorry
12 Dec 2018 20:49:13
Cody Baker
Ok thx not sure if Iâ€™m gonna make this one yet gotta check the schedule
12 Dec 2018 20:51:35
John Vlieger
There another match that weekend?
12 Dec 2018 20:51:49
John Vlieger
Area 4 is all I see
12 Dec 2018 20:53:23
Cody Baker
I guess thatâ€™s it was thinking there was something but diff weekend
12 Dec 2018 20:56:27
John Vlieger
Cool. Squad up home slice
12 Dec 2018 20:59:37
John Vlieger
hey, bud. can I ask a favor?
14 Dec 2018 10:24:18
Cody Baker
Whatâ€™s up
14 Dec 2018 10:24:46
John Vlieger
14 Dec 2018 10:24:54
John Vlieger
thats Shays new thumb rests. i like it, but need the mounting pad to be longer
14 Dec 2018 10:25:07
John Vlieger
like this
14 Dec 2018 10:25:08

John Vlieger
14 Dec 2018 10:25:21
John Vlieger
or something similar with the guard built in. i want to mount that sucker about 1/2"
further to the rear than the CR speed goes.
14 Dec 2018 10:25:39
John Vlieger
but, i run out of screw holes. obviously it would have to be relieved for the slide stop,
but yeah. my left hand doesnt contact my right at the rear of the gun with my thumb
rest the way it is now. looking at options. what do you think the best way to approach
this is, or could you make something like this? would be happy to pay for your time
14 Dec 2018 10:26:42
Cody Baker
The easiest thing to do would b put a 45 degree angle on a gas pedal
14 Dec 2018 10:28:38
John Vlieger
just machine it to not suck?
14 Dec 2018 10:29:05
John Vlieger
i actually have one of those, new in the bag...got it at A1
14 Dec 2018 10:29:25
Cody Baker
Yea Iâ€™ve put 45 angles on a couple of them
14 Dec 2018 10:31:19
Cody Baker
14 Dec 2018 10:31:58
John Vlieger
mind if i send you one to mod? i can even combine it with an order and save you on
shipping if you need other parts.
14 Dec 2018 10:32:00
Cody Baker
Yea no prob
14 Dec 2018 10:33:46
Cody Baker
How course u want the texture?
14 Dec 2018 10:33:59
John Vlieger
about the same as a CR speed is fine.
14 Dec 2018 10:34:30
John Vlieger

just the pad machined. i can have Pat do the other work of blending it and getting rid of that retarded logo

14 Dec 2018 10:34:45

Cody Baker

Ok man Iâ€™ll c what I can do

14 Dec 2018 10:35:28

John Vlieger

thanks, bud. much appreciated. those KKM barrels are on schedule for new year ish. commander barrel for my new build included.

14 Dec 2018 10:36:02

Cody Baker

No prob sweet! Round or hybrids?

14 Dec 2018 10:37:29

John Vlieger

hybrid threaded, and a gigantic steel comp, cheely heavy frame. gonna experiment

14 Dec 2018 10:38:01

John Vlieger

brass magwell. should be around 65 ounces minimum

14 Dec 2018 10:38:16

Cody Baker

Itâ€™ll b a beast for sure!

14 Dec 2018 10:38:50

Cody Baker

What grip

14 Dec 2018 10:39:12

John Vlieger

Cheely E2

14 Dec 2018 10:39:19

John Vlieger

my cost on parts is gonna be sub$2k

14 Dec 2018 10:39:31

Cody Baker

Iâ€™m gonna play round with an e2 I got one a while back

14 Dec 2018 10:40:18

Cody Baker

Thatâ€™s not bad at all

14 Dec 2018 10:40:29

John Vlieger

Quick question for you. I want to buy Pat a gift card to a place he can buy shit for his shop. Any suggestions?

14 Dec 2018 19:28:00

Cody Baker
Might check out enco industrial
14 Dec 2018 19:30:30
John Vlieger
Thanks!
14 Dec 2018 19:30:48
Cody Baker
No prob
14 Dec 2018 19:31:55
Cody Baker
I think the got bought out by msc but they still have a lot of end mills and machining tools he could use
14 Dec 2018 19:34:05
John Vlieger
Couldn't find a fucking machinist tool website that offers gift cards. Whateva. I sent him an Amazon gift card instead.
14 Dec 2018 19:42:30
Cody Baker
Thereâ€™s always something on amazon for everybody
14 Dec 2018 19:43:14
John Vlieger
Exactly
14 Dec 2018 19:46:50
John Vlieger
16 Dec 2018 18:47:10
Cody Baker
Nice!!
16 Dec 2018 18:48:05
John Vlieger
It did not end well
16 Dec 2018 18:48:12
John Vlieger
Blew up my damn glock.
16 Dec 2018 18:48:22
Cody Baker
What the hell happened
16 Dec 2018 18:48:30
John Vlieger
No idea. Double charge most likely
16 Dec 2018 18:48:39
Cody Baker

Damn man that sucks
16 Dec 2018 18:48:51
John Vlieger
Frame, extractor, and mag release are toast
16 Dec 2018 18:48:54
John Vlieger
Eh, frames are $50
16 Dec 2018 18:49:00
John Vlieger
Just glad my LEFT hand is ok
16 Dec 2018 18:49:08
John Vlieger
And get your order in. I'll comp you the shipping and throw my go gun in with it
16 Dec 2018 18:49:24
Cody Baker
Yea thatâ€™s the most important part!!
16 Dec 2018 18:50:41
Cody Baker
Ok sounds good
16 Dec 2018 18:51:06
Cody Baker
Will get it put in tomm
16 Dec 2018 18:51:28
John Vlieger
Alright. Give me a heads up when you do so I can catch it
16 Dec 2018 18:51:41
Cody Baker
Will do
16 Dec 2018 18:52:33
Cody Baker
Do u want the radius in the corner
16 Dec 2018 18:52:47
Cody Baker
16 Dec 2018 18:53:07
Cody Baker
Or do u want it taken out
16 Dec 2018 18:53:15
John Vlieger
Leave the radius. Pat can mod it if it gets annoying. Hard to add it back
16 Dec 2018 18:53:59
Cody Baker

I like the radius in the corner it matches the thumb well
16 Dec 2018 18:55:05
Cody Baker
Instead of sending me that gas pedal. Iâ€™l just make u thumbrest from scratch
17 Dec 2018 9:35:06
John Vlieger
...you sure man?
17 Dec 2018 9:35:24
John Vlieger
the main thing is I want to be able to mount hte sucker way further back than a CR, and it seems to match that
17 Dec 2018 9:35:38
Cody Baker
Yea Iâ€™l try to get it done this week
17 Dec 2018 9:35:51
John Vlieger
needs to have a shield, as well, so I was thinking hte go gun would work well. i won it at A1, so no big deal
17 Dec 2018 9:35:59
Cody Baker
The gas pedal will put u approx 3/8 back from that one of shays I think. I havenâ€™t seen one of his but Iâ€™m assuming he made it off the drawing I gave him
17 Dec 2018 9:37:22
Cody Baker
It donâ€™t matter we can try the gas pedal first then if it donâ€™t work I can make u one or Make u one first whatever u wanna do
17 Dec 2018 9:38:16
John Vlieger
as long as it has roughly the same angle as a CR (45 I think) has a larger mounting pad like the go gun, and has a shield like shays/go gun, i think i can deal. bigger mounting pad (blank is fine) lets me play with location more, CR is what im used to, and shield so my thumb doesnt rub the slide. i dont want to take advantage of your generosity, bud
17 Dec 2018 9:42:48
Cody Baker
Iâ€™l get something goin
17 Dec 2018 14:01:05
John Vlieger
alright. need anything? we are processing everything now
17 Dec 2018 14:01:19
Cody Baker

Nah man Iâ€™m good now thx though

17 Dec 2018 14:01:41

John Vlieger

alright, dude. say the word

17 Dec 2018 14:01:48

Cody Baker

Alrighty man thx

17 Dec 2018 14:02:06

John Vlieger

You sent a link.

18 Dec 2018 9:42:21

John Vlieger

18 stages, end of April, in Utah. same range as nats is gonna be at.

18 Dec 2018 9:42:37

Cody Baker

U goin?

18 Dec 2018 9:54:27

John Vlieger

just checked my calander and i dont have other plans, so almost definitely. gotta check with the wife first. fly into vegas, drive 2 hours to the range.

18 Dec 2018 9:55:19

Cody Baker

Iâ€™ve been thinking bt it

18 Dec 2018 9:57:14

Cody Baker

Would b nice to c the range b4 nats

18 Dec 2018 9:57:27

John Vlieger

yep. besides that, theres gonna be heat, and 18 stages? hell yeah

18 Dec 2018 9:57:59

Cody Baker

Yea Iâ€™d like to go

18 Dec 2018 9:58:19

Cody Baker

21 Dec 2018 18:13:14

John Vlieger

That's pretty sweet,

21 Dec 2018 18:16:07

Cody Baker

Whatâ€™s ur address

21 Dec 2018 18:16:29

Cody Baker
I had a old gas pedal I went ahead n cut some on
21 Dec 2018 18:16:47
John Vlieger
You can just send it to Shooters. 804 S Broadway St, unit 9, Georgetown ky 40324
21 Dec 2018 18:17:32
John Vlieger
And you are awesome, dude
21 Dec 2018 18:17:40
Cody Baker
Ok man Iâ€™ll get it out to ya Ah we gotta c if u even like it first
21 Dec 2018 18:18:34
John Vlieger
Only thing would be if those two screws are enough to hold that sucker on there, or I'd have to use the full three screws.
21 Dec 2018 19:05:03
Cody Baker
2 screws is all u should use
21 Dec 2018 19:06:13
John Vlieger
I mean if I leave that third one hanging I'd have to shave it off to clear the slide stoo
21 Dec 2018 19:06:39
John Vlieger
Stop
21 Dec 2018 19:06:41
Cody Baker
The second hole wonâ€™t have a screw in it
21 Dec 2018 19:07:23
John Vlieger
I see it now! You removed the one or two rear most mounting holes! My bad!
21 Dec 2018 19:08:05
John Vlieger
Should be plenty room to play with adjustments
21 Dec 2018 19:08:31
Cody Baker
21 Dec 2018 19:09:42
Cody Baker
Or u could even move it back further if u wanted
21 Dec 2018 19:10:36
John Vlieger

83

Nice. Exactly what I was thinking. And holy shit you need to organize your shop desk!
21 Dec 2018 19:10:52
John Vlieger
And giving a limcat grip a try, huh?
21 Dec 2018 19:11:01
Cody Baker
Lol itâ€™s a mess
21 Dec 2018 19:11:19
Cody Baker
Yea I got one to play round with it
21 Dec 2018 19:11:31
John Vlieger
Remind me to try yours. We have similar sized hands, ish, compared to JJ anyhow. I need to try one with a normal mag well on it
21 Dec 2018 19:12:08
Cody Baker
I will if itâ€™s still on there u know how much I switch around
21 Dec 2018 19:13:06
John Vlieger
Yep. I'm running a cheely for the next one
21 Dec 2018 19:13:25
John Vlieger
We'll have those hybrid barrels in mid January by the way
21 Dec 2018 19:13:44
Cody Baker
I like the feel of the e2 just big for me
21 Dec 2018 19:14:33
Cody Baker
Awesome!
21 Dec 2018 19:14:36
John Vlieger
Big how and where? I don't have enough time on one but if I can do well with an old CK grip, I'm pretty sure I can handle this one
21 Dec 2018 19:31:50
Cody Baker
If u measure them they r bt the same size width and front to back. Itâ€™s just the profile that makes them feel big to me
21 Dec 2018 19:35:33
Cody Baker
21 Dec 2018 19:36:29

Cody Baker
Hey man letâ€™s keep that thumb rest on the DL, that guy can b kinda strange with his thumb rest
23 Dec 2018 11:50:49
John Vlieger
I deleted the post
23 Dec 2018 11:59:21
Cody Baker
Oh ok, some ppl just get real strange with their product.
23 Dec 2018 12:01:35
John Vlieger
Oh, I know. That guy is fucking weird
23 Dec 2018 12:02:09
Cody Baker
Heâ€™s the reason u canâ€™t type gas pedal in Enos
23 Dec 2018 12:02:34
John Vlieger
Yup. Sued cr speed
23 Dec 2018 12:02:45
John Vlieger
Or something like that
23 Dec 2018 12:02:50
Cody Baker
Heâ€™s called me b4, he was nice to me. But he told me he had patents when he found out I made my own thumbrest. Iâ€™m never gonna sell them I just wanted one of my own n he was ok with that.
23 Dec 2018 12:05:30
Cody Baker
He sued Brian Enos I believe
23 Dec 2018 12:05:51
John Vlieger
I'd be very interested in seeing what his patent is and what it covers
23 Dec 2018 12:06:04
Cody Baker
Think itâ€™s a ornament patent so anything that looks like a gas pedal is a no go.
23 Dec 2018 12:06:59
Cody Baker
I heard Brazos has to pay him when he sells a thumbrest idk how true that is or not
23 Dec 2018 12:07:45
Cody Baker
Thatâ€™s why I left the go gun on urs

23 Dec 2018 12:08:50
John Vlieger
Eh, I don't think leaving the logo on there matters a whole lot. Once I buy it I can mod it however I want, generally speaking. At least with other things I can.
23 Dec 2018 19:07:55
Cody Baker
True
23 Dec 2018 19:10:59
John Vlieger
I'll probably have Pat sand it off, or bondo it and coat it
23 Dec 2018 19:11:24
Cody Baker
I donâ€™t blame ya there
23 Dec 2018 19:13:12
John Vlieger
9 Jan 2019 18:19:39
Cody Baker
Sweet!
9 Jan 2019 20:31:23
John Vlieger
when are you guys doing your bulk bullet order? or are you still using MG?
16 Jan 2019 10:25:41
Cody Baker
I still use mg but we donâ€™t bulk order them
16 Jan 2019 10:47:57
Cody Baker
Just brass
16 Jan 2019 10:48:00
John Vlieger
well, i might be going down to mississippi in march, and PD is there. Better pricing with no shipping. might be how I pick up my 20-40k
16 Jan 2019 10:50:38
Cody Baker
Yea that would b nice
16 Jan 2019 10:51:02
Cody Baker
Did u get that thumbrest?
16 Jan 2019 10:51:09
John Vlieger
yes, sir i did. pat is starting on the gun this week
16 Jan 2019 10:51:20

John Vlieger
and thank you again. i have a brand new thumb rest i can send you as trade, if you like
16 Jan 2019 10:51:34
Cody Baker
Ah ok didnâ€™t know if u thought it was something I could use or not
16 Jan 2019 10:52:20
Cody Baker
Next time I order to shooters Iâ€™ll holler at ya
16 Jan 2019 10:52:33
John Vlieger
sounds good, man. its sitting by my desk
16 Jan 2019 10:52:45
John Vlieger
area 8 registration on practiscore opens at 7pm eastern on March 1st. fucker filled up in 5 minutes last year
18 Jan 2019 11:18:46
Cody Baker
Ok thx Iâ€™ll keep that on the calendar
18 Jan 2019 11:28:21
John Vlieger
What's your email? MD for Ohio is asking
23 Jan 2019 19:19:09
Cody Baker
90cabaker@gmail.com
23 Jan 2019 19:20:16
John Vlieger
24 Jan 2019 14:46:29
Cody Baker
Awesome!
24 Jan 2019 14:47:05
John Vlieger
Wtf. Tilley goes to Akai, and Lesgar goes to infinity. Is this bizarro land or something?
24 Jan 2019 21:48:39
Cody Baker
Haha itâ€™s crazy!!
24 Jan 2019 21:49:36
John Vlieger
And Tilley goes to Holosun! Cmore was... Not happy about that one
24 Jan 2019 21:51:33
Cody Baker

Really?! I didn’t know if there was gonna b any drama bt that or not. Cmore hasn’t really had any competition until just the last couple years
24 Jan 2019 21:53:16
John Vlieger
Eh, not crying about it but they noticed
24 Jan 2019 21:53:34
John Vlieger
And Max Leograndis tried to convince me to run a Holosun and I was like... It's fucking huge dude
24 Jan 2019 21:54:06
Cody Baker
Yes it is and ugly. Has only a 2 minute dot I believe
24 Jan 2019 21:54:53
John Vlieger
Yeah. It's bright, I'll give them that, but it's huge, heavy, and ugly as sin
24 Jan 2019 21:55:15
John Vlieger
Cmore has 10 moa rts2 now BTW. We have em coming
24 Jan 2019 21:55:42
Cody Baker
I just like a bigger dot easier for me to track. Yea I plan on getting one soon
24 Jan 2019 21:56:28
John Vlieger
Ben is making his new half back mount in aluminum and stainless. I know you run your own, but the vertical arm is 0.170"
24 Jan 2019 21:57:31
John Vlieger
24 Jan 2019 21:57:43
Cody Baker
Yea should b pretty sturdy. U gonna give one a try?
24 Jan 2019 21:58:52
John Vlieger
Yeah, in stainless
24 Jan 2019 21:59:01
John Vlieger
Can always go to a double sided, but I like single for looks and ease of installation and take down
24 Jan 2019 21:59:21
Cody Baker
I actually like the looks of single sided myself also, just always go double sided for sturdiness

24 Jan 2019 22:02:10
John Vlieger
Yep. You tried building some thick single sided?
24 Jan 2019 22:02:54
Cody Baker
Yes Iâ€™ve made some thick ones set back
24 Jan 2019 22:03:49
Cody Baker
Just eases my mind having a double sided
24 Jan 2019 22:04:30
John Vlieger
They perform?
24 Jan 2019 22:04:52
Cody Baker
U canâ€™t go very far back with single sided or u will c vibration. U should b ok with bens location
24 Jan 2019 22:07:11
John Vlieger
Want me to bring you up for another tester when they have prototypes?
24 Jan 2019 22:13:39
John Vlieger
Nda would be required.
24 Jan 2019 22:13:57
John Vlieger
Now that Tilley has jumped ship
24 Jan 2019 22:14:22
Cody Baker
Nda?
24 Jan 2019 22:17:08
John Vlieger
Non disclosure agreement
24 Jan 2019 22:17:20
Cody Baker
Ah gotcha. Nah man thatâ€™s ok, thx though.
24 Jan 2019 22:19:38
John Vlieger
Alright. You and I beat on equipment, so it would make sense
24 Jan 2019 22:20:17
Cody Baker
Very true, I have a crap load of scopes laying around lol
24 Jan 2019 22:21:50

Cody Baker
Weâ€™re gonna try for squad 401 for a5
25 Jan 2019 16:58:00
John Vlieger
Thanks for the heads up
25 Jan 2019 16:58:12
John Vlieger
Is that pm am?
25 Jan 2019 16:58:20
John Vlieger
Doesn't matter to me. I'm 3.5 hours away now
25 Jan 2019 16:58:32
Cody Baker
No prob, yes pm am
25 Jan 2019 16:58:45
John Vlieger
Sweet
25 Jan 2019 16:58:55
John Vlieger
Ever heard feedback on armscor 38 SC brass?
25 Jan 2019 18:38:17
John Vlieger
5 minutes till area 5
25 Jan 2019 19:54:11
Cody Baker
Iâ€™m goin over to 404
25 Jan 2019 20:11:08
Cody Baker
Adam n Tom n needs to get on
25 Jan 2019 20:11:22
John Vlieger
Done
25 Jan 2019 20:14:08
Cody Baker
Gonna move again
25 Jan 2019 20:19:14
John Vlieger
Fucj
25 Jan 2019 20:19:30
John Vlieger
Say where

25 Jan 2019 20:19:32
Cody Baker
414
25 Jan 2019 20:20:52
John Vlieger
We good?
25 Jan 2019 20:22:59
Cody Baker
I think so gonna try to get mikes gf on with us
25 Jan 2019 20:31:05
John Vlieger
Yeah. I'm working on it
25 Jan 2019 20:31:42
Cody Baker
Oh ok
25 Jan 2019 20:31:58
Cody Baker
Is he gonna let her on there?
25 Jan 2019 20:37:30
John Vlieger
I'm trying.
25 Jan 2019 20:37:38
John Vlieger
Messaged the MD
25 Jan 2019 20:37:46
John Vlieger
25 Jan 2019 20:38:39
Cody Baker
Lol
25 Jan 2019 20:39:06
John Vlieger
Trust in my ways.
25 Jan 2019 20:41:45
John Vlieger
I'm about as invested in this sport as its possible to be. I can get things done within reason
25 Jan 2019 20:42:08
Cody Baker
I hear ya man
25 Jan 2019 20:42:25
John Vlieger

25 Jan 2019 20:45:10
John Vlieger
You're welcome
25 Jan 2019 20:45:12
Cody Baker
Awesome thx!
25 Jan 2019 20:45:58
John Vlieger
No problem at all
25 Jan 2019 20:48:36
John Vlieger
I dropped out of the Flop BTW. Alabama is the first major for md
25 Jan 2019 20:52:13
John Vlieger
Me
25 Jan 2019 20:52:14
Cody Baker
I hear ya man just gonna b too soon
25 Jan 2019 20:53:02
John Vlieger
I gotta get to it. A6 and magnus cup in april/May. Have to get to work
25 Jan 2019 20:55:21
Cody Baker
Me too, wish weather was little better making it hard to get a lot of good practice in
25 Jan 2019 20:56:13
John Vlieger
You're telling me...
25 Jan 2019 21:00:48
John Vlieger
The hand is just icing on the cake
25 Jan 2019 21:01:00
Cody Baker
How is the hand doing?
25 Jan 2019 21:01:18
John Vlieger
Getting there. 150 pounds of pressure in the left. 100 in the right
25 Jan 2019 21:01:38
John Vlieger
Range of motion is there, but painful rotation and at the extremes
25 Jan 2019 21:01:53
John Vlieger

Gimme two more months and I should be good
25 Jan 2019 21:02:06
Cody Baker
Keep working with it, hopefully it wonâ€™t take that long
25 Jan 2019 21:02:37
John Vlieger
Hahaha. We have 3 IMM length barrels left. Out of the 20 we got in yesterday. 10 pre orders and the rest in the last 24 hours
26 Jan 2019 18:36:08
Cody Baker
Damn they selling like hot cakes
26 Jan 2019 18:36:57
John Vlieger
I think I gauged the market alright
26 Jan 2019 18:37:34
Cody Baker
Oh yea
26 Jan 2019 18:37:51
John Vlieger
Might be hanging out with Pat next weekend while he finishes my gun. Functionally anyhow. Gonna play with different comp designs and weights to see what works best. Won't be cut or blended and such. But should be working.
26 Jan 2019 21:00:22
Cody Baker
Sweet! Let me know how it goes
26 Jan 2019 21:01:38
John Vlieger
hey bud, i need a facor
29 Jan 2019 12:55:25
John Vlieger
favor*.
29 Jan 2019 12:55:30
John Vlieger
small one. need to know how much your barrel weighs. the sleeved one
29 Jan 2019 12:55:41
Cody Baker
10.75 oz
29 Jan 2019 13:43:05
John Vlieger
thanks, bud. much appreciated
29 Jan 2019 13:43:34

John Vlieger
is that with comp?
29 Jan 2019 13:44:30
Cody Baker
That is with ti comp
29 Jan 2019 13:44:48
Cody Baker
Will weigh a ti comp when I get home
29 Jan 2019 13:46:20
John Vlieger
sweet. i imagine its around 2-2.5
29 Jan 2019 13:46:32
John Vlieger
binary is at 1.8
29 Jan 2019 13:46:36
Cody Baker
Yea itâ€™s just a little over 2 oz
29 Jan 2019 13:47:12
John Vlieger
29 Jan 2019 20:10:48
John Vlieger
That comp is just for initial testing.
29 Jan 2019 20:11:01
John Vlieger
But Pat does one hell of a hybrid fit
29 Jan 2019 20:11:10
John Vlieger
29 Jan 2019 20:11:25
Cody Baker
Awesome man! Looks good
29 Jan 2019 20:12:19
John Vlieger
Can't wait to shoot it this weekend. Gonna be playing with different set ups. Essentially, steel block/comp for weight and to be a comp on a commander hybrid barrel. Extra wide frame for more weight. The comp/block is easy to machine for testing of different holes and port sizes. And for weight and balance of course.
29 Jan 2019 20:23:22
Cody Baker
Yea thatâ€™ll b cool deff the best way to do things. Iâ€™ll b anxious to c what u come up with
29 Jan 2019 20:25:14

John Vlieger
I can't take all the credit on this one. Def look forward to seeing what you think. A few people say "over 60 ounces?! Won't you have trouble swinging it?" and I'm like... That's what the gym is there for
29 Jan 2019 20:40:22
Cody Baker
U can swing a 60 oz gun around fine just something to get use to
29 Jan 2019 20:52:29
John Vlieger
Yep. My last one was 52. Yours is around 60
29 Jan 2019 20:52:44
Cody Baker
The one I shot last year is almost 55 the one I have with the longer dustcover is 59 Iâ€™ve been doin a little testing with some stuff to c which I prefer better. Of course The heavier gun is without a doubt softer n flatter
29 Jan 2019 20:54:47
John Vlieger
Gotcha. I'm hesitant about a shorty, but I trust pat, ha
29 Jan 2019 20:56:08
Cody Baker
I like a shorty, seems like I always gravitate back towards them
29 Jan 2019 20:57:03
John Vlieger
Only shorty I shot for any long amount of time was a CK shorty... Not a fan
29 Jan 2019 20:57:40
Cody Baker
Ah that was a real light gun Iâ€™m sure this one will b a lot diff
29 Jan 2019 20:58:13
John Vlieger
In any case, I've learned a ton in the past few years. About what works, what I like, and how to assess things better
29 Jan 2019 20:58:23
John Vlieger
Yeah, metal grip, standard dust cover and bull barrel
29 Jan 2019 20:58:32
Cody Baker
All the weight on the frame really tames em down. A heavy barrel will delay the unlock down and thatâ€™s what makes them soft and flat
29 Jan 2019 21:00:23
John Vlieger

Oh, yeah. I hear that. The steel block for initial testing is gonna be around 3 Oz. The barrel is 6.4. Comp is 1.8
29 Jan 2019 21:01:00
John Vlieger
All that extra weight on the end of the barrel.
29 Jan 2019 21:01:11
John Vlieger
Just have to be careful it doesn't cause feed issues
29 Jan 2019 21:01:18
Cody Baker
Yea that could deff happen
29 Jan 2019 21:02:01
John Vlieger
hey, bud. your shortys. you use commander springs, cut springs, or normal springs
30 Jan 2019 10:30:57
John Vlieger
or is it a full size recoil system
30 Jan 2019 10:31:04
John Vlieger
also, we have 10 MOA dots coming in. just like 20 of em. so if you want one, get em while their hot. i'll let you know
30 Jan 2019 10:50:06
Cody Baker
Government length recoil system govt length springs cut down
30 Jan 2019 11:59:24
Cody Baker
Awesome Iâ€™ll get me one soon
30 Jan 2019 11:59:33
John Vlieger
we dont have em yet. giving you a heads up
30 Jan 2019 12:00:09
Cody Baker
Regular guide rod it will come out underneath the comp so comp will have to have a relief in it
30 Jan 2019 12:00:12
Cody Baker
Ok
30 Jan 2019 12:00:15
Cody Baker
Thx
30 Jan 2019 12:00:23

John Vlieger
oh, and have you ever used Armscor 38 SC? we are looking into carrying it and hte price is very attractive
30 Jan 2019 12:04:58
John Vlieger
and starline is going up in price last i heard
30 Jan 2019 12:05:41
Cody Baker
Have I have not tried it
30 Jan 2019 12:06:01
John Vlieger
know anyone that has?
30 Jan 2019 12:09:10
Cody Baker
I donâ€™t believe so
30 Jan 2019 12:22:59
John Vlieger
we just got the Cmore RTS2 package in with the 10 MOA dots. you want one? I can put you down for one
30 Jan 2019 14:17:21
John Vlieger
30 Jan 2019 14:37:31
Cody Baker
Not right yet thx though
30 Jan 2019 16:06:02
John Vlieger
Ipsc nats registration is open
31 Jan 2019 20:33:10
John Vlieger
http://www.matchsignup.org/match/default.php?matchid=1658
31 Jan 2019 20:33:13
John Vlieger
Squad 21
31 Jan 2019 20:33:15
Cody Baker
I just registered
31 Jan 2019 20:33:38
Cody Baker
Ben n them is on 22
31 Jan 2019 20:33:44
John Vlieger

I'll switch
31 Jan 2019 20:33:53
Cody Baker
Ok
31 Jan 2019 20:33:57
John Vlieger
Done
31 Jan 2019 20:35:51
John Vlieger
Should have looked first
31 Jan 2019 20:35:56
Cody Baker
Good deal
31 Jan 2019 20:36:10
John Vlieger
1 Feb 2019 21:47:24
Cody Baker
Nice
1 Feb 2019 21:48:25
John Vlieger
1# 12 ounces
1 Feb 2019 21:53:24
Cody Baker
Not too shabby
1 Feb 2019 21:57:58
John Vlieger
Also, the cheely trigger is 240 thou wide. SV is about 210 thou
1 Feb 2019 21:58:28
John Vlieger
Trigger pad anyhow.
1 Feb 2019 21:58:40
Cody Baker
That might b pretty nice actually
1 Feb 2019 21:59:08
John Vlieger
Lemme know. You're more than welcome to try it
1 Feb 2019 21:59:29
Cody Baker
Ok thx
1 Feb 2019 22:00:02
John Vlieger

2 Feb 2019 12:52:31
John Vlieger
Getting closer
2 Feb 2019 12:52:35
Cody Baker
Howâ€™s it on there?
2 Feb 2019 12:55:42
John Vlieger
2 Feb 2019 12:56:45
John Vlieger
2 Feb 2019 12:56:47
John Vlieger
The spacer is threaded internally and on the extension
2 Feb 2019 12:57:03
John Vlieger
This is the proof of concept. Ideally the comp and spacer are one piece
2 Feb 2019 12:57:18
John Vlieger
This fucker weighs 19 ounces right now
2 Feb 2019 12:57:25
Cody Baker
Ah gotcha
2 Feb 2019 12:57:26
Cody Baker
Tungsten?
2 Feb 2019 12:57:33
John Vlieger
Stainless
2 Feb 2019 12:57:37
Cody Baker
When u gonna shoot that sucker
2 Feb 2019 12:58:28
John Vlieger
Today
2 Feb 2019 13:00:42
John Vlieger
Need to machine flats on spacer and do some other small things
2 Feb 2019 13:01:05
Cody Baker
Sweet lemme know how it goes
2 Feb 2019 13:05:25

John Vlieger
2 Feb 2019 13:13:50
Cody Baker
Hell yea
2 Feb 2019 13:15:41
John Vlieger
2 Feb 2019 18:23:01
John Vlieger
12.3 Oz there
2 Feb 2019 18:23:17
Cody Baker
Nice
2 Feb 2019 19:07:47
John Vlieger
2 Feb 2019 19:52:53
John Vlieger
Just test fired it. Proof of concept is going well so far. Need to get a dot on it and play more in the morning. And chrono. Using my old load currently
2 Feb 2019 19:53:22
Cody Baker
U like the way it felt in the hand?
2 Feb 2019 19:54:32
John Vlieger
So far, yeah. Front heavy, but not as much as I thought it would
2 Feb 2019 19:54:50
Cody Baker
Something u could get use to for sure
2 Feb 2019 19:55:27
John Vlieger
The block is 5.5 Oz right now. Definitely gonna change. We are gonna be playing with it in the Am and onward
2 Feb 2019 21:14:09
Cody Baker
Lemme know how it does when u get a scope n everything on it
2 Feb 2019 21:16:25
John Vlieger
3 Feb 2019 9:35:33
John Vlieger
3 Feb 2019 9:35:34
John Vlieger
My first machining job

3 Feb 2019 9:35:44
John Vlieger
That's my POS rock island
3 Feb 2019 9:35:51
John Vlieger
3 Feb 2019 9:40:49
John Vlieger
9.8 grains of AA7, commander KKM, no holes, no comp, chronoed at exactly the same as my old gun.
3 Feb 2019 11:46:12
John Vlieger
That was a full size SV with two medium holes
3 Feb 2019 11:46:29
Cody Baker
Gotta start somewhere
3 Feb 2019 11:52:34
Cody Baker
Kkm barrels r bt the fastest
3 Feb 2019 11:53:01
John Vlieger
Yep. And the fucking chamber isn't loose like a $2 whore, neither
3 Feb 2019 11:53:32
Cody Baker
I would say holes will drop it down 2 to 3 pf for 2 holes
3 Feb 2019 11:53:55
Cody Baker
Haha
3 Feb 2019 11:54:01
John Vlieger
The spacer actually increased the velocity by about 20-35 FPS.
3 Feb 2019 12:29:54
John Vlieger
1385 became 1410 ish
3 Feb 2019 12:30:05
Cody Baker
Delaying the unlocking down
3 Feb 2019 12:30:47
John Vlieger
I think it's acting as an expansion chamber.
3 Feb 2019 12:32:14
John Vlieger

101

Effectively increasing the barrel length
3 Feb 2019 12:32:24
Cody Baker
That could have something to do with it
3 Feb 2019 12:34:26
Cody Baker
So the spacer is threaded on barrel then comp threaded on spacer?
3 Feb 2019 12:42:48
John Vlieger
Yep
3 Feb 2019 12:45:44
John Vlieger
We are playing with the weight a lot right now
3 Feb 2019 12:45:51
Cody Baker
Ok gotcha
3 Feb 2019 12:45:59
John Vlieger
Barrel, comp, and spacer together won't function at 12.5. Without comp it runs like a charm.
3 Feb 2019 12:46:25
John Vlieger
12.5 oz
3 Feb 2019 12:46:30
Cody Baker
Yea it prolly is working as a expansion chamber
3 Feb 2019 12:46:43
John Vlieger
Taking weight off of spacer incrementally to see what the function point is
3 Feb 2019 12:46:47
Cody Baker
Just wonâ€™t cycle all the way?
3 Feb 2019 12:47:21
John Vlieger
Correct
3 Feb 2019 12:47:32
John Vlieger
Will put the hammer to half cock, no ejection
3 Feb 2019 12:47:42
John Vlieger
Even with a 7 pound spring and 5 coils cut

3 Feb 2019 12:47:52
John Vlieger
Radiused FPS
3 Feb 2019 12:47:59
Cody Baker
Interesting
3 Feb 2019 12:48:09
John Vlieger
And that's with 172 ish PF
3 Feb 2019 12:48:38
John Vlieger
Gun runs great otherwise. And I'm loving the thumb rest you modified for me so far
3 Feb 2019 12:48:53
Cody Baker
Awesome glad to hear
3 Feb 2019 12:49:55
John Vlieger
3 Feb 2019 18:13:00
John Vlieger
We will have these for sale here soon.
3 Feb 2019 18:13:03
John Vlieger
Bent and straight. In case you ever decide to use a racker. Ha. Double tap sports. Traditional knurling
3 Feb 2019 18:13:41
John Vlieger
Trying to get them with double ball detent too
3 Feb 2019 18:14:15
John Vlieger
And hey, you free to talk for a bit?
3 Feb 2019 18:15:33
Cody Baker
Awesome glad to c someone else besides sv making a good racker
3 Feb 2019 18:16:03
Cody Baker
Yea sure
3 Feb 2019 18:16:04
John Vlieger
910-568-8926
3 Feb 2019 18:16:21
Cody Baker

3 Feb 2019 19:18:58
Cody Baker
3 Feb 2019 19:19:00
John Vlieger
Interesting. I'm talking to shay now. Pat don't care, already asked him
3 Feb 2019 19:20:11
Cody Baker
3 Feb 2019 19:22:36
John Vlieger
Can you send me a shot of the underside?
3 Feb 2019 20:12:24
John Vlieger
Did you have to modify the reverse plug in order to use the comp? Or is the comp already relieved?
3 Feb 2019 20:12:58
Cody Baker
3 Feb 2019 20:13:07
Cody Baker
Itâ€™s relieved
3 Feb 2019 20:13:21
John Vlieger
Enough for a standard recoil system on a commander slide?
3 Feb 2019 20:13:35
Cody Baker
Govt length recoil system
3 Feb 2019 20:13:56
John Vlieger
Shays gonna send me one. Looking forward to seeing what youre talking about
4 Feb 2019 13:31:05
Cody Baker
Awesome man
4 Feb 2019 14:00:38
Cody Baker
Gettn ready to order one of those 10moa scopes
4 Feb 2019 14:00:54
John Vlieger
https://usa-shop.armanov.com/product/mr-bullet-feeder-dropper-assembly-solution-no-consistent-seating-problem/
4 Feb 2019 21:05:09
John Vlieger
You need one of these

104

4 Feb 2019 21:05:13
John Vlieger
4 Feb 2019 21:05:15
John Vlieger
Seats the bullet like a boss
4 Feb 2019 21:05:23
John Vlieger
I even reduced the flare and it still wouldn't shake out
4 Feb 2019 21:05:34
Cody Baker
Yea Iâ€™ll get one of them
4 Feb 2019 21:07:19
John Vlieger
I was skeptical, but it works like a charm
4 Feb 2019 21:07:31
Cody Baker
Iâ€™m sure it would b a real big help
4 Feb 2019 21:07:56
John Vlieger
that video of you Shay posted. that the new comp?
7 Feb 2019 8:26:02
John Vlieger
looks like a sharp impulse, sharp return
7 Feb 2019 8:26:21
Cody Baker
Itâ€™s the new style yes. Pay no attention to that though. Idk why he posted that though not happy with that set up just yet
7 Feb 2019 9:30:53
John Vlieger
aight
7 Feb 2019 9:33:02
John Vlieger
so, question for you
7 Feb 2019 9:33:05
John Vlieger
commander KKM hybrid. currently has 2 3/16" holes
7 Feb 2019 9:33:17
John Vlieger
6.4 ounces
7 Feb 2019 9:33:22
John Vlieger

i have some test rounds going to Pat today to see what 10.4 grains of AA7 makes with it. think a third hole would be beneficial with the gill comp if velocity is achieveable?
7 Feb 2019 9:33:58
John Vlieger
gonna be loud, obviously. but wonder if its worth it
7 Feb 2019 9:34:14
Cody Baker
I wouldnâ€™t put another hole in it
7 Feb 2019 9:34:28
John Vlieger
no?
7 Feb 2019 9:34:32
Cody Baker
Donâ€™t believe so
7 Feb 2019 9:34:41
John Vlieger
not worth it?
7 Feb 2019 9:34:59
Cody Baker
I think it would make things harsher with the extra powder
7 Feb 2019 9:35:31
Cody Baker
Ur gonna b shooting a pretty stiff charge as it is
7 Feb 2019 9:36:37
John Vlieger
probbaly 10.0 right now
7 Feb 2019 9:36:54
John Vlieger
loaded to 1.900"
7 Feb 2019 9:37:14
John Vlieger
sorry, 1.19"
7 Feb 2019 9:37:19
Cody Baker
When I was shooting my dads gun 2 5/32 holes in it 9.6 aa7 is what I shot
7 Feb 2019 9:38:12
Cody Baker
I would deff shoot it with 2 holes first to c what happens then If itâ€™s awful or something go with another hole
7 Feb 2019 9:39:48
John Vlieger

i hear yah
7 Feb 2019 9:39:57
John Vlieger
was your dads gun a shorty?
7 Feb 2019 9:40:03
Cody Baker
Full size sv hybrid
7 Feb 2019 9:40:17
John Vlieger
ah. yeah, i think im going to be harsh in any case. 9 major in a shorty and all
7 Feb 2019 9:40:32
Cody Baker
It might not b as bad as what u think
7 Feb 2019 9:41:08
John Vlieger
true. gotta shoot it first and find out
7 Feb 2019 9:41:55
Cody Baker
Yea, itâ€™s hard to really tell how itâ€™s gonna b
7 Feb 2019 9:42:19
John Vlieger
i had two or three people asking where they could get my thumbrest at, btw
7 Feb 2019 9:42:42
John Vlieger
on IG
7 Feb 2019 9:42:45
Cody Baker
Haha
7 Feb 2019 9:43:09
John Vlieger
hey, meng. if i could get you some Armscor 38 SC to test, would you be willing to put it through the ringer and give me your feedback?
7 Feb 2019 11:06:16
Cody Baker
Ah man I think Iâ€™m gonna stick with Starline for now thanks though
7 Feb 2019 12:31:27
John Vlieger
Oh I have no doubt. I mean shoot it till it cracks and let me know if it stands up to starline or not
7 Feb 2019 13:05:49
Cody Baker

107

U guys going to start carrying brass?

7 Feb 2019 18:24:48

John Vlieger

Looking into see if its worth it. Price would be $120-130/k retail. Starline prices are going up is what I heard

7 Feb 2019 18:25:24

John Vlieger

We'd have to buy like 100k pieces, so don't want to get that deep and see it not sell

7 Feb 2019 18:25:44

John Vlieger

Hence, why is like you to try some and lemme know if it's shit

7 Feb 2019 18:26:23

John Vlieger

JJ uses it

7 Feb 2019 18:28:27

Cody Baker

Thatâ€™s pretty cheap, I just bought 2k for 155 per k

7 Feb 2019 18:29:07

Cody Baker

Does he like it?

7 Feb 2019 18:30:23

Cody Baker

Does he reload it?

7 Feb 2019 18:30:38

John Vlieger

Yes, according to him. And he reloads it a little bit. He's also sponsored by armscor

7 Feb 2019 18:30:53

John Vlieger

Which is why I want another opinion

7 Feb 2019 18:31:09

Cody Baker

I can try some of it

7 Feb 2019 18:33:13

John Vlieger

I'll keep you posted, then

7 Feb 2019 18:33:33

Cody Baker

Ok man

7 Feb 2019 18:33:40

John Vlieger

Might not be till may that I can get you a sample

8 Feb 2019 18:37:13
John Vlieger
But, we are working another angle. Gonna price out federal doing a run of 38 SC. See what's up
8 Feb 2019 18:37:31
Cody Baker
Thatâ€™s fine.
8 Feb 2019 18:37:59
Cody Baker
Federal thinking bt doin some sc?
8 Feb 2019 18:38:16
John Vlieger
We are gonna ask. With starline raising prices, who knows
8 Feb 2019 18:38:37
John Vlieger
Chuck brought it up, soooo.
8 Feb 2019 18:38:45
Cody Baker
That would b cool
8 Feb 2019 18:39:00
John Vlieger
They don't tend to put out junk, so yeah
8 Feb 2019 18:45:51
John Vlieger
11 Feb 2019 21:03:40
John Vlieger
I'm down if you are. A little post nats action
11 Feb 2019 21:03:49
John Vlieger
Also, I might ask you to mod a go gun again for me down the road. Thinking about upgrading my limited gun to a metal grip and thumb rest to match my open gun
11 Feb 2019 21:05:37
Cody Baker
Iâ€™l prolly pass on that one thatâ€™s almost to DC
11 Feb 2019 21:07:18
John Vlieger
Depends, I guess
11 Feb 2019 21:07:28
Cody Baker
Ok man
11 Feb 2019 21:07:31

109

John Vlieger
How hurting I am for shooty
11 Feb 2019 21:07:37
John Vlieger
Only shooting like 12 majors
11 Feb 2019 21:07:48
Cody Baker
Still quite a few
11 Feb 2019 21:08:03
John Vlieger
I've shot 15-20 each year since 2015
11 Feb 2019 21:08:17
John Vlieger
22 I think in 16
11 Feb 2019 21:08:25
Cody Baker
Holy shit thatâ€™s a lot
11 Feb 2019 21:08:40
John Vlieger
I know. Toning it back
11 Feb 2019 21:08:47
Cody Baker
Iâ€™l prolly hit up 10ish
11 Feb 2019 21:09:15
John Vlieger
When does Ashland have a match?
11 Feb 2019 21:28:54
John Vlieger
Nevermind. Found the calendar. It's this Sunday. I'll most likely be there
11 Feb 2019 21:30:42
John Vlieger
Shit. I can't read calenders. Nevermind
11 Feb 2019 21:42:22
John Vlieger
You sent an attachment.
12 Feb 2019 13:40:06
Cody Baker
Hell yea man itâ€™s really coming along
12 Feb 2019 13:58:32
John Vlieger
just waiting for fedex to get off their ass and deliver the damn comp

110

12 Feb 2019 13:59:50
Cody Baker
It supposed to b there today?
12 Feb 2019 14:13:31
John Vlieger
yeah, out for delivery today
12 Feb 2019 14:13:46
Cody Baker
Awesome ill b noxious to c what it looks like with the comp on it
12 Feb 2019 14:14:14
John Vlieger
me too. if it gets there with time for him to fit it he'll ship it today, in my hands tomorrow
12 Feb 2019 14:14:35
Cody Baker
Thatâ€™l b good
12 Feb 2019 14:15:08
John Vlieger
does your gun not like to shoot lighter loads?
12 Feb 2019 15:45:06
Cody Baker
Huh
12 Feb 2019 15:45:46
John Vlieger
pat got the comp in and its still not wanting to cycle 100% with 10.4 fucking grains of AA7
12 Feb 2019 15:46:18
John Vlieger
by the way, barrel and comp together are at 10.2 oz. Shays steel comp
12 Feb 2019 15:46:39
John Vlieger
cycles fine without a comp on it
12 Feb 2019 15:46:56
Cody Baker
Yea thatâ€™s all I shoot bt 168 pf
12 Feb 2019 15:49:43
Cody Baker
When I was playing round with 9 steel comp tungsten barrel ran just fine as well
12 Feb 2019 15:50:28
John Vlieger
weird

12 Feb 2019 15:51:15
John Vlieger
Pat has fit tons of hybrid barrels, do i dont think its the barrel fit
12 Feb 2019 15:51:32
Cody Baker
Hard to tell, Iâ€™ve never had something that wouldnâ€™t cycle even at 160 pf
12 Feb 2019 15:57:20
John Vlieger
yeah. i think something, comp or guide rod plug, is hitting something
12 Feb 2019 15:57:37
John Vlieger
cuz it runs with no comp
12 Feb 2019 15:57:51
Cody Baker
That sounds more like it
12 Feb 2019 15:58:07
John Vlieger
12 Feb 2019 17:11:06
John Vlieger
Shay sent two. The one you have and the older cheely look alike
12 Feb 2019 17:11:19
John Vlieger
The cheely looking one? Threads showing through out of the box
12 Feb 2019 17:11:37
Cody Baker
Thatâ€™s pretty thin, it actually shouldnâ€™t affect anything though
12 Feb 2019 18:08:03
John Vlieger
They been that thin for you?
12 Feb 2019 18:08:43
Cody Baker
Almost
12 Feb 2019 18:09:03
Cody Baker
I wouldnâ€™t b afraid to use it
12 Feb 2019 18:09:34
Cody Baker
Worse that can happen is it not stay tight
12 Feb 2019 18:09:49
Cody Baker
Whatâ€™s the other one look like

12 Feb 2019 18:09:58
Cody Baker
Is it good to go
12 Feb 2019 18:10:02
John Vlieger
Yeah. It's good. Pat is fitting it to ship tomorrow
12 Feb 2019 18:10:23
Cody Baker
Ok good
12 Feb 2019 18:10:35
John Vlieger
Barely on the timing. He has surgery tomorrow morning
12 Feb 2019 18:12:44
Cody Baker
Damn thats cutting it close
12 Feb 2019 18:14:42
John Vlieger
How do you set screw your comp?
12 Feb 2019 18:18:20
Cody Baker
Donâ€™t need one
12 Feb 2019 18:18:40
Cody Baker
Clock it tight against the rib
12 Feb 2019 18:19:13
John Vlieger
That's the plan
12 Feb 2019 18:20:13
Cody Baker
To where u screw it on it stops 1/8 turn shy of clocked by hand then use a wrench once u put loctite on
12 Feb 2019 18:20:20
Cody Baker
Or even a little more shy of 1/8 turn n it wonâ€™t come loose
12 Feb 2019 18:20:53
John Vlieger
He's handling that part. It was more like "really? Brand new and threads are showing?"
12 Feb 2019 18:37:23
Cody Baker
I know what I mean

12 Feb 2019 18:38:01
Cody Baker
U
12 Feb 2019 18:38:06
John Vlieger
12 Feb 2019 20:50:56
John Vlieger
12 Feb 2019 20:50:58
John Vlieger
12 Feb 2019 20:51:00
John Vlieger
12 Feb 2019 20:51:02
Cody Baker
Looks pretty good man!
12 Feb 2019 20:54:13
John Vlieger
Shooting it Thursday. Gotta mod that racker and / or play with thumb rest position
12 Feb 2019 21:03:00
John Vlieger
Hey did you add those holes on top of the comp?
12 Feb 2019 21:06:58
Cody Baker
Sweet Iâ€™l b anxious to hear how it does. He usually does that after the comp is on n everything I believe
12 Feb 2019 21:10:07
John Vlieger
I'll be sure to let you know
12 Feb 2019 21:10:54
John Vlieger
Hoping to get loads figured out Thursday and Friday. Crank out a K and shoot all weekend
12 Feb 2019 21:11:15
Cody Baker
Hell yea hopefully all goes well with it
12 Feb 2019 21:11:38
John Vlieger
14 Feb 2019 14:25:36
Cody Baker
Hell yea man what u think of it
14 Feb 2019 16:07:39
John Vlieger

114

Balances really well
14 Feb 2019 16:38:49
John Vlieger
Be shooting it here in an hour or so
14 Feb 2019 16:38:56
John Vlieger
Gotta play with the racker and thumb rest a bit
14 Feb 2019 16:39:12
Cody Baker
It looks really nice
14 Feb 2019 16:44:48
Cody Baker
I figured u was gonna have to do something with the racker
14 Feb 2019 16:45:03
John Vlieger
14 Feb 2019 18:19:34
Cody Baker
Looks pretty flat howâ€™s it feel
14 Feb 2019 18:22:48
John Vlieger
Hard, but muted
14 Feb 2019 18:24:46
John Vlieger
The hit I mean. Dot is slow and track able. Gotta play with recoil springs
14 Feb 2019 18:25:03
Cody Baker
What spring is in it now
14 Feb 2019 18:26:52
John Vlieger
7 pound Wolff minus 5 coils
14 Feb 2019 18:27:05
John Vlieger
Damn, man. 2.5 points
17 Feb 2019 19:08:06
John Vlieger
I feel for ya
17 Feb 2019 19:08:10
John Vlieger
Did your gun run?
17 Feb 2019 19:08:13
Cody Baker

It was close! Yea for the most part had 1 malfunction
18 Feb 2019 8:17:05
John Vlieger
how you liking that 10 MOA
25 Feb 2019 16:17:19
Cody Baker
It seemed to b pretty nice just had it on a week n it went out. Had to put an old 8 on the morn I left for flop
25 Feb 2019 17:57:42
John Vlieger
27 Feb 2019 10:08:16
Cody Baker
U like that comp better
27 Feb 2019 10:12:41
John Vlieger
yes. faster tracking dot, of course, but its sooooooooooo much softer
27 Feb 2019 10:14:00
Cody Baker
The cfd is softer?
27 Feb 2019 10:15:28
John Vlieger
yes
27 Feb 2019 10:16:56
Cody Baker
I can c that, u have a lot more forward pressure on the baffles lot of pressure where the first baffle is so close
27 Feb 2019 10:18:19
John Vlieger
Dot loves quicker, but I feel like the timing is more like my old gun
27 Feb 2019 10:47:36
John Vlieger
Moves*
27 Feb 2019 10:47:39
Cody Baker
Yea I played round with one over the winter on my dads gun n noticed the dot moved really quick
27 Feb 2019 12:28:00
John Vlieger
28 Feb 2019 12:58:16
John Vlieger
im turning into you

116

28 Feb 2019 12:58:26
Cody Baker
What in the world u do to it
28 Feb 2019 13:44:44
John Vlieger
Not much meat on the binary comp to releive it, so we made a custom reverse plug, little stubby bastard
28 Feb 2019 13:51:52
John Vlieger
but, have to cut springs in HALF to use it, and cant tune em exactly how i want, SO
28 Feb 2019 13:52:09
John Vlieger
i put a flat on a cheely full size plug instead of releiving the comp
28 Feb 2019 13:52:36
Cody Baker
Ah gotcha
28 Feb 2019 14:03:31
John Vlieger
Area 8 registration opens in ten minutes
1 Mar 2019 18:47:58
Cody Baker
Weâ€™re gonna shoot for squad 402
1 Mar 2019 18:48:42
John Vlieger
K
1 Mar 2019 18:48:50
Cody Baker
410
1 Mar 2019 18:58:38
John Vlieger
K
1 Mar 2019 18:58:43
John Vlieger
You get an email from them yet?
1 Mar 2019 19:58:09
Cody Baker
Not yet
1 Mar 2019 19:58:27
John Vlieger
Same. I registered while the clock still said 7 exactly
1 Mar 2019 19:58:52

Cody Baker
I think mine went through at 701
1 Mar 2019 20:01:30
John Vlieger
I'm in
1 Mar 2019 20:08:19
Cody Baker
Awesome
1 Mar 2019 20:08:39
John Vlieger
410 with Ben
1 Mar 2019 20:08:52
Cody Baker
1 Mar 2019 20:13:27
John Vlieger
JJ is joining us
1 Mar 2019 20:25:19
Cody Baker
Seen that
1 Mar 2019 20:25:28
John Vlieger
1 Mar 2019 20:26:17
Cody Baker
Lol
1 Mar 2019 20:26:44
John Vlieger
9 Mar 2019 12:16:57
Cody Baker
Looks good
9 Mar 2019 13:26:40
John Vlieger
Meh. Accuracy is suffering from my time on the bench. Movement feels good, though. Just have some cleaning up to do
9 Mar 2019 13:29:29
John Vlieger
Also, my new cheely grip is headed my way this week
9 Mar 2019 13:29:38
John Vlieger
9 Mar 2019 13:29:52
Cody Baker
Ah plenty of time to clean that stuff up

9 Mar 2019 14:44:01
Cody Baker
Hell yea those look really good
9 Mar 2019 14:44:09
John Vlieger
have you played with SV comps?
11 Mar 2019 11:13:02
Cody Baker
Not a whole lot
11 Mar 2019 13:29:33
John Vlieger
11 Mar 2019 21:21:47
Cody Baker
Thatâ€™s pretty close
11 Mar 2019 21:23:09
John Vlieger
yeah. draw made the difference
11 Mar 2019 21:25:44
Cody Baker
Yes it did
11 Mar 2019 21:26:03
John Vlieger
hey man. im putting that new go gun in the box with your order.
14 Mar 2019 14:25:34
Cody Baker
Ok man thx
14 Mar 2019 14:28:18
John Vlieger
also, if you pick ups 2 day with the new rates it should get to you next day, like ground
14 Mar 2019 14:30:45
John Vlieger
want us to send it 2nd day to save you a few bucks? we cannot guarantee itll get to you tomorrow, but it should
14 Mar 2019 14:49:51
Cody Baker
Nah reg is fine they usually come the next day.
14 Mar 2019 15:06:45
Cody Baker
Thx though
14 Mar 2019 15:06:51

John Vlieger
14 Mar 2019 15:13:27
John Vlieger
20 Mar 2019 7:10:58
John Vlieger
Check this out. From the Alabama sectional
20 Mar 2019 7:11:10
Cody Baker
Would have dropped it down quite a bit
20 Mar 2019 8:04:25
John Vlieger
He still would have won, but look at the time stamp. Scores were edited about a half hour later
20 Mar 2019 8:07:40
John Vlieger
And the two mikes and a charlie disappeared, replaced by 3 alpha
20 Mar 2019 8:08:07
Cody Baker
Wonder what was up with that
20 Mar 2019 8:17:13
John Vlieger
You sent an attachment.
27 Mar 2019 8:17:17
Cody Baker
Awesome!
27 Mar 2019 8:26:19
John Vlieger
they're posting the stages two at a time
27 Mar 2019 8:26:32
John Vlieger
two per day
27 Mar 2019 8:26:42
Cody Baker
Thatâ€™s kinda strange lol
27 Mar 2019 8:26:50
John Vlieger
its Manny and Gorka. they're not known for being average. ha
27 Mar 2019 8:27:07
Cody Baker
Haha very true
27 Mar 2019 8:27:26

John Vlieger
also, we will have the aggressive Cheely grips in today. Pat is blending mine to my gun right now.
27 Mar 2019 8:33:50
John Vlieger
and Matt is sending me some magwell inserts to play with. Trying to make the angle a bit better. he might be making a steel insert version down the road
27 Mar 2019 8:34:24
Cody Baker
Sweet! Is he gonna make a straight grip with the new texture?
27 Mar 2019 8:35:38
Cody Baker
Steel would b good
27 Mar 2019 8:35:53
John Vlieger
straight grip? you mean the old version?
27 Mar 2019 8:36:51
Cody Baker
Right
27 Mar 2019 8:37:08
Cody Baker
Not ergo grip
27 Mar 2019 8:37:18
John Vlieger
i'll have to ask. you're the second person to ask me about that
27 Mar 2019 8:37:21
John Vlieger
I'll have my gun at A6 if you want to play with it first.
27 Mar 2019 8:37:36
Cody Baker
Yea Iâ€™l feel it
27 Mar 2019 8:37:47
John Vlieger
oh, and I know you don't use rackers, but we got double tap in. curved like the sv, knurled texture
27 Mar 2019 8:37:54
John Vlieger
and he's working on a ball detent version
27 Mar 2019 8:38:08
Cody Baker
Nice! I will prolly end up putting a racker in

121

27 Mar 2019 8:38:24
John Vlieger
ha! i feel yah, man. I'm shooting battle in the bluegrass on the 12th, flying to Florida on the 13th, and shooting with you on the 14th. gonna have to ask to shoot two stages on the 13th in order to be sure i make my flight...again
27 Mar 2019 8:39:27
Cody Baker
Damn son cutting it close
27 Mar 2019 8:40:49
John Vlieger
flight leaves from Orlando at 830pm. two hour drive to orlando, and i have to check a gun
27 Mar 2019 8:41:03
John Vlieger
latest flight out. can't miss mondays
27 Mar 2019 8:41:11
John Vlieger
and Battle is less than an hour from my house, and im helping it happen. feel like I need to shoot it. i have a decent chance of winning it this year. all the heat is gonna be at A6! ha!
27 Mar 2019 8:41:41
Cody Baker
Ah hear ya there, Iâ€™m sure theyâ€™ll let ya
27 Mar 2019 8:41:44
Cody Baker
Yea hard to miss a major that close
27 Mar 2019 8:42:03
John Vlieger
27 Mar 2019 13:43:48
Cody Baker
Looks nice n aggressive
27 Mar 2019 13:59:46
John Vlieger
its pretty nice, man
27 Mar 2019 14:01:25
Cody Baker
Yea it looks super nice
27 Mar 2019 14:01:38
John Vlieger
2 Apr 2019 15:56:56
Cody Baker

How u like it?
2 Apr 2019 15:58:17
Cody Baker
Looks good
2 Apr 2019 15:58:29
John Vlieger
Dude.... He's gonna sell buckets of em
2 Apr 2019 15:58:44
Cody Baker
Nice!
2 Apr 2019 15:59:31
John Vlieger
Feel free to fondle it in two weeks in Florida
2 Apr 2019 16:03:00
Cody Baker
Will do for sure!!
2 Apr 2019 16:03:25
John Vlieger
And no giant damn logo either
2 Apr 2019 16:03:32
Cody Baker
Haha yea! Did u not like the other texture?
2 Apr 2019 16:04:10
John Vlieger
Didn't notice it while shooting, but not particularly, no
2 Apr 2019 16:04:25
Cody Baker
Yea I know what u mean feels lot diff in the hand
2 Apr 2019 16:04:58
John Vlieger
3 Apr 2019 9:57:38
John Vlieger
Cheely modified his magwell insert to be close to the Limcat geometry
3 Apr 2019 9:57:59
John Vlieger
3 Apr 2019 9:58:46
John Vlieger
shitty video example, but you get the idea. slightly smaller opening, but it seems to do the job well
3 Apr 2019 9:59:55
Cody Baker

Awesome!! Cheely is gonna put a hurting on company's with those grips
3 Apr 2019 10:19:36
John Vlieger
i firmly believe it. Pat says the machine work is top notch, too
3 Apr 2019 10:21:23
John Vlieger
as long as his magwells can have enough variety, and be considered worth it, he can hit the naysayers in the head
3 Apr 2019 10:21:45
Cody Baker
Yea they r made pretty nice I bought a legacy the other day n it's made pretty well
3 Apr 2019 10:24:28
John Vlieger
5 Apr 2019 19:47:51
Cody Baker
U like it?
5 Apr 2019 20:44:21
John Vlieger
I think it's pretty damn slick man
5 Apr 2019 20:44:35
John Vlieger
Took some work to get it fit on the cheely. Used kydex strips to add material
5 Apr 2019 20:44:47
John Vlieger
Haven't tested it in live fire yet. Gonna shoot tomorrow and do some drills
5 Apr 2019 20:45:03
John Vlieger
Reloads have sucked for me
5 Apr 2019 20:45:08
Cody Baker
Yea was gonna say have to add some material for that magwell
5 Apr 2019 20:46:12
Cody Baker
I have one of the brass ones it's nice
5 Apr 2019 20:46:45
John Vlieger
Worth it over what you ran before
5 Apr 2019 20:52:35
John Vlieger
?
5 Apr 2019 20:52:36

124

John Vlieger
The SV Magwell is amazing in my opinion
5 Apr 2019 20:53:01
Cody Baker
I like it just for the weight
5 Apr 2019 20:53:14
Cody Baker
With a little dremel work u can put sv on the cheely grip
5 Apr 2019 20:54:12
John Vlieger
I... Hadn't considered that
5 Apr 2019 21:04:58
Cody Baker
Have to widen the magwell a bit grind little in the back of magwell and little off mainspring housing maybe
5 Apr 2019 21:08:04
John Vlieger
want me to change your order to UPS 2nd day ait?
8 Apr 2019 14:29:07
John Vlieger
air*
8 Apr 2019 14:29:11
Cody Baker
Reg ground is fine so itâ€™l b here tomm
8 Apr 2019 14:29:53
Cody Baker
Thx though
8 Apr 2019 14:29:57
John Vlieger
like i said before, it has been getting to people next day
8 Apr 2019 14:30:35
John Vlieger
FedEx doesnt do that, but UPS has. basically, it says 2nd day, but if its next day via ground it still gets delivered next day
8 Apr 2019 14:30:55
Cody Baker
Letâ€™s just do the reg this time next time Iâ€™l try the 2nd day air
8 Apr 2019 14:31:50
John Vlieger
alright
8 Apr 2019 14:32:08

125

Cody Baker
Thx though
8 Apr 2019 14:32:19
John Vlieger
no problem, bud. see you on Sunday in any case if you need something last second. ill be at the A6 range early afternoon on Saturday
8 Apr 2019 14:33:30
Cody Baker
Alrighty man, appreciate it!!
8 Apr 2019 14:33:59
Cody Baker
My stage 2 time is ducked up
14 Apr 2019 18:42:21
John Vlieger
Fuck yeah it is
14 Apr 2019 19:05:58
John Vlieger
The hell?
14 Apr 2019 19:06:02
John Vlieger
You got your score sheet?
14 Apr 2019 19:06:10
Cody Baker
I asked Gorka to look at paper copy
14 Apr 2019 19:06:23
Cody Baker
He said he would
14 Apr 2019 19:06:29
Cody Baker
He looked at paper backup 16.02
14 Apr 2019 19:21:27
John Vlieger
It's fixed. Good catch
14 Apr 2019 19:32:37
Cody Baker
Yea my dad is who told me bt it
14 Apr 2019 19:33:17
John Vlieger
How many rounds is magnus cup?
21 Apr 2019 9:08:11
Cody Baker

325 plus chrono I believe
21 Apr 2019 9:34:37
John Vlieger
Thanks. Gonna ship ammo tomorrow.
21 Apr 2019 9:35:37
Cody Baker
No prob, damn gettn a early start on it
21 Apr 2019 9:36:07
John Vlieger
I'm done trying to make weight on these trips. Shipping ammo in the reg now
21 Apr 2019 9:36:14
John Vlieger
Takes 4 days to get there. If I ship now and it ain't there on Friday I still have time to load more and make arrangements
21 Apr 2019 9:36:38
Cody Baker
Yea thatâ€™s the best way to do it
21 Apr 2019 9:36:46
Cody Baker
Yea true good point
21 Apr 2019 9:36:56
John Vlieger
you need anything last second, lemme know bud. i fly in Thursday to Vegas. I'm staying right next to the range with Luigi
30 Apr 2019 9:11:38
Cody Baker
Alright man really appreciate it
30 Apr 2019 9:12:34
John Vlieger
not a problem. had to reset my comp last night. always something with me.
30 Apr 2019 9:14:10
John Vlieger
good thing i work where i do
30 Apr 2019 9:14:28
John Vlieger
we're putting the new binary on there in a few weeks, anyhow
30 Apr 2019 9:14:57
Cody Baker
Man itâ€™s always something glad u good to go now
30 Apr 2019 9:15:23
Cody Baker

The short one?
30 Apr 2019 9:15:35
John Vlieger
30 Apr 2019 9:15:38
Cody Baker
Ah yea that might b pretty good
30 Apr 2019 9:16:10
John Vlieger
30 Apr 2019 9:16:11
John Vlieger
maybe. might try it and see if i can tell a difference. really, its just for looks
30 Apr 2019 9:16:28
John Vlieger
Atlas, SV, Shay. all have a full profile option for shorties.
30 Apr 2019 9:16:39
John Vlieger
the Binary is our best seller. having a full profile option is what Don and Pat have been asking for. i think they'll sell well
30 Apr 2019 9:17:00
Cody Baker
Yea I doubt there will b much of a difference in them
30 Apr 2019 9:17:51
Cody Baker
Full profile would b really nice
30 Apr 2019 9:18:04
Cody Baker
Is that what u guys r gonna have
30 Apr 2019 9:18:32
John Vlieger
yeah. about a month out
30 Apr 2019 9:19:32
Cody Baker
Nice!!
30 Apr 2019 9:19:55
John Vlieger
should be a little cheaper than SV. still more expensive than the current one. bigger stock is more expensive, especcially titanium
30 Apr 2019 9:20:40
Cody Baker
Price would not b a big concern I donâ€™t believe. I think u guys will sell a lot of em
30 Apr 2019 9:22:37

128

John Vlieger
Hey man. What's the easiest way to tune an extended ejector for 38 sc
1 May 2019 19:19:58
John Vlieger
Assuming everything else is fine.
1 May 2019 19:20:09
John Vlieger
Getting erratic ejection. Pat's gun
1 May 2019 19:20:16
Cody Baker
Dude sry I missed ur message while traveling. If extractor is set up right then u should have a contact point on ur ejector bt 1/2 the way up on the ejector face
2 May 2019 13:34:07
Cody Baker
Is it ur gun
2 May 2019 13:34:52
John Vlieger
Nope. Gun pat is building
2 May 2019 13:35:00
Cody Baker
2 May 2019 13:39:29
Cody Baker
Thatâ€™s what Iâ€™ve had the best luck with
2 May 2019 13:39:45
John Vlieger
Can you send me your video from stage 9? Stage with the max trap
4 May 2019 12:44:59
Cody Baker
4 May 2019 13:16:31
John Vlieger
7 May 2019 8:57:50
Cody Baker
Haha
7 May 2019 8:59:04
John Vlieger
good runs at Magnus, man. A6 and Magnus have shown me that I'm suckin' ass for some reason. I need to spend some quality time getting in my own head again and figuring this shit out. I am NOT shooting like I used to. Slow ass splits, stupid mistakes.
7 May 2019 8:59:45
John Vlieger

Magnus was tough shooting with a squad of Philipinos and Shane and Nils. Couldn't really bounce ideas off of em, or get in the zone. Shane shot the worst match of his life, and Nils doesn't shoot the same style as you and I. I've lost my aggression I feel like. Trying for Alphas and getting better general accuracy, but fucking everything else up. I'm considering skipping Mississippi and just training

7 May 2019 9:03:07

Cody Baker

Thx man, I shot poorly first day better second day then put throttled up a bit to try to catch up but didnâ€™t happen if I woulda shot perfect last day it coulda happened but it didnâ€™t. I hear ya man Iâ€™ve learned stuff too after a6 n thatâ€™s quit fucking round with my shit making big changes everyday n just practice like I need to.

7 May 2019 9:03:54

Cody Baker

Dude sometimes that is not a bad idea quality training time is better than shooting matches sometimes

7 May 2019 9:04:31

Cody Baker

Work on getting that aggression back shooting early and fast coming into position

7 May 2019 9:05:06

John Vlieger

only heat there is Chris Keen, and maybe Lesgar.

7 May 2019 9:05:42

John Vlieger

and to be honest, if Lesgar shoots it I think I want to. I need to beat him this year

7 May 2019 9:05:55

John Vlieger

after Alabama...and here, and A6. Hes edged me three fucking times. I know I can beat him on any given day, just have to fucking do it.

7 May 2019 9:06:27

Cody Baker

I hear ya man maybe get some good training in the next couple weeks then head down to Mississippi. I honestly think u need to get some of that aggression back though

7 May 2019 9:08:19

John Vlieger

i think its the wrist, a big part at least. still have that in my mind. the gun is great. i just have to get my head back in the zone of go fast and trust in my abilities. i def need to integrate some shoot on the move drills, after seeing the way you shot that 7 shaped stage

7 May 2019 9:12:29

John Vlieger

7 May 2019 9:14:52

130

John Vlieger
this was one of my 2 stage wins. one of the only stages I felt like my old self
7 May 2019 9:15:09
Cody Baker
Yea Man U still got it u just gotta let it happen n like u said just believe In Ur self n let it happen n go for it
7 May 2019 9:20:14
Cody Baker
Yea that looked good!
7 May 2019 9:20:25
John Vlieger
15 May 2019 10:11:47
Cody Baker
Hell yea man looks pretty good
15 May 2019 10:14:10
John Vlieger
If i had to guess, we will be getting some W/N ramp 5.4" threaded barrels in soon. but, probably at least a month for C/P ramp
3 Jun 2019 8:51:41
Cody Baker
Ok thanks
3 Jun 2019 8:52:23
John Vlieger
and I talked to Matt Cheely briefly. Straight back grip with the aggressive texture is planned eventually. no ETA as of yet
3 Jun 2019 15:58:35
Cody Baker
Ah thx, yes I didnâ€™ figure there was a huge amount I f ppl tgat was wanting them
3 Jun 2019 16:01:10
John Vlieger
7 Jun 2019 8:41:08
John Vlieger
good thing you didn't plan to shoot A4
7 Jun 2019 8:41:20
Cody Baker
Yea thatâ€™s crazy
7 Jun 2019 8:58:30
John Vlieger
gonna try to talk the BGSL MD into having IPSC stages again, like last year. July 7th
11 Jun 2019 8:34:21
Cody Baker

That would b cool
11 Jun 2019 9:15:36
John Vlieger
You sent a link.
20 Jun 2019 19:55:21
Cody Baker
Thx man
20 Jun 2019 19:57:06
John Vlieger
no problem. the BGSL MD is on board with mimicking these stages.
21 Jun 2019 10:49:32
John Vlieger
all IPSC targets
21 Jun 2019 10:49:55
John Vlieger
and Hyder is down to come around, as well.
21 Jun 2019 11:01:51
Cody Baker
Thatâ€™l b good!
21 Jun 2019 11:15:18
John Vlieger
I think you'll have a good reason to swith to PD bullets here soon. Their new JHP is about to launch. Can't show you pics, but it should help a LOT with feeding.
24 Jun 2019 12:00:44
Cody Baker
Nice Iâ€™l b anxious to c them
24 Jun 2019 12:05:25
John Vlieger
we should have sample/trial packs here at the shop for launch. 50 count bag so you can try em before you buy a case
24 Jun 2019 12:06:01
John Vlieger
and, of course, still cheaper than MG
24 Jun 2019 12:06:16
Cody Baker
Iâ€™l deff look into them
24 Jun 2019 12:22:49
John Vlieger
28 Jun 2019 14:22:30
John Vlieger
new cheely magwell. looks pretty slick

28 Jun 2019 14:23:09
Cody Baker
Ah thatâ€™s pretty nice!
28 Jun 2019 20:11:30
John Vlieger
Niled 4 sub 90 reloads in a row with it today. Seems on par with the limcat
28 Jun 2019 20:13:55
John Vlieger
Nailed*
28 Jun 2019 20:13:59
Cody Baker
Yea sounds like itâ€™s pretty slick will deff go good with the grips
28 Jun 2019 20:18:31
John Vlieger
4 Jul 2019 9:50:36
Cody Baker
What?!?!
4 Jul 2019 15:47:20
John Vlieger
I ain't lying
4 Jul 2019 15:49:36
Cody Baker
Thatâ€™s crazy though
4 Jul 2019 15:50:07
John Vlieger
Yup
4 Jul 2019 17:51:29
John Vlieger
And just a reminder, BGSL match on Sunday.
4 Jul 2019 17:51:42
John Vlieger
All ipsc targets. 9 or 10 stages. A lot of small speed shoots, partials, and movement
4 Jul 2019 17:52:29
Cody Baker
Ah thatâ€™s gonna b nice! Iâ€™m actually gonna b outta town this weekend though
4 Jul 2019 21:27:22
John Vlieger
Mother fucker
4 Jul 2019 21:42:08
John Vlieger
I see how it is

4 Jul 2019 21:42:17
Cody Baker
Haha Iâ€™m sure itâ€™l b a good time
5 Jul 2019 12:25:38
John Vlieger
If you need anything from shooters, lemme know today before 4pm
11 Jul 2019 7:50:14
Cody Baker
Thanks buddy really appreciate it. Iâ€™m not gonna b down at ipsc nats though
11 Jul 2019 11:47:44
John Vlieger
the FUCK?
11 Jul 2019 11:47:56
John Vlieger
damn, man. i hope all is well with you and the fam, bud
11 Jul 2019 11:51:33
Cody Baker
Dude things just have t been the same since nats last year itâ€™s been a fight every since. Just wore myself out building my own gun from scratch that I shot Ohio with, working n trying to get as much practice in as I was. Just took every bit of my time up n just needed some time off
11 Jul 2019 11:56:32
John Vlieger
sorry to hear that, man. i just had my break. been training hard the last three weeks. I'm mainly upset I have to tolerate Sailer without you there to take the brunt
11 Jul 2019 12:18:45
Cody Baker
Haha now thatâ€™l will b a job he deff likes to tlk
11 Jul 2019 12:34:42
John Vlieger
ya'll thought I was bad...
11 Jul 2019 12:34:55
Cody Baker
Lmao
11 Jul 2019 12:35:33
Cody Baker
U donâ€™t even hold a candle
11 Jul 2019 12:35:40
John Vlieger
I've also chilled out a little bit over hte past few years
11 Jul 2019 12:35:54

John Vlieger
well, regardless, get some rest. the sport ain't going away any time soon. be back and ready for A5 and A8
11 Jul 2019 12:36:22
Cody Baker
Will do buddy good luck at ipsc
11 Jul 2019 12:36:51
John Vlieger
thanks, man. hoping the training pays off
11 Jul 2019 12:37:08
Cody Baker
It will u got nutn to worry bt
11 Jul 2019 12:37:33
John Vlieger
so, you off break yet?
26 Jul 2019 15:29:07
Cody Baker
Gonna get back at it hard starting this weekend
26 Jul 2019 15:38:13
John Vlieger
good. i've been trying to shoot every day. got A3 next weekend. Hyder, Sailer, and Eddie are there. really want to crush them, man. take a piece out of Sailers ego
26 Jul 2019 15:39:41
Cody Baker
Thatâ€™s awesome man keep up tge practice Ull do good just shoot ur match n donâ€™t worry bt everybody else
26 Jul 2019 15:44:19
John Vlieger
ha. shooting with Luigi, Gabby Franco, and MAtt Hopkins. i'll be able to focus on me
26 Jul 2019 15:45:15
John Vlieger
thanks, man
26 Jul 2019 15:45:19
Cody Baker
Like I said man just focus on the stage ur shooting Ull do good
26 Jul 2019 15:57:04
Cody Baker
I left team akai
26 Jul 2019 19:49:25
John Vlieger
Oh. Well, that's big news

26 Jul 2019 19:49:37
John Vlieger
Over the gun stuff?
26 Jul 2019 19:49:44
Cody Baker
Ah man it was just time to step away, left on extremely good terms
26 Jul 2019 19:50:27
John Vlieger
Glad to hear it was on good terms, my friend. We can talk more about it when we shoot together again.
26 Jul 2019 21:22:33
Cody Baker
Yea I was happy how it went.
26 Jul 2019 21:23:37
John Vlieger
29 Jul 2019 20:55:33
Cody Baker
Nice
29 Jul 2019 21:11:25
John Vlieger
New PD bullets available soon
29 Jul 2019 21:11:50
John Vlieger
29 Jul 2019 21:11:56
John Vlieger
Round nose HP
29 Jul 2019 21:11:59
John Vlieger
Keep it semi quiet for now
29 Jul 2019 21:12:05
Cody Baker
I ainâ€™t gonna tell anybody they look super nice
29 Jul 2019 21:12:35
John Vlieger
Feed like buttah. My bullet feeder didn't have to change. Minor OAL difference
29 Jul 2019 21:12:37
John Vlieger
About 15 thou
29 Jul 2019 21:12:46
John Vlieger
10-15 thou

29 Jul 2019 21:13:22
Cody Baker
Good deal Iâ€™l check them out when they come out
29 Jul 2019 21:13:36
John Vlieger
29 Jul 2019 21:13:36
John Vlieger
29 Jul 2019 21:13:41
John Vlieger
Cool. Available in case pricing too. Cheaper than MG
29 Jul 2019 21:13:59
Cody Baker
Hell yea! I do like the profile better than the old ones
29 Jul 2019 21:14:31
John Vlieger
so, where to now?
6 Aug 2019 11:00:14
Cody Baker
It will prolly b announced today but it will b infinity
6 Aug 2019 11:08:58
John Vlieger
did you have to promise not to do your own gunsmithing?
6 Aug 2019 11:20:45
John Vlieger
in any case, congrats, my friend. thats big.
6 Aug 2019 11:21:00
Cody Baker
Haha theyâ€™re pretty strict on that stuff
6 Aug 2019 11:25:40
Cody Baker
Thanks buddy
6 Aug 2019 11:25:48
John Vlieger
That your new gun in the profile Pic? I noticed it had your mount on it.
7 Aug 2019 7:34:31
Cody Baker
Thatâ€™s the gun I built for Ohio state hopefully very soon I will get the new one
7 Aug 2019 7:36:28
John Vlieger
Gotcha. Better break in the new one pretty quick, man. A8 coming up quick
7 Aug 2019 7:36:57

Cody Baker
I know man I ainâ€™t gonna have much time at all with it
7 Aug 2019 7:37:50
Cody Baker
But itâ€™l b alright
7 Aug 2019 7:38:04
John Vlieger
You and Jj will have new guns at A8... Should be interesting. Ha
7 Aug 2019 7:38:15
Cody Baker
U think heâ€™s gonna shoot that open beretta?
7 Aug 2019 7:38:49
John Vlieger
Yes, I do
7 Aug 2019 7:39:01
Cody Baker
I kinda thought he would b shooting a little more production
7 Aug 2019 7:40:05
John Vlieger
He's been making a big deal out of it. Promoting the 92x every chance he's gotten. I'd be very surprised if he didn't shoot the new onr
7 Aug 2019 7:40:07
John Vlieger
He's trying for worlds man
7 Aug 2019 7:40:15
John Vlieger
He has to do half decent at Nats.
7 Aug 2019 7:40:24
Cody Baker
Very true
7 Aug 2019 7:41:19
Cody Baker
Yea him missing out on ipsc nats this year threw a wrench in things
7 Aug 2019 7:41:46
John Vlieger
hey, man
9 Aug 2019 8:59:27
John Vlieger
you got lodging for open nats yet?
9 Aug 2019 8:59:34
John Vlieger

138

im looking at VRBO houses
9 Aug 2019 8:59:41
Cody Baker
Yea me n adam already got a hotel
9 Aug 2019 9:05:17
Cody Baker
What is vrbo houses
9 Aug 2019 9:05:37
John Vlieger
Vacation rental hy owner.
9 Aug 2019 9:10:10
John Vlieger
I'm finding town houses with 3-4 bedrooms for like 140-170 a night
9 Aug 2019 9:10:26
Cody Baker
Ah I gotcha
9 Aug 2019 9:10:48
John Vlieger
I got Alvin Lin with me. Split 4 ways, after fees, would be like $40-50 a night per person
9 Aug 2019 9:10:55
Cody Baker
Damn thatâ€™s pretty cheap
9 Aug 2019 9:10:55
John Vlieger
And, it's a house. In town. Like 10-15 minutes from the range
9 Aug 2019 9:11:15
John Vlieger
Im staying the whole week, so makes a lot of sense for me
9 Aug 2019 9:11:37
Cody Baker
Yea for sure
9 Aug 2019 9:12:21
Cody Baker
Thatâ€™l save u a lot of money
9 Aug 2019 9:12:29
John Vlieger
You down? I'm chill at Nats, man. I haven't reserved anything yet, but I'm ready to today
9 Aug 2019 9:13:31
Cody Baker

Iâ€™m gonna keep hotel man me n Adam had that stuff booked for a long time thanks though
9 Aug 2019 9:17:20
John Vlieger
9 Aug 2019 9:22:46
John Vlieger
So you got pics of the new gat?
10 Aug 2019 19:21:50
Cody Baker
Itâ€™s not done yet
10 Aug 2019 19:40:02
John Vlieger
Ummm... A8 is in two weeks
10 Aug 2019 19:42:27
Cody Baker
I will have a couple days with it
10 Aug 2019 19:54:44
John Vlieger
10 Aug 2019 20:03:17
John Vlieger
That's less than optimal
10 Aug 2019 20:03:26
Cody Baker
Haha yes it is but kinda is what it is. I put together a old hybrid I had and put a mount on it in the same location as a infinity so I could train with the closest thing possible with the pieces I had
10 Aug 2019 20:07:59
Cody Baker
Didnâ€™t have much to work with after I sent everything back to shay
10 Aug 2019 20:09:00
Cody Baker
U n keen wanna come over to squad 4 for dawg valley
13 Aug 2019 20:27:48
John Vlieger
I'm down. Especially if you're showing up
13 Aug 2019 20:28:00
John Vlieger
Get the new gat yet?
13 Aug 2019 20:28:05
Cody Baker
Iâ€™m gonna go

13 Aug 2019 20:28:19
Cody Baker
No new gat shooting some old worn out pos but i need to get a match in
13 Aug 2019 20:28:47
John Vlieger
Yeah I hear ya
13 Aug 2019 20:28:56
Cody Baker
Gat will b here next Tuesday
13 Aug 2019 20:29:28
John Vlieger
Cutting it close. Sailer got his yet?
13 Aug 2019 20:29:38
Cody Baker
Yea real close
13 Aug 2019 20:30:22
Cody Baker
He donâ€™t have his yet either
13 Aug 2019 20:30:29
John Vlieger
Wow...
13 Aug 2019 20:30:35
Cody Baker
Itâ€™l b alright
13 Aug 2019 20:30:50
John Vlieger
Nice. The four of us on a local match squad
13 Aug 2019 21:05:44
Cody Baker
Hell yea itâ€™l b a good one
13 Aug 2019 21:06:08
John Vlieger
you want this order shipped, or want me to take it with me for Saturday
14 Aug 2019 12:47:19
Cody Baker
U can go ahead n ship it
14 Aug 2019 13:18:36
John Vlieger
14 Aug 2019 13:18:41
John Vlieger
hey, man. got a question for you about David Clay

141

16 Aug 2019 9:59:00
Cody Baker
Whatâ€™s that
16 Aug 2019 9:59:44
John Vlieger
does he have a problem with me?
16 Aug 2019 9:59:49
Cody Baker
No not that I know of, sometimes heâ€™s a big jokester likes to cut up just have to know how to take him. Did he say something to ya
16 Aug 2019 10:01:20
John Vlieger
No he hasn't said anything to me. Just heard a thing or two from an acquaintance
16 Aug 2019 10:02:59
John Vlieger
And we're squadded together for tomorrow. Wanted to make sure I had a read on it
16 Aug 2019 10:03:19
Cody Baker
Yea sometimes he likes to give ppl s hard time, donâ€™t worry bt it itâ€™ll b fine
16 Aug 2019 10:04:28
John Vlieger
Alright. The things I heard were pretty personal in my direction. Id rather go to the source. I might ask him about it tomorrow after the match
16 Aug 2019 10:05:42
John Vlieger
Nipping problems in the bud is my preferred method
16 Aug 2019 10:06:01
Cody Baker
Idk what was said or if anything was meant by it, so I canâ€™t speak on that. But I do know he likes to cut up. Absolutely that is always the best way to take care of things
16 Aug 2019 10:09:10
John Vlieger
17 Aug 2019 23:00:31
John Vlieger
Neither of us got a GM on front sight 2. Funny as fuck, man
17 Aug 2019 23:00:35
John Vlieger
You crushed melody line, though. Props, bud
17 Aug 2019 23:00:53
Cody Baker
Haha Iâ€™ve never shot a hundo on either of the front sight classifieds

142

18 Aug 2019 9:51:11
Cody Baker
Thanks
18 Aug 2019 9:51:18
John Vlieger
Correction, I fly out on Saturday for area 8. In case you need anything last second
18 Aug 2019 16:39:13
Cody Baker
Alrighty man thx
18 Aug 2019 16:41:15
John Vlieger
18 Aug 2019 16:41:19
John Vlieger
To add to our discussion from yesterday about my training round count. I trained twice today. About 150-200 rounds each time. My wrist is sore as fuck right now. Still not 100 percent recovered from the surgery in November. Don't notice it when I'm shooting, but it kills me after.
18 Aug 2019 19:35:27
Cody Baker
Damn itâ€™s liable to take quite a while to get to 100 percent
18 Aug 2019 19:37:15
Cody Baker
I tried to train thisevening but just killed a v5
18 Aug 2019 19:37:52
John Vlieger
Yep. My discussion with the surgeon (who is also a shooter) said basically I can't do any more damage to it, but it might not ever be 100%.
18 Aug 2019 19:37:55
John Vlieger
The fuck?
18 Aug 2019 19:37:59
John Vlieger
You killed a V5? How?
18 Aug 2019 19:38:04
Cody Baker
Damn dude hopefully itâ€™l get there
18 Aug 2019 19:40:38
Cody Baker
ðŸ¤·ðŸ•»â€•â™¸ï¸•
18 Aug 2019 19:40:43
Cody Baker

Just shooting today n it started goin out
18 Aug 2019 19:41:00
Cody Baker
Have u heard of probs with the sro yet
18 Aug 2019 19:41:58
John Vlieger
Yep
18 Aug 2019 19:50:06
John Vlieger
Double dots mainly
18 Aug 2019 19:50:15
John Vlieger
Changed the battery on it I assume?
18 Aug 2019 19:50:42
Cody Baker
Ah thatâ€™s not bad
18 Aug 2019 19:51:53
Cody Baker
Yea itâ€™s a circuit issue
18 Aug 2019 19:52:24
John Vlieger
Give cmore a call tomorrow. I think they'd like to hear how you killed it. Cuz you're the first
18 Aug 2019 19:53:41
Cody Baker
I will
18 Aug 2019 19:54:04
John Vlieger
cmore came in today
19 Aug 2019 12:16:18
Cody Baker
Awesome thx Iâ€™m gettn ready to call Cmore
19 Aug 2019 12:38:17
John Vlieger
https://www.shootersconnectionstore.com/C-More-Systems-RTS2-Red-Dot-Sight-P2147.aspx
19 Aug 2019 13:40:20
Cody Baker
Thx Iâ€™m waiting on Greg from Cmore to call me back
19 Aug 2019 14:12:12
John Vlieger

144

gotcha.
19 Aug 2019 14:12:26
John Vlieger
i just got off the phone with em. greg is out of the office until wednesday
19 Aug 2019 16:16:09
John Vlieger
and, did you see this shit?
19 Aug 2019 16:16:14
John Vlieger
19 Aug 2019 16:16:17
Cody Baker
Ok well I will prolly go ahead n order one tomm from u guys
19 Aug 2019 16:17:20
Cody Baker
I seen that thatâ€™s gonna b crazy
19 Aug 2019 16:17:31
Cody Baker
Very interesting
19 Aug 2019 16:17:42
John Vlieger
So, is it everything you thought it would be?
21 Aug 2019 7:06:52
Cody Baker
Itâ€™s pretty damn nice! Workmanship is second to none and the support is great
21 Aug 2019 7:29:26
John Vlieger
Shoot it yet?
21 Aug 2019 7:43:05
Cody Baker
Little bit yesterday at the house
21 Aug 2019 8:59:04
Cody Baker
Gonna put it through its paces today at range
21 Aug 2019 8:59:15
John Vlieger
cool.
21 Aug 2019 9:01:32
Cody Baker
But yea itâ€™l b good Iâ€™m glad I went to infinity so far
21 Aug 2019 9:06:00
John Vlieger

145

happy for ya, bud. you've earned it.
21 Aug 2019 9:10:26
Cody Baker
Thx man!
21 Aug 2019 9:21:24
John Vlieger
still going strong with the new gat?
22 Aug 2019 14:50:22
Cody Baker
Oh yea making a few tweaks n stuff
22 Aug 2019 15:30:09
John Vlieger
called it
22 Aug 2019 15:30:19
Cody Baker
Trying out some diff springs n stuff like that
22 Aug 2019 15:32:29
John Vlieger
uh huh. its the "stuff like that" part im curious about
22 Aug 2019 15:33:20
John Vlieger
I talked to Greg at Cmore yesterday. he said they were sending you out a new dot
22 Aug 2019 15:33:39
Cody Baker
Just some other small tweaks I do on my stuffyo make things a little softer n track better
22 Aug 2019 15:35:15
Cody Baker
Yea it went out yesterday it should b in fri gonna send the broken one in n theyâ€™re gonna fix ITV
22 Aug 2019 15:36:00
John Vlieger
i gotcha. ive been playing with 2 buffs and a stronger spring. 8 pound traditional minus 3 coils. im liking how fast it returns. need to decide on a set up and leave well enough alone and all that.
22 Aug 2019 15:36:41
John Vlieger
and good. need anything last second, im working all day tomorrow.
22 Aug 2019 15:36:52
Cody Baker
Yea just finding out what feels good n stick with it is important

22 Aug 2019 15:41:34
Cody Baker
Thanks buddy
22 Aug 2019 15:41:46
John Vlieger
wont matter after nats. selling the shorty and building 2 mid size. cutting a few ounces off, too. and no problem, bud.
22 Aug 2019 15:42:10
Cody Baker
Ah yea something little less violent
22 Aug 2019 15:42:52
John Vlieger
we only went shorty due to trying something new/IMM length barrels were still a month or two out when the build started
22 Aug 2019 15:43:32
John Vlieger
starting early this year. already have frames ordered, barrels will be here next week, grip is a known quantity, just need slides. pissing me off.
22 Aug 2019 15:44:05
Cody Baker
Ah I gotcha
22 Aug 2019 15:45:11
Cody Baker
Get u some infinity slides
22 Aug 2019 15:45:21
John Vlieger
you get me your price, and I will
22 Aug 2019 15:45:40
John Vlieger
ha. $350 a piece is fuckin steep
22 Aug 2019 15:45:51
Cody Baker
Yea they ainâ€™t cheap I think in the long run they would last longer than others
22 Aug 2019 15:47:49
John Vlieger
if I could get another Tripp slide, I would. I got one from a bad batch, but 99% of the rest were really really nice
22 Aug 2019 15:49:32
Cody Baker
Are they not available right now
22 Aug 2019 16:00:28

John Vlieger

correct. the machine shop that was making them for Tripp and JEM (same guy) had a big price hike, and QC issues. no longer being made

22 Aug 2019 16:00:56

Cody Baker

Oh hell didnâ€™t know that

22 Aug 2019 16:20:08

John Vlieger

And I can't really give you shit for playing with your gun set up

22 Aug 2019 20:26:19

John Vlieger

I shot like 200 rounds today testing a different spring and buff set up. Put the old one back in it... Better hits instantly and felt better. Yay, 200 rounds wasted playing around

22 Aug 2019 20:26:51

Cody Baker

Ah man atleast now u know

22 Aug 2019 20:36:06

John Vlieger

I finally watched my video from stage 2. the one they said i only shot twice at that target with the wall hit...

26 Aug 2019 12:29:52

John Vlieger

definitely 3 shots at it. goes to show you how reliable human memory is

26 Aug 2019 12:30:08

John Vlieger

but, the reshoot ended up going slightly better. so, whateva

26 Aug 2019 12:32:37

Cody Baker

Right yea I know for sure I can tell if I shot a extra shot at a specific target

26 Aug 2019 12:33:48

Cody Baker

Yea it went better

26 Aug 2019 12:33:57

John Vlieger

i shot 1 extra on like 3 targets there. which was the problem. i know when i fire extra, and have gotten a lot better at it for emergency reload planning purposes

26 Aug 2019 12:35:03

Cody Baker

Yea the ros couldnâ€™t tell what was goin on lol

26 Aug 2019 12:36:21

148

Cody Baker

Got a little time to get ready for a5 Iâ€™m gonna b hitting it hard

26 Aug 2019 12:40:07

John Vlieger

same here, brother. have to keep after it.

26 Aug 2019 12:40:49

Cody Baker

Will have another re match minus jj

26 Aug 2019 12:41:26

John Vlieger

27 Aug 2019 14:15:13

Cody Baker

Lol

27 Aug 2019 14:55:13

John Vlieger

Better step up your reset game, bud.

27 Aug 2019 14:55:53

Cody Baker

Hell I reckon

27 Aug 2019 14:56:34

John Vlieger

27 Aug 2019 18:48:16

John Vlieger

That's with two coils off the mainspring and a new standard radius FPS

27 Aug 2019 18:48:31

John Vlieger

27 Aug 2019 18:48:41

John Vlieger

This is the old set up

27 Aug 2019 18:48:47

Cody Baker

Top looks better I think

27 Aug 2019 19:03:47

Cody Baker

Which tracks better

27 Aug 2019 19:03:53

John Vlieger

Only shot about 60 rounds with that config. Gonna shoot some more tomorrow. Seems to track pretty well. Minor difference, but kinda noticeable

27 Aug 2019 20:35:44

Cody Baker

Yea anytime u go lightening that mainspring up my opinion it tracks much better

27 Aug 2019 20:38:45

John Vlieger

I might try a shok buff behind the aluma buff and see if that doesn't help with the bottoming out of the slide. Seems the majority of muzzle lift is at the rear most travel of the slide

28 Aug 2019 7:56:02

Cody Baker

It could help out some. Theoretically it should

28 Aug 2019 7:57:32

Cody Baker

Iâ€™m gonna try some buffs today myself

28 Aug 2019 7:57:46

Cody Baker

Havenâ€™ had a chance to yet

28 Aug 2019 7:57:57

John Vlieger

If you don't mind, I would like a measurement of the frame rails on your gun. Shay claims it's 200 though stroked at the rails

28 Aug 2019 8:05:33

Cody Baker

I was actually gonna look into that I donâ€™ think itâ€™s .200 though. Iâ€™ve heard .100 then Iâ€™ve heard itâ€™s just commander rails and Iâ€™ve also heard that the recoil spring tunnel is moved back further in turn giving it the same stroke basically

28 Aug 2019 8:15:56

John Vlieger

lemme run something by you.

28 Aug 2019 9:40:07

John Vlieger

2 stage DIY recoil

28 Aug 2019 9:40:15

John Vlieger

take a Glock flat wire spring, cut a coil or 2 or whatever off. put it on the guide rod first. then put a buff there to compress/spacer it. then recoil spring

28 Aug 2019 9:40:43

John Vlieger

flat wire spring to keep it from binding/taking up as much room when compressed

28 Aug 2019 9:40:59

John Vlieger

150

it could act as a second stage, like in PCC recoil systems. might help with that bottoming out of the slide
28 Aug 2019 9:41:20
Cody Baker
Idk it could help, u would have to have a very short glock spring so u could have a longer lighter regular spring. Could b worth a try though
28 Aug 2019 10:10:30
Cody Baker
Kinda like a recoil master
28 Aug 2019 10:10:38
John Vlieger
glock is too small ID. got a wilson combat 17# flat wire, though. gonna give it a try after work. and yeah, similar to recoil master, but probably a little simpler.
28 Aug 2019 10:13:42
John Vlieger
and easy to revert back to stock. should be interesting to see how it stacks up
28 Aug 2019 10:14:01
Cody Baker
Yea Iâ€™ll b anxious to hear how it goes
28 Aug 2019 10:14:33
John Vlieger
hahahaha. Pat is laughing at me
28 Aug 2019 10:16:00
Cody Baker
Hey u wonâ€™t ever know till u try it out
28 Aug 2019 10:17:25
John Vlieger
28 Aug 2019 14:52:34
Cody Baker
Not good at all
28 Aug 2019 14:54:13
Cody Baker
Idk why they canâ€™t make a scope that works good, here it is 2019
28 Aug 2019 14:55:02
John Vlieger
Its astounding, really
28 Aug 2019 15:25:20
John Vlieger
28 Aug 2019 17:07:16
Cody Baker
Interesting

28 Aug 2019 17:08:44
John Vlieger
I'll have more data and time to play Sunday and Monday
28 Aug 2019 17:09:21
John Vlieger
29 Aug 2019 15:55:53
John Vlieger
the "fuck you" stage at A5, I got measurements for you to practice if you want
29 Aug 2019 15:56:11
Cody Baker
Ah nice, thx!
29 Aug 2019 16:22:07
John Vlieger
31 Aug 2019 17:07:32
Cody Baker
Thatâ€™s gonna b tight
31 Aug 2019 17:17:27
John Vlieger
Nah. It's 1.75" wide at 13 feet
31 Aug 2019 17:17:40
John Vlieger
Other tgts are a wide open, a standard tux, and a 3" wide tux
31 Aug 2019 17:17:43
Cody Baker
Strong hand I think itâ€™ll b a little tight
31 Aug 2019 17:18:53
John Vlieger
Haha. Yeah. Better pucker up
31 Aug 2019 17:19:05
John Vlieger
You shooting bgsl today?
1 Sep 2019 7:44:28
Cody Baker
No practicing n gettn gun all lined out today
1 Sep 2019 10:15:33
John Vlieger
5 Sep 2019 16:08:52
Cody Baker
Ah nice dude!!
5 Sep 2019 16:15:21
John Vlieger

its nice to get a head start this time
5 Sep 2019 16:17:40
Cody Baker
Yea for sure! That way all the bugs can b worked out n testing n everything
5 Sep 2019 16:19:23
John Vlieger
and having an actual honest to god back up...
5 Sep 2019 16:19:37
Cody Baker
Thatâ€™s the game changer right there
5 Sep 2019 16:20:44
John Vlieger
6 Sep 2019 9:56:49
Cody Baker
Awesome man
6 Sep 2019 9:57:48
John Vlieger
Would have been better to not have to worry about it, but thats what i get for bird hunting at nats
6 Sep 2019 9:58:19
Cody Baker
Yea but atleast u was able to get on
6 Sep 2019 9:58:50
John Vlieger
yes, sir. see you on the range tomorrow morning?
6 Sep 2019 9:59:15
Cody Baker
I think Iâ€™m gonna go up thisevening
6 Sep 2019 10:01:01
John Vlieger
i have to work a full day.
6 Sep 2019 10:01:10
John Vlieger
not even gonna be in town till 8 or 9.
6 Sep 2019 10:01:17
Cody Baker
Ah that sucks
6 Sep 2019 10:01:30
John Vlieger
if it was a one day shoot, id take a half day. since its a two day shoot and we shoot pm schedule, its not a big deal

153

6 Sep 2019 10:03:25
Cody Baker
Yea
6 Sep 2019 11:55:38
John Vlieger
you need anything from SC last second? I leave at 4pm
6 Sep 2019 13:50:38
Cody Baker
I think I should b good thanks though
6 Sep 2019 13:54:19
John Vlieger
no problem, bud.
6 Sep 2019 13:54:27
John Vlieger
9 Sep 2019 11:31:11
Cody Baker
They look pretty good
9 Sep 2019 12:20:42
John Vlieger
definitely. might get you to switch away from those weird gold colored bullets ;)
9 Sep 2019 12:22:29
Cody Baker
Lmao idk dude u know Iâ€™m pretty partial to those weird bullets
9 Sep 2019 12:24:16
John Vlieger
you're partial to spending too much on em
9 Sep 2019 12:24:30
Cody Baker
Lol
9 Sep 2019 12:29:10
John Vlieger
Cheely grip?
12 Sep 2019 14:36:16
Cody Baker
Yes sir
12 Sep 2019 14:39:00
Cody Baker
Give it a try
12 Sep 2019 14:39:05
Cody Baker
I left infinity

12 Sep 2019 14:39:12
John Vlieger
You better shoot your ass off the next week, bud
12 Sep 2019 14:39:44
Cody Baker
Gotta get gat first
12 Sep 2019 14:41:03
John Vlieger
you're killing me, smalls
12 Sep 2019 14:41:13
John Vlieger
you're fucking killing me
12 Sep 2019 14:41:17
Cody Baker
Goin back to shay on the down low for now till Brandon gets his stuff back
12 Sep 2019 14:41:28
John Vlieger
I take it you leaving SV is hush hush until its announced again?
12 Sep 2019 14:41:32
Cody Baker
Just wasnâ€™t happy dude
12 Sep 2019 14:41:54
Cody Baker
The support was awesome he made a lot of compromises for me as well but at the end of the day just wasnâ€™t happy, the team atmosphere is diff n I know eventually we would have probs bc u know me like to tinker n try stuff out so just went ahead n nipped it in the bud b4 he was to invested in me
12 Sep 2019 14:44:15
Cody Baker
Went well though very surprised
12 Sep 2019 14:44:24
Cody Baker
It went as good as it did
12 Sep 2019 14:44:39
Cody Baker
There was some other stuff that happens that I didnâ€™t care for Iâ€™ll tell ya bt later in person
12 Sep 2019 15:10:35
John Vlieger
in person is better. I just want to compete against you at your best, my dude. you know that. keep doing you and handling your business.

12 Sep 2019 15:11:33
Cody Baker
I hear ya man, Iâ€™l b there in a couple days get all this stuff taken care of get the gat n all b good
12 Sep 2019 15:17:11
John Vlieger
need anything last second, i fly out the 20th. working a half day that day. be on the range saturday afternoon
12 Sep 2019 15:17:43
Cody Baker
Appreciate it
12 Sep 2019 15:18:20
John Vlieger
Alright. Serious question
16 Sep 2019 18:07:21
John Vlieger
You ever notice a gun feeling differently when the aluma buff has some rounds on it?
16 Sep 2019 18:07:37
John Vlieger
Or tracking different
16 Sep 2019 18:07:45
Cody Baker
I have not, I mean theoretically it could. I just donâ€™t really ever change mine
16 Sep 2019 18:10:16
John Vlieger
I was running drills, hard leans and partials
16 Sep 2019 18:16:46
John Vlieger
All of a sudden I could not for the life of me keep from the second shot going low
16 Sep 2019 18:17:00
John Vlieger
Hundred rounds. Tons of NS hits.
16 Sep 2019 18:17:22
John Vlieger
Changed the buff. Boom. Tracked better.
16 Sep 2019 18:17:31
John Vlieger
I run one aluma buff
16 Sep 2019 18:17:36
Cody Baker

Very strange, I mean I could c where it could play a role I just havenâ€™t really experienced it
16 Sep 2019 18:21:07
John Vlieger
Could be in my head, I guess
16 Sep 2019 18:24:52
John Vlieger
But, I feel like I've noticed it before, too
16 Sep 2019 18:25:04
Cody Baker
The proof is on the paper man
16 Sep 2019 18:30:57
John Vlieger
It stopped dipping so low, that's for sure.
16 Sep 2019 18:31:13
John Vlieger
Regardless, it won't hurt to change to a new one before nats
16 Sep 2019 18:31:28
Cody Baker
Yea wonâ€™t hurt a thing
16 Sep 2019 18:32:20
Cody Baker
Iâ€™m playing round with 2 buffs right now
16 Sep 2019 18:32:31
John Vlieger
Got your gat?
16 Sep 2019 18:33:12
Cody Baker
Yes sir
16 Sep 2019 18:33:25
Cody Baker
Shoots well
16 Sep 2019 18:33:31
John Vlieger
New design, or what you're used to
16 Sep 2019 18:33:33
Cody Baker
Actually shoots extremely well. New design I told shay what I wanted he made it happen, he busted his ass on this one
16 Sep 2019 18:35:33
Cody Baker

157

Well kinda new design 5 vs 4.7 barrel government slide travel so u can use buffs or not
16 Sep 2019 18:36:06
Cody Baker
Between us, Iâ€™m extremely happy to b back
16 Sep 2019 18:39:50
John Vlieger
Glad you're happy, my dude. Really. Nats should be a fun experience.
16 Sep 2019 18:40:29
Cody Baker
Thanks buddy. It will Iâ€™m gonna b busting my ass this week in dry fire n live fire. Big change goin from 54.5 oz sv with sv grip to 60 oz gun pt classic grip n limcat magwell haha. But Iâ€™l b good to go for nats
16 Sep 2019 18:42:37
John Vlieger
Didn't like the cheely?
16 Sep 2019 18:42:54
John Vlieger
And I talked to Matt about his grips. He's got legacy grips with aggressive texture on the list
16 Sep 2019 18:43:16
Cody Baker
Havenâ€™ really fooled much with it yet Iâ€™ve always had good luck with the pt n thought maybe I should just roll with that for now
16 Sep 2019 18:43:52
Cody Baker
Nice!
16 Sep 2019 18:43:54
Cody Baker
U get ur extraction issue worked out
16 Sep 2019 18:57:08
John Vlieger
Yeah. It was my fault
16 Sep 2019 19:01:44
John Vlieger
My fucken fault
16 Sep 2019 19:01:53
John Vlieger
I fit a new FPS and messed with the hook a little bit too much
16 Sep 2019 19:02:12
John Vlieger

158

Clocking extractor and not enough engagement on the rim
16 Sep 2019 19:02:26
John Vlieger
Pat fit a new FPS and aftec
16 Sep 2019 19:02:36
John Vlieger
Shot over 1k rounds in the last 4 days. All good now
16 Sep 2019 19:02:56
Cody Baker
Ah gotcha good deal!!
16 Sep 2019 19:04:37
John Vlieger
you got pics of the new gat?
17 Sep 2019 8:52:05
Cody Baker
17 Sep 2019 8:53:49
Cody Baker
17 Sep 2019 8:53:52
John Vlieger
looks fugly
17 Sep 2019 8:54:35
John Vlieger
then again, Bryan Jones is on our squad shooting a beat to fuck Caspian. you'll be fine
17 Sep 2019 8:55:03
Cody Baker
Thatâ€™s bt a 15 hr gat still with the bluing on it lol but he did a real good job with all the fitting slide to frame n barrel
17 Sep 2019 9:12:30
Cody Baker
U know me idc what it looks like
17 Sep 2019 9:12:45
John Vlieger
i hear ya
17 Sep 2019 9:29:59
John Vlieger
on a side note, i just got an email from Greg at cmore. they're willing to hook me up with some bodies so I can get them blasted and anodized how i want, then they assemble
17 Sep 2019 9:31:14
Cody Baker
Oh thatâ€™s cool what color I gonna go with

17 Sep 2019 9:32:00
John Vlieger
You ever seen a slide start to crack by the reverse plug tunnel?
17 Sep 2019 19:15:29
John Vlieger
17 Sep 2019 19:15:35
Cody Baker
I have never seen that
17 Sep 2019 19:17:43
Cody Baker
Dude is that ur gat
17 Sep 2019 19:17:52
John Vlieger
Yup
17 Sep 2019 19:17:58
John Vlieger
We are gonna find out if it will last another k
17 Sep 2019 19:18:09
Cody Baker
Holy shit man
17 Sep 2019 19:18:15
John Vlieger
No choice, bud
17 Sep 2019 19:18:22
Cody Baker
Just in one side
17 Sep 2019 19:18:43
John Vlieger
Yeah
17 Sep 2019 19:18:47
Cody Baker
Damn man that sucks
17 Sep 2019 19:19:30
John Vlieger
It is what it is
17 Sep 2019 19:19:35
Cody Baker
U have another gun donâ€™t ya
17 Sep 2019 19:20:20
John Vlieger
Technically yeah

17 Sep 2019 19:20:35
John Vlieger
But it's totally different
17 Sep 2019 19:20:41
John Vlieger
Basically a CK with SV grip
17 Sep 2019 19:20:50
John Vlieger
And crap trigger
17 Sep 2019 19:20:58
John Vlieger
17 Sep 2019 19:21:51
Cody Baker
U think pat could put u a slide on b4 nats
17 Sep 2019 19:21:54
Cody Baker
I think it will last
17 Sep 2019 19:22:27
Cody Baker
Does ur kinda ck gun chrono close to this one
17 Sep 2019 19:23:40
John Vlieger
Better actually. Longer KKM barrel. Not worth taking, man.
17 Sep 2019 19:29:41
John Vlieger
And you think so?
17 Sep 2019 19:29:45
John Vlieger
Can't see it on the inside. But I can feel the crack. Don't know how deep it is. Could be just below the coating
17 Sep 2019 19:30:26
Cody Baker
I think it would last but not sure I would say the crack is lot further down below the coating. If pat was able to put a slide on it will feel different
17 Sep 2019 19:34:06
Cody Baker
Man thatâ€™s a tough one
17 Sep 2019 19:35:12
Cody Baker
U gonna shoot it the rest of the week
17 Sep 2019 19:37:04

John Vlieger
Only got about 200 rounds of training ammo left
17 Sep 2019 19:44:03
John Vlieger
Was planning my last session tomorrow. Focus on getting packed up Thursday
17 Sep 2019 19:44:19
John Vlieger
Fly out Friday
17 Sep 2019 19:44:24
Cody Baker
So just gonna roll with it?
17 Sep 2019 19:47:34
John Vlieger
Yup
17 Sep 2019 19:47:39
John Vlieger
I inspect it often. This is relatively new. I've shot over 1k in the last week.
17 Sep 2019 19:48:08
Cody Baker
I hate tgat man but Iâ€™d lay a hundo down itâ€™ll last
17 Sep 2019 19:48:31
John Vlieger
And this is why I'm having twins built
17 Sep 2019 19:48:32
John Vlieger
Speaking of which
17 Sep 2019 19:48:40
John Vlieger
17 Sep 2019 19:48:44
John Vlieger
Super short flat from Cheely
17 Sep 2019 19:48:52
Cody Baker
Yea dude need 2 for sure Iâ€™m gonna get that taken care of this winter
17 Sep 2019 19:50:04
Cody Baker
Nice!!
17 Sep 2019 19:50:09
John Vlieger
17 Sep 2019 20:26:11
John Vlieger

It gets better
17 Sep 2019 20:26:15
John Vlieger
17 Sep 2019 20:26:35
Cody Baker
That's not good at all
17 Sep 2019 20:48:24
Cody Baker
Looks like it has all kinds of holes in it
17 Sep 2019 20:48:45
John Vlieger
It's cracked all the way to the reverse plug shoulder. I'm working on getting a buddies
Rafferty gun to borrow. The one I chronoed at A5
17 Sep 2019 20:55:01
Cody Baker
Ah ok good deal!
17 Sep 2019 20:56:31
John Vlieger
17 Sep 2019 22:28:39
John Vlieger
Looks like I'm running the back up
17 Sep 2019 22:28:47
John Vlieger
Luckily, it has a CK frame compared to my cheely frame on the primary
17 Sep 2019 22:29:07
John Vlieger
17 Sep 2019 22:29:08
John Vlieger
Which means, the FCG and safety transfered over nicely.
17 Sep 2019 22:29:27
John Vlieger
Only thing I gotta do asap is Ream the chamber
17 Sep 2019 22:29:36
John Vlieger
So, same trigger, thumb rest, magwell, etc. Different barrel, comp, slide weight,
overall weight, and feel. No biggie
17 Sep 2019 22:31:08
John Vlieger
Oh, and only about 200 rounds here with me
17 Sep 2019 22:31:20
John Vlieger

163

Luckily I shipped a K to nats
17 Sep 2019 22:31:27
John Vlieger
Better than a slide to the face
17 Sep 2019 22:31:56
Cody Baker
Prolly the wisest thing to do after seeing all the other cracks
17 Sep 2019 22:32:12
Cody Baker
Sucks though
17 Sep 2019 22:32:22
John Vlieger
You got a throater I could borrow BTW?
17 Sep 2019 22:32:22
John Vlieger
Hell, I could drive out your way if it's not shippable
17 Sep 2019 22:32:40
John Vlieger
I've come to terms with my curse, bud
17 Sep 2019 22:33:08
Cody Baker
I have a 9mm Manson finisher reamer
17 Sep 2019 22:34:32
John Vlieger
For throating?
17 Sep 2019 22:34:47
John Vlieger
Leade. Whatever it's called
17 Sep 2019 22:34:58
Cody Baker
Itâ€™s only a finisher not a throating reamer
17 Sep 2019 22:41:46
John Vlieger
Gotcha. I'm going to hit up Mod 1 first thing tomorrow. He's local
17 Sep 2019 22:42:10
Cody Baker
Yea he may have one or could Maybe try don fraley from advanced weapons technology
17 Sep 2019 22:43:25
John Vlieger
Don is my back up option. He has one for sure

17 Sep 2019 22:43:45
Cody Baker
The only reason I even have any 9 reamer is for a little while I was trying 9mm chamber dimensions in the back of super chamber so I didnâ€™t need the throater reamer
17 Sep 2019 22:45:07
Cody Baker
How many rds on that trip slide
17 Sep 2019 22:46:41
John Vlieger
25-30k
17 Sep 2019 22:46:51
Cody Baker
Damn
17 Sep 2019 22:47:26
Cody Baker
It there holes in the tunnel? Or is it just the pic
17 Sep 2019 22:48:02
Cody Baker
Like porosity
17 Sep 2019 22:48:21
John Vlieger
Hole.
17 Sep 2019 22:48:24
John Vlieger
It's because Tripp is a tard and engraved a flat and USA into the underside of the tunnel
17 Sep 2019 22:48:52
Cody Baker
17 Sep 2019 22:48:54
John Vlieger
I think that's just carbon and lube
17 Sep 2019 22:49:21
Cody Baker
Yea thatâ€™s the dumbest thing, high impact area
17 Sep 2019 22:49:56
Cody Baker
Ah gotcha
17 Sep 2019 22:50:00
Cody Baker
When did u ship ur ammonia

17 Sep 2019 22:52:31
Cody Baker
Ammo
17 Sep 2019 22:52:34
John Vlieger
Last Tuesday
17 Sep 2019 22:52:39
John Vlieger
It should be there tomorrow
17 Sep 2019 22:52:43
John Vlieger
I don't play around with that shit
17 Sep 2019 22:52:54
John Vlieger
Or today. It should be there today
17 Sep 2019 22:53:10
Cody Baker
Nice!
17 Sep 2019 22:53:27
Cody Baker
Shipped mine yesterday hopefully it makes it fri
17 Sep 2019 22:53:43
John Vlieger
Cutting it very close
17 Sep 2019 22:53:56
Cody Baker
Yea I woulda liked to shipped it last week but didnâ€™t get the gun till fri evening
17 Sep 2019 22:55:26
John Vlieger
I need a favor
18 Sep 2019 20:37:40
John Vlieger
Can you bring your 9mm reamer to Nats. Just in case
18 Sep 2019 20:37:58
Cody Baker
Yea sure
18 Sep 2019 20:45:26
John Vlieger
Thanks, bud
18 Sep 2019 20:53:43
Cody Baker

No prob
18 Sep 2019 20:54:04
John Vlieger
I have a throater. And got it adjusted today. But, the chamber looks like it's on the tight side. Case is barely below flush with the hood
18 Sep 2019 21:00:14
John Vlieger
Just spent a half hour polishing the chamber and ramp and extractor. However, I'd really appreciate your trained eye on Saturday to go over it.
18 Sep 2019 21:00:40
John Vlieger
I can shoot it. Doesn't track or cycle how I'm used to, but it will work. But, it doesn't like to go fully into battery some times. I'm thinking a touch deeper chamber along with the other mods I've done will help. Glad I shipped a K to nats
18 Sep 2019 21:01:29
Cody Baker
Yea no prob Iâ€™ll look at it measure the depth of ur chamber with the depth rod part of ur calipers
18 Sep 2019 21:06:58
John Vlieger
I'm bringing all the small tools I can
18 Sep 2019 21:07:12
Cody Baker
How much tension is on the extractor
18 Sep 2019 21:07:15
Cody Baker
What kind of extractor is it
18 Sep 2019 21:07:27
John Vlieger
I adjusted that today. It might be part of the problem, for sure
18 Sep 2019 21:07:31
John Vlieger
EGW HD
18 Sep 2019 21:07:35
Cody Baker
Very well could b u donâ€™t need much tension, those HDâ€™s r tough I think maybe little too tough when I had rings in my chamber I had to use one but normally I just use a regular ol Wilson
18 Sep 2019 21:15:32
John Vlieger
I use em as my back up. Aftec as primary usually

167

18 Sep 2019 21:24:21
John Vlieger
Wish I had spent some more time on this gun getting it up to speed, man. Biting me now
18 Sep 2019 21:25:03
Cody Baker
Ah Man U had no way of knowing ur other guns slide was gonna shit out at the last minute
18 Sep 2019 21:27:00
John Vlieger
i might need your help tuning my trigger, too. been fighting it today. hammer follow, but only when i hand cycle it slowly. had to put more tension on the sear
19 Sep 2019 12:31:19
Cody Baker
Every frame Is diff anytime u go swapping things around u will have to make some tweaks. But yea Iâ€™l take a look at it. When u thumb cock the hammer r u getting a faint click then a slightly louder click?
19 Sep 2019 12:41:24
Cody Baker
What sear spring u have in it
19 Sep 2019 12:41:31
John Vlieger
10690 EGW sear spring. brand new. changed it out today. and i just put a brand new extreme sear in it trying to get the problem nailed down.
19 Sep 2019 12:48:11
John Vlieger
the half cock click is pretty loud. standard sounding full cock click
19 Sep 2019 12:48:22
John Vlieger
whats funny is i have not had hammer follow in 200 rounds with it as it was. but, hammer follow in hand cycling isnt good
19 Sep 2019 12:48:59
Cody Baker
Have u tried it with all the stuff that came out of ur gat u been shooting
19 Sep 2019 12:50:21
John Vlieger
yes. thats where i started
19 Sep 2019 12:52:00
John Vlieger
thats what im saying. it was reliable with the hybrid guts, but then i noticed i could get it to hammer follow. then i started fuckin with it

19 Sep 2019 12:52:29
Cody Baker
Do u have enough overcock like when the slide goes back n presses the hammer past the cocking point how much does it go back down to catch on the Sears' tge doide goes forward
19 Sep 2019 12:54:41
Cody Baker
Catch on the sear as the slide goes forward
19 Sep 2019 12:55:24
Cody Baker
If u get a brand new egw hd hammer n brand new egw sear I know that those parts r drop in pretty much, to get a decent trigger pull
19 Sep 2019 12:57:24
John Vlieger
but id have to refit a safety
19 Sep 2019 12:57:39
John Vlieger
and it stops right at the cock point. very little over cock, if any
19 Sep 2019 12:57:54
Cody Baker
U need atleast a little bit
19 Sep 2019 12:59:16
Cody Baker
That could b why it's doin what it's doin
19 Sep 2019 12:59:39
John Vlieger
19 Sep 2019 13:00:38
John Vlieger
when i thumb cock it, it catches on the full cock at the rear most travel,. very very little movement allowed after that
19 Sep 2019 13:01:42
Cody Baker
Is the hammer hitting the grip safety
19 Sep 2019 13:02:25
John Vlieger
not at full cock, no
19 Sep 2019 13:02:32
Cody Baker
Why no movement after when thumbcocking
19 Sep 2019 13:03:00
John Vlieger

19 Sep 2019 13:03:15
Cody Baker
Oh ok I c the movement now
19 Sep 2019 13:04:02
Cody Baker
Rack it hard 4 or 5 times c if the hammer follows
19 Sep 2019 13:05:19
John Vlieger
with trigger pulled or not
19 Sep 2019 13:05:36
Cody Baker
Trigger pulled
19 Sep 2019 13:05:43
John Vlieger
just did it hard 4 times, no follow. but this is after i adjusted the springs
19 Sep 2019 13:06:09
John Vlieger
keep in mind that i did this test when i installed the parts. it passed
19 Sep 2019 13:06:17
John Vlieger
and didnt malf on me in live fire
19 Sep 2019 13:06:23
John Vlieger
only in hand cycling could i replicate it
19 Sep 2019 13:06:29
Cody Baker
But now it wonâ€™t follow during the hand cycling tgat it failed on b4 since u adjusted the spring?
19 Sep 2019 13:07:36
John Vlieger
correct
19 Sep 2019 13:08:01
John Vlieger
i added sear tension, and reduced disco/trigger tension to compensate
19 Sep 2019 13:08:12
Cody Baker
How heavy is the trigger pull
19 Sep 2019 13:08:26
John Vlieger
so now the reset it a little slow, but the pull weight is about 2
19 Sep 2019 13:08:27

170

John Vlieger
maybe a touch heavier
19 Sep 2019 13:08:32
John Vlieger
thats an extreme hammer, with extreme sear btw
19 Sep 2019 13:09:32
John Vlieger
EGW disco
19 Sep 2019 13:09:38
Cody Baker
U should prolly b able to take atleast a couple oz off the sear leg
19 Sep 2019 13:10:55
Cody Baker
On the spring
19 Sep 2019 13:11:04
Cody Baker
What was ur trigger pull b4
19 Sep 2019 13:11:24
John Vlieger
under 2
19 Sep 2019 13:11:28
John Vlieger
1lb 8- 1 lb 12
19 Sep 2019 13:11:36
Cody Baker
Yea m not sure how well extreme components match up right outta the bag so Iâ€™m not sure how low u can go but Iâ€™d try taking atleast 3 oz off. Egw stuff is patched up pretty good u can drop it in n have a 1.5 lb safe trigger pull if u wanted to fit a safety
19 Sep 2019 13:13:56
John Vlieger
im gonna shoot it after work today. if it malfs on me, or i cant get used to it, ill bring hand files and spare parts with me to nats
19 Sep 2019 13:17:03
John Vlieger
otherwise, im gonna leave it alone and rock and roll. polished the living fuck out of the chamber and feed ramp. polished disco rail. throated it probably more than it needs. and now fucked with the trigger.
19 Sep 2019 13:17:43
John Vlieger
gonna stick an 8 lb spring in it and make sure it chambers everything

19 Sep 2019 13:18:03
Cody Baker
How many coils was u cutting off a 7?
19 Sep 2019 13:20:06
John Vlieger
2-4
19 Sep 2019 13:20:11
Cody Baker
Did it have a government length recoil system or shorter?
19 Sep 2019 13:20:38
John Vlieger
gov
19 Sep 2019 13:20:57
Cody Baker
Have u tried a full 7 in this gun
19 Sep 2019 13:21:38
John Vlieger
not yet.
19 Sep 2019 13:22:36
John Vlieger
im mainly concerned about reliability, man
19 Sep 2019 13:22:46
John Vlieger
im already shooting a gun im not used to. im gonna be watching the dot hard.
19 Sep 2019 13:22:58
John Vlieger
so, it not shooting perfectly is secondary to reliability
19 Sep 2019 13:23:10
Cody Baker
Gotcha
19 Sep 2019 13:24:53
John Vlieger
It's working. Trigger ain't amazing, but it'll work. And the gun feels like a fucking locomotive compared to my Ferrari Rafferty gun
19 Sep 2019 17:51:46
John Vlieger
But, it just has to get through the match and do what I tell it to
19 Sep 2019 17:51:54
Cody Baker
At least itâ€™s working thatâ€™s whatâ€™s important. Just sucks though but yea like u said just has to make it through

172

19 Sep 2019 17:55:32
John Vlieger
i vaguely remember blathering on at the mouth after awards. I apologize.
1 Oct 2019 13:45:00
Cody Baker
Haha no prob bud
1 Oct 2019 13:47:15
Cody Baker
I ended up gettn hammered after u left ðŸ˜‚ ðŸ¤£
1 Oct 2019 13:50:03
John Vlieger
glad it wasn't just me, then!
1 Oct 2019 13:50:13
Cody Baker
Haha
1 Oct 2019 13:50:26
John Vlieger
Luigi was chugging from his First A Class trophy after CO
1 Oct 2019 13:50:40
Cody Baker
Lmfao!! Thatâ€™s hilarious
1 Oct 2019 13:51:02
John Vlieger
then I took the custom electronic ear plugs ($1300 worth) on the prize table, right before he was able to.
1 Oct 2019 13:51:02
John Vlieger
I was actually sober for CO nats, believe it or not
1 Oct 2019 13:51:18
Cody Baker
Oh hell yea thatâ€™s pretty good!!
1 Oct 2019 13:52:55
Cody Baker
Lol I donâ€™t drink much but when I do I usually get toasted
1 Oct 2019 13:53:14
John Vlieger
im the opposite. i drink almost every day, but rarely get toasted
1 Oct 2019 13:54:33
Cody Baker
I use to drink a lot b4 I started shooting then quit but every now n then Iâ€™ll tie a good one on

173

1 Oct 2019 13:56:02
John Vlieger
everything in moderation
1 Oct 2019 13:57:01
Cody Baker
Thatâ€™s the way to do it
1 Oct 2019 13:58:15
John Vlieger
What happened at NC?
6 Oct 2019 18:03:13
Cody Baker
Ah dude it was a shit sow for one thing I didnâ€™t shoot good at all been too damn tired from this week wasnâ€™t in it mentally. Had to do a lot of racking on one stage and another stage my gun was doubling on me several times after bt the 4th sage I was ready to get outta North Carolina
6 Oct 2019 18:09:04
John Vlieger
Damn, dude! Fuck, that sucks.
6 Oct 2019 18:20:48
John Vlieger
Pat has my guns now, so just single stack nats and a break. You shooting anything else this year
6 Oct 2019 18:21:12
Cody Baker
Yea it was pretty shitty
6 Oct 2019 18:21:44
Cody Baker
Iâ€™m done for the year couple club matches n thatâ€™l b it till flop
6 Oct 2019 18:22:14
John Vlieger
16 Oct 2019 16:26:56
Cody Baker
Nice! What brand r tgey
16 Oct 2019 16:27:25
John Vlieger
Sound geat
16 Oct 2019 16:27:39
John Vlieger
Gear
16 Oct 2019 16:27:42
John Vlieger

174

Gonna test em in a few minutes
16 Oct 2019 16:27:54
Cody Baker
Sweet lemme know how they do
16 Oct 2019 16:28:09
John Vlieger
16 Oct 2019 16:28:15
John Vlieger
They work as advertised for 9 Minor at least. Don't have an open gun handy to try that.
16 Oct 2019 16:52:42
John Vlieger
Very comfy
16 Oct 2019 16:52:55
Cody Baker
Good deal!
16 Oct 2019 16:53:38
John Vlieger
Gonna be great for classes or just in between shooting a stage. Better than having muffs on all the time
16 Oct 2019 16:55:47
Cody Baker
Yea I canâ€™t stand to wear muffs all day
16 Oct 2019 16:56:39
John Vlieger
I'll still double plug when shooting open, though. Part of that is lack of distraction
16 Oct 2019 16:57:19
John Vlieger
100 licensed USPSA targets 5,000 tan pasters 1,000 white pasters 1,000 black pasters (1) Brass Bag (1) Magazine Storage Pouch (1) 11" x 13" padded pistol sleeve That's going to be our live fire training kit for $99
17 Oct 2019 16:39:11
Cody Baker
Hell yea dude that sounds pretty good
17 Oct 2019 16:50:51
John Vlieger
That's the plan. If you know anyone wanting a starter kit for training. Ha
17 Oct 2019 16:51:54
Cody Baker
I think itâ€™s a good idea
17 Oct 2019 16:59:22

John Vlieger

so, just got off the phone with Misty at Mark 7. she's awesome, btw i had a screw break on my powder measure. it still works, but it's somethign that needs to be fixed before it gets worst, and im about done for the season, so good timing she's sending me a box and label for the whole damn press. they want to look at what 100k + cycles on the first press to leave the place looks like. they're gonna rebuild it for me and reinstate the 1 year warranty

24 Oct 2019 15:21:36

Cody Baker

Hell yea thatâ€™s a good deal there! Glad to hear that

24 Oct 2019 15:27:15

John Vlieger

yeah, i was impressed. it started off with "send the powder measure." then "you know, you can send the primer assembly too." "can you send the whole top plate (below the shell plate) assembly?" Then "can you send the whole press in? we'd like to see what wear is on the first gen press. we'll get you all fixed up"

24 Oct 2019 15:51:57

John Vlieger

and I was like "ummmm.fuck yes?"

24 Oct 2019 15:52:02

Cody Baker

Haha yea I donâ€™t blame ya

24 Oct 2019 15:52:56

John Vlieger

yup. got all my ammo loaded up for SS nats, and if i did use the press after, it would be just for processing my buddies brass as a favor. easy to process brass while drinking. ammo, less so

24 Oct 2019 15:53:43

John Vlieger

might make myself a super accurate 10/22 in the off season and kill small game for fun. or something. no idea. ill probably be bored

24 Oct 2019 15:54:11

Cody Baker

Yea gotta have something to stay occupied with

24 Oct 2019 15:55:48

Cody Baker

How u liking shooting ss

24 Oct 2019 15:55:59

John Vlieger

got a lot to do around the house. chainsawing, ditches, etc.

24 Oct 2019 15:56:08

John Vlieger
and ive always enjoyed SS. its where i started.
24 Oct 2019 15:56:17
Cody Baker
Hell that ainâ€™t fun stuff though lol
24 Oct 2019 15:56:35
John Vlieger
minor gives me a new challenge. hardest part is training my eyes to focus on the damn front sight
24 Oct 2019 15:56:38
Cody Baker
I started off in production n miss it from time to time
24 Oct 2019 15:57:06
John Vlieger
you and I have talked about it, i havent shot open because of hte fun factor for a while now. i have to do something else in the off season. have to.
24 Oct 2019 15:57:56
Cody Baker
Shot someoneâ€™s limited gat after a match the other week very different lol
24 Oct 2019 15:58:18
John Vlieger
open is fun due to the challenge, competition with you, hyder, etc. gotta do something esle or i'll get burned out
24 Oct 2019 15:58:25
John Vlieger
yep! Pat has my limited gun for a refinish and trigger job. won't have em back for at least a month or two
24 Oct 2019 15:58:45
Cody Baker
Is easy to get burned out I think itâ€™s good what ur doin shooting something else on the off season
24 Oct 2019 16:00:18
Cody Baker
24 Oct 2019 16:00:33
John Vlieger
hahaha! your hands look like its the first time you've had to ride recoil in a while
24 Oct 2019 16:01:14
Cody Baker
Lol yea
24 Oct 2019 16:01:47
Cody Baker

177

B4 that I had only shot a limited gat bt 30 rds
24 Oct 2019 16:02:28
John Vlieger
29 Oct 2019 17:20:52
Cody Baker
That's nice what grip is it
29 Oct 2019 17:21:27
John Vlieger
Cheely extra aggressive
29 Oct 2019 17:31:21
John Vlieger
It's already drawn blood.
29 Oct 2019 17:32:02
John Vlieger
His machine operator cut his hand on it. Ha
29 Oct 2019 17:32:12
Cody Baker
Ah, looks pretty damn aggressive lol
29 Oct 2019 17:32:18
Cody Baker
Haha
29 Oct 2019 17:32:20
John Vlieger
29 Oct 2019 17:32:45
Cody Baker
Lmao
29 Oct 2019 17:33:03
Cody Baker
U gonna put one on
29 Oct 2019 17:33:12
John Vlieger
Two, actually. Twins, remember
29 Oct 2019 17:33:23
Cody Baker
Ah yea didn't know u was using those grips
29 Oct 2019 17:33:53
John Vlieger
I asked him to make em. Have a good relationship with Cheely
29 Oct 2019 17:34:35
Cody Baker
I think it will b nice once u get use to it I'm always for more aggressive stuff

29 Oct 2019 17:35:30
John Vlieger
30 Oct 2019 8:50:39
John Vlieger
The drama in this sport/industry is fucking retarded
30 Oct 2019 8:51:09
Cody Baker
Lord have mercy thatâ€™s ridiculous les
30 Oct 2019 8:56:48
John Vlieger
yup
30 Oct 2019 8:57:17
John Vlieger
very
30 Oct 2019 8:57:24
Cody Baker
If I buy a frame from u guys how I get my ffl info to u guys
31 Oct 2019 13:37:32
John Vlieger
email it to FFL@ShootersConnection.com or fax it to 502-570-4102
31 Oct 2019 13:40:32
Cody Baker
31 Oct 2019 13:46:07
Cody Baker
Didnâ€™t mean to choose ship to my address but just send it all up to the ffl
31 Oct 2019 14:14:35
John Vlieger
already getting taken care of . all good
31 Oct 2019 14:18:30
Cody Baker
Thx buddy
31 Oct 2019 14:41:08
John Vlieger
31 Oct 2019 14:43:50
John Vlieger
Not a problem at all, dood bro
31 Oct 2019 14:43:58
John Vlieger
A birdy told me Tilley is leaving Akai?
4 Nov 2019 13:37:25
Cody Baker

I donâ€™t think itâ€™s really out there much but ur little birdy was right
4 Nov 2019 13:38:46
John Vlieger
I pick up on things like that.
4 Nov 2019 13:40:05
John Vlieger
and then ask the appropiate people
4 Nov 2019 13:40:10
John Vlieger
in this case, that birdy was just confirming my suspicions
4 Nov 2019 13:40:18
Cody Baker
I would say u could prolly guess where to with the post he shared earlier
4 Nov 2019 13:41:00
John Vlieger
yep. thats what did it
4 Nov 2019 13:41:13
John Vlieger
and Single Stack, at that. I'm assuming Bul picked him up for open, though
4 Nov 2019 13:42:53
Cody Baker
Yea I think thatâ€™s to just shoot lo cap nats
4 Nov 2019 13:43:42
John Vlieger
hey meng. you got any interest in a $50 Starline cert?
11 Nov 2019 10:12:41
Cody Baker
Hell man Im good on brass right now
11 Nov 2019 10:14:19
John Vlieger
aight. if you want it, its yours. consider it a thank you for the thumb rest work this year
11 Nov 2019 10:17:44
Cody Baker
Alright man I appreciate it. Iâ€™ll put it to use next time I order
11 Nov 2019 10:20:53
John Vlieger
its on my desk. ill put it in your order on your next one
11 Nov 2019 10:31:22
Cody Baker
Thanks buddy!

11 Nov 2019 10:31:38
John Vlieger
not a problem. and we got those new extra aggressive grips in, and im impressed. not the "make you bleed" i was expecting. Im already in love with em
11 Nov 2019 10:32:04
Cody Baker
Nice! I thought they looked pretty good
11 Nov 2019 10:50:28
John Vlieger
they are def sticky tho
11 Nov 2019 10:50:32
Cody Baker
I would say so
11 Nov 2019 10:51:00
John Vlieger
11 Nov 2019 11:48:52
Cody Baker
I didnâ€™t know u had to add them up ur self
11 Nov 2019 11:54:47
John Vlieger
puts the onus on the shooters. so if they miss one, its not their fault
11 Nov 2019 11:55:33
Cody Baker
I didnâ€™t think it has always been like that
11 Nov 2019 11:56:11
John Vlieger
no idea
11 Nov 2019 11:58:21
John Vlieger
this policy was put out like 2 years ago, though
11 Nov 2019 11:58:31
Cody Baker
Ah
11 Nov 2019 11:58:56
John Vlieger
13 Nov 2019 15:40:09
Cody Baker
Nice!!!
13 Nov 2019 15:41:18
John Vlieger
you can come back to your production roots ;)

181

13 Nov 2019 16:09:26
John Vlieger
or single stack.
13 Nov 2019 16:09:34
Cody Baker
Yea I might very well do that
13 Nov 2019 16:14:26
John Vlieger
be happy to have ya, man. ill be shooting SS. SS nats is 3 weeks after it
13 Nov 2019 16:14:42
Cody Baker
Iâ€™l think seriously bt gettn something goin for it
13 Nov 2019 16:15:19
Cody Baker
Thx again for that cert buddy
13 Nov 2019 18:13:34
John Vlieger
Not a problem, man. I know you'll get some use out of it at least.
13 Nov 2019 18:13:59
Cody Baker
Absolutely
13 Nov 2019 18:14:23
John Vlieger
275 FUCKING DOLLARS FOR THE FLORIDA OPEN?! IS FRANK GARCIA FUCKING HIGH?!
26 Nov 2019 12:30:02
John Vlieger
11 stage
26 Nov 2019 12:30:27
John Vlieger
with no prize table
26 Nov 2019 12:30:32
Cody Baker
I know dude it was outrageous this year
26 Nov 2019 12:30:32
Cody Baker
Well next year
26 Nov 2019 12:30:50
John Vlieger
Hey! you trying to go to world shoot?
29 Nov 2019 15:46:12

Cody Baker
No Iâ€™m not going
29 Nov 2019 15:46:29
John Vlieger
ok. i almost missed the deadline for the submission, Foley reminded me
29 Nov 2019 15:46:43
John Vlieger
and he mentioned you hadnt submitted it either
29 Nov 2019 15:46:51
Cody Baker
Yea maybe next time I will try to go
29 Nov 2019 15:49:40
John Vlieger
9 Dec 2019 11:12:04
John Vlieger
beating up on everybody with a limited gun, now, eh?
9 Dec 2019 11:12:12
John Vlieger
you build that limited gun yourself?
9 Dec 2019 11:14:06
Cody Baker
Something I been playing round with over the winter
9 Dec 2019 11:15:34
Cody Baker
9 Dec 2019 11:15:43
Cody Baker
9 Dec 2019 11:15:48
John Vlieger
pretty fuckin sporty, man. nice to see you're staying busy
9 Dec 2019 11:17:33
John Vlieger
im neck deep in rebuilding my ranchero and spending time with the wife to make up
for being gone so much
9 Dec 2019 11:17:54
John Vlieger
i'll have my limited gun back in a week or so, though.
9 Dec 2019 11:18:11
Cody Baker
Thx dude Iâ€™ve really been enjoying myself lately, really revitalizing
9 Dec 2019 11:22:06
Cody Baker

But yea I built it all myself
9 Dec 2019 11:22:16
Cody Baker
Good to switch things up
9 Dec 2019 11:22:29
John Vlieger
waiting for new gats from Shay for next year?
9 Dec 2019 11:22:32
John Vlieger
and yeah, i feel ya. i have a zev OZ9 in for review im gonna play with
9 Dec 2019 11:22:42
Cody Baker
No I just wanted to play round in limited n wanted to try a couple things n just did it myself working on building another then Iâ€™l give this one to my dad
9 Dec 2019 11:23:45
John Vlieger
nice. looks like it runs well.
9 Dec 2019 11:24:16
Cody Baker
I have a lot of respect for the guys that shoot irons at the top level itâ€™s deff hard
9 Dec 2019 11:24:27
Cody Baker
Yea shoots baller too, soft n flat
9 Dec 2019 11:24:45
John Vlieger
100%. my dabble with Single Stack by itself shows how you cant take it for granted. you redeem that Mark 7 cert yet?
9 Dec 2019 11:24:51
Cody Baker
Not yet I need to, actually blew my priming system up sat on my press so Iâ€™m down for now just ordered parts from Dillon but I need to get that mk7 on the way
9 Dec 2019 11:25:57
John Vlieger
fuckin hell
9 Dec 2019 11:26:13
John Vlieger
my press is at M7 right now getting refurbed, and a primer collator installed
9 Dec 2019 11:26:23
John Vlieger
theyve made a lot of updates to the machine since i got mine 1.5 years ago
9 Dec 2019 11:27:07

184

John Vlieger
i'll let you know what I notice. we are going to be a stocking dealer for them again here very soon. and supposedly new stuff being announced at SHOT
9 Dec 2019 11:27:27
John Vlieger
and, I THINK they might be lowering hte price on the collator soon.
9 Dec 2019 11:34:03
Cody Baker
Ah nice, I was thinking of gettn the evo pro adding a collater to it I think that would prolly put me in the 7500 range then the cert
9 Dec 2019 11:34:34
Cody Baker
They need to that thing is ridicules
9 Dec 2019 11:34:42
John Vlieger
you're a machinist, so you'll understand
9 Dec 2019 11:34:53
John Vlieger
original design was a cast bowl, then it was machined
9 Dec 2019 11:35:03
John Vlieger
QA/QC was much harder, and more expensive
9 Dec 2019 11:35:16
Cody Baker
Machined is much better
9 Dec 2019 11:35:19
John Vlieger
with Lyman taking over, they are moving to a fully machined bowl
9 Dec 2019 11:35:26
John Vlieger
some of the updated parts include the index pawl being of better tolerances, and i think nitrided for hardness
9 Dec 2019 11:35:47
John Vlieger
stuff like that. if you can wait on the collator, id wait until after SHOT for sure
9 Dec 2019 11:36:09
Cody Baker
I think thatâ€™l b good for the consumers with Lyman taking over
9 Dec 2019 11:36:14
John Vlieger
ill be there and ill pass on what I can

9 Dec 2019 11:36:16
Cody Baker
Thx dude
9 Dec 2019 11:36:24
John Vlieger
keep in mind that I'm under NDA a lot of the time
9 Dec 2019 11:36:30
Cody Baker
I think my cert runs out at the end of the year
9 Dec 2019 11:36:36
John Vlieger
yeah, id order the press then. but hold off on the collator
9 Dec 2019 11:36:49
Cody Baker
I might do that
9 Dec 2019 11:37:35
Cody Baker
What is all the difference between the evo pro and a revo besides the collater
9 Dec 2019 11:38:06
John Vlieger
direct drive on the revo vs belt drive on the pro
9 Dec 2019 11:38:56
Cody Baker
Tool head is the same?
9 Dec 2019 11:40:06
John Vlieger
yeah. main difference is the drive unit, drive shaft, plate it mounts to, etc. same tool head, shell plate, ram, etc
9 Dec 2019 11:40:34
John Vlieger
smoother indexing on the revo, i think.
9 Dec 2019 11:40:53
John Vlieger
to be honest, the revo with the cert is the way to go if you have the cash
9 Dec 2019 11:41:08
John Vlieger
the case feeder is a rebranded MA Systems case feeder. they retail for $1200
9 Dec 2019 11:41:19
John Vlieger
true industrial grade case feeder
9 Dec 2019 11:41:27

186

Cody Baker

Revo would deff b nice donâ€™t have the cash for one been buying a lot of shit lately

9 Dec 2019 11:42:24

John Vlieger

same here. almost $2k thrown at my Ranchero already

9 Dec 2019 11:42:42

John Vlieger

id like to be able to drive it to some matches next year, though

9 Dec 2019 11:42:50

Cody Baker

That would b cool

9 Dec 2019 11:43:06

John Vlieger

building ANOTHER one?

12 Dec 2019 15:03:04

John Vlieger

or still fuckin around with ideas?

12 Dec 2019 15:03:13

Cody Baker

Yes sir, then when I get this one done Iâ€™ll give the one I been shooting to my dad bc ive stole all his shit haha

12 Dec 2019 15:04:45

John Vlieger

ha! sounds about right

12 Dec 2019 15:10:12

Cody Baker

This one will b slightly different but not much

12 Dec 2019 15:11:06

John Vlieger

why not have shay build em out of curiosity

12 Dec 2019 15:11:30

Cody Baker

This is prototype stuff shay donâ€™t make the barrels this big and I donâ€™t feel like waiting lol

12 Dec 2019 15:12:48

John Vlieger

damn, son. boring the slide out to what? 800?

12 Dec 2019 15:18:56

Cody Baker

Almost... .783 I think is about as big as you should go that only leaves .072 wall thickness in the slide

12 Dec 2019 15:21:01
John Vlieger
tungsten sleeve, or still steel?
12 Dec 2019 15:21:18
Cody Baker
Tungsten
12 Dec 2019 15:21:48
John Vlieger
whats that sucker weigh? 60 oz?
12 Dec 2019 15:22:07
Cody Baker
Yea my gun now weighs 60.7
12 Dec 2019 15:23:15
Cody Baker
Barrel alone is 10.9oz
12 Dec 2019 15:23:26
John Vlieger
wow. alright then.
12 Dec 2019 15:25:12
John Vlieger
i have to weigh the middy hybrid barrels.
12 Dec 2019 15:25:28
Cody Baker
I like all the weight
12 Dec 2019 15:28:39
Cody Baker
Yea lemme know what it weighs
12 Dec 2019 15:28:46
Cody Baker
What kind of limited gun do u have
12 Dec 2019 15:29:03
John Vlieger
7.2 ish ounces on a uncut unfit middy
12 Dec 2019 15:30:04
John Vlieger
my only limited gun is an older (2012 ish) Freedom Gunworks 6", bull barrel.
12 Dec 2019 15:30:22
John Vlieger
Pat just got it back from coating, so it'll look good now. Cheely E2 grip (standard, not aggressive), but it has a 9mm 5" top end, as well. so, its kind of a do all limited/iron sight gun

12 Dec 2019 15:30:58
John Vlieger
he's just doing the trigger on it and I'll have it next week ish.
12 Dec 2019 15:31:09
Cody Baker
Ah nice does it shoot good?
12 Dec 2019 15:32:30
John Vlieger
made master with it back in 2015
12 Dec 2019 15:32:56
John Vlieger
back when I just started competing at majors.
12 Dec 2019 15:33:08
Cody Baker
Nice
12 Dec 2019 15:33:12
John Vlieger
the 6" balances like a 5", which is cool. especially it having a bull barrel
12 Dec 2019 15:33:33
Cody Baker
Should b a little more forgiving too with tgat little longer sight radius
12 Dec 2019 15:34:35
John Vlieger
that was the thinking when i got it. traded a lightly modified STI Edge for it
12 Dec 2019 15:35:00
Cody Baker
Iâ€™m not sure if it really does help much never played with one
12 Dec 2019 15:35:53
John Vlieger
meh. its a limited gun, to me. align sights, pull trigger
12 Dec 2019 15:36:31
Cody Baker
Thatâ€™s exactly right
12 Dec 2019 15:37:09
John Vlieger
as long as it works, rest is on the shooter
12 Dec 2019 15:37:11
Cody Baker
Yep most important thing is practice
12 Dec 2019 15:37:44
John Vlieger

189

open and PCC are where the real equipment race/gear matters
12 Dec 2019 15:38:29
Cody Baker
Yea thereâ€™s some difference in a limited gun with all the bells and whistles
Iâ€™ll have to come down to a bgsl match sometime n let u put a few rds through it
but ur right open is the real equipment race
12 Dec 2019 15:42:33
John Vlieger
oh, i agree there are bells and whistles to a limited, but to a lesser degree
12 Dec 2019 15:43:12
Cody Baker
Right
12 Dec 2019 15:43:35
John Vlieger
look at Nils. or Shane.
12 Dec 2019 15:44:24
Cody Baker
Very true and Vogel always glocks up at the top it all boils down to the shooter
12 Dec 2019 15:45:39
John Vlieger
23 Dec 2019 11:46:05
John Vlieger
Cheelys new legacy aggressive
23 Dec 2019 11:46:22
John Vlieger
straight back aggressive. i remember you saying you liked the straight back
23 Dec 2019 11:46:37
Cody Baker
Oh nice!
23 Dec 2019 11:52:58
John Vlieger
23 Dec 2019 19:50:41
John Vlieger
No more primer tubes for this guy
23 Dec 2019 19:51:39
Cody Baker
Hell yea man
23 Dec 2019 19:52:31
John Vlieger
27 Dec 2019 10:40:02
John Vlieger

190

thats the 9mm upper. has a 6" 40 upper, too. nitro fin and controls are going to be blasted
27 Dec 2019 10:40:46
Cody Baker
Hell yea dude looks pretty good
27 Dec 2019 10:42:21
John Vlieger
be nice to have all my 2011's with similar metal grips
27 Dec 2019 10:45:05
Cody Baker
Oh yea absolutely!
27 Dec 2019 10:45:37
Cody Baker
U like that nitro fin for limited?
27 Dec 2019 10:45:49
John Vlieger
yeah. might change it to a 2.0 down the road.
27 Dec 2019 10:46:04
John Vlieger
just a reference point. helps me lock my weak wrist out
27 Dec 2019 10:46:15
Cody Baker
I might try one
27 Dec 2019 10:46:27
John Vlieger
simpler and easier than tapping the frame
27 Dec 2019 10:47:13
Cody Baker
Very true
27 Dec 2019 10:56:42
Cody Baker
Was just thinking bt the position sometimes a reg thumbrest gets in the way a little racking the slide
27 Dec 2019 10:57:15
John Vlieger
that too
27 Dec 2019 10:57:20
John Vlieger
im about a tenth faster on an unloaded start with a limited gun
27 Dec 2019 10:57:31
Cody Baker

191

I can c that
27 Dec 2019 10:57:49
John Vlieger
you know, to a hoser target or just shooting the berm
27 Dec 2019 10:57:51
John Vlieger
hand positioning. on the rack of the front of the slide, your off hand is closer to the grip than racking on a slide racker
27 Dec 2019 10:58:16
Cody Baker
Right
27 Dec 2019 11:19:40
Cody Baker
Registration is open for buckeye blast
1 Jan 2020 12:20:32
Cody Baker
Havenâ€™t been approved to squad yet
1 Jan 2020 12:20:45
John Vlieger
Thanks for the heads up. Just registered
1 Jan 2020 12:34:23
Cody Baker
1 Jan 2020 12:34:45
John Vlieger
2 Jan 2020 11:09:11
John Vlieger
you try this stuff yet?
2 Jan 2020 11:09:14
John Vlieger
guys on Enos say its exactly the same as AA7, but cleaner burning by a good margin. same data and velocities
2 Jan 2020 11:09:35
Cody Baker
I have not
2 Jan 2020 11:38:57
Cody Baker
That would b really good if it was close to aa7
2 Jan 2020 11:39:09
Cody Baker
I might get some to try
2 Jan 2020 11:39:20

John Vlieger
https://forums.brianenos.com/topic/272437-shooters-world-majorlovex-d0371-powder/
2 Jan 2020 11:39:44
John Vlieger
i found it pretty cheap on Grafs. was gonna get a keg and give it a whirl compared to the pound of AA7 i have on hand
2 Jan 2020 11:40:54
John Vlieger
https://www.grafs.com/retail/catalog/product/productId/77203
2 Jan 2020 11:41:03
Cody Baker
Yea I will b anxious to hear how it does
2 Jan 2020 11:41:24
John Vlieger
just ordered a keg of it. ill let ya know
2 Jan 2020 11:51:35
Cody Baker
Nice!!
2 Jan 2020 11:51:56
Cody Baker
I just got the open gat out yesterday for the first time in a long time gotta b gettn ready for flop
2 Jan 2020 11:53:23
John Vlieger
yeah, i'll have mine in 3 weeks or so. def before FLOP. press should be back next week.
2 Jan 2020 11:53:57
John Vlieger
i tell you i upgraded to the commercial case feedeR?
2 Jan 2020 11:54:05
John Vlieger
2 Jan 2020 11:54:42
John Vlieger
im done fuckin around with reloading, ha
2 Jan 2020 11:56:01
Cody Baker
Nice!! It felt a lot diff from where I shot limited for a while
2 Jan 2020 11:56:16
Cody Baker
Hell yea dude thatâ€™l b awesome

2 Jan 2020 11:57:19
John Vlieger
you building a sleeved open gun now? the hell?
3 Jan 2020 12:40:28
Cody Baker
I have a frame and figured I should do something with it but yes it will b a sleeved open gat
3 Jan 2020 12:41:46
Cody Baker
I gotta get back to the open game anyways
3 Jan 2020 12:42:13
John Vlieger
alright then. whateva works for ya.
3 Jan 2020 12:43:49
Cody Baker
We on 303 for buckeye blast
4 Jan 2020 16:40:45
John Vlieger
Done. Thanks for the heads up
4 Jan 2020 16:50:32
Cody Baker
No prob
4 Jan 2020 16:50:44
John Vlieger
You shooting Alabama?
4 Jan 2020 19:20:14
Cody Baker
Doubt it
4 Jan 2020 19:20:33
John Vlieger
OK. I'm squadded on Sunday, driving down Saturday then turn and burn back
4 Jan 2020 19:21:00
John Vlieger
It's a little closer this time. Talladega, not Dothan
4 Jan 2020 19:21:12
Cody Baker
Yea thatâ€™s quite a bit closer I will think bt it
4 Jan 2020 19:23:35
John Vlieger
4 Jan 2020 19:23:42
Cody Baker

194

U gonna shoot tgat big IPSC match in Utah
4 Jan 2020 19:23:57
John Vlieger
Huh? What's that?
4 Jan 2020 19:24:08
Cody Baker
Like a week b4 nats but itâ€™s a huge match like pan American championship or something like that
4 Jan 2020 19:25:20
John Vlieger
I'll think about it. Trying to figure out the calendar this month
4 Jan 2020 19:25:46
John Vlieger
im squadded for the FLOP. can't shoot with you guys even if i wanted to. have to shoot PM/AM to catch a flight back and be at work on monday
6 Jan 2020 11:29:38
Cody Baker
Nice! Forgot bt u having to catch a flight back right after the match
6 Jan 2020 11:46:16
John Vlieger
Always
6 Jan 2020 11:46:30
Cody Baker
Itâ€™s not really filling up that quick
6 Jan 2020 11:48:11
John Vlieger
Maybe because of the damn fee?
6 Jan 2020 11:48:57
Cody Baker
Yea itâ€™s crazy
6 Jan 2020 11:49:45
John Vlieger
I wasnt gonna shoot it unless I got a sponsor slot. Waiting to hear back from A6 on the same topic
6 Jan 2020 11:50:32
Cody Baker
Hopefully a6 is good at Volusia
6 Jan 2020 11:51:29
John Vlieger
I'm not expecting much
6 Jan 2020 11:51:37

195

Cody Baker
Me either Iâ€™ve never been to that range but it doesnâ€™t look very big
6 Jan 2020 11:53:30
John Vlieger
6 Jan 2020 12:20:20
Cody Baker
Nice Iâ€™ll b anxious to hear how it goes
6 Jan 2020 12:36:49
John Vlieger
17 Jan 2020 6:59:54
John Vlieger
I'm working as staff. Shooting Friday, working Saturday. Cash payout
17 Jan 2020 7:00:11
Cody Baker
I might c if I can round something up to shoot
17 Jan 2020 7:41:53
John Vlieger
17 Jan 2020 7:43:08
John Vlieger
23 Jan 2020 22:06:28
John Vlieger
Got the twins in. Got home and started filing
23 Jan 2020 22:06:43
John Vlieger
23 Jan 2020 22:06:50
Cody Baker
Haha nice!!
23 Jan 2020 22:28:40
Cody Baker
U gonna shoot tomorrow?
23 Jan 2020 22:28:48
John Vlieger
Practice, yeah. Local match on Saturday
23 Jan 2020 22:29:02
Cody Baker
Hell yea dude I b anxious to hear how they do
23 Jan 2020 22:29:51
John Vlieger
Shot some of that major pistol, only a few rounds. Feels pretty similar to aa7
23 Jan 2020 22:30:16
John Vlieger

Finer powder. Seems a touch cleaner? Don't know for sure. And yeah, the triggers are damn nice
23 Jan 2020 22:30:37
John Vlieger
Shoots softer than the shorty
23 Jan 2020 22:30:48
Cody Baker
Iâ€™l have to try some out for super
23 Jan 2020 22:30:59
John Vlieger
It's cheap, so no harm in it.
23 Jan 2020 22:36:43
Cody Baker
Anything thatâ€™s a little cleaner is a huge plus in the open world
23 Jan 2020 22:37:29
John Vlieger
Agreed. Gonna clean em before I practice and shoot 200 through each. I'll take pics for ya
23 Jan 2020 22:38:01
Cody Baker
Alright
23 Jan 2020 22:39:06
John Vlieger
And I threw your name at cmore again for testing of the new hotness. Hoping for a middle of the year release
24 Jan 2020 8:02:39
Cody Baker
Nice thx hopefully they got something good goin on
24 Jan 2020 8:21:13
John Vlieger
Had a meeting with them at shot. From what they told me, it's being done right
24 Jan 2020 8:28:02
Cody Baker
It just blows my mind itâ€™s 2020 and weâ€™re still struggling with optics
24 Jan 2020 9:27:59
John Vlieger
because everyone is buying from the same two companies in china
24 Jan 2020 9:29:51
John Vlieger
C-More came first and did the revisions, Sig and Holosun come around and order tons of different desings based on the same research

197

24 Jan 2020 9:30:17
John Vlieger
Cmore is bringing it stateside
24 Jan 2020 9:30:25
John Vlieger
but, i hear you, man.
24 Jan 2020 9:31:11
Cody Baker
Hopefully bringing the stuff stateside will up the quality a. Little
24 Jan 2020 9:31:42
John Vlieger
it will make it easier to do in house revisions or updates for sure
24 Jan 2020 9:32:52
John Vlieger
they're planning on doing some hardcore testing before they release it
24 Jan 2020 9:33:04
John Vlieger
like, slide mounted on a 10mm for example
24 Jan 2020 9:33:09
Cody Baker
Thatâ€™l b good, the weak points is the soldier joints if they could figure out a way to beef tgat stuff up tgat would b good to go
24 Jan 2020 9:35:24
John Vlieger
without divulging NDA covered stuff, they are taking that part very seriously
24 Jan 2020 9:37:22
Cody Baker
Thatâ€™s very good to hear
24 Jan 2020 9:37:41
John Vlieger
the company that is designing and making their boards is down the road from them. same company that made the slide ride board
24 Jan 2020 9:37:47
John Vlieger
they're not relying on the chinese to do it right
24 Jan 2020 9:37:59
Cody Baker
Thatâ€™s good slide rides are pretty solid the board area and stuff adjustments are lacking but that stuff is good to go with the rts scopes
24 Jan 2020 9:39:08
John Vlieger

198

24 Jan 2020 20:41:18
John Vlieger
24 Jan 2020 20:45:31
John Vlieger
After about 100 rounds
24 Jan 2020 20:45:32
Cody Baker
Thatâ€™s not that bad
25 Jan 2020 7:16:25
John Vlieger
Agreed. It seems a touch easier to clean out of the gun, too. Don't know for sure yet. Need to load up some more AA7 to compare feeling. Was fighting minor ammo issues yesterday that kept me from really training. Crimp and OAL were just a hair out of spec for the guns.
25 Jan 2020 7:40:58
John Vlieger
No joke, these slide to frame fits are some of Pats best work, yet.
25 Jan 2020 7:41:21
Cody Baker
Nice dude! Does the guns shoot pretty good?
25 Jan 2020 8:00:02
John Vlieger
Yeah. Softer and smoother than the shorty by far. Shooting a local match today
25 Jan 2020 8:07:39
Cody Baker
2 3/16 holes in the barrel?
25 Jan 2020 8:18:42
John Vlieger
I believe so. Same as last gun
25 Jan 2020 8:19:27
Cody Baker
Food deal
25 Jan 2020 8:20:06
Cody Baker
Good
25 Jan 2020 8:20:08
John Vlieger
Got the twins broke in mostly. These fuckers shoot the best out of the Rafferty guns I've had
26 Jan 2020 21:06:04
Cody Baker

Hell yea dude got any vids shooting them?
26 Jan 2020 21:06:49
John Vlieger
Not yet. Been too cold
26 Jan 2020 21:07:02
John Vlieger
And the local match was a cluster fuck
26 Jan 2020 21:07:11
Cody Baker
26 Jan 2020 21:07:22
Cody Baker
26 Jan 2020 21:07:23
John Vlieger
Cold, not broke in, out of spec (slightly) ammo...
26 Jan 2020 21:07:23
Cody Baker
Ah I gotcha
26 Jan 2020 21:07:34
Cody Baker
Glad they shoot good though
26 Jan 2020 21:07:41
John Vlieger
Had to switch to a 9lb spring to get em to chamber
26 Jan 2020 21:08:54
John Vlieger
Ha. Not quite like that, no.
26 Jan 2020 21:09:09
John Vlieger
Need a few months for my hands to get used to the grip!
26 Jan 2020 21:09:23
John Vlieger
26 Jan 2020 21:09:29
John Vlieger
26 Jan 2020 21:09:48
Cody Baker
Everything is new n tight also
26 Jan 2020 21:10:19
John Vlieger
But, once I got it running, I shot some of the best points of my life
26 Jan 2020 21:10:24
Cody Baker

Yea build those calluses up
26 Jan 2020 21:10:32
John Vlieger
Returns to A zone amazing
26 Jan 2020 21:10:40
John Vlieger
You know as well as I do, flatness matters less than return
26 Jan 2020 21:10:59
Cody Baker
Thatâ€™s awesome dude much better than the shorty ya
26 Jan 2020 21:11:01
John Vlieger
Fuck yeah. Softer too
26 Jan 2020 21:11:08
Cody Baker
Absolutely it has to return good
26 Jan 2020 21:11:27
John Vlieger
My range is a mud pit, which puts a damper on training, but the flop shouldn't be a total shit show
26 Jan 2020 21:12:06
Cody Baker
Iâ€™m gonna b trying to get it hard I just got tgat prototype gun done this morning thisevening was the first time I shot it
26 Jan 2020 21:14:23
John Vlieger
Yours or Shays?
26 Jan 2020 21:14:36
Cody Baker
I built it wanted to try out a few different things
26 Jan 2020 21:15:10
John Vlieger
Gotcha
26 Jan 2020 21:15:42
Cody Baker
Tgat last slide I got from u guys is what it was for
26 Jan 2020 21:15:43
John Vlieger
Alrighty. I've told you before that we don't divulge customer order details, right?
26 Jan 2020 21:16:03
John Vlieger

Period
26 Jan 2020 21:16:12
Cody Baker
Oh yea
26 Jan 2020 21:16:39
John Vlieger
Just wanted to make sure.
26 Jan 2020 21:17:15
John Vlieger
It's not good policy.
26 Jan 2020 21:17:30
Cody Baker
I was just telling u thatâ€™s as a friend thatâ€™s what that slide was for, this project I been working on.
26 Jan 2020 21:20:45
John Vlieger
And I apply the same policy to that
26 Jan 2020 21:20:59
John Vlieger
Is what I've been getting at
26 Jan 2020 21:21:13
Cody Baker
I gotcha dude
26 Jan 2020 21:21:30
Cody Baker
26 Jan 2020 21:21:42
John Vlieger
I put a great emphasis on maintaining the relationship we have. We shoot together too much and I respect you too much to risk ruining that
26 Jan 2020 21:22:18
Cody Baker
Appreciate it dude means a lot
26 Jan 2020 21:22:51
John Vlieger
Means a lot to me as well. Too much BS going on in the industry and our sport to ruin a good thing!
26 Jan 2020 21:23:28
Cody Baker
Oh yea, seems like every week some other kind of shit storm is goin on
26 Jan 2020 21:25:16
John Vlieger

Keeps people entertained it seems
26 Jan 2020 21:25:29
Cody Baker
Haha yea that it does
26 Jan 2020 21:25:42
John Vlieger
27 Jan 2020 17:45:33
Cody Baker
Oh wow thatâ€™s pretty damn flat
27 Jan 2020 17:46:28
John Vlieger
Still needs some tuning and break in, but I'm pretty fucking happy
27 Jan 2020 17:46:59
Cody Baker
Thatâ€™s awesome man
27 Jan 2020 17:47:18
John Vlieger
And... There's two of them
27 Jan 2020 18:23:51
Cody Baker
Yea thatâ€™s deff the way to roll!!
27 Jan 2020 18:24:22
John Vlieger
Only difference is the trigger. Same weight, but one has a slightly different feel to it. One is more rolly break, the other more crisp break
27 Jan 2020 18:24:54
Cody Baker
Nice! Itâ€™s hard to get 2 guns to shoot the same feel wise
27 Jan 2020 18:27:18
John Vlieger
I don't have a huge amount of rounds through them yet, but so far extremely hard to tell a difference
27 Jan 2020 18:27:53
Cody Baker
U know which one is gonna b the match gun yet?
27 Jan 2020 18:29:40
John Vlieger
Yeah. It has the better trigger
27 Jan 2020 18:29:56
John Vlieger
I want to get em both to a K before I decide though

203

27 Jan 2020 18:30:21
Cody Baker
Yea I would give em some time itâ€™s hard to tell how theyâ€™ll break in
27 Jan 2020 18:31:11
John Vlieger
Yup. The secondary is a decent bit tighter at lock up currently
27 Jan 2020 18:32:37
John Vlieger
Area 5 opens today at noon
1 Feb 2020 10:02:53
Cody Baker
Ok thx
1 Feb 2020 10:03:21
Cody Baker
What squad u gonna try for 301 n 302 is reserved
1 Feb 2020 11:45:25
John Vlieger
Don't care. Just lemme know. Keen would like to join us as well
1 Feb 2020 11:46:41
Cody Baker
305
1 Feb 2020 11:58:32
John Vlieger
1 Feb 2020 11:58:36
John Vlieger
Squadded on 305 with hooks and keen
1 Feb 2020 12:05:14
Cody Baker
Just got in there
1 Feb 2020 12:05:25
John Vlieger
Nice
1 Feb 2020 12:05:34
John Vlieger
Gnyra tracking? Langford?
1 Feb 2020 12:05:42
Cody Baker
Ben is coming idk bt gnyra
1 Feb 2020 12:06:09
Cody Baker
Iâ€™ll tell him

1 Feb 2020 12:06:13
Cody Baker
U n Chris hop to 309
1 Feb 2020 12:26:53
Cody Baker
Mike n Sarah didnâ€™t get on
1 Feb 2020 12:27:44
Cody Baker
We all goin over
1 Feb 2020 12:27:54
John Vlieger
Done
1 Feb 2020 12:29:39
Cody Baker
1 Feb 2020 12:29:54
John Vlieger
1 Feb 2020 14:05:34
John Vlieger
Fucking. Really
1 Feb 2020 14:05:38
John Vlieger
David Blair follows us all the damn time
1 Feb 2020 14:05:49
Cody Baker
Lmfao yea he does
1 Feb 2020 14:16:34
John Vlieger
Oh, and I just compared Shooters World to AA7
1 Feb 2020 14:56:40
John Vlieger
With the same powder measure setting, it's within 10 FPS of each other. And I cannot tell the difference shooting it
1 Feb 2020 14:57:05
Cody Baker
Very interesting Iâ€™l try some
1 Feb 2020 14:57:55
John Vlieger
7 Feb 2020 16:43:46
Cody Baker
Thatâ€™s awesome dude!!
7 Feb 2020 16:49:23

John Vlieger
This is after roughly 300 rounds with major pistol
9 Feb 2020 9:52:49
John Vlieger
9 Feb 2020 9:52:50
Cody Baker
Thatâ€™s not too bad,appears to b a little cleaner than aa7
9 Feb 2020 10:56:58
John Vlieger
Yeah, not by a landslide, but noticeable
9 Feb 2020 11:11:15
Cody Baker
Every little bit helps in open
9 Feb 2020 11:14:20
John Vlieger
need anything last second for FLOP, lemme know. i fly out friday
10 Feb 2020 12:21:37
Cody Baker
Appreciate it buddy! I think I might b good to go this time
10 Feb 2020 12:22:14
John Vlieger
cool. im shipping my ammo today
10 Feb 2020 12:22:32
Cody Baker
Nice! Mine went out Friday
10 Feb 2020 12:27:37
John Vlieger
16 Feb 2020 12:46:34
Cody Baker
Looks good
16 Feb 2020 12:52:28
John Vlieger
Thanks. I was sending that to show you the plan we ran. Less steps
16 Feb 2020 13:14:21
John Vlieger
You have any other gun problems in the second day?
18 Feb 2020 19:41:14
Cody Baker
Couple Tilley shakes
18 Feb 2020 19:42:39
John Vlieger

Damn
18 Feb 2020 19:43:23
John Vlieger
off the wall question for you. have you seen an up-tick at work lately?
27 Feb 2020 8:49:27
Cody Baker
Up-tick?
27 Feb 2020 8:49:55
John Vlieger
meaning more work. more sales
27 Feb 2020 8:50:01
John Vlieger
busier than normal
27 Feb 2020 8:50:13
Cody Baker
No not really actually our order intake has been a little lower last few months
27 Feb 2020 8:51:14
John Vlieger
alright. coworker is saying his tool and die making buddies are slammed due in part to customs holding Chinese made equipment from Corona virus concerns
27 Feb 2020 8:51:45
Cody Baker
I could c that happening especially a little down the road bc China is pretty much shut down now
27 Feb 2020 8:53:09
John Vlieger
29 Feb 2020 15:17:50
Cody Baker
Nice!!
29 Feb 2020 17:21:17
John Vlieger
Man, the tough part was racking the fucker. 36 damn degrees
29 Feb 2020 20:18:40
Cody Baker
Oh yes dude Iâ€™m sick n tired of this weather
29 Feb 2020 20:19:16
John Vlieger
Me too. Supposed to be warm tomorrow. Then rain for three straight days
29 Feb 2020 20:19:37
John Vlieger
Gonna shoot a few hundred rounds tomorrow for aure

29 Feb 2020 20:19:44
John Vlieger
Sure*
29 Feb 2020 20:19:47
Cody Baker
Iâ€™m gonna try to get out myself n get a good session in
29 Feb 2020 20:20:14
John Vlieger
You gonna shoot the KY Low Cap?
29 Feb 2020 20:20:19
Cody Baker
No I was thinking bt it almost registered for it when it went live but decided not to
29 Feb 2020 20:21:22
John Vlieger
Alrighty. My gats are getting coated in April, so it's a nice distraction for me
29 Feb 2020 20:21:45
Cody Baker
Oh yea and itâ€™l b fun to switch things up for a little
29 Feb 2020 20:22:22
John Vlieger
you gonna shoot Area 8?
4 Mar 2020 12:29:34
Cody Baker
Yea
4 Mar 2020 12:29:51
Cody Baker
When does registration open
4 Mar 2020 12:30:08
John Vlieger
March 9th
4 Mar 2020 12:31:38
John Vlieger
im getting a sponsor slot and can register early. wanted to see what day you were gonna shoot it
4 Mar 2020 12:31:50
John Vlieger
its a one day match
4 Mar 2020 12:31:56
John Vlieger
i was thinking Sunday
4 Mar 2020 12:31:59

Cody Baker
Yea Sunday is good for me
4 Mar 2020 12:32:09
John Vlieger
cool
4 Mar 2020 12:32:12
John Vlieger
gonna try to shoot with the usual suspects?
4 Mar 2020 12:33:51
Cody Baker
Yea prolly Ben n them n mike gnyra
4 Mar 2020 12:35:09
John Vlieger
Oh golly oh gee
4 Mar 2020 12:37:55
Cody Baker
Hahah
4 Mar 2020 12:38:06
John Vlieger
4 Mar 2020 12:57:18
John Vlieger
they updated that stupid rule we were talking about in teh shoot house at florida
4 Mar 2020 12:57:55
John Vlieger
and had to deal with at Magnus
4 Mar 2020 12:58:07
Cody Baker
So now u can activate with the last shot fired
4 Mar 2020 13:03:13
John Vlieger
yup
4 Mar 2020 13:03:33
John Vlieger
and, if its available before activation it dont matter
4 Mar 2020 13:03:46
John Vlieger
like at magnus, the whole upper a zone was available, but they were giving out
procedurals
4 Mar 2020 13:04:00
Cody Baker

Ah that Mach was tan a little wonky anyways we had a couple pcc discrepancies on our squad
4 Mar 2020 13:06:45
John Vlieger
At least 25% of the lower A - zone or all of the upper A - zone must be visible to be legal. If the target is legally visible before being activated, it ma y be shot before being activated and activation is not required ( 9.9.3 does not apply)
4 Mar 2020 13:06:53
John Vlieger
yeah. i dont think they were using the best Ro squad
4 Mar 2020 13:07:13
John Vlieger
reigstration for A8 goes live at 7pm eastern tonight
9 Mar 2020 12:19:04
Cody Baker
Alrighty thx dude
9 Mar 2020 12:20:03
John Vlieger
no problem. i think Wampler is trying to put a super squad together
9 Mar 2020 12:20:14
John Vlieger
FYI, you have to send an actual check to the MD for registration
9 Mar 2020 12:20:32
John Vlieger
like, register and squad on practiscore, then send a check within 2 weeks
9 Mar 2020 12:20:48
Cody Baker
Yea he was saying something about that
9 Mar 2020 12:21:04
Cody Baker
Lmao lord have mercy
9 Mar 2020 12:21:20
John Vlieger
9 Mar 2020 12:21:36
Cody Baker
ðŸ¤£ðŸ˜‚ , ðŸ¤£ðŸ¤£
9 Mar 2020 12:21:59
John Vlieger
The MD already squadded us. Squad 403.
9 Mar 2020 18:50:15
John Vlieger

You and I specifically
9 Mar 2020 18:50:22
Cody Baker
Awesome
9 Mar 2020 18:51:15
Cody Baker
Thx dude
9 Mar 2020 18:51:46
John Vlieger
Not a problem at all, homie
9 Mar 2020 18:52:15
Cody Baker
What do we need to do bt squadding
9 Mar 2020 19:05:39
John Vlieger
Send me the link. Can't even find it
9 Mar 2020 19:05:52
John Vlieger
Found it
9 Mar 2020 19:06:50
John Vlieger
Fuck. It's full. Pick a squad I guess
9 Mar 2020 19:14:33
John Vlieger
Miscommunication
9 Mar 2020 19:14:37
Cody Baker
We both on there
9 Mar 2020 19:14:57
John Vlieger
11 Mar 2020 14:46:31
John Vlieger
We got bul parts in. $60 retail for that trigger with that shoe
11 Mar 2020 14:46:48
John Vlieger
Extra shoes are just $15 retail
11 Mar 2020 14:46:56
Cody Baker
Thatâ€™s not a bad price, Iâ€™ve got one seems like pretty good quality
11 Mar 2020 14:47:31
John Vlieger

211

Yeah, they seem to be made well
11 Mar 2020 14:48:04
John Vlieger
I think they'll give SV a run for their money
11 Mar 2020 14:48:12
Cody Baker
I believe they will too
11 Mar 2020 14:49:09
John Vlieger
13 Mar 2020 17:44:23
Cody Baker
Hahaha
13 Mar 2020 17:46:31
John Vlieger
16 Mar 2020 14:59:27
Cody Baker
ðŸ¤£ðŸ˜ , ðŸ¤£ðŸ˜ ,  true dat!!
16 Mar 2020 15:00:26
John Vlieger
18 Mar 2020 9:01:52
Cody Baker
Nice when will registration open up
18 Mar 2020 9:13:33
John Vlieger
18 Mar 2020 9:14:18
John Vlieger
April 10th
18 Mar 2020 9:14:24
Cody Baker
Alrighty thx sounds good
18 Mar 2020 9:15:52
John Vlieger
no problem
18 Mar 2020 9:16:03
John Vlieger
so, effectively I am not shooting any majors until Mississippi classic in mid May
18 Mar 2020 9:16:18
John Vlieger
what about you?
18 Mar 2020 9:16:19
Cody Baker

212

Mine will b oh state end of may
18 Mar 2020 9:16:50
Cody Baker
This is gonna b a weird year
18 Mar 2020 9:16:58
John Vlieger
weirdest since hurricane nats, for sure
18 Mar 2020 9:19:30
Cody Baker
Yea
18 Mar 2020 9:19:44
John Vlieger
gives me time to get my twins coated, though. and stock up on ammo
18 Mar 2020 9:19:58
Cody Baker
Yea plenty of training time which I guess will b good
18 Mar 2020 9:20:31
John Vlieger
if it would just STOP RAINING!
18 Mar 2020 9:20:39
Cody Baker
I know... this is ridicules
18 Mar 2020 9:23:32
John Vlieger
21 Mar 2020 10:12:07
Cody Baker
ðŸˆ  ðŸ¤£ðŸˆ  ðŸ¤£ lmfao I like that
21 Mar 2020 10:14:10
John Vlieger
Can you tell I'm bored?
21 Mar 2020 10:20:40
Cody Baker
Haha yea, this is strange times
21 Mar 2020 10:21:17
John Vlieger
On the plus side, I have a 3/4 full 5 gallon bucket of 9 major
21 Mar 2020 10:22:02
Cody Baker
Hell yea thatâ€™s one good thing bt all this, I think we will b shut down soon at work
21 Mar 2020 10:23:16
John Vlieger

213

25 Mar 2020 11:33:20
Cody Baker
Lmao thatâ€™s crazy I canâ€™t believe they put that out
25 Mar 2020 11:34:31
John Vlieger
25 Mar 2020 19:55:13
John Vlieger
9 major out of a PCC
25 Mar 2020 19:55:40
Cody Baker
Nice
25 Mar 2020 20:17:40
John Vlieger
You ever get your mark 7?
31 Mar 2020 9:37:26
Cody Baker
No I should have but havenâ€™t yet
31 Mar 2020 9:49:50
John Vlieger
you havent pulled the trigger, or they havent delivereD?
31 Mar 2020 9:51:17
Cody Baker
I havenâ€™t pulled the trigger
31 Mar 2020 9:51:34
John Vlieger
ah
31 Mar 2020 9:51:38
John Vlieger
if you want to take a look, you're always welcome at my place to take a gander and go through it
31 Mar 2020 9:52:25
John Vlieger
not like we're going anywhere anytime soon
31 Mar 2020 9:52:38
Cody Baker
Appreciate it buddy from what Iâ€™ve seen they run super smooth my 1050 bangs n clangs around. Would b nice to have the mk7 then keep the 1050 to process brass
31 Mar 2020 9:54:49
John Vlieger
that's what I would do. even though I can load all in one pass, I still prefer to process brass all at once, then load with processed. brass, OR shell shock

214

31 Mar 2020 9:55:21

Cody Baker

Yea it loads so much better when itâ€™s processed

31 Mar 2020 9:56:06

John Vlieger

can set the clutch lower, too

31 Mar 2020 9:56:17

Cody Baker

Yea I always roll my brass so I keep it set pretty low but would b nice already sized and de primed as well

31 Mar 2020 9:58:46

John Vlieger

you have a rollsizer?

31 Mar 2020 9:59:24

Cody Baker

Yea

31 Mar 2020 10:01:14

Cody Baker

Have a roll sized.com one

31 Mar 2020 10:01:30

John Vlieger

cool. i like the looks of those.

31 Mar 2020 10:01:39

John Vlieger

whats kinda cool is with shell shock theres no need

31 Mar 2020 10:01:47

Cody Baker

Sizer.com

31 Mar 2020 10:01:52

John Vlieger

the cylinder is higher up, so the "web" doesnt matter. I can have the sizing die well away from the shell plate and get a full length resize

31 Mar 2020 10:02:14

Cody Baker

Idk what the hell the links are for lol

31 Mar 2020 10:02:17

John Vlieger

FB trying to be helpful, and failing

31 Mar 2020 10:02:27

Cody Baker

How many loading u get outta them

215

31 Mar 2020 10:02:59
John Vlieger
in major at least 7. havent tested recently. need to. last time i tested was with an SV chamber, which can be "generous"
31 Mar 2020 10:03:28
John Vlieger
in minor, people have gotten over 30
31 Mar 2020 10:04:01
Cody Baker
Thatâ€™s quite a few
31 Mar 2020 10:04:38
John Vlieger
yeah. some guy tested "almost major" out of a stock glock and he was got around 8, others reported that the real critical factor was teh primer pockets getting loose. same problem as brass
31 Mar 2020 10:05:30
John Vlieger
might do that tonight. trying to keep busy
31 Mar 2020 10:05:51
Cody Baker
Do they have 40 Iâ€™ve been playing around in limited to break things up and learn patience. Iron sights intrigues me itâ€™s pretty freaking hard I think
31 Mar 2020 10:08:07
Cody Baker
31 Mar 2020 10:08:26
John Vlieger
its on the list. 556 should be released in the next few months. along with I think 300 blk
31 Mar 2020 10:08:29
Cody Baker
Nice
31 Mar 2020 10:08:50
John Vlieger
i've been playing with my limited gun a little, too. no real training, just playin around. my range MIGHT be dry enough to train on in a week or two. open guns are getting coated in April
31 Mar 2020 10:10:24
Cody Baker
All this rain has been crazy
31 Mar 2020 10:14:04
Cody Baker

The nice thing bt limited u can practice in the rain
31 Mar 2020 10:16:02
John Vlieger
ha!
31 Mar 2020 10:18:18
John Vlieger
31 Mar 2020 14:37:20
Cody Baker
I thought Kkms had longer ribs
31 Mar 2020 14:52:54
John Vlieger
they do. but these don't
31 Mar 2020 14:59:59
John Vlieger
short ribs coming soon
31 Mar 2020 15:00:04
Cody Baker
Ah I gotcha
31 Mar 2020 15:15:06
Cody Baker
They look kinda cool
31 Mar 2020 15:15:14
John Vlieger
yep. probably not going to sell as well as full rib, but some people want em. McLearn in particular
31 Mar 2020 15:15:39
Cody Baker
They look like the old shuemanns
31 Mar 2020 15:24:23
John Vlieger
thats the idea
31 Mar 2020 15:41:37
John Vlieger
3-port rib
31 Mar 2020 15:41:41
John Vlieger
hey dude. what day you planning on shooting the KY state match? sat or sun
10 Apr 2020 8:35:40
John Vlieger

https://practiscore.com/2020-ky-section-
championship/register?fbclid=IwAR0qO0KdyXyWozSsecIQIvAn_v4I-
3VSQnciMovkb0oQ2E48wUhpzeqM79I
10 Apr 2020 9:08:12
Cody Baker
Sunday
10 Apr 2020 10:42:26
John Vlieger
alright
10 Apr 2020 10:42:34
John Vlieger
registration opens at 9pm EST
10 Apr 2020 10:42:40
Cody Baker
Alrighty thx dude
10 Apr 2020 10:43:05
John Vlieger
no problem
10 Apr 2020 10:43:10
John Vlieger
Kentucky match is open for registration
10 Apr 2020 21:03:16
John Vlieger
Squad 23
10 Apr 2020 21:09:39
Cody Baker
Ok
10 Apr 2020 21:12:32
Cody Baker
Iâ€™m registered waiting to get approval
10 Apr 2020 21:14:11
Cody Baker
Iâ€™m squadded
10 Apr 2020 21:18:13
John Vlieger
Sweet
10 Apr 2020 21:34:16
John Vlieger
11 Apr 2020 13:49:46
Cody Baker
Hahaha nice

11 Apr 2020 14:09:07
John Vlieger
9 major, too
11 Apr 2020 14:09:16
John Vlieger
So excuse me backing up. Ha
11 Apr 2020 14:09:20
Cody Baker
Happy b day dude
11 Apr 2020 14:13:01
John Vlieger
Thanks, man. Having a great day so far
11 Apr 2020 14:13:18
Cody Baker
Awesome!
11 Apr 2020 14:13:25
Cody Baker
Did sti quit making slides to sell?
15 Apr 2020 10:33:43
John Vlieger
i believe so
15 Apr 2020 10:33:59
Cody Baker
I guess theyâ€™re full blown into the tactical stuff now
15 Apr 2020 10:34:42
John Vlieger
yep. more market there, and no one shooting 9 major
15 Apr 2020 10:35:53
Cody Baker
Yea very true
15 Apr 2020 10:36:07
John Vlieger
need a slide I take it?
15 Apr 2020 10:36:21
Cody Baker
Ah not really I was just looking was thinking about another project 9major gun.
Maybe down the road a bit. Just seen all the sti slides was discontinued
15 Apr 2020 10:38:22
John Vlieger
yep. wanna hear something funny about Brazos/Atlas/Dasan slides?
15 Apr 2020 10:38:48

219

Cody Baker
What's that
15 Apr 2020 10:39:00
John Vlieger
15 Apr 2020 10:40:53
John Vlieger
this is a Tripp slide, but that cut right there? under the extractor tunnel?
15 Apr 2020 10:41:08
John Vlieger
it's roughly 20 thou deeper than on a Caspian or Tripp slide
15 Apr 2020 10:41:33
John Vlieger
so you have like 10-20 thou of meat there, not 30-40 thou
15 Apr 2020 10:41:47
John Vlieger
no reason to, and it's not a huge deal, but...why?
15 Apr 2020 10:42:35
John Vlieger
makes the metal underneat the extractor hook weak AF
15 Apr 2020 10:42:44
Cody Baker
Oh wow yea that's not good I guess it could cause probs. Not much stress back there but could let a little more flex happen
15 Apr 2020 10:47:44
John Vlieger
22 Apr 2020 11:58:09
Cody Baker
Hahah that's crazy
22 Apr 2020 11:58:54
John Vlieger
27 Apr 2020 17:24:36
Cody Baker
Damn dude that sucks
27 Apr 2020 18:15:15
John Vlieger
Yup. No match until June it looks like
27 Apr 2020 18:41:11
Cody Baker
Yea this is gonna b a crazy year
27 Apr 2020 19:15:43
John Vlieger

27 Apr 2020 19:46:43
John Vlieger
I've been keeping busy with stupid vids like this
27 Apr 2020 19:46:57
John Vlieger
And getting back on the horse with working out 5 times a week
27 Apr 2020 19:47:12
John Vlieger
Open gats are getting coated, so nothing else to do
27 Apr 2020 19:47:37
Cody Baker
Very consistent!!
27 Apr 2020 19:49:15
Cody Baker
Whenâ€™s the open gats supposed to b done
27 Apr 2020 19:49:43
John Vlieger
Two weeks ish
27 Apr 2020 19:53:53
Cody Baker
That wonâ€™ b bad
27 Apr 2020 19:56:19
John Vlieger
Nah. Aluminum titanium nitride duplex finish. Pat prepped em really well. Should look titties
27 Apr 2020 20:30:22
Cody Baker
Maybe one day Iâ€™l get a gat coated lol tgey last better coated
27 Apr 2020 20:36:12
John Vlieger
It's more for pat than anything
27 Apr 2020 20:41:52
Cody Baker
Understandable
27 Apr 2020 20:44:07
John Vlieger
Id prefer to rep him with what a customer would get
27 Apr 2020 20:44:58
Cody Baker
Oh absolutely
27 Apr 2020 20:46:11

John Vlieger
Ky state is a go
7 May 2020 21:36:15
Cody Baker
Good deal dude
7 May 2020 21:37:06
John Vlieger
9 May 2020 8:49:33
John Vlieger
They called it a dark gray... But that bitch is black. Whatever. Maybe they had a customer say it wasn't truly black or something so they call it dark gray. In any case, looks like a great finish
9 May 2020 8:50:26
Cody Baker
Looks bad ass man
9 May 2020 11:57:24
John Vlieger
Just glad to be getting finished guns for once!
9 May 2020 11:57:56
John Vlieger
And no cerakote
9 May 2020 11:58:04
John Vlieger
Well, a little cerakote on the optic mount for example
9 May 2020 11:58:16
Cody Baker
I hear ya there dude will keep them tighter longer too
9 May 2020 11:58:43
John Vlieger
12 May 2020 12:57:10
Cody Baker
Looks nice
12 May 2020 12:59:03
John Vlieger
pretty slick
12 May 2020 12:59:30
Cody Baker
I really like the colors
12 May 2020 13:02:24
John Vlieger

im a fan of this kind of two tone, usually. probably go a diff route on the next ones just to change it up
12 May 2020 13:16:46
Cody Baker
Yea I even like a different color top end from the frame
12 May 2020 13:18:59
John Vlieger
im not a fan of the black slide, in the white frame, myself
12 May 2020 13:31:59
Cody Baker
I thought tgat sv I had looked pretty good with black barrel silver slide and black frame
12 May 2020 13:41:51
John Vlieger
yeah, that combo aint bad. i hate the black slide only though
12 May 2020 13:42:05
John Vlieger
dont know why
12 May 2020 13:42:08
John Vlieger
black comp would be cool too, white slide
12 May 2020 13:42:17
John Vlieger
you know if Ashland is having a match?
12 May 2020 14:11:49
John Vlieger
cuz id be down
12 May 2020 14:16:08
Cody Baker
Yea theyâ€™re having it Sunday
12 May 2020 14:16:22
John Vlieger
just registered and squadded
12 May 2020 14:17:44
Cody Baker
Nice
12 May 2020 14:18:04
Cody Baker
If u want to shoot through twice register again and get on squad 7
12 May 2020 14:19:13
John Vlieger

how many stages usually?
12 May 2020 14:19:29
Cody Baker
It will b 6
12 May 2020 14:19:38
John Vlieger
nah, im good with one flight
12 May 2020 14:19:46
John Vlieger
two hour drive and all
12 May 2020 14:20:01
Cody Baker
I hear ya there buddy
12 May 2020 14:20:10
John Vlieger
16 May 2020 9:40:26
John Vlieger
Consecutive rounds. 9.6 grains major pistol loaded on the evolution
16 May 2020 9:40:42
Cody Baker
Holy shit now thatâ€™s consistent
16 May 2020 10:31:29
John Vlieger
I was surprised myself
16 May 2020 10:34:43
John Vlieger
Did a ten shot string, too, and it wasn't quite as good, but still pretty damn good
16 May 2020 10:35:04
John Vlieger
16 May 2020 10:35:26
Cody Baker
Thatâ€™s really good especially with 9mm
16 May 2020 10:59:42
John Vlieger
17 May 2020 18:04:51
Cody Baker
Thatâ€™s pretty clean
17 May 2020 18:14:30
John Vlieger
Agreed. Definitely not AA7 level
17 May 2020 18:15:15

Cody Baker
Iâ€™m gonna try it
17 May 2020 18:16:51
John Vlieger
Knowing how picky you is, I won't hold out hope
17 May 2020 18:17:13
Cody Baker
Lol ur right I will prolly go back
17 May 2020 19:29:32
John Vlieger
And I see how it is. You had to fix your gun and run the match a second time to beat me
17 May 2020 19:45:29
John Vlieger
I'm rusty as fuck
17 May 2020 19:46:26
John Vlieger
Recoil control, mindset, and index all need work
17 May 2020 19:46:54
Cody Baker
Lol we alwys shoot though twice at Ashland
17 May 2020 19:51:01
Cody Baker
I know the feeling dude itâ€™s time to get back at it now
17 May 2020 19:51:28
John Vlieger
Good to know the majority of it is still there. Enough to still put up a good performance. But the little things all add up. And yep. Definitely
17 May 2020 19:58:52
John Vlieger
17 May 2020 19:59:37
John Vlieger
I took 5 seconds off for the malf to see what it would have looked like
17 May 2020 19:59:48
John Vlieger
That's more reassuring
17 May 2020 19:59:52
Cody Baker
I think it takes a long time to loose a lot might b a little rusty for a short time but it comes back really quick
17 May 2020 20:01:57

John Vlieger
Cool. I'll try to look on the bright side, then
17 May 2020 20:02:37
John Vlieger
19 May 2020 15:42:08
John Vlieger
the monkey is Hyder
19 May 2020 15:42:13
Cody Baker
Haha ðŸ˜ ,
19 May 2020 15:55:14
John Vlieger
except Hyder doesn't smile about it
19 May 2020 15:55:52
Cody Baker
No lol he will fight tooth n nail over it
19 May 2020 15:56:44
John Vlieger
2 Jun 2020 10:39:45
Cody Baker
He will b able to sell that easy
2 Jun 2020 10:42:21
John Vlieger
didnt know if you knew anyone that was in need that was shooting KY sectional
2 Jun 2020 10:43:37
Cody Baker
I will let some ppl know
2 Jun 2020 10:44:00
John Vlieger
cool. just passing the word
2 Jun 2020 10:44:43
Cody Baker
Thx dude
2 Jun 2020 10:45:06
John Vlieger
You sent an attachment.
4 Jun 2020 7:46:12
John Vlieger
I'm already signed up. Sunday morning squad. Half day format, RO reset
4 Jun 2020 7:46:40
John Vlieger

Sponsor slot
4 Jun 2020 7:46:47
John Vlieger
North of Atlanta, so even closer than South River
4 Jun 2020 7:47:09
Cody Baker
I might hold off on that one thatâ€™s 2 weeks b4 the pan American n Iâ€™m gonna b running real low on vacation for nationals
4 Jun 2020 7:50:01
John Vlieger
Hahahahahaha
4 Jun 2020 7:51:37
John Vlieger
Fuck
4 Jun 2020 7:51:38
John Vlieger
My calendar had GA state as being in July for some stupid reason
4 Jun 2020 7:51:51
John Vlieger
It's actually end of September. Which means I'm shooting 7 fucking majors in a row
4 Jun 2020 7:52:08
John Vlieger
And... Vacation days? Huh?
4 Jun 2020 7:52:29
John Vlieger
It's like a five hour drive. Shoot on Sunday. Drive down Saturday, shoot Sunday morning, back home for dinner
4 Jun 2020 7:52:51
Cody Baker
I will think bt it
4 Jun 2020 7:57:10
John Vlieger
4 Jun 2020 7:57:32
John Vlieger
if you need anything last second, im working all day Thursday and Friday
10 Jun 2020 16:15:44
Cody Baker
Alrighty man appreciate it
10 Jun 2020 17:51:07
John Vlieger
10 Jun 2020 17:57:41

227

John Vlieger
you shooting indiana?
23 Jun 2020 8:37:34
John Vlieger
https://practiscore.com/2020-indiana-uspsa-section-championship/register
23 Jun 2020 8:37:48
Cody Baker
Prolly not
23 Jun 2020 8:51:37
John Vlieger
alrighty
23 Jun 2020 8:51:43
John Vlieger
You know a Carl Baker in South Carolina?
2 Jul 2020 13:51:46
Cody Baker
No sure donâ€™t
2 Jul 2020 13:53:21
John Vlieger
2 Jul 2020 13:54:27
John Vlieger
you missed a hell of BGSL match
6 Jul 2020 13:06:07
John Vlieger
hot as all fuckin hell, but 12 stages. all short ish courses
6 Jul 2020 13:06:18
Cody Baker
I seen they was going to do that on fb I would say it was interesting
6 Jul 2020 13:57:26
John Vlieger
6 Jul 2020 13:58:11
John Vlieger
6 Jul 2020 13:58:15
John Vlieger
6 Jul 2020 13:58:20
John Vlieger
6 Jul 2020 13:58:28
Cody Baker
That would b fun actually kinda a IPSC feel to it
6 Jul 2020 14:00:11
John Vlieger

228

Exactly. It was just hot as FUCK

6 Jul 2020 14:00:50

Cody Baker

It was warm for sure!

6 Jul 2020 14:01:40

John Vlieger

you shooting Ashland this weekend?

14 Jul 2020 8:58:16

Cody Baker

Yea I think so

14 Jul 2020 9:26:24

Cody Baker

Iâ€™m gonna have to b finding some damn bullets b4 long

14 Jul 2020 9:28:24

John Vlieger

i got some coming in tonight. bought from everglades

14 Jul 2020 9:29:38

John Vlieger

i have like 200 rounds loaded. that is it

14 Jul 2020 9:29:49

Cody Baker

Ah I forgot bt everglades

14 Jul 2020 9:30:00

John Vlieger

got primers coming in tomorrow. im good on cases and powder. but primer and boolits are a pain. and we are a DEALER for most of them

14 Jul 2020 9:30:09

Cody Baker

Iâ€™ve got a couple k of primers I have some pistol primers if worst comes to worst

14 Jul 2020 9:31:03

Cody Baker

This is getting crazy

14 Jul 2020 9:31:14

John Vlieger

all i use is small pistol.

14 Jul 2020 9:33:39

John Vlieger

luckily my old neighbor is the warehouse manager for Midsouth. he's hooking me up

14 Jul 2020 9:33:54

John Vlieger

if i can get 15k components i'll be good for the rest of the year, i think

14 Jul 2020 9:34:06
John Vlieger
thank God shell shock is finally getting production back up and running enough to supply me
14 Jul 2020 9:34:44
Cody Baker
I might have to try some pistol b4 itâ€™s all said and done. Why u use pistol primers?
14 Jul 2020 9:36:18
John Vlieger
I use federal small pistol for everything. it goes off in EVERY THING. keep in mind i shoot minor sometimes, too. so, for example, in a lightened trigger CZ federal is needed. also, i've had primer depth issues in the past, so using federal gives me a sense of security
14 Jul 2020 9:39:41
Cody Baker
Yea I do like federal the best
14 Jul 2020 9:44:35
John Vlieger
19 Jul 2020 19:04:58
Cody Baker
19 Jul 2020 19:05:46
Cody Baker
I didnâ€™ c that coming
19 Jul 2020 19:08:59
John Vlieger
I kinda did
19 Jul 2020 19:09:06
John Vlieger
Just had a hunch
19 Jul 2020 19:09:13
Cody Baker
Ah
19 Jul 2020 19:09:24
John Vlieger
What happened on your second run through?
19 Jul 2020 20:13:15
Cody Baker
My gun took a bad shit on almost every stage
19 Jul 2020 20:14:24
John Vlieger

230

The fuck
19 Jul 2020 20:15:49
Cody Baker
Gun just gettn too dirty plus with those rmr bullets I can't eject a love round out with my ejector
19 Jul 2020 20:19:08
John Vlieger
Ouch. Fucking ouch. I know Hyder cuts ten thou off his ejector for that reason
19 Jul 2020 20:19:36
Cody Baker
Yea I still have some tweaking to do on it just haven't had time yet, I didn't think it was going to b a big deal today, I was just at the range yesterday n things was running great but I guess I should have cleaned it some last night
19 Jul 2020 20:27:27
Cody Baker
I'm gonna go up a coil or 2 on my recoil spring too, I'm just tired of shit not running
19 Jul 2020 20:28:48
Cody Baker
It's time to get serious now n quit fucking around with shit
19 Jul 2020 20:29:53
John Vlieger
Yep. I just fucked around with recoil springs for a few minutes out back. I've decided the gun runs great as it is. It's my wrist holding me back, mentally . Only thing for it is to train, ignore it, and grind it out
19 Jul 2020 20:30:58
Cody Baker
Yep, did u say u was running 3 buffs?
19 Jul 2020 20:31:41
John Vlieger
Yeah
19 Jul 2020 20:31:46
John Vlieger
7 pound minus 6? I think
19 Jul 2020 20:31:53
John Vlieger
Gonna play with a few more coils cut this week, but leaving the rest alone
19 Jul 2020 20:32:19
Cody Baker
I may try 3 I have never tried it b4. Today was 7 lb minus 11 with 2 buffs. Minus 10 is usually about the max I've been able to get away with

231

19 Jul 2020 20:33:52
John Vlieger
Might change a little with another buff. Only one way to know
19 Jul 2020 20:34:16
John Vlieger
Not saying I WOULD
19 Jul 2020 20:36:03
Cody Baker
I would say Iâ€™l have a extremely hard time getting it to run with buffs bc I like to keep my mag lips pretty tight to keep some pressure off the disco ramp but I could open them up a few thou n get it running
19 Jul 2020 20:37:59
Cody Baker
We on 305 for a5
31 Jul 2020 19:12:16
Cody Baker
304
31 Jul 2020 19:19:01
John Vlieger
Already there
31 Jul 2020 19:19:10
Cody Baker
31 Jul 2020 19:19:31
John Vlieger
Glad we got that figured out. I'm at a friend's house drinking and totally forgot about registering
31 Jul 2020 19:42:42
Cody Baker
Haha I hear ya there
31 Jul 2020 19:43:09
John Vlieger
You gonna be at Area 6,bro?
24 Aug 2020 19:39:17
John Vlieger
Missed you at 8
24 Aug 2020 19:39:22
Cody Baker
Prolly not, but Iâ€™m gettn back at it hardcore took little over a month off shot today actually. I will b at a5 though. Yea I missed shooting with everybody just had to take a little time off
24 Aug 2020 19:48:57

John Vlieger
I hear you, man. You do you. Be ready for Nats
24 Aug 2020 19:49:20
Cody Baker
Will do buddy
24 Aug 2020 19:49:32
John Vlieger
Still not going to A6?
28 Aug 2020 19:18:08
Cody Baker
No a6 but Iâ€™ll b at a5 hopefully by then I can get some damn bullets. Found some plated bullets for the time being
28 Aug 2020 19:24:01
John Vlieger
Holy shit, dude
28 Aug 2020 19:27:37
John Vlieger
You been slacking
28 Aug 2020 19:27:41
John Vlieger
Don't you know we're in a shortage?
28 Aug 2020 19:27:47
John Vlieger
I got all my match ammo loaded, and like 3k components extra
28 Aug 2020 19:28:06
Cody Baker
Yea I took a little break n there wasnâ€™t nothing to b found haha
28 Aug 2020 19:38:19
Cody Baker
Thatâ€™s good in these times
28 Aug 2020 19:38:44
John Vlieger
Yeah. Kinda glad I'm taking two or three months off after
28 Aug 2020 19:41:39
John Vlieger
Nats
28 Aug 2020 19:41:40
Cody Baker
I thinks itâ€™s a good thing
28 Aug 2020 19:57:07
John Vlieger

Always is
28 Aug 2020 20:01:16
John Vlieger
Wrist surgery makes it easier
28 Aug 2020 20:01:22
Cody Baker
Yea it tgat case itâ€™s a must
28 Aug 2020 20:20:32
John Vlieger
Dude. A6 was weird
30 Aug 2020 16:00:23
Cody Baker
How so?
30 Aug 2020 16:02:00
John Vlieger
Choppy AF
30 Aug 2020 16:07:09
Cody Baker
Iâ€™ve seen a couple stages on fb didnâ€™t look all tgat great
30 Aug 2020 16:08:26
John Vlieger
Meh. It was alright
30 Aug 2020 16:10:45
John Vlieger
Hot as balls
30 Aug 2020 16:10:48
John Vlieger
Rained a little
30 Aug 2020 16:10:51
John Vlieger
But, shot twelve stages 730-3pm
30 Aug 2020 16:11:03
John Vlieger
So, it flowed at least
30 Aug 2020 16:11:07
Cody Baker
That is freaking moving!!
30 Aug 2020 16:11:49
John Vlieger
The area 5 stages look pretty straight forward
7 Sep 2020 19:01:58

234

John Vlieger
Good options
7 Sep 2020 19:02:03
Cody Baker
They do look pretty legit
7 Sep 2020 20:15:40
John Vlieger
I spent 6 hours helping build em today
7 Sep 2020 20:16:00
John Vlieger
Lol
7 Sep 2020 20:16:02
John Vlieger
I ain't talking about the match book, bruh
7 Sep 2020 20:16:14
John Vlieger
7 Sep 2020 20:16:23
Cody Baker
Ah nice! Now thatâ€™s what Iâ€™m tlkn bt im looking forward to shooting it
7 Sep 2020 20:17:05
John Vlieger
Ha. Those targets are for a height reason. They're gonna be like 4 yards away,
7 Sep 2020 20:20:33
John Vlieger
But, good mix of options, and enough partials to make you think
7 Sep 2020 20:20:48
Cody Baker
Oh I gotcha, good to have options always makes things more interesting
7 Sep 2020 20:21:37
John Vlieger
8 Sep 2020 19:47:21
Cody Baker
Lord have mercy thatâ€™s thatâ€™s gonna take a bit but at least u caught it
8 Sep 2020 20:07:50
John Vlieger
Too bad I didn't catch it before A6
8 Sep 2020 20:08:40
John Vlieger
Three malfs. Failure to go into battery. Then it clicked
8 Sep 2020 20:08:53
Cody Baker

Damn dude didnâ€™t know all that

8 Sep 2020 20:09:56

John Vlieger

Wouldn't have changed much I don't think

8 Sep 2020 20:15:47

John Vlieger

But, sucks anyway

8 Sep 2020 20:15:52

Cody Baker

Yea itâ€™s never fun having malfunctions at a match

8 Sep 2020 20:20:51

John Vlieger

Ya don't say?

8 Sep 2020 20:21:00

Cody Baker

Haha I know plenty bt having malfunctions at matches

8 Sep 2020 20:21:29

John Vlieger

You get that shit figured out for A5?

8 Sep 2020 20:21:50

Cody Baker

Built another gun over Sunday and yesterday shot it some in the yard today, gonna hit the range for the next 3 days with it

8 Sep 2020 20:23:52

John Vlieger

You're fucking stupid

8 Sep 2020 20:24:19

Cody Baker

Lol ðŸ˜‚

8 Sep 2020 20:26:06

John Vlieger

I'm done sugar coating it for you

8 Sep 2020 20:26:28

John Vlieger

You're a national fucking champion. Get it together

8 Sep 2020 20:26:43

John Vlieger

That's a little harsh, but you know what I mean

8 Sep 2020 20:30:13

Cody Baker

Yea I know... I just had to take a little bit of time to get the fire and the drive back over the last few weeks and was sick and tired of trying things that wouldnâ€™ run quite right and have a runner now and am ready to get at it hardcore
8 Sep 2020 20:30:42
John Vlieger
Good
8 Sep 2020 20:30:57
Cody Baker
But ur exactly right
8 Sep 2020 20:31:05
John Vlieger
I'm ready for the season to be over
8 Sep 2020 20:31:07
John Vlieger
Might drop out of Georgia
8 Sep 2020 20:31:14
Cody Baker
When is ga?
8 Sep 2020 20:31:25
John Vlieger
Sep 26th
8 Sep 2020 20:31:54
John Vlieger
Wrist is killing me
8 Sep 2020 20:32:11
Cody Baker
Take some time dude get healed up for nats
8 Sep 2020 20:33:09
John Vlieger
Time ain't gonna fix it.
8 Sep 2020 20:33:17
John Vlieger
And dropping out is about time for me and Nats, not the wrist
8 Sep 2020 20:33:33
John Vlieger
I'll probably shoot it. Just not looking forward to it
8 Sep 2020 20:33:54
John Vlieger
Big part is I've been running ragged recently
8 Sep 2020 20:34:03
John Vlieger

Drove to Alabama Friday, shot SS Nats Saturday, drove back Sunday, spent most of the day on the range setting up A5, then walk into almost 300 orders at SC
8 Sep 2020 20:34:37
John Vlieger
So, been a bit busy
8 Sep 2020 20:34:43
Cody Baker
I gotcha dude itâ€™s not fun not looking forward to shooting a match but it might change once u get down to it n start shooting it
8 Sep 2020 20:35:25
Cody Baker
Holy shit! Yea u. Have been running on the edge
8 Sep 2020 20:35:40
John Vlieger
A little. Glad A5 is local. Then short drive for Indiana, and slightly longer one for GA
8 Sep 2020 20:36:34
Cody Baker
Damn yea I didnâ€™ realize u had Indiana jammed in there also
8 Sep 2020 20:38:50
John Vlieger
14 Sep 2020 19:25:44
John Vlieger
Need me to lend you some?
14 Sep 2020 19:25:50
John Vlieger
PD 124s
14 Sep 2020 19:25:55
John Vlieger
Just got 7k in today
14 Sep 2020 19:26:04
Cody Baker
Actually was able to order some bullets from Everglades today got a couple thousand of those so thatâ€™l hold me over for a bit. I really appreciate it though dude
14 Sep 2020 20:24:02
John Vlieger
14 Sep 2020 20:24:08
John Vlieger
Also, called it
14 Sep 2020 20:26:35
John Vlieger
14 Sep 2020 20:26:38

238

John Vlieger
14 Sep 2020 20:26:40
John Vlieger
From our last stage
14 Sep 2020 20:26:46
Cody Baker
Thereâ€™s always ppl around wanting to offer criticism
14 Sep 2020 20:34:41
John Vlieger
Yep. I posted that stage because it was my best performance. Gotta take the bad with the good
14 Sep 2020 20:39:11
Cody Baker
Yea it was a damn good stage
14 Sep 2020 20:39:58
John Vlieger
25 Sep 2020 10:59:22
Cody Baker
Nice!!
25 Sep 2020 19:34:21
John Vlieger
The machining on the new Lyman made shell plates is intense
25 Sep 2020 19:34:37
John Vlieger
I've dinged two or three of my stations up somehow. And they've made small changes /updates, so I ordered a new one
25 Sep 2020 19:35:23
Cody Baker
Yea thatâ€™s pretty slick looking
25 Sep 2020 19:35:52
John Vlieger
https://nroi.org/ro-best-practices/proper-popper-attitude/?fbclid=IwAR08vGhPyMO3Om3R8009CBS5q256g8zezj5XzjtqKIXgCGXJa fah4k-FeNg
8 Oct 2020 13:50:38
Cody Baker
Lol maybe the ros might do a little better now instead of just waiting for someone to call for calibration and getting popper fucked
8 Oct 2020 14:03:57
John Vlieger
one can hope, but i aint betting on it

8 Oct 2020 14:06:45
John Vlieger
"What concerns us even more is the stories we hear about RO attitudes in relation to popper adjustment. If a competitor is concerned that a popper might be getting heavy and asks for a popper to be checked, go check the popper and donâ€™t be a jerk about it. In reality, if a competitor is pointing out an issue, it might mean that the stage staff are neglecting their duties. "
8 Oct 2020 14:06:57
John Vlieger
it's almost like I've shot more matches in five years than most people shoot in 10. i see something fucky, im saying something
8 Oct 2020 14:07:22
Cody Baker
Thatâ€™s exactly right thatâ€™s just like a5
8 Oct 2020 14:07:55
John Vlieger
i was gonn ask you if it sounded familiar
8 Oct 2020 14:08:14
Cody Baker
Haha yea I remember
8 Oct 2020 14:09:26
John Vlieger
28 Oct 2020 15:53:12
John Vlieger
Look at my left hand
28 Oct 2020 15:53:16
Cody Baker
Haha thatâ€™s crazy looking
28 Oct 2020 16:04:50
John Vlieger
we both need a tan
28 Oct 2020 16:05:31
Cody Baker
True dat
28 Oct 2020 16:05:46
John Vlieger
28 Oct 2020 17:58:38
John Vlieger
I had to remind people that you don't "always" kick my ass
28 Oct 2020 17:58:49
John Vlieger

Just most of the time
28 Oct 2020 17:59:10
Cody Baker
Haha, toms a pretty good dude
28 Oct 2020 18:00:41
John Vlieger
hey man
24 Nov 2020 14:28:13
John Vlieger
we are expecting some primers in the next week
24 Nov 2020 14:28:31
John Vlieger
Fed SPP, CCI SPP, and a little CCI SRP
24 Nov 2020 14:28:45
John Vlieger
in store pick up only
24 Nov 2020 14:28:58
John Vlieger
not gonna be pre-covid pricing, but around $43-45/k
24 Nov 2020 14:29:17
Cody Baker
Nice! Thanks for the heads up! Hopefully components will start to trickle though
24 Nov 2020 14:54:57
John Vlieger
one can hope. all i know is with this shipment ill have 50k primers on hand for next year. should be enough
24 Nov 2020 14:55:53
John Vlieger
i wont be pulling a trigger until march, anyhow
24 Nov 2020 14:56:44
Cody Baker
Yea thatâ€™s a good place to b right now. I have under 3k of Michigan matched primers some rifle and some pistol Iâ€™m gonna start shooting all pistol when things are available
24 Nov 2020 14:58:02
John Vlieger
ill let you know when the primers are up for sale.
24 Nov 2020 14:58:32
John Vlieger
5k limit per brand
24 Nov 2020 14:58:37

241

John Vlieger
so, 10k total limit.
24 Nov 2020 14:58:46
Cody Baker
Yea Ull have some down time for sure. Speedy recovery though dude!
24 Nov 2020 14:59:00
Cody Baker
Awesome! Thanks buddy!
24 Nov 2020 14:59:10
John Vlieger
thanks, man. rough start
24 Nov 2020 14:59:14
John Vlieger
and no problem. cant beat you next year if you aint shooting ;)
24 Nov 2020 14:59:38
Cody Baker
Iâ€™m gonna work hard this winter gettn everything set up gats and stuff so all I have to do is just focus on the training hard all year
24 Nov 2020 15:00:59
John Vlieger
16 Dec 2020 12:39:52
John Vlieger
Warwick tactical slide
16 Dec 2020 12:41:09
Cody Baker
It does look pretty good
16 Dec 2020 12:42:57
John Vlieger
and priced competitively
16 Dec 2020 12:44:47
Cody Baker
Thatâ€™s good to have options
16 Dec 2020 12:45:15
John Vlieger
18 Dec 2020 10:42:21
Cody Baker
Oh nice! Hell thereâ€™s all kind of goodies coming out
18 Dec 2020 10:46:59
John Vlieger
24 Dec 2020 11:08:54
Cody Baker

242

Awesome! Hopefully itâ€™l do good in the long term
24 Dec 2020 11:10:08
John Vlieger
from everything I've been told, im very hopeful
24 Dec 2020 11:10:29
Cody Baker
Iâ€™m excited for it hopefully they knock it put of the park
24 Dec 2020 11:11:40
John Vlieger
I'm not going to worry about it until I can pull a trigger again
24 Dec 2020 11:12:09
John Vlieger
but, the way I'm healinig right now, that might be in Feb
24 Dec 2020 11:12:17
Cody Baker
Thatâ€™s awesome dude glad to hear that! U was thinking it wasnâ€™t going to b till March right?
24 Dec 2020 11:13:45
John Vlieger
yep. I feel better now than I did a month after the last one. we will see in two weeks when the cast comes off
24 Dec 2020 11:14:13
Cody Baker
Nice! Thatâ€™s great news!
24 Dec 2020 11:14:54
John Vlieger
I'm hopeful. and thanks, man. Merry Christmas!
24 Dec 2020 11:17:08
Cody Baker
Merry Christmas dude
24 Dec 2020 11:17:31
Cody Baker
Buckeye blast registration is open Iâ€™m on 302
1 Jan 2021 20:43:47
John Vlieger
Squadded. Thanks for the heads up
1 Jan 2021 20:57:20
Cody Baker
No prob
1 Jan 2021 21:02:29
John Vlieger

6 Jan 2021 20:27:24
John Vlieger
At least it's closer
6 Jan 2021 20:27:39
Cody Baker
Oh yea, thatâ€™l b nice!
6 Jan 2021 20:41:45
John Vlieger
Unfortunately I don't think I'll make it this year. Surgery and all. Best case scenario I'll have about 3 weeks to train up, and probably still in pain. Got other stuff going on, too. Going to plan for single stack Nats to be my first major of the year
7 Jan 2021 21:26:27
Cody Baker
I hear ya man it is pretty early
7 Jan 2021 21:29:01
John Vlieger
I have components either on hand, or inbound for 45-50k rounds. No point in wasting them when I'm not able to compete at the level I expect
7 Jan 2021 21:29:53
Cody Baker
They are deff hard to come by now a days
7 Jan 2021 21:34:21
John Vlieger
No shit. Ha
7 Jan 2021 21:34:43
John Vlieger
you need starline certs? got a buddy selling some
8 Jan 2021 9:45:21
Cody Baker
Iâ€™m good right now thanks though
8 Jan 2021 10:30:27
John Vlieger
no prob, dude
8 Jan 2021 10:38:02
John Vlieger
Kentucky state registration opens at 7pm eastern
15 Jan 2021 18:52:32
Cody Baker
Ok thx dude
15 Jan 2021 18:53:00
John Vlieger

Shooting Sunday?
15 Jan 2021 19:02:07
Cody Baker
Yea
15 Jan 2021 19:02:12
John Vlieger
15 Jan 2021 19:02:14
Cody Baker
On on 21
15 Jan 2021 19:03:02
John Vlieger
Same
15 Jan 2021 19:04:52
Cody Baker
Good deal
15 Jan 2021 19:05:05
John Vlieger
Oh, and between you and I
15 Jan 2021 19:05:23
John Vlieger
Kkm has one of my guns right now
15 Jan 2021 19:05:29
John Vlieger
He's gonna prototype and install a tungsten hybrid
15 Jan 2021 19:05:44
Cody Baker
Oh nice dude Iâ€™l b anxious to hear what comes of that!
15 Jan 2021 19:06:07
John Vlieger
Me too. He's doing one up in steel first. Then trying tungsten. Still IMM length
15 Jan 2021 19:07:01
John Vlieger
I'm not shooting any majors until SS Nats, so I got time
15 Jan 2021 19:07:27
Cody Baker
Hopefully things will work out with it I think itâ€™l b pretty bad ass
15 Jan 2021 22:16:53
John Vlieger
Same. Trying a 2 port comp on it to try for reliability. Less weight, closer to the barrel. Titanium
15 Jan 2021 22:20:17

245

Cody Baker
I think thatâ€™l b a pretty good ballance of barrel weight
15 Jan 2021 22:23:33
Cody Baker
But deff slightly slower impulse
15 Jan 2021 22:24:12
John Vlieger
I'm going to be starting from scratch a little, so if a change is going to be made now is the time
16 Jan 2021 10:08:17
John Vlieger
But my wrist is healing up pretty well, man. Definitely better than the last one
16 Jan 2021 10:08:37
Cody Baker
Yes it will b a good time to make changes but you wonâ€™ have any probs getting use to it
16 Jan 2021 10:14:02
Cody Baker
Thatâ€™ great news!
16 Jan 2021 10:14:08
John Vlieger
playing around in CO?
18 Jan 2021 14:20:38
Cody Baker
Yea I think Iâ€™m gonna play with it some, I bought a x5 the other day thinking real hard about shooting co and open nats
18 Jan 2021 14:35:27
John Vlieger
It's worth it
18 Jan 2021 14:46:27
Cody Baker
I think itâ€™l really help having to focus more on points
18 Jan 2021 16:34:35
John Vlieger
Yep. I shot much fewer deltas than I thought I would in open after shooting CO
18 Jan 2021 18:05:11
Cody Baker
Iâ€™m gonna play with it some throughout the year too I think
18 Jan 2021 18:06:22
John Vlieger
21 Jan 2021 15:21:49

246

John Vlieger
Interesting take
21 Jan 2021 15:21:54
John Vlieger
Don't know if I agree with it
21 Jan 2021 15:22:41
Cody Baker
I donâ€™t agree with it thatâ€™s just not how I think about things.
21 Jan 2021 15:27:18
John Vlieger
I mean, i get it. but...a match is a match. your fellow competitors are gonna be at the next one, regardless of who wins or loses
21 Jan 2021 15:27:51
John Vlieger
so, share. shit, man. he's asked me for stage plans before!
21 Jan 2021 15:28:19
John Vlieger
many times! i think this might just be him trying to post something engaging? no idea
21 Jan 2021 15:28:39
John Vlieger
I even talk stage plans with Sailer, for shits sake
21 Jan 2021 15:28:54
Cody Baker
I get it too, but I just like bouncing ideas off each other I will tell anybody what Iâ€™m gonna do or even after I shot I will tell anybody what I wish I woulda done
21 Jan 2021 15:30:40
Cody Baker
It could just b something to get engaged with the ppl
21 Jan 2021 15:31:10
John Vlieger
26 Jan 2021 20:51:09
John Vlieger
You get an email invite?
26 Jan 2021 20:51:16
Cody Baker
I havenâ€™t got anything
26 Jan 2021 20:54:29
Cody Baker
U?
26 Jan 2021 20:54:34
John Vlieger

247

Did you qualify for a world shoot slot?
26 Jan 2021 20:54:43
John Vlieger
And yeah
26 Jan 2021 20:54:47
John Vlieger
Well, keep an eye out, man. This would be a great shoot before Nats, regardless
26 Jan 2021 20:55:23
John Vlieger
I'd have this in September, Nats in October, then WS. So, I'm down.
26 Jan 2021 20:55:48
John Vlieger
Had to clear it with the wife first... That's her birthday
26 Jan 2021 20:55:59
Cody Baker
I didnâ€™t try to qualify for a slot for world shoot.
26 Jan 2021 20:57:02
Cody Baker
Is this going to b a diff match than the one that got canceled in 2020
26 Jan 2021 20:57:23
John Vlieger
But you shot the required matches, right?
26 Jan 2021 20:57:24
John Vlieger
I think it's the same? Not sure. And didn't know it got canceled
26 Jan 2021 20:57:38
John Vlieger
26 Jan 2021 20:58:30
Cody Baker
Yes I shot the required matches but had bad gun probs at Uspsa nats 2018 and IPSC nats 2018 so my placements wasnâ€™t well at those matches
26 Jan 2021 20:58:43
John Vlieger
Well just the same, keep an eye out, man. Love to squad with your ass, and you know it
26 Jan 2021 20:59:12
Cody Baker
Ok I doubt Iâ€™l get one but Iâ€™l keep an eye out
26 Jan 2021 21:00:13
Cody Baker
The match got postponed till this year the one that I was registered for

248

26 Jan 2021 21:00:34
Cody Baker
Itâ€™s a different match
26 Jan 2021 21:01:17
Cody Baker
The one I registered for in the pan American extreme open
26 Jan 2021 21:02:22
John Vlieger
Why did it get canceled?
26 Jan 2021 21:03:11
Cody Baker
COVID
26 Jan 2021 21:03:20
Cody Baker
They postponed it till this year
26 Jan 2021 21:03:32
Cody Baker
Itâ€™s in October though
26 Jan 2021 21:03:49
Cody Baker
At volusia
26 Jan 2021 21:03:57
John Vlieger
It got canceled last year Cu covid?
26 Jan 2021 21:04:31
John Vlieger
Cuz*
26 Jan 2021 21:04:35
John Vlieger
Sorry. I was thinking 2019
26 Jan 2021 21:04:45
Cody Baker
But Iâ€™ll kee an eye out for this one too, thx for the heads up
26 Jan 2021 21:06:00
John Vlieger
A5 registration opens in ten minutes
1 Feb 2021 18:50:24
John Vlieger
Sunday shooting?
1 Feb 2021 18:50:30
Cody Baker

249

Alrighty thx dude, yea Sunday is good for me
1 Feb 2021 18:50:59
John Vlieger
1 Feb 2021 18:51:08
Cody Baker
Iâ€™m on 22
1 Feb 2021 19:03:38
John Vlieger
20 Feb 2021 10:32:53
John Vlieger
20 Feb 2021 10:33:07
John Vlieger
20 Feb 2021 10:33:09
Cody Baker
Hahahah
20 Feb 2021 10:43:32
John Vlieger
you planning to shoot A8?
2 Mar 2021 15:21:16
Cody Baker
I kinda doubt it but not completely sure yet
2 Mar 2021 16:25:05
John Vlieger
So, March 31st will be my last day at Shooters Connection
11 Mar 2021 14:19:40
Cody Baker
Oh really ?!
11 Mar 2021 14:25:56
John Vlieger
yeah. its being kept quiet for now. going to work full time at Mark 7. gotta work/live
in florida for 6 months or so, but then its (hopefully) work from home here in Ky after
that
11 Mar 2021 14:26:28
Cody Baker
Nice man congratulations Iâ€™m happy for ya. I think youâ€™ll like it
11 Mar 2021 14:30:33
John Vlieger
me too. been working on this for like 6 months. got the offer yesterday
11 Mar 2021 14:30:54
Cody Baker
So will you b setting up machines n stuff like that?

250

11 Mar 2021 14:33:16
John Vlieger
for training, yeah, but the job title is Tech Services. So, tech support for M7, teaching on site classes, and eventually travel to commercial clients and servicing machines.
11 Mar 2021 14:33:53
John Vlieger
same title as Tom Carlson
11 Mar 2021 14:34:11
John Vlieger
except he will be senior to me, obviously
11 Mar 2021 14:34:21
Cody Baker
Oh ok that sounds like a pretty cool job for sure
11 Mar 2021 14:36:37
John Vlieger
its got somewhere to go, man. nowhere for me to go here. loved working here, and leaving with no bad blood. just time to move on
11 Mar 2021 14:37:53
Cody Baker
Oh absolutely, I completely understand. Anytime you have a chance to better yourself or situation you should go for it
11 Mar 2021 14:40:03
John Vlieger
and you know as well as i do, there are going to be one or two people who will think I quit because of Chuck, or i got fired.
11 Mar 2021 14:40:41
Cody Baker
Oh yea thereâ€™s always gonna b those type of ppl out there
11 Mar 2021 14:45:41
John Vlieger
Always
11 Mar 2021 14:46:48
John Vlieger
biggest thing for me is I get to keep the house/property for now. i love living out there, man. close enough to civilization, but 18 acres to do whatever the hell I want with
11 Mar 2021 15:04:44
Cody Baker
Yea youâ€™re all set up where you are I wouldnâ€™t want to leave either
11 Mar 2021 15:20:47
John Vlieger

251

and i just spent 10 days building a fucking in-garage shop!
11 Mar 2021 15:21:11
John Vlieger
11 Mar 2021 15:21:25
John Vlieger
11 Mar 2021 15:22:07
Cody Baker
Oh hell yea thatâ€™s a real nice set up
11 Mar 2021 15:23:32
John Vlieger
thats gonna be my office, after I get to work from home. in theory anyhow.
11 Mar 2021 15:23:51
John Vlieger
i can chrono inside, now
11 Mar 2021 15:23:54
Cody Baker
Thatâ€™ll make a nice office for sure. That would b real nice being able to chrono inside
11 Mar 2021 15:25:39
John Vlieger
its a gimmick. ill do it once for a video. much easier to just step outside and chrono next to the building. i added the window so id have natural light for the office.
11 Mar 2021 15:36:19
Cody Baker
It would b nice if you had to chrono when it is raining or something like that
11 Mar 2021 16:11:10
John Vlieger
for sure, but still, more gimmick than anything
11 Mar 2021 16:11:23
John Vlieger
not like im chronoing every day or anything
11 Mar 2021 16:11:36
John Vlieger
the main benefit is heated, cooled, insulated, well lit, and dry
11 Mar 2021 16:12:04
Cody Baker
Very true
11 Mar 2021 16:12:21
John Vlieger
and, way more secure.
11 Mar 2021 16:12:44

Cody Baker

I chrono a lot where I like to keep my stuff kinda close to pf and I donâ€™t ever keep ammo loaded so b4 every major Iâ€™m chronoing and loading ammo Iâ€™ve had to drag the ced out a bunch with infrared light so I could chrono after dark lol that actually happens quite a bit haha

11 Mar 2021 16:15:51

John Vlieger

you know me. i like to be around 1,380 FPS. so, that is close to 50 FPS over where I need to do. I dont load a ton in advance, but I'll load like 1500 rounds of "match" ammo, verify chrono, then set it aside for the next 3 majors. practice ammo I have less quality control on and crank out 2k at a time, usually

11 Mar 2021 16:17:03

John Vlieger

i think the most ammo ive had on hand at once is like 5k rounds of practice ammo leading up to nats last year

11 Mar 2021 16:17:19

Cody Baker

I always say every year Iâ€™m gonna load a bunch up to have it in hand and never do. But it would b super nice to have 20k practice ammo loaded up on hand

11 Mar 2021 16:19:53

John Vlieger

Same. For me it's cases. I get shell shock for free, 5k at a time

11 Mar 2021 16:20:25

Cody Baker

Itâ€™s prolly just a combination of things for me. Thatâ€™s a big chunk of money just for components to load 20k

11 Mar 2021 16:22:07

John Vlieger

Especially in the current market

11 Mar 2021 16:23:57

Cody Baker

Absolutely

11 Mar 2021 16:24:06

John Vlieger

I have about $16k worth of gunbroker price primers in my garage...

11 Mar 2021 16:24:41

Cody Baker

Oh wow those are the high dollar ones

11 Mar 2021 16:25:25

John Vlieger

$350 a K on gun broker

11 Mar 2021 16:25:44
John Vlieger
I didn't pay that. But that's what they're selling for
11 Mar 2021 16:25:51
Cody Baker
Dagon that's crazy!!
11 Mar 2021 16:26:01
John Vlieger
I'm still planning on shooting KY, Ohio, and A5 in case you were wondering.
11 Mar 2021 21:16:44
John Vlieger
Gonna cancel plans for a few majors, but only a few
11 Mar 2021 21:16:53
Cody Baker
I'm gonna try my best to b there as well
11 Mar 2021 21:18:03
John Vlieger
23 Mar 2021 14:39:12
Cody Baker
That's a nice looking gun for sure
23 Mar 2021 15:22:27
John Vlieger
best looking gun I own, at the moment
23 Mar 2021 15:23:33
Cody Baker
I seen pat put some pics of it up the other day n thought it was a real sharp gun
23 Mar 2021 15:24:33
Cody Baker
Classic look but good looking
23 Mar 2021 15:25:13
John Vlieger
exactly. not gaudy, but still sharp.
23 Mar 2021 15:25:55
John Vlieger
You ever get that Mark 7 press?
9 Apr 2021 12:25:13
Cody Baker
No I'm still using the old 1050
9 Apr 2021 12:36:48
John Vlieger
Even though you got that certificate?

9 Apr 2021 12:37:47
Cody Baker
Yea, I just never did get around to it
9 Apr 2021 12:59:59
John Vlieger
You ready for Ohio?
21 May 2021 22:32:24
Cody Baker
No dude I do t think Iâ€™m gonna make it. Been on a break lately donâ€™t really
have any supplies to shoot.
22 May 2021 8:02:32
John Vlieger
I can loan you 5k bullets and primer if you want, man
22 May 2021 8:03:47
John Vlieger
124 PD JHp, fed small pistol
22 May 2021 8:04:07
John Vlieger
At my house in KY still
22 May 2021 8:04:26
John Vlieger
I got my supplies down here in Florida otherwise
22 May 2021 8:04:37
Cody Baker
No dude I really appreciate it though
22 May 2021 8:05:01
John Vlieger
You sure? Won't be the same at Buckeye without the heat, man
22 May 2021 8:05:17
Cody Baker
Yea Iâ€™m sure, but like I said I really appreciate it, means a lot. Hell I havenâ€™t
really been shooting much at all lately been enjoying the break.
22 May 2021 8:08:48
John Vlieger
Well, fucking hell. Hope to shoot against you at some point this year, my friend. Do
you, and take care of yourself. If I can help, let me know. Seriously
22 May 2021 8:10:00
Cody Baker
Yea I will get back after it shortly. Hopefully b4 too long supplies will become maybe
a little available.
22 May 2021 8:12:11

255

Cody Baker
Thanks buddy!!
22 May 2021 8:12:15
John Vlieger
You're very welcome, man.
22 May 2021 9:16:46
John Vlieger
If you're going to withdraw, could you let Chuck Rucker know? Ryan Zamberlan would like to take your slot
22 May 2021 9:18:10
Cody Baker
Yea sure thing
22 May 2021 9:51:32
John Vlieger
What about Kentucky?
13 Jun 2021 19:26:08
John Vlieger
You coming out next weekend?
13 Jun 2021 19:26:17
Cody Baker
No dude Iâ€™m not going to make it next weekend either
13 Jun 2021 20:29:51
John Vlieger
Well, fuck
13 Jun 2021 20:43:15
John Vlieger
Hey, dude. I take it you're still on break?
4 Sep 2021 11:23:06
Cody Baker
Yea for right now
4 Sep 2021 13:45:15
John Vlieger
Fuuuuuuuck. Alright, man.
4 Sep 2021 13:47:03
John Vlieger
Hyder was trying to get on our squad for area 5 is why I ask. You're still on the squad
4 Sep 2021 14:02:09
Cody Baker
Was he wanting my spot
4 Sep 2021 14:04:57
John Vlieger

He was wanting on our squad. He didn't mention you
4 Sep 2021 14:05:14
Cody Baker
He can have it I guess if wants it
4 Sep 2021 14:06:03
John Vlieger
Alright, man. I'll tell Lafe about it. Still sucks you ain't shooting
4 Sep 2021 14:10:25
Cody Baker
Yea hopefully b4 long things will get back normalish and get back at it
4 Sep 2021 14:11:41
John Vlieger
Bro. You retired or something?
7 Feb 2022 10:24:08
Cody Baker
Lol I have been for a while with all the supplies so hard to get. Idk I might get back at it sometime
7 Feb 2022 10:31:00
John Vlieger
I'm struggling a bit. Luckily I have sources, but it's hard to justify the price man. I paid $80/k for 10k federal Spp the other day. And that was DISCOUNTED
7 Feb 2022 10:31:55
Cody Baker
Yea this stuff is ridiculous. I donâ€™t see the price going down in the near future either. Things wonâ€™t ever be like they use to be. But yea mainly just supplies is why I havenâ€™t been doin anything. I like to shoot a lot too and the stuff just isnâ€™t out there and when you can find a little everythingâ€™s just outrageous.
7 Feb 2022 10:36:15
Cody Baker
If a man only shot matches and didnâ€™t practice any I guess you could get by like that. I guess thatâ€™s what most ppl is doing or shooting reserves they had from when components was out there
7 Feb 2022 10:37:50
John Vlieger
Hope you're doing alright, meng. Miss seeing you on the range.
28 May 2022 15:52:43
Cody Baker
Oh yea man been doin good, hope you are as well. Yea Iâ€™m starting to miss it a little bit maybe before long Iâ€™ll get back into it
28 May 2022 16:05:21
John Vlieger

13 Jun 2022 14:11:48
John Vlieger
Finally one upped yoh
13 Jun 2022 14:11:51
John Vlieger
You
13 Jun 2022 14:11:53
Cody Baker
Oh thatâ€™s perfect
13 Jun 2022 14:15:45
John Vlieger
Well, yeah. Can't get much better than that
14 Jun 2022 10:40:04
John Vlieger
And man, you need to come out of retirement
14 Jun 2022 10:40:12
John Vlieger
Kentucky state is me and Rob Kusack for open GM
14 Jun 2022 10:40:21
John Vlieger
Last local match I beat the next guy by 27%. A hollow victory is still a victory, but come on
14 Jun 2022 10:40:52
Cody Baker
Iâ€™ve been thinking bt it some Iâ€™ve been enjoying the time off. I might get back into it next year
14 Jun 2022 11:06:35
John Vlieger
Looking forward to it, my friend
14 Jun 2022 11:18:25
Cody Baker
Yea me too
14 Jun 2022 11:25:31

EXHIBIT

19

exhibitsticker.com

## Eddie Garcia

John Vlieger
Hey, Eddie. It was great to get a chance to speak with you at SHOT show. Hope all is well with you. If you had time today I'd like to pick your brain about an open gun
12 Feb 2017 10:45:27
Eddie Garcia
Driving. 4807660092. Call me later.
12 Feb 2017 11:26:18
John Vlieger
Will do. I'll give you a call in the afternoon. Thanks, Eddie
12 Feb 2017 11:26:47
Eddie Garcia
10 Jun 2017 0:29:52
John Vlieger
Someone is cheating. That's flat as a pancake, brother. Trying something new or established design?
10 Jun 2017 7:15:54
Eddie Garcia
No. Just had a chance to film it in slow mode and I was sharing.
10 Jun 2017 11:07:50
John Vlieger
Nice, man. You're still on my short list for my next gun. You had the chance to see any of Pat Rafferty's work by chance? He's close to me and I like what I've seen. Wondering if there is anything I should know
10 Jun 2017 11:09:38
Eddie Garcia
It's all good. Never heard of him till Solan told me she was waiting for her gun from him. Never seen any of his work. Sorry
10 Jun 2017 11:56:34
John Vlieger
You wouldn't happen to have the saami specs for 38 SC handy would you? Can't seem to find the actual rim diameter for example. Wanted to reference the saami drawings for the dimensions
12 Jul 2017 18:06:44
Eddie Garcia
Depth or width or the camber.
12 Jul 2017 18:09:38
John Vlieger
Mainly the rim diameter and rim dimensions compared to 38 super. Talking with an ammo manufacturer and I think they're using the wrong measurements

12 Jul 2017 18:10:25
Eddie Garcia
7 Sep 2017 15:18:24
John Vlieger
Nice
7 Sep 2017 19:10:25
Eddie Garcia
14 Sep 2017 20:34:37
John Vlieger
Dude. I'm not made of money. You and I both know I'd like to own one of your guns, but I got a mortgage to pay, brother! Ill have shot 20 majors this year! I'm about to be buying my food in the instant ramen aisle and you're here tempting me!
14 Sep 2017 22:06:56
Eddie Garcia
Hahahah. Trust me we both are not made of money. I'm glad u like it. One day u have to test fire one. I know max Michel loves the one I did for him.
14 Sep 2017 22:11:27
John Vlieger
Max Michel also has won multiple titles with a basically bone stock Bedell.
14 Sep 2017 22:12:43
John Vlieger
I'm hoping to make it out to area 1 next year, maybe see you there? Or Nats I'll have to test one
14 Sep 2017 22:13:05
John Vlieger
Serious question for you. Have you heard of shell shock tech cases?
14 Sep 2017 22:13:23
John Vlieger
Do you think the open shooters would be receptive to a shell shock tech 38 SC case. Say, at 10-12 cents a piece
14 Sep 2017 22:14:24
John Vlieger
New resizing die and flaring die set required, but cheaper, stronger, and magnetic
14 Sep 2017 22:14:47
Eddie Garcia
Is that the two piece brass
14 Sep 2017 22:17:11
John Vlieger
Yup. I've shot around 7-9k of it in 9 major. No failures or failed chamber check
14 Sep 2017 22:17:41
Eddie Garcia

What's the advantages to that brass. Personally I wouldn't switch over.
16 Sep 2017 20:40:17
John Vlieger
Higher pressure rating for me, mainly. If the case does fail its further in the chamber at the "web". Lighter for airline travel, cheaper for new, lower SD, slightly higher case volume. A lot of advantages. I'm pushing them to make a 38 SC case
16 Sep 2017 21:03:19
John Vlieger
Need your opinion on something
8 Oct 2017 20:26:14
Eddie Garcia
Ok
8 Oct 2017 20:26:23
John Vlieger
8 Oct 2017 20:26:41
Eddie Garcia
The slide is crack
8 Oct 2017 20:27:04
John Vlieger
Thanks Dr obvious
8 Oct 2017 20:27:17
John Vlieger
What would cause this particular problem
8 Oct 2017 20:27:38
John Vlieger
Not a squib. Not a kaboom
8 Oct 2017 20:27:48
John Vlieger
Have video evidence of it being neither
8 Oct 2017 20:28:01
Eddie Garcia
8 Oct 2017 20:32:09
John Vlieger
Barrel appears to be fine
8 Oct 2017 20:32:11
Eddie Garcia
Crack on the other side to
8 Oct 2017 20:32:19
John Vlieger
Yup
8 Oct 2017 20:32:22

Eddie Garcia
That is very sever. This is the second slide I saw that crack sideways.
8 Oct 2017 20:33:48
John Vlieger
Reason?
8 Oct 2017 20:34:39
Eddie Garcia
Slides crack for many reason. Why did this one crack who knows thru pics. If ur going to rebuild the gun i wouldnâ€™t use the barrel. I would put a new one in. How does the locking lugs on the barrel look and slide.
8 Oct 2017 20:35:21
Eddie Garcia
8 Oct 2017 20:35:39
John Vlieger
8 Oct 2017 20:35:46
Eddie Garcia
Blow this pic up. U will see the locking lugs are rolled
8 Oct 2017 20:35:56
Eddie Garcia
Send the video
8 Oct 2017 20:36:12
John Vlieger
8 Oct 2017 20:36:43
Eddie Garcia
8 Oct 2017 20:38:08
Eddie Garcia
8 Oct 2017 20:38:59
Eddie Garcia
Wipe the barrel off. Send me a close up of the barrel and slide so I can see these
8 Oct 2017 20:39:22
John Vlieger
8 Oct 2017 20:41:23
Eddie Garcia
Was it raining.
8 Oct 2017 20:41:24
John Vlieger
All day
8 Oct 2017 20:41:32
Eddie Garcia
Your locking lugs are rolling.
8 Oct 2017 20:41:57

4

Eddie Garcia

Wipe the slide down and put a flash light on the locking lugs of the slide and send that pic

8 Oct 2017 20:42:22

Eddie Garcia

8 Oct 2017 20:43:49

John Vlieger

8 Oct 2017 20:44:41

Eddie Garcia

This is your barrel pic. Iâ€™m sure if u rub ur thumb nail over the edges towards the barrel u will feel a flange or pull up metal.

8 Oct 2017 20:44:46

Eddie Garcia

8 Oct 2017 20:45:56

John Vlieger

So, timing or fit

8 Oct 2017 20:46:26

Eddie Garcia

This is your slide. Can u see how the locking lugs are rolling and even being pulled forward towards the muzzle. Iâ€™m sure metal is pulling forward.

8 Oct 2017 20:46:46

Eddie Garcia

Yes.

8 Oct 2017 20:46:56

Eddie Garcia

How many rounds

8 Oct 2017 20:47:00

John Vlieger

15k on this slide

8 Oct 2017 20:47:11

John Vlieger

Maybe a little less

8 Oct 2017 20:47:19

Eddie Garcia

Ur lucky u got that much

8 Oct 2017 20:47:27

John Vlieger

Barrel has around 30 or 40

8 Oct 2017 20:47:35

Eddie Garcia

Barrel maybe harder than the slide. Normally they are softer than the slide. Doesnâ€™t matter now. But the gun die because it doesnâ€™t have timing. Why doesnâ€™t it have it. Donâ€™t know I donâ€™t have it.

8 Oct 2017 20:52:01

John Vlieger

Thanks Eddie. I appreciate your time and the info

8 Oct 2017 20:52:41

Eddie Garcia

No worries. Iâ€™m sorry this happen to u.

8 Oct 2017 20:52:57

John Vlieger

Me too, Eddie. Me too

8 Oct 2017 20:54:43

Eddie Garcia

Least the season is about over. Call Bobby and see what he can do for u or find someone else.

8 Oct 2017 20:55:37

John Vlieger

You and another accomplished Smith agree with it being timing. I wanted that information before I spoke with him in depth

8 Oct 2017 20:56:46

Eddie Garcia

No worries. It happens.

8 Oct 2017 20:58:32

Eddie Garcia

12 Oct 2017 17:08:19

Eddie Garcia

12 Oct 2017 17:09:11

Eddie Garcia

12 Oct 2017 17:09:12

Eddie Garcia

12 Oct 2017 17:10:15

Eddie Garcia

12 Oct 2017 17:10:16

Eddie Garcia

12 Oct 2017 17:10:16

Eddie Garcia

12 Oct 2017 17:10:17

Eddie Garcia

12 Oct 2017 17:10:40

Eddie Garcia

12 Oct 2017 17:10:41
John Vlieger
You're dangling steak in front of a poor man, Eddie. It's not very nice
12 Oct 2017 17:16:50
Eddie Garcia
So I take it u like.
12 Oct 2017 17:24:28
Eddie Garcia
12 Oct 2017 17:37:36
John Vlieger
What's not to like?!
12 Oct 2017 17:42:26
Eddie Garcia
12 Oct 2017 17:55:29
Eddie Garcia
12 Oct 2017 17:55:30
John Vlieger
12 Oct 2017 18:12:34
John Vlieger
Mine works fine! Why would I change?
12 Oct 2017 18:13:11
John Vlieger
What would you charge to fit a new top end? Barrel slide and comp
13 Oct 2017 19:07:12
Eddie Garcia
I charge 2500.00 for a new top end. Thatâ€™s me supplying everything.
16 Oct 2017 22:05:57
Eddie Garcia
Eddie sent an attachment.
22 Oct 2017 16:43:18
Eddie Garcia
23 Oct 2017 21:16:33
Eddie Garcia
31 Oct 2017 20:15:09
Eddie Garcia
Eddie sent an attachment.
8 Nov 2017 19:44:48
John Vlieger
hey, eddie. I work at shooters connection now and see we used to sell parts of yours. do you have plans to keep doing that or are you focused on gun building for now?
16 Nov 2017 13:03:56

Eddie Garcia
Congratulations. Course. If u want magwells and mounts. Happy to sell them to u
16 Nov 2017 13:34:52
John Vlieger
Chuck says he placed an order with you about a year ago, and we never received it. if
you feel that you can keep us in stock on those items we can go from there
16 Nov 2017 13:36:14
John Vlieger
its up to you, brother. if you think they'll sell we'd be happy to stock them again
16 Nov 2017 13:37:43
Eddie Garcia
Course. Who knows what happen a year ago. What do u need? Iâ€™ll see what Iï¸• got. They sell. Shooters connection gets them all the time. Are u the order dude now.
16 Nov 2017 13:43:42
John Vlieger
trying to be. all of us handle different manufacturers.
16 Nov 2017 13:51:27
Eddie Garcia
Gotcha. Iâ€™ll be dealing with u? Let me know what u guys want.
16 Nov 2017 13:55:38
John Vlieger
alright. and yeah, I'll let you know. thanks, eddie.
16 Nov 2017 13:57:28
John Vlieger
do you have an item list/sales list? like to know if youve added anything recently
16 Nov 2017 14:22:02
Eddie Garcia
Nothing new. Same old same old.
16 Nov 2017 14:36:44
John Vlieger
can you send over the item list again. don't know how i'd dig it out
16 Nov 2017 15:14:00
Eddie Garcia
What ur work address
21 Dec 2017 11:45:32
John Vlieger
804 S Broadway, unit 9, georgetown KY 40324
21 Dec 2017 12:03:51
Eddie Garcia
Sorry meant email. I found the email in the site. I forward my new ffl
21 Dec 2017 12:10:14

John Vlieger
ffl@shootersconnection.com
21 Dec 2017 12:21:25
John Vlieger
you wouldnt happen to know Mr Kupp over at STI, would you?
21 Dec 2017 13:48:38
Eddie Garcia
I know him very well
21 Dec 2017 14:13:30
John Vlieger
gonna level with you. getting STI back as a vendor would be frickin outstanding.
21 Dec 2017 14:14:18
John Vlieger
if there is any info you can pass on that might help that happen id be all ears
21 Dec 2017 14:21:22
Eddie Garcia
I can contact David for u if u like. What u want me to tell him.
21 Dec 2017 14:25:21
John Vlieger
if you could let him know that i'd like to speak with him about finding out what it will take to get back on board, I'd love to chat
21 Dec 2017 15:11:05
Eddie Garcia
Ok. Iâ€™l contact him.
21 Dec 2017 17:15:20
John Vlieger
Thanks, Eddie. Much appreciated
21 Dec 2017 17:17:37
Eddie Garcia
28 Dec 2017 18:53:09
Eddie Garcia
2 Jan 2018 23:10:27
Eddie Garcia
2 Jan 2018 23:10:27
Eddie Garcia
2 Jan 2018 23:10:30
Eddie Garcia
2 Jan 2018 23:10:30
Eddie Garcia
2 Jan 2018 23:10:33
Eddie Garcia

2 Jan 2018 23:10:35
Eddie Garcia
2 Jan 2018 23:10:36
John Vlieger
For me? You shouldn't have,
2 Jan 2018 23:10:55
John Vlieger
You can send it to shooters connection. I get free transfers there
2 Jan 2018 23:11:08
John Vlieger
I'll PayPal you shipping
2 Jan 2018 23:11:14
Eddie Garcia
Hahaha. I heard u are having a dude build u a new gun. I think solan builder? Also I got my sc order and u didnâ€™t make me any funny faces on it.
2 Jan 2018 23:11:57
John Vlieger
It slipped by me. Seriously. Sorry about that.
2 Jan 2018 23:12:20
John Vlieger
And yeah, Pat Rafferty. He's close and the time lines worked out. And he's building me a hybrid
2 Jan 2018 23:12:37
John Vlieger
2 Jan 2018 23:12:50
John Vlieger
2 Jan 2018 23:12:52
John Vlieger
That's the gun in front of me
2 Jan 2018 23:12:58
John Vlieger
Mine will be similar. Binary engineering comp, Rts2 on a Cheely mount, and cuts however he wants em
2 Jan 2018 23:13:28
John Vlieger
End of January delivery. I'll get a gun from you in the next few years, Eddie. You can count on that, but not right now unfortunately
2 Jan 2018 23:13:54
Eddie Garcia
I love how he did the v on the last port of the comp
2 Jan 2018 23:14:06

John Vlieger
Sloans gun runs, too, so I'm really looking forward to it
2 Jan 2018 23:14:31
Eddie Garcia
Dude itâ€™s all good. Iâ€™m not upset at all. Doesnâ€™t bother me one bit.
2 Jan 2018 23:14:53
John Vlieger
I know you're not. Just didn't line up. Life has been crazy for me lately. I close on 18 acres Friday, hopefully close on my old house same day. A lot going on. Moved my whole house last weekend and drove back and forth 3 times, 3 hours each way
2 Jan 2018 23:16:17
Eddie Garcia
I saw on Facebook. Iâ€™m so sorry to hear that. So truth. How is chuck to work for.
2 Jan 2018 23:17:07
John Vlieger
Better than a lot of bosses I've had in the past. Getting along fine. I'm definitely the most energetic guy there. Youngest by over a decade
2 Jan 2018 23:17:53
Eddie Garcia
Hahahahah. Congratulations. I hope it works great for u. Next time I want funny pics on my receipt.
2 Jan 2018 23:22:58
John Vlieger
You know it, bruddah
2 Jan 2018 23:23:14
John Vlieger
You shooting out my way any time soon?
2 Jan 2018 23:23:25
Eddie Garcia
Iâ€™m sure I will be. I normally donâ€™t decide until 30 days out from the match.
2 Jan 2018 23:23:55
John Vlieger
I've tried that. It usually ends up with me being squadded with the revolver shooters
2 Jan 2018 23:24:23
Eddie Garcia
Hahahahaha. I donâ€™t care who I shoot with. Me itâ€™s about getting in and out.
2 Jan 2018 23:24:53
John Vlieger
I hear yah. You make it out here ill have a private range and a spare bed ready for you
2 Jan 2018 23:25:26
Eddie Garcia

Now u have just change ur status in my book to badass
2 Jan 2018 23:27:59
John Vlieger
Hahaha. Good to know. Having a dozer come in and making a true 180 range. Might have a 200 ish yard rifle lane too.
2 Jan 2018 23:28:45
Eddie Garcia
God bless u. U living the dream
2 Jan 2018 23:29:04
John Vlieger
I'm taking nationals and the world shoot seriously. I have goals to work towards
2 Jan 2018 23:29:30
John Vlieger
50k rounds this year is the plan
2 Jan 2018 23:29:44
John Vlieger
Whatever Mark 7 is planning is on my radar. I have an educated guess on what it is, but still might just buy a 1050 for the mean time
2 Jan 2018 23:30:22
Eddie Garcia
U should wait until after shot show before u buy a 1050
2 Jan 2018 23:31:31
Eddie Garcia
U going to shot show.
2 Jan 2018 23:31:37
John Vlieger
My sources say april/may time frame for this new hotness. Nope. Chuck is, and it's because of Sandy. Otherwise he'd stay here.
2 Jan 2018 23:32:16
John Vlieger
I need a new press asap
2 Jan 2018 23:32:24
Eddie Garcia
U will want to wait for shot show. Iâ€™ll send u some pics when Iâ€™m there.
2 Jan 2018 23:32:54
John Vlieger
I have cash money in hand for it if it's worth it, but I need a new one sooner rather than later.
2 Jan 2018 23:33:07
Eddie Garcia
U can buy a 1050 then in a few weeks u will be wishing u listen to me.

2 Jan 2018 23:33:46
John Vlieger
I believe you, man. Seriously. But, my shoulder injury can't pull a press handle like it used to, and I need to shoot a lot
2 Jan 2018 23:33:53
John Vlieger
It's about the time line, not quality. I'm holding off until after shot for sure, but yeah. Can't wait three months. We're a dealer for Mark 7,and I'll get automation soon. It's about the when
2 Jan 2018 23:35:25
Eddie Garcia
When Iâ€™m at shot Iâ€™l send u some pics and videos. I think u will like
2 Jan 2018 23:37:11
John Vlieger
Lemme take some educated guesses.
2 Jan 2018 23:37:32
John Vlieger
Integrated automation out of the box. Progressive press. $3k price point without case and bullet feeder
2 Jan 2018 23:38:05
John Vlieger
Stand alone press available around $1,500
2 Jan 2018 23:38:36
Eddie Garcia
Not sure.
2 Jan 2018 23:38:41
John Vlieger
Alright. I'll wait and see and be ready to order a 1050 anyway when it is too late to help me load 3k a month
2 Jan 2018 23:39:34
Eddie Garcia
Hahahahahaha. Ok.
2 Jan 2018 23:39:50
Eddie Garcia
http://www.wcax.com/content/news/-South-Burlington-man-charged-with-pulling-a-knife-on-a-cabbie-467663143.html
5 Jan 2018 17:16:08
Eddie Garcia
6 Jan 2018 17:26:55
Eddie Garcia

The gun I just finish. Dude shooting 125 yards. First target 10â€¢ x20â€¢ . Second target 8â€¢
6 Jan 2018 17:26:59
Eddie Garcia
I talk to Sti about shooters connection. Itâ€™s not going to happen.
6 Jan 2018 19:24:09
John Vlieger
Did get say why?
6 Jan 2018 19:24:34
John Vlieger
He*
6 Jan 2018 19:24:43
John Vlieger
I know Chuck has been working on it for a while, too. Curious why they don't want to partner back up after we were doing $1 million a year in sales of their product
6 Jan 2018 19:25:25
Eddie Garcia
Whatever chuck did in the past to Sti hasnâ€™t been forgotten yet. I didnâ€™t get into it with Sti. But itâ€™s a sure no.
6 Jan 2018 19:27:34
John Vlieger
Interesting. I appreciate your attempt at it. Getting them back would be a good thing in a lot of ways, but finding out what exactly happened is hard. I have chucks side of the story, but not STI, and I'm stuck in a job where I have to find out who has history with who
6 Jan 2018 19:28:58
Eddie Garcia
I donâ€™t know what to tell u. But what I heard from their answer itâ€™s a certain no.
6 Jan 2018 19:30:22
John Vlieger
Gotcha. I'll keep working on it, I guess.
6 Jan 2018 19:31:26
Eddie Garcia
With Sti? Good luck. Itâ€™s never going to happen. Maybe if Sti sells again and get new owners. But till then. No
6 Jan 2018 19:32:23
John Vlieger
That strong of a no, huh? Must be to turn a nose up on those kind of sales. Geeze. It would be an amazing feather in my cap if I could do it, though, you have to admit
6 Jan 2018 19:34:08

John Vlieger
And this was all coming from Krupp?
6 Jan 2018 19:34:19
John Vlieger
Kupp*
6 Jan 2018 19:34:22
Eddie Garcia
Owner
6 Jan 2018 19:34:39
John Vlieger
Oh, snap
6 Jan 2018 19:34:45
John Vlieger
Now I'm really curious what their side of the story is
6 Jan 2018 19:37:59
Eddie Garcia
Talk to them at shot if u want. But I didn't get far in the convo. It was 2 minutes long. I told them I contact me and sc wants to get set up again and how can this happen. It got shut down right then. No if no but.
6 Jan 2018 19:42:03
John Vlieger
And I appreciate you reaching out. Good info to have. Thank you. Chuck will be at shot, I won't.
6 Jan 2018 19:42:50
John Vlieger
Oh, and happy birthday yah old bastard
6 Jan 2018 20:18:58
Eddie Garcia
Hahahah. Thanks
6 Jan 2018 20:20:16
Eddie Garcia
Eddie sent an attachment.
15 Jan 2018 22:03:41
Eddie Garcia
17 Jan 2018 19:52:20
Eddie Garcia
17 Jan 2018 19:52:21
Eddie Garcia
17 Jan 2018 19:52:22
Eddie Garcia
17 Jan 2018 19:52:24

Eddie Garcia
17 Jan 2018 19:52:26
Eddie Garcia
17 Jan 2018 19:52:26
Eddie Garcia
17 Jan 2018 19:52:28
Eddie Garcia
17 Jan 2018 19:52:29
John Vlieger
Plastic grips are so 1990s
17 Jan 2018 19:53:34
Eddie Garcia
And
17 Jan 2018 19:54:06
John Vlieger
22 Jan 2018 13:27:14
Eddie Garcia
Look at those baby holes
22 Jan 2018 13:28:21
John Vlieger
thats what i thought. what are your thoughts on it?
22 Jan 2018 13:28:37
John Vlieger
9 major
22 Jan 2018 13:28:38
John Vlieger
5.5" hybrid
22 Jan 2018 13:29:19
John Vlieger
SV barrel
22 Jan 2018 13:30:35
Eddie Garcia
He put those holes real close to the comp to rib. I would had done bigger holes.
22 Jan 2018 13:31:58
John Vlieger
what size? those are 1/8
22 Jan 2018 13:32:36
Eddie Garcia
.154
22 Jan 2018 13:33:01
Eddie Garcia

But they look very close to each other. U know center to center that he did.
22 Jan 2018 13:33:35
John Vlieger
i had 3 small holes in my old gun. this gun being so different, i dunno.
22 Jan 2018 13:35:17
Eddie Garcia
Gotcha I do .154 on 9 and 38. If itâ€™s a steel gun then .125
22 Jan 2018 13:54:08
John Vlieger
ok, saw the video about the Evolution. whats the price point for the Evolution pro, minus the primer colator
23 Jan 2018 11:29:17
Eddie Garcia
Oh. Now u want to talk. I thought u wanted a 1050
23 Jan 2018 13:06:44
John Vlieger
already have a 1050. happy i bought it because little birdies in my ear said the new hotness wont be available until the summer
23 Jan 2018 13:09:35
Eddie Garcia
Hahahaha. Iâ€™l find out.
23 Jan 2018 13:12:50
John Vlieger
i got told $4,800 ish for the full evolution pro which is about what i expected
23 Jan 2018 13:13:15
John Vlieger
If theres a way to get on a short list I might be interested
23 Jan 2018 13:13:29
Eddie Garcia
7 Feb 2018 15:07:13
Eddie Garcia
Lmfao.... holy he'll I almost pissed myself!
20 Feb 2018 12:10:48
Eddie Garcia
23 Feb 2018 1:10:24
Eddie Garcia
How is this start legal?
23 Feb 2018 1:10:33
John Vlieger
Toes touching rear fault line is all the wsb specified
23 Feb 2018 6:40:47

John Vlieger
We asked if we could look anywhere and they said yes.
23 Feb 2018 7:05:47
John Vlieger
And wrists above shoulders of course
23 Feb 2018 7:06:06
Eddie Garcia
Gotcha. Second what time do u wake up in the morinjng.
23 Feb 2018 8:38:10
John Vlieger
6am eastern
23 Feb 2018 8:40:56
Eddie Garcia
Way too dam early.
23 Feb 2018 8:41:29
John Vlieger
gotta be at the gym by 7, work by 830
23 Feb 2018 8:41:45
Eddie Garcia
Again. Way too dam early.
23 Feb 2018 8:43:41
Eddie Garcia
26 Feb 2018 11:59:47
Eddie Garcia
26 Feb 2018 16:29:31
Eddie Garcia
No comment. I reach out to u and u avoid me?
26 Feb 2018 17:27:18
John Vlieger
26 Feb 2018 17:32:33
John Vlieger
I've moved on to new things
26 Feb 2018 17:32:38
Eddie Garcia
Gay
26 Feb 2018 18:16:26
John Vlieger
26 Feb 2018 18:18:47
Eddie Garcia
Hahahahahahabahahahhah. New Revo champion.
26 Feb 2018 18:20:22

John Vlieger
26 Feb 2018 18:23:52
Eddie Garcia
26 Feb 2018 21:56:08
Eddie Garcia
27 Feb 2018 14:22:37
Eddie Garcia
28 Feb 2018 20:45:44
John Vlieger
Those lines are a bit crooked, aren't they?
28 Feb 2018 20:50:16
Eddie Garcia
Ur left eye is crooked
28 Feb 2018 22:18:16
John Vlieger
28 Feb 2018 22:19:21
Eddie Garcia
Hahahahahahab
28 Feb 2018 22:26:37
Eddie Garcia
7 Mar 2018 14:42:30
Eddie Garcia
7 Mar 2018 22:12:32
Eddie Garcia
9 Mar 2018 16:29:27
John Vlieger
13 Mar 2018 21:48:33
John Vlieger
I have bigger holes now
13 Mar 2018 21:48:41
Eddie Garcia
Who did that? Give me a close pic. Also pic of the lugs of the barrel and slide.
13 Mar 2018 21:51:18
John Vlieger
Pat
13 Mar 2018 21:51:34
John Vlieger
And he still has it
13 Mar 2018 21:51:41
John Vlieger
I've been shooting it. Same gun for a month now

13 Mar 2018 21:51:54
John Vlieger
He just made the holes bigger at my request
13 Mar 2018 21:52:02
Eddie Garcia
Ok. When u get it back send me those pics.
13 Mar 2018 22:09:25
John Vlieger
Sure thing. What are you interested in seeing?
13 Mar 2018 22:09:36
John Vlieger
Like, looking for
13 Mar 2018 22:09:44
Eddie Garcia
13 Mar 2018 22:09:45
Eddie Garcia
Those lugs look round.
13 Mar 2018 22:09:55
John Vlieger
It might just be the remnants of the dykem
13 Mar 2018 22:10:06
John Vlieger
I inspect them when I clean. And he had just gone over it not a few weeks ago after 3k
13 Mar 2018 22:10:30
Eddie Garcia
Better pic of the lugs. And those two holes.
13 Mar 2018 22:10:31
Eddie Garcia
Ok. When u clean it next send pics
13 Mar 2018 22:30:56
John Vlieger
13 Mar 2018 22:32:51
John Vlieger
Front hole is chamfered
13 Mar 2018 22:32:54
Eddie Garcia
I saw that.
13 Mar 2018 22:33:06
Eddie Garcia
Why not both
13 Mar 2018 22:33:38

John Vlieger
I dunno. I'm not the gunsmith
13 Mar 2018 22:33:58
John Vlieger
I just want the gun to shoot
13 Mar 2018 22:34:17
Eddie Garcia
Your funny. U never comment on pics I send u
13 Mar 2018 22:44:42
John Vlieger
Because I see em and intend to watch em later. The forget. Mainly because I'm on
limited data at home and at work when I'm at work. That and I already know you're a
bad ass gun Smith. And I have no money.
13 Mar 2018 22:46:04
John Vlieger
Or I've already seen em before
13 Mar 2018 22:46:20
Eddie Garcia
15 Mar 2018 0:05:19
John Vlieger
15 Mar 2018 0:07:48
Eddie Garcia
Hahaha
15 Mar 2018 0:08:18
Eddie Garcia
15 Mar 2018 23:38:51
John Vlieger
16 Mar 2018 8:43:46
John Vlieger
mine's cheaper
16 Mar 2018 8:43:49
Eddie Garcia
Lololololol
16 Mar 2018 10:00:07
Eddie Garcia
16 Mar 2018 10:14:31
Eddie Garcia
19 Mar 2018 15:52:49
Eddie Garcia
19 Mar 2018 20:12:32
John Vlieger

Looks like a stupid iron sight gun
19 Mar 2018 22:36:43
Eddie Garcia
Hahahahahaha. Yep. But watch the lines.
19 Mar 2018 22:37:12
John Vlieger
Nice lines. Still stupid.
19 Mar 2018 22:38:37
Eddie Garcia
Hahahahahah
19 Mar 2018 22:38:53
John Vlieger
You shooting open nationals again?
19 Mar 2018 22:39:07
Eddie Garcia
Yep. And limited
19 Mar 2018 22:39:18
John Vlieger
Cool. Me too. Much lower expectations in limited though
19 Mar 2018 22:39:31
John Vlieger
I'm working production Nats, too. Staying the whole week
19 Mar 2018 22:39:42
Eddie Garcia
I heard open nationals is 18 stages and 6 stages classifier
19 Mar 2018 22:39:51
John Vlieger
Gotta show people that GMs can work, too. And I give a fuck. Still gonna crush it
19 Mar 2018 22:40:12
John Vlieger
Nats is nats
19 Mar 2018 22:40:14
Eddie Garcia
U ask me. Gay. Almost 300.00 to shoot almost 50% classifiers match. Gay. Sc going to have a booth
19 Mar 2018 22:41:19
John Vlieger
Nah. Chuck doesn't see the point in booths anymore
19 Mar 2018 22:41:45
John Vlieger
I will be doing a social media give away thing most likely

19 Mar 2018 22:41:56
Eddie Garcia
Nice. Give me something while ur at it
19 Mar 2018 22:42:18
John Vlieger
Take a selfie with me on the range, tag SC, and you're entered to win shit
19 Mar 2018 22:42:20
John Vlieger
28 Mar 2018 19:24:13
John Vlieger
28 Mar 2018 19:24:20
John Vlieger
28 Mar 2018 19:24:29
John Vlieger
28 Mar 2018 19:24:31
John Vlieger
What die do you use for 11/16-40
28 Mar 2018 19:28:48
John Vlieger
Brownells?
28 Mar 2018 19:28:53
Eddie Garcia
I donâ€™t use 11/16-40. I use 685-40. What are u trying to do.
28 Mar 2018 20:19:37
John Vlieger
You just gave me my answer. Trying to help out a vendor. Issues with his comps...
But you and two other smith's I've asked use the same spec. Not the 690 spec this
other guy was using
28 Mar 2018 20:20:24
John Vlieger
The Brownells tap is the standard. Correct?
28 Mar 2018 20:20:48
Eddie Garcia
685-40 is standard. Yes. Thatâ€™s the one I have here and it works just fine. U have
to know how to use it because u can for sure reduce the size of the threads. But
thatâ€™s the one I use and I have never had a comp come loose to date.
28 Mar 2018 20:21:38
John Vlieger
do you ever build hybrid/island guns?
29 Mar 2018 8:58:18
Eddie Garcia

Course
29 Mar 2018 9:56:00
John Vlieger
I'm in talks with a barrel manufacturer to produce some hybrid/island barrels. I would like your notes, or even better, a drawing with specs you want to see. SV is the only game in town, and I think we can do better. this is a reputable barrel manufacturer that has made barrels for STI island models before. Interested?
29 Mar 2018 9:59:47
Eddie Garcia
Sure
29 Mar 2018 21:30:25
John Vlieger
Any input you'd like to provide I'm all ears
29 Mar 2018 21:30:54
John Vlieger
2 Apr 2018 9:02:35
John Vlieger
can I get your thoughts on this?
2 Apr 2018 9:02:39
John Vlieger
goes all the way to the lugs. does not go through the barrel or onto the breach/hood area. can feel it with my fingernail
2 Apr 2018 9:03:11
Eddie Garcia
That looks beautiful. Do u see the same inside the slide?
2 Apr 2018 11:27:22
John Vlieger
no. no apparent damage to the slide. it's going to Pat today for further inspection, though
2 Apr 2018 11:33:32
John Vlieger
what could cause that?
2 Apr 2018 11:33:35
John Vlieger
8.0 grains HS6 with a 124 PD at 1.165 oal. 8 pound or 9 pound ISMI with aluma-buff
2 Apr 2018 11:35:16
John Vlieger
only about 3-4k through it
2 Apr 2018 11:35:22
Eddie Garcia

Something drag across it. Looking at it I would say something something got between the slide and barrel. I doubt it was like that new. U would had seen it.
2 Apr 2018 11:36:03
John Vlieger
yeah. and it just got polished. the coater would have noticed when he was polishing it.
2 Apr 2018 11:36:34
John Vlieger
do you think it's a crack, or just a scratch?
2 Apr 2018 11:36:41
John Vlieger
i can feel it with my fingernail
2 Apr 2018 11:36:46
Eddie Garcia
Is it inside the lugs to? The female lugs.
2 Apr 2018 11:39:03
John Vlieger
sorry. of the barrel?
2 Apr 2018 11:39:12
Eddie Garcia
Yes. Thatâ€™s what I mean. Female lugs of the barrel
2 Apr 2018 11:39:39
Eddie Garcia
2 Apr 2018 11:40:13
John Vlieger
2 Apr 2018 11:41:05
Eddie Garcia
That makes no sense. U may have crack ur barrel. Some of those areas and low areas. I canâ€™t see how something g drag in those areas. But again canâ€™t see much in pics. That guns needs to be inspected.
2 Apr 2018 11:42:27
John Vlieger
yeah. its going to Pat today. i might be able to get it magna fluxed here in town. would that help?
2 Apr 2018 11:43:01
Eddie Garcia
If itâ€™s crack itâ€™s gone.
2 Apr 2018 11:43:39
John Vlieger
figured as much. so, no use magna fluxing it? just send it to Pat to inspect?
2 Apr 2018 11:44:11
John Vlieger

and does SV have a history of this? not trying to pass blame. but does this happen often with one type of barrel vs the other?
2 Apr 2018 11:45:23
Eddie Garcia
If ur my customer. I would say ship back to me. Donâ€™t shoot it any more for safety reasons. I would inspect the gun. If it is crack no butts. New barrel. Barrel is lost. I have never seen a barrel crack like that. I have seen hybrid barrels crack. They crack of the rip is slapping the slide. Look at ur back of the rip of the barrels fb slide. Do u see impact there. But that impact normally makes the rip fly off. Not crack the chamber.
2 Apr 2018 11:50:18
John Vlieger
Do you have a contact for Schuemann barrels?
2 Apr 2018 16:39:01
Eddie Garcia
I do. Is it crack.
2 Apr 2018 16:42:42
John Vlieger
Don't know for sure yet. This is regarding something a bit different.
2 Apr 2018 16:43:09
John Vlieger
I want to see if they want to make a deal
2 Apr 2018 16:43:29
John Vlieger
Business wise
2 Apr 2018 16:43:39
John Vlieger
To get his barrels back on the market, in one way or another
2 Apr 2018 16:44:54
Eddie Garcia
Good luck
2 Apr 2018 16:49:42
Eddie Garcia
2 Apr 2018 16:49:57
Eddie Garcia
U did not get this from me
2 Apr 2018 16:50:03
John Vlieger
Who did I get it from? The white pages?
2 Apr 2018 16:50:14
John Vlieger

Alright. I'll be sure to say a birdie

2 Apr 2018 16:50:33

Eddie Garcia

Tell him chuck.

2 Apr 2018 19:04:33

John Vlieger

2 Apr 2018 19:05:05

John Vlieger

SV said over pressure/kaboom. Period. They said zero chance of an inclusion or defective in the steel.

2 Apr 2018 21:25:28

John Vlieger

Cory and Brandon.

2 Apr 2018 21:25:37

John Vlieger

Getting it replaced and fit by Pat. No choice with A6 being 12 days away.

2 Apr 2018 21:25:57

Eddie Garcia

Well thatâ€™s nice. So u do think itâ€™s a crack them

2 Apr 2018 21:32:45

Eddie Garcia

Then

2 Apr 2018 21:32:47

John Vlieger

I mean, I can feel it with my fingernail. If it's a scratch it's one hell of one

2 Apr 2018 21:33:17

John Vlieger

Pats gonna look at it tomorrow. Worst case, new barrel. Best case, a barrel will be on its way for him to use in his next build

2 Apr 2018 21:33:50

John Vlieger

You ever seen an overcharged round cause that?

2 Apr 2018 21:34:12

John Vlieger

I'm using HS6 exclusively. I don't think I can physically fit enough powder in there to overcharge it

2 Apr 2018 21:34:29

Eddie Garcia

I have seen one time a kart barrel bulge from 9major. Thatâ€™s itâ€™s. Never crack. Just bulge. Ruin the barrel right then.

2 Apr 2018 21:51:05

Eddie Garcia

3 Apr 2018 23:37:10

John Vlieger

I saw those pictures. Nice work, dude.

5 Apr 2018 21:53:15

John Vlieger

Also, Pat examined the barrel. Not cracked as far as he can see. It measures the same as a brand new one he had next to it, and the scratch buffed out. No evidence of it coming back after 300 rounds of major

5 Apr 2018 21:54:18

John Vlieger

5 Apr 2018 21:55:17

Eddie Garcia

Awesome news. I saw that on fb.

5 Apr 2018 22:02:29

John Vlieger

Wanted your thoughts on it.

5 Apr 2018 22:05:32

Eddie Garcia

On how the gun cycles

5 Apr 2018 22:06:17

John Vlieger

Yes

5 Apr 2018 22:06:24

Eddie Garcia

Ok. Iâ€™m not a guy or builder that cares how the gun flips. All I care about is how does the do react in the lens. Svi guns are super flat. But the dot always move. Your gun flips like mine. Itâ€™s a gentle up and right back down to where it was aiming. Thatâ€™s how I like them.

5 Apr 2018 22:07:52

Eddie Garcia

So how does the dot react? Mine is this. Dot in middle of lens. Shot breaks. Dot goes straight up 1/4 of lens up and straight back down.

5 Apr 2018 22:10:41

John Vlieger

Mine leaves the window, but I care as you do. Does it return? And beyond that, how stable does it return? Is there dot wiggle side to side? This one does great. First shots with bigger holes had those splits in the video of around 16-20 being less than 6" apart at 10-12 yards

5 Apr 2018 22:12:17

John Vlieger

Consistently. I was impressed. And that's with a 9 pound spring
5 Apr 2018 22:12:31
John Vlieger
And I bet you a dollar that under high speed video the dot leaves the window on almost every gun out there
5 Apr 2018 22:13:01
John Vlieger
The field of view is so small
5 Apr 2018 22:13:06
Eddie Garcia
There are so many variables. On how the gun recoils. Timing of the gun. Grip. Stance. And so on. I use a 8lb variable spring.
5 Apr 2018 22:15:33
John Vlieger
I had a 9 lying around. Gave it a shot and decided to film it. I need to do some serious testing with slow motion and standard drills with recorded HF. A6 is going to be a weak showing for me, but I plan to crush A5, A8, ipsc Nats and uspsa Nats man
5 Apr 2018 22:17:44
John Vlieger
Thanks for your input
5 Apr 2018 22:17:53
Eddie Garcia
Why weak? Nice All good
5 Apr 2018 22:20:19
John Vlieger
Haven't had time to prepare. I get my gun back from diagnosis tomorrow. I fly out a week later. Gonna try to shoot 2k in the next week, but I haven't had the gun long enough to feel in tune with it
5 Apr 2018 22:21:20
John Vlieger
It was out of my hands for almost 3 weeks for coating before that.
5 Apr 2018 22:21:45
John Vlieger
Oh, I'm gonna push it hard, but my training schedule has been fucked recently
5 Apr 2018 22:22:00
Eddie Garcia
Just shoot. Donâ€™t worry so much. Bill Drummond practice like never.
5 Apr 2018 22:29:59
Eddie Garcia
20 Apr 2018 17:22:50
Eddie Garcia

24 Apr 2018 15:23:10
Eddie Garcia
30 Apr 2018 18:36:58
John Vlieger
Clean
30 Apr 2018 18:39:18
Eddie Garcia
Thanks
30 Apr 2018 18:40:09
Eddie Garcia
2 May 2018 20:16:42
Eddie Garcia
3 May 2018 16:51:01
Eddie Garcia
19 May 2018 20:02:56
Eddie Garcia
21 May 2018 18:23:28
John Vlieger
But is it stroked?
25 May 2018 8:04:21
Eddie Garcia
Gay
25 May 2018 12:39:46
John Vlieger
5 Jul 2018 21:41:16
Eddie Garcia
11 Jul 2018 16:34:57
Eddie Garcia
16 Jul 2018 16:40:39
Eddie Garcia
19 Jul 2018 16:06:43
John Vlieger
do you use deactivated/smooth grip safeties in your builds?
19 Jul 2018 16:07:16
Eddie Garcia
Fuck no. This Thing was way over size. Trim all by hand
19 Jul 2018 16:07:56
John Vlieger
you dont like smooth GS?
19 Jul 2018 16:08:23
Eddie Garcia

What u mean smooth. I make all mine seem less.
19 Jul 2018 16:10:29
John Vlieger
i mean no hump. no memory bump thingy
19 Jul 2018 16:10:43
Eddie Garcia
No need. I just want my hand up high. This has a memory grove but its pin grip so who cares.
19 Jul 2018 16:12:29
John Vlieger
alrighty, then. i like no memory groove, myself. thought id ask. no need to pin it if it's smooth and deactivated. i imagine its easier to fit, but i could be wrong.
19 Jul 2018 16:13:31
Eddie Garcia
I do pin because I like the look. If someone wants working or non pin then i blend into presentation mode.
19 Jul 2018 16:15:36
Eddie Garcia
19 Jul 2018 16:53:03
Eddie Garcia
23 Jul 2018 20:27:59
John Vlieger
we will have KKM barrels, and soon Nowlin barrels, in here in the next few weeks. Double Tap double sided mounts will be in around the same time frame
26 Jul 2018 13:29:45
Eddie Garcia
26 Jul 2018 19:17:22
Eddie Garcia
Nice. When u going to have schuemann hybrid barrels
28 Jul 2018 23:49:10
John Vlieger
When Mike decides to answer the phone, texts, or do anything at all... He mentioned wanting to sell his business, and that's it. No answer to anything.
28 Jul 2018 23:51:18
Eddie Garcia
Well that sucks
28 Jul 2018 23:51:52
Eddie Garcia
1 Aug 2018 12:32:46
Eddie Garcia
Whatâ€™s up ckk

4 Aug 2018 22:05:03
John Vlieger
...?
4 Aug 2018 22:05:16
Eddie Garcia
Ask Tony. Ur new name
4 Aug 2018 22:05:29
John Vlieger
we got Double Tap double sided mounts, ambi safeties, and mag buttons in in case you needed some
6 Aug 2018 12:07:16
Eddie Garcia
Awesome
6 Aug 2018 21:00:31
Eddie Garcia
7 Aug 2018 20:22:38
John Vlieger
Give me a call when you get a chance 910-568-8926
8 Aug 2018 12:37:48
Eddie Garcia
8 Aug 2018 21:34:41
Eddie Garcia
Past the info off to the Ceo. He said he will look into this. Thatâ€™s all I know.
8 Aug 2018 23:05:27
John Vlieger
i appreciate it, Eddie. Truly do. If you hear anything let me know.
9 Aug 2018 10:13:24
Eddie Garcia
Ok
9 Aug 2018 10:13:32
Eddie Garcia
10 Aug 2018 16:42:44
Eddie Garcia
13 Aug 2018 19:53:34
Eddie Garcia
I see someone stole your bike, i hope you get it back.
16 Aug 2018 18:14:58
John Vlieger
Good job. My wife was looking over my shoulder when I opened this message
16 Aug 2018 19:12:10
John Vlieger

She thinks you're a disgusting person
16 Aug 2018 19:12:10
Eddie Garcia
Lololololololololololol. She loves me.
16 Aug 2018 20:12:00
Eddie Garcia
17 Aug 2018 16:03:42
Eddie Garcia
love this. Gotta share it dude. ðŸ˜‚ ðŸ˜‚ðŸ˜‚
24 Aug 2018 9:45:37
Eddie Garcia
27 Aug 2018 20:16:16
Eddie Garcia
31 Aug 2018 17:42:15
Eddie Garcia
How did u do at the last match
6 Sep 2018 9:46:24
John Vlieger
i dont want to fucking talk about it.
6 Sep 2018 9:46:53
John Vlieger
popper fucked twice
6 Sep 2018 9:47:04
John Vlieger
shot like shit
6 Sep 2018 9:47:06
John Vlieger
in the sand, with bullshit target arrays, and in a 270 degree bay. dont even know if
thats legal in uspsa. just, fuckery on my part in general
6 Sep 2018 9:47:37
John Vlieger
and im salty about it.
6 Sep 2018 9:47:57
Eddie Garcia
Sorry man. Didnâ€™t know.
6 Sep 2018 9:50:52
John Vlieger
got beat by a guy i crushed by 12% in May
6 Sep 2018 9:51:33
Eddie Garcia
Who is that guy

6 Sep 2018 10:01:06
John Vlieger
Christian Sailer. 18 year old kid with a supportive father. shoots an Akai now. out of WA state.
6 Sep 2018 10:01:50
Eddie Garcia
Heâ€™s a good kid
6 Sep 2018 10:58:56
Eddie Garcia
6 Sep 2018 17:11:22
Eddie Garcia
https://youtu.be/hTA2HLLThag
6 Sep 2018 23:34:05
Eddie Garcia
So whatâ€™s up with super grand champ.
8 Sep 2018 23:31:58
John Vlieger
Tilley is trying to take back what it means to have a shooting team. More focused on actual athletes. Promote his range, content creation focused around analysis of match footage, and commentary. He seems to be taking it seriously
8 Sep 2018 23:33:38
John Vlieger
So, he offered a slot, and I'm in. Let's just say I wouldn't have said yes to someone doing this without a plan and compensation
8 Sep 2018 23:34:10
John Vlieger
I'm done doing discount code BS
8 Sep 2018 23:34:24
Eddie Garcia
Awesome man. I truly hope it works for you and him.
8 Sep 2018 23:35:05
John Vlieger
Me too. At least it's something new and exciting instead of the reg.
8 Sep 2018 23:36:57
Eddie Garcia
Exactly. Chris is funny.
8 Sep 2018 23:37:16
John Vlieger
Yeah. You ain't lying
8 Sep 2018 23:37:27
Eddie Garcia

10 Sep 2018 20:29:36
Eddie Garcia
10 Sep 2018 20:29:36
Eddie Garcia
10 Sep 2018 20:29:37
Eddie Garcia
10 Sep 2018 20:29:38
John Vlieger
Where in the hell did you find a Schuemann.
10 Sep 2018 20:38:18
John Vlieger
And are you building a gun for Jay Hirshberg?
10 Sep 2018 20:39:06
Eddie Garcia
I still have a couple. Yes
10 Sep 2018 22:40:35
John Vlieger
thoughts on fitting the radius of a Schuemann VS SV?
11 Sep 2018 9:51:21
Eddie Garcia
U talking about Lock up on the slides of the barrel or rib.
11 Sep 2018 10:01:48
John Vlieger
rib
11 Sep 2018 10:01:54
Eddie Garcia
Schuemann is easy. Svi sucks. U have to use a 1/4 cutter and plus and minus. Then u have to radius inside so no contact to the rib. If the slide beats the rib the rib will break off during shooting.
11 Sep 2018 10:03:03
John Vlieger
i got two smiths telling me they dont care. and another saying Schuemann will break at the rib, but SV, while being harder to fit, is stronger because of the radius
11 Sep 2018 10:03:49
Eddie Garcia
The only ribs I ever seen fall off was Svi. This was at major matches. As long as u have clearance your good. Doesnâ€™t matter which way u go. Easy as that. But I rather do schuemann because itâ€™s easy.
11 Sep 2018 10:05:52
John Vlieger

35

thanks for the info. i'll pass on my thoughts to the barrel manufacturer. should have 5"+ threads and 4.5" + threads by the end of the year

11 Sep 2018 10:07:54

John Vlieger

SC exclusive ;)

11 Sep 2018 10:08:00

Eddie Garcia

Gotcha.

11 Sep 2018 10:08:59

Eddie Garcia

15 Sep 2018 15:46:34

Eddie Garcia

15 Sep 2018 15:48:33

Eddie Garcia

15 Sep 2018 15:48:36

Eddie Garcia

15 Sep 2018 15:48:37

Eddie Garcia

16 Sep 2018 18:22:23

Eddie Garcia

18 Sep 2018 22:40:06

John Vlieger

https://www.shootersconnectionstore.com/C-More-STSSTS2RTSRTS2-Battery-Tray-P5263.aspx

19 Sep 2018 16:23:38

Eddie Garcia

Hahahahahah. I got like 30 if them.

19 Sep 2018 16:50:58

Eddie Garcia

20 Sep 2018 14:43:55

John Vlieger

first hybrid sample should be done in a week or two. full size hybrid threaded 355 chamber, then the 4.5 plus thread hybrid, then 5" ribbed 40 cal.

26 Sep 2018 10:46:30

Eddie Garcia

Whatâ€™s the thread pitch

26 Sep 2018 10:47:29

John Vlieger

KKM standard 11/16-40

26 Sep 2018 10:47:43

Eddie Garcia

36

Same as schuemann. When u get them in if u and chuck wants ship me one and Iâ€™l look it over and give u input. Iâ€™l send back afterwards.
26 Sep 2018 10:57:52
John Vlieger
sounds good. if you're gonna be at Nats it might be there
26 Sep 2018 10:59:17
Eddie Garcia
I will be but I canâ€™t measure anything there.
26 Sep 2018 11:11:21
John Vlieger
i can bring calipers...
26 Sep 2018 11:11:50
John Vlieger
ill keep you informed. depends on time line. Shay already called first dibs on taking a look
26 Sep 2018 11:12:06
Eddie Garcia
27 Sep 2018 19:24:31
Eddie Garcia
Best Kidd Rock video ever.
28 Sep 2018 23:26:44
Eddie Garcia
3 Oct 2018 15:21:35
Eddie Garcia
3 Oct 2018 15:34:44
Eddie Garcia
3 Oct 2018 15:34:45
Eddie Garcia
Check that out
3 Oct 2018 15:34:47
Eddie Garcia
5 Oct 2018 20:23:38
Eddie Garcia
Gold. .... . Absolutely gold...
6 Oct 2018 20:22:21
Eddie Garcia
8 Oct 2018 15:28:31
John Vlieger
you still using STI slides?
8 Oct 2018 15:29:48
John Vlieger

or PT slides?

8 Oct 2018 15:29:50

Eddie Garcia

Yep. U should see the new ones. Fucking awesome.

8 Oct 2018 15:30:42

John Vlieger

we are working on something to get that opportunity. whats so great about them/what changed?

8 Oct 2018 15:32:36

Eddie Garcia

I work with the engineers on making it right.

8 Oct 2018 15:33:02

Eddie Garcia

9 Oct 2018 12:07:43

John Vlieger

14 Oct 2018 15:59:19

Eddie Garcia

1 I see not hot naked girls 2 Why do U shoot that gay brass for. 3 Nice

14 Oct 2018 16:00:22

John Vlieger

1. Guns are more important than women when you're about to shoot nationals. Not that you would know. 2. I get it for free and it's better than BS once fired 3. Agreed. 6 pound variable and dirty as fuck with AA7

14 Oct 2018 16:21:14

Eddie Garcia

1. Sounds like ur still young. 2. Still gay. 3. Fucking 6lbs. Ur going to crack ur slide.

14 Oct 2018 16:22:35

John Vlieger

I shoot 9 major. Everything on my gun is disposable. Just needs to last 2k more rounds. New gun in the works. I run an aluma buff at least.

14 Oct 2018 16:23:22

John Vlieger

I'm having wrist surgery next month, so I'll be out for two months anyhow

14 Oct 2018 16:23:36

John Vlieger

And it tracks really well for me

14 Oct 2018 16:23:44

Eddie Garcia

What's wrong with ur wrist.

14 Oct 2018 16:23:55

John Vlieger

Old skate boarding injury from when I was 16. Cartilage, bone fragments, and my ulna is too long believe it or not. So, it's getting scoped.
14 Oct 2018 16:24:34
John Vlieger
Been chronic pain for over a decade. Shooting, push ups, and computer work makes it worse. Time to fix it
14 Oct 2018 16:25:05
Eddie Garcia
Sorry man. Do wish u the best of luck on recovery.
14 Oct 2018 16:25:29
John Vlieger
Thanks, Eddie. Shouldn't be too bad. Doc said soreness for two months on the outside. No shooting for me until the new year though, most likely.
14 Oct 2018 16:27:29
Eddie Garcia
That€™s not bad at all
14 Oct 2018 16:33:01
Eddie Garcia
19 Oct 2018 21:25:42
Eddie Garcia
19 Oct 2018 23:05:09
Eddie Garcia
26 Oct 2018 15:55:20
John Vlieger
You building for SV now?
26 Oct 2018 16:02:47
Eddie Garcia
I did this one a few years ago. Just refinish it. I guess I can. Brandon will sell to me if I want.
26 Oct 2018 16:03:35
John Vlieger
Think he will care about us selling IMM length barrels?
26 Oct 2018 16:04:50
Eddie Garcia
He doesn€™ sell those barrel unless u buy a gun
26 Oct 2018 16:10:06
John Vlieger
Exactly. And we are going to be selling Kkm IMM length barrels
26 Oct 2018 16:10:40
Eddie Garcia
He won€™ care about that. He may care that the barrel looks like his.

26 Oct 2018 16:11:35
John Vlieger
Aren't patent expiration dates a bitch?
26 Oct 2018 16:11:55
Eddie Garcia
They found the guy in south carolina who won the 1.6 billion
27 Oct 2018 14:57:48
John Vlieger
the 40SW hybrid barrel is headed your way today USPS. ive already gotten feedback from Shay and the report is that the rib is a touch too short, and skinny by about 5 thou. let me know what you think.
30 Oct 2018 12:34:44
Eddie Garcia
.005 is nothing.
30 Oct 2018 12:35:32
John Vlieger
Shay says he did the cut, beveled for the SV style radius, and it dropped in
30 Oct 2018 12:35:50
John Vlieger
and he had to be creative with the flat top
30 Oct 2018 12:36:05
John Vlieger
i await your feedback
30 Oct 2018 12:36:15
Eddie Garcia
31 Oct 2018 23:32:12
Eddie Garcia
1 Nov 2018 15:47:18
Eddie Garcia
Got the barrel. Will try to get u feedback next week and ship back
1 Nov 2018 20:30:18
John Vlieger
Cool beans yo
1 Nov 2018 20:40:11
John Vlieger
Hey, bud. you got any feedback for me?
7 Nov 2018 15:53:31
Eddie Garcia
Iâ€™ll do it next week
7 Nov 2018 15:53:50
John Vlieger

alright. should have these hitting hte market around the new year if everything goes as planned
7 Nov 2018 15:54:07
Eddie Garcia
9 Nov 2018 22:10:18
John Vlieger
11 Nov 2018 11:43:10
Eddie Garcia
Ur funny. Iâ€™l do a video rubbing my belly button
11 Nov 2018 13:24:54
John Vlieger
I eagerly await your feedback on the hybrid barrel
14 Nov 2018 13:06:37
Eddie Garcia
Me to
14 Nov 2018 13:09:35
John Vlieger
...huh?
14 Nov 2018 13:14:46
Eddie Garcia
Iâ€™m eager to see what I fine
14 Nov 2018 13:15:13
John Vlieger
ah. Luke at KKM should have the form cutter for the final revision by early December. we should have them available by January.
14 Nov 2018 13:16:56
John Vlieger
only change is he is adding a radius to the side of the rib at Shays request
14 Nov 2018 13:17:40
Eddie Garcia
14 Nov 2018 18:01:52
Eddie Garcia
Ok here we go. Hood 1.348. Normal 1.325. No bid deal Chamber .865. The depth wall isnâ€™t flat. Itâ€™s round. The leads are not chamfer. I assume kkm is allowing the reamer to do that. I can see it being hard on reamers. With the hood cut down to 1.316-1.313 there will be room to team to .852. But that is only if that hood stays that long. Barsto I can get a .390 gage pin in. Kkm I can get a .391 gage pin in. No biggie. When I slug the barrel the chamber section was tighter and the muzzle end was easier. Maybe thatâ€™s because the leads have no chamfer. I prefer to see the tightness all the way thru the barrel or tighter to the muzzle. Lug spacing is .325 Sti slides are normally 1= .000 2= .326 3= .652 Kkm barrel 1= .000 2= .323 3= .646 This

means Iâ€™l have to take out .002-.003 off the first lug to get two. Then the 3rd lug is .006 off. I would like to see barrel lugs to have .325 spacing in a perfect world. Bridge cut on a Para is .595-.600 Wilson .495-.500 I knkw from experience the impact on the kkm are shorter and when doing a bridge cut make it the shorter number or less. I would like to see more material on the impact of the barrel. The crown has tool marks and a ding on it. I donâ€™t like how the muzzle passes the rib. Itâ€™s ugly. The radius on the rib doesnâ€™t bother me. This is something I address on the slide. When I slug the barrel the male groves dig in good. He female scuff. The Barsto barrels have way more contact. I would like to see the female groves tk have more contact. Iâ€™l send u the slug. Anything else u want to know.

21 Nov 2018 13:14:05

John Vlieger

no, that is great. actual numbers i'll pass on to KKM. the one you have has tool marks that won't be present (hopefully) in the finished product. he rushed to have those ready for nationals.

21 Nov 2018 13:16:34

Eddie Garcia

21 Nov 2018 13:17:29

John Vlieger

that knick could have been from me throwing it in my range bag, too. ha

21 Nov 2018 13:17:55

Eddie Garcia

That radius he has from rib to sticking our barrel crap. On a thread barrel tell him to reduce that radius.

21 Nov 2018 13:18:02

Eddie Garcia

That will interfere with the comp going on.

21 Nov 2018 13:18:33

Eddie Garcia

21 Nov 2018 13:19:48

Eddie Garcia

U can see the slug. Iâ€™l ship the barrel and slug to u this week.

21 Nov 2018 13:19:55

Eddie Garcia

In the bore u can see chatter in the groves. I sure it will shoot out but itâ€™s ugly. And u can see it on the slug.

21 Nov 2018 13:21:36

Eddie Garcia

21 Nov 2018 13:29:19

Eddie Garcia

Ok. Schuemann is .431 Kkm is .426 This is why the bridge cut on a kkm needs to be less than spec. Itâ€™s .005-.006 Less
21 Nov 2018 13:30:20
Eddie Garcia
This will cause links to break. Link pins and slide stops. So if someone doesnâ€™t know this when building it.
21 Nov 2018 13:31:16
Eddie Garcia
This is why I donâ€™t use kkm.
21 Nov 2018 13:31:31
Eddie Garcia
I think thatâ€™s all I can tell u about it. Hope that helps. Donâ€™t know if others Gave u the same or not.
21 Nov 2018 13:33:07
John Vlieger
no, they did not. i appreciate it greatly.
21 Nov 2018 13:33:23
John Vlieger
dealer pricing on that barrel will be around $300, by the way.
21 Nov 2018 13:33:47
Eddie Garcia
Threaded
21 Nov 2018 13:33:57
Eddie Garcia
Tell him to make the crown 11 degree as well. Not sure what this is.
21 Nov 2018 13:34:15
John Vlieger
estimated pricing, subject to change, is the following at dealer pricing. Govâ€™ .355/40 Bull TH 5.0â€¢  C/P or W/N (CXDBRCT, CXABRCT) $337. Retail $303 your price all will be C/P ramp, btw, at least initially Govâ€™ .355/40 Bull TH 5.4â€¢  C/P or W/N (CGDBRCT, CGABRCT) $350. Retail $315 your price
21 Nov 2018 13:34:25
Eddie Garcia
Thatâ€™s fine. I normally make them into Wilson because of the impact short.
21 Nov 2018 13:35:04
Eddie Garcia
Eddie sent an attachment.
23 Nov 2018 9:54:47
Eddie Garcia
25 Nov 2018 19:36:35
Eddie Garcia

26 Nov 2018 16:13:09
Eddie Garcia
27 Nov 2018 13:11:58
Eddie Garcia
Merry Christmas boys! Pass it on! ðŸ" ¥
29 Nov 2018 9:58:59
Eddie Garcia
30 Nov 2018 14:03:06
Eddie Garcia
4 Dec 2018 20:49:42
John Vlieger
7 Dec 2018 10:13:13
John Vlieger
Fucking really
7 Dec 2018 10:13:17
Eddie Garcia
Hahahahahahahahahahahahahahaahhahahahahahahaahhahaha
7 Dec 2018 10:21:28
Eddie Garcia
So awesome
7 Dec 2018 10:21:33
Eddie Garcia
I was wondering how long will that box take to reach I
7 Dec 2018 10:21:45
Eddie Garcia
U
7 Dec 2018 10:21:48
John Vlieger
dude. sending that to my work is no bueno
7 Dec 2018 10:25:35
Eddie Garcia
Well I donâ€™t have ur home adddress.
7 Dec 2018 10:45:06
John Vlieger
thats probably a good thing
7 Dec 2018 10:46:01
Eddie Garcia
U know hat u should send me ur home address. U will get whole bunch of cute stuff
7 Dec 2018 10:47:07
John Vlieger

i already have to watch out whenever you message me. my boss doesnt take kindly to watching porn at work...
7 Dec 2018 10:47:40
Eddie Garcia
What kind of slave labor market are u working at. Thatâ€™s so Fucking against ur rights. See here at Emg u can watch porn. Make porn. Whatever u want.
7 Dec 2018 10:51:41
Eddie Garcia
7 Dec 2018 18:35:35
Eddie Garcia
10 Dec 2018 10:33:29
Eddie Garcia
I got you a snowman
10 Dec 2018 19:34:02
Eddie Garcia
Eddie sent an attachment.
10 Dec 2018 22:26:14
Eddie Garcia
10 Dec 2018 22:50:59
Eddie Garcia
Laughed my ass off
12 Dec 2018 22:30:20
Eddie Garcia
ðŸ˜ , ðŸ˜ , ðŸ˜ ,  just share it
12 Dec 2018 22:52:58
Eddie Garcia
14 Dec 2018 22:48:20
Eddie Garcia
I have sent u great material for 1 week and no response from u.
14 Dec 2018 22:55:31
John Vlieger
... Cuz porn ain't exactly my idea of great material. Your guns are great, dude... Buuuuuut yeah. You're the only one I get porn from. I have to make sure I don't leave Facebook up at work
14 Dec 2018 22:56:22
Eddie Garcia
Hahahahahhahahahahahahahahahahahahaahhahhahahhhhhhhhhh I just pass it along. I donâ€™t search for it.
14 Dec 2018 22:57:20
Eddie Garcia
Howâ€™s ur hand.

14 Dec 2018 22:57:47
John Vlieger
Getting better. Almost no pain when it's in a neutral position. Still very limited range of motion, though
14 Dec 2018 22:58:17
John Vlieger
If I keep recovering at this rate I'll be 100% by feb
14 Dec 2018 22:59:56
Eddie Garcia
Iâ€™m happy for u. I do hope for the best for u
14 Dec 2018 23:02:56
John Vlieger
Thanks, brother. Much appreciated. It's been a long time coming. Being an idiot teenager finally caught up with me
14 Dec 2018 23:03:26
John Vlieger
Just glad the timing worked out for it to be in the off season
14 Dec 2018 23:03:48
Eddie Garcia
Dam right. Look at bill. He fuck up his ankle in feb at the airport for Florida open. ðŸ¤â€¢ â™ ï¸• ðŸ¤â€¢ â™ ï¸• ðŸ¤â€¢ â™ ï¸• ðŸ¤â€¢ â™ ï¸•
14 Dec 2018 23:05:56
John Vlieger
Good night! Did not know about that
14 Dec 2018 23:06:24
Eddie Garcia
Good night.
14 Dec 2018 23:06:33
John Vlieger
It's an expression...
14 Dec 2018 23:06:43
Eddie Garcia
What expression.
14 Dec 2018 23:07:17
John Vlieger
Good night. It's an expression. Like "good God!" or "holy shit"
14 Dec 2018 23:07:44
Eddie Garcia
I get it now. I thought u wanted nappy nappy.
14 Dec 2018 23:08:05
Eddie Garcia

Why u getting rid of ur gun?
19 Dec 2018 22:21:56
John Vlieger
Need cash, yo. And the new one is gonna be way different. I'd just have pat build me a matching one after the new one is set up
19 Dec 2018 22:22:30
John Vlieger
I ain't going no where just yet
19 Dec 2018 22:22:53
Eddie Garcia
I didnâ€™t think U would.
19 Dec 2018 22:23:58
Eddie Garcia
Canâ€™t stop popping adâ€™s in the air yet.
19 Dec 2018 22:24:26
John Vlieger
Ha. Ha. Ha.
19 Dec 2018 22:24:42
John Vlieger
Definitely gonna address that in training
19 Dec 2018 22:24:54
Eddie Garcia
Ur killing me smalls with that finger
19 Dec 2018 22:27:13
John Vlieger
You? How do you think I feel?
19 Dec 2018 22:27:48
Eddie Garcia
I did feel bad for u at nationals.
19 Dec 2018 22:28:41
John Vlieger
At least I earned the fuck out of it instead of it being a questionable call
19 Dec 2018 22:29:10
Eddie Garcia
Right.
19 Dec 2018 22:30:53
Eddie Garcia
19 Dec 2018 23:01:57
Eddie Garcia
19 Dec 2018 23:01:57
Eddie Garcia

47

23 Dec 2018 21:18:41
Eddie Garcia
Eddie sent an attachment.
24 Dec 2018 9:34:08
Eddie Garcia
24 Dec 2018 21:13:41
Eddie Garcia
Eddie sent an attachment.
24 Dec 2018 22:20:46
Eddie Garcia
merry christmas
24 Dec 2018 22:53:49
Eddie Garcia
24 Dec 2018 22:59:30
Eddie Garcia
28 Dec 2018 20:06:12
Eddie Garcia
31 Dec 2018 20:48:03
Eddie Garcia
31 Dec 2018 22:30:04
Eddie Garcia
31 Dec 2018 22:30:06
Eddie Garcia
Happy New Years John. Have a good one
31 Dec 2018 22:30:23
John Vlieger
Happy new year, Eddie! Make it count!
31 Dec 2018 22:30:49
John Vlieger
Pre order for barrels is live. I k ow you weren't terribly impressed by the prototype, but if you have customers wanting a hybrid there are more options and better dealer pricing with the KKM. And better chamber specs if you ask me
2 Jan 2019 20:03:26
Eddie Garcia
Did any of the suggestions I gave weâ€™re address?
2 Jan 2019 20:04:46
John Vlieger
Not directly. I spoke with Luke about them and I want to say the rifling chatter was a one off issue. The other measurements I can't speak to. I'd be happy to send one to you when we get them in for some more feedback.
2 Jan 2019 20:06:12

Eddie Garcia
4 Jan 2019 19:17:17
Eddie Garcia
4 Jan 2019 22:03:38
Eddie Garcia
https://youtu.be/IT3SAboeT1g
7 Jan 2019 11:46:44
John Vlieger
8 Jan 2019 11:05:11
Eddie Garcia
Hahahahaha
8 Jan 2019 11:10:57
Eddie Garcia
Eddie sent an attachment.
8 Jan 2019 18:58:36
Eddie Garcia
8 Jan 2019 19:57:32
Eddie Garcia
19 Jan 2019 1:09:23
Eddie Garcia
20 Jan 2019 16:08:35
Eddie Garcia
How the fuck am i gonna top this!? Watch this shit Forward on to 10 homies ðŸ˜‰
25 Jan 2019 10:19:47
John Vlieger
25 Jan 2019 16:39:08
John Vlieger
And great. Thought you were sending me rock climbing vid. Nope. It's still porn
25 Jan 2019 16:39:25
Eddie Garcia
Blow job from a Muslim woman...
25 Jan 2019 18:02:06
Eddie Garcia
Remember this song?
29 Jan 2019 22:21:45
Eddie Garcia
Eddie sent an attachment.
29 Jan 2019 23:43:26
Eddie Garcia
30 Jan 2019 0:12:34
John Vlieger

are you seriously jabbing yourself in the junk with an open gun?
30 Jan 2019 11:26:43
Eddie Garcia
Ur so stupid.
30 Jan 2019 11:34:06
Eddie Garcia
1 Feb 2019 12:02:02
John Vlieger
2 Feb 2019 13:14:05
Eddie Garcia
What is it
2 Feb 2019 13:28:18
John Vlieger
It's called a machine gun
2 Feb 2019 13:29:25
Eddie Garcia
I knkw that smart ass.
2 Feb 2019 13:30:02
John Vlieger
It's one of pat Raffertys guns. Yankee hill break, 12" barrel, fully pewpew
2 Feb 2019 13:30:28
Eddie Garcia
That thing doesnâ€™t move. So awesome. Send me ur open gun pics
2 Feb 2019 13:31:15
John Vlieger
2 Feb 2019 13:31:38
Eddie Garcia
Why.
2 Feb 2019 13:34:34
John Vlieger
You'll see. This is just for testing and proof of concept
2 Feb 2019 13:36:32
Eddie Garcia
Are u adding Wright
2 Feb 2019 13:36:45
Eddie Garcia
Weight
2 Feb 2019 13:36:48
John Vlieger
Yup
2 Feb 2019 13:36:52

Eddie Garcia
Gotcha
2 Feb 2019 13:40:38
Eddie Garcia
Where are the new pics
2 Feb 2019 19:51:38
John Vlieger
2 Feb 2019 19:51:57
John Vlieger
2 Feb 2019 19:52:33
John Vlieger
Still very much work in progress
2 Feb 2019 19:52:40
John Vlieger
Just test fired it.
2 Feb 2019 19:52:49
Eddie Garcia
And. Where is the video of that. Come on
2 Feb 2019 19:53:18
John Vlieger
It's dark. Ain't no video of it
2 Feb 2019 19:53:30
John Vlieger
We shot like 20 rounds to function test
2 Feb 2019 19:53:41
Eddie Garcia
Fucking bull shit. And
2 Feb 2019 19:53:49
John Vlieger
I'll get one to you in the am
2 Feb 2019 19:53:52
John Vlieger
It works.
2 Feb 2019 19:53:57
Eddie Garcia
How did it feel
2 Feb 2019 19:54:04
John Vlieger
Playing with the weight of the block in the morning. Felt sharp due to no comp and no holes. But definitely less than a shorty should in 9 major
2 Feb 2019 19:54:27

John Vlieger
And no sight to reference is weird
2 Feb 2019 19:54:36
Eddie Garcia
Is that round stock steel? Or tun
2 Feb 2019 19:54:48
John Vlieger
Round. 1.5" round stock
2 Feb 2019 19:55:00
Eddie Garcia
Carbon steel
2 Feb 2019 19:55:10
Eddie Garcia
No comp always suck
2 Feb 2019 19:55:25
John Vlieger
Stainless
2 Feb 2019 19:58:17
Eddie Garcia
That makes sense.
2 Feb 2019 20:04:27
Eddie Garcia
Pics
3 Feb 2019 13:22:33
John Vlieger
3 Feb 2019 13:22:53
Eddie Garcia
When is it going to be done.
3 Feb 2019 13:24:25
John Vlieger
Dunno
3 Feb 2019 13:25:37
Eddie Garcia
Today?
3 Feb 2019 13:25:44
John Vlieger
Not finally, no. The spacer is gonna be redone for sure. We are playing with barrel holes right now
3 Feb 2019 13:37:34
John Vlieger
Few weeks at least.

3 Feb 2019 13:37:41
Eddie Garcia
Gotcha. I thought this was the weekend. I was excited for u
3 Feb 2019 14:22:43
John Vlieger
Ha. This was R and D weekend
3 Feb 2019 14:29:36
Eddie Garcia
4 Feb 2019 17:57:29
Eddie Garcia
4 Feb 2019 17:58:28
Eddie Garcia
Eddie sent an attachment.
4 Feb 2019 21:40:39
Eddie Garcia
5 Feb 2019 15:06:53
Eddie Garcia
5 Feb 2019 15:06:54
Eddie Garcia
5 Feb 2019 21:49:40
Eddie Garcia
I watch it all
5 Feb 2019 22:08:05
John Vlieger
You sent an attachment.
12 Feb 2019 8:44:12
Eddie Garcia
I saw. And I like it to. When is it going to be done.
12 Feb 2019 12:02:57
John Vlieger
today, most likely.
12 Feb 2019 12:03:52
Eddie Garcia
Nice
12 Feb 2019 13:39:01
John Vlieger
You sent an attachment.
12 Feb 2019 13:39:41
Eddie Garcia
How to deliver her Valentine's present
12 Feb 2019 20:09:42

John Vlieger
12 Feb 2019 20:51:17
Eddie Garcia
Nice. When u get
12 Feb 2019 21:00:51
John Vlieger
Thursday
12 Feb 2019 21:00:56
Eddie Garcia
Awesome. U have to tell me how it shoots
12 Feb 2019 21:05:52
John Vlieger
Will do
12 Feb 2019 21:05:59
Eddie Garcia
Hi bro. Today is brother day, I consider you as my bro too. You need to tell 12 Key Brothers who you consider and send him a sweet tits to brighten his day. Lol. Blood or Not, I hope I get one back. Stay up and don't be selfish, pass this to your brothers!
13 Feb 2019 20:47:50
Eddie Garcia
Tomorrow is the day. Must be the longest night ever.
13 Feb 2019 21:54:22
John Vlieger
Hahaha. Yeah. Got ammo loaded up to test. Have a fucking hand therapy appointment right after work, though
13 Feb 2019 21:54:53
John Vlieger
Good thing I can shoot off of my deck
13 Feb 2019 21:55:01
Eddie Garcia
Is ur hand getting better? Iâ€™m jealous.
13 Feb 2019 21:55:26
John Vlieger
Yep! Worked it too hard in the gym Tuesday but it's getting better steadily
13 Feb 2019 21:55:51
Eddie Garcia
Good. Hope for a fast recovery.
13 Feb 2019 22:11:04
John Vlieger
14 Feb 2019 14:25:32
Eddie Garcia

54

Shoot it.
14 Feb 2019 14:51:40
John Vlieger
in 3 hours i will
14 Feb 2019 15:08:25
John Vlieger
14 Feb 2019 18:19:44
Eddie Garcia
Now that brass flys out. How u like
14 Feb 2019 19:43:04
John Vlieger
I like it. Need to tune it though. Lot of work to do this weekend
14 Feb 2019 19:43:18
John Vlieger
Then local match the next
14 Feb 2019 19:43:25
Eddie Garcia
Awesome.
14 Feb 2019 19:45:10
John Vlieger
the dot tracks slow and easy. i think alphas on the second shot are going to get a bit easier. no joke my points have been a big thing holding me back, mainly on the second shot'
15 Feb 2019 8:29:07
Eddie Garcia
Thatâ€™s good man. U got to get the points. How is the accuracy. Any pics.
15 Feb 2019 10:22:27
John Vlieger
i shot only 50-75 rounds into the berm yesterday. was losing light. plan to shoot some more tonight and a fuck ton this weekend.
15 Feb 2019 10:24:45
Eddie Garcia
Hahahahahahahahahahah. Poor gun.
15 Feb 2019 10:25:12
John Vlieger
still havent loctited the mount down. need to play with the gas pedal placement and racker
15 Feb 2019 10:25:33
Eddie Garcia
Gotcha.
15 Feb 2019 10:27:55

Eddie Garcia
Did U zero it
15 Feb 2019 20:45:56
Eddie Garcia
Crickets
15 Feb 2019 22:10:55
John Vlieger
Had an issue with the safety today. Gonna fit a new one tomorrow then zero and such.
15 Feb 2019 22:12:21
John Vlieger
Probably gonna reduce the weight of the comp a little bit before calling it done, too. Have to use a light as fuck spring to get it to cycle. Barrel and comp weigh over 10 Oz together
15 Feb 2019 22:13:09
Eddie Garcia
What issue u have with the safety. Maybe I can help. Reduce weight. Itâ€™s Ti. It should be light.
15 Feb 2019 22:14:31
Eddie Garcia
Maybe too effective?
15 Feb 2019 22:14:40
John Vlieger
Nope. Carbon steel
15 Feb 2019 22:14:42
John Vlieger
15 Feb 2019 22:15:01
John Vlieger
And I had a light strike or two. Pad might be dragging the safety when I shoot. Buddy had this problem more than once
15 Feb 2019 22:15:28
John Vlieger
Falling to half cock
15 Feb 2019 22:15:54
Eddie Garcia
When it went to half cock was the gun fully in battery
15 Feb 2019 22:15:58
John Vlieger
Yep
15 Feb 2019 22:16:06
John Vlieger
He welded up the safety after mis cutting it

15 Feb 2019 22:16:17
Eddie Garcia
Is the over travel set up right where there is a little over travel
15 Feb 2019 22:16:31
John Vlieger
And I don't like the safetys
15 Feb 2019 22:16:31
John Vlieger
CK safety
15 Feb 2019 22:16:33
John Vlieger
Yes
15 Feb 2019 22:16:39
John Vlieger
I set the over travel today
15 Feb 2019 22:16:45
John Vlieger
Until it wouldn't work then back a half turn
15 Feb 2019 22:16:57
John Vlieger
Blue loctite
15 Feb 2019 22:17:02
Eddie Garcia
Do U see marks on the fitting tab for the thumb safety
15 Feb 2019 22:17:03
John Vlieger
I think so
15 Feb 2019 22:17:12
John Vlieger
Besides the point, safety pads are not big enough for my liking
15 Feb 2019 22:17:29
John Vlieger
Gonna fit some Wilsons tomorrow
15 Feb 2019 22:17:40
Eddie Garcia
Ok. I would say if it is hitting file a little off. Then u can shooting it right away.
Wilsonâ€™s are cast crap.
15 Feb 2019 22:18:12
John Vlieger
True, but I like the pad
15 Feb 2019 22:18:27

John Vlieger
CK pads are small
15 Feb 2019 22:18:33
Eddie Garcia
Have u try the Egw hd ambi. I love them.
15 Feb 2019 22:18:48
John Vlieger
That's a possibility
15 Feb 2019 22:18:58
Eddie Garcia
Pain to fit. But man I love them.
15 Feb 2019 22:19:18
John Vlieger
Pain how?
15 Feb 2019 22:19:34
Eddie Garcia
Well. The safeties should be time. Meaning both pads hit the grip at the same time. If not puts bind on female male tab. So u have to reduce under side of the pad. Mostly right side pad. If u donâ€™t then they will wear the female male tab and they will get loose. But once u fit them they are rock solid. And they are wide. I normally trim them down for my liking.
15 Feb 2019 22:22:05
John Vlieger
I trimmed the right side only for the wilsons
15 Feb 2019 22:22:38
John Vlieger
And $$$
15 Feb 2019 22:22:45
John Vlieger
I'll fit the Wilsons first and go from there
15 Feb 2019 22:22:57
Eddie Garcia
Cool beans.
15 Feb 2019 22:23:08
John Vlieger
Thanks for the info
15 Feb 2019 22:23:21
Eddie Garcia
15 Feb 2019 22:24:00
Eddie Garcia

Anytime. Here is my slow mode video. Sucky because I balance it on my bag. But u can see almost no flip.
15 Feb 2019 22:24:30
John Vlieger
It's become more about dot tracking to me
15 Feb 2019 22:25:10
John Vlieger
The current set up let's me track the dot in almost slow mo
15 Feb 2019 22:25:23
Eddie Garcia
Dude this gun the dot doesnâ€™t move. Think of the dot in the lens. Gun goes bang. Now dot goes on top of previous dot. Thatâ€™s it.
15 Feb 2019 22:33:53
Eddie Garcia
Iâ€™m shooting this gun and the gun is waiting for me. Itâ€™s so fast. I have let about 10 people shoot it so far and they all say the same
15 Feb 2019 22:34:50
Eddie Garcia
Did u zero it in
16 Feb 2019 20:57:52
John Vlieger
Yep. Plenty accurate. Just did a quick and dirty one to get training and such
16 Feb 2019 21:17:31
Eddie Garcia
Hahaha
16 Feb 2019 21:26:12
Eddie Garcia
18 Feb 2019 22:59:32
John Vlieger
HEY
20 Feb 2019 13:56:26
John Vlieger
https://www.shootersconnectionstore.com/Everglades-ECG-STI-High-Capacity-2011-Trigger-Short-P5462.aspx
20 Feb 2019 13:56:32
John Vlieger
we gots short triggers in. $35 for dealers. all flat, unlike that last video you sent me which was just on my computer in view of my boss
20 Feb 2019 13:56:53
Eddie Garcia

Hahahahahahahahahahah. The bouncing boobie girl. Wasnâ€™t that the best video ever.
20 Feb 2019 20:59:42
Eddie Garcia
28 Feb 2019 18:51:12
Eddie Garcia
https://www.phoenixnewtimes.com/news/prison-fraud-scottsdale-shooting-champ-matthew-burkett-sentenced-11224521
28 Feb 2019 20:38:43
Eddie Garcia
Eddie sent an attachment.
6 Mar 2019 21:03:35
John Vlieger
You gotta be kidding me
6 Mar 2019 21:04:33
Eddie Garcia
Nothing but the best.
6 Mar 2019 21:04:58
Eddie Garcia
7 Mar 2019 19:20:04
Eddie Garcia
11 Mar 2019 17:37:06
Eddie Garcia
Good job at the last match.
12 Mar 2019 20:26:57
John Vlieger
Thanks. Had some issues with myself, but overall my expectations were met.
12 Mar 2019 20:27:24
Eddie Garcia
Awesome
12 Mar 2019 20:28:19
Eddie Garcia
Eddie sent an attachment.
19 Mar 2019 0:51:13
Eddie Garcia
20 Mar 2019 17:31:21
Eddie Garcia
21 Mar 2019 17:58:59
Eddie Garcia
27 Mar 2019 16:34:55
John Vlieger

27 Mar 2019 16:35:50
Eddie Garcia
I got the first one a few weeks ago.
27 Mar 2019 16:45:09
John Vlieger
No you didn't
27 Mar 2019 16:46:33
John Vlieger
I did
27 Mar 2019 16:46:36
John Vlieger
Well, Pat did
27 Mar 2019 16:46:48
Eddie Garcia
I did to.
27 Mar 2019 17:08:59
John Vlieger
Whateva
27 Mar 2019 17:14:48
Eddie Garcia
Hahahahaha.
27 Mar 2019 20:17:41
Eddie Garcia
28 Mar 2019 20:43:08
John Vlieger
I saw. Sexy
28 Mar 2019 20:43:18
John Vlieger
What do you think of the new Cheely grip
28 Mar 2019 20:43:25
Eddie Garcia
I like it. I just it was more grippy.
28 Mar 2019 20:45:35
John Vlieger
You wish it was more grippy?
28 Mar 2019 20:45:47
Eddie Garcia
Yes
28 Mar 2019 20:45:55
John Vlieger
Are you joking?

28 Mar 2019 20:46:00
Eddie Garcia
No.
28 Mar 2019 20:46:08
John Vlieger
28 Mar 2019 20:46:21
Eddie Garcia
But dude. My hands are rough. So for the general public it will be too rough
28 Mar 2019 20:46:34
John Vlieger
28 Mar 2019 20:46:53
John Vlieger
I need new callouses
28 Mar 2019 20:46:58
Eddie Garcia
Hahahah
28 Mar 2019 20:48:00
Eddie Garcia
31 Mar 2019 1:40:07
Eddie Garcia
3 Apr 2019 21:19:10
Eddie Garcia
6 Apr 2019 22:17:35
Eddie Garcia
Why is the dust cover so long.
9 Apr 2019 17:49:40
John Vlieger
Cuz this was meant to have a full profile comp on it, but we went back to the Binary
9 Apr 2019 18:05:47
John Vlieger
Binary is working on a full profile version
9 Apr 2019 18:05:55
John Vlieger
And, Pat is putting an IMM length upper on it this month. Probably gonna trim the dust cover to match on that one
9 Apr 2019 18:06:17
Eddie Garcia
Eddie sent an attachment.
10 Apr 2019 14:39:23
Eddie Garcia
11 Apr 2019 20:15:15

Eddie Garcia
Eddie sent an attachment.
14 Apr 2019 13:05:43
Eddie Garcia
Eddie sent an attachment.
18 Apr 2019 12:17:08
Eddie Garcia
Tell your friends!
18 Apr 2019 13:34:08
Eddie Garcia
23 Apr 2019 20:20:51
Eddie Garcia
Eddie sent a link.
28 Apr 2019 0:55:45
Eddie Garcia
3 May 2019 22:28:58
John Vlieger
Planning for your next beach session?
3 May 2019 22:29:39
Eddie Garcia
Hahahaha
3 May 2019 22:29:50
Eddie Garcia
5 May 2019 13:24:47
Eddie Garcia
5 May 2019 20:22:01
John Vlieger
Yep. I shot like a train wreck today. Wife took my dog to the er Vet. He got into some medication. Head wasn't in the game
5 May 2019 20:23:11
John Vlieger
Grats on beating me, bud. See you at red lion?
5 May 2019 20:23:27
Eddie Garcia
Red lion?
5 May 2019 20:24:48
John Vlieger
It's where they're holding awards
5 May 2019 20:25:03
John Vlieger
5 May 2019 20:25:11

Eddie Garcia
Iâ€™m not going. Heading home
5 May 2019 20:25:13
John Vlieger
5 May 2019 20:25:19
John Vlieger
Drive safe
5 May 2019 20:25:24
Eddie Garcia
U to. Sorry about ur dog and ur match. But u still did good.
5 May 2019 20:29:27
Eddie Garcia
6 May 2019 18:12:02
Eddie Garcia
Eddie sent an attachment.
7 May 2019 10:45:00
Eddie Garcia
Eddie sent an attachment.
7 May 2019 21:59:18
Eddie Garcia
10 May 2019 17:08:38
John Vlieger
What? Nice crown. Don't know what I'm looking at otherwise
10 May 2019 17:20:05
Eddie Garcia
Just the crown.
10 May 2019 17:20:36
John Vlieger
Clean
10 May 2019 17:20:42
Eddie Garcia
12 May 2019 17:21:05
Eddie Garcia
13 May 2019 1:03:14
John Vlieger
13 May 2019 11:13:39
John Vlieger
13 May 2019 11:14:01
Eddie Garcia
Gay
13 May 2019 11:23:57

John Vlieger
says the guy that sent me stop motion of barbie squirting
13 May 2019 11:24:49
Eddie Garcia
Hahahahahah. Now that was funny as fuck.
13 May 2019 11:25:03
John Vlieger
15 May 2019 10:11:49
Eddie Garcia
I saw one a few weeks ago. Wasnâ€™t impress.
15 May 2019 10:53:46
John Vlieger
bullshit
15 May 2019 10:55:12
John Vlieger
these are brand new. only we have em
15 May 2019 10:55:19
John Vlieger
these are Binary Engineering comps, not Akai
15 May 2019 10:55:29
Eddie Garcia
Yes. I have see them. It was like a few weeks ago. John. People send me stuff all the
time to get my thoughts on things. Believe it or not I pull a lot of weight in the
shooting world.
15 May 2019 11:01:00
John Vlieger
Eddie...I'm about 90% sure we have the only ones that exist. It's not about your pull
weight, its about the fact that this manufacturer is a one man shop out of his garage
and I'm the one who started this project back in February, asking him to make them,
and getting Chuck to sign off on us ordering over 20 of them.
15 May 2019 11:03:57
Eddie Garcia
Dude I had it in my shop like before manus Cup. Maybe before area 6. No lie. I had it.
Look it over.
15 May 2019 11:07:23
John Vlieger
Yeah... I call BS, or it's a different comp you're thinking of
15 May 2019 20:11:55
John Vlieger
Due to me asking the guy who made them if any pre production samples went out for
eval

15 May 2019 22:24:18
John Vlieger
You're an extremely talented Smith and well known, Eddie. I don't doubt that. But don't pull my chain
15 May 2019 22:24:51
Eddie Garcia
Dude I had a guy come in showing me that comp. he called it binary engineering. The bottom wall was really thin. So think I thought it will crack.
15 May 2019 22:25:37
John Vlieger
Was it round or full profile
15 May 2019 22:25:55
Eddie Garcia
I honestly canâ€™t remember. But the port design look just like that video u sent me.
15 May 2019 22:26:54
John Vlieger
There's two versions. Original has a round profile and we've been selling them for about a year now
15 May 2019 22:27:19
John Vlieger
New ones came in today
15 May 2019 22:27:26
John Vlieger
And the original has had zero issues with the bottom wall. There was one batch of bad stock that had a few cracking at the first baffle, but that's been corrected in the design. The new full profile is the same updated baffle design with full profile sides
15 May 2019 22:32:12
Eddie Garcia
22 May 2019 17:17:48
Eddie Garcia
22 May 2019 23:16:30
Eddie Garcia
I think she has a face, but I just can't seem to see it.
23 May 2019 16:25:50
Eddie Garcia
28 May 2019 18:53:22
Eddie Garcia
11 Jun 2019 18:31:53
Eddie Garcia
Tell me about the kkm island barrels that are threaded to me. I think u have three lengths right? Can u tell me about them

12 Jun 2019 16:53:50
John Vlieger
4.65", 5â€œ, and 5.4"
12 Jun 2019 16:54:33
John Vlieger
Commander, IMM, and full size
12 Jun 2019 16:54:46
John Vlieger
SV style radius on rear of rib
12 Jun 2019 16:55:09
John Vlieger
C/P cut currently
12 Jun 2019 16:55:26
John Vlieger
Dealer is $315 on threaded. $292 for non threaded
12 Jun 2019 16:55:44
John Vlieger
We are getting more in early July
12 Jun 2019 16:56:02
Eddie Garcia
Nice. Thatâ€™s what I figure with three options one was like Imm.
12 Jun 2019 17:03:12
Eddie Garcia
Let me see what this homo wants.
12 Jun 2019 17:05:23
Eddie Garcia
Thanks for texting on this. I try calling the shop but close. So I do appreciate u talking to me shop after hours.
12 Jun 2019 17:05:53
John Vlieger
Thanks for the appreciation, Eddie. It's rare. These barrels were my pet project, anyway, so it's only fair I get the most questions about it. All good. I got 30 of the IMM length coming, and 17 of them already sold, FYI they're popular
12 Jun 2019 17:14:20
Eddie Garcia
I text and call him. Once I hear back Iâ€™ll message u right away to let u know. I do want to try one. I truly understand how after hours people donâ€™t care and still think itâ€™s ok to message so I try not to do it.
12 Jun 2019 17:17:11
John Vlieger

e are live with pre-orders for those hybrids only 10 units left available for the IMM barrels, but we got some commander and 5.4" coming, too
13 Jun 2019 8:53:09
John Vlieger
we now have 6 IMM barrels left to pre order. more coming around August time frame
13 Jun 2019 14:17:24
Eddie Garcia
Ok. How do I preorder 1 Imm barrel
13 Jun 2019 14:24:47
John Vlieger
https://www.shootersconnectionstore.com/KKM-355-Bull-Hybrid-5-Threaded-Barrel-PRE-ORDER-07082019-P5408.aspx
13 Jun 2019 14:25:24
Eddie Garcia
Got it. Did it. Thanks
13 Jun 2019 14:31:49
John Vlieger
order received. they're scheduled to come in first week of July ish. i'll keep you updated. thanks, bub
13 Jun 2019 14:34:29
Eddie Garcia
Itâ€™s all good. Iâ€™m in no rush.
13 Jun 2019 14:46:44
John Vlieger
18 Jun 2019 18:16:04
Eddie Garcia
Omg. I assume thatâ€™s u enjoying ur range.
18 Jun 2019 18:16:46
John Vlieger
Content creation
18 Jun 2019 18:16:59
John Vlieger
22 Jun 2019 13:01:48
John Vlieger
You didn't build this?
22 Jun 2019 13:01:54
Eddie Garcia
No!
22 Jun 2019 13:01:57
John Vlieger
Looks like your cuts on the slide. I'm confused

22 Jun 2019 13:02:10

Eddie Garcia

It was cosmetics and so on like 4-5 years ago. U are like the 6 person to ask me about it.

22 Jun 2019 13:02:59

John Vlieger

Ah. You did cosmetic work on it. I get it

22 Jun 2019 13:03:18

Eddie Garcia

I did some work on it for a guy in az. He got real sick. Sold it to a guy in nc. Then he calls me. Then I told him thatâ€™s not my gun. My cosmetics. Not my gun. He got mad. I guess he was telling me the barrel porting was oval not round. I was well I do mine in a mill. And they are straight. He never called me back.

22 Jun 2019 13:09:48

Eddie Garcia

So why u want to know? Are u Andy friend? I ask because my friend just sent me a screen shot of his and Andy discussion going back and forth and Andy ask why he was t interested anymore and he said his friend just told him why and u are the only person that text me about this gun today. If u want to know something just ask. Donâ€™t try to be shady and sneak around. And if u didnâ€™t ask me to talk to Andy well sorry for accusing you but this is what it seems like.

22 Jun 2019 15:21:43

John Vlieger

Yes, I'm a friend of Andy's. We are in a group chat together with some other shooters. He said in the chat about it not being one of your builds. No, I have not repeated anything you and I have discussed to anyone. I haven't texted anyone anything, in fact. Was at the store when I texted you, and just got done making ammo and am now on the range

22 Jun 2019 15:37:28

John Vlieger

I asked, because he's been trying to sell it for a while now and we've been trying to help here and there. I recognize the cuts as yours, and was genuinely confused about the whole thing

22 Jun 2019 15:37:59

John Vlieger

I'd be glad to send screen shots of the convo if you want to. No one is bashing you or anything of the sort.

22 Jun 2019 15:38:29

Eddie Garcia

Not saying u are bashing. What I am saying is had a friend last night call me saying this is a Emg gun. I correct by saying I did some work but didnâ€™t build it bottom

to top. Told her buy it or donâ€™t. Thatâ€™s it. Then u text me today asking me about it. Then they sent me screeen shots of Andy discussion. Andy asking what I said to change their mind. Well ur the only one that ask me about this gun. End of the day I feel bad for Andy. I offer to help him when he called me that one day. He never took me up on my help. I donâ€™t want him to think Iâ€™m telling people donâ€™t buy it. And I donâ€™t want people buying it thinking I built the whole thing. If I accuse u and u got mad sorry. I just donâ€™t want to be involved. I already offer to help and Andy never took it. So Iâ€™m out of it. So thatâ€™s what I have to say on it.

22 Jun 2019 15:45:51

John Vlieger

I'm not mad at all. Andy posted in the group chat close to what you just said, about them pulling out of the deal, that is when I asked you

22 Jun 2019 15:47:18

John Vlieger

And I asked you exactly what I wanted to know. If you built the gun,/what the deal was, recognizing the cuts and all. I hope my rep and our relationship is developed enough for you to know the kind of guy I am, Eddie.

22 Jun 2019 20:42:31

Eddie Garcia

John ur good. I just got pissy because I got the purchaser asking me questions. Then screen shots from the buyer from the seller. Asking what I said to make u back out. Then he mention he got back stab or something like that. Then I had u ask questions about it. Then I was is john asking questions for the seller. I was why doesnâ€™t people just ask me what they want to know. Iâ€™m here thinking what is going on here. What is being said I donâ€™t knkw about. But between u and I said I said my peace. I ask u straight up and u answered. At the end of the day Iâ€™m pass it all. Not mad at u. Also apologize if I was rude to u. But Iâ€™m more of a guy that just call it out vs beating around the bush. Hope u see how confuse I was with all this.

22 Jun 2019 20:54:20

Eddie Garcia

Are we good

22 Jun 2019 21:06:05

John Vlieger

Yep. Text always robs the intent and inflection, man. We gucci

22 Jun 2019 21:11:35

Eddie Garcia

ðŸ‘ • ðŸ• »

22 Jun 2019 21:12:39

John Vlieger

28 Jun 2019 14:54:14

Eddie Garcia

Hahaha

28 Jun 2019 14:56:29

Eddie Garcia

28 Jun 2019 14:56:37

Eddie Garcia

50 yards sand bag. .750 group spread. Did it yesterday.

28 Jun 2019 14:56:56

Eddie Garcia

Eddie sent an attachment.

29 Jun 2019 17:23:52

John Vlieger

hey, Eddie. We have a guy emailing us here at Shooters, a Manuel Newman, wanting a slide that is 0.752" wide? mind filling me in on what this guy actually needs, because that dont make sense

3 Jul 2019 11:21:45

Eddie Garcia

Well he crack his slide. The frame rails a very narrow. So the female rail if the frame side to side needs to be .752 wide. Then the vertical needs to be .118-.119 tall.

3 Jul 2019 13:32:46

John Vlieger

yeah, he didnt say any of that. just "need a slide thats 752 thou wide

3 Jul 2019 13:34:26

Eddie Garcia

Thatâ€™s because the poor man doesnâ€™ understand.

3 Jul 2019 13:34:47

John Vlieger

most likely

3 Jul 2019 13:34:55

John Vlieger

don't even know how I'd measure that dimension with calipers, bro

3 Jul 2019 13:35:13

Eddie Garcia

U canâ€™t. I have special 600.00 calibers to measure that.

3 Jul 2019 13:35:48

John Vlieger

sooooo. want me to tell him hes shit out of luck?

3 Jul 2019 13:44:22

Eddie Garcia

Be honest. U donâ€™ have the tools to measure his request. Every sti slide u have their will not work. They are coming in at .757-.758.

3 Jul 2019 13:51:36

71

John Vlieger
3 Jul 2019 15:28:28
John Vlieger
4 Jul 2019 9:16:28
Eddie Garcia
Happy 4th
4 Jul 2019 12:18:50
Eddie Garcia
4 Jul 2019 12:18:54
Eddie Garcia
4 Jul 2019 16:18:53
John Vlieger
4 Jul 2019 16:19:29
Eddie Garcia
4 Jul 2019 16:23:18
Eddie Garcia
4 Jul 2019 17:00:20
Eddie Garcia
18 Jul 2019 20:11:09
John Vlieger
nice frames. who's making them for you
19 Jul 2019 14:53:07
John Vlieger
and what do you think of the hybrid barrel
19 Jul 2019 14:53:16
Eddie Garcia
Jem enterprise. I still need to spec it out. It looking at it looks nice. I think his crown
needs some work. U can see itâ€™s not perfect with the bore. But thatâ€™s no
biggies because Iâ€™l recrown it. I assume itâ€™s the same install as a schuemann.
There was no instructions with it. So Iâ€™l verify with kkm on the fitting to make
sure. I try to put a comp on. It wonâ€™t go all the way to the rib. Not sure if
thatâ€™s the threads on the comp or barrel. It stops like 80% to the rib. But again no
biggie. I can address that. Iâ€™m not building this gun until nov. so then Iâ€™l be
able to see how awesome or pain in the butt it is. And how accurate. But over all it
looks nice. I did notice the nose of the barrel is like .698 vs .695. I prefer .695 with a
.700 slide to get u that .005 control ring. But we will see.
19 Jul 2019 15:10:02
John Vlieger
don't fit it like a Schuemann. fit it like an SV. the radius on the rear of the rib is SV
spec, not Schumann. KKM is known for their threads being on the shallow end. Pat
runs a tap and die in the comp and on the barrel threads no matter what barrel and

comp he has. we have yet to hear any negative complaints on them and have 30 more coming in the next 6 ish weeks. I have one of the first production run barrels (commander, 4.65" OAL) in my open gun and while I don't push it out past 20 yards very often, it gives me one hole groups at 18 yards when I zero every damn time
19 Jul 2019 15:21:34
Eddie Garcia
Yes. I knkw its a 1/4 end mill radius. Iâ€™m talking measuring the rib to cut the slide. Then Iâ€™m sure the under neath of the slide needs to be radius fkr the huge radius they put into the from of the rib. Dude bench it at 50 yards. My Barsto barrel at 18 yards is one hole. At 50 yards itâ€™s .750 spread. If u throw the flyer out as Chris says itâ€™s under .300 spread
19 Jul 2019 16:58:19
John Vlieger
Ill have to do that here soon. Got some new bullets to test out anyhow. And you could talk to Pat and get his feedback. He's fit mine as well as several others on these barrels.
19 Jul 2019 17:05:04
John Vlieger
Yu tracking the V5 board update at cmore?
19 Jul 2019 20:38:53
Eddie Garcia
Not really. But I have it on my current rts2
19 Jul 2019 21:05:10
Eddie Garcia
Thatâ€™s it. Thought u weâ€™re going to say something.
19 Jul 2019 21:49:48
John Vlieger
Nah you said you got it, so you're good. The actual new dots with V5 boards in em drop early August
19 Jul 2019 21:50:27
Eddie Garcia
Yea. I think tanks said that and be offer with base plate and non.
19 Jul 2019 21:51:23
Eddie Garcia
Do U have the v5 board yet.
19 Jul 2019 21:51:37
John Vlieger
Yep. I've had it for a while now
19 Jul 2019 21:56:30
John Vlieger
Zero issues

19 Jul 2019 21:56:34
Eddie Garcia
Pretty awesome
19 Jul 2019 22:02:36
Eddie Garcia
22 Jul 2019 12:20:39
John Vlieger
looking pretty slick
22 Jul 2019 13:22:35
Eddie Garcia
24 Jul 2019 15:22:30
Eddie Garcia
26 Jul 2019 20:00:16
Eddie Garcia
Scroll through the photos...
28 Jul 2019 12:37:23
Eddie Garcia
31 Jul 2019 19:04:41
Eddie Garcia
31 Jul 2019 19:04:43
Eddie Garcia
31 Jul 2019 19:04:44
John Vlieger
What am I supposed to be looking at
31 Jul 2019 19:06:07
Eddie Garcia
The contacts. Ur killin me smalls
31 Jul 2019 19:06:28
John Vlieger
I pay my gunsmith good money so I don't have to be one
31 Jul 2019 19:06:48
John Vlieger
Hey man. I heard there were some issues with the prize table at A3?
5 Aug 2019 18:31:23
John Vlieger
I wasn't there. Had a proxy to walk for me and he mentioned it was jacked up
5 Aug 2019 19:47:00
Eddie Garcia
I heard it was overall. 1st in each division. 2 in each division. 3 in each division. The categories. Then overall.
5 Aug 2019 21:22:09

John Vlieger
Yeah. My proxy told me my place was called late as fuck
5 Aug 2019 21:22:31
Eddie Garcia
Yep.
5 Aug 2019 21:24:42
John Vlieger
And I was third overall
5 Aug 2019 21:24:56
Eddie Garcia
Yep. Thatâ€™s because u have 19-21 people walking before u in open. Gay right
5 Aug 2019 21:25:43
John Vlieger
Wait. You mean class winners walked first
5 Aug 2019 21:25:58
John Vlieger
1st in class and so on, then overall
5 Aug 2019 21:26:14
Eddie Garcia
Yep. Overall 1 place class gm-d 2place class gm-d 3 place class gm-d Overall
5 Aug 2019 21:28:04
John Vlieger
That explains a lot. God bless America. If you ever see me at that match again, slap me across the face. I'm fucking done with A3. It and A7 can go take a long walk off of a short pier
5 Aug 2019 23:11:10
John Vlieger
A7 for no reason except the location
5 Aug 2019 23:11:28
Eddie Garcia
I told my az buddies if I say letâ€™s go to area 3 again kick me in the balls muliti Times.
5 Aug 2019 23:11:54
Eddie Garcia
7 Aug 2019 20:04:57
John Vlieger
Hey. Where you staying for nats
8 Aug 2019 17:15:29
Eddie Garcia
Buddies sister house.
8 Aug 2019 17:16:45

75

John Vlieger
Wanna split a town house instead?
8 Aug 2019 17:16:55
John Vlieger
It would be pretty cheap
8 Aug 2019 17:17:04
Eddie Garcia
I think we are renting it for like 100.00. Thanks though
8 Aug 2019 17:17:46
John Vlieger
8 Aug 2019 17:18:23
John Vlieger
what slides are you using these days?
12 Aug 2019 10:16:21
Eddie Garcia
Sti. But the new style or the new changes we did to them. Not the d crappy style.
12 Aug 2019 12:58:46
John Vlieger
So, the new production is alright?
12 Aug 2019 12:59:13
Eddie Garcia
Works great.
12 Aug 2019 13:15:37
John Vlieger
when did they start making those slides? we have some from april of this year
13 Aug 2019 12:48:24
Eddie Garcia
Iâ€™m not sure. They make two versions. One they use. And one I use.
13 Aug 2019 14:53:01
John Vlieger
15 Aug 2019 22:01:16
John Vlieger
They've gone full retard
15 Aug 2019 22:01:22
Eddie Garcia
Hahahahaha
15 Aug 2019 22:01:36
Eddie Garcia
19 Aug 2019 15:16:51
John Vlieger
thats pretty fuckin slick, my man

19 Aug 2019 15:17:56
Eddie Garcia
Thanks
19 Aug 2019 15:18:09
John Vlieger
22 Aug 2019 13:00:30
Eddie Garcia
Hahahaha
22 Aug 2019 13:00:36
John Vlieger
That gun looks familiar
22 Aug 2019 13:00:37
Eddie Garcia
Yes it does.
22 Aug 2019 13:00:46
John Vlieger
didn't know you were taking commissions from crazy ladies
22 Aug 2019 13:01:14
Eddie Garcia
People give me money and I build them guns.
22 Aug 2019 13:02:20
John Vlieger
sounds like capitalism
22 Aug 2019 13:02:48
Eddie Garcia
Hahahah
22 Aug 2019 13:03:32
John Vlieger
dirty, nasty, crazy capitalism
22 Aug 2019 13:18:32
Eddie Garcia
Hahahah. Remember u wanted a gun.
22 Aug 2019 13:41:50
John Vlieger
...?
22 Aug 2019 13:42:36
Eddie Garcia
At one time u wanted me to build u a gun
22 Aug 2019 13:48:02
John Vlieger
ah. yeah, what about it?

22 Aug 2019 13:49:14
John Vlieger
i was shopping around for a smith at the time
22 Aug 2019 13:49:22
Eddie Garcia
And u were Eddie ur guns are so awesome.
22 Aug 2019 13:49:46
John Vlieger
then you mentioned $7k
22 Aug 2019 13:49:59
John Vlieger
and I do like your guns, Eddie. Clean lines, good work.
22 Aug 2019 13:50:35
Eddie Garcia
Gums are really stupid expensive. Just giving u a hard time.
22 Aug 2019 13:51:22
John Vlieger
I know. I've come to expect it
22 Aug 2019 13:52:35
Eddie Garcia
Yep
22 Aug 2019 13:52:47
John Vlieger
What are your thoughts on how SV fits barrels. I heard they fit the lower lugs to make the gun unlock more slowly
24 Aug 2019 21:40:02
Eddie Garcia
My understanding is they made the flat of the lower lugs longer. The barrels that I have seen they have what we call barrel bump. That's is where the lug won't allow the barrel to fall down and it makes the barrel stay up longer. All those guns I saw the lugs in the slide and barrel has rolled
24 Aug 2019 21:44:23
John Vlieger
From wear on each other?
24 Aug 2019 21:44:55
Eddie Garcia
From it beating itself. Why u asking
24 Aug 2019 21:45:25
John Vlieger
Was talking to Cody about it today
24 Aug 2019 21:45:36

78

John Vlieger
Baker
24 Aug 2019 21:45:39
John Vlieger
Why would they beat themselves if they're in lock up?
24 Aug 2019 21:46:25
Eddie Garcia
All the recent guns I have seen the lugs have rolled good amount. Timing is off. Like ur ck arms gun.
24 Aug 2019 21:46:44
Eddie Garcia
Iâ€™m not sure if I have pics or not. Iâ€™l have to look. I took pics of the last one I saw.
24 Aug 2019 21:47:08
John Vlieger
Ha. My CK is no longer truly a CK. It got rebuilt
24 Aug 2019 21:47:19
John Vlieger
That would be cool, man. I'm always interested in learning shit
24 Aug 2019 21:47:32
Eddie Garcia
Found it.
24 Aug 2019 22:00:52
Eddie Garcia
24 Aug 2019 22:00:56
Eddie Garcia
24 Aug 2019 22:00:57
Eddie Garcia
24 Aug 2019 22:00:59
Eddie Garcia
24 Aug 2019 22:01:01
Eddie Garcia
Customer said a few k he put thru it. Thatâ€™s really not good.
24 Aug 2019 22:01:57
Eddie Garcia
Congratulations on ur placement. U did good man.
25 Aug 2019 20:00:17
John Vlieger
29 Aug 2019 10:23:35
John Vlieger
we got hybrids in

29 Aug 2019 10:45:00
Eddie Garcia
Nice
29 Aug 2019 12:11:13
John Vlieger
23 Oct 2019 10:50:41
John Vlieger
you got any input on this?
23 Oct 2019 10:50:50
Eddie Garcia
Well heâ€™s talking about kkm. I heard he was saying they were soft a few weeks ago. Do u have kkm test the rock well on every barrel u get in?
23 Oct 2019 13:02:28
John Vlieger
not currently, although that will probably change
23 Oct 2019 13:06:49
John Vlieger
and yes, hes talking about KKM. and im stuck in the middle of it, to an extent
23 Oct 2019 13:07:19
Eddie Garcia
Well if they are soft he can simply ship the barrel back in and then u do ur own test. If itâ€™s soft then kkm needs to handle it. If itâ€™s not then Akai is the one that ruin the barrel. Simple. Iâ€™m going to get these two barrels I have from u tested and well see what it is.
23 Oct 2019 13:09:00
John Vlieger
it's already a shit show
23 Oct 2019 13:09:34
John Vlieger
in your opinion, if a barrel is soft, say 34-37 Rc, what signs would you see in a gun
23 Oct 2019 13:10:00
Eddie Garcia
The gun should be nothing. The barrel will show signs of wear. Itâ€™s softer. The barrel should be getting the beating.
23 Oct 2019 13:11:05
John Vlieger
thats what i meant. what signs/symptoms would you see
23 Oct 2019 13:11:26
Eddie Garcia
I would assume the impact section of the barrel to the frame will show signs of beating. The lugs. I would assume U will mostly see signs in the rifling and chamber.

If it was really soft the chamber expanding under major pressure. I have see that before. 1 round and the chamber bulge. Did he buy these barrels from sc. if so has he ship them back to u.
23 Oct 2019 13:18:58
John Vlieger
all over the place, not just us
23 Oct 2019 13:21:27
Eddie Garcia
Gotcha. Iâ€™ll get these two barrels tested this week. My buddy owns an Aero space machine shop. He makes fighter planes and space crap. Iâ€™ll get these two barrels tested for hardness and let u know my findings.
23 Oct 2019 13:25:59
John Vlieger
thank you. i appreciate that. according to Luke at KKM, and other people, there is a right way to test barrel hardness. I'll copy and paste what Brandan Bunker had to say about it
23 Oct 2019 13:30:44
John Vlieger
you cannot measure hardness of a barrel like that accurately, you have to have something exact size in the chamber that is harder than the steel, a chamber plug so to speak and of course whatever is underneath the barrel has to be harder than the barrel as well the tester measures axial compression, so a hollow tube , especially in the thinner area, will compress dynamically
23 Oct 2019 13:31:00
Eddie Garcia
Bunker is no dummy
23 Oct 2019 13:36:53
John Vlieger
agreed. i like having him as an independent sounding board.
23 Oct 2019 13:54:54
Eddie Garcia
25 Oct 2019 0:10:05
Eddie Garcia
28 Oct 2019 12:08:09
Eddie Garcia
28 Oct 2019 16:07:16
John Vlieger
Nice, bud
28 Oct 2019 18:56:05
John Vlieger

On a side note, Cheely is doing a run of extra aggressive grips for me and SC if you or one of your customers was in the market. He also had extra short flat triggers now
28 Oct 2019 18:56:43
John Vlieger
But seriously. Your slide to frame fits are damn nice
28 Oct 2019 18:56:58
Eddie Garcia
Nice. He said he was going to do that. Iâ€™l keep that in mind. Thanks. Appreciate it
28 Oct 2019 19:03:14
John Vlieger
29 Oct 2019 21:41:49
John Vlieger
Not a problem, bud
29 Oct 2019 21:41:54
John Vlieger
And that island barrel gun you posted. Is that a KKM?
29 Oct 2019 21:42:06
Eddie Garcia
I think u mean the Rudy post. No itâ€™s a Schuemann. Question why did u go with the 1/4 radius rib vs 7/16. Also why the 65 radius behind the rib vs the 25 radius Schuemann uses. If u keep that radius small no one would need to go inside and under the slide to make clearance.
29 Oct 2019 22:05:20
Eddie Garcia
Crickets.
30 Oct 2019 14:16:45
John Vlieger
sorry. i was drinking last night
30 Oct 2019 14:16:56
John Vlieger
i drink most nights
30 Oct 2019 14:16:59
John Vlieger
these days anyhow
30 Oct 2019 14:17:06
Eddie Garcia
Are u ok. All kidding aside.
30 Oct 2019 14:17:24
John Vlieger

this time of year it gets me down, but no, im not drinking any more than usual. i rarely get drunk, man. but i drink bourbon when i get home, basically

30 Oct 2019 14:18:01

John Vlieger

season ending, weather changing, etc

30 Oct 2019 14:18:09

Eddie Garcia

Ok. I hope itâ€™s just a seasonal thing. If u ever need to talk u can call me. 4807660092.

30 Oct 2019 14:19:19

John Vlieger

I appreciate it, Eddie. Really do. I'm good, really, and my wife and I have a great relationship.

30 Oct 2019 14:19:39

John Vlieger

to answer your question, couldn't tell you on the rib radius. regarding hte rear radius we made a decision to copy SV's radius due mainly to the market being used to it, and Shay's influence

30 Oct 2019 14:20:06

Eddie Garcia

All good man. Doubt ur in deep issues. But Iâ€™l always chat with u.

30 Oct 2019 14:20:20

Eddie Garcia

The rib radius I donâ€™t care. But if u would reduce the bottom radius to Schuemann u will be able to fit the barrel without grinding the inside of the slide. The Schuemann radius is big enough. The only reason why ribs break is because the slide slaps the rib. I always leave a .005 clearance there. I would like to see that radius change. No need to Widdle the slide down like that.

30 Oct 2019 14:22:41

John Vlieger

main reason, Shay excluded, we did that was because smith's who have been building hybrid guns in recent years have been using SV barrels, which have that radius

30 Oct 2019 14:23:39

Eddie Garcia

Which is stupid. Svi only did that because they believe thatâ€™s why they were break ribs off. Brandon and I got into that convo.

30 Oct 2019 14:26:06

John Vlieger

is what it is at this point, im afraid

30 Oct 2019 14:27:20

Eddie Garcia

Itâ€™s all good man. Just wanted u to know.
30 Oct 2019 14:28:11
John Vlieger
and I appreciate your feedback. much appreciated
30 Oct 2019 14:40:54
Eddie Garcia
Hahaha. All good
30 Oct 2019 14:43:23
Eddie Garcia
2 Nov 2019 3:21:24
John Vlieger
13 Nov 2019 9:38:43
Eddie Garcia
I saw last night. I laugh.
13 Nov 2019 9:40:21
John Vlieger
I got the popcorn ready. Bruce Gray is already in there defending Shay
13 Nov 2019 9:40:34
Eddie Garcia
Really. Iâ€™m sure kkm tested what they have at the shop and all was fine right
13 Nov 2019 10:29:08
John Vlieger
they do spot checking, and their heat treat does spot checking.
13 Nov 2019 10:32:54
John Vlieger
on $15,000-20,000 testing machines. not $200 amazon hardness testers
13 Nov 2019 10:33:14
Eddie Garcia
Hahahahahahahahah
13 Nov 2019 10:33:49
Eddie Garcia
Any more drama on the kkm barrels.
7 Dec 2019 16:57:03
John Vlieger
Nope. No one else is having issues. Still.
7 Dec 2019 16:57:21
John Vlieger
People have tested their own, sent them to luke
7 Dec 2019 16:57:28
John Vlieger
Only to get told they trashed their barrels by testing them incorrectly

7 Dec 2019 16:57:39
John Vlieger
Like, on the outside of the bore with no bore plug
7 Dec 2019 16:57:57
Eddie Garcia
Well anyone that doesnâ€™t support their work piece is a moron. U have been using these barrels for year or two and no issues with them.
7 Dec 2019 16:58:58
John Vlieger
Correct. And no other issues reported
7 Dec 2019 17:08:18
Eddie Garcia
Crazy.
7 Dec 2019 17:50:35
Eddie Garcia
10 Dec 2019 22:38:07
Eddie Garcia
10 Dec 2019 22:38:10
John Vlieger
12 Dec 2019 10:07:31
Eddie Garcia
Nice.
12 Dec 2019 13:13:48
Eddie Garcia
17 Dec 2019 18:40:32
Eddie Garcia
Did u get another machine? I thought u already had a mark 7 press
2 Jan 2020 22:33:45
John Vlieger
Nope. Just upgrading it. Primer collator, case feeder, and completely refurbed
2 Jan 2020 22:34:21
Eddie Garcia
Gotcha. Before the refurb. Did it work just fine. No issues. How many rounds loaded
2 Jan 2020 22:37:19
John Vlieger
It had about 100k cycles on it. A bolt sheared on the powder measure so I asked about it getting fixed, they asked for the whole machine back to see how a first run machine was wearing and such. I have serial number 2... It was literally the first one off the line. A lot of small updates since then.
2 Jan 2020 22:39:07
John Vlieger

They updated all the applicable parts, fixed the parts I broke, and I paid for some quality of life updates while it was there.
2 Jan 2020 22:39:49
Eddie Garcia
Besides that a solid machine.
2 Jan 2020 22:40:05
John Vlieger
Definitely some growing pains when it first came out. They've taken care of me, and others, and the current generation are excellent.
2 Jan 2020 22:40:34
John Vlieger
Main benefits are smoother index, more stations, and more sensors
2 Jan 2020 22:40:50
John Vlieger
Primer system is better, case retention is better, and automation is plug and play
2 Jan 2020 22:41:30
John Vlieger
I'm about to go to bed. I'd be glad to give you my honest opinion on it over the phone some time
2 Jan 2020 22:41:50
Eddie Garcia
I got the new revolution. Only load 2k on it since I got it in. But I always wonder how long it will last for. Dillon been out for decades. So I always wonder.
2 Jan 2020 22:41:52
John Vlieger
Ah. If you have a revo I wouldn't worry.
2 Jan 2020 22:42:18
Eddie Garcia
All good. Have a great night.
2 Jan 2020 22:42:24
John Vlieger
Send me your serial number when you get a chance. I have a good contact at Mark 7. I'll ask him what updates have come out since you got yours
2 Jan 2020 22:42:55
Eddie Garcia
Cool beans. Thanks
2 Jan 2020 22:43:09
John Vlieger
2 Jan 2020 22:43:13
John Vlieger

We got 4 port KKM hybrids coming in about a month. Can't remember if I told you that already. As an FYI
14 Jan 2020 12:10:36
Eddie Garcia
4 port? Meaning 5.0 with the holes already in the rib?
14 Jan 2020 20:49:16
John Vlieger
No. Rib long enough for 4 ports
14 Jan 2020 20:49:32
John Vlieger
We ain't drilling shit. Someone would get upset
14 Jan 2020 20:49:46
John Vlieger
So a 5" OAL threaded would probably end up being long enough for three ports I guess
14 Jan 2020 20:50:25
John Vlieger
I can send you pics and measurements when they come in
14 Jan 2020 20:51:18
John Vlieger
More regular hybrids due in about two weeks
14 Jan 2020 20:51:37
Eddie Garcia
Gotcha. How many holes u have 3
14 Jan 2020 20:53:06
John Vlieger
Two medium sized holes is my usual. Pat hasn't cut em yet
14 Jan 2020 20:53:24
John Vlieger
I forget the measurement
14 Jan 2020 20:53:49
Eddie Garcia
Gotcha. Iâ€™ll see what I need and let u know. I will need some more here soon
14 Jan 2020 21:01:53
John Vlieger
Sounds good, bud. KKM should be faster for turn around by spring ish. If you want something special, or changes made, would love to hear your thoughts
14 Jan 2020 21:10:42
John Vlieger
You sent an attachment.
16 Jan 2020 15:54:50

Eddie Garcia
So stupid.
16 Jan 2020 16:01:17
John Vlieger
16 Jan 2020 16:01:24
Eddie Garcia
Iâ€™m sure if akai sue chuck. Chuck will spend every penny he owns to counter sue him.
16 Jan 2020 16:02:21
John Vlieger
if ive learned anything, its that you do not want to piss off Chuck.
16 Jan 2020 16:02:39
Eddie Garcia
Oh I know. I have seen it. Not towards me but others.
16 Jan 2020 16:59:36
Eddie Garcia
U still using Kkm on ur personal builds.
16 Jan 2020 18:54:31
John Vlieger
Yup
16 Jan 2020 18:54:42
John Vlieger
16 Jan 2020 18:54:54
John Vlieger
I've been in touch with Luke since Shay made his first allegations. I've never lost faith in what he's been doing. Only more convinced that Shay is wrong
16 Jan 2020 18:55:35
Eddie Garcia
Extra aggressive e
16 Jan 2020 18:55:41
John Vlieger
Yep
16 Jan 2020 18:55:45
Eddie Garcia
Does it cut u
16 Jan 2020 18:55:56
Eddie Garcia
How it feel
16 Jan 2020 18:56:01
John Vlieger
Smaller points. Sticky. Pat has more experience with them than I do at this point, ha.

16 Jan 2020 18:56:50
Eddie Garcia
U got to let m know. Matt said they are really sharp
16 Jan 2020 18:57:17
John Vlieger
Will do. I'll have em in hand after shot show
16 Jan 2020 19:59:23
Eddie Garcia
Awesome
16 Jan 2020 20:00:18
Eddie Garcia
19 Jan 2020 1:30:02
John Vlieger
Is that a bottle opener?
19 Jan 2020 13:43:39
Eddie Garcia
Yes
19 Jan 2020 14:16:29
John Vlieger
You get a laser engraver and play with it? Is that it?
19 Jan 2020 14:16:52
Eddie Garcia
John has it. But yes
19 Jan 2020 14:17:52
Eddie Garcia
20 Jan 2020 22:23:34
Eddie Garcia
U still at shot
22 Jan 2020 11:09:26
John Vlieger
Yup. Eating breakfast
22 Jan 2020 11:09:41
Eddie Garcia
Ok. Love to chat with u and chuck.
22 Jan 2020 11:10:05
John Vlieger
That's very doable. Chuck is in a seminar this morning. We are meeting with Cmore at 1130. Should be free for a bit after that
22 Jan 2020 12:39:29
Eddie Garcia
Iâ€™m at Cmore now.

22 Jan 2020 13:32:56
John Vlieger
23 Jan 2020 22:07:22
Eddie Garcia
Nice when u get
23 Jan 2020 22:09:23
John Vlieger
Already got
23 Jan 2020 22:09:34
John Vlieger
Came in today. Shot a few rounds for chrono, then cranked em out due to losing light
23 Jan 2020 22:09:59
John Vlieger
And of course, I had to break out the dremel
23 Jan 2020 22:10:09
John Vlieger
23 Jan 2020 22:10:13
Eddie Garcia
Sounds about right. The new cr speed thumb rest. What u think.
23 Jan 2020 22:11:24
John Vlieger
Same distance and angle as the old one, bigger pad. I like it so far. I used the old one since 2016
23 Jan 2020 22:11:49
Eddie Garcia
Nice
23 Jan 2020 22:11:59
Eddie Garcia
How is the guns
23 Jan 2020 22:12:02
John Vlieger
Soft. Only shot a few rounds. Gonna zero and shoot more tomorrow
23 Jan 2020 22:12:20
Eddie Garcia
Nice. Sounds awesome
23 Jan 2020 22:12:33
Eddie Garcia
24 Jan 2020 12:36:05
John Vlieger
cant believe you didnt match the comp up with the ball cut
24 Jan 2020 12:36:47

John Vlieger
amateur
24 Jan 2020 12:36:49
Eddie Garcia
Fucking homos.
24 Jan 2020 12:38:00
Eddie Garcia
26 Jan 2020 1:05:38
John Vlieger
26 Jan 2020 9:13:51
Eddie Garcia
There is so much drama in this game. Billy Taran Akai.
26 Jan 2020 13:30:07
John Vlieger
Yup
26 Jan 2020 13:30:28
Eddie Garcia
Who needs a tv
26 Jan 2020 13:33:00
Eddie Garcia
1 Feb 2020 0:11:11
John Vlieger
hey man. about Jay Hirshbergs barrels. what does he need
4 Feb 2020 9:05:36
Eddie Garcia
I called him and left a message today asking what is he trying to do so I can answer u. I would just hold on standby until further notice.
4 Feb 2020 16:49:04
John Vlieger
4 Feb 2020 16:50:33
Eddie Garcia
Dude wtf. I just heard keen owns you. Wtf happen. Did u fall down.
4 Feb 2020 18:47:04
John Vlieger
I'm gonna punch that bald piece of PCC homosexuality into next week when I see him
4 Feb 2020 18:47:30
John Vlieger
Wells, I mean. Not keen. Keen is fine
4 Feb 2020 18:47:59
John Vlieger
And it was 9 points. Not a landslide

4 Feb 2020 18:48:38
John Vlieger
I don't even have a thousand rounds down range this year yet
4 Feb 2020 18:48:52
Eddie Garcia
Dude I still canâ€™t believe u let keen beat u. That dude drives a white van with no windows
4 Feb 2020 18:51:11
John Vlieger
ha.
5 Feb 2020 11:07:22
John Vlieger
KKM delivered. if you know what he needs, nows the time
5 Feb 2020 11:07:30
Eddie Garcia
6 Feb 2020 18:24:11
John Vlieger
I'll read it in a bit. What barrels does Jay need!
6 Feb 2020 18:24:39
Eddie Garcia
He doesnâ€™t know
6 Feb 2020 18:25:03
John Vlieger
He has calipers I assume?
6 Feb 2020 18:25:13
Eddie Garcia
Who knows.
7 Feb 2020 15:12:39
Eddie Garcia
7 Feb 2020 15:12:46
Eddie Garcia
7 Feb 2020 15:12:48
Eddie Garcia
7 Feb 2020 15:12:49
Eddie Garcia
What u think.
7 Feb 2020 15:30:10
Eddie Garcia
U so dam impress ur actually speechless
7 Feb 2020 21:42:00
John Vlieger

I've been busy
7 Feb 2020 21:47:13
John Vlieger
Had to have a fucking mammogram today. Ended up being a cyst. Then I found out I got a slot to world shoot
7 Feb 2020 21:47:37
John Vlieger
Sorry I didn't respond
7 Feb 2020 21:47:47
Eddie Garcia
I found out I had a slot to and I still had time for u. So are u ok?
7 Feb 2020 21:48:25
John Vlieger
Yeah. Follow up in 6 months
7 Feb 2020 21:48:46
John Vlieger
Congratulations on the slot, bud
7 Feb 2020 21:48:57
John Vlieger
If you find out about ammo export, lemme know
7 Feb 2020 21:49:08
Eddie Garcia
I already have my exporter on it.
7 Feb 2020 21:49:38
John Vlieger
Cool. Word has been its difficult or impossible. I want to be on top of it
7 Feb 2020 21:50:02
Eddie Garcia
He exports everywhere. Iâ€™m not worried. But u will need to have factory ammo boxes to make it look like factory ammo vs reload.
7 Feb 2020 21:50:41
John Vlieger
Sounds about right
7 Feb 2020 21:50:57
Eddie Garcia
Yep. Canâ€™t export reloads.
7 Feb 2020 21:52:38
Eddie Garcia
Iâ€™m just going to do go the street to my buddies business and take like a 1000 round boxes.
7 Feb 2020 21:53:08

Eddie Garcia

9 Feb 2020 18:43:57

Eddie Garcia

All done. Sending out to dlc tomorrow.

9 Feb 2020 18:44:09

John Vlieger

Pretty slick

9 Feb 2020 18:46:17

Eddie Garcia

Thanks

9 Feb 2020 18:46:31

John Vlieger

And according to the world shoot group I'm in, it's illegal to import ammo to Thailand

9 Feb 2020 18:46:32

John Vlieger

I'm planning on checking two bags and bringing a K with me

9 Feb 2020 18:46:48

John Vlieger

Match is 600 rounds

9 Feb 2020 18:46:53

Eddie Garcia

I also heard itâ€™s legal to bring that much on the plane. Weâ€™ll find out soon what we can do.

9 Feb 2020 18:47:41

Eddie Garcia

Illegal

9 Feb 2020 18:47:49

John Vlieger

Either 5kg per person, or per bag. Depends on airline

9 Feb 2020 18:48:05

John Vlieger

I'm traveling with my father, so worst case we each have 5kg

9 Feb 2020 18:48:20

Eddie Garcia

Nice.

9 Feb 2020 18:48:28

John Vlieger

It's a pretty shitty deal

9 Feb 2020 18:48:46

Eddie Garcia

Donâ€™t forget hollow points are illegal to.

9 Feb 2020 18:48:48
John Vlieger
Meh. A K of FMJ isn't gonna kill my comp
9 Feb 2020 18:49:07
Eddie Garcia
Lolololololol
9 Feb 2020 18:49:25
John Vlieger
and as another reminder, we have barrels now...and we still have no idea what kind Jay needs!
10 Feb 2020 9:28:53
Eddie Garcia
Good morning to u to john.
10 Feb 2020 10:51:53
John Vlieger
im on the east coast. sorry for waking you
10 Feb 2020 10:52:14
Eddie Garcia
Ur good.
10 Feb 2020 10:52:32
Eddie Garcia
Eddie sent an attachment.
13 Feb 2020 21:05:22
Eddie Garcia
How u shoot
15 Feb 2020 19:20:33
John Vlieger
Match ain't over yet
15 Feb 2020 19:20:46
John Vlieger
But solid so far
15 Feb 2020 19:20:49
John Vlieger
15 Feb 2020 19:20:53
John Vlieger
15 Feb 2020 19:20:55
Eddie Garcia
Awesome man. Keep it up
15 Feb 2020 19:22:29
John Vlieger
Thanks. Hoping to.

15 Feb 2020 19:22:41
Eddie Garcia
2nd is good man. Congratulations
16 Feb 2020 17:42:38
John Vlieger
Thanks. I got him on accuracy, he got me on speed. Not terrible for my first major with new guns and first match above 40 degrees
16 Feb 2020 17:43:22
Eddie Garcia
U did good. Be proud
16 Feb 2020 17:44:28
John Vlieger
Maybe some day I'll show up to the Florida Open feeling prepared. Maybe I'll win it that time. Who knows
16 Feb 2020 17:45:09
Eddie Garcia
Itâ€™s all good. U still did great
16 Feb 2020 21:43:37
Eddie Garcia
19 Feb 2020 20:02:30
Eddie Garcia
Still no comment from u. Why do I even send u messages
19 Feb 2020 20:20:59
John Vlieger
I'm in the fucking garage loading ammo, dude
19 Feb 2020 20:32:07
Eddie Garcia
Hahahahahahahahah hahahahaha. Doesnâ€™t it reload itself
19 Feb 2020 20:33:00
John Vlieger
I don't trust machines when it makes things go bang
19 Feb 2020 20:34:39
Eddie Garcia
Hahahaha
19 Feb 2020 20:35:16
Eddie Garcia
20 Feb 2020 19:08:43
John Vlieger
Who's gat is the hybrid?
20 Feb 2020 19:09:03
Eddie Garcia

Me
20 Feb 2020 19:09:10
John Vlieger
Nice. I'm assuming 38 SC. How many holes you plan on?
20 Feb 2020 19:09:25
Eddie Garcia
Yep. 4
20 Feb 2020 19:34:07
Eddie Garcia
21 Feb 2020 18:43:59
Eddie Garcia
Two comp installation.
21 Feb 2020 18:44:07
Eddie Garcia
Tomorrow I can start cutting these bitches.
21 Feb 2020 18:44:18
John Vlieger
Two comps?
21 Feb 2020 18:44:26
Eddie Garcia
Two guns.
21 Feb 2020 18:44:34
John Vlieger
Ah. That crown is pretty nice
21 Feb 2020 18:44:43
Eddie Garcia
Thanks. I recrown the kkm barrel.
21 Feb 2020 18:45:09
John Vlieger
I remember you mentioned you don't like the crown on em
21 Feb 2020 18:45:28
John Vlieger
Do you modify the feed ramp geometry at all on KKM?
21 Feb 2020 18:45:38
Eddie Garcia
If it needs it. So far these chamber leads seem to have a burr or tighter than the muzzle end. Have u notice that
21 Feb 2020 19:12:43
John Vlieger
Nope. Then again, I see em when they come in, and then when pat gave me my gats
21 Feb 2020 19:18:20

Eddie Garcia
I can put the pilot of the reamer into the muzzle. But it gets really tight in the chamber. U may want to let luke know.
21 Feb 2020 19:19:23
John Vlieger
In the chamber, or in the rifling past the chamber
21 Feb 2020 19:19:52
Eddie Garcia
Rifling. Chamber meant the direction Iâ€™m putting the reamer in. The pilot should be able to fit both directions.
21 Feb 2020 19:21:30
Eddie Garcia
Iâ€™m surprise no one complain about this. Bunker ground down his pilot to fit. I really donâ€™t want to do that.
21 Feb 2020 19:21:59
John Vlieger
I got nothing for ya. I sing no gum smif
21 Feb 2020 19:22:29
John Vlieger
Aint*
21 Feb 2020 19:22:33
Eddie Garcia
Ok. I ask luke.
21 Feb 2020 19:22:57
John Vlieger
Please do, and let me know. Otherwise if I tell him it will be like using a retarded translator
21 Feb 2020 19:23:48
Eddie Garcia
I just text him
21 Feb 2020 19:28:29
John Vlieger
21 Feb 2020 19:28:42
Eddie Garcia
23 Feb 2020 20:10:43
John Vlieger
Huh?
23 Feb 2020 20:24:57
Eddie Garcia
Look how huge it is.
23 Feb 2020 20:25:55

John Vlieger
That is a lot of nachos
23 Feb 2020 20:26:29
Eddie Garcia
Right. Thank u baby Jesus
23 Feb 2020 20:35:05
Eddie Garcia
26 Feb 2020 21:39:23
John Vlieger
27 Feb 2020 8:48:35
Eddie Garcia
Cuties
27 Feb 2020 9:43:23
Eddie Garcia
27 Feb 2020 18:11:31
Eddie Garcia
27 Feb 2020 18:18:21
John Vlieger
Nice blending
27 Feb 2020 19:37:00
John Vlieger
Did you tag me in a post on IG?
27 Feb 2020 19:37:08
Eddie Garcia
Hahahahahha. Yes
27 Feb 2020 19:37:16
Eddie Garcia
Ur name was there and I was tag
27 Feb 2020 19:37:26
Eddie Garcia
29 Feb 2020 22:19:53
John Vlieger
29 Feb 2020 22:23:11
Eddie Garcia
Nice
29 Feb 2020 22:23:57
John Vlieger
You build cool guns, I shoot em
29 Feb 2020 22:34:08
Eddie Garcia
Thanks. Next week Iâ€™ll have that kkm island done

29 Feb 2020 22:34:31
John Vlieger
Sweet. I still need to shoot mine at 25 ish
29 Feb 2020 23:09:22
John Vlieger
I don't trust myself enough to do Pats work justice at 50
29 Feb 2020 23:09:39
Eddie Garcia
Eddie sent an attachment.
5 Mar 2020 19:37:53
John Vlieger
I sent that to my wife. Ha
5 Mar 2020 19:42:28
John Vlieger
5 Mar 2020 19:58:39
Eddie Garcia
So cute
5 Mar 2020 19:58:52
John Vlieger
Like a furry hyrda
5 Mar 2020 19:59:03
Eddie Garcia
Hahahaha
5 Mar 2020 20:12:17
Eddie Garcia
8 Mar 2020 23:05:29
Eddie Garcia
9 Mar 2020 19:30:44
John Vlieger
Not bad for an old man
9 Mar 2020 19:32:20
Eddie Garcia
I am getting older.
9 Mar 2020 19:32:29
John Vlieger
9 Mar 2020 19:33:03
Eddie Garcia
Hahahaha
9 Mar 2020 19:34:15
Eddie Garcia
10 Mar 2020 15:41:08

John Vlieger
wheres the dot?
10 Mar 2020 15:42:37
Eddie Garcia
Killing me smalls
10 Mar 2020 15:43:17
John Vlieger
im just saying. you seem to have missed a pretty important part
10 Mar 2020 15:57:09
Eddie Garcia
Hahahahahahah. Did u put a cute not in my order
10 Mar 2020 15:59:53
John Vlieger
we were fucking slammed today, dude. barely had time to sneeze on your order before
UPS picked it up
10 Mar 2020 16:00:49
Eddie Garcia
Hahahahahahaha
10 Mar 2020 16:01:10
Eddie Garcia
Thanks
10 Mar 2020 16:01:12
John Vlieger
17 Mar 2020 16:06:34
Eddie Garcia
Hahaha
17 Mar 2020 16:09:33
Eddie Garcia
18 Mar 2020 17:24:00
John Vlieger
18 Mar 2020 17:25:56
John Vlieger
Amateur
18 Mar 2020 17:25:58
Eddie Garcia
Fucker.
18 Mar 2020 17:26:40
Eddie Garcia
S.C. staying open
18 Mar 2020 17:26:46
John Vlieger

101

So far yeah
18 Mar 2020 17:27:01
Eddie Garcia
Nice
18 Mar 2020 17:27:23
Eddie Garcia
19 Mar 2020 17:57:57
John Vlieger
19 Mar 2020 17:58:53
John Vlieger
You charge extra for those tool marks?
19 Mar 2020 17:58:59
Eddie Garcia
U know fkr a fact u will never see a tool mark on a gun I send out.
19 Mar 2020 17:59:50
John Vlieger
Oh. I got you confused for Atlas. Sorry
19 Mar 2020 18:00:19
John Vlieger
That's a joke
19 Mar 2020 18:00:54
Eddie Garcia
Fucker. Least I donâ€™t install front sights in backwards.
19 Mar 2020 18:01:05
Eddie Garcia
Ur good man
19 Mar 2020 18:01:10
John Vlieger
Or ship guns out with malfunctioning thumb safetys
19 Mar 2020 18:01:32
Eddie Garcia
What u mean. Whatâ€™s the goods
19 Mar 2020 18:02:31
John Vlieger
It was a while ago. Guy got an Atlas gun. Safety detent or pad wasn't fit correctly. Pull trigger, no bang. Let go of trigger, move safety, bang
19 Mar 2020 18:03:17
John Vlieger
Or fall to half cock. I forget
19 Mar 2020 18:03:41
Eddie Garcia

Hahahaha. Sounds about right. I see that a lot. I have never seen a pat gun. But they do look nice online.
19 Mar 2020 18:04:11
Eddie Garcia
20 Mar 2020 0:37:33
John Vlieger
20 Mar 2020 8:30:59
John Vlieger
21 Mar 2020 10:12:06
Eddie Garcia
Lolololololol. Eddie likes
21 Mar 2020 12:26:27
Eddie Garcia
22 Mar 2020 16:20:53
Eddie Garcia
27 Mar 2020 22:18:52
Eddie Garcia
28 Mar 2020 16:12:30
John Vlieger
Clean
28 Mar 2020 16:16:06
Eddie Garcia
Thanks
28 Mar 2020 16:19:44
Eddie Garcia
31 Mar 2020 18:58:13
John Vlieger
3 Apr 2020 11:59:16
Eddie Garcia
Is that a 5.0 or 5.4â€•  is that rip a 3 hole rip
3 Apr 2020 12:00:40
John Vlieger
5.4" with 3 port rib. about 1.2" rib
3 Apr 2020 12:00:58
John Vlieger
got the first samples in from KKM. McLearn has those right now
3 Apr 2020 12:01:14
Eddie Garcia
Nice.
3 Apr 2020 12:02:03
Eddie Garcia

Good old Mcclearn.
3 Apr 2020 12:02:13
John Vlieger
hes the guy who uses short ribs the most, that ive noticed. and hes semi local now. hes in Ohio just north of us
3 Apr 2020 12:59:47
Eddie Garcia
Itâ€™s all good man. Kkm does make awesome battles.
3 Apr 2020 15:05:42
Eddie Garcia
Barrels
3 Apr 2020 15:05:44
Eddie Garcia
Is that rip a 1/4 radius or 7/16 in the pic. The back
3 Apr 2020 15:06:16
John Vlieger
should be the same radius as the other hybrids. SV style
3 Apr 2020 15:07:10
Eddie Garcia
Ok. 1/4.
3 Apr 2020 15:07:27
John Vlieger
4 Apr 2020 12:58:57
John Vlieger
That's at 100 yards. Good enough for ya?
4 Apr 2020 12:59:05
Eddie Garcia
With what
4 Apr 2020 13:21:51
John Vlieger
Rafferty gun
4 Apr 2020 13:21:58
Eddie Garcia
Nice. About time u did it. How many times u do it.
4 Apr 2020 13:23:12
John Vlieger
Three. Had flyers the other times. All of em were still like 3-5" though. Buckled down and did a slow fire run
4 Apr 2020 13:23:54
Eddie Garcia

Did the all spread up and down like the pic u sent me. Or was the spread left to right vs up and down.
4 Apr 2020 13:24:57
John Vlieger
4 Apr 2020 13:25:26
Eddie Garcia
Gotcha
4 Apr 2020 13:26:33
John Vlieger
6 Apr 2020 22:32:42
Eddie Garcia
Preparing for home protection
6 Apr 2020 23:05:17
Eddie Garcia
8 Apr 2020 21:45:59
John Vlieger
Seent i
8 Apr 2020 21:46:58
John Vlieger
It
8 Apr 2020 21:47:00
Eddie Garcia
9 Apr 2020 15:40:36
John Vlieger
I saw your post about that. It looks good. Am I missing something when it comes to crowns though? Is this pic supposed to demonstrate how well you did, or is doing an 11 degree crown special in some way?
9 Apr 2020 15:41:49
Eddie Garcia
This is one I just did. Not last week. Crowns should be straight with the id. Most manufactures are not. Kkm does a good job. I believe as long as the crown is straight with the id doesnâ€™t matter on the Degree. I have never notice a difference. But everyone believes 11 degree is the most accurate. So I do 11 or whatever I feel line
9 Apr 2020 15:43:45
Eddie Garcia
Like
9 Apr 2020 15:43:48
John Vlieger
gotcha
9 Apr 2020 15:44:05
Eddie Garcia

9 Apr 2020 21:20:57
John Vlieger
9 Apr 2020 21:23:37
Eddie Garcia
Hahahahahahaha
9 Apr 2020 21:25:59
Eddie Garcia
Happy bday. I hope u have a awesome day.
11 Apr 2020 14:05:08
John Vlieger
So far so good
11 Apr 2020 14:06:40
John Vlieger
11 Apr 2020 14:06:43
Eddie Garcia
Hahaha. Awesome
11 Apr 2020 14:07:04
Eddie Garcia
13 Apr 2020 18:01:20
John Vlieger
15 Apr 2020 8:49:10
John Vlieger
what you know about 416r VS 4340 steel?
15 Apr 2020 8:49:20
John Vlieger
16 Apr 2020 9:51:30
Eddie Garcia
Half of there barrels break the lower lugs. They make this hood length 1.321. This maybe too short depending on the slide lug location. Iâ€™m ok. I like Brandon and sandi and Tiffany. But I prefer not to use anything from svi. I truly donâ€™t think their barrels are that great.
16 Apr 2020 14:18:03
Eddie Garcia
Barrels are mostly made out of 416 because itâ€™s easy to cut and leaves a beautiful surface finish.
16 Apr 2020 14:19:27
John Vlieger
its a joke, to me. "hey guys, everyone has been doing it wrong for 30 years! we have the new hotness"
16 Apr 2020 14:20:30
Eddie Garcia

They are on their third extractor. I try to stay out of it. People seem to love their guns and thatâ€™s great. I have seen way too many of them break and not run over my 20 plus years. So I just stay out of it. Luke makes a really nice barrel. Easy to fit and accurate. I canâ€™t see why this new svi barrel will be better. But thatâ€™s me
16 Apr 2020 14:24:53
John Vlieger
20 Apr 2020 11:47:01
Eddie Garcia
U guys make a slide
20 Apr 2020 11:50:24
John Vlieger
nope. thats a BUL slide we have in for eval. looks clean
20 Apr 2020 11:51:03
Eddie Garcia
Gotcha.
20 Apr 2020 11:53:00
Eddie Garcia
Have u measure anything
20 Apr 2020 12:44:11
John Vlieger
Nah. Tell me where to measure and I can
20 Apr 2020 12:52:05
Eddie Garcia
Donâ€™t have a inspection table and height gage?
20 Apr 2020 12:53:08
John Vlieger
Nope
20 Apr 2020 12:54:10
John Vlieger
That's why I'm sending em to two trusted smith's close by to get measured
20 Apr 2020 12:54:36
Eddie Garcia
Hahah
20 Apr 2020 12:55:15
Eddie Garcia
Why donâ€™t u ever send me freebies
20 Apr 2020 12:55:22
John Vlieger
These ain't freebies
20 Apr 2020 12:55:46
John Vlieger

And you're all the way on the west coast!
20 Apr 2020 12:55:55
John Vlieger
I sent your ass that hybrid barrel didn't I?
20 Apr 2020 12:56:10
Eddie Garcia
Hahahahaha Hahahahah. It wasnâ€™ free. I gave u suggestions and none taken. If I remember right u listen to akai on that one. And then he wanted to sue u.
20 Apr 2020 13:32:10
Eddie Garcia
No comment
20 Apr 2020 15:23:59
John Vlieger
its a monday! ive been working!
20 Apr 2020 15:24:11
Eddie Garcia
Itâ€™s all good. I just like giving u a hard time
20 Apr 2020 15:24:51
John Vlieger
and we didn't incorporate your suggestions because the THREE OTHER 'SMITHS i was consulting with said it was fine. and, most of your input was about KKM in general, not the hybrid portion
20 Apr 2020 15:24:55
Eddie Garcia
21 Apr 2020 20:04:00
Eddie Garcia
25 Apr 2020 18:52:46
Eddie Garcia
30 Apr 2020 21:36:05
Eddie Garcia
6 May 2020 1:04:50
Eddie Garcia
6 May 2020 2:14:41
Eddie Garcia
Oh man I forgot to send you this on Cinco de Mayo....
8 May 2020 0:21:02
Eddie Garcia
21 May 2020 12:21:34
Eddie Garcia
26 May 2020 17:03:10
Eddie Garcia

30 May 2020 21:04:55
Eddie Garcia
2 Jun 2020 18:18:42
Eddie Garcia
2 Jun 2020 18:35:11
Eddie Garcia
8 Jun 2020 16:29:58
Eddie Garcia
U never talk to me. I send u messages all the time and I get nothing from u.
10 Jun 2020 21:56:56
John Vlieger
Cuz you constantly just send pics of works in progress. What do you expect?
"ooooooo, aaaaahhhh, oh wow, I wish you'd build me a gun you sexy piece of man meat, you"?
10 Jun 2020 21:59:41
Eddie Garcia
That would be a good start
10 Jun 2020 21:59:59
Eddie Garcia
Whatâ€™s new with akai. I heard heâ€™s continue to sue
10 Jun 2020 22:00:15
John Vlieger
I cannot speak on issues involving ongoing lawsuits
10 Jun 2020 22:00:37
John Vlieger
Especially ones involving cock sucking bitch ass mother fuckers
10 Jun 2020 22:00:49
Eddie Garcia
Tell chuck I said Iâ€™m sorry. Iâ€™m sure chuck will destroy him.
10 Jun 2020 22:01:22
Eddie Garcia
6 Jul 2020 19:21:25
Eddie Garcia
7 Jul 2020 17:50:45
John Vlieger
But according to Atlas a hybrid barrel makes the slide compromised. Didn't you know?
7 Jul 2020 17:58:36
Eddie Garcia
It can make the slide widen up over time. That is true. But the gun will still work. Also atlas are morons.

7 Jul 2020 17:59:31
John Vlieger
7 Jul 2020 18:00:06
Eddie Garcia
17 Jul 2020 18:42:30
John Vlieger
28 Jul 2020 11:37:36
John Vlieger
30 Jul 2020 16:10:33
Eddie Garcia
So gay
30 Jul 2020 16:16:18
John Vlieger
yup
30 Jul 2020 16:16:33
John Vlieger
26 Jan 2021 7:16:40
John Vlieger
Lol
26 Jan 2021 7:16:57
Eddie Garcia
People are morons.
26 Jan 2021 11:10:59
John Vlieger
hey dood. we care carrying Warwick slides these days, if you want to give one a shot.
Don Fredenhagen can give you input on it. he got the sample we got in. $175 dealer
cost
11 Mar 2021 9:20:18
Eddie Garcia
Thanks. Appreciate it
11 Mar 2021 10:09:27
John Vlieger
11 Mar 2021 10:09:40
Eddie Garcia
Happy bday.
11 Apr 2021 20:24:18
John Vlieger
Thanks, Eddie
11 Apr 2021 20:27:31
John Vlieger
10 Aug 2021 21:44:35

110

John Vlieger
This one of yours?
10 Aug 2021 21:44:39
Eddie Garcia
Yes
10 Aug 2021 21:50:43
John Vlieger
He buy it from you?
10 Aug 2021 21:51:44
Eddie Garcia
Yes. I donâ€™t give people free guns
10 Aug 2021 21:51:55
John Vlieger
Well, yeah, I know that. I meant did he get it second hand
10 Aug 2021 21:52:54
Eddie Garcia
Nope. He order it. And others n
10 Aug 2021 21:53:56

**EXHIBIT**

**20**





**John Vlieger** is with **Scott Thompson** and **10 others**.
February 12, 2019 · 

Can't wait to shoot the snot out of this pistol in 2019! Pat knocked it out of the park with this build and I am extremely happy to be working with him this year!

Big thanks to Shay Akai for providing the comp for testing. Should be shooting it come Thursday!

Cheely Custom Gun works extra wide frame, short flat trigger, E2 grip, and brass magwell ... See More

**Rafferty Custom Guns, LLC**
February 12, 2019 · 

Pheeeew...ran outta time on this and didn't get to make a custom comp. Thanks to Akai Custom Guns for providing the comp for @goshootwin. Staying in the white... See More






