**Michael Dame**
**10/26/2022**

1        UNITED STATES DISTRICT COURT

2        SOUTHERN DISTRICT OF FLORIDA

3         FORT LAUDERDALE DIVISION

4

5   AKAI CUSTOM GUNS, L.L.C.,

6   a Florida Limited Liability

7   Company, and SHAY HOROWITZ,

8   an Individual,

9           Plaintiffs,

10    -vs-              Case No. 20-cv-61469-RS

11                 Hon. Rodney Smith

12   KKM PRECISION, INC., a Nevada

13   Corporation, SHOOTERS CONNECTION,

14   INC., a Kentucky Corporation,

15           Defendants.

16   _____/

17   PAGE 1 TO 187

18

19       The deposition of MICHAEL DAME,

20       Taken Via Hanson Remote

21       Commencing at 8:00 a.m.,

22       Wednesday, October 26, 2022

23       Before Diane L. Szach, CSR-3170.

24

25   Court reporter, attorneys & witness appearing remotely.

Michael Dame
10/26/2022                                    Page 2

1    APPEARANCES:

2

3    EDMUND S. YEE, ESQ.

4    McKelvie, McKelvie, Yee & Epacs, P.C.

5    280 West Maple Road, Suite 220

6    Birmingham, Michigan 48009

7    (248) 952-5100

8    eyee@mmyelaw.com

9       -and-

10   RICHARD J. FIATO, ESQ.

11   Law Offices of Richard J. Fiato

12   550 West Merrill Street, Suite 200

13   Birmingham, Michigan 48009

14   (248) 262-5403

15   fiatolaw@gmail.com

16      Appearing on behalf of the Plaintiffs.

17

18   KEVIN PATRICK ROBINSON, ESQ.

19   NICHOLAS J. MARI, ESQ.

20   Zimmerman Kiser & Sutcliff

21   315 East Robinson Street, Suite 600

22   Orlando, Florida 32801

23   (407) 425-7010

24   krobinson@zkslawfirm.com

25      Appearing on behalf of the Defendant KKM.

**Michael Dame**
**10/26/2022**                                                                **Page 3**

1   APPEARANCES CONTINUED:

2

3   JOHN Y. BENFORD, ESQ.

4   KYLE ROWARS, ESQ.

5   Wilson Elser Moskowitz Edelman & Dicker, L.L.P.

6   111 North Orange Avenue, Suite 1200

7   Orlando, Florida 32801

8   (407) 648-1376

9   john.benford@wilsonelser.com

10       Appearing on behalf of the Defendant Shooters

11       Connection, Inc.

12

13   ALSO PRESENT:

14   Shay Akai

15   Charles Bradley

16

17

18

19

20

21

22

23

24

25

Michael Dame
10/26/2022                                          Page 4

1              TABLE OF CONTENTS

2  WITNESS                          PAGE

3  MICHAEL DAME

4     Examination by Mr. Yee            6

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                              EXHIBITS

2  EXHIBIT            IDENTIFICATION                    PAGE

3   1        Bradley Exhibit 20              32

4   2        SCI 000562                      49

5   3        Bradley Exhibit 22              58

6   4        Bradley Exhibit 21              64

7   5        SCI 000987-977                  68

8   5.1      Exhibit 5 without images            85

9   6        Bradley Exhibit 24              91

10   7       Bradley Exhibit 23              95

11   8       Bradley Exhibit 28              104

12   8.1     SCI 000598                      109

13   8.2     Dame Mekosh reporting               111

14   9       Bradley Exhibit 19              118

15   10      Cheely                      126

16   11      Cheely Property Default             137

17   12      Vlieger Exhibit 12              146

18   13      Vlieger Favor                   156

19   14      Mekosh                      160

20   15      Mekosh Business Interference        165

21   16      Asian Group                 171

22   17      Dame-Bradley                    178

23   18      Dame Double Alfalfa                 180

24

25

**Michael Dame**
**10/26/2022**                                                                                          **Page 6**

1  Remote deposition

2  Wednesday, October 26, 2022

3  About 8:00 a.m.

4          COURT REPORTER:  My name is Diane L. Szach,

5      a Michigan State notary public and certified shorthand

6      reporter and this deposition is being held via

7      videoconferencing equipment.  The witness and reporter

8      are not in the same room.  The witness will be sworn

9      in remotely pursuant to agreement of all parties.  The

10      parties stipulate that the testimony is being given as

11      if the witness was sworn in person.

12          Do you solemnly swear that the testimony

13      you are about to give will be the truth, the whole

14      truth and nothing but the truth?

15          MICHAEL DAME:  Yes, ma'am.

16          MICHAEL DAME,

17  having first been duly sworn, was examined and testified on

18  his oath as follows:

19          EXAMINATION

20  BY MR. YEE:

21  Q.  Could you state your name for the record, sir?

22  A.  Michael Alphonse Dame.

23          MR. YEE:  Mr. Dame, my name is Ed Yee.  I'm

24      one of the attorneys representing the Plaintiffs in

25      this case.  Before we begin this morning, have you

**Michael Dame**
**10/26/2022**                                                    **Page 7**

1  given a deposition before?

2       THE WITNESS:  No.

3       MR. YEE:  Okay.  If you haven't already

4  been explained this as to what a deposition is, what

5  it is is a series of questions I'm going to ask you

6  this morning about a lawsuit at issue today, and you

7  need to provide verbal responses as best you can.

8  Those responses need to be based on your personal

9  knowledge, not what someone told you.

10        As you can see, everyone is appearing by

11  Zoom video this morning.  It allows us to get together

12  remotely, which is great, but it has its limitations

13  in that sometimes the microphone picks up one person

14  over another.  So it's important as we go through the

15  questions and answers this morning, that Diane, who is

16  our court reporter, has the ability to make an

17  accurate record of all my questions and all your

18  answers.  So along those lines, if I ask you a

19  question and you may already know what the answer is

20  it, please let me finish my question before you

21  respond.  I'll give you the same courtesy in return

22  and give you as much time as you need to respond,

23  because again it will be difficult I think for Diane

24  to record one person talking over another, especially

25  with the microphone cutting in and cutting out if

Michael Dame
10/26/2022                                           Page 8

1    we're talking over each other.

2         If I ask you a question and either because

3    you didn't hear part of it or didn't understand it,

4    let me know.  I'll be more than happy to repeat it or

5    rephrase it.  Because if you do answer a question,

6    I'll assume that you not only heard it, but you

7    understood it.  Is that fair?

8         THE WITNESS:  Sure.

9         MR. YEE:  And then also I know in normal

10   conversation we have a tendency to answer for yeses

11   and noes as uh-huh and uh-uh from time to time.  If

12   one of the attorneys on this deposition catches you

13   doing that, we'll ask you is that a yes, Mr. Dame, is

14   that a no.  We're not trying to give you a hard time,

15   we just want to make sure the record is clear if we

16   have to refer back to it later.

17        And lastly, if you need to take a break for

18   any reason, please let us know.  I will probably be

19   taking some breaks myself this morning with my what I

20   perceive to be allergies so I'll be drinking a lot of

21   water.  So if you need to take a bathroom break, let

22   us know, we'll be more than happy to take a short

23   break to do that.  The only rule for taking breaks is

24   that -- and you can take as many breaks as you need

25   to, you just can't do that while there is a question

**Michael Dame**
**10/26/2022**                                                    **Page 9**

1    pending.  So if I've asked you a question, you need to

2    answer the question, and then we can take a break from

3    there, okay?

4           THE WITNESS:  Okay.

5  BY MR. YEE:

6  Q.   Are you on any medications today that you believe will

7       affect your ability to testify accurately and

8       truthfully?

9  A.   No.

10  Q.   What did you do to prepare for today's deposition?

11  A.   Went online and looked at a couple of things on how

12       depositions work, and then talked to a couple lawyers.

13  Q.   Okay.  Who are the lawyers you talked to?

14  A.   Kevin Robinson, John Benford and Nicholas Mari.

15  Q.   Okay.  Did you look at any documents to prepare for

16       today's deposition?

17  A.   Not specifically for the deposition.  I have -- what

18       documents are you talking about, just anything in

19       general?

20  Q.   Just anything in general.

21  A.   Not specifically for the deposition.

22  Q.   Okay.  Did you look at any documents that you

23       previously produced in response to subpoenas you were

24       served with back in February?

25  A.   No.  Was I supposed to?

Michael Dame
10/26/2022                                                    Page 10

1   Q.  No.  I'm not saying you were supposed to or anything,

2        I'm just asking if you did.

3   A.  No.

4   Q.  When did you talk to Mr. Robinson?

5   A.  Yesterday.

6   Q.  What about Mr. Mari?

7   A.  Yesterday.

8   Q.  Mr. Benford?

9   A.  Yesterday.

10  Q.  Did you talk to the attorneys separately, or was it a

11       joint call?

12  A.  Joint.

13  Q.  And what did you talk about during that call?

14  A.  Representing me.

15        MR. BENFORD:  I'm going to object to this

16       line of questioning.  Kevin Robinson is representing

17       Mr. Dame with respect to this deposition, so the

18       substance of that call would violate the

19       attorney-client privilege, as well as the joint

20       defense privilege.

21        MR. ROBINSON:  And to confirm, I didn't

22       announce this at the beginning because I think Nick

23       had entered the appearance for me, but in addition to

24       representing KKM, we have been engaged to represent

25       Mr. Dame for purposes of this deposition.

**Michael Dame**
**10/26/2022**                                           **Page 11**

```
 1            MR. YEE:  Okay.  Yes, I wasn't aware of

 2       that, Kevin.  So thank you for clarifying that.

 3            MR. ROBINSON:  No, understood.

 4   BY MR. YEE:

 5   Q.  What's your date of birth, Mr. Dame?

 6   A.  7/29/80.

 7   Q.  And where do you currently reside?

 8   A.  Kentucky.

 9   Q.  What is your address?

10   A.  228 Mandarin Court, Shepherdsville, Kentucky.

11   Q.  How long have you lived at that address?

12   A.  Geez, probably six, six and a half years, five years.

13   Q.  Okay.  And where did you live prior to that address?

14   A.  An apartment in Louisville, and I don't remember the

15       address.

16   Q.  Okay.  Did you ever live in Coxs Creek?

17   A.  No.

18   Q.  We had an address previously in Coxs Creek at

19       1201 Deatsville Road.  Is that your employer?

20   A.  Yes.

21   Q.  And the address in Jefferson, is that a house or

22       apartment?

23   A.  Jefferson?

24   Q.  Yes.  Did you say -- what was the city?

25   A.  Previously?
```

Michael Dame
10/26/2022                                    Page 12

1   Q.   No, currently.

2   A.   Currently?  It's a house.

3   Q.   Okay.  And do you own the house or are you renting?

4   A.   I own it.

5   Q.   And who else lives at that address with you?

6   A.   No one.

7   Q.   Are you married?

8   A.   No.

9   Q.   Have you ever been married?

10  A.   No.

11  Q.   And where were you born, sir?

12  A.   In Canada.

13  Q.   Where in Canada?

14  A.   Windsor, Ontario.

15  Q.   Windsor?

16  A.   Yes.

17  Q.   And when did you come to the United States?

18  A.   2015.

19  Q.   And what -- I'm sorry, go ahead.

20  A.   I'm just verifying in my head.  Yes, it was 2015.

21  Q.   Okay.  And what brought you here to the United States?

22  A.   My job.

23  Q.   And what job was that in 2015 that brought you here?

24  A.   A CNC machinist.

25  Q.   Okay.  And who was your employer that you were working

Michael Dame
10/26/2022                                    Page 13

1    for that brought you here?

2    A.   AV Gauge and Fixtures.  Alpha-Victor, Gauge,

3         Golf-Alpha-Uniform-Golf-Echo, and Fixtures, like a

4         light fixture.

5    Q.   How long have you been a CNC machinist?

6    A.   23, 24 years.

7    Q.   And how did you obtain your training to be a CNC

8         machinist?

9    A.   I went to college, got my -- well, I started out as an

10        apprentice and got schooling at St. Clair Tech

11        College, passed my government exams, became a

12        journeyman, and then onsite training.

13   Q.   You mentioned college.  Where did you go to college?

14   A.   St. Clair.

15   Q.   Is that in Canada?

16   A.   Yes.

17   Q.   Where in Canada is that located?

18   A.   In Windsor.

19   Q.   What type of degree did you obtain from St. Clair, was

20        it like a Bachelor's or something?

21   A.   We do it differently up there.  We don't do Bachelor

22        degrees for apprentices.  It's -- oh, I think the term

23        is it's a certificate, and it's I forget how many

24        years.  It's a couple of years in night school where

25        I'm working, and then all the tests and exams.

Michael Dame
10/26/2022                                    Page 14

1  Q.  How long was that program, do you remember?

2  A.  About three years.

3  Q.  So when you got done at St. Clair, you received a

4      certificate in CNC machining?

5  A.  No, general machinist.

6  Q.  General, okay.  You mentioned then you were an

7      apprentice, is that right?

8  A.  I was an apprentice to be a general machinist.

9  Q.  Okay.  And where did you do your apprentice work?

10 A.  Same company.

11 Q.  And how long were you an apprentice?

12 A.  It would have been three years, three and a half

13     years.  It took a while to get my exam.

14 Q.  Okay.  So once you take your exam, you now move past

15     the general machinist level, is that how it works?

16 A.  Yes, once you pass your exam you get your journeyman's

17     card, and then you're a licensed machinist or

18     certified machinist all throughout Canada.

19 Q.  Do you remember when you took your exam?

20 A.  No, not off the top of my head.  Early 2000's.

21 Q.  Okay.  So after you take that exam and you pass it,

22     then at that point you became a journeyman?

23 A.  Yes.

24 Q.  And then are you a journeyman for so long, and then

25     you move on to a different level, is that how it

Michael Dame
10/26/2022                                        Page 15

1    works?

2  A.  No, that's all there is.  You either have your card or

3      you don't.

4  Q.  Do you currently have your journeyman's card?

5  A.  Yes.

6  Q.  Besides your education at St. Clair in Windsor, have

7      you attended any other college?

8  A.  No.

9  Q.  I assume prior to going to St. Clair you went to high

10     school, some form of high school in Windsor?

11  A.  Yes.

12  Q.  Where did you go to high school?

13  A.  St. Joseph's.

14  Q.  Do you remember what year you graduated from

15     St. Joseph's?

16  A.   '97 or '98.  It would have been -- yes, I graduated

17     in '98, because I stopped going to school in '97.

18  Q.  Okay.  What do you mean you stopped going to school in

19     '97?

20  A.  I was in a co-op program.  So my last -- my last

21     semester I spent at the shop.

22  Q.  Okay.  And are you currently employed now?

23  A.  Yes.

24  Q.  And who is your employer currently?

25  A.  Same company, AV Gauge.

**Michael Dame**
**10/26/2022**                                        Page 16

1  Q.  So the company you're currently working for, is that

2      the same company you did your apprenticeship with?

3  A.  Yes.

4  Q.  And then ever since you passed the exam to become a

5      journeyman, you've been with them ever since?

6  A.  Yes.

7  Q.  So it's been the same company throughout your I guess

8      CNC machining career?

9  A.  Yes.

10  Q.  Have you worked for any other CNC machining company?

11  A.  Not a CNC specific company.  I did work for another

12      fixture shop.

13  Q.  Okay.  And this company you work for, are they based

14      in Canada, or are they based here in the states?

15  A.  They're Canadian.

16  Q.  Can you briefly tell me what was the arrangement or I

17      guess the reasoning for you to be relocated to the

18      United States in 2015?  Did they have like a

19      subsidiary here or some branch that needed work done?

20          MR. ROBINSON:  Can I ask where exactly are

21      you going with the questions about Mr. Dame's -- his

22      presence in the U.S. and, you know, why --

23          MR. YEE:  I just want to understand his

24      background.

25          MR. ROBINSON:  Right.  But the reason why

**Michael Dame**
10/26/2022                                    Page 17

1    his employer brought him from Canada to the United

2    States has absolutely nothing to do with his technical

3    background, his expertise in CNC machining, anything

4    to do with gunsmithing, it has nothing to do with the

5    litigation.  It's not even remotely close.  I want to

6    make sure that this nonparty deposition is limited to

7    issues that may have potential relevance to the

8    lawsuit.  Of course you're entitled to background

9    information.

10           MR. YEE:  I'm entitled to the background

11    information, Kevin.  You can place your objection, but

12    I'm entitled to find out what his background is.

13           MR. ROBINSON:  Yes, but let's keep it

14    closely honed to what is going to be even remotely

15    relevant to the issues in litigation.

16           MR. YEE:  Noted, but again I have a

17    right -- this is my deposition.  I have a right to

18    inquire about his background.

19    BY MR. YEE:

20    Q.   So Mr. Dame, does your company have an office or

21       branch here that required you to be relocated here?

22    A.   Yes, we bought a facility down here to make it easier

23       for cross border business that we do, buyoffs.  They

24       put a five axis CNC machine down here that they've

25       never had, couldn't get anybody that could run it very

**Michael Dame**
**10/26/2022**                                    Page 18

1      well, so I was sent down to train the locals and get

2      the machines up and running.

3   Q.   Okay.  So because of your expertise and knowledge, you

4      were the guy that was sent down here to set that up?

5   A.   Yes.

6   Q.   Okay.  So are you currently still a machinist, or are

7      you more of a supervisor?

8   A.   I'm more of a supervisor, but I still run the machines

9      when need be just to keep up with workload.

10  Q.   Okay.  But you were originally requested to come down

11      and train some of the citizens here in the states on

12      how to run machines that they had no knowledge of, so

13      they sent you down here to do that?

14  A.   Correct.

15  Q.   I understand you have some experience in the

16      competitive shooting world, is that correct?

17  A.   Correct.

18  Q.   And what is your experience in the competitive

19      shooting world?

20  A.   I've been shooting USPSA and IPSC since 1999.

21  Q.   In 1999 when you got started you were still in Canada,

22      though, correct?

23  A.   Correct.

24  Q.   Does the USPSA hold any matches in Canada, or did you

25      come for instance into the states to do that?

Michael Dame
10/26/2022                                        Page 19

 1   A.   USPSA is a member of IPSC.  IPSC holds matches in

 2        Canada, but I was shooting USPSA then in the U.S.

 3   Q.   What is your level with the USPSA?  I understand that

 4        there is different rankings.

 5   A.   I'm a grand master of multiple divisions.

 6   Q.   Which divisions?

 7   A.   Limited, limited 10, PCC, rimfire optics, rimfire

 8        rifle optics.

 9   Q.   And for those of us that don't know, can you briefly

10        describe the differences in those divisions?

11   A.   Limited is a 2011 handgun with no optics, PCC is a

12        pistol caliper rifle, and rimfire rifle optic is a

13        rimfire rifle with an optic on it.

14   Q.   Okay.  Are there any differences between the USPSA and

15        IPSC?

16   A.   There are some differences in the rules, but it's

17        essentially the same game.

18   Q.   And what is your level with IPSC?

19   A.   When I left I was a GM.  I haven't been an IPSC Canada

20        member since I left, so I don't think I have a ranking

21        any more.

22   Q.   And just to clarify, GM refers to the term grand

23        master, correct?

24   A.   Correct.

25   Q.   And when did you last shoot in IPSC?

Michael Dame
10/26/2022                                    Page 20

1  A.  Well, technically a USPSA match is IPSC, so the last

2     time I shot a match was two weekends ago, two or three

3     weekends ago.

4  Q.  So obviously you're still currently competing?

5  A.  Yes.

6  Q.  Do you have any background in gunsmithing?

7  A.  Officially, no.

8  Q.  You qualify your answer as officially.  Do you do any

9     work on any guns?

10 A.  I tend to work my own guns and help my friends out

11    when stuff isn't working right.

12 Q.  Okay.  Have you ever built your own gun?

13 A.  Yes.

14 Q.  How many of your own guns have you built?

15 A.  Two and a half.

16 Q.  Can you explain the half gun?

17 A.  It was an existing gun built by another gunsmith, and

18    I ripped the frame off because it was a high cap gun

19    and refit everything to a single stack frame.

20 Q.  Okay.  These guns, were these used for competitive

21    shooting?

22 A.  Yes.

23 Q.  And where did you build these guns, here in the United

24    States or while you were still in Canada?

25 A.  One in Canada -- well, the half was a Canadian gun,

**Michael Dame**
10/26/2022                                              Page 21

1      and the other two when I was here.

2  Q.   You mentioned that the half gun was partially built by

3      another gunsmith.  Do you remember who that gunsmith

4      was?

5  A.   Ken Soucie.

6  Q.   Can you spell Ken's last name if you know?

7  A.   S-o-u-c-i-e.

8  Q.   Was Mr. Soucie a Canadian gunsmith?

9  A.   Yes.

10  Q.   The defendant in this case, Shooters Connection, how

11      do you know Shooters Connection?

12  A.   First met them shooting matches early 2000's, and

13      everybody in the business -- well, in the sport kind

14      of knows Shooters Connection because they sponsor

15      almost everything.  If you need something, they

16      usually have it.  The day I first met him, I can't

17      recall.

18  Q.   When you refer to him, you're talking about Charles

19      Bradley?

20  A.   Yes.

21  Q.   So you met Mr. Bradley shooting in the early 2000's at

22      the USPSA matches?

23  A.   Yes.

24  Q.   But you don't recall where it was?

25  A.   No.

Michael Dame
10/26/2022                                          Page 22

1  Q.  Have you purchased parts from Shooters Connection?

2  A.  Yes.

3  Q.  When did you start buying parts from Shooters

4      Connection?

5  A.  I can't recall that.

6  Q.  Do you still currently buy parts from Shooters

7      Connection?

8  A.  When I need something small, but I don't really buy

9      competitive pistol stuff any more.

10  Q.  Why not?

11  A.  I'm switching over to shoot competitive rifle.

12  Q.  Okay.  Any reason you're going to go over to rifle?

13  A.  Because I'm old and broken.

14  Q.  But previously you would buy some parts here and there

15      when needed for your own guns?

16  A.  Parts if I needed, targets and pasters for practice.

17      He was local, so it was easy to get stuff through him.

18  Q.  And when you would order parts from Shooters

19      Connection, how would you do that, would you pick up

20      the phone, or did you place your orders online?

21  A.  I usually called.  It was easier.

22  Q.  When you would call Shooters Connection, did you call

23      and talk to Mr. Bradley, or did you just talk to

24      anyone that worked there?

25  A.  Whoever worked there.

Michael Dame
10/26/2022                                    Page 23

1  Q.  Do you remember ever dealing with a John Vlieger or a

2      John Vieger when ordering parts?

3  A.  He probably answered the phone once or twice.

4  Q.  Do you know Mr. Vlieger?

5  A.  Yes, I know him.

6  Q.  The other defendant in this case, KKM Precision, how

7      do you know KKM?

8  A.  I know them because I was financially sued with them.

9      Until then I had no knowledge of who they were.

10  Q.  So prior to the lawsuit you didn't know who KKM was?

11  A.  I knew who the company was because I used a barrel --

12      I've ordered I think one barrel -- yes, two barrels

13      from them, but I had no idea who the owner was.  I

14      knew them the same way I knew every other gun company

15      that makes parts.

16  Q.  You mentioned that you ordered two KKM barrels.  You

17      said that you ordered those directly from KKM?

18  A.  No, I got them through Shooters Connection.

19  Q.  Okay.  Have you ever purchased anything directly from

20      KKM?

21  A.  No.

22  Q.  Have you ever talked to a gentleman named Luke

23      McIntire?

24  A.  Yes.

25  Q.  And when did you talk to Luke?

**Michael Dame**
**10/26/2022**                                      Page 24

1  A.  After I discovered I was being sued by you.

2  Q.  And what did you talk to Mr. McIntire about?

3  A.  The lawsuit.

4  Q.  What specifically about the lawsuit?

5  A.  What it was about and why I was involved.

6  Q.  Do you remember when that conversation was?

7  A.  Shortly after you sent the initial Complaint.  So that

8     would have been what, 2020, spring 2020.

9  Q.  Prior to the lawsuit had you talked to Mr. McIntire?

10  A.  No.

11  Q.  And so after you were served with the Summons and the

12     Complaint in this case, the lawsuit if you will, you

13     talked to Mr. McIntire.  Have you then had followup

14     conversations with Mr. McIntire?

15  A.  Maybe one or two, very limited.

16  Q.  Do you remember when those followup conversations took

17     place?

18  A.  No.

19  Q.  Do you remember what you spoke about?

20  A.  This -- not that I can recall specifically.

21  Q.  Prior to this lawsuit, have you ever been sued before?

22  A.  Nope.

23  Q.  So after the lawsuit was filed, it actually was I

24     believe early this year, you were served with a

25     subpoena to produce documents, correct?

Michael Dame
10/26/2022                                    Page 25

1  A.  The second one, yes.

2  Q.  And you produced some -- pursuant to that subpoena you

3      produced some of your messages that you had with

4      various people in video format, correct?

5  A.  Correct.

6  Q.  Why did you produce those in video format as opposed

7      to like on paper?

8  A.  Seemed easier just to do that to scroll through them.

9      I didn't know it needed to be on paper.  Like I said,

10     I've never been sued before.

11  Q.  Did anyone ever ask you to produce the video messages

12      in more of a decipherable format?

13          MR. ROBINSON:  Mr. Dame, by anyone, he

14      refers to anybody who was not engaged as your counsel

15      to assist with respect to production of documents.

16      Remember, any conversation or any questions you're

17      asked over the course of the day that requires you to

18      answer questions that discuss conversations you've had

19      with your counsel are privileged, and I direct you not

20      to discuss those conversations.

21  A.  So I guess that's a no.  I don't even recall like

22      being told specifically to put them on paper.

23  BY MR. YEE:

24  Q.  Prior to being served with the lawsuit, were you aware

25      of an issue regarding KKM barrels claiming that they

Michael Dame
10/26/2022                                    Page 26

1     were soft?

2  A.  I was aware of the allegation.

3  Q.  And how did you become aware of that?

4  A.  I can't remember if I read that PSA or if I read the

5       PSA after I heard about it.  So scuttlebutt online

6       would be my best answer.

7  Q.  When you say the PSA, you're referring to the public

8       service announcement that was posted by Akai?

9  A.  Correct.

10 Q.  Do you remember what that PSA said?

11 A.  Initially it specifically said KKM barrels had an

12      issue, and then it was edited to be more vague and not

13      name the barrel.  But the gist of it was my guns are

14      breaking, and I think it's the barrels from this --

15      from a specific company, so be very careful who you

16      buy barrels from.  Was that it?

17 Q.  You specifically remember that public service

18      announcement mentioned KKM?

19 A.  Initially it did and then it was edited.

20 Q.  Okay.  So you recall seeing two different versions of

21      it?

22 A.  Yes.

23 Q.  And you remember seeing that online?

24 A.  On Facebook.

25 Q.  Do you remember how far apart the different versions

Michael Dame
10/26/2022                                    Page 27

1    were?  Was it within a day of each other, was it a

2    week, do you remember?

3  A.  It was -- I don't recall, but if I had to guess, it

4    was a day or less.

5  Q.  So you recall seeing the first version mentioned KKM

6    and then the second version it removed the KKM?

7  A.  Yes.

8  Q.  Did you happen to take a screenshot of the two

9    different versions for any reason?

10  A.  I can't recall, but if I did, I would have put it in

11    with -- would it not have been in with my discovery

12    stuff?  I don't recall.

13  Q.  Okay.  So what did you do after you saw that public

14    service announcement?

15  A.  I sent a message to Chuck Bradley asking him about --

16    no, I sent the message after the demand letter came

17    out.  When I initially saw that, my first response was

18    it was BS, because he's done it -- there's been other

19    from him that turned out to be questionable as well.

20    So I wasn't really convinced from it.

21  Q.  When you say other PSAs from him, who is him that

22    you're referring to?

23  A.  Shay.

24  Q.  Mr. Horowitz?

25  A.  Yes.

Michael Dame
10/26/2022                                    Page 28

1  Q.  And what other PSAs have you seen?

2  A.  One claiming there was a bad batch from a specific

3      powder that Hodgdon makes, HS-6, and that was

4      supposedly causing his guns to break.  And then I

5      don't remember if it was a public PSA, but there was

6      like a time when he was claiming that a certain

7      manufacturer's slides were causing issues with his

8      guns.

9  Q.  Regarding the bad powder, do you remember when that

10     public service announcement was posted?

11  A.  I don't recall.  Years prior to the barrel one.

12  Q.  But you specifically remember that that was in the

13     form of a public service announcement?

14  A.  An official public service announcement I can't

15     recall.  I know he was telling people, hey, you know,

16     warning people of that powder.

17  Q.  Okay.  So you're not clear as to whether it was a

18     public service announcement or not?

19  A.  When you make an announcement to the public saying

20     something is wrong, is that not a public service

21     announcement whether it says PSA at the beginning or

22     not.

23  Q.  Well, I'm asking you.  How do you define public

24     service announcement?

25  A.  I would say a public service announcement is when you

**Michael Dame**
**10/26/2022**                                           Page 29

1    tell everybody, hey, this product is fraudulent --

2    this product is defective, don't use it.

3  Q.  Okay.  And you specifically remember Shay doing that

4    with an issue over bad powder?

5  A.  Yes.

6  Q.  But you don't recall when?

7  A.  Years prior to this.  So sometime in the 2000 teens.

8  Q.  Do you know if the manufacturer of that powder ended

9    up recalling that powder or not?

10  A.  It's my understanding that the manufacturer found that

11    to be false.

12  Q.  What about the slide issue, do you remember when that

13    was?

14  A.  I do not.

15  Q.  But you specifically remember reading that online?

16  A.  Reading or being told about it at a match, I can't

17    recall.

18  Q.  Do you remember the company or the manufacturer of the

19    slides that were mentioned in that announcement?

20  A.  I do not.

21  Q.  And backup to the powder issue, can you spell the name

22    of the powder manufacturer, if you know?

23  A.  H-o-d-g-e-n, Hodgdon, or o-n, Hodgdon.

24  Q.  You mentioned that it was your understanding that the

25    manufacturer found the statement to be false.  How do

**Michael Dame**
**10/26/2022**                                    Page 30

1      you know that?

2   A.   How do I know this?  I think I questioned -- no, I

3        don't recall how I got that info.

4   Q.   Did you talk to anyone directly at Hodgdon?

5   A.   I don't recall.  It was probably -- it's getting close

6        to ten years ago, so.

7   Q.   So it was about ten years ago, so you recall that

8        issue roughly around 2012?

9   A.   Yes.  That's what I said early, the teens.

10  Q.   Would it surprise you to know that that manufacturer

11       actually ended up recalling that powder?

12  A.   Yes, it would.

13  Q.   Regarding the slide issue, you don't recall who the

14       manufacturer was?

15  A.   No.

16  Q.   Do you remember ultimately what happened with the

17       slide issue?

18  A.   No.

19  Q.   So you don't have information as to whether the slide

20       issue was correct or false?

21  A.   Specifically, no.

22  Q.   So you were starting to tell me that once you read

23       that public service announcement, that you contacted

24       Chuck Bradley, is that correct?

25  A.   Yeah, I was starting to say that, and then I mixed

Michael Dame
10/26/2022                                           Page 31

1      that up with the demand letter.  I don't believe I

2      contacted Shooters Connection on -- upon seeing the

3      PSA.

4   Q.  So your recollection is you didn't talk to Chuck

5      Bradley until after the demand letter?

6   A.  Correct.

7   Q.  And how did you find out about the demand letter?

8   A.  He posted it online.

9   Q.  When you say he, you're talking about Mr. Bradley?

10  A.  Yes.

11  Q.  And so once you saw that demand letter posted online,

12     you contacted Mr. Bradley?

13  A.  Yes, and asked him what it was about.

14  Q.  And how did you contact Mr. Bradley, was it by

15     telephone, by email?

16  A.  Facebook message I believe.

17  Q.  And when you say that Chuck Bradley posted the demand

18     letter, are you talking about the Shooters Connection

19     Facebook page?

20  A.  Yes.  That's where I would have saw it, because we're

21     not friends on Facebook.

22  Q.  And what did you discuss with Mr. Bradley then in

23     relation to seeing the demand letter?

24  A.  Specifically I don't recall, but I would speculate

25     what it was about.

**Michael Dame**
**10/26/2022**                                               Page 32

1  Q.  Were there any discussions about going after Shay?

2  A.  Like directives, no.

3  Q.  And these communications were on Facebook Messenger?

4  A.  Yes.

5            (Exhibit No. 1 was marked

6            for identification.)

7  BY MR. YEE:

8  Q.  Mr. Dame, let me show you a document that we're going

9       to label as Exhibit Number 1.  This was actually used

10      as an exhibit for Mr. Bradley's deposition.  These

11      were documents that were previously produced during

12      discovery by Shooters Connection, and again this

13      document specifically was Exhibit Number 20 from

14      Mr. Bradley's deposition.  And for some reason the

15      messages were produced in such a way where the most

16      recent messages are actually at the top of the page

17      and going backwards in order.  So the earlier

18      discussions in time actually appear at the bottom of

19      the page.  So the first page was labeled as 1098, the

20      second page 1097.  I know that looks weird going kind

21      of backwards, but again when you look at the document

22      you can see that it's -- the earlier in time

23      conversations are actually at the bottom of the page

24      coming back forward.  Do you see what I'm saying?

25  A.  Yep.

**Michael Dame**
**10/26/2022**                                                      Page 33

1  Q.  So this document appears to be a conversation between

2     you and Mr. Bradley, correct?

3  A.  Correct.

4  Q.   And there appears at least on the page that's labeled

5     SCI 001098, there is a notation here, it says Dame

6     Michael.  That's you, correct?

7  A.  That's correct.

8  Q.   And it looks like the date of the communication was

9     December 9, 2019 at 3:57 p.m. according to this

10     document.  And can you read for us what that says

11     there?

12  A.  Do you really want me to say that last word?

13  Q.  I do.

14  A.  It's not going to piss anybody off?  Okay.  How can I

15     burn this cunt.  Sorry Diane.

16  Q.  I think you left out a word.  Is says how can I help

17     burn this cunt, correct?

18  A.  Oh, sorry, yes.  Your screen was a little over.  Yes,

19     how can I help burn this cunt.

20  Q.   And you were saying this to Mr. Bradley, correct?

21  A.  Correct.

22  Q.   And what did you mean when you said that?

23  A.  That I felt Shay was lying in his demand letter and

24     trying to fraudulently go after Chuck.  So I'm like

25     how can I help defend you.

**Michael Dame**
**10/26/2022**                          Page 34

1  Q.  Were you ever a sponsored shooter of Shooters

2      Connection?

3  A.  No.

4  Q.  Were you ever an employee of Shooters Connection?

5  A.  No.

6  Q.  Other than buying parts periodically for your own guns

7      from Shooters Connection and mentioning that you had

8      shot at some competitions with Mr. Bradley, what other

9      affiliations did you have with Shooters Connection?

10          MR. BENFORD:  Objection, form.  Go ahead

11      and answer.

12  A.  I have no affiliations.  I'm just a customer.

13  BY MR. YEE:

14  Q.  This demand letter that was sent to Shooters

15      Connection, did you perceive that to evolve to a

16      demand to you?

17  A.  No.

18  Q.  So why are you offering to get into the issue at this

19      point?

20          MR. BENFORD:  Objection, form.  Go ahead

21      and answer.

22  A.  Because I was in a chat group with Shay where he runs

23      his mouth or a lot of us ran our mouths about various

24      things, and if he said something that was related to

25      this, I would send it to Chuck, because I think Shay

**Michael Dame**
**10/26/2022**                                                    Page 35

1      is a shitty person -- sorry, crappy person.  I'm

2      trying to watch the language.  I'm sorry, they slip

3      out.

4    BY MR. YEE:

5    Q.   And why do you think Shay is a crappy person?

6    A.   The way he conducts himself, his actions inside the

7        chat group, his actions with team members.

8    Q.   Anything else?

9    A.   No.

10   Q.   You say how he conducts himself in chat rooms.  What

11       is an example of how Mr. Horowitz conducts himself in

12       a chat room that you find to be crappy?

13   A.   The way he would disparage other builders.  The way he

14       would try to get other people to disparage those

15       builders on his behalf.

16   Q.   Have you ever been online to disparage anyone?

17   A.   Yes.  I've questioned people's ideas.  I've called BS

18       on certain things from time to time.

19   Q.   Okay.  You mentioned that Shay has disparaged other

20       builders.  Have you disparaged builders?

21            MR. BENFORD:  Objection, form.  Go ahead

22       and answer.

23   A.   Yes, I've questioned other builders.

24   BY MR. YEE:

25   Q.   What other builders have you questioned?

**Michael Dame**
**10/26/2022**                                                    Page 36

1   A.   Lone Star, Atlas.  That's about all I can remember.

2   Q.   Regarding Lone Star, what did you question about Lone

3        Star?

4   A.   I really didn't like the way he did his comps.  The

5        way he blended the bottom line of the comp into the

6        top line of the stirrup cut.

7   Q.   So because you didn't like the way he did his comps,

8        you disparaged Lone Star online?

9             MR. ROBINSON:  Object to the form,

10       misstates his testimony.

11  A.   I didn't disparage him, I just made fun of that cut on

12       his guns.  Would that be disparaging?

13  BY MR. YEE:

14  Q.   So you made him fun of it?

15  A.   Yes.  I pointed out that I felt it looked ugly and it

16       could easily be fix.

17  Q.   Was there anything else with Lone Star you questioned?

18  A.   Not that I recall.

19  Q.   And what did you question about Atlas?

20  A.   I saw a video that Shay sent to me of one of their CNC

21       machinists claiming that the poor surface finish was a

22       custom feature.

23  Q.   I'm not following.  So Shay sent you a video showing

24       what?

25  A.   Their CNC machinist standing in front of a CNC machine

**Michael Dame**
**10/26/2022**                                      Page 37

1    explaining that the poor cutter marks -- the cutter

2    marks on the slide from what they did that they didn't

3    remove were a custom feature and not laziness.

4  Q.  This is an Atlas CNC machinist?

5  A.  Yes, I assume it was.

6  Q.  And what were your comments online about that?

7  A.  Specifically I don't recall, but the gist of it

8    was the video -- the gist of the video was that, and I

9    was pointing out that it's an easy fix, it's just

10    laziness that they're not doing it.

11  Q.  Did you ever question a builder named Bobby Keigans?

12  A.  Did I question him?  I don't know if I questioned him.

13    I definitely poked him a few times.  I think he's

14    blocked me on Facebook.  But, yes, I've made snarky

15    comments on his posts.

16  Q.  And what were those snarky comments related to, do you

17    remember?

18  A.  The feud between him and Shay.

19  Q.  What about a gun builder named SV?

20  A.  SV?

21  Q.  Yes.

22  A.  Like Infinity?

23  Q.  Yes.

24  A.  I've stated my experience with them online, but I've

25    never -- I don't think I've ever made fun of him.  I'm

**Michael Dame**
**10/26/2022**                                         Page 38

1     not happy with what I got from them for certain

2     aspects, but.

3  Q.   So what did you say online about the gun you received

4     from Infinity?

5  A.   Specifics I don't know.  I would have mentioned about

6     my slide cracking -- the slide cracking and the barrel

7     cracking, and that I feel that the prices are too high

8     on that.

9  Q.   What kind of gun was this that you purchased from

10     Infinity?

11  A.   2011, a Sight Tracker to be specific.

12  Q.   When did you buy this gun?

13  A.   2014.  No, I don't know if it was '14.  Early -- early

14     2000 teens.  The exact year I can't recall.

15  Q.   But you mentioned that the slide cracked in it?

16  A.   The older gun the slide cracked after quite a few

17     rounds.  That was due to a machining issue, they cut

18     too deep in an area.

19  Q.   Do you remember how many rounds you put through the

20     gun before the slide cracked?

21  A.   Tens of thousands.  Specifically I never kept track of

22     rounds.

23  Q.   And you also mentioned that a barrel cracked?

24  A.   Yes, I had one barrel crack with very few rounds on

25     it.

**Michael Dame**
**10/26/2022**                                                            Page 39

1  Q.  When you say very few rounds, what is the number

2      range?  Are we talking hundreds, thousands?

3  A.  Less than 5,000 would be a good estimate, which in our

4      world isn't much.

5  Q.  I assume that this gun was purchased for competition

6      use?

7  A.  Yes.

8  Q.  Do you remember what kind of barrel was in that gun?

9  A.  An SV barrel.

10  Q.  Did Infinity replace the slide for you?

11  A.  The slide I didn't go through them.  The barrel they

12      did.

13  Q.  Did he charge you anything to replace the barrel?

14  A.  The barrel specifically, no.  I was told I needed a

15      new slide because of they found an issue with the

16      slide I think was the verbiage, and it would be --

17      because of the new slide it would be $500.  So I think

18      out of pocket when that went out, a total cost at the

19      top end was $500.

20  Q.  So you paid Infinity $500 to have them replace the

21      barrel and the slide?

22  A.  Yes.

23  Q.  Let's go back to Exhibit 1 here.  You mentioned,

24      Mr. Dame, that you reached out or contacted

25      Mr. Bradley after you saw the demand letter online, is

Michael Dame
10/26/2022                                              Page 40

1    that correct?

2  A.   After I saw -- yes, after I saw the demand letter, and

3       judging by this I think it got cut off where I think I

4       sent something from the chat group with Shay.

5  Q.   Is it possible you contacted Mr. Bradley before the

6       demand letter was posted online?

7  A.   It's possible if I knew about it through the chat

8       group ahead of time.

9  Q.   Because my understanding is that the demand letter

10      wasn't posted online on the SCI Facebook page until I

11      believe January of 2020?

12           MR. BENFORD:  Objection to form.

13  A.   That's quite a few years ago, so I work with aluminum

14      and I play with led.

15  BY MR. YEE:

16  Q.   So back to this comment you made on December 9th, 2019

17      at 3:57 p.m. where you indicate how can I help burn

18      this cunt.  You testified that you were offering to

19      help Chuck Bradley, what, try to attempt to discredit

20      Shay and his claim about -- from the PSA?

21           MR. BENFORD:  Objection to form, misstates

22      prior testimony.

23           MR. ROBINSON:  Objection, form.

24  A.   Discredit, no, but help clear his name, yes.

25  BY MR. YEE:

**Michael Dame**
**10/26/2022**                                                    **Page 41**

1  Q.  So your intent was to help clear Shooters Connection's

2     name?

3  A.  Yes.  I felt -- I felt this was fraudulent.

4  Q.  You said you thought it was fraudulent.  What made you

5     feel it was fraudulent?

6  A.  It's Shay.

7  Q.  That's it?

8  A.  Yes.

9  Q.  Did you do anything to verify the claims whether the

10    barrels were in fact soft or not?

11 A.  No, I don't have and never had access to the barrels.

12    I'm just going by my opinion of Shay.

13 Q.  Okay.  So you didn't conduct any independent

14    investigation as to whether the claims were true or

15    not, but just because of your opinion of Shay, you

16    immediately felt it was fraudulent?

17 A.  Correct.

18 Q.  And that opinion of Shay comes from again as you

19    mentioned you recall seeing him make announcements

20    about the powder and the slide issues previously,

21    correct?

22 A.  The powder, stuff about his day trading, moving

23    companies.  Just the way -- the stuff he said in chat

24    groups, I just -- I don't find him trustworthy.

25 Q.  So you mentioned that part of your opinion of Shay

Michael Dame
10/26/2022                                              Page 42

1   revolves around his involvement with a moving company

2   and day trading.  When did you first learn about his

3   involvement with a moving company?

4  A.  Years.  Years or a year prior to this, but, yes, way

5   before any of this went down, meaning the lawsuit

6   barrel issue.

7  Q.  So you were aware of this moving company issue prior

8   to the public service announcement?

9  A.  Correct.

10 Q.  When did you become aware of any day trading concerns?

11 A.  It would have been years prior in the -- from Ben

12   Stoeger's Facebook page, the Duty Project I believe it

13   was called.

14 Q.  Let's look at the next page on Exhibit 1.  At the very

15   bottom there is another message from you to

16   Mr. Bradley at 4:08 p.m. on December 9th, 2019 where

17   you indicate are we clear to play with that info.  Do

18   you see where I'm referring to?

19 A.  Yes.

20 Q.  What info are you referring to here?

21 A.  I don't know, because I don't see the rest of the

22   message on that.  I'm assuming that it's anything that

23   Chuck said in that message between him and I.  I was

24   saying that because I assumed he was going to sue back

25   for that, and I didn't want to post anything that

Michael Dame
10/26/2022                                    Page 43

1      would ruin his lawsuit.

2   Q.  Mr. Bradley responds at 4:08 p.m., sure why not.  Do

3      you see that?

4   A.  Yes.

5   Q.  So why are you even asking Mr. Bradley permission to

6      do anything at this point?

7          MR. ROBINSON:  Object to the form.

8          MR. BENFORD:  Join.

9   A.  I didn't want to jam him up if he was or had legal

10      issues with this.  I'm not completely sure on the

11      legal system here, but like my understanding is if you

12      talk to certain people about certain things

13      beforehand, it can ruin it.  I may be wrong, I don't

14      know.  I'm assuming that's what my line of thought at

15      that time was.

16  BY MR. YEE:

17  Q.  And then you respond back to Mr. Bradley, you say

18      Bagger already has memes queued up.  Do you see that?

19  A.  Yes.

20  Q.  Who is bagger?

21  A.  Tim Mekosh.

22  Q.  The memes that Tim Mekosh has queued up, do you

23      remember what those memes were?

24  A.  I don't recall.

25  Q.  Going to the top, the first two pages of the exhibit,

Michael Dame
10/26/2022                                    Page 44

1     were these the memes?

2  A.  No, those are screenshots of Shay talking in the chat

3     group.

4  Q.  So you don't recall what these memes were that

5     Mr. Mekosh had queued up?

6  A.  Specifically, no.

7  Q.  Do you remember where these memes were going to be

8     posted?

9  A.  More than likely on his page.  And then at the time

10    there was a 2011 page that David Black ran.  He

11    probably would have put them there, too.

12 Q.  When you say his page, are you referring to the --

13 A.  Bagger's, Bagger's personal profile.

14 Q.  Does Mr. Mekosh have any other pages that you're aware

15    of?

16 A.  Just the one that's named Mike Hoffer.

17 Q.  So Mr. Mekosh operates the Bagger page and the Mike

18    Hoffer page?

19 A.  I don't remember at that time if the Bagger Mekosh

20    page was deleted by Facebook or not and then he went

21    to the one named Tim Mekosh.  But before the Tim

22    Mekosh page, his official -- like the page that he

23    used all the time, his name was listed as Bagger

24    Mekosh.  I don't remember when that happened, that the

25    Bagger Mekosh page was just kind of deleted by

**Michael Dame**
10/26/2022                                    Page 45

1    Facebook.

2  Q.  What about yourself, do you have -- do you operate any

3     pages on Facebook?

4  A.  I operate the NRL22 at BGSL Facebook page.

5  Q.  Can you spell that for us.  I'm sure Diane is going to

6     want the spelling.

7  A.  NRL as in National Rimfire League.  So

8     November-Romeo-Lima 22 at Brave-Golf-Sierra-Lima.  And

9     then I have a backup page for when I get banned for

10     using bad words on Facebook that is Robert Paulson.

11  Q.  Can you spell Paulson for us?

12  A.  P-a-u-l-s, and I can't remember if it's i-n or e-n.

13     It's the name of the guy from Fight Club.

14  Q.  I'm sorry, from where?

15  A.  The movie Fight Club.

16  Q.  Do you have any other Facebook pages?

17  A.  No.

18  Q.  You mentioned that when you get banned from Facebook

19     you use the Robert Paulson page?

20  A.  Yes.  It's just a backup.  All my friends know that's

21     me.  I don't hide that, and when I have to use that

22     account, I don't hide on someone else.

23  Q.  Have you ever had a Facebook page that simply said

24     Michael Dame?

25  A.  That is -- this is the same page.  The Facebook

**Michael Dame**
10/26/2022                                    Page 46

1   changed -- made me change it.  I'm sorry, that's not

2   why Facebook did.  It used to say Michael Dame, and

3   then I just changed it so -- to make it harder for

4   people to find me at work.  That's the other account

5   that Facebook nuked.

6   Q.   So I'm not following.  So are you saying Facebook made

7        you change the name, or you changed the name.

8   A.   I changed the name, and then I tried to put it back

9        and Facebook wouldn't let me, because you're only

10       allowed to change your name on your account like

11       once -- like a certain amount of times in a time

12       frame, and I just haven't changed it back.

13  Q.   So when you first started page, was it under Michael

14       Dame?

15  A.   Yes, when I first got on Facebook it was Michael Dame.

16  Q.   Okay.  And what was the first change to?

17  A.   I changed it from -- I changed the name around to Dame

18       Michael.

19  Q.   And then what you're saying is you tried to change it

20       back to Michael Dame, but Facebook wouldn't let you

21       change it?

22  A.   Correct.  Now I need to provide a driver's license and

23       a whole bunch of other stuff, so it's just not worth

24       the hassle.

25  Q.   Are these Facebook pages still currently being used?

**Michael Dame**
**10/26/2022**                                    Page 47

1   A.  The Robert Paulson I haven't used since I was in

2       Japan, I'm guessing early 2020.  Maybe 2019 was when I

3       went.  Here, let me verify.  I have a time stamp on a

4       picture.  Yes, last time I used the Robert Paulson was

5       spring of 2019.

6   Q.  You mentioned that the Robert Paulson page is your

7       backup page when you're banned on Facebook.  How often

8       have you been banned on Facebook?

9   A.  Prior to that quite a bit.  I haven't received any

10      infractions since 2019.

11  Q.  Approximately how many times were you banned on

12      Facebook?

13  A.  I can't recall a total number.

14  Q.  More than ten times?

15  A.  I can't recall.  I know I've had every level of

16      suspension.

17  Q.  Other than these pages you identified, do you have

18      what I understand is administrative control of any

19      other accounts?

20  A.  No.  Sorry, do you mean like a Facebook group or a

21      page, or an actual like a Facebook profile?

22  Q.  Like a group or page.

23  A.  Yes.  I'm the administrator of KY Shooters, and I was

24      an admin -- not an admin, a mod on USPSA Confidential,

25      a page that Brad Seehawer made.  And I believe I was a

**Michael Dame**
**10/26/2022**                                      **Page 48**

1      mod on a 2011 page that never really got any traction.

2   Q.   Is that the same one as I think you mentioned David

3        Black, is that the same page you're talking about, or

4        is that a different one?

5   A.   A different page.

6   Q.   What about Facebook profiles, do you have any

7        administrative control of any other Facebook profiles?

8   A.   No.

9   Q.   Have you ever had any administrative controls over any

10       other profiles?

11  A.   No.

12  Q.   The 2011 page that you said never really took off, do

13       you know if you're still a moderator or a mod or --

14  A.   I'm assuming I still am, but there hasn't been any

15       posts on it since I tried getting people to go to it,

16       but it was another nonstarter.

17  Q.   What about the USPSA Confidential?

18  A.   I haven't really been on that since Brad died.  I just

19       kind of left it alone.

20  Q.   Who is Brad?

21  A.   Brad Seehawer, a friend of mine, another guy that was

22       in the chat group, another shooter.

23  Q.   And what about KY Shooters?

24  A.   What about it?

25  Q.   Are you still active on that one?

Michael Dame
10/26/2022                                    Page 49

1  A.  Yes.

2  Q.  The 2011 page, do you remember the full name or

3      official name of that one that you said never took

4      off?

5  A.  Not off the top of my head I can't recall.

6  Q.  You just recall it being 2011 something?

7  A.  Correct.

8  Q.  Bear with me one second here.

9          (Exhibit No. 2 was marked

10          for identification.)

11  BY MR. YEE:

12  Q.  Let's move to another document, and this one we're

13      going to label as Exhibit Number 2.  This appears to

14      be communications between you and Mr. Bradley again,

15      but this is in January of 2020.  At the top of this

16      page, Mr. Dame, there is communication from

17      Mr. Bradley to you on January 17, 2020 at 6:16 p.m.

18      where he indicates next is to start bringing out his

19      past if I have to.  Need more info for that.  Do you

20      see where I'm referring to?

21  A.  Yes.

22  Q.  You then respond at 6:16 p.m. also on that same date,

23      working on it.  Do you see that?

24  A.  Yes.

25  Q.  What were you working on in regards to -- well, let me

**Michael Dame**
**10/26/2022**                                                    Page 50

1      back up.  Strike that.

2                Did you take this to mean that Mr. Bradley

3      was referring to the past of Shay Horowitz?

4   A.  Yes.  I mean, that's an easy assumption.

5   Q.  So the his that he's referring to here is Shay

6      Horowitz?

7   A.  Correct.

8   Q.  And then you indicate working on it.  Do you see that?

9   A.  Yes.

10  Q.  What were you doing at this particular point in time

11      in January of 2020 regarding Mr. Horowitz's past?

12  A.  I think I was trying to find out if anybody sued him

13      successfully over the moving company stuff or the Van

14      Lines.

15  Q.  When you say you were trying to find out if anyone

16      sued him over the Van Lines, you're talking about the

17      moving company issues?

18  A.  Yes.

19  Q.  What did you find?

20  A.  I couldn't find out if anybody did.  I didn't really

21      find anything else new that I didn't already know.

22  Q.  Let's start with your statement that you just

23      mentioned, you didn't find anything that you didn't

24      already know.  What did you already know?

25  A.  That he had some kind of affiliation with a moving

Michael Dame
10/26/2022                                    Page 51

1    company where people were complaining that high-end

2    electronics were not showing up, and they couldn't get

3    an answer from the owners.  Another issue was somebody

4    was moving from one side of the country to the other,

5    but had like a couple of month layover at a job

6    outside of the country, so the moving company was to

7    hold their stuff in storage while they were gone, and

8    when they came back, the company had changed names

9    even though it was the same people, and said, well,

10    that's not our problem, that's the old company's

11    problem.  Have fun finding your stuff essentially.

12  Q.   Did you ever find out whether Shay was even involved

13    in that moving company or not?

14  A.   It was his name in that area.

15  Q.   That's not my question.  My question is, do you have

16    knowledge in your research that showed that he was in

17    fact involved in the moving company?

18  A.   Define involved.

19  Q.   Was he the guy that was responsible for not having

20    people's goods show up when they needed to?

21  A.   If he was the owner of the company, then he would be

22    responsible, and it was listed that he was the owner I

23    believe reading.

24  Q.   Okay.  But did you ever find out that he was

25    responsible for diverting the people's goods?

**Michael Dame**
**10/26/2022**                                    **Page 52**

1           MR. ROBINSON:  Object to the form.

2           MR. BENFORD:  Join.

3   A.  Did I ever find out?  No.  Just reading that the

4       people that had that issue were saying that it was the

5       company that did it.

6   BY MR. YEE:

7   Q.  You mentioned that you didn't find any lawsuits, is

8       that correct?

9   A.  That's correct.

10  Q.  Okay.  Did that indicate to you that possibly those

11      claims were in fact not true?

12          MR. ROBINSON:  Object to the form.

13          MR. BENFORD:  Object to form.

14  A.  No.

15  BY MR. YEE:

16  Q.  Did you ever tell anyone that Shay was involved in

17      this moving company scam?

18  A.  Yes.

19  Q.  Who did you tell?

20  A.  Tim Mekosh.  I believe I told Chuck about it.  Anyone

21      else that would have had a poor opinion of Shay and

22      mentioned it and was trash talking him, I was like did

23      you hear about this.  But as far as specific people, I

24      can't recall.

25  Q.  Do you remember telling this to Mr. Vlieger?

**Michael Dame**
**10/26/2022**                                                    Page 53

1  A.  Oh, yes, I would have mentioned it to Vlieger.

2  Q.  Did you mention it to someone named Luke Cao?

3  A.  Yes, I would have mentioned that when -- during the

4     contingency issue.

5  Q.  Did you ever call Shay to find out if it was true or

6     not?

7  A.  No.  I wouldn't expect to get a truthful answer out of

8     him.

9  Q.  Would it surprise you to know that regarding that

10    moving company issue that Shay was actually trying to

11    help people find their goods?

12        MR. BENFORD:  Objection, form.

13  A.  Yes.

14  BY MR. YEE:

15  Q.  And why does that surprise you?

16  A.  Because I have a low opinion of Shay.  And judging by

17    all the posts in that forum, it didn't look like

18    anybody was trying to help them.

19  Q.  Okay.  You actually read that post?

20  A.  Yes.

21  Q.  You don't recall the little part in that post that

22    said you can contact this number and Shay Horowitz

23    will try and help you find your goods?

24  A.  I don't recall that.

25  Q.  Okay.  So what else were you working on in relation to

Michael Dame
10/26/2022                                    Page 54

1    this comment you made to Mr. Bradley, working on it?

2    What else were you looking at?

3  A.  That's about it.  I mean, I tried looking for day

4    trader stuff, but nothing pops up on it.  That's just

5    one of those things that people keep talking about in

6    the industry, but there's very little specifics online

7    for it.

8  Q.  What is your understanding of the day trader issue?

9  A.  That he was trading without a license, made some bad

10    trades, and cost people a lot of money is my

11    understanding.  It may be wrong.  I don't know the

12    specifics.

13  Q.  And do you remember where you found that out?

14  A.  Initially on Duty Project.

15  Q.  What is Duty Project?

16  A.  Yes, that's an interesting question.  Duty Project

17    started as a Facebook group I believe, and then grew

18    into a message board website ran by Ben Stoeger

19    initially as a better option to the Brian Eno's page,

20    but it really just degraded into just a bunch of us

21    messing around, tomfoolery, off comments, crude jokes,

22    trash talking.  It was an interesting place.  It

23    wasn't that useful for training info.  It was mostly

24    for people hanging out and running their mouths I

25    guess would be the best way to describe it now.  I

**Michael Dame**
**10/26/2022**                                              Page 55

1      haven't been in it in for years.

2   Q.   You mentioned regarding the day trading issue, though,

3        is that your understanding is that Shay was accused of

4        trading without a license, is that correct?

5   A.   I think that's what it was.

6   Q.   Were you able to ever verify that?

7   A.   No.  I don't have access to SEC licenses, so.

8   Q.   Did you find anything online that said that that in

9        fact was true?

10  A.   No.  I couldn't find anything specifically online.

11  Q.   Did you contact Shay to ask him if it was true?

12  A.   No.  Jokes had been made about it in the chat prior,

13        but he just scrubbed it off, so I didn't assume I

14        would get an answer.  I rarely talked to Shay outside

15        of the chat group.

16  Q.   So you never found any specific verification whether

17        that was true or not, correct?

18  A.   Correct.

19  Q.   Did you tell anyone that Shay was involved in a day

20        trading scam?

21  A.   I think so, yeah, that was -- that the rumors were

22        that he was involved in a day trading issue.

23  Q.   Who did you tell?

24  A.   I can't be certain.

25  Q.   Did you tell Mr. Mekosh?

Michael Dame
10/26/2022                                                    Page 56

1   A.  Oh, yes, Mr. Mekosh, but he already knew.

2   Q.  And how did he know, do you know?

3   A.  He used to be friends with Shay, was an ex-customer.

4       So I'm assuming somehow through that.

5   Q.  Did you tell Mr. Bradley?

6   A.  I think Mr. Bradley already knew.

7   Q.  What about Mr. Vlieger?

8   A.  I think Mr. Vlieger already knew.  I guess the best

9       way is it was like an urban legend I guess.  It's one

10      of those things a lot of shooters know about, but no

11      one really has the specifics on it I guess would be --

12  Q.  Did you ever post anything online about Shay being

13      involved in a day trading scam?

14  A.  Not that I recall.

15  Q.  What about through private messages, did you ever tell

16      anyone that Shay was involved in either a moving

17      company scam or a day trading scam?

18  A.  Probably.

19  Q.  So regarding the day trading issue, what you perceived

20      that Shay was trading without a license, so without

21      any verification whether it was true or not, you told

22      people about this online and in private messages?

23          MR. BENFORD:  Objection form.

24          MR. ROBINSON:  Object to the form.

25  A.  Run that again.  So without knowing --

**Michael Dame**
**10/26/2022**                                                    Page 57

1   BY MR. YEE:

2   Q.   You testified earlier that you were never able to

3        verify that that was true, correct?

4   A.   Correct.

5   Q.   Okay.  But yet you told people that he was involved in

6        a day trading scam, correct?

7             MR. BENFORD:  Objection form.

8             MR. ROBINSON:  Same objection.

9   A.   Yes, I would tell people, yes, this is what I've

10       heard.

11            MR. BENFORD:  Pardon me.  Mr. Dame, would

12       you please pause a second before answering questions

13       to allow us to pose any objections we may have?

14            THE WITNESS:  Sorry.  Yes, sir.

15            MR. BENFORD:  Thank you very much, I

16       appreciate it.

17  BY MR. YEE:

18  Q.   Okay.  So you just again stated that you didn't have

19       verification that that was true, but you told people

20       about the day trading scam, correct?

21            MR. ROBINSON:  Objection, form.

22            MR. BENFORD:  Objection.

23  A.   Yes, I would say, hey, I've heard this.

24  BY MR. YEE:

25  Q.   And why did you do that?

1  A.  Because I thought it was funny that, you know, people

2      that complain about his guns, and then there is that

3      info before the guns.  I thought, oh, interesting.

4  Q.  Were you also trying to cast doubt on Shay's

5      character?

6          MR. BENFORD:  Objection to form.

7  A.  I don't need to cast doubt.  There is already doubt in

8      the industry.

9  BY MR. YEE:

10  Q.  Were you trying to discredit him?

11  A.  No, because I don't give him credit.  I would -- if I

12      was saying that, I was just passing along the rumors

13      that I've heard.

14          (Exhibit No. 3 was marked

15            for identification.)

16  BY MR. YEE:

17  Q.  Okay.  Let's move on to Exhibit 3.  This was a

18      document that was actually used as an exhibit in

19      Mr. Bradley's deposition.  This is Exhibit 22 from

20      his.  Again, this is a similar format to Exhibit 1

21      where it's -- the more recent communications are at

22      the top going into the oldest ones start from the

23      bottom coming forward.  That's why the pages are kind

24      of in reverse order.  I'll scroll and show you.  So

25      the first one was labeled as 544, the second one is

**Michael Dame**
**10/26/2022**                                        Page 59

1    543.

2           So on January 30th of 2020 at 9:19 a.m.

3    Mr. Bradley sends a message to you, cool, the big ones

4    like Areas, USPSA, et cetera, are ones he can hurt.

5    If he pops up, let me know.  Appreciate all your help.

6    Do you see that?

7  A.  Yes.

8  Q.  Do you know what Mr. Bradley is referring to here?

9           MR. ROBINSON:  Object to form.

10  A.  Facebook groups, Facebook pages.

11  BY MR. YEE:

12  Q.  Okay.  When he says appreciate all your help, what is

13      he thanking for your help?  What is the help that you

14      were providing?

15           MR. ROBINSON:  Object to form.

16           MR. BENFORD:  Join.

17  A.  I was sending him screen shots of Shay discussing this

18      in the chat group.

19  BY MR. YEE:

20  Q.  And then a few minutes later at 9:22 a.m. on

21      January 30th, 2020 you respond back to Mr. Bradley,

22      anything to get rid of Shay.  Is that you saying that?

23  A.  Yes.

24  Q.  What were you trying to do to get rid of Shay from,

25      from the gun industry, or what are you trying to do?

Michael Dame
10/26/2022                                          Page 60

1   A.  I felt he was bad for the business -- not the

2       business, the shooting community and how we operated.

3   Q.  So you wanted him out of the gun industry?

4   A.  I wanted him out of the competition world.

5   Q.  And why did you want him out of the competition world?

6   A.  I didn't like his business practices.  This is right

7       after the Luke Cao where he was denying Luke Cao his

8       contingency rewards.

9   Q.  We'll talk about that a little bit later, but did Shay

10      ever do anything that affected you, your shooting

11      competitively?

12  A.  My shooting, my specific shooting, no, because I never

13      used his components.  I had friends that had issues

14      with his guns.

15  Q.  Who were the friends that had issues with his guns?

16  A.  Tim Mekosh and Mike Gnyra.

17  Q.  Do you know if it's pronounced Gnyra, because it's --

18  A.  I have no idea how to pronounce that, Gnyra, Genira.

19      I just called him Gnyra.

20  Q.  So you call him Gnyra.  Because prior to today I think

21      most of the attorneys on this deposition I think

22      pronounced it Genira.

23  A.  Yeah, I don't know.  I haven't talked to him in

24      awhile, and he never corrected me when I said that,

25      so.

**Michael Dame**
**10/26/2022**                                    Page 61

1  Q.  Okay.  But Shay's business itself, the guns that he

2      builds at Akai Custom Guns never affected you because

3      you never used any of his guns, correct?

4  A.  Correct.

5  Q.  So I assume then you would have not had any business

6      dealings with Akai Custom Guns and/or Shay Horowitz,

7      correct?

8  A.  No.

9  Q.  So you wouldn't have been a sponsored shooter,

10     correct?

11  A.  Of his, no.

12  Q.  So you wouldn't have been affected by any contingency

13     program issues, correct?

14  A.  Affected, no.  I felt it was poor practice what he was

15     doing.

16  Q.  Okay.  But you have no -- you have no -- I guess any

17     direct negative feelings with either Shay Horowitz or

18     Akai Custom Guns, correct?

19         MR. BENFORD:  Objection, form.  Misstates

20     prior testimony.  Go ahead.

21         MR. ROBINSON:  Form.

22  A.  Run that one more time.  I have no --

23  BY MR. YEE:

24  Q.  Sure.  What I'm hearing is that you've never purchased

25     an Akai gun, correct?

Michael Dame
10/26/2022                                    Page 62

1  A.  Correct.

2  Q.  You've never had any business dealings with Akai,

3      correct?

4  A.  Correct.

5  Q.  Okay.  And you've never had any dealings with his

6      contingency program, correct?

7  A.  Correct.  You need to own an Akai gun to be in the

8      contingency, if it's still a thing.  I don't know if

9      it still is or not.

10  Q.  So you've had no direct dealings with Mr. Horowitz or

11      Akai in terms of owning his guns, shooting the guns,

12      or anything like that, correct?

13          MR. BENFORD:  Objection, form.

14  A.  I've shot a gun.  I've never owned a gun.

15  BY MR. YEE:

16  Q.  Okay.  But your dislike for Shay is through you

17      mentioned that you didn't like his business practices,

18      and you've also been -- dislike him because your

19      friends, Mr. Mekosh and Mr. Gnyra had problems with

20      his guns, is that what you're saying?

21          MR. BENFORD:  Objection, form.  Misstates

22      prior testimony.

23  A.  I've -- I didn't like his practices, I didn't like how

24      he handled building Gnyra's guns, and I thought he was

25      a bad person for how he handled those things.

Michael Dame
10/26/2022                                          Page 63

1   BY MR. YEE:

2   Q.   But neither his business practice or how he built his

3        guns affected you personally, correct?

4   A.   No.

5            MR. ROBINSON:  Objection to the form.

6   BY MR. YEE:

7   Q.   But because of that you wanted to see him out of the

8        competitive shooting industry, correct?

9   A.   I've been involved in this for -- way too heavily for

10       way too long, and any company that I feel is taking

11       advantage of the sport I don't like.  It's me

12       protecting my playground I guess you could call it.

13  Q.   When you say that there are companies that take

14       advantage of the sport, what other companies have

15       taken advantage of the sport that you didn't like?

16  A.   I can't give specifics.  I can't recall.  Go ahead.

17  Q.   So other than Akai Custom Guns, you can't think of any

18       other gun builder that had a practice that you didn't

19       like or you felt was taking advantage of the industry?

20  A.   Not that I can recall.

21  Q.   So just Akai Custom Guns?

22  A.   Yes.  I didn't like the way Keigans was conducting

23       himself, but I couldn't post anything on that and he

24       had me blocked.  But, yes, off the top of my head I

25       can't list one right now.

**Michael Dame**
**10/26/2022**                                      Page 64

1          THE WITNESS:  Can I take a second to go to

2      the fridge to get something to drink?

3          MR. YEE:  Absolutely, yes, sure.  In fact,

4      it's probably a good time to take a break anyway.

5          (Brief recess.)

6          (Exhibit No. 4 was marked

7              for identification.)

8   BY MR. YEE:

9   Q.  Let's move on to Exhibit 4.  Mr. Dame, this is a

10      document that was used at Mr. Bradley's deposition.

11      This was Exhibit 21.  Let me scroll so you can see.  I

12      did that actually just a minute ago, but I didn't

13      realize I was on mute when I did it.  But this appears

14      to be a communication between you and Mr. Mekosh,

15      correct?

16   A.  The bottom part, yes.

17   Q.  This top part here, this picture where it indicates

18      that's what you told me to do, bottoms first, then

19      tops.  Works great.  Thanks.  Do you know what that is

20      referring to?

21   A.  Yes, Shay was asking or Shay showed me his way he was

22      doing mag welds, and I pointed out that it was stupid

23      what he was doing and told him a better way to do it.

24   Q.  Okay.  So is this Shay responding to you that he then

25      took your advice?

Michael Dame
10/26/2022                                    Page 65

1   A.  Yes.

2   Q.  And the way I'm looking at this, is this -- are you

3       then sharing this with Mr. Bradley or Mr. Mekosh, do

4       you know?

5   A.  I don't know.

6   Q.  Let's go to the next page here.  I'm going to actually

7       go down to the bottom again.  The way this works again

8       is that the older communications start from the bottom

9       and then they come forward.  This chain appears to be

10      at least from the last page coming back up top is a

11      communication between you and Mr. Bradley and

12      Mr. Mekosh as well, correct?

13  A.  Yes, this is a chat that I believe I started once I

14      was served to kind of talk between the three of us to

15      find out what exactly was going on.

16  Q.  Okay.  And this is the same picture that we just

17      talked about but actually more, because the first one

18      was kind of cut off, correct?

19  A.  Yes, that's the picture of the set up.

20  Q.  Okay.  And then on Page 2 here there is a

21      communication on April 28th of 2020 and 10:16 a.m.  Do

22      you see what I'm referring to?

23  A.  Yes.

24  Q.  So from your memory and recollection this was after

25      you were served with the lawsuit?

Michael Dame
10/26/2022                                           Page 66

1   A.  Correct.

2   Q.  Okay.  And can you read for us what you indicate here?

3   A.  Thanking me for help on his machining strategy.

4       Wasn't I working with you to help put him out of

5       business by then.  Heavy on the sarcasm.

6   Q.  Okay.  And we heard that from Mr. Bradley as well,

7       that he was heavy on the sarcasm.  From what I

8       remember of the last exhibit we talked about, you

9       indicated that you were willing to do anything to help

10      get rid of Shay, correct?

11  A.  Yes, I said, yes, let's put him out, and yet here I am

12      helping him for some reason because I felt sorry.  I

13      really don't know why when he sent me that I decided

14      to help him.

15  Q.  Okay.

16  A.  But, yes, that is 100 percent sarcasm, me pointing out

17      that at the time that I was supposedly in this cabal

18      to put him out of business, and yet I'm helping him do

19      a better job.

20  Q.  Okay.  When were you helping Shay out regarding the

21      cuts on the mag welds, do you remember?

22  A.  Early fall, late summer of 2019 I think.  Definitely

23      before all of this.

24  Q.  The fall of 2019?

25  A.  Or prior.

Michael Dame
10/26/2022                                    Page 67

1  Q.  Okay.  Before the public service announcement?

2  A.  Well before I believe.

3  Q.  So you were helping Shay giving him advice on cutting

4     mag welds before the public service announcement,

5     correct?

6  A.  Correct.

7  Q.  That's what you're saying, okay.  But again you

8     mentioned that this is a sarcastic remark, but in that

9     last exhibit you indicated that you did want, and your

10     prior testimony you testified a few minutes ago you

11     did want Shay out of the competitive shooting

12     industry, correct?

13  A.  Yes, I felt he needed to go.  But once again, that

14     doesn't change the fact that I was being sarcastic

15     when I wrote that.

16  Q.  Okay.

17  A.  Because at no time was I hired to do what he claimed I

18     was doing.

19  Q.  When you say at no time were you hired, what do you

20     mean by that?

21  A.  Well, the claim was I was hired to go after him,

22     correct?

23  Q.  And where do you come to understand that?

24  A.  From the initial Complaint I was served.

25  Q.  So you remember reading in that lawsuit that it was

**Michael Dame**
**10/26/2022**                                             Page 68

1    alleged that you were hired?

2  A.   That's what I took it as, yes, hired by them.  Am I

3       wrong on that?

4  Q.   Bear with me one second here, I have to get another

5       exhibit up on the screen here.

6            (Exhibit No. 5 was marked

7             for identification.)

8  BY MR. YEE:

9  Q.   Mr. Dame, this is Exhibit 5.  And for everyone's

10      benefit before we start talking about it, this one has

11      11 pages.  This was previously used as Exhibit 25 in

12      Mr. Bradley's deposition, but let me scroll through

13      here so everyone can see the whole thing.  If anyone

14      needs me to slow down, just let me know.

15           All right.  On Page 1 it appears that you

16      make a comment to Mr. Bradley at 9:49 a.m. on

17      January 8, 2020.  Can you read for us what you said to

18      Mr. Bradley?

19  A.   Will they respond publicly?  Now is the perfect time.

20      He got hit pretty hard yesterday over his contingency

21      BS.

22  Q.   When you say will they respond publicly, who were you

23      referring to, do you remember?

24  A.   I'm assuming KKM.

25  Q.   Okay.  And then you go on to indicate now is the

**Michael Dame**
**10/26/2022**                                          Page 69

 1   perfect time, he got hit pretty hard yesterday over

 2   his contingency BS.  What are you referring to here?

 3  A.  Him refusing to pay the rewards to Luke Cao that he

 4   earned, and the shooting community wasn't too happy

 5   about that.

 6  Q.  Can you explain what a contingency is?

 7  A.  For that I believe the program was if you have an Akai

 8   gun and wear a shirt and win certain matches, you get

 9   money towards a new gun or credit towards a new gun.

10  Q.  And how did you find out that Luke Cao couldn't I

11   guess receive the benefit of the contingency?

12  A.  Either he posted or I read it online.

13  Q.  Did you have anything to do with prompting Luke Cao to

14   post something online about it?

15  A.  I told him not to be quiet about it, that he shouldn't

16   just -- he shouldn't be bullied into excepting the

17   wrong thing.

18  Q.  Okay.  So when I asked you how did you learn about it,

19   you mentioned you read about it online.  You actually

20   knew about this before Mr. Cao posted it, correct?

21  A.  I don't think so.  That's what, you know, two years,

22   two and a half years ago.  Yes, I don't -- it might

23   have been roughly the same time.  I don't recall

24   getting it from him first.  That might have been the

25   case.  I can't really tell you for sure.

**Michael Dame**
**10/26/2022**                                              Page 70

1  Q.  You just stated a minute ago that you told him not to

2      be quiet about it, but how did you first learn about

3      he had a problem with the Akai Custom contingency

4      program?

5  A.  I can't really tell you for sure to be honest.

6  Q.   Did you do anything to encourage him to post something

7      about it online?

8  A.  I might have told him, yes, not to be quiet about it.

9      But how I learned beforehand, I don't really remember.

10  Q.   Do you know if Luke Cao ever purchased a new Akai gun?

11  A.  I believe his contingency gun was a used gun, the one

12      that he was using to win everything.  Is that correct?

13  Q.  Well, I'll ask the questions.  But so your

14      understanding is that Mr. Cao was using a used Akai

15      gun.

16  A.  He was using a gun built by Akai which -- yes.

17  Q.   But he didn't buy it brand new from Akai, though,

18      correct?

19  A.  I don't know.  I think it came out afterwards that it

20      wasn't a new gun, that he brought it from somebody

21      else if I remember correctly.

22  Q.  As a competitive shooter, if you purchase a used gun

23      secondhand or thirdhand, would you expect to be

24      allowed to cash in on a contingency?

25  A.   Yes.  If I'm using the company's gun and they want you

**Michael Dame**
**10/26/2022**                                              Page 71

1      to use their gun, then it shouldn't matter where it

2      came from.

3   Q.   So when you indicate that he got hit pretty hard

4      yesterday over the contingency BS, is the he referring

5      to Shay Horowitz?

6   A.   Yes.

7   Q.   Okay.  And when it says here that he got hit pretty

8      hard yesterday, what did you mean by that?

9   A.   The shooters on Facebook making fun of him saying that

10      it's bullshit what he's doing.  That's what I mean.

11      Public opinion took a very big hit, which probably

12      wasn't high to begin with.

13   Q.   And did you create any memes to poke fun at the Akai

14      Custom contingency program?

15   A.   Not that I recall.

16   Q.   Do you know if Mr. Mekosh did?

17   A.   Not that I can recall.

18   Q.   And where do you recall seeing the comments about the

19      contingency program, poking fun at the Akai

20      contingency program, what pages?

21   A.   Specific pages I can't recall, just Facebook.

22   Q.   Do you remember seeing it on a page called Double

23      Alfalfa?

24   A.   No, but that seems like something they would have

25      posted.

**Michael Dame**
**10/26/2022**                                    Page 72

1  Q.  Did you see it on Mr. Mekosh's page as either Mike

2     Hoffer or Bagger Hoffer or Bagger Mekosh I mean?

3  A.  Like I said, I don't recall.  That was two years ago.

4  Q.  So further down on Exhibit 5 you indicate to

5     Mr. Bradley at 2:57 p.m. on January 8, 2020, you say

6     Luke Cao won a shit load of Shay's contingency

7     programs.  Shay won't pay off because Luke was mean.

8     Do you see that?

9  A.  Yes.

10  Q.  And how did you learn that?

11  A.  Either from Luke or Shay's post explaining why he

12     wasn't getting the contingency.  I don't recall

13     specifically.

14  Q.  Did you ever have specific conversations with Mr. Cao

15     about the contingency program issue?

16  A.  Yes.

17  Q.  And what did Mr. Cao tell you?

18  A.  Wow.  He mentioned something about him, Akai, claiming

19     he spoke mean to whoever answered the phone one day,

20     and that's why he was disqualified is what I can

21     remember from that.

22  Q.  That's all Mr. Cao told you?

23  A.  I'm sure he told me more, I just can't recall it at

24     the moment.

25  Q.  Did Mr. Cao tell you that Shay did cover some

**Michael Dame**
10/26/2022                                    Page 73

1    contingencies?

2  A.   Prior maybe.  I don't know for sure.

3  Q.   What I'm trying to understand is did Mr. Cao ever tell

4       you that Shay -- was this a situation Shay never

5       covered contingencies or just a contingency?

6  A.   I think he covered some, and then when he tried to

7       cash in a large amount, that's when he denied it if I

8       remember correctly.

9  Q.   Okay.  So Mr. Bradley responds at 2:57 p.m., he wanted

10       a old gun warranties?  Do you see that?

11  A.   Yes.

12  Q.   What did you interpret that to mean, what Mr. Bradley

13       was asking you?

14  A.   I think he was asking if he wanted the warranty -- if

15       he wanted an old gun that was built and warrantied?

16       Yeah, I don't know.

17  Q.   This is directly after your comment to him about Luke

18       Cao winning a shit load of contingencies, but Shay

19       won't pay out.  So Mr. Bradley was asking he wanted an

20       old gun warranties?  Do you know what he's talking

21       about here?

22  A.   I guess he was asking what the contingency was that he

23       wanted I guess.  This is a long time ago.  Yes, I'm

24       assuming that's what he's asking.  I can't be sure.

25  Q.   You then respond, Luke's 9 millimeter major cracked a

Michael Dame
10/26/2022                                    Page 74

1    slide and Shay said it's not covered under warranty

2    because 9 millimeter major is overpressured.  Do you

3    see that?

4  A.  Yes.

5  Q.   And then you respond again by saying, well, yeah,

6    that's the point.  Do you see that?

7  A.  Yes.

8  Q.   What do you mean here?

9  A.  9 mil major, the point of 9 millimeter major is to

10    push 9 mil past its standing specs so that they can

11    use 9 mil brass in open, because 38 super brass is

12    expensive.  So any 9 mil major gun is pushing beyond

13    the, you know, industry -- well, would it be industry,

14    would it be standards, because people that set the

15    standards for what you could do per cartridge, running

16    the 9 mil in open is beyond what they feel should be

17    done, but we all -- you know, anybody that shoots open

18    does it anyway, that builds open guns for that does it

19    anyway.

20  Q.   Back to Mr. Bradley's comment about he wanted an old

21    gun warranties.  Is it possible you told Mr. Bradley

22    here that Luke was using a used Akai gun and he was

23    questioning whether a contingency applied to a used

24    gun?

25           MR. BENFORD:  Objection, form.  Go ahead

Michael Dame
10/26/2022                                    Page 75

1        and answer.

2   A.  Possibly.

3   BY MR. YEE:

4   Q.  But it's your understanding that contingencies stuff

5        applied to -- it doesn't matter whether it's a new or

6        used gun?

7            MR. ROBINSON:  Object to the form.

8   A.  It didn't when I shot for the SCI contingency, you

9        just needed an SCI gun, I'm sorry, an SCI frame.  The

10       gun didn't even need to be built by them.

11  BY MR. YEE:

12  Q.  Have you ever read anything that explained the Akai

13       contingency?

14  A.  No.

15  Q.  So there is a comment I want to ask you questions

16       about and it's split between Pages 5 and 6.  It's a

17       comment made at 2:57 p.m. on January 10, 2020.  It

18       says, so any reaction if it was made public?  Is that

19       you or Mr. Bradley?

20  A.  I can't really be sure.  It might be -- the way it's

21       cut off it might be Chuck Bradley, right?  Do you see

22       the next page, it has that, and then it has at the

23       bottom the header line.  So it's probably -- it looks

24       like that would be in line with that, unless those

25       aren't -- 2:57, yes, because that's how this is

Michael Dame
10/26/2022                                              Page 76

1    reading, right?  Wouldn't that Chuck Bradley above

2    that go with that?

3  Q.  You understand this to mean that Mr. Bradley is asking

4    you if there was any reaction to the contingency

5    program issue?

6  A.  I don't know if it was to that or -- it's hard to tell

7    with that, there is no context.  It just says so any

8    reaction if this was made public.  So scroll I guess

9    back.

10  Q.  Up or down?

11  A.  Down -- actually up then, yes.  Stop right there.

12    That could be in response to what is going on here if

13    it's going bottom up, but then why would there be a

14    Chuck Bradley?  Is that next page, is that not the

15    continuation of this page?

16  Q.  See, it's hard to determine, because the top of the

17    page that we're on it's a comment from 2:57.

18  A.  Yeah.

19  Q.  And then the next page is 11:39.

20        MR. FIATO:  Actually real quick.  So the

21    way the production came through, SCI 983 would be the

22    first page, and SCI 982 would be the page following.

23    So that starts at the bottom -- hold on one second.

24    You would start at the bottom of 983 and then read up,

25    and then you would start at the bottom of 982 and read

**Michael Dame**
**10/26/2022**                                    Page 77

1      up.

2  A.   Read up from 982, and then -- so you start at the

3       bottom -- if that's the case, then that's Chuck

4       Bradley saying that.

5  BY MR. YEE:

6  Q.   Okay.  Let's go to Page 10 here.  On January 13th,

7       2020 at 3:31 p.m. you indicate I believe to

8       Mr. Bradley here, because again it's cut off, just

9       learned about the trucking last week.  Do you see

10       that?

11  A.   Yes.  I thought I knew about that before then.

12  Q.   That's what I wanted to know.  You mentioned earlier

13       in your deposition today that you knew about this

14       probably ten years or more ago?

15  A.   Ten years?  No, not ten years on that.

16  Q.   Let me check my notes here.

17  A.   Yes, I think you might have to go to the reporter for

18       that.  No, I didn't say ten years.

19  Q.   Nevertheless, you mentioned that you knew about the

20       moving company scam prior -- well, long before the PSA

21       on the barrel issue and the lawsuit, correct?

22  A.   Yes, I thought I did, but apparently I didn't.

23  Q.   Okay.

24  A.   Like I said, it's a long time ago.

25  Q.   So looking at this comment here, it indicates that you

**Michael Dame**
**10/26/2022**                                                    Page 78

1      just learned about the trucking stuff last week on

2      January 13th, 2020, correct?

3  A.   That's correct.

4  Q.   And when you say you just learned about the trucking

5      stuff last week, is this because you were looking for

6      information about Shay online?

7  A.   Yes, I guess I would have plugged in his name and that

8      popped up.

9  Q.   And then it's cut off, but then there is another

10      notation at 3:31 same time frame, January 13th, 2020.

11      It indicates day trading scam lawsuits.  Do you see

12      that?

13  A.   I see that, but what's the rest of the comment?

14  Q.   That's what we don't have, we don't have the rest of

15      the comment.  It then goes up into this page here

16      where it's cut off.

17  A.   Yeah, I don't know the context or who said that.

18  Q.   So you don't know if that's you or not?

19  A.   Nope.

20  Q.   Okay.  Regarding the day trading scam, did you find

21      that information on your own, or did someone provide

22      that to you?

23  A.   That was -- if I remember correctly that came up on

24      Duty Project.

25  Q.   And did you provide that information to Mr. Bradley?

**Michael Dame**
10/26/2022                                          Page 79

1  A.  No, I don't believe so.  I think -- I think most

2      people heard rumblings of that on their own.

3  Q.  It indicates here day trading scam lawsuits.  Do you

4      see that where it says lawsuits?

5  A.  Yes.

6  Q.  You testified earlier that you were not able to find

7      any lawsuits involving the day trading scam, did you?

8  A.  No, but my kung foo is not that strong.

9  Q.  I'm sorry, what's not that strong?

10  A.  My kung foo, my internetting.

11  Q.  In fact, I think you testified earlier that you didn't

12      actually find a whole lot of information about the day

13      trading scam involving Shay, correct?

14  A.  Correct.

15  Q.  But yet you told people that he was involved in the

16      day trading scam, correct?

17          MR. ROBINSON:  Object to form.

18          MR. BENFORD:  Join.

19  A.  I would question if people knew about it or had more

20      info because I was curious.

21  BY MR. YEE:

22  Q.  No, my question is you told people about it, though,

23      correct?

24          MR. ROBINSON:  Object to form.

25          MR. BENFORD:  Same objection.

**Michael Dame**
**10/26/2022**                                            Page 80

1  A.  Yes, I had told people that rumor was going around.

2  BY MR. YEE:

3  Q.  When was the last time you told anyone that Shay was

4      involved in a day trading scam?

5          MR. ROBINSON:  Object to form.

6          MR. BENFORD:  Join.

7  A.  I don't recall.

8  BY MR. YEE:

9  Q.  When was the last time you told anyone that Shay was

10      involved in a moving company scam?

11          MR. ROBINSON:  Object to the form.

12          MR. BENFORD:  Join.

13  A.  I don't recall.

14  BY MR. YEE:

15  Q.  Okay.  So in fact later on in this exhibit on

16      January 13th, 2020 at 3:28 p.m. you tell Mr. Bradley I

17      couldn't find any lawsuits over the moving companies,

18      is that correct?  Is that you?

19  A.  Yes.

20  Q.  Do you remember why you were looking specifically for

21      lawsuits involving the moving companies?

22  A.  Just to see what the issue was, who was at fault, what

23      the -- you know, what the main -- what the whole

24      situation was about.  I was curious.

25  Q.  Do you remember where you conducted your search for

**Michael Dame**
**10/26/2022**                                    **Page 81**

1    the lawsuits?

2  A.  I just plugged it in online.  I didn't know about --

3    now I know there is like those Pacer things and Court

4    Lister, but I just did searches for that.

5  Q.  On the very last page on January 13th, 2020 at

6    3:32 p.m. Mr. Bradley tells you FBI was investigating

7    and it's still an open case.  Do you see that?

8  A.  Yes.

9  Q.  Do you know what Mr. Bradley is referring to here?

10  A.  If I remember correctly he was referring to the day

11    trading.

12  Q.  Did Mr. Bradley ever tell you where he got that

13    information from?

14  A.  No, not that I recall.

15  Q.  Mr. Bradley then later at 3:32 p.m. on January 13th,

16    2020 indicates to you but nothing has been done for

17    ten years on it.  Do you see that?

18  A.  Yes.

19  Q.  Then you respond back at 3:33 p.m. on January 13th,

20    2020, how did he get an FFL with an open federal

21    investigation.  Do you see that?

22  A.  Yes.

23  Q.  Is it your understanding that if there is -- if you

24    have an FBI investigation on you, that you're probably

25    not qualified to get an FFL?  Is that why you asked

**Michael Dame**
**10/26/2022**                                    **Page 82**

1    this question?

2            MR. ROBINSON:  Object to the form.

3  A.  Yes, it seems odd, but after -- yes, it's -- I don't

4    know, I'm not 100 percent sure how things work around

5    here, but, yeah, it seems to me that you have to jump

6    through a lot of hoops to get an FFL, right, so if the

7    FBI is looking at you --

8  BY MR. YEE:

9  Q.  Did you ever tell anyone that Shay was being

10     investigated by the FBI?

11  A.  Not that I recall.

12  Q.  Did you ever do any research online to determine if

13     this FBI investigation was true or not?

14  A.  Not that I recall.  I wouldn't know where to look to

15     know if there is an active investigation.

16  Q.  Between Pages 8 and 9 there is some conversation going

17     on between you and Mr. Bradley regarding a picture of

18     what appears to be a barrel.  Do you see that?

19  A.  Yes.

20  Q.  So Mr. Bradley looks like at 3:23 p.m. on January 13,

21     2020 posts a picture of a barrel, and you comment at

22     3:23 p.m. on January 13th, 2020, those lugs look like

23     a two-year-old cut them.  Do you see that?

24  A.  Yes.

25  Q.  And Mr. Bradley responds at 3:25 p.m. on January 13,

Michael Dame
10/26/2022                              Page 83

1    2020 and indicates thus, I think he meant to say this,

2    is only barrel KKM has of his.  Like, I assume that is

3    Luke, said the barrel was cut real thin and the

4    tungsten is way too heavy causing undue stress.  The

5    stop pin cut us, I'm sure that meant is, way undercut

6    too far back.  The barrel was torched I suppose to get

7    the sleeve on or off.  Thus is why he couldn't send

8    any back.  Do you see that?

9  A.  Yes.

10  Q.   What else did Mr. Bradley tell you about this barrel?

11  A.  I can't recall.  I mean, if we scroll up, we see it,

12      but I can't recall specifically what he said about

13      that barrel.

14  Q.   Did you have any phone conversations with Mr. Bradley

15      about this barrel?

16  A.  Not that I recall.

17  Q.   Were you informed that this barrel had more than

18      70,000 rounds on it?

19  A.  Not that I can recall.

20  Q.   Were you informed that this barrel came out of a gun

21      that a gentleman name Cody Baker used to win nationals

22      with?

23  A.  Not that I recall.

24  Q.   Were you informed that because of the 70,000 rounds

25      put through this gun, that the rifling in the barrel

**Michael Dame**
**10/26/2022**                                    **Page 84**

1    was completely worn?

2  A.  Not that I recall.  It seems odd.

3  Q.   Did you ever repost a picture of this barrel online

4    anywhere?

5  A.  Not that I recall.

6  Q.   Did you ever send a picture of this barrel in any

7    private messages to anyone?

8  A.  Not that I recall.  Possibly to Tim Mekosh, but I

9    can't be sure.

10  Q.   At the top of this page there's a comment here

11    investigation with FBI over his day trading scam.

12    They're going to make a public statement to address

13    this and post the letters.  And then it seems to have

14    a smiley face, Dame Michael, and it's stamped at

15    3:27 p.m. January 13th, 2020.  In looking at this, is

16    this your comment, or is this Mr. Bradley's comment,

17    do you know?

18  A.  I don't know.

19  Q.   So we come up further here on January 13th, 2020 at

20    2:58 p.m.  You indicate I've been sharing it in PM all

21    morning.  Do you see that?

22  A.  Yes.

23  Q.   You mentioned a minute ago that you don't recall

24    sharing this picture on private messages.  Is the

25    reference to PM here private messages?

**Michael Dame**
10/26/2022                                              Page 85

1  A.  It is, but I don't know what the comment is a

2     reference to.

3  Q.  So you don't know if you were sharing the picture you

4     mean?

5  A.  Yes, I don't know what that -- just I've been sharing

6     in PM.  I can't recall what that is in reference to.

7  Q.  Okay.  What about the comment just below it at

8     2:58 p.m., you indicate I'm going to sit on that until

9     the contingency thing lights up again.  Do you see

10     that?

11  A.  I see that.

12  Q.  What are you referring to here?

13  A.  I have no idea.  I can't recall.  You can try and

14     rotate it, but I can't -- yeah, I can't say for sure.

15  Q.  So if I drop down to the page just below it, at

16     3:22 p.m., January 13th, 2020, is this you sharing a

17     picture of a barrel with Mr. Bradley?

18  A.  I can't really tell if that Michael Dame goes above or

19     below it.

20         MR. YEE:  Can we take a five-minute break.

21     I need to get some more water.

22         (Brief recess.)

23         (Exhibit No. 5.1 was marked

24            for identification.)

25  BY MR. YEE:

Michael Dame
10/26/2022                                          Page 86

1  Q.  I think what I'm going to do, Mr. Dame, is I'm going

2      to pull up another document here, and we're going to

3      label this one as Exhibit 5.1, and it will provide a

4      little more context on the earlier documents we were

5      talking about.  I believe that the distinction between

6      the two is that the Exhibit 5.1 was originally

7      produced by Shooters Connection without any of the

8      images, and then they were the reproduced with images

9      which kind of put all the text kind of -- you know, it

10     makes the page look a lot different format-wise, so

11     it's hard to tell who is saying what at what page.

12     For instance, when I asked you who made this comment

13     on Exhibit 5, investigation with FBI over day trading

14     scam, they're going to make a public statement to

15     address this and post letters, you couldn't identify

16     who made that comment.  But let's look at Exhibit 5.1,

17     and I think we see the entire comment here, and it

18     looks like 3:27 p.m. on January 13th, 2020, it looks

19     like it's Mr. Bradley that indicates Luke also said he

20     found a lawsuit that he was involved with, many, and

21     this is an active investigation with FBI over his day

22     trading scam.  They're going to make a public

23     statement to address this and post letters.  Do you

24     see that?

25              MR. BENFORD:  Objection, form.  Go ahead

**Michael Dame**
10/26/2022                                    Page 87

1      and answer.

2  A.  Yes, I see it.

3  BY MR. YEE:

4  Q.  Okay.  On Exhibit 5.1 you make a comment, we can't see

5      the date and time stamp, but it says that's a barrel

6      that was replaced out of a gun that was running when

7      it was removed.  Do you see that?

8  A.  Yes.

9  Q.  Is that referring to this barrel here from Exhibit 5?

10  A.  I don't know if there was a question on it, if I was

11      saying that as a question or not.  I can't tell you

12      for sure.  I'm bad with punctuation, so it might have

13      been asking a question and forgot or --

14  Q.  Okay.  So your statement here does not begin with the

15      word was, was that a barrel, it seems to indicate

16      that's a barrel that was replaced out of a gun that

17      was running when it was removed.  I'm trying to

18      understand how you wouldn't know this, if you

19      remember?

20          MR. ROBINSON:  Object to the form,

21      misstates testimony.

22          MR. BENFORD:  Join.

23  A.  Yeah, I don't know what that is referring to with the

24      barrel.  I could be asking -- honestly I don't know.

25      What is directly under that?

Michael Dame
10/26/2022                                          Page 88

1  BY MR. YEE:

2  Q.  Directly underneath that is your comment that you

3       couldn't find any lawsuits over the moving companies.

4       Do you see that?

5  A.  No, like in that conversation flow.

6  Q.  Yes, let's look at the other one.  I think it's

7       actually in this one possibly.  Let me take a look.  I

8       could be going the wrong way, hold on.  Okay.  So,

9       yes, on Exhibit 5 we have the time and date stamp.  So

10       after you tell Mr. Bradley that you couldn't find any

11       lawsuits over the moving companies at 3:28 p.m. on

12       January 13th, 2020, you immediately then come back and

13       say that's a barrel that was replaced out of a gun

14       that was running when it was removed at 3:29 p.m.  Do

15       you see that?

16  A.  Yes.  Hold on, quit moving, I'm trying to read it to

17       jog my memory.  All right.  So I'm assuming there's a

18       picture that is supposed to be there, right, at 3:29?

19       Or -- hold on, hold on.  Scroll slightly down so I can

20       see the top of 978.  Yes, that makes no sense.  That's

21       a barrel that was replaced out of a gun that was

22       running when it was removed or -- yes, I don't know

23       what was going on there.

24  Q.  If we look at the comment from Mr. Bradley at 3:28

25       p.m. on January 13th, 2020, he indicates to you I did

Michael Dame
10/26/2022                                    Page 89

1    ask, but it had been torched.  Do you see that?

2  A.  All right.  So that would make sense, right?  That's

3     me asking if that's a barrel that was replaced out a

4     gun, and he said I didn't ask, but it had been

5     torched.  Does that make sense?  That seems to make

6     sense.

7  Q.  So that was asked to you before your comment?

8  A.  It was?  3:28.

9  Q.  Yes.  So Mr. Bradley indicates to you --

10  A.  It's going this way.  So then -- or is another post

11     between that and then I didn't finish my thought

12     apparently.  Keep -- scroll up or -- yes, it's -- that

13     whole exchange confuses me right now.  And I know I'm

14     a scatter brain.  So this is a private message, right?

15     You need to understand like sometimes the reply to,

16     you know, something that was said at 3:29 is actually

17     up higher, because they might -- the other party might

18     say something in between while I'm typing a response,

19     so they get jumbled up, which happens a lot with me.

20     But, yeah, I don't -- I can't definitively say what I

21     was referring to in that.

22  Q.  Okay.  Exhibit 5.1, this is the one that was produced

23     without all the pictures, at 9:16 a.m. on January 8,

24     2020 you make a comment to Mr. Bradley, can you read

25     that for us?

Michael Dame
10/26/2022                                    Page 90

1   A.   If we get one of his sponsored shooters to keep

2        talking shit, will that be used against Akai?

3   Q.   What did you mean here when you say that to

4        Mr. Bradley?

5   A.   100 percent I don't recall, but more than likely if

6        someone from the team can verify anything I guess.  I

7        don't know.  Yes, because the team members did talk

8        badly about Shay's guns in private.

9   Q.   So is this you trying to throw out the idea of trying

10       to get one of Shay's shooters to talk bad about him?

11  A.   I think it's just me thinking out loud.  It looks to

12       me that's in the context of if an Akai team member can

13       provide info that the PSA was false.

14  Q.   So you were running an idea by Mr. Bradley to try to

15       uncover information that the PSA was false?

16  A.   Yes, telling him he should probably -- I guess telling

17       him that might be something to do.

18  Q.   So again this is you working with Mr. Bradley to come

19       up with ideas on how to discredit Shay, correct?

20            MR. BENFORD:  Objection to the form.

21            MR. ROBINSON:  Object, form.

22            MR. BENFORD:  Go ahead and answer.

23  A.   Not working with him, just telling him what I thought.

24  BY MR. YEE:

25  Q.   Well, you indicate if we can get one of his sponsored

**Michael Dame**
10/26/2022                                          Page 91

1     shooters.  Who is the we?

2  A.   It could be myself, Mekosh, someone that knows --

3     it's -- once again, it's a long time ago.  I don't

4     know specifically what I mean by that.

5  Q.   And again this is you offering to help Shooters

6     Connection clear their name as you said earlier,

7     right?

8  A.   It could be read that way, yes.

9              (Exhibit No. 6 was marked

10              for identification.)

11  BY MR. YEE:

12  Q.   Let's go with Exhibit Number 6.

13              MR. FIATO:  Before you keep going on, there

14     seems to be an iPhone on here.

15              (Discussion off the record.)

16  BY MR. YEE:

17  Q.   Exhibit 6, two pages here.  Left me scroll so you can

18     see it.  On the second page, Mr. Dame, at 5:59 p.m. on

19     December 15, 2019 you indicate to Mr. Bradley, also

20     sent them all the old shit about Shay's day trading.

21              Do you see that?

22  A.   Yes, I see that.

23  Q.   Who was them?

24  A.   I don't know.  I can't recall them.

25  Q.   Mr. Bradley responds back at 6:13 p.m., so where is

**Michael Dame**
**10/26/2022**                                        Page 92

1    all this playing out, all private chats.  And you

2    respond immediately, yep.  Do you see that?

3  A.  Correct.

4  Q.  What private chats did you share information about

5    Shay's day trading?

6  A.  The private chats that he's referring to is the -- I'm

7    assuming is the -- I think on these posts it's titled

8    Cap and Cuck Chat Group or something.  I forget what

9    it was called.  It's the chat group that myself, Shay,

10   Gnyra, Scott Thompson, David Black, Alex Gac, and

11   Richard Holland and Curt Evans were all in together.

12   That's -- yes, that's -- above that it's troll chat

13   has been dead.  That's the chat room I'm referring to.

14 Q.  But when you make this comment to Mr. Bradley that you

15   sent them all the old shit about Shay's day trading,

16   you don't remember who you shared this information

17   with?

18 A.  No.  Maybe if we scroll up, there is more info that

19   will let me know who I was talking about.

20 Q.  Let me scroll up and see if you can decipher that.

21 A.  He's convinced Bagger is Double Alfalfa.  A few others

22   think it's me.  Yeah, I don't know.

23 Q.  And when you refer to the shit about Shay's day

24   trading, this is the day trading information that you

25   indicated earlier that you were never able to verify

Michael Dame
10/26/2022                                    Page 93

1    whether it was true or not, correct?

2  A.   Correct, just the rumors of it.

3  Q.   Then why did you share that if you weren't able to

4       verify and it was just rumors, why would you share

5       that?

6            MR. BENFORD:  Objection, form.

7  A.   I think it's just human nature to gossip.  I mean,

8       it's gossip.  It's funny that, you know, we have a

9       sport with a bunch of grown adults running around with

10       loaded guns, and we gossip like little school girls.

11       It's not exactly a proud thing about the community,

12       but it happens more often than not.

13  BY MR. YEE:

14  Q.   So regarding the day trading, when you indicated you

15       were not able to verify that it was true, you felt it

16       was okay to go ahead and share that with people?

17            MR. ROBINSON:  Objection to form.

18            MR. BENFORD:  Objection, form.

19  A.   It's just repeating gossip that I've been told.

20  BY MR. YEE:

21  Q.   Did it ever occur to you that that might be harmful to

22       Mr. Horowitz?

23            MR. ROBINSON:  Object to the form.

24            MR. BENFORD:  Join.

25  A.   It is what it is.  I mean, if he did it, then he did

**Michael Dame**
**10/26/2022**                                    Page 94

1      it.  If not, well, then he can easily say he didn't do

2      it.

3   BY MR. YEE:

4   Q.   Well, you indicated that you didn't verify that it was

5        true, but yet you shared it, is that correct?

6   A.   Well --

7            MR. BENFORD:  Object to form and asked and

8        answered.

9            Sir, please allow me to interpose an

10       objection.  Objection, form, asked and answered.

11           MR. ROBINSON:  And misstates prior

12       testimony.

13           MR. BENFORD:  Correct.

14  A.   Sorry, I'm not used to waiting for other people to

15       have to -- what is the question again that's pending.

16  BY MR. YEE:

17  Q.   So my question was that you thought it was okay to

18       share this information that wasn't true?

19           MR. ROBINSON:  Same objection.

20           MR. BENFORD:  Join.

21  A.   Yes, I didn't see any issue with passing a rumor

22       around.

23  BY MR. YEE:

24  Q.   After you make the comment that the troll chat been

25       dead, at 6:15 p.m. you tell Mr. Bradley we got in a

**Michael Dame**
**10/26/2022**                                    Page 95

1    habit of nuking it every once in awhile back when it

2    was really active.  That's when Shay was doing all his

3    shit talking about Bobby.  Do you see that?

4  A.  Yes.

5  Q.  Who was Bobby?

6  A.  Keigans.

7  Q.  And do you remember what kind of shit talking Shay was

8    doing about Bobby Keigans?

9  A.  Just disparaging his guns, his building practices,

10    making fun of personal aspects of his life.

11  Q.  Similar to what you did with Lone Star and Atlas?

12          MR. ROBINSON:  Objection to form.

13          MR. BENFORD:  Join.

14  BY MR. YEE:

15  Q.  You can go ahead and answer, sir.

16  A.  Yes, but more specific to how he built guns.  It

17    wasn't just generalities.

18          (Exhibit No. 7 was marked

19            for identification.)

20  BY MR. YEE:

21  Q.  Okay.  Let's go to Exhibit 7.  A little more than

22    halfway down the page at 10:49 a.m. on January 19,

23    2020 you're again still talking to Mr. Bradley and you

24    make a comment.  Can you read that?

25  A.  Shay is a cancer that needs to be removed.  He's

Michael Dame
10/26/2022                                              Page 96

1    already damaged the market.

2  Q.   So what do you mean that Shay is a cancer?

3  A.   I don't think he's good for the industry, he's hurting

4     it in his practices.  That's what I meant by that.

5  Q.   And what are those practices that hurt the industry?

6  A.   Just putting out guns that weren't inspected, putting

7     out badly built guns that didn't look good

8     machine-wise.  I was told by team members he didn't

9     have an actual QC process before shipping guns.

10     Charging an expedite fee and not actually having an

11     expedite build list.  Sending useless certs to get

12     sponsorship for matches.  Just stuff like that.

13  Q.   And again as you testified earlier, though, none of

14     these practices affected you directly, though,

15     correct?

16          MR. BENFORD:  Objection, form.

17  A.   Directly, no, I never grabbed any of his certs, but it

18     was affecting the sport that I put a lot of time and

19     effort into.

20  BY MR. YEE:

21  Q.   You mention that Shay issued I think you said useless

22     certs.  Is that what you're talking about?

23  A.   Yes.

24  Q.   What did you mean by useless certs?

25  A.   In order to get a team member into a match for free,

Michael Dame
10/26/2022                                Page 97

1     you sponsor the match.  Match directors require, you

2     know, if a match fee is $100 to get in to shoot,

3     normally to sponsor it, depending on the level it

4     could be $500, it can be $1,000, and the company

5     sponsoring needs to provide some sort of prize or cash

6     to that amount to get those spots.

7            Normal practice would be I guess for

8     someone making guns would be either a free gun or a

9     percentage off, like, you know, $500 off a gun that's

10    like $3,000 or higher.  What he was doing was

11    providing a cert for a gun inspection which then he

12    valued at say 150, $200, and then, you know, if you

13    needed a $400 sponsorship fee for the match, you'd

14    just give those two certs.  So it's really not giving

15    $400 to the match.  It seemed pretty, what's the word

16    I'm looking for here, it seemed like a pretty crappy

17    thing to do to game the system.

18  Q.  And how does this affect you?

19  A.  It affects me because the matches -- I'm sorry, I

20    didn't give you time.

21         MR. ROBINSON:  Form objection.

22         MR. BENFORD:  Join.

23  A.  Because if matches get burned out on sponsorships and

24    they don't accept stuff from competitors, they don't

25    accept product any more, they only want cash because

**Michael Dame**
**10/26/2022**                                        Page 98

1     people were giving products that wasn't worthwhile,

2     then match sponsorship would drop, match quality would

3     drop, and that would be detrimental to the sport.

4   BY MR. YEE:

5   Q.   Did match sponsorships drop because of what Shay was

6        doing?

7   A.   I don't have that info.

8   Q.   So you say that Shay's practices have damaged the

9        industry, but yet you don't have an example of how for

10       instance these certs have damaged the industry?

11            MR. ROBINSON:  Object to the form.

12            MR. BENFORD:  Objection, form.

13   A.   That was my opinion.  I know of certain match

14       directors that didn't want him sending sponsorship

15       like that any more.

16   BY MR. YEE:

17   Q.   And who was that?

18   A.   That would have been that one match.  I don't know the

19       specifics.  I know it was a match in Texas that was

20       complaining about that.

21   Q.   Do you remember who complained?

22   A.   No, I don't recall.

23   Q.   And you don't remember the name of the match in Texas?

24   A.   No.

25   Q.   Did any shooter ever complain to you about Akai or

**Michael Dame**
**10/26/2022**                                    Page 99

1      Shay's certs?

2   A.   Yes.

3   Q.   Who were the shooters?

4   A.   His team shooter, Mike Gnyra.

5   Q.   Anyone else?

6   A.   Not that I can recall.

7   Q.   So again on January 19th, 2020 you indicate that Shay

8        needs to be removed.  Are you referring to needs to be

9        removed from the competitive shooting industry?

10  A.   Yes, I think that's what I meant.

11  Q.   Okay.  Then up at the top of this page at 10:54 a.m.

12       on January 19th, 2020 you tell Mr. Bradley word's

13       getting out about the Van Lines and day trading.  Do

14       you see that?

15  A.   I do.

16  Q.   How were you getting the word out about the Van Lines

17       and day trading?

18            MR. BENFORD:  Objection, form, misstates

19       the document.  Go ahead.

20  A.   Yes, I'm not sure what I'm referring to on that to be

21       honest.  I guess -- yeah, I don't know.

22  BY MR. YEE:

23  Q.   Let me ask you this.  At this particular moment in

24       time in January 2020, were you sharing information

25       with others about Shay's involvement with a moving

**Michael Dame**
10/26/2022                                                    Page 100

1    company?

2  A.  Yes.

3  Q.   At this particular moment in time were you sharing

4       information about Shay and day trading with people?

5  A.   I don't think I was bringing that up because I think

6       that was already pretty widespread.

7  Q.   Well, you seem to be telling Mr. Bradley that

8       information is getting out about Van Lines and day

9       trading, are you not?

10  A.   Yes, I am.  I'm -- I'm just as perplexed.

11  Q.   Are you saying you don't know why you said this?

12           MR. BENFORD:  Object to the form.  Go on.

13  A.   I'm trying to remember, man.  I'm trying the best as I

14       can to remember this.  As I said, this is a long time

15       ago.  Like do people normally have crystal clear

16       memories of conversation like this and I'm just a

17       scatter brain or --

18  BY MR. YEE:

19  Q.   I mean, in your communications with Mr. Bradley

20       through the exhibits we've gone through this morning

21       it seems pretty clear that you wanted Shay out of the

22       competitive shooting industry?

23  A.   Yes, I did.

24           MR. BENFORD:  Objection form.

25  A.   I'm sorry, I didn't wait.  Do you want to put that

**Michael Dame**
**10/26/2022**                                                    Page 101

1    objection in first because I talked over you?

2              MR. BENFORD:  I think it's already in, but

3    I object to form and asked and answered, but go ahead.

4  A.  I'm sorry, one more time.

5  BY MR. YEE:

6  Q.  As I said, in some of the exhibits we covered this

7      morning it's pretty clear that you wanted Shay out of

8      the competitive shooting industry, correct?

9              MR. BENFORD:  Same objection.

10              MR. ROBINSON:  Join.

11  A.  Yes, I -- back then my opinion was I didn't think he

12      was good for the sport.

13  BY MR. YEE:

14  Q.  And in some of the exhibits we've gone through this

15      morning, is it fair to say that you were sharing

16      information with Mr. Bradley of the different ideas of

17      how to do that, to get Shay out of the industry,

18      correct?

19  A.  No, I wouldn't say that's correct.  I don't think I

20      was giving him ideas.  I was just giving him info that

21      I had.

22  Q.  The comments you made about getting one of Shay's

23      shooters to talk shit about him, that's not an idea?

24              MR. ROBINSON:  Object to the form.

25              MR. BENFORD:  Join.

**Michael Dame**
**10/26/2022**                                                    Page 102

1  A.  That's -- I guess that's an idea of something to do,

2      but not specifically to get him out, just to get info.

3  BY MR. YEE:

4  Q.  Regarding trying to get one of Shay's shooters to talk

5      about him, did you ever approach one of Shay's

6      shooters to get them to talk about Shay?

7  A.  Specifically, no.  The one shooter, you know, Gnyra, I

8      didn't have to approach, he was sending me stuff about

9      how pissed he was about his guns.

10  Q.  What did Mr. Gnyra say to you about his guns?

11  A.  He sent me the pictures of the machining of the lines

12      on the top of the slide that weren't straight, how he

13      was sent a gun that a mag wouldn't even fit in so the

14      gun had never been test fired.  He asked me about a

15      sleeve that was on his barrel, about the properties of

16      tungsten, if it was magnetic or not, because he was

17      told he was getting a tungsten sleeve and it turned

18      out that it was not tungsten.  The fact that his guns

19      didn't come with mag welds.  Just overall being

20      dissatisfied with shooting for Akai towards the end.

21      I can't remember anything else.  Oh, that all the team

22      shooters would complain about the triggers, you know,

23      in private, and, you know, once you got a gun, the

24      first thing you had to do was rework the trigger, but,

25      you know, no one would ever say that in public.

1        That's about it that I can recall.

2   Q.  At 10:51 a.m. on January 19, 2020 Mr. Bradley makes a

3        comment to you, I made that little implied threat to

4        bring out Shay's past if they want to keep on.  Hard

5        to imagine them continuing on.  Do you see that?

6   A.  I see that.

7   Q.  Do you know what Bradley is referring to about Shay's

8        past here?

9            MR. ROBINSON:  Object to the form.

10            MR. BENFORD:  Join.

11   A.  100 percent, no.  I don't know what threat he's

12        referring to either.

13   BY MR. YEE:

14   Q.  Okay.  But he clearly indicates that he's talking

15        about bringing up something from Shay's past, right?

16   A.  Yes.

17   Q.  So then later on in this conversation you volunteered

18        that word is getting out about Van Lines and day

19        trading, correct?

20   A.  That's correct.

21   Q.  So it seems like you were then showing -- at least

22        explaining to Mr. Bradley that you were spreading the

23        word about Shay's Van Line issue and day trading

24        issue, correct?

25            MR. ROBINSON:  Object to the form,

**Michael Dame**
**10/26/2022**                                          Page 104

1    misstates the document.

2           MR. BENFORD:  Join.

3  A.  That's me telling him that, yes, the word is getting

4     out.  Yeah, I don't -- yes, that's what it's saying.

5     That makes sense.

6  BY MR. YEE:

7  Q.  And regarding getting the word out, was this through

8     Facebook posts, private messages, do you remember?

9           MR. ROBINSON:  Object to the form.

10          MR. BENFORD:  Join.

11 A.  No, I don't remember who or how I conversed with

12    people that long ago.

13          (Exhibit No. 8 was marked

14           for identification.)

15 BY MR. YEE:

16 Q.  Let's go on to Exhibit Number 8.  At 12:40 p.m. on

17    April 28, 2020 you indicate to someone, I'm not clear,

18    we can talk about that, you indicate Shay lying about

19    not owning a previous company that is registered under

20    his name helpful?  Do you see that?

21 A.  Yes.

22 Q.  Do you remember if you said this to Mr. Mekosh or to

23    Mr. Bradley?

24 A.  Judging by -- well, right off the bat I don't

25    remember.  Looking at what is going on in here, I

**Michael Dame**
**10/26/2022**                                          Page 105

1     think it's the chat group between the three of us.  So

2     it's to both would make sense.

3  Q.   So in April 2020 you were still actively looking up

4     Shay's history to find dirt on him, correct?

5  A.   April 2020, yes.  That's when I was being sued, so,

6     yes, I was looking to find stuff about him.

7  Q.   And that reason was to try to discredit him?

8          MR. BENFORD:  Objection, form.

9  A.   That reason was because I was being sued and I wanted

10     to win the lawsuit.  So I was trying to find ways --

11     any info I could that may help.

12  BY MR. YEE:

13  Q.   And that information involved looking into his past

14     history?

15  A.   Yes.

16  Q.   Because then you indicate later on at 12:41 p.m.,

17     shows history of lying to cover his deeds.  Do you see

18     that?

19  A.   Yes.

20  Q.   Okay.  And when you say that shows a history of lying,

21     what are you referring to here?  What is the lying

22     that is referred to here?

23  A.   Well, it says he's lying about not owning a previous

24     company, so I guess at some point he said he never

25     owned a company before Akai.

**Michael Dame**
**10/26/2022**                                          Page 106

1  Q.  So the comment at 12:40 p.m., you indicate that Shay,

2      that he was lying about not owning a previous company?

3  A.  I'm assuming that's why that came up.  I don't know if

4      before that if it was asked if he had a company or not

5      or how that came to be, but, yes.

6  Q.  Do you remember what company it was that you found

7      that Shay claimed he didn't own?

8  A.  No, I don't recall what company that was.

9  Q.  But your comment at 12:40 p.m. where you say Shay

10      lying about not owning a previous company that was

11      registered under name helpful, is this you again

12      offering another idea to the group?

13          MR. ROBINSON:  Object to the form.

14          MR. BENFORD:  Join.

15  A.  I don't know if that's offering -- yes, offering them

16      an idea for our defense.

17  BY MR. YEE:

18  Q.  So this was an idea you were pitching to Mr. Mekosh

19      and Mr. Bradley?

20          MR. ROBINSON:  Object to the form?

21          MR. BENFORD:  Join.

22  A.  Yes, just questioning if that could help the defense.

23  BY MR. YEE:

24  Q.  And that comment at 12:41, cover misdeeds.  What

25      misdeeds are you referring to here?

**Michael Dame**
10/26/2022                                                      Page 107

1  A.  I don't know.  I don't know if I was referring to

2      anything specific, or just following ideas for my

3      defense.

4  BY MR. YEE:

5  Q.  So you have no direct evidence of any misdeeds at this

6      point in time, misdeeds committed by Mr. Horowitz?

7          MR. ROBINSON:  Object to the form.

8          MR. BENFORD:  Join.

9  A.  None that I recall.

10  BY MR. YEE:

11  Q.  Later at 12:54 p.m. on April 28th, 2020 you seem to

12      indicate to the group, again that would be Mr. Mekosh

13      and Mr. Bradley, that you indicate foreclosure last

14      year helping to prove he is hurting for dollar sign.

15      Do you see that?

16  A.  Yes.

17  Q.  So again you're telling Mr. Mekosh and Mr. Bradley

18      different things you're finding about Mr. Horowitz,

19      correct?

20  A.  Correct.

21  Q.  The information about Mr. Horowitz's foreclosure, what

22      does that tell you?

23          MR. ROBINSON:  Object to the form.

24          MR. BENFORD:  Join.

25  A.  That he had a foreclosure.  That could be for various

**Michael Dame**
**10/26/2022**                                                  Page 108

1    reasons, past debt, divorce settlements, right?  There

2    is multiple reasons you can have your house

3    foreclosed.  I don't really know, I've never been

4    foreclosed.

5  BY MR. YEE:

6  Q.   Somebody can be foreclosed for various reasons like

7       you said, so how was this information helpful for your

8       defense of the lawsuit?

9            MR. ROBINSON:  Object to the form.

10  A.  I'm sorry.  I don't know.

11  BY MR. YEE:

12  Q.   Go ahead, sir.

13  A.  I was waiting for the objection to go through because

14      I spoke over him.

15            Like I said, it's my first time being sued,

16      so I was just putting ideas out there.

17  Q.   Do you believe that because Mr. Horowitz had a

18      foreclosure, that this was an example of a misdeed?

19  A.  I can't really say what I was thinking at the time to

20      be honest.  Right now looking at that seeing a

21      foreclosure, to me that would say there is a

22      possibility that he was, what is the word I'm looking

23      for, wasn't paying debts, because that's how -- one of

24      the ways you can get foreclosed, right?

25  Q.   At 1:08 p.m. Mr. Bradley responds any lie in history

**Michael Dame**
10/26/2022                                                    Page 109

1    discredits.  Do you see that?

2  A.  Yes.

3  Q.  So you were communicating with Mr. Bradley and

4     Mr. Mekosh to find information to defend the lawsuit,

5     but you were looking for information to essentially

6     discredit Shay Horowitz, correct?

7          MR. ROBINSON:  Form.

8  A.  He was saying discredit.  I was just in a panic at the

9     time because like I said I've never been sued.

10  BY MR. YEE:

11  Q.  Other than looking at Mr. Horowitz's past history,

12     what other things did you do to try to find

13     information about Shay to defend the lawsuit?

14  A.  That's about it.  Went online, put his name in

15     searches is the extent that I had.  I wasn't sure who

16     I could talk to or if talking about it to people would

17     damage anything, so.

18          (Exhibit No. 8.1 was marked

19             for identification.)

20  BY MR. YEE:

21  Q.  Let's look at Exhibit 8.1.  This is actually earlier

22     in time at 12:31 a.m. on December 17th, 2019.

23     Mr. Bradley seems to indicate to you, report the

24     group.  Do you see that down at the bottom?  I can

25     make it bigger if you need.

**Michael Dame**
**10/26/2022**                                                    Page 110

1  A.  No, I can see it.  It's a little blurry, but I can

2     read it.

3         MR. ROBINSON:  It would help me if we can

4     make it a little bit bigger.  Thank you.

5  BY MR. YEE:

6  Q.  What is Mr. Bradley referring to here with the group?

7  A.  I don't know.

8         MR. BENFORD:  Form.

9  A.  Sorry, I have to remember to pause.  Yes, I don't know

10    what group.

11 BY MR. YEE:

12 Q.  You respond back a couple minutes later at 12:33 a.m.

13    with what appears to be a picture, and I'm not sure

14    what that is, I don't know if we have that, but we'll

15    come back with something later on in the deposition

16    which I think may help clear it up.  But then you also

17    respond at 12:33 a.m. on December 17th, 2019, like

18    that was even a question.  Do you see that comment?

19 A.  Yes, I see it.

20 Q.  Looking at that comment, does that refresh your

21    recollection of what we're talking about here in terms

22    of Mr. Bradley's comment to report the group?

23 A.  I'm assuming that's either -- and the picture below is

24    probably a screenshot of me reporting the group.  I

25    don't recall what group it was, though.

**Michael Dame**
**10/26/2022**                                    Page 111

1  Q.  Did you ever take any action to report any particular

2     group for any unauthorized gun sales of any kind?

3  A.  I have reported unauthorized gun sales before, yes.  A

4     specific group, I can't tell you exactly which ones,

5     but --

6  Q.  You don't remember which ones?

7  A.  No.  I've seen -- I've had issues on groups before

8     that had unauthorized sales and they've been reported.

9           (Exhibit No. 8.2 was marked

10              for identification.)

11  BY MR. YEE:

12  Q.  Let's look at Exhibit 8.2.  Can everyone see this one?

13           MR. ROBINSON:  Yes, I see it.

14  BY MR. YEE:

15  Q.  Okay.  This appears to be now it's either a private

16     message or text message between you and Mr. Mekosh,

17     correct?

18  A.  Correct.

19  Q.  Okay.  Is the blue text here your comment to

20     Mr. Mekosh?

21  A.  Yes, I think that's how that works.  He'll be coming

22     from the left, I'll be coming from the right.

23  Q.  And Mr. Mekosh is the meme here, so this is him

24     responding back in the gray text, right?

25  A.  The profile pic, yes.

**Michael Dame**
10/26/2022                                                    Page 112

1  Q.  Okay.  So in conjunction with Exhibit 8.1 where

2      Mr. Bradley indicates at 12:31 a.m. report the group,

3      somewhere around that same date, December 17th, 2019

4      roughly around 1:10 in the morning there is a

5      communication between you and Mr. Mekosh where you

6      indicate where you reported for unauthorized sales,

7      correct?

8  A.  Correct.

9  Q.  And Mr. Mekosh responds back I'll do the same?

10  A.  Yes.

11  Q.  And then he texts you back and then says, okay, it was

12      good.  And then he says good recommend.  Do you see

13      that?

14  A.  Yes.

15  Q.  Mr. Mekosh goes on to further provide a picture I

16      believe of what that possible group is, and there

17      appears to be a name in here Chuck Warner, Scott

18      Thompson, Dame Michael, do you see that?

19  A.  Yes.

20  Q.  Does this refresh your recollection of what group was

21      reported here for unauthorized sales?

22  A.  No.

23  Q.  Did you in fact report a group that Mr. Warner had

24      something to do with for unauthorized sales?

25  A.  Yes, that might be it then.  It seems to make sense.

Michael Dame
10/26/2022                                                                          Page 113

1  Q.  Okay.  Was that group 1911 Pro?

2  A.  Is that the name of Chuck's group?

3  Q.  As far as I understand, yes.

4  A.  Then I think that's what that is referring to.

5  Q.  Okay.  And why were you reporting 1911 Pro for

6      unauthorized sales at this particular moment in time

7      on December 17, 2019?

8            MR. ROBINSON:  Object to the form.

9  A.  I must have saw some unauthorized sales.

10 BY MR. YEE:

11 Q.  Okay.  And coincidentally right after Mr. Bradley says

12     report the group, correct?

13 A.  Yep -- yes.  I have a habit of saying that.  Yes not

14     yep.

15 Q.  What knowledge do you have about Mr. Warner's 1911 Pro

16     page, if any?

17 A.  I was a member for a bit.  It's a Facebook group for

18     people to talk about guns.

19 Q.  You said you remember you were a member for a bit.  Do

20     you remember when your membership started?

21 A.  No.

22 Q.  Do you remember when it ended?

23 A.  Not specifically, no.

24 Q.  Do you know why your membership ended?

25 A.  I brought up the KKM open letter to be discussed in

Michael Dame
10/26/2022                                        Page 114

1    there, because there was a lot of discussion about the

2    PSA if I remember correctly.

3  Q.  And the unauthorized sales that were reported here,

4    what unauthorized sales did you report?

5  A.  I can't recall.

6  Q.  Do you remember where you got that information that

7    there was unauthorized sales going on?

8  A.  I don't recall.

9  Q.  Do you remember if you found that information

10    yourself, or was it provided to you by someone?

11  A.  I don't recall.

12  Q.  Do you remember Mr. Bradley providing you information

13    about unauthorized sales?

14  A.  Well, he says it there, but I don't recall him saying

15    he found some.

16  Q.  Did Mr. Mekosh ever provide you information about

17    unauthorized sales by 1911 Pro?

18  A.  I don't recall.

19  Q.  So did I hear right you just said a minute ago that

20    Mr. Bradley provided this information to you?

21        MR. BENFORD:  Objection, form.

22        MR. ROBINSON:  Object to the form.

23  A.  No.  That the post -- the screenshot that you put

24    suggests that I report it.  He's not saying that he

25    saw unauthorized sales is how I read that.

**Michael Dame**
**10/26/2022**                                        Page 115

1   BY MR. YEE:

2   Q.  Okay.  So you do recall reporting 1911 Pro for

3        unauthorized sales, but you don't remember where you

4        got the information from?

5   A.  No, I don't recall reporting it.  I'm just going by

6        what that says.  So I can't deny that I didn't, but I

7        don't recall that I did, because obviously there is

8        proof that I did.

9   Q.  Yet you saw that in the exhibit where you told

10       Mr. Mekosh that you did, correct?

11  A.  Yes.

12  Q.  And then Mr. Mekosh said he did the same thing in

13       return, correct?

14  A.  Correct.

15  Q.  And this is shortly after Chuck Bradley told you to

16       report the group, correct?

17  A.  I had already reported it reading that, right?

18       Because he told me -- he said to report it and I said,

19       yeah, I already thought of that, right?  Or bring it

20       back up.  You can see that I'm implying that I've

21       already done that, right?

22  Q.  So Mr. Bradley at 12:31 a.m. says report the group.

23       At 12:33 a.m. you say like that was even a question.

24       You didn't indicate it was already reported, but you

25       say --

**Michael Dame**
**10/26/2022**                                    Page 116

1  A.  Maybe that picture shows that it was reported at an

2     earlier time, I don't know.  It's going on three years

3     ago.

4  Q.  So you stopped being a member of 1911 Pro because you

5     were discussing the KKM open letter on the 1911 Pro

6     page?

7  A.  I believe that's why I was banned, yes.  Possibly

8     insulting language, I'm not 100 percent sure.

9  Q.  Did you know that Mr. Horowitz was an administrator on

10     that page?

11  A.  No.

12  Q.  Did you know Mr. Horowitz was involved with that page?

13  A.  Yes, I knew he was there.  Yes, I interacted with him

14     on there, right?  There's a lot of people on there.

15  Q.  But reporting the page 1911 Pro for unauthorized

16     sales, was this another attempt to show that Shay was

17     involved in misdeeds?

18  A.  I don't know how you can jump to that, but I would say

19     no.

20  Q.  I'm trying to understand why you think Mr. Bradley is

21     telling you to report the group.

22         MR. BENFORD:  Objection, form.  Asked and

23     answered.

24         MR. ROBINSON:  Join.

25  A.  If I had to guess, I sent the report just to get the

Michael Dame
10/26/2022                                    Page 117

1      group an infraction.

2   BY MR. YEE:

3   Q.   And for what purpose do you believe?

4   A.   Believe?  I think if you get enough infractions, the

5        group gets locked for a bit.

6   Q.   Locked from what?

7   A.   Being visible or being active.

8   Q.   Active, what, on Facebook?

9   A.   Correct.

10  Q.   Mr. Dame, I notice you're looking down.  Are you

11       looking at your phone or something?

12  A.   No, I'm playing with this.

13  Q.   Okay.

14  A.   I can put it up higher so I'm not looking down I

15       guess.

16  Q.   So what is your understanding of who operates or

17       controls 1911 Pro?

18  A.   I don't have any understanding of who operates or

19       controls it.

20  Q.   But you know Mr. Warner was involved with it, correct?

21  A.   Yes.

22  Q.   And you knew that Shay was on there, correct?

23  A.   There are a lot of people on there.

24  Q.   But my question is, you knew that Shay was on there,

25       correct?

Michael Dame
10/26/2022                                    Page 118

1  A.  Yes.

2  Q.  And you reported that group in December 2019 for

3      unauthorized sales, correct?

4  A.  Correct.

5           (Exhibit No. 9 was marked

6           for identification.)

7  BY MR. YEE:

8  Q.  Let's move on to Exhibit 9.  This was an exhibit that

9      was used in Mr. Bradley's deposition as Exhibit 19.

10     These are various screenshots of the Shooters

11     Connection Facebook page.  I want to direct your

12     attention directly to the right side of the page or

13     document if you will.  It's kind of split between one

14     side and appears to be kind of like the advertisement

15     or related pages, and then the actual text is on the

16     right-hand side of it.

17 A.  Yes.

18 Q.  Okay.  And this from the Shooters Connection Facebook

19     page.  At some point in time you are corresponding

20     with a Jeremiah Deneski who was a competitive shooter,

21     correct?

22 A.  Yes.

23 Q.  You indicate in the -- during the discussion you

24     indicate almost sounds like insurance fraud, do you

25     see that?

Michael Dame
10/26/2022                                                    Page 119

1  A.  I do.

2  Q.  What are you referring to here?

3  A.  The demand letter.

4  Q.  The demand letter sent to Shooters Connection?

5  A.  Correct.

6  Q.  And how was that insurance fraud?

7  A.  I didn't say it was.  I said it sounded like it.

8  Q.  Okay.  So why did you write then sounds like insurance

9     fraud?  Where did you get that from?

10  A.  It seemed to me that the demand letter was sent so

11     that the insurance company would look at it and say,

12     okay, well, we'll just pay out instead of going to

13     court.  It's my understanding that insurance companies

14     would do that to save time and money.

15  Q.  And that sounds like fraud to you?

16  A.  Wouldn't that be insurance fraud if you have a

17     frivolous -- a false claim against the insurance that

18     doesn't go to court just to get money?

19  Q.  (Court reporter misheard:  Well, I -- that an

20     insurance company would pay on a fraudulent claim.)

21  A.  From myself or from --

22         COURT REPORTER:  I'm sorry, what was the

23     question?

24  BY MR. YEE:

25  Q.  I actually made a statement.  I said I highly doubt

**Michael Dame**
10/26/2022                                              Page 120

1   than an insurance company would pay on a fraudulent

2   claim.

3          MR. BENFORD:  I'm sorry, I misunderstood

4   the question, which apparently wasn't a question, it

5   was a statement, which is improper.  So I'm going to

6   object to that.  You can go ahead and answer to the

7   extent you're able to answer to a statement.

8          MR. ROBINSON:  Well, and if there is no

9   question pending -- I mean, a statement is a

10   statement.  If there's no question pending, don't

11   answer a non-question, wait for Mr. Yee to pose a

12   question.

13         MR. YEE:  Fair enough.

14  BY MR. YEE:

15  Q.   And you indicate that the demand letter you thought

16       was frivolous, am I hearing that right?

17  A.   Yes, I thought -- yeah, I thought it was BS.

18  Q.   Okay.  And what made you thought it was BS?

19  A.   Think it was BS was the amount of money for what was

20       going on, just a gut feeling, it didn't seem right,

21       right?  If you have a problem with a product, you

22       don't go straight to lawsuit, you try to figure out

23       the issue, right?  It seems like a good business

24       practice to me.

25  Q.   Well, at this particular moment in time did it go

**Michael Dame**
10/26/2022                                      Page 121

1    straight to a lawsuit?

2  A.  There was a threat for a lawsuit, correct?

3  Q.  Well, you say there was a threat of a lawsuit, so

4    you're saying there wasn't a lawsuit, correct?

5  A.  Isn't that what a demand letter is?  Like I said, I

6    don't fully understand how -- the legal system and how

7    you get a lawsuit and this, this and that.

8  Q.  I can appreciate that, Mr. Dame, but you threw out --

9    you testified that it didn't seem right to you to go

10   straight to a lawsuit, and I'm trying to understand

11   what you mean by straight to a lawsuit?

12 A.  Yeah, it's -- I guess I thought at the time that that

13   meant -- the fact that there was a demand letter meant

14   you guys were going to like -- he was going to get

15   sued, right?  That's a misunderstanding on how the

16   system works on my part I guess.

17 Q.  So you're saying that it didn't seem right to you

18   because Shay went straight to a lawsuit, is that what

19   you're saying?

20 A.  Yes, I think I misspoke on that because like I said I

21   don't know what is going on.  So let's start again.

22   So I said the reason I felt it was frivolous was in my

23   ignorance I didn't see why he would go to a demand

24   letter.  Makes sense.  I don't --

25 Q.  And do you know what had happened prior to the demand

Michael Dame
10/26/2022                                      Page 122

1      letter?

2  A.  I don't think I did.  I think once I saw that posted

3      is when I contacted Chuck to ask what was going on.

4  Q.  Okay.  And what did Chuck tell you specifically?

5  A.  Specifically I don't recall.  Generally Shay was

6      claiming he got bad barrels and wanted a pay out to

7      cover his costs.

8  Q.  What else did he tell you?

9  A.  That he never -- they weren't able to get their hands

10     on the barrels.  I don't know if that was the same

11     time or if that came after.

12  Q.  Were you ever informed that Mr. Horowitz contacted

13     Mr. McIntire at KKM directly to discuss the barrels?

14  A.  Not that I recall.

15  Q.  So you weren't given the information that Mr. Horowitz

16     had talked to KKM directly about them?

17         MR. ROBINSON:  Let me interject here.  And

18     this is just another area where I'll note to the

19     witness that if you're asked about pre-suit

20     conversations you had or conversations that you had

21     outside of the presence of counsel, you can answer

22     this.  However, if the question requires you to

23     divulge communications that you had in a group with

24     your counsel, the group being the defendants,

25     yourself, Mr. Mekosh, representatives of KKM,

**Michael Dame**
**10/26/2022**                                    Page 123

1   representatives of Shooters Connection, those

2   conversations are privileged and I don't want you to

3   discuss the contents of those privileged

4   conversations.

5   A.  Okay.  Yes, I don't recall anyway.

6   BY MR. YEE:

7   Q.  So no one had told you at this point in time that Shay

8       tried to -- had called KKM to discuss the barrel

9       issue?

10  A.  Not that I recall.

11  Q.  Were you aware at some point in time that Shay did try

12      to work it out with KKM directly?

13  A.  Directly?  Not that I recall.

14  Q.  Were you aware that Shay Horowitz was informed by KKM

15      that he was shit out of luck because there was no

16      standard way of testing barrels and they weren't going

17      to replace them for free?

18          MR. ROBINSON:  Object to the form.

19  A.  Not that I recall.

20  BY MR. YEE:

21  Q.  So when you indicate that you thought it was BS to go

22      straight to a demand letter, you weren't aware of the

23      attempts that Mr. Horowitz made to try to resolve this

24      ahead of time, correct?

25  A.  Correct.

**Michael Dame**
**10/26/2022**                                      Page 124

1          MR. BENFORD:  Objection, form.  Lack of

2      foundation.

3          MR. ROBINSON:  Join.

4  BY MR. YEE:

5  Q.  So without knowledge of what Mr. Horowitz attempted to

6      do to resolve the issue with KKM and/or Shooters

7      Connection, you merely drew the conclusion that it was

8      frivolous?

9          MR. BENFORD:  Objection, form, misstates

10      testimony, lack of predicate.  Go ahead.

11          MR. ROBINSON:  Join.

12  A.  Lack of predicate?

13          MR. BENFORD:  Yes, sir.

14  A.  Without knowing it -- can you repeat the question?

15  BY MR. YEE:

16  Q.  Sure.  To give you some background to my question, you

17      just testified that Mr. Bradley didn't tell you a

18      whole lot about what was going on, you saw the letter

19      posted, the demand letter, and you said that you

20      thought it was BS for Shay to go straight to a demand

21      letter.  You first said lawsuit, but then you

22      clarified straight to a demand letter.  But you're

23      telling me that you weren't aware of all the attempts

24      or what attempts Mr. Horowitz made to try to resolve

25      the issue first of all, but you then drew the

Michael Dame
10/26/2022                                          Page 125

1    conclusion that it was frivolous?

2            MR. BENFORD:  Objection to form.  Go ahead

3    and answer.

4            MR. ROBINSON:  Objection, form.

5    A.  I think I came to the conclusion -- well, the opinion

6    because I know Shay's insurance agent and don't hold

7    him in high regard either.  So I thought, hmm, seems

8    like something he would do.

9    BY MR. YEE:

10   Q.  When you say that Shay's insurance agent does not hold

11       Shay in high regard, who are you referring to?

12   A.  No, I do not hold him in high regard.

13   Q.  You don't hold who in high regard?

14   A.  Shay's insurance agent.

15   Q.  Who is Shay's insurance agent?

16   A.  Roy Neal, III.

17   Q.  And why do you not hold Mr. Neal in high regard?

18   A.  Falling out from shooting with him, listening to him

19       brag about how he forced people to buy insurance they

20       didn't need.

21   Q.  And what does Mr. Neal have to do with the demand

22       letter?

23   A.  When I saw -- I think didn't the demand letter, was it

24       not from Rick Fiato?  And I know Rick through

25       shooting, and I know he's friends with Roy.  So my

**Michael Dame**
**10/26/2022**                                                Page 126

1    conclusion was Roy set that up with him.

2  Q.   Do you have any knowledge that Mr. Neal set that up

3    with Mr. Fiato?

4  A.  No.

5  Q.  Did you ever look into it?

6  A.  I would have no way of looking into that.

7  Q.   Okay.  So you just kind of made an assumption,

8    correct?

9  A.  Correct.

10  Q.   Okay.

11  A.  Was it a correct assumption?

12          (Exhibit No. 10 was marked

13          for identification.)

14  BY MR. YEE:

15  Q.  Let's move on to Exhibit 10.  I'll make it bigger for

16    everyone.

17          Mr. Dame, looking at Exhibit 10, I assume

18    that this is you on the left-hand side in the gray

19    text, correct?

20  A.  Yep.

21  Q.  Do you know who the blue text is?

22  A.  Once I finish reading I might have an idea.  I believe

23    that's Matt Cheely.

24  Q.   And this is a communication that took place on or

25    about February 10, 2020, correct?

**Michael Dame**
**10/26/2022**                                                    Page 127

1  A.  Yes, it says -- yes, February 10th, 2020.

2  Q.  This would have been before you were served with a

3      lawsuit, correct?

4  A.  Before I got the paperwork, yes.

5  Q.  Okay.  And why are you talking to Mr. Cheely at this

6      point?

7  A.  I'm guessing digging in, finding info about the --

8      yes, I remember Brad Seehawer telling me about some

9      comp thing.  I was asking about that.

10  Q.  But you're clearly contacting Mr. Cheely to find out

11      some information about Shay Horowitz, correct?

12  A.  Yes, correct.

13  Q.  Because in fact the very first text back to you, you

14      say if you don't mind indulging my curiosity, what was

15      the comp thing with you and Shay.  So you're clearly

16      asking Mr. Cheely about Shay, correct?

17  A.  Yes, that's what I meant.

18  Q.  And this is kind of falling in line with the

19      communications we talked about earlier between you and

20      Mr. Bradley where you're trying to look into Shay's

21      past history, correct?

22          MR. BENFORD:  Objection, form.

23          MR. ROBINSON:  Join.

24  A.  Yes, I was looking into his history.

25  BY MR. YEE:

**Michael Dame**
**10/26/2022**                                                    Page 128

1  Q.  So Mr. Cheely responds to you about what happened with

2      the comps.  I assume that's meaning compensators,

3      correct?

4  A.  Correct.

5  Q.  And then further on in this box here where my pointer

6      is on, I don't know if you guys can see my pointer,

7      but what do you say here?

8  A.  We've been digging here and there as of late.

9  Q.  Who is we?

10  A.  Myself and Tim Mekosh.

11  Q.  And what were you guys digging for?

12  A.  Dirt on Shay.

13  Q.  Prior to being served with the lawsuit?

14  A.  Yes, prior to being served with the lawsuit by the

15      dates.

16  Q.  And also to help Shooters Connection and Mr. Bradley?

17  A.  Mostly for our own -- our own enjoyment, but if we

18      found anything, we would send it to him.

19  Q.  Okay.  You then indicate here that he screw a bunch of

20      people over in the moving truck biz.  Do you see that?

21  A.  Yes, I see that.  So, yes, I did forward that to Matt.

22  Q.  Okay.  Then you indicate closed one company to start a

23      new one with stuff in storage, people's electronics

24      never showing up.  Do you see that?

25  A.  Yes, that's all the stuff I read on I forget the name

Michael Dame
10/26/2022                                    Page 129

1      of the page.

2   Q.   But as you testified earlier, again you indicated that

3        you had no direct knowledge of the stuff that you read

4        that said that Shay did this, correct?

5           MR. BENFORD:  Objection to form.  Go ahead

6        and answer.

7   A.   Everybody's posts were saying he was involved and it

8        was his company, but, yes, I have no direct knowledge.

9   BY MR. YEE:

10  Q.   Thank you, that was my questions was did you have

11       direct knowledge that said that Shay did these things

12       that you read online?

13  A.   No.

14  Q.   On Page 2 about halfway down you indicate here, I

15       thought Luke Cao was the nail in the coffin.  Do you

16       see that?

17  A.   Yes.

18  Q.   Is this referring to Luke Cao's contingency issue that

19       was being posted online?

20  A.   Yes.

21  Q.   And what did you mean by saying --

22  A.   Makes sense.

23  Q.   I'm sorry, go ahead.

24  A.   I said that makes sense, absolutely, that's what that

25       would be about.

1  Q.  And what did you mean by nail in the coffin?

2  A.  I'm assuming I meant to -- for people to stop buying

3      stuff from Shay.

4  Q.  And why did you want people to stop buying stuff from

5      Shay?

6          MR. ROBINSON:  Object to the form.

7  A.  Because I didn't think he was good for the market.  I

8      didn't like the way he was doing things.  Just had a

9      poor opinion of him.

10 BY MR. YEE:

11 Q.  And then you indicate to Mr. Cheely, we're going to

12     find the right thread eventually.  Do you see that?

13 A.  Yes.

14 Q.  What do you mean by that?

15 A.  I'm assuming find the right thing that he screwed up

16     on, and then the industry would be like, wow, we don't

17     want to deal with this guy.

18 Q.  Again to get Shay out of the shooting industry?

19 A.  Yes, that makes sense.

20 Q.  That was your objective here in this particular moment

21     in time was to get Shay out of the competitive

22     shooting industry, correct?

23 A.  I don't know if that would be my objective, because

24     I'm not really that powerful.  My objective was just

25     to get info at the time.  As stated at the beginning,

**Michael Dame**
10/26/2022                                              Page 131

1   I was looking for info.

2   Q.   Well, you testified earlier that you made the comment

3        to Mr. Bradley that anything to get rid of Shay, you

4        mentioned that he was a cancer and needed to be

5        removed?

6   A.   Yep.

7   Q.   And that you had a low opinion of him and you wanted

8        to protect your sport, and you wanted to get him out

9        of the competitive shooting industry.  So this is you

10       telling Mr. Cheely that you're still digging up

11       information to get him out of the industry, correct?

12            MR. ROBINSON:  Objection, form.

13  A.   I guess that could be read that way, yes.

14  BY MR. YEE:

15  Q.   Regarding this comment about the Luke Cao contingency

16       nail in the coffin, did you ever mention the

17       contingency issue to Double Alfalfa or post anything

18       on the Double Alfalfa page about that?

19  A.   I don't recall if I mentioned it to them.

20  Q.   The next thing you say is his next company is already

21       set up, Akai Manufacturing.  Do you see that?

22  A.   Yes.

23  Q.   Where did you find this information about Akai

24       Manufacturing?

25  A.   I think I just did a name search on a business

1    directory.

2  Q.  And you found a company called Akai Manufacturing?

3  A.  Apparently.

4  Q.  Okay.  And what were you trying to tell Mr. Cheely

5    about this?

6  A.  I think my theory was the -- I don't know if he

7    left -- if he decided to get out of the gun business,

8    he already had another business lined up to take over

9    the manufacturing aspect.  I'm not quite sure.

10  Q.  So next you provide Mr. Cheely with pictures of a

11    barrel, correct?

12  A.  Correct.

13  Q.  Is this the same barrel that we saw in black and white

14    earlier on some of those earlier exhibits in the

15    exchange between you and Mr. Bradley?

16  A.  I don't know, because they're different angles.  I

17    can't say for sure.

18  Q.  So you don't know if this is the one that Mr. Bradley

19    had told you about where the tungsten had moved?

20  A.  It looks like -- yes, it looks like that's what

21    happened.

22  Q.  I can make it bigger if it helps.

23  A.  No, I can see it.  It's different angles.  I don't

24    know if it's that same barrel from the black and white

25    pictures.

Michael Dame
10/26/2022                                              Page 133

1  Q.  Okay.

2  A.  That looks pretty fouled up.

3  Q.  You don't remember where you got these pictures from?

4  A.  I'm assuming I got them from Chuck, right?  That would

5     be the only place I would get those pictures if it's

6     an Akai barrel.

7  Q.  So if Chuck was the only one that would have provided

8     pictures to you, then it's possible that this is the

9     same barrel we talked about earlier in the black and

10    white photos?

11         MR. ROBINSON:  Object to the form.

12 A.  It could be a different barrel, but, yeah, it could

13    also be the same barrel.

14 BY MR. YEE:

15 Q.  Okay.  But it appears that you're showing this to

16    Mr. Cheely to show what, that Shay's gunsmithing or

17    gun building techniques are what, bad or poor?  Is

18    that why you're sharing this Mr. Cheely?

19 A.  Yes, I think, yeah, as a joke, look what this guy is

20    doing.  Yeah, would you be okay with this on a $7,000

21    build?

22 Q.  Okay.  Did you have any information that this barrel

23    came out of a new gun or used gun?

24 A.  I don't recall.

25 Q.  Do you know the history of this barrel --

Michael Dame
10/26/2022                                    Page 134

1  A.  I don't recall.

2  Q.  -- you shared with Mr. Cheely?

3  A.  Probably only that it was an Akai gun.

4  Q.  Okay.  So all you knew is that it came out of an Akai

5     gun?

6  A.  Sounds about right, yes.

7  Q.  So you don't know if it came out of a new gun, a used

8     gun, or how many rounds had been through it?

9  A.  No.

10  Q.  But you got these pictures from Mr. Bradley and you

11     shared them with Mr. Cheely and you were spoking fun

12     at it, correct?

13  A.  Correct.  Then he agrees that it's not built right

14     underneath it.

15  Q.  I see that.  But you provide these pictures with no

16     knowledge of what that gun has been through and its

17     history, correct?

18        MR. BENFORD:  Objection, form, asked and

19     answered.

20        MR. ROBINSON:  Join.

21  BY MR. YEE:

22  Q.  Is that correct?

23  A.  Correct.

24  Q.  Okay.  Regarding the research you did to find Akai

25     Manufacturing, do you know what business that was

**Michael Dame**
**10/26/2022**                                                    Page 135

1    related to?

2    A.  I don't recall.

3    Q.  So in your research when you came up with the name

4        Akai Manufacturing, you didn't know -- you didn't see

5        any information on what business that was related to?

6    A.  I can't recall.  More than likely it popped up with

7        Shay Horowitz as the registerer would be my guess on

8        that, but I don't recall the specifics.

9    Q.  From what you saw, do you know if it was even related

10       to the gun industry?

11   A.  No, just manufacturing.

12   Q.  Regarding the pictures of this photo, you mentioned

13       that it came out of an Akai gun.  How do you know

14       that?

15   A.  I guess I was told by Chuck.

16   Q.  So you don't personally know that, this is what you

17       were told?

18   A.  Correct.

19   Q.  Later on in your communication with Mr. Cheely you

20       indicate when Baker won nats with an Akai, it had none

21       of Shay's innovation in it.  Do you see that?

22   A.  Yes.

23   Q.  What are you referring to here?

24   A.  Shay's marketing tools, his stroking where you overcut

25       the slide so it moves more, the V8 ports that he puts

**Michael Dame**
**10/26/2022**                                                    Page 136

1       in, the tungsten sleeves.  All his little things that

2       he does on an Akai gun that no one else does to claim

3       that's why his guns are better.  I was told that

4       Baker's gun was actually a gun that he built.

5   Q.   Who is Baker?  Do you know Baker's first name?

6   A.   Cody.

7   Q.   Okay.  So when you tell Mr. Cheely that gun had none

8       of Shay's innovations in it, you were told this,

9       correct?

10  A.   Correct.

11  Q.   Who told you this?

12  A.   I don't recall.

13  Q.   So you didn't have any personal knowledge that this

14      gun did not have any of Shay's innovations in it,

15      correct?

16  A.   Correct.  I was going by what I was told.

17  Q.   Okay.  But you in turn then share this with

18      Mr. Cheely?

19  A.   Correct.

20  Q.   Did you do anything to confirm whether that gun that

21      Cody Baker won nationals with, whether it had any of

22      Shay's innovations or not, or simply went by what you

23      were told?

24  A.   I can't recall if I questioned Shay about that in the

25      chat or not.

**Michael Dame**
10/26/2022                                          Page 137

1  Q.  Well, who told you that the gun did haven't any of

2      Shay's innovations in it?

3  A.  Like I said, I don't recall where that came from.

4  Q.  Was it Mr. Bradley?

5  A.  I don't recall.

6  Q.  What about Mr. Baker, did Mr. Baker tell you that

7      directly?

8  A.  I don't recall, but I doubt it, because I didn't have

9      much conversations with Cody, just, you know, hey, how

10      is it going, how is your match going at a match.

11          (Exhibit No. 11 was marked

12              for identification.)

13  BY MR. YEE:

14  Q.  Let's move to Exhibit 11.

15          MR. ROBINSON:  Before you get into this

16      one, let me ask.  We've been going for about four

17      hours now, and I don't have any concept of how much

18      you have left with Mr. Dame.  I mean, are we thinking

19      about doing a lunch, if you've got, you know, another

20      few hours left or --

21          MR. YEE:  I still have quite a bit of

22      material to cover, Kevin.

23          MR. BENFORD:  Hang on a second.  When you

24      say quite a bit, what exactly do you mean, Ed?

25          MR. YEE:  We're on Exhibit 11, and I had

1  previously prepared about 23, 24 of them.  So we're

2  about halfway if you will.

3        MR. BENFORD:  About halfway?

4        MR. YEE:  Yes.

5        MR. BENFORD:  All right.  I mean, you

6  understand the standards for any kind of third-party

7  deposition is equal time for all the parties in

8  question.

9        MR. YEE:  I understand.

10        MR. BENFORD:  And we're limited to seven

11  hours.  Now, that seven hours can be, you know, it can

12  be increased.

13        MR. YEE:  I get that.

14        MR. BENFORD:  If there's good cause, and I

15  think there's probably good cause, but I just want to

16  get an understanding or some kind of stipulation on

17  the record that we agree that we can continue

18  Mr. Dame's deposition.

19        MR. ROBINSON:  So that's an issue to be

20  discussed with Mr. Dame, and frankly I'd rather have

21  that discussion with him privately, and that I'm not

22  going to ask Mr. Dame to commit to extending beyond

23  seven hours, you know, during the course of this

24  deposition.  So I think for purposes of right now, you

25  know, I'm happy to speak to Mr. Dame privately during

**Michael Dame**
10/26/2022                                                    Page 139

1  the break, by until I have that private discussion,

2  I'm not going to commit him to doing more than one

3  session in the deposition.

4       MR. BENFORD:  Sure, understood.  Here is my

5  question.  Assuming Mr. Dame is agreeable to giving

6  another deposition, Ed and Rick, are you agreeable to

7  continuing his deposition to a later date including a

8  date that is beyond October 31st?  Because we're going

9  to have make a request to the court and file a motion

10  to take discovery after that deadline.

11       MR. YEE:  I think to answer your question,

12  John, I think to provide some background, I think the

13  answer would be probably yes, because my

14  understanding, and you can correct me if I'm wrong,

15  Mr. Dame, is that I think in scheduling this

16  deposition today, we were informed previously that you

17  had to be done by 2:00 today to get to work on time,

18  correct?

19       THE WITNESS:  Correct.

20       MR. YEE:  So that in itself kind of limits

21  us to cut this short of the seven hours.  So I think

22  we are kind of necessarily forced to work it that way

23  anyway, John, because I don't know that we would have

24  gotten through today anyway because Mr. Dame has to

25  leave at 2:00, and I'm not going to do anything to

**Michael Dame**
**10/26/2022**                                                    Page 140

1  prevent him from going to his job, and he has to leave

2  at 2:00.  So I think we're kind of necessarily forced

3  to do that anyway.

4       MR. BENFORD:  Well, I'm not sure we're

5  necessarily forced to do it anyway, but if you were

6  going to have, you know, two hours of questions, I

7  anticipate having about an hour and a half to two

8  hours.  So, you know, there was at least from my mind

9  a possibility that we would be done today, but

10  whatever.  I don't want to cast blame, I just want

11  there to be an understanding that assuming Mr. Dame

12  and his counsel are agreeable to continuing this

13  deposition after the discovery deadline, that you guys

14  are agreeable to doing that.  And I think we're going

15  to do that anyway, because there are other depositions

16  that we've discussed having to take after the cutoff,

17  right?

18       MR. YEE:  Right.

19       MR. ROBINSON:  So let's do this.  If we get

20  to a point where we're going to break, so, you know,

21  Edmund, I'm hearing you say you're going to go to that

22  2:00 buffer, today, you know, at the very least we

23  should take a little bit of time to get a drink, you

24  know, if somebody wants to get a bite to eat.  Let me

25  speak with Mr. Dame during whatever break we take,

**Michael Dame**
**10/26/2022**                                      Page 141

1  whenever that is, and then I'll get back to the group

2  on additional plans.

3      MR. YEE:  Okay.  I have 12:00 noon right

4  now.  How much time do you think, Kevin, a half hour?

5  Do you want to say everybody reconvene at 12:30?

6      MR. ROBINSON:  Well, Mike, you've been

7  listening in on this, and knowing that you're going to

8  be out by 2:00, what is your preference in terms of

9  how we go?  The attorneys, we'll always just kind of

10  power through whatever is going on, and if your

11  preference is let's just do as much as we can, get as

12  much as we can done, then let's say ten minutes to get

13  a drink and come back, but if you want to take a

14  little bit more time to get a sandwich or whatever, we

15  can take a half hour.  Let me know what you're

16  thinking.

17      THE WITNESS:  This is my lunch.  I'm good

18  with timeouts.

19      MR. ROBINSON:  Let's do this.  Do you want

20  to say 12:10, 12:15?

21      MR. YEE:  That works.

22      (Brief recess.)

23      THE WITNESS:  One thing, one clarification.

24  Earlier you asked about the Facebook pages that I have

25  admin responsibilities on.  I forgot one that I just

Michael Dame
10/26/2022                                    Page 142

1      remembered.  It's Sig P320 Universe.

2  BY MR. YEE:

3  Q.   This is a page that you control?

4  A.   I'm the admin on, but I don't really do any work on

5      it.

6  Q.   Okay.

7  A.   It started as a joke and got out of hand.

8  Q.   What do you mean started out as a joke?

9  A.   David Black created it just to troll Sig owners, and

10     then it actually became useful, so we've left it.

11     There's now a lot of people on there discussing the

12     Sigs.

13  Q.   Was this Sig P320 Universe used in any way to post or

14     chat about this case?

15  A.   No.  The only discussions on that are Sig guns.

16  Q.   Okay.  Speaking of pages and things like that, being

17     admins and moderators, let me back up to --

18          MR. ROBINSON:  Ed, before you get into

19     further questioning the witness, do we want to talk

20     about continuation?

21          MR. YEE:  Sure.

22          MR. ROBINSON:  I did speak with Mr. Dame

23     during the break.  So Mr. Dame is willing to be

24     cooperative with us to reschedule a continuation after

25     today.  You know, he understands that he's subpoenaed

**Michael Dame**
**10/26/2022**                                                      Page 143

1    for seven hours of testimony.  After he finishes up at

2    2:00 today, we'll be at about 5 1/2 hours with breaks

3    just to put a rough number into it.  So he's willing

4    to come back for a continuation of his deposition.

5         (Discussion off the record.)

6   BY MR. YEE:

7   Q.  I wanted to back up a minute to Exhibit 5.1.  We were

8       talking about where Mr. Dame just provided information

9       that he's also an admin on the Sig P320 Universe page.

10      But along the same lines of administrative control and

11      moderator on pages, I wanted to look at Exhibit 5.1,

12      which again is documents that were previously produced

13      by Shooters Connection in response to a request to

14      produce, and I'm looking specifically at the page

15      that's labeled SCI 001039.

16          Mr. Dame, when I asked you earlier if you

17      had any information or knowledge of whether

18      Mr. Horowitz was an admin or moderator on the 1911 Pro

19      page, I want to direct your attention to this string

20      of communications between you and Mr. Bradley on

21      December 16th, 2019.  At 10:07 p.m. on December 16th,

22      2019 you tell Mr. Bradley they just made Shay a mod in

23      the group I shared his PSA in, LOL.  Do you see that?

24  A.  Yeah, I see that.

25  Q.  Now, how do you know that Shay was made a mod in the

Michael Dame
10/26/2022                                    Page 144

1    group?

2  A.  I don't know how I would know that.  Probably -- yes,

3      I don't know how I would have known that.

4  Q.  Okay.  Let me back up to make sure we're on the same

5      page with the group.  So Mr. Bradley responds a little

6      bit later at 10:24 p.m. and he asks you what group,

7      and you respond immediately at 10:24, 1911 Pro.  So to

8      make sure that we're talking about 1911 Pro, my

9      question is, how were you able to find out at around

10      10:00 p.m. on December 16, 2019 that Shay was a mod --

11      that he was just made a mod in that 1911 Pro group?

12  A.  I can speculate that they announced it.  Other than

13      that, I have no idea or recollection of how I would

14      have known that.

15  Q.  Okay.  So at least in December 2019, though, you did

16      have information or you did learn that Mr. Horowitz

17      was a moderator or a mod in the 1911 Pro group?

18  A.  Yes, it appears so.

19  Q.  Okay.  Then later in December 2019 you reported that

20      group for unauthorized sales, correct?

21  A.  Yes, that's what the posts show.

22  Q.  Okay.  And I believe we covered that earlier.  I think

23      you actually report that group on December 17th, 2019,

24      the very next day, correct?

25  A.  If that's what was in the record, then yes.

Michael Dame
10/26/2022                                          Page 145

1  Q.  Okay.  Let's move on to Exhibit 11.  This appears to

2      be communications with you and Mr. Cheely still.  Do

3      you see this?

4  A.  Yes.  That's just a search I did for discovery by

5      plugging in Shay.

6  Q.   Okay.  And here in on February 19 of 2020 you're

7      sharing with Mr. Cheely that Shay defaulted on a

8      property, 250,000, is that correct?

9  A.  That's what it shows, yes.

10 Q.   Is this referring to that foreclosure information we

11      talked about earlier?

12 A.  I would assume so.

13 Q.   And why are you sharing this information with

14      Mr. Cheely?

15 A.  I think that's part of the same thread earlier of me

16      just making fun of Shay.

17 Q.  Okay.  Were you attempting to convince Mr. Cheely not

18      to do business with Mr. Horowitz?

19 A.   No, he had already said he was limiting business.

20 Q.  Who said that, Mr. Cheely?

21 A.  Yes.  That was in the earlier thing you showed.

22 Q.  Bear with me one second here.  I have to find -- I've

23      got my next exhibit queued up, but there is several

24      pages.  I need to get to the right area first before I

25      bring it up.  This will be Exhibit 12.

Michael Dame
10/26/2022                                          Page 146

1           (Exhibit No. 12 was marked

2            for identification.)

3  BY MR. YEE:

4  Q.  Let me actually go back to the top here and scroll

5      through the document first so you can see it.  Let me

6      know if I'm going too fast.

7           First of all, looking at this exhibit, this

8      little profile picture here and John, do you know who

9      this is?

10 A.  Vlieger.

11 Q.  John Vlieger?

12 A.  Yep.

13 Q.  So this is communication between you and Mr. Vlieger,

14     correct?

15 A.  Correct.

16 Q.  Mr. Vlieger is in the gray text and you're in the

17     bluish or purple text, correct?

18 A.  Correct.

19 Q.  And these are text messages or private messages

20     through Facebook?

21 A.  Facebook Messenger.

22 Q.  So Mr. Vlieger tells you at some point in time or says

23     to you, Chuck has been keeping me kind of apprised of

24     what you're doing but not specifics.  Do you see that?

25 A.  Yes.

**Michael Dame**
**10/26/2022**                                             Page 147

1   Q.  What is Mr. Vlieger referring to here?

2   A.  You'd have to ask Mr. Vlieger.

3   Q.  Is it possible that what he's referring to is what you

4        were doing online with posting things?

5   A.  Hold on a second.

6            MR. ROBINSON:  Object to the form.

7            MR. BENFORD:  Join.

8   A.  Could be, yes.

9   BY MR. YEE:

10  Q.  In fact, prior to that comment you indicate that I

11       would rather see Shay get called out publicly for

12       misleading everyone.  Do you see that?

13  A.  I see it.

14  Q.  Is this referring to the chats and online posting that

15       was happening at this time?

16  A.  Seems to be.

17  Q.  Okay.  Mr. Vlieger tells you, you know, I can't get

18       involved with that, and then you respond by saying I

19       toyed with him a bit today.  Do you see that?

20  A.  Yes.

21  Q.  Do you remember what you did that day when you

22       mentioned to Mr. Vlieger that you toyed with him a bit

23       today?

24  A.  No.

25  Q.  And then you further go on to say, I'm pretty much

**Michael Dame**
10/26/2022                                                     Page 148

1    keeping him on edge.  Do you see that?

2  A.  Yes.

3  Q.  What were you doing to keep Mr. Horowitz on edge?

4  A.  It's two and a half years ago, I can't be sure.

5  Q.  You don't remember at all?

6  A.  Not that specific day, no.

7  Q.  Mr. Vlieger then asked you what happened to 2011

8    Universe, do you see that?

9  A.  Yes.

10  Q.  And then he follows up by asking did Black cave that

11   quick, and your answer is yup.  Do you see that?

12  A.  Yes.

13  Q.  Why is Mr. Vlieger asking you about 2011 Universe?

14  A.  2011 Universe was a page with lots of gossip and posts

15   about 2011, 2011 info.  I believe the PSA might have

16   been posted there, too.  I'm not 100 percent sure.

17  Q.  And did you post anything about the PSA or anything

18   involving the barrels on 2011 Universe?

19  A.  I can't recall.

20  Q.  So Mr. Vlieger tells you -- actually you tell

21   Mr. Vlieger, Shay told him to nuke it.  Is this you

22   telling Mr. Vlieger that Shay told Mr. Black to stop

23   the page?

24  A.  Yes, that was the info that I was told from Dave.

25  Q.  Dave being Dave Black?

Michael Dame
10/26/2022

1   A.   Dave Black.

2   Q.   So Dave Black said Shay called him and told him to

3        nuke it?

4   A.   Yes.  Well, I'm pretty sure that's how that went down.

5        I think I asked David what was going on, and he

6        mentioned that, yes.

7   Q.   So then you indicate to Mr. Vlieger that he told you

8        that he wanted to stay out of a lawsuit, and you asked

9        him what lawsuit, and then you tell Mr. Vlieger you

10       asked him to give you control of it, but he won't.  Is

11       this you asking Mr. Black to give you control of the

12       2011 Universe page?

13  A.   Yes.

14  Q.   Why did you want control of the 2011 Universe page?

15  A.   If it wasn't -- if he didn't want to use it, I wanted

16       to run it, because there's actually some cool pics on

17       there.

18  Q.   Did you ask Mr. Black for control of it because you

19       wanted to post about Shay on there?

20  A.   Not specifically.  I wanted the group to still be

21       active.

22  Q.   Mr. Vlieger responds back by saying interesting.

23       Looks like Warner is firmly in his camp, too.  You

24       respond, yup, he won't let me post in 1911 Pro.  Do

25       you see that?

Michael Dame
10/26/2022                                                    Page 150

1   A.   Yes.

2   Q.   So I think you already testified earlier that you

3        posted in the 1911 Pro page the issue with the public

4        service announcement, correct?

5   A.   Correct.

6   Q.   And you believe that that's when got you booted from

7        the 1911 Pro page, correct?

8   A.   Yes.

9   Q.   Were you looking to post the PSA in the 2011 Universe

10       page?

11  A.   I think it had already been.

12  Q.   Did you post it there?

13  A.   I don't recall.

14  Q.   One second here.

15  A.   If they ever do an update to Zoom, it would be nice if

16       everybody had access to scroll through it.

17  Q.   You mean where you could scroll when you need to?

18  A.   Yes, because you put that up there, and I keep trying

19       to do it, and I'm like, yes, I can't scroll it.  Or if

20       anybody has access to a developer blog.

21  Q.   Mr. Dame, I was asking you about if you were asking

22       Mr. Black about taking control over 2011 Universe to

23       post about Shay, and you said you don't recall.  Let

24       me direct your attention to Exhibit 5.1, which were

25       the documents that were produced by Shooters

1    Connection.  So on December 9, 2019, 6:20 p.m. you

2    tell Mr. Bradley, David Black just shut down 2011

3    Universe so we can't post about Shay.  Do you see

4    that?

5  A.  Yeah, I see that.

6  Q.  Okay.  So you were looking to post stuff about Shay on

7    2011 Universe, correct?

8  A.  So it appears.

9  Q.  Back to the conversations between you and Mr. Vlieger.

10    On December 18, 2019 at 2:18 p.m. Mr. Vlieger asks

11    you, you're familiar with 416R stainless I assume.

12    And your response at 2:35 p.m. is not really, just

13    that I hate cutting it.  Do you see that?

14  A.  Yep.

15  Q.  What is your experience with cutting 416R stainless

16    steel?

17  A.  Net jaws for fixtures, you get them every now and then

18    and it's really gummy.  We don't do it enough to tweak

19    in our cutter parameters, so we just kind of fight

20    through it using parameters for a different material.

21  Q.  So this reference that you hate cutting it is

22    referring to your employment in machining fixtures?

23  A.  Yes.

24  Q.  Do you have any experience cutting 416R stainless for

25    purposes of guns?

**Michael Dame**
**10/26/2022**                                          Page 152

1  A.  No.  The metal doesn't know what it's being used for.

2  Q.  What do you mean the metal doesn't know what it's

3      being used for?

4  A.  You cut stainless steel to make a hip joint or you cut

5      stainless steel to make a grip safety, it reacts the

6      same.

7  Q.  That's not my question.  My question is that you

8      indicated to Mr. Vlieger that you hate cutting it.

9      You testified that you have experienced cutting it for

10     making fixtures, correct?

11  A.  That's what the components are used in, but, yes, and

12      I'm clarifying.

13  Q.  But my question is, did you have experience cutting

14      416R stainless steel for guns?  Meaning have you cut

15      anything related to 416R stainless for use in a gun,

16      whether it was a barrel, a slide, or anything related

17      to a gun is what I'm trying to find out?

18  A.  Yes, I've cut a gun part that was stainless before.

19  Q.  Was it 416R stainless?

20  A.  I don't know what specific stainless steel that part

21      was.

22  Q.  Okay.  So I guess what I'm trying to understand is

23      when you tell Mr. Vlieger that you hate cutting it,

24      this is mostly referring to your work in cutting 416R

25      for making fixtures, correct?

**Michael Dame**
**10/26/2022**                                    Page 153

1  A.  No -- well, you're oversimplifying this -- well,

2     trying to convolute this.  I cut stainless steel on a

3     mill.  It doesn't matter what the part is being used

4     for, it reacts the same.

5  Q.  I see what you're saying.

6  A.  But, no, the part wasn't for a gun.

7  Q.  Okay.  So Mr. Vlieger goes on to tell you, well, KKM

8     used 416R for some barrels, specifically the ones you

9     order from the website because it's more versatile,

10    but harder to machine/fit.  When you get a barrel from

11    us or other retailers, it is 99 percent chance it is

12    416R BQ5 (barrel quality 5) which was developed at

13    least in part by Will Schumann, which cannot be heat

14    treated as heavily and usually comes out in the 40 to

15    42 range instead of 42 to 46'ish range.  Do you see

16    that?

17 A.  Yes.

18 Q.  What did you understand Mr. Vlieger to mean here?

19       MR. ROBINSON:  Object to form.

20 A.  I really didn't, because John is not a machinist.  So

21    I didn't really put much weight into him trying to

22    specify that.

23 BY MR. YEE:

24 Q.  What do you think he was trying to specify to you,

25    though?

Michael Dame
10/26/2022                                      Page 154

1  A.  Obviously he was talking about KKM barrels.

2         MR. BENFORD:  Let me get my form objection

3    in.

4  A.  Sorry.

5         MR. BENFORD:  Go ahead.

6  BY MR. YEE:

7  Q.  So he was talking specifically about the KKM barrels?

8  A.  Well, I'm waiting if someone wanted to get an

9    objection.

10 Q.  They placed it.  You can answer.

11 A.  Yes, I'm just assuming that's what he was talking

12   about is barrels because it says KKM barrels.

13 Q.  Okay.  If we go down here, after his comments about

14   the range, 42 to 46'ish range, he goes on further to

15   tell you, so let's assume you have a BQ5 barrel but

16   you don't know it, and then let's assume you don't

17   have a super duper calibrated machine, and let's

18   assume you test the, and I'm not sure what the rest of

19   it says, but let's see if we can go down.

20 A.  Yes, there we go.

21 Q.  Let's assume they test the barrel in a fucked up way,

22   you're expecting 42-46 RC, but you get 38.  Do you see

23   that?

24 A.  Yes.

25 Q.  Is he telling you here that there were two different

**Michael Dame**
**10/26/2022**                                                    Page 155

1    types of barrels out there manufactured by KKM?

2             MR. ROBINSON:  Object to the form.  Go

3    ahead.

4             MR. BENFORD:  Join.

5  A.  It seems like he's saying that.  Whether or not he's

6    got it right, I don't know.

7  BY MR. YEE:

8  Q.  Do you know if he's right or wrong here?

9  A.  I do not.

10  Q.  Did you ever look into whether he was right or wrong?

11  A.  No.

12  Q.  Okay.  But he seems to be implying to you that if you

13    buy a barrel directly from KKM, it might be different

14    from a barrel that you buy from Shooters Connection,

15    is that right?

16  A.  That's correct.  Sorry, too fast.

17             MR. ROBINSON:  Objection, form.

18             MR. BENFORD:  Join.

19  A.  I didn't know that -- I have no way of knowing if he

20    was -- say the question again.

21             MR. YEE:  Can you read back the question,

22    Diane.

23             (Requested question read back.)

24  BY MR. YEE:

25  Q.  The question was, so Mr. Vlieger was implying to you

Michael Dame
10/26/2022                                    Page 156

1    that if you bought a barrel directly from KKM, it

2    might be different from a barrel that you would buy

3    from Shooters Connection, is that correct?  And both

4    Mr. Benford and Robinson objected to its form.  So

5    your answer, Mr. Dame?

6  A.  It's a reasonable assumption from what is written

7    there.

8  Q.  I believe your actual answer earlier was yes, right?

9  A.  Yes.

10  Q.  Okay.  Did you ever hear or learn that Mr. Horowitz

11    was claiming that there were different types of steel

12    out there being used to manufacture KKM barrels?

13  A.  I don't recall.

14          (Exhibit No. 13 was marked

15          for identification.)

16  BY MR. YEE:

17  Q.  Let's move on to Exhibit 13.  I think I definitely

18    need to make this one a little bigger, right?

19          MR. BENFORD:  Please.  Thank you.

20  BY MR. YEE:

21  Q.  And just for context, this is now a document that

22    appears to be a conversation between -- I think it's

23    part of the same string of communications between you

24    and Mr. Vlieger, and I think how we can determine that

25    is if we look at Exhibit 12 which we were just on,

**Michael Dame**
**10/26/2022**                                                    Page 157

1    there is comments in here where you say done, Mr.

2    Vlieger says much appreciated, Mike.  And you say tell

3    Ryan there be better crackers and Szechuan sauce in my

4    next order.  Do you see that?

5  A.  Yes.

6  Q.   And then Exhibit 13 it's the same type of dialogue,

7       correct?

8  A.  Correct.

9  Q.   So we know in looking at 13, this is you still talking

10      to Mr. Vlieger as part of that same communication,

11      correct?

12  A.  Correct.

13  Q.   But different from 12, it's now the reverse?

14  A.  Yes.

15  Q.   So now you're in the gray, but Mr. Vlieger is now in

16      the purple, correct?

17  A.  Yes.

18  Q.   Okay.  So Mr. Vlieger here on Exhibit 13 says cool.

19      Can you do us a favor and inquire to the guy who says

20      his barrel blew up on our post.  Do you see that?

21  A.  Yes.

22  Q.   When Mr. Vlieger says can you do us a favor, who is he

23      talking about here?

24  A.  I have to assume that he means Shooters Connection,

25      his employers.

Michael Dame
10/26/2022                                          Page 158

1   Q.   When he indicates on our post, is he referring here to

2        the Shooters Connection Facebook post?

3   A.   I don't know for certain, but it makes sense.

4   Q.   Okay.  So you respond back by saying done.  So is this

5        telling Mr. Vlieger that you in fact posted about it?

6   A.   Posted or sent a message asking.  I don't know what I

7        did.

8   Q.   In the context here -- well, let me ask you this.  In

9        this what appears to be Facebook dialogue here.

10  A.   Yes, it's a Facebook page.

11  Q.   Is this you or is this Mr. Vlieger?

12  A.   Well, you can tell it's Mr. Vlieger because his

13       profile is next to write a comment.

14  Q.   Okay.  And when he says inquire to the guy who says

15       his barrel blew up, who is he talking about, is it

16       Jerry Colantone?

17  A.   He's the one saying his barrel blew up, so yes.

18  Q.   So you tell Mr. Vlieger that in regards to his request

19       to post about it, you say done, and Mr. Vlieger says

20       much appreciated, Mike, correct?

21  A.   Correct.

22  Q.   What did you post about Mr. Colantone's gun?

23  A.   I don't recall.

24  Q.   Did you question Mr. Colantone's claim about the gun

25       that blew up?

**Michael Dame**
**10/26/2022**                                              Page 159

1   A.   I don't recall what I did.  If you have it, though, it

2        would be cool to see.

3   Q.   Similar to the communications between you and

4        Mr. Vlieger about the different barrels, did you ever

5        have any conversations with Mr. McIntire about

6        different barrels?

7   A.   Would that fall under privilege when I was a

8        defendant?

9            MR. ROBINSON:  If it was a conversation you

10        had with Mr. McIntire during a joint conversation with

11        counsel, yes, that would be privileged.

12  A.   Then, yes, privilege.

13  BY MR. YEE:

14  Q.   So you're saying that you never had a conversation

15        with Mr. McIntire about different barrels where there

16        was an attorney not present?

17  A.   Not that I recall.

18  Q.   How many conversations did you have with Mr. McIntire

19        outside the presence of an attorney?

20  A.   Maybe one or two phone calls.

21  Q.   And during those one or two phone calls, did

22        Mr. McIntire tell you that they used two different

23        types of steel for their barrels?

24  A.   I can't recall.

25  Q.   Did Mr. McIntire ever tell you that KKM made a softer

Michael Dame
10/26/2022                                              Page 160

1    barrel for bulls eye shooting?

2  A.  I can't recall.

3  Q.   Did you or Mr. Mekosh ever do anything to try to

4     convince suppliers or sellers of gun parts to not do

5     business with Akai or Mr. Horowitz?

6  A.  No.

7  Q.  Never?

8  A.   Never.  I'm not important enough to be able to do

9     that.

10  Q.   Besides Mr. Vlieger, did anyone else ever tell you

11     that KKM used two different types of steel for their

12     barrels?

13  A.  I can't recall.

14          (Exhibit No. 14 was marked

15          for identification.)

16  BY MR. YEE:

17  Q.   Let's move on to Exhibit 14.  This looks like a

18     communication between you and Mr. Mekosh, is that

19     correct?

20  A.  Yes.

21  Q.   Mr. Mekosh is in the gray and you're in the blue or

22     purple, right?

23  A.  Yep.

24  Q.   Okay.  Mr. Mekosh says to you, it's the beginning of

25     the end for him.  Do you see that?

Michael Dame
10/26/2022                                    Page 161

1   A.  Yep.

2   Q.  Who is he referring to?

3   A.  I'm speculating, but seeing that you're bringing it up

4       here, probably Shay.

5   Q.  Do you know what Mr. Mekosh means by it's the

6       beginning of the end for him?

7   A.  I do not, you'd have to ask him.

8   Q.  It looks like you share with Mr. Mekosh that you were

9       banned from 1911 Pro, correct?

10  A.  That's what that looks like, yes.

11  Q.  And it appears that you sent that communication to

12      Mekosh in conjunction with something that we can't see

13      the rest of it, but Mr. Mekosh responds by LMAO.  Do

14      you see that?

15  A.  Yes.

16  Q.  And then you say first place I posted.  Do you

17      remember what was it that you were trying to share

18      with Mr. Mekosh?

19  A.  No, I don't.

20  Q.  Is it possible that it was the PSA?

21          MR. ROBINSON:  Objection, form.

22  A.  I can't speculate, I don't know.

23  BY MR. YEE:

24  Q.  Then you indicate to Mr. Mekosh it was there before

25      Chuck had the link posted.  Do you know what that is

**Michael Dame**
10/26/2022                                              Page 162

1      referring to?

2   A.  I do not.

3   Q.   So then later on you share with Mr. Mekosh what

4       appears to be the Shooters Connection Facebook page,

5       correct?

6   A.  Yes.

7   Q.   And specifically it's the reference to Mr. Jerry

8       Colantone who was the guy that Mr. Vlieger asks you to

9       post about on the Shooters Connection Facebook page,

10      right?

11  A.  Yes, that's the same post.

12  Q.   So you were sharing with Mr. Mekosh your post on the

13      Shooters Connection page regarding Mr. Colantone like

14      Mr. Vlieger had asked you to, correct?

15  A.  Correct.

16  Q.   And why were you sharing this with Mr. Mekosh?

17  A.  Shits and giggles.  Pardon my language.  Just to show

18      him, hey, look what is going on, this guy is claiming

19      he had a barrel blow up.

20  Q.   Did you ever talk to Mr. Colantone directly?

21  A.  I don't recall if he started a private message after

22      that or not, of if he sent -- or how that conversation

23      played out.

24  Q.   Did you ever find out the specifics of the barrel that

25      blew up that Mr. Colantone had?

**Michael Dame**
10/26/2022                                          Page 163

1   A.  I don't recall.  Maybe if you have it, that would be

2       cool.  But I don't recall if he ever replied.

3   Q.  No, I'm asking you, do you recall getting to the

4       bottom of what happened to Mr. Colantone's KKM barrel?

5   A.  No, I said that.  I don't recall.

6   Q.  So sitting here today you don't know specifically what

7       happened to Mr. Colantone's barrel?

8   A.  I do not, no.

9   Q.  Okay.  Later on Mr. Mekosh says to you Double Alfalfa

10      is going and try to shoot some majors with us next

11      year, and you reply, cool, Indy State Steel at SCCC.

12      Do you see that?

13  A.  Yes.

14  Q.  Who is Double Alfalfa?

15  A.  At the time I had no idea, but I've got a pretty good

16      idea now that it is John Ormon.

17  Q.  What makes you think it's John Ormon?

18  A.  A post that was made a few months back if not further.

19  Q.  And what post would that be?

20  A.  A picture of him and his brother fishing.

21  Q.  And that picture of him and his brother fishing, what

22      leads you to believe from that post that he's Double

23      Alfalfa?

24  A.  Because it was posted on Double Alfalfa.

25  Q.  Okay.  And when did you see that, do you remember?

**Michael Dame**
**10/26/2022**                                              Page 164

1  A.  I believe it was the spring of this year.

2  Q.  Have you ever texted with Mr. Ormon or private

3     messaged with Mr. Ormon?

4  A.  Yes.

5  Q.  And when did you do that?

6  A.  When Double Alfalfa was active.  I might have talked

7     to him before that as well.  I can't recall specific

8     dates.

9  Q.  What did you talk to Mr. Ormon about?

10  A.  Gossip, shooting, matches, poking jokes, just typical

11     shooter to shooter BS.

12  Q.  Did you ever text or private message Mr. Ormon about

13     Shay Horowitz?

14  A.  Yes.  I believe I provided those.

15  Q.  And what did you text or private message Mr. Ormon

16     about regarding Mr. Horowitz?

17  A.  Specifics I can't recall.  I mean, you would have to

18     bring it up so I can read it.

19  Q.  But you recall specifically texting or messaging with

20     Mr. Ormon was it about the public service announcement

21     or the KKM barrel issue?

22  A.  I don't recall specifics.  I mean, if you have it,

23     let's see it, and I can fill you in on what was going

24     on, but I can't like bring that up.  I'm not a

25     Jeopardy contestant, sorry.

Michael Dame
10/26/2022                                                    Page 165

1          (Exhibit No. 15 was marked

2              for identification.)

3    BY MR. YEE:

4    Q.  Let's move on to Exhibit 15.  This is you still

5        talking to Mr. Mekosh, correct?

6    A.  Yes.

7    Q.  You say to Mr. Mekosh, Shay is setting up his

8        bankruptcy claim so he doesn't have to refund deposits

9        or pay suppliers.  Do you see that?

10   A.  Yes.

11   Q.  Where did you get that information?

12   A.  It's just an opinion that I came up with as to why you

13       would cause such bad publicity with the contingency

14       program.

15   Q.  So this comment here relates specifically to the

16       contingency program?

17   A.  That's my recollection of that, yes.

18   Q.  And Mr. Mekosh responds, fine, as long as he is out of

19       the gun industry.  Do you see that?

20   A.  I see it.

21   Q.  So were the two of you working together to try to get

22       Mr. Horowitz out of the gun industry?

23   A.  No.  We were just lamenting how nice it would if he

24       was gone.

25   Q.  Here you tell Mr. Mekosh that Chuck called Renee at

**Michael Dame**
**10/26/2022**                                              Page 166

1      Speed Shooters to let him know.  Do you see that?

2   A.  Yes.

3   Q.  Is the Chuck you're referring to here Chuck Bradley?

4   A.  Yes.

5   Q.  Okay.

6   A.  It's the only Chuck I know.

7   Q.  And you say here that Mr. Bradley called Renee at

8      Speed Shooters to let him know.  Let him know what?

9   A.  In the context of this, I would assume letting him

10     know that he was being sued.

11  Q.  And do you remember Chuck telling you that he called

12     Renee at Speed Shooters?

13  A.  Apparently.  I don't recall the phone conversation,

14     but this is saying that.

15  Q.  Mr. Mekosh responds nice.  Should have Christian fill

16     in SV.  Do you see that?

17  A.  Yes.

18  Q.  And you respond back saying or Papa Joe.  Do you see

19     that?

20  A.  Yes.

21  Q.  Who is Papa Joe?

22  A.  Joe Rutkowski, a friend of mine that shoots for

23     Infinity?

24  Q.  What is Mr. Mekosh referring to here, should have

25     Christian fill in SV?

**Michael Dame**
**10/26/2022**                                                     Page 167

1  A.  You would have to ask Mr. Mekosh what he is implying.

2  Q.  Okay.  And is the Christian here Christian Sailer who

3      we say a picture of just below these communications?

4  A.  Yes.

5  Q.  Was Mr. Sailer an employee of SV or shooter for them?

6  A.  He was a shooter for them.

7  Q.  And, I'm sorry, you mentioned Papa Joe is Joe

8      Rutkowski, is that right?

9  A.  Rutkowski, yes.

10  Q.  Do you know how Rutkowski is spelled?

11  A.  Not off the top of my head.  R-u-t-k-o-w-s-k-i I

12      think.

13  Q.  And who is Joe Rutkowski with?

14  A.  What do you mean, like who does he work for?

15  Q.  Yes.

16  A.  I think he has his own company, he works for himself.

17  Q.  Do you know what the name of the company is?

18  A.  No.

19  Q.  Well, when you respond back to Mekosh saying should

20      have Christian fill in SV, was Papa Joe or Joe

21      Rutkowski affiliated or connected with SV at that

22      time?

23  A.  He shot for them at the time, yes.

24  Q.  So Mr. Rutkowski was a shooter for SV?

25  A.  Correct.

**Michael Dame**
**10/26/2022**                                    Page 168

1  Q.  Now, between the two of you, Mr. Mekosh and yourself,

2      when he suggested we should have Christian fill in SV

3      and you respond back by saying or Papa Joe, is this to

4      fill them in, SV, about the lawsuit?

5  A.  I think that's a good -- yes, that's probably what

6      we're talking about.

7  Q.  And what would that --

8  A.  Well, or you can read at the bottom.

9  Q.  I'm sorry?

10  A.  Well, you can see that's the message I sent, but it

11      never got read.  So, yes, that's what that was about.

12  Q.  All right.  But what was the goal of filling in SV

13      about Shay's lawsuit?

14  A.  To let them know that, you know, that a customer can

15      possibly sue them for their parts.  If they use their

16      parts, I wanted to make sure they didn't go down I

17      guess.  I don't know.  To tell you my mind set two

18      years ago, that's a tough call.

19  Q.  Was the purpose to fill in SV to in some way try to

20      discredit Shay and his claim in the lawsuit?

21          MR. ROBINSON:  Object to the form.

22          MR. BENFORD:  Join.

23  A.  It's my understanding that SV already had a very poor

24      opinion of Shay prior to this.

25  BY MR. YEE:

**Michael Dame**
**10/26/2022**                                          Page 169

1  Q.  If that's the case, then why was it necessary to have

2      Christian and/or Papa Joe fill in SV?

3              MR. ROBINSON:  Object to form.

4  A.  In case they didn't know that there was a lawsuit.

5  BY MR. YEE:

6  Q.  And why did you have a belief that Mr. Horowitz would

7      sue SV?

8  A.  I didn't think he would sue SV, but since he was suing

9      one supplier, I figure there was the possibility that

10     he would sue another supplier.

11  Q.  So you respond back later to Mr. Mekosh, Papa Joe

12      gonna fill SV in, is that correct?

13  A.  That's correct.

14  Q.  Is this because at a later point in time you had

15      talked to Papa Joe or Joe Rutkowski?

16  A.  Correct.

17  Q.  So you had asked or you had told Joe Rutkowski about

18      the lawsuit, and then you were confirming for

19      Mr. Mekosh that you had that conversation, and that

20      based on that conversation, Mr. Rutkowski was going to

21      fill in SV, is that correct?

22  A.  That's what it appears to be, yes.

23  Q.  And then Mr. Mekosh responds, I told Tiffany be

24      careful he might sue.  Do you know who Tiffany is?

25  A.  Yes.

Michael Dame
10/26/2022                                                          Page 170

1   Q.   Who is Tiffany?

2   A.   Tiffany Williams, PT -- Phoenix Trinity.

3   Q.   What does Phoenix Trinity do?

4   A.   They make guns.  Well, at the time -- were they making

5        the Honcho yet?  I think at that time they were just

6        making Cabots (ph).  I may be wrong on that, though.

7        I don't know specifically when they started making the

8        Honchos.

9   Q.   Mr. Mekosh later says to you word is across the land

10       of Shay's sham lawsuit.  Do you see that?

11  A.   Yes.

12  Q.   So this is back to December 9, 2019, correct?

13  A.   That's what it says.

14  Q.   Okay.  And then Mr. Mekosh indicates, tomorrow we

15       watch the world burn if Akai can't get any parts.  Do

16       you see that?

17  A.   Yes.

18  Q.   Did you engage in a joint operative with Mr. Mekosh to

19       try to prevent Shay from getting any parts from any

20       suppliers?

21  A.   No.  No, there was no orchestrated effort.

22  Q.   Why do you think Mr. Mekosh is kind of touting here

23       that tomorrow Akai can't get any parts?

24            MR. ROBINSON:  Object to form.

25  A.   You'd have to ask Mr. Mekosh why he thinks that.

**Michael Dame**
**10/26/2022**                                                    Page 171

1        MR. YEE:  Can we take a five-minute break?

2        THE WITNESS:  Yep.

3        (Brief recess.)

4        (Exhibit No. 16 was marked

5           for identification.)

6   BY MR. YEE:

7   Q.   Mr. Dame, let's move onto Exhibit 16.  This appears to

8        be communications between you and Mr. Mekosh, correct?

9   A.   Yes.

10  Q.   Okay.  Mr. Mekosh says to you, home run getting PM

11       about the cease and desist.  People really do hate

12       Shay.  LMAO.  Do you know what he's referring to here?

13  A.   No, you would have to ask him.

14  Q.   You respond, going to have Alvin rally the troops in

15       the Asian Pew Pew group, do you see that?

16  A.   Yes.

17  Q.   Who was Alvin?

18  A.   A friend of mine, Alvin Lin.

19  Q.   How is his last name spelled?

20  A.   L-i-n.

21  Q.   And when you say going to have Alvin rally the troops,

22       what do you mean by that?

23  A.   I guess have him talk to the people he knows in that

24       group.

25  Q.   For what purpose?

Michael Dame
10/26/2022                                              Page 172

1   A.  I would have to read the rest of that, but I'm

2        guessing to point out the -- what is the times on

3        that?  To point out what is going on with the barrels

4        and the demand letter.

5   Q.  So this is what we've talked about earlier, this is

6        part of getting the word out about Shay?

7   A.  About that specific issue, yes, I would agree with

8        that.

9   Q.  When it refers to the Asian Pew Pew group, is that

10       like a page or something?

11  A.  Facebook page.

12  Q.  What is the name of the page?

13  A.  Subtle Asian Pew Pew.

14  Q.  Were you ever an admin or mod on that page?

15  A.  No.

16  Q.  And is this why you're asking Mr. Lin then to start

17       spreading the word, because you didn't have access to

18       it?  Mr. Dame, did you hear my last question?

19  A.  I answered.  I said I don't know.

20  Q.  You must have froze for a minute.

21  A.  I just got a message that says your Internet

22       connection is unstable.  There it goes.  Okay.  We

23       good?

24  Q.  So what was your answer?

25  A.  That, yes, I was not an admin.  I don't really know

**Michael Dame**
**10/26/2022**                                              Page 173

1      why I would have told Alvin to do that.

2   Q.  You don't know why you told Mr. Lin to do what?

3   A.  To rally the troops in there, because I was in -- I

4      was in that a group.  I wasn't a mod, though.

5   Q.  Okay.  You testified earlier that you were filling in

6      people at SV and I believe Infinity about the

7      potential that Shay might sue them over parts issues,

8      but what was the purpose of rallying the Asian Pew Pew

9      group?

10  A.  Yes, I don't, recall.  Like I said, that's two years

11      ago, man.  Going on three.

12  Q.  I'm sorry?

13  A.  Going on three.

14  Q.  Do you know if Mr. Lin is part of the Double Alfalfa

15      group?

16  A.  I do not know.  I'm pretty sure he isn't.

17  Q.  How long have you known Mr. Lin?

18  A.  Since 2015.

19  Q.  And how did you know Mr. Lin?

20  A.  From shooting.

21  Q.  So you've met him at a match?

22  A.  Yes.

23  Q.  Do you remember where you met him?

24  A.  Either Silver Creek or Blue Grass Sportsmen's League.

25  Q.  Where is Silver Creek?

Michael Dame
10/26/2022                                    Page 174

1   A.  It's in Indiana.

2   Q.  And then what was the other location you mentioned?

3   A.  Blue Grass Sportsmen's League.

4   Q.  Where is that located?

5   A.  In Kentucky.

6   Q.  Do you know if Luke Cao was part of the Asian Pew Pew

7       group?

8   A.  I do not.

9   Q.  I want to back up a minute back to Exhibit 9 which we

10      talked about earlier, but this is in direct reference

11      to my questions to you about when Mr. Vlieger asked

12      you to do them a favor at SCI to post on their

13      Facebook page about the Jerry Colantone barrel, I

14      think this is where your posts come up.  Can you see

15      this?

16  A.  Yes.

17  Q.  Okay.  So it appears you posted in response to

18      Mr. Colantone's post about having the barrel blow up,

19      you asked Mr. Colantone who fit it, who made the ammo,

20      and did you send it to KKM.  Do you see that?

21  A.  Yes.

22  Q.  And then you further post got pics?  I assume you're

23      referring to asking if he has pictures?

24  A.  Yes.

25  Q.  Okay.  So Mr. Colantone apparently doesn't respond

**Michael Dame**
**10/26/2022**                                          Page 175

1    right away, and then you post the infamous meme of the

2    teacher from the movie Ferris Bueller's Day Off,

3    correct?

4  A.  Correct.

5  Q.  Mr. Colantone responds and says I want you to know I'm

6    not part of the lawsuit, didn't know anything about it

7    until the letter was posted here today.  I was just

8    commenting on my bad experience.  If you must know, I

9    was using factory ammunition.  I do have plenty of

10    pictures and a -- and we don't see the rest of it.

11    And then you go back and question who fit it, who

12    tested it, was it sent to KKM for inspection?  Do you

13    see that?

14  A.  Yes.

15  Q.  Mr. Colantone responds later on, the gunsmith that

16    just repaired it had it tested because he had some

17    information that it was a possibility and had the new

18    one tested for the fear of the same thing happening.

19    And then he tells you, from what I was told, KKM was

20    contacted but would not respond.  And then you ask by

21    who, and Mr. Colantone says by the gunsmith.  And then

22    Mr. Colantone responds to you by saying -- or you ask

23    Mr. Colantone who is the gunsmith you referred to, and

24    without responding you immediately say on the SCI

25    Facebook page to Mr. Colantone, Jerry Colantone,

1      unfortunately you aren't coming across as truthful.

2      Do you see that?

3  A.  Yes.

4  Q.  So why did you think Mr. Colantone wasn't being

5      truthful?

6  A.  Because I asked a specific question and I didn't get a

7      specific answer.

8  Q.  And so you concluded that Mr. Colantone couldn't have

9      been truthful with you?

10  A.  That was my opinion, yes.

11  Q.  Okay.  Later on you asked Mr. Colantone who has the

12      bad barrel, and then you go on again before

13      Mr. Colantone responds, you say let me go out on a

14      limb here, if you had a catastrophic failure after a

15      gunsmith put a new barrel in your gun, sent it back

16      and said smith said it was a faulty barrel possible,

17      even soft, didn't provide evidence, kept the barrel,

18      told you KKM wouldn't help, and charged you to fix the

19      gun that was damaged by what was more than likely an

20      improperly fit barrel to begin with, sound right?  Do

21      you see that?

22  A.  Yep.

23  Q.  And this was based on personal knowledge, or is this

24      just your opinion?

25  A.  Speculation.

**Michael Dame**
**10/26/2022**                                                    Page 177

1  Q.  So Mr. Colantone responds to you, I don't know you and

2      you don't know me.  I have nothing to lie about, and

3      you're twisting things around, so I will just end it

4      here.  In the end the truth and responsibility will

5      prevail.  Do you see that?

6  A.  Mm-hmm.  Yes, I'm sorry.

7  Q.  But this is part of the string of posts that

8      Mr. Vlieger asked you to engage in, correct?

9  A.  Yes, that's that post, yes.

10  Q.  Okay.  And what was this for?  Was this to call into

11      doubt or to question anyone that had claimed they

12      experienced an issue with a KKM barrel?

13  A.  I was trying to figure out more info on what he said.

14      It's easy to claim something happened, but, you know,

15      specifics would have been nice.

16  Q.  Okay.  So you were just simply looking for

17      information?

18  A.  Yes, curiosity.

19  Q.  Okay.  But just because Mr. Colantone doesn't provide

20      you that information directly or I guess quickly

21      enough, you immediately draw the conclusion that he's

22      not being truthful?

23          MR. BENFORD:  Objection, form.

24  A.  Correct.  Facebook is full of a lot of people lying.

25  BY MR. YEE:

**Michael Dame**
10/26/2022                                              Page 178

1  Q.  Have you ever lied on Facebook?

2  A.  I don't believe I have, no.

3  Q.  But you've been banned a number of times from

4      Facebook, correct?

5  A.  Yes.

6          (Exhibit No. 17 was marked

7           for identification.)

8  BY MR. YEE:

9  Q.  Let's go on to Exhibit 17.  I believe this is a

10     document that you produced which is comments that we

11     saw earlier today.  Do you remember when we talked

12     about your comment anything to get rid of Shay?

13 A.  Yes.

14 Q.  A little different format than what we saw earlier.

15     This one includes the text, but it also includes the

16     I'm guessing is what like a profile picture or what

17     have you?

18 A.  Yes.  That was a search I did for key words when you

19     asked for stuff.

20 Q.  So for instance we talked about this earlier, this was

21     you telling Mr. Bradley that David Black just shut

22     down 2011 Universe so we can't post about Shay,

23     correct?

24 A.  That's the same post from earlier, that's just how I

25     got to it.

Michael Dame
10/26/2022                                                 Page 179

1   Q.   Okay.

2   A.   That's just the search results, and then that what you

3        got earlier was opening that up.

4   Q.   And here is where we see in your search your comment

5        to Mr. Bradley that Shay is a cancer that needs to be

6        removed, he has already damaged the market, correct?

7   A.   That's that same post, yes.

8   Q.   And when you say you ran a search, you ran a search

9        for your messages just typing in Shay, correct?

10  A.   Shay, Akai.  I don't remember all the things I did.

11       Whatever the discovery thing was asking for, I ran

12       searches on that to try to find everything.

13  Q.   Okay.  But this document here when you run the search

14       under Shay, it comes up with all of the texts that

15       mention Shay, but you would agree with me this is not

16       the complete communication, right?

17  A.   No.

18  Q.   For example there is stuff missing here?

19  A.   And then I should have clicked on that and then

20       screenshot that, too.  I wasn't 100 percent sure what

21       you guys needed.  This seemed to be the most efficient

22       way to do it I guess.

23  Q.   And when you ran a search to come up with this

24       document here, obviously it wouldn't include any of

25       the pictures or memes that you would have shared with

**Michael Dame**
**10/26/2022**                                              Page 180

1      Mr. Bradley, correct?

2   A.   Correct, just whatever the search is, it highlights

3      that.

4            (Exhibit No. 18 was marked

5            for identification.)

6   BY MR. YEE:

7   Q.   Let's go on to Exhibit 18.  So these are

8      communications between you and Double Alfalfa,

9      correct?

10  A.   Correct.

11  Q.   So you testified earlier that you believe it's a

12      Mr. John Ormon, correct?

13  A.   Correct.

14  Q.   And as with the last exhibit, this is your production

15      of a document based on your search for documents

16      simply using the search string term Shay, correct?

17  A.   Correct.

18  Q.   So it appears that there may be missing communications

19      in this document, correct?

20  A.   I'm fairly certain I gave the expanded of those, too,

21      didn't I?

22  Q.   We got videos, and I'm not sure if they're in there,

23      but it's hard to watch the videos.  I know we've got

24      videos.

25  A.   Yes, if you pull the videos and watch it, it goes

Michael Dame
10/26/2022                                          Page 181

1    through the whole thing.

2  Q.  Now, you testified earlier that you didn't learn that

3    Mr. Ormon was Double Alfalfa until spring of this

4    year, correct?

5  A.  Correct.

6  Q.  And that was based on a picture you saw of him posted

7    of him fishing with his brother on the Double Alfalfa

8    page, correct?

9  A.  Correct.

10  Q.  Do you know if the Double Alfalfa page is still

11    operational today?

12  A.  I do know, and it's not on Facebook.  I don't know if

13    it's on Instagram or not.

14  Q.  You mentioned earlier that you have had conversations

15    outside of Facebook with Mr. Ormon, correct?

16  A.  I don't believe I did say that.  If I did, it would

17    be -- it would have been like passing each other at a

18    match type deal.

19  Q.  Have you ever private messaged with Mr. Ormon?

20  A.  Yes.  That is part of Facebook.

21  Q.  In those private messages with Mr. Ormon, did he ever

22    tell you that he was Double Alfalfa?

23  A.  No.

24  Q.  On Exhibit 18 Double Alfalfa or Mr. Ormon tells you on

25    January 8th, 2020, we spend 98 percent of our free

**Michael Dame**
**10/26/2022**                                                    Page 182

1      time fucking with Shay Akai.  There is definitely some

2      instability on this end.  Do you see that?

3   A.   Yes.

4   Q.   Did you ask Double Alfalfa to so-called fuck with Shay

5      Akai?

6   A.   No.

7   Q.   Did you provide any meme ideas to Double Alfalfa?

8   A.   I don't recall.

9   Q.   Did you ask Double Alfalfa to post the public service

10      announcement from Akai?

11   A.   I don't recall.

12   Q.   Before that communication from Double Alfalfa to you

13      in January 2020, on December 9, 2019 you tell Double

14      Alfalfa or John Ormon, KKM offered to replace all the

15      ones he had, but Shay refused to send them in.  Do you

16      see that?

17   A.   I do.

18   Q.   Are you referring to -- what are you referring to when

19      you say here KKM offered to replace all the ones he

20      had?  Are you referring to barrels?

21   A.   I think more than likely that's what I was referring

22      to.

23   Q.   And who told you that KKM offered to replace all the

24      barrels that Shay or Akai had?

25   A.   I don't recall, but more than likely communication

Michael Dame
10/26/2022                                                    Page 183

1     with Chuck.

2  Q.  And then you further go on to tell Double Alfalfa,

3     Shay has dodged all of KKM's request for samples.  Do

4     you see that?

5  A.  I do.

6  Q.  And where did you get that information?

7  A.  I can't recall, but I would assume Chuck Bradley.

8  Q.  On January 7th, 2020 Double Alfalfa says to you, glad

9     you made it happen.  Don't know the guy, but Shay is a

10     bitch.  Do you see that?

11  A.  Yes.

12  Q.  What is he referring to when he says glad you made it

13     happen?

14         MR. ROBINSON:  Object to the form.

15         MR. BENFORD:  Join.

16  A.  I don't recall what that was specifically about.

17  BY MR. YEE:

18  Q.  You don't remember what you made happen?

19  A.  What he's referring to, no, I don't -- I don't

20     specifically recall what he's referring to in that

21     post.

22  Q.  On January 7th, 2020 you also indicate to Mr. Ormon,

23     who is Double Alfalfa, when Speedy was shooting for

24     him, he was trying to cover up his infidelities.

25  A.  Right.

**Michael Dame**
10/26/2022

1   Q.   Once he left, Shay started dragging, and then the

2        record is missing.  Do you see that?

3   A.   Yes.

4   Q.   Where did you get this information?

5   A.   From Shay.  He wanted me to go after Speedy to

6        discredit him after he left/fired.  I don't know why

7        he left, but Shay wanted me to discredit Speedy after

8        that.

9   Q.   Shay wanted you to discredit Speedy for what?

10  A.   Because he was mad at him for leaving.  He told me he

11       was stealing from him.  He told me he was -- all the

12       infidelity stuff.  He told me -- what is the

13       specifics.  He told me he was stealing components from

14       him, loading ammo for himself and selling it to

15       friends.  I don't remember the rest of it.

16  Q.   When did you have that conversation with Shay?

17  A.   When Speedy left or Lester left.

18  Q.   And did you agree to try to discredit Speedy?

19  A.   I never agreed or disagreed.  I just sat back and let

20       him keep talking.

21  Q.   Later on January 8th, 2020 you say to Double Alfalfa,

22       side benefit, Shay will think you're me if he

23       remembers that.  Do you see that?

24  A.   Yes.

25  Q.   What do you mean when you say this?

**Michael Dame**
**10/26/2022**                                                    Page 185

1  A.  Before that Shay was convinced that I was Double

2      Alfalfa in the chat group we were all in, which I

3      wasn't.  So I probably gave him a jab that I sent to

4      Shay, a joke I made about Shay to Shay just to mess

5      with him I guess.

6  Q.  Okay.  But did you do anything specifically on the

7      Double Alfalfa page to make it look like it may have

8      been you?

9  A.  No.

10  Q.  Regarding these messages that are missing here, you

11      mention a video.  Will you produce those, and now that

12      you know what we're looking for, will you produce

13      those in a printed format?

14  A.  Am I legally obligated to?

15  Q.  Yes, I'm asking you to, because the videos are --

16      they're unwatchable.

17  A.  I would disagree that they're unwatchable, and would

18      my time be compensated for doing so?

19  Q.  We would compensate you for cost of copies.

20  A.  And time?

21  Q.  Well, there is missing communications here that we're

22      entitled to see.

23  A.  And I gave them to you, you just don't approve of the

24      format.

25  Q.  Okay.

**Michael Dame**
**10/26/2022**                                                    Page 186

1  A.  I feel I've done what I was required to do from that

2      request.

3  Q.  When about an electronic download of them, there

4      wouldn't be any paper at all.

5  A.  The electronic download of all that I tried.  I didn't

6      know how to do it, so I went that route.

7          MR. YEE:  Excuse me, what time does

8      everyone have?  I have 1:56.

9          MR. ROBINSON:  Yes.

10          THE WITNESS:  So we have four minutes, then

11      I have to go do my job.

12          MR. YEE:  The next exhibit I actually have

13      a number of questions about, so I think when we pick

14      up next Thursday at 8:00 a.m. so it's not going to be

15      choppy, maybe this would be a good time to end.

16          (Discussion off the record.)

17          MR. ROBINSON:  Mr. Dame, thank you for your

18      time this morning and this afternoon.  I think Mr. Yee

19      will renotice the continuation for next Thursday at

20      8:00.  If everybody can block off on their calendars,

21      and then Ed and I will coordinate and I give that

22      information to you as soon as I receive it, Michael.

23          MR. YEE:  Thanks everyone.

24          (Deposition adjourned at 1:59 p.m.)

25

Michael Dame
10/26/2022                                          Page 187

1   STATE OF MICHIGAN)
            )SS.
2   COUNTY OF OAKLAND)

3                 CERTIFICATE OF NOTARY PUBLIC

4         I, DIANE L. SZACH, a Notary Public in and for
    the above county and state, do hereby certify that the
5   deposition of said witness was taken before me at the
    time and place hereinbefore set forth; witness was by
6   me first duly sworn to testify to the truth; that
    thereupon the foregoing questions were asked and
7   foregoing answers made stenographically and later
    reduced to typewritten form; and I certify that this
8   is a true and correct transcript of my stenographic
    notes so taken.
9         I do further certify that I am not connected by
    blood or marriage to any of the parties, or their
10   attorneys or agents; that I am not an employee of
    them, nor am I interested directly or indirectly in
11    the matter in controversy either as counsel, agent,
    attorney, or otherwise.
12         IN WITNESS WHEREOF, I have hereunto set my hand
    this 8th day of November, 2022.

13

14

15

16             Diane L. Szach, CSR-3170
             Oakland County, Michigan
17             My Commission Expires:  3/9/24

18

19

20

21

22

23

24

25

Michael Dame
10/26/2022

1

157:13

**$**

**$1,000** 97:4

**$100** 97:2

**$200** 97:12

**$3,000** 97:10

**$400** 97:13,15

**$500** 39:17,19,20 97:4,9

**$7,000** 133:20

**0**

**001039** 143:15

**001098** 33:5

**1**

**1** 32:5,9 39:23 42:14 58:20 68:15

**1/2** 143:2

**10** 19:7 75:17 77:6 126:12,15, 17,25

**100** 66:16 82:4 90:5 103:11 116:8 148:16 179:20

**1097** 32:20

**1098** 32:19

**10:00** 144:10

**10:07** 143:21

**10:16** 65:21

**10:24** 144:6,7

**10:49** 95:22

**10:51** 103:2

**10:54** 99:11

**10th** 127:1

**11** 68:11 137:11,14,25 145:1

**11:39** 76:19

**12** 145:25 146:1 156:25

**1201** 11:19

**12:00** 141:3

**12:10** 141:20

**12:15** 141:20

**12:30** 141:5

**12:31** 109:22 112:2 115:22

**12:33** 110:12,17 115:23

**12:40** 104:16 106:1,9

**12:41** 105:16 106:24

**12:54** 107:11

**13** 82:20,25 156:14,17 157:6, 9,18

**13th** 77:6 78:2,10 80:16 81:5, 15,19 82:22 84:15,19 85:16 86:18 88:12,25

**14** 38:13 160:14,17

**15** 91:19 165:1,4

**150** 97:12

**16** 144:10 171:4,7

**16th** 143:21

**17** 49:17 113:7 178:6,9

**17th** 109:22 110:17 112:3 144:23

**18** 151:10 180:4,7 181:24

**19** 95:22 103:2 118:9 145:6

**1911** 113:1,5,15 114:17 115:2 116:4,5,15 117:17 143:18 144:7,8,11,17 149:24 150:3,7 161:9

**1999** 18:20,21

**19th** 99:7,12

**1:08** 108:25

**1:10** 112:4

**1:56** 186:8

**1:59** 186:24

**2**

**2** 49:9,13 65:20 129:14

**20** 32:13

**2000** 29:7 38:14

**2000's** 14:20 21:12,21

**2011** 19:11 38:11 44:10 48:1, 12 49:2,6 148:7,13,14,15,18 149:12,14 150:9,22 151:2,7 178:22

**2012** 30:8

**2014** 38:13

**2015** 12:18,20,23 16:18 173:18

**2019** 33:9 40:16 42:16 47:2,5, 10 66:22,24 91:19 109:22 110:17 112:3 113:7 118:2 143:21,22 144:10,15,19,23 151:1,10 170:12 182:13

**2020** 24:8 40:11 47:2 49:15,17 50:11 59:2,21 65:21 68:17 72:5 75:17 77:7 78:2,10 80:16 81:5,16,20 82:21,22 83:1 84:15,19 85:16 86:18 88:12, 25 89:24 95:23 99:7,12,24 103:2 104:17 105:3,5 107:11 126:25 127:1 145:6 181:25 182:13 183:8,22 184:21

**2022** 6:2

**21** 64:11

**22** 45:8 58:19

**228** 11:10

**23** 13:6 138:1

**24** 13:6 138:1

**25** 68:11

**250,000** 145:8

**26** 6:2

**28** 104:17

**28th** 65:21 107:11

Michael Dame
10/26/2022

**2:00** 139:17,25 140:2,22 141:8 143:2

**2:18** 151:10

**2:35** 151:12

**2:57** 72:5 73:9 75:17,25 76:17

**2:58** 84:20 85:8

---

**3**

**3** 58:14,17

**30th** 59:2,21

**31st** 139:8

**38** 74:11 154:22

**3:22** 85:16

**3:23** 82:20,22

**3:25** 82:25

**3:27** 84:15 86:18

**3:28** 80:16 88:11,24 89:8

**3:29** 88:14,18 89:16

**3:31** 77:7 78:10

**3:32** 81:6,15

**3:33** 81:19

**3:57** 33:9 40:17

---

**4**

**4** 64:6,9

**40** 153:14

**416R** 151:11,15,24 152:14,15, 19,24 153:8,12

**42** 153:15 154:14

**42-46** 154:22

**46'ish** 153:15 154:14

**4:08** 42:16 43:2

---

**5**

**5** 68:6,9 72:4 75:16 86:13 87:9

88:9 143:2 153:12

**5,000** 39:3

**5.1** 85:23 86:3,6,16 87:4 89:22 143:7,11 150:24

**543** 59:1

**544** 58:25

**5:59** 91:18

---

**6**

**6** 75:16 91:9,12,17

**6:13** 91:25

**6:15** 94:25

**6:16** 49:17,22

**6:20** 151:1

---

**7**

**7** 95:18,21

**7/29/80** 11:6

**70,000** 83:18,24

**7th** 183:8,22

---

**8**

**8** 68:17 72:5 82:16 89:23 104:13,16

**8.1** 109:18,21 112:1

**8.2** 111:9,12

**8:00** 6:3 186:14,20

**8th** 181:25 184:21

---

**9**

**9** 33:9 73:25 74:2,9,10,11,12, 16 82:16 118:5,8 151:1 170:12 174:9 182:13

**97** 15:16,17,19

**978** 88:20

**98** 15:16,17 181:25

**982** 76:22,25 77:2

**983** 76:21,24

**99** 153:11

**9:16** 89:23

**9:19** 59:2

**9:22** 59:20

**9:49** 68:16

**9th** 40:16 42:16

---

**A**

**a.m.** 6:3 59:2,20 65:21 68:16 89:23 95:22 99:11 103:2 109:22 110:12,17 112:2 115:22,23 186:14

**ability** 7:16 9:7

**absolutely** 17:2 64:3 129:24

**accept** 97:24,25

**access** 41:11 55:7 150:16,20 172:17

**account** 45:22 46:4,10

**accounts** 47:19

**accurate** 7:17

**accurately** 9:7

**accused** 55:3

**action** 111:1

**actions** 35:6,7

**active** 48:25 82:15 86:21 95:2 117:7,8 149:21 164:6

**actively** 105:3

**actual** 47:21 96:9 118:15 156:8

**addition** 10:23

**additional** 141:2

**address** 11:9,11,13,15,18,21 12:5 84:12 86:15,23

Michael Dame
10/26/2022

3

**adjourned** 186:24

**admin** 47:24 141:25 142:4 143:9,18 172:14,25

**administrative** 47:18 48:7,9 143:10

**administrator** 47:23 116:9

**admins** 142:17

**adults** 93:9

**advantage** 63:11,14,15,19

**advertisement** 118:14

**advice** 64:25 67:3

**affect** 9:7 97:18

**affected** 60:10 61:2,12,14 63:3 96:14

**affecting** 96:18

**affects** 97:19

**affiliated** 167:21

**affiliation** 50:25

**affiliations** 34:9,12

**afternoon** 186:18

**agent** 125:6,10,14,15

**agree** 138:17 172:7 179:15 184:18

**agreeable** 139:5,6 140:12,14

**agreed** 184:19

**agreement** 6:9

**agrees** 134:13

**ahead** 12:19 34:10,20 35:21 40:8 61:20 63:16 74:25 86:25 90:22 93:16 95:15 99:19 101:3 108:12 120:6 123:24 124:10 125:2 129:5,23 154:5 155:3

**Akai** 26:8 61:2,6,18,25 62:2,7, 11 63:17,21 69:7 70:3,10,14, 16,17 71:13,19 72:18 74:22 75:12 90:2,12 98:25 102:20 105:25 131:21,23 132:2 133:6 134:3,4,24 135:4,13,20 136:2

160:5 170:15,23 179:10 182:1,5,10,24

**Alex** 92:10

**Alfalfa** 71:23 92:21 131:17,18 163:9,14,23,24 164:6 173:14 180:8 181:3,7,10,22,24 182:4, 7,9,12,14 183:2,8,23 184:21 185:2,7

**allegation** 26:2

**alleged** 68:1

**allergies** 8:20

**allowed** 46:10 70:24

**Alpha-victor** 13:2

**Alphonse** 6:22

**aluminum** 40:13

**Alvin** 171:14,17,18,21 173:1

**ammo** 174:19 184:14

**ammunition** 175:9

**amount** 46:11 73:7 97:6 120:19

**and/or** 61:6 124:6 169:2

**angles** 132:16,23

**announce** 10:22

**announced** 144:12

**announcement** 26:8,18 27:14 28:10,13,14,18,19,21,24,25 29:19 30:23 42:8 67:1,4 150:4 164:20 182:10

**announcements** 41:19

**answering** 57:12

**answers** 7:15,18

**anticipate** 140:7

**apartment** 11:14,22

**apparently** 77:22 89:12 120:4 132:3 166:13 174:25

**appearance** 10:23

**appearing** 7:10

**appears** 33:1,4 49:13 64:13 65:9 68:15 82:18 110:13 111:15 112:17 118:14 133:15 144:18 145:1 151:8 156:22 158:9 161:11 162:4 169:22 171:7 174:17 180:18

**applied** 74:23 75:5

**appreciated** 157:2 158:20

**apprentice** 13:10 14:7,8,9,11

**apprentices** 13:22

**apprenticeship** 16:2

**apprised** 146:23

**approach** 102:5,8

**approve** 185:23

**Approximately** 47:11

**April** 65:21 104:17 105:3,5 107:11

**area** 38:18 51:14 122:18 145:24

**Areas** 59:4

**arrangement** 16:16

**Asian** 171:15 172:9,13 173:8 174:6

**asks** 144:6 151:10 162:8

**aspect** 132:9

**aspects** 38:2 95:10

**assist** 25:15

**assume** 8:6 15:9 37:5 39:5 55:13 61:5 83:2 126:17 128:2 145:12 151:11 154:5,16,18, 21 157:24 166:9 174:22 183:7

**assumed** 42:24

**assuming** 42:22 43:14 48:14 56:4 68:24 73:24 88:17 92:7 106:3 110:23 130:2,15 133:4 139:5 140:11 154:11

**assumption** 50:4 126:7,11 156:6

**Atlas** 36:1,19 37:4 95:11

**Michael Dame**
**10/26/2022**

**4**

**attempt** 40:19 116:16

**attempted** 124:5

**attempting** 145:17

**attempts** 123:23 124:23,24

**attended** 15:7

**attention** 118:12 143:19 150:24

**attorney** 159:16,19

**attorney-client** 10:19

**attorneys** 6:24 8:12 10:10 60:21 141:9

**AV** 13:2 15:25

**aware** 11:1 25:24 26:2,3 42:7, 10 44:14 123:11,14,22 124:23

**awhile** 60:24 95:1

**axis** 17:24

───────────

**B**

**Bachelor** 13:21

**Bachelor's** 13:20

**back** 8:16 9:24 32:24 39:23 40:16 42:24 43:17 46:8,12,20 50:1 51:8 59:21 65:10 74:20 76:9 81:19 83:6,8 88:12 91:25 95:1 101:11 110:12,15 111:24 112:9,11 115:20 127:13 141:1,13 142:17 143:4,7 144:4 146:4 149:22 151:9 155:21,23 158:4 163:18 166:18 167:19 168:3 169:11 170:12 174:9 175:11 176:15 184:19

**background** 16:24 17:3,8,10, 12,18 20:6 124:16 139:12

**backup** 29:21 45:9,20 47:7

**backwards** 32:17,21

**bad** 28:2,9 29:4 45:10 54:9 60:1 62:25 87:12 90:10 122:6 133:17 165:13 175:8 176:12

**badly** 90:8 96:7

**bagger** 43:18,20 44:17,19,23, 25 72:2 92:21

**Bagger's** 44:13

**Baker** 83:21 135:20 136:5,21 137:6

**Baker's** 136:4,5

**bankruptcy** 165:8

**banned** 45:9,18 47:7,8,11 116:7 161:9 178:3

**barrel** 23:11,12 26:13 28:11 38:6,23,24 39:8,9,11,13,14,21 42:6 77:21 82:18,21 83:2,3,6, 10,13,15,17,20,25 84:3,6 85:17 87:5,9,15,16,24 88:13, 21 89:3 102:15 123:8 132:11, 13,24 133:6,9,12,13,22,25 152:16 153:10,12 154:15,21 155:13,14 156:1,2 157:20 158:15,17 160:1 162:19,24 163:4,7 164:21 174:13,18 176:12,15,16,17,20 177:12

**barrels** 23:12,16 25:25 26:11, 14,16 41:10,11 122:6,10,13 123:16 148:18 153:8 154:1,7, 12 155:1 156:12 159:4,6,15, 23 160:12 172:3 182:20,24

**based** 7:8 16:13,14 169:20 176:23 180:15 181:6

**bat** 104:24

**batch** 28:2

**bathroom** 8:21

**Bear** 49:8 68:4 145:22

**begin** 6:25 71:12 87:14 176:20

**beginning** 10:22 28:21 130:25 160:24 161:6

**behalf** 35:15

**belief** 169:6

**Ben** 42:11 54:18

**benefit** 68:10 69:11 184:22

**Benford** 9:14 10:8,15 34:10,20 35:21 40:12,21 43:8 52:2,13 53:12 56:23 57:7,11,15,22 58:6 59:16 61:19 62:13,21 74:25 79:18,25 80:6,12 86:25 87:22 90:20,22 93:6,18,24 94:7,13,20 95:13 96:16 97:22 98:12 99:18 100:12,24 101:2, 9,25 103:10 104:2,10 105:8 106:14,21 107:8,24 110:8 114:21 116:22 120:3 124:1,9, 13 125:2 127:22 129:5 134:18 137:23 138:3,5,10,14 139:4 140:4 147:7 154:2,5 155:4,18 156:4,19 168:22 177:23 183:15

**BGSL** 45:4

**big** 59:3 71:11

**bigger** 109:25 110:4 126:15 132:22 156:18

**birth** 11:5

**bit** 47:9 60:9 110:4 113:17,19 117:5 137:21,24 140:23 141:14 144:6 147:19,22

**bitch** 183:10

**bite** 140:24

**biz** 128:20

**black** 44:10 48:3 92:10 132:13,24 133:9 142:9 148:10,22,25 149:1,2,11,18 150:22 151:2 178:21

**blame** 140:10

**blended** 36:5

**blew** 157:20 158:15,17,25 162:25

**block** 186:20

**blocked** 37:14 63:24

**blog** 150:20

**blow** 162:19 174:18

**blue** 111:19 126:21 160:21 173:24 174:3

**Michael Dame**
**10/26/2022**

**bluish** 146:17

**blurry** 110:1

**board** 54:18

**Bobby** 37:11 95:3,5,8

**booted** 150:6

**border** 17:23

**born** 12:11

**bottom** 32:18,23 36:5 42:15 58:23 64:16 65:7,8 75:23 76:13,23,24,25 77:3 109:24 163:4 168:8

**bottoms** 64:18

**bought** 17:22 156:1

**box** 128:5

**BQ5** 153:12 154:15

**Brad** 47:25 48:18,20,21 127:8

**Bradley** 21:19,21 22:23 27:15 30:24 31:5,9,12,14,17,22 33:2,20 34:8 39:25 40:5,19 42:16 43:2,5,17 49:14,17 50:2 54:1 56:5,6 59:3,8,21 65:3,11 66:6 68:16,18 72:5 73:9,12,19 74:21 75:19,21 76:1,3,14 77:4,8 78:25 80:16 81:6,9,12, 15 82:17,20,25 83:10,14 85:17 86:19 88:10,24 89:9,24 90:4,14,18 91:19,25 92:14 94:25 95:23 99:12 100:7,19 101:16 103:2,7,22 104:23 106:19 107:13,17 108:25 109:3,23 110:6 112:2 113:11 114:12,20 115:15,22 116:20 124:17 127:20 128:16 131:3 132:15,18 134:10 137:4 143:20,22 144:5 151:2 166:3, 7 178:21 179:5 180:1 183:7

**Bradley's** 32:10,14 58:19 64:10 68:12 74:20 84:16 110:22 118:9

**brag** 125:19

**brain** 89:14 100:17

**branch** 16:19 17:21

**brand** 70:17

**brass** 74:11

**Brave-golf-sierra-lima** 45:8

**break** 8:17,21,23 9:2 28:4 64:4 85:20 139:1 140:20,25 142:23 171:1

**breaking** 26:14

**breaks** 8:19,23,24 143:2

**Brian** 54:19

**briefly** 16:16 19:9

**bring** 103:4 115:19 145:25 164:18,24

**bringing** 49:18 100:5 103:15 161:3

**broken** 22:13

**brother** 163:20,21 181:7

**brought** 12:21,23 13:1 17:1 70:20 113:25

**BS** 27:18 35:17 68:21 69:2 71:4 120:17,18,19 123:21 124:20 164:11

**Bueller's** 175:2

**buffer** 140:22

**build** 20:23 96:11 133:21

**builder** 37:11,19 63:18

**builders** 35:13,15,20,23,25

**building** 62:24 95:9 133:17

**builds** 61:2 74:18

**built** 20:12,14,17 21:2 63:2 70:16 73:15 75:10 95:16 96:7 134:13 136:4

**bullied** 69:16

**bulls** 160:1

**bullshit** 71:10

**bunch** 46:23 54:20 93:9 128:19

**burn** 33:15,17,19 40:17 170:15

**burned** 97:23

**business** 17:23 21:13 60:1,2,6 61:1,5 62:2,17 63:2 66:5,18 120:23 131:25 132:7,8 134:25 135:5 145:18,19 160:5

**buy** 22:6,8,14 26:16 38:12 70:17 125:19 155:13,14 156:2

**buying** 22:3 34:6 130:2,4

**buyoffs** 17:23

---

**C**

**cabal** 66:17

**Cabots** 170:6

**calendars** 186:20

**calibrated** 154:17

**caliper** 19:12

**call** 10:11,13,18 22:22 53:5 60:20 63:12 168:18 177:10

**called** 22:21 35:17 42:13 60:19 71:22 92:9 123:8 132:2 147:11 149:2 165:25 166:7,11

**calls** 159:20,21

**camp** 149:23

**Canada** 12:12,13 13:15,17 14:18 16:14 17:1 18:21,24 19:2,19 20:24,25

**Canadian** 16:15 20:25 21:8

**cancer** 95:25 96:2 131:4 179:5

**Cao** 53:2 60:7 69:3,10,13,20 70:10,14 72:6,14,17,22,25 73:3,18 129:15 131:15 174:6

**Cao's** 129:18

**cap** 20:18 92:8

**card** 14:17 15:2,4

**career** 16:8

**careful** 26:15 169:24

**cartridge** 74:15

Michael Dame
10/26/2022

6

**case** 6:25 21:10 23:6 24:12 69:25 77:3 81:7 142:14 169:1, 4

**cash** 70:24 73:7 97:5,25

**cast** 58:4,7 140:10

**catastrophic** 176:14

**catches** 8:12

**causing** 28:4,7 83:4

**cave** 148:10

**cease** 171:11

**cert** 97:11

**certificate** 13:23 14:4

**certified** 6:5 14:18

**certs** 96:11,17,22,24 97:14 98:10 99:1

**cetera** 59:4

**chain** 65:9

**chance** 153:11

**change** 46:1,7,10,16,19,21 67:14

**changed** 46:1,3,7,8,12,17 51:8

**character** 58:5

**charge** 39:13

**charged** 176:18

**Charging** 96:10

**Charles** 21:18

**chat** 34:22 35:7,10,12 40:4,7 41:23 44:2 48:22 55:12,15 59:18 65:13 92:8,9,12,13 94:24 105:1 136:25 142:14 185:2

**chats** 92:1,4,6 147:14

**check** 77:16

**Cheely** 126:23 127:5,10,16 128:1 130:11 131:10 132:4,10 133:16,18 134:2,11 135:19 136:7,18 145:2,7,14,17,20

**choppy** 186:15

**Christian** 166:15,25 167:2,20 168:2 169:2

**Chuck** 27:15 30:24 31:4,17 33:24 34:25 40:19 42:23 52:20 75:21 76:1,14 77:3 112:17 115:15 122:3,4 133:4, 7 135:15 146:23 161:25 165:25 166:3,6,11 183:1,7

**Chuck's** 113:2

**citizens** 18:11

**city** 11:24

**claim** 40:20 67:21 119:17,20 120:2 136:2 158:24 165:8 168:20 177:14

**claimed** 67:17 106:7 177:11

**claiming** 25:25 28:2,6 36:21 72:18 122:6 156:11 162:18

**claims** 41:9,14 52:11

**Clair** 13:10,14,19 14:3 15:6,9

**clarification** 141:23

**clarified** 124:22

**clarify** 19:22

**clarifying** 11:2 152:12

**clear** 8:15 28:17 40:24 41:1 42:17 91:6 100:15,21 101:7 104:17 110:16

**clicked** 179:19

**close** 17:5 30:5

**closed** 128:22

**closely** 17:14

**Club** 45:13,15

**CNC** 12:24 13:5,7 14:4 16:8, 10,11 17:3,24 36:20,25 37:4

**co-op** 15:20

**Cody** 83:21 136:6,21 137:9

**coffin** 129:15 130:1 131:16

**coincidentally** 113:11

**Colantone** 158:16 162:8,13, 20,25 174:13,19,25 175:5,15, 21,22,23,25 176:4,8,11,13 177:1,19

**Colantone's** 158:22,24 163:4, 7 174:18

**college** 13:9,11,13 15:7

**comment** 40:16 54:1 68:16 73:17 74:20 75:15,17 76:17 77:25 78:13,15 82:21 84:10, 16 85:1,7 86:12,16,17 87:4 88:2,24 89:7,24 92:14 94:24 95:24 103:3 106:1,9,24 110:18,20,22 111:19 131:2,15 147:10 158:13 165:15 178:12 179:4

**commenting** 175:8

**comments** 37:6,15,16 54:21 71:18 101:22 154:13 157:1 178:10

**commit** 138:22 139:2

**committed** 107:6

**communicating** 109:3

**communication** 33:8 49:16 64:14 65:11,21 112:5 126:24 135:19 146:13 157:10 160:18 161:11 179:16 182:12,25

**communications** 32:3 49:14 58:21 65:8 100:19 122:23 127:19 143:20 145:2 156:23 159:3 167:3 171:8 180:8,18 185:21

**community** 60:2 69:4 93:11

**comp** 36:5 127:9,15

**companies** 41:23 63:13,14 80:17,21 88:3,11 119:13

**company** 14:10 15:25 16:1,2, 7,10,11,13 17:20 23:11,14 26:15 29:18 42:1,3,7 50:13,17 51:1,6,8,13,17,21 52:5,17 53:10 56:17 63:10 77:20 80:10 97:4 100:1 104:19 105:24,25 106:2,4,6,8,10 119:11,20 120:1 128:22 129:8

**Michael Dame**
**10/26/2022**

**7**

131:20 132:2 167:16,17

**company's** 51:10 70:25

**compensate** 185:19

**compensated** 185:18

**compensators** 128:2

**competing** 20:4

**competition** 39:5 60:4,5

**competitions** 34:8

**competitive** 18:16,18 20:20 22:9,11 63:8 67:11 70:22 99:9 100:22 101:8 118:20 130:21 131:9

**competitively** 60:11

**competitors** 97:24

**complain** 58:2 98:25 102:22

**complained** 98:21

**complaining** 51:1 98:20

**Complaint** 24:7,12 67:24

**complete** 179:16

**completely** 43:10 84:1

**components** 60:13 152:11 184:13

**comps** 36:4,7 128:2

**concept** 137:17

**concerns** 42:10

**concluded** 176:8

**conclusion** 124:7 125:1,5 126:1 177:21

**conduct** 41:13

**conducted** 80:25

**conducting** 63:22

**conducts** 35:6,10,11

**Confidential** 47:24 48:17

**confirm** 10:21 136:20

**confirming** 169:18

**confuses** 89:13

**conjunction** 112:1 161:12

**connected** 167:21

**connection** 21:10,11,14 22:1, 4,7,19,22 23:18 31:2,18 32:12 34:2,4,7,9,15 86:7 91:6 118:11,18 119:4 123:1 124:7 128:16 143:13 151:1 155:14 156:3 157:24 158:2 162:4,9, 13 172:22

**Connection's** 41:1

**contact** 31:14 53:22 55:11

**contacted** 30:23 31:2,12 39:24 40:5 122:3,12 175:20

**contacting** 127:10

**contents** 123:3

**contestant** 164:25

**context** 76:7 78:17 86:4 90:12 156:21 158:8 166:9

**contingencies** 73:1,5,18 75:4

**contingency** 53:4 60:8 61:12 62:6,8 68:20 69:2,6,11 70:3, 11,24 71:4,14,19,20 72:6,12, 15 73:5,22 74:23 75:8,13 76:4 85:9 129:18 131:15,17 165:13,16

**continuation** 76:15 142:20,24 143:4 186:19

**continue** 138:17

**continuing** 103:5 139:7 140:12

**control** 47:18 48:7 142:3 143:10 149:10,11,14,18 150:22

**controls** 48:9 117:17,19

**conversation** 8:10 24:6 25:16 33:1 82:16 88:5 100:16 103:17 156:22 159:9,10,14 162:22 166:13 169:19,20 184:16

**conversations** 24:14,16 25:18,20 32:23 72:14 83:14 122:20 123:2,4 137:9 151:9

159:5,18 181:14

**conversed** 104:11

**convince** 145:17 160:4

**convinced** 27:20 92:21 185:1

**convolute** 153:2

**cool** 59:3 149:16 157:18 159:2 163:2,11

**cooperative** 142:24

**coordinate** 186:21

**copies** 185:19

**correct** 18:14,16,17,22,23 19:23,24 24:25 25:4,5 26:9 30:20,24 31:6 33:2,3,6,7,17, 20,21 40:1 41:17,21 42:9 46:22 49:7 50:7 52:8,9 55:4, 17,18 57:3,4,6,20 61:3,4,7,10, 13,18,25 62:1,3,4,6,7,12 63:3, 8 64:15 65:12,18 66:1,10 67:5,6,12,22 69:20 70:12,18 77:21 78:2,3 79:13,14,16,23 80:18 90:19 92:3 93:1,2 94:5, 13 96:15 101:8,18,19 103:19, 20,24 105:4 107:19,20 109:6 111:17,18 112:7,8 113:12 115:10,13,14,16 117:9,20,22, 25 118:3,4,21 119:5 121:2,4 123:24,25 126:8,9,11,19,25 127:3,11,12,16,21 128:3,4 129:4 130:22 131:11 132:11, 12 134:12,13,17,22,23 135:18 136:9,10,15,16,19 139:14,18, 19 144:20,24 145:8 146:14, 15,17,18 150:4,5,7 151:7 152:10,25 155:16 156:3 157:7,8,11,12,16 158:20,21 160:19 161:9 162:5,14,15 165:5 167:25 169:12,13,16,21 170:12 171:8 175:3,4 177:8, 24 178:4,23 179:6,9 180:1,2, 9,10,12,13,16,17,19 181:4,5, 8,9,15

**corrected** 60:24

**correctly** 70:21 73:8 78:23 81:10 114:2

cost 39:18 54:10 185:19

costs 122:7

counsel 25:14,19 122:21,24
140:12 159:11

country 51:4,6

couple 9:11,12 13:24 51:5
110:12

court 6:4 7:16 11:10 81:3
119:13,18,19,22 139:9

courtesy 7:21

cover 72:25 105:17 106:24
122:7 137:22 183:24

covered 73:5,6 74:1 101:6
144:22

Coxs 11:16,18

crack 38:24

cracked 38:15,16,20,23 73:25

crackers 157:3

cracking 38:6,7

crappy 35:1,5,12 97:16

create 71:13

created 142:9

credit 58:11 69:9

Creek 11:16,18 173:24,25

cross 17:23

crude 54:21

crystal 100:15

Cuck 92:8

cunt 33:15,17,19 40:18

curiosity 127:14 177:18

curious 79:20 80:24

Curt 92:11

custom 36:22 37:3 61:2,6,18
63:17,21 70:3 71:14

customer 34:12 168:14

cut 36:6,11 38:17 40:3 65:18

75:21 77:8 78:9,16 82:23
83:3,5 139:21 152:4,14,18
153:2

cutoff 140:16

cuts 66:21

cutter 37:1 151:19

cutting 7:25 67:3 151:13,15,
21,24 152:8,9,13,23,24

**D**

damage 109:17

damaged 96:1 98:8,10 176:19
179:6

Dame 6:15,16,22,23 8:13
10:17,25 11:5 17:20 25:13
32:8 33:5 39:24 45:24 46:2,
14,15,17,20 49:16 57:11 64:9
68:9 84:14 85:18 86:1 91:18
112:18 117:10 121:8 126:17
137:18 138:20,22,25 139:5,
15,24 140:11,25 142:22,23
143:8,16 150:21 156:5 171:7
172:18 186:17

Dame's 16:21 138:18

date 11:5 33:8 49:22 87:5 88:9
112:3 139:7,8

dates 128:15 164:8

Dave 148:24,25 149:1,2

David 44:10 48:2 92:10 142:9
149:5 151:2 178:21

day 21:16 25:17 27:1,4 41:22
42:2,10 54:3,8 55:2,19,22
56:13,17,19 57:6,20 72:19
78:11,20 79:3,7,12,16 80:4
81:10 84:11 86:13,21 91:20
92:5,15,23,24 93:14 99:13,17
100:4,8 103:18,23 144:24
147:21 148:6 175:2

dead 92:13 94:25

deadline 139:10 140:13

deal 130:17 181:18

dealing 23:1

dealings 61:6 62:2,5,10

Deatsville 11:19

debt 108:1

debts 108:23

December 33:9 40:16 42:16
91:19 109:22 110:17 112:3
113:7 118:2 143:21 144:10,
15,19,23 151:1,10 170:12
182:13

decided 66:13 132:7

decipher 92:20

decipherable 25:12

deeds 105:17

deep 38:18

defaulted 145:7

defective 29:2

defend 33:25 109:4,13

defendant 21:10 23:6 159:8

defendants 122:24

defense 10:20 106:16,22
107:3 108:8

define 28:23 51:18

definitively 89:20

degraded 54:20

degree 13:19

degrees 13:22

deleted 44:20,25

demand 27:16 31:1,5,7,11,17,
23 33:23 34:14,16 39:25 40:2,
6,9 119:3,4,10 120:15 121:5,
13,23,25 123:22 124:19,20,22
125:21,23 172:4

Deneski 118:20

denied 73:7

deny 115:6

denying 60:7

Michael Dame
10/26/2022

9

depending 97:3

deposition 6:1,6 7:1,4 8:12
9:10,16,17,21 10:17,25 17:6,
17 32:10,14 58:19 60:21
64:10 68:12 77:13 110:15
118:9 138:7,18,24 139:3,6,7,
16 140:13 143:4 186:24

depositions 9:12 140:15

deposits 165:8

describe 19:10 54:25

desist 171:11

determine 76:16 82:12 156:24

detrimental 98:3

developed 153:12

developer 150:20

dialogue 157:6 158:9

Diane 6:4 7:15,23 33:15 45:5
155:22

died 48:18

differences 19:10,14,16

differently 13:21

difficult 7:23

digging 127:7 128:8,11
131:10

direct 25:19 61:17 62:10 107:5
118:11 129:3,8,11 143:19
150:24 174:10

directives 32:2

directly 23:17,19 30:4 73:17
87:25 88:2 96:14,17 118:12
122:13,16 123:12,13 137:7
155:13 156:1 162:20 177:20

directors 97:1 98:14

directory 132:1

dirt 105:4 128:12

disagree 185:17

disagreed 184:19

discovered 24:1

discovery 27:11 32:12 139:10
140:13 145:4 179:11

discredit 40:19,24 58:10
90:19 105:7 109:6,8 168:20
184:6,7,9,18

discredits 109:1

discuss 25:18,20 31:22
122:13 123:3,8

discussed 113:25 138:20
140:16

discussing 59:17 116:5
142:11

discussion 91:15 114:1
118:23 138:21 139:1 143:5
186:16

discussions 32:1,18 142:15

dislike 62:16,18

disparage 35:13,14,16 36:11

disparaged 35:19,20 36:8

disparaging 36:12 95:9

disqualified 72:20

dissatisfied 102:20

distinction 86:5

diverting 51:25

divisions 19:5,6,10

divorce 108:1

divulge 122:23

document 32:8,13,21 33:1,10
49:12 58:18 64:10 86:2 99:19
104:1 118:13 146:5 156:21
178:10 179:13,24 180:15,19

documents 9:15,18,22 24:25
25:15 32:11 86:4 143:12
150:25 180:15

dodged 183:3

dollar 107:14

Double 71:22 92:21 131:17,18
163:9,14,22,24 164:6 173:14
180:8 181:3,7,10,22,24 182:4,

7,9,12,13 183:2,8,23 184:21
185:1,7

doubt 58:4,7 119:25 137:8
177:11

download 186:3,5

dragging 184:1

draw 177:21

drew 124:7,25

drink 64:2 140:23 141:13

drinking 8:20

driver's 46:22

drop 85:15 98:2,3,5

due 38:17

duly 6:17

duper 154:17

Duty 42:12 54:14,15,16 78:24

E

e-n 45:12

earlier 32:17,22 57:2 77:12
79:6,11 86:4 91:6 92:25 96:13
109:21 116:2 127:19 129:2
131:2 132:14 133:9 141:24
143:16 144:22 145:11,15,21
150:2 156:8 172:5 173:5
174:10 178:11,14,20,24 179:3
180:11 181:2,14

early 14:20 21:12,21 24:24
30:9 38:13 47:2 66:22

earned 69:4

easier 17:22 22:21 25:8

easily 36:16 94:1

easy 22:17 37:9 50:4 177:14

eat 140:24

Ed 6:23 137:24 139:6 142:18
186:21

edge 148:1,3

Michael Dame
10/26/2022

10

**edited** 26:12,19

**Edmund** 140:21

**education** 15:6

**efficient** 179:21

**effort** 96:19 170:21

**electronic** 186:3,5

**electronics** 51:2 128:23

**email** 31:15

**employed** 15:22

**employee** 34:4 167:5

**employer** 11:19 12:25 15:24 17:1

**employers** 157:25

**employment** 151:22

**encourage** 70:6

**end** 39:19 102:20 160:25 161:6 177:3,4 182:2 186:15

**ended** 29:8 30:11 113:22,24

**engage** 170:18 177:8

**engaged** 10:24 25:14

**enjoyment** 128:17

**Eno's** 54:19

**entered** 10:23

**entire** 86:17

**entitled** 17:8,10,12 185:22

**equal** 138:7

**equipment** 6:7

**essentially** 19:17 51:11 109:5

**estimate** 39:3

**Evans** 92:11

**eventually** 130:12

**Everybody's** 129:7

**everyone's** 68:9

**evidence** 107:5 176:17

**evolve** 34:15

**ex-customer** 56:3

**exact** 38:14

**exam** 14:13,14,16,19,21 16:4

**EXAMINATION** 6:19

**examined** 6:17

**exams** 13:11,25

**excepting** 69:16

**exchange** 89:13 132:15

**Excuse** 186:7

**exhibit** 32:5,9,10,13 39:23 42:14 43:25 49:9,13 58:14,17, 18,19,20 64:6,9,11 66:8 67:9 68:5,6,9,11 72:4 80:15 85:23 86:3,6,13,16 87:4,9 88:9 89:22 91:9,12,17 95:18,21 104:13,16 109:18,21 111:9,12 112:1 115:9 118:5,8,9 126:12, 15,17 137:11,14,25 143:7,11 145:1,23,25 146:1,7 150:24 156:14,17,25 157:6,18 160:14,17 165:1,4 171:4,7 174:9 178:6,9 180:4,7,14 181:24 186:12

**exhibits** 100:20 101:6,14 132:14

**existing** 20:17

**expanded** 180:20

**expect** 53:7 70:23

**expecting** 154:22

**expedite** 96:10,11

**expensive** 74:12

**experience** 18:15,18 37:24 151:15,24 152:13 175:8

**experienced** 152:9 177:12

**expertise** 17:3 18:3

**explain** 20:16 69:6

**explained** 7:4 75:12

**explaining** 37:1 72:11 103:22

**extending** 138:22

**extent** 109:15 120:7

**eye** 160:1

---

**F**

---

**face** 84:14

**Facebook** 26:24 31:16,19,21 32:3 37:14 40:10 42:12 44:20 45:1,3,4,10,16,18,23,25 46:2, 5,6,9,15,20,25 47:7,8,12,20, 21 48:6,7 54:17 59:10 71:9,21 104:8 113:17 117:8 118:11,18 141:24 146:20,21 158:2,9,10 162:4,9 172:11 174:13 175:25 177:24 178:1,4 181:12,15,20

**facility** 17:22

**fact** 41:10 51:17 52:11 55:9 64:3 67:14 79:11 80:15 102:18 112:23 121:13 127:13 147:10 158:5

**factory** 175:9

**failure** 176:14

**fair** 8:7 101:15 120:13

**fairly** 180:20

**fall** 66:22,24 159:7

**falling** 125:18 127:18

**false** 29:11,25 30:20 90:13,15 119:17

**familiar** 151:11

**fast** 146:6 155:16

**fault** 80:22

**faulty** 176:16

**favor** 157:19,22 174:12

**FBI** 81:6,24 82:7,10,13 84:11 86:13,21

**fear** 175:18

**feature** 36:22 37:3

**February** 9:24 126:25 127:1 145:6

**Michael Dame**
**10/26/2022**

11

federal 81:20

fee 96:10 97:2,13

feel 38:7 41:5 63:10 74:16
  186:1

feeling 120:20

feelings 61:17

felt 33:23 36:15 41:3,16 60:1
  61:14 63:19 66:12 67:13
  93:15 121:22

Ferris 175:2

feud 37:18

FFL 81:20,25 82:6

Fiato 76:20 91:13 125:24
  126:3

fight 45:13,15 151:19

figure 120:22 169:9 177:13

file 139:9

filed 24:23

fill 164:23 166:15,25 167:20
  168:2,4,19 169:2,12,21

filling 168:12 173:5

financially 23:8

find 17:12 31:7 35:12 41:24
  46:4 50:12,15,19,20,21,23
  51:12,24 52:3,7 53:5,11,23
  55:8,10 65:15 69:10 78:20
  79:6,12 80:17 88:3,10 105:4,
  6,10 109:4,12 127:10 130:12,
  15 131:23 134:24 144:9
  145:22 152:17 162:24 179:12

finding 51:11 107:18 127:7

fine 165:18

finish 7:20 36:21 89:11 126:22

finishes 143:1

fired 102:14

firmly 149:23

fishing 163:20,21 181:7

fit 102:13 174:19 175:11

176:20

five-minute 85:20 171:1

fix 36:16 37:9 176:18

fixture 13:4 16:12

fixtures 13:2,3 151:17,22
  152:10,25

flow 88:5

followup 24:13,16

foo 79:8,10

forced 125:19 139:22 140:2,5

foreclosed 108:3,4,6,24

foreclosure 107:13,21,25
  108:18,21 145:10

forget 13:23 92:8 128:25

forgot 87:13 141:25

form 15:10 28:13 34:10,20
  35:21 36:9 40:12,21,23 43:7
  52:1,12,13 53:12 56:23,24
  57:7,21 58:6 59:9,15 61:19,21
  62:13,21 63:5 74:25 75:7
  79:17,24 80:5,11 82:2 86:25
  87:20 90:20,21 93:6,17,18,23
  94:7,10 95:12 96:16 97:21
  98:11,12 99:18 100:12,24
  101:3,24 103:9,25 104:9
  105:8 106:13,20 107:7,23
  108:9 109:7 110:8 113:8
  114:21,22 116:22 123:18
  124:1,9 125:2,4 127:22 129:5
  130:6 131:12 133:11 134:18
  147:6 153:19 154:2 155:2,17
  156:4 161:21 168:21 169:3
  170:24 177:23 183:14

format 25:4,6,12 58:20 178:14
  185:13,24

format-wise 86:10

forum 53:17

forward 32:24 58:23 65:9
  128:21

fouled 133:2

found 29:10,25 39:15 54:13

55:16 86:20 106:6 114:9,15
  128:18 132:2

foundation 124:2

frame 20:18,19 46:12 75:9
  78:10

frankly 138:20

fraud 118:24 119:6,9,15,16

fraudulent 29:1 41:3,4,5,16
  119:20 120:1

fraudulently 33:24

free 96:25 97:8 123:17 181:25

fridge 64:2

friend 48:21 166:22 171:18

friends 20:10 31:21 45:20
  56:3 60:13,15 62:19 125:25
  184:15

frivolous 119:17 120:16
  121:22 124:8 125:1

front 36:25

froze 172:20

fuck 182:4

fucked 154:21

fucking 182:1

full 49:2 177:24

fully 121:6

fun 36:11,14 37:25 51:11 71:9,
  13,19 95:10 134:11 145:16

funny 58:1 93:8

---

**G**

Gac 92:10

game 19:17 97:17

Gauge 13:2 15:25

gave 180:20 185:3,23

Geez 11:12

general 9:19,20 14:5,6,8,15

**Michael Dame**
**10/26/2022**

12

**generalities** 95:17

**Generally** 122:5

**Genira** 60:18,22

**gentleman** 23:22 83:21

**giggles** 162:17

**girls** 93:10

**gist** 26:13 37:7,8

**give** 6:13 7:21,22 8:14 58:11
63:16 97:14,20 124:16
149:10,11 186:21

**giving** 67:3 97:14 98:1 101:20
139:5

**glad** 183:8,12

**GM** 19:19,22

**Gnyra** 60:16,17,18,19,20
62:19 92:10 99:4 102:7,10

**Gnyra's** 62:24

**goal** 168:12

**Golf-alpha-uniform-golf-echo**
13:3

**good** 39:3 64:4 96:3,7 101:12
112:12 120:23 130:7 138:14,
15 141:17 163:15 168:5
172:23 186:15

**goods** 51:20,25 53:11,23

**gossip** 93:7,8,10,19 148:14
164:10

**government** 13:11

**grabbed** 96:17

**graduated** 15:14,16

**grand** 19:5,22

**Grass** 173:24 174:3

**gray** 111:24 126:18 146:16
157:15 160:21

**great** 7:12 64:19

**grew** 54:17

**grip** 152:5

**group** 34:22 35:7 40:4,8 44:3
47:20,22 48:22 54:17 55:15
59:18 92:8,9 105:1 106:12
107:12 109:24 110:6,10,22,
24,25 111:2,4 112:2,16,20,23
113:1,2,12,17 115:16,22
116:21 117:1,5 118:2 122:23,
24 141:1 143:23 144:1,5,6,11,
17,20,23 149:20 171:15,24
172:9 173:4,9,15 174:7 185:2

**groups** 41:24 59:10 111:7

**grown** 93:9

**guess** 16:7,17 25:21 27:3
54:25 56:8,9,11 61:16 63:12
69:11 73:22,23 76:8 78:7
90:6,16 97:7 99:21 102:1
105:24 116:25 117:15 121:12,
16 131:13 135:7,15 152:22
168:17 171:23 177:20 179:22
185:5

**guessing** 47:2 127:7 172:2
178:16

**gummy** 151:18

**gun** 20:12,16,17,18,25 21:2
23:14 37:19 38:3,9,12,16,20
39:5,8 59:25 60:3 61:25 62:7,
14 63:18 69:8,9 70:10,11,15,
16,20,22,25 71:1 73:10,15,20
74:12,21,22,24 75:6,9,10
83:20,25 87:6,16 88:13,21
89:4 97:8,9,11 102:13,14,23
111:2,3 132:7 133:17,23
134:3,5,7,8,16 135:10,13
136:2,4,7,14,20 137:1 152:15,
17,18 153:6 158:22,24 160:4
165:19,22 176:15,19

**guns** 20:9,10,14,20,23 22:15
26:13 28:4,8 34:6 36:12 58:2,
3 60:14,15 61:1,2,3,6,18
62:11,20,24 63:3,17,21 74:18
90:8 93:10 95:9,16 96:6,7,9
97:8 102:9,10,18 113:18
136:3 142:15 151:25 152:14
170:4

**gunsmith** 20:17 21:3,8
175:15,21,23 176:15

**gunsmithing** 17:4 20:6 133:16

**gut** 120:20

**guy** 18:4 45:13 48:21 51:19
130:17 133:19 157:19 158:14
162:8,18 183:9

**guys** 121:14 128:6,11 140:13
179:21

**H**

**H-O-D-G-E-N** 29:23

**habit** 95:1 113:13

**half** 11:12 14:12 20:15,16,25
21:2 69:22 140:7 141:4,15
148:4

**halfway** 95:22 129:14 138:2,3

**hand** 142:7

**handgun** 19:11

**handled** 62:24,25

**hands** 122:9

**Hang** 137:23

**hanging** 54:24

**happen** 27:8 183:9,13,18

**happened** 30:16 44:24 121:25
128:1 132:21 148:7 163:4,7
177:14

**happening** 147:15 175:18

**happy** 8:4,22 38:1 69:4 138:25

**hard** 8:14 68:20 69:1 71:3,8
76:6,16 86:11 103:4 180:23

**harder** 46:3 153:10

**harmful** 93:21

**hassle** 46:24

**hate** 151:13,21 152:8,23
171:11

**He'll** 111:21

**head** 12:20 14:20 49:5 63:24
167:11

Michael Dame
10/26/2022

13

header 75:23

hear 8:3 52:23 114:19 156:10 172:18

heard 8:6 26:5 57:10,23 58:13 66:6 79:2

hearing 61:24 120:16 140:21

heat 153:13

heavily 63:9 153:14

heavy 66:5,7 83:4

held 6:6

helpful 104:20 106:11 108:7

helping 66:12,18,20 67:3 107:14

helps 132:22

hey 28:15 29:1 57:23 137:9 162:18

hide 45:21,22

high 15:9,10,12 20:18 38:7 71:12 125:7,11,12,13,17

high-end 51:1

higher 89:17 97:10 117:14

highlights 180:2

highly 119:25

hip 152:4

hired 67:17,19,21 68:1,2

history 105:4,14,17,20 108:25 109:11 127:21,24 133:25 134:17

hit 68:20 69:1 71:3,7,11

hmm 125:7

Hodgdon 28:3 29:23 30:4

Hoffer 44:16,18 72:2

hold 18:24 51:7 76:23 88:8,16, 19 125:6,10,12,13,17 147:5

holds 19:1

Holland 92:11

home 171:10

Honcho 170:5

Honchos 170:8

honed 17:14

honest 70:5 99:21 108:20

honestly 87:24

hoops 82:6

Horowitz 27:24 35:11 50:3,6 53:22 61:6,17 62:10 71:5 93:22 107:6,18 108:17 109:6 116:9,12 122:12,15 123:14,23 124:5,24 127:11 135:7 143:18 144:16 145:18 148:3 156:10 160:5 164:13,16 165:22 169:6

Horowitz's 50:11 107:21 109:11

hour 140:7 141:4,15

hours 137:17,20 138:11,23 139:21 140:6,8 143:1,2

house 11:21 12:2,3 108:2

HS-6 28:3

human 93:7

hundreds 39:2

hurt 59:4 96:5

hurting 96:3 107:14

---

I

i-n 45:12

idea 23:13 60:18 85:13 90:9, 14 101:23 102:1 106:12,16,18 126:22 144:13 163:15,16

ideas 35:17 90:19 101:16,20 107:2 108:16 182:7

identification 32:6 49:10 58:15 64:7 68:7 85:24 91:10 95:19 104:14 109:19 111:10 118:6 126:13 137:12 146:2 156:15 160:15 165:2 171:5 178:7 180:5

identified 47:17

identify 86:15

ignorance 121:23

III 125:16

images 86:8

imagine 103:5

immediately 41:16 88:12 92:2 144:7 175:24 177:21

implied 103:3

implying 115:20 155:12,25 167:1

important 7:14 160:8

improper 120:5

improperly 176:20

include 179:24

includes 178:15

including 139:7

increased 138:12

independent 41:13

Indiana 174:1

indulging 127:14

industry 54:6 58:8 59:25 60:3 63:8,19 67:12 74:13 96:3,5 98:9,10 99:9 100:22 101:8,17 130:16,18,22 131:9,11 135:10 165:19,22

Indy 163:11

infamous 175:1

infidelities 183:24

infidelity 184:12

Infinity 37:22 38:4,10 39:10,20 166:23 173:6

info 30:3 42:17,20 49:19 54:23 58:3 79:20 90:13 92:18 98:7 101:20 102:2 105:11 127:7 130:25 131:1 148:15,24 177:13

Michael Dame
10/26/2022

14

**information** 17:9,11 30:19 78:6,21,25 79:12 81:13 90:15 92:4,16,24 94:18 99:24 100:4, 8 101:16 105:13 107:21 108:7 109:4,5,13 114:6,9,12,16,20 115:4 122:15 127:11 131:11, 23 133:22 135:5 143:8,17 144:16 145:10,13 165:11 175:17 177:17,20 183:6 184:4 186:22

**informed** 83:17,20,24 122:12 123:14 139:16

**infraction** 117:1

**infractions** 47:10 117:4

**initial** 24:7 67:24

**initially** 26:11,19 27:17 54:14, 19

**innovation** 135:21

**innovations** 136:8,14,22 137:2

**inquire** 17:18 157:19 158:14

**inside** 35:6

**inspected** 96:6

**inspection** 97:11 175:12

**instability** 182:2

**Instagram** 181:13

**instance** 18:25 86:12 98:10 178:20

**insulting** 116:8

**insurance** 118:24 119:6,8,11, 13,16,17,20 120:1 125:6,10, 14,15,19

**intent** 41:1

**interacted** 116:13

**interesting** 54:16,22 58:3 149:22

**interject** 122:17

**Internet** 172:21

**internetting** 79:10

**interpose** 94:9

**interpret** 73:12

**investigated** 82:10

**investigating** 81:6

**investigation** 41:14 81:21,24 82:13,15 84:11 86:13,21

**involved** 24:5 51:12,17,18 52:16 55:19,22 56:13,16 57:5 63:9 79:15 80:4,10 86:20 105:13 116:12,17 117:20 129:7 147:18

**involvement** 42:1,3 99:25

**involving** 79:7,13 80:21 148:18

**iphone** 91:14

**IPSC** 18:20 19:1,15,18,19,25 20:1

**issue** 7:6 25:25 26:12 29:4,12, 21 30:8,13,17,20 34:18 38:17 39:15 42:6,7 51:3 52:4 53:4, 10 54:8 55:2,22 56:19 72:15 76:5 77:21 80:22 94:21 103:23,24 120:23 123:9 124:6,25 129:18 131:17 138:19 150:3 164:21 172:7 177:12

**issued** 96:21

**issues** 17:7,15 28:7 41:20 43:10 50:17 60:13,15 61:13 111:7 173:7

---

## J

**jab** 185:3

**jam** 43:9

**January** 40:11 49:15,17 50:11 59:2,21 68:17 72:5 75:17 77:6 78:2,10 80:16 81:5,15,19 82:20,22,25 84:15,19 85:16 86:18 88:12,25 89:23 95:22 99:7,12,24 103:2 181:25 182:13 183:8,22 184:21

**Japan** 47:2

**jaws** 151:17

**Jefferson** 11:21,23

**Jeopardy** 164:25

**Jeremiah** 118:20

**Jerry** 158:16 162:7 174:13 175:25

**job** 12:22,23 51:5 66:19 140:1 186:11

**Joe** 166:18,21,22 167:7,13,20 168:3 169:2,11,15,17

**jog** 88:17

**John** 9:14 23:1,2 139:12,23 146:8,11 153:20 163:16,17 180:12 182:14

**Join** 43:8 52:2 59:16 79:18 80:6,12 87:22 93:24 94:20 95:13 97:22 101:10,25 103:10 104:2,10 106:14,21 107:8,24 116:24 124:3,11 127:23 134:20 147:7 155:4,18 168:22 183:15

**joint** 10:11,12,19 152:4 159:10 170:18

**joke** 133:19 142:7,8 185:4

**jokes** 54:21 55:12 164:10

**Joseph's** 15:13,15

**journeyman** 13:12 14:22,24 16:5

**journeyman's** 14:16 15:4

**judging** 40:3 53:16 104:24

**jumbled** 89:19

**jump** 82:5 116:18

---

## K

**keeping** 146:23 148:1

**Keigans** 37:11 63:22 95:6,8

**Ken** 21:5

Michael Dame
10/26/2022

15

**Ken's** 21:6

**Kentucky** 11:8,10 174:5

**Kevin** 9:14 10:16 11:2 17:11
137:22 141:4

**key** 178:18

**kind** 21:13 32:20 38:9 39:8
44:25 48:19 50:25 58:23
65:14,18 86:9 95:7 111:2
118:13,14 126:7 127:18
138:6,16 139:20,22 140:2
141:9 146:23 151:19 170:22

**KKM** 10:24 23:6,7,10,16,17,20
25:25 26:11,18 27:5,6 68:24
83:2 113:25 116:5 122:13,16,
25 123:8,12,14 124:6 153:7
154:1,7,12 155:1,13 156:1,12
159:25 160:11 163:4 164:21
174:20 175:12,19 176:18
177:12 182:14,19,23

**KKM's** 183:3

**knew** 23:11,14 40:7 56:1,6,8
69:20 77:11,13,19 79:19
116:13 117:22,24 134:4

**knowing** 56:25 124:14 141:7
155:19

**knowledge** 7:9 18:3,12 23:9
51:16 113:15 124:5 126:2
129:3,8,11 134:16 136:13
143:17 176:23

**kung** 79:8,10

**KY** 47:23 48:23

---

**L**

---

**L-I-N** 171:20

**label** 32:9 49:13 86:3

**labeled** 32:19 33:4 58:25
143:15

**lack** 124:1,10,12

**lamenting** 165:23

**land** 170:9

**language** 35:2 116:8 162:17

**large** 73:7

**lastly** 8:17

**late** 66:22 128:8

**lawsuit** 7:6 17:8 23:10 24:3,4,
9,12,21,23 25:24 42:5 43:1
65:25 67:25 77:21 86:20
105:10 108:8 109:4,13 120:22
121:1,2,3,4,7,10,11,18 124:21
127:3 128:13,14 149:8,9
168:4,13,20 169:4,18 170:10
175:6

**lawsuits** 52:7 78:11 79:3,4,7
80:17,21 81:1 88:3,11

**lawyers** 9:12,13

**layover** 51:5

**laziness** 37:3,10

**leads** 163:22

**League** 45:7 173:24 174:3

**learn** 42:2 69:18 70:2 72:10
144:16 156:10 181:2

**learned** 70:9 77:9 78:1,4

**leave** 139:25 140:1

**leaving** 184:10

**led** 40:14

**left** 19:19,20 33:16 48:19
91:17 111:22 132:7 137:18,20
142:10 184:1,7,17

**left-hand** 126:18

**left/fired** 184:6

**legal** 43:9,11 121:6

**legally** 185:14

**legend** 56:9

**Lester** 184:17

**letter** 27:16 31:1,5,7,11,18,23
33:23 34:14 39:25 40:2,6,9
113:25 116:5 119:3,4,10
120:15 121:5,13,24 122:1
123:22 124:18,19,21,22

**letters** 84:13 86:15,23

**letting** 166:9

**level** 14:15,25 19:3,18 47:15
97:3

**license** 46:22 54:9 55:4 56:20

**licensed** 14:17

**licenses** 55:7

**lie** 108:25 177:2

**lied** 178:1

**life** 95:10

**light** 13:4

**lights** 85:9

**limb** 176:14

**limitations** 7:12

**limited** 17:6 19:7,11 24:15
138:10

**limiting** 145:19

**limits** 139:20

**Lin** 171:18 172:16 173:2,14,
17,19

**lined** 132:8

**lines** 7:18 50:14,16 99:13,16
100:8 102:11 103:18 143:10

**link** 161:25

**list** 63:25 96:11

**listed** 44:23 51:22

**listening** 125:18 141:7

**Lister** 81:4

**litigation** 17:5,15

**live** 11:13,16

**lived** 11:11

**lives** 12:5

**LMAO** 161:13 171:12

**load** 72:6 73:18

125:22,23 172:4 175:7

Michael Dame
10/26/2022

**loaded** 93:10

**loading** 184:14

**local** 22:17

**locals** 18:1

**located** 13:17 174:4

**location** 174:2

**locked** 117:5,6

**LOL** 143:23

**Lone** 36:1,2,8,17 95:11

**long** 11:11 13:5 14:1,11,24
63:10 73:23 77:20,24 91:3
100:14 104:12 165:18 173:17

**looked** 9:11 36:15

**lot** 8:20 34:23 54:10 56:10
79:12 82:6 86:10 89:19 96:18
114:1 116:14 117:23 124:18
142:11 177:24

**lots** 148:14

**loud** 90:11

**Louisville** 11:14

**low** 53:16 131:7

**luck** 123:15

**lugs** 82:22

**Luke** 23:22,25 53:2 60:7 69:3,
10,13 70:10 72:6,7,11 73:17
74:22 83:3 86:19 129:15,18
131:15 174:6

**Luke's** 73:25

**lunch** 137:19 141:17

**lying** 33:23 104:18 105:17,20,
21,23 106:2,10 177:24

---

**M**

---

**machine** 17:24 36:25 154:17

**machine-wise** 96:8

**machine/fit** 153:10

**machines** 18:2,8,12

**machining** 14:4 16:8,10 17:3
38:17 66:3 102:11 151:22

**machinist** 12:24 13:5,8 14:5,8,
15,17,18 18:6 36:25 37:4
153:20

**machinists** 36:21

**mad** 184:10

**made** 36:11,14 37:14,25 40:16
41:4 46:1,6 47:25 54:1,9
55:12 75:17,18 76:8 86:12,16
101:22 103:3 119:25 120:18
123:23 124:24 126:7 131:2
143:22,25 144:11 159:25
163:18 174:19 183:9,12,18
185:4

**mag** 64:22 66:21 67:4 102:13,
19

**magnetic** 102:16

**main** 80:23

**major** 73:25 74:2,9,12

**majors** 163:10

**make** 7:16 8:15 17:6,22 28:19
41:19 46:3 68:16 84:12 86:14,
22 87:4 89:2,5,24 92:14 94:24
95:24 105:2 109:25 110:4
112:25 126:15 132:22 139:9
144:4,8 152:4,5 156:18
168:16 170:4 185:7

**makes** 23:15 28:3 86:10 88:20
103:2 104:5 121:24 129:22,24
130:19 158:3 163:17

**making** 71:9 95:10 97:8
145:16 152:10,25 170:4,6,7

**man** 100:13 173:11

**Mandarin** 11:10

**manufacture** 156:12

**manufactured** 155:1

**manufacturer** 29:8,10,18,22,
25 30:10,14

**manufacturer's** 28:7

**manufacturing** 131:21,24

132:2,9 134:25 135:4,11

**Mari** 9:14 10:6

**marked** 32:5 49:9 58:14 64:6
68:6 85:23 91:9 95:18 104:13
109:18 111:9 118:5 126:12
137:11 146:1 156:14 160:14
165:1 171:4 178:6 180:4

**market** 96:1 130:7 179:6

**marketing** 135:24

**marks** 37:1,2

**married** 12:7,9

**master** 19:5,23

**match** 20:1,2 29:16 96:25
97:1,2,13,15 98:2,5,13,18,19,
23 137:10 173:21 181:18

**matches** 18:24 19:1 21:12,22
69:8 96:12 97:19,23 164:10

**material** 137:22 151:20

**Matt** 126:23 128:21

**matter** 71:1 75:5 153:3

**Mcintire** 23:23 24:2,9,13,14
122:13 159:5,10,15,18,22,25

**meaning** 42:5 128:2 152:14

**means** 157:24 161:5

**meant** 83:1,5 96:4 99:10
121:13 127:17 130:2

**medications** 9:6

**Mekosh** 43:21,22 44:5,14,17,
19,21,22,24,25 52:20 55:25
56:1 60:16 62:19 64:14 65:3,
12 71:16 72:2 84:8 91:2
104:22 106:18 107:12,17
109:4 111:16,20,23 112:5,9,
15 114:16 115:10,12 122:25
128:10 160:3,18,21,24 161:5,
8,12,13,18,24 162:3,12,16
163:9 165:5,7,18,25 166:15,
24 167:1,19 168:1 169:11,19,
23 170:9,14,18,22,25 171:8,
10

**Mekosh's** 72:1

Michael Dame
10/26/2022

**member** 19:1,20 90:12 96:25 113:17,19 116:4

**members** 35:7 90:7 96:8

**membership** 113:20,24

**meme** 111:23 175:1 182:7

**memes** 43:18,22,23 44:1,4,7 71:13 179:25

**memories** 100:16

**memory** 65:24 88:17

**mention** 53:2 96:21 131:16 179:15 185:11

**mentioned** 13:13 14:6 21:2 23:16 26:18 27:5 29:19,24 35:19 38:5,15,23 39:23 41:19, 25 45:18 47:6 48:2 50:23 52:7,22 53:1,3 55:2 62:17 67:8 69:19 72:18 77:12,19 84:23 131:4,19 135:12 147:22 149:6 167:7 174:2 181:14

**mentioning** 34:7

**mess** 185:4

**message** 27:15,16 31:16 42:15,22,23 54:18 59:3 89:14 111:16 158:6 162:21 164:12, 15 168:10 172:21

**messaged** 164:3 181:19

**messages** 25:3,11 32:15,16 56:15,22 84:7,24,25 104:8 146:19 179:9 181:21 185:10

**messaging** 164:19

**Messenger** 32:3 146:21

**messing** 54:21

**met** 21:12,16,21 173:21,23

**metal** 152:1,2

**Michael** 6:15,16,22 33:6 45:24 46:2,13,15,18,20 84:14 85:18 112:18 186:22

**Michigan** 6:5

**microphone** 7:13,25

**Mike** 44:16,17 60:16 72:1 99:4 141:6 157:2 158:20

**mil** 74:9,10,11,12,16

**mill** 153:3

**millimeter** 73:25 74:2,9

**mind** 127:14 140:8 168:17

**mine** 48:21 166:22 171:18

**minute** 64:12 70:1 84:23 114:19 143:7 172:20 174:9

**minutes** 59:20 67:10 110:12 141:12 186:10

**misdeed** 108:18

**misdeeds** 106:24,25 107:5,6 116:17

**misheard** 119:19

**misleading** 147:12

**missing** 179:18 180:18 184:2 185:10,21

**misspoke** 121:20

**misstates** 36:10 40:21 61:19 62:21 87:21 94:11 99:18 104:1 124:9

**misunderstanding** 121:15

**misunderstood** 120:3

**mixed** 30:25

**Mm-hmm** 177:6

**mod** 47:24 48:1,13 143:22,25 144:10,11,17 172:14 173:4

**moderator** 48:13 143:11,18 144:17

**moderators** 142:17

**moment** 72:24 99:23 100:3 113:6 120:25 130:20

**money** 54:10 69:9 119:14,18 120:19

**month** 51:5

**months** 163:18

**morning** 6:25 7:6,11,15 8:19 84:21 100:20 101:7,15 112:4 186:18

**motion** 139:9

**mouth** 34:23

**mouths** 34:23 54:24

**move** 14:14,25 49:12 58:17 64:9 118:8 126:15 137:14 145:1 156:17 160:17 165:4 171:7

**moved** 132:19

**moves** 135:25

**movie** 45:15 175:2

**moving** 41:22 42:1,3,7 50:13, 17,25 51:4,6,13,17 52:17 53:10 56:16 77:20 80:10,17, 21 88:3,11,16 99:25 128:20

**multiple** 19:5 108:2

**mute** 64:13

---

**N**

**nail** 129:15 130:1 131:16

**named** 23:22 37:11,19 44:16, 21 53:2

**names** 51:8

**National** 45:7

**nationals** 83:21 136:21

**nats** 135:20

**nature** 93:7

**Neal** 125:16,17,21 126:2

**necessarily** 139:22 140:2,5

**needed** 16:19 22:15,16 25:9 39:14 51:20 67:13 75:9 97:13 131:4 179:21

**negative** 61:17

**Net** 151:17

**nice** 150:15 165:23 166:15 177:15

Nicholas 9:14

Nick 10:22

night 13:24

noes 8:11

non-question 120:11

nonparty 17:6

nonstarter 48:16

noon 141:3

normal 8:9 97:7

notary 6:5

notation 33:5 78:10

note 122:18

Noted 17:16

notes 77:16

notice 117:10

November-romeo-lima 45:8

NRL 45:7

NRL22 45:4

nuke 148:21 149:3

nuked 46:5

nuking 95:1

number 32:9,13 39:1 47:13 49:13 53:22 91:12 104:16 143:3 178:3 186:13

---

**O**

o-n 29:23

oath 6:18

object 10:15 36:9 43:7 52:1, 12,13 56:24 59:9,15 75:7 79:17,24 80:5,11 82:2 87:20 90:21 93:23 94:7 98:11 100:12 101:3,24 103:9,25 104:9 106:13,20 107:7,23 108:9 113:8 114:22 120:6 123:18 130:6 133:11 147:6 153:19 155:2 168:21 169:3 170:24 183:14

objected 156:4

objection 17:11 34:10,20 35:21 40:12,21,23 53:12 56:23 57:7,8,21,22 58:6 61:19 62:13,21 63:5 74:25 79:25 86:25 90:20 93:6,17,18 94:10, 19 95:12 96:16 97:21 98:12 99:18 100:24 101:1,9 105:8 108:13 114:21 116:22 124:1,9 125:2,4 127:22 129:5 131:12 134:18 154:2,9 155:17 161:21 177:23

objections 57:13

objective 130:20,23,24

obligated 185:14

obtain 13:7,19

occur 93:21

October 6:2 139:8

odd 82:3 84:2

offered 182:14,19,23

offering 34:18 40:18 91:5 106:12,15

office 17:20

official 28:14 44:22 49:3

officially 20:7,8

older 38:16 65:8

oldest 58:22

online 9:11 22:20 26:5,23 29:15 31:8,11 35:16 36:8 37:6,24 38:3 39:25 40:6,10 54:6 55:8,10 56:12,22 69:12, 14,19 70:7 78:6 81:2 82:12 84:3 109:14 129:12,19 147:4, 14

onsite 13:12

Ontario 12:14

open 74:11,16,17,18 81:7,20 113:25 116:5

opening 179:3

operate 45:2,4

operated 60:2

operates 44:17 117:16,18

operational 181:11

operative 170:18

opinion 41:12,15,18,25 52:21 53:16 71:11 98:13 101:11 125:5 130:9 131:7 165:12 168:24 176:10,24

opposed 25:6

optic 19:12,13

optics 19:7,8,11

option 54:19

orchestrated 170:21

order 22:18 32:17 58:24 96:25 153:9 157:4

ordered 23:12,16,17

ordering 23:2

orders 22:20

originally 18:10 86:6

Ormon 163:16,17 164:2,3,9, 12,15,20 180:12 181:3,15,19, 21,24 182:14 183:22

overcut 135:24

overpressured 74:2

oversimplifying 153:1

owned 62:14 105:25

owner 23:13 51:21,22

owners 51:3 142:9

owning 62:11 104:19 105:23 106:2,10

---

**P**

P-A-U-L-S 45:12

p.m. 33:9 40:17 42:16 43:2 49:17,22 72:5 73:9 75:17 77:7 80:16 81:6,15,19 82:20,22,25 84:15,20 85:8,16 86:18 88:11, 14,25 91:18,25 94:25 104:16

Michael Dame
10/26/2022

19

105:16 106:1,9 107:11 108:25
143:21 144:6,10 151:1,10,12
186:24

**P320** 142:1,13 143:9

**Pacer** 81:3

**pages** 43:25 44:14 45:3,16
46:25 47:17 58:23 59:10
68:11 71:20,21 75:16 82:16
91:17 118:15 141:24 142:16
143:11 145:24

**paid** 39:20

**panic** 109:8

**Papa** 166:18,21 167:7,20
168:3 169:2,11,15

**paper** 25:7,9,22 186:4

**paperwork** 127:4

**parameters** 151:19,20

**Pardon** 57:11 162:17

**part** 8:3 41:25 53:21 64:16,17
121:16 145:15 152:18,20
153:3,6,13 156:23 157:10
172:6 173:14 174:6 175:6
177:7 181:20

**partially** 21:2

**parties** 6:9,10 138:7

**parts** 22:1,3,6,14,16,18 23:2,
15 34:6 160:4 168:15,16
170:15,19,23 173:7

**party** 89:17

**pass** 14:16,21

**passed** 13:11 16:4

**passing** 58:12 94:21 181:17

**past** 14:14 49:19 50:3,11
74:10 103:4,8,15 105:13
108:1 109:11 127:21

**pasters** 22:16

**Paulson** 45:10,11,19 47:1,4,6

**pause** 57:12 110:9

**pay** 69:3 72:7 73:19 119:12,20

120:1 122:6 165:9

**paying** 108:23

**PCC** 19:7,11

**pending** 9:1 94:15 120:9,10

**people** 25:4 28:15,16 35:14
43:12 46:4 48:15 51:1,9 52:4,
23 53:11 54:5,10,24 56:22
57:5,9,19 58:1 74:14 79:2,15,
19,22 80:1 93:16 94:14 98:1
100:4,15 104:12 109:16
113:18 116:14 117:23 125:19
128:20 130:2,4 142:11
171:11,23 173:6 177:24

**people's** 35:17 51:20,25
128:23

**perceive** 8:20 34:15

**perceived** 56:19

**percent** 66:16 82:4 90:5
103:11 116:8 148:16 153:11
179:20 181:25

**percentage** 97:9

**perfect** 68:19 69:1

**periodically** 34:6

**permission** 43:5

**perplexed** 100:10

**person** 6:11 7:13,24 35:1,5
62:25

**personal** 7:8 44:13 95:10
136:13 176:23

**personally** 63:3 135:16

**Pew** 171:15 172:9,13 173:8
174:6

**ph** 170:6

**Phoenix** 170:2,3

**phone** 22:20 23:3 72:19 83:14
117:11 159:20,21 166:13

**photo** 135:12

**photos** 133:10

**pic** 111:25

**pick** 22:19 186:13

**picks** 7:13

**pics** 149:16 174:22

**picture** 47:4 64:17 65:16,19
82:17,21 84:3,6,24 85:3,17
88:18 110:13,23 112:15 116:1
146:8 163:20,21 167:3 178:16
181:6

**pictures** 89:23 102:11 132:10,
25 133:3,5,8 134:10,15
135:12 174:23 175:10 179:25

**pin** 83:5

**piss** 33:14

**pissed** 102:9

**pistol** 19:12 22:9

**pitching** 106:18

**place** 17:11 22:20 24:17 54:22
126:24 133:5 161:16

**Plaintiffs** 6:24

**plans** 141:2

**play** 40:14 42:17

**played** 162:23

**playground** 63:12

**playing** 92:1 117:12

**plenty** 175:9

**plugged** 78:7 81:2

**plugging** 145:5

**PM** 84:20,25 85:6 171:10

**pocket** 39:18

**point** 14:22 34:19 43:6 50:10
74:6,9 105:24 107:6 118:19
123:7,11 127:6 140:20 146:22
169:14 172:2,3

**pointed** 36:15 64:22

**pointer** 128:5,6

**pointing** 37:9 66:16

**poke** 71:13

Michael Dame
10/26/2022

20

poked 37:13

poking 71:19 164:10

poor 36:21 37:1 52:21 61:14
130:9 133:17 168:23

popped 78:8 135:6

pops 54:4 59:5

ports 135:25

pose 57:13 120:11

possibility 108:22 140:9 169:9
175:17

possibly 52:10 75:2 84:8 88:7
116:7 168:15

post 42:25 53:19,21 56:12
63:23 69:14 70:6 72:11 84:13
86:15,23 89:10 114:23 131:17
142:13 148:17 149:19,24
150:9,12,23 151:3,6 157:20
158:1,2,19,22 162:9,11,12
163:18,19,22 174:12,18,22
175:1 177:9 178:22,24 179:7
182:9 183:21

posted 26:8 28:10 31:8,11,17
40:6,10 44:8 69:12,20 71:25
122:2 124:19 129:19 148:16
150:3 158:5,6 161:16,25
163:24 174:17 175:7 181:6

posting 147:4,14

posts 37:15 48:15 53:17 82:21
92:7 104:8 129:7 144:21
148:14 174:14 177:7

potential 17:7 173:7

powder 28:3,9,16 29:4,8,9,21,
22 30:11 41:20,22

power 141:10

powerful 130:24

practice 22:16 61:14 63:2,18
97:7 120:24

practices 60:6 62:17,23 95:9
96:4,5,14 98:8

pre-suit 122:19

Precision 23:6

predicate 124:10,12

preference 141:8,11

prepare 9:10,15

prepared 138:1

presence 16:22 122:21 159:19

present 159:16

pretty 68:20 69:1 71:3,7
97:15,16 100:6,21 101:7
133:2 147:25 149:4 163:15
173:16

prevail 177:5

prevent 140:1 170:19

previous 104:19 105:23
106:2,10

previously 9:23 11:18,25
22:14 32:11 41:20 68:11
138:1 139:16 143:12

prices 38:7

printed 185:13

prior 11:13 15:9 23:10 24:9,21
25:24 28:11 29:7 40:22 42:4,
7,11 47:9 55:12 60:20 61:20
62:22 66:25 67:10 73:2 77:20
94:11 121:25 128:13,14
147:10 168:24

private 56:15,22 84:7,24,25
89:14 90:8 92:1,4,6 102:23
104:8 111:15 139:1 146:19
162:21 164:2,12,15 181:19,21

privately 138:21,25

privilege 10:19,20 159:7,12

privileged 25:19 123:2,3
159:11

prize 97:5

Pro 113:1,5,15 114:17 115:2
116:4,5,15 117:17 143:18
144:7,8,11,17 149:24 150:3,7
161:9

problem 51:10,11 70:3 120:21

problems 62:19

process 96:9

produce 24:25 25:6,11 143:14
185:11,12

produced 9:23 25:2,3 32:11,
15 86:7 89:22 143:12 150:25
178:10

product 29:1,2 97:25 120:21

production 25:15 76:21
180:14

products 98:1

profile 44:13 47:21 111:25
146:8 158:13 178:16

profiles 48:6,7,10

program 14:1 15:20 61:13
62:6 69:7 70:4 71:14,19,20
72:15 76:5 165:14,16

programs 72:7

Project 42:12 54:14,15,16
78:24

prompting 69:13

pronounce 60:18

pronounced 60:17,22

proof 115:8

properties 102:15

property 145:8

protect 131:8

protecting 63:12

proud 93:11

prove 107:14

provide 7:7 46:22 78:21,25
86:3 90:13 97:5 112:15
114:16 132:10 134:15 139:12
176:17 177:19 182:7

provided 114:10,20 133:7
143:8 164:14

providing 59:14 97:11 114:12

PSA 26:4,5,7,10 28:5,21 31:3

Michael Dame
10/26/2022

40:20 77:20 90:13,15 114:2
143:23 148:15,17 150:9
161:20

**PSAS** 27:21 28:1

**PT** 170:2

**public** 6:5 26:7,17 27:13 28:5,
10,13,14,18,19,20,23,25
30:23 42:8 67:1,4 71:11 75:18
76:8 84:12 86:14,22 102:25
150:3 164:20 182:9

**publicity** 165:13

**publicly** 68:19,22 147:11

**pull** 86:2 180:25

**punctuation** 87:12

**purchase** 70:22

**purchased** 22:1 23:19 38:9
39:5 61:24 70:10

**purple** 146:17 157:16 160:22

**purpose** 117:3 168:19 171:25
173:8

**purposes** 10:25 138:24
151:25

**pursuant** 6:9 25:2

**push** 74:10

**pushing** 74:12

**put** 17:24 25:22 27:10 38:19
44:11 46:8 66:4,11,18 83:25
86:9 96:18 100:25 109:14
114:23 117:14 143:3 150:18
153:21 176:15

**puts** 135:25

**putting** 96:6 108:16

---

**Q**

**QC** 96:9

**qualified** 81:25

**qualify** 20:8

**quality** 98:2 153:12

**question** 7:19,20 8:2,5,25 9:1,
2 36:2,19 37:11,12 51:15
54:16 79:19,22 82:1 87:10,11,
13 94:15,17 110:18 115:23
117:24 119:23 120:4,9,10,12
122:22 124:14,16 138:8
139:5,11 144:9 152:7,13
155:20,21,23,25 158:24
172:18 175:11 176:6 177:11

**questionable** 27:19

**questioned** 30:2 35:17,23,25
36:17 37:12 136:24

**questioning** 10:16 74:23
106:22 142:19

**questions** 7:5,15,17 16:21
25:16,18 57:12 70:13 75:15
129:10 140:6 174:11 186:13

**queued** 43:18,22 44:5 145:23

**quick** 76:20 148:11

**quickly** 177:20

**quiet** 69:15 70:2,8

**quit** 88:16

---

**R**

**R-U-T-K-O-W-S-K-I** 167:11

**rally** 171:14,21 173:3

**rallying** 173:8

**ran** 34:23 44:10 54:18 179:8,
11,23

**range** 39:2 153:15 154:14

**ranking** 19:20

**rankings** 19:4

**rarely** 55:14

**RC** 154:22

**reached** 39:24

**reaction** 75:18 76:4,8

**reacts** 152:5 153:4

**read** 26:4 30:22 33:10 53:19
66:2 68:17 69:12,19 75:12

76:24,25 77:2 88:16 89:24
91:8 95:24 110:2 114:25
128:25 129:3,12 131:13
155:21,23 164:18 168:8,11
172:1

**reading** 29:15,16 51:23 52:3
67:25 76:1 115:17 126:22

**real** 76:20 83:3

**realize** 64:13

**reason** 8:18 16:25 22:12 27:9
32:14 66:12 105:7,9 121:22

**reasonable** 156:6

**reasoning** 16:17

**reasons** 108:1,2,6

**recall** 21:17,24 22:5 24:20
25:21 26:20 27:3,5,10,12
28:11,15 29:6,17 30:3,5,7,13
31:24 36:18 37:7 38:14 41:19
43:24 44:4 47:13,15 49:5,6
52:24 53:21,24 56:14 63:16,
20 69:23 71:15,17,18,21 72:3,
12,23 80:7,13 81:14 82:11,14
83:11,12,16,19,23 84:2,5,8,23
85:6,13 90:5 91:24 98:22 99:6
103:1 106:8 107:9 110:25
114:5,8,11,14,18 115:2,5,7
122:5,14 123:5,10,13,19
131:19 133:24 134:1 135:2,6,
8 136:12,24 137:3,5,8 148:19
150:13,23 156:13 158:23
159:1,17,24 160:2,13 162:21
163:1,2,3,5 164:7,17,19,22
166:13 173:10 182:8,11,25
183:7,16,20

**recalling** 29:9 30:11

**receive** 69:11 186:22

**received** 14:3 38:3 47:9

**recent** 32:16 58:21

**recess** 64:5 85:22 141:22
171:3

**recollection** 31:4 65:24
110:21 112:20 144:13 165:17

**recommend** 112:12

**Michael Dame**
**10/26/2022**

**reconvene** 141:5

**record** 6:21 7:17,24 8:15 91:15 138:17 143:5 144:25 184:2 186:16

**refer** 8:16 21:18 92:23

**reference** 84:25 85:2,6 151:21 162:7 174:10

**referred** 105:22 175:23

**referring** 26:7 27:22 42:18,20 44:12 49:20 50:3,5 59:8 64:20 65:22 68:23 69:2 71:4 81:9,10 85:12 87:9,23 89:21 92:6,13 99:8,20 103:7,12 105:21 106:25 107:1 110:6 113:4 119:2 125:11 129:18 135:23 145:10 147:1,3,14 151:22 152:24 158:1 161:2 162:1 166:3,24 171:12 174:23 182:18,20,21 183:12,19,20

**refers** 19:22 25:14 172:9

**refit** 20:19

**refresh** 110:20 112:20

**refund** 165:8

**refused** 182:15

**refusing** 69:3

**regard** 125:7,11,12,13,17

**registered** 104:19 106:11

**registerer** 135:7

**related** 34:24 37:16 118:15 135:1,5,9 152:15,16

**relates** 165:15

**relation** 31:23 53:25

**relevance** 17:7

**relevant** 17:15

**relocated** 16:17 17:21

**remark** 67:8

**remember** 11:14 14:1,19 15:14 21:3 23:1 24:6,16,19 25:16 26:4,10,17,23,25 27:2 28:5,9,12 29:3,12,15,18 30:16

36:1 37:17 38:19 39:8 43:23 44:7,19,24 45:12 49:2 52:25 54:13 66:8,21 67:25 68:23 70:9,21 71:22 72:21 73:8 78:23 80:20,25 81:10 87:19 92:16 95:7 98:21,23 100:13, 14 102:21 104:8,11,22,25 106:6 110:9 111:6 113:19,20, 22 114:2,6,9,12 115:3 127:8 133:3 147:21 148:5 161:17 163:25 166:11 173:23 178:11 179:10 183:18 184:15

**remembered** 142:1

**remembers** 184:23

**Remote** 6:1

**remotely** 6:9 7:12 17:5,14

**remove** 37:3

**removed** 27:6 87:7,17 88:14, 22 95:25 99:8,9 131:5 179:6

**Renee** 165:25 166:7,12

**renotice** 186:19

**renting** 12:3

**repaired** 175:16

**repeat** 8:4 124:14

**repeating** 93:19

**rephrase** 8:5

**replace** 39:10,13,20 123:17 182:14,19,23

**replaced** 87:6,16 88:13,21 89:3

**replied** 163:2

**reply** 89:15 163:11

**report** 109:23 110:22 111:1 112:2,23 113:12 114:4,24 115:16,18,22 116:21,25 144:23

**reported** 111:3,8 112:6,21 114:3 115:17,24 116:1 118:2 144:19

**reporter** 6:4,6,7 7:16 77:17 119:19,22

**reporting** 110:24 113:5 115:2, 5 116:15

**repost** 84:3

**represent** 10:24

**representatives** 122:25 123:1

**representing** 6:24 10:14,16,24

**reproduced** 86:8

**request** 139:9 143:13 158:18 183:3 186:2

**requested** 18:10 155:23

**require** 97:1

**required** 17:21 186:1

**requires** 25:17 122:22

**reschedule** 142:24

**research** 51:16 82:12 134:24 135:3

**reside** 11:7

**resolve** 123:23 124:6,24

**respect** 10:17 25:15

**respond** 7:21,22 43:17 49:22 59:21 68:19,22 73:25 74:5 81:19 92:2 110:12,17 144:7 147:18 149:24 158:4 166:18 167:19 168:3 169:11 171:14 174:25 175:20

**responding** 64:24 111:24 175:24

**responds** 43:2 73:9 82:25 91:25 108:25 112:9 128:1 144:5 149:22 161:13 165:18 166:15 169:23 175:5,15,22 176:13 177:1

**response** 9:23 27:17 76:12 89:18 143:13 151:12 174:17

**responses** 7:7,8

**responsibilities** 141:25

**responsibility** 177:4

**responsible** 51:19,22,25

23

**rest** 42:21 78:13,14 154:18 161:13 172:1 175:10 184:15

**results** 179:2

**retailers** 153:11

**return** 7:21 115:13

**reverse** 58:24 157:13

**revolves** 42:1

**rewards** 60:8 69:3

**rework** 102:24

**Richard** 92:11

**Rick** 125:24 139:6

**rid** 59:22,24 66:10 131:3 178:12

**rifle** 19:8,12,13 22:11,12

**rifling** 83:25

**right-hand** 118:16

**rimfire** 19:7,12,13 45:7

**ripped** 20:18

**Road** 11:19

**Robert** 45:10,19 47:1,4,6

**Robinson** 9:14 10:4,16,21 11:3 16:20,25 17:13 25:13 36:9 40:23 43:7 52:1,12 56:24 57:8,21 59:9,15 61:21 63:5 75:7 79:17,24 80:5,11 82:2 87:20 90:21 93:17,23 94:11, 19 95:12 97:21 98:11 101:10, 24 103:9,25 104:9 106:13,20 107:7,23 108:9 109:7 110:3 111:13 113:8 114:22 116:24 120:8 122:17 123:18 124:3,11 125:4 127:23 130:6 131:12 133:11 134:20 137:15 138:19 140:19 141:6,19 142:18,22 147:6 153:19 155:2,17 156:4 159:9 161:21 168:21 169:3 170:24 183:14 186:9,17

**room** 6:8 35:12 92:13

**rooms** 35:10

**rotate** 85:14

**rough** 143:3

**roughly** 30:8 69:23 112:4

**rounds** 38:17,19,22,24 39:1 83:18,24 134:8

**route** 186:6

**Roy** 125:16,25 126:1

**ruin** 43:1,13

**rule** 8:23

**rules** 19:16

**rumblings** 79:2

**rumor** 80:1 94:21

**rumors** 55:21 58:12 93:2,4

**run** 17:25 18:8,12 56:25 61:22 149:16 171:10 179:13

**running** 18:2 54:24 74:15 87:6,17 88:14,22 90:14 93:9

**runs** 34:22

**Rutkowski** 166:22 167:8,9,10, 13,21,24 169:15,17,20

**Ryan** 157:3

**S**

**S-O-U-C-I-E** 21:7

**safety** 152:5

**Sailer** 167:2,5

**sales** 111:2,3,8 112:6,21,24 113:6,9 114:3,4,7,13,17,25 115:3 116:16 118:3 144:20

**samples** 183:3

**sandwich** 141:14

**sarcasm** 66:5,7,16

**sarcastic** 67:8,14

**sat** 184:19

**sauce** 157:3

**save** 119:14

**scam** 52:17 55:20 56:13,17

57:6,20 77:20 78:11,20 79:3, 7,13,16 80:4,10 84:11 86:14, 22

**scatter** 89:14 100:17

**SCCC** 163:11

**scheduling** 139:15

**school** 13:24 15:10,12,17,18 93:10

**schooling** 13:10

**Schumann** 153:13

**SCI** 33:5 40:10 75:8,9 76:21, 22 143:15 174:12 175:24

**Scott** 92:10 112:17

**screen** 33:18 59:17 68:5

**screenshot** 27:8 110:24 114:23 179:20

**screenshots** 44:2 118:10

**screw** 128:19

**screwed** 130:15

**scroll** 25:8 58:24 64:11 68:12 76:8 83:11 88:19 89:12 91:17 92:18,20 146:4 150:16,17,19

**scrubbed** 55:13

**scuttlebutt** 26:5

**search** 80:25 131:25 145:4 178:18 179:2,4,8,13,23 180:2, 15,16

**searches** 81:4 109:15 179:12

**SEC** 55:7

**secondhand** 70:23

**Seehawer** 47:25 48:21 127:8

**sellers** 160:4

**selling** 184:14

**semester** 15:21

**send** 34:25 83:7 84:6 128:18 174:20 182:15

**sending** 59:17 96:11 98:14 102:8

Michael Dame
10/26/2022

24

sends 59:3

sense 88:20 89:2,5,6 104:5
105:2 112:25 121:24 129:22,
24 130:19 158:3

separately 10:10

series 7:5

served 9:24 24:11,24 25:24
65:14,25 67:24 127:2 128:13,
14

service 26:8,17 27:14 28:10,
13,14,18,20,24,25 30:23 42:8
67:1,4 150:4 164:20 182:9

session 139:3

set 18:4 65:19 74:14 126:1,2
131:21 168:17

setting 165:7

settlements 108:1

sham 170:10

share 92:4 93:3,4,16 94:18
136:17 161:8,17 162:3

shared 92:16 94:5 134:2,11
143:23 179:25

sharing 65:3 84:20,24 85:3,5,
16 99:24 100:3 101:15 133:18
145:7,13 162:12,16

Shay 27:23 29:3 32:1 33:23
34:22,25 35:5,19 36:20,23
37:18 40:4,20 41:6,12,15,18,
25 44:2 50:3,5 51:12 52:16,21
53:5,10,16,22 55:3,11,14,19
56:3,12,16,20 59:17,22,24
60:9 61:6,17 62:16 64:21,24
66:10,20 67:3,11 71:5 72:7,25
73:4,18 74:1 78:6 79:13 80:3,
9 82:9 90:19 92:9 95:2,7,25
96:2,21 98:5 99:7 100:4,21
101:7,17 102:6 104:18 106:1,
7,9 109:6,13 116:16 117:22,
24 121:18 122:5 123:7,11,14
124:20 125:11 127:11,15,16
128:12 129:4,11 130:3,5,18,
21 131:3 135:7 136:24
143:22,25 144:10 145:5,7,16
147:11 148:21,22 149:2,19

150:23 151:3,6 161:4 164:13
165:7 168:20,24 170:19
171:12 172:6 173:7 178:12,22
179:5,9,10,14,15 180:16
182:1,4,15,24 183:3,9 184:1,
5,7,9,16,22 185:1,4

Shay's 58:4 61:1 72:6,11 90:8,
10 91:20 92:5,15,23 98:8
99:1,25 101:22 102:4,5 103:4,
7,15,23 105:4 125:6,10,14,15
127:20 133:16 135:21,24
136:8,14,22 137:2 168:13
170:10

Shepherdsville 11:10

shipping 96:9

shirt 69:8

shit 72:6 73:18 90:2 91:20
92:15,23 95:3,7 101:23
123:15

Shits 162:17

shitty 35:1

shoot 19:25 22:11 97:2 163:10

shooter 34:1 48:22 61:9 70:22
98:25 99:4 102:7 118:20
164:11 167:5,6,24

shooters 21:10,11,14 22:1,3,
6,18,22 23:18 31:2,18 32:12
34:1,4,7,9,14 41:1 47:23
48:23 56:10 71:9 86:7 90:1,10
91:1,5 99:3 101:23 102:4,6,22
118:10,18 119:4 123:1 124:6
128:16 143:13 150:25 155:14
156:3 157:24 158:2 162:4,9,
13 166:1,8,12

shooting 18:16,19,20 19:2
20:21 21:12,21 60:2,10,12
62:11 63:8 67:11 69:4 99:9
100:22 101:8 102:20 125:18,
25 130:18,22 131:9 160:1
164:10 173:20 183:23

shoots 74:17 166:22

shop 15:21 16:12

short 8:22 139:21

shorthand 6:5

shortly 24:7 115:15

shot 20:2 34:8 62:14 75:8
167:23

shots 59:17

show 32:8 51:20 58:24 116:16
133:16 144:21 162:17

showed 51:16 64:21 145:21

showing 36:23 51:2 103:21
128:24 133:15

shows 105:17,20 116:1 145:9

shut 151:2 178:21

side 51:4 118:12,14,16 126:18
184:22

Sig 142:1,9,13,15 143:9

Sight 38:11

sign 107:14

Sigs 142:12

Silver 173:24,25

similar 58:20 95:11 159:3

simply 45:23 136:22 177:16
180:16

single 20:19

sir 6:21 12:11 57:14 94:9
95:15 108:12 124:13

sit 85:8

sitting 163:6

situation 73:4 80:24

sleeve 83:7 102:15,17

sleeves 136:1

slide 29:12 30:13,17,19 37:2
38:6,15,16,20 39:10,11,15,16,
17,21 41:20 74:1 102:12
135:25 152:16

slides 28:7 29:19

slightly 88:19

slip 35:2

Michael Dame
10/26/2022

**slow** 68:14

**small** 22:8

**smiley** 84:14

**smith** 176:16

**snarky** 37:14,16

**so-called** 182:4

**soft** 26:1 41:10 176:17

**softer** 159:25

**solemnly** 6:12

**sort** 97:5

**Soucie** 21:5,8

**sound** 176:20

**sounded** 119:7

**sounds** 118:24 119:8,15 134:6

**speak** 138:25 140:25 142:22

**Speaking** 142:16

**specific** 16:11 26:15 28:2
38:11 52:23 55:16 60:12
71:21 72:14 95:16 107:2
111:4 148:6 152:20 164:7
172:7 176:6,7

**specifically** 9:17,21 24:4,20
25:22 26:11,17 28:12 29:3,15
30:21 31:24 32:13 37:7 38:21
39:14 44:6 55:10 72:13 80:20
83:12 91:4 102:2,7 113:23
122:4,5 143:14 149:20 153:8
154:7 162:7 163:6 164:19
165:15 170:7 183:16,20 185:6

**specifics** 38:5 54:6,12 56:11
63:16 98:19 135:8 146:24
162:24 164:17,22 177:15
184:13

**specs** 74:10

**speculate** 31:24 144:12
161:22

**speculating** 161:3

**Speculation** 176:25

**Speed** 166:1,8,12

**Speedy** 183:23 184:5,7,9,17,
18

**spell** 21:6 29:21 45:5,11

**spelled** 167:10 171:19

**spelling** 45:6

**spend** 181:25

**spent** 15:21

**split** 75:16 118:13

**spoke** 24:19 72:19 108:14

**spoking** 134:11

**sponsor** 21:14 97:1,3

**sponsored** 34:1 61:9 90:1,25

**sponsoring** 97:5

**sponsorship** 96:12 97:13
98:2,14

**sponsorships** 97:23 98:5

**sport** 21:13 63:11,14,15 93:9
96:18 98:3 101:12 131:8

**Sportsmen's** 173:24 174:3

**spots** 97:6

**spreading** 103:22 172:17

**spring** 24:8 47:5 164:1 181:3

**St** 13:10,14,19 14:3 15:6,9,13,
15

**stack** 20:19

**stainless** 151:11,15,24 152:4,
5,14,15,18,19,20 153:2

**stamp** 47:3 87:5 88:9

**stamped** 84:14

**standard** 123:16

**standards** 74:14,15 138:6

**standing** 36:25 74:10

**Star** 36:1,2,3,8,17 95:11

**start** 22:3 49:18 50:22 58:22
65:8 68:10 76:24,25 77:2
121:21 128:22 172:16

**started** 13:9 18:21 46:13
54:17 65:13 113:20 142:7,8
162:21 170:7 184:1

**starting** 30:22,25

**starts** 76:23

**state** 6:5,21 163:11

**stated** 37:24 57:18 70:1
130:25

**statement** 29:25 50:22 84:12
86:14,23 87:14 119:25 120:5,
7,9,10

**states** 12:17,21 16:14,18 17:2
18:11,25 20:24

**stay** 149:8

**stealing** 184:11,13

**steel** 151:16 152:4,5,14,20
153:2 156:11 159:23 160:11
163:11

**stipulate** 6:10

**stipulation** 138:16

**stirrup** 36:6

**Stoeger** 54:18

**Stoeger's** 42:12

**stop** 76:11 83:5 130:2,4
148:22

**stopped** 15:17,18 116:4

**storage** 51:7 128:23

**straight** 102:12 120:22 121:1,
10,11,18 123:22 124:20,22

**strategy** 66:3

**stress** 83:4

**Strike** 50:1

**string** 143:19 156:23 177:7
180:16

**stroking** 135:24

**strong** 79:8,9

**stuff** 20:11 22:9,17 27:12
41:22,23 46:23 50:13 51:7,11

54:4 75:4 78:1,5 96:12 97:24
102:8 105:6 128:23,25 129:3
130:3,4 151:6 178:19 179:18
184:12

**stupid** 64:22

**subpoena** 24:25 25:2

**subpoenaed** 142:25

**subpoenas** 9:23

**subsidiary** 16:19

**substance** 10:18

**Subtle** 172:13

**successfully** 50:13

**sue** 42:24 168:15 169:7,8,10,
24 173:7

**sued** 23:8 24:1,21 25:10
50:12,16 105:5,9 108:15
109:9 121:15 166:10

**suggested** 168:2

**suggests** 114:24

**suing** 169:8

**summer** 66:22

**Summons** 24:11

**super** 74:11 154:17

**supervisor** 18:7,8

**supplier** 169:9,10

**suppliers** 160:4 165:9 170:20

**suppose** 83:6

**supposed** 9:25 10:1 88:18

**supposedly** 28:4 66:17

**surface** 36:21

**surprise** 30:10 53:9,15

**suspension** 47:16

**SV** 37:19,20 39:9 166:16,25
167:5,20,21,24 168:2,4,12,19,
23 169:2,7,8,12,21 173:6

**swear** 6:12

**switching** 22:11

**sworn** 6:8,11,17

**system** 43:11 97:17 121:6,16

**Szach** 6:4

**Szechuan** 157:3

---

**T**

**taking** 8:19,23 63:10,19
150:22

**talk** 10:4,10,13 22:23 23:25
24:2 30:4 31:4 43:12 60:9
65:14 90:7,10 101:23 102:4,6
104:18 109:16 113:18 142:19
162:20 164:9 171:23

**talked** 9:12,13 23:22 24:9,13
55:14 60:23 65:17 66:8 101:1
122:16 127:19 133:9 145:11
164:6 169:15 172:5 174:10
178:11,20

**talking** 7:24 8:1 9:18 21:18
31:9,18 39:2 44:2 48:3 50:16
52:22 54:5,22 68:10 73:20
86:5 90:2 92:19 95:3,7,23
96:22 103:14 109:16 110:21
127:5 143:8 144:8 154:1,7,11
157:9,23 158:15 165:5 168:6
184:20

**targets** 22:16

**teacher** 175:2

**team** 35:7 90:6,7,12 96:8,25
99:4 102:21

**Tech** 13:10

**technical** 17:2

**technically** 20:1

**techniques** 133:17

**teens** 29:7 30:9 38:14

**telephone** 31:15

**telling** 28:15 52:25 90:16,23
100:7 104:3 107:17 116:21
124:23 127:8 131:10 148:22
154:25 158:5 166:11 178:21

**tells** 81:6 146:22 147:17
148:20 175:19 181:24

**ten** 30:6,7 47:14 77:14,15,18
81:17 141:12

**tend** 20:10

**tendency** 8:10

**Tens** 38:21

**term** 13:22 19:22 180:16

**terms** 62:11 110:21 141:8

**test** 102:14 154:18,21

**tested** 175:12,16,18

**testified** 6:17 40:18 57:2 67:10
79:6,11 96:13 121:9 124:17
129:2 131:2 150:2 152:9
173:5 180:11 181:2

**testify** 9:7

**testimony** 6:10,12 36:10
40:22 61:20 62:22 67:10
87:21 94:12 124:10 143:1

**testing** 123:16

**tests** 13:25

**Texas** 98:19,23

**text** 86:9 111:16,19,24 118:15
126:19,21 127:13 146:16,17,
19 164:12,15 178:15

**texted** 164:2

**texting** 164:19

**texts** 112:11 179:14

**thanking** 59:13 66:3

**theory** 132:6

**thin** 83:3

**thing** 62:8 68:13 69:17 85:9
93:11 97:17 102:24 115:12
127:9,15 130:15 131:20
141:23 145:21 175:18 179:11
181:1

**things** 9:11 34:24 35:18 43:12
54:5 56:10 62:25 81:3 82:4
107:18 109:12 129:11 130:8

Michael Dame
10/26/2022

27

**thinking** 90:11 108:19 137:18 141:16

**thinks** 170:25

**third-party** 138:6

**thirdhand** 70:23

**Thompson** 92:10 112:18

**thought** 41:4 43:14 58:1,3 62:24 77:11,22 89:11 90:23 94:17 115:19 120:15,17,18 121:12 123:21 124:20 125:7 129:15

**thousands** 38:21 39:2

**thread** 130:12 145:15

**threat** 103:3,11 121:2,3

**threw** 121:8

**throw** 90:9

**Thursday** 186:14,19

**Tiffany** 169:23,24 170:1,2

**Tim** 43:21,22 44:21 52:20 60:16 84:8 128:10

**time** 7:22 8:11,14 20:2 28:6 32:18,22 35:18 40:8 43:15 44:9,19,23 46:11 47:3,4 50:10 61:22 64:4 66:17 67:17,19 68:19 69:1,23 73:23 77:24 78:10 80:3,9 87:5 88:9 91:3 96:18 97:20 99:24 100:3,14 101:4 107:6 108:15,19 109:9, 22 113:6 116:2 118:19 119:14 120:25 121:12 122:11 123:7, 11,24 130:21,25 138:7 139:17 140:23 141:4,14 146:22 147:15 163:15 167:22,23 169:14 170:4,5 182:1 185:18, 20 186:7,15,18

**timeouts** 141:18

**times** 37:13 46:11 47:11,14 172:2 178:3

**titled** 92:7

136:1 142:16 147:4 177:3 179:10

**today** 7:6 9:6 60:20 77:13 139:16,17,24 140:9,22 142:25 143:2 147:19,23 163:6 175:7 178:11 181:11

**today's** 9:10,16

**told** 7:9 25:22 29:16 39:14 52:20 56:21 57:5,19 64:18,23 69:15 70:1,8 72:22,23 74:21 79:15,22 80:1,3,9 93:19 96:8 102:17 115:9,15,18 123:7 132:19 135:15,17 136:3,8,11, 16,23 137:1 148:21,22,24 149:2,7 169:17,23 173:1,2 175:19 176:18 182:23 184:10, 11,12,13

**tomfoolery** 54:21

**tomorrow** 170:14,23

**tools** 135:24

**top** 14:20 32:16 36:6 39:19 43:25 49:5,15 58:22 63:24 64:17 65:10 76:16 84:10 88:20 99:11 102:12 146:4 167:11

**tops** 64:19

**torched** 83:6 89:1,5

**total** 39:18 47:13

**tough** 168:18

**touting** 170:22

**toyed** 147:19,22

**track** 38:21

**Tracker** 38:11

**traction** 48:1

**trader** 54:4,8

**trades** 54:10

**trading** 41:22 42:2,10 54:9 55:2,4,20,22 56:13,17,19,20 57:6,20 78:11,20 79:3,7,13,16 80:4 81:11 84:11 86:13,22 91:20 92:5,15,24 93:14 99:13, 17 100:4,9 103:19,23

**train** 18:1,11

**training** 13:7,12 54:23

**trash** 52:22 54:22

**treated** 153:14

**trigger** 102:24

**triggers** 102:22

**Trinity** 170:2,3

**troll** 92:12 94:24 142:9

**troops** 171:14,21 173:3

**truck** 128:20

**trucking** 77:9 78:1,4

**true** 41:14 52:11 53:5 55:9,11, 17 56:21 57:3,19 82:13 93:1, 15 94:5,18

**trustworthy** 41:24

**truth** 6:13,14 177:4

**truthful** 53:7 176:1,5,9 177:22

**truthfully** 9:8

**tungsten** 83:4 102:16,17,18 132:19 136:1

**turn** 136:17

**turned** 27:19 102:17

**tweak** 151:18

**twisting** 177:3

**two-year-old** 82:23

**type** 13:19 157:6 181:18

**types** 155:1 156:11 159:23 160:11

**typical** 164:10

**typing** 89:18 179:9

---

**U**

**U.S.** 16:22 19:2

**ugly** 36:15

**uh-huh** 8:11

**uh-uh** 8:11

**Michael Dame**
**10/26/2022**

28

ultimately 30:16

unauthorized 111:2,3,8 112:6,
21,24 113:6,9 114:3,4,7,13,
17,25 115:3 116:15 118:3
144:20

uncover 90:15

undercut 83:5

underneath 88:2 134:14

understand 8:3 16:23 18:15
19:3 47:18 67:23 73:3 76:3
87:18 89:15 113:3 116:20
121:6,10 138:6,9 152:22
153:18

understanding 29:10,24 40:9
43:11 54:8,11 55:3 70:14 75:4
81:23 117:16,18 119:13
138:16 139:14 140:11 168:23

understands 142:25

understood 8:7 11:3 139:4

undue 83:4

United 12:17,21 16:18 17:1
20:23

Universe 142:1,13 143:9
148:8,13,14,18 149:12,14
150:9,22 151:3,7 178:22

unstable 172:22

unwatchable 185:16,17

update 150:15

urban 56:9

useless 96:11,21,24

USPSA 18:20,24 19:1,2,3,14
20:1 21:22 47:24 48:17 59:4

**V**

V8 135:25

vague 26:12

valued 97:12

Van 50:13,16 99:13,16 100:8
103:18,23

verbal 7:7

verbiage 39:16

verification 55:16 56:21 57:19

verify 41:9 47:3 55:6 57:3 90:6
92:25 93:4,15 94:4

verifying 12:20

versatile 153:9

version 27:5,6

versions 26:20,25 27:9

video 7:11 25:4,6,11 36:20,23
37:8 185:11

videoconferencing 6:7

videos 180:22,23,24,25
185:15

Vieger 23:2

violate 10:18

visible 117:7

Vlieger 23:1,4 52:25 53:1
56:7,8 146:10,11,13,16,22
147:1,2,17,22 148:7,13,20,21,
22 149:7,9,22 151:9,10 152:8,
23 153:7,18 155:25 156:24
157:2,10,15,18,22 158:5,11,
12,18,19 159:4 160:10 162:8,
14 174:11 177:8

volunteered 103:17

**W**

wait 100:25 120:11

waiting 94:14 108:13 154:8

wanted 60:3,4 63:7 73:9,14,
15,19,23 74:20 77:12 100:21
101:7 105:9 122:6 131:7,8
143:7,11 149:8,15,19,20
154:8 168:16 184:5,7,9

Warner 112:17,23 117:20
149:23

Warner's 113:15

warning 28:16

warrantied 73:15

warranties 73:10,20 74:21

warranty 73:14 74:1

watch 35:2 170:15 180:23,25

water 8:21 85:21

ways 105:10 108:24

wear 69:8

website 54:18 153:9

Wednesday 6:2

week 27:2 77:9 78:1,5

weekends 20:2,3

weight 153:21

weird 32:20

welds 64:22 66:21 67:4
102:19

white 132:13,24 133:10

widespread 100:6

Williams 170:2

win 69:8 70:12 83:21 105:10

Windsor 12:14,15 13:18 15:6,
10

winning 73:18

won 72:6 135:20 136:21

word 33:12,16 87:15 97:15
99:16 103:18,23 104:3,7
108:22 170:9 172:6,17

word's 99:12

words 45:10 178:18

work 9:12 14:9 16:11,13,19
20:9,10 40:13 46:4 82:4
123:12 139:17,22 142:4
152:24 167:14

worked 16:10 22:24,25

working 12:25 13:25 16:1
20:11 49:23,25 50:8 53:25
54:1 66:4 90:18,23 165:21

workload 18:9

Michael Dame
10/26/2022

29

**works** 14:15 15:1 64:19 65:7
111:21 121:16 141:21 167:16

**world** 18:16,19 39:4 60:4,5
170:15

**worn** 84:1

**worth** 46:23

**worthwhile** 98:1

**wow** 72:18 130:16

**write** 119:8 158:13

**written** 156:6

**wrong** 28:20 43:13 54:11 68:3
69:17 88:8 139:14 155:8,10
170:6

**wrote** 67:15

---

Y

**year** 15:14 24:24 38:14 42:4
107:14 163:11 164:1 181:4

**years** 11:12 13:6,24 14:2,12,
13 28:11 29:7 30:6,7 40:13
42:4,11 55:1 69:21,22 72:3
77:14,15,18 81:17 116:2
148:4 168:18 173:10

**Yee** 6:20,23 7:3 8:9 9:5 11:1,4
16:23 17:10,16,19 25:23 32:7
34:13 35:4,24 36:13 40:15,25
43:16 49:11 52:6,15 53:14
57:1,17,24 58:9,16 59:11,19
61:23 62:15 63:1,6 64:3,8
68:8 75:3,11 77:5 79:21 80:2,
8,14 82:8 85:20,25 87:3 88:1
90:24 91:11,16 93:13,20 94:3,
16,23 95:14,20 96:20 98:4,16
99:22 100:18 101:5,13 102:3
103:13 104:6,15 105:12
106:17,23 107:4,10 108:5,11
109:10,20 110:5,11 111:11,14
113:10 115:1 117:2 118:7
119:24 120:11,13,14 123:6,20
124:4,15 125:9 126:14 127:25
129:9 130:10 131:14 133:14
134:21 137:13,21,25 138:4,9,
13 139:11,20 140:18 141:3,21
142:2,21 143:6 146:3 147:9

153:23 154:6 155:7,21,24
156:16,20 159:13 160:16
161:23 165:3 168:25 169:5
171:1,6 177:25 178:8 180:6
183:17 186:7,12,18,23

**yeses** 8:10

**yesterday** 10:5,7,9 68:20 69:1
71:4,8

**yup** 148:11 149:24

---

Z

**Zoom** 7:11 150:15

EXHIBIT

#1   10-26-22   DLS

10/4/21, 12:04 PM                                    Dame Michael

Chuck     Home

|||      O      <

Dec 9, 2019, 3:56 PM

**Dame Michael**

3:54 ↓ ⊘          ⏰ 🛜 ⏹ 29% 🔋

 ChaMpinCuc...   📞   📹   ⓘ

Notifications for this conversation are off.      **TURN ON**

Bobie keycans

 Btw, barrels were tested at an actual QC lab, metallurgy lab. They were tested at Hendricks Motorsports, Chuck Warner tested them and my own tester. Results are all the same

Doesnt chuck make barrels?

Iso report would be a good way to hang em

Bobie keycans

SCI 001100

**CONFIDENTIAL**

10/4/21, 12:04 PM

Dame Michael

Chuck    Home

Notifications for this conversation are off.

**TURN ON**

Bobie keycans

Chuck makes very few, but yes

I talked to Luke, owner of KKM

They buy huge pallets of 416R, rods

Heat treat them, cut a hockey pock off, test it, the machine

Barrels never get tested again

Kart rough cuts, heat treats individual barrels, test them and then finish machine

Makes more sense?

Individual KKM barrel will have a 4 RC point swing on the same barrel



OCT 25 AT 11:47 PM

TwOtiM



SCI 001099

CONFIDENTIAL

10/4/21, 12:04 PM                                    Dame Michael

                                                          Chuck      Home

KKM offered to look into it and asked for a barrel. They would have replaced every one if there was a problem. He refused, never sent them one, or any evidence. We have had others test and not a single one found soft. Branden Bunker is much more reputable gunsmith than shay and he laughed at his postings of tests. He was doing them wrong. Brandon found none soft. KKM tested their inventory and all were good. Fact is shay is using the barrel in a way that isn't working ad he needs a scape goat. And we dont make any of the barrels. We sell KKM and have an exclusive on one type. And we got a letter demanding 1 million in dmaages today from his so called attorney who is just another shooter.

Dec 9, 2019, 4:06 PM

**Dame Michael**

That was just a quick search in the chat group, if theres any specific keywords you think I should search for let me know

Dec 9, 2019, 4:03 PM

**Dame Michael**

Talking about the kkm barrels

Dec 9, 2019, 4:02 PM

**Dame Michael**

That's shay

Dec 9, 2019, 4:02 PM

**Chuck Bradley**

who is it?

Dec 9, 2019, 4:01 PM

**Dame Michael**

How can I help burn this cunt?

Dec 9, 2019, 3:57 PM

**Dame Michael**

3:54  ↓  ⊘                                    ⏰ 🛜 �📶 29% 🔋

**SCI 001098**

**CONFIDENTIAL**

Dame Michael

Chuck          Home

**Chuck Bradley**

ask him why he has never provided any of the barrels or the test results to KKM? Why he is hiding it from them. KKM has only talked to him twice through this whole ordeal. They simply asked for a barrel to assess.

Dec 9, 2019, 4:15 PM

**Chuck Bradley**

I don't make them so I don't have insurance for product liability.

Dec 9, 2019, 4:10 PM

**Dame Michael**

Hes got to be bleeding money, all that new equipment low gun sales, parts look like shit. Must think you are easy pray for a pay out

Dec 9, 2019, 4:09 PM

**Dame Michael**

Just want to make sure I dont help shays attack

Dec 9, 2019, 4:08 PM

**Dame Michael**

Bagger already has memes qued up

Dec 9, 2019, 4:08 PM

**Chuck Bradley**

sure why not

Dec 9, 2019, 4:08 PM

**Dame Michael**

Are we cleared to play with that info?

Dec 9, 2019, 4:08 PM

SCI 001097

CONFIDENTIAL

 | Chuck      Home

**Dame Michael**

Working on it

Jan 17, 2020, 6:16 PM

**EXHIBIT**

#2   10-26-22   DLS

**Chuck Bradley**

Next is to start bringing out his past if I have to. Need more info for that.

Jan 17, 2020, 6:16 PM

**Dame Michael**

Dont know the names of his farms

Jan 17, 2020, 6:16 PM

**Dame Michael**

Southwest shooting is ace, real name cody

Jan 17, 2020, 6:15 PM

**Dame Michael**

Rocky top granite is scott

Jan 17, 2020, 6:15 PM

**Chuck Bradley**

HMM I need some granite for my house
😊Dame Michael

Jan 17, 2020, 6:14 PM

**Dame Michael**

Scott has a granite company

Jan 17, 2020, 6:14 PM

**Dame Michael**

SCI 000562

**CONFIDENTIAL**

Dame Michael

 Chuck      Home

---

Jan 30, 2020, 9:17 AM

**Dame Michael**

I'll keep an eye out

Jan 30, 2020, 9:16 AM

```
EXHIBIT
#3   10-26-22  DLS
```

**Chuck Bradley**

Well I guess I'll just sit tight and whack a mole every time he spouts out. If there places he's lying I can't see them , I blocked him, if you send me screen shot I can respond in the thread and he won't even see it

Jan 30, 2020, 9:16 AM

**Dame Michael**

When it comes to comments about shay on FB scott is his main attack dog. Chris Kozell used to be a close 2nd but he left years ago

Jan 30, 2020, 9:12 AM

**Dame Michael**

Who knows what false info was being spread by akai guys at locals

Jan 30, 2020, 9:11 AM

**Dame Michael**

Not that I've seen, but I'm not in 2011 enthusiasts

Jan 30, 2020, 9:10 AM

**Chuck Bradley**

So none of the others were out spreading the post?

Jan 30, 2020, 9:09 AM

**Dame Michael**

Cody I don't t know

Jan 30, 2020, 9:08 AM

SCI 000544

**CONFIDENTIAL**

Jan 31, 2020, 9:26 AM

**Chuck Bradley**

Oh I know , but I debunked it all on my page already.

Jan 30, 2020, 9:59 AM

**Dame Michael**

The other question is if was so quick to say all that to aaron, who else has he sent that too

Jan 30, 2020, 9:58 AM

**Dame Michael**

Anything to get rid of shay

Jan 30, 2020, 9:22 AM

**Dame Michael**



Jan 30, 2020, 9:22 AM

**Chuck Bradley**

Cool, the big ones like areas, uspsa etc are ones he can hurt. If he pops up let me know. Appreciate all you're help.

Jan 30, 2020, 9:19 AM

**Dame Michael**

I haven't seen him in any of the fb groups I'm in

Jan 30, 2020, 9:18 AM

**Dame Michael**

Troll chat is dead

Jan 30, 2020, 9:17 AM

**Chuck Bradley**

SCI 000543

**CONFIDENTIAL**

10/4/21, 12:07 PM                                    Dame Michael and Tim Mekosh

                                                                    Chuck    Home





EXHIBIT

#4   10-26-22   DLS

That's what you told me to do. Bottoms first, then tops. Works great. Thanks.

       Aa     

|||                ‹

Apr 28, 2020, 10:15 AM

**Dame Michael**

Nov 15

Apr 28, 2020, 10:15 AM

**Tim Mekosh**

He is going to end up basically paying lawyers fees and court costs for us

Apr 28, 2020, 9:40 AM

**Dame Michael**

SCI 001353

CONFIDENTIAL

10/4/21, 12:07 PM                                  Dame Michael and Tim Mekosh

                                                        Chuck      Home

Aa

Apr 28, 2020, 10:28 AM

**Dame Michael**

Thanking me for help on his machining strategy... wasnt I working with you to help put him out of business by then?

Apr 28, 2020, 10:16 AM

**Dame Michael**

10:15                                          71%

**Shay**
Active 6 minutes...

0:09

Got a fuck ton of 450 parts right now.



file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akaithumb/F__/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemichae...   252/257

**SCI 001352**

**CONFIDENTIAL**

10/4/21, 12:07 PM                                    Dame Michael and Tim Mekosh

                                                   Chuck    Home

Active 17 minutes...



0:09

NOV 15 AT 3:08 PM

Got a fuck ton of 450 parts right now. 😩

Seen



That's what you told me to do. Bottoms first, then tops. Works great. Thanks.

SCI 001351

CONFIDENTIAL

10/4/21, 12:07 PM                                    Dame Michael and Tim Mekosh

                                                                    Chuck      Home
_____

**Dame Michael**

New ky mask mandate will help too

Apr 28, 2020, 11:06 AM


**Dame Michael**

From what I've found they dont have to use a sheriff in ky to serve so dodging them became easier if required

Apr 28, 2020, 11:03 AM


**Tim Mekosh**

me and mike still remain to be served in which case then I'll retain lawyer and do what needs done. Until any of that happens it's all a sham to try and smear names in the industry exactly what he is trying to "sue" for.

Apr 28, 2020, 10:49 AM


**Chuck Bradley**

You guys may have to be sued in Ky , I would feel better if you were out of it anyway. My daughter in law is an attorney and said they name everybody hoping to get all of them to turn on each other. Thing is that works when there is a wrongdoing, here there isn't , just the facts. His complaint is mostly lies. They can't stand up in court. Which I don't think they ever hope to get to.

Apr 28, 2020, 10:46 AM


**Tim Mekosh**

Lol

Apr 28, 2020, 10:29 AM


**Dame Michael**

That one has the date stamp

Apr 28, 2020, 10:28 AM


**Dame Michael**

10:26

file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akaithumb/F__/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemichae…   250/257

SCI 001350

**CONFIDENTIAL**

EXHIBIT

#5  10-26-22  DLS

10/4/21, 12:04 PM                                    Dame Michael

                                                                    Chuck    Home

---

### Rafferty customs better anyway



SHOOTERSCONNECTION...

Shooters Connection - Competition Shooting...

Just now    Like    Reply

 Write a reply...                      

|||     ◯     ‹

---

Jan 8, 2020, 12:12 PM

**Chuck Bradley**

Not sure Those guys are pretty easy going and would have taken care of a legitimate issue. I do t see them lashing out. If they do it will only be to counter the bad publicity not vindictive

Jan 8, 2020, 11:17 AM

**Dame Michael**

Will they respond publicly? Now's the perfect time he got hit pretty hard yesterday over his contingency BS

Jan 8, 2020, 9:49 AM

**Chuck Bradley**

He has defamed Kkm to the point they need to respond publicly. What's so ironic is Kkm has not seen 1 of these supposed bad barrels. Shay is publicly laying the blame on Kkm when we suspect any problems were caused by his own doing

Jan 8, 2020, 9:40 AM

**Dame Michael**

SCI 000987

**CONFIDENTIAL**

10/4/21, 12:04 PM

Dame Michael

Chuck   Home

III   O   <

Jan 8, 2020, 12:13 PM

Dame Michael

12:01 🕐 ⊘                    🕐 📶 67% 🔋

← Replies                         🔍

Didnt ask, as it was 7 years old

Just now    Like    Reply


**Shay Akai**
**Scott Riddle** we disclose that.

Just now    Like    Reply


**Shay Akai**
**Dame Michael** so a several year old limited gun that cracked you didn't expect a free replacement?

Just now    Like    Reply

**Dame Michael**
I like the KKM barreled upper I built along with

SCI 000986

**CONFIDENTIAL**

10/4/21, 12:04 PM                                              Dame Michael

                                                                                        Chuck    Home


**Shay Akai**
"everything should be free! Free!"

That is on a gun he didn't even buy from us.

6m    Like    Reply


**Dame Michael**
So 9mm major open guns aren't built to handle the over pressured rounds needed to make major in open? See **Luke Cao**, its obviously your fault for letting shay build a 9mm major

Just now    Like    Reply


**Dame Michael**
Was this one of the soft barreled guns?

Just now    Like    Reply

● ● ●    Someone is writing a comment...

Write a reply

SCI 000985

CONFIDENTIAL

10/4/21, 12:04 PM                                        Dame Michael

                                                                    Chuck      Home

---

Jan 8, 2020, 2:58 PM

**Dame Michael**

So he tried using my broke infinity to back up his stance. So I through some kkm and sc digs in

Jan 8, 2020, 2:58 PM

**Dame Michael**

Well ya, that's the point

Jan 8, 2020, 2:57 PM

**Dame Michael**

Luke's 9mm major cracked a slide and shay said it's not covered under warranty because 9mm major is over pressured

Jan 8, 2020, 2:57 PM

**Chuck Bradley**

He wanted a old gun warranties?

Jan 8, 2020, 2:57 PM

**Dame Michael**

Luke cao won a shit load of shays contingency program. Shay wont pay out because luke was mean.

Jan 8, 2020, 2:56 PM

**Chuck Bradley**

I am not really following this. Clue me in

Jan 8, 2020, 2:50 PM

**Dame Michael**

11:56 🕐 ⏰ ⊘                                    ⏰ 📶 .ıll 68% 🔋

 ← **Replies**                                        

SCI 000984

CONFIDENTIAL

Chuck     Home

business. It appears as if
www.majorvanlines.com is up and running
nicely, but I can't get any info off of it.

You have nothing in terms of paperwork that
woud tell you where your goods are? Try
contacting the Miami FBI, they may have a
way of tracking down your goods in NJ, or
can tell you where else to look.

Or, you can try this:

Call Shay Horowitz at this number, give him
your name and job number if you still have
it, and he said he would find that info for
you. He couldn't give me the info without
knowing your name.

[phone number removed]

|||          ◯          ‹

Jan 10, 2020, 11:39 AM

**Dame Michael**

https://www.movingscam.com/forum/viewtopic.php?t=7726
https://www.movingscam.com/forum/viewtopic.php?t=7726

Jan 10, 2020, 11:39 AM

**Chuck Bradley**

file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akalthumb/F__/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemlchael...     84/276

SCI 000983

CONFIDENTIAL

10/4/21, 12:04 PM                                    Dame Michael

                                                                    Chuck    Home

So any reaction if it was made public?

Jan 10, 2020, 2:57 PM

**Chuck Bradley**

As did I , he finally paid then he was on cash or card

Jan 10, 2020, 2:56 PM

**Dame Michael**

Pt had to chase him down at nats one year

Jan 10, 2020, 2:56 PM

**Chuck Bradley**

I feel lucky that when he owed me 25 k 8 years ago that I got paid

Jan 10, 2020, 2:54 PM

**Dame Michael**

10:55 🕐 '  ⊘                    🕐 📶 68% ▮

movingscam.com/forum/vi        1    ⋮

MusicMom

Re: Universal Van Lines out of
business

▢ Thu Jun 15, 2006 5:48 pm

Don't feel like an idiot! It's not your fault!

**SCI 000982**

**CONFIDENTIAL**

10/4/21, 12:04 PM                                        Dame Michael

                                                                          Chuck      Home

**Chuck Bradley**



Jan 13, 2020, 3:22 PM

**Chuck Bradley**



Jan 13, 2020, 3:21 PM

**Dame Michael**

I've been sharing it in PM all morning .

Jan 10, 2020, 2:58 PM

**Dame Michael**

I think I'm going to sit on that until the contingency thing lights up again

Jan 10, 2020, 2:58 PM

SCI 000981

CONFIDENTIAL

10/4/21, 12:04 PM                                    Dame Michael

                                                              Chuck      Home



Jan 13, 2020, 3:22 PM

**Dame Michael**

SCI 000980

CONFIDENTIAL

Chuck     Home

investigation with fbi over his day trading scam. They are going to make a public statement to address thus and post the letters

Dame Michael

Jan 13, 2020, 3:27 PM

**Dame Michael**

Did they test the hardness on it?

Jan 13, 2020, 3:27 PM

**Chuck Bradley**

Like got it from somebody else

Jan 13, 2020, 3:26 PM

**Chuck Bradley**

Thus is the only barrrel Kkm has of his. Like said the barrrl is cut real thin and the tungsten is way to heavy causing undue stress. The stop pin cut us way over cut, to far back. The barrel was torched I suppose to get the sleeve on or off. Thus is why he wouldn't send any back

Jan 13, 2020, 3:25 PM

**Dame Michael**

Those lugs look like a 2 yr old cut them

Jan 13, 2020, 3:23 PM

**Chuck Bradley**



Jan 13, 2020, 3:23 PM

SCI 000979

CONFIDENTIAL

10/4/21, 12:04 PM                                         Dame Michael

                                                                      Chuck      Home

day trading scam lawsuits.

Jan 13, 2020, 3:31 PM

**Dame Michael**

Just learned about the trucking stuff last week

Jan 13, 2020, 3:31 PM

**Dame Michael**

What the suits?

Jan 13, 2020, 3:30 PM

**Chuck Bradley**

You seen it already

Jan 13, 2020, 3:30 PM

**Dame Michael**

Or

Jan 13, 2020, 3:29 PM

**Dame Michael**

That's a barrel that was replaced of out of a gun that was running when it was removed

Jan 13, 2020, 3:29 PM

**Dame Michael**

I couldn't find any law suits over the moving companies

Jan 13, 2020, 3:28 PM

**Chuck Bradley**

I didn't ask but it had been torched

Jan 13, 2020, 3:28 PM

**Chuck Bradley**

SCI 000978

CONFIDENTIAL

Dame Michael

Chuck     Home

Does luke know about the powder post from years ago

Jan 13, 2020, 3:38 PM

**Dame Michael**

Come on kkm, time for the final KO punch

Jan 13, 2020, 3:35 PM

**Chuck Bradley**

Not sure, but until he is convicted not sure they can deny it

Jan 13, 2020, 3:34 PM

**Dame Michael**

How did he get an ffl with an open federal investigation

Jan 13, 2020, 3:33 PM

**Chuck Bradley**

But nothings been done for 10 years on it

Jan 13, 2020, 3:32 PM

**Dame Michael**

Ya didnt even know there where

Jan 13, 2020, 3:32 PM

**Chuck Bradley**

FBI was investigating and its still an open case.

Jan 13, 2020, 3:32 PM

**Dame Michael**

Oh

Jan 13, 2020, 3:31 PM

SCI 000977

CONFIDENTIAL

EXHIBIT

#5.1  10-26-22  DLS

10/4/21, 12:04 PM                                          Dame Michael

Chuck      Home

---

## Rafferty customs better anyway



SHOOTERSCONNECTION...

Shooters Connection - Competition Shooting...

Just now      Like      Reply

 Write a reply...                     



---

Jan 8, 2020, 12:12 PM

**Chuck Bradley**

Not sure Those guys are pretty easy going and would have taken care of a legitimate issue. I do t see them lashing out. If they do it will only be to counter the bad publicity not vindictive

Jan 8, 2020, 11:17 AM

**Dame Michael**

Will they respond publicly? Now's the perfect time he got hit pretty hard yesterday over his contingency BS

Jan 8, 2020, 9:49 AM

**Chuck Bradley**

He has defamed Kkm to the point they need to respond publicly. What's so ironic is Kkm has not seen 1 of these supposed bad barrels. Shay is publicly laying the blame on Kkm when we suspect any problems were caused by his own doing

Jan 8, 2020, 9:40 AM

**Dame Michael**

SCI 000987

CONFIDENTIAL

10/4/21, 12:04 PM

Dame Michael

Chuck      Home

|||      O      <

Jan 8, 2020, 12:13 PM

Dame Michael

12:01 🔔 ⊘         🔔 📶 67% 🔋

←   Replies            🔍

Didnt ask, as it was 7 years old

Just now    Like    Reply



**Shay Akai**
**Scott Riddle** we disclose that.

Just now    Like    Reply



**Shay Akai**
**Dame Michael** so a several year old limited gun that cracked you didn't expect a free replacement?

Just now    Like    Reply

**Dame Michael**
I like the KKM barreled upper I built along with

SCI 000986

**CONFIDENTIAL**

10/4/21, 12:04 PM                              Dame Michael

                                                            Chuck    Home



**Shay Akai**
"everything should be free! Free!"

That is on a gun he didn't even buy from us.

6m     Like     Reply



**Dame Michael**
So 9mm major open guns aren't built to handle the over pressured rounds needed to make major in open? See **Luke Cao**, its obviously your fault for letting shay build a 9mm major

Just now     Like     Reply



**Dame Michael**
Was this one of the soft barreled guns?

Just now     Like     Reply

●  ●  ●   Someone is writing a comment...

Write a reply

**SCI 000985**

**CONFIDENTIAL**

10/4/21, 12:04 PM                                   Dame Michael

                                                            Chuck    Home

Jan 8, 2020, 2:58 PM

**Dame Michael**

So he tried using my broke infinity to back up his stance. So I through some kkm and sc digs in

Jan 8, 2020, 2:58 PM

**Dame Michael**

Well ya, that's the point

Jan 8, 2020, 2:57 PM

**Dame Michael**

Luke's 9mm major cracked a slide and shay said it's not covered under warranty because 9mm major is over pressured

Jan 8, 2020, 2:57 PM

**Chuck Bradley**

He wanted a old gun warranties?

Jan 8, 2020, 2:57 PM

**Dame Michael**

Luke cao won a shit load of shays contingency program. Shay wont pay out because luke was mean.

Jan 8, 2020, 2:56 PM

**Chuck Bradley**

I am not really following this. Clue me in

Jan 8, 2020, 2:50 PM

**Dame Michael**

11:56  ⏰ ⊘                         ⏰ 📶 ⚏ 68% ▪

← **Replies**                                    


**SCI 000984**

**CONFIDENTIAL**

business. It appears as if www.majorvanlines.com is up and running nicely, but I can't get any info off of it.

You have nothing in terms of paperwork that woud tell you where your goods are? Try contacting the Miami FBI, they may have a way of tracking down your goods in NJ, or can tell you where else to look.

Or, you can try this:

Call Shay Horowitz at this number, give him your name and job number if you still have it, and he said he would find that info for you. He couldn't give me the info without knowing your name.

[phone number removed]

|||          ◯          ‹

Jan 10, 2020, 11:39 AM

**Dame Michael**

https://www.movingscam.com/forum/viewtopic.php?t=7726
https://www.movingscam.com/forum/viewtopic.php?t=7726

Jan 10, 2020, 11:39 AM

**Chuck Bradley**

SCI 000983

CONFIDENTIAL

10/4/21, 12:04 PM                                    Dame Michael

                                                                    Chuck    Home

So any reaction if it was made public?

Jan 10, 2020, 2:57 PM

**Chuck Bradley**

As did I , he finally paid then he was on cash or card

Jan 10, 2020, 2:56 PM

**Dame Michael**

Pt had to chase him down at nats one year

Jan 10, 2020, 2:56 PM

**Chuck Bradley**

I feel lucky that when he owed me 25 k 8 years ago that I got paid

Jan 10, 2020, 2:54 PM

**Dame Michael**

10:55  ⏰  ˙  ⊘                         ⏰  ⌵  ⌵  68% ▮

movingscam.com/forum/vi    ① ⋮

MusicMom

Re: Universal Van Lines out of
business

▢ Thu Jun 15, 2006 5:48 pm

Don't feel like an idiot! It's not your fault!

SCI 000982

CONFIDENTIAL

10/4/21, 12:04 PM                                                    Dame Michael

                                                                          Chuck      Home

day trading scam lawsuits.

Jan 13, 2020, 3:31 PM

**Dame Michael**

Just learned about the trucking stuff last week

Jan 13, 2020, 3:31 PM

**Dame Michael**

What the suits?

Jan 13, 2020, 3:30 PM

**Chuck Bradley**

You seen it already

Jan 13, 2020, 3:30 PM

**Dame Michael**

Or

Jan 13, 2020, 3:29 PM

**Dame Michael**

That's a barrel that was replaced of out of a gun that was running when it was removed

Jan 13, 2020, 3:29 PM

**Dame Michael**

I couldn't find any law suits over the moving companies

Jan 13, 2020, 3:28 PM

**Chuck Bradley**

I didn't ask but it had been torched

Jan 13, 2020, 3:28 PM

**Chuck Bradley**

SCI 000978

**CONFIDENTIAL**

Dame Michael

                                                                    Chuck     Home

---

Does luke know about the powder post from years ago

Jan 13, 2020, 3:38 PM

**Dame Michael**

Come on kkm, time for the final KO punch

Jan 13, 2020, 3:35 PM

**Chuck Bradley**

Not sure, but until he is convicted not sure they can deny it

Jan 13, 2020, 3:34 PM

**Dame Michael**

How did he get an ffl with an open federal investigation

Jan 13, 2020, 3:33 PM

**Chuck Bradley**

But nothings been done for 10 years on it

Jan 13, 2020, 3:32 PM

**Dame Michael**

Ya didnt even know there where

Jan 13, 2020, 3:32 PM

**Chuck Bradley**

FBI was investigating and its still an open case.

Jan 13, 2020, 3:32 PM

**Dame Michael**

Oh

Jan 13, 2020, 3:31 PM

SCI 000977

**CONFIDENTIAL**

EXHIBIT

#6  10-26-22  DLS

9/23/21, 1:53 PM                                                    Dame Michael

                                                              Chuck      Home

---

**Chuck Bradley**

Oh

Dec 15, 2019, 5:59 PM

**Dame Michael**

I honestly dont know

Dec 15, 2019, 5:59 PM

**Chuck Bradley**

Who is it

Dec 15, 2019, 5:58 PM

**Dame Michael**

Hes convinced bagger is double alfalfa, a few others think its me

Dec 15, 2019, 5:58 PM

**Chuck Bradley**

If they keep it up the letter and my response will be posted. They know that by now.

Dec 15, 2019, 5:58 PM

**Dame Michael**

Nah, more of me being in KY and friends with bagger

Dec 15, 2019, 5:58 PM

**Chuck Bradley**

Lol, do you think they might suspect because of chance stuff

Dec 15, 2019, 5:57 PM

**Dame Michael**

**SCI 000611**

**CONFIDENTIAL**

Dame Michael

Chuck    Home

**Chuck Bradley**

Nothing out in open about it?

Dec 15, 2019, 6:40 PM

**Dame Michael**

That was 2 phones ago, cant bring any of it up

Dec 15, 2019, 6:15 PM

**Dame Michael**

We got in the habit of nuking it every once and awhile back when it was really active. That's when shay was doing all his shit talking about bobby

Dec 15, 2019, 6:15 PM

**Dame Michael**

Troll chat been dead

Dec 15, 2019, 6:14 PM

**Dame Michael**

Yup

Dec 15, 2019, 6:13 PM

**Chuck Bradley**

So where is all this playing out? All private chats?

Dec 15, 2019, 6:13 PM

**Dame Michael**

Also sent them all the old shit about shays daytrading

Dec 15, 2019, 5:59 PM

**Dame Michael**

SCI 000610

**CONFIDENTIAL**

9/23/21, 1:53 PM                                      Dame Michael

 | Chuck      Home

---

**Chuck Bradley**



Jan 19, 2020, 4:39 PM

**Dame Michael**

Words getting out about the van lines and daytrading

Jan 19, 2020, 10:54 AM

**Dame Michael**

I'm sure there will be other disgruntled customers popping up

Jan 19, 2020, 10:53 AM

**Chuck Bradley**

I made that little implied threat to bring out shays past if they wanted to keep on. Hard to imagine them continuing on.

Jan 19, 2020, 10:51 AM

**Dame Michael**

Shay is a cancer that needs to be removed. Hes already damaged the market

Jan 19, 2020, 10:49 AM

**Dame Michael**



Jan 19, 2020, 10:48 AM

**Dame Michael**

What help I know nothing

Jan 19, 2020, 10:48 AM

**Chuck Bradley**

SCI 000557

**CONFIDENTIAL**

10/4/21, 12:07 PM                                    Dame Michael and Tim Mekosh

                                                                    Chuck        Home
_____

Fuck never mind I thought we had a list saying he owned bestdaytrader

Apr 28, 2020, 1:22 PM


**Chuck Bradley**

Any lie , and history discredits

Apr 28, 2020, 1:08 PM


**Chuck Bradley**

Yes

Apr 28, 2020, 1:07 PM


**Dame Michael**

Foreclosure last year, helping to prove he is hurting for $

Apr 28, 2020, 12:54 PM


**Tim Mekosh**

You can look at all his browsed county public records that's why it's public record

Apr 28, 2020, 12:53 PM


**Dame Michael**

Shows history of lying to cover misdeeds?

Apr 28, 2020, 12:41 PM


**Dame Michael**

Shay lying about not owning a previous company that is registered under his name helpful?

Apr 28, 2020, 12:40 PM


**Dame Michael**

Opinion privilege is a legal thing,

Apr 28, 2020, 12:35 PM

SCI 001336

CONFIDENTIAL

**EXHIBIT**

#8.1  10-26-22  DLS

exhibitsticker.com

9/23/21, 1:53 PM                                          Dame Michael

Chuck     Home

---

**Dame Michael**

I can't, I'm muted for a week

Dec 17, 2019, 11:41 AM

**Chuck Bradley**

Tell him you do have it. Tell it like it is. KKM called QC and they admitted to not doing it correctly and said they were going to ask for the barrels back to test again.

Dec 17, 2019, 11:35 AM

**Dame Michael**

Like I said

Dec 17, 2019, 11:32 AM

**Dame Michael**



Dec 17, 2019, 11:32 AM

**Dame Michael**

Like that was even a question

Dec 17, 2019, 12:33 AM

**Dame Michael**



Dec 17, 2019, 12:33 AM

**Chuck Bradley**

report the group
😂Dame Michael

Dec 17, 2019, 12:31 AM

**Dame Michael**

file:///C:/Users/HaganW/Desktop/message_1.html                                          63/133

**SCI 000598**

**CONFIDENTIAL**

EXHIBIT

#8.2  10-26-22  DLS

exhibitsticker.com





Search Facebook

**Shooters Connection Inc**

🛒 Shop on Website    👍 Like    💬 Message

EXHIBIT

#9   10-26-22   DLS

13,247 people follow this

49 people checked in here

🌐 http://shootersconnectionstore.com/

📞 (502) 570-4112

Send message

💲 Price range · $$

✉️ customerservice@shootersconnection.com

🕐 **Closed now**
8:30 AM - 4:30 PM ⌄

Sports & Recreation · Outdoor & Sporting Goods Company

## Suggest Edits

Is this the right phone number for this place?

(502) 570-4112

| Yes | Unsure | No |

## Photos    See all

---

**Shooters Connection Inc**
January 16, 2020 · 🌐

KKM Response to claims of Soft barrels.

PDF Version- https://shootersconnectionstoreassets.s3.amazonaws.com/...

### KKM PRECISION
2201 Conmir Dr, Carson City, NV 89706 | support@kkmprecision.com                    1/9/2020

To Whom It May Concern,

Over the past several weeks it has come to my attention, by concerned customers, that rumors within social media are claiming KKM Precision has produced "Soft" barrels and is being sued by a company who received these barrels. The truth is KKM Precision and one of our dealers have received a letter of intent to sue if KKM Precision doesn't pay $1 Million dollars in next 30 days to said company. Prior to a Facebook post in October of 2019 by this company claiming "Soft" barrels, KKM Precision was not made aware of any issues with our heat treating and manufacturing process. Only that they had an issue with one barrel that they would like to send in for inspection. To date, this company has yet to send KKM Precision any proof of an "Out of Spec Soft Barrel" nor has any barrel ever been returned to us for inspection or warranty. I do not know if this company really does intend to sue or if this was just a threat to cover up and lay blame on us for their own actions. KKM Precision has always stood by the quality of our products and if anyone has any concerns or questions give us a call. Our warranty has always been to exchange, replace or refund any product that doesn't meet our standards of competitive shooting sports.

Here at KKM Precision our manufacturing process has been established from well over 25 years of producing pistol barrels for nearly every single firearm company at one time or another. We use the very best stainless steel a Type 416R BQ#5 produced here in the USA. We order entire mill runs of this steel at nearly 6k pounds at a time. Every single 12ft bar is then checked for proper hardness by cutting off a 1" inch pack and heat treating it before the bars are turned into rifled blanks. After gun-drilling, reaming and then honing, we pull a button through the blanks to create our rifling. About halfway through the barrel making process the blanks are heat treated on Nevada Heat Treating. They will then test for Rockwell hardness on these blanks and supply a test report to us. We then finish machining the blanks into barrels and test for hardness again on our own fully automatic Innovatest Versus 720RS Rockwell hardness tester. We compare and record the results to make sure the barrels are within spec. To date, we have produced well over 100K barrels in 25 years and we have never seen a barrel test under 40HRC using this process. Because KKM Precision is a major supplier to the U.S. Military and Law Enforcement, we use ASTM E18-19 standards when hardness testing and will very soon become an ISO9001 certified manufacturing facility.

For the past 25 years my company has had a long reputation within the shooting sports industry of helping customers, businesses and gunsmiths learn about pistol barrels and competitive shooting. Our shop has always been open to customers for tours and to those who just want to learn about manufacturing and robotics. We have one of the most advanced manufacturing shops in the industry, so stop on by or give me a call if you have any questions. We are here to educate, inform and pass along our knowledge to fellow shooters. We all enjoy competition shooting and the lifelong friendships it produces.

Thank you and see you on the range,

Luke McIntire

👍❤️😮 119                                              283 Comments  10 Shares

Comment    ↗ Share



**Shooters Connection Inc**

Shop on Website    Like    Message

Write a comment...

Author
**Shooters Connection Inc**
KKM has authorized me to post all legal letters pertaining to this, stay tuned.
Like    Reply    2y                                                    4

**Ace Boles**
Shooters Connection Inc if you're attempting transparency with these posts, you probably shouldn't be deleting anyone's comments.
Like    Reply    2y

Author
**Shooters Connection Inc**
Ace Boles I'm not , they may have done it themselves after seeing they were wrong.
Like    Reply    2y

Author
**Shooters Connection Inc**
Ace Boles Got a screen shot of what was deleted? I will repost it.
Like    Reply    2y

Author
**Shooters Connection Inc**
I have several saved myself. What post are you rwefering to?
Like    Reply    2y

**Ace Boles**
Shooters Connection Inc A couple of my posts have been

**Videos**    See all

**Live Q and A with Shooters Connection!**
59
6.1K views · a year ago

**Page transparency**    See all

2

**Live Q and A with Shooters Connection!**

59

6.1K views · a year ago

## Page transparency

See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

---

**Shooters Connection Inc**
I have several saved myself. What post are you rwefering to?
Like   Reply   2y

**Ace Boles**
Shooters Connection Inc A couple of my posts have been deleted, I didn't take screen shots.
Like   Reply   2y

✎ Author
**Shooters Connection Inc**
Ace Boles there's a bunch on here I want to delete but I haven't. The irrelevant nasty stuff should be. So can't give you a reason why it's not there.
Like   Reply   2y

**Dame Michael**
This an old disinformation trick used when trolling to make the otherside look bad in the eyes of the masses. If anything is missing he deleted it himself. I know this because I've done this. 😎🧑
Like   Reply   2y

**Ace Boles**
Dame Michael Good thing you're here to hold Chucks hand through all of this 😉
Like   Reply   2y   Edited

**Dame Michael**
I'm like the magic guy, explaining dated stuff to drive innovation
Like   Reply   2y

Reply to Shooters Connection Inc...

3



4





Search Facebook

Shooters Connection Inc

🛒 Shop on Website    👍 Like    💬 Message

Page created - January 4, 2010

Page manager location: United States

### Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business

👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation

👍 Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

the people who manage and post content.

Like  Reply  2y

✏️ Author
Shooters Connection Inc
No claim to certification. And says at the bottom they are NOT responsible due to interpretations.

Like  Reply  2y  Edited

Ace Boles
Shooters Connection Inc ehh, you could argue that the facility that KKM hired is biased since it's local to them.

Like  Reply  2y

✏️ Author
Shooters Connection Inc
Ace Boles Same with akai except that the facility KKM uses is certified and issue results under penalty of law. Bottom line is if the test is done properly you get similar results. But even looking at shays lab the results are not bad. In fact according to many even if the results were correct the barrels would be fine. But improper testing can cause swings of 10 points. Some of those numbers are numbers that are not even possible with the steel used. And this is the company who after talking to Luke admitted they did not test them properly and said they were going to ask for them back to test again. Wonder if that ever happened.

Like  Reply  2y

Reply to Shooters Connection Inc...  😊 GIF 🎨

✏️ Author
Shooters Connection Inc
Here is the demand letter from Akai to SC
https://shootersconnectionstoreassets.s3.amazonaws.com/...

7

Shooters Connection Inc

Search Facebook

Shop on Website    Like    Message

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

Gorilla Ammunition    Like
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc    Like
Don Hardy likes this
Local business

Grayguns    Like
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

✏️ Author
Shooters Connection Inc
Joshua Baker you saw that to?
Like   Reply   2y

Dame Michael
**Shooters Connection Inc** do you not have to go by your real name in legal documents ?
Like   Reply   2y

✏️ Author
Shooters Connection Inc
**Dame Michael** I would think so , whose not using their real name?
Like   Reply   2y

Dame Michael
**Shooters Connection Inc** shay Horowitz
Like   Reply   2y

Ace Boles
**Michael** Dewayne DaMe Esq. just single handedly dismantled this entire case 😱
Like   Reply   2y

Jeremiah Deneski-Competitive Shooter
Oops
Like   Reply   2y

Bobby Keigans
How can that letter even be a legal document when the pursuant party doesn't even use their real name?
Like   Reply   2y

8

https://www.facebook.com/ShootersConnection

# Shooters Connection Inc

**Shop on Website**    **Like**    **Message**

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company    **Like**

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business    **Like**

**Grayguns**
Bruce Belvin likes this
Sports & recreation    **Like**

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

**Author**
**Shooters Connection Inc**
Here is the response from me. Chuck
https://shootersconnectionstoreassets.s3.amazonaws.com/...

Like   Reply   2y    👍❤ 5

∧ Hide 14 Replies

**Ace Boles**
**Shooters Connection Inc** Umm, it would be well advised for you to seek counsel......

Like   Reply   2y

**Author**
**Shooters Connection Inc**
**Ace Boles** I assume you see the slander case I have against those perpetrating slander and defamation against me is pretty strong.

Like   Reply   2y

**Author**
**Shooters Connection Inc**
**Ace Boles** being your one of shays drummer boys you might take your own advice

Like   Reply   2y

**Ace Boles**
**Shooters Connection Inc** Riiiigghhht. I've been a customer of yours for years, never bought anything from Akia. Did you go to law school?

Like   Reply   2y

**Author**
**Shooters Connection Inc**

9



https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

🛒 Shop on Website    👍 Like    💬 Message

the people who manage and post content.

🏳️ Page created - January 4, 2010

📍 Page manager location: United States

### Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation
👍 Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

**Ace Boles**
Shooters Connection Inc Riiiiigghhht. I've been a customer of yours for years, never bought anything from Akia. Did you go to law school?

Like   Reply   2y

🖊 Author
**Shooters Connection Inc**
Ace Boles yea that's what's bad about this several people who are friends and customers are getting caught up in this which is why I have to bring the truth out. Don't understand why you would be defending him from a position of obvious weakness, alre... See more

Like   Reply   2y

**Chuck Anderson**
Shooters Connection Inc trolls gotta troll.

Like   Reply   2y

**Ace Boles**
Chuck Anderson recommending he retain counsel isn't exactly trolling 🤥

Like   Reply   2y   Edited

**Chuck Anderson**
Ace Boles yes, like that was your only post.

Like   Reply   2y

**Ace Boles**
Chuck Anderson oK boomer

Like   Reply   2y

**Chuck Anderson**
Ace Boles I can only assume you said some really terrible shit in

10

Shooters Connection Inc

the people who manage and post content.

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

---

Like    Reply    2y

Chuck Anderson
Ace Boles I can only assume you said some really terrible shit in all those posts you accused SC of deleting.

Like    Reply    2y

Ace Boles
Chuck Anderson that would be an incorrect ASSumption.

Like    Reply    2y

Author
Shooters Connection Inc
Ace Boles so your saying your just an objective observer?

Like    Reply    2y

Ace Boles
Shooters Connection Inc Have I shown bias in any comment?

Like    Reply    2y

Author
Shooters Connection Inc
Ace Boles I did take it as you were taking the other side, are you an objective observer?

Like    Reply    2y

Reply to Shooters Connection Inc...

Author
Shooters Connection Inc
Akai demand letter to KKM
https://shootersconnectionstoreassets.s3.amazonaws.com/...

Like    Reply    2y

11

Search Facebook

**Shooters Connection Inc**

🛒 Shop on Website    👍 Like    💬 Message

## Page transparency    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company    👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business    👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation    👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

---

Reply to Shooters Connection Inc...

Author
**Shooters Connection Inc**
Akai demand letter to KKM
https://shootersconnectionstoreassets.s3.amazonaws.com/...
Like    Reply    2y    😀 2

Author
**Shooters Connection Inc**
KKM lawyers response.
https://shootersconnectionstoreassets.s3.amazonaws.com/...
Like    Reply    2y    👍❤ 3

Author
**Shooters Connection Inc**
Finally KKM's Example test. I believe this shows the variance in results if not done properly, like testing on the curvature.
https://shootersconnectionstoreassets.s3.amazonaws.com/...
Like    Reply    2y    Edited    😮

Author
**Shooters Connection Inc**
Ace Boles I know how it works. I didn't delete anything. Even though I want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public opinion in regards to this thread. Deleting you're own posts then crying that I deleted them is a troll tactic. Now to show you are not objective and not unbiased I present some posts

12



Shooters Connection Inc

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Like   Reply   2y   Edited

Author
Shooters Connection Inc
Ace Boles I know how it works. I didn't delete anything. Even though I want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public opinion in regards to this thread. Deleting you're own posts then crying that I deleted them is a troll tactic. Now to show you are not objective and not unbiased I present some posts from another Facebook page. Funny the three guys trying to discredit what I say are in this together. Bottom line is I am just trying to protect my company from slanderous posts and accusations perpetrated by some of the akai team. I am sure some follow without really knowing the truth. All I am doing is presenting the facts, while the other side claims to withhold information cause they don't want to show their cards. Really? If you have something show it. We have proven or disproven about every point in the demand letter. It shows you gave a newbie gunsmith trying to wow those who don't know better with some far out new ways of building guns. And then when they fail everything else is to blame , faulty powder? Now soft barrels that only he has experienced ? Without providing any back to the manufacturer who has agreed to replace any that are bad. And the way he try's to put pressure on those he demands a payment from he uses those loyal followers to slander through social
Media while claiming the high ground that he never named anybody. He didn't have to , he directed others to, I have shown some of that ,

(2) Shooters Connection Inc | Fa...

https://www.facebook.com/ShootersConnection

Search Facebook

**Shooters Connection Inc**

Shop on Website   Like   Message

## Page transparency

See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public opinion in regards to this thread. Deleting you're own posts then crying that I deleted them is a troll tactic. Now to show you are not objective and not unbiased I present some posts from another Facebook page. Funny the three guys trying to discredit what I say are in this together. Bottom line is I am just trying to protect my company from slanderous posts and accusations perpetrated by some of the akai team. I am sure some follow without really knowing the truth. All I am doing is presenting the facts, while the other side claims to withhold information cause they don't want to show their cards. Really? If you have something show it. We have proven or disproven about every point in the demand letter. It shows you gave a newbie gunsmith trying to wow those who don't know better with some far out new ways of building guns. And then when they fail everything else is to blame , faulty powder? Now soft barrels that only he has experienced ? Without providing any back to the manufacturer who has agreed to replace any that are bad. And the way he try's to put pressure on those he demands a payment from he uses those loyal followers to slander through social

Media while claiming the high ground that he never named anybody. He didn't have to , he directed others to, I have shown some of that , even got one to admit to it unknowingly here. I have much more recorded , screen shots , message threads , emails, pictures, reports. Nice to have somebody in you're camp. You guys want to keep it up , as I said bring it on. I'm not scared or worried as I know the truth and I'm just fighting the scam. By the way have you looked into shays history? Oh yea I have that to.

Like   Reply   2y

👍 3

14





Shooters Connection Inc

Shop on Website    Like    Message

## Page transparency    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏴 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

---

Like   Reply   2y

Reply to Scott Thompson...

**Scott Thompson**
I am astounded that in 2020 business owners don't understand how business litigation works. It is amazing what posts like this can do regarding damages if and when the claims are substantiated.

Like   Reply   2y

∧ Hide 19 Replies

🖊 Author
**Shooters Connection Inc**
Ya think. Like all the defamatory and slanderous posts made about KKM and me, and this is Chuck. Nothing like the truth being told. Dont have to worry about litigation when its the truth. You want me to post the letters and the responses for all to see?

Like   Reply   2y

**Scott Thompson**
Chuck, I really don't have dog in the fight. I know one side of the evidence and it's pretty damn compelling when multiple independent ISO labs confirm what is in the complaint. Apparently it will be up for a judge to decide who is correct. It's sad that it had to come to that for everyone's sake.

Like   Reply   2y

**Scott Thompson**
Shooters Connection Inc I'm pretty sure your lawyer would advise against you doing that for your own sake.

Like   Reply   2y

17



**Shooters Connection Inc**

804 S Broadway St, Ste 9
Georgetown, KY 40324

Gun Parts, Holsters, Accessories, Competition Shooting Supplies, Magazines and more! Shooters Connection sells the most desirable equipment for the s... See more

12,540 people like this including 94 of your friends

13,247 people follow this

49 people checked in here

http://shootersconnectionstore.com/

(502) 570-4112

Send message

---

Scott Thompson
**Shooters Connection Inc** I'm pretty sure your lawyer would advise against you doing that for your own sake.

Like   Reply   2y

Author
**Shooters Connection Inc**
Scott Thompson Your his biggest drum beater, no dog? Come on. If I get attacked I will fight with truth and transparency. Just been waiting on KKM to make the public statement since they are the ones who have the most on the line since it is their product and livelihood. So I posted the letter and relayed what I personally was involved in. Nothing but truth.

Like   Reply   2y                                          5

Tim Mekosh
Scott Thompson who you gonna suck off when shay goes under?

Like   Reply   2y   Edited

Scott Thompson
I stated I have seen the evidence. I guess we will see. I have also seen your proxies slinging mud and pretty much saying no one on earth know how to test rockwell except the manufacturer. Chicken bones on eye of newt.

Like   Reply   2y

Scott Thompson
Tim Mekosh I don't even shoot USPSA anymore, like you. You still getting kicked out of the army?

Like   Reply   2y

Scott Thompson
Guess those CDV charges really hurt your ability to own guns.

18





**Shooters Connection Inc**

Shop on Website | Like | Message

---

**Scott Thompson**
I will give ya this Tim, I have never in my life know someone so universally disliked as you. Nation wide. It's pretty amazing for a person to not have a single redeeming quality.

Like  Reply  2y

**Tim Mekosh**
Scott Thompson lmao like I give care about who likes me that's cute.

Like  Reply  2y  Edited

**Scott Thompson**
Tim Mekosh Well that is a good thing in your case.

Like  Reply  2y

**Ace Boles**
Tim Mekosh I see you remembered to click the "post as Tim" button instead of replying as Double Alfa this tiMe

Like  Reply  2y

**Ace Boles**
youre looking rather sober this evening 🥴

Like  Reply  2y

**Tim Mekosh**
Ace Boles and you're still looking like a retard so it's all good

Like  Reply  2y

**Chuck Anderson**
Scott Thompson To repeat what that other Chuck said. You definitely have a dog in this fight. If it comes to litigation, you are probably getting named. It's been mentioned several times that

**Videos**  See all

**Live Q and A with Shooters Connection!**
1:10:04
59
6.1K views · a year ago

**Page transparency**  See all

20







**Shooters Connection Inc**

Shop on Website | Like | Message

**Page transparency** — See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏴 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

---

wonder why barsto hasn't had a problem with their 39 rockwell barrels over the last few decades?

Like  Reply  2y

**Bobbie Andy Harley**
A split second before the torque wrench was applied to the faucet handle, it had been calibrated by top members of the state and federal Departments of Weights and Measures, to be dead-on balls accurate. Here's the certificate of validation! It's an industry term. 🤣

Like  Reply  2y                                    😆 3

**Mike Burgess**
Soft Barrels dont blow up!
Sorry to call BS on it but it's true. Soft barrels have lugs that deform, how do i know, i have a 9 major gun with a $69 RIA barrel in it, I had to tig weld up the hood and feet to fit it correctly, after shooting a few hundred rounds I had to stone the raised eges on the lugs where the metal had deformed slightly under firing loads. Now for the funny part 20K rounds later it still runs and shoots fine, hasn't blown up hasn't done anything bad. Weird that you can build a gun with a shit barrel of known poor metallurgy and have it not blow up.

Like  Reply  2y

**Mike Burgess**
Joshua Baker I know, weird isn't it
Like  Reply  2y

Reply to Mike Burgess...

**Dame Michael**
So with everyone being so mean to shay is he going to punish usppa shooters by not sponsoring nationals or area matches in 2020?

Like  Reply  2y                                    ❤😆 4

23

Shooters Connection Inc

**Shop on Website**     Like     Message

**Page created - January 4, 2010**

**Page manager location: United States**

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company     Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business     Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation     Like

## Add your business to Facebook
Showcase your work, create ads and connect with customers or supporters.

**Create Page**

**Dame Michael**
So with everyone being so mean to shay is he going to punish uspsa shooters by not sponsoring nationals or area matches in 2020?
Like   Reply   2y                                        💖😂 4

**Dame Michael**
Has anyone shared these letters to chucky Warner over on the 1911pro page? I would but that cunt blocked me for talking about this earlier
Like   Reply   2y

**Chuck Warner**
Yes, they have. And I'll continue to only care about the facts. I have nothing bad to say about any of the parties involved, and have made zero comments to that effect. I don't like the whole situation for anyone, so, I won't let the shit show continue over there.
If that makes me a cunt, so be it. I can live with that.
Like   Reply   2y                                        👍 3

**Dame Michael**
Chuck Warner except your name is being dropped to support his claims 🤷
Like   Reply   2y   Edited

**Chuck Warner**
So?
There are facts involved with this case I am involved with.
Shay is my friend and that's not gonna change.
That doesn't mean I have to say, or allow anyone else to say, anything disparaging about any of it. They are all grown men, and don't answer to me.
I, however, do answer to me.
And your not owed an explanation by me, in any way shape, or form.

24



**Chuck Warner** except your name is being dropped to support his claims 🤦

Like   Reply   2y   Edited

**Chuck Warner**
So?
There are facts involved with this case I am involved with.
Shay is my friend and that's not gonna change.
That doesn't mean I have to say, or allow anyone else to say, anything disparaging about any of it. They are all grown men, and don't answer to me.
I, however, do answer to me.
And your not owed an explanation by me, in any way shape, or form.
What anyone else has to say is their business.
I am friends with a lot of people in this business, and anytime I can help someone making a genuine effort, I do my best to do so.
I don't know anyone at SC personally, but when I was contacted and asked about a slide print, I provided it freely.
I don't know the guys at KKM personally, but I had several conversations with Kevin over the years. Liked him a lot. We had mutual barrelmaking friends.
I have had no contact with any of them throughout this process, and I have no say in how these things play out.
Nor will I judge any of them. Certainly not on the internet.
My involvement in this, is in Support of Shay's factfinding efforts. That won't change.
Once again, if that makes me a cunt, because I won't let you stir the pot over in my "house", so be it.

Metaphorically speaking, when you come through the front door with poop on your shoes, I'll ask you to leave....when you come

Shooters Connection Inc

🛒 Shop on Website    👍 Like    💬 Message

Page created - January 4, 2010

Page manager location: United States

## Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation
👍 Like

## Add your business to Facebook
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

the pot over in my "house", so be it.

Metaphorically speaking, when you come through the front door with poop on your shoes, I'll ask you to leave....when you come through the door with your OWN poop on your shoes, AND tell everyone how wonderful it smells....well, we are best served just showing you out, and closing the door behind you.

Like  Reply  2y  Edited

Dame Michael
Chuck Warner TLDR, but *you're
Like  Reply  2y

Tim Mekosh
lol "fact finding"
Like  Reply  2y

Dame Michael
Chuck Warner so much for not having a dog in the fight ya lying twat
Like  Reply  2y

Dame Michael
Wonder what else you aren't being honest about.
Like  Reply  2y

Dame Michael
Those were some pretty pics you posted, but how do we know the machine is calibrated properly as you aren't a certified lab.
Like  Reply  2y

Dame Michael
I answer that for you since you wont.
We can't trust your opinion or your "proof", you should probably just stfu.

26



Shooters Connection Inc

Page created - January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
[Like]

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
[Like]

**Grayguns**
Bruce Belvin likes this
Sports & recreation
[Like]

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

[Create Page]

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

[🔍] Shop on Website   [👍] Like   [💬] Message

**Dame Michael**
I answer that for you since you wont.
We can't trust your opinion or your "proof", you should probably just stfu
Like   Reply   2y

Reply to Dame Michael...

**Alex Trevino**
Joey Steven
Like   Reply   2y

**Corey Mulholland**
Glen Weeks Matt Hemple
Like   Reply   2y

**Greg Smith**
Anyone who puts .esq on their correspondence is a dick
Like   Reply   2y

**Ace Boles**
Greg Smith That's how you know they a REAL LawYer
Like   Reply   2y

**Author**
**Shooters Connection Inc**
Ace Boles well, just look at the letters , of course you can tell I am not a lawyer and wrote my layman's response myself. KKM obviously has the real attorney and says I have absolutely no liability. He laid out quite clear that Kkm has none either. T... See more
Like   Reply   2y

Reply to Greg Smith...

27

https://www.facebook.com/ShootersConnection

## Shooters Connection Inc

🛒 Shop on Website     👍 Like     💬 Message

the people who manage and post content.

🏳 Page created - January 4, 2010

📍 Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

**Ace Boles**
Greg Smith That's how you know they a REAL LawYer 😆

Like   Reply   2y

✏ Author
**Shooters Connection Inc**
Ace Boles well, just look at the letters , of course you can tell I am not a lawyer and wrote my layman's response myself. KKM obviously has the real attorney and says I have absolutely no liability. He laid out quite clear that Kkm has none either. The insurance quick nuisance settlement isn't happening. If a suit is filed and I have to hire one then I might as well file a counter one against all those perpetrating these baseless accusations.

Like   Reply   2y                                              👍 4

Reply to Greg Smith...

**Jeff Perdue**
Oh boy....

Like   Reply   2y

**Bill Jones**
So was it scott thompson or akai that is crying about the barrels??

Like   Reply   2y   Edited

**Tim Boettcher**
Wow, I've had nothing but great success with KKM in my shop and shooting them in my own guns. I haven't been keeping up with this so... 😊

Like   Reply   2y                                              👍

**Greg Smith**
KKM makes my XDm barrels and I've never had an issue. Very accurate,

28

Shooters Connection Inc

https://www.facebook.com/ShootersConnection

**Shop on Website** · Like · Message

**Shooters Connection Inc**

the people who manage and post content.

🏳 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

**Tim Boettcher**
Wow, I've had nothing but great success with KKM in my shop and shooting them in my own guns. I haven't been keeping up with this so... 😊
Like · Reply · 2y

**Greg Smith**
KKM makes my XDm barrels and I've never had an issue. Very accurate, very well made. Period
Like · Reply · 2y

**Louis Bethel**
**Shooters Connection Inc**
I am a little late to this party, but want to make sure I understand the kerfuffle.

1. GunSmith "claims" a barrel maker made barrels not to the correct Rockwell Hardness.
- Provides no proof.
- Does not return them to mfg.
- Does not contact mfg.
- Gunsmith may have altered the barrel

2. GunSmith directs other people to "spread the word" (aka slander)

3. A guy on your FB page keeps getting caught providing conflicting information.

4. Shooter with ruptured barrel cannot provide facts about the ammo (meeting SAAMI specs, not a receipt, not a casing, no extra ammo).

5. No one has been hurt physically from these claims

Pass the popcorn and save me a seat to watch the lawsuits fly.

Not to mention the alienation of the guy and this GunSmith from the industry.

29

Shooters Connection Inc

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

- Does not contact mfg.
- Gunsmith may have altered the barrel

2. GunSmith directs other people to "spread the word" (aka slander)

3. A guy on your FB page keeps getting caught providing conflicting information.

4. Shooter with ruptured barrel cannot provide facts about the ammo (meeting SAAMI specs, not a receipt, not a casing, no extra ammo).

5. No one has been hurt physically from these claims

Pass the popcorn and save me a seat to watch the lawsuits fly.

Not to mention the alienation of the guy and this GunSmith from the industry.

Like   Reply   2y   Edited

**Author**

Shooters Connection Inc

**Louis Bethel** well couple corrections. He did provide what he thinks as proof but the testing company has admitted they didn't test it correctly , one other engineer also had bad tests but once right the proper way to test a barrel they were good, his tester also had no claims of certification on their letterhead as kkm's tester has. You are correct in that none have been returned after many attempts to get them returned.,I even got him to agree to splitting one in half and sending half , his idea. He never did it. I have the messages if any one doubts this. He did contact the manufacturer once who told him send it back and they would warranty it if it tested bad. He contacted us several times and we had Kkm call him. He was told the same thing. I have those messages as well. Can't really address the altering as the barrels were never sent back but I assume they were if he built with his unconventional methods. The last 4 new barrels he bought and

30



**Shooters Connection Inc**

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

**Author**
**Shooters Connection Inc**
**Louis Bethel** well couple corrections. He did provide what he thinks as proof but the testing company has admitted they didn't test it correctly , one other engineer also had bad tests but once right the proper way to test a barrel they were good, his tester also had no claims of certification on their letterhead as kkm's tester has. You are correct in that none have been returned after many attempts to get them returned.,I even got him to agree to splitting one in half and sending half , his idea. He never did it. I have the messages if any one doubts this. He did contact the manufacturer once who told him send it back and they would warranty it if it tested bad. He contacted us several times and we had Kkm call him. He was told the same thing. I have those messages as well. Can't really address the altering as the barrels were never sent back but I assume they were if he built with his unconventional methods. The last 4 new barrels he bought and tested himself , by his numbers were 42,43,43,40. I have pics of those tests. Other pics we have of tests show improper procedures.

Like  Reply  2y  👍2

**Shane Eld**
I can say from my experience with KKM, they are a very reliable company with standup employees who put the customer first. If they had an issue with a product, I am confident they would stand behind said product. I have a KKM barrel in my Carver Custom Open Glock 17 and 34. The Open 17 has over 90,000 rounds through it and the 34 is around 20,000 rounds of 9 major. Both still have great accuracy, both have been reliable.

Like  Reply  2y  👍3

31

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

🛒 Shop on Website   👍 Like   💬 Message

## Page transparency

See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

---

around 20,000 rounds of 9 major. Both still have great accuracy, both have been reliable.

Like   Reply   2y

**Federico Javier Minlos**
Why I am not surprised....karma is a bitch
Like   Reply   2y

**Aaron Lawson**
So after this money grab fails is he just going to set the place ablaze and blame the tooling company?
Like   Reply   2y

**Scotty Bates**
Were these barrels ones that were fitted with tungsten sleeves? If so, then how much modification was done to them? Is that why he won't send them back to KKM? The way this sounds, one side is completely full of shit.
Like   Reply   2y

✏️ Author
**Shooters Connection Inc**
Scotty Bates

Like   Reply   2y

✏️ Author
**Shooters Connection Inc**
So this is a barrel that was sent back to KKM long before the soft brittle barrel accusation. Yes the demand letter used those words,



Shooters Connection Inc

**Page created - January 4, 2010**

**Page manager location: United States**

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Grayguns**
Bruce Belvin likes this
Sports & recreation

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

---

Author
Shooters Connection Inc
**Scotty Bates**

Like   Reply   2y

Author
Shooters Connection Inc

So this is a barrel that was sent back to KKM long before the soft brittle barrel accusation. Yes the demand letter used those words, soft brittle barrel if you can wrap your head around that. Luke told me the tungsten sleeve had slipped forward. He noted the barrel was cut extremely thin and the tungsten sleeve was much larger than what Limcat has done for 20 years. I asked him if that extra weight on a thinner barrel would create undue stress on the barrel. He said yes. Then he pointed out the location of the feet cut where the slide stop rides. Its way behind where it should be. Not sure if this a different geometry to accommodate a stroked gun or not. But it is outside the normal specs for 1911 design. Luke also mentioned some radial lugs basically gone. These things pointed out in the past makes be think that this is why none of the current barrels were sent to Luke for evaluation and testing. Basically KKM makes a product and if it is modified to this extent they cant be held liable for the results of unconventional modifications.

Like   Reply   2y

Aaron Laws
**Shooters Connection Inc** Was that barrel from Akai?

33

**Shooters Connection Inc**

🛒 Shop on Website | 👍 Like | 💬 Message

🏳 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

---

Like  Reply  2y

**Aaron Laws**
Shooters Connection Inc Was that barrel from Akai?
Like  Reply  2y  Edited

🖊 Author
**Shooters Connection Inc**
Aaron Laws yes
Like  Reply  2y  👍

**Aaron Laws**
well a picture is worth a thousand words and that photo definitely tells a story
Like  Reply  2y

Reply to Scotty Bates...  😊 GIF 🏷

**Jerry Colantone**
My last post on this because there is nothing but instigators on this. Akai had nothing to do with my gun.
..
Like  Reply  2y  ❤👍 4

**Dame Michael**
Took ya long enough
Like  Reply  2y

**Scott Thompson**
Ace Boles apparently a SME on pretty much everything.
Like  Reply  2y  👍

🖊 Author
**Shooters Connection Inc**
Jerry, I have your email and your 2nd smiths email. I understand

34

← → ⟳ ⌂   https://www.facebook.com/ShootersConnection

Search Facebook

Shooters Connection Inc

🛒 Shop on Website      👍 Like      💬 Message      🔍      ⋯

## Page transparency    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩  Page created - January 4, 2010

📍  Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company          👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business          👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation          👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

---

... had nothing to do with my gun.
..

Like   Reply   2y                                        👍❤ 4

**Dame Michael**
Took ya long enough
Like   Reply   2y

**Scott Thompson**
Ace Boles apparently a SME on pretty much everything.
Like   Reply   2y                                        👍

✏ Author
**Shooters Connection Inc**
Jerry, I have your email and your 2nd smiths email. I understand why you thought it was the barrel. You were misled by Shay that it was the barrel since it was just more of what he thought ammo to go against KKM and me. I think people need to realize y... See more
Like   Reply   2y                                       👍 2

✏ Author
**Shooters Connection Inc**
Bradley Savage nope he says he was using fiocchi ammo. The barrel was tested by Shay and the barrel us in shays hands. So saying Shay is not involved in his barrel is another lie. I suspect it's the barrel referred to in the demand letter.
Like   Reply   2y

**Ace Boles**
Shooters Connection Inc Read this particular thread for an obvious example of a deleted post. Scott Thompson replies to me, yet the comment of mine that he replies to, isn't there.
Like   Reply   2y

35







Facebook

Search Facebook

Shooters Connection Inc

Shop on Website | Like | Message

the people who manage and post content.

📐 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
Like

Grayguns
Bruce Belvin likes this
Sports & recreation
Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Cody Dengler
Who ever is trying to threaten and extort money from KKM must be a real "stroked"! 😆
Like   Reply   2y          😂😂 5

Max Klatt
This is a real HORO show isnt WITZ?
Like   Reply   2y          👍 8

Cody Dengler
Max Klatt you win!
Like   Reply   2y

Max Klatt
Cody Dengler I surprised myself with that one.
Like   Reply   2y          😂 3

Reply to Cody Dengler...

Bill Jones
Sounds like a pistol builder trying to save its own company
Like   Reply   2y

James Turnure
Was the OD of said barrels dramatically altered?
Like   Reply   2y          👍

∧ Hide 20 Replies

Author
Shooters Connection Inc
Not sure since none were ever sent back after many attempts requesting it. So we dont know what was done to any of the barrels in question. I do have a pic of one that had the barrel

39



Shooters Connection Inc

Page created - January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Grayguns**
Bruce Belvin likes this
Sports & recreation

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

Bill Jones
Sounds like a pistol builder trying to save its own company

Like  Reply  2y

James Turnure
Was the OD of said barrels dramatically altered?

Like  Reply  2y

^ Hide 20 Replies

✎ Author
Shooters Connection Inc
Not sure since none were ever sent back after many attempts requesting it. So we dont know what was done to any of the barrels in question. I do have a pic of one that had the barrel turned way done and a large tungsten sleeve was put on it. The sleeve was much bigger than those Limcat has been doing on KKM barrels for 20 years.

Like  Reply  2y

✎ Author
Shooters Connection Inc
Bradley Savage In some ways. It put extra stress on the barrel like a large sledge hammer beating back and forth. No telling what this process did to the heat treat.

Like  Reply  2y

✎ Author
Shooters Connection Inc
Bradley Savage no, read it again , " no telling what the process does to the heat treating" ,

Like  Reply  2y

Why are you deleting comments on

40

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

🛒 Shop on Website    👍 Like    💬 Message

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

*Author*
**Shooters Connection Inc**
Bradley Savage no, read it again , " no telling what the process does to the heat treating " ,
Like  Reply  2y

**Ace Boles**
Shooters Connection Inc Why are you deleting comments on this thread?
Like  Reply  2y

**Chuck Anderson**
Do you know what process is used to apply the sleeve? Machining and threading a long tube improperly can add a significant amount of heat. 800 degrees? Don't know.
Like  Reply  2y

*Author*
**Shooters Connection Inc**
Ace Boles I'm not , you can stop accusing me of it. You ever going to answer my question that I gave asked twice? You implied you are an objective observer although you're posts defend the other side , or attempt to. Are you an Objective Observer ? , for the third time .
Like  Reply  2y

*Author*
**Shooters Connection Inc**
Bradley Savage and I said the process may have effected it. Another builder told me long ago to properly fit a sleeve heating is involved to get a good fit.
Like  Reply  2y

41



Search Facebook

Shooters Connection Inc

Shop on Website    Like    Message

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company    Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business    Like

Grayguns
Bruce Belvin likes this
Sports & recreation    Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

---

the people who manage and post content.

Like  Reply  2y

✏ Author
Shooters Connection Inc
Bradley Savage and I said the process may have effected it. Another builder told me long ago to properly fit a sleeve heating is involved to get a good fit.

Like  Reply  2y

Ace Boles
Shooters Connection Inc This is how Facebook pages work, anyone with admin or editor access can delete anyone's comments on the page's posts, no one else can, unless it's the original poster deleting their own comment. If you look at the time stamp you'll see that I asked you about this on two different comment threads on your post. I asked it the second time as you ignored my first comment for 3 hours. Further, It is obvious that I have been asking questions without bias, as you can read all of them and use basic comprehension. Show me where I have defended Akai. I have simply pointed out obvious issues that any attorney will bring forth in litigation. Your posts on this matter have only further exposed yourself to any pending or future actions, hence my original suggestion of retaining counsel......

Like  Reply  2y

✏ Author
Shooters Connection Inc
Ace Boles I know how it works. I didn't delete anything. Even though I want to. Obvious you are running crazy trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public

42



**Shooters Connection Inc**

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Grayguns**
Bruce Belvin likes this
Sports & recreation

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Author

**Shooters Connection Inc**

**Ace Boles** I know how it works. I didn't delete anything. Even though I want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public opinion in regards to this thread. Deleting you're own posts then crying that I deleted them is a troll tactic. Now to show you are not objective and not unbiased I present some posts from another Facebook page. Funny the three guys trying to discredit what I say are in this together. Bottom line is I am just trying to protect my company from slanderous posts and accusations perpetrated by some of the akai team. I am sure some follow without really knowing the truth. All I am doing is presenting the facts, while the other side claims to withhold information cause they don't want to show their cards. Really? If you have something show it. We have proven or disproven about every point in the demand letter. It shows you gave a newbie gunsmith trying to wow those who don't know better with some far out new ways of building guns. And then when they fail everything else is to blame , faulty powder? Now soft barrels that only he has experienced ? Without providing any back to the manufacturer who has agreed to replace any that are bad. And the way he try's to put pressure on those he demands a payment from he uses those loyal followers to slander through social Media while claiming the high ground that he never named anybody. He didn't have to , he directed others to, I have shown some of that , even got one to admit to it unknowingly here. I have much more recorded , screen shots , message threads ,

43



Shooters Connection Inc

Shop on Website    Like    Message

has experienced ? Without providing any back to the manufacturer who has agreed to replace any that are bad. And the way he try's to put pressure on those he demands a payment from he uses those loyal followers to slander through social Media while claiming the high ground that he never named anybody. He didn't have to , he directed others to, I have shown some of that , even got one to admit to it unknowingly here. I have much more recorded , screen shots , message threads , emails, pictures, reports. Nice to have somebody in you're camp. You guys want to keep it up , as I said bring it on. I'm not scared or worried as I know the truth and I'm just fighting the scam. By the way have you looked into shays history? Oh yea I have that to.

Like    Reply    2y

Author
Shooters Connection Inc

Like    Reply    2y

Author
Shooters Connection Inc

### Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
Like

Grayguns
Bruce Belvin likes this
Sports & recreation
Like

### Add your business to Facebook
Showcase your work, create ads and connect with customers or supporters.

Create Page

Page created - January 4, 2010

Page manager location: United States

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

44





Search Facebook

**Shooters Connection Inc**

🛒 Shop on Website    👍 Like    💬 Message

**Page created - January 4, 2010**

📍 **Page manager location: United States**

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation
👍 Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

**Shooters Connection Inc** You guys? Where? What are you accusing me of trying to do to you?
Like   Reply   2y

🖊 Author
**Shooters Connection Inc**
**Ace Boles** pretty obvious Scott backed off and you jumped in. I am done with you. Said all I needed to, the readers can decide.
Like   Reply   2y

**Ace Boles**
**Shooters Connection Inc**



Like   Reply   2y

🖊 Author
**Shooters Connection Inc**
**Ace Boles** you're gifs are cute
Like   Reply   2y

**Ace Boles**
**Shooters Connection Inc** thank you 😉
Like   Reply   2y

47





https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

Shop on Website | Like | Message

the people who manage and post content.

- Page created - January 4, 2010
- Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
Like

Grayguns
Bruce Belvin likes this
Sports & recreation
Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

---

to pass off shoddy gun work as a parts defect. My .02.

Like   Reply   2y

**Dame Michael**
Jeremiah Deneski-Competitive Shooter almost sounds like insurance fraud

Like   Reply   2y

**Tim Mekosh**
Dame Michael maybe they need a moving company to help move to Jamaica

Like   Reply   2y

Reply to Hart Johnson...

**Jeremiah Deneski-Competitive Shooter**
did they have a contingency program until recently? asking for a friend

Like   Reply   2y   10

**Jerry Colantone**
I had a KKM barrel blow up after 5 rounds it was Rockwell tested and did not meat specs. The top of the chamber blew off and the STI Edge was destroyed, frame bent , slide cracked. I was very lucky that the piece of barrel went straight up into an overhead baffle, no one was hurt that day but it could have been a disaster.

Like   Reply   2y   2

∧ Hide 86 Replies

**Dame Michael**
Jerry Colantone who fit it? Who made the ammo? Did you send it to kkm?

Like   Reply   2y

49



Shooters Connection Inc

🛒 Shop on Website    👍 Like    💬 Message

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company      👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business      👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation      👍 Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

Like  Reply  2y

**Dame Michael**
Matt Olinchak bad lot of 3n38 perhaps

Like  Reply  2y

**Matt Olinchak**
🙁

Like  Reply  2y

**Jerry Colantone**
I want you to know I am not part of the lawsuit and didn't know anything about it until the letter was posted here today. I was just commenting on my bad experience. If you must know I was using factory ammunition, I do have plenty of pictures and a w...
See more

Like  Reply  2y

**Dame Michael**
Who fit it?

Like  Reply  2y

**Dame Michael**
Who tested it?

Like  Reply  2y

**Dame Michael**
Was it sent to kkm for inspection?

Like  Reply  2y

**Matt Olinchak**
Did the old one really have a bad heat treat? How did you determine that?

Like  Reply  2y

51





**Shooters Connection Inc**

🛒 Shop on Website  |  👍 Like  |  💬 Message  |  🔍  |  ⋯

the people who manage and post content.

🏳 Page created - January 4, 2010

📍 Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

---

Like  Reply  2y

**Dame Michael**
Jerry Colantone who has the bad barrel?

Like  Reply  2y  Edited

**Dame Michael**
Let me go out on a limb here.
You had a catastrophic failure after a gunsmith put a new barrel in your gun.
Sent it back and said smith said it was a faulty barrel, possible even 'soft'
Didnt provide evidence
Kept the barrel
Told you kkm wouldn't help
And charged you to fix the gun that was damaged by what was more than likely an improperly fit barrel to begin with.
Sound right?

Like  Reply  2y                                    👍😂 4

**Jim Clark**
bad meat barrel? 😜 2

Like  Reply  2y

**Jerry Colantone**
Dame Michael I don't know you and you don't know me. I have nothing to lie about and you're twisting things around so I will just end it here, in the end the truth and responsibility will prevail.

Like  Reply  2y

**Kevin Mayfield**
Jerry Colantone what are The initials of the guy that worked on the gun for you?

53





Shooters Connection Inc | Facebook

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

Shop on Website    Like    Message

the people who manage and post content.

🏴 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company       Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business       Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation       Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Like   Reply   2y

**Scott Thompson**
**Shooters Connection Inc** Jerry's gun isn't an **Akai**. That was another builder who found the barrels soft.

Like   Reply   2y

**Jerry Colantone**
**Scott Thompson** correct

Like   Reply   2y

**Dame Michael**
Who?

Like   Reply   2y

**Dame Michael**
Why be so secretive about it?

Like   Reply   2y

**Scott Thompson**
It's not wise to aire details of pending litigation, no matter how hard you troll, **Dame**. Any dime store lawyer would tell you that. '

Like   Reply   2y   Edited

✏️ Author
**Shooters Connection Inc**
**Scott Thompson** Dont make the accusation without willing to back it up. Who was it? Did KKM get the barrel back? I have done business with them for over 20 years. They dont just not respond. If the barrel was soft then maybe it would not crack over time but it would damage the slide or the frame. I have seen double charges that didn't damage the frame, laid the slide open though. Factory ammo wouldn't blow a barrel up even if it had no heat treat. So this story sounds more like a blockage, squib, or

55



**Shooters Connection Inc**

Shop on Website | Like | Message

### Page transparency    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Grayguns**
Bruce Belvin likes this
Sports & recreation

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

---

hard you troll, **Dame**. Any dime store lawyer would tell you that. '

Like  Reply  2y  Edited

✏️ Author
Shooters Connection Inc
**Scott Thompson** Dont make the accusation without willing to back it up. Who was it? Did KKM get the barrel back? I have done business with them for over 20 years. They dont just not respond. If the barrel was soft then maybe it would not crack over time but it would damage the slide or the frame. I have seen double charges that didn't damage the frame, laid the slide open though. Factory ammo wouldn't blow a barrel up even if it had no heat treat. So this story sounds more like a blockage, squib, or double charge. Not the barrel as implied.

Like  Reply  2y  Edited     👍 5

**Scott Thompson** Shooters Connection Inc I don't know who it was. I just know it's not an Akai. The other builders that may be coming forward are handling their own process. They are smart, they are not airing litigation on a public forum like a schoolyard squabble.

Like  Reply  2y     👍❤️ 2

**Dame Michael**
Scott Thompson doesn't the letter say no litigation?

Like  Reply  2y

**Dame Michael**
Is jerry part of the litigation?

Like  Reply  2y

**Scott Thompson**
Dame Michael IDK

56



Shooters Connection Inc

**Shop on Website** | **Like** | **Message**

the people who manage and post content.

🏴 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
**Like**

Dillon Precision Products, Inc
Don Hardy likes this
Local business
**Like**

Grayguns
Bruce Belvin likes this
Sports & recreation
**Like**

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

Like  Reply  2y

Scott Thompson
Dame Michael IDK
Like  Reply  2y

Dame Michael
Jerry Colantone seems to be full of shit from what I'm seeing
Like  Reply  2y

Dame Michael
Wants to say his barrel was bad but wont offer any evidence, if you didnt want to discuss it properly you should have shut the fuck up to begin with
Like  Reply  2y  Edited                    3

Jerry Colantone
Dame Michael no
Like  Reply  2y

Scott Thompson
Joshua Baker Best part is your opinion nor mine matter at the end of the day.
Simple question... Are you and ISO certified lab that specializes in metallurgy? Up to an including destructive testing to determine if a metal is actually the TYPE of steel it is claimed to be? If not, have a seat.
Like  Reply  2y                          3

Dame Michael
Scott Thompson qc metallurgical wasnt iso certified 🤷
Like  Reply  2y

Scott Thompson
maybe there is more than one lab. Maybe most lawyers would

57

Shooters Connection Inc

Shop on Website       Like       Message

**Page created - January 4, 2010**

**Page manager location: United States**

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

Like

## Add your business to Facebook
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Like   Reply   2y

**Dame Michael**
**Scott Thompson** qc metallurgical wasnt iso certified 🤷

Like   Reply   2y

**Scott Thompson**
maybe there is more than one lab. Maybe most lawyers would tell you to never show your cards to internet proxy trolls.



Like   Reply   2y

**Scott Thompson**
It's very telling how you attacked Jerry on behalf of SC when he simply stated he had a broken gun and his smith tested the barrel as soft.
Just because you yell the loudest doesn't mean you are correct.

Like   Reply   2y

**Gary Ramey**
Jerry Colantone Hot ammo? Or USA factory meeting SAAMI specs?

58



**Shooters Connection Inc**

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

Like · Reply · 2y

**Gary Ramey**
Jerry Colantone Hot ammo? Or USA factory meeting SAAMI specs?
Like · Reply · 2y

**Ace Boles**
Joshua Baker What "world class builder" is RC testing every part on every gun build!?
Like · Reply · 2y

**Scott Thompson**
Ace Boles What is a "world class builder" ?
Like · Reply · 2y

**Ace Boles**
Scott Thompson PleZ stay yer lane oLd mAn. You don't know what yew dint nO
Like · Reply · 2y

**Dame Michael**
Please don't say prasky
Like · Reply · 2y

**Scott Thompson**
Ace Boles I am world class not no'er
Like · Reply · 2y

**Ace Boles**
Dame Michael you know that's exactly who he's gonna say
Like · Reply · 2y

**Ace Boles**
Joshua Baker You're answer wasn't really needed. It was a

59

https://www.facebook.com/ShootersConnection

Search Facebook

**Shooters Connection Inc**

🛒 Shop on Website    👍 Like    💬 Message

## 📘 Page transparency    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created - January 4, 2010

📍 Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

---

**Ace Boles** I am world class not no'er
Like   Reply   2y

**Ace Boles**
Dame Michael you know that's exactly who he's gonna say
Like   Reply   2y

**Ace Boles**
Joshua Baker You're answer wasn't really needed. It was a rhetorical question. Because it's Bullshit.
Like   Reply   2y                                    😂❤ 3

**Ace Boles**
Joshua Baker



Like   Reply   2y

**Scott Springer**
Joshua Baker Because they aren't putting over pressure ammo in them. We had some KKM barrels tested by an ISO9001 certified

60

Page created - January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

**Scott Springer**
Joshua Baker Because they aren't putting over pressure ammo in them. We had some KKM barrels tested by an ISO9001 certified manufacturer and they were just fine and over several batches, consistent. We don't sell them, but I wouldn't have an issue doing so from the quality we have seen.

Like   Reply   2y

✎ Author
**Shooters Connection Inc**
**Scott Thompson** Your implying that there are more and that's simply not true. Several have called KKM inquiring about it and they even took many in to test for people who read the slanderous claims. But none are making demands or suing. Thats a BS ploy in an attempt to alter public opinion. In fact I have had many well known gunsmiths who have used KKM for years call me to say they haven't had a problem with a single barrel. Some of the pics sent to us to show us the testing results show barrels on cheap equipment or insufficient fixture or on the concave surface of an unsupported barrel. I have a copy of a report that shows the result of 5 barrel testings. The lowest being 38. And that company admitted to doing it wrong. And their report has no certification claims on it like the report from KKM's interdependent tester. I will be glad to post all of those after shot. Might as well get it all out there. The demand letter and response from both me and KKM's attorney. You guys decided to play this out in social media to attack both KKM and my businesses. So lets bring it on.

Like   Reply   2y

**Scott Thompson**
**Shooters Connection Inc** please post where you or the barrel

61



**Shooters Connection Inc**

Shop on Website  •  Like  •  Message

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
Like

## Add your business to Facebook
Showcase your work, create ads and connect with customers or supporters.

Create Page

Like  Reply  2y

**Scott Thompson**
**Shooters Connection Inc** please post where you or the barrel manufacturer have been named on social media by Akai. I won't hold my breath. The social media circus is 100% on your shoulders. While entertaining, it will mean nothing in the end.
Like  Reply  2y  Edited

**Scott Thompson**
**Shooters Connection Inc** Omnipotence must be cool.
Like  Reply  2y

✏️ Author
**Shooters Connection Inc**
**Scott Thompson** oh it was brought out without names and then the minions were all told to go to work to get the names out. Tag team style
Like  Reply  2y

**Scott Thompson**
I will take things that never happened for $500, Alex. Oh, you mean when the original letter was leaked to a meme site?
Like  Reply  2y

✏️ Author
**Shooters Connection Inc**
**Scott Thompson** so you never outed Kkm by sharing shays soft barrel post?
Like  Reply  2y

✏️ Author
**Shooters Connection Inc**
**Scott Thompson**

62

Shooters Connection Inc

**Shop on Website**   **Like**   **Message**

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
**Like**

Dillon Precision Products, Inc
Don Hardy likes this
Local business
**Like**

Grayguns
Bruce Belvin likes this
Sports & recreation
**Like**

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Shooters Connection Inc
Scott Thompson so you never outed Kkm by sharing shays soft barrel post?

Like   Reply   2y

✏ Author
Shooters Connection Inc
Scott Thompson



Like   Reply   2y

Scott Thompson
You mean that post that doesn't name anyone. Thank you for making my point. That is about the 5th demonstrable time you have been wrong in this thread.
Now lets talk about you releasing the original letter to a meme site, ok?

Like   Reply   2y   👍 3

Scott Thompson
Like I stated earlier, the social media shit show is 100% yours to own.

Like   Reply   2y   Edited

63



Now lets talk about you releasing the original letter to a meme site, ok?

Like   Reply   2y

**Scott Thompson**
Like I stated earlier, the social media shit show is 100% yours to own.

Like   Reply   2y   Edited

Author
**Shooters Connection Inc**
**Scott Thompson** intentional slander to cause harm? That suit won't just name Shay but all of those who worked at his direction. You don't think all of those private chats and emails won't be brought out in discovery?

Like   Reply   2y

Author
**Shooters Connection Inc**
**Scott Thompson** oh Scott , forget you edited that post a day later? You lied, not surprised.

Like   Reply   2y

64



Shooters Connection Inc

🏳 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business

👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation

👍 Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

✍ Author
Shooters Connection Inc
Scott Thompson you can delete it all. That's ok I have it all saved. And lots more I haven't even posted yet. You know when you attack 2 reputable businesses with false accusations , that's big boy stuff. I dint play games.

Like   Reply   2y

Scott Thompson
didn't lie was told to not include names so it was editd. You posted a picture of a sleeved barrel implying that that is where the problem is. A lie. They are virgin barrels that are soft. Untouched.

Like   Reply   2y

✍ Author
Shooters Connection Inc
Scott Thompson oh so you were following shays direction and why you deleted the name.

Like   Reply   2y

✍ Author
Shooters Connection Inc
caught in another lie. Proves what I said about minions doing his dirty work.

Like   Reply   2y   Edited   👍 2

Scott Thompson
Nice try. No lies. I was told there were problems and was supposed to share the post so Shay Akai could ensure he would take care of his customers. I was told not to name anyone and I have certainly never named SC in anything so keep on blowing that out of your ear.
I haven't attacked anyone. I don't know what the end result will

66



Shooters Connection Inc

Shop on Website | Like | Message

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
Like

Grayguns
Bruce Belvin likes this
Sports & recreation
Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Like  Reply  2y  Edited

Scott Thompson
Nice try. No lies. I was told there were problems and was supposed to share the post so **Shay Akai** could ensure he would take care of his customers. I was told not to name anyone and I have certainly never named SC in anything so keep on blowing that out of your ear.
I haven't attacked anyone. I don't know what the end result will be but you certainly seem to protest too much.

Like  Reply  2y

Ryan Goold
Scott. Take the L on this one, you clearly fucked up and are trying to cover your tracks, poorly. Chuck's got you dead to rights. Plus everyone that has ever been involved with USPSA on FB knows you are shay's most outspoken douche. Thank you for your ...
See more

Like  Reply  2y

Scott Thompson
**Ryan Goold** got me good with "you might want too read this" GFYS

Like  Reply  2y

Ryan Goold
**Scott** what he said

Like  Reply  2y

Scott Thompson
ok, carry on. Your conspiracy theories are cute.

Like  Reply  2y

Aaron Laws

67



Ryan Goold
**Scott** what he said 🤐
Like   Reply   2y

Scott Thompson
ok, carry on. Your conspiracy theories are cute.
Like   Reply   2y

Aaron Laws
It's gotta be exhausting going all over Facebook and white knighting for Shay
Like   Reply   2y

Ryan Goold
**Scott Thompson** it's not a conspiracy if we can literally see the edited post haha. You can keep saying you didn't name anyone, but I can go on your profile right now and see that you said KKM. At a minimum you should own what you wrote.
Like   Reply   2y

Scott Thompson
I haven't said I didn't write it. I edited it It's pretty clear. Will you be the first in line to say you were wrong if the claim is found to be true? I bet you won't.
Like   Reply   2y

Ryan Goold
**Scott Thompson** sure I will. I am not affiliated with KKM nor SC. Could a batch of barrels gotten an improper heat treat, absolutely. I do have doubts that will be the case though. Because if the barrels weren't passing testing, why wouldn't they be sent back to the manufacturer for inspection? That is basically standard for any warranty claim, to be sent back to the company that made the product so they can look at it. Perhaps because

Shooters Connection Inc

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Grayguns**
Bruce Belvin likes this
Sports & recreation

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

---

**Scott Thompson**
I haven't said I didn't write it. I edited it It's pretty clear. Will you be the first in line to say you were wrong if the claim is found to be true? I bet you won't.

Like   Reply   2y

**Ryan Goold**
**Scott Thompson** sure I will. I am not affiliated with KKM nor SC. Could a batch of barrels gotten an improper heat treat, absolutely. I do have doubts that will be the case though. Because if the barrels weren't passing testing, why wouldn't they be sent back to the manufacturer for inspection? That is basically standard for any warranty claim, to be sent back to the company that made the product so they can look at it. Perhaps because there is some merit to Chuck's side of the story, and when the barrels were retested they came in fine? I dunno, just an outsider looking in but it seems awfully sketchy.

And you literally opened this comment thread with "please post where you [shooters connection] or the barrel manufacturer have been named on social media by Akai." You are a representative of Akai, unless you've been recently disavowed which we all know you haven't been. It is quite reasonable to assume Akai told you who the manufacturer in question was prior to having you repost that letter. Because how else would you have known to put KKM in the original post? Lucky guess? Gunsmith-shooter confidentially isn't a thing, so if it does end up going to court whatever the truth is, will come out. You saying it is as good as Akai saying it.

Like   Reply   2y   Edited

**Richard Holland**
**Shooters Connection Inc** you're attempting a slander lawsuit



Shooters Connection Inc

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

---

Like  Reply  2y  Edited

Richard Holland
**Shooters Connection Inc** you're attempting a slander lawsuit here?

Like  Reply  2y

✏️ Author
Shooters Connection Inc

Scott Thompson This post below is a complete lie. The original smith blamed the ammo and said it was a double charge. I know who it is but wont name him because Jerry didn't want to name him and I do not think the smith had anything to do with the issue. Jerry didn't do anything until he heard the slanderous post you shared. He sent it to another gunsmith who did fix it with another KKM barrel. His smith did not test it but sent it to shay who "tested it" and still has it. KKM has the pictures and also said it was a double charge.KKM also said he replaced the barrel anyway , that's just how they do business. There is some disconnect on the replacement barrel but that is being sorted out now.

"Scott Thompson It's very telling how you attacked Jerry on behalf of SC when he simply stated he had a broken gun and his smith tested the barrel as soft.
Just because you yell the loudest doesn't mean you are correct."

Like  Reply  2y

✏️ Author
Shooters Connection Inc

Richard Holland No, not really needed yet. Trying to defend the slander and lies. Public is being misled so I am trying to set it straight with the truth.

Like  Reply  2y

70



Shooters Connection Inc

Page transparency                                    See all

Facebook is showing information to help you better
understand the purpose of a Page. See actions taken by
the people who manage and post content.

🏴  Page created - January 4, 2010

📍  Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with
customers or supporters.

Create Page

---

Just because you yell the loudest doesn't mean you are correct.

Like   Reply   2y

📌 Author
Shooters Connection Inc

**Richard Holland** No, not really needed yet. Trying to defend the
slander and lies. Public is being misled so I am trying to set it
straight with the truth.

Like   Reply   2y

📌 Author
Shooters Connection Inc

And to ad to this. Scott Thompson claims the barrel tested soft.
Shay has the barrel so KKM may never be able to really test it. Its
return is being asked for, well see if that is complied with. So I
talked to Luke today and asked about shooting a soft barrel, one
that never received heat treat. He said sure we do it all the time
with testing. They are 18-20 rockwell and nothing happens
except after time they will distort but never crack, the metal is to
soft and pliable to crack or fail. SO a barrel even at 38 is fine, that
was confirmed with George at EGW.

Like   Reply   2y                                              👍 2

**Scott Springer**

**Ryan Goold** multiple batches of barrels were involved over a
period of time. I'm a math guy, and that isn't plausible that it
would be isolated to one vendor since batches of steel last
awhile and are used for many types of barrels. I can not fathom a
reason a soft barrel would crack. We've had soft barrels years
ago from another maker and they mushed. Soft means they are
not brittle and less prone to cracks.

Like   Reply   2y                                              👍 5

📌 Author

71

(5) Shooters Connection Inc | Fa...

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

🛍 Shop on Website    👍 Like    💬 Message    🔍    •••

was confirmed with George at LGW."

Like    Reply    2y    👍 2

**Scott Springer**
**Ryan Goold** multiple batches of barrels were involved over a period of time. I'm a math guy, and that isn't plausible that it would be isolated to one vendor since batches of steel last awhile and are used for many types of barrels. I can not fathom a reason a soft barrel would crack. We've had soft barrels years ago from another maker and they mushed. Soft means they are not brittle and less prone to cracks.

Like    Reply    2y    👍 5

✒ Author

Shooters Connection Inc
**Scott Thompson** Wow Scott you just don't stop lying, just quit. Your post claims that all the barrels that are soft are virgin, untouched. Really? If that's so then why not just send them back to KKm for replacement? Even if they were soft, which they are not, KKM said they would replace them. And if they were virgin then there are no damages except the virgin barrels so why ask for 2 million? Just pointing this out since it makes no sense and just further proof you are making stuff up to do Shays dirty work. You really ready to defend a slander and defamation suit for him? Cause you are in it and everybody else who has followed his lead. " Scott Thompson didn't lie was told to not include names so it was editd. You posted a picture of a sleeved barrel implying that that is where the problem is. A lie. They are virgin barrels that are soft. Untouched."

Like    Reply    2y

**Richard Holland**
I will take 2 million.

**Page created - January 4, 2010**

**Page manager location: United States**

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

👍 Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

72



Shooters Connection Inc

🛒 Shop on Website    👍 Like    💬 Message

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

Reply

**Richard Holland**
I will take 2 million.
Like   Reply   2y

**Scott Springer**
Richard Holland The lawyers will take all the monies.
Like   Reply   2y   👍

Reply to Jerry Colantone...

**Caleb Paterson**
Alexis Pena Shooting
Like   Reply   2y

**Alexis Pena**
Caleb Paterson mic drop
Like   Reply   2y

**Luke Andrus**
Caleb Paterson sounds like someone blew up a gun with bad ammo and is trying to blame everyone else for it. Where have I heard this story before?
Like   Reply   2y

**Caleb Paterson**
Its more than that is a gun maker blaming the barrel supplier for soft barrels.
Like   Reply   2y

**Luke Andrus**
Shit rolls downhill. Guy has case head separation. Guy blames gun manufacturer. Manufacturer blames aftermarket barrel company. Everybody wants to blame someone.

73

Page created - January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Luke Andrus
Shit rolls downhill. Guy has case head separation. Guy blames gun manufacturer. Manufacturer blames aftermarket barrel company. Everybody wants to blame someone

Like    Reply    2y

Reply to Caleb Paterson...

Max Klatt
I wonder if SC will stop selling said builders parts...

Like    Reply    2y    Edited          👍 2

✏ Author
Shooters Connection Inc
And what we have will be deeply discounted to move them out.

Like    Reply    2y          👍❤😂 9

David Lyell Sr.
**Shooters Connection Inc** send the discounts this way:)

Like    Reply    2y

✏ Author
Shooters Connection Inc
**Max Klatt** you know we had a decent order in for more stuff , he took the order knowing the demand letter was in route. As soon as I got the letter I canceled the order and closed his account with us severing any relationship.

Like    Reply    2y          👍😮 5

Reply to Max Klatt...

Monty Capuletti III
**Mark Sorensen**

74





**Dame Michael**
Active now

2/10/20, 7:09 PM

EXHIBIT

#10   10-26-22   DLS

If you dont mind indulging my curiosity what was the comp thing with you and shay. Did he rip your design off or accuse you of stealing his?

Also, buy a shirt, it's not me

I dont know who

But I luv it

After I got my first machine, I offered to make comps for him. (trying to get into the parts mfg biz and all). I didn't do the best job, gave him his money back. He proceeded to rip me up on the internet and accuse me of trying to steal his design because he sent me the dimensions so I could make it for him.

And that's after he BS'd me with a super cheap price on the comps.

Which I matched because i was a noob

We've been digging here and there as of late

He screw a bunch of people over in the moving truck biz

Closed one company to start a new one with stuff in storage

Peoples electronics never showing up

He bought some grips from me over the last few months. I'm not selling him another thing after that KKM deal and the line of shit he spewed to me about it.

I'm surprised anyone deals with him with his history of skipping Bill's on top of this

Oh it was all prepaid, no way I was doing terms

I'm told he owes the dlc guy in ohio for 11 guns

Not surprised

His lawyer(Roy's buddy) blocked me on fb after I made the C&D joke on tarrs post about butler



**Dame Michael**
Active now

His lawyer(Roy's buddy) blocked me on fb after I made the C&D joke on tarrs post about butler

Half the times he bought grips his credit card would be declined and I'd have to run it later in the week. It's like it was always maxed out or etc

2018 shay defaulted on a property 250is K

Bank of America had to sue him to pay that credit card

Little over 5 on that one

Sounds like a house of cards

Wonder when it'll fall

We keep pushing on it

I thought luke cao was the nail in the coffin

We're going to find the right thread eventually

His next company is already  set up. Akai manufacturing

Would you be ok with that in a $7000 ish build

2/10/20, 7:58 PM

WTF

Closer you look the worse it gets

Ever see tungsten gouge like that?

That's just hokey shit trying to make it sound like it shoots better. Just build a good damn pistol which that is obviously not

**Dame Michael**
Active now



Would you be ok with that in a $7000 ish build

2/10/20, 7:58 PM

WTF

Closer you look the worse it gets

Ever see tungsten gouge like that?

That's just hokey shit trying to make it sound like it shoots better. Just build a good damn pistol which that is obviously not

When baker won nats with and "akai" it had none of shays innovation in it

Tungsten should be too brittle to do that.

His comp, no stroking, no v8 ports

But he keeps that quite

**EXHIBIT**

#11   10-26-22   DLS

12:20 💬 🔧 👤 ⏰ ✂ 📹 ⬇ ⋯      ⏰ 📶 📶 19% 🔋

← **Matt Cheely**

8 matched messages

 **Dame Michael**
2018 **shay** defaulted on a property 250is K · Feb 10, 2020

 **Dame Michael**
If you dont mind indulging my curiosity what was the comp thing with you and **shay**. Did he rip your design of... · Feb 10, 2020

 **Dame Michael**
Oh ya chuck cancelled all his orders from **shay** and all shays orders from him · Dec 10, 2019

 **Dame Michael**
**Shay** is going after shooters connection for 1 million in damages · Dec 10, 2019

 **Matt Cheely**
that would be typical **Shay** I suppose · Oct 31, 2019

 **Dame Michael**
My understanding is **shay** used to lean on him for help. But now he shit talks him · Oct 31, 2019

 **Dame Michael**
**Shay** knows everything dude · Oct 27, 2019

 **Dame Michael**
So I would like some info to call **shay** on his BS. Does Dasaan offer a 1911 slide with a cut for a glock front sight? · Sep 9, 2016

||| ◯ ‹



 John

**EXHIBIT**

#12  10-26-22  DLS

I think shay is in over his head and sees the end

I cannot comment on ongoing litigation

Hes setting chuck up to be the guy that makes him go bankrupt

That way when he doesnt refund deposits its because hes the victim

Even though hes known he wont be building those guns for a bit

I really don't know, man.

Seriously. I don't know. We placed an order with him just last week. Not a peep

Why else make every other suppli   t want to touch you

Aa     00.00

 John

DEC 9, 2019 AT 9:44 PM

The post in 2011 universe has been deleted.

Ya david is kissing shays ass

The whole group is locked down

➡ John forwarded an image



**2011 UNIVERSE** ›
PRIVATE GROUP · 1.5K MEMBERS

This Group Has Been Archived
An admin archived this group on December 9, 2019. You can't create posts, like, comment or add more members, but you can still view all posts. Learn More

| Announcements | Watch Party | Photos | Eve: |

New Activity                                    SORT

David Black
Admin · 3 hrs · ▦

**What hell going on this**

Aa

 John

develops, please. I appreciate it. Chuck was pretty pissed off today, for good reason. This is a betrayal

And I can't publicly comment

DEC 10, 2019 AT 5:11 PM

Hey, you have any experience with Rc testing?

Not at the level required to shut shay up







## QC Metallurgical, Inc.
Testing & Consulting Services

INSPECTION REPORT



## QC Metallurgical, Inc.
Testing & Consulting Services

INSPECTION REPORT



 John

That's the one print out he sent. E

 Me

That's a bill

According to KKM, it's damn near impossible to get the steel they use to 49 Rc

Bot a report

See the second page for the report

And, regarding Scott's claim we don't warranty barrels... We don't warranty them because we don't fucking manufacture them

We have never allowed barrels back for return because we can't guarantee they haven't been fit

Aa

John

DEC 10, 2019 AT 7:17 PM




Build it properly

Fuck it up and bame the parts




BUILD A LEMON

CORRECT THE MISTAKES

BLAME THE PARTS

SUE WHO YOU BOUGHT PARTS FROM

 John



SUE WHO YOU BOUGHT PARTS FROM

 I like where your brains at

DEC 10, 2019 AT 9:26 PM



WHAT IF I BLAME THE BARRELS

I CAN MAKE A PSA ABOUT THEM

THEN CLAIM OTHER BUILDERS HAVE THE SAME PROBLEM

THEN TRY TO GET AN INSURANCE PAYOUT TO GET A NEW CNC

DEC 12, 2019 AT 10:07 AM



Merry Christmas 2019

Aa

 John

I'm working on another angle of this, too. I'll let you know when I can tell ya

I'd rather see shay get called out publicly for misleading everyone

You know I can't be involved in that

I toyed with him a bit today

For many reasons

Chuck has been keeping me kinda appraised of what you're doing, but not specifica

Specifics*

Pretty much keeping him on edge.

He sn't got a cease and desist yet

Aa

**John**

What happened to 2011 universe

Did Black cave that quick?

Yup

Shay told him to nuke it

He told me he wanted to stay out of the lawsuit, I'm like what suit?

Asked him to give me control of it but he wont

Interesting. Looks like Warner is firmly in his camp too

Yup he wont let me post in 1911pro

Strange bedfellows those 2

DEC 18, 2019 AT 2:18 PM

you're familiar with 416R

Aa



**John**

DEC 18, 2019 AT 2:18 PM

you're familiar with 416R
stainless i assume

DEC 18, 2019 AT 2:35 PM

Not really, just that I hate
cutting it

well, KKM used 416R for some
barrels, specifically the ones
you order from the website
because its more versatile, but
harder to machine/fit

when you get a barrel from us,
or other retailers, it is 99%
chance it is 416R BQ5 (barrel
quality 5) which was devloped
at least in part by Will
Shcumann.

which cannot be heat treated
as heavily. usually comes out in
the 40-42 range instead of
42-46 ish range

Aa

John

Not really, just that I hate cutting it

well, KKM used 416R for some barrels, specifically the ones you order from the website because its more versatile, but harder to machine/fit

when you get a barrel from us, or other retailers, it is 99% chance it is 416R BQ5 (barrel quality 5) which was devloped at least in part by Will Shcumann.

which cannot be heat treated as heavily. usually comes out in the 40-42 range, instead of 42-46 ish range

so, lets assume you have a BQ5 barrel, but don't know it

then lets assume you don't have a super duper calibrated machine

and lets assume you test the

Aa

 John

you order from the website because its more versatile, but harder to machine/fit

when you get a barrel from us, or other retailers, it is 99% chance it is 416R BQ5 (barrel quality 5) which was devloped at least in part by Will Shcumann.

which cannot be heat treated as heavily. usually comes out in the 40-42 range, instead of 42-46 ish range

so, lets assume you have a BQ5 barrel, but don't know it

then lets assume you don't have a super duper calibrated machine

and lets assume you test the barrel in a fucked up way

you're expecting 42-46 Rc. but you get 38

Aa

← **John** 📞 📹 ⓘ



Most Relevant ▾

Write a comment...  😊 📷 GIF 🏷️

**Max Klatt** I wonder if SC will stop selling said builders parts...
Like · Reply · 10m · Edited

**Monty Capuletti III** Mark Sorenson
Like · Reply · 13m

**Brian Popelas** So your saying someone isnt telling the truth on the internet?
Like · Reply · 15m  👍 2

**Jerry Colantone** I had a KKM barrel blow up after 5 rounds it was Rockwell tested and did not meat specs. The top of the chamber blew off and the STI Edge was destroyed, frame bent , slide cracked. I was very lucky that the piece of barrel went straight up into an overhead baffle, no one was hurt that day but it could have been a disaster.
Like · Reply · 3m

Most Relevant is selected, so some comments may have been filtered out.

Write a comment...

**Done**

much appreciated, Mike



**Tell ryan there better be crackers and szechuan sauce in my next order**


i passed along your concerns



 John   

JAN 17, 2020 AT 7:44 PM

 Well... Looks like all the letters are out in the wild



Beautiful

I don't even know what to think anymore

Except one thing

 I never want to piss that man off



Lexington mafia is real

JAN 23, 2  T 3:52 PM

Aa

 John   



You should ask him when he's going to pay H and M black nitride for the coating they did for him. Never paid then claimed their coating cracked one of his slides. And I don't think he wants that. Chuck will bury him. So will KKM

Sounds about right

JAN 23, 2020 AT 4:31 PM

In Ohio?

 Yeah

How big is the bill?

Just one gun

JAN 23, 2020 AT 5:07 PM

My source is a  ot show. Give me a few days

 Aa    

← John 📞 📹 ⓘ

**did the KKm post in 2011 universal get deleted**

Was never there

That was uspsa unofficial

**no...not the KKM letter**

**2011 universal was created after Black closed 2011 universe**

Correct

**there was a post in there talking about hte drama**

**now its gone. only post in there is Keen's Honcho post**

Shit, didn't realize there was kkm stuff in the comments

I nuke s i thought it was mostly lug for 2011

Aa 😊 📷 🖼 🎤 👍

||| ○ ‹

 **John**

there was a post in there talking about hte drama

now its gone. only post in there is Keen's Honcho post

Shit, didn't realize there was kkm stuff in the comments

I nuked it as i thought it was mostly a plug for 2011 universe

ok. just wanted to make sure it wasnt something sleazy going on

Well it is my page

But the sleazyness wont be to protect shay

JAN 27, 2020 AT 1:50 PM


Replies to Mark's comment on MBX Extreme Magazine's post

Mark Jessen
How much is that metal going to wear on the plastic frame?

Aa

EXHIBIT

#13  10-26-22  DLS

exhibitsticker.com



7:11   🕐 🔇 📶 97%

← Michael
  Active Now   📞  📹 ●  ⓘ

cool. can you do us a favor and inquire to the guy who says his barrel blew up?

on our post

[Facebook comment thread screenshot]

Done

much appreciated, Mike

👍

Tell ryan there better be crackers and szechuan sauce in my next order

i passed along your concerns
😊

JAN 16, 2020 AT 4:57 PM

Welp what are the odds it's a shay fit barrel

JAN 16, 2020 AT 9:48 PM

So kkm is still getting sued by other builders, they just dont know it

Makes perfect sense

:: 📷 🖼 🎤 Aa 😊 👍

EXHIBIT

#14  10-26-22  DLS



2:09

Tim

Lol

It's the beginning of the end for him

I told max watch out shay will send him cease and desist

Klatt

Max is still a snowflake though

I'm gonna enjoy seeing him at major matches

He posting on that?

Yeah we are all blocked

I'm gonna really enjoy seeing max at a major

I knew I was

Let's shoot WI

Aa





EXHIBIT

#15  10-26-22  DLS

exhibitsticker.com









**EXHIBIT**

#16   10-26-22  DLS

2:10

Tim

**Profits and success**

@gofastdontsuck

#betterwatchyourtone
Go Fast Don't Suck

Lol

Homerun getting pm about the cease and desist people really do hate shay lmao

Going to have alvin rally the troops in the asian pew pew group

Lol we are dark geniuses

Nah I'm retired

And you're crazy

Too much leads

Duda...   ...e Boles Ventura

Aa

**EXHIBIT**

#17  10-26-22  DLS

exhibitsticker.com

12:50 @ 🔧 👤 ⏰ ✂ 📹 ⬇ ⬇ ⋯ ⏰ 🔽 📶 13% 🔋

← **Chuck Bradley**

51 matched messages


**Chuck Bradley**
**Shay** filed suit and named you and mekosh ·
Apr 27, 2020


**Dame Michael**
Anything to get rid of **shay** · Jan 30, 2020


**Dame Michael**
When it comes to comments about **shay** on FB
scott is his main attack dog. Chris Kozell used
to be a close 2nd but h… · Jan 30, 2020


**Dame Michael**
Scott would run to **shay** 100% · Jan 30, 2020


**Dame Michael**
Ace would let **shay** know but not the rest of the
team. You'd need some in the team chat so
they could just po… · Jan 30, 2020


**Dame Michael**
Thinks **shay** will sue him for sharing a private
message · Jan 29, 2020


**Dame Michael**
Shit pisses me off, he got **shay** talking by
himself now doesn't want to be involved wtf ·
Jan 29, 2020


**Chuck Bradley**
And **Shay** has been proven wrong. He was the
laughing stock of shot by anybody who knew
anything about this issue… · Jan 29, 2020

||| ◯ ‹

12:50

**← Chuck Bradley**

**Chuck Bradley**
It was but it moved and **Shay** tried to get it off by torching it.  It was sent back to Kkm to take a look. He sent it ... · Jan 25, 2020

**Dame Michael**
Hes not a **shay** ball licker · Jan 19, 2020

**Dame Michael**
**Shay** is a cancer that needs to be removed. Hes already damaged the market · Jan 19, 2020

**Chuck Bradley**
These guys don't realize they are setting themselves up to be sued right along with **shay**, any of them have... · Jan 17, 2020

**Chuck Bradley**
That barrel that **shay** said he had that blew up is the same one that was posted in that letter post. **Shay** is the on... · Jan 17, 2020

**Dame Michael**
Holland is a **shay** nut hugger · Jan 17, 2020

**Dame Michael**
Those are people associated with businesses owned by **shay** · Jan 17, 2020

**Dame Michael**
Nothing really to hang **shay** on · Jan 17, 2020

**Dame Michael**
2011 enthusiasts is just **shay** and that jack

12:50 ◎ 🔧 🔋 📷 ✂ 📹 ⬇ ⬇ ⋯ 📷 🛜 📶 13% 🔋

← **Chuck Bradley**



**Chuck Bradley**
And a rep from overseas is coming to Kkm this week and will lay out the correct asq procedure for testing barrrls that ... · Dec 16, 2019



**Chuck Bradley**
Well guess what ? Kkm contacted QC metallurgical and asked how they tested the barrels . After some discus... · Dec 16, 2019



**Dame Michael**
We got in the habit of nuking it every once and awhile back when it was really active. That's when **shay** was doing ... · Dec 15, 2019



**Dame Michael**
You need to stop spreading false info. **Shay** is the victim here. :rolleyes: · Dec 13, 2019



**Chuck Bradley**
**Shay** tested 4 barrels from me, 3 were over 42 1 was 40 by his test. He wanted to return the 40 and I said if it was... · Dec 10, 2019



**Dame Michael**
Well Scott's known to lie for **shay** · Dec 10, 2019



**Dame Michael**
Lol they are saying this is making **shay** look good · Dec 10, 2019



**Dame Michael**
David black just shut down 2011 universe so we cant post about **shay** · Dec 9, 2019



**Dame Michael**
Wonder if **shay** sees the end and is looking for

|||  ○  ‹

**EXHIBIT**

#18   10-26-22   DLS

11:47

26%

← **Double Alfalfa** DONE

7 matched messages



**Dame Michael**
Side benefit, **shay** will think you're me if he remembers that · Jan 8, 2020



**Double Alfalfa**
we spend 98% of our free time fucking with **Shay** Akai, there is definitely some instability on this end.. · Jan 8, 2020



**Dame Michael**
When speedy was shooting for him he was trying to cover up his infidelities, once he left **shay** started dragging h... · Jan 7, 2020



**Double Alfalfa**
Glad you made it happen. Don't know the guy but **shay** is a bitch. · Jan 7, 2020



**Dame Michael**
**Shay** has dodged all of kims requests for samples · Dec 9, 2019



**Dame Michael**
Kkm offered to replace all the ones he had, but **shay** refused to send them in. So now hes going after chuck Br... · Dec 9, 2019



**Dame Michael**
**Shay** is trying to sue shootersconnection over the alleged soft kkm barrels · Dec 9, 2019

||| ○ ‹