Michael Dame
11/03/2022

1         UNITED STATES DISTRICT COURT

2         SOUTHERN DISTRICT OF FLORIDA

3          FORT LAUDERDALE DIVISION

4

5  AKAI CUSTOM GUNS, L.L.C.,

6  a Florida Limited Liability

7  Company, and SHAY HOROWITZ,

8  an Individual,

9        Plaintiffs,

10   -vs-          Case No. 20-cv-61469-RS

11             Hon. Rodney Smith

12  KKM PRECISION, INC., a Nevada

13  Corporation, SHOOTERS CONNECTION,

14  INC., a Kentucky Corporation,

15        Defendants.

16  _____/

17  PAGE 1 TO 158

18

19     The continued deposition of MICHAEL DAME, VOL. II

20     Taken Via Hanson Remote

21     Commencing at 8:00 a.m.,

22     Thursday, November 3, 2022

23     Before Diane L. Szach, CSR-3170.

24

25     Court reporter, attorneys & witness appearing remotely.

Michael Dame
11/03/2022                                                            Page 2

1  APPEARANCES:

2

3  EDMUND S. YEE, ESQ.

4  McKelvie, McKelvie, Yee & Epacs, P.C.

5  280 West Maple Road, Suite 220

6  Birmingham, Michigan 48009

7  (248) 952-5100

8  eyee@mmyelaw.com

9      -and-

10  RICHARD J. FIATO, ESQ.

11  Law Offices of Richard J. Fiato

12  550 West Merrill Street, Suite 200

13  Birmingham, Michigan 48009

14  (248) 262-5403

15  fiatolaw@gmail.com

16      Appearing on behalf of the Plaintiffs.

17

18  KEVIN PATRICK ROBINSON, ESQ.

19  NICHOLAS CARDAMONE, ESQ.

20  Zimmerman Kiser & Sutcliff

21  315 East Robinson Street, Suite 600

22  Orlando, Florida 32801

23  (407) 425-7010

24  krobinson@zkslawfirm.com

25      Appearing on behalf of the Defendant KKM.

**Michael Dame**
**11/03/2022**                                                          **Page 3**

1   APPEARANCES CONTINUED:

2

3   JOHN Y. BENFORD, ESQ.

4   Wilson Elser Moskowitz Edelman & Dicker, L.L.P.

5   111 North Orange Avenue, Suite 1200

6   Orlando, Florida 32801

7   (407) 648-1376

8   john.benford@wilsonelser.com

9        Appearing on behalf of the Defendant Shooters

10        Connection, Inc.

11

12   ALSO PRESENT:

13   Shay Horowitz

14   Charles Bradley

15

16

17

18

19

20

21

22

23

24

25

Michael Dame
11/03/2022                                    Page 4

1                    TABLE OF CONTENTS

2  WITNESS                          PAGE

3  MICHAEL DAME

4     Examination by Mr. Yee              6

5     Examination by Mr. Benford         44

6     Examination by Mr. Robinson        129

7     Examination by Mr. Yee             133

8     Examination by Mr. Benford         154

9

10

11                  EXHIBITS

12  EXHIBIT        IDENTIFICATION           PAGE

13  19      DAA memes                  7

14  19.1    DAA Contingency idea         8

15  20      Dame-Wells texts           10

16  20.1    Dame-Cao texts             15

17  20.2    Cao encouragement          17

18  21      Dame-Vlieger texts         18

19  22      Dame-Mekosh texts, Papa Joe    21

20  22.1    Dame-Mekosh texts, Hoffer      30

21  23      Dame-Mekosh texts, racism      38

22  24      Hodgdon post               150

23  25      Hoffer Dame                152

24

25

**Michael Dame**
**11/03/2022**                                                                                   **Page 5**

1   Remote deposition

2   Thursday, November 3, 2022

3   About 8:00 a.m.

4           COURT REPORTER:  My name is Diane L. Szach,

5      a Michigan State notary public and certified shorthand

6      reporter and this deposition is being held via

7      videoconferencing equipment.  The witness and reporter

8      are not in the same room.  The witness will be sworn

9      in remotely pursuant to agreement of all parties.  The

10      parties stipulate that the testimony is being given as

11      if the witness was sworn in person.

12           Do you solemnly swear that the testimony

13      you are about to give will be the truth, the whole

14      truth and nothing but the truth?

15           MICHAEL DAME:  Yes.

16              MICHAEL DAME,

17   having first been duly sworn, was examined and testified on

18   his oath as follows:

19           MR. YEE:  Good morning, Mr. Dame.  I just

20      want to remind you that at the beginning of the

21      deposition from last Wednesday, the same ground rules

22      will apply today.

23           Just a quick reminder, please let me finish

24      my question before you respond.  Again, Diane is

25      recording the deposition this morning.  It's very

Michael Dame
11/03/2022                                                    Page 6

1    important that that's accurate.

2           Also, if at any point in time you don't

3    hear my question or don't understand it, let me know.

4    I'll be more than happy to repeat it or rephrase it.

5    And then certainly if you need to take a break, let me

6    know.  Just ask for the break after you answer the

7    pending question, okay?

8           THE WITNESS:  Okay.

9               EXAMINATION

10   BY MR. YEE:

11   Q.  Last week before we took our break I think we were

12       just getting ready to move on to a new exhibit.  Let

13       me pull that exhibit up.

14           MR. ROBINSON:  Well, actually, Ed, before

15       we get going.  And, I'm sorry, I should have done this

16       before we got on the record.  John I think had asked

17       you right about our lunch break last session, you

18       know, about how much time you had left, and

19       understanding that Mike has the hard stop at 2:00

20       again today, and John probably has a few hours of

21       questions for him, I want to make sure we plan

22       appropriately so everyone has an opportunity.

23           MR. YEE:  I don't think that I have much

24       more than an hour I think today.  At least -- it's

25       obviously going to depend on how it goes, but I don't

**Michael Dame**
**11/03/2022**                                                    **Page 7**

1    think I have that much today.

2           MR. ROBINSON:  If you're done inside of two

3    hours, I think that probably works for everyone.

4           MR. BENFORD:  Yes, that should be fine.  I

5    think I only have about an hour, hour and a half.  I

6    just want to make sure the witness is able to get to

7    work on time.

8           MR. YEE:  Right.

9           (Exhibit No. 19 was marked

10           for identification.)

11  BY MR. YEE:

12  Q.  Mr. Dame, I want to direct your attention to a

13      document that I just shared on the screen with

14      everyone.  This will be Exhibit 19.  You identified

15      last week it's your understanding that the person who

16      controls or operates the Double Alfalfa page is John

17      Ormon, correct?

18  A.  Correct.

19  Q.  And looking at Exhibit 19 here we see that there are

20      some memes that Double Alfalfa posted back in January

21      I believe this was 2020 regarding Akai's contingency

22      program that we discussed that last week.  Do you see

23      these?

24  A.  Yes.

25  Q.  Let me show them to you.  Did you ask Mr. Ormon or

**Michael Dame**
**11/03/2022**                                                        Page 8

1      Double Alfalfa at the time to post any of these memes

2      regarding the Akai contingency program?

3   A.   Not that I recall.  I think they did those on their

4      own.

5   Q.   Did you provide this information regarding the Akai

6      contingency program to Double Alfalfa?

7   A.   Not that I recall.

8   Q.   Did you have any conversation with Double Alfalfa

9      regarding the Akai contingency program?

10  A.   Not that I recall.

11          MR. YEE:  Let's move on to the next exhibit

12      here.  This will be Exhibit 19.1.

13          (Exhibit No. 19.1 was marked

14              for identification.)

15  BY MR. YEE:

16  Q.   This is a conversation I believe with you and

17      Mr. Mekosh, correct?

18  A.   Yes.

19  Q.   And Mr. Mekosh is the gray text and you are in the

20      blue or purple text, correct?

21  A.   If that's from my phone, yes, that's what that would

22      be.

23  Q.   Okay.  On January 8, 2020 at 3:48 p.m. you seem to

24      indicate to Mr. Mekosh that you sent DA my sponsor

25      shooter application idea?  Do you see that?

Michael Dame
11/03/2022                                          Page 9

1  A.  Yes.

2  Q.  Is DA referring to Double Alfalfa?

3  A.  Yes.

4  Q.  And what is this sponsor shooter application idea that

5      you gave to Double Alfalfa?

6  A.  Years ago when I was helping write stuff for the Feed

7      Ramp satire page, I came up with an idea to have all

8      these shooters that I think, you know, they deserve to

9      be sponsored and they're really, really good, send an

10     application into an email address, and then have

11     automated replies to just keep on going is what we

12     were thinking about, like looking over an application

13     and never actually giving an answer, just to see who

14     would send stuff in.

15  Q.  Okay.  Then later at 4:03 p.m. you seem to send

16     Mr. Mekosh a meme that says honor your agreement or

17     pick up 25 cards, and then there is a gentleman on the

18     right that says shady crook.  Is this referring to the

19     Akai contingency program?

20  A.  It seems to be.

21  Q.  So obviously you were talking to Mr. Mekosh about the

22     Akai contingency program between the two of you,

23     correct?

24  A.  Correct.

25  Q.  And it's your testimony that you do not recall

**Michael Dame**
**11/03/2022**                                              Page 10

1    providing any of this information to Double Alfalfa?

2  A.   No.  It's three years ago, man.

3  Q.   And you don't recall asking Double Alfalfa to post

4    anything on the Double Alfalfa site regarding the Akai

5    contingency program?

6  A.   I don't recall doing that.

7  Q.   And it's your testimony that this text here or this

8    message that I sent DA my sponsor shooter application

9    idea does not relate to the Akai contingency program?

10  A.   No, it's a separate idea, something I thought was

11    funny back then that popped up, and I wanted him to

12    take that on because Feed Ramp kind of died.

13           (Exhibit No. 20 was marked

14             for identification.)

15  BY MR. YEE:

16  Q.   Let's move on to Exhibit 20.  This is a document that

17    you produced in response to a subpoena.  It appears to

18    be a conversation between you and a Tony Wells,

19    correct?

20  A.   Correct.

21  Q.   Who is Tony Wells?

22  A.   A friend of mine in Ohio.  Also I believe he's friends

23    with Luke.

24  Q.   When you say Luke, Luke who?

25  A.   Cao.

**Michael Dame**
**11/03/2022**                                    **Page 11**

1  Q.  Luke Cao?

2  A.  Yes.

3  Q.  There appears to be a communication on December 29th,

4     2019 from you to Mr. Wells where you indicate need to

5     convince Luke to put Shay stealing from him online.

6     Do you see that?

7  A.  Yes.

8  Q.  Is this referring to Mr. Cao's issue with the Akai

9     contingency program?

10  A.  Seems to be.

11  Q.  So here you are telling a friend of yours in Ohio,

12     Mr. Wells, that you need to get in touch with Mr. Cao

13     to get him to post something online about the Akai

14     contingency program, correct?

15  A.  Well, to tell his story.

16  Q.  And why is that?

17  A.  Because I felt he was being unjustly treated, and he

18     was very -- he's a very quiet person, so I'm like, no,

19     you need to let people know that you feel you're being

20     cheated.

21  Q.  And this started about December 29th, 2019, correct?

22  A.  When it started I don't know, but that's when that

23     comment was.  You said 19.  You said December 19th or

24     December 29th?  That comment was December 29th.  I

25     don't know when it started.

Michael Dame
11/03/2022                                    Page 12

1  Q.  Right.  When you talked to Mr. Cao about his issue

2      with the contingency program, what time frame was that

3      issue, do you recall?

4  A.  December, that's about it.

5  Q.  And why were you telling Mr. Wells about Mr. Cao's

6      issue with the contingency program?

7  A.  I can't recall if he asked me if I knew anything about

8      it, or -- I would have to look to see the rest of that

9      conversation.

10 Q.  Regarding Mr. Cao's issue with the Akai contingency

11     program, what business of that was yours, if any?

12 A.  Can you repeat the question?

13 Q.  Sure.  You mentioned that you understood that Mr. Cao

14     had a problem with the Akai contingency program.  My

15     question to you is, what business was that of yours,

16     if any?

17        MR. ROBINSON:  Objection to form.

18 A.  Akai is a fellow competitor in a sport I've put a lot

19     of time and effort into.

20 BY MR. YEE:

21 Q.  But did Mr. Cao's issue with the Akai contingency

22     program have any direct effect on you?

23        MR. ROBINSON:  Object to the form.

24 A.  On my shooting, no.  On my sport, yes.

25 BY MR. YEE:

Michael Dame
11/03/2022                                    Page 13

1  Q.  What was the effect on the sport?

2  A.  It was damaging other shooters.  If somebody is

3      holding a contingency program to get people to buy

4      their product and then they're not honoring their

5      contingency program, in my mind that's, you know,

6      stealing from competitors.

7  Q.  So it may have an affect on Mr. Cao, but it didn't

8      have a direct effect on you, though, correct?

9          MR. ROBINSON:  Object to the form.

10 A.  Me, no.  My sport, yes.

11 BY MR. YEE:

12 Q.  Did you have any role in running or administering the

13     USPSA?

14 A.  On a national level, no.  On a club level, I put a lot

15     of time and effort into helping build matches.  I used

16     to be a match director.

17 Q.  And what region would that be?

18 A.  I was a match director in my home club in Windsor, and

19     I've built stages and had partial director match

20     duties in Michigan.  And I'm part of the build team

21     and Mr. Fix-It for any major matches that take place

22     at BGSO in Kentucky.

23 Q.  Were you paid for helping coordinate these matches, or

24     were you simply a volunteer?

25 A.  Match works volunteer.  When I was match director in

**Michael Dame**
**11/03/2022**                                          Page 14

1    Windsor I had my club fees paid for the year, which is

2    like 150 bucks.

3  Q.   Did you help coordinate any matches in the states?

4  A.   Yes, I said that, in Michigan and Kentucky.  And,

5    sorry, and Indiana for Silver Creek.

6  Q.   And were you paid to help arrange those matches in any

7    way?

8  A.   No.

9  Q.   So later on also on Exhibit 20 on January 9, 2020 you

10    tell Mr. Wells, you indicate while Luke did leave some

11    key info out when we talked, Shay is still the cunt

12    here.  Do you see that?

13  A.   Yes.

14  Q.   What key info did Mr. Cao leave out?

15  A.   I don't know.

16  Q.   You have no idea?

17  A.   I have no idea.  This was three years ago.

18  Q.   You seem to indicate to Mr. Wells that there was some

19    information that may have showed that Shay was not

20    100 percent of the problem here, correct?

21         MR. ROBINSON:  Object to the form.

22  A.   I can't be sure if I'm saying that, or if I'm saying

23    Luke left info out that said Shay was the problem.  I

24    can't say one way or the other because I'm only seeing

25    that, and it was three years ago.

**Michael Dame**
**11/03/2022**                                                    Page 15

1    Q.   Did Mr. Cao ever tell you that he bought a new gun

2         from Akai?

3    A.   I can't recall.

4    Q.   Do you have any personal or direct knowledge that

5         Mr. Cao ever purchased a brand new Akai gun?

6    A.   I can't recall.

7    Q.   Did Mr. Cao tell you how much in contingencies he

8         received from Akai?

9    A.   I can't recall.

10   Q.   Did Mr. Cao ever tell you that he called and yelled at

11        Akai's front desk receptionist Lazette (ph)?

12   A.   I believe that was Shay's claim.

13   Q.   Did you ever ask Mr. Cao about that?

14   A.   I can't recall.

15   Q.   In the previous exhibit you mentioned that Shay -- or

16        actually in this exhibit here you indicate you need to

17        convince Luke to put Shay stealing from him online.

18        What do you mean that Shay was stealing from Mr. Cao?

19   A.   If Mr. Cao was due X amount of money in contingency

20        and he was not getting that, is that not theft?

21   Q.   I don't understand, what do you mean by theft?  What

22        was Shay actually stealing from Mr. Cao?

23   A.   The rewards that Mr. Cao was -- had earned.

24             (Exhibit No. 20.1 was marked

25             for identification.)

**Michael Dame**
**11/03/2022**                                    Page 16

1   BY MR. YEE:

2   Q.  Let's go on this Exhibit 20.1 this appears to be a

3        conversation between you and Mr. Cao, correct?

4   A.  Correct.

5   Q.  Okay.  So this conversation appears to have occurred

6        on December 29th, 2019 at about 9:51 p.m.  Do you see

7        that?

8   A.  Yes.

9   Q.  Was this the first time you talked to Mr. Cao about

10       the Akai contingency program?

11  A.  I don't recall, but it looks that way.

12  Q.  It looks like it was roughly around the same time you

13       talked to Mr. Wells?

14  A.  December 29th, yes, correct.

15  Q.  And it looks like here you indicate please tell me you

16       aren't going to be quiet about this.  Fucker lied to

17       you and stole from you.  Do you see that?

18  A.  I do.

19  Q.  Is this you encouraging Mr. Cao to go public or go

20       online by the Akai contingency program?

21           MR. ROBINSON:  Object to the form.

22  A.  I don't know about go online, but not to keep quiet

23       about it.

24  BY MR. YEE:

25  Q.  So you're encouraging him to talk about it?

Michael Dame
11/03/2022                                      Page 17

1  A.  To bring it to light, yes.

2  Q.  Which is kind of in line with what you talked to

3      Mr. Wells or told Mr. Wells, that you wanted to get

4      Luke to talk about it, correct?

5          MR. ROBINSON:  Object to the form.

6  A.  Yes.

7  BY MR. YEE:

8  Q.  Let's go on to Exhibit 20.2.

9          (Exhibit No. 20.2 was marked

10          for identification.)

11  BY MR. YEE:

12  Q.  This is a conversation between you and Mr. Mekosh.  In

13     fact here you're telling Mr. Mekosh, look, Luke took

14     two weeks of encouragement.  Do you see that?

15  A.  Yes.

16  Q.  So this is here where you're telling Mr. Mekosh that

17     in fact you had encouraged Luke Cao to go public about

18     the Akai contingency program, correct?

19          MR. ROBINSON:  Object to the form.

20  A.  Appears so.

21  BY MR. YEE

22  Q.  And then further on Exhibit 20.2 Mr. Mekosh then in

23     fact responds back to you on January 18th, 2020 at

24     9:44 p.m., he puts together a meme that kind of mocks

25     the Akai contingency program, correct?

**Michael Dame**
**11/03/2022**                                   Page 18

1  A.  Correct.

2  Q.  Let's move on to Exhibit 20.3.

3          (Exhibit No. 20.3 was marked

4          for identification.)

5  BY MR. YEE:

6  Q.  This is another conversation between you and

7      Mr. Mekosh, correct?

8  A.  That's correct.

9  Q.  Here Mr. Mekosh is providing to you another meme

10     regarding the Akai contingency program, correct?

11  A.  Correct.

12  Q.  You respond here to Mr. Mekosh's meme here, that is

13     perfect as it isn't an Akai meme.  Do you see that?

14  A.  Yes.

15  Q.  What did you mean by that this is perfect that it

16     isn't an Akai meme?

17  A.  I'm not quite sure.

18  Q.  Is it possible that you and Mr. Mekosh were looking to

19     post memes out there and trying to keep the Akai name

20     out?

21          MR. ROBINSON:  Object to the form.

22  A.  As I said, I can't be sure.  That's quite a while ago

23     and I'm missing --

24  BY MR. YEE:

25  Q.  Nevertheless, you and Mr. Mekosh are talking about

Michael Dame
11/03/2022                                        Page 19

1    posting memes and letting others know about the Akai

2    contingency program, correct?

3            MR. ROBINSON:  Object to the form.

4  A.  I don't know about posting.  He just made a meme and

5    showed it to me.

6  BY MR. YEE:

7  Q.   Regarding the Akai contingency program, other than

8    Mr. Wells, who else did you tell about Mr. Cao's

9    problems with the Akai contingency program?

10  A.  I can't recall.

11  Q.   You can't recall another name in addition to

12    Mr. Wells?

13  A.   All of them?  Judging by what you've got coming up

14    next, I guess I mentioned something to John Vlieger,

15    but I don't know for sure who I've told that to.

16  Q.   Last week you identified several Facebook pages that

17    you had -- that you were on either as an admin, and I

18    forget the other term, but you had control.  Did you

19    ever post anything about the Akai contingency program

20    on any of the pages you had control of or access to?

21  A.   Not that I recall.

22  Q.   Last week we identified a Mr. Alvin Lin and also an

23    Asian Pew Pew group.  Do you remember that?

24  A.  I do.

25  Q.   Did you tell Mr. Lin or any of the Asian Pew Pew

Michael Dame
11/03/2022                                    Page 20

1      groups about the Akai contingency program?

2   A.  I think Alvin is the one that told me about it is my

3       recollection.

4   Q.   So Mr. Lin was the one that told you about Mr. Cao's

5       issue with the Akai contingency program is your

6       recollection?

7   A.  I believe so.

8   Q.   Do you remember when that was?

9   A.   It would have -- not specifically.  I would guess when

10      it went down, so December of 2019.

11  Q.   And do you recall how that conversation took place?

12      Did you contact Mr. Lin or Mr. Lin contact you?

13  A.   I couldn't recall.  Alvin and are constantly talking

14      back and forth about various things, so.

15  Q.   We saw an exhibit last week where you made reference

16      to have to rally the Asian Pew Pew groups or troops,

17      do you remember that?

18  A.   I do.

19  Q.   I guess in your contact with these Asian Pew Pew

20      groups, is that when you contacted Mr. Lin?

21  A.   No, I'm constantly in contact with Mr. Lin.

22  Q.   Regarding the Akai contingency program, did you ever

23      send any memes or let anyone know about the Akai

24      contingency program through any private messages?

25  A.   Not that I recall.

**Michael Dame**
**11/03/2022**                                                    Page 21

1  Q.  What about text messages?

2  A.  Not that I recall.

3  Q.  Let's move on to Exhibit 21.

4         (Exhibit No. 21 was marked

5         for identification.)

6  BY MR. YEE:

7  Q.  This is a conversation between I believe you and

8      Mr. Vlieger, correct?

9  A.  I don't know who that is.

10  Q.  Let me show you the whole thing.  Well, let's start

11      with the name Michael here and the little profile pic.

12      Is that you?

13  A.  Yes, that's me, but I don't see anything saying who

14      the other side is.

15  Q.  Okay.  There is a reference here -- the person here

16      says down in the purple box here, you should ask him

17      when he's going to pay H & M Black Nitride for the

18      coating they did for him.  Never paid and then claimed

19      their coating cracked one of his slides, and I don't

20      think he wants that.  Chuck will bury him, so will

21      KKM.  Does this refresh your recollection that this is

22      Mr. Vlieger?

23  A.  I assume, yes.  I think I remember.

24  Q.  And earlier on in this that same person says, I never

25      want to piss that man off, and you respond by saying,

**Michael Dame**
**11/03/2022**                                          **Page 22**

1       Lexington Mafia is real.  Do you see that?

2  A.   Yes.

3  Q.   Does this also help refresh your recollection that

4       this is Mr. Vlieger?

5  A.   Yes.

6  Q.   Okay.  So on Page 1 of Exhibit 21 you seem to be

7       telling Mr. Vlieger he's fucking Luke Cao out of 4600

8       in contingency dollar sign.  Do you see that?

9  A.   Yes.

10  Q.   So I think you said earlier that when I asked you who

11       else did you tell about the contingency program, you

12       mentioned Mr. Vlieger.  This is where you told

13       Mr. Vlieger, correct?

14  A.   It appears so, yes.

15  Q.   And as you sit here today, you're saying that the only

16       persons you recall telling about the Akai contingency

17       program is Mr. Vlieger and Mr. Wells, is that correct?

18            MR. ROBINSON:  Object to the form.

19            MR. BENFORD:  Join.

20  A.   That's the best as I can recall at the moment, yes.

21  BY MR. YEE:

22  Q.   And you indicated it was Mr. Lin that actually told

23       you about it, correct?

24  A.   I said I think that might have been how, and I can't

25       know for sure.

**Michael Dame**
**11/03/2022**                                          Page 23

1  Q.  Looking at Page 2 here on Exhibit 21, it appears here

2      that you are now providing Mr. Vlieger the information

3      about the moving scam that Mr. Horowitz was allegedly

4      a part of, correct?

5  A.  Correct.

6  Q.  And why were you providing that to Mr. Vlieger?

7           MR. ROBINSON:  Object to the form.

8           MR. BENFORD:  Join.

9  A.  Specifically right now I can't recall.  Probably

10     because it had something to do with Shay.

11  BY MR. YEE:

12  Q.  Were you attempting to discredit Mr. Horowitz with

13     Mr. Vlieger?

14           MR. ROBINSON:  Object to the form.

15           MR. BENFORD:  Join.

16  A.  I wouldn't have to discredit Shay with Mr. Vlieger.

17     As you can see from other comments, he already didn't

18     give Mr. Horowitz any credit.  I notice Scott Thompson

19     says he had a bad barrel, too, upper lug sheared off

20     at Nats.

21  BY MR. YEE:

22  Q.  On Page 3 of Exhibit 21 you appear to be talking to

23     Mr. Vlieger about a hacked up KKM barrel that Akai

24     posted on the SC page.  Do you see that?

25  A.  Yes.

Michael Dame
11/03/2022                                                  Page 24

1  Q.  What do you know about that barrel?

2  A.  Oh, I would have to know what specific barrel that

3      comment is about to answer anything, but I wouldn't

4      recall anything anyway.  If you showed me a picture of

5      it, I can probably tell you what I think about it.

6  Q.  One second here, let me see if I can find a picture of

7      that barrel for you.  I know I've seen a color picture

8      of the barrel I'm talking about, but this is the only

9      one I can find right now.  It's a black and white from

10     Exhibit 5.  We discussed last week the barrel that you

11     had made a comment that it looked like a two-year-old

12     had cut it.  Do you recall that?

13 A.  I recall that, yes.

14 Q.  Is this the barrel you're talking to Mr. Vlieger about

15     on Exhibit 21?

16 A.  I have no idea.

17 Q.  Going back to Exhibit 21, regarding information you

18     provided to Mr. Vlieger about the moving scam that

19     Mr. Horowitz allegedly was involved with, did you

20     actually read that post?

21 A.  I skimmed through some of it if I recall it correctly.

22 Q.  Do you remember seeing in that post or that link that

23     there was information that indicated that if you were

24     a person that couldn't get your goods, there was

25     information there that provided that if you contact

Michael Dame
11/03/2022                                    Page 25

1    Mr. Horowitz, that he would try to help you find your

2    goods?

3           MR. ROBINSON:  Object to the form.

4           MR. BENFORD:  Join.

5  A.  I don't recall.

6  BY MR. YEE:

7  Q.   Page 4, I mentioned this comment earlier, Mr. Vlieger

8    says to you I never want to piss that man off, and you

9    responded back by saying Lexington Mafia is real.  Do

10    you see that?

11  A.  I do.

12  Q.   What do you mean by Lexington Mafia is real?

13  A.   There is a thing called a joke.  There's a group of

14    shooters from the KY area that before I started

15    shooting down here that always shot together.  They're

16    referred to as the KY Mafia for some reason.  That's

17    why I made that joke, because Chuck was one of them.

18    Not implying that Chuck is a member of the organized

19    crime ring.

20  Q.   On Page 6 of Exhibit 21 it continues on in the

21    discussion between you and Mr. Vlieger about the H & M

22    Nitride issue, and you indicate here that would be fun

23    to watch go public.  Do you see that?

24  A.  Yes.

25  Q.   And Mr. Vlieger responds he's not the only one who

**Michael Dame**
**11/03/2022**                                                    Page 26

1      Shay owes money to, small amounts maybe, but a pattern

2      is a pattern.  And then you respond by saying need

3      them all to go public.  Do you see that?

4   A.  I do.

5   Q.   Why are you suggesting to Mr. Vlieger that these

6      entities such as H & M should go public?

7           MR. ROBINSON:  Objection, form.

8           MR. BENFORD:  Join.

9   A.  Because sunshine is the best disinfectant.

10  BY MR. YEE:

11  Q.   What does that mean?

12  A.   It means if somebody is doing something wrong and you

13     keep quiet about it, they're going to keep doing it

14     wrong, correct?  So I just felt -- I assume I felt I

15     wanted anybody that was being wrongfully treated to go

16     public.

17  Q.   Prior to the public service announcement posted by

18     Akai, did you encourage people to go public about Akai

19     about any issue?

20  A.   I believe I told Mike Gnyra to complain about the way

21     -- about what he didn't like about his gun.  I can't

22     recall anything else.

23  Q.   So after the public service announcement issue begins,

24     you are now encouraging Mr. Cao to go public about the

25     contingency program, you're talking to Mr. Vlieger

Michael Dame
11/03/2022                                          Page 27

1    about H & M about going public, correct?

2              MR. ROBINSON:  Objection, form.

3              MR. BENFORD:  Join.

4    A.  Well, the contingency was something completely

5        different, and Mr. Vlieger is the one that told me

6        about H & M.

7    BY MR. YEE:

8    Q.  Okay.  How is the contingency program completely

9        different?

10   A.  I don't see how that's related to the PSA.

11   Q.  I don't either, but yet you're encouraging Mr. Cao to

12       go public about it coincidentally after the PSA is

13       posted.

14             MR. BENFORD:  Objection, form.

15             MR. ROBINSON:  Ed, no question pending.

16   A.  After 9/11 it was all --

17             MR. ROBINSON:  Hold on.  Mike, Mr. Yee made

18       a statement.  Only answer questions.  If he makes a

19       statement, it's not an inquiry to you.

20   A.  Gotcha.

21   BY MR. YEE:

22   Q.  So my question to you, Mr. Dame, is that you indicated

23       that you don't see how the contingency program is

24       related to PSA, but yet coincidentally after the PSA

25       is posted, you are now encouraging Mr. Cao to go

**Michael Dame**
**11/03/2022**                                                    Page 28

1    public about the Akai contingency program.  Why is

2    that?

3              MR. BENFORD:  Objection, form.

4              MR. ROBINSON:  Join.

5  A.  Is that a question now?

6  BY MR. YEE:

7  Q.  Yes, it was a question.

8  A.  The contingency issue is after 9/11 as well.  Are they

9    related?

10  Q.  I don't know what you mean by after 9/11?

11  A.  The terrorist attack, it happened after that as well,

12    so is that related, too?  Just because something

13    happened after something else doesn't mean they're

14    related.  That's how time works.

15  Q.  I'm going to strike that response as nonresponsive.

16    But my question, Mr. Dame, is that you indicated that

17    the contingency program you don't feel is related to

18    the PSA announcement, but, again, I'm trying to find

19    out why are you encouraging Mr. Cao to speak about it

20    publicly after the PSA is posted?

21              MR. BENFORD:  Objection, form.

22              MR. ROBINSON:  Join.

23  A.  I still don't get how you contend that they're

24    connected.  They're two separate things.  I was

25    encouraging Luke because I felt Luke was wronged.

Michael Dame
11/03/2022                                    Page 29

1   BY MR. YEE:

2   Q.  And you were encouraging Luke because you wanted the

3       public to see Mr. Horowitz in a bad light, correct?

4           MR. BENFORD:  Objection, form.

5           MR. ROBINSON:  Join.

6   A.  I wanted Luke to get his side of the story out there.

7   BY MR. YEE:

8   Q.  Because you felt that he was being unfairly treated by

9       Mr. Horowitz, correct?

10  A.  Correct.

11  Q.  And so you wanted the public to know that Mr. Horowitz

12      was a bad person, right?

13          MR. BENFORD:  Objection, form.

14          MR. ROBINSON:  Join.

15  A.  I wanted them to know what was going on with the

16      contingency program.  What someone thought about that

17      is their own opinion.

18  BY MR. YEE:

19  Q.  In fact, there was a conversation last week we talked

20      about where you indicated that you thought that the

21      Akai contingency program was the nail in the coffin,

22      remember?

23          MR. BENFORD:  Objection, form.

24  A.  Yes, I remember that.

25  BY MR. YEE:

Michael Dame
11/03/2022                                          Page 30

1  Q.  So again you were trying to discredit Mr. Horowitz by

2      bringing up the issue of the Akai contingency program?

3          MR. BENFORD:  Objection, form, asked and

4      answered.

5          MR. ROBINSON:  Join.

6  A.  His actions would do that one way or the other.  I was

7      just asking Luke to not be quiet about it.

8          (Exhibit No. 22 was marked

9          for identification.)

10  BY MR. YEE:

11  Q.  Let's move on to Exhibit 22.  This is you and

12      Mr. Mekosh communicating, correct?

13  A.  Correct.

14  Q.  You indicate to Mr. Mekosh that you just got off the

15      phone with Papa Joe.  Do you see that?

16  A.  Yes.

17  Q.  And I believe we identified Papa Joe as Mr. Joe

18      Rutkowski, correct?

19  A.  Correct.

20  Q.  You indicate here to Mr. Mekosh he was going to ask

21      him.  What did you mean by that, who is him?

22  A.  I have no idea.

23  Q.  You then tell Mr. Mekosh, he did say he tried to

24      search for him in the SCC and FINRA data base and got

25      nothing.  Do you see that?

**Michael Dame**
**11/03/2022**                                    Page 31

1  A.  I do.

2  Q.  Is SCC supposed to be SEC?

3  A.  I don't recall.  What is the SCC and SEC?

4  Q.  Did Mr. Rutkowski tell you he did run a search in

5     FINRA?

6  A.  That's what that post is saying.

7  Q.  Okay.  Looking at this communication between you and

8     Mr. Mekosh, is this relating to the alleged day

9     trading scam by Mr. Horowitz?

10  A.  Is that what SEC and FINRA are?

11  Q.  The SEC is the Securities and Exchange Commission.

12  A.  Okay.  Then that would be a good assumption.

13  Q.  So Mr. Rutkowski is telling you that he couldn't find

14     anything related to Mr. Horowitz with the SEC or

15     FINRA, correct?

16  A.  Correct.

17  Q.  Other than Mr. Mekosh or Mr. Rutkowski, who else did

18     you discuss the day trading issue with Mr. Horowitz

19     with?

20  A.  I can't recall.

21  Q.  Did you discuss it with Mr. Bradley?

22  A.  I can't recall if I did or not.  That was over -- Duty

23     Project had info on that as well.  So there is no

24     telling how many people knew about it.

25  Q.  Who is Duty Project?

**Michael Dame**
**11/03/2022**                                              Page 32

1   A.  It's a -- started as a Facebook page, turned into a

2       Messenger page.  It was supposed to be a replacement

3       for the Brian Enos message boards, but wasn't as

4       formal -- wasn't as informative I guess.  It was just

5       mostly tomfoolery and crap talking.

6   Q.  Were you ever an admin with Duty Project?

7   A.  No.

8   Q.  Did you ever post anything on Duty Project?

9   A.  Yes, I posted on Duty Project occasionally.

10  Q.  Did you post anything on Duty Project relating to Akai

11      or Mr. Horowitz?

12  A.  Not that I recall.

13  Q.  Did you ask anyone at Duty Project to post anything

14      about Mr. Horowitz or Akai?

15  A.  Not that I recall.

16  Q.  Were you ever banned from the Duty Project page?

17  A.  Yes.

18  Q.  What for?

19  A.  A joke about Ben Stoeger.

20  Q.  And what was the joke about Mr. Stoeger?

21  A.  When what was his name -- when Alex Gutt won

22      nationals, Ben put a picture of himself on a jet ski

23      saying this is fun, and I put a picture that -- shared

24      a picture of Alex with the trophy, I said -- I believe

25      I said these are fun, too.

1  Q.  What are the names of some of the other pages you were

2     banned from?

3  A.  I can't recall the pages I've been banned from.

4  Q.  But Duty Project was one, correct?

5  A.  Yes.

6  Q.  And you told us last week that you've been banned

7     numerous times by Facebook, correct?

8  A.  Correct.

9          (Exhibit No. 22.1 was marked

10          for identification.)

11  BY MR. YEE:

12  Q.  Let's go to Exhibit 22.1.  This is you and Mr. Mekosh

13     communicating, correct?

14  A.  Yes.

15  Q.  It looks like around December 1, 2019, correct?

16  A.  Correct.

17  Q.  It appears to be a communication between you and

18     Mr. Mekosh about an account by the name of Hoffer, is

19     that correct?

20  A.  Where do you see Hoffer?

21  Q.  Right at the top here.

22  A.  Well, that's Ace Boles talking about Hoffer.

23  Q.  Okay.  Is Hoffer another page on Facebook?

24  A.  It's a backup page that Tim had for awhile.

25  Q.  When you say Tim, that's Mekosh?

Michael Dame
11/03/2022                                      Page 34

1  A.  Correct.

2  Q.  When you say that's a backup page, what do you mean by

3      backup page?

4  A.  Like another Facebook profile.

5  Q.  But why is it a backup?  Is that something you'd use

6      for instance if you get banned from your main page,

7      you use a different page, is that why there's a backup

8      page?

9          MR. ROBINSON:  Object to the form of that.

10         Let me just for clarification, are you asking why Tim

11         Mekosh used a backup page, and just --

12         MR. YEE:  No, I'm asking what's the --

13         Mr. Dame testified last week he had a backup page.

14         I'm trying to understand what a backup page is.

15         MR. ROBINSON:  Okay.  And I just wanted to

16         make sure you're asking as it relates to Mr. Dame and

17         not Mr. Mekosh's potential use of a backup page.

18         MR. YEE:  No, I'm just trying to understand

19         what a backup page is.

20         MR. ROBINSON:  Okay.  So, Mike, with

21         respect to this line of questioning, you can answer as

22         it pertains to you individually.

23  A.   Roger.  I have a backup page because I had a stint

24      where I was constantly in Facebook jail.  So I made

25      another page, and that way I could keep in touch with

**Michael Dame**
**11/03/2022**                                    Page 35

1    people, still feed that dopamine addiction we all

2    have -- most people have for Facebook these days.

3  BY MR. YEE:

4  Q.   Is the purpose for a backup page because your primary

5      page that you used you're banned from?

6  A.  Correct.

7  Q.   And you indicated that the Hoffer page it's your

8      understanding was Mr. Mekosh's backup page?

9  A.  Correct.

10  Q.   What is the actual name of the Hoffer page, do you

11     know?  Is it simply Hoffer, or is there --

12  A.   It was Mike Hoffer.

13  Q.   Mike.  Mr. Mekosh indicates to you, now when John

14     talks shit on him, he can blame me.  John now has full

15     authority to make Shay think it's me.  Do you see

16     that?

17  A.  I do.

18  Q.   Do you know who the John is that Mr. Mekosh is

19     referring to?

20  A.   John Ormon.

21  Q.   Who you identified last week as the owner of Double

22     Alfalfa, is that correct?

23  A.  Not conclusively.

24  Q.   So Mr. Mekosh indicating that John now has full

25     authority to make Shay think it's me, when you're

**Michael Dame**
**11/03/2022**                                      Page 36

1    using a Facebook page, can you allow someone to be in

2    control of your page, is that how it works?

3  A.  I don't know.  I'm not quite sure of what he did in

4    that instance.

5  Q.  Okay.  Have you ever provided anyone else I guess

6    authority over one of your pages?

7  A.  No.

8  Q.  Have you ever been given authority over someone else's

9    Facebook page?

10  A.  No.

11  Q.  Regarding Mr. Ormon, have you talked to him outside of

12    Facebook, meaning have you talked to him on the phone?

13  A.  No.

14  Q.  Have you ever texted with Mr. Ormon?

15  A.  No.

16  Q.  Have you ever met Mr. Ormon?

17  A.  I can't recall if we've said pleasantries at a match

18    or not.

19  Q.  Do you recall seeing Mr. Ormon at matches?

20  A.  I can't recall if I have.

21  Q.  You mentioned last week that -- you used the term

22    admin when we talked about some pages.  What Facebook

23    pages have you been the admin on?

24  A.  Admin?  KY Shooters, Sig P320 Universe.  That's about

25    all I can recall off the top of my head.

**Michael Dame**
**11/03/2022**                                                    Page 37

1  Q.  From your understanding of the admin role, what is an

2      admin on a Facebook page?

3  A.  I don't really understand the difference between an

4      admin and a mod.

5  Q.  When you say mod, is that short for moderator, or what

6      does mod mean?

7  A.  Yes, moderator.

8  Q.  We talked last week about a communication between you

9      and Mr. Mekosh where Mr. Mekosh indicated that Double

10     Alfalfa wanted to shoot with you guys.  Did that ever

11     happen?

12 A.  I don't believe so.

13 Q.  And what pages, Facebook pages are you a mod on?

14 A.  USPSA Unofficial I think was the name of it, a page

15     that Brad made.  Multiple universe pages that David

16     Black made.  And I believe that's it.

17 Q.  Did Mr. Mekosh ever give you access to the Hoffer

18     page?

19 A.  No, not that I recall.  But I'm pretty certain no.

20 Q.  And were you ever an admin or a mod on the Double

21     Alfalfa page?

22 A.  No, unless they made me one without my knowledge, but.

23 Q.  Has anyone ever told you that Mr. Ormon was Double

24     Alfalfa?

25 A.  No.

**Michael Dame**
**11/03/2022**                                            Page 38

1   Q.   And I think you told us last week that your belief

2        that Mr. Ormon is Double Alfalfa is because Mr. Ormon

3        posted a picture of himself I think fishing on the

4        page, is that right?

5   A.   Correct.

6   Q.   And I think you mentioned that was the spring of this

7        year, correct?

8   A.   That might have -- that might have been incorrect.

9        Spring or summer.  It was after my discovery was sent

10       in.

11  Q.   Did you exchange any private messages with Double

12       Alfalfa?

13  A.   I believe so.

14  Q.   And those private messages with Double Alfalfa, did

15       they relate to the Akai contingency program?

16  A.   I would have to see them.  I can't recall what they

17       were specifically about.

18  Q.   What do you recall if anything you communicated with

19       Double Alfalfa about through private message?

20  A.   Specifics, I can't recall any of them.

21  Q.   Do you have any knowledge as to whether Double Alfalfa

22       is controlled by one or more persons?

23  A.   I do not.

24            MR. YEE:  Let's go to Exhibit Number 23.

25            (Exhibit No. 23 was marked

**Michael Dame**
**11/03/2022**                                    Page 39

1              for identification.)

2   BY MR. YEE:

3   Q.   This is a conversation between you and Mr. Mekosh,

4        correct?

5   A.   It appears to be.

6   Q.   Let me show you the whole thing.

7              Mr. Mekosh on Page 1 of Exhibit 23 says the

8        world would be better without him, and shame Hitler

9        didn't find his family.  Do you see that?

10  A.   I do.

11  Q.   You say probably did, but they lied and said that they

12       weren't Jews.  Do you see that?

13  A.   Yes.

14  Q.   What is this comment referring to, do you know?

15  A.   I do not.

16  Q.   You don't know what you were saying here?

17  A.   No, I thought you meant what he was saying.  It looks

18       like an off color joke that Mr. Mekosh made, and I

19       just replied what was said there, that Hitler probably

20       did find his family, but they said they weren't Jews.

21  Q.   Did you find this comment appropriate in any way?

22             MR. ROBINSON:  Object to the form.

23             MR. BENFORD:  Join.

24             MR. ROBINSON:  And completely unrelated to

25       the scope of discovery.  You're asking for an opinion.

Michael Dame
11/03/2022                                           Page 40

1     This is not appropriate deposition inquiry.

2   BY MR. YEE:

3   Q.   Later on in this conversation you seem to indicate to

4       Mr. Mekosh Hitler meltdown but for Akai.  Do you see

5       that?

6   A.  I do.

7   Q.   What do you mean here?

8   A.   Have you not seen the Hitler from Downfall videos

9       where they dub over them with jokes about what is

10      going on?  Have you not seen them?  No?

11  Q.   You also seem to indicate, sir, sales seem to be down,

12      Honcho and Atlas are outselling us.  It's okay, we

13      have the contingency angle.  Do you see that?

14  A.   Yes.

15  Q.   When it says here contingency angle, you're referring

16      to the issue that Mr. Luke Cao had with the Akai

17      contingency program, correct?

18  A.   Correct.

19  Q.   Okay.  And you indicate that we have the contingency

20      angle.  What did you mean by angle?

21  A.   I don't know what I meant by angle back then.

22  Q.   Okay.  Page 3 of Exhibit 23 you say, I'm not saying

23      the Natzis are okay, I'm just saying maybe the wrong

24      side won.  Do you see that?

25  A.   I do.

Michael Dame
11/03/2022                                    Page 41

1  Q.  What do you mean by that?

2          MR. BENFORD:  Objection, form.  And I would

3      like to reassert the objection regarding the

4      relevancy.  I think this is objectionable under Rule

5      26A.  And quite frankly I'm trying to see what even

6      remote connection this has to the issues in this

7      lawsuit.  So go ahead and answer.

8  A.  Once again, another off-color joke.

9  BY MR. YEE:

10  Q.  And then on Page 4 you say to Mr. Mekosh, Seinfeld

11      must.  Do you see that?

12  A.  Yes.

13  Q.  What do you mean by that?

14          MR. BENFORD:  Same objection.  I'm just

15      going to make it a standing objection with respect to

16      any discussions regarding Hitler or Judaism.

17          MR. ROBINSON:  And I will join counsel on

18      that.

19  A.  I'm assuming I'm referring to the Seinfeld TV show.

20      As to what specifically, I don't know.

21  BY MR. YEE:

22  Q.  When you say that these are off-color comments, do you

23      mean that these are racist comments?

24          MR. ROBINSON:  Object to the form.  Don't

25      answer the question.

**Michael Dame**
**11/03/2022**                                          Page 42

1       MR. BENFORD:  Objection, form.

2            MR. ROBINSON:  And, counsel, the witness

3   voluntarily came back for a second day of deposition

4   today.  We're already beyond seven hours of deposing

5   him.

6            MR. YEE:  I don't believe we're beyond

7   seven hours, Kevin.

8            MR. ROBINSON:  We spent six hours last

9   week.  We've spent an hour this morning.

10            MR. YEE:  But you're including break time

11  and things like that.

12            MR. ROBINSON:  And the entirety of that

13  time was spent by you asking questions, of which

14  Mr. Benford commented last time that the other parties

15  are entitled to a portion of the time to ask

16  questions.

17            What I'm saying right now is the witness

18  voluntarily came back for a second day of deposition,

19  and to the extent that you're going to spend time

20  harassing him, I'm going to instruct him not to

21  answer.

22            MR. YEE:  I don't understand how this is

23  harassing him.  I have a right to understand what his

24  comments are between Mr. Mekosh and some of the other

25  parties involved in this case.

**Michael Dame**
**11/03/2022**                                          Page 43

1            MR. ROBINSON:  If those comments relate

2   even remotely to the subject matter of the lawsuit,

3   which these don't.  This particular witness was

4   dismissed from the lawsuit.  This has nothing to do

5   with KKM or Shooters Connection.

6            MR. BENFORD:  Or the Third Reich.  I mean,

7   you know.

8            MR. YEE:  And for the record, Kevin, when

9   you say Mr. Dame volunteered, he's under subpoena

10   actually, and we just cut short last week because of

11   his work schedule.  And again, we didn't spend six

12   hours last week.  You failed to accommodate or to

13   account for breaks and things like that, so --

14            MR. ROBINSON:  So we spent five-and-a-half

15   hours, of which you took the entirety of the

16   five-and-a-half hours.

17            Again, the point remains, don't harass the

18   witness.  I'll instruct him not to answer.

19            MR. BENFORD:  I join in those instructions

20   also.

21            MR. YEE:  Actually that's all I have.

22            MR. ROBINSON:  John, before you pick up and

23   start questioning, can we take about, I don't know, 10

24   or 15 minutes for a break?

25            MR. BENFORD:  Yes, that's great.

Michael Dame
11/03/2022                                    Page 44

1          (Brief recess.)

2          MR. BENFORD:  Good morning, Mr. Dame, my

3    name is John Benford, and I represent Shooters

4    Connection, Inc. in this lawsuit.

5                    EXAMINATION

6  BY MR. BENFORD:

7  Q.  You had testified that your occupation is a CMC

8    machinist?

9  A.  Charlie-November-Charlie.

10  Q.  CNC, sorry.  And what does CNC mean?

11  A.  Computerized numerical control.

12  Q.  And typically what does a CNC machine do?

13  A.  Cuts whatever you want it to in any direction you tell

14    it to.  It's mostly metal work, metal they cut.  They

15    make wood routers, they make crafting Crickets that

16    scrapbookers use.  It's the same technology.  It's a

17    cutter that you control actually the Y and Z axes to

18    make shapes.  You can either use it to do really

19    complex machining, or you can use it to cut, you know,

20    construction paper.

21  Q.  So basically you're milling and cutting steel as part

22    of a manufacturing process?

23  A.  Yes, I use it as a mill.

24  Q.  And how long have you been doing this?

25  A.  25 years -- well, 26 years.

**Michael Dame**
**11/03/2022**                                          Page 45

1  Q.  And what -- the company you work for, I'm sorry, what

2      is the name again?

3  A.  AV Gauge and Fixtures.

4  Q.  And what do they make?

5  A.  They make gauges and fixtures for automotive,

6      aerospace, and industrial -- not industrial, appliance

7      applications.

8  Q.  How long have you been involved in competition

9      shooting?

10  A.  Way too long to be as bad as I am.  20 years.  I

11      started competition pistol shooting in '99.  I was

12      shooting competitive rifle in 1996.

13  Q.  Let me just clarify.  How long have you been involved

14      in competition pistol shooting?

15  A.  So it would be 23 -- 23 years -- almost 23 years to

16      the date.

17  Q.  I think your testimony was you don't participate in

18      competition shooting any more?

19  A.  I still compete, I'm just shooting --

20  Q.  I just -- sorry.  I didn't mean to speak over you.

21      You don't participate that much any more in

22      competition pistol shooting, correct?

23  A.  Not at the level that I used to, no.  I still shoot

24      maybe one or two matches a month.

25  Q.  Okay.  So was there a time period where you would

Michael Dame
11/03/2022                                      Page 46

1    frequently participate in competition pistol shooting?

2  A.   That would be an understatement, yes.  There was a

3       time where I was known as a match whore.  I would go

4       anywhere -- anywhere I could, two or three majors a

5       weekend.

6  Q.   And what was this time period, if you recall?

7  A.   Late 2000's, early 2000 teens was my highest activity.

8  Q.   Prior to the early -- well, let's see.  Early 2000's

9       to the late 2000 teens?

10  A.   No early -- early 2000's -- sorry, late 2000's to

11      early 2000 teens.  Mid 2000 teens is when I was

12      traveling the most.

13  Q.   So prior to the early 2000's, how frequently did you

14      participate in competition pistol shooting?

15  A.   Weekly matches at my home club, one or two monthly

16      matches in Michigan.  It wasn't until 2004, 2005 when

17      I started traveling all over the country going to

18      world championships and whatnot.

19  Q.   And this lasted until the early 2000 teens?

20  A.   Yes.  I started tapering off 2015, 2016.

21  Q.   Now, when you were participating in competition

22      shooting, was this in the USPSA?

23  A.   USPSA and IPSC.

24  Q.   And I believe you also testified that you participated

25      in I guess a Canadian version of the USPSA?

Michael Dame
11/03/2022                                            Page 47

1  A.  Yes, that would be the VIPSC.

2  Q.  And have you won awards in competition pistol

3      shooting?

4  A.  Yes.

5  Q.  Approximately how many?

6  A.  A couple few dozen.

7  Q.  I believe you mentioned that you attained a rank in

8      several of these organizations?

9  A.  Yes.

10  Q.  And what rank was that again?

11  A.  Grand master.

12  Q.  Is that the highest rank?

13  A.  It is, but unofficially there is like two levels of

14      grand master.  There is like the pro shooters, we call

15      them -- like I refer to them as like an upper case G

16      and a lower case G.  I was the highest rank, but there

17      were better shooters in that rank.

18  Q.  When did you attain the rank of grand master in the

19      Canadian version of the USPSA?

20  A.  The Canadian system I was a GM early 2000's, mid

21      2000's.

22  Q.  And when did you attain the rank of grand master in

23      the USPSA?

24  A.  Shortly after I moved.  So 2015 or '16 I believe.

25  Q.  Do you have experience repairing guns?

Michael Dame
11/03/2022                                    Page 48

1  A.  Limited, but I have, yes, I have worked on pistols.

2  Q.  What types of repairs have you performed?

3  A.  Putting in a new slide, modifying slides, putting

4      slides onto frame, the top part of the gun, fitting

5      safeties for people.

6  Q.  What repairs have you sent to gunsmiths to perform?

7  A.  Anything related to fitting barrels as I don't have

8      training on it, and there is a lot that can go wrong.

9  Q.  What types of things can go wrong in fitting barrels?

10  A.  You have your forward lock up, you have your forward

11      locking lugs can be fit wrong, your vertical impact

12      face can be cut wrong, your -- the hood link can be

13      cut wrong, your overall timing can be off.  It's one

14      of those things where I don't know what I don't know,

15      so I let a professional handle it.

16  Q.  What professional gunsmiths have you worked with?

17  A.  I send my barrels to Pat Rafferty to get fit.  That's

18      the only one.

19  Q.  Have you ever built any guns?

20  A.  I've built one for myself like from the ground up.

21      I've done some slide frame fits for friends.  I've

22      done the one I mentioned with the half gun where I

23      took an existing pistol, ripped the frame off and fit

24      a new frame to it.

25  Q.  Did Mr. Horowitz ever seek your advice on any

Michael Dame
11/03/2022                                    Page 49

1     manufacturing issues?

2  A.  Yes.

3  Q.   And what advice did he seek?

4  A.   He would just send me pictures of setups, machining

5      ideas he had for slides, how to mass produce his comps

6      better.  He sent me stuff on his magwells.  I gave him

7      an insight on how do to the magwells better so that

8      the two -- the way he was initially doing it, the two

9      really key parts of it were being done in separate

10      operations, so the chances of them not being in

11      relation to each other was high.  So I showed him how

12      to do it so that the only important parts were in

13      relation to each other.  That was the exhibit that was

14      brought up.

15  Q.   In addition to the setups, the machining ideas, the

16      magwells, do you recall anything else on which

17      Mr. Horowitz sought your advice?

18  A.   I don't recall, no.

19  Q.   Do you know why Mr. Horowitz was seeking your advice?

20  A.   Because he -- I'd assume because he knew my machining

21      experience was vastly greater than his.

22  Q.   What types of guns -- I'm sorry, what types of pistols

23      have you used in competition shooting?

24  A.   The majority 2011, 1911 platform.

25  Q.   What manufacturers or builders have you used?

Michael Dame
11/03/2022                                                Page 50

1   A.  I've used Pare Ordnance, STI, which is now Staccato

2       now I guess, and Infinity, as well as my own, you

3       know, half-breed guns culled from different things.

4            MR. YEE:  Can you repeat the first one?

5   A.  Para Ordnance.

6            MR. YEE:  Can you spell that?

7   A.  P-a-r-a O-r-d-n-a-n-c-e.

8            MR. YEE:  Thank you.

9   BY MR. BENFORD:

10  Q.   In addition to those gun makes you identified, what

11       gun makes have you fired, not necessarily competition,

12       but just fired for other reasons?

13  A.   Numerous guns.  Any time I see something that looks

14       different or somebody has one that intrigues me, I ask

15       if I can shoot it.  I've shot Akais, Atlases,

16       Raffertys.  I haven't shot a Venom.  I've shot a

17       Carne, I don't know the right way to pronounce it.

18       I've shot a Jones, Ryan Spencer, Millennium.  I've

19       shot numerous makes and manufacturers.

20  Q.   When you were competing in competition pistol shooting

21       frequently, two majors a week, who how many rounds

22       would you typically fire every month including in

23       competition and practice?

24  A.   I purposely never kept track of that, because I knew

25       if I did, I'd probably have second thoughts on the

Michael Dame
11/03/2022                                      Page 51

1    amount of money I was spending.  Rough estimate, I

2    mean, a typical match would be 150 rounds.  Two of

3    those on the weekend plus practice sessions.  So call

4    it 500 rounds a weekend like easily, 50,000 plus in a

5    year.  So total life span I don't think a couple

6    hundred thousand to half a million would be that far

7    off, if not higher when you throw in just shooting to

8    shoot.

9  Q.  So you estimate approximately when you were competing

10     heavily in the competition shooting, you would go

11     through approximately 500 rounds per week?

12 A.  On average I think that would be a good estimate.

13 Q.  Does competition shooting in your experience place a

14     lot of stress on guns?

15 A.  Yes.

16 Q.  What parts are typically stressed?

17 A.  Slide, barrel, slide stop.  It all depends on how --

18     if it's built wrong, I guess there would be stress in

19     places where there is not supposed to be stress, but I

20     would say the most would be on the barrel lockup

21     areas.

22 Q.  What is the barrel lockup area?

23 A.  Like the upper and lower lugs, the hood, and the -- I

24     don't know the terminology.  The front of the barrel

25     where it locates itself on the front of the slide.

Michael Dame
11/03/2022                                          Page 52

1  Q.  Have you seen barrels fail during competition

2      shooting?

3  A.  I have.

4  Q.   And what types of failures have you witnessed?

5  A.  I've seen the rib on an island barrel get completely

6      blown off of the barrel.  I've seen barrels crack.

7      I've seen barrels explode from squid loads.  Lugs

8      breaking, like lower lugs breaking completely off or

9      just cracking a little.  Just pretty much all the

10      possibilities.

11  Q.  In your experience why do barrels fail?

12          MR. YEE:  Objection, foundation.  Go ahead

13      and answer if you can.

14  A.  Multiple reasons.  User error, double loading, or them

15      getting the squid where the round doesn't leave the

16      barrel and firing another one behind it.  Improper

17      fitting.  A bad part, you know, that happens now and

18      then.

19  BY MR. BENFORD:

20  Q.  As far as a bad part, do you mean a poorly

21      manufactured barrel?

22  A.  Yes, sometimes like a part will get out of quality

23      control.  That happens at our shop every now and then,

24      but then we go and fix it.

25  Q.   And as far as barrels that you're aware of that were

Michael Dame
11/03/2022                                        Page 53

1    poorly manufactured or as you say were outside of

2    quality control, who was the manufacturer, do you

3    recall?

4  A.  Specifically?  You know, Infinity has had an issue now

5      and then.  I'm sure every barrel manufacturer has had,

6      you know, one thing come out every now and then, but

7      there has never been a known manufacturer to not go

8      to.

9  Q.  Is there what you would describe as a competition in

10      the shooting community among competition pistol

11      shooters?

12 A.  Yes.

13 Q.  All right.  And these would be shooters who regularly

14      compete in competition shooting, right?

15 A.  Yes, yes, like the people that go to -- there is -- in

16      my mind there's two levels of shooters, there's the

17      guy that just does it in his home club, doesn't really

18      go anywhere.  And then there is another group that

19      will travel, you know, hours to shoot any level of

20      match.

21 Q.  So would the -- does the competition shooting

22      community also include manufacturers or sellers of

23      firearms and parts?

24 A.  Yes.  Well, I mean, they're the ones that make money

25      off of me, so they usually have a presence, or they're

Michael Dame
11/03/2022                                    Page 54

1    also shooters.

2  Q.   Would you consider KKM and Shooters Connection part of

3       this competition shooting community?

4  A.   I would consider Shooters Connection more so just

5       because I've known of that company since I've started.

6       KKM, yes, they're part of it because they make

7       components for us, they've sponsored matches, so

8       they're part of it as well.  I don't think -- go

9       ahead.

10  Q.   No, no, go ahead.

11  A.   I don't recall them having the same sponsorship

12       presence in the past as Shooters Connection, but they

13       might not have been around as much -- as long, so.

14  Q.   I'm sorry.  Go ahead and finish your answer.

15  A.   I don't know how long that company has been around,

16       so.

17  Q.   Would you also consider Akai and Shay Horowitz part of

18       this competition shooting community?

19  A.   Yes.

20  Q.   What is your opinion as to the quality of Akai guns?

21  A.   My opinion is his guns are built to the lowest quality

22       that he can get away with getting top dollar for.

23  Q.   And are there others in the competition shooting

24       community that share your opinion?

25            MR. YEE:  Objection, form.

Michael Dame
11/03/2022                                                    Page 55

1   A.  Yes.  Yes, there are.

2   BY MR. BENFORD:

3   Q.  Sorry.

4   A.  I was just answering in case I got cut off.  Yes,

5       there are.

6   Q.  Have you ever had the opportunity to look at an Akai

7       gun?

8   A.  Yes.

9   Q.  And when was that?

10  A.  The most recent one would have been last summer --

11      last summer or start of fall, Ryan Conley's gold

12      nitride optic gun.

13  Q.  Okay.  And prior to that when would have been the

14      prior?

15  A.  Michael Gnyra's gun.

16  Q.  G-n-y-r-a?

17  A.  Yes, the name who no one seems to know how to

18      pronounce.  Tim Mekosh's gun.  I can't recall like

19      specifically any other ones from him.

20  Q.  Do you recall approximately when you would have first

21      looked at an Akai gun?

22  A.  Mid 2000's, mid 2000 teens.

23  Q.  And what are some of the things that you observed when

24      you inspected Akai guns?

25  A.  The Ryan Conley one in particular was incredibly

**Michael Dame**
**11/03/2022**                                          Page 56

1    loosely fit, not what I expect at that price point.

2    Usually the hallmarks were poor machining, like you

3    can see where a cutter was overloaded, and when it was

4    supposed to be a straight line for a detailed cut, it

5    kind of kicked over to the side.  Overall, yes, just

6    build quality and aesthetics weren't really there from

7    a machining aspect, but most people don't really look

8    at that.

9   Q.   When you say loose parts, do you mean poorly fit

10      barrels?

11  A.   Barrels, slide to frame fit.  That's -- when someone

12      says a loose gun, those are the three parts that

13      aren't fit tightly.

14  Q.   Barrels, and then, I'm sorry, slide to frame is

15      another one?

16  A.   Correct.

17  Q.   When you have loose barrels and loose slides to frame,

18      can this cause issues with respect to the functioning

19      of the gun?

20  A.   Loose, not necessarily.  Loose and incorrect, yes.

21  Q.   Have you ever fired any Akai guns?

22  A.   Yes.

23  Q.   And what did you observe when you fired the guns?

24  A.   Nothing out of the ordinary.  They function.  I mean,

25      it's not hard to make a gun that functions for one or

Michael Dame
11/03/2022                                                    Page 57

1    two rounds -- like one or five rounds when someone is

2    just messing around.  It's -- the true test is how

3    well it holds up to a season.

4  Q.  Is it your understanding that Akai uses a tungsten

5    sleeve?

6  A.  When asked and if provided.

7  Q.  What is your opinion of the tungsten sleeve?

8  A.  I think it's a gimmick.  Yes, the density of tungsten

9    is more than steel, but in order to get that weight

10    onto the barrel, you need to machine the barrel, thus

11    removing weight that was initially there.  So if you

12    have, you know, your sleeve -- you're saying if your

13    sleeve weighs four pounds, you're not really adding

14    four pounds to the gun because you had to take weight

15    off to turn your minimum diameter down and then put

16    your threads on.  So you turn your max diameter and

17    add the threads, so that removes weight, and that

18    gives you another part that can fail.  And in reality

19    I don't think there would be a -- what's the term,

20    that the juice is worth the squeeze on that.

21  Q.  It is your understanding that the tungsten sleeve

22    increases the likelihood of components failing?

23  A.  Well, if it's not -- if it's not mounted properly,

24    yes.  But the sleeve itself is another fail point,

25    another thing that can go wrong.

**Michael Dame**
**11/03/2022**                                                   Page 58

1   Q.   Does it typically shorten the life of a pistol?

2   A.   I don't know.

3   Q.   Does it make the barrel wear out quicker?

4   A.   The theory would be with tungsten, the barrel itself

5        wouldn't wear quicker, but because the tungsten is

6        harder, where the barrel contacts -- where that

7        contacts the slide would wear sooner because it's

8        harder material.

9   Q.   And do you know if it weakens the slide?

10  A.   It shouldn't weaken the slide if it's just on the

11       barrel.

12  Q.   Have other shooters in the competition shooting

13       community expressed negative opinions regarding the

14       tungsten sleeve?

15  A.   Not that I can recall.

16  Q.   Is it regarded as a difficult thing to manufacture?

17  A.   Yes, tungsten is not the easiest thing to cut.  Due to

18       the strength you need diamond cutters.

19  Q.   Are you aware of a lot of gun manufacturers that use a

20       tungsten sleeve?

21  A.   Not really.  The main one that I'm aware of is Shay.

22  Q.   Why don't you use a tungsten sleeve?

23  A.   I like what is known as an island barrel where you put

24       a cut across the top of the slide and get your weight

25       by having a barrel rib stick up, and that allows you

**Michael Dame**
**11/03/2022**                                          Page 59

1    to measure your front sights on the barrel, and you

2    can't do a sleeve on that.

3  Q.  Is it common for shooters in the competition shooting

4    community to discuss the quality of guns and parts?

5  A.  Yes.

6  Q.  And is it common for them to discuss the quality of

7    guns and parts that are made by other manufacturers or

8    sold by sellers in the competition shooting community?

9  A.  Yes.

10  Q.  Is it also typical for members of the competition

11    shooting community to discuss these issues on various

12    websites?

13  A.  Yes.  I mean, the Brian Enos page has a specific area

14    just for discussing gun parts that people may want to

15    use.

16  Q.  What is Akai's reputation in the competition shooting

17    community for the quality of its guns and gun parts?

18    I believe you testified that the reputation was poor,

19    correct?

20  A.  Correct.

21  Q.  And you also testified that others shared this

22    opinion?

23  A.  Correct.

24  Q.  So when did you first become aware of Akai's poor

25    reputation for quality manufacturing?

Michael Dame
11/03/2022                                          Page 60

1   A.  Mid to early 2000 teen's I believe.

2   Q.  And have customers or owners of Akai guns or gun parts

3       expressed these negative opinions?

4   A.  Yes.

5   Q.  Have gunsmiths expressed these negative opinions?

6   A.  Yes.

7   Q.  Who is Mike Gnyra?

8   A.  He is an ex-team member of Shooters Connection, and

9       one of my friends that I used to have.

10  Q.  And when you say used to have, why do you say that?

11  A.  Women.  They get in the way of life, right?  And we

12      had a falling out.

13  Q.  Why did you have a falling out?

14  A.  He decided to start dating a girl I recently had

15      broken up with.

16  Q.  Is he an active shooter?

17  A.  That's a bad term these days.  Was he active --

18  Q.  Yes, was he an active competitor in competition pistol

19      shooting?

20  A.  That's a better term.  Yes.  Yes, he was actually a

21      better shooter than I was.  I haven't seen him at

22      majors that I've been paying attention to as of late.

23  Q.  When you say better shooter, do you think -- is it

24      your understanding that he's won more matches?

25  A.  Than I, yes.  Head to head he's bested me more than

Michael Dame
11/03/2022                                    Page 61

1    I've bested him.

2  Q.  Has he been shooting longer than you?

3  A.  I don't think he has.

4  Q.   And you testified that he is a former member of the

5      Akai shooting team?

6  A.  To the best of my knowledge, yes.

7  Q.   I'm assuming he used Akai pistols, correct?

8  A.  When he shot for them, yes.

9  Q.   And I believe it's your testimony that he owned Akai

10     pistols?

11  A.  Yes.

12  Q.   And when did he leave the Akai shooting team?

13  A.   Sometime in the last few years I started noticing that

14     the Akai logo was gone from his jersey at matches.

15  Q.   Did you start noticing this prior to October of 2019?

16  A.  I believe it was after that.

17  Q.   Did he indicate to you why he left?

18  A.  We weren't really on speaking terms at that point.

19  Q.   And when was your falling out again with Mr. Gnyra?

20  A.  2016, 2017 I believe.

21  Q.   Did Mr. Gnyra ever express anything negative to you

22     about Akai or Shay Horowitz?

23  A.  Yes, on multiple occasions.

24  Q.   What kinds of things did he express?

25  A.  He wasn't happy with the gun -- well, his sponsorship,

**Michael Dame**
**11/03/2022**                                    Page 62

1   the way it was worth what he got gun-wise.  He wasn't

2   happy with the gun that he got.  I believe it was a

3   single stack.  When he got it, the magazine wouldn't

4   even go in the gun because the trigger bow was bent,

5   which means the gun wasn't even test fired before it

6   was sent to him.

7          He contacted me asking me if tungsten was

8   supposed to be magnetic because he didn't think that

9   he had a tungsten sleeve on his gun, and it turned out

10   that after repeatedly questioning Shay, he finally

11   admitted that, yes, that is not a tungsten sleeve on

12   that gun.

13          He didn't like the fact that Shay was

14   charging an expedite fee, but there wasn't really a

15   build list, so if you paid the expedite fee, you

16   weren't really jumping ahead on the list because there

17   wasn't a list.

18          He mentioned it was the team members that

19   forced him to implement a quality control system that

20   was never there before.  And he wasn't pleased with

21   the certs he had to give to match directors for match

22   sponsorship slots.

23   Q.  Did he ever mention to you that he had a slide that

24   cracked?

25   A.  Oh, to me, no.  I heard that through a third party

Michael Dame
11/03/2022                                    Page 63

1      that he sent a gun in to get a new slide, and it came

2      back the wrong -- it was a 40 caliber gun, and a

3      9 millimeter slide was fit to it.

4   Q.  And who is the third party you heard that from?

5   A.  Tim Mekosh.

6   Q.  And when was that?  When did you -- when did

7      Mr. Mekosh discuss this slide that had cracked?

8   A.  That's been in the last couple of years, I would say

9      after 2019 would be a rough guess.

10  Q.  When you talk about Gnyra, Mr. Gnyra expressing these

11      multiple issues that he had, including the magazine

12      that would not fit, when did Mr. Gnyra communicate

13      that to you?

14  A.  When he first started shooting for the team.  So

15      2000 -- around 2015 to '17, somewhere in that realm.

16  Q.  And when Mr. Gnyra discussed this issue about Akai not

17      testing its guns, when was that?

18  A.  That was around the same time frame.

19  Q.  When Mr. Gnyra mentioned the quality control issue,

20      when was that?

21  A.  Same time frame.

22  Q.  2015, '16?

23  A.  Or '14, somewhere around that.

24  Q.  Was there ever an issue with the trigger not being

25      fitted correctly?

**Michael Dame**
**11/03/2022**                                    Page 64

1              MR. YEE:  Objection, form.

2  A.   That was -- I was told by Mike that was like a running

3       joke on the Akai team, the very first thing you had to

4       do when you got your team gun was to redo the trigger.

5       Mr. Mekosh expressed the same thing about the trigger

6       in the gun that he got from Shay.

7  BY MR. BENFORD:

8  Q.   When did Mr. Gnyra and Mr. Mekosh describe these

9       issues to you?

10  A.   2015'ish.

11  Q.   And when did they characterize this issue as a running

12       joke on the Akai team?

13  A.   It would have been 2015, 2016'ish.

14  Q.   And did they say what Akai team members shared in this

15       running joke?

16  A.   He didn't specifically say.  He did mention like Scott

17       Thompson would also say it, but not in public.

18  Q.   The issue regarding sponsorship certs, what exactly

19       did that relate to?

20  A.   That was what I mentioned earlier.  In order to get a

21       free spot for sponsoring a match, you need to provide

22       something to the match director, either cash or

23       product to a certain value.  So to game that system,

24       Shay would provide certificates for a free gun

25       inspection, and he would value that certificate at I

**Michael Dame**
**11/03/2022**                                        Page 65

1    believe 100 or $150.  So if you needed to provide $500

2    in cash or product to get a sponsorship, he would just

3    have to give, you know, three or four of those

4    certificates that really nobody wanted.  That way he

5    can get his shooter in for free and not really be out

6    of pocket anything.

7  Q.  And how did you become aware of this issue?

8  A.  I don't recall how I became aware of that.

9  Q.  Were there others aware of this issue?

10  A.  Yes.

11        MR. YEE:  Objection, form.

12  A.  Yes, I wasn't the only one that knew about this,

13    because I would have heard about it through

14    scuttlebutt I'm assuming.

15  BY MR. BENFORD:

16  Q.  Now you were asked a fair amount of questions

17    regarding Tim Mekosh?

18  A.  Yes.

19  Q.  Is Mr. Mekosh a competitive shooter?

20  A.  Yes.

21  Q.  How active is he in competition shooting?

22  A.  Less active than me now.  Around the same time, like

23    early -- mid 2000 teens he was just as active as I

24    was.  If I was traveling somewhere, he usually

25    traveled with me.

Michael Dame
11/03/2022                                          Page 66

1  Q.  Does he hold a rank?

2  A.  Yes.

3  Q.  What rank is that?

4  A.  He was a grand master in open and a master in limited

5      I believe.  He was a GM in one and an M in the other.

6  Q.  Would you say he's well-known in the competition

7      shooting community?

8  A.  Yes, just as known as I was.

9  Q.  Would you say he's well-respected as a shooter in the

10     competition shooting community?

11 A.  As a shooter?  I would say so.  He was a pretty good

12     shooter.

13 Q.  So I'm assuming that based on your prior testimony

14     that Mr. Mekosh has expressed numerous negative

15     opinions regarding Akai and Shay Horowitz?

16 A.  He has.

17 Q.  And has he expressed those opinions prior to October

18     of 2019?

19 A.  Yes.

20 Q.  What types of things did he express prior to October

21     of 2019?

22         MR. YEE:  Objection, form.  Go ahead.

23 A.  That on the issues that he had, when he ordered a gun

24     through Shay, he made a deposit, and then Shay

25     misplacing or forgetting that the deposit ever took

Michael Dame
11/03/2022                                        Page 67

1    place.  Not getting the part that he specifically

2    requested on his gun, the gun taking longer than it

3    was supposed to, having to replace the trigger once

4    he -- within a couple weeks of getting the gun.

5    Shay's attitude toward his customers in conversations

6    with him.  Shay's actions towards other people in the

7    industry.  That's about it.

8  Q.   As far as the misplaced deposit, what did Mr. Mekosh

9     tell you?

10          MR. YEE:  Objection, form.

11  A.   He told me he gave him cash for the gun in person, and

12     then a few months later when it came time for the

13     build, Shay said he never got any money from him.

14  BY MR. BENFORD:

15  Q.   Did he say how much he gave him?

16  A.   I don't recall the amount that he gave him.

17  Q.   What did he tell you with regard to Mr. Horowitz's

18     attitude towards other shooters?

19  A.   He told me that Shay would constantly tell him that he

20     felt his customers were idiots, he didn't like

21     anything about any other builders, would constantly

22     berate other builders.  Allegedly he passed around

23     nudes of another shooter without her knowledge.

24  Q.   Are other people in the competition shooting community

25     aware of these issues?

**Michael Dame**
**11/03/2022**                                                    **Page 68**

1  A.  To my knowledge, yes.

2  Q.  Did Mr. Mekosh ever talk about problems he was having

3      with a fire control system?

4  A.  That was the -- his -- one of the main complaints was

5      as soon as he got the gun, within a week or two he had

6      to put a new trigger system, new fire control system

7      in.

8  Q.  And did he tell you this prior to October of 2019?

9  A.  Yes.

10  Q.  And I believe you testified that this occurred shortly

11      after he purchased -- sorry, let me turn this off.

12  A.  No worries.  Would you mind if I just took a second to

13      grab my water?

14  Q.  Sure.

15          I believe you testified that Mr. Mekosh was

16      experiencing this issue with this fire control system

17      shortly after he purchased this Akai gun?

18  A.  Correct.

19  Q.  And that fire control system had to be replaced?

20  A.  He said he replaced it, yes.

21  Q.  Was there an issue involving a trigger that was bent?

22  A.  Yes, he said the -- it had been thinned out to the

23      point that if you pulled too hard on the trigger, it

24      would bend the bow.

25  Q.  Was this issue discovered shortly after Mr. Mekosh

**Michael Dame**
11/03/2022                                        Page 69

1    purchased his gun?

2  A.  Yes.

3  Q.  Was there an issue Mr. Mekosh had with respect to the

4      lead time it took to build this gun?

5          MR. YEE:  Objection, form.

6  A.  Yes.  He said he was constantly being told that the

7      gun was out for finishing, which once again was

8      another running joke with Akai guns.  You know, you

9      would be told the gun would be ready in X amount of

10     months, and when it came to that time, oh, it's out

11     for finishing, it's out for finishing.  It's out of my

12     hands, it's not my problem, it's out for finishing.

13         MR. YEE:  John, if I can place a general

14     objection.  Mr. Mekosh was one of the witnesses that

15     we would like to schedule for a deposition, so I'm not

16     quite sure why we're going down the line of

17     Mr. Mekosh's issues with Mr. Dame.  You can ask these

18     questions of Mr. Mekosh.

19         MR. BENFORD:  What's the objection?

20         MR. YEE:  Well, most of it is hearsay.

21         MR. BENFORD:  Well, I agree, but that's not

22     an objection -- you understand in a deposition you're

23     entitled to one type of objection, and that's form.

24     You can also instruct a witness not to answer based

25     upon a privilege, but those are the only two

**Michael Dame**
11/03/2022                                    Page 70

1  objections that you're entitled to make during a

2  deposition.

3        MR. YEE:  And I objected.  You asked me

4  what is the form of the objection.  I'm answering your

5  question.

6        MR. BENFORD:  You're saying the form of the

7  objection is hearsay?

8        MR. YEE:  Yes.

9        MR. BENFORD:  That's an evidence objection,

10  it's only appropriate at trial.

11        MR. YEE:  What I'm indicating to you is

12  you're asking Mr. Dame to testify what Mr. Mekosh has

13  told him.  I don't understand the relevance when

14  Mr. Mekosh is one of the witnesses we're going to

15  depose.

16        MR. BENFORD:  Okay.  Well, relevance is a

17  trial objection.  I mean, unless you believe the

18  question somehow oppresses or harasses or embarrasses

19  the witness, under 26C it's an appropriate question,

20  Ed.

21        MR. YEE:  You're eliciting testimony from a

22  witness that is not here today.

23        MR. BENFORD:  I understand.  And it's an

24  appropriate question and testimony for a deposition.

25  And also here's -- there is -- when you're talking

**Michael Dame**
**11/03/2022**                                    Page 71

1    about reputation, you know, testimony and testimony

2    regarding somebody's reputation, it's relevant in a

3    defamation action.  There is a hearsay exception on

4    this, 803.21.

5           MR. ROBINSON:  Guys, if we can real quick

6    on this.  Since Mr. Dame is my witness here this

7    morning, you know, Ed you said that you want to place

8    an objection for the record, please do.  And, John, to

9    the extent that you have questions that you feel you

10    need to ask to the witness that are relevant to this

11    suit, please ask them.  If at any point you venture

12    into something that I believe goes outside the scope

13    of permissible discovery, I'll instruct the witness

14    not to answer.  But otherwise, you know, go on with

15    your line of questioning, and, Ed, object as

16    appropriate, and, Mr. Dame, you know, please answer

17    unless I instruct you otherwise.

18   BY MR. BENFORD:

19   Q.   Okay.  And, Mr. Dame, this running joke that you're

20        talking about, that related to the lead time in which

21        Akai took to manufacture pistols?

22   A.   Yes.

23   Q.   And this running joke was among members of the Akai

24        shooting team?

25           MR. YEE:  Objection, form.

Michael Dame
11/03/2022                                    Page 72

1  A.  Yes.

2  BY MR. BENFORD:

3  Q.  Was there an issue that was expressed to you by

4      Mr. Mekosh regarding a wrong grip?

5           MR. YEE:  Objection, form.

6           THE WITNESS:  Yes.  He wanted --

7  BY MR. BENFORD:

8  Q.  And what did Mr. Mekosh tell you regarding the wrong

9      grip?

10  A.  He wanted -- I believe he wanted an Infinity grip on

11      the build but was not provided one.

12  Q.  Okay.  Did Mr. Horowitz ever tell Mr. Mekosh that he

13      hated his customers?

14  A.  According to Mr. Mekosh, yes.

15  Q.  Were other team members aware of this?

16           MR. YEE:  Objection, form.

17  A.  I wouldn't know what the other team members would

18      know.

19  BY MR. BENFORD:

20  Q.  Who is Brandon Bunker?

21  A.  He is a high-end gun builder from Florida.

22  Q.  Is he well-regarded in the competition shooting

23      community?

24  A.  Competition?  I would say he's not really in that

25      market.  He builds -- his guns will hold up for

**Michael Dame**
**11/03/2022**                                              Page 73

1    competition.  He builds just really, really nice guns,

2    custom-built guns.  I don't know if anyone uses them

3    for USPSA.

4   Q.   Is he well-regarded in the competition shooting

5    community?

6   A.   He is well-regarded as a gun builder, yes.

7   Q.   Did he ever describe Mr. Horowitz and Akai as a cancer

8    on the industry?

9   A.   Yes.

10  Q.   Did he explain why he used that description?

11  A.   He might have, I can't recall.

12  Q.   Was it your understanding he was referring to the poor

13    quality of Akai's products?

14         MR. YEE:  Objection, form.

15  A.   Yes.

16  BY MR. BENFORD:

17  Q.   Was he also referring to Mr. Horowitz's dishonesty?

18         MR. YEE:  Objection, form.

19  A.   I couldn't know one way or the other.

20  BY MR. BENFORD:

21  Q.   Okay.  Did Rafferty Custom Guns ever express --

22    anybody from Rafferty Custom Guns express anything

23    negative regarding Mr. Horowitz?

24  A.   Yes, the quality of the parts that he got from him.

25  Q.   And did they express this directly to you?

Michael Dame
11/03/2022                                    Page 74

1  A.  Yes.

2  Q.  And was this expressed prior to October of 2019?

3  A.  Yes.

4  Q.  What parts did Rafferty complain about?

5        MR. YEE:  Objection, form.

6  A.  Magwells, compensators.  That's essentially the only

7     parts that he made.

8  BY MR. BENFORD:

9  Q.  And what did Rafferty say?

10  A.  He showed me one of the comps and asked me about it,

11     and the machine on it was horrendous.

12  Q.  Anything else that Rafferty would have communicated to

13     you regarding the quality of Akai's parts?

14        MR. YEE:  Objection, form.

15  A.  Not specifically that I can recall.

16  BY MR. BENFORD:

17  Q.  Okay.  Who is Matt Cheely?

18  A.  He is a builder and parts manufacturer out of

19     Michigan.

20  Q.  And is he active in the competition shooting

21     community?

22  A.  As a builder yes.  As a competitor, no longer.

23  Q.  As a builder of gun parts for guns, is he

24     well-regarded?

25  A.  He is one of the most well-regarded builders at the

Michael Dame
11/03/2022                                          Page 75

1     moment.

2  Q.   Did he ever express anything negative regarding Akai

3     or Mr. Horowitz?

4          MR. YEE:  Objection, form.

5  A.  Yes.

6  BY MR. BENFORD:

7  Q.   What did he say?

8  A.   He pretty much had to put him on a cash basis for

9     components because he was tired of having to chase him

10     down for the bills he owed.

11  Q.   Okay.  Are you familiar with Don Fredenhagen?

12  A.   From Venom Customs, I'm familiar with him, yes.

13  Q.   And who is Mr. Fredenhagen?

14  A.   He is Venom Customs.

15  Q.   And they're a gun builder, correct?

16  A.   Correct.

17  Q.   Is Venom Customs well-regarded in the competition

18     shooting community?

19  A.  Yes.

20  Q.   Has Mr. Fredenhagen ever expressed anything negative

21     to you regarding Mr. Horowitz?

22          MR. YEE:  Objection, form.

23  A.  No, he hasn't.  I've had very limited communications

24     with him.

25  BY MR. BENFORD:

Michael Dame
11/03/2022                                          Page 76

1   Q.  Who is Jeff Gordon?

2   A.  Jeff Gordon is a competitive shooter from Kentucky I

3       used to shoot with.

4   Q.  Has he ever expressed anything negative to you

5       regarding Mr. Horowitz?

6             MR. YEE:  Objection, form.

7   A.  Yes.

8   BY MR. BENFORD:

9   Q.  What has he said?

10  A.  Mostly, you know, quality of the parts and lack of

11      character were his complaints.

12  Q.  And were these communications made prior to October of

13      2019?

14  A.  Yes.

15  Q.  Who is Bobby Keigans?

16  A.  He is -- was the owner of Freedom Customs.  He was

17      another gun builder.  I forget the name of the

18      company.

19  Q.  Okay.  Did he ever express anything negative to you

20      regarding Mr. Horowitz?

21            MR. YEE:  Objection, form.

22  A.  To me directly, no.  But there was a pretty public

23      feud between Mr. Keigans and Shay.

24  BY MR. BENFORD:

25  Q.  What did this public feud involve?

**Michael Dame**
**11/03/2022**                                                    Page 77

1  A.  Mostly shit talking back and forth between each other.

2     Shay complaining about him in our chat group, you

3     know, trying to get the people in the chat group to

4     disparage Mr. Keigans.  Any time he would put a video

5     up, Shay would make a comment in chat group about it.

6  Q.  And what chat group is this?

7  A.  The one I was in with Shay.

8  Q.  Is there a name for it?

9  A.  Pardon?

10  Q.  Is there a name for the chat group?

11  A.  The name constantly changed.  On some of the evidence

12     things it was listed as Captain Cucks I believe.

13  Q.  Did somebody administer this chat group?

14  A.  No, no one person really administered it.  It was just

15     a bunch of us gossiping and acting like idiots.

16  Q.  Okay.  And Shay Horowitz was part of this chat group?

17  A.  Correct.

18  Q.  Where you would gossip and act like idiots, correct?

19  A.  Correct.

20  Q.  And Mr. Horowitz would disparage other shooters and

21     builders in this chat group, correct?

22  A.  Correct.

23  Q.  And he also asked people to disparage Mr. Keigans in

24     this chat group, isn't that correct?

25  A.  He wouldn't specifically ask.  He would just, you

**Michael Dame**
**11/03/2022**                                          Page 78

1    know, post or share something from him and put it in

2    there just to show everybody I guess.

3  Q.   So it was your recollection he was encouraging others

4    to disparage Mr. Keigans?

5            MR. YEE:  Objection, form.

6  A.  Yes.

7  BY MR. BENFORD:

8  Q.   And this occurred prior to October of 2019?

9  A.  Correct.

10  Q.   And is Mr. Horowitz reputation as someone who

11    encourages others to disparage other members of the

12    competition shooting community?

13            MR. YEE:  Objection, form.

14  A.   Repeat the question.

15  BY MR. BENFORD:

16  Q.   Yes.  Does he have a reputation -- does Mr. Horowitz

17    have a reputation for encouraging others to disparage

18    other members of the competition shooting community?

19            MR. YEE:  Objection, form.

20  A.  He does.

21  BY MR. BENFORD:

22  Q.   He does, okay.

23            Now, you testified regarding a person

24    named -- using a nickname Double Alfalfa?

25  A.  Yes.

**Michael Dame**
**11/03/2022**                                          Page 79

1   Q.  All right.  And it's your understanding this person is

2       someone named John Ormon?

3   A.  That's my -- what's the word I'm looking for here.

4       I'm pretty certain it is.  I'm not 100 percent sure.

5   Q.  Who is John Ormon?

6   A.  Another competitive shooter.

7   Q.  Is he active in the competition shooting community?

8   A.  Yes.

9   Q.  Is he a customer of Akai?

10  A.  I believe he said he was at some point.

11  Q.  And have you seen him post negative comments regarding

12      Akai and Mr. Horowitz?

13  A.  Him personally?  I don't recall him doing that.

14  Q.  Okay.  Have you ever spoken to Mr. Ormon?

15  A.  Not face-to-face that I recall, only Facebook message.

16  Q.  And you have seen negative posts -- you testified with

17      respect to negative posts from the Double Alfalfa

18      poster, whoever that is, correct?

19  A.  Yes.

20  Q.  All right.  And when was the first time that you saw a

21      negative post from Double Alfalfa relating to

22      Mr. Horowitz?

23  A.  I can't recall the first time I saw that.

24  Q.  Who is Steve Sanders?

25  A.  A competitive shooter and owner of Precision Delta

Michael Dame
11/03/2022                                        Page 80

1      Bullets.

2  Q.  And has he ever communicated anything negative

3      regarding Akai or Mr. Horowitz?

4            MR. YEE:  Objection, form.

5  A.  Yes.

6  BY MR. BENFORD:

7  Q.  What has he communicated?

8            MR. YEE:  Objection, form.

9  A.  I can't recall the specifics, just that a lot of

10     people in his area weren't too happy with the guns

11     they had gotten and the customer service, if I

12     remember correctly.

13  BY MR. BENFORD:

14  Q.  What is Phoenix Trinity Firearms?

15  A.  It started as a firearms component company, and now it

16     makes firearms.

17  Q.  Are they active in the competition shooting community?

18  A.  They are.

19  Q.  Are they well-regarded in the competition shooting

20     community?

21  A.  Yes.

22  Q.  Have they ever expressed anything negative regarding

23     Akai or Mr. Horowitz?

24  A.  Yes.

25  Q.  What is that?

**Michael Dame**
**11/03/2022**                                                        Page 81

1  A.  His lack of machining knowledge, and having to chase

2     him down to pay bills.

3  Q.  With respect to the lack of machining knowledge, what

4     do they communicate?

5        MR. YEE:  Objection, form.

6  A.  Just times when he would come and be asking Brian how

7     to machine stuff, and then not taking Brian's advice.

8  BY MR. BENFORD:

9  Q.  And Brian, what is Brian's last name?

10  A.  Williams.

11  Q.  And he's the owner of Phoenix Trinity Firearms?

12  A.  I believe either the ownership is under his wife's

13     name Tiffany or it's a joint ownership.

14  Q.  Now, you also expressed that he was having collection

15     issues with Akai?

16  A.  Tiffany expressed that, yes.

17  Q.  And Tiffany is one of the owners?

18  A.  One of if not the owner.

19  Q.  Her last name is Williams?

20  A.  Yes.  It's a husband and wife team.

21  Q.  Did they say what types of parts Mr. Horowitz was

22     failing to pay for?

23  A.  No, just that they had to chase him down at the World

24     Shoot in Florida.

25  Q.  Where is the World Shoot located in Florida?

Michael Dame
11/03/2022                                    Page 82

1  A.  It was at the Frostproof Range in -- just outside of

2      Sebring.

3  Q.  When did Phoenix Trinity Firearms communicate these

4      issues to you?

5  A.  Shortly after it, so 2015.

6  Q.  Now, you were asked a number of questions regarding

7      Luke Cao, C-a-o, right?

8  A.  Correct.

9  Q.  Okay.  And you were asked questions regarding the Akai

10     contingency program, correct?

11 A.  Correct.

12 Q.  And again who is Luke Cao?

13 A.  A really good competitive shooter from the Ohio area.

14 Q.  And is he very active in the competition shooting

15     community?

16 A.  Yes.

17 Q.  Is it fair to say that Luke Cao is well-known in the

18     competition shooting community?

19 A.  He was, yes.

20 Q.  Did you ever speak to Mr. Cao regarding the

21     contingency program?

22 A.  I did.

23 Q.  And again how did you know that he was having an

24     issue?

25 A.  I don't recall specifically how I came to that

**Michael Dame**
**11/03/2022**                                             Page 83

1      knowledge.

2  Q.   Were other shooters in the competition shooting

3       community aware of Mr. Cao's issue?

4  A.   Yes.

5            MR. YEE:  Objection, form.

6  BY MR. BENFORD:

7  Q.   And tell me who else was aware of this issue?

8  A.   Specifically I wouldn't be able to list exactly who

9       knew what.  I know like from my friends that knew,

10      Mr. Mekosh, Alvin, obviously John Vlieger.  Who else?

11      Anybody that posted on his comments.  I don't know

12      exactly who.

13 Q.   Alvin is Alvin Lin, correct?

14 A.   Correct, yes.

15 Q.   Now you were asked some questions about somebody named

16      Lesgar Speedy Murdock?

17 A.   Yes.

18 Q.   And was he on the Akai shooting team?

19 A.   He was for a while.  He was an employee for awhile I

20      believe.

21 Q.   An employee of Akai?

22 A.   Yes.

23 Q.   Okay.  And did he leave the team?

24 A.   He left the team and quit working for him.

25 Q.   And did it occur prior to October of 2019?

Michael Dame
11/03/2022                                    Page 84

1  A.  Yes.

2  Q.  Do you know why he left the team?

3         MR. YEE:  Objection, form.

4  A.  I do not know why.  I was told by Shay that he was

5     stealing from him among other things.

6  BY MR. BENFORD:

7  Q.  So Mr. Horowitz told you that Mr. Murdock was stealing

8     from him?

9  A.  Yes.

10 Q.  As in stealing money?

11 A.  Stealing -- stealing ammunition that was supposed to

12    be for him and selling it to his friends.  I'm trying

13    to remember all of the other -- he gave me a whole

14    bunch of information, because he wanted me to defame

15    and discredit Speedy for it after he quit working.  I

16    never did.

17 Q.  Okay.  So Mr. Horowitz wanted you to defame and

18    discredit Mr. Murdock, is that correct?

19 A.  Correct.

20 Q.  And when did he ask you to defame and discredit

21    Mr. Murdock?  Was it prior to October of 2019?

22 A.  Yes.

23 Q.  And do you know why -- did he say why he wanted you to

24    defame Mr. Murdock?

25         MR. YEE:  Objection, form.

**Michael Dame**
**11/03/2022**                                        Page 85

1  A.  I don't recall.  I'm assuming because they left on bad

2     terms or parted ways on bad terms.

3  BY MR. BENFORD:

4  Q.  When he asked you to defame Mr. Murdock, when did that

5     conversation occur?

6          MR. YEE:  Objection, form.

7  A.  I don't specifically remember the exact date.

8  BY MR. BENFORD:

9  Q.  Was it prior to October of 2019?

10  A.  Yes.

11  Q.  Did Mr. Horowitz appear to be vindictive?

12          MR. YEE:  Objection, form.

13  A.  Yes.

14  BY MR. BENFORD:

15  Q.  Would you describe his personality as vindictive?

16          MR. YEE:  Objection, form.

17  A.  Yes.

18  BY MR. BENFORD:

19  Q.  Does he have a reputation for tending to accuse other

20     people of wronging him?

21          MR. YEE:  Objection, form.

22  A.  Yes.

23  BY MR. BENFORD:

24  Q.  I believe you mentioned that he had two prior PSAs

25     before the October 2019 PSA regarding KKM?

Michael Dame
11/03/2022                                          Page 86

1   A.   Specific PSAs in the same manner, no, but warnings to

2        the shooting community, yes.  One was about a specific

3        lot of Hodgdon's powder that he claimed he found was

4        causing his guns to blow up.  And then the other one

5        was a slide manufacturer that had faulty parts that

6        was causing his guns to break.

7   Q.   Do you recall the name of the slide manufacturer?

8   A.   I do not.

9   Q.   And I think the other one was Hodgdon?

10  A.   Hodgdon, H-o-d-g-d-o-n.

11  Q.   And what was he saying about Hodgdon?

12  A.   Just specifically that there was a bad lot of powder

13       that was causing some pressure spikes I believe was

14       the complaint or the warning.

15  Q.   Do you know if there was any merit to his allegations?

16  A.   I do not know.

17  Q.   Did other members of the competition shooting

18       community express any opinions regarding these two

19       allegations?

20  A.   Yes.

21  Q.   What did they say?

22  A.   They didn't notice any issues.

23  Q.   So they believed that these prior allegations were

24       unfounded?

25            MR. YEE:  Objection, form.

Michael Dame
11/03/2022                                              Page 87

1  A.  Correct.

2  BY MR. BENFORD:

3  Q.   Now, Mr. Murdock -- when Mr. Murdock asked you to

4      defame -- I'm sorry, when Mr. Horowitz asked you to

5      defame Mr. Murdock, did you agree to do it?

6              MR. YEE:  Objection, form.

7  A.  No.

8  BY MR. BENFORD:

9  Q.  Why was that?

10  A.   Mr. Murdock never did anything to me, and I felt what

11      Shay was doing was wrong.

12  Q.   Did he say what kind of information he wanted you to

13      disseminate regarding Mr. Murdock?

14  A.   Just the fact that he was stealing from him, his prior

15      infidelities, any -- he was really hung up on the fact

16      that he felt Mr. Murdock was cheating on matches.

17  Q.   Okay.  So in addition to accusing Mr. Murdock of

18      stealing money, he accused Mr. Murdock of cheating in

19      matches, is that correct?

20  A.  Correct.

21  Q.   And did he say how he was cheating in matches?

22  A.  He felt he was changing his scores on the scoring

23      tablets after the fact when no one was looking, but

24      there was no evidence of that.

25  Q.   Do you believe there is any merit to that accusation?

Michael Dame
11/03/2022                                      Page 88

1   A.  I do not.

2   Q.  Have others expressed that same opinion to you that

3        there is no merit to Mr. Horowitz's accusations that

4        Mr. Murdock was cheating?

5             MR. YEE:  Objection, form.

6   A.  Yes.

7   BY MR. BENFORD:

8   Q.   So have others expressed to you, others in the

9        competition shooting community expressed to you that

10        Mr. Horowitz's accusations regarding Mr. Murdock

11        cheating are unfounded?

12   A.  Yes.

13   Q.  You testified about somebody named Christian Sailer,

14        correct?

15   A.  Correct.

16   Q.  That's S-a-i-l-e-r?

17   A.  Yes, I believe that's how you pronounce it.

18   Q.  Who is Mr. Sailer?

19   A.  Recent national champ, ex-team member of Akai.

20   Q.  So he is a fairly accomplished shooter I take it?

21   A.  Yes.  He came out of nowhere and just started winning

22        pretty much everything.

23   Q.  And he is another ex-team member of Akai, correct?

24   A.  Correct.

25   Q.  When did Mr. Sailer arrive?

**Michael Dame**
**11/03/2022**                                          Page 89

1  A.  2017 or '18 I believe.

2  Q.  Did Mr. Sailer ever express any negative opinions to

3     you regarding Akai or Mr. Horowitz?

4         MR. YEE:  Objection, form.

5  A.  No.  I've never actually had any conversations with

6     Mr. Sailer.

7  BY MR. BENFORD:

8  Q.  Do you know why he left the team?

9         MR. YEE:  Objection, form.

10 A.  I do not.  Rumor is his guns wouldn't stay together.

11 BY MR. BENFORD:

12 Q.  When you say guns, his Akai guns would not stay

13    together, is that correct?

14 A.  Correct.

15 Q.  Did Mr. Horowitz ever post any negative pictures

16    regarding Mr. Sailer?

17 A.  Right after he quit he started posting pictures in the

18    chat group implying that Christian was a homosexual.

19 Q.  Okay.  So Mr. Horowitz after Mr. Sailer left the team,

20    the Akai shooting team, Mr. Horowitz was posting

21    pictures of Mr. Sailer ridiculing him for being gay,

22    is that correct?

23 A.  He didn't specifically say that.

24         MR. YEE:  Objection, form.

25 A.  He put a picture up of Christian and one of his

**Michael Dame**
**11/03/2022**                                                    Page 90

1    friends hugging at, I don't know, a sporting event I

2    assume, and he was like, well, this looks awkward,

3    doesn't it, to paraphrase.

4  BY MR. BENFORD:

5  Q.   Was the implication to you that Mr. Sailer was gay?

6          MR. YEE:  Objection, form.

7  A.  Yes, I read that as Shay was implying that of

8    Mr. Sailer.

9  BY MR. BENFORD:

10  Q.   Okay.  Did others in the competition shooting

11    community express that same opinion that Mr. Horowitz

12    was ridiculing Mr. Sailer for being gay?

13          MR. YEE:  Objection, form.

14  A.  It was in a private group chat.  I don't think anybody

15    else saw that besides the members of the chat.

16  BY MR. BENFORD:

17  Q.   Okay.  And did others understand that to be

18    Mr. Horowitz ridiculing Mr. Sailer for being gay?

19          MR. YEE:  Objection, form.

20  A.  I would think that is a safe assumption.

21  BY MR. BENFORD:

22  Q.   Who is Brian Enos?

23  A.  He is one of -- pretty much the guy that

24    revolutionized the shooting sport.  So what it is,

25    back in the 80's he put a book out that pretty much

Michael Dame
11/03/2022                                     Page 91

1   anybody who is a good shooter read, and he started a

2   message board which in the 90's, late 90's was pretty

3   much the place to go for any type of discussion, any

4   training information regarding tactical shooting.

5   Q.  Would you say it's one of the more popular message

6       boards in the competition shooting community?

7   A.  Yes.

8   Q.  And have you seen negative comments on that message

9       board relating to Mr. Horowitz or Akai?

10  A.  Yes.

11  Q.  Did you see negative comments relating to Mr. Horowitz

12      or Akai on that message board prior to October of

13      2019?

14  A.  I can't recall.

15  Q.  Who was Brad Seehawer?

16  A.  He was --

17  Q.  I think that's S-e-e-h-o-w-e-r, is that correct?

18  A.  H-a-w-e-r.

19  Q.  Okay.

20  A.  There wasn't an O I don't believe.  He is a friend of

21      mine that passed away a couple of years ago, active

22      competitive shooter, and he was also in the chat group

23      that we were all in together.

24  Q.  The one with you and Mr. Horowitz and others?

25  A.  Correct.

**Michael Dame**
**11/03/2022**                                      Page 92

1  Q.  As far as this active chat group, could you tell me

2      the names of the members of the chat group that you

3      recall?

4  A.  Myself.

5  Q.  Other than you and Mr. Horowitz, I'm sorry.

6  A.  David Black, Richard Holland, Alex Gac.

7  Q.  Can you spell that, please?

8  A.  G-a-c.  Ace Boles, Brad Seehawer, Mike Gnyra, Crystal

9      Dunn, Chad Marthey.

10  Q.  Who?

11  A.  Marthey, M-a-r-t-h-e-y.

12  Q.  Okay.

13  A.  Did I say Ace Boles?

14  Q.  Yes, you did.

15  A.  That's not his real name apparently.  It was Cody

16      something.  Tim Mekosh was in it briefly.  I believe

17      that's it.

18  Q.  Do you believe there was others?

19  A.  Yes, there was a couple here and there that popped in

20      and popped out.  Scott Thompson.  So two Akai team

21      members were in it.

22  Q.  And when was the group formed?

23  A.  Oh, early 2000 teens, maybe 2011, 2012.  It had been

24      going on for quite a while.

25  Q.  So approximately 2011, 2012, correct?

**Michael Dame**
**11/03/2022**                                                    Page 93

1  A.  Correct, if not sooner.

2  Q.  Now, you say Mr. Seehawer, is he an active competitor

3      in the competition shooting community?

4  A.  He was before his passing.

5  Q.  I apologize, he was, okay.  For approximately how

6      long?

7  A.  I don't know how long he had been shooting.  I met

8      him -- I was in Canada.  So I think I met him in 2013

9      or '14.

10  Q.  And did he express anything negative to you regarding

11     Akai or Mr. Horowitz?

12         MR. YEE:  Objection, form.

13  A.  Yes.

14  BY MR. BENFORD:

15  Q.  And what did Mr. Seehawer say?

16  A.  He sent me pictures of a gun that he had -- the

17     machine that was on it he wasn't too happy with it.

18  Q.  Did he send this just to you, or did he share this

19     with other members of the chat group?

20  A.  He sent it to me originally.  I think it was shared in

21     the chat group as well.

22  Q.  Who is Chris Kozel (ph)?

23  A.  Ex-team member of Shay Akai and a competitive shooter.

24  Q.  Do you recall approximately when he left?

25  A.  2017 or '18 I believe.  At least that's when I noticed

**Michael Dame**
**11/03/2022**                                    **Page 94**

1     he wasn't shooting an Akai gun any more.

2   Q.   Sorry.

3   A.   I believe that's when I noticed he wasn't shooting an

4        Akai gun any more.

5   Q.   Okay.  What type of gun was he shooting?

6   A.   He went to an Infinity open gun.

7   Q.   And did Mr. Kozel ever express any negative opinions

8        regarding Akai or Mr. Horowitz?

9           MR. YEE:  Objection, form.

10  A.   No.

11  BY MR. BENFORD:

12  Q.   Do you know somebody with the last name I think it's

13       pronounced Rach, R-a-c-h, or Rock?

14  A.   I know a couple of -- are you referring to Glen Rach?

15  Q.   How do you spell Glen's last name?

16  A.   R-a-c-h.

17  Q.   Okay.  And who is Glen Rach?

18  A.   He's the owner of Lone Star Customs I believe.  Yes,

19       Lone Star Customs.

20  Q.   Okay.  Do they manufacture guns that are used in the

21       competition shooting community?

22  A.   Yes.

23  Q.   Are they active in the competition shooting community?

24  A.   As of late I haven't heard much out of them, but mid

25       2000 teen's, yes.

Michael Dame
11/03/2022                                    Page 95

1  Q.  Were the guns fairly popular in the competition

2     shooting community?

3  A.  Yes.  I think he was regional.  More people down there

4     used him.  I don't think I've seen them up here.

5  Q.  Did Mr. Rach ever express any negative opinions

6     regarding Akai or Mr. Horowitz?

7          MR. YEE:  Objection, form.

8  A.  Not that I recall.

9  BY MR. BENFORD:

10  Q.  Okay.  Who is the owner of -- have you ever heard of

11     Atlas Gun Works?

12  A.  Yes, I have.

13  Q.  And who is the owner?

14  A.  Adam Nilson or Nelson.

15  Q.  Okay.  Has any representative of Atlas ever expressed

16     any negative views on Akai or Mr. Horowitz?

17          MR. YEE:  Objection, form.

18  A.  Not that I can recall.

19  BY MR. BENFORD:

20  Q.  Do you know somebody with the last name of Sorensen?

21  A.  Yes.

22  Q.  What is the first name?

23  A.  Mark.  Yes, Mark Sorensen.

24  Q.  And who is Mark Sorensen?

25  A.  He is a gunsmith, gun builder, owner of Carne Customs.

**Michael Dame**
**11/03/2022**                                    Page 96

1   Q.  All right.  Has he ever expressed any negative views

2       on Akai or Mr. Horowitz?

3            MR. YEE:  Objection, form.

4   A.  Not that I can recall.

5            MR. YEE:  Mr. Dame, do you know how Carne

6       is spelled?

7   A.  C-a-r-n-e like -- everybody calls him Carne, but

8       apparently that's not it.

9            MR. YEE:  So the E is silent?

10  A.  Yes.

11           MR. YEE:  Thank you.

12  BY MR. BENFORD:

13  Q.  Now, other than what you've already testified to, how

14      would you generally describe Mr. Horowitz's reputation

15      for honesty?

16           MR. YEE:  Objection, form.

17  A.  Poor.

18  BY MR. BENFORD:

19  Q.  When did you first -- have others expressed this same

20      opinion that Mr. Horowitz has a poor reputation for

21      honesty?

22           MR. YEE:  Objection, form.

23  A.  Yes.

24  BY MR. BENFORD:

25  Q.  Have they expressed this opinion prior to October of

Michael Dame
11/03/2022                                          Page 97

1    2019?

2  A.  Yes.

3  Q.  Have you heard people in the competition shooting

4      community refer to Mr. Horowitz as Shady Shay?

5  A.  Yes.

6  Q.  Have you heard this from multiple people?

7  A.  Yes.

8  Q.  And did you hear multiple people refer to Mr. Horowitz

9      as Shady Shay prior to October of 2019?

10  A.  Yes.

11  Q.  So is it fair to say that numerous people have had a

12      negative opinion of Mr. Horowitz's reputation for

13      honesty prior to October of 2019?

14          MR. YEE:  Objection to form.

15  A.  Yes, that's fair.

16  BY MR. BENFORD:

17  Q.  Are you aware of matches that have refused to sponsor

18      Akai or Mr. Horowitz?

19  A.  Refused sponsorship from?

20  Q.  I'm sorry, right, refused sponsorship from.

21  A.  Yes.

22  Q.  Okay.  Did the USPSA refuse to receive sponsorship

23      from Mr. Horowitz?

24          MR. YEE:  Objection, form.

25  A.  It's my understanding that after an incident with him,

**Michael Dame**
**11/03/2022**                                          Page 98

1      yes, they no longer sought sponsorship from him.

2    BY MR. BENFORD:

3    Q.  When did this incident occur?

4    A.  2017 or '18.

5    Q.  Okay.  Are other members of the competition shooting

6      community aware of this incident?

7            MR. YEE:  Objection, form.

8    A.  Yes.

9    BY MR. BENFORD:

10   Q.  And what is your understanding as to what happened?

11   A.  He had fledged a full open gun valued at I think at

12     the time they were 8 or $9,000 as a prize for the

13     prize table.  When they were setting up the prize

14     table, the volunteers realized that there was no

15     certificate from him.  They had to track down one of

16     his competitive shooters, I believe it was Luigi, get

17     him to call Shay, and the certificate was then

18     handwritten on the back of an envelope during the

19     awards ceremony and put on the table.  The shooter who

20     got the certificate it's my understanding had a very

21     difficult time claiming the certificate and didn't get

22     the gun that was actually listed on the cert.

23   BY MR. BENFORD:

24   Q.  Does Akai or Mr. Horowitz have a reputation for not

25     honoring their warranties?

**Michael Dame**
**11/03/2022**                                             **Page 99**

1             MR. YEE:  Objection, form.

2   A.   It's my knowledge that, yes, they have an issue with

3       that.

4   BY MR. BENFORD:

5   Q.   And have others in the competition shooting community

6       commented on this issue?

7             MR. YEE:  Objection, form.

8   A.   Yes.

9   BY MR. BENFORD:

10  Q.   And did they comment on this issue prior to October of

11      2019?

12  A.   Yes.

13  Q.   Did Mr. Horowitz ever tell you that he wouldn't honor

14      a warranty on international sales?

15  A.   Not in those words.  He did say that he loved

16      exporting guns because he didn't have to worry about

17      them after they left the country.

18  Q.   What was your understanding of what he meant by not

19      having to worry about them after they left the

20      country?

21             MR. YEE:  Objection, form.

22  A.   If anything went wrong, it wasn't his problem any more

23      because they wouldn't be able to get the gun back to

24      the U.S. to be fixed.

25  BY MR. BENFORD:

Michael Dame
11/03/2022                                                    Page 100

1  Q.  When did he say that to you?

2  A.  Mid 2000 teens in the chat group.

3  Q.  Did that strike you as dishonest?

4  A.  Yes.

5  Q.  Did he say it to others?

6           MR. YEE:  Objection, form.

7  A.  Yes.  Everybody in the chat group saw that.

8  BY MR. BENFORD:

9  Q.  Everybody in the chat group saw his comment that

10     implied that he didn't have to honor warranties on gun

11     sales that left the country?

12 A.  Correct.

13          MR. YEE:  Objection, form.

14 BY MR. BENFORD:

15 Q.  Did Mr. Horowitz to your knowledge ever have an

16     issue -- a potential patent infringement issue

17     regarding a thumb rest?

18          MR. YEE:  Objection, form.

19 A.  Yes.

20 BY MR. BENFORD:

21 Q.  What do you recall?

22 A.  He started making a very similar product to the Go Gun

23     Gas Pedal.  When contacted about it, instead of

24     admitting his mistake, he started to sell shirts for

25     the same price and would give away the part for free.

Michael Dame
11/03/2022                                    Page 101

1  Q.  Did you become aware of this issue prior to October of

2      2019?

3  A.  Yes.

4  Q.  What is SVI?

5  A.  SVI?

6  Q.  Yes, SVI.

7  A.  They're pretty much the gold standard for custom guns

8      in the competition world.

9  Q.  Okay.  And did they ever express any negative opinions

10      regarding Akai or Mr. Horowitz?

11          MR. YEE:  Objection, form.

12  A.  To me directly, no.  Through one of their team

13      members, yes.

14  Q.  What was that opinion?

15          MR. YEE:  Objection, form.

16  A.  That they wouldn't sell parts to Mr. Akai, so that the

17      team member himself had to buy them for himself and

18      then sell them to Shay.

19  BY MR. BENFORD:

20  Q.  When you say Mr. Akai, did you mean Mr. Horowitz?

21  A.  Yes, to -- yes, Mr. Horowitz.  The team member was

22      essentially getting the parts to get the parts to him.

23  Q.  Has he used the name Shay Akai?

24  A.  That's what I initially knew him as.

25  Q.  Do other people know him as Shay Akai?

**Michael Dame**
**11/03/2022**                                      **Page 102**

1   A.  Yes.

2   Q.  Are there others who believe his name is actually Shay

3       Akai?

4           MR. YEE:  Objection, form.

5   A.  I believe so.  He mentioned to us like he chose that

6       name when he got married to be, you know, a different

7       name for him and his wife I believe was the reasoning

8       behind it.

9   BY MR. BENFORD:

10  Q.  Okay.  So he told you that he changed his name from

11      Shay Horowitz to Shay Akai?

12  A.  If I recall, yes, I think that's what he said.

13  Q.  All right.  And did he say why he changed his name

14      from Shay Horowitz to Shay Akai?

15  A.  No.

16  Q.  You were asked questions regarding a Mr. Rutkowski is

17      it?

18  A.  Rutkowski.

19  Q.  Can you please spell that again?

20  A.  R-u-t-k-o-w-s-k-i.

21  Q.  Who is Mr. Rutkowski?

22  A.  A friend of mine I've known since early 2000 teens.

23  Q.  Is he a competitive shooter?

24  A.  Yes, he's a competitive shooter.

25  Q.  And has he ever expressed any negative opinions

Michael Dame
11/03/2022                                    Page 103

1    regarding Mr. Horowitz?

2             MR. YEE:  Objection, form.

3  A.  Yes.

4  BY MR. BENFORD:

5  Q.  What has he said?

6  A.  Lack of character.  I don't think he ever mentioned

7     poor quality guns, mostly character.

8  Q.  Now, you had testified that you recall reading on the

9     internet that Mr. Horowitz was involved in a day

10     trading scam, is that correct?

11  A.  Correct.

12  Q.  And your testimony also is that you were aware of

13     these negative internet posts regarding the day

14     trading scam before October of 2019?

15  A.  That's correct.

16  Q.  And you also testified that other people were talking

17     about these negative internet posts before October

18     2019?

19  A.  Correct.

20  Q.  Is it fair to say that a lot of shooters knew about

21     these negative posts before October of 2019?

22             MR. YEE:  Objection, form.

23  A.  That would be fair.

24  BY MR. BENFORD:

25  Q.  I believe you also testified that other shooters were

**Michael Dame**
**11/03/2022**                                          Page 104

1    making jokes about these negative internet posts prior

2    to October 2019, is that correct?

3  A.  Correct.

4  Q.  You also testified that Mr. Horowitz would make

5    disparaging comments regarding other gun builders,

6    correct?

7  A.  Correct.

8  Q.  Was this included in the chat group you had?

9  A.  Mostly in the chat group, yes.  I was told in the team

10    chat that I wasn't privy to that there was more of it.

11  Q.  And were you aware of disparaging comments

12    Mr. Horowitz made regarding other gun builders outside

13    the chat group?

14  A.  I am not, no.

15        MR. ROBINSON:  John, when you get to a

16    breaking point, can we take just ten minutes?

17        MR. BENFORD:  Yes, absolutely.

18        (Brief recess.)

19  BY MR. BENFORD:

20  Q.  In the last deposition or the first part of this

21    deposition, Mr. Dame, you had characterized

22    discussions in a chat group as typical

23    shooter-to-shooter BS.  Do you recall that?

24  A.  Yes.

25  Q.  The chat group where you characterize discussions as

**Michael Dame**
**11/03/2022**                                      Page 105

1    typical shooter-to-shooter BS, is that the chat group

2    that you just testified to that both you and

3    Mr. Horowitz were members of?

4  A.  Yes.

5  Q.   And I believe Mr. Mekosh was also a member or was a

6    member of that chat group?

7  A.  Correct.

8  Q.   And there were other members or members of the Akai

9    shooting team or former members that were also members

10    of that chat group, correct?

11  A.  Correct.

12  Q.   And when you say typical shooter-to-shooter BS, what

13    do you mean by that?

14  A.   What is going on at other matches, gossip we've heard

15    like I mentioned earlier, you know, grown men with

16    guns that gossip like school girls.

17  Q.   So when you say grown men with guns who gossip like

18    school girls, is it fairly common in the competition

19    shooting community for shooters to ridicule one

20    another?

21  A.  Oh, yes.

22  Q.   And was it fairly common for Mr. Horowitz to join in

23    this ridiculing and poking fun of other shooters and

24    other participants in the competition shooting

25    community?

Michael Dame
11/03/2022                                    Page 106

1              MR. YEE:  Objection form.

2  A.  Yes.

3  BY MR. BENFORD:

4  Q.  And is it fairly common for shooters to express

5      negative opinions regarding other members and other

6      builders and gun manufacturers?

7              MR. YEE:  Objection, form?

8  A.  Yes, it's a very -- it a very high octane sport, so a

9      lot of testosterone and a lot of knock this guy and

10     that guy kind of thing.

11  BY MR. BENFORD:

12  Q.  In fact you testified that Mr. Horowitz would commonly

13     disparage other shooters and gun manufacturers,

14     correct?

15  A.  Correct.

16  Q.  Did Mr. Horowitz prior to 2019, did he ever indicate

17     that he was going to sue someone for defamation

18     because he was being ridiculed?

19             MR. YEE:  Objection, form.

20  A.  Not that I recall.

21  BY MR. BENFORD:

22  Q.  Do you recall him ever indicating that he was going to

23     sue someone because they had expressed a negative

24     opinion regarding him or his company Akai?

25  A.  Not that I recall.

Michael Dame
11/03/2022                                                Page 107

1  Q.  Does it strike you as hypocritical that he is now

2      suing others for expressing negative opinions

3      regarding his guns?

4           MR. YEE:  Objection, form.

5  A.  Yes.

6  BY MR. BENFORD:

7  Q.  Does it strike you as being hypocritical that he's now

8      suing others for expressing opinions, negative

9      opinions regarding him?

10          MR. YEE:  Objection, form.

11 A.  Yes.

12 BY MR. BENFORD:

13 Q.  Now, you testified in the last deposition that when

14     you originally saw the October 2019 PSA, that the PSA

15     had mentioned KKM?

16 A.  Yes.

17 Q.  And then you noticed shortly after that the reference

18     to KKM was missing?

19 A.  So I initially saw it without the reference, but then

20     I noticed the edit marker on the bottom of it, and

21     opened that up and saw that it mentioned KKM.

22 Q.  Shortly after the PSA was published by Mr. Horowitz,

23     was there a general awareness in the competition

24     shooting community that Mr. Horowitz was referring to

25     KKM as the manufacturer of defective barrels?

**Michael Dame**
**11/03/2022**                                          Page 108

1              MR. YEE:  Objection, form.

2  A.  I can't attest to that, no.  I don't know one way or

3      the other.

4  BY MR. BENFORD:

5  Q.  Were you aware?

6  A.  I was aware, yes.

7  Q.  And were others aware?

8              MR. YEE:  Objection, form.

9  A.  Yes, there were a few others that I know of.  I don't

10      know how many in total.

11  BY MR. BENFORD:

12  Q.  But to be clear, others were aware that Mr. Horowitz

13      was referring to KKM in his PSA, correct?

14              MR. YEE:  Objection, form.

15  A.  Correct.

16  BY MR. BENFORD:

17  Q.  And I believe you testified you recall KKM and SCI

18      posting an open letter in January of 2020?

19  A.  Yes.

20  Q.  And was it your recollection that this was in response

21      to Mr. Horowitz's accusations that they were selling

22      defective barrels?

23  A.  Correct.

24  Q.  You recall reading this letter, correct?

25  A.  Yes.

**Michael Dame**
**11/03/2022**                                                    Page 109

1   Q.  All right.  And when you read the letter did you

2        interpret KKM and Shooters Connection trying to defame

3        Akai or Mr. Horowitz?

4                MR. YEE:  Objection, form.

5   A.  No.

6   BY MR. BENFORD:

7   Q.  Was it your impression that they were trying to

8        disparage them?

9   A.  No, they were just trying to clear their name.

10  Q.  Trying to what?

11  A.  Clear their name.

12  Q.  And did others in the competition shooting community

13       have that same impression that they were simply trying

14       to defend their reputations?

15               MR. YEE:  Objection, form.

16  A.  Yes.

17  BY MR. BENFORD:

18  Q.  Was there anything in that open letter that you

19       recognized as false?

20  A.  No.

21  Q.  Was there -- other than Mr. Horowitz, was there

22       anybody else that expressed to you that anything in

23       that open letter was false?

24  A.  No.  Well, to be specific, I don't recall anybody

25       saying that.

Michael Dame
11/03/2022                                                    Page 110

1  Q.  Okay.  I believe you testified that you recall

2     learning that Mr. Horowitz and Akai had demanded a

3     million dollars from Shooters Connection and a million

4     dollars from KKM?

5  A.  Yes.

6  Q.  And this occurred in late 2019?

7  A.  Yes.

8  Q.  And the demand was based upon allegedly defective KKM

9     barrels?

10  A.  Correct.

11  Q.  Okay.  And your testimony was that your impression was

12     that this demand for two million dollars was

13     fraudulent?

14  A.  Yes.  I didn't -- I didn't think there was any

15     substance to it when I saw that.  I thought it was

16     awful.

17  Q.  When you say there was no substance, was it your

18     opinion that this was frivolous?

19  A.  Yes.

20  Q.  And did others in the competition shooting community

21     share the same opinion?

22          MR. YEE:  Objection, form.

23  A.  Yes.

24  BY MR. BENFORD:

25  Q.  And did you believe the demand was frivolous because

**Michael Dame**
**11/03/2022**                                              Page 111

1    you believe that the accusations Mr. Horowitz was

2    making that KKM barrels was defective was baseless?

3  A.  Correct.

4  Q.  And did others in the competition shooting community

5    share that opinion?

6            MR. YEE:  Objection, form.

7  A.  Yes.

8  BY MR. BENFORD:

9  Q.  Did you also believe the demand was frivolous because

10    it was your opinion that Mr. Horowitz was not testing

11    barrels properly?

12  A.  I don't think I knew what his process was at the time,

13    but I don't -- yes, I wouldn't have assumed that he

14    knew how to do it right.

15  Q.  Did others express concerns about his testing of the

16    barrels?

17  A.  Yes.

18  Q.  You testified that you believed that Mr. Horowitz's

19    refusal to return barrels to KKM was unreasonable,

20    correct?

21  A.  Correct.

22  Q.  Did others share this opinion?

23            MR. YEE:  Objection, form.

24            THE WITNESS:  Yes.

25  BY MR. BENFORD:

Michael Dame
11/03/2022                                          Page 112

1   Q.   Did Akai's reputation for a lack of qualify in his

2        products factor into your opinion that the demand was

3        frivolous?

4              MR. YEE:  Objection, form.

5   A.  Yes.

6   MR. BENFORD:

7   Q.   Did Mr. Horowitz's reputation for dishonesty factor

8        into your opinion that the demand was frivolous or

9        fraudulent?

10             MR. YEE:  Objection, form.

11  A.  Yes.

12  BY MR. BENFORD:

13  Q.   Prior to October 2019 did Mr. Horowitz ever tell you

14       he was losing business?

15  A.  Yes.

16  Q.   When did he say this?

17  A.  Late summer, early fall I think was the post in the

18       chat group where he mentioned he was losing money

19       because of the new Carry Optics Division.

20  Q.   This was late summer, early fall of what year?

21  A.  2019.

22  Q.   2019.  And you mentioned that you saw a post?

23  A.  He posted it in the chat group.

24  Q.   Okay.  The chat group that you testified to earlier?

25  A.  Correct.

**Michael Dame**
**11/03/2022**                                                                    Page 113

1   Q.   And the substance of the post was that he was losing

2        business because of the carry optics group?

3   A.   The carry optics -- the new division, yes.

4   Q.   And what is the Carry Optics Division?

5   A.   A production gun -- so any 9 mil gun that you can buy

6        off the shelf, and then you throw a red dot optic onto

7        it was carry optics.  So instead of having to pay, you

8        know, 8, $9,000 in some aspects for an open gun, to

9        shoot a gun with a dot, you could pay $1,200 for, you

10       know, a $500 glock and a, you know, a $600 optic.  You

11       get the point, right?  You can have a $500 gun and

12       $500 optics and you can be in that division if you

13       don't want to shoot iron sights.

14  Q.   And did you say this was causing him to lose revenue?

15  A.   I think he said sales were down because of it.

16  Q.   And this -- was it your understanding that the sales

17       were down because somebody instead of paying $8,000

18       for one of his guns could pay $1,000 for a widely

19       manufactured gun like a glock?

20  A.   Correct.

21  Q.   Did he ever indicate to you that he wanted the rules

22       changed?

23  A.   Yes.

24  Q.   What did he say?

25  A.   So to me directly, I don't recall.  I know he

**Michael Dame**
**11/03/2022**                                          Page 114

1   petitioned the president of USPSA to have the power

2   factors for open lowered so that the guns didn't

3   experience as much pressure.

4   Q.  Did he indicate why he wanted guns to experience less

5   pressure.

6            MR. YEE:  Objection, form.

7   A.  So his guns would last longer.

8   BY MR. BENFORD:

9   Q.  Who is the president of the USPSA?

10  A.  At the time it was Michael Foley.

11  Q.  Did Mr. Bradley ever express to that Mr. Horowitz's

12      demand for two million dollars was a scam?

13  A.  I don't know if he used those exact terms, but he

14      wasn't pleased about it.

15  Q.  So you don't recall him using the term "scam"?

16  A.  No, I can't recall.

17  Q.  Do you ever recall Mr. Bradley ever using the term

18      "scam" in connection with Mr. Horowitz?

19  A.  Maybe talking about the day trading, but I can't be

20      certain.

21  Q.  And again this is the day trading that you were

22      already aware of when it was mentioned to you by

23      Mr. Bradley?

24  A.  Correct.

25  Q.  Have you ever used a Rockwell tester?

**Michael Dame**
**11/03/2022**                                                    Page 115

1  A.  Yep.

2  Q.  How frequently?

3  A.  It's been a while, but back when I was in the assembly

4      department I would use them once or twice a week.

5  Q.  What period of time were you using a Rockwell tester

6      once or twice a week?

7  A.  Early 2000's.

8  Q.  For approximately how many years?

9  A.  Maybe ten years on and off.

10  Q.  And this is all in connection with your job as a CNC

11      machinist?

12  A.  Yes.  When I would rotate into the assembly

13      department, I would have to harden things.

14  Q.  Okay.  And have you ever used a Rockwell tester on any

15      hollow cylinders, for example something that is shaped

16      like a pipe or a barrel?

17  A.  Yes.

18  Q.  And what would be the accurate method of testing a

19      hollow cylinder like a barrel or a pipe?

20  A.  Put it in the V block attachment to hold it to begin

21      with, and then fill in the negative area underneath

22      where you're going to test if you had no choice but to

23      test in that area.  But whenever possible you try to

24      test someplace where there wasn't a void underneath

25      where you're testing.

Michael Dame
11/03/2022                                    Page 116

1   Q.  So when you say an area where there isn't a void, are

2       you referring to for example the foot of the barrel?

3   A.  On a barrel as -- if you're using a barrel as an

4       example, yes, the part of the lower lugs where it's

5       solid would be a better place to check as opposed to

6       on the cylinder.

7   Q.  What is the problem with testing on the cylinder?

8   A.  Even though it's metal, there is still a compression

9       factor.  So when you put pressure to test it, you

10      could be flexing the part, and that would give you an

11      inaccurate reading.

12  Q.  Was it your understanding that Mr. Horowitz was

13      testing his barrels incorrectly?

14          MR. YEE:  Objection, form.

15  A.  Yes.

16  BY MR. BENFORD:

17  Q.  And again I believe you testified that many others in

18      the competition shooting community shared this

19      opinion?

20          MR. YEE:  Objection, form.

21  A.  Yes.

22  MR. BENFORD:

23  Q.  You were asked questions regarding a private message

24      between you and Mr. Bradley, Charles Bradley where

25      Mr. Bradley mentioned that the FBI was investigating

Michael Dame
11/03/2022                                    Page 117

1      Mr. Horowitz?

2   A.  Yes.

3   Q.  That was a private message, correct?

4   A.  Correct.

5   Q.  That was just between you and Mr. Bradley?

6   A.  Correct.

7   Q.  Did you send that message to anyone else?

8   A.  That message, no, not that I recall.

9   Q.  Did Mr. Bradley ask you to send that message to anyone

10     else?

11  A.  No.

12  Q.  Did Mr. Bradley ask you to repeat to anyone else that

13     Mr. Horowitz was being investigated by the FBI?

14  A.  No.

15  Q.  Do you recall that in that same thread you had asked

16     Mr. Bradley how did Mr. Horowitz get an FFL with an

17     open investigation, do you recall?

18  A.  Yes.

19  Q.  All right.  When you say FFL, are you talking about a

20     federal firearms license?

21  A.  Yes.

22  Q.  So it sounds like you were skeptical that Mr. Horowitz

23     was actually being investigated by the FBI, is that

24     accurate?

25  A.  Yes.  It didn't make sense to me that you could be

**Michael Dame**
**11/03/2022**                                    Page 118

1      under investigation for that and they allow you to do

2      it, allow you to get that license.

3  Q.  So you doubted whether or not Mr. Horowitz was

4      actually being investigated by the FBI?

5  A.  Yes.

6  Q.  When Mr. Bradley made the statement that Mr. Horowitz

7      was being investigated by the FBI, you already had a

8      fairly low opinion of Mr. Horowitz, isn't that

9      accurate?

10  A.  Yes.

11  Q.  This comment that Mr. Bradley made, did it lower your

12      opinion of Mr. Horowitz?

13  A.  No.  It was already low.

14  Q.  Now, did you communicate to anyone Mr. Bradley's

15      statement that Mr. Horowitz was being investigated by

16      the FBI?

17  A.  I don't recall, but apparently there was evidence that

18      I did.

19  Q.  And who do you believe that you had communicated that

20      to?

21  A.  I don't recall who that message was with from the

22      earlier thing.

23  Q.  The recipient of that communication, did they already

24      have a low opinion of Mr. Horowitz?

25  A.  Yes, more than likely.  If I was bringing that up,

Michael Dame
11/03/2022                                        Page 119

1      then yes.

2  Q.  They asked you -- I'm sorry, Mr. Yee asked you some

3      questions regarding an email from Mr. Vlieger.

4  A.  Vlieger?

5  Q.  Yes, to you regarding KKM allegedly making two types

6      of steel.  You recall that, right?

7  A.  Yes.

8  Q.  And I believe you testified that you found out that

9      was later untrue, correct?

10  A.  I don't think I did.  I think I testified that I

11      wasn't quite -- I didn't quite -- I didn't put much

12      weigh into what John was saying as he was not a

13      machinist.  So I kind of just brushed it off.

14  Q.  Okay.  Was it your understanding that the other type

15      of steel was a type of steel that had an RC factor of

16      40 to 42?

17          MR. YEE:  Objection, form.

18  A.  That's what he was saying, but like I said, this was

19      John, so I wasn't putting a lot of weight into the

20      technical aspects of the machine -- of the materials.

21  BY MR. BENFORD:

22  Q.  Did what Mr. Vlieger was saying, did that discourage

23      you from using KKM barrels?

24  A.  No.

25  Q.  Would you have had continued to use KKM barrels if you

Michael Dame
11/03/2022                                    Page 120

1     thought that they were insufficient for competition

2     shooting?

3  A.  Yes, if I felt they were substandard, I wouldn't use

4     them.

5  Q.  Do you continue to use them today?

6  A.  I still have them in my guns, yes.

7  Q.  And in your opinion as a shooter, what is your opinion

8     as to the quality of KKM barrels?

9  A.  They're just as good as anything else out there on the

10     market right now.

11  Q.  What would you say the reputation for KKM barrels is

12     in the competition shooting community?

13          MR. YEE:  Objection, form.

14  A.  They have a solid reputation.  It's my understanding

15     that they were initially rifle barrels, and pistol

16     barrels was kind of a side offshoot for them.  But

17     I've never heard anybody say they've had issues with

18     the barrels.

19  MR. BENFORD:

20  Q.  Have you ever been aware of any KKM barrels being

21     defective?

22  A.  No.

23  Q.  Have you ever been aware of any KKM barrels that

24     weren't suited for competitive shooting?

25  A.  No.

**Michael Dame**
**11/03/2022**                                    Page 121

1  Q.  Have you ever purchased parts from Shooters

2      Connection?

3  A.  Yes.

4  Q.  What types of parts?

5  A.  Small components, fire control grips.  Most of my

6      purchases were training equipment, timers, match

7      targets.  But almost any small component I've got from

8      them.  My one KKM barrel came from them, one Carne

9      barrel came from them.  But, yes, mostly training

10      equipment is what I buy from them.

11  Q.  And what is your experience in dealing with Shooters

12      Connection as a customer?

13  A.  It's awesome.  If I get my order in before noon, I

14      usually have it at the shop the next day with regular

15      shipping.

16  Q.  I'm sorry, go ahead.

17  A.  With the regular shipping they get it from Georgetown

18      to Coxs Creek the next day.

19  Q.  Have you ever known Shooters Connection to sell any

20      barrels that were not suited for competition shooting?

21  A.  No.

22  Q.  Have you ever known Shooters Connection to ever

23      misrepresent specifications of the parts themselves?

24  A.  No.  That would not be a good idea.

25  Q.  Did Shooters Connection -- anybody at Shooters

**Michael Dame**
**11/03/2022**                                                    Page 122

1      Connection or anybody at KKM ever ask you to

2      communicate anything false regarding Akai or Shay

3      Horowitz?

4  A.  No.  I've never had any communications with KKM until

5      I was sued.

6  Q.  And did anybody from Shooters Connection or KKM ever

7      ask you to communicate anything negative relating to

8      Mr. Horowitz or Akai?

9  A.  No.

10  Q.  Have you ever communicated any information regarding

11      Mr. Horowitz or Akai that you knew or believed was

12      false?

13  A.  No.

14  Q.  Have you ever communicated any opinions regarding

15      Mr. Horowitz or Akai that you believe were misleading?

16  A.  No.

17  Q.  Now, just to be clear, the private messages between

18      you and Mr. Bradley, did anyone else have access to

19      these messages?

20  A.  No.

21  Q.  Was anybody able to view these messages?

22  A.  Not unless they took the phone from me.

23  Q.  All right.  You were also shown several exhibits that

24      consisted of messages between you and Matt Cheely,

25      correct?  Do you recall that?

**Michael Dame**
**11/03/2022**                                                    Page 123

1  A.  I recall that.

2  Q.  And these were private Facebook messages?

3  A.  Correct.

4  Q.  And these were communications between just you and

5      Mr. Cheely, correct?

6  A.  Correct.

7  Q.  Did you ever share these messages with anyone?

8  A.  Not that I recall.

9  Q.  Did Mr. Cheely to your knowledge?

10  A.  Not to my knowledge.

11  Q.  You were also questioned about several private

12      messages between you and Mr. Vlieger.  Do you recall

13      that?

14  A.  Yes.

15  Q.  Were these also private Facebook messages?

16  A.  Yes.

17  Q.  Did you communicate any of these messages with anyone?

18  A.  No, not that I recall.

19  Q.  I'm sorry, did you share these messages between you

20      and Mr. Vlieger with anyone?

21  A.  Screenshots, no.  I might have in passing mentioned

22      some of the info to Tim Mekosh, but I never would have

23      like given him the phone and said read this.

24  Q.  Okay.  Mr. Mekosh -- when you mentioned these things

25      or when you believe you may have mentioned these

Michael Dame
11/03/2022                                          Page 124

1      things to Mr. Mekosh, is that correct?

2   A.   Correct.

3   Q.   All right.  And when you mentioned these things or if

4      you mentioned these things to Mr. Mekosh, at the time

5      you mentioned them, did Mr. Mekosh already have a low

6      opinion of Akai and Mr. Horowitz?

7   A.   Definitely.

8   Q.   Did anything you ever said -- do you have any reason

9      to believe that anything you ever said to Mr. Mekosh

10      ever lowered his opinion of Akai or Mr. Horowitz?

11   A.   I don't have a reason to believe that, no.

12   Q.   Now, during the time you had these private messages

13      with Mr. Vlieger, did Mr. Vlieger already have a low

14      opinion of Akai and Mr. Horowitz?

15   A.   I believe so, yes.

16   Q.   And during these discussions with Mr. Cheely, at that

17      time did he already have a low opinion of Mr. Horowitz

18      and Akai?

19   A.   Yes.  You can see that in the screenshot.  He had

20      mentioned that he had already had issues with him.

21   Q.   Now, you were asked questions about a discussion you

22      had with Mr. Bradley where you asked are we clear to

23      play with that information, correct?

24   A.   Correct.

25   Q.   And the information that you were referring to was

**Michael Dame**
**11/03/2022**                                    Page 125

1    information pertaining to KKM statements in its open

2    letter, correct?

3  A.  I believe so, yes.

4  Q.  So this would have been information that KKM and SCI

5    are using to defend their reputations against

6    Mr. Horowitz's accusations, is that correct, sir?

7  A.  Correct.

8  Q.  You had testified a number of times it's your opinion

9    that Mr. Horowitz and Akai are bad for the sport of

10    competition shooting, correct?

11  A.  Correct.

12  Q.  And the things that you had testified to earlier

13    regarding Mr. Horowitz's poor reputation for honesty,

14    is that one of the reasons you believe he is bad for

15    the sport of competition shooting?

16  A.  Yes.

17  Q.  What about -- the things that you testified to earlier

18    regarding his poor reputation for manufacturing, does

19    that also impact your opinion that Mr. Horowitz and

20    Akai are bad for competition shooting?

21  A.  Yes.

22  Q.  Are there others in the competition shooting community

23    who feel Mr. Horowitz and Akai are bad for the sport?

24  A.  Yes.

25  Q.  So is it fair to say that many people share your

Michael Dame
11/03/2022                                              Page 126

1    opinion that Akai and Mr. Horowitz are bad for the

2    sport?

3              MR. YEE:  Objection, form.

4  A.  Yes.

5  BY MR. BENFORD:

6  Q.   Now, just to be clear, the reputation that you

7    testified to that Mr. Horowitz's manufacturing was

8    poor and he is dishonest, this reputation is based

9    upon what other people have expressed to you, correct?

10             MR. YEE:  Objection, form.

11  A.  Correct.

12  BY MR. BENFORD:

13  Q.  In fact numerous other people, correct?

14  A.  Correct.

15  Q.  And to be clear, you also share these opinions?

16  A.  Correct.

17  Q.  Why were you banned on Facebook?

18  A.  I have a very colorful vocabulary that doesn't bode

19    well with the community standards, so --

20  Q.  Go ahead.

21  A.  That was demonstrated by one of the first Mr. Yee had

22    me read.  You drop a C bomb, you usually get reported

23    and wind up in jail a bit.

24  Q.  Okay.  The C bomb being the word "cunt," right?

25  A.  Correct.

Michael Dame
11/03/2022                                    Page 127

1  Q.  Okay.  And in addition to the word "cunt," what other

2      obscenities have you used that caused you to be banned

3      from Facebook?

4  A.  I think it's fair to say I've used every obscenity.

5      Do you really want me to say them all in front of

6      Diane?

7  Q.  Diane, my apologies for having to use these words.

8      But in addition to the word "cunt," do you recall any

9      other obscenities that caused Facebook to ban you?

10 A.  Calling somebody a mother fucker, asking somebody what

11      is the least amount of drugs they've sucked a dick

12      for.  Just inflammatory comments to piss somebody off,

13      and I've crossed the line, and the next thing you know

14      I'm in Facebook jail for a day or a week or a month.

15 Q.  And have you ever been permanently banned from

16      Facebook?

17 A.  No.

18 Q.  So is it uncommon for people in the competition

19      shooting community to use obscenities?

20 A.  No, it's not uncommon.

21 Q.  In fact, it's very common for people in the

22      competition shooting community to use obscenities, is

23      that accurate?

24 A.  That's accurate.  It's a very male-driven sport.

25 Q.  It's just part of the shooter-to-shooter BS that you

**Michael Dame**
**11/03/2022**                                          Page 128

1    testified to earlier?

2    A.   Yes.

3    Q.   Do you recall Mr. Horowitz ever using obscenities?

4    A.   I'm assuming at some point or another in one of the

5         chat groups, yes.  I don't think anybody hasn't.

6    Q.   Do you recall Mr. Horowitz ever being, you know,

7         offended because any other members of his chat group

8         were using obscenities?

9    A.   No.

10   Q.   Were you ever sanctioned by Facebook for making any

11        false statements?

12   A.   Not that I recall.  They were all for vulgarity.  And

13        I don't know the exact term they use, but, yes, it

14        wasn't for false statements, it was for --

15   Q.   Were they ever -- I'm sorry, go ahead.

16   A.   They weren't for false statements, they were just for

17        vulgarity.

18   Q.   And were you ever banned from Facebook for making any

19        disparaging statements about somebody else?

20   A.   I guess one would be construed as that.  I called

21        somebody the world's second largest -- the world's

22        second largest pussy next to that of a female whale.

23   Q.   And it was your understanding you were banned for

24        using that obscenity or for expressing a negative

25        opinion regarding someone?

Michael Dame
11/03/2022                                    Page 129

1   A.  I think it was the obscenity.

2   Q.  And can you think of -- was the purpose of the

3       statement to ridicule someone?

4   A.  Yes.  They were being a jackass, and I felt like

5       pointing out that they were being a jackass.

6   Q.  And again these are typical statements that are made

7       among competition shooters, is that accurate?

8   A.  That's accurate, yes.

9   Q.  Other than using an obscenity which Facebook

10      identifies through its algorithm, can you think of any

11      occasion where any member of the competition shooting

12      community has been sanctioned by Facebook for

13      ridiculing someone else?

14  A.  Not that I can recall.

15          MR. BENFORD:  Okay.  That is it for me.

16      Thank you very much for your time.  I may have a few

17      followup questions depending on what the others ask.

18      Thank you.

19          MR. ROBINSON:  Yes, Mr. Dame, just a couple

20      of questions for me, and by a couple, I mean a very

21      few here.  I think Mr. Yee and Mr. Benford have

22      covered virtually everything I wanted to ask.

23                  EXAMINATION

24  BY MR. ROBINSON:

25  Q.  I understood from your testimony that you never had

Michael Dame
11/03/2022                                    Page 130

1    any communication with KKM until you were sued, is

2    that accurate?

3  A.  Correct.

4  Q.  Is it also accurate that you never had any

5    communication with Luke McIntire until you were sued?

6  A.  Correct.

7  Q.  Did you ever email Mr. McIntire prior to being sued?

8  A.  No.

9  Q.  Did you ever email anyone at KKM prior to being sued?

10  A.  No.  I wouldn't have even known where to get that

11    info.

12  Q.  What about any direct messages on Facebook or any

13    other social media, did you have any direct messages

14    with Mr. McIntire prior to being sued?

15  A.  No.

16  Q.  Have you ever had any direct messages with

17    Mr. McIntire?

18  A.  I don't think I've had a direct -- the only

19    communication I've had with him after being sued was a

20    phone call and a text message or two.

21  Q.  Okay.  Any text messages with Mr. McIntire prior to

22    being sued?

23  A.  No.

24  Q.  Same thing with anyone else from KKM, did you --

25  A.  No.

**Michael Dame**
**11/03/2022**                                                          Page 131

1  Q.  Did you communicate with anyone from KKM prior to

2      being sued?

3  A.  No communication whatsoever with anybody at or

4      associated with KKM before being sued.

5  Q.  Prior to being sued did anyone ever tell you that

6      Mr. McIntire had asked that you disseminate

7      information about Shay Horowitz?

8  A.  No.

9  Q.  Prior to being sued did anyone ever tell you that

10     Mr. McIntire had asked that you disseminate

11     information about Akai?

12 A.  No.

13 Q.  Were you a part of a conspiracy with Mr. McIntire to

14     disseminate information about Shay Horowitz?

15 A.  No.

16 Q.  Were you a part of a conspiracy with Mr. McIntire to

17     disseminate information about KKM?

18 A.  No.

19 Q.  Let me ask that question in a better way.  Were you

20     part of a conspiracy with Mr. McIntire to disseminate

21     information about Akai?

22 A.  No.

23 Q.  Were you a part of a conspiracy with KKM to

24     disseminate information about Mr. Horowitz?

25 A.  No.

**Michael Dame**
**11/03/2022**                                    **Page 132**

1   Q.  Were you a part of a conspiracy with KKM to

2        disseminate information about Akai?

3   A.  No.

4   Q.   Did you ever post any information about Mr. Horowitz

5        on any social media platform because you believed that

6        KKM desired you to do so?

7   A.  No.

8   Q.   Did you ever post any information about Akai on any

9        social media platform because you believed KKM desired

10       you to do so?

11  A.  No.

12  Q.   Did you ever post any information about Mr. Horowitz

13       on any social media platform because you believed

14       Mr. McIntire desired you to do so?

15  A.  No.

16  Q.   Did you ever post any information about Akai on any

17       social media platform because you believe Mr. McIntire

18       desired you to do so?

19  A.  No.

20  Q.   Did you ever disseminate any information about

21       Mr. Horowitz to any third party because you believed

22       that KKM desired you to do so?

23  A.  No.

24  Q.   Did you ever disseminate any information about Akai to

25       any third party because you believed that KKM desired

Michael Dame
11/03/2022                                          Page 133

1       you to do so?

2  A.  No.

3            MR. ROBINSON:  Those are all the questions

4       I have for you.  Thank you, sir.

5                    EXAMINATION

6  BY MR. YEE:

7  Q.  Mr. Dame, just a few minutes ago Mr. Bradley was

8       asking you about was it common to use obscenities

9       while posting on the shooting community chat rooms in

10      posts, and Mr. Benford specifically asked you whether

11      you saw that Mr. Horowitz posted any obscenities, and

12      you said you assumed so.  Can you give us an example

13      of a post you saw that Mr. Horowitz posted using

14      obscenities?

15 A.  Not off the top of my head, no.  I'm going by the way

16      we talked in that chat group.  I would find it hard to

17      believe that any of us in that chat group didn't use

18      an obscenity.

19 Q.  But you can't identify a specific example of

20      Mr. Horowitz using an obscenity?

21 A.  A specific time he dropped an F bomb or an A bomb, no,

22      I can't.

23 Q.  You mentioned that typically you get banned from

24      Facebook for using obscenities.  Would you also get

25      banned from Facebook for making any type of slurs

**Michael Dame**
**11/03/2022**                                          Page 134

1    about people with disabilities?

2  A.  I think that would fall under the community standards

3    act.  I can't recall if I've ever done it.

4  Q.  Have you ever made fun of people with autism?

5  A.  I have used the term weaponized autism before.

6  Q.  Have you ever made fun of people with cancer on

7    Facebook?

8  A.  I've made cancer jokes, yes.

9  Q.  Do you recall being banned for making those comments?

10  A.  I don't know if I was banned for that or not.

11  Q.  Have you ever made fun of one's Christian beliefs?

12  A.  Yes.

13  Q.  Were you banned for that?

14  A.  I think I did get banned for a joke about the First

15    Supper possibly.  I can't recall for sure.

16  Q.  Have you ever made fun of people who have committed

17    suicide?

18  A.  I believe so.

19  Q.  Were you banned for that?

20  A.  I don't recall.

21  Q.  Mr. Benford asked you some questions about your

22    knowledge about KKM and their reputation.  You

23    mentioned that they had a solid reputation, and you

24    started to give some background of your knowledge of

25    KKM, and you mentioned that they -- to your knowledge

**Michael Dame**
**11/03/2022**                                           Page 135

1    they were originally manufacturing rifle barrels and

2    then started doing pistols barrels as an aside.  Do

3    you remember that?

4  A.  Yes.

5  Q.  How do you know this background about KKM?

6  A.  I believe I've learned that after the lawsuit started

7    in talking with Mr. Bradley or Mr. Vlieger.

8  Q.  Did you learn this from Mr. McIntire?

9  A.  No.

10  Q.   Mr. Benford asked you some questions about the KKM

11    open letter that was posted on Facebook.  Did you get

12    an opportunity to see that letter or get a copy of the

13    letter before it was actually posted?

14  A.  Yes, I believe I saw it before it was posted.

15  Q.  And how did you get that letter?

16  A.  From Mr. Bradley.

17  Q.  Do you know why Mr. Bradley sent it to you?

18  A.  I do not, you'd have to ask him.

19  Q.   You mentioned earlier that you specifically remember

20    seeing that the PSA posted by Akai made a specific

21    reference to KKM, and then there was a second version

22    where the KKM name was removed, is that correct?

23  A.  Correct.

24  Q.   And you specifically remember seeing that in the PSA,

25    or was it a comment made by somebody on that post?

**Michael Dame**
**11/03/2022**                                                    Page 136

1  A.  If you clicked on the post, there was -- underneath

2      where it said share and everything else, there was a

3      thing that said edit.  If you clicked on it, it showed

4      the original.  I don't know if that function still

5      exists on Facebook.

6  Q.  But what you're saying is that the original PSA that

7      you saw, you said that it specifically referenced KKM?

8  A.  I believe the original one did not, but the edited one

9      did if I recall correctly.

10 Q.  So I got that backwards.  So you're saying that the

11     original PSA did not say KKM, but then the second

12     version did?

13 A.  Yes, this is -- sorry.  So it would have been the

14     original, which would have been the edited one, the

15     original one would have had KKM.  It was edited to

16     remove it.  So the one you saw when you first saw it

17     was the edited one, so the second one, meaning the

18     original one had KKM on it.  The first one I saw was

19     the edited, not the original.

20 Q.  And it's your recollection that the original version

21     specifically mentioned KKM?

22 A.  Correct.

23 Q.  Did you take a screenshot of it?

24 A.  Of the edit?  I believe I did.

25 Q.  When you say edit, I'm talking about the version that

Michael Dame
11/03/2022                                          Page 137

1       mentioned KKM.

2   A.  Yes, the part where it says it's edited but was

3       changed, I believe I took a screenshot of that and

4       provided that in my original discovery.

5   Q.  My question is, did you take a screenshot of the

6       original PSA that referenced KKM as you've stated?

7   A.  Before it was edited, no.  I took a screenshot of the

8       notification that it was edited.

9   Q.  Okay.  And do you remember where you saw that PSA that

10       made reference to KKM?

11  A.  No, I don't remember where that was.

12  Q.  Mr. Benford asked you number of questions regarding a

13       team chat that you said you were not privy to, do you

14       remember?

15  A.  Yes.

16  Q.  What team chat was that?

17  A.  I'm told there is a chat group that is all the members

18       of the Akai shooting team.

19  Q.  Okay.  And when you say you're not privy to it, you

20       were not allowed access to that team chat, correct?

21  A.  No, I'm not on the team.

22  Q.  So who was your source for the information you

23       testified to as to what occurred on that team chat?

24  A.  An ex-team member, Mike Gnyra or however we pronounce

25       his name.

Michael Dame
11/03/2022                                          Page 138

1   Q.   Any other team member provide you that information?

2   A.   No.

3   Q.   You testified earlier that you were aware that the

4        USPSA had refused sponsorship to Akai Custom, is that

5        correct?

6   A.   They were no longer going to pursue it, correct.

7   Q.   And who told you that?

8   A.   A volunteer from the sport.

9   Q.   Who was the volunteer?

10  A.   Do I have to give a name?

11  Q.   Yes.

12  A.   Tess Nash.

13  Q.   Can you spell the name?

14  A.   N-a-s-h.

15  Q.   How do you spell the first name?

16  A.   T-e-s-s.

17  Q.   And when did Tess Nash tell you this?

18  A.   I don't recall.

19  Q.   Was this prior to October 2019?

20  A.   I don't recall.

21  Q.   Where was this told?  Where was this information

22       relayed to you, was it at a match?

23  A.   I don't recall.

24  Q.   Did Tess Nash tell you why the USPSA was no longer

25       pursuing sponsorships with Akai?

**Michael Dame**
**11/03/2022**                                                    Page 139

1  A.  Because of the hassle of getting that cert.

2  Q.  Regarding that cert that you testified to that I

3      believe it was mentioned that was it Luigi?

4  A.  Yes.

5  Q.  Did you ever talk to Luigi about that cert?

6  A.  I did not, no.

7  Q.  Were you aware that he was supposed to bring that cert

8      with him to that particular match, but forgot to bring

9      it with him?

10  A.  No, I was not.

11  Q.  You answered some questions for Mr. Benford regarding

12      Lesgar Murdock and the statement about cheating at

13      matches.  Do you remember that?

14  A.  Yes.

15  Q.  Were you aware that that information about Mr. Murdock

16      cheating at matches and changing numbers was relayed

17      to Mr. Horowitz from Mr. Vlieger?

18  A.  No, it was from Mr. Horowitz directly.

19  Q.  No, but my question is, did you know it was

20      Mr. Vlieger who provided that information to Horowitz

21      to begin with?

22  A.  No, I did not, no.

23  Q.  Mr. Benford asked you if your opinion of Shay Horowitz

24      is that he is vindictive, and your answer was yes.

25      Would you consider yourself a vindictive person?

Michael Dame
11/03/2022                                                      Page 140

1   A.  Spiteful, yes.  Vindictive, no.

2   Q.  Would you consider yourself an internet troll?

3   A.  Yes.

4   Q.   Mr. Benford asked you who was aware of the Luke Cao

5        contingency issue, and you said mostly your friends

6        knew, you identified Mr. Mekosh, Mr. Lin, and then you

7        mentioned Mr. Vlieger.  Isn't it true that you

8        testified earlier that you actually relayed this

9        information to Mr. Vlieger?

10  A.   Is it?  I don't really recall who knew or if I told

11       him.  It's --

12  Q.   We covered in an exhibit earlier where you had told

13       Mr. Vlieger that he was fucking Mr. Cao out of $4600

14       in contingency, remember?

15  A.  Yes.  So, okay, then I would have told him about that.

16  Q.   So just to clarify, so when you say that people knew

17       about this, Mr. Vlieger was not one that already knew,

18       and in fact you told him that, correct?

19  A.   That would be correct then, yes.

20  Q.   You testified that Phoenix Trinity told you that one

21       of the issues they had with Mr. Horowitz is his lack

22       of machining knowledge, do you remember that?

23  A.  Yes.

24  Q.   Were you aware that the very first CNC machine that

25       Akai Custom purchased was from Trinity, Phoenix

Michael Dame
11/03/2022                                          Page 141

1      Trinity?

2  A.  Yes.

3  Q.  You knew that?

4  A.  Yes.

5  Q.  Were you aware that when Akai Custom purchased that

6      CNC machine, that Phoenix Trinity then went to Akai

7      Customs to provide training on how to use that CNC

8      machine?

9  A.  No.

10  Q.  When a company buys a CNC machine, is it common to

11      receive training from the entity selling it?

12  A.  Not as part of a purchase price, no.  Actually let me

13      rephrase that.  I think -- I think some of the major

14      manufacturers when you buy a new one, you do get

15      training.

16  Q.  You identified a Kentucky shooter named Jeff Gordon

17      earlier, do you remember?

18  A.  Yes.

19  Q.  Do you have personal knowledge as to whether

20      Mr. Gordon purchased an Akai gun directly from Akai or

21      not?

22  A.  I do not.

23  Q.  But you identified Mr. Gordon as one who was having

24      problems or at least explaining to you that he was

25      having problems with Akai guns?

**Michael Dame**
**11/03/2022**                                    Page 142

1           MR. BENFORD:  Objection, form.

2  A.  No, that's not what I said.  I said he had a poor

3      opinion of his machining and the build quality.

4  BY MR. YEE:

5  Q.   And Mr. Gordon was referring to an Akai gun that he

6      had?

7  A.   I don't know if he had or had played with or shot.  I

8      don't know what guns he's owned.

9  Q.   But you have no personal knowledge of whether

10      Mr. Gordon purchased that gun directly from Akai or

11      not?

12  A.   I have no personal knowledge of what guns Mr. Gordon

13      has owned.

14  Q.   And the guns that Mr. Gordon was referring to that he

15      expressed that they were of a poor quality, do you

16      know if those guns were worked on by any gunsmiths?

17  A.  I do not.

18  Q.   You testified to some pictures that Mr. Horowitz

19      disseminated on the internet, some nude photos, do you

20      remember that?

21  A.   Not on the internet, but I was told through text

22      message.

23  Q.   Okay.  Who told you that?

24  A.  Tim Mekosh.

25  Q.   What is your understanding of who was in those

Michael Dame
11/03/2022                                      Page 143

1   pictures?

2  A.  My understanding is it is Lisa Marie Judy.

3  Q.  Is this the woman that Mr. Mekosh was cheating on his

4      wife with?

5  A.  Not that I'm aware of.

6  Q.  You testified that regarding tungsten, that the only

7      entity that you -- the main entity that you knew of

8      that was doing tungsten sleeves was Akai Customs, is

9      that correct?

10  A.  Correct.

11  Q.  Have you heard of an entity called Lin Cat?

12  A.  Yes.

13  Q.  Are you aware that Lin Cat also does tungsten?

14  A.  I'm not.

15  Q.  You testified earlier that one of the issues that you

16     find with tungsten is that when you have to remove

17     material to install the tungsten sleeve, it weakens

18     the barrel and weakens the slide, is that what you

19     said?

20  A.  No.  I said you have to take weight away from the

21     barrel, which takes -- you know, counteracts the

22     weight that you're adding to it.  Adding something to

23     the barrel wouldn't weaken the slide.  I said it could

24     cause wear where that locks up because of the harder

25     surface.

**Michael Dame**
**11/03/2022**                                            Page 144

1  Q.  Do you know how much material is removed from the

2      barrel to install the sleeve, the tungsten sleeve?

3  A.  It depends on the caliber of the barrel, it depends on

4      the size of the sleeve I guess.  I don't think there

5      is a set standard, is there?

6  Q.  So you don't have any knowledge as to exactly how much

7      is removed?

8  A.  No.  I've never installed one.

9  Q.  You also identified a gentleman named Ryan Conley who

10      complained to you about an Akai gun having a loose

11      fit, do you remember that?

12  A.  I didn't say that.  I said I felt it was a loose gun.

13      He never said anything.

14  Q.  Mr. Conley didn't complain to you about it being

15      loose?

16  A.  No.

17  Q.  So how did you come across this gun that Mr. Conley

18      had?

19  A.  He has a truck full of various guns that he brings

20      along with him when he sponsors matches, and a shooter

21      I knew asked if he could go shoot it.  So I followed

22      him to the test fire range to take a look at it.

23      Actually I drove him to the test fire range.

24  Q.  So this was at a match that you and Mr. Conley were

25      at?

Michael Dame
11/03/2022                                          Page 145

1  A.  Yes.

2  Q.   And so he presented to you an Akai gun, and you took

3      the opinion that it was a loose fit?

4  A.   He presented to another shooter who needed a ride to a

5      test fire range, and I asked if I could also handle

6      the gun, and my notice of it was that it was poorly

7      fit.

8  Q.   Because Mr. Benford asked you specifically, you know,

9      what are some of the individuals out there that -- and

10      team members, specifically Akai team members or

11      related to Akai that had expressed a low opinion of

12      Akai guns, and specifically identified Ryan Conley.

13      What did Mr. Conley tell you, if anything?

14          MR. BENFORD:  Objection.

15  A.  I don't believe I said it that way.  If you took it

16      that way, that was incorrect.  Mr. Conley himself

17      hasn't said anything about gun.  I never asked him

18      about the gun.

19  BY MR. YEE:

20  Q.  The Akai gun that you did handle that Mr. Conley gave

21      you that you took the opinion it was a loose fit --

22  A.  He didn't give it to me.  He gave it to another

23      shooter that I drove to the test fire range.

24  Q.  Okay.  Did you shoot that gun?

25  A.  I don't remember if I shot it or not.

Michael Dame
11/03/2022                                             Page 146

1  Q.  Did you handle the gun?

2  A.  Yes.

3  Q.  Okay.  And is it your handling of the gun that

4      provided you the ability to make the opinion that it

5      was a loose fit?

6  A.  Correct.

7  Q.  Did you know the history of that gun?

8  A.  I do not.

9  Q.  Do you have any knowledge as to how many rounds had

10     been fired through it?

11 A.  I do not.

12 Q.  Do you know if that gun was purchased new or used?

13 A.  I highly doubt a gun with Ryan's logo all over it was

14     purchased used, but I do not know for a fact.

15 Q.  Did you know if that gun was worked on by any

16     gunsmiths?

17 A.  I do not.

18 Q.  You mentioned that it's your understanding or your

19     knowledge that Akai's reputation in the shooting

20     community is very low.  You mentioned that the guns

21     are known as a poor quality, is that correct?

22 A.  Correct.

23 Q.  Were you aware that Akai Custom Guns have been used by

24     four national champions, or, I'm sorry, world

25     champions?

**Michael Dame**
**11/03/2022**                                                    Page 147

1  A.  When they won the championships or afterwards?

2  Q.  When they won.

3  A.  No, I don't think Floyd was using that when he won the

4      world championship.  Who won a world with it?

5  Q.  I'm asking if you're aware that four world champions

6      have used Akai guns?

7  A.  And I'm not sure if you're saying just used or used to

8      win.

9  Q.  Both.

10  A.  No.  Then I asked do you know which ones used them to

11      win.

12  Q.  Are you aware that three world championships have been

13      won using Akai guns?

14  A.  No.  Which ones?

15  Q.  Are you aware that Akai guns have been used to win

16      four national titles?

17  A.  Four, no.  I know at least one.  I don't know about

18      the other ones.

19  Q.  So you don't know anything about these national and

20      world titles, but yet it's your testimony that Akai

21      guns has a poor reputation in the community?

22          MR. BENFORD:  Objection, form.

23          MR. ROBINSON:  Join.

24  A.  From like the rank and file shooters, yes.  The guys

25      that win nationals will win nationals with any gun.

**Michael Dame**
**11/03/2022**                                          Page 148

1          MR. YEE:  Can we take a ten-minute break?

2     I have to find a document real quick.

3          MR. ROBINSON:  Works for me.

4          (Brief recess.)

5  BY MR. YEE:

6  Q.   Mr. Dame, Mr. Benford asked you earlier about negative

7     comments that Mr. Mekosh made to you regarding

8     Mr. Horowitz.  Do you remember that?

9  A.  Yes.

10  Q.   And you provided some examples of some of the negative

11     comments that Mr. Mekosh provided, correct?

12  A.  Correct.

13  Q.   Did Mr. Mekosh ever call Mr. Horowitz a kike?

14  A.   Not that I can recall.

15  Q.   Mr. Benford asked you some questions about whether

16     Shay was known as Shay Akai, and you testified that

17     that's what you thought his name was, and then you

18     testified that you had heard that he changed his name

19     from Shay Horowitz to Shay Akai, do you remember that?

20  A.   Yes.

21  Q.   Do you have any knowledge as to why Mr. Horowitz

22     referred to himself as Shay Akai?

23  A.   If I remember correctly, he just -- him and his wife

24     wanted to have a different name, so they came up with

25     that I believe was his explanation of it in the chat

Michael Dame
11/03/2022                                      Page 149

1    group.

2  Q.   So your understanding of that was on a chat group?

3  A.   Yes, the chat group with Mr. Horowitz, with Shay.

4  Q.   Would it surprise you to know that Mr. Akai wanted the

5       name Akai instead of Horowitz so that his kids didn't

6       face any anti-Semitic type comments?

7  A.   No.  Well, sorry, it would surprise me of that, yes.

8  Q.   Why would it surprise you?

9             MR. ROBINSON:  Object to the form.

10  A.   Because I didn't think that that would be an issue.

11  Q.   Okay.  Why wouldn't you think that would be an issue?

12             MR. ROBINSON:  Object to the form.

13  A.   There's a lot of people with Jewish names in the

14       world.

15  BY MR. YEE:

16  Q.   You testified actually last week and as well today

17       regarding a claim that Mr. Horowitz made about a

18       powder issue with Hodgdon, do you remember that?

19  A.   Yes.

20  Q.   And it was your testimony that you found that there

21       was no in truth to that claim, correct?

22  A.   It's my recollection that there wasn't, but I remember

23       you saying that there was some kind of result on that

24       and then you asked me about that.  But that was the

25       first that I heard of it.

**Michael Dame**
**11/03/2022**                                              Page 150

1          (Exhibit No. 24 was marked

2           for identification.)

3   BY MR. YEE:

4   Q.  Let me put a document up that I've labeled as

5       Exhibit 24.  This is a post on the Akai Custom Gun

6       Facebook page back on September 27, 2012.  I'll give

7       you a minute to read that, and let me know when you're

8       ready to answer some questions.

9   A.  Okay.

10  Q.   In this particular post Mr. Horowitz and/or Akai

11       Custom Guns indicates that they had a conversation

12       with Chris Hodgdon.  Is that your understanding of who

13       is the owner of Hodgdon Powder?

14  A.  Yes.

15  Q.  It indicates here that -- it's actually Mr. Horowitz

16       praising Mr. Hodgdon for stepping up to take care of a

17       lot of powder that was determined to be bad, correct?

18           MR. BENFORD:  Objection, form.

19  A.  Correct.

20  BY MR. YEE:

21  Q.  Have you seen this post before today?

22  A.  I have not.

23  Q.  You mentioned last week that you felt that one of the

24       false claims that Shay made publicly online was

25       regarding bad powder.  What did you do, if anything,

**Michael Dame**
**11/03/2022**                                                   Page 151

1    to verify whether that was true or not?

2  A.  Nothing.

3  Q.   Now, this post seems to indicate that Mr. Hodgdon did

4       agree to take care of people with this lot of powder,

5       correct?

6            MR. ROBINSON:  Form, object to the form.

7  A.  Correct, that's what that -- yes.

8  BY MR. YEE:

9  Q.   Were you aware of any time in which Mr. Hodgdon went

10      after Mr. Horowitz or Akai Custom Guns for falsely

11      posting about a lot of bad powder?

12 A.  Not that I recall.

13 Q.   Did anyone tell you specifically that Shay's claim

14      about the lot of bad powder was false?

15 A.  I believe so, yes.

16 Q.   Who told you that?

17 A.  I can't recall.

18 Q.   Was it Mr. Mekosh?

19 A.  I can't recall.

20 Q.   You testified earlier that one of the comments that

21      Mr. Cheely made to you was that he always had to chase

22      Shay down to pay his bills, is that correct?

23 A.  Correct.

24 Q.   What did Mr. Cheely tell you specifically, was it

25      outstanding invoices that he had a hard time getting

Michael Dame
11/03/2022                                    Page 152

1   Shay to pay?

2   A.  We would have to look back at that one screenshot in a

3        Facebook conversation.  He mentioned once that any

4        time you would try to run a credit card, it would

5        always bounce or he would have to split the balance

6        between multiple credit cards.

7   Q.  Did Mr. Cheely ever tell you that he didn't get paid

8        for something from Shay?

9   A.  Not that I recall.

10  Q.  You already mentioned that you don't recall who told

11       you about the claims that Shay made about the lot of

12       bad powder dealing with Hodgdon.  Who did you tell

13       about Shay's claims of bad powder from Hodgdon?

14  A.  I can't recall.

15  Q.  Was this publicly on Facebook?

16  A.  I can't recall.

17  Q.  Private message?

18  A.  I can't recall.

19  Q.  How about text message?

20  A.  Once again, I don't recall how it --

21              (Exhibit No. 25 was marked

22               for identification.)

23  BY MR. YEE:

24  Q.  Okay.  I have another document up.  We're going to

25       call this Exhibit 25.  This is you and Mr. Mekosh

Michael Dame
11/03/2022                                        Page 153

1    communicating with each other, correct?

2    A.  Correct.

3    Q.  Okay.  This looks like it was around August of 2019,

4        correct?

5    A.  Correct.

6    Q.  Okay.  Do you see where my pointer is?

7    A.  Yes.

8    Q.  Okay.  I'm circling the post of comments there.  Is

9        this Mr. Mekosh here posting this?

10   A.  If it's on that side of the screen, then, yes, that

11       would be coming from the sender.

12   Q.  So that's Mr. Mekosh to you?

13   A.  Yes.

14   Q.  Okay.  As you see this communication here, what is

15       Mr. Mekosh referring to here, do you know?

16   A.  You'd have to ask him.

17   Q.  Okay.  Well, you seem to respond, I was laughing so

18       hard typing that.  Do you see that?

19   A.  I do.

20   Q.  Is that referring to something you typed in this post?

21   A.  That could be from a message further above.  Just

22       because that's right underneath that doesn't mean it's

23       referring to that.

24   Q.  Okay.  Do you remember specifically what you were

25       laughing so hard about that you were typing?

Michael Dame
11/03/2022                                    Page 154

1  A.  I do not.

2  Q.  Okay.  And do you remember what page this is?  Was

3      this Mr. Mekosh's page?

4  A.  I do not.

5  Q.  And you indicated earlier that Mike Hoffer, that name

6      is Mr. Mekosh's backup page, correct?

7  A.  Correct.

8  Q.  And did you ever have the ability to post anything on

9      the Mike Hoffer page as Mike Hoffer?

10  A.  No.

11          MR. YEE:  All right.  I have no further

12      questions.

13          MR. BENFORD:  I just have a couple of very

14      quick questions.

15                  EXAMINATION

16  BY MR. BENFORD:

17  Q.  Mr. Dame, you were asked quite a few questions by

18      Mr. Yee regarding your statement as to, and I

19      apologize, Diane, how can I burn this cunt, right?

20  A.  Yes.

21  Q.  And it was your testimony that in calling Mr. Horowitz

22      a cunt, you were describing your belief that he was a

23      "crappy person"?

24  A.  Correct.

25  Q.  And saying that Mr. Horowitz is a crappy person, are

**Michael Dame**
**11/03/2022**                                      Page 155

1    you implying that he's a bad person?

2  A.  Yes, that would be a fair assumption.

3  Q.   And is this consistent with your previous testimony

4     that you and others had a low opinion of

5     Mr. Horowitz's honesty?

6  A.  Correct, yes.

7  Q.  You're a Canadian citizen, right?

8  A.  Yes.

9  Q.  How long have you been a Canadian citizen?

10  A.   My whole life, 42 years.

11  Q.   42 years.  Is the word "cunt" less offensive in Canada

12     than it is in the US?

13          MR. YEE:  Objection, form.

14  A.   It's seems to be in between the way it's regarded from

15     the U.S. to British Colonies.  It's -- you would refer

16     to your buddy as one, like, hey, you know, this fucker

17     over here, when you call your buddy, you know, this

18     fucking cunt over here type deal.  So, yes, it is --

19     it is not regarded as poorly in Canada I would say.

20  Q.   Okay.  So, I mean, does it have an analogous meaning

21     in Canada to a jerk?

22  A.   Jerk or your buddy.  It's one of those words.  I use

23     it more often than I probably should for various

24     reasons.

25          MR. BENFORD:  All right.  Well, let the

**Michael Dame**
11/03/2022                                                    Page 156

1   record reflect that Mr. Fiato is shaking his head

2   laughing.  Let the record also reflect that this issue

3   has been brought up by counsel for Plaintiffs.

4          So in any event, those are all the

5   questions I have.

6          MR. ROBINSON:  No questions on my end.

7          MR. BENFORD:  Again, my apologies, Diane.

8          MR. ROBINSON:  Mike, you have the

9   opportunity to either read your deposition transcript

10  to ensure that it doesn't contain any errors, or you

11  can waive that right if somebody orders the

12  transcript.  It's entirely your decision what to do.

13  To the extent that you're looking for my advice on

14  this, I usually recommend that witnesses read so that

15  you can ensure that what the court reporter has typed

16  down is an accurate transcription of your answers.  So

17  with that being said, the choice is yours.

18          THE WITNESS:  Okay.  The one request I

19  would make, because I know this goes on Pacer, right,

20  so it would be public knowledge?

21          MR. ROBINSON:  No.  If somebody orders the

22  transcript, it is delivered privately by the court

23  reporter to the attorneys.  It's not uploaded on to

24  Pacer, and typically in federal court you don't file

25  depositions, things like that with the same frequency

**Michael Dame**
11/03/2022                                                    Page 157

1  and the same manner as you do in state court.  But I

2  think, Mike, what you're going to ask is that to the

3  extent that anybody believes there is a need to file

4  all or any portion of your transcript in a publicly

5  accessible forum, that any personal information

6  including his address be redacted from the transcript?

7        THE WITNESS:  Correct.

8        MR. ROBINSON:  With that being the case,

9  attorneys who file things with the court that contain

10  personal identifying information have an obligation to

11  redact that information.  But I'll ask here while

12  we're still on the record that to the extent that

13  anybody does, you know, see a need to file any portion

14  of the transcript with the court or in any other

15  publicly accessible forum, that all of Mr. Dame's

16  personal identifying information including his address

17  being redacted before doing so.

18        THE WITNESS:  So I guess, yes, if someone

19  does get a transcript, I would like to read it.

20        MR. YEE:  I don't think that would be an

21  issue, because I think that's a requirement in all the

22  federal courts anyway.

23        MR. ROBINSON:  It should be.

24        MR. FIATO:  It most certainly is.

25        (Deposition concluded at 12:41 p.m.)

Michael Dame
11/03/2022                                    Page 158

1  STATE OF MICHIGAN)
                )SS.
2  COUNTY OF OAKLAND)

3              CERTIFICATE OF NOTARY PUBLIC

4        I, DIANE L. SZACH, a Notary Public in and for
   the above county and state, do hereby certify that the
5   deposition of said witness was taken before me at the
   time and place hereinbefore set forth; witness was by
6    me first duly sworn to testify to the truth; that
   thereupon the foregoing questions were asked and
7    foregoing answers made stenographically and later
   reduced to typewritten form; and I certify that this
8    is a true and correct transcript of my stenographic
   notes so taken.
9        I do further certify that I am not connected by
   blood or marriage to any of the parties, or their
10    attorneys or agents; that I am not an employee of
   them, nor am I interested directly or indirectly in
11     the matter in controversy either as counsel, agent,
   attorney, or otherwise.
12        IN WITNESS WHEREOF, I have hereunto set my hand
   this ^ ___ day of ^ _____, 2022.

13

14

15

16            Diane L. Szach, CSR-3170
            Oakland County, Michigan
17             My Commission Expires:  3/9/24

18

19

20

21

22

23

24

25

Michael Dame
11/03/2022

1

**$**

**$1,000** 113:18

**$1,200** 113:9

**$150** 65:1

**$4600** 140:13

**$500** 65:1 113:10,11,12

**$600** 113:10

**$8,000** 113:17

**$9,000** 98:12 113:8

**1**

**1** 22:6 33:15 39:7

**10** 43:23

**100** 14:20 65:1 79:4

**12:41** 157:25

**14** 63:23 93:9

**15** 43:24

**150** 14:2 51:2

**16** 47:24 63:22

**17** 63:15

**18** 89:1 93:25 98:4

**18th** 17:23

**19** 7:9,14,19 11:23

**19.1** 8:12,13

**1911** 49:24

**1996** 45:12

**19th** 11:23

**2**

**2** 23:1

**20** 10:13,16 14:9 45:10

**20.1** 15:24 16:2

**20.2** 17:8,9,22

**20.3** 18:2,3

**2000** 46:7,9,11,19 55:22 60:1 63:15 65:23 92:23 94:25 100:2 102:22

**2000's** 46:7,8,10,13 47:20,21 55:22 115:7

**2004** 46:16

**2005** 46:16

**2011** 49:24 92:23,25

**2012** 92:23,25 150:6

**2013** 93:8

**2015** 46:20 47:24 63:15,22 64:13 82:5

**2015'ish** 64:10

**2016** 46:20 61:20

**2016'ish** 64:13

**2017** 61:20 89:1 93:25 98:4

**2019** 11:4,21 16:6 20:10 33:15 61:15 63:9 66:18,21 68:8 74:2 76:13 78:8 83:25 84:21 85:9, 25 91:13 97:1,9,13 99:11 101:2 103:14,18,21 104:2 106:16 107:14 110:6 112:13, 21,22 138:19 153:3

**2020** 7:21 8:23 14:9 17:23 108:18

**2022** 5:2

**21** 21:3,4 22:6 23:1,22 24:15, 17 25:20

**22** 30:8,11

**22.1** 33:9,12

**23** 38:24,25 39:7 40:22 45:15

**24** 150:1,5

**25** 9:17 44:25 152:21,25

**26** 44:25

**26A** 41:5

**26C** 70:19

**27** 150:6

**29th** 11:3,21,24 16:6,14

**2:00** 6:19

**3**

**3** 5:2 23:22 40:22

**3:48** 8:23

**4**

**4** 25:7 41:10

**40** 63:2 119:16

**42** 119:16 155:10,11

**4600** 22:7

**4:03** 9:15

**5**

**5** 24:10

**50,000** 51:4

**500** 51:4,11

**6**

**6** 25:20

**8**

**8** 8:23 98:12 113:8

**80's** 90:25

**803.21** 71:4

**8:00** 5:3

**9**

**9** 14:9 63:3 113:5

**9/11** 27:16 28:8,10

**90's** 91:2

**99** 45:11

**9:44** 17:24

Michael Dame
11/03/2022

**9:51** 16:6

---

**A**

---

**a.m.** 5:3

**ability** 146:4 154:8

**absolutely** 104:17

**access** 19:20 37:17 122:18 137:20

**accessible** 157:5,15

**accommodate** 43:12

**accomplished** 88:20

**account** 33:18 43:13

**accurate** 6:1 115:18 117:24 118:9 127:23,24 129:7,8 130:2,4 156:16

**accusation** 87:25

**accusations** 88:3,10 108:21 111:1 125:6

**accuse** 85:19

**accused** 87:18

**accusing** 87:17

**Ace** 33:22 92:8,13

**act** 77:18 134:3

**acting** 77:15

**action** 71:3

**actions** 30:6 67:6

**active** 60:16,17,18 65:21,22, 23 74:20 79:7 80:17 82:14 91:21 92:1 93:2 94:23

**activity** 46:7

**actual** 35:10

**Adam** 95:14

**add** 57:17

**addiction** 35:1

**adding** 57:13 143:22

**addition** 19:11 49:15 50:10

87:17 127:1,8

**address** 9:10 157:6,16

**admin** 19:17 32:6 36:22,23,24 37:1,2,4,20

**administer** 77:13

**administered** 77:14

**administering** 13:12

**admitted** 62:11

**admitting** 100:24

**advice** 48:25 49:3,17,19 81:7 156:13

**aerospace** 45:6

**aesthetics** 56:6

**affect** 13:7

**agree** 69:21 87:5 151:4

**agreement** 5:9 9:16

**ahead** 41:7 52:12 54:9,10,14 62:16 66:22 121:16 126:20 128:15

**Akai** 8:2,5,9 9:19,22 10:4,9 11:8,13 12:10,14,18,21 15:2, 5,8 16:10,20 17:18,25 18:10, 13,16,19 19:1,7,9,19 20:1,5, 22,23 22:16 23:23 26:18 28:1 29:21 30:2 32:10,14 38:15 40:4,16 54:17,20 55:6,21,24 56:21 57:4 60:2 61:5,7,9,12, 14,22 63:16 64:3,12,14 66:15 68:17 69:8 71:21,23 73:7 75:2 79:9,12 80:3,23 81:15 82:9 83:18,21 88:19,23 89:3,12,20 91:9,12 92:20 93:11,23 94:1, 4,8 95:6,16 96:2 97:18 98:24 101:10,16,20,23,25 102:3,11, 14 105:8 106:24 109:3 110:2 122:2,8,11,15 124:6,10,14,18 125:9,20,23 126:1 131:11,21 132:2,8,16,24 135:20 137:18 138:4,25 140:25 141:5,6,20, 25 142:5,10 143:8 144:10 145:2,10,11,12,20 146:23 147:6,13,15,20 148:16,19,22 149:4,5 150:5,10 151:10

**Akai's** 7:21 15:11 59:16,24 73:13 74:13 112:1 146:19

**Akais** 50:15

**Alex** 32:21,24 92:6

**Alfalfa** 7:16,20 8:1,6,8 9:2,5 10:1,3,4 35:22 37:10,21,24 38:2,12,14,19,21 78:24 79:17, 21

**algorithm** 129:10

**allegations** 86:15,19,23

**alleged** 31:8

**allegedly** 23:3 24:19 67:22 110:8 119:5

**allowed** 137:20

**Alvin** 19:22 20:2,13 83:10,13

**ammunition** 84:11

**amount** 15:19 51:1 65:16 67:16 69:9 127:11

**amounts** 26:1

**analogous** 155:20

**and/or** 150:10

**angle** 40:13,15,20,21

**announcement** 26:17,23 28:18

**answering** 55:4 70:4

**answers** 156:16

**anti-semitic** 149:6

**apologies** 127:7 156:7

**apologize** 93:5 154:19

**apparently** 92:15 96:8 118:17

**appears** 10:17 11:3 16:2,5 17:20 22:14 23:1 33:17 39:5

**appliance** 45:6

**application** 8:25 9:4,10,12 10:8

**applications** 45:7

**apply** 5:22

Michael Dame
11/03/2022

3

appropriately 6:22

approximately 47:5 51:9,11 55:20 92:25 93:5,24 115:8

area 25:14 51:22 59:13 80:10 82:13 115:21,23 116:1

areas 51:21

arrange 14:6

arrive 88:25

Asian 19:23,25 20:16,19

aspect 56:7

aspects 113:8 119:20

assembly 115:3,12

assume 21:23 26:14 49:20 90:2

assumed 111:13 133:12

assuming 41:19 61:7 65:14 66:13 85:1 128:4

assumption 31:12 90:20 155:2

Atlas 40:12 95:11,15

Atlases 50:15

attachment 115:20

attack 28:11

attain 47:18,22

attained 47:7

attempting 23:12

attention 7:12 60:22

attest 108:2

attitude 67:5,18

attorneys 156:23 157:9

August 153:3

authority 35:15,25 36:6,8

autism 134:4,5

automated 9:11

automotive 45:5

AV 45:3

average 51:12

awards 47:2 98:19

aware 52:25 58:19,21 59:24 65:7,8,9 67:25 72:15 83:3,7 97:17 98:6 101:1 103:12 104:11 108:5,6,7,12 114:22 120:20,23 138:3 139:7,15 140:4,24 141:5 143:5,13 146:23 147:5,12,15 151:9

awareness 107:23

awesome 121:13

awful 110:16

awhile 33:24 83:19

awkward 90:2

axes 44:17

**B**

back 7:20 10:11 17:23 20:14 24:17 25:9 40:21 42:3,18 63:2 77:1 90:25 98:18 99:23 115:3 150:6 152:2

background 134:24 135:5

backup 33:24 34:2,3,5,7,11, 13,14,17,19,23 35:4,8 154:6

backwards 136:10

bad 23:19 29:3,12 45:10 52:17,20 60:17 85:1,2 86:12 125:9,14,20,23 126:1 150:17, 25 151:11,14 152:12,13 155:1

balance 152:5

ban 127:9

banned 32:16 33:2,3,6 34:6 35:5 126:17 127:2,15 128:18, 23 133:23,25 134:9,10,13,14, 19

barrel 23:19,23 24:1,2,7,8,10, 14 51:17,20,22,24 52:5,6,16, 21 53:5 57:10 58:3,4,6,11,23, 25 59:1 115:16,19 116:2,3 121:8,9 143:18,21,23 144:2,3

barrels 48:7,9,17 52:1,6,7,11, 25 56:10,11,14,17 107:25 108:22 110:9 111:2,11,16,19 116:13 119:23,25 120:8,11, 15,16,18,20,23 121:20 135:1, 2

base 30:24

based 66:13 69:24 110:8 126:8

baseless 111:2

basically 44:21

basis 75:8

begin 115:20 139:21

beginning 5:20

begins 26:23

belief 38:1 154:22

beliefs 134:11

believed 86:23 111:18 122:11 132:5,9,13,21,25

believes 157:3

Ben 32:19,22

bend 68:24

Benford 7:4 22:19 23:8,15 25:4 26:8 27:3,14 28:3,21 29:4,13,23 30:3 39:23 41:2,14 42:1,14 43:6,19,25 44:2,3,6 50:9 52:19 55:2 64:7 65:15 67:14 69:19,21 70:6,9,16,23 71:18 72:2,7,19 73:16,20 74:8,16 75:6,25 76:8,24 78:7, 15,21 80:6,13 81:8 83:6 84:6 85:3,8,14,18,23 87:2,8 88:7 89:7,11 90:4,9,16,21 93:14 94:11 95:9,19 96:12,18,24 97:16 98:2,9,23 99:4,9,25 100:8,14,20 101:19 102:9 103:4,24 104:17,19 106:3,11, 21 107:6,12 108:4,11,16 109:6,17 110:24 111:8,25 112:6,12 114:8 116:16,22 119:21 120:19 126:5,12 129:15,21 133:10 134:21 135:10 137:12 139:11,23

**Michael Dame**
**11/03/2022**

**4**

140:4 142:1 145:8,14 147:22 148:6,15 150:18 154:13,16 155:25 156:7

**bent**  62:4 68:21

**berate**  67:22

**bested**  60:25 61:1

**BGSO**  13:22

**bills**  75:10 81:2 151:22

**bit**  126:23

**black**  21:17 24:9 37:16 92:6

**blame**  35:14

**block**  115:20

**blow**  86:4

**blown**  52:6

**blue**  8:20

**board**  91:2,9,12

**boards**  32:3 91:6

**Bobby**  76:15

**bode**  126:18

**Boles**  33:22 92:8,13

**bomb**  126:22,24 133:21

**book**  90:25

**bottom**  107:20

**bought**  15:1

**bounce**  152:5

**bow**  62:4 68:24

**box**  21:16

**Brad**  37:15 91:15 92:8

**Bradley**  31:21 114:11,17,23 116:24,25 117:5,9,12,16 118:6,11 122:18 124:22 133:7 135:7,16,17

**Bradley's**  118:14

**brand**  15:5

**Brandon**  72:20

**break**  6:5,6,11,17 42:10 43:24

86:6 148:1

**breaking**  52:8 104:16

**breaks**  43:13

**Brian**  32:3 59:13 81:6,9 90:22

**Brian's**  81:7,9

**briefly**  92:16

**bring**  17:1 139:7,8

**bringing**  30:2 118:25

**brings**  144:19

**British**  155:15

**broken**  60:15

**brought**  49:14 156:3

**brushed**  119:13

**BS**  104:23 105:1,12 127:25

**bucks**  14:2

**buddy**  155:16,17,22

**build**  13:15,20 56:6 62:15 67:13 69:4 72:11 142:3

**builder**  72:21 73:6 74:18,22, 23 75:15 76:17 95:25

**builders**  49:25 67:21,22 74:25 77:21 104:5,12 106:6

**builds**  72:25 73:1

**built**  13:19 48:19,20 51:18 54:21

**Bullets**  80:1

**bunch**  77:15 84:14

**Bunker**  72:20

**burn**  154:19

**bury**  21:20

**business**  12:11,15 112:14 113:2

**buy**  13:3 101:17 113:5 121:10 141:14

**buys**  141:10

**C**

**C-A-O**  82:7

**C-A-R-N-E**  96:7

**caliber**  63:2 144:3

**call**  47:14 51:3 98:17 130:20 148:13 152:25 155:17

**called**  15:10 25:13 128:20 143:11

**calling**  127:10 154:21

**calls**  96:7

**Canada**  93:8 155:11,19,21

**Canadian**  46:25 47:19,20 155:7,9

**cancer**  73:7 134:6,8

**Cao**  10:25 11:1,12 12:1,13 13:7 14:14 15:1,5,7,10,13,18, 19,22,23 16:3,9,19 17:17 22:7 26:24 27:11,25 28:19 40:16 82:7,12,17,20 140:4,13

**Cao's**  11:8 12:5,10,21 19:8 20:4 83:3

**Captain**  77:12

**card**  152:4

**cards**  9:17 152:6

**care**  150:16 151:4

**Carne**  50:17 95:25 96:5,7 121:8

**carry**  112:19 113:2,3,4,7

**case**  42:25 47:15,16 55:4 157:8

**cash**  64:22 65:2 67:11 75:8

**Cat**  143:11,13

**caused**  127:2,9

**causing**  86:4,6,13 113:14

**ceremony**  98:19

**cert**  98:22 139:1,2,5,7

Michael Dame
11/03/2022

5

certificate 64:25 98:15,17,20, 21

certificates 64:24 65:4

certified 5:5

certs 62:21 64:18

Chad 92:9

champ 88:19

champions 146:24,25 147:5

championship 147:4

championships 46:18 147:1, 12

chances 49:10

changed 77:11 102:10,13 113:22 137:3 148:18

changing 87:22 139:16

character 76:11 103:6,7

characterize 64:11 104:25

characterized 104:21

charging 62:14

Charles 116:24

Charlie-november-charlie 44:9

chase 75:9 81:1,23 151:21

chat 77:2,3,5,6,10,13,16,21,24 89:18 90:14,15 91:22 92:1,2 93:19,21 100:2,7,9 104:8,9, 10,13,22,25 105:1,6,10 112:18,23,24 128:5,7 133:9, 16,17 137:13,16,17,20,23 148:25 149:2,3

cheated 11:20

cheating 87:16,18,21 88:4,11 139:12,16 143:3

check 116:5

Cheely 74:17 122:24 123:5,9 124:16 151:21,24 152:7

choice 115:22 156:17

chose 102:5

Chris 93:22 150:12

Christian 88:13 89:18,25 134:11

Chuck 21:20 25:17,18

circling 153:8

citizen 155:7,9

claim 15:12 149:17,21 151:13

claimed 21:18 86:3

claiming 98:21

claims 150:24 152:11,13

clarification 34:10

clarify 45:13 140:16

clear 108:12 109:9,11 122:17 124:22 126:6,15

clicked 136:1,3

club 13:14,18 14:1 46:15 53:17

CMC 44:7

CNC 44:10,12 115:10 140:24 141:6,7,10

coating 21:18,19

Cody 92:15

coffin 29:21

coincidentally 27:12,24

collection 81:14

Colonies 155:15

color 24:7 39:18

colorful 126:18

comment 11:23,24 24:3,11 25:7 39:14,21 77:5 99:10 100:9 118:11 135:25

commented 42:14 99:6

comments 23:17 41:22,23 42:24 43:1 79:11 83:11 91:8, 11 104:5,11 127:12 134:9 148:7,11 149:6 151:20 153:8

Commission 31:11

committed 134:16

common 59:3,6 105:18,22 106:4 127:21 133:8 141:10

commonly 106:12

communicate 63:12 81:4 82:3 118:14 122:2,7 123:17 131:1

communicated 38:18 74:12 80:2,7 118:19 122:10,14

communicating 30:12 33:13 153:1

communication 11:3 31:7 33:17 37:8 118:23 130:1,5,19 131:3 153:14

communications 75:23 76:12 122:4 123:4

community 53:10,22 54:3,18, 24 58:13 59:4,8,11,17 66:7,10 67:24 72:23 73:5 74:21 75:18 78:12,18 79:7 80:17,20 82:15, 18 83:3 86:2,18 88:9 90:11 91:6 93:3 94:21,23 95:2 97:4 98:6 99:5 105:19,25 107:24 109:12 110:20 111:4 116:18 120:12 125:22 126:19 127:19, 22 129:12 133:9 134:2 146:20 147:21

company 45:1 54:5,15 76:18 80:15 106:24 141:10

compensators 74:6

compete 45:19 53:14

competing 50:20 51:9

competition 45:8,11,14,18,22 46:1,14,21 47:2 49:23 50:11, 20,23 51:10,13 52:1 53:9,10, 14,21 54:3,18,23 58:12 59:3, 8,10,16 60:18 65:21 66:6,10 67:24 72:22,24 73:1,4 74:20 75:17 78:12,18 79:7 80:17,19 82:14,18 83:2 86:17 88:9 90:10 91:6 93:3 94:21,23 95:1 97:3 98:5 99:5 101:8 105:18, 24 107:23 109:12 110:20 111:4 116:18 120:1,12 121:20 125:10,15,20,22 127:18,22

Michael Dame
11/03/2022

6

129:7,11

**competitive** 45:12 65:19 76:2 79:6,25 82:13 91:22 93:23 98:16 102:23,24 120:24

**competitor** 12:18 60:18 74:22 93:2

**competitors** 13:6

**complain** 26:20 74:4 144:14

**complained** 144:10

**complaining** 77:2

**complaint** 86:14

**complaints** 68:4 76:11

**completely** 27:4,8 39:24 52:5, 8

**complex** 44:19

**component** 80:15 121:7

**components** 54:7 57:22 75:9 121:5

**compression** 116:8

**comps** 49:5 74:10

**Computerized** 44:11

**concerns** 111:15

**concluded** 157:25

**conclusively** 35:23

**Conley** 55:25 144:9,14,17,24 145:12,13,16,20

**Conley's** 55:11

**connected** 28:24

**connection** 41:6 43:5 44:4 54:2,4,12 60:8 109:2 110:3 114:18 115:10 121:2,12,19, 22,25 122:1,6

**consisted** 122:24

**consistent** 155:3

**conspiracy** 131:13,16,20,23 132:1

**constantly** 20:13,21 34:24 67:19,21 69:6 77:11

**construction** 44:20

**construed** 128:20

**contact** 20:12,19,21 24:25

**contacted** 20:20 62:7 100:23

**contacts** 58:6,7

**contend** 28:23

**contingencies** 15:7

**contingency** 7:21 8:2,6,9 9:19,22 10:5,9 11:9,14 12:2,6, 10,14,21 13:3,5 15:19 16:10, 20 17:18,25 18:10 19:2,7,9,19 20:1,5,22,24 22:8,11,16 26:25 27:4,8,23 28:1,8,17 29:16,21 30:2 38:15 40:13,15,17,19 82:10,21 140:5,14

**continue** 120:5

**continued** 119:25

**continues** 25:20

**control** 19:18,20 36:2 44:11, 17 52:23 53:2 62:19 63:19 68:3,6,16,19 121:5

**controlled** 38:22

**controls** 7:16

**conversation** 8:8,16 10:18 12:9 16:3,5 17:12 18:6 20:11 21:7 29:19 39:3 40:3 85:5 150:11 152:3

**conversations** 67:5 89:5

**convince** 11:5 15:17

**coordinate** 13:23 14:3

**copy** 135:12

**correct** 7:17,18 8:17,20 9:23, 24 10:19,20 11:14,21 13:8 14:20 16:3,4,14 17:4,18,25 18:1,7,8,10,11 19:2 21:8 22:13,17,23 23:4,5 26:14 27:1 29:3,9,10 30:12,13,18,19 31:15,16 33:4,7,8,13,15,16,19 34:1 35:6,9,22 38:5,7 39:4 40:17,18 45:22 56:16 59:19, 20,23 61:7 68:18 75:15,16

77:17,18,19,21,22,24 78:9 79:18 82:8,10,11 83:13,14 84:18,19 87:1,19,20 88:14,15, 23,24 89:13,14,22 91:17,25 92:25 93:1 100:12 103:10,11, 15,19 104:2,3,6,7 105:7,10,11 106:14,15 108:13,15,23,24 110:10 111:3,20,21 112:25 113:20 114:24 117:3,4,6 119:9 122:25 123:3,5,6 124:1, 2,23,24 125:2,6,7,10,11 126:9,11,13,14,16,25 130:3,6 135:22,23 136:22 137:20 138:5,6 140:18,19 143:9,10 146:6,21,22 148:11,12 149:21 150:17,19 151:5,7,22,23 153:1,2,4,5 154:6,7,24 155:6 157:7

**correctly** 24:21 63:25 80:12 136:9 148:23

**counsel** 41:17 42:2 156:3

**counteracts** 143:21

**country** 46:17 99:17,20 100:11

**couple** 47:6 51:5 63:8 67:4 91:21 92:19 94:14 129:19,20 154:13

**court** 5:4 156:15,22,24 157:1, 9,14

**courts** 157:22

**covered** 129:22 140:12

**Coxs** 121:18

**crack** 52:6

**cracked** 21:19 62:24 63:7

**cracking** 52:9

**crafting** 44:15

**crap** 32:5

**crappy** 154:23,25

**credit** 23:18 152:4,6

**Creek** 14:5 121:18

**Crickets** 44:15

Michael Dame
11/03/2022

**7**

crime 25:19

crook 9:18

crossed 127:13

Crystal 92:8

Cucks 77:12

culled 50:3

cunt 14:11 126:24 127:1,8
154:19,22 155:11,18

custom 73:21,22 101:7 138:4
140:25 141:5 146:23 150:5,11
151:10

custom-built 73:2

customer 79:9 80:11 121:12

customers 60:2 67:5,20 72:13

Customs 75:12,14,17 76:16
94:18,19 95:25 141:7 143:8

cut 24:12 43:10 44:14,19
48:12,13 55:4 56:4 58:17,24

Cuts 44:13

cutter 44:17 56:3

cutters 58:18

cutting 44:21

cylinder 115:19 116:6,7

cylinders 115:15

————————————————

**D**

————————————————

DA 8:24 9:2 10:8

damaging 13:2

Dame 5:15,16,19 7:12 27:22
28:16 34:13,16 43:9 44:2
69:17 70:12 71:6,16,19 96:5
104:21 129:19 133:7 148:6
154:17

Dame's 157:15

data 30:24

date 45:16 85:7

dating 60:14

David 37:15 92:6

day 31:8,18 42:3,18 103:9,13
114:19,21 121:14,18 127:14

days 35:2 60:17

deal 155:18

dealing 121:11 152:12

December 11:3,21,23,24 12:4
16:6,14 20:10 33:15

decided 60:14

decision 156:12

defamation 71:3 106:17

defame 84:14,17,20,24 85:4
87:4,5 109:2

defective 107:25 108:22 110:8
111:2 120:21

defend 109:14 125:5

delivered 156:22

Delta 79:25

demand 110:8,12,25 111:9
112:2,8 114:12

demanded 110:2

demonstrated 126:21

density 57:8

department 115:4,13

depend 6:25

depending 129:17

depends 51:17 144:3

depose 70:15

deposing 42:4

deposit 66:24,25 67:8

deposition 5:1,6,21,25 40:1
42:3,18 69:15,22 70:2,24
104:20,21 107:13 156:9
157:25

depositions 156:25

describe 53:9 64:8 73:7 85:15
96:14

describing 154:22

description 73:10

deserve 9:8

desired 132:6,9,14,18,22,25

desk 15:11

detailed 56:4

determined 150:17

diameter 57:15,16

diamond 58:18

Diane 5:4,24 127:6,7 154:19
156:7

dick 127:11

died 10:12

difference 37:3

difficult 58:16 98:21

direct 7:12 12:22 13:8 15:4
130:12,13,16,18

direction 44:13

directly 73:25 76:22 101:12
113:25 139:18 141:20 142:10

director 13:16,18,19,25 64:22

directors 62:21

disabilities 134:1

discourage 119:22

discovered 68:25

discovery 38:9 39:25 71:13
137:4

discredit 23:12,16 30:1 84:15,
18,20

discuss 31:18,21 59:4,6,11
63:7

discussed 7:22 24:10 63:16

discussing 59:14

discussion 25:21 91:3 124:21

discussions 41:16 104:22,25
124:16

**dishonest** 100:3 126:8

**dishonesty** 73:17 112:7

**disinfectant** 26:9

**dismissed** 43:4

**disparage** 77:4,20,23 78:4,11, 17 106:13 109:8

**disparaging** 104:5,11 128:19

**disseminate** 87:13 131:6,10, 14,17,20,24 132:2,20,24

**disseminated** 142:19

**division** 112:19 113:3,4,12

**document** 7:13 10:16 148:2 150:4 152:24

**dollar** 22:8 54:22

**dollars** 110:3,4,12 114:12

**Don** 75:11

**dopamine** 35:1

**dot** 113:6,9

**double** 7:16,20 8:1,6,8 9:2,5 10:1,3,4 35:21 37:9,20,23 38:2,11,14,19,21 52:14 78:24 79:17,21

**doubt** 146:13

**doubted** 118:3

**Downfall** 40:8

**dozen** 47:6

**drop** 126:22

**dropped** 133:21

**drove** 144:23 145:23

**drugs** 127:11

**dub** 40:9

**due** 15:19 58:17

**duly** 5:17

**Dunn** 92:9

**duties** 13:20

**Duty** 31:22,25 32:6,8,9,10,13,

16 33:4

---

**E**

---

**earlier** 21:24 22:10 25:7 64:20 105:15 112:24 118:22 125:12, 17 128:1 135:19 138:3 140:8, 12 141:17 143:15 148:6 151:20 154:5

**early** 46:7,8,10,11,13,19 47:20 60:1 65:23 92:23 102:22 112:17,20 115:7

**earned** 15:23

**easiest** 58:17

**easily** 51:4

**Ed** 6:14 27:15 70:20 71:7,15

**edit** 107:20 136:3,24,25

**edited** 136:8,14,15,17,19 137:2,7,8

**effect** 12:22 13:1,8

**effort** 12:19 13:15

**eliciting** 70:21

**else's** 36:8

**email** 9:10 119:3 130:7,9

**embarrasses** 70:18

**employee** 83:19,21

**encourage** 26:18

**encouraged** 17:17

**encouragement** 17:14

**encourages** 78:11

**encouraging** 16:19,25 26:24 27:11,25 28:19,25 29:2 78:3, 17

**end** 156:6

**Enos** 32:3 59:13 90:22

**ensure** 156:10,15

**entirety** 42:12 43:15

**entities** 26:6

---

**entitled** 42:15 69:23 70:1

**entity** 141:11 143:7,11

**envelope** 98:18

**equipment** 5:7 121:6,10

**error** 52:14

**errors** 156:10

**essentially** 74:6 101:22

**estimate** 51:1,9,12

**event** 90:1 156:4

**evidence** 70:9 77:11 87:24 118:17

**ex-team** 60:8 88:19,23 93:23 137:24

**exact** 85:7 114:13 128:13

**EXAMINATION** 6:9 44:5 129:23 133:5 154:15

**examined** 5:17

**examples** 148:10

**exception** 71:3

**exchange** 31:11 38:11

**exhibit** 6:12,13 7:9,14,19 8:11, 12,13 10:13,16 14:9 15:15,16, 24 16:2 17:8,9,22 18:2,3 20:15 21:3,4 22:6 23:1,22 24:10,15,17 25:20 30:8,11 33:9,12 38:24,25 39:7 40:22 49:13 140:12 150:1,5 152:21, 25

**exhibits** 122:23

**existing** 48:23

**exists** 136:5

**expect** 56:1

**expedite** 62:14,15

**experience** 47:25 49:21 51:13 52:11 114:3,4 121:11

**experiencing** 68:16

**explain** 73:10

Michael Dame
11/03/2022

9

explaining 141:24

explanation 148:25

explode 52:7

exporting 99:16

express 61:21,24 66:20 73:21, 22,25 75:2 76:19 86:18 89:2 90:11 93:10 94:7 95:5 101:9 106:4 111:15 114:11

expressed 58:13 60:3,5 64:5 66:14,17 72:3 74:2 75:20 76:4 80:22 81:14,16 88:2,8,9 95:15 96:1,19,25 102:25 106:23 109:22 126:9 142:15 145:11

expressing 63:10 107:2,8 128:24

extent 42:19 71:9 156:13 157:3,12

**F**

face 48:12 149:6

face-to-face 79:15

Facebook 19:16 32:1 33:7,23 34:4,24 35:2 36:1,9,12,22 37:2,13 79:15 123:2,15 126:17 127:3,9,14,16 128:10, 18 129:9,12 130:12 133:24,25 134:7 135:11 136:5 150:6 152:3,15

fact 17:13,17,23 29:19 62:13 87:14,15,23 106:12 126:13 127:21 140:18 146:14

factor 112:2,7 116:9 119:15

factors 114:2

fail 52:1,11 57:18,24

failed 43:12

failing 57:22 81:22

failures 52:4

fair 65:16 82:17 97:11,15 103:20,23 125:25 127:4 155:2

fairly 88:20 95:1 105:18,22

106:4 118:8

fall 55:11 112:17,20 134:2

falling 60:12,13 61:19

false 109:19,23 122:2,12 128:11,14,16 150:24 151:14

falsely 151:10

familiar 75:11,12

family 39:9,20

faulty 86:5

FBI 116:25 117:13,23 118:4,7, 16

federal 117:20 156:24 157:22

fee 62:14,15

feed 9:6 10:12 35:1

feel 11:19 28:17 71:9 125:23

fees 14:1

fellow 12:18

felt 11:17 26:14 28:25 29:8 67:20 87:10,16,22 120:3 129:4 144:12 150:23

female 128:22

feud 76:23,25

FFL 117:16,19

Fiato 156:1 157:24

file 147:24 156:24 157:3,9,13

fill 115:21

finally 62:10

find 24:6,9 25:1 28:18 31:13 39:9,20,21 133:16 143:16 148:2

fine 7:4

finish 5:23 54:14

finishing 69:7,11,12

FINRA 30:24 31:5,10,15

fire 50:22 68:3,6,16,19 121:5 144:22,23 145:5,23

firearms 53:23 80:14,15,16 81:11 82:3 117:20

fired 50:11,12 56:21,23 62:5 146:10

firing 52:16

fishing 38:3

fit 48:11,17,23 56:1,9,11,13 63:3,12 144:11 145:3,7,21 146:5

fits 48:21

fitted 63:25

fitting 48:4,7,9 52:17

five-and-a-half 43:14,16

fix 52:24

Fix-it 13:21

fixed 99:24

fixtures 45:3,5

fledged 98:11

flexing 116:10

Florida 72:21 81:24,25

Floyd 147:3

Foley 114:10

followup 129:17

foot 116:2

forced 62:19

forget 19:18 76:17

forgetting 66:25

forgot 139:8

form 12:17,23 13:9 14:21 16:21 17:5,19 18:21 19:3 22:18 23:7,14 25:3 26:7 27:2, 14 28:3,21 29:4,13,23 30:3 34:9 39:22 41:2,24 42:1 54:25 64:1 65:11 66:22 67:10 69:5, 23 70:4,6 71:25 72:5,16 73:14,18 74:5,14 75:4,22 76:6,21 78:5,13,19 80:4,8 81:5 83:5 84:3,25 85:6,12,16, 21 86:25 87:6 88:5 89:4,9,24

90:6,13,19 93:12 94:9 95:7,17
96:3,16,22 97:14,24 98:7
99:1,7,21 100:6,13,18 101:11,
15 102:4 103:2,22 106:1,7,19
107:4,10 108:1,8,14 109:4,15
110:22 111:6,23 112:4,10
114:6 116:14,20 119:17
120:13 126:3,10 142:1 147:22
149:9,12 150:18 151:6 155:13

**formal** 32:4

**formed** 92:22

**forum** 157:5,15

**forward** 48:10

**found** 86:3 119:8 149:20

**foundation** 52:12

**frame** 12:2 48:4,21,23,24
56:11,14,17 63:18,21

**frankly** 41:5

**fraudulent** 110:13 112:9

**Fredenhagen** 75:11,13,20

**free** 64:21,24 65:5 100:25

**Freedom** 76:16

**frequency** 156:25

**frequently** 46:1,13 50:21
115:2

**friend** 10:22 11:11 91:20
102:22

**friends** 10:22 48:21 60:9 83:9
84:12 90:1 140:5

**frivolous** 110:18,25 111:9
112:3,8

**front** 15:11 51:24,25 59:1
127:5

**Frostproof** 82:1

**fucker** 16:16 127:10 155:16

**fucking** 22:7 140:13 155:18

**full** 35:14,24 98:11 144:19

**fun** 25:22 32:23,25 105:23
134:4,6,11,16

**function** 56:24 136:4

**functioning** 56:18

**functions** 56:25

**funny** 10:11

---

**G**

**G-A-C** 92:8

**G-N-Y-R-A** 55:16

**Gac** 92:6

**game** 64:23

**Gas** 100:23

**Gauge** 45:3

**gauges** 45:5

**gave** 9:5 49:6 67:11,15,16
84:13 145:20,22

**gay** 89:21 90:5,12,18

**general** 69:13 107:23

**generally** 96:14

**gentleman** 9:17 144:9

**Georgetown** 121:17

**gimmick** 57:8

**girl** 60:14

**girls** 105:16,18

**give** 5:13 23:18 37:17 62:21
65:3 100:25 116:10 133:12
134:24 138:10 145:22 150:6

**giving** 9:13

**Glen** 94:14,17

**Glen's** 94:15

**glock** 113:10,19

**GM** 47:20 66:5

**Gnyra** 26:20 60:7 61:19,21
63:10,12,16,19 64:8 92:8
137:24

**Gnyra's** 55:15

**gold** 55:11 101:7

**good** 5:19 9:9 31:12 44:2
51:12 66:11 82:13 91:1 120:9
121:24

**goods** 24:24 25:2

**Gordon** 76:1,2 141:16,20,23
142:5,10,12,14

**gossip** 77:18 105:14,16,17

**gossiping** 77:15

**Gotcha** 27:20

**grab** 68:13

**grand** 47:11,14,18,22 66:4

**gray** 8:19

**great** 43:25

**greater** 49:21

**grip** 72:4,9,10

**grips** 121:5

**ground** 5:21 48:20

**group** 19:23 25:13 53:18 77:2,
3,5,6,10,13,16,21,24 89:18
90:14 91:22 92:1,2,22 93:19,
21 100:2,7,9 104:8,9,13,22,25
105:1,6,10 112:18,23,24
113:2 128:7 133:16,17 137:17
149:1,2,3

**groups** 20:1,16,20 128:5

**grown** 105:15,17

**guess** 19:14 20:9,19 32:4 36:5
46:25 50:2 51:18 63:9 78:2
128:20 144:4 157:18

**gun** 15:1,5 26:21 48:4,22
50:10,11 55:7,12,15,18,21
56:12,19,25 57:14 58:19
59:14,17 60:2 61:25 62:2,4,5,
9,12 63:1,2 64:4,6,24 66:23
67:2,4,11 68:5,17 69:1,4,7,9
72:21 73:6 74:23 75:15 76:17
93:16 94:1,4,5,6 95:11,25
98:11,22 99:23 100:10,22
104:5,12 106:6,13 113:5,8,9,
11,19 141:20 142:5,10
144:10,12,17 145:2,6,17,18,
20,24 146:1,3,7,12,13,15

Michael Dame
11/03/2022

11

147:25 150:5

**gun-wise** 62:1

**guns** 47:25 48:19 49:22 50:3, 13 51:14 54:20,21 55:24 56:21,23 59:4,7,17 60:2 63:17 69:8 72:25 73:1,2,21,22 74:23 80:10 86:4,6 89:10,12 94:20 95:1 99:16 101:7 103:7 105:16,17 107:3 113:18 114:2,4,7 120:6 141:25 142:8, 12,14,16 144:19 145:12 146:20,23 147:6,13,15,21 150:11 151:10

**gunsmith** 95:25

**gunsmiths** 48:6,16 60:5 142:16 146:16

**Gutt** 32:21

**guy** 53:17 90:23 106:9,10

**guys** 37:10 71:5 147:24

---

**H**

---

**H-A-W-E-R** 91:18

**H-O-D-G-D-O-N** 86:10

**hacked** 23:23

**half** 7:5 48:22 51:6

**half-breed** 50:3

**hallmarks** 56:2

**handle** 48:15 145:5,20 146:1

**handling** 146:3

**hands** 69:12

**handwritten** 98:18

**happen** 37:11

**happened** 28:11,13 98:10

**happy** 6:4 61:25 62:2 80:10 93:17

**harass** 43:17

**harasses** 70:18

**harassing** 42:20,23

**hard** 6:19 56:25 68:23 133:16 151:25 153:18,25

**harden** 115:13

**harder** 58:6,8 143:24

**hassle** 139:1

**hated** 72:13

**head** 36:25 60:25 133:15 156:1

**hear** 6:3 97:8

**heard** 62:25 63:4 65:13 94:24 95:10 97:3,6 105:14 120:17 143:11 148:18 149:25

**hearsay** 69:20 70:7 71:3

**heavily** 51:10

**held** 5:6

**helping** 9:6 13:15,23

**hey** 155:16

**high** 49:11 106:8

**high-end** 72:21

**higher** 51:7

**highest** 46:7 47:12,16

**highly** 146:13

**history** 146:7

**Hitler** 39:8,19 40:4,8 41:16

**Hodgdon** 86:9,10,11 149:18 150:12,13,16 151:3,9 152:12, 13

**Hodgdon's** 86:3

**Hoffer** 33:18,20,22,23 35:7,10, 11,12 37:17 154:5,9

**hold** 27:17 66:1 72:25 115:20

**holding** 13:3

**holds** 57:3

**Holland** 92:6

**hollow** 115:15,19

**home** 13:18 46:15 53:17

**homosexual** 89:18

**Honcho** 40:12

**honesty** 96:15,21 97:13 125:13 155:5

**honor** 9:16 99:13 100:10

**honoring** 13:4 98:25

**hood** 48:12 51:23

**Horowitz** 23:3,12,18 24:19 25:1 29:3,9,11 30:1 31:9,14, 18 32:11,14 48:25 49:17,19 54:17 61:22 66:15 72:12 73:7, 23 75:3,21 76:5,20 77:16,20 78:10,16 79:12,22 80:3,23 81:21 84:7,17 85:11 87:4 89:3,15,19,20 90:11,18 91:9, 11,24 92:5 93:11 94:8 95:6,16 96:2,20 97:4,8,18,23 98:24 99:13 100:15 101:10,20,21 102:11,14 103:1,9 104:4,12 105:3,22 106:12,16 107:22,24 108:12 109:3,21 110:2 111:1, 10 112:13 114:18 116:12 117:1,13,16,22 118:3,6,8,12, 15,24 122:3,8,11,15 124:6,10, 14,17 125:9,19,23 126:1 128:3,6 131:7,14,24 132:4,12, 21 133:11,13,20 139:17,18, 20,23 140:21 142:18 148:8, 13,19,21 149:3,5,17 150:10, 15 151:10 154:21,25

**Horowitz's** 67:17 73:17 88:3, 10 96:14 97:12 108:21 111:18 112:7 114:11 125:6,13 126:7 155:5

**horrendous** 74:11

**hour** 6:24 7:5 42:9

**hours** 6:20 7:3 42:4,7,8 43:12, 15,16 53:19

**hugging** 90:1

**hundred** 51:6

**hung** 87:15

**husband** 81:20

**hypocritical** 107:1,7

**Michael Dame**
**11/03/2022**

12

**I**

**idea** 8:25 9:4,7 10:9,10 14:16, 17 24:16 30:22 121:24

**ideas** 49:5,15

**identification** 7:10 8:14 10:14 15:25 17:10 18:4 21:5 30:9 33:10 39:1 150:2 152:22

**identified** 7:14 19:16,22 30:17 35:21 50:10 140:6 141:16,23 144:9 145:12

**identifies** 129:10

**identify** 133:19

**identifying** 157:10,16

**idiots** 67:20 77:15,18

**impact** 48:11 125:19

**implement** 62:19

**implication** 90:5

**implied** 100:10

**implying** 25:18 89:18 90:7 155:1

**important** 6:1 49:12

**impression** 109:7,13 110:11

**Improper** 52:16

**inaccurate** 116:11

**incident** 97:25 98:3,6

**include** 53:22

**included** 104:8

**including** 42:10 50:22 63:11 157:6,16

**incorrect** 38:8 56:20 145:16

**incorrectly** 116:13

**increases** 57:22

**incredibly** 55:25

**Indiana** 14:5

**indicating** 35:24 70:11 106:22

**individually** 34:22

**individuals** 145:9

**industrial** 45:6

**industry** 67:7 73:8

**infidelities** 87:15

**Infinity** 50:2 53:4 72:10 94:6

**inflammatory** 127:12

**info** 14:11,14,23 31:23 123:22 130:11

**information** 8:5 10:1 14:19 23:2 24:17,23,25 84:14 87:12 91:4 122:10 124:23,25 125:1, 4 131:7,11,14,17,21,24 132:2, 4,8,12,16,20,24 137:22 138:1, 21 139:15,20 140:9 157:5,10, 11,16

**informative** 32:4

**infringement** 100:16

**initially** 49:8 57:11 101:24 107:19 120:15

**inquiry** 27:19 40:1

**inside** 7:2

**insight** 49:7

**inspected** 55:24

**inspection** 64:25

**install** 143:17 144:2

**installed** 144:8

**instance** 34:6 36:4

**instruct** 42:20 43:18 69:24 71:13,17

**instructions** 43:19

**insufficient** 120:1

**international** 99:14

**internet** 103:9,13,17 104:1 140:2 142:19,21

**interpret** 109:2

**intrigues** 50:14

**investigated** 117:13,23 118:4, 7,15

**investigating** 116:25

**investigation** 117:17 118:1

**invoices** 151:25

**involve** 76:25

**involved** 24:19 42:25 45:8,13 103:9

**involving** 68:21

**IPSC** 46:23

**iron** 113:13

**island** 52:5 58:23

**issue** 11:8 12:1,3,6,10,21 20:5 25:22 26:19,23 28:8 30:2 31:18 40:16 53:4 63:16,19,24 64:11,18 65:7,9 68:16,21,25 69:3 72:3 82:24 83:3,7 99:2,6, 10 100:16 101:1 140:5 149:10,11,18 156:2 157:21

**issues** 41:6 49:1 56:18 59:11 63:11 64:9 66:23 67:25 69:17 81:15 82:4 86:22 120:17 124:20 140:21 143:15

**J**

**jackass** 129:4,5

**jail** 34:24 126:23 127:14

**January** 7:20 8:23 14:9 17:23 108:18

**Jeff** 76:1,2 141:16

**jerk** 155:21,22

**jersey** 61:14

**jet** 32:22

**Jewish** 149:13

**Jews** 39:12,20

**job** 115:10

**Joe** 30:15,17

**John** 6:16,20 7:16 19:14

Michael Dame
11/03/2022

13

35:13,14,18,20,24 43:22 44:3
69:13 71:8 79:2,5 83:10
104:15 119:12,19

**join** 22:19 23:8,15 25:4 26:8
27:3 28:4,22 29:5,14 30:5
39:23 41:17 43:19 105:22
147:23

**joint** 81:13

**joke** 25:13,17 32:19,20 39:18
41:8 64:3,12,15 69:8 71:19,23
134:14

**jokes** 40:9 104:1 134:8

**Jones** 50:18

**Judaism** 41:16

**Judging** 19:13

**Judy** 143:2

**juice** 57:20

**jumping** 62:16

---

**K**

**Keigans** 76:15,23 77:4,23
78:4

**Kentucky** 13:22 14:4 76:2
141:16

**Kevin** 42:7 43:8

**key** 14:11,14 49:9

**kicked** 56:5

**kids** 149:5

**kike** 148:13

**kind** 10:12 17:2,24 56:5 87:12
106:10 119:13 120:16 149:23

**kinds** 61:24

**KKM** 21:21 23:23 43:5 54:2,6
85:25 107:15,18,21,25
108:13,17 109:2 110:4,8
111:2,19 119:5,23,25 120:8,
11,20,23 121:8 122:1,4,6
125:1,4 130:1,9,24 131:1,4,
17,23 132:1,6,9,22,25 134:22,
25 135:5,10,21,22 136:7,11,

15,18,21 137:1,6,10

**knew** 12:7 31:24 49:20 50:24
65:12 83:9 101:24 103:20
111:12,14 122:11 140:6,10,
16,17 141:3 143:7 144:21

**knock** 106:9

**knowledge** 15:4 37:22 38:21
61:6 67:23 68:1 81:1,3 83:1
99:2 100:15 123:9,10 134:22,
24,25 140:22 141:19 142:9,12
144:6 146:9,19 148:21 156:20

**Kozel** 93:22 94:7

**KY** 25:14,16 36:24

---

**L**

**labeled** 150:4

**lack** 76:10 81:1,3 103:6 112:1
140:21

**largest** 128:21,22

**lasted** 46:19

**late** 46:7,9,10 60:22 91:2
94:24 110:6 112:17,20

**laughing** 153:17,25 156:2

**lawsuit** 41:7 43:2,4 44:4 135:6

**Lazette** 15:11

**lead** 69:4 71:20

**learn** 135:8

**learned** 135:6

**learning** 110:2

**leave** 14:10,14 52:15 61:12
83:23

**left** 6:18 14:23 61:17 83:24
84:2 85:1 89:8,19 93:24
99:17,19 100:11

**Lesgar** 83:16 139:12

**letter** 108:18,24 109:1,18,23
125:2 135:11,12,13,15

**letting** 19:1

**level** 13:14 45:23 53:19

**levels** 47:13 53:16

**Lexington** 22:1 25:9,12

**license** 117:20 118:2

**lied** 16:16 39:11

**life** 51:5 58:1 60:11 155:10

**light** 17:1 29:3

**likelihood** 57:22

**limited** 48:1 66:4 75:23

**Lin** 19:22,25 20:4,12,20,21
22:22 83:13 140:6 143:11,13

**link** 24:22 48:12

**Lisa** 143:2

**list** 62:15,16,17 83:8

**listed** 77:12 98:22

**loading** 52:14

**loads** 52:7

**located** 81:25

**locates** 51:25

**lock** 48:10

**locking** 48:11

**locks** 143:24

**lockup** 51:20,22

**logo** 61:14 146:13

**Lone** 94:18,19

**long** 44:24 45:8,10,13 54:13,
15 93:6,7 155:9

**longer** 61:2 67:2 74:22 98:1
114:7 138:6,24

**looked** 24:11 55:21

**loose** 56:9,12,17,20 144:10,
12,15 145:3,21 146:5

**loosely** 56:1

**lose** 113:14

**losing** 112:14,18 113:1

Michael Dame
11/03/2022

14

lot 12:18 13:14 48:8 51:14 58:19 80:9 86:3,12 103:20 106:9 119:19 149:13 150:17 151:4,11,14 152:11

loved 99:15

low 118:8,13,24 124:5,13,17 145:11 146:20 155:4

lower 47:16 51:23 52:8 116:4 118:11

lowered 114:2 124:10

lowest 54:21

lug 23:19

lugs 48:11 51:23 52:7,8 116:4

Luigi 98:16 139:3,5

Luke 10:23,24 11:1,5 14:10,23 15:17 17:4,13,17 22:7 28:25 29:2,6 30:7 40:16 82:7,12,17 130:5 140:4

lunch 6:17

---

**M**

---

M-A-R-T-H-E-Y 92:11

machine 44:12 57:10 74:11 81:7 93:17 119:20 140:24 141:6,8,10

machining 44:19 49:4,15,20 56:2,7 81:1,3 140:22 142:3

machinist 44:8 115:11 119:13

made 19:4 20:15 24:11 25:17 27:17 34:24 37:15,16,22 39:18 59:7 66:24 74:7 76:12 104:12 118:6,11 129:6 134:4, 6,8,11,16 135:20,25 137:10 148:7 149:17 150:24 151:21 152:11

Mafia 22:1 25:9,12,16

magazine 62:3 63:11

magnetic 62:8

magwells 49:6,7,16 74:6

main 34:6 58:21 68:4 143:7

major 13:21 141:13

majority 49:24

majors 46:4 50:21 60:22

make 6:21 7:6 34:16 35:15,25 41:15 44:15,18 45:4,5 53:24 54:6 56:25 58:3 70:1 77:5 104:4 117:25 146:4 156:19

makes 27:18 50:10,11,19 80:16

making 100:22 104:1 111:2 119:5 128:10,18 133:25 134:9

male-driven 127:24

man 10:2 21:25 25:8

manner 86:1 157:1

manufacture 58:16 71:21 94:20

manufactured 52:21 53:1 113:19

manufacturer 53:2,5,7 74:18 86:5,7 107:25

manufacturers 49:25 50:19 53:22 58:19 59:7 106:6,13 141:14

manufacturing 44:22 49:1 59:25 125:18 126:7 135:1

Marie 143:2

Mark 95:23,24

marked 7:9 8:13 10:13 15:24 17:9 18:3 21:4 30:8 33:9 38:25 150:1 152:21

marker 107:20

market 72:25 120:10

married 102:6

Marthey 92:9,11

mass 49:5

master 47:11,14,18,22 66:4

match 13:16,18,19,25 36:17 46:3 51:2 53:20 62:21 64:21,

22 121:6 138:22 139:8 144:24

matches 13:15,21,23 14:3,6 36:19 45:24 46:15,16 54:7 60:24 61:14 87:16,19,21 97:17 105:14 139:13,16 144:20

material 58:8 143:17 144:1

materials 119:20

Matt 74:17 122:24

matter 43:2

max 57:16

Mcintire 130:5,7,14,17,21 131:6,10,13,16,20 132:14,17 135:8

meaning 36:12 136:17 155:20

means 26:12 62:5

meant 39:17 40:21 99:18

measure 59:1

media 130:13 132:5,9,13,17

Mekosh 8:17,19,24 9:16,21 17:12,13,16,22 18:7,9,18,25 30:12,14,20,23 31:8,17 33:12, 18,25 34:11 35:13,18,24 37:9, 17 39:3,7,18 40:4 41:10 42:24 63:5,7 64:5,8 65:17,19 66:14 67:8 68:2,15,25 69:3,14,18 70:12,14 72:4,8,12,14 83:10 92:16 105:5 123:22,24 124:1, 4,5,9 140:6 142:24 143:3 148:7,11,13 151:18 152:25 153:9,12,15

Mekosh's 18:12 34:17 35:8 55:18 69:17 154:3,6

meltdown 40:4

member 25:18 60:8 61:4 88:19,23 93:23 101:17,21 105:5,6 129:11 137:24 138:1

members 59:10 62:18 64:14 71:23 72:15,17 78:11,18 86:17 90:15 92:2,21 93:19 98:5 101:13 105:3,8,9 106:5 128:7 137:17 145:10

Michael Dame
11/03/2022

15

**meme** 9:16 17:24 18:9,12,13, 16 19:4

**memes** 7:20 8:1 18:19 19:1 20:23

**men** 105:15,17

**mention** 62:23 64:16

**mentioned** 12:13 15:15 19:14 22:12 25:7 36:21 38:6 47:7 48:22 62:18 63:19 64:20 85:24 102:5 103:6 105:15 107:15,21 112:18,22 114:22 116:25 123:21,24,25 124:3,4, 5,20 133:23 134:23,25 135:19 136:21 137:1 139:3 140:7 146:18,20 150:23 152:3,10

**merit** 86:15 87:25 88:3

**message** 10:8 32:3 38:19 79:15 91:2,5,8,12 116:23 117:3,7,8,9 118:21 130:20 142:22 152:17,19 153:21

**messages** 20:24 21:1 38:11, 14 122:17,19,21,24 123:2,7, 12,15,17,19 124:12 130:12, 13,16,21

**Messenger** 32:2

**messing** 57:2

**met** 36:16 93:7,8

**metal** 44:14 116:8

**method** 115:18

**Michael** 5:15,16 21:11 55:15 114:10

**Michigan** 5:5 13:20 14:4 46:16 74:19

**mid** 46:11 47:20 55:22 60:1 65:23 94:24 100:2

**Mike** 6:19 26:20 27:17 34:20 35:12,13 60:7 64:2 92:8 137:24 154:5,9 156:8 157:2

**mil** 113:5

**mill** 44:23

**Millennium** 50:18

**millimeter** 63:3

**milling** 44:21

**million** 51:6 110:3,12 114:12

**mind** 13:5 53:16 68:12

**mine** 10:22 91:21 102:22

**minimum** 57:15

**minute** 150:7

**minutes** 43:24 104:16 133:7

**misleading** 122:15

**misplaced** 67:8

**misplacing** 66:25

**misrepresent** 121:23

**missing** 18:23 107:18

**mistake** 100:24

**mocks** 17:24

**mod** 37:4,5,6,13,20

**moderator** 37:5,7

**modifying** 48:3

**moment** 22:20 75:1

**money** 15:19 26:1 51:1 53:24 67:13 84:10 87:18 112:18

**month** 45:24 50:22 127:14

**monthly** 46:15

**months** 67:12 69:10

**morning** 5:19,25 42:9 44:2 71:7

**mother** 127:10

**mounted** 57:23

**move** 6:12 8:11 10:16 18:2 21:3 30:11

**moved** 47:24

**moving** 23:3 24:18

**multiple** 37:15 52:14 61:23 63:11 97:6,8 152:6

**Murdock** 83:16 84:7,18,21,24 85:4 87:3,5,10,13,16,17,18

88:4,10 139:12,15

---

**N**

**N-A-S-H** 138:14

**nail** 29:21

**named** 78:24 79:2 83:15 88:13 141:16 144:9

**names** 33:1 92:2 149:13

**Nash** 138:12,17,24

**national** 13:14 88:19 146:24 147:16,19

**nationals** 32:22 147:25

**Nats** 23:20

**Natzis** 40:23

**necessarily** 50:11 56:20

**needed** 65:1 145:4

**negative** 58:13 60:3,5 61:21 66:14 73:23 75:2,20 76:4,19 79:11,16,17,21 80:2,22 89:2, 15 91:8,11 93:10 94:7 95:5,16 96:1 97:12 101:9 102:25 103:13,17,21 104:1 106:5,23 107:2,8 115:21 122:7 128:24 148:6,10

**Nelson** 95:14

**nice** 73:1

**nickname** 78:24

**Nilson** 95:14

**nitride** 21:17 25:22 55:12

**nonresponsive** 28:15

**noon** 121:13

**notary** 5:5

**notice** 23:18 86:22 145:6

**noticed** 93:25 94:3 107:17,20

**noticing** 61:13,15

**notification** 137:8

**November** 5:2

Michael Dame
11/03/2022

16

**nude** 142:19

**nudes** 67:23

**number** 38:24 82:6 125:8 137:12

**numbers** 139:16

**numerical** 44:11

**numerous** 33:7 50:13,19 66:14 97:11 126:13

---

## O

**O-R-D-N-A-N-C-E** 50:7

**oath** 5:18

**object** 12:23 13:9 14:21 16:21 17:5,19 18:21 19:3 22:18 23:7,14 25:3 34:9 39:22 41:24 71:15 149:9,12 151:6

**objected** 70:3

**objection** 12:17 26:7 27:2,14 28:3,21 29:4,13,23 30:3 41:2, 3,14,15 42:1 52:12 54:25 64:1 65:11 66:22 67:10 69:5,14,19, 22,23 70:4,7,9,17 71:8,25 72:5,16 73:14,18 74:5,14 75:4,22 76:6,21 78:5,13,19 80:4,8 81:5 83:5 84:3,25 85:6, 12,16,21 86:25 87:6 88:5 89:4,9,24 90:6,13,19 93:12 94:9 95:7,17 96:3,16,22 97:14,24 98:7 99:1,7,21 100:6,13,18 101:11,15 102:4 103:2,22 106:1,7,19 107:4,10 108:1,8,14 109:4,15 110:22 111:6,23 112:4,10 114:6 116:14,20 119:17 120:13 126:3,10 142:1 145:14 147:22 150:18 155:13

**objectionable** 41:4

**objections** 70:1

**obligation** 157:10

**obscenities** 127:2,9,19,22 128:3,8 133:8,11,14,24

**obscenity** 127:4 128:24 129:1,

9 133:18,20

**observe** 56:23

**observed** 55:23

**occasion** 129:11

**occasionally** 32:9

**occasions** 61:23

**occupation** 44:7

**occur** 83:25 85:5 98:3

**occurred** 16:5 68:10 78:8 110:6 137:23

**octane** 106:8

**October** 61:15 66:17,20 68:8 74:2 76:12 78:8 83:25 84:21 85:9,25 91:12 96:25 97:9,13 99:10 101:1 103:14,17,21 104:2 107:14 112:13 138:19

**off-color** 41:8,22

**offended** 128:7

**offensive** 155:11

**offshoot** 120:16

**Ohio** 10:22 11:11 82:13

**one's** 134:11

**online** 11:5,13 15:17 16:20,22 150:24

**open** 66:4 94:6 98:11 108:18 109:18,23 113:8 114:2 117:17 125:1 135:11

**opened** 107:21

**operates** 7:16

**operations** 49:10

**opinion** 29:17 39:25 54:20,21, 24 57:7 59:22 88:2 90:11 96:20,25 97:12 101:14 106:24 110:18,21 111:5,10,22 112:2, 8 116:19 118:8,12,24 120:7 124:6,10,14,17 125:8,19 126:1 128:25 139:23 142:3 145:3,11,21 146:4 155:4

**opinions** 58:13 60:3,5 66:15,

17 86:18 89:2 94:7 95:5 101:9 102:25 106:5 107:2,8,9 122:14 126:15

**opportunity** 6:22 55:6 135:12 156:9

**opposed** 116:5

**oppresses** 70:18

**optic** 55:12 113:6,10

**optics** 112:19 113:2,3,4,7,12

**order** 57:9 64:20 121:13

**ordered** 66:23

**orders** 156:11,21

**ordinary** 56:24

**Ordnance** 50:1,5

**organizations** 47:8

**organized** 25:18

**original** 136:4,6,8,11,14,15, 18,19,20 137:4,6

**originally** 93:20 107:14 135:1

**Ormon** 7:17,25 35:20 36:11, 14,16,19 37:23 38:2 79:2,5,14

**outselling** 40:12

**outstanding** 151:25

**overloaded** 56:3

**owed** 75:10

**owes** 26:1

**owned** 61:9 142:8,13

**owner** 35:21 76:16 79:25 81:11,18 94:18 95:10,13,25 150:13

**owners** 60:2 81:17

**ownership** 81:12,13

---

## P

**P-A-R-A** 50:7

**p.m.** 8:23 9:15 16:6 17:24 157:25

**Michael Dame**
11/03/2022

17

P320 36:24

Pacer 156:19,24

pages 19:16,20 33:1,3 36:6, 22,23 37:13,15

paid 13:23 14:1,6 21:18 62:15 152:7

Papa 30:15,17

paper 44:20

Para 50:5

paraphrase 90:3

Pardon 77:9

Pare 50:1

part 13:20 23:4 44:21 48:4 52:17,20,22 54:2,6,8,17 57:18 67:1 77:16 100:25 104:20 116:4,10 127:25 131:13,16, 20,23 132:1 137:2 141:12

parted 85:2

partial 13:19

participants 105:24

participate 45:17,21 46:1,14

participated 46:24

participating 46:21

parties 5:9,10 42:14,25

parts 49:9,12 51:16 53:23 56:9,12 59:4,7,14,17 60:2 73:24 74:4,7,13,18,23 76:10 81:21 86:5 101:16,22 121:1,4, 23

party 62:25 63:4 132:21,25

passed 67:22 91:21

passing 93:4 123:21

past 54:12

Pat 48:17

patent 100:16

pattern 26:1,2

pay 21:17 81:2,22 113:7,9,18 151:22 152:1

paying 60:22 113:17

Pedal 100:23

pending 6:7 27:15

people 11:19 13:3 26:18 31:24 35:1,2 48:5 53:15 56:7 59:14 67:6,24 77:3,23 80:10 85:20 95:3 97:3,6,8,11 101:25 103:16 125:25 126:9,13 127:18,21 134:1,4,6,16 140:16 149:13 151:4

percent 14:20 79:4

perfect 18:13,15

perform 48:6

performed 48:2

period 45:25 46:6 115:5

permanently 127:15

permissible 71:13

person 5:11 7:15 11:18 21:15, 24 24:24 29:12 67:11 77:14 78:23 79:1 139:25 154:23,25 155:1

personal 15:4 141:19 142:9, 12 157:5,10,16

personality 85:15

personally 79:13

persons 22:16 38:22

pertaining 125:1

pertains 34:22

petitioned 114:1

Pew 19:23,25 20:16,19

ph 15:11 93:22

Phoenix 80:14 81:11 82:3 140:20,25 141:6

phone 8:21 30:15 36:12 122:22 123:23 130:20

photos 142:19

pic 21:11

pick 9:17 43:22

picture 24:4,6,7 32:22,23,24 38:3 89:25

pictures 49:4 89:15,17,21 93:16 142:18 143:1

pipe 115:16,19

piss 21:25 25:8 127:12

pistol 45:11,14,22 46:1,14 47:2 48:23 50:20 53:10 58:1 60:18 120:15

pistols 48:1 49:22 61:7,10 71:21 135:2

place 13:21 20:11 51:13 67:1 69:13 71:7 91:3 116:5

places 51:19

Plaintiffs 156:3

plan 6:21

platform 49:24 132:5,9,13,17

play 124:23

played 142:7

pleasantries 36:17

pleased 62:20 114:14

pocket 65:6

point 6:2 43:17 56:1 57:24 61:18 68:23 71:11 79:10 104:16 113:11 128:4

pointer 153:6

pointing 129:5

poking 105:23

poor 56:2 59:18,24 73:12 96:17,20 103:7 125:13,18 126:8 142:2,15 146:21 147:21

poorly 52:20 53:1 56:9 145:6 155:19

popped 10:11 92:19,20

popular 91:5 95:1

portion 42:15 157:4,13

possibilities 52:10

Michael Dame
11/03/2022

possibly 134:15

post 8:1 10:3 11:13 18:19 19:19 24:20,22 31:6 32:8,10, 13 78:1 79:11,21 89:15 112:17,22 113:1 132:4,8,12, 16 133:13 135:25 136:1 150:5,10,21 151:3 153:8,20 154:8

posted 7:20 23:24 26:17 27:13,25 28:20 32:9 38:3 83:11 112:23 133:11,13 135:11,13,14,20

poster 79:18

posting 19:1,4 89:17,20 108:18 133:9 151:11 153:9

posts 79:16,17 103:13,17,21 104:1 133:10

potential 34:17 100:16

pounds 57:13,14

powder 86:3,12 149:18 150:13,17,25 151:4,11,14 152:12,13

power 114:1

practice 50:23 51:3

praising 150:16

Precision 79:25

presence 53:25 54:12

presented 145:2,4

president 114:1,9

pressure 86:13 114:3,5 116:9

pretty 37:19 52:9 66:11 75:8 76:22 79:4 88:22 90:23,25 91:2 101:7

previous 15:15 155:3

price 56:1 100:25 141:12

primary 35:4

prior 26:17 46:8,13 55:13,14 61:15 66:13,17,20 68:8 74:2 76:12 78:8 83:25 84:21 85:9, 24 86:23 87:14 91:12 96:25

97:9,13 99:10 101:1 104:1 106:16 112:13 130:7,9,14,21 131:1,5,9 138:19

private 20:24 38:11,14,19 90:14 116:23 117:3 122:17 123:2,11,15 124:12 152:17

privately 156:22

privilege 69:25

privy 104:10 137:13,19

prize 98:12,13

pro 47:14

problem 12:14 14:20,23 69:12 99:22 116:7

problems 19:9 68:2 141:24,25

process 44:22 111:12

produce 49:5

produced 10:17

product 13:4 64:23 65:2 100:22

production 113:5

products 73:13 112:2

professional 48:15,16

profile 21:11 34:4

program 7:22 8:2,6,9 9:19,22 10:5,9 11:9,14 12:2,6,11,14, 22 13:3,5 16:10,20 17:18,25 18:10 19:2,7,9,19 20:1,5,22, 24 22:11,17 26:25 27:8,23 28:1,17 29:16,21 30:2 38:15 40:17 82:10,21

Project 31:23,25 32:6,8,9,10, 13,16 33:4

pronounce 50:17 55:18 88:17 137:24

pronounced 94:13

properly 57:23 111:11

provide 8:5 64:21,24 65:1 138:1 141:7

provided 24:18,25 36:5 57:6

72:11 137:4 139:20 146:4 148:10,11

providing 10:1 18:9 23:2,6

PSA 27:10,12,24 28:18,20 85:25 107:14,22 108:13 135:20,24 136:6,11 137:6,9

PSAS 85:24 86:1

public 5:5 16:19 17:17 25:23 26:3,6,16,17,18,23,24 27:1,12 28:1 29:3,11 64:17 76:22,25 156:20

publicly 28:20 150:24 152:15 157:4,15

published 107:22

pull 6:13

pulled 68:23

purchase 141:12

purchased 15:5 68:11,17 69:1 121:1 140:25 141:5,20 142:10 146:12,14

purchases 121:6

purple 8:20 21:16

purpose 35:4 129:2

purposely 50:24

pursuant 5:9

pursue 138:6

pursuing 138:25

pussy 128:22

put 11:5 12:18 13:14 15:17 32:22,23 57:15 58:23 68:6 75:8 77:4 78:1 89:25 90:25 98:19 115:20 116:9 119:11 150:4

puts 17:24

putting 48:3 119:19

---

Q

qualify 112:1

Michael Dame
11/03/2022

19

**quality** 52:22 53:2 54:20,21 56:6 59:4,6,17,25 62:19 63:19 73:13,24 74:13 76:10 103:7 120:8 142:3,15 146:21

**question** 5:24 6:3,7 12:12,15 27:15,22 28:5,7,16 41:25 70:5,18,19,24 78:14 131:19 137:5 139:19

**questioned** 123:11

**questioning** 34:21 43:23 62:10 71:15

**questions** 6:21 27:18 42:13, 16 65:16 69:18 71:9 82:6,9 83:15 102:16 116:23 119:3 124:21 129:17,20 133:3 134:21 135:10 137:12 139:11 148:15 150:8 154:12,14,17 156:5,6

**quick** 5:23 71:5 148:2 154:14

**quicker** 58:3,5

**quiet** 11:18 16:16,22 26:13 30:7

**quit** 83:24 84:15 89:17

---

**R**

**R-A-C-H** 94:13,16

**R-U-T-K-O-W-S-K-I** 102:20

**Rach** 94:13,14,17 95:5

**racist** 41:23

**Rafferty** 48:17 73:21,22 74:4, 9,12

**Raffertys** 50:16

**rally** 20:16

**Ramp** 9:7 10:12

**range** 82:1 144:22,23 145:5,23

**rank** 47:7,10,12,16,17,18,22 66:1,3 147:24

**RC** 119:15

**read** 24:20 90:7 91:1 109:1 123:23 126:22 150:7 156:9,14

157:19

**reading** 103:8 108:24 116:11

**ready** 6:12 69:9 150:8

**real** 22:1 25:9,12 71:5 92:15 148:2

**reality** 57:18

**realized** 98:14

**realm** 63:15

**reason** 25:16 124:8,11

**reasoning** 102:7

**reasons** 50:12 52:14 125:14 155:24

**reassert** 41:3

**recall** 8:3,7,10 9:25 10:3,6 12:3,7 15:3,6,9,14 16:11 19:10,11,21 20:11,13,25 21:2 22:16,20 23:9 24:4,12,13,21 25:5 26:22 31:3,20,22 32:12, 15 33:3 36:17,19,20,25 37:19 38:16,18,20 46:6 49:16,18 53:3 54:11 55:18,20 58:15 65:8 67:16 73:11 74:15 79:13, 15,23 80:9 82:25 85:1 86:7 91:14 92:3 93:24 95:8,18 96:4 100:21 102:12 103:8 104:23 106:20,22,25 108:17,24 109:24 110:1 113:25 114:15, 16,17 117:8,15,17 118:17,21 119:6 122:25 123:1,8,12,18 127:8 128:3,6,12 129:14 134:3,9,15,20 136:9 138:18, 20,23 140:10 148:14 151:12, 17,19 152:9,10,14,16,18,20

**receive** 97:22 141:11

**received** 15:8

**recent** 55:10 88:19

**recently** 60:14

**receptionist** 15:11

**recess** 44:1 104:18 148:4

**recipient** 118:23

**recognized** 109:19

**recollection** 20:3,6 21:21 22:3 78:3 108:20 136:20 149:22

**recommend** 156:14

**record** 6:16 43:8 71:8 156:1,2 157:12

**recording** 5:25

**red** 113:6

**redact** 157:11

**redacted** 157:6,17

**redo** 64:4

**refer** 47:15 97:4,8 155:15

**reference** 20:15 21:15 107:17, 19 135:21 137:10

**referenced** 136:7 137:6

**referred** 25:16 148:22

**referring** 9:2,18 11:8 35:19 39:14 40:15 41:19 73:12,17 94:14 107:24 108:13 116:2 124:25 142:5,14 153:15,20,23

**reflect** 156:1,2

**refresh** 21:21 22:3

**refusal** 111:19

**refuse** 97:22

**refused** 97:17,19,20 138:4

**regard** 67:17

**regarded** 58:16 155:14,19

**region** 13:17

**regional** 95:3

**regular** 121:14,17

**regularly** 53:13

**Reich** 43:6

**relate** 10:9 38:15 43:1 64:19

**related** 27:10,24 28:9,12,14,17 31:14 48:7 71:20 145:11

**relates** 34:16

**relating** 31:8 32:10 79:21 91:9,11 122:7

Michael Dame
11/03/2022

**relation** 49:11,13

**relayed** 138:22 139:16 140:8

**relevance** 70:13,16

**relevancy** 41:4

**relevant** 71:2,10

**remains** 43:17

**remember** 19:23 20:8,17
21:23 24:22 29:22,24 80:12
84:13 85:7 135:3,19,24 137:9,
11,14 139:13 140:14,22
141:17 142:20 144:11 145:25
148:8,19,23 149:18,22 153:24
154:2

**remind** 5:20

**reminder** 5:23

**remote** 5:1 41:6

**remotely** 5:9 43:2

**remove** 136:16 143:16

**removed** 135:22 144:1,7

**removes** 57:17

**removing** 57:11

**repairing** 47:25

**repairs** 48:2,6

**repeat** 6:4 12:12 50:4 78:14
117:12

**repeatedly** 62:10

**rephrase** 6:4 141:13

**replace** 67:3

**replaced** 68:19,20

**replacement** 32:2

**replied** 39:19

**replies** 9:11

**reported** 126:22

**reporter** 5:4,6,7 156:15,23

**represent** 44:3

**representative** 95:15

**reputation** 59:16,18,25 71:1,2
78:10,16,17 85:19 96:14,20
97:12 98:24 112:1,7 120:11,
14 125:13,18 126:6,8 134:22,
23 146:19 147:21

**reputations** 109:14 125:5

**request** 156:18

**requested** 67:2

**requirement** 157:21

**respect** 34:21 41:15 56:18
69:3 79:17 81:3

**respond** 5:24 18:12 21:25
26:2 153:17

**responded** 25:9

**responds** 17:23 25:25

**response** 10:17 28:15 108:20

**rest** 12:8 100:17

**result** 149:23

**return** 111:19

**revenue** 113:14

**revolutionized** 90:24

**rewards** 15:23

**rib** 52:5 58:25

**Richard** 92:6

**ride** 145:4

**ridicule** 105:19 129:3

**ridiculed** 106:18

**ridiculing** 89:21 90:12,18
105:23 129:13

**rifle** 45:12 120:15 135:1

**ring** 25:19

**ripped** 48:23

**ROBINSON** 6:14 7:2 12:17,23
13:9 14:21 16:21 17:5,19
18:21 19:3 22:18 23:7,14 25:3
26:7 27:2,15,17 28:4,22 29:5,
14 30:5 34:9,15,20 39:22,24
41:17,24 42:2,8,12 43:1,14,22

**71:5** 104:15 129:19,24 133:3
147:23 148:3 149:9,12 151:6
156:6,8,21 157:8,23

**Rock** 94:13

**Rockwell** 114:25 115:5,14

**Roger** 34:23

**role** 13:12 37:1

**room** 5:8

**rooms** 133:9

**rotate** 115:12

**rough** 51:1 63:9

**roughly** 16:12

**round** 52:15

**rounds** 50:21 51:2,4,11 57:1
146:9

**routers** 44:15

**Rule** 41:4

**rules** 5:21 113:21

**Rumor** 89:10

**run** 31:4 152:4

**running** 13:12 64:2,11,15 69:8
71:19,23

**Rutkowski** 30:18 31:4,13,17
102:16,18,21

**Ryan** 50:18 55:11,25 144:9
145:12

**Ryan's** 146:13

---

**S**

**S-A-I-L-E-R** 88:16

**S-E-E-H-O-W-E-R** 91:17

**safe** 90:20

**safeties** 48:5

**Sailer** 88:13,18,25 89:2,6,16,
19,21 90:5,8,12,18

**sales** 40:11 99:14 100:11
113:15,16

Michael Dame
11/03/2022
21

**sanctioned** 128:10 129:12

**Sanders** 79:24

**satire** 9:7

**SC** 23:24

**scam** 23:3 24:18 31:9 103:10, 14 114:12,15,18

**SCC** 30:24 31:2,3

**schedule** 43:11 69:15

**school** 105:16,18

**SCI** 108:17 125:4

**scope** 39:25 71:12

**scores** 87:22

**scoring** 87:22

**Scott** 23:18 64:16 92:20

**scrapbookers** 44:16

**screen** 7:13 153:10

**screenshot** 124:19 136:23 137:3,5,7 152:2

**Screenshots** 123:21

**scuttlebutt** 65:14

**search** 30:24 31:4

**season** 57:3

**Sebring** 82:2

**SEC** 31:2,3,10,11,14

**Securities** 31:11

**Seehawer** 91:15 92:8 93:2,15

**seek** 48:25 49:3

**seeking** 49:19

**Seinfeld** 41:10,19

**sell** 100:24 101:16,18 121:19

**sellers** 53:22 59:8

**selling** 84:12 108:21 141:11

**send** 9:9,14,15 20:23 48:17 49:4 93:18 117:7,9

**sender** 153:11

**sense** 117:25

**separate** 10:10 28:24 49:9

**September** 150:6

**service** 26:17,23 80:11

**session** 6:17

**sessions** 51:3

**set** 144:5

**setting** 98:13

**setups** 49:4,15

**shady** 9:18 97:4,9

**shaking** 156:1

**shame** 39:8

**shaped** 115:15

**shapes** 44:18

**share** 54:24 78:1 93:18 110:21 111:5,22 123:7,19 125:25 126:15 136:2

**shared** 7:13 32:23 59:21 64:14 93:20 116:18

**Shay** 11:5 14:11,19,23 15:15, 17,18,22 23:10,16 26:1 35:15, 25 54:17 58:21 61:22 62:10, 13 64:6,24 66:15,24 67:13,19 76:23 77:2,5,7,16 84:4 87:11 90:7 93:23 97:4,9 98:17 101:18,23,25 102:2,11,14 122:2 131:7,14 139:23 148:16,19,22 149:3 150:24 151:22 152:1,8,11

**Shay's** 15:12 67:5,6 151:13 152:13

**sheared** 23:19

**shelf** 113:6

**shipping** 121:15,17

**shirts** 100:24

**shit** 35:14 77:1

**shoot** 37:10 45:23 50:15 51:8 53:19 76:3 81:24,25 113:9,13 144:21 145:24

**shooter** 8:25 9:4 10:8 60:16, 21,23 65:5,19 66:9,11,12 67:23 76:2 79:6,25 82:13 88:20 91:1,22 93:23 98:19 102:23,24 120:7 141:16 144:20 145:4,23

**shooter-to-shooter** 104:23 105:1,12 127:25

**shooters** 9:8 13:2 25:14 36:24 43:5 44:3 47:14,17 53:11,13, 16 54:1,2,4,12 58:12 59:3 60:8 67:18 77:20 83:2 98:16 103:20,25 105:19,23 106:4,13 109:2 110:3 121:1,11,19,22, 25 122:6 129:7 147:24

**shooting** 12:24 25:15 45:9,11, 12,14,18,19,22 46:1,14,22 47:3 49:23 50:20 51:7,10,13 52:2 53:10,14,21 54:3,18,23 58:12 59:3,8,11,16 60:19 61:2,5,12 63:14 65:21 66:7,10 67:24 71:24 72:22 73:4 74:20 75:18 78:12,18 79:7 80:17,19 82:14,18 83:2,18 86:2,17 88:9 89:20 90:10,24 91:4,6 93:3,7 94:1,3,5,21,23 95:2 97:3 98:5 99:5 105:9,19,24 107:24 109:12 110:20 111:4 116:18 120:2,12,24 121:20 125:10, 15,20,22 127:19,22 129:11 133:9 137:18 146:19

**shop** 52:23 121:14

**short** 37:5 43:10

**shorten** 58:1

**shorthand** 5:5

**shortly** 47:24 68:10,17,25 82:5 107:17,22

**shot** 25:15 50:15,16,18,19 61:8 142:7 145:25

**show** 7:25 21:10 39:6 41:19 78:2

**showed** 14:19 19:5 24:4 49:11 74:10 136:3

**shown** 122:23

Michael Dame
11/03/2022

**side** 21:14 29:6 40:24 56:5 120:16 153:10

**Sig** 36:24

**sights** 59:1 113:13

**sign** 22:8

**silent** 96:9

**Silver** 14:5

**similar** 100:22

**simply** 13:24 35:11 109:13

**single** 62:3

**sir** 40:11 125:6 133:4

**sit** 22:15

**site** 10:4

**size** 144:4

**skeptical** 117:22

**ski** 32:22

**skimmed** 24:21

**sleeve** 57:5,7,12,13,21,24 58:14,20,22 59:2 62:9,11 143:17 144:2,4

**sleeves** 143:8

**slide** 48:3,21 51:17,25 56:11, 14 58:7,9,10,24 62:23 63:1,3, 7 86:5,7 143:18,23

**slides** 21:19 48:3,4 49:5 56:17

**slots** 62:22

**slurs** 133:25

**small** 26:1 121:5,7

**social** 130:13 132:5,9,13,17

**sold** 59:8

**solemnly** 5:12

**solid** 116:5 120:14 134:23

**somebody's** 71:2

**someplace** 115:24

**sooner** 58:7 93:1

**Sorensen** 95:20,23,24

**sought** 49:17 98:1

**sounds** 117:22

**source** 137:22

**span** 51:5

**speak** 28:19 45:20 82:20

**speaking** 61:18

**specific** 24:2 59:13 86:1,2 109:24 133:19,21 135:20

**specifically** 20:9 23:9 38:17 41:20 53:4 55:19 64:16 67:1 74:15 77:25 82:25 83:8 85:7 86:12 89:23 133:10 135:19,24 136:7,21 145:8,10,12 151:13, 24 153:24

**specifications** 121:23

**specifics** 38:20 80:9

**Speedy** 83:16 84:15

**spell** 50:6 92:7 94:15 102:19 138:13,15

**spelled** 96:6

**Spencer** 50:18

**spend** 42:19 43:11

**spending** 51:1

**spent** 42:8,9,13 43:14

**spikes** 86:13

**Spiteful** 140:1

**split** 152:5

**spoken** 79:14

**sponsor** 8:24 9:4 10:8 97:17

**sponsored** 9:9 54:7

**sponsoring** 64:21

**sponsors** 144:20

**sponsorship** 54:11 61:25 62:22 64:18 65:2 97:19,20,22 98:1 138:4

**sponsorships** 138:25

**sport** 12:18,24 13:1,10 90:24

**106:8** 125:9,15,23 126:2 127:24 138:8

**sporting** 90:1

**spot** 64:21

**spring** 38:6,9

**squeeze** 57:20

**squid** 52:7,15

**Staccato** 50:1

**stack** 62:3

**stages** 13:19

**standard** 101:7 144:5

**standards** 126:19 134:2

**standing** 41:15

**Star** 94:18,19

**start** 21:10 43:23 55:11 60:14 61:15

**started** 11:21,22,25 25:14 32:1 45:11 46:17,20 54:5 61:13 63:14 80:15 88:21 89:17 91:1 100:22,24 134:24 135:2,6

**state** 5:5 157:1

**stated** 137:6

**statement** 27:18,19 118:6,15 129:3 139:12 154:18

**statements** 125:1 128:11,14, 16,19 129:6

**states** 14:3

**stay** 89:10,12

**stealing** 11:5 13:6 15:17,18,22 84:5,7,10,11 87:14,18

**steel** 44:21 57:9 119:6,15

**stepping** 150:16

**Steve** 79:24

**STI** 50:1

**stick** 58:25

**stint** 34:23

Michael Dame
11/03/2022

23

stipulate 5:10

Stoeger 32:19,20

stole 16:17

stop 6:19 51:17

story 11:15 29:6

straight 56:4

strength 58:18

stress 51:14,18,19

stressed 51:16

strike 28:15 100:3 107:1,7

stuff 9:6,14 49:6 81:7

subject 43:2

subpoena 10:17 43:9

substance 110:15,17 113:1

substandard 120:3

sucked 127:11

sue 106:17,23

sued 122:5 130:1,5,7,9,14,19, 22 131:2,4,5,9

suggesting 26:5

suicide 134:17

suing 107:2,8

suit 71:11

suited 120:24 121:20

summer 38:9 55:10,11 112:17,20

sunshine 26:9

Supper 134:15

supposed 31:2 32:2 51:19 56:4 62:8 67:3 84:11 139:7

surface 143:25

surprise 149:4,7,8

SVI 101:4,5,6

swear 5:12

sworn 5:8,11,17

system 47:20 62:19 64:23 68:3,6,16,19

Szach 5:4

---

**T**

T-E-S-S 138:16

table 98:13,14,19

tablets 87:23

tactical 91:4

takes 143:21

taking 67:2 81:7

talk 16:25 17:4 63:10 68:2 139:5

talked 12:1 14:11 16:9,13 17:2 29:19 36:11,12,22 37:8 133:16

talking 9:21 18:25 20:13 23:22 24:8,14 26:25 32:5 33:22 70:25 71:20 77:1 103:16 114:19 117:19 135:7 136:25

talks 35:14

tapering 46:20

targets 121:7

team 13:20 61:5,12 62:18 63:14 64:3,4,12,14 71:24 72:15,17 81:20 83:18,23,24 84:2 89:8,19,20 92:20 101:12, 17,21 104:9 105:9 137:13,16, 18,20,21,23 138:1 145:10

technical 119:20

technology 44:16

teen's 60:1 94:25

teens 46:7,9,11,19 55:22 65:23 92:23 100:2 102:22

telling 11:11 12:5 17:13,16 22:7,16 31:13,24

ten 104:16 115:9

ten-minute 148:1

tending 85:19

term 19:18 36:21 57:19 60:17, 20 114:15,17 128:13 134:5

terminology 51:24

terms 61:18 85:2 114:13

terrorist 28:11

Tess 138:12,17,24

test 57:2 62:5 115:22,23,24 116:9 144:22,23 145:5,23

tester 114:25 115:5,14

testified 5:17 34:13 44:7 46:24 59:18,21 61:4 68:10,15 78:23 79:16 88:13 96:13 103:8,16, 25 104:4 105:2 106:12 107:13 108:17 110:1 111:18 112:24 116:17 119:8,10 125:8,12,17 126:7 128:1 137:23 138:3 139:2 140:8,20 142:18 143:6, 15 148:16,18 149:16 151:20

testify 70:12

testimony 5:10,12 9:25 10:7 45:17 61:9 66:13 70:21,24 71:1 103:12 110:11 129:25 147:20 149:20 154:21 155:3

testing 63:17 111:10,15 115:18,25 116:7,13

testosterone 106:9

text 8:19,20 10:7 21:1 130:20, 21 142:21 152:19

texted 36:14

theft 15:20,21

theory 58:4

thing 21:10 25:13 39:6 53:6 57:25 58:16,17 64:3,5 106:10 118:22 127:13 130:24 136:3

things 20:14 28:24 42:11 43:13 48:9,14 50:3 55:23 61:24 66:20 77:12 84:5 115:13 123:24 124:1,3,4 125:12,17 156:25 157:9

thinking 9:12

Michael Dame
11/03/2022

24

thinned 68:22

Thompson 23:18 64:17 92:20

thought 10:10 29:16,20 39:17 110:15 120:1 148:17

thoughts 50:25

thousand 51:6

thread 117:15

threads 57:16,17

throw 51:7 113:6

thumb 100:17

Thursday 5:2

Tiffany 81:13,16,17

tightly 56:13

Tim 33:24,25 34:10 55:18 63:5 65:17 92:16 123:22 142:24

time 6:2,18 7:7 8:1 12:2,19 13:15 16:9,12 28:14 42:10,13, 14,15,19 45:25 46:3,6 50:13 63:18,21 65:22 67:12 69:4,10 71:20 77:4 79:20,23 98:12,21 111:12 114:10 115:5 124:4, 12,17 129:16 133:21 151:9,25 152:4

timers 121:6

times 33:7 81:6 125:8

timing 48:13

tired 75:9

titles 147:16,20

today 5:22 6:20,24 7:1 22:15 42:4 70:22 120:5 149:16 150:21

told 17:3 19:15 20:2,4 22:12, 22 26:20 27:5 33:6 37:23 38:1 64:2 67:11,19 69:6,9 70:13 84:4,7 102:10 104:9 137:17 138:7,21 140:10,12,15,18,20 142:21,23 151:16 152:10

tomfoolery 32:5

Tony 10:18,21

top 33:21 36:25 48:4 54:22 58:24 133:15

total 51:5 108:10

touch 11:12 34:25

track 50:24 98:15

trading 31:9,18 103:10,14 114:19,21

training 48:8 91:4 121:6,9 141:7,11,15

transcript 156:9,12,22 157:4, 6,14,19

transcription 156:16

travel 53:19

traveled 65:25

traveling 46:12,17 65:24

treated 11:17 26:15 29:8

trial 70:10,17

trigger 62:4 63:24 64:4,5 67:3 68:6,21,23

Trinity 80:14 81:11 82:3 140:20,25 141:1,6

troll 140:2

troops 20:16

trophy 32:24

truck 144:19

true 57:2 140:7 151:1

truth 5:13,14 149:21

tungsten 57:4,7,8,21 58:4,5, 14,17,20,22 62:7,9,11 143:6, 8,13,16,17 144:2

turn 57:15,16 68:11

turned 32:1 62:9

TV 41:19

two-year-old 24:11

type 69:23 91:3 94:5 119:14, 15 133:25 149:6 155:18

typed 153:20 156:15

types 48:2,9 49:22 52:4 66:20 81:21 119:5 121:4

typical 51:2 59:10 104:22 105:1,12 129:6

typically 44:12 50:22 51:16 58:1 133:23 156:24

typing 153:18,25

U

U.S. 99:24 155:15

uncommon 127:18,20

underneath 115:21,24 136:1 153:22

understand 6:3 15:21 34:14, 18 37:3 42:22,23 69:22 70:13, 23 90:17

understanding 6:19 7:15 35:8 37:1 57:4,21 60:24 73:12 79:1 97:25 98:10,20 99:18 113:16 116:12 119:14 120:14 128:23 142:25 143:2 146:18 149:2 150:12

understatement 46:2

understood 12:13 129:25

unfairly 29:8

unfounded 86:24 88:11

universe 36:24 37:15

unjustly 11:17

Unofficial 37:14

unofficially 47:13

unreasonable 111:19

unrelated 39:24

untrue 119:9

uploaded 156:23

upper 23:19 47:15 51:23

User 52:14

USPSA 13:13 37:14 46:22,23, 25 47:19,23 73:3 97:22 114:1,

Michael Dame
11/03/2022

25

9 138:4,24

---

**V**

valued 98:11

vastly 49:21

Venom 50:16 75:12,14,17

venture 71:11

verify 151:1

version 46:25 47:19 135:21 136:12,20,25

vertical 48:11

video 77:4

videoconferencing 5:7

videos 40:8

view 122:21

views 95:16 96:1

vindictive 85:11,15 139:24,25 140:1

VIPSC 47:1

virtually 129:22

Vlieger 19:14 21:8,22 22:4,7, 12,13,17 23:2,6,13,16,23 24:14,18 25:7,21,25 26:5,25 27:5 83:10 119:3,4,22 123:12, 20 124:13 135:7 139:17,20 140:7,9,13,17

vocabulary 126:18

void 115:24 116:1

voluntarily 42:3,18

volunteer 13:24,25 138:8,9

volunteered 43:9

volunteers 98:14

vulgarity 128:12,17

---

**W**

waive 156:11

---

wanted 10:11 17:3 26:15 29:2, 6,11,15 34:15 37:10 65:4 72:6,10 84:14,17,23 87:12 113:21 114:4 129:22 148:24 149:4

warning 86:14

warnings 86:1

warranties 98:25 100:10

warranty 99:14

watch 25:23

water 68:13

ways 85:2

weaken 58:10 143:23

weakens 58:9 143:17,18

weaponized 134:5

wear 58:3,5,7 143:24

websites 59:12

Wednesday 5:21

week 6:11 7:15,22 19:16,22 20:15 24:10 29:19 33:6 34:13 35:21 36:21 37:8 38:1 42:9 43:10,12 50:21 51:11 68:5 115:4,6 127:14 149:16 150:23

weekend 46:5 51:3,4

Weekly 46:15

weeks 17:14 67:4

weigh 119:12

weighs 57:13

weight 57:9,11,14,17 58:24 119:19 143:20,22

well-known 66:6 82:17

well-regarded 72:22 73:4,6 74:24,25 75:17 80:19

well-respected 66:9

Wells 10:18,21 11:4,12 12:5 14:10,18 16:13 17:3 19:8,12 22:17

whale 128:22

---

whatnot 46:18

whatsoever 131:3

white 24:9

whore 46:3

widely 113:18

wife 81:20 102:7 143:4 148:23

wife's 81:12

Williams 81:10,19

win 147:8,11,15,25

wind 126:23

Windsor 13:18 14:1

winning 88:21

witnessed 52:4

witnesses 69:14 70:14 156:14

woman 143:3

Women 60:11

won 32:21 40:24 47:2 60:24 147:1,2,3,4,13

wood 44:15

word 79:3 126:24 127:1,8 155:11

words 99:15 127:7 155:22

work 7:7 43:11 44:14 45:1

worked 48:1,16 142:16 146:15

working 83:24 84:15

works 7:3 13:25 28:14 36:2 95:11 148:3

world 39:8 46:18 81:23,25 101:8 146:24 147:4,5,12,20 149:14

world's 128:21

worries 68:12

worry 99:16,19

worth 57:20 62:1

write 9:6

wrong 26:12,14 40:23 48:8,9,

Michael Dame
11/03/2022                                          26

11,12,13 51:18 57:25 63:2
72:4,8 87:11 99:22

**wronged** 28:25

**wrongfully** 26:15

**wronging** 85:20

---

## Y

**year** 14:1 38:7 51:5 112:20

**years** 9:6 10:2 14:17,25 44:25
45:10,15 61:13 63:8 91:21
115:8,9 155:10,11

**Yee** 5:19 6:10,23 7:8,11 8:11,
15 10:15 12:20,25 13:11 16:1,
24 17:7,11,21 18:5,24 19:6
21:6 22:21 23:11,21 25:6
26:10 27:7,17,21 28:6 29:1,7,
18,25 30:10 33:11 34:12,18
35:3 38:24 39:2 40:2 41:9,21
42:6,10,22 43:8,21 50:4,6,8
52:12 54:25 64:1 65:11 66:22
67:10 69:5,13,20 70:3,8,11,21
71:25 72:5,16 73:14,18 74:5,
14 75:4,22 76:6,21 78:5,13,19
80:4,8 81:5 83:5 84:3,25 85:6,
12,16,21 86:25 87:6 88:5
89:4,9,24 90:6,13,19 93:12
94:9 95:7,17 96:3,5,9,11,16,
22 97:14,24 98:7 99:1,7,21
100:6,13,18 101:11,15 102:4
103:2,22 106:1,7,19 107:4,10
108:1,8,14 109:4,15 110:22
111:6,23 112:4,10 114:6
116:14,20 119:2,17 120:13
126:3,10,21 129:21 133:6
142:4 145:19 148:1,5 149:15
150:3,20 151:8 152:23
154:11,18 155:13 157:20

**yelled** 15:10

EXHIBIT

#19   11-03-22  DLS



**Double Alfalfa**
Jan 10 at 10:15 AM · 🌐

The meme pages after Akai fake contingency program goes under



Well Boys, We Did It

😆👍 Miguel Gamboa and 10 others

👍 Like        💬 Comment        ↪ Share



**Double Alfalfa**
Jan 9 at 9:27 PM · 🌐



💬 Send Message        ···

2:25 PM

0.5KB/s

62

Search

Home    Photos    Posts    Videos    About    Reviews

Like          Comment          Share

**Double Alfalfa**
Jan 8 at 3:18 PM · 🌐

I guess I'll have to go back to Walther.



That face you make when you find an excuse not to pay out thousands in contingency money.

👍😂 Luke Cao and 13 others          9 Comments

Like          Comment          Share

**Double Alfalfa**
Jan 8 at 12:00 PM · 🌐

And just like that we forget all about DNROI

💬 Send Message          ...



**Double Alfalfa**
Jan 8 at 12:00 PM · 🌐

And just like that we forget all about DNROI ruining Production rules.



2:26 PM

0.1KB/s

← 🔍 Search →

**Home**  Photos  Posts  Videos  About  Reviews

**Double Alfalfa**
Jan 7 at 5:52 PM · 🌐 ···

oNe GuY rUiNeD iT fOr EvErYoNe



When you get called out for bullshit contingency program rule changes, so you just cancel the whole program since you can't pay out.

Yeah, this is big brain time.

👍😆 Dave Re and 17 others          1 Share

👍 Like        💬 Comment        ↗ Share



**Double Alfalfa**                ···

💬 **Send Message**        ···

2:27 PM

18.1KB/s

Search

← Home   Photos   Posts   Videos   About   Reviews

👍 Like        💬 Comment        ↪ Share

**Double Alfalfa**
Jan 7 at 11:08 AM · 🌐

Contingency program that comes with a never have to pay anyone clause. Seems legit.



👍😆😮 13                    7 Comments · 1 Share

👍 Like        💬 Comment        ↪ Share


💬 Send Message        ⋯

2:27 PM

20.6KB/s

62

← Search ↱

Home    Photos    Posts    Videos    About    Reviews

**Double Alfalfa**
Jan 6 at 7:11 PM · 🌐

Shay won't hold up on the contingency plan. Can't wait to see how this plays out...



**EXHIBIT**

#19.1   11-03-22  DLS

exhibitsticker.com



**EXHIBIT**

**#20   11-03-22  DLS**

12:28 ⚙ 🔧 👤 ⏰ ✂ 📹 ⬇ ⋯        ⏰ 📶 17% 🔋

← **Tony Wells**                          DONE

If I end up believing he did, I'll make a formal
apology to **Shay**. · Jan 9, 2020



### Tony Wells
So, just to get this right? **Shay** can slander Luke
all he wants but send a Cease and Desist to
Luke? · Jan 9, 2020



### Dame Michael
His was from **Shay** · Jan 9, 2020



### Dame Michael
While luke did leave some key info out when we
talked, **shay** is still the cunt here · Jan 9, 2020



### Dame Michael
Once again, **shay** claiming the vicitm · Jan 7,
2020



### Tony Wells
Should we all just start dropping Luke's name
on every post **Shay** makes? · Dec 29, 2019



### Dame Michael
Need to convince luke to put **shay** stealing from
him online · Dec 29, 2019



### Tony Wells
Me too, but I don't know **shay** and lost the damn
bet · Oct 28, 2017



### Dame Michael
Pretty sure **shay** does · Oct 28, 2017



||| ◯ ‹

EXHIBIT

#20.1   11-03-22  DLS

10:10

← Luke

DEC 29, 2019 AT 9:51 PM

Dude wtf, I heard about the contingency crap what a cunt

The second he announced that program I knew there was going to be some sketchy from it. Sorry it was you he screwed over

Thank you man

Please tell me you arent going to be quiet about this

Fucker lied to you and stole from you

I will summrize the thing and post it

Thank you man!

With what's going on now,

Aa











EXHIBIT

#20.2  11-03-22  DLS





EXHIBIT

#21   11-03-22   DLS

7:09

Michael
Active Now

Oh, you're shay now, eh?

That wasnt his idea

Hes fucking luke cao out of 4600 in contingency $

Btw

I think I heard a little about that. Did Luke allegedly "mistreat" whoever answered the phone?

Ya, the 'manager'

DEC 30, 2019 AT 9:54 PM

Michael forwarded a link

https://careers.un.org/lbw
/jobdetail.aspx?id=127453&
Lang=en-US

United Nations
careers

UN Careers
This position is located in the Disarmament, Demobilization and Reintegration (DDR) Section of the Office of Rule of Law and Security Institutions (OROLSI), within the Department of Peacekeeping Opera
careers.un.org

JAN 7, 2020 AT 2:15 PM

Aa









7:13      96%

**Michael**
Active Now

https://m.facebook.com/story
.php?story_fbid=
2763845033709495&id=
100002520759025

The Internet

**Aaron Laws is with Nick Berger
and 5 others.**
Don't forget about last week.
Aaron Laws

Mr stealing from people when
moving still has a lawsuit for ya

You should ask him when
he's going to pay H and M
black nitride for the coating
they did for him. Never paid
then claimed their coating
cracked one of his slides.
And I don't think he wants
that. Chuck will bury him. So
will KKM

Sounds about right

JAN 23, 2020 AT 4:31 PM

In Ohio?

Yeah

How big is the bill?

Just one gun

JAN 23, 2020 AT 5:07 PM

My so     is at shot show.
Give me a few days

Aa



EXHIBIT

#22   11-03-22  DLS







EXHIBIT

#23  11-03-22  DLS









**Shay Akai**
November 27, 2012 · 🌐

Update on Hodgdon HS6 - I am very surprised and impressed with the professionalism of Chris Hodgdon. A really stand up person. Even a bigger fan of his company.

We need to put together a list of everyone that has bought any of lot number 2219. Please don't contact them directly, as it could be quite overwhelming for them. I can't divulge the details publicly, but they will take care of everyone. If you have a different lot number that is slow, contact them directly please.

Your lot number is the little orange/yellow sticker on the side of the jug. Please save that sticker.

Please e-mail me your name, address and how much of that batch you received. I will compile the list and send it to him. My email is shay@acguns.com. All you Rudy people, your internal list is already compiled.

👍 Nathan Carter, Greg Fitzer and 16 others          16 Comments  1 Share

👍 Like          💬 Comment          ↪ Share

**EXHIBIT**

#24  11-03-22  DLS

