**Charles Bradley**
**07/20/2022**

1               UNITED STATES DISTRICT COURT

2               SOUTHERN DISTRICT OF FLORIDA

3                 FORT LAUDERDALE DIVISION

4    AKAI CUSTOM GUNS, LLC,
     a Florida Limited Liability
5    Company, and SHAY HOROWITZ,
     an Individual,
6
                    Plaintiffs,
7
           -vs-                         Case No. 20-cv-61469-RS
8                                       Hon. Rodney Smith
     KKM PRECISION, INC., a Nevada
9    Corporation, SHOOTERS CONNECTION,
     INC., a Kentucky Corporation,
10
                    Defendants.
11   _____/

12                    The Deposition of CHARLES BRADLEY,

13   taken before me, Theresa L. Roberts, Certified Shorthand

14   Reporter (CSR-4870) and Notary Public in and for the County

15   of Oakland, State of Michigan, taken via Zoom

16   Videoconference, on Wednesday, July 20, 2022, noticed for

17   10 o'clock A.M.

18   APPEARANCES:

19   For the Plaintiffs:   McKELVIE McKELVIE YEE & EPACS, P.C.
                           By:  Edmund S. Yee, Esq.
20                         280 West Maple Road, Suite 220
                           Birmingham, Michigan  48009
21                         (248) 952-5100
                           eyee@mmyelaw.com
22
                                    -and-
23

24

25



**Charles Bradley**
**07/20/2022**                                                          **Page 2**

```
 1   APPEARANCES CONTINUING:

 2                           CONIFER HOLDINGS, INC.
                             By:  Richard J. Fiato, Esq. (P63075)
 3                           550 West Merrill St., Suite 200
                             Birmingham, Michigan  48009
 4                           (248) 262-5403
                             rfiato@coniferinsurance.com
 5
     For the Defendant:      WILSON ELSER MOSKOWITZ
 6   Shooters:               EDELMAN & DECKER LLP
                             By:  John Y. Benford, Esq.
 7                           111 North Orange Avenue, Suite 1200
                             Orlando, Florida  32801
 8                           (407) 203-7599
                             john.benford@wilsonelser.com
 9
     For Defendant           COLE, SCOTT & KISSANE
10   Shooters:               By:  Nick Cardamone, Esq.
                             222 Lakeview, Suite 120
11                           West Palm Beach, Florida  33401
                             (561) 612-3430
12                           Nicholas.cardamone@csklegal.com

13   For Defendant           ZIMMERMAN, KISER & SUTCLIFFE, P.A.
     KKM Precision:          By:  Nicholas Mari, Esq. (123877)
14                           2707 E. Robinson Street, Suite 600
                             Orlando, Florida  32801
15                           (407) 425-7010
                             nmari@zkslawfirm.com
16

17   ALSO PRESENT:           Luke McIntire
                             Shay Horowitz
18

19

20

21

22

23

24

25
```



**Charles Bradley**
**07/20/2022**                                          **Page 3**

```
 1                    I   N   D   E   X
 2                                                PAGE
 3  Cross Examination by Mr. Fiato                   5
 4                E   X   H   I   B   I   T   S
 5                         DESCRIPTION            PAGE
 6  Deposition Exhibit No. 1  SCI's Amended Responses to
 7                            2nd RFA                22
 8  Deposition Exhibit No. 2  Vlieger's Text to Shay    47
 9  Deposition Exhibit No. 3  SCI FB Akai Ad            47
10  Deposition Exhibit No. 4  SCI's Responses to 1st RFA  109
11  Deposition Exhibit No. 5  Bedell Report            123
12  Deposition Exhibit No. 6  Bradley, Horowitz Text    5
13  Deposition Exhibit No. 7  Vlieger Dame Text        131
14  Deposition Exhibit No. 8  Akai PSA                 140
15  Deposition Exhibit No. 9  Outokumpu & Carpenter Certs  145
16  Deposition Exhibit No. 10 Outokumpu Declaration     151
17  Deposition Exhibit No. 11 Carpenter Data Project 70+  163
18  Deposition Exhibit No. 12 Bradley, Dame Text - Steels  165
19  Deposition Exhibit No. 13 1st Amended Complaint ¶ 65  168
20  Deposition Exhibit No. 14 KKM Answer to ¶ 65        171
21  Deposition Exhibit No. 15 KKM Response to 2nd RFP    172
22  Deposition Exhibit No. 16 Bradley, McIntire emails Re
23                            Crimp Report             178
24  Deposition Exhibit No. 17 Bradley, Mekosh Text Re Akai  187
25  Deposition Exhibit No. 18 KKM Public Letter         197
```



**Charles Bradley**
**07/20/2022**                                    **Page 4**

```
 1
 2                      E X H I B I T S
 3                      DESCRIPTION              PAGE
 4   Deposition Exhibit No. 19 SCI Facebook Pages       274
 5   Deposition Exhibit No. 20 Bradley, Dame Text Re Shay  220
 6   Deposition Exhibit No. 21 Bradley, Dame, Mekosh Text  228
 7   Deposition Exhibit No. 22 Bradley, Dame Text Re Shay  233
 8   Deposition Exhibit No. 23 Bradley, Dame Text Re
 9                      Van Lines Day Trading    235
10   Deposition Exhibit No. 24 Bradley, Dame Text Re Day
11                      Trading and Double Alfalfa  5
12   Deposition Exhibit No. 25 Bradley, Dame Text Re
13                      Contingency              238
14   Deposition Exhibit No. 26 Lepping Colantone    292
15   Deposition Exhibit No. 27 KKM Tungsten Ad       5
16   Deposition Exhibit No. 28 Bradley, Dame, Mekosh Text
17                      Re Discredit Shay        263
18   Deposition Exhibit No. 29 Bradley Text Re Shot Show  267
19   Deposition Exhibit No. 30 Defendant's Joint Motion to
20                      Dismiss                   30
21
22                 (Exhibits attached)
23
24
25
```



**Charles Bradley**
**07/20/2022**                                                    Page 5

```
 1                   (Virtual, via Zoom)

 2                   Wednesday, July 20, 2022

 3                   (At about 10:08 A.M.)

 4                        —       —       —

 5                   (Deposition Exhibits Number 1 through

 6                   30 were marked for identification)

 7              C H A R L E S    B R A D L E Y

 8         after having been first duly sworn to tell the

 9         truth, the whole truth and nothing but the truth,

10         was examined and testified upon his oath as

11         follows:

12                   CROSS-EXAMINATION

13    BY MR. FIATO:

14    Q.   State your name for the record, please.

15    A.   Charles Bradley.

16              MR. FIATO:  Let the record reflect this

17         is the deposition of Charles Bradley taken pursuant

18         to notice and to be used for all allowable purposes

19         pursuant to the Federal Court Rules and Federal

20         Rules of Evidence.

21    BY MR. FIATO:

22    Q.   Mr. Bradley, have you ever given a deposition

23         before?

24    A.   No, I have not.

25    Q.   There's some rules for a deposition to make it go
```



HANSON RENAISSANCE
COURT REPORTERS & VIDEO    hansonreporting.com
313.567.8100

**Charles Bradley**
07/20/2022                                    Page 6

1   smoother, so I'll just go over them real briefly.

2   I'll be asking you questions.  I need verbal

3   responses.  Resist the urge to shake your head yes

4   or no or go uh-huh, uhn-uhn, because that doesn't

5   translate very well.  Even though we do have a video

6   deposition and it's being recorded, we need verbal

7   responses from you.  Mr. Bradley, if you don't

8   respond verbally, the lawyers are going to remind

9   you to say yes or no to make sure that we have a

10  clear record.

11          If you don't understand a question I'm

12  asking, tell me and I'll rephrase it.  If you answer

13  a question, we're going to assume that you

14  understood what I was asking.  If you don't know the

15  answer to a question, I don't know is a perfectly

16  acceptable answer.  I don't want you making anything

17  up or answering a question, giving me an answer

18  because you think that's what I want to hear.  I

19  want to know what you know and what you don't know.

20  So if you don't know, just tell me.  If you answer a

21  question, I'm going to assume that you know the

22  answer to that question and that you understood it.

23          If you need a break let us know.  We can

24  take a break at any time.  The only rule is if

25  there's a pending question, I'll require that you



1      answer that question.  Then we'll take a break, and

2      we'll go to recess.

3               As I'm going through questions with you

4      today, Mr. Bradley, you're going to have a sense of

5      where I'm going and you might anticipate my next

6      question.  Resist the urge to answer before I

7      completely get the question out, because it might be

8      different from what you think, and that way we can

9      have a clear record.  So let me get my questions out

10     completely, then you can answer.

11               There's various lawyers on this call

12     right now.  They're going to be objecting.  When

13     that happens, let them object, let them get their

14     objections on the record, and then you can answer

15     the question, unless Mr. Benford tells you not to

16     answer that question.  Understood?

17  A.   Yes.

18  Q.   Okay.  What's your current position, Mr. Bradley?

19  A.   Current position with what?

20  Q.   What do you do for a living?

21  A.   Oh, I'm the president of Shooters Connection.

22  Q.   What is Shooters Connection?

23  A.   We sell competition shooting supplies.

24  Q.   Shooters Connection is a corporation, correct?

25  A.   Yes.


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**Charles Bradley**
07/20/2022                                            Page 8

```
 1   Q.    Is it an S Corp or a C Corp, do you know?
 2   A.    It is filed an S Corp election.
 3   Q.    It is an S Corp.  And is Shooters Connection owned
 4         by any other entities or is it just a stand-alone
 5         corporation?
 6   A.    Single shareholder, me.
 7   Q.    You're the only shareholder.  Are there any
 8         investors in Shooters Connection?
 9   A.    No.
10   Q.    And are you the sole director?
11   A.    Yes.
12   Q.    And have you been the sole director since the
13         formation of Shooters Connection?
14   A.    Yes.
15   Q.    Tell me what Shooters Connection does.
16   A.    We sell competition shooting supplies.
17   Q.    When you say, competition shooting supplies, what do
18         you mean?
19   A.    Our market is geared towards competition shooters.
20   Q.    So you sell firearms to competition shooters?
21   A.    We sell some firearms, yes.
22   Q.    And what else do you sell?
23   A.    Basically, all the gear competition shooters use.
24         Targets, holsters, belts, mag patches, name it.
25   Q.    And when you say competition shooters, what kind of
```



Charles Bradley
07/20/2022                                        Page 9

```
 1            competition?  I mean, is there an association or

 2            some type of competition that you focus on?

 3    A.      At first it was USPSA.

 4    Q.      What is USPSA, sir?

 5    A.      United States Practical Shooting Association.

 6    Q.      Okay.  Go on.  You said at first it was USPSA?

 7    A.      And then there was the formation of IDPA, which is

 8            International Defensive Pistol Association, I think.

 9            I'm not sure of the exact -- IDPA is the name of the

10            organization.

11    Q.      These are separate associations, correct?

12    A.      Yes, they're separate.  And then there's Steel

13            Challenge, which has been purchased by the USPSA, so

14            that's another area that we, you know, sort of

15            dabble in.  And then there's 3-Gun.  When 3-Gun has

16            some individual organizations and other

17            organizations that have gone defunct, it's just

18            3-Gun is a conglomerate of different organizations.

19    Q.      And within each of these organizations or

20            associations are there different classes or

21            divisions of shooters that you cater to in target

22            shooting?

23    A.      I know USPSA does.  Some of the other ones I don't

24            participate in myself, so I wouldn't have knowledge

25            of that.
```



Charles Bradley
07/20/2022                                          Page 10

1   Q.   You participate in USPSA?

2   A.   I do.  Not as much as I used to do, but I do now a

3        little bit.

4   Q.   You shoot yourself is what I'm getting at?

5   A.   Try not to.

6   Q.   That's true, you don't want to shoot yourself.  But

7        you compete in USPSA?

8   A.   Yes, yes.

9   Q.   Okay.  And so your market is limited to competition

10       shooters?

11  A.   Yes, it is.

12  Q.   So it's a limited pool of customers, correct?

13  A.   Yes.  Not to say that it doesn't reach out to other

14       areas, like with our notoriety we've also reached

15       out to military shooters, law enforcement.  We do

16       have some sales to military, special forces.  Groups

17       like that do buy stuff from us also.

18  Q.   Okay.  But you mainly focus on the competition side?

19  A.   Pretty much, yes.

20  Q.   And Shooters Connection, do you have different

21       departments inside your organization?

22  A.   Not really.

23  Q.   Do you have a department that handles customer

24       service, for example?

25  A.   No.  Everybody here can do it.



**Charles Bradley**
07/20/2022                                    Page 11

```
 1   Q.    How many employees do you have?

 2   A.    Six or seven, depending on who's coming or going at

 3         the time.  Like I just had to fire a guy Monday,

 4         okay.  So we're short one guy now.  But I'd say six.

 5   Q.    Normally six at any one time?

 6   A.    Yeah.

 7   Q.    Do you have a manager?

 8   A.    Me.

 9   Q.    Have you ever had a manager?

10   A.    Not really.  I have had somebody who liked to call

11         themselves a manager.

12   Q.    Who would that person be?

13   A.    It was Mike Foley.

14   Q.    Mike Foley?

15   A.    Yeah.

16   Q.    So Mike Foley worked for you?

17   A.    He did.

18   Q.    What is the time period that he worked for you, sir?

19   A.    I believe it was 2008 to 2016.

20   Q.    And what was his duties at Shooters Connection?

21   A.    Pretty much did everything everybody else did.  He

22         answered the phone, took orders, picked orders.  He

23         really didn't differentiate a whole lot, except for

24         when, I don't know.  If something came up, maybe

25         they would go ask Mike for his -- if I wasn't here,
```



Charles Bradley
07/20/2022                                        Page 12

1            they'd go ask Mike what to do.  That's about it.

2    Q.     Was there a hierarchy in your employment structure,

3           where if you weren't around Mike was like a

4           supervisor?  Did he have authority on your behalf to

5           run things when you weren't available?

6    A.     Yeah, yeah, I'd say that.

7    Q.     And did he order any products for you or --

8    A.     He did.

9    Q.     So he would order whatever products you needed and

10          keep inventory and those types of things?

11   A.     Whatever products were under his purview at that

12          time.

13   Q.     Okay, and what products were that?

14   A.     I don't remember.

15   Q.     Do you know if he was in charge of ordering barrels

16          for Shooters Connection at any time?

17   A.     I cannot tell you what Mike was in charge of

18          ordering.  It's been a long time.

19   Q.     You said he left in 2016, correct?

20   A.     Yeah.

21   Q.     After Mike left did somebody replace him?

22   A.     No.

23   Q.     Nobody replaced Mike?

24   A.     No.  Me.

25   Q.     And at one point did you hire a John Vlieger?



Charles Bradley
07/20/2022                                    Page 13

```
 1   A.   John Vlieger?

 2   Q.   Vlieger, is that how it's pronounced?

 3   A.   Yes, yes.

 4   Q.   Yes, Mr. Vlieger.

 5   A.   Vlieger, yes.

 6   Q.   Did you hire Mr. John Vlieger?

 7   A.   Yes, I did hire John Vlieger.

 8   Q.   When did you hire John?

 9   A.   When?

10   Q.   Yes, sir.

11   A.   I'd have to go back to the payroll records to tell

12        you exactly when.  Maybe January of '18 or '19.  I'd

13        have to go back and look.

14   Q.   So it was fairly recently?

15   A.   Yes.

16   Q.   But it wasn't after -- it wasn't immediately after

17        Mike Foley left?

18   A.   No.

19   Q.   What was Mr. Vlieger's responsibilities?

20   A.   He answered the phone, placed orders, picked orders,

21        processed orders, and he managed some product lines

22        like the ordering for certain product lines.  My

23        operation, what I did is I gave everybody a group of

24        product lines that they're responsible to maintain

25        inventory and order.
```



Charles Bradley
07/20/2022                                              Page 14

```
 1   Q.   What product lines was Mr. Vlieger in charge of?
 2   A.   Again, I don't know exactly which ones.  I do know
 3        that he was involved with ordering KKM barrels.
 4   Q.   KKM barrels?
 5   A.   Yes.
 6   Q.   It's K-K and then M, the letters?
 7   A.   Yeah.  And you know what, I'm going to have to take
 8        that back, because Barry may have been the one that
 9        was ordering the KKM barrels, and John just got
10        involved in talking to Luke about the barrel that
11        Shay requested us make for him.
12   Q.   So you're not sure if John was ordering KKM barrels
13        or not?
14   A.   I think he was ordering the new barrel with the rib
15        on it that Shay asked us to make for him.
16   Q.   So it's your testimony that Shay asked you to make
17        that barrel for him?
18   A.   Oh, yes.
19   Q.   Okay.  And was anybody else involved in the
20        development of that barrel?
21   A.   Shay was.
22   Q.   Any other gunsmiths?
23   A.   Don Fredenhagen, I think, got some samples and maybe
24        Pat Rafferty, because Pat Rafferty was John
25        Vlieger's personal gunsmith.  So John sent barrels
```



Charles Bradley
07/20/2022                                    Page 15

1              out to a couple different gunsmiths to look at,

2              including Shay, so they checked off on the prototype

3              and okayed production of.  That's what we went with.

4    Q.    And you said somebody else may have been involved in

5          ordering KKM barrels?

6    A.    Barry, Barry orders them now.

7    Q.    Barry who?

8    A.    Barry West.

9    Q.    And how long has Barry West been with you?

10   A.    Since 2007, I think, but don't hold me to that.

11   Q.    Anybody else order KKM barrels?

12   A.    Not that I know of.

13   Q.    Do you have an IT department, information technology

14         department, that handles your computers?

15   A.    Me.  And I reach out to other sources when I need

16         to, like my hosting company that runs the web pages

17         on the hosting company's platform, and he does the

18         hosting for that.  Sometimes if there's a problem

19         with the web page, I'll email him.

20   Q.    Who is him?

21   A.    Joe.  I can't think of his last name.  I can't

22         remember his last name right now.

23   Q.    Is Joe a vendor or is he an individual person that

24         works on his own?

25   A.    Yeah, he's an individual that works on his own.  He



Charles Bradley
07/20/2022                                    Page 16

```
 1              recently quit doing what he was doing and went to

 2              work for one of his clients.  So right now we're in

 3              the process of hiring a new company to do our web

 4              page.

 5    Q.        And how do you communicate with Joe?

 6    A.        Email or phone, if it's an emergency.

 7    Q.        Do you use your cell phone to call him?

 8    A.        Yeah.

 9    Q.        Can you look up in your cell phone right now and

10              tell me what his name is and what his phone number

11              is, please?

12    A.        Well, it's not in my phone.  I'd have to ask

13              somebody for that, because I don't have it right

14              now.

15    Q.        Who would you be asking for it?

16    A.        My sister, who actually sort of like an office

17              manager.  She handles the bookkeeping and some of

18              the stuff that goes on with UPS and FedEx.  She does

19              that kind of stuff.

20    Q.        What's your sister's name?

21    A.        Wendi.

22    Q.        I'm sorry?

23    A.        Wendi.

24    Q.        Wendi what?

25    A.        Wendi Hendren.
```



**Charles Bradley**
07/20/2022                                          Page 17

```
 1   Q.    Can you spell it, please?

 2   A.    H-E-N-D-R-E-N.

 3   Q.    And spell her first name?

 4   A.    W-E-N-D-I.

 5   Q.    And what's her phone number?

 6   A.    I'll have to look it up, too.  You can actually call

 7         the office line.  It's (502) --

 8   Q.    I want her number, please.

 9   A.    Her cell phone number?

10   Q.    Yes.

11   A.    Oh.  I don't know if I'm privy to give that out.

12   Q.    You have her cell phone number?

13   A.    Yes.

14   Q.    Then give it to me, please.

15   A.    What if I don't have her permission to give it to

16         you?

17   Q.    I'm not asking you for her permission, I'm asking

18         you for her phone number.

19               THE WITNESS:  John, do I have to give her

20         phone number?

21               MR. BENFORD:  Is it -- does she -- well,

22         let me ask it.  Does she use the number in any

23         connection with her job responsibilities at SCI?

24               THE WITNESS:  No, she uses her office

25         phone.  I can give you the office phone, and you can
```



Charles Bradley
07/20/2022                                    Page 18

1              call the office phone and you can get ahold of her.

2                        MR. BENFORD:  Okay, then I'm going to

3              instruct you not to release the number.

4                        THE WITNESS:  Okay.

5    BY MR. FIATO:

6    Q.    Is she in right now that you can go get the phone

7          number?

8    A.    She works remotely, so she's not here right now.

9          But if you call our office line you can ask for

10         Wendi, and you'll get Wendi.  She has a remote phone

11         on our system that it when rings into her place,

12         wherever she is, because her husband is a traveling

13         x-ray tech.  So wherever she is, she takes that

14         phone, plugs it in the internet and she gets phone

15         messages on it, gets phone calls on it.

16                       MR. BENFORD:  Pardon me, Rick, I'm going

17         to object to Mr. Bradley releasing any personal

18         phone numbers of his employees.  If the employees

19         need to be contacted, they can be contacted via

20         their work numbers.

21   BY MR. FIATO:

22   Q.    Give me the work number, please.

23   A.    (502) 570-4112.  Okay, I do have Joe.  Joe Payne is

24         the guy's name.  I looked it up through -- he used

25         to be my web page guy, and I do have his personal



Charles Bradley
07/20/2022                                   Page 19

```
 1          phone number.

 2   Q.     Give it to me, please.

 3   A.     (239) 851-3664.

 4   Q.     How do you spell his last name?

 5   A.     P-A-Y-N-E.

 6   Q.     And how long did he maintain your website for you?

 7   A.     Since, I think, in 2008.

 8   Q.     Sorry, 2008?

 9   A.     I think so.

10   Q.     And who at Shooters Connection would make any

11          changes to the website?  How would that process

12          work, I guess, is what I'm asking?

13   A.     I can make changes, Wendi -- Wendi's made changes.

14          I think when Foley was here, he was able to make

15          changes.  Any of my guys can go in and change

16          prices, and I think they can even change

17          descriptions.  They don't add products, because they

18          don't have the knowledge to do that.  That's me or

19          Wendi that does that.  But simple maintenance items,

20          like the amount of inventory and pricing, they can

21          change that.

22   Q.     Can John Vlieger make changes?

23   A.     He can make changes to the pricing and the inventory

24          numbers.

25   Q.     How about the description?
```



Charles Bradley
07/20/2022                                    Page 20

1    A.    I don't know if he could or not, but he wouldn't

2          because that wasn't his job.  It was Wendi's job or

3          my job to do that.

4    Q.    If any changes were made, either you or Wendi did

5          that?

6    A.    Pretty much for the description.

7    Q.    Is there a contract with John Payne?  I'm sorry,

8          Joe Payne.  Is it Joe or John?

9    A.    It's Joe.

10   Q.    Joe Payne.  There's no contract to service the

11         website?

12   A.    And I hope I gave you the right Joe Payne, because I

13         have another Joe Payne that I'm associated with.

14         And I looked at the phone number, and it looked like

15         it was a Florida phone number.

16   Q.    Is there another Joe Payne that you're associated

17         with?

18   A.    There is, when I was on the city council, and

19         Joe Payne is our director of planning and zoning.

20   Q.    So Joe Payne that does the website is located in

21         Florida?

22   A.    Yes.  I think this is his number.  I pulled it up on

23         my phone.

24   Q.    And then Joe Payne that's associated with --

25   A.    No, wait a minute.  No, the guy with planning and



**Charles Bradley**
07/20/2022                                                    Page 21

 1          zoning is Joe Cain.  I'm getting old, so it takes me

 2          a minute for my memory to click in, okay.

 3   Q.     So when the web page is changed, is there any record

 4          of those changes?

 5   A.     No.

 6   Q.     How do you effectuate the changes?

 7   A.     We just pulled up the product and we change it,

 8          whatever we need to change it to.

 9   Q.     So you have access to the website so that you can

10          change it individually or do you have to go through

11          John Payne -- Joe Payne?  I'm sorry.

12   A.     No, me and Wendi can do it ourselves.

13   Q.     Okay.  So you can actually do it yourself?

14   A.     Yes, yes.

15   Q.     How do you track when you need to change a

16          description of an item?

17   A.     So when we add a product we go to the manufacturer's

18          web page, and we take the manufacturer's description

19          and we paste it into our listing.  So we have the

20          same exact description as the manufacturer does.

21   Q.     Okay.

22   A.     The problem with that is I have some items that I've

23          had for 22 years, okay.  So if it's a product that I

24          added 22 years ago, it has a description that the

25          manufacturer had 22 years ago.  So we have no


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

Charles Bradley
07/20/2022                                        Page 22

1      process of keeping up as the manufacturer changes,

2      we don't always keep change.  Sometimes when the

3      customer will call us and say, now wait a minute,

4      your description doesn't match the manufacturer.

5      Then we'll go look at it, and then we'll change it.

6              But there's a lot of times when our

7      description doesn't match the manufacturer's

8      description because the process -- the manufacturer

9      changing theirs, we didn't change it, and we didn't

10     know they changed it.  So it's not always the same

11     description.

12  Q.  Do you have a process in which you attempt to change

13      the description on your website at any time?  In

14      other words, is there a regular process which you

15      review websites or you get descriptions from

16      manufacturers and you change that?

17  A.  No.

18  Q.  No.  And you have no way to track when you changed

19      something or when you didn't change something?

20  A.  No.

21  Q.  I want to refer you to Exhibit 1.  Tell me when you

22      have that, sir.

23  A.  Okay.

24  Q.  And you see the title of that document is, Defendant

25      Shooters Connection's amended responses to



Charles Bradley
07/20/2022                                    Page 23

1          plaintiff's second request for admissions, correct?

2    A.    Yes.

3    Q.    Okay.  And let's go to page 9.

4    A.    Okay.

5    Q.    Request number 51, I'm going to read it to you.

6          Tell me if I read it accurately, okay?

7    A.    Okay.

8    Q.    "Admit that in 2016 you advertised 1911 style KKM

9          barrels for sale on the SCI website."  There's a

10         response there.  Can you read that response?

11   A.    It says, admit.

12   Q.    Okay.  Request number 52 says, "Admit that in 2016

13         the 1911 style KKM barrels you advertised for sale

14         on the SCI website included the following

15         description.  All KKM barrels are made using U.S.

16         manufactured 416 stainless steel bar stock which is

17         then heat treated and vacuum tempered to 42 to 45

18         RC."  Can you read the response, please, sir?

19   A.    "SCI lacks the knowledge and information necessary

20         to either admit or deny this request.  Further, SCI

21         has made a reasonable inquiry, and the information

22         it knows or can readily obtain is insufficient to

23         enable it to admit or deny.  However, SCI does not

24         maintain copies of its previous websites, including

25         product descriptions.  Further, SCI sells over 4,000



Charles Bradley
07/20/2022                                        Page 24

1        products and obtains the product descriptions for

2        the manufacturer."

3   Q.   What is the reasonable inquiry SCI made to determine

4        whether it could admit or deny that request for

5        admission?

6   A.   I guess the question was asked whether we kept the

7        records.

8   Q.   No, the question was what was the reasonable inquiry

9        you made to request or deny that admission?

10  A.   Okay.

11  Q.   What did you do, sir?  What was the reasonable

12       inquiry?

13  A.   Maybe just inquiring thinking back that we don't

14       keep record of this, and I had no knowledge of what

15       steel it was.  I have no knowledge --

16  Q.   Sir, sir, I'm asking you what --

17                MR. BENFORD:  Objection.  The witness is

18       attempting to answer the question.  Please don't

19       interrupt him.  Thank you.

20  BY MR. FIATO:

21  Q.   Let me repeat the question for you.  What is the

22       reasonable inquiry you made to either admit or deny

23       this request for admission?

24  A.   Well, I tried to --

25                MR. BENFORD:  Hang on.  Objection, form,



Charles Bradley
07/20/2022                                    Page 25

```
 1            calls for a legal conclusion.  Go ahead and answer.
 2                       THE WITNESS:  Okay, so I read the
 3            question and I tried to think about a way to go back
 4            and look at this, and there was none.
 5   BY MR. FIATO:
 6   Q.       Did you call Joe Payne?
 7   A.       No.
 8   Q.       Why?
 9   A.       Because he doesn't keep record of old web pages.  We
10            just don't have that.
11   Q.       How do you know he doesn't keep a record of it?
12   A.       Well, I didn't ask Joe about it.  I didn't ask him
13            about it.
14   Q.       Why?
15   A.       Because I didn't think he kept a record of it.  Why
16            would he keep a record of it?
17   Q.       Why wouldn't he keep a record of it?
18   A.       He keeps a current up-to-date back-up, okay, and it
19            constantly does an update every day, the back-up
20            every day.  It re-writes back over it every day.  So
21            I had no reason to believe that he would even have
22            that.
23   Q.       Did you ever think that he might have the ability to
24            go back and look?
25                       MR. BENFORD:  Objection, form.  Go ahead
```



Charles Bradley
07/20/2022                                    Page 26

1      and answer.

2                   THE WITNESS:  No, I don't know.  I

3            wouldn't have any reason to know what Joe knows.

4      BY MR. FIATO:

5      Q.    But you never asked him?

6      A.    No.

7                   MR. BENFORD:  Form.

8      BY MR. FIATO:

9      Q.    Did you ask Wendi?

10                  MR. BENFORD:  Form.

11                  THE WITNESS:  No, I didn't ask Wendi,

12           because I know we didn't have it, okay.  So

13           everything Wendi does, I trained her.  Everything

14           everybody in here does, I trained them.

15     BY MR. FIATO:

16     Q.    Did you ask Wendi to ask Joe Payne if he would be

17           able to get --

18     A.    No, I didn't ask Wendi to ask Joe Payne.

19     Q.    So let me finish my question before you answer.

20     A.    Okay.

21     Q.    Did you ask Wendi if she asked Joe Payne if he would

22           be able to retrieve this information?

23     A.    No.

24     Q.    Please go to request number 53.

25     A.    Okay.



Charles Bradley
07/20/2022                                    Page 27

```
 1   Q.    It reads, "Admit that subsequent to 2016 you removed

 2         the following description from the 1911 style barrel

 3         you advertised for sale on the SCI website.  Quote,

 4         'All KKM barrels are made using U.S. manufactured

 5         416 stainless steel bar stock which is then heat

 6         treated and vacuum tempered to 42 to 45 RC.'"

 7         Please read your response.

 8   A.    The response was an objection that my attorney made.

 9   Q.    I'm asking you to read the response, sir.

10   A.    "Objection.  The term subsequent to 2016 is vague,

11         ambiguous and confusing.  Without waiving these

12         objections SCI admits that it removed the above

13         cited language some time after this lawsuit was

14         filed in order to conform with KKM's specification.

15               SCI further states that it only

16         advertised the product specifications which were

17         provided by KKM.  Some time after this lawsuit was

18         filed, KKM modified its product specifications with

19         regard to 1911 barrels, removing the above cited

20         language.  Consequently, SCI then changed its

21         advertised specifications of these barrels to

22         conform to KKM's new specifications."

23   Q.    So this description that says all KKM barrels are

24         made using U.S. manufactured 416 stainless steel bar

25         stock which is then heat treated and vacuum tempered
```



**Charles Bradley**
07/20/2022                                    Page 28

1      from 42 to 45 RC, you received from KKM directly?

2   A.    **If it was on their web page when we put our**

3         **description up, we would have received it from KKM**

4         **directly.**

5   Q.    So here KKM is telling you that they make their

6         barrels out of 416 stainless steel bar stock,

7         correct?

8   A.    **Well, that's what that says, but I can't tell you it**

9         **was even there.  Like I said, some of these barrels**

10        **have been on our web page for 20 years.**

11  Q.    Sir, you're not answering my question.  My question

12        was, you got that information from KKM that they

13        made their barrels out of 416 stainless steel bar

14        stock?

15              MR. BENFORD:  Objection, form.  Go ahead

16        and answer.

17              **THE WITNESS:  I can't tell you what we**

18        **got from KKM back then.**

19  BY MR. FIATO:

20  Q.    Well, your answer says, "SCI further states it only

21        advertised the product specifications which were

22        provided by KKM."

23  A.    **Correct, and I explained that.**

24  Q.    So you got that from KKM.  You didn't make it up,

25        did you?



Charles Bradley
07/20/2022                                      Page 29

1    A.     I explained earlier that time changes, manufacturers

2           change the descriptions, and we don't catch up with

3           it.

4    Q.     I'm not asking you about time.  I'm asking you where

5           you got the description.

6                      MR. BENFORD:  Objection, form.  Rick --

7                      MR. FIATO:  What's your objection?

8                      MR. BENFORD:  -- please allow the witness

9           to answer the question without interrupting the

10          witness.

11                     MR. FIATO:  Well, he needs to answer the

12          question and not repeat his answers he's given me

13          before.

14                     MR. BENFORD:  He's already answered it,

15          and he's trying to explain it.  You just keep asking

16          it different ways.

17                     Mr. Bradley, go ahead and answer the

18          question.

19                     THE WITNESS:  Please repeat the question.

20   BY MR. FIATO:

21   Q.     You got the specifications that KKM barrels are

22          manufactured using U.S. manufactured 416 stainless

23          steel bar stock from KKM?

24   A.     If we had that description we would have got it from

25          KKM.



HANSON RENAISSANCE
COURT REPORTERS & VIDEO     hansonreporting.com
313.567.8100

**Charles Bradley**
07/20/2022                                    Page 30

```
 1   Q.   Thank you.  And you said some time after this

 2        lawsuit -- the answer says, I should say, some time

 3        after this lawsuit was filed, KKM modified its

 4        product specifications with regard to 1911 barrels,

 5        removing the above cited language?

 6   A.   Okay.

 7   Q.   So are you saying that you changed the language on

 8        your website after this lawsuit was filed?

 9   A.   I didn't do it myself, but I believe Wendi went and

10        changed all the descriptions to match KKM's after

11        the lawsuit was filed.

12   Q.   After the lawsuit was filed?

13   A.   Yes.

14   Q.   Okay.

15   A.   There were several different processes changed.

16   Q.   So after the lawsuit was filed, sir --

17   A.   Please repeat.

18   Q.   I said after the lawsuit was filed --

19   A.   Okay.

20   Q.    -- lawyers on your behalf filed a motion to

21        dismiss.  Do you recall that?

22   A.   That would be something my lawyer would handle.

23   Q.   Okay.  I'd like you to go to Exhibit 30, please.

24   A.   Okay.

25   Q.   So this Exhibit 30, if you go to page 1, it says
```



Charles Bradley
07/20/2022                                        Page 31

```
 1          Defendant's Joint Motion to Dismiss Plaintiff's

 2          Amended Complaint.  Do you see that?

 3    A.    On page 1?

 4    Q.    Page 1, sir.

 5    A.    Okay.

 6    Q.    Now I'd like you to go to page 4.

 7    A.    Okay.

 8    Q.    Do you see it says, little e, "Count II must be

 9          dismissed as plaintiff's misleading advertising

10          count fails as it necessarily relies on the

11          representation of another website."  Do you see

12          that?

13    A.    Yes.

14    Q.    Okay.  Let's go down to the second paragraph,

15          there's a highlighted portion.  Can you read that

16          highlighted portion for me, sir?

17    A.    It says, "Here plaintiff's attempt to attribute

18          statements made from KKM's website to Shooters,

19          despite neither statements regarding Rockwell

20          hardness (RC) nor any references to 416R gun barrel

21          steel on Shooters Connection website."

22    Q.    So this was filed after the lawsuit was filed.  This

23          motion to dismiss was filed after the lawsuit was

24          filed, and here it is saying that there were no

25          references to 416R stainless steel bar stock on the
```



Charles Bradley
07/20/2022                                    Page 32

1        KKM Shooters Connection's website?

2                    MR. BENFORD:  Objection, form, calls for

3        a legal conclusion.  Please answer.

4   BY MR. FIATO:

5   Q.   As a factual matter, that's true, sir, correct?

6   A.   **Let me read it.  Can I read it?**

7   Q.   You just did.  Please read it again.

8   A.   **Okay.**

9                    MR. BENFORD:  Same objection.

10                   **THE WITNESS:  Okay, now the question, now**

11       **that I've read it solely?**

12  BY MR. FIATO:

13  Q.   So after the lawsuit was filed and before the

14       lawsuit -- let me strike that.

15                   Before the lawsuit was filed, there was

16       no references to 416R gun barrel quality steel on

17       the Shooter Connection website, was there?

18  A.   **I don't have knowledge of that.  I don't know.**

19  Q.   Your lawyers are arguing that there wasn't.

20                   MR. BENFORD:  Objection, objection.  Hang

21       on, hang on.  Mr. Bradley, please, please pause for

22       about a second to allow me to interpose an

23       objection, okay?

24                   **THE WITNESS:  Okay.**

25                   MR. BENFORD:  All right.  Objection,



Charles Bradley
07/20/2022                                  Page 33

```
 1              form.  You can go ahead and answer.

 2                      THE WITNESS:  Okay, I have no knowledge

 3              what was on the web page on every single listing of

 4              every barrel before the lawsuit.  After the lawsuit

 5              I told Wendi to change all the descriptions to match

 6              KKM's.

 7   BY MR. FIATO:

 8   Q.    When did you do that?

 9   A.    After the lawsuit.

10   Q.    And you told her to match KKM's?

11   A.    After the lawsuit.

12   Q.    When?

13   A.    After the lawsuit.

14   Q.    What date?

15   A.    Don't know.

16   Q.    Go to page 21 of Exhibit 30, please.  Tell me when

17         you're there.

18   A.    I'm working on it.  What page?

19   Q.    30, I'm sorry, 21.

20   A.    Okay.  Page 21?

21   Q.    Page 21.

22   A.    The Certificate of Service?

23   Q.    Yes, sir.

24   A.    Okay.

25   Q.    You see there -- I'm going to read it for you.  It
```



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

```
1              says, "I hereby certify that on January 25, 2021, I

2              electronically filed the foregoing document with the

3              clerk of the court using the CMC -- I'm sorry, the

4              CM/ECF," period.  You see that, sir?

5    A.        Yes.

6    Q.        Do you have any reason to dispute that that was

7              filed on that date, sir?

8    A.        No.

9    Q.        Do you have any reason to dispute your lawyer's

10             arguments that there was not a description or any

11             reference to 416R gun barrel quality steel on the

12             Shooter Connection website on the date they filed

13             that?

14   A.        I can't tell you whether --

15                  MR. BENFORD:  Objection, form, calls for

16             a legal conclusion.  Go ahead and answer.

17                  THE WITNESS:  I can't tell you whether

18             there was or there wasn't and on which barrel it was

19             or wasn't.  I can tell you that after this happened

20             I told Wendi to match KKM's descriptions.

21   BY MR. FIATO:

22   Q.        The question was, did you have any reason to dispute

23             your lawyer's arguments, sir?  That's the question,

24             yes or no?

25                  MR. BENFORD:  Same objection.  Go ahead
```

Charles Bradley
07/20/2022                                    Page 35

```
 1          and answer.
 2                    THE WITNESS:  I have no reason to dispute
 3          their arguments.
 4   BY MR. FIATO:
 5   Q.     Okay.  And you told Wendi to match the KKM
 6          description, correct?
 7   A.     I did.
 8   Q.     I'm going to refer you back to Exhibit 1, sir.  I
 9          want to refer you back to the last page of that
10          exhibit, which is a Shooters Connection -- a copy of
11          a Shooters Connection website page advertising a KKM
12          .335 caliber bull barrel five inches.  Do you see
13          that, sir?
14   A.     Okay.
15   Q.     Take a minute and review that, that document,
16          please.  Review the description.
17   A.     Okay.
18   Q.     Have you read it all?
19   A.     I've read the last paragraph which is probably what
20          you're looking at.
21   Q.     Go ahead and read it all.
22   A.     Do you have a question?
23   Q.     I will have a question once you tell me you've read
24          it.
25   A.     Okay, I read it.
```



**Charles Bradley**
07/20/2022                                          Page 36

 1    Q.    So you told Wendi to match the KKM description on

 2          your website, correct?

 3    **A.    Yes.**

 4    Q.    Can you tell me here where it describes the type of

 5          steel used to manufacture the KKM barrels that you

 6          sell to the public?

 7    **A.    Well, it says at the bottom, it says all KKM barrels**

 8          **are made using U.S. manufactured 416 stainless steel**

 9          **bar stock, heat treated --**

10    Q.    Mr. Bradley, you're on the wrong page.  Flip it over

11          one more time.  There's another website.

12                MR. BENFORD:  I'm sorry, Rick, which page

13          are we referring to?

14                MR. FIATO:  It's the last page in the

15          exhibit.  Unfortunately, it is not a page number,

16          but it's this one right here.

17                MR. BENFORD:  It's page 15 of the P --

18          okay, of the PDF.  Thank you.

19                MR. FIATO:  Yeah, page 15.

20                **THE WITNESS:  Okay.**

21    BY MR. FIATO:

22    Q.    Take a minute to review that, sir.

23    **A.    Okay.**

24    Q.    Can you tell me anywhere in this description on this

25          web page where it advertises the type of steel KKM



Charles Bradley
07/20/2022                                    Page 37

```
 1          uses to manufacture the barrels that you were

 2          selling to the public?

 3    A.    This ad doesn't say that.

 4    Q.    But you told Mary -- Wendi, I'm sorry, you told

 5          Wendi to match KKM's advertisement, that's your

 6          testimony, correct?

 7    A.    After the lawsuit was filed, okay, I told her to

 8          match KKM's description.  And I recall a discussion

 9          I had with Luke on the phone that we were going to

10          change some things up, I changed some wording on my

11          web page as far as legal stuff.  There was different

12          processes.  He went -- he started testing every

13          barrel, and every barrel we get from him now has a

14          hardness stamp on it, just so this won't happen

15          again, okay.  I did tell her to change the

16          descriptions.

17    Q.    And did she change the description?

18    A.    As far as I know.

19    Q.    Is it your testimony that the description of this

20          website, as found on this page, is different than

21          the description on your website?

22    A.    I don't have knowledge of that without going and

23          looking back myself on it, okay.  What date was this

24          given?

25    Q.    I'm asking you, today there's a description of your
```



Charles Bradley
07/20/2022                                    Page 38

1    website.  Does it list the type of steel used by KKM

2    to manufacture the barrels that you sell to the

3    public?

4    A.    Okay, say that one more time, please.

5    Q.    Does your website advertise today the type of steel

6    KKM uses to manufacture the barrels that you sell to

7    the public?

8    A.    I have to go look.  I don't know.

9    Q.    So you can't dispute that it doesn't?

10   A.    No, I'd have to go to my web page, pull up the web

11   page and look at it.

12   Q.    And you can't dispute that prior to the lawsuit that

13   it didn't?

14   A.    No.

15   Q.    Could you explain to me why KKM's advertisement on

16   their website might be different from the

17   advertisement on your website?

18              MR. BENFORD:  Objection, form.  Go ahead

19   and answer.

20              THE WITNESS:  As I explained earlier,

21   stuff's been listed on my web page.  Some of the KKM

22   barrels have been listed on my web page for 20

23   years, and we would have listed it with the

24   description in place at that time.  Over the years

25   KKM's web pages and their descriptions changed, and



Charles Bradley
07/20/2022                                    Page 39

```
 1             then we don't update them unless we have reason to.
 2             And most of the time it's the customer who calls us
 3             and says, hey, yours doesn't match theirs.  So then
 4             we match it, okay.
 5                       So if things change over the years, we
 6             don't always keep up exactly.  Our web page isn't
 7             tied to their web page, so that's why there can be a
 8             difference between what theirs says and what ours
 9             says.
10   Q.        So what you're saying is some time after the lawsuit
11             was filed, that KKM changed the specifications for
12             their barrels?
13                       MR. MARI:  Objection to form.
14   BY MR. FIATO:
15   Q.        Correct?
16   A.        I don't know what KKM did.  All I can tell you is I
17             instructed Wendi to match their description on our
18             web page.  I didn't even go read it.  I don't know
19             what it said.  I just told her to match their
20             description.
21   Q.        Sir, I want to refer you back to Exhibit 1, page 3
22             -- I'm sorry, page 10.  Request number 53.
23   A.        Where are we at?
24   Q.        Request number 53.
25   A.        Okay.
```



Charles Bradley
07/20/2022                                          Page 40

1    Q.    The response, fourth sentence down.  It says, "Some

2          time after this lawsuit was filed, KKM modified its

3          product specification with regard to 1911 barrels

4          removing the above cited language."

5                Your answer says, "KKM modified its

6          product specifications after the lawsuit was filed."

7          Do you have any reason to dispute that?

8    A.    **No, that was my understanding.**

9    Q.    Would Wendi know when the website was changed?

10   A.    **You might have to ask Wendi that.**

11   Q.    Do you know, sir, does Wendi keep records of

12         whenever she changes the website?

13   A.    **No.**

14   Q.    Do you know, sir, whether you would have emailed

15         Wendi and asked her to change the website?

16   A.    **No.**

17   Q.    Have you ever emailed Wendi and asked her to change

18         the website?

19   A.    **I don't know if I emailed her or just told her.**

20   Q.    I mean, the question is, have you ever emailed Wendi

21         and asked her to change the website?

22   A.    **I don't know.**

23   Q.    How long have you been selling KKM barrels, sir?

24   A.    **Over 20 years.**

25   Q.    You said that Shay Horowitz asked you to build a



Charles Bradley
07/20/2022                                      Page 41

```
 1          special barrel for him?
 2    A.    Yes.
 3    Q.    Okay.  And do you sell this barrel currently today?
 4    A.    Yes.
 5    Q.    And how do you know Shay Horowitz?
 6    A.    We met 10, 12 years ago, and he started buying parts
 7          from us.
 8    Q.    And did you work with him to develop this barrel
 9          that you sell on your website?
10    A.    John did.
11    Q.    John worked with him?
12    A.    Yes.
13    Q.    And did John work with any other gun builders?
14    A.    Yes.
15    Q.    Who?
16    A.    Like I said recently, just earlier, Don Fredenhagen
17          I believe was one, Pat Rafferty was another.  Who
18          would the other one be?  I can't remember who else
19          it would have been.  Might have just been the three
20          of them.
21    Q.    Were you involved in that process at all, sir, or
22          was it just John?
23    A.    It was just John, and he just gave me reports here
24          and there and telling me how it was going.
25    Q.    What did he tell you?
```



Charles Bradley
07/20/2022                              Page 42

1    A.    I remember one time he came in the office, he said

2          hey, I sent the barrel to Shay, he said he likes a

3          different radius on the rib and we're going to

4          change it to match what Shay wants on the rib.  And

5          then they did it.  I sent him another prototype, and

6          he checked off on it, so KKM started making them.

7    Q.    And has KKM altered that barrel in any way, as far

8          as the measurements on the rib or anything like

9          that?

10   A.    Not that I know of.

11   Q.    Okay, and you still sell this barrel, correct?

12   A.    Yes, I do.

13   Q.    And it's an exclusive barrel to SCI, isn't it?

14   A.    That barrel is.

15   Q.    So KKM makes this barrel exclusively to sell to

16         other gun builders, correct?

17   A.    You might want to rephrase that question.

18   Q.    Yeah, KKM makes this barrel exclusively for SCI to

19         sell -- so that you can sell that to other gun

20         builders?

21   A.    Right.  To clarify, the barrel with the rib on it,

22         okay.  That's the only barrel that we have an

23         exclusive on.

24   Q.    Okay.

25   A.    And only one length from what I understand.



**Charles Bradley**
07/20/2022                                    Page 43

```
 1   Q.   And Shay Horowitz helped you develop it in

 2        conjunction with other gunsmiths, right?

 3   A.   Yes.

 4   Q.   And you felt comfortable enough with Shay's

 5        recommendation that you would work with him on the

 6        building of that barrel -- strike that.

 7             You felt comfortable enough with his

 8        experience that you would work with him in

 9        conjunction with other gunsmiths to develop this

10        barrel with KKM?

11   A.   Yes, he's called me and asked me to make that

12        barrel.

13   Q.   When did he call you and ask you?

14   A.   I can't give you a date.

15   Q.   Was it some time in 2017?

16   A.   It may have been 2017 or 2018.  I just know that's

17        what -- I had asked KKM long ago to make the rib on

18        the barrel, and they didn't think there was enough

19        market for it.  So when Shay called me and asked me,

20        he said he was having trouble with Strayer Voigt

21        barrels being soft and he needed to get KKM barrels

22        with the rib on it.  And I said, well, I'll call

23        them and ask them, but I don't think they're going

24        to do it.  And then John got involved, and I think

25        John was pretty persistent with Luke and finally got
```



Charles Bradley
07/20/2022                                    Page 44

1         Luke to agree to do it.

2    Q.   Did you ever -- to your knowledge, sir, did John

3         ever reach out to gunsmiths with regard to what they

4         were looking for in a 1911 slide design?

5              MR. BENFORD:  Pardon me, Rick, are we

6         referring to John Vlieger?

7              MR. FIATO:  Yeah, Vlieger.

8              THE WITNESS:  Vlieger.

9              MR. FIATO:  Vlieger.

10             MR. BENFORD:  Vlieger, sorry.

11             MR. FIATO:  We butcher his name.  You and

12        I are both going to butcher it, I'm sure, several

13        times during this deposition.

14             MR. BENFORD:  Yeah, I'm sure that won't

15        be the only thing I butcher.

16   BY MR. FIATO:

17   Q.   The question for you, sir, is, do you know whether

18        John reached out to gunsmiths with regard to what

19        they were looking for in a 1911 slide design?

20   A.   1911 slide?

21   Q.   Yep.

22   A.   Yes, we were looking for a manufacturer to make

23        slides or to buy slides to carry for the gunsmith.

24        So John was buying slides from different

25        manufacturers and sending them to gunsmiths and



Charles Bradley
07/20/2022                                    Page 45

1          having them check them out.

2    Q.    And Shay Horowitz was one of those?

3    A.    I believe so.

4    Q.    And do you know was there ever an email from

5          John Vlieger to these gunsmiths indicating that they

6          wanted to talk to top level gunsmiths to see what

7          they wanted in a 1911 slide?

8    A.    Are you talking about an email from John?

9    Q.    Yes, sir.

10   A.    I'm not aware of that.

11   Q.    You mentioned earlier that Shay Horowitz made

12         allegations that another barrel manufacturer had

13         soft barrels?

14   A.    Yes, when he first called me he said he was having

15         problems with Strayer Voigt barrels being soft.  And

16         I was like hmm, I find that hard to believe, but

17         whatever.  If it's an opportunity for me to move in

18         on Strayer Voigt's business, I would.

19   Q.    When did he call you and tell you this?

20   A.    That's when he called me and asked me to make the

21         barrel.

22   Q.    So he called you to ask you to make the barrel?

23   A.    Yes.

24   Q.    Okay.  And at that time you're alleging that he said

25         that Strayer Voigt -- Strayer Voigt, is it?



Charles Bradley
07/20/2022                                          Page 46

1   A.   Yeah, Strayer Voigt, SV.

2   Q.   SV's barrels were soft?

3   A.   Yes.

4   Q.   What did he tell you?

5   A.   He said he was having problems with the barrels.

6   Q.   What kind of problems was he having?

7   A.   I can't remember specifically.  I just remember him

8        telling me that he was having problems with SV

9        barrels being soft, and he wanted KKM barrels.  He

10       wanted to see if KKM would make the rib, because at

11       the time I think he was buying Schuemann barrels

12       also, and Schuemann went out of business.  So we

13       couldn't get barrels from Schuemann.  The only place

14       to get a ribbed barrel was from SV.

15  Q.   SV was the only place to get that type of barrel?

16  A.   Yes.

17  Q.   Okay.  Were you aware that at one point John Vlieger

18       was talking with Shay Horowitz for him to -- of Akai

19       Custom Guns, for him to build Akai Custom Guns for

20       you to sell on the -- I'm sorry, strike that.

21            He was -- John Vlieger was in discussions

22       with Shay Horowitz because he wanted to see if he'd

23       be interested in building guns for SCI to sell on

24       its website?

25  A.   I knew that John had been reaching out to several



Charles Bradley
07/20/2022                                              Page 47

1        people about -- he was constantly trying to find

2        other avenues of products for us to carry.  So I'm

3        not surprised to hear that.  I saw part of it in

4        some of the documents today, and I'm not surprised

5        to see that.  I'm not going to dispute that John was

6        doing that.

7    Q.   So you're referring to Exhibit 2 where there's a

8         text message from John saying it's about you

9         building guns for us?

10   A.   Yeah, Exhibit 2 and Exhibit 3, I looked at earlier.

11   Q.   Let's move to Exhibit 3.

12   A.   Okay.

13   Q.   Describe Exhibit 3 for me, please.

14   A.   It's a Facebook post on our Shooters Connection web

15        page, sort of pimping Shay's gun and the use of the

16        new KKM Precision hybrid barrel.

17   Q.   Can you read the description after it says, Shooters

18        Connection, February 25, 2019?

19   A.   It says, "A beautiful gun from Shay Akai with the

20        new KKM Precision hybrid barrel."

21   Q.   Continue reading, please.

22   A.   "These barrels are available exclusively at Shooters

23        Connection, and we're happy to have them available

24        for customer builders like Akai Customs."

25   Q.   So in February 2019 you were promoting Akai Custom



**Charles Bradley**
07/20/2022                                                Page 48

```
 1         Guns, correct?
 2    A.   Well at that time, I mean Shay was our best
 3         customer.  Over ten years he was our largest
 4         customer.
 5    Q.   And for ten years he was building guns and buying
 6         parts from you?
 7    A.   Yes.
 8    Q.   And you were partnering with him to develop a
 9         barrel, correct?
10    A.   Pretty much.  I mean, he asked for the barrel, but
11         we were not partnering with him.  He was not a
12         partner, okay.
13    Q.   You were working with him?
14    A.   We were working with him.  He asked us to build a
15         barrel, and we built the barrel.  We made this ad on
16         Facebook to pimp both him as a customer and the
17         barrel.
18    Q.   You say what, pimp?
19    A.   Yeah, like advertising, like advertising.
20    Q.   You were advertising for both him and for you?
21    A.   Yeah.
22    Q.   And prior to February 25, 2019, you were also
23         working with Mr. Horowitz to get his ideas on what
24         gun builders would like to see in a 1911 slide?
25    A.   Yeah, we -- yeah, I've already explained that.
```



Charles Bradley
07/20/2022                                      Page 49

1   Q.    Yeah.  And you thought enough of his gunsmith

2         abilities and his gun building abilities to seek out

3         his advice?

4   A.    **Is that a question?**

5   Q.    Yes.

6   A.    **Okay.**

7   Q.    Correct?

8   A.    **I was more looking at finding out what he would buy.**

9         **We put it -- we showed it to him and see would you**

10        **buy this.**

11  Q.    And when you were working with him on the barrel,

12        you were taking his advice on what dimensions the

13        barrel had to be, correct?

14  A.    **We were not taking --**

15              MR. BENFORD:  Objection to form.  I'm

16        sorry, go ahead and answer.

17              **THE WITNESS:  We weren't taking his**

18        **advice, we were asking him what he wanted because we**

19        **wanted him to buy the barrels.**

20  BY MR. FIATO:

21  Q.    But he made changes to the dimensions which you and

22        KKM implemented, correct?

23  A.    **He made changes to the first rib that KKM made.  He**

24        **wanted to change the little -- the radius on the**

25        **rib, and we did that.**



Charles Bradley
07/20/2022                                            Page 50

1  Q.    And you thought highly enough of his expertise to

2        take his advice and make those changes?

3               MR. BENFORD:  Objection to form.  Go

4        ahead and answer.

5  BY MR. FIATO:

6  Q.    Correct?

7  **A.    We did it because that's what he wanted.**

8  Q.    You wouldn't do it if he didn't -- excuse me, you

9        wouldn't do it if he didn't know what he was doing,

10       would you?

11 **A.    Umm --**

12 Q.    That's a yes or no response, sir.

13 **A.    Actually, no, it's not.  We were trying to find out**

14      **what he wanted, how he wanted them so he would buy**

15      **them.**

16 Q.    Would you make a change to the barrel if it was

17       wrong?

18              MR. BENFORD:  Objection, form.  Please

19       answer.

20              **THE WITNESS:  It had nothing to do with**

21      **the quality of the barrel.  It had to do with the**

22      **cosmetics of what he wanted.  I remember having a**

23      **discussion with John over this and I said, well, you**

24      **need to poll your other gunsmiths and see if they're**

25      **willing to take it with that dimension change.**



**Charles Bradley**
**07/20/2022**                                    Page 51

```
 1   BY MR. FIATO:

 2   Q.     And did they take it with that dimension change,

 3          sir?

 4   A.     Apparently they did.

 5   Q.     So based on Mr. Akai's recommendations, KKM made the

 6          changes to that barrel, correct?

 7                 MR. BENFORD:  Mr. Akai, the witness,

 8          never testified -- it misstates prior testimony.

 9          The witness never testified there was a Mr. Akai.

10                 MR. FIATO:  Let me rephrase.

11   BY MR. FIATO:

12   Q.     Based on Mr. Horowitz's recommendations, KKM made

13          dimension changes to the barrel, correct?

14   A.     According to his recommendation they made the

15          dimension change to the barrel, yes.

16   Q.     And the barrel that you sell today is based on the

17          dimension changes provided by Shay Horowitz?

18   A.     As far as I know, it hasn't been changed back.

19   Q.     Why not?

20   A.     Well, the reason for the change is when Luke first

21          made the rib barrel, he made it according to the

22          Schuemann barrel specs, where Schuemann used to make

23          them.  Because a little tidbit of information, back

24          in the day KKM's -- Luke's dad, Kevin, was partners

25          with Will Schuemann of Schuemann barrels.  So they
```



Charles Bradley
07/20/2022                                    Page 52

```
 1            had a design already for the Schuemann barrels.

 2            When Strayer Voigt started making them, they started

 3            making the rib a little bit different, and Shay

 4            wanted to match the dimensions of the Strayer Voigt

 5            barrel.

 6   Q.       Can you spell it for her, please?

 7   A.       S-T-R-A-Y-E-R hyphen V-O-I-G-T.  I think they

 8            changed their name now to SV Infinity.

 9   Q.       Who is in charge of your Facebook web page?

10   A.       There is not a single person in charge.

11   Q.       So who would have placed this advertisement

12            promoting Shay Akai and the hybrid barrel?

13   A.       I can only speculate.

14   Q.       So you don't know who did this?

15   A.       I don't know for sure.  I speculate that it was

16            John.

17   Q.       John --

18   A.       Vlieger.

19   Q.       Vlieger.  And do you know, sir, is this

20            advertisement still up on your website?

21   A.       It might be.  I don't know.  I have to go look.

22            It's not on our website.  This is a Facebook page.

23   Q.       Do you know if it's still on your Facebook page?

24   A.       No, I don't know.

25   Q.       Do you have any reason to believe it's not on your
```



Charles Bradley
07/20/2022                                        Page 53

```
 1         Facebook page today?
 2   A.    No, same as I don't have any reason to believe it is
 3         there.  I don't know.
 4   Q.    If I told you it was there do you have any reason to
 5         dispute it?
 6   A.    No, I wouldn't be surprised.
 7   Q.    Who is the first gunsmith to fit this hybrid barrel
 8         that KKM produced?
 9   A.    I didn't get the first part of that question.
10   Q.    Who is the first gunsmith -- I'm sorry, who is the
11         first gun builder to install and then fit -- and fit
12         the hybrid barrel in one of his guns?
13   A.    I don't have a definitive answer to that, but I
14         would assume it would be Shay.  Actually, let me
15         take that back.  It might have been Pat Rafferty,
16         because John sent some of the sample barrels to
17         Pat Rafferty to make a gun for himself.
18   Q.    Do you know that for certain?
19   A.    No, I'm not going to say it for certain, just like I
20         wasn't certain about who was the first one.  I said
21         it could possibly be.
22   Q.    Can you describe the process for ordering KKM
23         barrels for me, please?
24   A.    We looked at our inventory sheet, we make up a
25         spreadsheet, we figure out how many we need and we
```



Charles Bradley
07/20/2022                                    Page 54

1          send an email to KKM.

2     Q.   So there's emails sent back and forth between

3          Shooters Connection and KKM every time that you

4          order a barrel -- barrels, correct?

5     A.   Yes.

6     Q.   Correct?

7     A.   Yes.

8     Q.   And have you produced these emails?

9     A.   Probably not, because they're not my emails.

10         They're one of my other people's emails.

11    Q.   Whose emails would they be?

12    A.   Whoever was ordering the KKM barrels at the time.

13    Q.   And so who would be the people that would order KKM

14         barrels?

15    A.   Barry West orders them now.  I would have to find

16         out who was ordering.  John probably ordered some,

17         too.  Now, I would have produced all of John's

18         emails from Shooters Connection that I had access

19         to.

20    Q.   Does John Vlieger still work for you?

21    A.   No.

22    Q.   When did he leave?

23    A.   January of 2020 or '19.  It had to be 2020.  I have

24         to pull up my payroll program and look.

25    Q.   Do you know why he left?


HANSON RENAISSANCE   hansonreporting.com
COURT REPORTERS & VIDEO        313.567.8100

**Charles Bradley**
07/20/2022                                          Page 55

 1  A.    Took a job with Mark 7.

 2  Q.    Was he fired?

 3  A.    No.

 4  Q.    Were you happy with the job he was doing at the time

 5        he left?

 6  A.    Yes.  I even asked him to come back to work.

 7  Q.    When did you ask him to come back to work for you?

 8  A.    Probably six months ago he stopped in here and we

 9        had a chat, and I asked him how it was going.

10  Q.    What did you talk about when he stopped in there?

11  A.    Talked about Mark 7 and his job and what he was

12        doing.  We talked a little bit about this, the case,

13        I guess.

14  Q.    What did you talk about for the case?

15  A.    Like the one email between -- text between -- that

16        he sent to Shay, I asked him about that.  I said,

17        what's this all about?  And he said, man, I don't

18        know, I was drunk that night.

19  Q.    What text did he send to Shay?

20  A.    It was one of the documents that was presented.  You

21        have it.  It's in the -- it's up here talking about

22        the different kind of metals.

23  Q.    He sent that to Shay?

24  A.    I believe he did.  It was either him or Dame.  It

25        might have been between him and Dame.  I don't



Charles Bradley
07/20/2022                                          Page 56

1    remember exactly.  I just remember seeing the

2    content of it, and I asked John about it.

3              He said, man, I don't know.  I was

4    talking to -- I believe it was Shay.  Oh, it was --

5    you know, you're asking me to remember all this

6    stuff that other people did, and it's hard for me to

7    do that.  But maybe it was a phone call that's in

8    the complaint that Shay says he talked to John and

9    this is what John said.

10             So I asked John about it, and he told me

11   he was drunk that night.  He didn't really recall

12   what he said.  Further than that, you'll have to

13   talk to John about it.

14   Q.   Okay.  Did he tell you that he was drunk when he

15        sent a text message to Michael Dame about the type

16        of steel?

17   A.   It may have been the same night, I don't know.  You

18        can look at the date on it, I guess.

19   Q.   I can tell you it wasn't the same night.

20   A.   Okay.

21   Q.   And my question was, did he tell you he was drunk

22        when he sent the text message to Michael Dame?

23   A.   I don't know if I knew about the text messages at

24        that point.

25   Q.   That's not my question.  My question is, did he tell



Charles Bradley
07/20/2022                                   Page 57

```
 1        you --
 2   A.   I'm talking --
 3   Q.   Sir, let me get my question out.  Did he tell you he
 4        was drunk when he sent the text message to
 5        Michael Dame indicating that there was a different
 6        type of steel used by KKM?
 7   A.   He didn't tell me specifically at that time.
 8   Q.   Did he tell you at any time?
 9   A.   He told me he was having a problem with alcohol at
10        the time, so I can't tell you what time he did what.
11        You'll have to ask him about that.
12   Q.   Okay.  So Barry West was involved possibly in
13        ordering KKM barrels, correct?
14   A.   I believe he orders them now.
15   Q.   And in 2017 who would have been involved in ordering
16        those barrels?
17   A.   I have to go back and check.
18   Q.   When did John Vlieger start working for you again?
19        Is it 2018?
20   A.   You want me to pull up my payroll program?  You got
21        time for that?
22   Q.   I do.
23   A.   Okay.  We don't use this anymore, but it covers when
24        John was here.  All right.  It's only letting me
25        pull up one year at a time.  Looks like he started
```



Charles Bradley
07/20/2022                                    Page 58

1       11-30 of -- November of 2017.

2   Q.  And so from November 30th of 2017 through January of

3       2020 did John -- was John Vlieger involved in

4       ordering KKM barrels?

5   A.  I know he was involved in ordering some of them.

6   Q.  And who else would have been involved in ordering

7       those barrels?

8   A.  I have to check.  I don't know.

9   Q.  How would you check?

10  A.  Just ask people.

11  Q.  And there would be emails back and forth between

12      your employees and KKM with regard to these barrels?

13  A.  Yeah.  I got his day he left was March 31, 2021.

14      Don't ask me to remember that later.

15  Q.  So the question I asked you was, there was emails

16      from your employees back and forth to KKM with

17      regard to barrel orders, correct?

18  A.  I don't know how much back and forth there would be.

19      Usually we just send the email and they filled the

20      orders.

21  Q.  So there would be emails?

22  A.  There would be emails sent with the order, yes.

23  Q.  Will you produce those emails?

24  A.  If I have them.  I don't know if they -- these

25      people have their own email address on their own



Charles Bradley
07/20/2022                                    Page 59

```
 1          computer, and a lot of times they delete them all.

 2          So if they have them we could produce them, it's

 3          just an order.

 4  Q.      Why would they delete emails?

 5  A.      Everybody has their own different way of doing it.

 6          I mean, I delete my received emails, but I don't

 7          delete my sent emails.

 8  Q.      How would the emails -- what are they on, are they

 9          on an SCI system?

10  A.      They're on their own personal computers.

11  Q.      With an SCI address?

12  A.      The email address?

13  Q.      Yes, sir.

14  A.      Yes.

15  Q.      And are those emails kept on an SCI server?

16  A.      Some are and some aren't.  And I'll tell you the

17          difference was when some of the people would set up

18          their emails they would set it up as a POP instead

19          of -- what's the other one.  There's different

20          modes.  One of them pulls the emails off the server

21          and puts them on the computer, and the other one --

22          I think the other one is IMAP.  And the other one

23          leaves them on the server, and we don't want them

24          left on the server because it takes up too much

25          space.  So I tell them to pull them off and put them
```



**Charles Bradley**
07/20/2022                                          Page 60

1          on their computers, which is what I did.

2    Q.    And from the initiation of this lawsuit until today,

3          have any emails been deleted?

4    A.    **Not intentionally from this lawsuit, no.  I provided**

5          **you everything that I could, that was asked for.**

6    Q.    You haven't provided these emails, though, correct?

7    A.    **For?**

8    Q.    The email -- I mean -- strike that.

9                   You haven't provided me emails from your

10         employees with regard to ordering KKM barrels, have

11         you?

12                  MR. BENFORD:  Objection, form, misstates

13         prior testimony.  Go ahead and answer.

14                  **THE WITNESS:  No, I would not have gone**

15         **and looked at their emails for orders.  I sent you**

16         **all the invoices for our orders.**

17   BY MR. FIATO:

18   Q.    But you didn't send me the emails associated with

19         those invoices, did you?

20   A.    **No, I sent you the orders.  I don't know if I have**

21         **the emails, okay.**

22   Q.    Will you go back and search and see if you have

23         those emails and produce them?

24   A.    **Yeah, yeah, no problem.  It's the order that made**

25         **the order of the invoices I already supplied to you.**



Charles Bradley
07/20/2022                                                    Page 61

1    Q.    Who is Luke McIntire?

2    A.    **Luke McIntire is -- I can't tell you what portion or**

3          **position he has with the company, but he's**

4          **affiliated with KKM.**

5    Q.    How long have you known him?

6    A.    **I don't know.  Probably -- I use to deal with his**

7          **dad, Kevin.  And after Kevin died I started dealing**

8          **with Luke, and I can't really tell you what date**

9          **that was.**

10   Q.    What are your dealings with him, with Mr. McIntire?

11   A.    **I buy barrels from him.**

12   Q.    So if you have a problem with a KKM barrel, you go

13         to Mr. McIntire?

14   A.    **In this one instance, yes, I did.**

15   Q.    Did you have any -- would you normally have

16         interaction with Mr. McIntire on a day-to-day basis?

17   A.    **No.**

18   Q.    Did you have any interaction with Mr. McIntire with

19         regard to the rib barrel that he produced in

20         conjunction with SCI and the other gunsmiths,

21         including Shay Horowitz?

22   A.    **No, John took care of all that.**

23   Q.    So you didn't have any day-to-day interaction with

24         him?

25   A.    **No.**



```
 1   Q.    How often would you speak with him on a monthly

 2         basis?

 3   A.    None.

 4   Q.    So when was the first time that you had conversation

 5         with him?

 6   A.    I may have talked to him a few times over the past

 7         years, but when the lawsuit or the demand letter

 8         came out, then I called him.  And I said, did you

 9         see this?  And that's when we first started really

10         talking.  And even then --

11   Q.    Go ahead.

12   A.    Go ahead.

13   Q.    I'm sorry, go ahead.

14   A.    I'm done.

15   Q.    And you don't have an understanding of what his

16         involvement with KKM is?

17   A.    I know he's Kevin's son, but he has a brother, too,

18         I think.  And I don't know if both brothers -- I

19         don't know their -- the structure in their company.

20   Q.    Okay.  And so would it have been John Vlieger who

21         would have interacted with KKM?

22   A.    Yes.

23   Q.    And would he have interacted with Mr. McIntire?

24   A.    Yes, far as I know.

25   Q.    And you weren't involved in that process, were you?
```



**Charles Bradley**
07/20/2022                                    Page 63

```
 1   A.   No, John was coming and making reports to me about

 2        what was going on, but I wouldn't hear about

 3        something, maybe every couple three weeks he'd come

 4        in and give me a heads up on it, that's it.

 5   Q.   So you weren't personally involved in any of the

 6        conversations that John Vlieger and Luke McIntire

 7        had, were you?

 8   A.   As far as us having a three-way conversation, no.

 9   Q.   So you can't really tell me what those conversations

10        were, except for the reports that Mr. Vlieger would

11        give to you?

12   A.   That would be fair, that I didn't know what was

13        being discussed between the two of them.

14   Q.   Okay.  And you had no personal knowledge of that?

15   A.   No.

16   Q.   Those discussions?

17   A.   Just his reports to me.

18   Q.   When KKM barrels were ordered, were you copied on

19        any of those emails?

20   A.   I'm not going to say no, because I can't

21        definitively say no, but probably not.

22   Q.   Did you do a search to see if you had emails with

23        regards to KKM orders?

24   A.   I did a search for all the emails that I had between

25        me and Luke and John, and I provided all those.
```



Charles Bradley
07/20/2022                                          Page 64

```
 1   Q.   Who is Michael Dame?

 2   A.   Well, he's a Canadian that I knew a long time ago

 3        from shooting matches up in Michigan, Ohio.  He'd

 4        even come down here, and then I guess he moved.  He

 5        moved to Kentucky, and he's a shooter.

 6   Q.   Shooter in what?

 7   A.   Mostly USPSA, but, you know, I don't know everything

 8        he shoots in.

 9   Q.   Do you have his phone number?

10   A.   Yeah.

11   Q.   Can I have it, please?

12   A.   Again, we've already addressed personal phone

13        numbers.

14   Q.   No, I'd like -- that was a personal phone number for

15        your employees.  I need the phone number for

16        Mr. Dame.

17             MR. BENFORD:  Mr. Bradley, please

18        disclose that number, if you have it.

19             THE WITNESS:  Here's the number I have

20        for him.  (502) 550-3138.

21   BY MR. FIATO:

22   Q.   Do you have his home address?

23   A.   No.  I could probably get it.  If you want me to get

24        it, I could probably get it.

25   Q.   I do want you to get it, please, sir.
```



**Charles Bradley**
07/20/2022                                                    Page 65

1   A.    That would be divulging one of my customer's

2         information.

3   Q.    There is a protective order in place?

4               (A brief recess was taken)

5   BY MR. FIATO:

6   Q.    Were you able to find that, Mr. Bradley?

7   A.    I'll tell you what I found.  I found his last order

8         with me was August 27, 2020, and the address he used

9         for a billing address was 228 Mandarin Court,

10        Shepherdsville, Kentucky 40165.

11  Q.    Do you know whether that is his employer or his home

12        address?

13  A.    I have no idea.

14  Q.    Okay, fair enough.  And you said you knew him

15        through shooting USPSA matches in Michigan, Ohio and

16        some in Kentucky?

17  A.    All over.  I probably saw him at nationals, I mean

18        he travels all --

19  Q.    Can you explain what nationals are, please, sir?

20  A.    What?

21  Q.    Can you explain what nationals are, please, sir?

22  A.    Nationals are USPSA National Championships.  We both

23        traveled to all kinds of matches, and we ran into

24        each other.

25  Q.    You ran into each other.  Prior to October of 2019



1        how often would you speak with Mr. Dame?

2   A.   Not very often.  I mean, sometimes he'd come in the

3        shop to pick something up, but it's been a long time

4        since he's been here.  The only other --

5   Q.   Go ahead, I'm sorry.  I interrupted.

6   A.   The only other time that I talked to him through

7        Facebook messages was, there was a local guy who

8        ripped me off and he also ripped a bunch of other

9        suppliers off, and he shot at one of the same clubs

10       that Dame shot at.  So Dame sort of went on an

11       attempt to try to uncover this guy and out him,

12       because he was a thief.  Sort of like what -- Dame's

13       a little bit of a -- I'll reserve my comments on

14       him.

15  Q.   Okay, that's fine.  So was Dame -- this gentleman

16       who you are alleging that -- what did he do?  Did he

17       not pay you or what happened?

18  A.   His -- the way he would operate is he would order

19       stuff, and then he would claim he never got it and

20       he'd want a refund.

21  Q.   I see.  So he was trying to take advantage of you?

22  A.   Oh, he did.  And he eventually paid me.  He

23       eventually just -- because, you know, I would -- I

24       would -- people around here, I talked -- I called

25       other vendors.  I called Speed Shooters.  I called

Charles Bradley
07/20/2022                                    Page 67

1         Dawson.  I called Angus at CZ, I called somebody
2         else and asked them if they knew anything about this
3         guy, because he also tried to rip off MBX that I was
4         involved with a little bit.
5    Q.   What is MBX?
6    A.   MBX is a company that makes magazines and parts.
7    Q.   And Angus is Angus Hobdell?
8    A.   Yeah, Angus Hobdell.  So all these people said,
9         well, yeah, he got us, too.
10   Q.   Okay.  And so you discussed this scam that this guy
11        was pulling on you with Michael Dame?
12   A.   Yeah, Michael Dame pointed out that one of the other
13        guys had uncovered that he had done the same thing
14        with a company called Joe Bob Outfitters, and he
15        said he didn't get this scope.  Then he posted on
16        Facebook later that day that his new scope that he
17        put on his rifle.  So, you know, it was just that
18        kind of stuff, trying to out this guy that was a
19        crook.
20   Q.   And was Mr. Dame helping you out in investigating
21        this guy?
22   A.   I wouldn't say he was helping me out.  He was moreso
23        helping the whole industry out, uncovering a thief,
24        you know.  One thing about --
25   Q.   Did he have communication with these other entities



**Charles Bradley**
07/20/2022                                           Page 68

```
 1        that this guy was allegedly scamming?

 2   A.   Who?

 3   Q.   Did Dame contact these other entities?

 4   A.   I don't know if he did or not.

 5   Q.   Okay.  Did Mr. Dame go on social media and post

 6        anything about this individual?

 7   A.   Probably.  I don't know for sure, but probably.

 8   Q.   Did you ever ask him to do that for you?

 9   A.   No.

10   Q.   Okay.  And so then other than what we've already

11        discussed as far as your contact with Mr. Dame prior

12        to 2019, would you talk to him other than the

13        matches and this one instance with this individual

14        you discussed where you were having Facebook

15        messages, how often would you have contact with him?

16   A.   Outside of that?

17   Q.   Prior to 2019, yes, sir, outside of that.

18   A.   We wouldn't.  I mean, we would maybe butt heads on

19        Facebook posts to other people.  And he's an

20        atheist, okay, and I'm not.  I'm a believer, and we

21        would get in arguments about Christianity and

22        whether God exists, and he's pretty -- he's pretty

23        hard-core atheist.  I mean, him and some of his

24        buddies get on Facebook, and I would get involved

25        with them and argue with them about it.  And I
```

Charles Bradley
07/20/2022                                    Page 69

1          finally just blocked them, because I didn't want to

2          deal with -- I didn't want to see any of his stuff

3          because I was tired of arguing with him.

4     Q.   So you blocked him?

5     A.   Yes.  But --

6     Q.   How long was the block?

7     A.   Blocked him or unfollowed him, whatever it does

8          where I don't see his posts on Facebook.

9     Q.   Oh, I see.  So you didn't block him, you unfollowed

10         him?

11    A.   Probably.  I think I did block him at one time.  And

12         I think he may have called me and said, hey, you

13         know, at least you talk to me on Facebook or

14         something.  So I must have unblocked him when we

15         were doing that Chris Chance deal.  I don't even

16         remember.

17    Q.   Doing the what, sir?

18    A.   Chris Chance, the guy that was the crook.

19    Q.   Okay.  So that's the individual who was doing the

20         scamming?

21    A.   Yeah, who actually admitted to me he was doing the

22         scamming and paid me later.

23    Q.   Who's Mr. -- who's Timothy Mekosh?

24    A.   I have never met him personally.  I don't even know

25         if I've talked to him on the phone personally.  It's



Charles Bradley
07/20/2022                                    Page 70

 1              a character that's out there on Facebook.  I guess

 2              Dame and him are friends and know each other.

 3   Q.         You've never had a personal conversation with

 4              Timothy Mekosh?

 5   A.         I've probably talked to him on the phone about the

 6              lawsuit, when the lawsuit was filed.

 7   Q.         Probably or you did?

 8   A.         Probably.  I would say, I did.  I can't tell you

 9              when, how many times or what it was about because it

10              was very infrequent.

11   Q.         And prior to October of 2019 did you have any

12              interaction with Mr. Mekosh?

13   A.         I don't think so.  I didn't know who he was.

14   Q.         You didn't know who he was.  You didn't know him by

15              the Facebook name of Bagger?

16   A.         I do now, but I didn't then.

17   Q.         You didn't then?

18   A.         Yeah.

19   Q.         He never sent you a Facebook message and he said who

20              is -- is this a new identity?

21   A.         With who?

22   Q.         With Mr. Mekosh?

23   A.         I don't recall that.

24   Q.         Okay.  We'll talk about that later.

25   A.         Okay.


HANSON RENAISSANCE
COURT REPORTERS & VIDEO   hansonreporting.com
313.567.8100

**Charles Bradley**
07/20/2022                                          Page 71

```
 1   Q.   How long have you known Mr. Mekosh?
 2   A.   I can't say I even know him.  I mean, it's -- he
 3        came up in this case deal, and he also did some
 4        stuff with the Chris Chance thing on Facebook, but I
 5        don't know him personally.
 6   Q.   What did he do with this Chris Chance thing on
 7        Facebook?
 8   A.   He just got involved with the -- looking up
 9        information and posting stuff in forums.  I don't
10        even know all he did.  You'd have to ask him about
11        that.
12   Q.   Was he communicating with you about Chris Chance?
13   A.   I can't tell you for sure.
14   Q.   When did this Chris Chance deal come up?
15   A.   Maybe five or six years ago.
16   Q.   And was he doing anything for you in this
17        Chris Chance deal, posting on social media, doing
18        anything like that?
19   A.   No, he wasn't doing anything for me.  He was with
20        Dame, and they were just trying to out a thief in
21        support.
22   Q.   So prior to 2019, how often would you speak with
23        Mr. Dame?
24   A.   I think I already answered that.
25   Q.   I'm sorry, Mr. Mekosh, how often would you speak
```



Charles Bradley
07/20/2022                                        Page 72

1        with Mr. Mekosh prior to 2019?

2    A.  I can't say I ever did speak with him.

3    Q.  How often would you communicate with him?

4    A.  I can't say I ever did.  I don't know him.  Until

5        this came up, I didn't really know who he was.

6    Q.  Prior to 2019 you had no contact with Mr. Mekosh?

7    A.  If I had any, it would have been with the

8        Chris Chance.  He was mixed in with the Chris Chance

9        deal.  I personally do not know Tim Mekosh.  I

10       didn't know him before.  I don't socialize with him.

11   Q.  Have you ever shot with him?

12   A.  Not that I know of.

13   Q.  So if Mr. Mekosh were to walk into your office right

14       now, you wouldn't know whether it was him or not?

15   A.  I wouldn't know who he was.

16   Q.  Okay.  Was Mr. Dame ever employed by Shooters

17       Connection?

18   A.  No.

19   Q.  Have you ever given him free merchandise?

20   A.  No.

21   Q.  Have you ever given Mr. Mekosh free merchandise?

22   A.  No.

23   Q.  You said Mike Foley used to work with you until

24       2017?

25   A.  In 2016.



**Charles Bradley**
07/20/2022                                    Page 73

1   Q.    2016?  What's Mr. Foley's phone number, please?

2   A.    (859) 619-0763.

3   Q.    And I may have asked this before, but do you know,

4         did he have dealings with KKM on your behalf while

5         he was employed with you, sir?

6   A.    Who, Mike Foley?

7   Q.    Yes, sir.

8   A.    I don't think so.  I just talked to Barry when we

9         had the break.  I went out and talked to Barry.  He

10        does have emails where he orders stuff from KKM all

11        the way back to 2012, and he said there was a break

12        between -- when John Vlieger came on, that

13        John Vlieger took over ordering KKM.  And then when

14        John left, Barry started doing it again.  So he's

15        got all those emails of all the orders that we sent

16        to KKM, and we will produce those.

17  Q.    Okay, so John Vlieger took over the ordering of the

18        barrels --

19  A.    While he worked for me.

20  Q.    During the time that he worked for you?

21  A.    Yes.

22  Q.    And did you do any of those -- do any ordering or

23        was it all John?

24  A.    It was all John.

25  Q.    So he handled all of that?



Charles Bradley
07/20/2022                                    Page 74

 1   A.   You know, if you find some rare email where I --

 2   Q.   Please, sir, I'm not trying to trap you.  I'm just

 3        trying to understand what it is.

 4   A.   Well, I feel like you are sometimes, okay.  So if

 5        there may be one that you find that I sent, it is a

 6        rare thing.  But as a matter of practice, I did not

 7        order barrels.

 8   Q.   Right.  By and large, John did that.  He handled

 9        that?

10   A.   Yes.

11   Q.   You weren't involved in that?

12   A.   Correct.

13   Q.   You can't speak to any of that because you have no

14        personal knowledge of it, correct?

15   A.   Right.

16   Q.   So Mr. Foley left in 2016.  What was the reason for

17        his departure from SCI?

18   A.   He ran for USPSA president.  And I told him if he

19        won the election, he could no longer work for me

20        because he wouldn't be completely dedicated to me if

21        he did that, and he agreed.  So when he won the

22        election, he left.

23   Q.   Okay.  And do you know how long he served as USPSA

24        president?

25   A.   I think it was five years, six.  He just got kicked



Charles Bradley
07/20/2022                                    Page 75

1           out, so -- I think it was five years.

2    Q.    When you say, kicked out, what do you mean?

3    A.    **The board removed him.**

4    Q.    They removed him?

5    A.    **Yeah.**

6    Q.    Why did they remove him, if you know?

7    A.    **It depends on who you ask about that, but officially**

8          **it was because he got into an argument and called**

9          **one of the competitors at a match a few cuss words.**

10   Q.    Was Mr. Foley ever an investor in Shooters

11         Connection?

12   A.    **No.**

13   Q.    He's never owned any interest in your company, sir?

14   A.    **No.**

15   Q.    And you're the only one that's ever owned any

16         interest in that company?

17   A.    **Yes.  Well, I take that back.  Back in the late**

18         **'90s, I gave part ownership to my brother, which I**

19         **bought him out in '99.  And it was never really**

20         **official stock ownership, it was just a verbal**

21         **agreement with him.**

22   Q.    Okay.  But after he departed your employment and

23         became USPSA president, would you keep in touch with

24         Mr. Foley?

25   A.    **Yeah.**



**Charles Bradley**
07/20/2022                                          Page 76

1  Q.   How often?

2  A.   Every now and then he would come in the shop here.

3       Either he'd get a gun sent here.  He used us for

4       transfers.  He would come in here and get gun

5       transfers.  He'd come in and buy something for -- he

6       needed for the sport.  But from time to time, he

7       would stop in here.

8  Q.   For the nongun people that might read this

9       transcript some time, can you explain transfers,

10      please?

11 A.   Transfer is when you buy a firearm or you get the

12      firearm, it has to go to a dealer in your state and

13      then that dealer has to do the paperwork sufficient

14      to the ATF guidelines for that person to take

15      possession of the gun.

16 Q.   So if somebody's ordering a gun from out of state,

17      you have to send it to a federally licensed -- let

18      me finish.

19 A.   Yeah, I know.

20 Q.   Federally licensed dealer, and you would facilitate

21      that for Mr. Foley?

22 A.   Yes.

23 Q.   Okay.  And after he left your employment, other than

24      facilitating the transfer of firearms or regulated

25      -- you know, firearms-related merchandise, did you



**Charles Bradley**
07/20/2022                                                      Page 77

```
 1            keep in touch with him otherwise?
 2   A.       When he would stop in here we'd sit here and chat a
 3            little bit about USPSA and how it was going and, you
 4            know, what he was doing to help the sport.
 5   Q.       Like prior to 2019, you would have those discussions
 6            with him?
 7   A.       Yes.
 8   Q.       Mostly about USPSA?
 9   A.       Yes.
10   Q.       And would you discuss what's going on in your
11            business and the events that were happening at that
12            time prior to 2019?
13   A.       Probably.
14   Q.       And prior to 2019, October of 2019, did you ever
15            discuss Akai Custom Guns or Shay Horowitz with
16            Mr. Foley?
17   A.       Not that I can recall.
18   Q.       Topic never came up, correct?
19   A.       No, there would be no need to.  I mean, I'll say we
20            did discuss this lawsuit a little bit afterwards,
21            but --
22   Q.       That was going to be my next question.  So after
23            October of 2019, did you ever discuss Shay Horowitz
24            or Akai Custom Guns with Mr. Foley?
25   A.       Yeah, yeah, I told him about the lawsuit.
```



Charles Bradley
07/20/2022                                              Page 78

1   Q.   What did you tell him?

2   A.   **Just told him what was going on with the lawsuit.**

3   Q.   What did you tell him was going on?

4   A.   **Yeah, I told him what the claims were and basically**

5        **told him that I thought it was a scam and that there**

6        **was no basis for this; that I was being accused of**

7        **colluding with Luke to sell a defective product to**

8        **my number one customer to hurt our reputation and**

9        **his so he wouldn't buy from me anymore.  Makes a lot**

10       **of sense, doesn't it?**

11  Q.   So you told him that you thought that Mr. Horowitz

12       was pulling a scam on you?

13  A.   **Oh, yeah.**

14  Q.   Okay.  And did you tell him -- do you know, did he

15       repeat that to anybody?

16  A.   **I have no idea.**

17  Q.   Did he ever tell you that he told other people in

18       USPSA's circles that he told them that Shay Horowitz

19       was perpetrating a scam on SCI?

20  A.   **No.**

21  Q.   When was the last time you told him Shay Horowitz

22       was pulling a scam on you?

23            MR. BENFORD:  Objection, form.  Misstates

24       prior testimony.  Go ahead and answer.

25            THE WITNESS:  It would have been, you



**Charles Bradley**
**07/20/2022**                                      **Page 79**

1      know, after the lawsuit was filed because -- you

2      know, I'll be honest with you, I was pretty shaken

3      and Mike worked here for eight years.

4   BY MR. FIATO:

5   Q.   I'm asking you, sir, when?  There's other lawyers on

6        this deposition that will get all that out for you.

7        I'm asking you, when was the last time you said

8        Shay Horowitz was involved in a scam against you?

9   A.   I can't nail a date down.

10  Q.   Was it after the lawsuit was -- excuse me, after the

11       lawsuit was filed?

12  A.   I can't nail time down, but I would say, yes.

13  Q.   Was it anytime in 2021?

14  A.   At that time it was old news.  I can't say I would

15       have.

16  Q.   Did you ever tell anybody in 2001 that Shay Horowitz

17       was perpetrating this scam on you, sir?

18            MR. BENFORD:  Objection to form.

19       Misstates prior testimony.  The witness testified

20       that the lawsuit he told -- excuse me.  That he told

21       Mr. Foley that the lawsuit was a scam, not that he

22       was perpetrating a scam.  I'm sorry, go ahead and

23       answer.

24            THE WITNESS:  Repeat the question,

25       please.



**Charles Bradley**
**07/20/2022**                                                    **Page 80**

1   BY MR. FIATO:

2   Q.    At anytime in 2021 did you ever tell anybody that

3         Shay Horowitz -- that the lawsuit that Shay Horowitz

4         has against you was a scam?

5   **A.    Absolutely.**

6   Q.    Okay.  And did you tell anybody about the lawsuit

7         that Shay Horowitz had against you in 2022 was a

8         scam?

9   **A.    Absolutely.**

10  Q.    Who did you tell?

11  **A.    People I talked to.**

12  Q.    Anybody you talked to?

13  **A.    Friends I have over, we sit around the swimming**

14       **pool, barbecue, you know.**

15  Q.    Customers?

16  **A.    I wouldn't tell customers unless they were a friend**

17       **of mine that I would talk to -- a lot of my**

18       **friends --**

19  Q.    But you would talk to customers, and you'd tell them

20       that this lawsuit was a scam?

21  **A.    Yeah, people that aren't close to me in my circles,**

22       **I wouldn't go out and tell them that.  For one, why**

23       **would those people care?**

24  Q.    Do you have Mr. Foley's current address?

25  **A.    Well, I know he lives in Lexington, Kentucky.  The**



Charles Bradley
07/20/2022                                    Page 81

```
 1              last address I have for him is 1733 Albemarle Road,

 2              A-L-B-E-M-A-R-L-E Road, and I'm just reading it as

 3              it's written in his account.  Lexington, Kentucky

 4              40504.

 5    Q.        Did you ever send Mr. Foley any emails, text

 6              messages, Facebook messages about this lawsuit?

 7    A.        No.

 8    Q.        I'm sorry.

 9    A.        No.

10    Q.        You've never communicated --

11    A.        If I did, I gave it to you and I even -- Mike came

12              in there close to that time and I asked, Mike.  I

13              said, hey, did I ever send you any text messages or

14              do you have any text messages about the lawsuit?

15              And he looked, he says, I don't have anything from

16              you.  I said, well, they're naming you as a witness.

17              He said, I don't know why; I don't know anything

18              about this.

19    Q.        When did he come in?

20    A.        He comes in frequently.  He comes in more now, now

21              that he's out of USPSA.

22    Q.        So when did he come in that you had this

23              conversation asking whether you had sent anything to

24              him?

25    A.        I cannot give you a date, okay.  I don't keep
```



**Charles Bradley**
07/20/2022                                                  Page 82

1          records like that.  But it -- I'd say it was

2          probably -- it was the same time when I was doing

3          the -- getting the information together to give you

4          in the request.  So whenever that was, it would have

5          been right before that, I gave it to you.

6     Q.   And when were you gathering that information, do you

7          remember?

8     A.   No, I don't.

9     Q.   Okay.

10    A.   But you would know when you got it, right?

11    Q.   I would know when I got it, but when I got it and

12         when you produced it are two different dates, sir.

13    A.   Okay, I can't give you a date.

14    Q.   Have you ever asserted that Shay Horowitz has a

15         shady past to anyone?

16    A.   You have the Facebook post where I asked if --

17    Q.   Sir, I'm asking you a direct question.  Have you

18         ever asserted that Shay Horowitz has a shady past to

19         anyone?

20    A.   According to that Facebook post, I would probably

21         say it could be construed that way.

22    Q.   Oh, you're talking about your Facebook post that you

23         posted on the SCI website?

24    A.   Yeah, the one that says, have you looked into his

25         history or past or something.



**Charles Bradley**
07/20/2022                                                    Page 83

1   Q.   Okay.  And have you ever had conversations with

2        people that you said that Shay Horowitz had a shady

3        past?

4   **A.   I can't tell you definitively yes or no.**

5   Q.   So you don't know if you've ever told anybody that

6        Shay Horowitz has a shady past or not, beyond the

7        Facebook post that you put?

8   **A.   I probably have.  I can't tell you when or who.**

9   Q.   Well if you probably have, it would have been after

10        your post in January of 2019, correct?  I'm sorry,

11        January 2020, your Facebook post on your SCI

12        website?

13  **A.   That would be a fair assumption.**

14  Q.   Okay.  And have you ever asserted that Shay Horowitz

15        was involved in a moving scam to anyone?

16  **A.   All I did was repeat what I read on the internet.**

17       **So it's on the internet, and I repeated that.  I**

18       **probably posted a link to that, or somebody else**

19       **did.  It might have been Dame posted it, I don't**

20       **remember who posted it.  But there is a post out**

21       **there of him being involved in a moving scam.**

22  Q.   Does it say he was involved in a moving scam?

23  **A.   If you read it.  I presented -- I mean, it's all in**

24       **the documents.**

25  Q.   Did you present those documents and say, see, he's



**Charles Bradley**
07/20/2022                                    Page 84

```
 1            -- Shay's been involved in a moving scam?

 2   A.    I don't know.  I have to go back and look at them.

 3   Q.    Do you recall whether that post actually says that

 4         Mr. Horowitz was involved in a moving scam?

 5   A.    We can pull the post up and look at it.

 6   Q.    We will, we will, sir.

 7   A.    All right.

 8   Q.    But you had indicated that you had shared it, and

 9         did you say, see, Mr. Horowitz is involved in this

10         moving scam?

11   A.    I don't know if I did or not.  You said you have it.

12         Let's see it.

13   Q.    You will see it.

14   A.    Okay.

15   Q.    We'll get to it.

16   A.    All right.

17   Q.    We'll get to it.  Why would you share that

18         information?

19   A.    Why would I share?  Because this lawsuit is a scam.

20         The whole complaint, okay, is fabricated.

21   Q.    Everything's fabricated?

22   A.    Pretty much fabricated.  Most of it's fabricated.

23   Q.    Okay.

24   A.    You might have little bits of fact here and there.

25         But the fact that I colluded with Luke to give him a
```



**Charles Bradley**
07/20/2022                                           Page 85

1              set -- different barrel on a different metal that

2              was defective is ludicrous.

3     Q.       Okay.  So let me ask you this, sir:  The reason that

4              you shared that information about Shay claiming that

5              he was in a moving scam was to discredit him, wasn't

6              it?

7     A.       Well, it was to show exactly what he was going after

8              a money grab with the insurance company.  The first

9              demand letter asked for the insurance, okay.  So he

10             was going after insurance money.

11    Q.       So it was to discredit him?

12    A.       Umm --

13    Q.       You were trying to discredit Mr. Horowitz, weren't

14             you?

15    A.       What I was trying to do is defend my business, the

16             products that I sold against a scam artist that was

17             defaming us on Facebook.

18    Q.       So you're saying that Mr. Horowitz was a scam artist

19             and you were sharing negative information about him

20             to discredit him so that nobody would believe him?

21    A.       Actually to defend us, okay.

22    Q.       By discrediting him so nobody would believe him?

23                  MR. BENFORD:  Objection, form,

24             argumentative, asked and answered.  Go ahead and

25             answer.



**Charles Bradley**
07/20/2022                                    Page 86

 1   BY MR. FIATO:

 2   Q.    Have you ever asserted to anyone that Shay Horowitz

 3         was involved in a day trading scam?

 4   **A.    I may have.  In fact, I -- and I talked to Luke**

 5         **about this afterwards, and I think Luke told me that**

 6         **he uncovered somebody who knew -- looked into the**

 7         **history and said that there was some type of past**

 8         **investigation on him for a day trading scam.**

 9   Q.    And have you ever asserted that Mr. Horowitz was

10         under investigation by the FBI, Federal Bureau of

11         Investigation?

12   **A.    Yeah, I was told that by Luke.**

13   Q.    Do you have any personal knowledge of that?

14   **A.    No, I don't.**

15   Q.    Did you ask Mr. Horowitz whether that was true or

16         not?

17   **A.    No.  I mean, Shay wouldn't talk to me.**

18   Q.    How do you know?

19   **A.    Because he told me so.**

20   Q.    When?

21   **A.    When I called him about the demand letter and he**

22         **said, I can't talk to you.**

23   Q.    But did you reach out to him and say, hey, I've

24         heard this, is this true?

25   **A.    I didn't find out about it until after he had made**



Charles Bradley
07/20/2022                                          Page 87

```
 1              the public announcement statement and the demand
 2              letter.  And then we -- I was trying to defend my
 3              company and my business and the products that I
 4              sold.
 5      Q.      I understand what you're trying to do, sir.  But you
 6              communicated this information that you had no
 7              personal knowledge of without confirming whether it
 8              was true or not, because you were trying to defend
 9              your company?
10                      MR. BENFORD:  Objection, form.  Please
11              answer.
12                      THE WITNESS:  That would be a fair
13              assumption.
14      BY MR. FIATO:
15      Q.      And you were communicating this information because
16              you wanted to discredit Mr. Horowitz?
17                      MR. BENFORD:  Objection, form.  Go on.
18                      THE WITNESS:  I didn't catch that, John.
19                      MR. BENFORD:  I'm sorry, I just
20              interposed an objection, form.  Please answer.
21                      THE WITNESS:  Okay.  Now can you repeat
22              the question?
23      BY MR. FIATO:
24      Q.      You were communicating information that alleged that
25              Mr. Horowitz was under investigation by the FBI,
```



**Charles Bradley**
07/20/2022                                    Page 88

1          that you had no personal knowledge of and without

2          confirming, because you wanted to discredit

3          Mr. Horowitz?

4    A.    **Yeah, the only knowledge I have of it is what I was**

5          **told by Luke.**

6    Q.    And you communicated with the purpose of

7          discrediting Mr. Cod -- I'm sorry, Mr. Horowitz?

8                    MR. BENFORD:  Same objection.  Go ahead

9          and answer.

10                   **THE WITNESS:  I think I already answered**

11         **it.  I don't know how to answer it any differently.**

12   BY MR. FIATO:

13   Q.    Just yes or no.

14   A.    **I said that was a fair --**

15                   MR. BENFORD:  Objection, form.

16   BY MR. FIATO:

17   Q.    Because you didn't want anybody to believe

18         Mr. Horowitz and his claims that the barrels were

19         soft or defective, the KKM barrels were soft or

20         defective, did you?

21                   MR. BENFORD:  Form.

22                   **THE WITNESS:  Because -- John --**

23   BY MR. FIATO:

24   Q.    Let me rephrase that for you.  You communicated

25         information that Mr. Horowitz was under



**Charles Bradley**
07/20/2022                                    **Page 89**

1      investigation by the FBI, because you didn't want

2      anybody to believe him when he claimed that the KKM

3      barrels you sold him were soft and defective?

4                    MR. BENFORD:  Form.  Go ahead.

5   BY MR. FIATO:

6   Q.   You can answer, which is what John is saying.

7   **A.   Well, not that I didn't want them to believe him.**

8   **     It's that it wasn't true.**

9   Q.   But the purpose for you to communicate that he was

10     under investigation by the FBI was so that nobody

11     would trust or believe his claims, correct?

12  **A.   It was a defense mechanism to show the person that's**

13  **     claiming this and what their history was.**

14  Q.   So that they wouldn't believe him, correct?

15  **A.   Well, to show exactly what he's done in the past.**

16  Q.   But you have no personal knowledge of that, do you,

17       sir?

18                    MR. BENFORD:  Objection, form, asked and

19       answered, argumentative.  Go ahead and answer.

20  **                  THE WITNESS:  I can't add anything to**

21  **       that.**

22  BY MR. FIATO:

23  Q.   You had no personal knowledge that he was actually

24       under investigation by the FBI?

25  **A.   Other than what I was told, no.**



**Charles Bradley**
07/20/2022                                    Page 90

1  Q.    What evidence do you have that he was under

2        investigation by the FBI?

**3  A.    I also did not ever claim it was fact.  I just said**

**4        I heard that this might be happening.**

5  Q.    What prevented you from contacting Mr. Horowitz and

6        asking him if it was true or not?

7                MR. BENFORD:  Objection, form.  Go ahead

8        and answer.

**9                THE WITNESS:  As I said earlier, when I**

**10       tried to call Shay, he told me he couldn't talk to**

**11       me, so I would never try to call him again and I**

**12       haven't tried to call him again.**

13  BY MR. FIATO:

14  Q.    In fact, sir, didn't you call him and tell him to --

15                MR. FIATO:  Excuse my language, Theresa.

16       Let me say from probably here on out, there's going

17       to be a lot of vulgarity that's going to be used

18       from Facebook messages and everything else.  So I

19       apologize in advance for the use of some of these

20       terms.

21  BY MR. FIATO:

22  Q.    But isn't it true, sir, you called -- after you got

23       the demand letter from my office, you called

24       Mr. Horowitz and told him to fuck off?

**25  A.    No, I didn't.**



Charles Bradley
07/20/2022                                        Page 91

1  Q.    You never told him to go fuck off?

2  A.    No.

3  Q.    Okay.  So what did you tell him?

4  A.    Well, now that you ask it that way, I'll tell you.

5        When I called Shay about it, I said, what is this?

6        And he says, you know I can't talk to you.  My

7        lawyer says I can't talk to you.  I said, well, you

8        can just go fuck yourself.

9  Q.    There you go.

10 A.    So that's what I said.

11 Q.    So you told him to go fuck himself?

12 A.    Yes, I did.

13 Q.    Okay.  And then subsequent or after that you

14       communicated that he was under an investigation by

15       the FBI to people, without ever calling him or

16       confirming whether it was true or not?

17              MR. BENFORD:  Objection, form.  Go ahead

18       and answer.

19              THE WITNESS:  You said go ahead and

20       answer?

21              MR. BENFORD:  Yes.

22 BY MR. FIATO:

23 Q.    Yes, sir.

24 A.    Okay.  Would I have told anybody that?  Probably.  I

25       can't tell you if I told anybody that, when or who.



```
 1   Q.   What evidence do you have that Mr. Horowitz was

 2        involved in any moving scam?

 3   A.   Just a Google search I did found it.

 4   Q.   And what did the Google search find?

 5   A.   There was a post on there about a moving scam that

 6        Shay Horowitz was involved in.

 7   Q.   And what was his involvement?

 8   A.   I don't know.

 9   Q.   Didn't you read it?

10   A.   I don't remember it.

11   Q.   Would you disagree with me if it said that it never

12        alleged that there was a moving scam, it said that

13        people -- that the company went out of business and

14        people were being referred to Mr. Horowitz because

15        he was helping them find their goods?

16   A.   I didn't read that part of it.

17   Q.   You didn't read that, did you?

18   A.   No.

19   Q.   But you communicated that he was involved in a

20        moving scam without reading that part of it?

21   A.   Well, same situation here is there's --

22   Q.   That's a yes or no response, sir.

23   A.   Okay.  I probably told some people about it.  I

24        can't tell you who or when.

25   Q.   But you told them that he was involved in a moving
```



Charles Bradley
07/20/2022                                    Page 93

```
 1           scam without disclosing to them that he was actually

 2           the one, when this company went out of business,

 3           that was helping people?

 4    A.     Well, that's an explanation I hear now.  I did not

 5           read that on the internet when I saw it.

 6    Q.     Are you denying that it was part of the post?

 7    A.     All I'm saying, I didn't see it when I read it.

 8    Q.     So you didn't see that, so you communicated

 9           something different; that he was involved in a

10           moving scam?

11    A.     I saw a post where somebody said he was involved in

12           a moving scam where people were losing their money.

13    Q.     It said that people were losing their money?

14    A.     Listen, we can pull it up and look at it.

15    Q.     We will.  I'm trying to understand what you

16           communicated to other people.

17    A.     You're trying to trip me up, because I can't

18           remember exactly the wording of it, okay.  So just

19           pull it up and we'll look at it.

20    Q.     We will look at it.  But I'm trying to understand

21           what you communicated to people.

22    A.     It would have been what I --

23    Q.     If I understand you correctly, you didn't read that

24           part of the text that indicates that he was helping

25           people find their merchandise?
```


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

Charles Bradley
07/20/2022                                    Page 94

```
 1                      MR. BENFORD:  Objection, form, lack of
 2          predicate.  Go ahead and answer.
 3                      THE WITNESS:  If whatever you're saying
 4          is there, pages down, forward, back, whatever.  I
 5          didn't go through the whole thing, no.
 6  BY MR. FIATO:
 7  Q.      Okay.  Do you know what, if any, involvement
 8          Mr. Horowitz had in a moving company?
 9  A.      No.
10  Q.      Do you know what, if any, involvement Mr. Horowitz
11          had in any day trading company?
12  A.      No.
13  Q.      Do you even know whether he even owned a day trading
14          company?
15  A.      No, I'm not privy to what the investigation was
16          about.
17  Q.      That's not my -- my inquiry, sir, was do you know
18          whether he even owned a day trading company?
19  A.      I wasn't involved in the investigation, no.
20  Q.      Sir, I'm not talking about an investigation.  I'm
21          asking you, do you know personally whether he was an
22          owner of a day trading company?  That's a yes or no
23          response, yes or no?
24  A.      All that was before I knew him.
25  Q.      So that would be, no, you don't know, correct?
```



Charles Bradley
07/20/2022                                    Page 95

1   A.   Well, you're not going to put words in my mouth,

2        okay.  So I've answered.

3   Q.   This is real easy.  If you want to fight me, we can

4        do this all day long.  The question requires a --

5        the interrogatory requires a yes or no response.  Do

6        you know whether or not Shay Horowitz owned a day

7        trading company, yes or no?

8   A.   No.

9   Q.   That wasn't very hard, was it?

10            MR. BENFORD:  Objection, form.  You don't

11       have to answer.

12  BY MR. FIATO:

13  Q.   With regard to whether or not Mr. Horowitz was

14       involved in a moving scam, whether or not he was

15       involved in a day trading scam, whether or not he

16       was under investigation with the FBI, you have no

17       personal knowledge of any of those things?

18            MR. BENFORD:  Objection, form.

19  BY MR. FIATO:

20  Q.   Yes or no?

21            THE WITNESS:  Answer, John?

22            MR. BENFORD:  Yeah, go ahead, if you know

23       the answer.

24            THE WITNESS:  The only thing I seen is

25       what was posted on the internet.



**Charles Bradley**
**07/20/2022**                                    Page 96

```
 1   BY MR. FIATO:

 2   Q.   Do you have any personal knowledge?

 3   A.   Just what I've seen on the internet.

 4   Q.   So you have no personal knowledge, correct?

 5   A.   I was not there and seen it happen for myself, no.

 6   Q.   Okay.  Who's Alvin Lin?

 7   A.   I seem to recollect he's a guy that may live in

 8        Louisville or used to live in Louisville.

 9   Q.   You seem to recollect?

10   A.   I don't know the guy, man.

11   Q.   He's on your Facebook page, Alvin loves the panda,

12        isn't he?

13   A.   I don't know those -- I don't know those code words.

14        All those names, I don't know them.  I'm not a --

15   Q.   Then why would it be on your Facebook page, then?

16   A.   Huh?

17   Q.   Why would you have it on your Facebook page?

18   A.   Means somebody posted on there.

19   Q.   You have it on your Facebook page, sir.

20   A.   Where?

21   Q.   You have an emoji, a picture of it, on your Facebook

22        page.

23              MR. BENFORD:  Objection, form.  Go ahead

24        and answer, if you know the answer.

25              THE WITNESS:  I have no idea what you're
```



Charles Bradley
07/20/2022                                              Page 97

```
 1            talking about.
 2   BY MR. FIATO:
 3   Q.    Okay, so you don't know Alvin Lin?
 4   A.    I've heard the name.  And when you guys asked for
 5         that in the request about information from
 6         Alvin Lin, I said, who is Alvin Lin?  And I think
 7         they said he used to live in Louisville, but he
 8         moved back to Thailand or something.  The Vlieger
 9         man told me that, I don't know.  So I looked up to
10         see if I had any Facebook communications with him,
11         any emails with him, and I don't.  I don't know who
12         the guy is.
13   Q.    So you don't know who he is, you have not had any
14         contact with him, correct?
15   A.    Not that I know of, I mean --
16   Q.    You've never discussed this -- I'm sorry, I'm sorry,
17         I interrupted you, go ahead.
18   A.    I could have shot with him at a match some time long
19         ago.  I'm not that active as a shooter anymore,
20         okay.  Every now and then, once every two or three
21         years I might show up and shoot a match.  I may have
22         shot a match with him one time.  I don't know if I
23         did.  I shot in matches with lots of people I don't
24         remember.
25   Q.    Okay.  Have you ever had any discussion with
```



**Charles Bradley**
07/20/2022                                            Page 98

1        Alvin Lin about this lawsuit?

2   A.   I said no.  I don't know who he is.

3   Q.   Okay.  You don't know who he is.  So, obviously,

4        we're here because there's a lawsuit against you and

5        KKM by Shooters Connection -- I'm sorry, by Akai

6        Custom Guns and Shay Horowitz.  What's your

7        understanding of the claims against you?

8              MR. BENFORD:  Objection, form, calls for

9        a legal conclusion.  Go ahead and answer, if you

10       know the answer.

11             THE WITNESS:  Well, basically, I've said

12       it over and over again already.  I understand that

13       Shay's claiming that the barrels were defective, and

14       they're not just that KKM made a bad batch of

15       barrels, but that me and him colluded together to

16       purposely change the metal to put Shay out of

17       business.  It's ludicrous.  He's my number one

18       customer.  Why would I do that to my number one

19       customer?  It doesn't make any sense.  Let me answer

20       the question, okay?  You're getting ready to talk.

21       Let me answer.

22  BY MR. FIATO:

23  Q.   Keep going, keep going.

24  A.   Why would I send him a bad barrel out so he can go

25       and complain to everybody that the barrels are



**Charles Bradley**
07/20/2022                                        Page 99

1          breaking, which hurts my reputation, hurts my

2          product's reputation, hurts Luke's reputation.

3          There's no reason to think that we would ever do

4          that.  It's ludicrous.

5    Q.    Can you point to anyplace in the complaint where it

6          says that you colluded to put him out of business by

7          selling him bad barrels?

8    A.    It's in there.

9    Q.    It is?  Tell me where?  Educate me, tell me where it

10         is.

11   A.    I have to read it again.

12                 MR. BENFORD:  Objection, form.

13                 THE WITNESS:  So you're not --

14   BY MR. FIATO:

15   Q.    If you ever find it during this deposition or

16         afterwards where it says that you colluded with him

17         to sell Shay Horowitz and Akai Custom Guns bad

18         barrels for the purpose of putting him out of

19         business, send it to me, will you?

20   A.    Okay.

21                 MR. BENFORD:  Form.

22   BY MR. FIATO:

23   Q.    At some point in 2019 you understood that

24         Mr. Horowitz was claiming that the barrels that were

25         sold to him were soft and defective, correct?



Charles Bradley
07/20/2022                                    Page 100

```
 1   A.    In 2019?

 2   Q.    Yes.

 3   A.    I believe it was in September he called me and said

 4         he was having some problems with some barrels.

 5   Q.    Okay.  And what, if anything, did you do at that

 6         point?

 7   A.    I said, well, you needed to call Luke about that

 8         because, you know, we don't have anything to do with

 9         that.  We have no knowledge of the metal, we have no

10         knowledge of anything about that.  That's a

11         technical thing that has to go back to the

12         manufacturer, including our policy says we don't do

13         any warranty work.  Any warranty --

14   Q.    You were -- go ahead.

15   A.    You going to interrupt me again?  Any warranty work

16         goes back to the manufacturer, okay.  So I said you

17         need to call Luke.

18   Q.    Okay, so you referred him to Luke?

19   A.    Yes.

20   Q.    Okay.  And were you on any phone calls, do you know,

21         did he call -- let me strike that.  Did he call

22         Luke, to your knowledge?

23   A.    Don't know.

24   Q.    Okay, so you weren't on any phone calls that may or

25         may not have happened with Luke McIntire, correct?
```



**Charles Bradley**
07/20/2022                              Page 101

 1  A.    No.

 2  Q.    And you don't have any personal knowledge of what

 3        was said on those?  You weren't on those phone

 4        calls, so you don't have any personal knowledge of

 5        it?

 6  A.    No.

 7  Q.    Okay.  Who, to your knowledge at SCI, was

 8        communicating with Mr. Horowitz with regard to his

 9        claims that the KKM barrels purchased -- let me

10        finish.

11  A.    Well, you stopped, so I was going to answer.

12  Q.    That's okay.  Let me finish.

13              To your knowledge, who at SCI was

14        handling or communicating with Mr. Horowitz

15        regarding his claims that the barrels sold to him by

16        SCI were soft and defective?

17  A.    I would assume it's Tony Pignato.

18  Q.    Who?

19  A.    Tony Pignato.

20  Q.    Who is Tony Pignato?

21  A.    He worked for STI.  He also used to work for me.

22  Q.    I said SCI, not STI?

23  A.    Oh, I thought you said STI.

24  Q.    No, sir.  I was talking -- who from Shooters

25        Connection was Mr. Horowitz communicating with about



Charles Bradley
07/20/2022                              Page 102

1          his claims that the barrels that you sold him were

2          soft and defective?

3    A.    Mostly John.

4    Q.    John Vlieger?

5    A.    Yes.

6    Q.    Am I pronouncing that right?

7    A.    Yeah, that was good.

8    Q.    And if you know, were those communications by phone,

9          by text message, email, Facebook, do you know?

10   A.    I think a lot of it was Facebook messages.

11   Q.    Were you ever on any phone calls with John and

12         Shay Horowitz regarding his claims that the barrels

13         were soft and defective, but you sold them?

14   A.    I don't recall, no.

15   Q.    So you have no personal knowledge of what was

16         actually said on any phone calls between

17         John Vlieger and Shay Horowitz with regard to the

18         barrels?

19   A.    No, no.

20   Q.    Okay.

21   A.    Just what would have been reported to me from John.

22         John did add -- came in one day and he said, look,

23         he said, I'm talking to Shay and he's saying that

24         Luke won't call him; that he's left messages and

25         Luke won't call him.



Charles Bradley
07/20/2022                    Page 103

1                         So then I got on the phone, and I called
2        Luke.  I said, Luke, Shay's got a problem with one
3        of the barrels he thinks, and he's saying you won't
4        call him back.  And Luke said that he told him that
5        he would send the barrel back.  He wanted him to
6        send the barrel back to look at it, and Shay refused
7        to send the barrel back.
8    Q.  With regard to what was actually said on those phone
9        calls, you have no knowledge because you weren't
10       personally involved in that?
11   A.  Only one I was involved in were those ones where I
12       called Luke to say what John reported to me.
13   Q.  I understand that.  But my question was with regard
14       to the communications between Shay Horowitz and
15       John Vlieger and Shay Horowitz and Luke, you weren't
16       on those conversations?
17   A.  No.
18   Q.  Okay.  What is your understanding of the nature of
19       the barrel defects that Akai Custom Guns and
20       Shay Horowitz are claiming, if anything?  Do you
21       understand what he's claimed?
22   A.  Well, it's hard to tell because we never got any
23       barrels back.  But --
24   Q.  Sir, what is he claiming, not whether you got
25       barrels back.  I'm asking you, what's your


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

Charles Bradley
07/20/2022                    Page 104

1    understanding of what Akai Custom Guns and Shay

2    Horowitz is claiming?

3  A.    So you interrupted my question -- my answer.

4           MR. BENFORD:  Objection, form, calls for

5    a legal conclusion.  Go ahead and answer.

6           THE WITNESS:  So I was trying to answer

7    in context, okay.  So because we never got any

8    barrels back, I couldn't really tell, except that I

9    was told that some of the barrels were breaking.

10   There was some barrels that the hood was peening

11   over on, and that's pretty much what I think Shay

12   told me at the time.  And I said, look, I don't have

13   any knowledge of that.  You have to send them to

14   Luke because Luke, he makes the barrels.  He has to

15   be the one to test them.  Luke told me, he said if

16   he sends me barrels and they're bad, I'll replace

17   every one of them.

18 BY MR. FIATO:

19 Q.    What prevented you from testing the barrels?

20 A.    I don't do that.

21 Q.    That's not my question.  I'm asking you what

22   prevented you from testing the barrels?

23 A.    We don't do that.

24 Q.    Why?

25 A.    All of our stuff is referred to the manufacturer for



```
 1          warranty.  I have 4,000 different products that we

 2          have here, okay.  I don't --

 3   Q.     At some point -- go ahead.

 4   A.     We don't reengineer all of them.  I rely on the

 5          manufacturer to make their product, and we sell it.

 6   Q.     You didn't think that when you had a claim by your

 7          number one customer that barrels were soft and

 8          defective that you should at least test some of

 9          these barrels independently to figure out whether he

10          was telling you the truth or not?

11   A.     No, because that's not what we do.

12   Q.     You sell those barrels to the public, don't you?

13   A.     Yeah.

14   Q.     You don't think you have a duty to make sure that

15          the barrels you sell are safe to the public?

16   A.     No, the manufacturer --

17                   MR. BENFORD:  Objection, form.  Go ahead

18          and answer.

19                   THE WITNESS:  The manufacturer has that

20          responsibility.  It's clear on our policy page.

21   BY MR. FIATO:

22   Q.     I'm not asking you what your policy is.  I'm asking

23          if you think you have a duty to find out, once you

24          are aware of a claim that the barrels you're selling

25          are defective and soft, to at least do an
```



Charles Bradley
07/20/2022                           Page 106

```
 1          independent investigation to find out whether that

 2          is true or not?

 3                    MR. BENFORD:  Same objection.

 4                    THE WITNESS:  So, I didn't test the

 5          barrels myself individually, but at the same time I

 6          started asking questions.  We started asking other

 7          gunsmiths, we started talking to Luke about testing

 8          the barrels.  The fact is, we never got any of the

 9          alleged bad barrels back, so we couldn't do any

10          testing on that.

11     BY MR. FIATO:

12     Q.   Why couldn't you test any of the barrels that you

13          had in your own inventory?

14     A.   I don't have the capability to test barrels in my

15          own inventory.

16     Q.   Why couldn't you send it out to an independent

17          vendor to test those barrels?

18     A.   There was no reason for me to do that.  I've sold

19          KKM barrels for 20 years.  I rely on KKM to produce

20          the barrels and manufacture the barrels, and they

21          put out the product.

22     Q.   Your number one customer comes to you and tells you

23          that there's a problem with these barrels, and you

24          didn't think that you had any duty to him or to the

25          public to find out whether or not it's true?
```



Charles Bradley
07/20/2022                                    Page 107

1  A.    Yes.

2              MR. BENFORD:  Objection -- wait,

3        Mr. Bradley, please pause a second after the

4        question is asked.  Please pause to allow me to

5        interpose an objection.

6              I'm going to object on the basis of form,

7        asked and answered, argumentative.  And if you

8        continue, Mr. Fiato, to ask the same question again,

9        I will instruct the witness not to answer.  Go

10       ahead.

11             THE WITNESS:  But I got cut off in the

12       middle of my answer.

13             MR. BENFORD:  Okay.

14             THE WITNESS:  Okay, the duty was to call

15       the manufacturer, okay, and say, hey Luke, you've

16       got this claim out there, you need to handle it.

17       And he said, I will.  Have him send me the barrels

18       back, and I will test them and I'll replace every

19       single one that's bad.

20             And at the same time in my investigation

21       I also -- we got ahold of John, got ahold of

22       Brandan Bunker.  Brandan Bunker tests every single

23       KKM barrel he puts in a gun, and he's never had a

24       soft one.

25



Charles Bradley
07/20/2022                                      Page 108

1    BY MR. FIATO:

2    Q.    Did Brandan Bunker buy from you?

3    A.    **He did some, but I don't know how much.**

4    Q.    Does he buy the KKM barrels from you?

5    A.    **I have to go look.  I don't know.**

6    Q.    Okay.  Where does Brandan Bunker live?

7    A.    **You know what, I don't know.**

8    Q.    Do you know if he lives in Florida or not?

9    A.    **No, I don't, but he might.  I thought he was in**

10         **Pennsylvania, but I don't know.**

11   Q.    When you contacted Brandan Bunker did you tell him

12         this was a scam?

13   A.    **No, I wouldn't have told Brandan Bunker that.**

14   Q.    Why did you contact Brandan Bunker?

15   A.    **I think John contacted Brandan Bunker about it.**

16   Q.    So you don't know what was said or what wasn't said?

17   A.    **Well, I do know that Brandan Bunker put out a letter**

18         **on Facebook about how to properly test barrels.**

19   Q.    Did he do that for you guys?

20   A.    **No, he didn't do it for us.  He just did it because**

21         **of what was going on.  I mean, when Shay told his**

22         **team to go out and starts making that public service**

23         **announcement and basically slamming KKM and Shooters**

24         **Connection about this, we had gunsmiths like**

25         **Fredenhagen and Chelle and Rafferty and different**



Charles Bradley
07/20/2022                    Page 109

```
 1              ones calling us going, hey man, what's up with these
 2              barrels.
 3                        So I got calls.  We told Fredenhagen to
 4              send the barrels back to Luke, and apparently
 5              Fredenhagen did send barrels back to Luke.  Luke
 6              will have to testify to that, because at that point
 7              we don't know what happened, okay.  From what I'm
 8              getting reports back from John, everybody else was
 9              okay.  Nobody else had a problem.
10    Q.        Do you know if Mr. Bunker was getting all his
11              barrels from KKM directly?
12    A.        I don't know.
13    Q.        Okay.  And he never tested any of the barrels that
14              Shay had, did he?
15    A.        I don't think anybody did, because he wouldn't send
16              them.
17    Q.        So Mr. Bunker didn't test any barrels that Shay had,
18              did he?
19    A.        Don't think so.
20    Q.        To your knowledge he didn't, anyway?
21    A.        No, I mean if Shay wouldn't send the barrels back to
22              the manufacturer for testing who offered to replace
23              them, why would he send them to somebody else like
24              that?
25    Q.        Do you know if he contacted him, asked him?
```



Charles Bradley
07/20/2022                                      Page 110

1   A.      I don't know.

2   Q.      Okay, okay.  Do you also understand that there's a

3           claim that the barrels that were sold are not made

4           of 416R steel, as advertised on the KKM website?

5   A.      That's in the complaint, yeah, I see that.

6   Q.      Can I refer you, sir, to Exhibit 4?

7   A.      Page?

8   Q.      Page 4, please.

9   A.      Okay.

10  Q.      Request number 13, I'll read it for you.  Admit that

11          all times relevant to the first amended complaint,

12          Plaintiff Akai did not do anything to change the

13          chemical composition of any of the KKM barrels --

14          any KKM barrel purchased -- I'm sorry, let me start

15          over because I'm screwing this up for you.

16                  Request number 13, "Admit that all times

17          relevant to the first amended complaint, Plaintiff

18          Akai did not do anything to change the chemical

19          composition of any KKM barrel Akai purchased."  Did

20          I read that right?

21  A.      Yeah, I read it, too, so I think that's right.

22  Q.      Okay.  Can you read the response, sir?

23  A.      It says, "Denied.  SCI is not in a position to know

24          what Akai does with the parts it utilizes in its

25          builds."



**Charles Bradley**
07/20/2022                                   Page 111

 1   Q.   So you have no idea how Akai Custom Guns -- I'm

 2        sorry, how Shay Horowitz and Akai Custom Guns builds

 3        their guns, correct?  Based on this, you're not in a

 4        position to know what he does on any individual gun

 5        and how he builds it?

 6   A.   **Actually, I don't know exactly what he does.  I know**

 7        **what the marketing ploys are with them, like the**

 8        **short strokes and the long strokes and changing the**

 9        **geometry of the barrel, milling the barrel down and**

10        **threading it and putting a tungsten sleeve on it by**

11        **heating the barrel.  All those processes can**

12        **change --**

13   Q.   Where does it say --

14   A.   **Let me finish.  Okay.  But at the same time, knowing**

15        **all that stuff that's marketable like that and the**

16        **basic top level gunsmithing part, I don't know what**

17        **that does to the chemical composition of the barrels**

18        **because I'm not a metallurgist.**

19   Q.   Where does it say that Akai Custom Guns uses heat to

20        install tungsten sleeves?

21   A.   **I can't tell you where it says that, but that's the**

22        **process a lot of them use.  In fact, if you're**

23        **looking at --**

24   Q.   I'm sorry, say that again, that's the process what?

25   A.   **That's the process that it's understood is used.**



Charles Bradley
07/20/2022                               Page 112

1   Q.    How is it understood?

2   A.    Huh?

3   Q.    How is it understood?

4   A.    That you have to heat one in order to get the sleeve

5         on.

6   Q.    Why?

7   A.    Because that's -- they heat it to expand the metal.

8   Q.    Who heats it?

9   A.    The builder.  So you expand -- you heat -- I can't

10        remember if you heat the barrel or you heat the

11        tungsten sleeve, and you put it on, and it's a press

12        fit, okay.  And then there's another process -- if

13        you look at your stuff that you guys presented, you

14        talk about two different methods.

15              Michael Genner showed a barrel that was

16        broken in the documents.  Of course, his barrel was

17        a Kart barrel.  It wasn't a KKM barrel that was

18        broken.  Michael Genner asked Shay, it's right here

19        in the stuff you presented us, are you going to use

20        your new method to do this.  He had two different

21        methods.  I don't know exactly what they were.  But

22        I know turning a barrel down to where it's ultra

23        thin, okay, and using the heat process to press that

24        metal on there, it's going to change things and make

25        the barrel weaker.



Charles Bradley
07/20/2022                                            Page 113

1   Q.   Are you a gunsmith, sir?

2   A.   A what?

3   Q.   Gunsmith?

4   A.   I don't declare myself as a professional gunsmith.

5   Q.   Do you have any training in understanding the

6        science of metals?

7   A.   The science of metals?

8   Q.   Yes.

9   A.   No.

10  Q.   Fact of the matter is you have no idea how

11       Shay Horowitz builds his guns?  You weren't there,

12       were you?

13  A.   I wasn't there, but I have an idea.

14  Q.   How do you have an idea?  You have no personal

15       knowledge, do you?

16  A.   Yeah, you understand my business.  I've been in this

17       for 25 years, okay.  All right, and I'm a top -- I

18       was a top-level shooter and competitor in the sport.

19       I got friends all over the sport, and gunsmiths

20       included, that are customers of mine, and we talked

21       about gunsmithing processes.  I've done it for 25

22       years.  So I have a good understanding, even though

23       I'm not the guy that puts his hands on it and makes

24       it, okay.

25  Q.   Your response says, "SCI is not in a position to



Charles Bradley
07/20/2022                    Page 114

```
1          know what Akai does with the parts it utilizes in

2          its builds."

3    A.    Right, because the question was about the chemical

4          composition.

5    Q.    So you have no idea what Akai does with the parts

6          that he utilizes as builds.  You have no personal

7          knowledge of what he does.

8    A.    That's a generic answer that my lawyer has put in

9          there, okay.  But the question was the chemical

10         composition, I don't know the chemical composition

11         of a barrel.  I don't know the difference between a

12         416 or a 400 or a 389, I don't know any of that.

13   Q.    None of that is relevant to the question that I

14         asked you.  What I asked you is, you don't have

15         personal knowledge of what Shay Horowitz does to

16         build his guns, do you?

17              MR. BENFORD:  Objection, form, asked and

18         answered, argumentative.  Go ahead and answer.

19              THE WITNESS:  The question is, did not do

20         anything to change the chemical composition --

21   BY MR. FIATO:

22   Q.    Sir, that wasn't my question.  My question was you

23         have no personal knowledge of what Mr. Akai does --

24         I'm sorry, what Mr. Horowitz does to build his guns?

25              MR. BENFORD:  Same objection.
```



```
 1  BY MR. FIATO:

 2  Q.     Yes or no?

 3  A.     I do have a general knowledge of it, yes.

 4  Q.     How?

 5  A.     I don't know anything about the chemical

 6         composition.

 7  Q.     Do you have personal knowledge?

 8                  MR. BENFORD:  Objection, form, also calls

 9         for a legal conclusion.

10  BY MR. FIATO:

11  Q.     Were you there when Mr. Horowitz built the guns that

12         he's claiming had defective KKM barrels in them?

13  A.     No.

14  Q.     So you have no idea what he did to build each one of

15         these guns, do you?

16                  MR. BENFORD:  Form.

17                  THE WITNESS:  No.

18  BY MR. FIATO:

19  Q.     You can repeat your answer.  You guys talked over

20         each other.  I believe, Mr. Bradley, you said no; is

21         that correct?

22  A.     To your question.

23  Q.     Yes.  On page 5, please go to interrogatory

24         number 2.  I'll read it for you.  "If your response

25         to request for admission number 13 is anything other
```



1     than an admission, please state all evidence upon

2     which you rely for the denial, giving the names,

3     addresses and telephone numbers of all individuals/

4     witnesses together with producing any and all

5     documents upon which you rely."  Please read the

6     response.

7  A.  **It says, objection -- and this is a legal thing that**

8      **I --**

9  Q.  Understood, just read the response.

10 A.  **"Objection, this interrogatory calls for**

11     **speculation, as SCI can in no way be in a position**

12     **to know what heat treating, coating, parkerizing,**

13     **nitriding, chroming, heating, annealing or porting,**

14     **et cetera, that Akai does to its parts in its shop".**

15 Q.  So you're in no position to know what heat treating,

16     coating, parkerizing, nitriding, chroming, heating,

17     annealing, porting, et cetera, anything that Akai

18     does in its parts in its shop, correct?  That's your

19     answer?

20 A.  **Yes.**

21 Q.  Request number 14, I'll read it to you.  "Admit that

22     at all times relevant to the allegations of the

23     first amended complaint, Plaintiff Horowitz did not

24     do anything to change the chemical composition of

25     any KKM barrel Akai purchased."  Please read the



**Charles Bradley**
07/20/2022                                    Page 117

```
 1            response.
 2   A.       "Denied.  SCI is not in a position to know what
 3            Horowitz does with the parts he utilizes in his
 4            builds."
 5   Q.       That's correct, isn't it?  You're not in a position
 6            to know?
 7   A.       It's not a complete yes or no answer.
 8   Q.       Do you have personal knowledge of what he does --
 9                      MR. BENFORD:  Objection, form.
10   BY MR. FIATO:
11   Q.       -- with the parts he utilizes in his builds?
12                      MR. BENFORD:  Objection, form, go ahead
13            and answer.
14                      THE WITNESS:  I know general knowledge of
15            the finished product.
16   BY MR. FIATO:
17   Q.       I didn't ask you about general knowledge, I said
18            personal knowledge.
19                      MR. BENFORD:  Same objection.
20   BY MR. FIATO:
21   Q.       You weren't there when he built these guns, were
22            you?
23   A.       No, I wasn't.
24   Q.       So you don't know what he did or didn't do, do you?
25                      MR. BENFORD:  Form.
```



Charles Bradley
07/20/2022                          Page 118

```
 1                    THE WITNESS:  You can look at the
 2       finished product and see --
 3  BY MR. FIATO:
 4  Q.    Sir, that's a yes or no.  You don't know because you
 5       weren't there?
 6                    MR. BENFORD:  Same objection.
 7                    THE WITNESS:  The answer was, I wasn't
 8       there.  But you could look at the finished product
 9       to know what had to be done to get it to that.
10  BY MR. FIATO:
11  Q.    And you haven't looked at any of the finished
12       products, have you?
13  A.    Yeah, pictures on the internet, I mean, and his
14       claims of what he's doing, like the tungsten sleeve
15       and the short stroking and stuff like that.
16  Q.    How does he put a tungsten sleeve on, sir?  How does
17       Shay Horowitz of Akai Custom Guns install a tungsten
18       sleeve on a gun?
19  A.    He's got two different processes, so you might want
20       to ask him.
21  Q.    How do you know?
22  A.    Because Michael Genner asked him if he was using
23       this new process.
24  Q.    What was that new process?
25  A.    I don't know, they didn't ex -- they didn't go into
```



Charles Bradley
07/20/2022                          Page 119

1        the detail of what the new process was.  We know the

2        first process broke his Kart barrel, okay.

3   Q.   How do you know that?

4   A.   Because Michael Genner was complaining about his

5        Kart barrel being broken.

6   Q.   How do you know that that process broke the barrel?

7        (Inaudible multiple voices)

8   A.   (Inaudible) -- had a Kart barrel broke, and he asked

9        Shay if he was going to use this new method to put

10       the new one on.

11  Q.   How do you know that any process that Shay Horowitz

12       employed broke any barrel?

13  A.   Apparently, Michael Genner knew.

14  Q.   What evidence do you have that any process that

15       Shay Horowitz employs broke a barrel?

16  A.   So talking to other people about it, including Luke.

17       Luke apparently has possession of a gun that Shay

18       built and put barrels in, and he had Johnny Lim,

19       LimCat's the one that first came up with the

20       tungsten sleeve barrel 20 years ago, been using KKM

21       barrels for 20 years and has not had a problem with

22       KKM barrels.

23            The difference is Johnny Lim is using a

24       different methodology.  Apparently, the threads that

25       were used in the threading of the barrel were cut



**Charles Bradley**
07/20/2022                                    Page 120

1       with a different type of machine and cutter to where

2       -- this is coming from Luke, okay.  We're talking

3       about this thing that he found when he got ahold of

4       this gun that Shay built.

5                        So, apparently Johnny uses a different

6       method to put the threads on that doesn't create any

7       sharp crevice in the threading and it doesn't -- so

8       it doesn't break.  And he also doesn't cut them as

9       thin as what Shay does.  So Shay is cutting them

10      thinner, all right, and he's using an improper

11      method for the threading, which is causing a sharp

12      crevice in the bottom of the barrel, and they're

13      cracking right there.

14  Q.  Have you employed Johnny Lim as an expert in this

15      case?

16  A.  I haven't.

17  Q.  Have you talked to Johnny Lim?

18  A.  I haven't.

19  Q.  Has he been listed as a witness in this case?

20  A.  I don't know.

21  Q.  Do you have any personal -- all right, do you have

22      any evidence that anything that Mr. Horowitz did

23      caused any barrel to fail?

24                        MR. BENFORD:  Objection, form, calls for

25      a legal conclusion.  Go ahead.



**Charles Bradley**
**07/20/2022**                                      **Page 121**

1          MR. MARI:  Join.

2              THE WITNESS:  No, it would be hard to

3      have evidence when we never got any of the alleged

4      bad barrels back.

5   BY MR. FIATO:

6   Q.    Do you know whether you ever agreed to a joint

7         testing protocol, sir?

8   **A.    The attorneys did.  I wasn't involved in that.**

9   Q.    Did they really?

10  **A.    I thought they did.  You know, I'm being represented**

11  **here by legal counsel, and they were involved in --**

12  **and I think KKM and them were involved in it.**

13  **There's two different sides to this.**

14  Q.    Are you aware of whether or not that you have

15        employed an expert in this case for -- to discuss

16        the nature of the metal --

17  **A.    I'm not real sure.**

18  Q.    -- that was used?  I'm not finished, sir.  I'm not

19        finished.

20  **A.    Okay.**

21  Q.    Were you aware that you have employed an expert in

22        this case to discuss the nature of the metal used to

23        manufacture KKM barrels?

24  **A.    I read the filing.**

25  Q.    You read the report?



**Charles Bradley**
07/20/2022                        Page 122

1   A.    Yeah, I don't know who hired him and how it's set

2         up, okay.

3   Q.    But you read the report?

4   A.    That's a question you need to ask the attorneys.

5   Q.    I'm asking you the question, if you read the report.

6   A.    I don't know the answer to that question.  I read

7         the report.

8   Q.    All right.  Did you read anywhere in the report

9         where Dr. Schwanger indicated there was a plan to

10        jointly test the barrels, but there was a delay by

11        KKM in getting him his barrels so that our expert

12        had to test those barrels independently?

13  A.    I read something to that effect, but I'm not

14        involved in it.

15  Q.    Okay, okay.  Go to page 5 on Exhibit 4.

16  A.    Okay, we're on page 5, right?

17  Q.    Yes, sir.  Request number 14.

18  A.    Okay.

19  Q.    "Admit that at all times relevant to the allegations

20        of the first amended complaint, Plaintiff Horowitz

21        did not do anything to change the chemical

22        composition of any KKM barrel Akai purchased."

23              Oh, you're right, we did -- I already

24        asked you that.  Actually, go to interrogatory 3.

25        "If your response to admission number 14 is anything



**Charles Bradley**
07/20/2022                                    Page 123

1      other than admission, please state all evidence upon

2      which you will rely for the denial, giving names,

3      addresses, phone numbers of all

4      individuals/witnesses, together with producing any

5      and all documents upon which you rely."  Can you

6      read the response, sir?

7   A.    **It's the same one on the other one.  "Objection,**

8         **this interrogatory calls for speculation, as SCI can**

9         **in no way be in a position to know what heat**

10        **treating, coating, parkerizing, nitriding, chroming**

11        **or porting, et cetera, that Horowitz does to the**

12        **parts in the shop."**

13  Q.    So you would have to resort to speculation and

14        conjecture; you wouldn't have any personal knowledge

15        of that to answer that request and interrogatory?

16  A.    **It wouldn't be speculation.  I mean it was knowledge**

17        **from other gunsmiths that I've talked to.**

18  Q.    Your answer says it calls for speculation.  You're

19        not in a position to know.

20              MR. BENFORD:  Objection, form.  Go ahead

21        and answer.

22              **THE WITNESS:  We've been through this**

23        **before.  I wasn't there to see them built, okay.**

24        **But there's a general knowledge of what it takes to**

25        **get to the finished product.**



Charles Bradley
07/20/2022                                    Page 124

1    BY MR. FIATO:

2    Q.    But you weren't there, so you don't know.

3    A.    Yeah, I wasn't there.  I wasn't standing next to him

4          when he was building the guns.

5    Q.    All right, that's fair, fair enough.

6                     Please go to Exhibit 5, sir.  Let me know

7          when you're there.

8    A.    Okay.

9    Q.    Title of the document is expert report of

10         Dan Bedell?

11   A.    Yes.

12   Q.    Do you know Mr. Bedell?

13   A.    Yes.

14   Q.    How do you know him?

15   A.    He was a customer of mine back in the late '90s,

16         early 2000s, and we have pretty long history.  At

17         one point, we marketed a gun, and I basically hired

18         Dan to build the guns because I was --

19   Q.    I'm sorry, can you repeat that, sir?  You basically

20         did what?

21   A.    I marketed a gun, and I put the parts together and I

22         sent all the parts to Dan, and Dan built them for

23         the customers back for a couple years.  And then Dan

24         -- this was like in 2003, '4, something like that.

25         And then Dan got a really good reputation and



Charles Bradley
07/20/2022                                    Page 125

1           decided to go out on his own, and then we split

2           ways.

3    Q.     So he was building guns for you that you sold on

4           your website; is that fair?

5    A.     Yeah, pretty much.  Most of it was preorder stuff.

6    Q.     Do you currently sell any products for Dan?

7    A.     We sell a compensator.

8    Q.     A compensator?

9    A.     Yeah.

10   Q.     A compensator that he makes?

11   A.     Yeah.

12   Q.     Can you explain again for the nongun people what a

13          compensator is?

14   A.     It's a piece of metal that goes on the end of the

15          barrel.  It spills the gases out the top of the

16          compensator and pushes the muzzle down to reduce

17          recoil.

18   Q.     Okay.  And how does it attach to the barrel?

19   A.     How does it attach to the barrel?

20   Q.     Yes, sir.

21   A.     The barrels are threaded and it screws onto the

22          barrel.

23   Q.     Okay.  And then you've employed Dan to issue an

24          expert report for you; is that correct?

25   A.     Yeah, looks like the attorneys did.



**Charles Bradley**
07/20/2022                                    Page 126

1    Q.    Okay.  And did you have conversation with

2          Mr. Bedell?

3    **A.    Yeah.**

4    Q.    What did you tell him?

5                 MR. BENFORD:  I'm going to instruct you

6          not to -- Mr. Bradley, I'm going to instruct you not

7          to discuss any conversations with Mr. Bedell in

8          which I was present.  Those would be protected under

9          Rule 26.  But any conversations you had with him

10         without me being present you can testify to.

11                **THE WITNESS:  Yeah, I basically told Dan**

12         **about the lawsuit, asked him if he would be willing**

13         **to be an expert witness; that my attorney wanted to**

14         **talk to him.**

15   BY MR. FIATO:

16   Q.    Did you tell him how Akai Custom Guns builds its

17         guns?

18   **A.    No, not really.  I think Dan already knew that.**

19   Q.    How did Dan know that?

20   **A.    Because he's a gunsmith, and these gunsmiths all**

21         **know what each other is doing.  It would be the same**

22         **knowledge as I had is general knowledge after the**

23         **fact of the finished product because none of us were**

24         **sitting there watching him build them.**

25   Q.    Did you tell him that Akai was installing tungsten



**Charles Bradley**
**07/20/2022**                                    **Page 127**

 1    sleeves by heating and freezing the barrel?

 2  **A.    I don't know if I did or not.**

 3  Q.    You wouldn't know whether he was installing tungsten

 4         sleeves by -- let me finish my question, sir.  You

 5         would not know whether he was installing tungsten

 6         sleeves by heating or -- the sleeve or freezing the

 7         barrel because you weren't there when he did that or

 8         did not do it, correct?

 9  **A.    Correct.**

10  Q.    Okay.  So to the extent that Mr. Bedell says that he

11         learned that from you, it's not from his personal

12         knowledge or your personal knowledge, correct?

13  **A.    He says he learned it from me?**

14  Q.    If I elicit testimony from him that says during his

15         interview with you, you told him that Akai may be

16         installing tungsten sleeves by heating and freezing

17         the barrel -- heating the sleeve and freezing the

18         barrel, you couldn't have told him that because you

19         don't know that to be true?

20  **A.    No, and if I did ask that question, I would have**

21         **been asking Dan how he did it because Dan --**

22  Q.    Dan would have said that's how he would have done

23         it?

24  **A.    Dan would have known more about how to do that than**

25         **I would.**



**Charles Bradley**
07/20/2022                              Page 128

```
 1   Q.   But he wouldn't know what Mr. Horowitz does because

 2        he wasn't there when he installed any tungsten

 3        sleeve?

 4   A.   I don't know if Shay and Dan talked in the past and

 5        Shay told him, I don't know.  That's --

 6   Q.   To your knowledge, he wasn't there when Mr. Horowitz

 7        built the guns that he's alleging had these

 8        defective barrels on them, was he?

 9   A.   Yeah, to my knowledge I don't know that.

10   Q.   Okay.  What did John Vlieger tell you that Shay's

11        concerns were with regard to any claims that the

12        barrels were defective?

13   A.   He thought the barrels were soft.

14   Q.   Did he say anything else?

15   A.   Not that I know of.  I think he sent pictures of the

16        testing while they were doing the testing.  And the

17        pictures that we got of the testing, I think I

18        forwarded them to Luke, and Luke said that they were

19        being tested improperly.  The tests weren't being

20        done right.

21   Q.   So that was Luke's claim, the tests weren't being

22        done right?

23   A.   It was Luke's claim, and it was also Bunker wrote --

24        that's one reason Bunker wrote what he did, because

25        he saw the testing pictures that Shay sent out on
```



1    Facebook and -- it's either Shay or one of his team

2    members, that they were out there doing this stuff

3    for him.

4  Q.  So Bunker told you this, right?

5  A.  I didn't talk to Bunker.  Bunker saw the picture and

6    he did a letter and posted it on Facebook --

7  Q.  Okay.

8  A.   -- about the proper way of testing.

9  Q.  So you're assuming -- you're assuming this is why

10    Mr. Bunker did it, but you've never talked to him?

11  A.  No, I didn't talk to him.

12  Q.  Okay.

13  A.  John may have talked to him.

14  Q.  Did John ever tell you that Shay was insisting on

15    independent third party testing of the barrels?

16  A.  No.  I mean, he -- apparently Shay sent them out to

17    another party.

18  Q.  But did he ever tell you that Shay wanted to send

19    barrels to an independent third party together with

20    KKM to test the barrels?

21  A.  Not that I can recall.

22  Q.  And to your knowledge did KKM ever agree to third

23    party testing prior to the initiation of this

24    lawsuit, if you know?

25  A.  I don't know.



Charles Bradley
07/20/2022                              Page 130

1    Q.    Did you accept return of any KKM barrels from

2          Shay Horowitz after they were tested?

3    A.    No.

4    Q.    In fact, didn't you tell him that you couldn't have

5          him testing your barrels and returning them back to

6          you?

7    A.    Yes, but I have a follow-up on that, okay.  So Shay

8          bought -- on October 15th he bought four barrels.

9          This was after the -- he called us and told us he

10         was having problems.  On the 15th he bought four

11         more barrels, and he tested them.  So he tested,

12         three of them were 43 and 44, 42, 43, something like

13         that, and one of them was 40.  And he said, that's

14         out of spec and I want to send it back.

15               And I said, well, that's a warranty

16         issue, you need to deal with KKM on that.  I said, I

17         don't know whether you're testing these correctly or

18         not and you've put a dimple on the barrel, so I

19         can't sell this as new to somebody else, so you need

20         to deal with KKM on that.  And I refused to take

21         that barrel back as a return because he altered it.

22         Per our policy is if he altered it, we don't take it

23         back.

24   Q.    So if he tested a barrel and it came back at 38, for

25         example, you wouldn't accept return of that?



Charles Bradley
07/20/2022                           Page 131

```
 1   A.     Not if he dimpled it.  I would refer it to the
 2          manufacturer and say, Luke, you got a guy that's
 3          testing the barrel soft.  And a normal person would
 4          send the barrel back to the manufacturer, Luke would
 5          do what he had to do, either test it, find out
 6          whether it was good, bad, replace it.  At that
 7          point, it's the manufacturer's responsibility to
 8          handle the warranty.
 9   Q.     So you have no responsibility to handle the warranty
10          whatsoever?
11                 MR. BENFORD:  Objection, form.  Calls for
12          a legal conclusion.  Go ahead and answer.
13                 MR. FIATO:  I think he did.  I think he
14          said, no.
15   BY MR. FIATO:
16   Q.     Is that right, Mr. Bradley?
17   A.     Yeah, it's all over the web page.  It's on my terms
18          and conditions and on my policies.
19   Q.     Were you aware that on December 18, 2019, your
20          employee, John Vlieger, sent a message to
21          Mr. Michael Dame where he admitted that KKM -- he
22          admitted that KKM barrels that Shooters Connection
23          sells are made out of a different steel than the
24          barrels that KKM sells directly?
25   A.     I was only aware of it after it was produced in
```



Charles Bradley
07/20/2022                              Page 132

1     discovery.

2  Q.    You weren't aware of it before then?

3  A.    No.

4  Q.    Can I direct you to Exhibit Number 7, sir?

5            COURT REPORTER:  Are we going to be

6        taking a break for lunch some time?

7            MR. FIATO:  Would you like to take a

8        break for lunch, because this would be a good spot.

9        The only thing is, John, to the extent that we do

10       recesses and lunches, I don't want it taken away

11       from my seven hours.

12           MR. BENFORD:  No, I mean the rules are

13       clear on that.  You're entitled to a total of seven

14       hours of record time.  Yeah, I always defer to the

15       witness as far as lunch, but I'll defer to the

16       majority of the group.  Actually, no, I'll defer to

17       the court reporter.

18           MR. FIATO:  You're a smart man.  How long

19       does everybody need?  I currently have 1:09, call it

20       1:10.  Do you want to say everybody reconvene at

21       2:00?  How's that?

22           (A lunch recess was taken)

23           MR. FIATO:  Can you read me the last

24       question and answer?

25           (The record was read back by the



Charles Bradley
07/20/2022                                  Page 133

```
 1                    court reporter as requested)

 2   BY MR. FIATO:

 3   Q.    So, Mr. Bradley, do you have Exhibit 7 up?

 4   A.    Yes, I do.

 5   Q.    Okay.  And I'm sure I'm going to get objections, but

 6         this is a document produced pursuant to subpoena

 7         from us to Mr. Michael Dame.  Do you recognize the

 8         -- do you know what an avatar is?

 9   A.    Yeah, like the little insignia?

10   Q.    Yes, sir.  Yes, sir.

11   A.    Yeah.

12   Q.    Do you recognize that as the insignia for

13         John Vlieger?

14   A.    That's the one he uses.  That looks like John on the

15         picture.

16   Q.    Okay.  And do you see where John is saying, you're

17         familiar with 416 stainless, I assume?

18   A.    Yeah, I've read it several times.

19   Q.    Okay.  And would you agree with me that he's --

20         well, let's just read it together so that it's in

21         the record, okay.  And the response from Mr. Dame

22         is, not really, just that I hate cutting it.

23   A.    Correct.

24   Q.    And then Mr. Vlieger responds, well, KKM used 416R

25         for some barrels, specifically the ones you order
```



**Charles Bradley**
07/20/2022                                    Page 134

1          from the website because it's more personal, but

2          it's harder to machine/fit.  When you get a barrel

3          from us or other retailers, it's 99 percent chance

4          it's 416R BQ5 (barrel quality 5) which was developed

5          at least in part by Will -- and this is spelled

6          wrong, for the record -- Shcumann, which cannot be

7          heat treated as heavily, usually comes out in the

8          40-42 range instead of 42-46-ish range.

9                    I'm turning to the next page, sir.  "So

10         let's assume you have a BQ5 barrel but you don't

11         know it.  Then let's assume you don't have a super

12         duper calibrated machine, and let's assume you test

13         the barrel in a fucked up way.  You're expecting

14         42-46 Rc, but you get 38."

15                   Did I read Mr. Vlieger's text correctly?

16    A.    Yes.

17    Q.    Okay.  Were you aware that Shooters Connection was

18         selling barrels that were different from the barrels

19         you could buy on the KKM website?

20                   MR. MARI:  Object to form.

21                   THE WITNESS:  Go ahead, John.  What did

22         you say?

23                   MR. BENFORD:  He said -- he objected.

24                   MR. MARI:  That was Nick.  I'm objecting

25         to the form.



Charles Bradley
07/20/2022                                    Page 135

```
 1   BY MR. FIATO:

 2   Q.    You can answer, though.

 3   A.    Okay.  We weren't selling barrels that were

 4         different metal.  So the way the question was

 5         formed, I would have to admit that we were selling

 6         different metals, and I'm going to say we weren't.

 7   Q.    How do you know?

 8   A.    None of this came up until after the demand letter

 9         and the discussions, and I never even seen this

10         until it came out in discovery.  And I haven't heard

11         about two different kinds of metal, okay.

12   Q.    The question was, were you aware that you were

13         selling two types of -- you were selling -- excuse

14         me, strike all of that.

15               Were you aware that you were selling

16         barrels made out of a different steel than the

17         barrels that you could buy directly from KKM?

18                     MR. MARI:  Object to the form.

19                     MR. BENFORD:  Join.

20   BY MR. FIATO:

21   Q.    You can answer.

22   A.    That question assumes that we were selling two

23         different kinds of metal, which I doubt.

24   Q.    Do you know whether you were selling two different

25         types of metal?
```



Charles Bradley
07/20/2022                                    Page 136

1   A.    Actually, no, I don't.

2   Q.    Okay.

3   A.    I'm selling what the manufacturer gave us in our

4         barrels.

5   Q.    Do you know how or why John Vlieger would admit to

6         Michael Dame that you were selling barrels that were

7         different than you could buy from KKM directly?

8               MR. MARI:  Object to the form.

9               MR. BENFORD:  Join.

10  BY MR. FIATO:

11  Q.    If you don't know, you can say you don't know.

12  A.    It would all have to be, you know -- you want to

13        know why I think he wrote this?

14  Q.    No, I'm saying do you know why he wrote this?

15  A.    I don't have any specific knowledge of why he wrote

16        this, no.

17  Q.    Okay, that's fair.  That's fair, sir.  But it's

18        fairly apparent that he knew that there was two

19        different types of steel being used to produce KKM

20        barrels, and you were selling steel different than

21        what KKM was selling?

22              MR. BENFORD:  Form.

23              MR. MARI:  Join.

24              THE WITNESS:  Actually, it wasn't

25        apparent.  I mean, knowing what I know now, it



Charles Bradley
07/20/2022                                      Page 137

1          wasn't apparent, so.

2     BY MR. FIATO:

3     Q.     He seemed to believe so?

4                 MR. MARI:  Object to the form.

5                 MR. BENFORD:  Join.

6     BY MR. FIATO:

7     Q.     Correct?

8     A.     **You see, he seemed to think -- and I talked to Luke**

9            **about this afterwards.  I said --**

10    Q.     I don't want to know what Luke said.  I want to

11           know --

12    A.     **If you don't want to hear my answer, then I won't**

13           **answer, okay.**

14    Q.     You can answer, but you need to answer my questions.

15    A.     **Okay, I am going to answer your question, but**

16           **there's context involved.**

17    Q.     Would you like me to repeat my question for you?

18    A.     **Sure, go ahead.**

19    Q.     My question to you is, it would appear that

20           John Vlieger knew that you were selling steel that

21           was different than what you could buy from KKM?

22                 MR. BENFORD:  Objection, form.

23                 MR. MARI:  Same objection.

24                 **THE WITNESS:  You're asking for me to say**

25           **what it appears like?  It might appear like that to**



1          you, but it doesn't appear like that to me.

2     BY MR. FIATO:

3     Q.   But you don't know why John Vlieger would admit to

4          Michael Dame that you were selling steel --

5     A.   I didn't have to.

6     Q.   You were selling barrels made from different steel

7          than the steel you could buy from KKM directly?

8                    MR. MARI:  Object to the form.

9                    MR. BENFORD:  Join.

10                   THE WITNESS:  I do know now.

11    BY MR. FIATO:

12    Q.   How do you know?

13    A.   Well, you want me to answer -- go on with my answer

14         on that?

15    Q.   I just asked you, how do you know?

16    A.   So after this had came out, I called Luke and said,

17         Luke, what's up with this accusation?  There's two

18         different kinds of metal.  And my answer that I got

19         from Luke on this was, it's two different brands of

20         metal.  It's still 416R, but BQ5 is what one company

21         calls that type of metal compared to what another

22         company calls that type of metal.  And he said, it's

23         still 416R metal, okay.  And, again, I had no

24         knowledge of this until I called Luke about it.  I

25         didn't know anything about it before this came out.



Charles Bradley
07/20/2022                                    Page 139

1            That --

2    Q.     That's fair, you didn't know about it, but

3           John Vlieger knew about it, correct?

4    A.     **He did, because he was actively calling Luke and**

5           **Shay trying to get this thing resolved.  John took**

6           **this to heart pretty seriously.  He was trying his**

7           **best to try to fix this thing.**

8                      **Now if you notice this whole -- this text**

9           **thing where it says, let's assume you don't have a**

10          **super duper calibrated machine, which means if you**

11          **don't have the proper technological equipment you're**

12          **not going to get the right testing result.**

13                      **But I'm going to have to defer that to**

14          **Luke and answer that, because he makes the barrels**

15          **and he buys the metal.  I have no knowledge of that.**

16   Q.     I hear you there.

17   A.     **Okay.**

18   Q.     But Mr. Vlieger did because he admitted it to

19          Michael Dame?

20   A.     **After he talked to Luke.**

21   Q.     Right.

22   A.     **Right.  And he also told me he was drunk.**

23   Q.     You said that you don't remember if he said he was

24          drunk when he texted -- so you're saying that he's

25          drunk both times, once when he had a



Charles Bradley
07/20/2022                                    Page 140

1    conversation --

2    A.   I'm not sure which one it was.  He told me he was

3         drunk, okay.

4    Q.   Right.  So you don't know which one he was drunk?

5    A.   I asked him, I said, John, why did you say this?  He

6         said, I don't know.

7              So I can't answer that question for you,

8         because he don't know either.  You know, Luke tells

9         him one thing, and he comes up with a different idea

10        in his head and repeats it.  You know how that

11        changes every time it goes from one ear to the other

12        and the story --

13   Q.   No, I don't know how that happens.

14   A.   Yeah, you're going to have to ask Luke about this,

15        because I don't have a reason to doubt it.

16   Q.   Okay, let's go back to Shay's claim that the barrels

17        he bought from KKM and Shooters Connection was

18        defective.  You're aware that on October 22, 2019,

19        Akai Custom Guns issued a public service

20        announcement and a recall on its guns so it could

21        replace the barrels that Akai Custom Guns was

22        asserting were defective.  Were you aware there was

23        a public service announcement?

24   A.   Yes.

25   Q.   Okay.  And I'll refer you to Exhibit 8, that is a



**Charles Bradley**
07/20/2022                                      Page 141

1          copy of that public service announcement.  When was

2          the first time that you ever read that public

3          service announcement?

4     A.   **I don't know.**

5     Q.   If I told you that you've produced documents that

6          say the first time you read it was some time in

7          December, would you have any reason to disagree with

8          me?

9     A.   **If you show me the document, I would have no reason**

10         **to disagree.  I don't know personally.**

11    Q.   Can you take a moment and just read that document

12         for me, please?

13    A.   **Okay.**

14    Q.   Can you tell me, does that document -- is there

15         anyplace in this document that it refers to Shooters

16         Connection?

17    A.   **We emailed our lab results to these companies hoping**

18         **to elicit assistance from each of them.  To me, I**

19         **know that he was referring to us.**

20    Q.   But to the public, nobody knew that -- it wasn't

21         Dame, you mean, Mr. Akai -- or Mr. Horowitz was

22         referring to you.  But there's nowhere is Shooters

23         Connection mentioned in this document, is it?

24    A.   **Not in this document, but the way it was distributed**

25         **on the internet, it was mentioned that it was KKM.**



**Charles Bradley**
07/20/2022                                    Page 142

```
 1   Q.   Did Akai Custom Guns ever say KKM?

 2   A.   Akai didn't do it, but his team members did it at

 3        his direction.

 4   Q.   How do you know it was at his direction?

 5   A.   There's a Facebook thread there where we caught one

 6        of his shooters, Scott Thompson, saying KKM.  And

 7        then he changed it, took it away from KKM, and then

 8        we caught him lying about it later.  It's all in the

 9        stuff.

10   Q.   But how do you know that Shay Horowitz directed him

11        to say KKM?

12   A.   He told me he said he was directed to change it.  So

13        somebody --

14   Q.   To change it away from KKM?

15   A.   Yes.

16             COURT REPORTER:  I'm sorry, you were both

17        talking at the same time, what's your question?

18             MR. FIATO:  I asked him how he knew Shay

19        Horowitz directed Scott Thompson to put KKM on

20        there, and he said he directed him to take it off.

21        And I said, how do you know that?

22             THE WITNESS:  Because he was Shay's team

23        member and Shay was instructing them to put out this

24        public service announcement.

25
```



**Charles Bradley**
07/20/2022                                    Page 143

 1   BY MR. FIATO:

 2   Q.     Did you have any evidence that he directed him to

 3          mention KKM?

 4   **A.     He did mention KKM.**

 5   Q.     Did you have any evidence that he was directed to

 6          buy Akai Custom Guns?

 7   **A.     He said he was directed to take it off.**

 8   Q.     To take it off but not to put it on, correct?

 9   **A.     So it's sort of a trick if you put it out there not**

10          **naming anybody, we're going to tell everybody who it**

11          **is anyway, okay.  So everybody knew it was us.**

12   Q.     Nobody nowhere is Shooter's Connection on this, is

13          it?

14   **A.     No, well, everybody knows that we are --**

15   Q.     So the interrogatory to you is nowhere on this

16          document is Shooters Connection?

17   **A.     On this document, I would agree it's not on there.**

18   Q.     Okay.  And nowhere do you have any evidence that

19          Shay Horowitz directed anybody to mention KKM?

20                   MR. BENFORD:  Form.

21                   **THE WITNESS:  We have evidence that**

22          **Scott Thompson was being directed.**

23   BY MR. FIATO:

24   Q.     To remove KKM?

25   **A.     To remove KKM.**



Charles Bradley
07/20/2022                     Page 144

1    Q.    Where did he say that he was directed to put KKM on

2          it, if at all?

3    A.    **I don't have that, no.**

4    Q.    You don't have that evidence, do you?

5                    Do you have any evidence that

6          Shay Horowitz directed Scott Thompson to put KKM on

7          any post related to this public service

8          announcement?

9    A.    **No.**

10   Q.    Okay, thank you.  At some point in December of 2019

11         you received a demand letter from my office with

12         regard to the claims by Akai and Horowitz, correct?

13   A.    **Yes.**

14   Q.    And did you contact anybody from KKM after you

15         received the demand letter on behalf of Akai and

16         Shay Horowitz?

17   A.    **Yeah, I believe I called Luke.**

18   Q.    Okay.  And what did you talk about?

19   A.    **Just asked him about this, asked him if he got it.**

20         **When I called him, I don't know if he even got his**

21         **yet.**

22   Q.    What did you discuss?  Do you remember specifically?

23   A.    **Not really.**

24   Q.    At that time did Mr. McIntire tell you that there

25         was two different steels being used to produce KKM



Charles Bradley
07/20/2022                                          Page 145

1    barrels?

2    A.    No.

3    Q.    Did you ask Mr. McIntire at any time for

4          documentation showing the type of steel that he was

5          using to make the KKM barrels that you were selling

6          to the public?

7    A.    No, because that didn't even come up until the

8          amended complaint.

9    Q.    Fair enough, that's true.  After the amended

10         complaint did you ask him for any documentation

11         showing the type of steel that he was using to

12         produce KKM barrels?

13   A.    I did not ask for documentation, but I asked him

14         about it.

15   Q.    Okay, did anything prevent you from asking him for

16         documentation or no?

17   A.    No, I trusted Luke.  I mean, I've done business with

18         him and his family for over 20 years.

19   Q.    Have you seen any of the data sheets produced by way

20         of discovery in this matter showing the types of

21         steel used to produce KKM barrels?

22   A.    I've seen a lot of information.  If you can point me

23         to one, I'll look at it.

24   Q.    I'll be glad to.  Let's go to Exhibit 9.

25   A.    Okay.



Charles Bradley
07/20/2022                              Page 146

 1  Q.    I'd like you to look at the first page.  If you look

 2        at the bottom, there's something called the Bates

 3        label.  That's the code, it says KKM 00018.

 4  A.    **Okay.**

 5  Q.    Do you have that document?

 6  A.    **Yes.**

 7  Q.    Is your document highlighted, sir?

 8  A.    **Yes.**

 9  Q.    It says, shipped to Samuel and Sons, correct?

10  A.    **Yes.**

11  Q.    It's an Outokumpu certificate of test, correct?

12  A.    **Okay.**

13  Q.    After it says shipped to, there's some numbers and

14        then there's a highlighted portion that says, grade

15        416?

16  A.    **Yes, I see that.**

17  Q.    You see that?

18  A.    **Uh-huh.**

19  Q.    Can you tell me, and you can take your time, does it

20        say anywhere on this certificate of test, 416R?

21  A.    **I don't see that.**

22  Q.    Does it say anywhere on this certificate of test,

23        416 restricted?

24  A.    **No, but I wouldn't even know what that was until**

25        **now.**



**Charles Bradley**
07/20/2022                                              Page 147

1   Q.   Okay, but it doesn't say it on KKM 00018, the

2        certificate of test, correct?

3   **A.   Not on this certificate, it does not say that.**

4   Q.   Okay.  Let's go to the next one, would be KKM

5        000019.

6   **A.   Okay.**

7   Q.   Same thing, this is an Outokumpu certificate of

8        test?

9   **A.   Okay.**

10  Q.   What's the date on it, sir?

11  **A.   3-5 of '15.**

12  Q.   And the date on the first one, one eight, 3-12-15?

13  **A.   Yeah, 3-12-15.**

14  Q.   Okay.  There's a highlighted portion for the grade.

15       Can you read it for me?

16  **A.   Grade 416.**

17  Q.   Okay.  Do you see anywhere on this certificate of

18       test reference to 416R?

19  **A.   No.**

20  Q.   Do you see anywhere on this certificate of reference

21       to 416 restricted?

22  **A.   No.**

23  Q.   Let's move to the next one.  KKM 000020, what date

24       is this certificate of test dated?

25  **A.   It says 3-12-15.**


HANSON RENAISSANCE
COURT REPORTERS & VIDEO    hansonreporting.com
313.567.8100

**Charles Bradley**
**07/20/2022**                                    **Page 148**

 1   Q.   Okay, thank you, sir.  And there's a highlighted

 2        portion for the grade.  Can you read that for me?

 3   A.   416.

 4   Q.   Does it say 416R anywhere?

 5   A.   No.

 6   Q.   Does it say 416 restricted?

 7   A.   No.

 8   Q.   Okay.  Let's go to KKM 000021.  I believe that's

 9        dated May 27, 2015?

10   A.   Yep.

11   Q.   It's an Outokumpu certificate of test shipped to

12        Samuel and Sons, correct?

13   A.   Yes.

14   Q.   What is the grade on that one, sir?

15   A.   416.

16   Q.   Is there a grade 416R anywhere on this document?

17   A.   No.

18   Q.   Is there a grade 416 restricted anywhere on this

19        document?

20   A.   I just noticed where it says 416 type 2, and I don't

21        know what that means.

22   Q.   Okay.  But there's no 416 restricted or 416R --

23   A.   No.

24   Q.   -- will you agree with me?

25   A.   Yeah.



**Charles Bradley**
**07/20/2022**                                    **Page 149**

 1    Q.    Okay, thank you.  Next document, KKM 000022,

 2          Outokumpu certificate of test dated July 23, 2015,

 3          correct?

 4    **A.    Uh-huh.**

 5    Q.    What is the grade indicated on this certificate of

 6          test?

 7    **A.    416.**

 8    Q.    Does it indicate anywhere on this certificate of

 9          test, 416R?

10    **A.    No.**

11    Q.    How about 416 restricted?

12    **A.    No.**

13    Q.    Okay.  Next document, KKM 000023 dated

14          November 11, 2015, Outokumpu certificate of test,

15          correct?

16    **A.    Yes.**

17    Q.    What's the grade indicated?

18    **A.    416.**

19    Q.    Any 416R indicated here, sir, in this document?

20    **A.    No.**

21    Q.    Is there any 416 restricted in this document?

22    **A.    Nope.**

23    Q.    Next document, KKM 000024, Outokumpu test, I believe

24          this one is dated February 20, 2017; is that

25          correct?



Charles Bradley
07/20/2022                                    Page 150

 1   A.   Yep.

 2   Q.   Can you indicate the grade for me, sir?

 3   A.   Grade 416.

 4   Q.   Any 416R indicated on this document?

 5   A.   No.

 6   Q.   Any 416 restricted indicated on this document?

 7   A.   No.

 8   Q.   Let's move on to KKM 000025, Outokumpu test,

 9        certificate of test shipped to Samuel and Sons on

10        January 30, 2018, correct?

11   A.   Yep.

12   Q.   The grade indicated is what, sir?

13   A.   It says 416.

14   Q.   Is there a 416R indicated?

15   A.   I'll be honest with you, I really don't know what

16        I'm looking at, but, no, I don't see it.

17   Q.   If you need more time to review the document, please

18        tell me.

19   A.   I mean, there's a lot of numbers and codes on here

20        that I don't know what they mean, but I don't see

21        where it says 416R.

22   Q.   Do you see where it says 416 restricted?

23   A.   No.

24   Q.   Let's move on to KKM 000026.  Outokumpu test,

25        certificate of test dated April 16, 2019, correct?



**Charles Bradley**
07/20/2022                                    Page 151

1   A.    Uh-huh.  Yes.

2   Q.    What's the grade indicated, sir?

3   A.    Grade 416.

4   Q.    Any grade 416R indicated here, sir?

5   A.    No.

6   Q.    Any 416 restricted indicated here, sir?

7   A.    No.

8   Q.    Let's move on to Outokumpu certificate of test dated

9         March 19, 2020.  Agreed?

10  A.    Yes.

11  Q.    It's KKM 000027.  What is the grade indicated, sir?

12  A.    416.

13  Q.    Is there any 416R indicated here, sir?

14  A.    Not that I can see.

15  Q.    Do you see a grade 416 restricted?

16  A.    No.

17  Q.    Next, KKM 000028, Outokumpu certificate of test

18        dated March 19, 2020; is that correct, sir?

19  A.    Yes.

20  Q.    And what is the grade indicated on this certificate

21        of test?

22  A.    Grade 416.

23  Q.    Is there a grade 416R, sir?

24  A.    No.

25  Q.    Is there a grade 416 restricted, sir?



**Charles Bradley**
07/20/2022                                    Page 152

```
 1   A.     No.

 2   Q.     Next document, KKM 000029, Outokumpu certificate of

 3          test dated April 27, 2020.  What is the grade

 4          indicated on this certificate of test?

 5   A.     416.

 6   Q.     And is there any grade 416R indicated?

 7   A.     No.

 8   Q.     Any grade 416 restricted indicated?

 9   A.     No.

10   Q.     I'm going to give you a break from this exhibit for

11          one second.  I would like you to move to Exhibit 10.

12          Let me know when you're there, sir?

13   A.     Okay.

14   Q.     Before you go there, going back to the certificates

15          that we reviewed, at the bottom in each certificate

16          -- and take your time, you can review each one of

17          those -- which is KKM 000018 to KKM 000029, there's

18          a quality manager indicated there, correct, at the

19          end of the document?

20   A.     Okay.

21   Q.     And M.F. Marcanio.

22                 MR. FIATO:  Theresa, it's spelled

23          M-A-R-C-A-N-I-O.

24   BY MR. FIATO:

25   Q.     Are we in agreement with that, sir?
```



**Charles Bradley**
07/20/2022                                      Page 153

```
 1   A.   Yeah, looks like it.

 2   Q.   Okay.  Going to Exhibit 10, the title of this

 3        exhibit is, declaration of M.F. Marcanio.  Can you

 4        see that, sir?

 5   A.   Yes.

 6   Q.   I'll read it and you tell me if I'm reading anything

 7        incorrectly.  It indicates the State of South

 8        Carolina, County of Mecklenburg.  It begins, I,

 9        Michael F. Marcanio, declare as follows.  Paragraph

10        1, I am over the age of 18 and have personal

11        knowledge as to all facts stated herein and would be

12        willing to testify to the same under oath if called

13        to do so by this Court.  Do you agree?

14   A.   Yeah.

15   Q.   Paragraph 2, I am a resident of the State of

16        South Carolina, agreed?

17   A.   North Carolina.

18   Q.   I'm sorry, North Carolina.  I am a resident of the

19        State of North Carolina, agreed?

20   A.   Yes.

21   Q.   I am an employee of Outokumpu Stainless Steel Bar,

22        LLC (hereinafter "Outokumpu"), which is a steel

23        manufacturer, correct?

24   A.   Yes.

25   Q.   I have been employed with Outokumpu for 26 years,
```



**Charles Bradley**
07/20/2022                              Page 154

```
 1        and my current position is Quality Manager.  I have

 2        a total of 43 years of experience in the metal

 3        industries, correct?

 4   A.   Yes.

 5   Q.   I have personally reviewed the documents attached

 6        hereto and labeled as KKM 000018 through KKM 000029,

 7        and I have personal knowledge of the contents of

 8        these records, correct?

 9   A.   Yes.

10   Q.   Paragraph 6, excuse me, KKM 000018 through KKM

11        000029 are certificates of test, which record tests

12        performed at approved and certified laboratories

13        performed in accordance with industry specifications

14        and are records Outokumpu keeps in the regular

15        course of business.  As part of my job duties I am

16        responsible for the systems, assuring compliance

17        with these testing standards, correct?

18   A.   Yes.

19   Q.   The records -- paragraph 7, the records of these

20        test events contained in the certificates of tests

21        labeled as KKM 000018 through KKM 000029 were made

22        by Outokumpu employees trained to assemble shipping

23        documents for delivery to customers at the time of

24        shipment.  As part of my duties I am responsible for

25        ensuring these records comply with Outokumpu
```



**Charles Bradley**
**07/20/2022**                                    **Page 155**

1        standards, correct?

**2**  **A.**    **Yes.**

3   Q.   Paragraph 8, the certificate of test labeled as KKM

4        000018 through KKM 000029 were provided from

5        Outokumpu to Samuel, Son & Company, Incorporated and

6        are testing compilations we publish which are used

7        and relied upon by steel distributors and customers

8        in the steel industry.  KKM 000018 through

9        KKM 000029 confirms the sale of grade 416R steel

10       bars from Outokumpu to Samuel, Sons & Company,

11       correct?

**12** **A.**    **Well, you said, 416R.  It doesn't say --**

13  Q.   I'm sorry, let me reread that paragraph for you.

14       The certificates of test labeled as KKM 000018

15       through KKM 000029 were provided from Outokumpu to

16       Samuel, Son & Company, Incorporated and are testing

17       compilations we publish which are used and relied

18       upon by steel distributors and customers in the

19       steel industry.  KKM 000018 through KKM 000029

20       confirm the sale of grade 416 steel bars from

21       Outokumpu to Samuel, Son & Company, Incorporated.

22       Correct?

**23** **A.**    **Yes.**

24  Q.   Paragraph 9, KKM 000018 through KKM 000029 do not

25       indicate the sale of 416R steel bars from Outokumpu



1       to Samuel and Sons, nor does it certify that these

2       steel bars described as 416R or 416 restricted.

3       Correct?

4   A.   Yes.

5   Q.   Paragraph 10, Outokumpu will sell and certify

6       stainless steel bars as 416R or 416 restricted, but

7       it is not an ASTM international standard grade type.

8       **A customer may provide us with specifications for**

9       **416R or 416 restricted steel bars, and we will**

10      **certify the steel bars delivered meet those**

11      **specifications.  KKM 000018 through KKM 000029 show**

12      **that Outokumpu ship steel bars meeting the ASTM 416**

13      **standard and do not certify any other standard**

14      **including 416R or 416 restricted, correct?**

15  A.   **That's what it says.**

16  Q.   Paragraph 11, Outokumpu manufactures and certifies

17      steel bars to the requirements and specifications to

18      purchase orders.  Had the purchase orders

19      corresponding to the steel bars described in KKM

20      000018 through KKM 000029 specified a different

21      specification and certification requirement than

22      416, such as 416R or 416 restricted, Outokumpu would

23      have both manufactured those bars to those

24      specifications and would have certified that fact.

25      Correct?



**Charles Bradley**
07/20/2022                                        Page 157

1   A.   Correct.

2   Q.   Paragraph 12, I have also reviewed the website

3        advertisement for KKM Precision attached hereto

4        which in part states and claims, all KKM barrels are

5        made using certified 416R gun barrel quality

6        stainless steel bar stock.  To the extent that it is

7        being claimed that bars produced from the sale of

8        416 -- let me rephrase.

9                 To the extent that it's being claimed

10       that barrels produced from the sale of grade 416

11       steel bars from Outokumpu and Samuel, Sons &

12       Company, Incorporated as outlined in the

13       certificates of tests labeled as KKM 000018 through

14       KKM 000029, such claims are untrue and false

15       according to all the customer specifications we

16       received to date that define grade 416R.  Outokumpu

17       did not certify the steel bars described in KKM

18       000018 through KKM 000029 as 416R or 416 restricted.

19       Did I get that correct?

20  A.   Yes.

21  Q.   I declare under the penalty of perjury that the

22       foregoing is true and correct, executed this 12th

23       day of July, 2020?

24                 MR. BENFORD:  2022.

25  BY MR. FIATO:



Charles Bradley
07/20/2022                          Page 158

1  Q.   2022, correct?  Is that correct, sir?

**2  A.   Yes.**

3  Q.   The data sheets that were provided by KKM, none of

4       those data sheets provided by KKM from Outokumpu say

5       that it is grade 416 steel, correct?

6                MR. MARI:  Object to the form.

7  BY MR. FIATO:

8  Q.   Let me rephrase.  None of the data sheets provided

9       by Outokumpu, those certificates of test that we

10      discussed from KKM 000018 through KKM 000029,

11      indicate any other grade of steel than 416, correct?

**12  A.   Correct.**

13               MR. MARI:  Object to the form.  You can

14      answer.  I'm sorry.  Object to the form.

15  BY MR. FIATO:

16  Q.   You would agree with me, sir, that the producer of

17      steel knows what kind of steel it's producing, would

18      you not?

**19  A.   I would have to say so.  That's not my expertise.**

20  Q.   I'm sorry, I cut you off.

**21  A.   It's not my area of expertise, so I just have to go**

**22      by what's in front of me.**

23  Q.   So you would agree with what they're saying,

24      correct?

**25  A.   He made a statement.  I have nothing to say about**



Charles Bradley
07/20/2022                                    Page 159

1          it.

2    Q.    You have nothing to dispute about that statement,

3          right?

4    A.    **It's not my area of expertise.**

5    Q.    I understand, I understand, I understand.  And you

6          would agree with me that pursuant to Mr. Marcanio's

7          declaration, Outokumpu did not sell 416R to Samuel

8          and Son as indicated both by the certificates of

9          test and by his declaration?

10               MR. MARI:  Object to the form.

11               MR. BENFORD:  Go ahead.

12   BY MR. FIATO:

13   Q.    You would agree with that, wouldn't you, sir?

14   A.    **Well, you're reading the same thing I'm reading, but**

15         **I don't have the expert knowledge to even interpret**

16         **what it means, so...**

17   Q.    Do you agree it means that the steel that was

18         indicated in KKM 000018 through KKM 000029 was grade

19         416?

20   A.    **I have no reason to dispute this guy's declaration.**

21   Q.    And would you agree with me that he is correct when

22         he says that, to the extent it is being claimed that

23         barrels produced from the sale of grade 416 stock

24         from Outokumpu to Samuel and Sons, as outlined in

25         those certificates of test to the degree that that's



1        being claimed, such claims are untrue and false?

2                      MR. BENFORD:  Objection, form, go ahead

3        and answer.

4                      MR. MARI:  Join.

5                      **THE WITNESS:  Like I said, I don't have**

6        **the expertise to decipher what this means.**

7  BY MR. FIATO:

8  Q.    Do you have any evidence that that's untrue?

9  **A.    I don't have the expertise to --**

10  Q.    No, no, let me explain.  Do you have any evidence to

11       refute what Mr. Marcanio is saying?

12  **A.    I said, I have no reason to dispute his declaration.**

13  Q.    Okay.  Did anything prevent you -- so when was the

14       first time that you saw the certificates of tests?

15  **A.    Which ones?**

16  Q.    Let me finish my question.  I did pause.  I did

17       stop.  I'm allowed to stop, just like you are.

18              When was the first time you saw the

19       certificates of test that we just went over from KKM

20       000018 through KKM 000029?

21  **A.    Maybe right now.  I don't know my --**

22  Q.    You hadn't seen them before that?

23  **A.    I don't think so.**

24  Q.    And after the lawsuit was filed, you didn't ask to

25       see any documentation on the type of steel that was



**Charles Bradley**
**07/20/2022**                                    **Page 161**

1    used to sell the barrels that you're selling to the

2    public?  I'm sorry, strike that.

3              You didn't ask for any documentation from

4    KKM to identify the type of steel used to produce

5    the KKM barrels that you sold to the public,

6    correct?

7  **A.    No.**

8  Q.    And nothing prevented you from asking Luke McIntire

9    or anybody from KKM to provide you with

10    documentation outlining the type of steel that they

11    were using to make the KKM barrels that you sold on

12    your websites?

13  **A.    I asked Luke about it, but I didn't ask for**

14    **documentation, no.**

15  Q.    Okay.  Let's go back to Exhibit 9, sir.

16  **A.    Okay.**

17  Q.    Please look at KKM 000036.

18              MR. YEE:  This is Ed Yee.  If I can

19    interject real quick.  Is it -- I think it might be

20    easier, if everybody agrees, that we can just cut

21    out the first four zeros.  Can we just simply refer

22    to this as KKM 36, is everybody okay -- everybody

23    will know we're on the same page?

24              MR. FIATO:  Any objection?

25              MR. BENFORD:  No objection.



Charles Bradley
07/20/2022                                    Page 162

1    BY MR. FIATO:

2    Q.    So let's go to KKM 36.

3    A.    **Okay.**

4    Q.    Would you agree this is a certificate of test from a

5          Carpenter Technologies Corporation?

6    A.    **Yes, that's what it looks like.**

7    Q.    And it looks like it's dated 8-10-2020?

8    A.    **Yes.**

9    Q.    And is there a product description, sir?

10   A.    **Number 5 BQ type 416 BQ annealed ground.**

11   Q.    Does -- anywhere does it say 416R B -- type, or BQ5

12         type 416R?

13   A.    **No.**

14   Q.    Does it say anywhere BQ5 type 416 restricted?

15   A.    **No.**

16   Q.    And it indicates that this was purchased on

17         August 10, 2020, correct?

18   A.    **Yes.**

19   Q.    Okay.  Let's move to KKM 38 on -- strike that.

20               KKM 39.

21   A.    **Okay.**

22   Q.    Certificate of test from Carpenter Technologies

23         dated October 7, 2014.

24   A.    **Okay.**

25   Q.    Can you tell me what the product description is?



**Charles Bradley**
07/20/2022                                    Page 163

 1    A.    It says project 70+ type 416 stainless annealed

 2          ground.

 3    Q.    Okay.  Does it anywhere say grade 416R?

 4    A.    No.

 5    Q.    Does it anywhere say 416 restricted?

 6    A.    No.

 7    Q.    Going down, there's a highlighted portion in the

 8          middle of the page.  It says max quench hardness,

 9          HRC 39.  Do you agree with that?

10    A.    It's highlighted?

11    Q.    It's highlighted.  Do you see a highlighted section?

12    A.    On document 39?

13    Q.    Yes.  It may not be for yours, actually.

14    A.    Yeah, the only highlighted one was the type 416

15          stainless.

16    Q.    Okay.  If you go down to the middle of the page, it

17          says, hardness as shipped, HB 224.  And then,

18          indentation measuring service device was type A.

19          Then it says, max quench hardness, HRC 39.

20    A.    That's what it says.

21    Q.    That's what it says.  Can you go to Exhibit 11,

22          please, sir?  Tell me when you're there.

23    A.    Okay.

24    Q.    It appears to be a technical data sheet from

25          Carpenter Technologies, correct?



Charles Bradley
07/20/2022                           Page 164

1   A.    Yes.

2   Q.    It says, CarTech 416 project 70+ stainless steel; is

3         that correct?

4   A.    Yes.

5   Q.    If you go down to applications.  It's the bottom

6         section of the data sheet.

7   A.    Okay.

8   Q.    Can you read the applications for me?

9   A.    The uses of CarTech 416 project 70 stainless have

10        included fittings, gears, housings, lead screws,

11        shafts, valve bodies, valve stems and valve trim.

12        It may be considered for parts requiring

13        considerable machining.  This alloy possesses better

14        nongalling properties than type 410, making

15        disassembly of parts easy and helping to avoid

16        scratching or galling in moving parts.  It is not

17        recommended for vessels containing gases or liquids

18        under high pressures.

19  Q.    Okay.  Do you see anywhere in the applications where

20        it says that this steel, this project 70+, it

21        doesn't refer to firearms or firearm barrels, does

22        it, sir?

23  A.    It doesn't say that, no.

24  Q.    At some point in this litigation you became aware

25        that there was a project 70 -- I'm sorry, strike



Charles Bradley
07/20/2022                                    Page 165

1       that.

2                    There was a Carpenter Technologies BQ5

3       that was being referenced as being used to produce

4       KKM barrels, correct?

5   A.  Yes.

6   Q.  Did you ever discuss the use of BQ5 with

7       Mr. McIntire?

8   A.  **Yeah, I mean, I called him about the different types**

9       **of metals, and he said it was a different brand.**

10      **And they hadn't even started using the BQ5 until**

11      **after the lawsuit was filed.  So, you know, I don't**

12      **have any personal knowledge of what was used when,**

13      **except other than what he told me.**

14  Q.  Do you remember him telling you that at one point

15      that KKM had not used BQ5 in at least three years?

16  A.  **Yeah, I think there was an email to that effect.**

17  Q.  And do you remember that you had a discussion with a

18      Michael Dame about BQ5 where you advised him that

19      Mr. McIntire told you that KKM had not used BQ5 in

20      three years?

21  A.  **I probably repeated that from an email I got to**

22      **Dame.**

23  Q.  Okay.  And you communicated that to Michael Dame

24      how, do you remember?

25  A.  **No.**





**Charles Bradley**
**07/20/2022**                                          **Page 166**

 1  Q.     Can I get you to go to Exhibit 12, please?

 2  **A.     Okay, I got it.**

 3                 MR. FIATO:  And for ease of use,

 4         gentlemen, I will just use either the last three or

 5         last four numbers whenever I refer to SCI's

 6         production of documents; is that fair?

 7                 MR. BENFORD:  Sounds good.

 8  BY MR. FIATO:

 9  Q.     Okay.  So this would be SCI 717.  Is this a document

10         you produced, sir, pursuant to discovery?

11  **A.     I believe it is.**

12  Q.     And is this a communication with Michael Dame and

13         Timothy Mekosh?

14  **A.     Yes, it says at the top, Dame and Mekosh.**

15  Q.     Okay.  And what type of communication is this, sir,

16         is this text message, Facebook?

17  **A.     I believe this is Facebook Messenger.**

18  Q.     And at the bottom can you begin reading -- well,

19         strike that.

20                 And my understanding is from this

21         production of documents in reviewing it, that it's

22         in reverse order, so that you have to start at the

23         bottom of the page and read up to follow the

24         conversation; is that correct?

25  **A.     Yeah, it could be a text.  I don't know where this**



```
 1              came from, I mean as far as text or Facebook

 2              message.

 3    Q.        Okay, but it's a message from you to Dame and

 4              Mekosh?

 5    A.        Yes.

 6    Q.        Okay.  Can you start at the bottom of the page where

 7              it says, Chuck Bradley and read what was said?

 8    A.        I don't think Fiato can handle this as a

 9              moonlighted.  I don't know why it wasn't completed.

10              Wouldn't be surprised if he didn't back out now.

11    Q.        Okay, and he doesn't say, don't, he says D-I-N-T,

12              right, dint?

13    A.        Yeah, wouldn't be surprised if he didn't back out

14              now.

15    Q.        Okay.  But I'm saying the first thing is, I dint

16              think Fiato, D-I-N-T, not don't?

17    A.        It says D-I-N-T but --

18    Q.        It's a typo?

19    A.        Probably meant to be don't.

20    Q.        I understand, okay.  Michael Dame responds and says

21              what?

22    A.        Let's hope fed court sees -- seems -- which I don't

23              know what he meant to write -- this for the BS it is

24              and tells them to kick rocks.

25    Q.        Okay.  And then Michael Dame, the next thing he says
```



Charles Bradley
07/20/2022                                    Page 168

1        is what?

2  A.     It says, Shay paraded his military benefit build,

3         Luke should point out his military contracts.

4  Q.     The next thing he says?

5  A.     The finish steel that he mentions in the new

6         complaint, how did he come up with that?

7  Q.     And you respond with what?

8  A.     I was a little shocked by that text from Luke

9         myself.

10 Q.     Why were you shocked by that text from Luke?

11 A.     It was the first time I heard two different metals.

12 Q.     So that surprised you?

13 A.     Yes.

14 Q.     And then Mr. Dame responds --

15 A.     What text?

16 Q.     And then you respond?

17 A.     Talking about two different steels, he told me it

18        was all 416R from different companies, that they

19        hadn't used the BQ5 for over three years.

20 Q.     Okay.  So on July 25, 2020, he's telling you he

21        hadn't used B5 -- BQ5 for three years, for over

22        three years he hadn't used it?

23             MR. MARI:  Object to the form.

24 BY MR. FIATO:

25 Q.     But in another conversation he said he didn't use it



**Charles Bradley**
07/20/2022                                      Page 169

```
 1      until August of 2020.
```
 2   **A.   Okay.**
```
 3   Q.   Do you find that to be inconsistent?
```
 4             MR. MARI:  Object to the form.
```
 5             MR. BENFORD:  Go ahead.
```
 6             **THE WITNESS:  Okay, so if you want me to**

 7             **think of why that would happen is maybe --**
```
 8   BY MR. FIATO:
```
 9   Q.   I just -- I want you to tell me what --

**10   A.   Then I don't know.  You won't let me answer the**

**11        question.  I don't know.**
```
12   Q.   Okay.  So then I'd like you to go to Exhibit 13,

13        yeah, Exhibit 13.
```
**14   A.   Okay.**
```
15   Q.   Go to paragraph 65.
```
**16   A.   Okay.**
```
17   Q.   This is an excerpt from plaintiff's first amended

18        complaint.  I'm going to read to you paragraph 65,

19        okay, sir?
```
**20   A.   Okay.**
```
21   Q.   If I make any mistakes please correct me.

22             Upon information and belief, McIntire

23        admitted to one or more of Akai's customers that

24        contrary to its advertising that KKM uses two

25        different steels to produce KKM barrels.  McIntire's
```



**Charles Bradley**
07/20/2022                                    Page 170

1        admission indicate that KKM used BQ5 steel with a

2        purported Rockwell hardness of 38 to 40 or lower and

3        allegedly Outokumpu's 416R steel with a Rockwell

4        hardness of 45 to 46 RC.  See Exhibit 2.  Do you see

5        that, sir?

6   A.   **Yes.**

7   Q.   If we go to the last page of Exhibit 2, last page of

8        Exhibit 13, you'll see in Exhibit 2.  Is this the

9        text message that you were surprised by?

10  A.   **It was either this one or the one that Dame and**

11       **Vlieger had.  It was one of those two were the ones**

12       **I was surprised by.  I can't really pinpoint which**

13       **one it was.**

14  Q.   You would agree that in Exhibit 12 you said, I was a

15       little shocked by that text from Luke myself?

16  A.   **From Luke?**

17  Q.   Yes.

18  A.   **Then it might have been that one.**

19  Q.   Okay.  And that's actually because this is not what

20       you believe to be true?

21  A.   **Right.**

22  Q.   But this is what -- in essence, there are some

23       differences, but this is what John Vlieger told

24       Michael Dame, that there were two steels, one called

25       a BQ5 -- 416R BQ5 and then one called 416, correct?



Charles Bradley
07/20/2022                          Page 171

1               MR. MARI:  Object to the form.

2               MR. BENFORD:  Join.

3               THE WITNESS:  When this came out, if you

4        want to hear my answer.

5    BY MR. FIATO:

6    Q.    I do.

7    A.    When this came out is when I called Luke, and that

8          was explained to me that it was two different

9          companies that he was buying from, okay, and it was

10         just different names that each company had for the

11         same type of metal.  That was the explanation that I

12         got when I questioned this.

13   Q.    But we've already established that that metal is 416

14         pursuant to the certificates of test and the

15         declaration of Mr. Marcanio.

16              MR. BENFORD:  Form.

17              THE WITNESS:  I wasn't privy to that

18         test, that declaration.

19   BY MR. FIATO:

20   Q.    I understand you weren't.  I completely understand

21         you were not privy to that.

22   A.    When I called Luke, I wasn't privy to that, okay.

23   Q.    Yep.  I'd like to take you to Exhibit 14.  Tell me

24         when you're there.

25   A.    Okay.



**Charles Bradley**
**07/20/2022**                                    **Page 172**

1    Q.    The title of the document is, Defendant KKM

2          Precision's Incorporated Answers -- I'm sorry,

3          strike that.

4                    Defendant KKM Precision, Incorporated's

5          Answer and Affirmative Defenses to Plaintiff's

6          Amended Complaint, correct?

7    **A.    Okay.**

8    Q.    If you go to page 6, there's a paragraph 65.

9    **A.    Okay.**

10   Q.    It says, denied as phrased.  KKM never purchased BQ5

11         steel or manufactured any gun out of BQ5 steel

12         during the relevant years of 2017, 2018 or 2019.

13         Further, the conversation referenced in paragraph 65

14         in Exhibit 2 describes a former manufacturing

15         process that KKM has not used for at least a decade

16         prior to the conversation and which process was not

17         in use at any time period -- I'm sorry, at any

18         relevant time period to this action, including 2017,

19         2018 and 2019.  Do you see that?

20   **A.    Yeah.**

21   Q.    So the complaint was filed in 2020, you had a

22         conversation on July 25, 2020, where you told

23         Michael Dame that Luke McIntire told you they hadn't

24         used BQ5 for at least three years prior to that

25         date.  The complaint says they haven't used it prior



Charles Bradley
07/20/2022                              Page 173

1      to -- for ten years prior to the institution -- or

2      the initiation of the lawsuit, correct?

3                      MR. MARI:  Object to the form.

4                      **THE WITNESS:  Yes.**

5  BY MR. FIATO:

6  Q.    Okay.  Now I'd like to take you to Exhibit 15.

7  **A.    All right.**

8  Q.    It says, Defendant KKM Precision Incorporated's

9      Response to Plaintiff's Second Request for

10     Production.  Do you see that?

11 **A.    Uh-huh, yes.**

12 Q.    I'm sorry, go ahead.

13 **A.    I just said, yes.**

14 Q.    Let's go to paragraph 1.  I'll read it for you.

15     Objection, request number one is overbroad, unduly

16     burdensome and is not reasonably calculated to lead

17     to the discovery of relevant evidence.

18     Notwithstanding the former objection and without

19     waiving the same, KKM has previously produced

20     documents KKM 36 through 39, which are certificates

21     of tests from Carpenter Technologies which produced

22     the BQ5 steel that KKM has acquired for use in

23     manufacturing 1911 barrels.  KKM first used BQ5

24     steel to produce 1911 barrels in 2020 and after.

25                      Do you see that?



**Charles Bradley**
07/20/2022                                    Page 174

1  A.    Yes.

2  Q.    So we have the complaint where KKM is asserting they

3        have not used BQ5 for at least ten years.  We have a

4        conversation with Luke McIntire where he tells you

5        he hasn't -- in 2000 -- I'm sorry, in July 25, 2020,

6        where he hasn't used it in three years.  And now we

7        have this answer to the Production of Documents

8        where he now claims he hasn't used it until 2020.

9              Do you, sir, know which one of those

10       stories is true?

11             MR. BENFORD:  Object to the form.

12             MR. MARI:  Object to the form.

13             MR. BENFORD:  Go ahead and answer.

14             **THE WITNESS:  You'll have to ask Luke**

15       **about that.  I have my intuition about what**

16       **happened, but you probably don't want to hear that.**

17  BY MR. FIATO:

18  Q.    Will you agree with me, sir, there's only one

19        version of the truth, correct?

20             MR. BENFORD:  Objection, form.

21             MR. MARI:  Join.

22             **THE WITNESS:  There are facts that when**

23       **you add them up, it's not black and white.  So he**

24       **says he didn't use them in the past three years,**

25       **which is 2017, 2018 and 2019.  So that jives.  So he**



Charles Bradley
07/20/2022                              Page 175

1       could have used BQ5 in the past and didn't buy it

2       from them anymore because maybe it cost too much

3       money or wasn't available, so then he switched to a

4       different company for 2017, '18 and '19, and then he

5       came back to where he went back to BQ5 in 2020.

6               I don't know what his thinking was on

7       that.  But some of it jives.  He didn't bake the

8       barrels out of BQ5 in '17, '18 and '19, which is

9       three years before our conversation.

10   BY MR. FIATO:

11   Q.   That's what he says, but he says he hasn't used it

12        in ten years in the complaint, correct?

13   A.   Well, that's a decade --

14               MR. BENFORD:  Object to form.

15               THE WITNESS:  -- and there is also -- I

16        understand there is a little bit of cross of

17        information between the answers that we give and how

18        our lawyers write them up.  So you probably need to

19        question Luke about that.

20   BY MR. FIATO:

21   Q.   Did you ever think that Mr. McIntire isn't telling

22        you the truth about the steel he's using to produce

23        the KKM barrels that you're selling to the public?

24   A.   No, because I trusted the McIntire family for over

25        20 years.  I did pose him a question.  I said, Luke,



1       is it possible that your manufacturers are slipping

2       you a steel that you didn't know you were getting?

3       And he said he didn't think so.  So -- but then,

4       again, that's a question for him to answer.

5   Q.  But you would agree with me that the certificates of

6       test indicate 416 and not 416R?

7               MR. MARI:  Object to the form.

8               THE WITNESS:  If that's indicative, I

9       don't know how they write this up.  I know sometimes

10      when I do business with some people they don't write

11      the exact specific letter to what it is.

12  BY MR. FIATO:

13  Q.  Go ahead, I'm sorry.

14  A.  That's a question, again, you probably need to ask

15      Luke and the metal people what exactly those

16      documents mean, not somebody who doesn't even know

17      what that thing says, okay.

18  Q.  You would agree with me that the declaration from

19      Mr. Marcanio says, it's not 416 and it's not 416R --

20      I'm sorry, it's not 416R and it's not 416

21      restricted?

22              MR. BENFORD:  Objection, form.

23              MR. MARI:  Join.

24              THE WITNESS:  It doesn't have an R or F,

25      I don't know what that means, so.



Charles Bradley
07/20/2022                    Page 177

```
 1                    COURT REPORTER:  I'm sorry, there is a
 2        whole lot of overlap, and I'm kind of confused as to
 3        what's going on.
 4                    (Discussion was held off the record)
 5                    THE WITNESS:  Okay, I'm sorry.  Now I
 6        forgot what I said.
 7   BY MR. FIATO:
 8   Q.   You would agree with me that the declaration of
 9        Mr. Marcanio indicates that the steel sold to Samuel
10        and Son & Company was a grade 416 and not a grade
11        416R or a 416 restricted?
12                    MR. MARI:  Object to the form.
13                    MR. BENFORD:  Join.
14                    THE WITNESS:  Okay, so now my memory came
15        back.  So what I said was, I can agree that the R is
16        not on that piece of paper, but I as a layman and
17        not a metallurgist, and I don't buy metal to
18        manufacture stuff with.  I don't know what that
19        paper means.
20   BY MR. FIATO:
21   Q.   I understand that.  But my question to you was, you
22        would agree with me that the declaration of
23        Mr. Marcanio says that neither 416R or 416
24        restricted was sold to Samuel and Sons?
25                    MR. MARI:  Same objection.
```



```
 1                         MR. FIATO:  I'm going to have to restate
 2              that because there was an objection in the middle.
 3    BY MR. FIATO:
 4    Q.    You would agree with me that Mr. Marcanio's
 5          declaration indicates that KKM 18229, which is the
 6          certificates of test from Outokumpu, does not
 7          indicate the sale of 416R or 416 restricted?
 8                         MR. BENFORD:  Form.
 9                         MR. MARI:  Join.
10    BY MR. FIATO:
11    Q.    You may answer.
12    A.    I would agree that the paper doesn't have an R on
13          it.
14    Q.    Would you agree that Mr. Marcanio says that those
15          certificates of test do not indicate the sale of
16          416R or 416 restricted?
17    A.    I have no reason to dispute Mr. Marcanio's
18          declaration.
19    Q.    So that's a yes, correct?
20    A.    I have no reason to dispute his declaration.
21    Q.    I'm asking for a yes or no, sir.
22    A.    Well, I'm not going to give you yes or no.
23                         MR. MARI:  Object to the form.
24                         MR. BENFORD:  Form.
25
```



Charles Bradley
07/20/2022                                    Page 179

1   BY MR. FIATO:

2   Q.      Please go to Exhibit 16.

3   A.      **Okay.**

4   Q.      Please look at SCI 1826?

5   A.      **Okay.**

6   Q.      Is this an email from you to Luke McIntire on

7           April 6, 2022?

8   A.      **Correct.**

9   Q.      Can you read the email, please?

10  A.      **I just read the report, it doesn't look good.  I'm**

11          **talking about the -- your metallurgist report.  I**

12          **just read the report, it doesn't look good, but I**

13          **don't know what I'm reading.  I am in the dark on**

14          **this stuff.  Not sure what you have to counter it.**

15          **Is it possible your supplier sent the wrong**

16          **material?**

17                  **Bottom line is I had no knowledge of the**

18          **material used and absolutely did not collude with**

19          **you to bait and switch on him for whatever reason,**

20          **much less to hurt his business.**

21                  **Even if the barrels were soft, he did not**

22          **give you the opportunity to make them right.  And if**

23          **they were the levels they state, they would not**

24          **cause the issues he had.**

25                  **Looks like he included the barrel that**



Charles Bradley
07/20/2022                              Page 180

1          Jerry sent him in the testing.  The barrel had

2          nothing to do with him.

3                    I'm not sure our lawyers are even working

4          together.  I don't get told much, but the insurance

5          company calls the shots.

6    Q.    Go to 1827 and read that email from you to

7          Mr. McIntire, sir.

8    A.    This could be a problem.  I just saw it while going

9          over all the line items.

10   Q.    What's the date of that email?

11   A.    October 7, 2021.

12   Q.    Please go to 1828.

13   A.    Okay.

14   Q.    Is this the text message that you're saying that

15         could be a problem?

16   A.    Yeah, I think I saw it in discovery.

17   Q.    And so you're sending this message to Luke McIntire

18         and saying, this is a problem.

19   A.    This could be a problem.  I wanted an explanation on

20         it.

21   Q.    Understood.  Please go to 1830.

22   A.    Okay.

23   Q.    And this is an email response from Luke McIntire to

24         you dated October 11, 2021, correct?

25   A.    Yes.



**Charles Bradley**
07/20/2022                    Page 181

1  Q.  It says, Hi, Chuck, I really don't think it will be

2       a problem.  I purposefully mentioned BQ5 steel when

3       cryogenic treated will be 40RC or greater.  It is a

4       special order type of 1911 barrel meant for CMP

5       matches, and everybody that has ordered it knows

6       full well exactly what they are buying.

7              I'm going to stop there for a second to

8       ask you a question.

9  A.  **Okay.**

10  Q.  CMP, what does that refer to, if you know?

11  A.  **I think it's a civilian marksmanship program.**

12  Q.  Is that like bullseye shooting, sir?

13  A.  **Bullseye matches, yeah.**

14  Q.  Yeah, bullseye matches.  For the nongun people on --

15       in the deposition, then that's a -- instead of an

16       action shooting sport, it's more of an accuracy

17       shooting sport, wouldn't you agree with me?

18  A.  **Yeah, and the military participates in that a lot,**

19       **too.**

20  Q.  Yeah.  It is -- reading on, it is the best steel we

21       have tested and will be the only brand we use in the

22       near future.  All brands of restricted 416 will drop

23       significantly in hardness when cryogenic treated or

24       PVB coated, and that is what I was trying to explain

25       to Nathan Carter and Shay.  What they don't know is



**Charles Bradley**
07/20/2022                                          Page 182

1        that our first shipment of BQ5 steel didn't arrive

2        to us until the middle of 2020.  I had a hunch he

3        had someone buy the BQ5 steel barrels last year, and

4        this is what he was using as proof, not knowing the

5        true details.  I have asked to subpoena

6        Nathan Carter, as it's his text message that Shay is

7        using.

8                    Did I read that correctly?

9   A.   Yeah.

10  Q.   So, again, he's confirming he didn't buy the BQ5

11       until the middle of 2020.  Let me get this question

12       straight.  I'm sorry to interrupt you.

13       Luke McIntire is telling you that KKM did not buy

14       BQ5 until the middle of 2020, correct?

15  A.   That's what it says.

16  Q.   Okay.  And then SCI 1832 appeared to be pictures of

17       somebody testing barrels for Rockwell hardness,

18       correct?

19  A.   Yes.

20  Q.   There seems to be two pictures of the actual test

21       and two pictures of the readouts, correct?

22  A.   Yeah, my pictures online are all blacked out.

23  Q.   The ones we have are difficult to read, too, and I

24       understand.  But that's what it appears to be to

25       you?



**Charles Bradley**
07/20/2022                                                  Page 183

1   A.   Yeah.

2   Q.   And then SCI 1833 appears to be another picture of

3        the testing of a barrel and then a picture of the

4        tester, correct?

5   A.   Yes.

6   Q.   And above that it has a date.  It says, iMessage,

7        December 17, 2019 at 2:30 P.M., correct?

8   A.   Yes.

9   Q.   And then SCI 1834 has another picture of what

10       appears to be a Rockwell hardness tester with no

11       barrel and then a copy of the text message that was

12       sent by Luke McIntire to a Nathan.  That text

13       message says the following:

14              Nathan, using the method of a spot anvil

15       tester on the lower lug should result in 40RC plus

16       or minus two for the BQ5 steel and 45 to 46RC for

17       the Outokumpu 416R.  Cryogenically treating the

18       barrel can drop the RC by two.  Since you didn't

19       order from us I have no idea which type you have.

20       If you have any questions, please let me know.

21              Is that correct?

22  A.   That's that one text message, yes.

23  Q.   Do you have any indication that that text message

24       was sent any other day than December 17, 2019?

25  A.   No.



**Charles Bradley**
07/20/2022                                    Page 184

1   Q.    I want you to assume that it was.  So why is he

2         talking about, in your estimation, sir, and I

3         understand that you may not have an answer for me.

4         But if this message is sent on December 17, 2019 by

5         Luke McIntire to Nathan -- and we're talking about

6         Nathan Carter is your understanding; is that

7         correct?

8   **A.    Yes.**

9   Q.    Why in December 17th of 2019 is he talking about BQ5

10        and saying, since I did not -- since you didn't

11        order it from us, I have no idea which type you

12        have, if, in fact, he never bought it until August

13        of 2020?

14                MR. BENFORD:  Objection, form.  Go ahead

15        and answer.

16                MR. MARI:  Join.

17        **THE WITNESS:  You're probably going to**

18   **have to ask Luke about that.  And I've been told, I**

19   **can't tell you where I heard it from, that the**

20   **reason for this was they had some BQ5 that they had**

21   **made some prototype testing barrels for the military**

22   **for the Army Marksmanship Unit, and that's where**

23   **this is coming from.  But, again, that's just what I**

24   **heard.  You will have to ask Luke about that.**

25

Charles Bradley
07/20/2022                                    Page 185

1    BY MR. FIATO:

2    Q.    If that's the case, they were using BQ5 before that,

3          correct?

4    **A.    Not for sale.  They were doing it for testing.**

5    Q.    He specifically says, since you didn't order it from

6          us, I have no idea which type you have.  So if they

7          were using it for testing, sir, how could it be that

8          he ordered it and received it?

9                    MR. BENFORD:  Form.

10                   MR. MARI:  Join.

11   BY MR. FIATO:

12   Q.    You have no idea?

13   **A.    You're asking me for something I can't answer.**

14   Q.    That's fair enough.  But it seems to indicate by

15         this text message that you could purchase BQ5 in

16         2019.

17   **A.    It would seem from the text message, yes.**

18   Q.    Okay.  Please go to SCI 1835.  We're still in

19         Exhibit 16.

20   **A.    Okay.**

21   Q.    And this appears to be a customer quotation from

22         Samuel and Sons, Incorporated dated 2020 -- I'm

23         sorry, dated February 20, 2020, correct?

24   **A.    Yes.**

25   Q.    There's a lot of two's in that date.  Further down



Charles Bradley
07/20/2022                                    Page 186

1           in the box it says, quote, "quoted subscription.

2           One, 6,000 pounds, SS 416BQ #5 round bar," correct?

3    A.     That's what it says.

4    Q.     And was it your understanding that this was being

5           sent to you to show that this is the first time that

6           KKM had got a quote for this BQ5?

7    A.     What was that question?

8    Q.     Was it your understanding that Luke McIntire sent

9           you this quote to indicate that they hadn't used BQ5

10          prior and the first quote was February 20, 2022?

11                  MR. BENFORD:  Form.

12                  MR. MARI:  Join.

13                  THE WITNESS:  I don't remember ever

14          seeing this before, okay, so this --

15   BY MR. FIATO:

16   Q.     That's fair.  If you don't remember, I don't want

17          you to comment on it.

18   A.     And I would have no idea why he would send it to me

19          and for me to try to think what was in his mind when

20          he sent it to me.  I can't answer that.

21   Q.     So do you have any idea why you have it?

22   A.     It may have been an attachment to an email, I may

23          have glanced at it, and it just didn't register with

24          me.  I don't know.

25   Q.     You don't remember reviewing it?



Charles Bradley
07/20/2022                                    Page 187

1   A.    No.

2   Q.    And you don't have any --

3   A.    I don't remember seeing this before.

4   Q.    I'm sorry?

5   A.    I don't remember seeing this before.

6   Q.    Okay.  So you have no idea why Mr. McIntire sent it

7         to you?

8   A.    No.

9                  MR. FIATO:  Gentlemen, can we take a

10        quick recess?

11                 MR. MARI:  How long?

12                 MR. FIATO:  Five minutes.

13                 MR. MARI:  Sounds good.

14                 MR. FIATO:  Thanks.

15                 (A brief recess was taken)

16  BY MR. FIATO:

17  Q.    Mr. Bradley, do you have the missing page that was

18        sent for Exhibit 17, sir?

19  A.    Yeah.

20  Q.    Can you identify this document?  This was produced

21        by you, correct?

22  A.    I guess it was.  I don't remember this, but...

23  Q.    On the bottom of the page it indicates, generated by

24        Chuck Bradley on Wednesday --

25  A.    Yep, that's what it says.



**Charles Bradley**
07/20/2022                               Page 188

1   Q.   It appears to be conversation between you and a

2        Tim Mekosh?

3   **A.   Yeah.**

4   Q.   Tim Mekosh, the first conversation, because we're

5        reading from the bottom up.

6   **A.   All I got was one page.**

7   Q.   There should be -- you got one page, and then

8        there's the remainder of Exhibit 17 that we'll refer

9        to.  This missing page was supposed to be part of

10       Exhibit 17.

11  **A.   Yes, looks like I lost the Dropbox.**

12  Q.   John, would you reforward the Dropbox, please?

13            MR. BENFORD:  I got it.

14            **THE WITNESS:  So 17?**

15  BY MR. FIATO:

16  Q.   Plus the additional page that was just sent to you.

17       So the additional page that was sent to you,

18       Mr. Bradley, was SCI 1404.  So let's start there.

19       Tell me when you're ready.

20  **A.   Okay.**

21  Q.   So it says, generated by Chuck Bradley on Wednesday,

22       June 2, 2021, at 1:35 P.M.  That would be the date

23       that you generated this, sir?

24  **A.   Yes.**

25  Q.   Okay, and it appears to be a conversation between



**Charles Bradley**
07/20/2022                                      Page 189

1         you and a Tim Mekosh?

2    A.   **Yes.**

3    Q.   Mr. Mekosh begins by, wow, how can we help?  What's

4         your response?

5    A.   **I said, is this a new identity, LOL.**

6    Q.   There appears to be another -- if we go to Exhibit

7         17, SCI 1403 starting at the bottom of the page.

8    A.   **Okay.**

9    Q.   It has your name.

10   A.   **Okay.**

11   Q.   To your knowledge was there anything -- any message

12        there?

13   A.   **It says, someone reported by Bagger Kosh name, so I**

14        **was forced to use my name.**

15   Q.   I understand.  But under Chuck Bradley, so if we go

16        to 1404, you say, is this a new identity.  And then

17        there's another time, which is December 9, 2019,

18        5:56 P.M.  And then going to 1403, there's your name

19        again.  And what I'm asking is between this time and

20        your name, did you send Mr. Mekosh a message?

21   A.   **So you're trying to tie the two documents together?**

22   Q.   They are together because they're produced together.

23   A.   **Okay, so we have the 1404.**

24   Q.   Yep.  So let me walk you through so there's no

25        confusion.  Mr. Mekosh at 5:23 P.M. on December 9th



Charles Bradley
07/20/2022                          Page 190

```
 1          says, wow, how can we help?  You respond at 5:56, is
 2          this a new identity, laugh out loud.  Then there is
 3          a time stamp that says, December 9, 2019, 5:56.
 4          Then we have your name, and Mr. Mekosh says, no,
 5          somebody reported my Bagger Kosh name, so I was
 6          forced to use my name.  No one knows me as Tim.
 7     A.   Okay.
 8     Q.   What I'm asking is, in between you asking is this a
 9          new identity and it showing your name and a date
10          stamp again, was there another message that we don't
11          have here?
12     A.   Not that I know of.
13     Q.   Okay, that's all I'm getting at.
14     A.   I can pull up Facebook and look and see if it's
15          there.
16     Q.   And I would ask you to do that, but I won't have you
17          do that right now.
18     A.   Okay.
19     Q.   Okay, sir.  So your next response is, me either,
20          LOL, correct?
21     A.   Yeah.
22     Q.   And then Mr. Mekosh says, LOL, and your response to
23          that is --
24     A.   You said Tim said LOL, too?
25     Q.   Yes.  You said, me either LOL, at 5:57.  At 6:01 Tim
```



**Charles Bradley**
07/20/2022                                    Page 191

1      says, LOL.  And you responded at 6:04 with?

2  A.   I told him to go fuck himself.

3  Q.   Okay.  Mr. Mekosh says, I try to tell him that every

4       day if I can.  Then he says, what do you need from

5       me to go after Akai.  And what's your response?

6  A.   We're not sure we can do it at this point.  I sent

7       his lawyer a cease and desist letter that lays out

8       why he has no case, how he is responsible for his

9       problems and that I will make his letter and my

10      response public if they don't.

11 Q.   Then on SCI 1404, what's your next response?  I'm

12      sorry, 1402?

13 A.   So this is going backwards?

14 Q.   It's going forward.  So flip over to the next page

15      to SCI 14 --

16 A.   Because it's not in order here.  It will be fun, is

17      that the one?

18 Q.   You would go from the bottom up.

19 A.   Okay.

20 Q.   If you look at the time stamps, it starts at 4:12.

21 A.   I said any ideas?

22 Q.   Mr. Mekosh said, he sent me a cease and desist at

23      4:15.  You respond with?

24 A.   LOL.

25 Q.   Mr. Mekosh says, I'm going to call his lawyer



**Charles Bradley**
07/20/2022                                    Page 192

```
 1        tomorrow and ask for verification at 4:15.

 2        Mr. Mekosh then says, I have to take down posts --

 3        I'm sorry -- says, I have to take post down, but

 4        doesn't clarify.  Your response is?

 5   A.   The letter is worthless, only a scare tactic to

 6        those that don't know any better or who are actually

 7        liable.

 8   Q.   I believe it says, a letter is withless, but you

 9        meant worthless?

10   A.   Yeah.

11   Q.   Okay.  And then you said worthless on the next, at

12        4:17 you corrected yourself?

13   A.   Yeah, I corrected it, yeah.

14   Q.   And then Mr. Mekosh says, it will be fun?

15   A.   Yep.

16   Q.   So Mr. Mekosh is asking you, what do you need from

17        him to go after Akai.  And you ultimately respond

18        with, any ideas?

19   A.   Yeah, I was asking him if he had any ideas, I guess.

20   Q.   Why didn't you say, I don't want you to go after

21        Akai?

22   A.   Well, because I wanted to bring the truth out, and

23        that's apparent of what I wanted to do.  Because at

24        this point, we were in defense mode defending our

25        business and our reputation.
```



Charles Bradley
07/20/2022                          Page 193

 1   Q.   So you were willing to work with Mr. Mekosh to go

 2        after Shay Horowitz and Akai Custom Guns?

 3   A.   He offered to try to gather information.  It's sort

 4        of like what Mike Dame and Tim Mekosh did.  Since

 5        they got sued, they don't do it like they used to

 6        anymore, but they used to be quite the trolls.

 7   Q.   But my question was, you decided to work with

 8        Mr. Mekosh to go after --

 9   A.   Not really.  No, they came to me and asked me what

10        they could do to help.  I was like, so whatever, I

11        asked them for any ideas.  I mean, it's all right

12        here.  I never actually directed them to go out and

13        do anything.  They did go out and they gathered

14        information.  They were going to different forums

15        that I wasn't part of and they were gathering

16        information and posts that were out there by other

17        people.

18   Q.   So did you ever tell them not to do that?

19   A.   No, I didn't tell them not to do that.

20   Q.   No, you didn't.

21   A.   My purpose was to get to the truth and uncover --

22        and be transparent.  They're the ones that basically

23        brought up the fact that Shay's team shooters were

24        going out, spreading the word that it was KKM's

25        barrels.



**Charles Bradley**
07/20/2022                                    Page 194

1    Q.    Let's talk about all that, okay.  So at some point

2          you decided after receiving the demand letter to

3          post about Akai's claim on the Shooter Connection

4          Facebook page, correct?

5    A.    **Say that again, please.**

6    Q.    At some point after you received the demand letter,

7          you made the decision that you were going to go and

8          post about Shay Horowitz's claims and Akai Custom

9          Guns -- the claims by Akai Custom Guns against

10         Shooters Connection, correct?

11   A.    **I was going to post the demand letter and our**

12         **response to it, my response.  And I asked Luke if he**

13         **had a response, because he had his own demand letter**

14         **sent to him.**

15   Q.    Okay.

16   A.    **You didn't let me finish.**

17   Q.    Okay.  You paused, so I didn't.

18   A.    **I said, and, okay.  And we were in defense mode**

19         **because we knew that Shay's team members were out**

20         **there spreading the word about KKM barrels and**

21         **ultimately Shooters Connection, because we're the**

22         **ones that sold the barrels and had the exclusive on**

23         **the one barrel, so we were involved in that.**

24                **We knew that he was out there spreading**

25         **it on the internet.  Now he was very careful about**



Charles Bradley
07/20/2022                                    Page 195

```
 1              it, okay, and very cunning about the way he did it.
 2              Okay, I almost feel like looking back on it, that we
 3              got entrapped on this thing.  Like, he was actually
 4              doing that, and we were defending ourselves.
 5    Q.        What proof do you have that he was actually doing
 6              that?
 7    A.        All the stuff that we found on the internet and his
 8              team members.  I mean, his team members came out and
 9              they were all involved in the discussion on
10              Facebook.
11    Q.        But you posted publicly first?
12    A.        No, his public service announcement was first.
13    Q.        And it never mentioned you, did it?  It never
14              mentioned SCI one time, did it?
15    A.        That message didn't mention my name?
16    Q.        It never mentioned Shooters Connection one time, did
17              it?
18    A.        I have to give it to Shay for not mentioning it
19              there, but at the same time he was doing that he was
20              telling his team members to go out and spread the
21              word on the internet.
22    Q.        How do you know that?
23    A.        Yes.
24    Q.        How do you know that?
25    A.        I just know that.
```



Charles Bradley
07/20/2022                                    Page 196

1    Q.    You just know it?

2    A.    I just know that.  His team members were out there

3          posting on all these other forums.

4    Q.    Do you have these posts?

5    A.    No, I don't have them in front of me right now, I

6          don't.

7    Q.    Have you produced these posts?

8    A.    That were on the other forums?

9    Q.    Yes, sir.

10   A.    I didn't have access to those.  A lot of them were

11         presented to me by Dame or Mekosh would send me a

12         message with some of them showing what was going on

13         in these things.  They're the ones -- Dame's the one

14         that did the video, with Scott Thompson lying about

15         him being directed and changing KKM.

16   Q.    What video is this?

17   A.    Dame -- Dame presented that video.

18   Q.    Does anybody here have a copy of a video that he's

19         claiming about?  Because I have not seen it.

20   A.    I think John had it, because we were talking about

21         John asking me how did he do this.  And I said, well

22         there's an app on his phone that he can do it with.

23         I don't even know the app.  Dame has the app.  Dame

24         should have submitted the video, too.  I don't know.

25   Q.    On January 16, 2020, you personally posted the KKM



**Charles Bradley**
07/20/2022                                    Page 197

```
 1          open letter on the Shooters Connection Facebook

 2          page, correct?

 3    A.    Correct.

 4    Q.    And you got that letter from Luke McIntire, correct?

 5    A.    Yes.

 6    Q.    And you agreed with Luke McIntire that you would

 7          post that on your Facebook page, correct?

 8    A.    Yeah, we posted on the Facebook page in defense of

 9          the slander campaign that was going on against us.

10    Q.    And what slander campaign was that?

11    A.    I already told you that.  His team members were

12          going out on the internet and on Facebook and with

13          the public service announcement was the start of it,

14          okay.  So you make a no name announcement; then you

15          have all your minions go out and tell everybody who

16          it was.

17    Q.    And, again, you have no proof that Mr. Horowitz --

18    A.    We have some.  We have the Scott Thompson one saying

19          he was directed with the post.

20    Q.    To take the name down?

21    A.    Eventually, yeah, he took the name down.

22    Q.    But he wasn't directed to put it on?

23    A.    But he knew it was KKM.  I mean, he was telling

24          everybody in their group chat that was provided in

25          discovery that it was KKM.
```



**Charles Bradley**
07/20/2022                                    Page 198

1   Q.   Let's go over the letter posted on the Shooters

2        Connection Facebook page.  You posted it, correct,

3        sir?

4   **A.   What exhibit are we looking at?**

5   Q.   We're looking at Exhibit 18.

6   **A.   I'm going to delete some of these.  I have to get**

7   **      them off of here.  Which one was it, 18?**

8   Q.   Yes.

9   **A.   Okay, that's the KKM response to the demand letter.**

10  Q.   Yes, sir.  It starts with, to whom it may concern?

11  **A.   Yes.**

12  Q.   And Mr. McIntire asked you to post this, correct?

13  **A.   Actually, I asked him to provide a response to the**

14  **      demand letter.**

15  Q.   And he agreed with you that he would provide that

16       response so that you could post it?

17  **A.   Yes.**

18  Q.   And with regard to your Facebook page, you posted

19       this letter, and then there were comments that

20       followed on this general post, correct?

21  **A.   Yes, and they're all still there.**

22  Q.   Okay.  And were you the only one from Shooters

23       Connection that posted under the name Shooters

24       Connection?

25  **A.   I believe that John had the ability to and probably**



**Charles Bradley**
07/20/2022                          Page 199

```
 1              Wendi had the ability to, but I don't think either

 2              one of them did.  I think I told them to leave it

 3              alone; that it was my baby.

 4    Q.        Okay.  So you made all the posts?

 5    A.        I think so.

 6    Q.        Okay.  Let's go over this letter, sir.  I'll read it

 7              and, again, if you see that I make any mistakes,

 8              please correct me.

 9                   To whom it may concern, over the past

10              several weeks it has come to my attention by

11              concerned consumers that rumors within social media

12              are claiming KKM Precision has produced soft, in

13              quotations, "soft" barrels and is being sued by a

14              company who received these barrels.  The truth is

15              KKM Precision and one of our dealers have received a

16              letter of intent to sue if KKM Precision does not

17              pay $1 million dollars in the next 30 days to said

18              company.  Prior to this Facebook post in October of

19              2019 by this company claiming soft barrels, KKM

20              Precision was not made aware of any issues with our

21              heat treating process or manufacturing process.

22              Only that they had an issue with one barrel that

23              they would like to send in for inspection.  To date

24              this company has yet to send KKM Barrel (sic) any

25              proof of an "Out of Spec Soft Barrel."
```

**Charles Bradley**
07/20/2022                                          **Page 200**

1              MR. FIATO:  Theresa, the out of spec soft

2        barrel is in quotations.  Out is capitalized, Spec

3        is capitalized, Soft is capitalized and Barrel is

4        capitalized.

5              COURT REPORTER:  Okay.

6    BY MR. FIATO:

7    Q.   It continues on, there's no comma, the sentence

8         continues on, nor has any barrel ever been returned

9         to us for inspection or warranty.  I do not know if

10        this company really intends to sue or if this was

11        just a threat to cover up and lay blame on us for

12        their own actions.  KKM Precision has always stood

13        by the quality of our products, and if anyone has

14        any concerns or questions, give us a call.  Our

15        warranty has always been to exchange, replace or

16        refund any product that doesn't meet our standards

17        of competitive shooting sports.

18              That's the first paragraph, correct, sir?

19   **A.   Yes.**

20   Q.   Okay.  Let's go back.  I want to start with the

21        third sentence that begins, prior to a Facebook post

22        in October of 2019 by this company claiming soft

23        barrels, KKM Precision was not made aware of any

24        issues with our heat treating and manufacturing

25        process.  That's not a true statement, is it, sir?



Charles Bradley
07/20/2022                          Page 201

 1                    MR. BENFORD:  Objection, form.

 2                    MR. MARI:  Join.

 3                    THE WITNESS:  I don't know what Luke was

 4            thinking when he wrote that.  Possibly because he

 5            never had a barrel sent back to him that he could

 6            confirm was a bad barrel.  And since nobody sent one

 7            back to him, he's probably saying that they haven't

 8            really presented him with anything.

 9    BY MR. FIATO:

10    Q.    But he was made aware that there was claims that

11          there was a problem with the heat treating and

12          manufacturing process because Mr. Horowitz had made

13          those claims in September of 2019?

14    A.    Well, the end of September I called Luke about this,

15          yes.

16    Q.    This is not a true statement that prior to a

17          Facebook post in October of 2019 by this company

18          claiming soft barrels, KKM Precision was not made

19          aware of any issues with our heat treating and

20          manufacturing process.  He was prior to that.  He

21          was made aware of it, wasn't he, sir?

22    A.    Well, he had one complaint from one customer that

23          refused to send barrels back.

24    Q.    I understand what you're saying, but he was made

25          aware of it?



Charles Bradley
07/20/2022                              Page 202

1   A.   Well, you have to ask Luke about the wording on

2        that.

3   Q.   You knew that he was made aware of the claim by

4        Shay Horowitz that he had had bad barrels prior to

5        the Facebook post in October of '19, weren't you,

6        sir?

7   A.   Yes.

8   Q.   And you called him personally to tell him, hey, my

9        number one customer -- a complaint of soft barrels,

10       period.  You called him personally, correct, sir?

11  A.   Yes.

12  Q.   Next sentence.  Only that they had an issue with one

13       barrel that they would like to send in for

14       inspection.  Were you aware that there were multiple

15       barrels that he was claiming that he was having an

16       issue with, sir?

17            MR. MARI:  Object to the form.

18            MR. BENFORD:  Join.

19            THE WITNESS:  Yeah, I'm not sure how many

20       barrels that were in question.

21  BY MR. FIATO:

22  Q.   That's fine.  If you don't know, that's fine.  To

23       date this company has not sent KKM Precision any

24       proof of an out of spec barrel.  I'm going to stop

25       there.  That's not a correct statement, is it, sir?



Charles Bradley
07/20/2022                                    Page 203

1   A.    Yeah, probably is.

2   Q.    Did Mr. Horowitz send test results to KKM, to your

3         knowledge?

4   A.    Which test results?

5   Q.    Test results of the barrel showing that there was a

6         defective barrel.

7   A.    You talking about the pictures of the testing?

8   Q.    Pictures of the testing, laboratory results from

9         Q.C. Metallurgical, anything.  Did they send him

10        anything that was proof?

11  A.    Okay, I thought you were done.

12  Q.    That's okay.

13  A.    How about you tell me when you're done, and then

14        I'll answer the question.

15  Q.    It happens.

16  A.    Yeah.  Are you done?

17  Q.    Did he send -- did Shay Horowitz, prior to this

18        October Facebook post, send KKM laboratory results

19        from Q.C. Metallurgical or pictures of test results

20        as proof that he had defective KKM barrels?

21  A.    Can I answer?

22  Q.    Yes, sir.

23  A.    Okay.  So the pictures that were sent of the

24        testing, which I was copied on those, too -- I may

25        have even sent them to Luke, I don't remember how it



Charles Bradley
07/20/2022                              Page 204

```
 1              transpired, but we both saw them.  And the testing
 2              that was shown in the pictures was incorrect.  Luke
 3              said, you can't test a barrel on a concave surface.
 4              You can't test a barrel on a concave surface over an
 5              open chamber.  So that wasn't the test for it being
 6              done correctly, so that's not proof to him, okay.
 7              He said, again, send me barrels back and I'll test
 8              it.  He got the report from OC (sic) Metallurgical,
 9              okay, and I asked him about that.
10     Q.      Can I stop you there?  I just want to stop you to
11              correct you, sir.  Because it's not OC
12              Metallurgical, it's Q.C. Metallurgical.
13     A.      Q.C. Metallurgical, okay.
14     Q.      I'm not trying to throw you off.  I'm just trying to
15              correct the record.
16     A.      Q.C. Metallurgical.  We got those test reports,
17              which on them -- I think say on there, it says, 416R
18              is the type of steel on there when you look at the
19              test results.  Luke called Q.C. Metallurgical, this
20              is what I'm being told, Luke told me he called them
21              and asked them about their testing procedures on the
22              barrels.  And he relayed to me that they told him
23              they did it wrong, and they were going to contact
24              Shay to get barrels back to retest them.
25                      That's the last I heard of it.  And I
```



Charles Bradley
07/20/2022                                    Page 205

1    also -- Luke said the report that Q.C. Metallurgical

2    had did not have a certification stamp on their

3    results.  So the lab wasn't certified, at least they

4    didn't have the stamp on their thing.  So from what

5    he's looking at, no, there was no evidence that the

6    barrels were bad.  He was still asking for barrels

7    to come back so he could test them himself.

8  Q.    Were you in the conversation when Q.C. Metallurgical

9        and Luke McIntire --

10 A.    **No, I told you, Luke told me what was said.**

11 Q.    Okay.  And did you at any time call Q.C.

12       Metallurgical to see if what Luke McIntire was

13       telling you was true?

14 A.    **No, it's not my place, okay.**

15 Q.    But you're posting his public letter as the

16       truth --

17 A.    **Right.**

18 Q.    -- without verifying any of it?

19 A.    **Luke wrote the letter, Luke signed his name, okay.**

20       **He's responsible --**

21 Q.    And you agreed to post it.  You asked for him to

22       send it to you.

23 A.    **It's his letter, it's his letter.**

24 Q.    It is his letter, which you asked for, correct?

25 A.    **I asked him to provide a response to the demand**



Charles Bradley
07/20/2022                              Page 206

1          letter.

2    Q.    And did you do anything to verify what was in here

3          was true?

4    A.    Well, I'm going to say no, I didn't.

5    Q.    So you're posting it without verifying any of it?

6    A.    I have no reason to not trust Luke.  I've done

7          business with him for many years.  Never had a

8          problem with him, never had a problem with his

9          barrels, with anybody else, okay.  So I had no

10         reason to question him.

11   Q.    You read the letter, correct?

12   A.    Yeah.

13   Q.    And you read the part where it says, prior to a

14         Facebook post in October of 2019 by this company

15         claiming soft barrels, KKM Precision was not aware

16         of any issues with our heat treating or

17         manufacturing process.  You read that, right?

18   A.    Yeah.

19   Q.    And you know that's not true?

20   A.    Well, he never got a barrel to test.

21   Q.    He was made aware that there was issues?

22   A.    So there was never a barrel returned back to KKM for

23         them to test it to determine if one was bad, and no

24         evidence was presented to KKM that was reputable.

25         There was no correct evidence sent to him that was



Charles Bradley
07/20/2022                    Page 207

1          reputable for him to say that there was a problem

2          with his barrels.  But, again that's something Luke

3          wrote.  You need to ask him about what he was

4          thinking when he wrote it.

5    Q.    I understand.  But what I'm saying is, you read --

6    A.    I read it.

7    Q.    You read it, and you know that they were made aware

8          of issues with their heat treating and manufacturing

9          process prior to the October 2019 Facebook post by

10         Shay Horowitz, because you were involved in it.  You

11         called Luke McIntire, didn't you?

12   A.    I did call him.

13              MR. BENFORD:  Object to form.

14              MR. MARI:  Join.

15   BY MR. FIATO:

16   Q.    So that's not a true statement.

17   A.    It depends on how you look at it.  I'm looking at

18         this and reading it, I'm like, well, that's the way

19         Luke sees it, that's the way Luke sees it.  I can

20         see where he came from that, and I'll repeat myself

21         again.  We have no evidence, we didn't have the

22         barrels to test or he didn't have the barrels to

23         test.  He had no correct testing of the barrels

24         shown to him.  He had this lab that wasn't

25         certified, who admitted to him that they didn't test



Charles Bradley
07/20/2022                                      Page 208

1          it correctly.

2    Q.    You don't know that.

3    **A.    Luke told me he said that.**

4    Q.    Okay, Luke told you that he --

5                MR. BENFORD:  Objection, objection, wait,

6          wait, whoa, whoa, whoa, whoa.  Objection, form.  Go

7          ahead and answer.

8                **THE WITNESS:  I was almost finished.  I'm**

9          **not allowed to answer my question completely when I**

10         **get interrupted.**

11               **It's the same repeat part, that we didn't**

12         **have any evidence that the barrels were bad.  All we**

13         **saw was bad evidence.  So there was no evidence that**

14         **the barrels were bad yet.  So -- but you can ask**

15         **Luke what he was thinking when he wrote that.  I**

16         **have no reason to dispute what Luke wrote.**

17   BY MR. FIATO:

18   Q.    I didn't say you didn't have any evidence.  I said

19         you were aware, correct?

20   **A.    I don't know what you said.**

21   Q.    KKM Precision was aware that there was a claim that

22         there was a problem with the heat treating and

23         manufacturing process of their barrels presented by

24         Shay Horowitz prior to the Facebook post in October

25         of 2019?



Charles Bradley
07/20/2022                          Page 209

1                    MR. MARI:  Object to the form.  Go ahead.

2                    MR. BENFORD:  Join.

3                    **THE WITNESS:  He was aware that there was**

4        **a claim.  But as far as we knew, it was a false**

5        **claim.**

6   BY MR. FIATO:

7   Q.   And they presented proof, it's just you didn't

8        believe the proof, neither you or KKM believed that

9        proof?

10                   MR. BENFORD:  Form.

11                   **THE WITNESS:  John, I'm sorry, I**

12       **interrupted.**

13                   MR. BENFORD:  That's all right, go ahead

14       and answer.

15                   **THE WITNESS:  The proof was not reliable.**

16       **It wasn't good proof.  It was bad.**

17  BY MR. FIATO:

18  Q.   What evidence do you have that it was bad proof?

19                   MR. BENFORD:  Form.

20                   **THE WITNESS:  The way he tested the**

21       **barrels.  I mean, we put the pictures on the**

22       **Facebook page and several gunsmiths looked at it and**

23       **said, oh wait a minute, you can't test the barrel**

24       **that way.**

25



**Charles Bradley**
07/20/2022                                    Page 210

```
 1   BY MR. FIATO:

 2   Q.    Were you ever presented pictures of barrels tested

 3         by a Nathan Carter?

 4   A.    No.  I might have seen a picture of him testing a

 5         barrel on there, but I wasn't involved with Nathan's

 6         barrels.  In fact, John was handling the

 7         Nathan Carter situation, and my understanding was

 8         that Nathan Carter, when he found out how to test

 9         the barrels correctly from Luke, that everything was

10         cool.  I didn't know there was still a problem with

11         it.

12   Q.    On your Facebook page did you -- and we'll get to

13         this.  You posted -- do you know if you posted

14         pictures that were from Nathan Carter?

15   A.    Somebody did.  I don't know who did it.

16   Q.    Okay.  And do you know if they were all the pictures

17         that were from Nathan Carter?

18   A.    I have to look at the post and see.

19   Q.    Okay, we'll go through it.  Contained in a line in

20         paragraph one.

21   A.    Where are we at?

22   Q.    Paragraph one still on the letter.  I'm going to

23         tell you, I want you to go to -- there is a sentence

24         that begins, I believe, I don't know if this company

25         really intends to sue or if it was just a threat to
```



**Charles Bradley**
07/20/2022                              Page 211

1          cover up and lay blame on us for their own actions.

2          Do you see that?

3    A.    Yes.

4    Q.    What does that imply to you?

5    A.    Well it implies the same thing what I thought at the

6          same time, was that Shay was -- the way he was

7          making his guns and processing the barrels, that he

8          was causing some of the problems himself.

9    Q.    Right.  So it implies that Shay's to blame for

10         whatever's going on with the barrels and that it's

11         his process and his negligence that's causing the

12         barrels, correct?

13   A.    Absolutely, I still believe that to this day.

14   Q.    What proof do you have of that?

15   A.    What proof do I have of that?

16               MR. BENFORD:  Objection to form.

17   BY MR. FIATO:

18   Q.    Yes, sir.  What proof do you have of that?

19   A.    Just common knowledge that I know about the guns and

20         the way they're made.  We went through that earlier.

21   Q.    Yeah, we did.  And I believe you said earlier you

22         have no knowledge on how he builds his guns.

23   A.    I wasn't standing there, right.

24               MR. BENFORD:  Object to the form.

25



**Charles Bradley**
07/20/2022                                        Page 212

1   BY MR. FIATO:

2   Q.    So you made that -- you published this statement on

3         behalf of Luke without any evidence that it is

4         correct?

5                   MR. BENFORD:  Objection, form.

6                   MR. MARI:  Join.

7   BY MR. FIATO:

8   Q.    Correct?

9   A.    No, I have some evidence, Luke has some evidence.

10        I've had discussions with other gunsmiths who had to

11        fix his guns, okay.  So I have -- my opinion is that

12        this is caused by the way Shay does his barrels.

13  Q.    What is it that he does that causes --

14  A.    I talked about this before, but I'll say it again.

15        It has to do with the way the tungsten sleeves, the

16        threads are cut, how the barrel is shaved down

17        thinner.  So when he buys a bull barrel from us -- I

18        forgot the dimension, but it's pretty thick.  He

19        puts it on a lathe and cuts the walls of that barrel

20        down pretty thin.

21  Q.    You have no knowledge of that, sir, do you?

22                  MR. BENFORD:  Objection, form.

23                  THE WITNESS:  I can look at pictures of

24        the guns on the internet.  I can tell you exactly

25        what he does.



**Charles Bradley**
07/20/2022                                        Page 213

```
 1   BY MR. FIATO:

 2   Q.    Did you measure those guns, sir?

 3   A.    I told you, I don't know -- have the exact

 4         measurements.

 5   Q.    You don't know anything about his process?  You're

 6         speculating, aren't you, sir?

 7               MR. BENFORD:  Objection, form.

 8               MR. MARI:  Objection, form.

 9   BY MR. FIATO:

10   Q.    You're speculating, aren't you, sir?

11   A.    No.

12               MR. BENFORD:  Same objection.

13               MR. MARI:  Same objection.

14   BY MR. FIATO:

15   Q.    You have absolutely no evidence?

16               MR. BENFORD:  Same objection.

17               MR. MARI:  Same objection.

18   BY MR. FIATO:

19   Q.    You have not looked at one of these guns, have you,

20         sir?

21   A.    Are you testifying?

22   Q.    I'm asking a question.

23               MR. BENFORD:  You know, Rick, I've given

24         you a lot of leeway here, but you have asked the

25         same questions repeatedly again and again.  And I
```



Charles Bradley
07/20/2022                              Page 214

1       mean if that continues, I'm afraid I'm going to have

2       to instruct the witness not to answer the question,

3       but go ahead.

4                    Mr. Bradley, please answer the question.

5                    THE WITNESS:  Please repeat it.

6    BY MR. FIATO:

7    Q.   Do you have any evidence that Shay Horowitz of Akai

8         Custom Guns caused any problem with any of these

9         barrels that he's claiming are defective?

10   A.   The barrels he's claiming are defective I do not

11        have evidence of because I don't have those barrels.

12        They were never returned to KKM.  So we don't have

13        any of those barrels to even look at.

14                   But we have other barrels that he's done,

15        manufacture wise, Luke is in possession of some of

16        them, okay.  And I have common knowledge that I had

17        discussion with other gunsmiths of the process and

18        the problems with the guns, and that's where I come

19        up with my opinion.

20   Q.   And it's your opinion, okay.  Let's move on.  Let's

21        go to the second paragraph, it says, here at KKM

22        Precision our manufacturing process has been

23        established for well over 25 years of producing

24        pistol barrels for nearly every single firearm

25        company at one time or another.  We use the very



**Charles Bradley**
07/20/2022                           **Page 215**

1       best stainless steel type 416R BQ #5 produced here

2       in the United States.  The date of this letter is

3       January 9, 2020.  That's not a true statement, is

4       it, sir?

5                   MR. BENFORD:  Object to the form.

6                   MR. MARI:  Object to the form.

7                   **THE WITNESS:  I have no reason to doubt**

8       **what Luke was saying, because I knew no difference**

9       **between what the metals were.**

10      BY MR. FIATO:

11      Q.    I understand, but you know now that he didn't

12      receive his first shipment of BQ5 until the middle

13      of August 2020.  So this can't be a true statement

14      if he's talking about barrels that were purchased

15      prior to January 1 -- or January 9, 2020.  They

16      weren't using BQ5 then, were they?

17                  MR. BENFORD:  Objection to form.

18                  MR. MARI:  Objection.

19                  **THE WITNESS:  You'll have to ask Luke**

20      **about that.**

21      BY MR. FIATO:

22      Q.    In your opinion is that a true statement?

23      **A.    I have no firsthand knowledge of what type of metals**

24      **he uses in the barrels.**

25      Q.    But you posted that anyway, correct?



**Charles Bradley**
07/20/2022                                    Page 216

```
 1                    MR. BENFORD:  Form.

 2                    THE WITNESS:  I have no reason to doubt

 3          Luke's letter.  I mean, it's his barrel.  He

 4          manufactures it.  He knows what metal he puts in it.

 5   BY MR. FIATO:

 6   Q.     What, if anything, did you do to confirm that that

 7          was a correct statement?

 8   A.     I did not take the letter and tear it apart sentence

 9          by sentence and try to confirm everything that he

10          said.

11   Q.     Okay, okay.

12   A.     I trusted Luke to write the letter as his response

13          to the demand letter.

14   Q.     Okay.  Next sentence, we order entire mill runs of

15          this steel at nearly six pounds at a time.  Every

16          single 12-foot bar is then checked for proper

17          hardness by cutting off a one-inch puck and heat

18          treating it before the bars are turned into rifled

19          blanks.  After drilling, reaming and then honing, we

20          pull a button through the blanks to create our

21          rifling.  About halfway through the barrel making

22          process the blanks are heat treated at Nevada Heat

23          Treating.  They will then test for Rockwell hardness

24          on these blanks and supply a report to us.  We then

25          finish machining the blanks into barrels and test
```



**Charles Bradley**
07/20/2022                                    Page 217

```
1       for hardness again on our own fully automatic

2       innovative versus 720RS Rockwell hardness tester.

3       We compare and record the results to make sure the

4       barrels are within spec.  To date we have produced

5       over 100,000 barrels in 25 years, and we've never

6       seen a barrel test under 40HRC using this process.

7               Let's go back -- all right, let me finish

8       the paragraph for you.  Because KKM Precision is a

9       major supplier to the U.S. military and law

10      enforcement we use ASTM E18-19 standards when

11      hardness testing and will soon become an ISO 9001

12      certified manufacturing facility.

13              Let's go to the sentence that says, we

14      will then finish machining the blanks and the

15      barrels and test for hardness on our own fully

16      automatic innovative versus 720RS Rockwell hardness

17      tester.  Do you see that sentence, sir?
```

**18    A.    Yes.**

```
19    Q.    How long have you been carrying KKM barrels for

20          sale?
```

**21    A.    Over 20 years.**

```
22    Q.    Have you ever seen any indication that they were

23          tested?
```

**24    A.    I never looked for it.**

```
25    Q.    Are you aware that when a barrel is tested with a
```



Charles Bradley
07/20/2022                              Page 218

1          Rockwell hardness tester, there will be a dimple

2          somewhere on the barrel from wherever it's been

3          tested?

4     A.   I have learned that recently, that there could be a

5          dimple there.  I don't know at what point he's

6          testing it.  Again, I have no reason to question

7          Luke on this, his barrel, his manufacturing process.

8          I buy widgets to sell, and that's what this is.  I'm

9          buying a barrel to sell.  He makes them.

10    Q.   So you don't know if this is a true statement or

11         not?

12    A.   I can't tell you it's true, I can't tell you it's

13         not true, because I don't have firsthand knowledge

14         of this.

15    Q.   That's fair enough.  Next it says, we compare the

16         results to make sure the barrels are within spec.

17         To date we have produced well over 100,000 barrels

18         in 25 years, and we've never seen a barrel test

19         under 40HRC using this process.  Do you know whether

20         that's a true statement, sir?

21    A.   I have no reason to doubt it.

22    Q.   Have you ever seen any test results where the HRC is

23         below 40?

24    A.   Some of the ones that were provided by Nathan Carter

25         and -- I don't know where the other test came from.



Charles Bradley
07/20/2022                           Page 219

1          I think Shay did -- Shay said he went out and bought

2          a tester, maybe on Amazon or something, to test

3          barrels, you know, when he had this question.  So I

4          think he took pictures of them and sent them, and I

5          saw those results.  But I have not seen firsthand

6          any certified results that the barrel tested under

7          40.

8     Q.   You're aware that the KKM website says that all

9          barrels are made of 416R steel and with a Rockwell

10         hardness of 42HRC, correct?

11    A.   I don't know what it said, when and where.

12    Q.   You've never gone to the KKM website?

13    A.   No.  I mean I have, but I don't go in there and

14         scrutinize their description.  Like I said, we put

15         something on our web page, we copy their

16         description, we paste it on ours, that's it.  I

17         don't scrutinize their description.  I don't

18         reengineer the product.

19    Q.   Does your website say that it's 416R with a Rockwell

20         hardness of 42RC?

21    A.   I don't think so now.  But, I mean, you're welcome

22         to go look at it.

23    Q.   If you post the specs of the manufacturer, why

24         wouldn't it be there?

25    A.   Timing.



**Charles Bradley**
07/20/2022                                    Page 220

```
 1                    MR. BENFORD:  Objection, form.

 2   BY MR. FIATO:

 3   Q.    I believe your testimony was that you get the specs

 4         from the manufacturer and that you copy it and you

 5         put it on the website; isn't that what you testified

 6         to earlier, sir?

 7   A.    That's what I testified earlier.  And I also

 8         testified that we use the description that's in

 9         place at the time we add the product; that they can

10         change their description, and our product could have

11         been there for 20 years, and the description hasn't

12         changed.

13                    So some of the different things -- now

14         while we were on lunch break I did call Wendi.  I

15         said, look, I need you to go make sure all the

16         descriptions on these things are matching KKM's

17         description.  Because I asked her the question

18         earlier about, hey, did she change it.  She couldn't

19         tell me she changed it.  She didn't know.  So she's

20         going to go work on that now to make sure that it

21         matches.

22   Q.    Do you know if the gentleman, Mr. Payne, who

23         maintains your website has the ability to track when

24         the website is changed?

25                    MR. BENFORD:  Objection, form.
```



Charles Bradley
07/20/2022                              Page 221

```
 1                    MR. MARI:  Same objection, too.

 2                    THE WITNESS:  I do not know if he does.

 3   BY MR. FIATO:

 4   Q.    So after you posted this letter on your Facebook

 5         page, did you share this letter with Michael Dame?

 6   A.    It was posted on the Facebook page.

 7   Q.    Did you actually send -- do you remember, or do you

 8         remember, did you actually send it to Michael Dame?

 9   A.    I don't remember if I did or not.  I may have.  I

10         mean, I posed it on the Facebook page.  I don't know

11         why I wouldn't.  I don't know why I would, either.

12   Q.    Let's just back up a little bit, sir.  Let's go to

13         Exhibit SCI 1100.  Oh, I'm sorry, it's Exhibit 20,

14         which starts with SCI 1100.

15   A.    Okay.

16   Q.    On the bottom of the page it indicates that it's

17         documents from you from Facebook messenger; is that

18         correct?

19   A.    Yeah.

20   Q.    And you produced those documents or you printed this

21         out on, it indicates at the top of page, on

22         October 4, 2021, at 12:04 P.M.?

23   A.    Yeah, it looks like it's Facebook messages.

24   Q.    Between you and Michael Dame; is that correct?

25   A.    Looks like it, yeah.
```



Charles Bradley
07/20/2022                          Page 222

1    Q.    Yeah, SCI 1100, can you tell me what I'm looking at

2          here, sir?

3    A.    So I don't know who this is in the black.  The -- I

4          don't know who the ChaMpinCuc, I don't know what

5          that is, I don't know who that is.  I know Bobie

6          keycans is Shay.

7    Q.    This was sent to you by Michael Dame, correct?

8    A.    Yeah, he would go into these different chat rooms,

9          and sometimes he would do screenshots and send them

10         to me to tell me what other people were saying out

11         there on the internet.

12   Q.    So this appears to be -- you say this Bobie keycans

13         is Shay Horowitz?

14   A.    Yes.

15   Q.    How do you know that?

16   A.    There's another screenshot that I showed you that

17         Dame sent me that shows the identity of all the

18         people with these different avatars.  And I know

19         that Shay and Bobby don't like each other at all.

20         You can say they hate each other, they're always

21         making fun of each other.  Shay has been a troll

22         about -- against Bobby online ever since they had

23         their falling out, so...

24   Q.    I thought you said that Bobie keycans was Shay?

25   A.    This Bobie keycans?



**Charles Bradley**
07/20/2022                                        Page 223

1   Q.   Yeah.

2   **A.   That's Shay, and he's trolling Bobby Kegans.**

3   Q.   Is Bobby Kegans in this conversation?

4   **A.   No, but he's doing that because he's got this**

5   **ongoing trolling thing with Bobby Kegans.**

6   Q.   How do you know?

7   **A.   Because I'm in this game, okay.  Bobby was a good**

8   **customer of mine, too. We used to fight all the**

9   **time.**

10  Q.   Okay.  I'm just going to read the message for you

11       sir, and you just follow along with me.  It says,

12       Btw, barrels were tested at an actual Q.C. lab,

13       metallurgy lab.  They were tested at Hendricks

14       Motorsports, Chuck Warner tested them and my own

15       testers.  The results were all the same.

16            Moving on to 1099. Chuck makes very few

17       -- this is from Bobie keycans.  Chuck makes very

18       few, but yes, I talked to Luke, owner of KKM.  They

19       buy huge pallets of 416R rods, heat treat them, cut

20       a hockey puck off, test it, the machine.  Barrels

21       never get tested again.  Kart rough cuts, heat

22       treats individual barrels, test them and then finish

23       machine.  Make more sense?  Individual KKM barrel

24       will have a four point RC -- I'm sorry, will have a

25       four RC point swing on the same barrel.



**Charles Bradley**
07/20/2022                                    Page 224

1              Going to SCI 001098.  At the bottom of

2       the page it says, Michael Dame and then it has date

3       stamped.  It says, December 9, 2019, 3:57 P.M.

4                    MR. FIATO:  Off the record.

5                    (Discussion was had off the record)

6                    MR. FIATO:  Going back on the record.

7  BY MR. FIATO:

8  Q.    Michael Dame says to you, how can I help burn this

9        cunt.  You say who is it?  Michael Dame says, that's

10       Shay.  Talking about KKM barrels.  Michael Dame then

11       says, that was just a quick search in the chat

12       group.  If there's specific keywords you think I

13       should search for, let me know.  It seems to be a

14       response, but I can't tell if that's from you or

15       Mr. Dame.  Can you tell?  There's a paragraph above

16       that.

17  A.   **It looks like it's mine.**

18  Q.    Okay.  Can you read that for me?

19  A.   **KKM offered to look into it and asked for a barrel.**

20       **They would have replaced every one if there was a**

21       **problem.  He refused, never sent them one or any**

22       **evidence.  They have had others test and not a**

23       **single one found soft.  Brandan Bunker is much more**

24       **reputable gunsmith than Shay, and he laughed at his**

25       **postings of the tests.  He was doing them wrong.**



**Charles Bradley**
07/20/2022                                Page 225

1      Brandan found none soft.  KKM tested their inventory

2      and all were good.  Fact is, Shay is using the

3      barrel in a way that isn't working and he needs a

4      scapegoat.  And we don't make any of the barrels.

5      We sell KKM and have an exclusive on one type.  And

6      we got a letter demanding one million dollars in

7      damages today from his so-called attorney, who is

8      just another shooter.

9   Q.  This exclusive barrel, is this the barrel that you

10      were talking about that Shay asked?

11  A.  Yes.

12  Q.  That you claimed Shay asked.  And you have an

13      exclusive on it, right?

14  A.  On that type of barrel, that length of barrel.

15  Q.  And when you were working with Shay and other

16      gunsmiths and KKM to develop that barrel, did you

17      have to pay KKM any fee to develop that barrel with

18      you?

19  A.  No, no.

20  Q.  None?

21  A.  No.

22  Q.  Dame then says at 4:08 on December 9, 2019, are we

23      clear to play with that information?  What's your

24      response?

25  A.  Where are we at?



Charles Bradley
07/20/2022                                    Page 226

1   Q.   I'm sorry, it's SCI 1097.

2   A.   Okay.

3   Q.   Bottom of the page, Dame says in response to the

4        paragraph you just read, are we cleared to play with

5        that info?

6   A.   Yes.

7   Q.   What is your response?

8   A.   I said, sure, why not.

9   Q.   Dame then says, Bagger already has memes queued up.

10       Who is Bagger?

11  A.   Now I know it's Tim Mekosh.

12  Q.   And can you describe for the record what a meme is?

13  A.   A meme is just another name for an account or like

14       an avatar, like Shay used the Bobie keycans one,

15       Tim Mekosh would use the name Bagger.

16  Q.   So a meme isn't like a Facebook post that would have

17       information on it?

18  A.   You're talking about memes?

19  Q.   That's what I asked, yes, sir.

20  A.   Yeah, okay.  I'm sorry, I thought you were talking

21       about the different names that people use.  The

22       memes are like little cartoons.  They're meant to be

23       jokes.

24  Q.   Or meant to be a text, too, correct?

25  A.   They're sort of just broad making fun of what's



Charles Bradley
07/20/2022                                    Page 227

```
 1            going on.

 2   Q.       Would they be used to say that Shay has a fake

 3            contingency program?

 4   A.       Has a what?

 5   Q.       Fake contingency program?

 6   A.       They could, but I don't know anything about his

 7            contingency program, just the people said he didn't

 8            follow through with it.

 9   Q.       Did you ever discuss this contingency program with

10            Michael Dame or Tim Mekosh?

11   A.       Contingency program?

12   Q.       Yes, sir.

13   A.       No, I mean, they may have told me about it, but I

14            didn't really care.  Okay, I mean, I've been in this

15            game long enough.  I've seen people come and go, and

16            I've seen stories like that where the key agent

17            programs or sponsors pull out the last minute.  I

18            mean, I just -- I don't put any weight into it,

19            okay.

20   Q.       So Mr. Dame asked you if he was clear to play with

21            that information, and you said, sure, why not.  So

22            he was asking you for permission to go after

23            Shay Horowitz and Akai Custom Guns, wasn't he?

24   A.       He was asking for permission to use that information

25            to counter the attack that we were under on Facebook
```



Charles Bradley
07/20/2022                              Page 228

1          in different chat rooms and posts that are way

2          beyond I even knew existed.

3    Q.    And he advised you that Bagger, Tim Mekosh, already

4          had memes queued up ready to go, correct?

5    A.    Yeah.  I mean he said that, but I didn't put any

6          weight into it.  You didn't see me say, hey, let me

7          approve those as they come along because I had no

8          idea what they were.

9    Q.    After he said that he had -- he and Mekosh had memes

10         teed up, you didn't say don't post those?

11   A.    I didn't say anything.  They're big boys, they can

12         handle themselves.

13   Q.    Okay.  You gave them permission, but you didn't tell

14         them not to do it?

15              MR. BENFORD:  Object to the form.

16              THE WITNESS:  I gave them permission to

17         use -- John, am I okay?

18              MR. BENFORD:  Yeah, go ahead.

19   BY MR. FIATO:

20   Q.    Yeah, you're okay.

21   A.    I gave them permission to use the information that I

22         posted in that post to spread the truth, to get the

23         truth out, to combat the slander campaign that was

24         going on against me and KKM.

25   Q.    Let's go to Exhibit 21.  Starts at SCI 1353.



**Charles Bradley**
07/20/2022                                    Page 229

1   A.      Okay.

2   Q.      It shows Michael Dame, but it doesn't show a

3           message.  Then it says, Tim Mekosh, where he says

4           he's going to end up basically paying lawyer's fees

5           and court costs for us.  Mike Dame then posts

6           November 15th, and then there is what appears to be

7           a picture with a caption underneath it that says,

8           that's what you told me to do, bottoms first, then

9           tops up.  Works great.  Thanks.  Moving to SCI 1352,

10          there seems to be the top half of that picture,

11          correct?

12  A.      Yeah.

13  Q.      And above it there's something that says, and it

14          appears to be from Shay, it says, got a fuck ton of

15          450 parts right now.  It says Michael Dame and then

16          April 28, 2020, 10:16 A.M. Mr. Dame says to you,

17          thanking me for helping his machining strategy.

18          Wasn't I working with you to help put him out of

19          business by then?  Correct?

20  A.      That's what he wrote.

21  Q.      That's what he wrote.

22  A.      You can't see the joke in that?

23  Q.      I don't see that as a joke at all, sir, no.

24  A.      Okay, you don't understand Michael Dame then.  He's

25          saying --



Charles Bradley
07/20/2022                                    Page 230

1    Q.    Did you ever refute his assertion that he was trying

2          to put -- he was working with you to try to put

3          Shay Horowitz out of business?

4    A.    **No, because that's not what he was saying.  He**

5          **showed me the picture where he was helping Shay do**

6          **machine work.  Michael Dame was helping Shay consult**

7          **with some part making, okay.**

8    Q.    And then he says, thanking me for helping on his

9          machining strategy.  Wasn't I working with you to

10         help him put him out of business then.

11   A.    **Are you done?**

12   Q.    No, I'm not.

13   A.    **Okay, when you're done, let me know.**

14   Q.    And then on SCI 1350 he sends you another message

15         and says, this one has the date stamp, correct?

16   A.    **Which one are you looking at with the date stamp?**

17   Q.    SCI 1350.

18   A.    **1350?  Where is the date stamp?  Okay, that one has**

19         **the date stamp.**

20   Q.    Do you see that?

21   A.    **Yeah, I think he was -- if you take that into**

22         **context with -- you ready for me to answer or are**

23         **you going to interrupt me again?**

24   Q.    No, you can go ahead, sir.

25   A.    **Okay.**



Charles Bradley
07/20/2022                              Page 231

1   Q.    I'm waiting to hear this one.

2   A.    I'm ready to tell it, too.  So if you take this into

3         context, where he says, thanking me for help on his

4         machine strategy.  This was pictures of him, Dame

5         and Shay texting each other on machine strategy on

6         how to manufacture parts.  So he was helping him at

7         one point.

8               Then it says, dot dot dot, like wasn't I

9         working with you to help put him out of business by

10        then?  So what he was making fun of was when he was

11        being accused in the lawsuit of helping me put him

12        out of business, he was helping him manufacture gun

13        parts.  So Dame is being sarcastic here.  And the

14        reason that he put the one with the time stamp was

15        to show that at the time he was supposed to be

16        working with me to put him out of business, he was

17        helping him.  And you don't read it that way?

18  Q.    No, I can't, sir.

19  A.    Okay.

20  Q.    Can you show me anywhere in any of the messages

21        where you said we're not trying to put him out of

22        business?

23  A.    I didn't need to.  It was a joke.  He was being

24        sarcastic.  It's clear as day what he was saying,

25        dot dot dot, wasn't I working with you to help put



**Charles Bradley**
07/20/2022                    Page 232

1        him out of business by then, question mark.  He's

2        making fun of the fact that they're accusing him of

3        helping me put him out of business while he was

4        helping him with his business.

5   Q.   Isn't it true, sir, that he was working with you to

6        try to put him out of business?

7   A.   No.

8              MR. BENFORD:  Form.

9              THE WITNESS:  And if you can't understand

10       that, we need to move on to something else.

11  BY MR. FIATO:

12  Q.   We're not going to move on to something else until

13       I'm done questioning you about it.

14  A.   I'm not going to repeat it again.

15  Q.   Michael Dame was working with you and Tim Mekosh to

16       post negative information out on the internet

17       because you wanted to discredit him and put him out

18       of business, wasn't he -- weren't you?

19              MR. BENFORD:  Form.

20              MR. MARI:  Form.

21              THE WITNESS:  Working with me, no, okay.

22       There were a couple guys that saw this thing come

23       out, and he wanted to bring the truth out.  This

24       post right here that you brought up, that you were

25       asking a question about, is Michael Dame being



Charles Bradley
07/20/2022                                    Page 233

```
 1           sarcastic about Shay is accusing him in the lawsuit
 2           of helping put him out of business, but yet at the
 3           same time, that's why the date stamp's there,
 4           Michael Dame is helping Shay on how to manufacture
 5           gun parts.  So he was making a sarcastic remark
 6           about, hey, but I thought I was helping him put out
 7           of business by then.  That's what this is about
 8           right here.
 9      Q.   That's your testimony, right?
10      A.   That's exactly what that is.
11      Q.   Let's go to Exhibit 22.
12      A.   Okay, page?
13      Q.   It says SCI 544.
14      A.   Okay.
15      Q.   Michael Dame says, Cody, I don't know.  You respond?
16      A.   I asked, so none of the others were out spreading
17           the post?
18      Q.   Dame says, not that I've seen, but I'm not a 2011
19           enthusiasts.
20      A.   Okay.
21      Q.   Who knows what false information was being spread by
22           Akai guys at locals.  When it comes to comments
23           about Shay on Facebook, Scott is his main attack
24           dog.  Chris Kozell used to be a close second, but he
25           left years ago.  Your response?
```



Charles Bradley
07/20/2022                              Page 234

```
 1   A.    I said, well I guess I'll just sit tight and whack a
 2         mole every time he spouts out.  If there's places
 3         he's lying, I can't see them, I blocked him.  If you
 4         send me a screenshot I can respond in the thread and
 5         he won't even see it.
 6   Q.    When you say you blocked him, who are you referring
 7         to?
 8   A.    Shay.
 9   Q.    Shay, okay.
10   A.    When he filed a lawsuit, I blocked him.
11   Q.    Okay.  Mr. Dame then says I'll keep an eye out.
12         We're moving now to SCI 543.  On the bottom it has
13         your name, and then Michael Dame says at 9:17 A.M.
14         on January 3rd of 2020, Troll chat is dead.  His
15         next message is, I haven't seen him in any FB groups
16         I'm in.  Your response?
17   A.    I said, cool, the big ones like areas, which is area
18         Facebook pages, USPSA page, et cetera are ones he
19         can hurt.  If he pops up, let me know.  Appreciate
20         all your help.
21   Q.    Mr. Dame sends you -- it appears there's an
22         attachment there.  Do you know what that attachment
23         is, sir?
24   A.    No.
25   Q.    His next response is, anything to get rid of Shay.
```



Charles Bradley
07/20/2022                          Page 235

1   A.   Yeah, he said that.

2   Q.   Can you show me anywhere where you told Mr. Dame,

3        we're not trying to get rid of Shay?

4   A.   I didn't say that.

5   Q.   No.  Because that's what you were trying to do with

6        Mr. Dame and Mr. Mekosh, correct, you guys were

7        trying to get rid of Shay?

8   A.   No, we were trying to bring the truth out to combat

9        the smear campaign that was being portrayed against

10       KKM and Shooters Connection.

11  Q.   Let's go to paragraph 23.

12  A.   I'm sorry, where are you at?

13  Q.   I'm sorry, Exhibit 23.

14  A.   Okay.

15  Q.   It's your name, and then Michael Dame says, what

16       help, I know nothing.  There's an attachment there.

17       Do you know what it is?

18  A.   No.

19  Q.   Michael Dame then says, Shay is a cancer that needs

20       to be removed.  He's already damaged the market.

21       Then you say, I made that little implied threat to

22       bring out Shay's past if he wanted to keep on.  Hard

23       to imagine them continuing on.  Do you see that?

24  A.   Yeah.

25  Q.   Did you ever say to Michael Dame, Shay's not a



Charles Bradley
07/20/2022                                    Page 236

```
 1        cancer and we're not removing him?
 2   A.   No, I didn't say that either.  Michael Dame said
 3        that.
 4   Q.   He said it?
 5   A.   Yes.
 6   Q.   You were silent on it, right?
 7   A.   Yeah, those guys, when they filed a lawsuit against
 8        him, they were mad and they were out to get him.
 9        I'm going to be honest with you about that.  They
10        weren't actually out to get him, but to tell the
11        truth about it.
12   Q.   They did.
13   A.   Yeah.
14   Q.   And you made that little implied threat to bring out
15        Shay's past if they wanted to keep on, hard to
16        imagine them continuing.  You're talking about a
17        Facebook comment that you made on the SCI website
18        about Shay's past, correct?
19   A.   The one we talked about earlier, when I said, have
20        you looked into Shay's past.  That's the one I'm
21        talking about.
22   Q.   But this is way before the lawsuit, sir.
23   A.   January 19th?
24   Q.   Yes.
25   A.   Well, the demand letter was in effect and the battle
```



**Charles Bradley**
07/20/2022                              Page 237

```
1              was going on on Facebook.  He had his guys out there

2              spreading the rumors all over Facebook, and I was

3              trying to tell the truth, which is why we posted the

4              demand letter and the response to it.

5    Q.        And then which is why that you implied that you were

6              going to bring out negative history in Shay's past

7              on the Facebook page, because you wanted to

8              discredit him, correct?

9    A.        I'll read this again.  I made the little implied

10             threat to bring out Shay's past.

11   Q.        What's that?

12   A.        Implied threat to bring out Shay's past.

13   Q.        That's right.

14   A.        Okay.  To bring his past out, the truth.  I would

15             not make anything up that wasn't true.  I was going

16             to bring out the truth.

17   Q.        What's the truth?

18   A.        We talked about that already.  The truth is, I found

19             information on the internet that he was in a moving

20             scam and that there was information that he was in

21             some type of day trading school type scam.  I don't

22             know the details of it.

23   Q.        You don't know the details of it, then how can it be

24             a scam?

25   A.        Just what I read on the internet.
```



HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**Charles Bradley**
07/20/2022                                    Page 238

1   Q.   But you don't know the details of it, but you're

2        calling it a scam?

3   **A.   No, we've already gone over this.**

4   Q.   No, I'm asking you a question.  If you don't know

5        the details of it, how can it be a scam?

6   **A.   Because that's what I read on the internet.**

7   Q.   That's not an answer.

8   **A.   There's an investigation over it.**

9   Q.   Where did you read that, sir?

10  **A.   I didn't read that.  I was told that by somebody who**

11       **told Luke that.**

12  Q.   Who told you that?

13  **A.   I told you, Luke told me that.**

14  Q.   Oh, Luke told you that?

15  **A.   Yes.**

16  Q.   So somebody told Luke that Shay was under

17       investigation by the FBI?

18  **A.   Yes.**

19  Q.   And you repeated that to other people?

20  **A.   Yeah, and I think I found some stuff on the internet**

21       **about it, but I don't remember exactly what it was.**

22  Q.   Let's skip to Exhibit 25.

23  **A.   I mean, I can Google it right now and see if I can**

24       **come up with something.  Where do you want to go?**

25  Q.   Exhibit 25.



Charles Bradley
07/20/2022                                      Page 239

 1    A.    Okay.

 2    Q.    It's SCI 987.

 3    A.    Okay.

 4    Q.    On the bottom it's a message from Michael Dame -- or

 5          a message between Michael Dame and you, sir.

 6    A.    Okay.

 7    Q.    It's January 8, 2020 at 9:40.

 8    A.    You're talking about my -- you got a question?

 9    Q.    Yeah, can you read your comment, please?

10    A.    He has defamed KKM to the point they need to respond

11          publicly.  What's so ironic is KKM has not seen one

12          of these supposed bad barrels.  Shay is publicly

13          laying the blame on KKM when we suspect any problems

14          were caused by his own doing.

15    Q.    And you suspect that?

16    A.    Yeah.

17    Q.    And Michael Dame says, will they respond publicly?

18          Now is the perfect time to hit pretty hard yester --

19          oh, I'm sorry.  Now is the perfect time.  He got hit

20          pretty hard yesterday over his contingency BS.  What

21          did you respond with?

22    A.    Not sure.  Those guys are pretty easy going and

23          would have taken care of a legitimate issue.  I

24          don't see them lashing out.  If they do, it will

25          only be to counter the bad publicity, not



**Charles Bradley**
07/20/2022                                      Page 240

1        vindictive.

2   Q.   And then on SCI 986?

3   **A.   I think that was talking about KKM.**

4   Q.   I think you were, too.

5   **A.   Yes.  Where are we at?**

6   Q.   SCI 986.

7   **A.   Okay.**

8   Q.   It's an incomplete message, is it not?

9   **A.   What are you asking about it?**

10  Q.   I'm asking if it appears to be an incomplete

11       message?

12  **A.   I don't know if there's more to it or not.  It's not**

13  **there.**

14  Q.   If you go to the top of the page, it's dated

15       January 8, 2020 at 12:13 P.M., correct?

16  **A.   Yes.**

17  Q.   It says, Michael Dame, 12:01, replies.  And it seems

18       to be an incomplete thread that begins, didn't ask,

19       it was seven years old.  It says, Shay Akai,

20       Scott Riddle, we disclose that.  And then Shay Akai,

21       Dame Michael.  So a seven-year old -- I'm sorry,

22       several year old limited gun that cracks didn't --

23       that cracked, you didn't expect a free replacement,

24       question mark.  Mr. Dame replies, I like the KKM

25       upper I built along with.  And that's where it ends,



**Charles Bradley**
07/20/2022                                           Page 241

1    correct?

2    **A.    Looks like it.**

3    Q.    Then on SCI 985, Shay Akai says, everything should

4          be free, free.  This is on a gun he didn't even buy

5          from us.

6                And Dame Michael says, so 9mm major open

7          guns aren't built to handle the over pressure rounds

8          needed to make major and open.  See, Luke Cao, it's

9          obviously your fault for letting Shay build you a

10         9mm major.

11               And then Dame says, was this one of the

12         soft barrels guns.  SCI 984, bottom begins with

13         Dame, you say I'm not really following this.  Cue me

14         in, correct?

15   **A.    Yeah.**

16   Q.    Michael Dame says, Luke Cao won a shit load of

17         Shay's contingency program.  Shay won't pay out

18         because Luke was mean.  You say he wanted an old gun

19         warranties, question mark?

20               Mike says Luke's 9mm cracked a slide.

21         Shay said it wouldn't cover under warranty because

22         9mm is over pressured.  And then he says, well,

23         yeah, that's the point.  So he tried -- using my

24         broke infinity back up to back up his stance.  So I

25         threw some KKM digs and SCI digs in.



Charles Bradley
07/20/2022                                    Page 242

```
 1                      So Michael Dame is here egging on
 2          Luke Cao and throwing in digs on behalf of KKM and
 3          SC, Shooters Connection, correct?
 4     A.   It appears to me that Dame made a comment, and he
 5          took screenshots of it and sent it to me.  And that
 6          was the pictures of these -- what you consider
 7          incomplete messages.  They're screenshots.  Dame was
 8          just telling me that he made that comment out there.
 9     Q.   Why would he do that?
10     A.   Because it's what they like to do.
11     Q.   But why would he share it with you?
12     A.   Because I was the one that was the -- me and Luke
13          were the ones that were the victim in this whole
14          thing.
15     Q.   And did you ever tell him not -- to stop doing this
16          on your behalf?
17     A.   No, I didn't.  I didn't tell him to do it, I didn't
18          tell him not to do it.
19     Q.   Let's go to SCI 983, the next page.  Starts with
20          Chuck Bradley, it appears to be an internet link
21          that's www.movingscam.com/forum/topic.php?T=7727.
22          You see that?
23     A.   Yes.
24     Q.   And then further on the page it appears to be a
25          screenshot of that web address, correct?
```



**Charles Bradley**
07/20/2022                                    Page 243

1    A.    That's probably where I found out about it.

2    Q.    Okay.  You see where it refers to Shay Horowitz?

3    A.    Yeah.

4    Q.    Let's read that.  Let's start at the beginning.  I'm

5          going to actually start with the second paragraph.

6          It says, you have nothing in terms of paperwork that

7          would tell you where your goods are?  Try contacting

8          the Miami FBI.  They may have a way of tracking down

9          your goods in NJ or can tell you where else to look.

10         Or you can do this:  Call Shay Horowitz at this

11         number.  Give him your name, your job number if you

12         still have it, and he said he would find the

13         information for you.  He couldn't give me the

14         information without knowing your name.  Do you see

15         that?

16   A.    Yes.

17   Q.    Where in this post does it say that Shay is involved

18         in a moving scam?

19   A.    I don't see it in there.  I could see myself -- he

20         gave me the link to it.  I could see myself going to

21         the link and looking at it, and I wasn't real sure,

22         which is why I said, have you looked into his past,

23         because I wasn't making any claims.  Just looked

24         into his past.

25   Q.    You were suggesting that his past was negative?



**Charles Bradley**
07/20/2022                                    Page 244

```
 1   A.      Go look at it.

 2   Q.      But is there anything negative here in his past

 3           about this moving company?

 4   A.      Not on this -- not on this individual post, there's

 5           not, okay.  It's got his name and his phone number,

 6           and there's a post and there's a link.  It says,

 7           movingscam.com.

 8   Q.      This post indicates that Mr. Horowitz is trying to

 9           help people, does it not?

10               MR. BENFORD:  Objection, form.

11   BY MR. FIATO:

12   Q.      Yes?

13   A.      You also see the link.  It says, movingscam.com.

14   Q.      But with reference to Shay Horowitz it's showing him

15           helping people?

16   A.      Okay, that's probably your opinion.  I don't know.

17   Q.      Do you see anywhere where it shows Shay Horowitz

18           perpetrating a moving scam in this post?

19   A.      Not in this post, except for the link that says,

20           movingscam.com.  So his name is on the same page,

21           and same link as the movingscam.com.

22   Q.      And you communicated to other people --

23   A.      All I said was check out his past.

24   Q.      But earlier you testified that you told other people

25           that he was involved in a moving scam.
```



Charles Bradley
07/20/2022                              Page 245

 1   A.   **Well, movingscam.com and his name's on it.**

 2   Q.   And his name is on it showing that he's helping

 3        people.

 4   A.   **Well, I have to go look at it.  But all I said**

 5        **was --**

 6   Q.   You just did look at it, didn't you, sir?

 7   A.   **All I said was check out his past.**

 8   Q.   Let's go to SCI 982.  There's an incomplete post

 9        there that says, MusicMom, RE: Universal Van Lines

10        out of business.  Don't feel like an idiot.  It's

11        not your fault.  That's from Michael Dame, correct?

12   A.   **It's a screenshot I guess he sent me, yeah.**

13   Q.   What's your response?

14   A.   **I feel lucky that when he owed me 25K eight years**

15        **ago that I got paid.**

16   Q.   Mr. Dame said, PT had to chase him down at nationals

17        one year.

18   A.   **Okay.**

19   Q.   What's PT?

20   A.   **Phoenix Trinity, I imagine.**

21   Q.   Did you ever confirm whether that was true or not?

22   A.   **With what, PT had to chase him down?**

23   Q.   Yes.

24   A.   **No, I don't talk to Phoenix Trinity.**

25   Q.   The next reply is from you.  It says what?



Charles Bradley
07/20/2022                    Page 246

1    A.    As did I.  He finally paid, then it was on cash or

2          card.  Then he was on cash or card after he paid.

3    Q.    So the next comment is, so any reaction if this was

4          made public.  Is that you asking that question?

5    A.    I don't think so.

6    Q.    How can you confirm for me whether that's you or

7          not?

8    A.    I don't think so.  I don't know.

9    Q.    No, I understand, but how can you confirm because

10         this production is incomplete.

11   A.    All I said is, I don't think so.

12   Q.    You don't think you can confirm with me whether that

13         was you or not?

14   A.    I don't remember writing it.  I don't know.  I mean,

15         I can't tell you I wrote it or I didn't write it.

16   Q.    Do you have the ability to log into Facebook right

17         now and see whether you wrote that comment?

18   A.    Is this document continuous?  I mean, my name's

19         right above it on the next document.

20   Q.    This is continuous.  This is your production.  If

21         you look at the bottom, it says documents from

22         CBradley, Facebook messenger.  It's dated

23         January 10, 2020.  Do you have the ability to log on

24         to Facebook right now and tell me whether you made

25         the comment, so any reaction it was made public?



**Charles Bradley**
07/20/2022                              Page 247

1   A.    No, last time I tried to go back, Facebook wouldn't

2         let me.  It will take a long time.

3   Q.    So after that comment, Michael Dame says, I think

4         I'm going to sit on it until the contingency thing

5         lights up again.  I've been sharing it --

6   A.    Wait a minute, wait a minute.  Do you want me to

7         look for this or do you want to ask --

8   Q.    You can look for it.  While you're looking I'm going

9         to continue on.

10              MR. BENFORD:  Objection, the witness

11        isn't going to search and answer questions at the

12        same --

13  BY MR. FIATO:

14  Q.    All right, then go ahead and search.

15  A.    What was the date on that, by the way?

16  Q.    January 10th at 2:57 P.M.

17  A.    Okay, so  it's got me in there saying, so any

18        reaction if it was made public?

19  Q.    That's your comment, right, sir?

20  A.    Yeah, I don't even know what that is about.

21  Q.    On SCI 981 Michael Dame says, I think I'm going to

22        sit on it until the contingency thing lights up

23        again.  I've been sharing it in PM all morning.

24        What's PM?

25  A.    Private messages.



Charles Bradley
07/20/2022                                    Page 248

 1   Q.   Private messages?

 2   A.   **I'm thinking that's what he's meaning.**

 3   Q.   Did you ever tell him to stop doing that?

 4   A.   **No, I don't run him.**

 5   Q.   Why is he sharing that information with you, if

 6        you're not working together?

 7   A.   **I told you, it's what these guys do.  They see a**

 8        **victim out there, and they try to find justice.**

 9        **Just like they did with the Chris Chance thing.**

10   Q.   And he's sharing information with you about

11        Shay Horowitz and then reposting that information in

12        private messages all morning long, correct?

13   A.   **Usually he sends it to me after the fact.**

14   Q.   But you -- go ahead, I'm sorry.

15   A.   **Normally, I get the screenshot of what was said in**

16        **whatever chat room after the fact to let me know**

17        **what was being said out there.**

18   Q.   At any time did you tell these guys to stop posting

19        negative information about Shay Horowitz?

20   A.   **Well, we may have had a discussion.  I've never**

21        **wanted them to post anything that was untrue.**

22   Q.   You wanted him to post information about

23        Shay Horowitz that was negative in order to

24        discredit him --

25   A.   **Not if it wasn't true.**



Charles Bradley
07/20/2022                                    Page 249

1                      MR. BENFORD:  Form.

2   BY MR. FIATO:

3   Q.   How do you know the information was true?

4   **A.   Well, I have to have some reason to believe it was**

5   **true.  I did not want them to post anything that was**

6   **untrue, but I don't know if I ever told them that.**

7   **I mean, like I said, they're big boys and I let them**

8   **do what they need -- they wanted to do.**

9   Q.   You were letting -- I'm sorry, go ahead.

10  **A.   Yeah, I didn't stop them.  I didn't tell them to do**

11  **it and I didn't stop them from doing it.**

12  Q.   You were letting them do it, is what you were

13       saying, correct?

14                      MR. BENFORD:  Form.

15                      **THE WITNESS:  They already did it.  I**

16  **can't shut down their Facebook account.**

17  BY MR. FIATO:

18  Q.   Earlier they asked you if it was okay to go public

19       with the information, and you said, sure, why not.

20       Now they're going public with the information and

21       you're not telling them not to do it?

22                      MR. BENFORD:  Objection, form, misstates

23       prior testimony.  Go ahead and answer, if you can.

24                      **THE WITNESS:  So I told them they could**

25  **use the information that I gave them in that one**



Charles Bradley
07/20/2022                                   Page 250

1            post about the facts of the case, about the barrels.

2    BY MR. FIATO:

3    Q.    And then they sent you this information from this

4          movingscam.com and you asked them, so any reaction

5          if it's made public.  And Mr. Dame says, I'm going

6          to sit on it until the contingency thing lights up

7          again.

8    A.    I think you got the timing off on that.  I think

9          what he was talking about was something about the

10         PT, the PT thing about getting paid because I said,

11         so any reaction if it was made public.  I don't know

12         what that means, to be honest with you.

13   Q.    Why would you want him to make public information

14         about PT, Phoenix Trinity?

15   A.    I said, I'm asking him a question.  So any reaction

16         if it was made public.  And I might have been

17         talking about the contingency thing.  I don't know

18         what I was writing about there.

19   Q.    Why would you be asking him that?

20   A.    There's the moving scam thing here, there's the

21         contingency thing here, and there's also the fact

22         that he didn't pay me, there's the fact he didn't

23         pay Phoenix Trinity.  So which one is that I am

24         replying to?  I can't tell you right now.  It's been

25         two years -- two and a half years.



**Charles Bradley**
07/20/2022                                    Page 251

1   Q.   But you're asking him if there's any reaction --

2   A.   **If it was made public.**

3   Q.   If it was made --

4   A.   **If it was made public.**

5   Q.   Why would he make it public unless you wanted him

6        to?

7   A.   **I'm asking him --**

8   Q.   Exactly.

9   A.   ** -- if there was any reaction if it was made public.**

10       **And I'm thinking -- right now all I can do is say**

11       **maybe it was about the contingency program.  But I**

12       **mean, I sort of was on Shay's side when it comes to**

13       **the guy wanting a warranty on a gun that was seven**

14       **years old.  I wouldn't have done it either, so...**

15  Q.   Did you ever tell Dame and Mekosh that Shay was

16       right on that?

17  A.   **I don't know.**

18  Q.   Do you know if Dame or Mekosh contacted anybody from

19       a Facebook page called Double Alfalfa and gave them

20       information about Akai's contingency program?

21  A.   **I know that they were on a -- some group, and there**

22       **was a character called Double Alfalfa.  And they**

23       **told me several times that they said that Shay**

24       **thought that they were Double Alfalfa, but they told**

25       **me they weren't.  They told me they didn't know who**



**Charles Bradley**
07/20/2022                                    Page 252

```
 1          it was.

 2   Q.     I understand that.  But were you aware that they

 3          were contacting Double Alfalfa and giving them

 4          information about Shay Horowitz and Akai Custom

 5          Guns?

 6   A.     No.

 7   Q.     They never -- Michael Dame never told you that he

 8          was contacting the guys over at Double Alfalfa?  Are

 9          you sure about that?

10   A.     He may have been posting -- is it a form or is it a

11          person?  Tell me.  Show me some stuff and let me

12          answer the question.

13   Q.     My question to you is, did he ever tell you that he

14          was contacting the guys at Double Alfalfa?

15   A.     Not that I know of.

16   Q.     So he never sent you a Facebook message saying, I've

17          been in contact with the guys --

18   A.     He may have said that Shay thinks he was Double

19          Alfalfa, but he wasn't Double Alfalfa.  He doesn't

20          know who Double Alfalfa was.  And then I think there

21          was a post; it may have been in what we provided you

22          guys just in the past month or two, where Dame found

23          out who Double Alfalfa was.

24   Q.     Let's go to SCI 981 after Michael Dame says, I've

25          been sharing in PM all morning.
```



Charles Bradley
07/20/2022                                              Page 253

 1   A.    Which exhibit are you on?

 2   Q.    It's the same exhibit, sir.

 3   A.    23?

 4   Q.    25, 25, same exhibit.  It would be SCI 981.

 5   A.    25?

 6   Q.    It was the same exhibit we were just in.

 7   A.    Yeah, 25 is not showing up on my tabs.  Oh, there it

 8         is, got it.  There's so many open, I can't find

 9         them.

10   Q.    SCI 981 is the page I'd like you to go to.

11   A.    Okay.

12   Q.    After Mr. Dame's comment that says, I've been

13         sharing it in PM all morning, where he's indicating

14         that he's been sharing things about Akai's

15         contingency program.

16   A.    Okay.

17   Q.    There's a picture of what appears to be a barrel

18         that you sent at 3:21.

19   A.    Okay.

20   Q.    Where did you get this picture?

21   A.    From Luke at KKM.

22   Q.    Have you ever seen this barrel in person?

23   A.    No.

24   Q.    Have you ever seen the gun that it came from in

25         person?



**Charles Bradley**
07/20/2022                                    Page 254

1   A.      No.

2   Q.      Do you know anything personally about this barrel?

3   **A.      Just what Luke told me, because Luke had the barrel.**

4   Q.      So you have no personal knowledge about this barrel

5           at all, do you?

6   **A.      Just what Luke told me.**

7   Q.      I understand that.  So you don't know if this barrel

8           was altered, do you?

9   **A.      I have a picture of the barrel and what Luke told me**

10          **about it.**

11  Q.      All right.  You have no personal knowledge of this

12          barrel or whether it was altered at any time, do

13          you?

14  **A.      No, I just have the picture and what Luke told me**

15          **about it.**

16  Q.      I understand that.  But I'm asking you, and I've

17          asked you, that you have no personal knowledge, and

18          you've told me you don't, correct?

19                  MR. BENFORD:  Objection to form.

20                  **THE WITNESS:  I've never held it in my**

21          **hand.**

22  BY MR. FIATO:

23  Q.      Okay, so you don't know anything about this barrel?

24                  MR. BENFORD:  Objection, form.

25                  **THE WITNESS:  I have knowledge of what**



```
 1          Luke told me about it.

 2   BY MR. FIATO:

 3   Q.     And everything you've learned about this barrel is

 4          what Luke McIntire told you, correct?

 5   A.     Correct.

 6   Q.     And everything you learned about this barrel is what

 7          he claims happened or didn't happen to this barrel,

 8          correct?

 9   A.     Correct.

10   Q.     And he has not offered to send you that barrel for

11          examination, has he?

12   A.     I didn't ask him to.

13   Q.     Do you know, has he had this barrel -- how did he

14          acquire this barrel, do you know that, sir?

15   A.     He told me that several years ago that Shay sent

16          this barrel to him when he was having a problem with

17          the tungsten sleeve slipping.  If you look at the

18          barrel, there's a gap in it and it looked like the

19          threads were like coming off of the barrel, of the

20          barrel itself, which has allowed the tungsten sleeve

21          to slide.  And Shay sent it to Luke to look at and

22          see what was going on.

23   Q.     That's what Luke McIntire told you?

24   A.     That's what he told me, yeah.

25   Q.     You have no personal knowledge whether that's true
```



Charles Bradley
07/20/2022                                    Page 256

1        or not, do you?

2   A.   No, I don't.  I have no reason to disbelieve Luke.

3   Q.   Have you seen any documentation that substantiates

4        Luke's claim that this barrel was sent to him by

5        Shay Horowitz?

6   A.   No.

7   Q.   Do you know whether this barrel was a research and

8        development barrel or what the nature of this barrel

9        was?

10  A.   No.

11  Q.   Do you know if this barrel ever made it -- strike

12       that.

13            Do you know if this barrel was installed

14       in a gun that was sold to a customer?

15  A.   No.

16  Q.   Okay.  And this is the only barrel, to your

17       knowledge, that Luke McIntire has that he alleges

18       came from Akai Custom Guns?

19  A.   No, I know of another barrel.

20  Q.   Tell me about it, please.  What do you know about

21       that barrel?

22  A.   It was in a gun that apparently was fitted with

23       three different barrels that was -- Luke told me he

24       was able to acquire and buy it, and it was the

25       subject of a lawsuit against Shay that he had three



Charles Bradley
07/20/2022                          Page 257

```
 1              different barrels put in it, and they all failed.

 2    Q.        What proof do you have that it was subject to a

 3              lawsuit, first of all?

 4    A.        I'm just telling you that Luke told me that there

 5              was a lawsuit against Shay for this gun, and he was

 6              able to find this gun and buy it, and he has it in

 7              his possession.

 8    Q.        Who -- to your knowledge, who was the owner of the

 9              gun?

10    A.        I don't know.

11    Q.        Do you know if this owner of the gun allegedly was a

12              firsthand owner or did he buy it used?

13    A.        I don't know.

14    Q.        Did you repeat to anyone that Shay Horowitz and

15              Akai Custom Guns was sued by the owner of this --

16              the alleged owner of this gun?

17    A.        Probably.  I can't tell you who or when, but I

18              probably said it to somebody.

19    Q.        Do you know if you made those comments in 2020?

20    A.        I told you, I don't know when or where I would have

21              said it, but I can see myself telling people in my

22              close circles about the lawsuit and the fact that

23              Luke has that gun.

24    Q.        But you don't have any proof that there was actually

25              a lawsuit against Shay Horowitz from anybody with
```



Charles Bradley
07/20/2022                              Page 258

1        regard to this alleged gun or any other --

2   A.   **Going by what Luke told me, and Luke says he has the**

3        **gun.**

4   Q.   So you were repeating what Luke told you?

5   A.   **Yes.**

6   Q.   But you have no evidence that what Luke told you was

7        correct, that Shay was being sued by somebody?

8   A.   **I don't make a habit of asking for documentation and**

9        **evidence every time somebody I know tells me**

10       **something, especially people I've done business with**

11       **for 25 years.**

12  Q.   Do you make a habit of repeating information without

13       verifying it?

14            MR. BENFORD:  Objection, form.

15            **THE WITNESS:  I just told you that I**

16       **don't go and get documentation, okay, of everything**

17       **that somebody tells me in my close circles.**

18  BY MR. FIATO:

19  Q.   So you didn't do anything to verify the information

20       before you repeated it to other people?

21            MR. BENFORD:  Form.

22            **THE WITNESS:  I verified it by Luke**

23       **telling me.**

24  BY MR. FIATO:

25  Q.   That's the only thing you did, is you verified it by



Charles Bradley
07/20/2022                              Page 259

```
 1            Luke telling you that Akai Custom Guns was sued by

 2            the alleged owner of this pistol?

 3   A.       Yes.  I believe the guy was named as a witness in

 4            the lawsuit.

 5   Q.       But you don't know who that is?

 6   A.       I can go back and look at the witness list, and I

 7            could probably find you his name.  I don't know it

 8            off the top of my head, no.

 9   Q.       So going back to SCI 979, Mike Dame, after --

10            actually, let's let you get there.  Do you see 979?

11   A.       Yeah, I'm there.

12   Q.       You're there?  And it's a picture of the barrel

13            again, correct?

14   A.       Yes.

15   Q.       It's in black and white?

16   A.       Yes.

17   Q.       Was the original in color?

18   A.       Yeah, I believe so.

19   Q.       Okay.  Michael Dame said, those lugs look like a

20            two-year old cut them.  What did you respond with?

21   A.       It says, this is the only barrel KKM has of his.

22            Luke said, the barrel is cut real thin and the

23            tungsten is way too heavy causing undue stress.  The

24            stop pin is way overcut, too far back.  The barrel

25            is torched I suppose to get the sleeve on or off.
```



Charles Bradley
07/20/2022                                      Page 260

1           This is why he wouldn't send any back.

2   Q.      So just for the record, it doesn't say, this is the

3           only barrel KKM has of his, it says thus, correct?

4   A.      Well, I missed typos.

5   Q.      That's okay, I just wanted to make sure that we have

6           a correct record.

7   A.      Well, there's another word I changed in there, too.

8           Do you want me to go back and read it the way it's

9           written?

10  Q.      Yes, please.

11  A.      Okay.  Thus is the only barrel KKM has of his.  Like

12          said the barrel -- barrrl, because there's no E in

13          that one -- and it's cut real thin and the tungsten

14          is way too heavy causing undo stress.  The stop pin

15          cut is way overcut, too far back.  The barrel was

16          torched I suppose to get the sleeve on or off.  Thus

17          is why he wouldn't send any back.  So that's the way

18          it's written.

19  Q.      Yes.

20                  MR. FIATO:  Theresa, where it says, like

21          said the barrel, it's B-A-R-R-R-L.

22  BY MR. FIATO:

23  Q.      Everything that you said in this paragraph that you

24          just read to me, where did you hear this from?

25  A.      Luke.  It says, Like said the barrrl is cut real



**Charles Bradley**
07/20/2022                                    Page 261

1           thin.

2    Q.     So, like said is supposed to be, Luke said?

3    A.     **There are several words in there that I had**

4           **mistypes.  I do that --**

5    Q.     No, no, that's okay.  I'm just trying to understand,

6           everything you've learned about this barrel came

7           from Luke?

8    A.     **Right.  Thus is -- thus is this.  Like is Luke.**

9           **Barrrl is barrel.  There was another one in there --**

10          **oh, at the end.  This is why, not thus.  So I read**

11          **it the way it was written, and I read it the way it**

12          **was written to be, but it was mistyped.**

13   Q.     Fair enough.

14   A.     **Okay.**

15   Q.     Everything you learned about this barrel you learned

16          from Luke McIntire?

17   A.     **Correct.**

18   Q.     You can't testify to any of this from your personal

19          knowledge, because you learned it all from

20          Luke McIntire, correct?

21   A.     **Well, if Luke told me to, it's not my personal**

22          **knowledge.**

23   Q.     Agreed, I agree.  So you said at the end of that

24          sentence, thus is why he wouldn't send it back.

25   A.     **Send any back.**



Charles Bradley
07/20/2022                    Page 262

1   Q.   Send any back, correct.  Thank you for correcting

2        that.  Thus is why he wouldn't send any back.  Who

3        is he?

4   A.   **Shay.  And I still contend to this day the reason**

5        **why he didn't send any barrels back for testing,**

6        **because he didn't want Luke to see what he was doing**

7        **to them.  Because Luke would see what he was doing**

8        **to them and say, wait a minute, there's nothing**

9        **wrong with the barrel.  But that's why he wouldn't**

10       **send any back.  I mean, we begged him to send**

11       **barrels back to get this resolved.**

12  Q.   You don't have any information that -- personal

13       information that any of what you repeated here and

14       learned from Luke McIntire is, in fact, true?

15  A.   **Just what Luke told me.**

16              MR. BENFORD:  Object to the form.

17  BY MR. FIATO:

18  Q.   You're just taking Luke's word for all of this?

19  A.   **I have no reason to doubt Luke.**

20  Q.   The question was, you were just taking Luke's word

21       for all of this, aren't you, sir?

22  A.   **Correct.**

23              MR. BENFORD:  Same objection.  All right,

24       can we take a five-minute break?  I think we've been

25       going a couple of hours now.



**Charles Bradley**
**07/20/2022**                                    **Page 263**

1                     MR. FIATO:  Sure.

2                     (A brief recess was taken)

3     BY MR. FIATO:

4     Q.    Mr. Bradley, can I refer you to Exhibit 28?

5     **A.    Okay.**

6     Q.    Begins at SCI 001336?

7     **A.    Okay.**

8     Q.    Bottom of the page Mr. Dame, there appears to be a

9           conversation that you produced from your Facebook

10          Messenger between Mr. Dame and Mr. Mekosh.  Before

11          we go through this, I've noticed throughout the

12          Facebook messages it says Dame Michael.  He goes by

13          Dame Michael on Facebook and not Michael Dame, to

14          your understanding?

15    **A.    You see what I'm seeing.**

16    Q.    Okay.  Do you know why that is?

17    **A.    No.**

18    Q.    Okay.  So it says Dame Michael, opinion privilege is

19          a legal thing.  He then goes on say, Shay lying

20          about not owning a previous company that is

21          registered under his name, helpful, question mark?

22          Showing history of lying to cover misdeeds.  Tim

23          Mekosh says you can look at all his browsed public

24          records, that's why it's public record.

25          Michael Dame then says foreclosure last year,



**Charles Bradley**
07/20/2022                                    Page 264

```
 1          helping to prove he is hurting for money.  What do
 2          you respond with?
 3    A.    I said, yes.
 4    Q.    What's your next response?
 5    A.    Any lie and history discredits.
 6    Q.    And then at the top of that page, --
 7                    MR. FIATO:  Theresa, forgive me again.
 8    BY MR. FIATO:
 9    Q.    -- fuck, nevermind, I thought we had a list saying
10          he owned best day trader.  Do you know who made that
11          comment?
12    A.    No.
13    Q.    Are you able to look up that comment to see if --
14    A.    It had to be Dame or Mekosh, I mean.  You notice I
15          didn't say much in there at all.  It's just them two
16          talking to each other and occasionally I'll jump in.
17          But I don't know who made that.
18    Q.    One of the two of them made that, right?
19    A.    Yeah.  I don't think I did, I mean, I don't remember
20          it.
21    Q.    But you said in response to Michael Dame's
22          foreclosure last year, helping to prove he is
23          hurting for money, you respond yes.  Any lie and
24          history discredits, correct?
25    A.    Yes.
```



**Charles Bradley**
07/20/2022                                    Page 265

 1   Q.   And that's because you were working with Dame and

 2        Mekosh to put any information out publicly in an

 3        effort to discredit Shay Horowitz?

 4   A.   **It says any lie, so anything that him and his people**

 5        **were putting out that were not true and then any**

 6        **history of discredits would be truthful stuff that**

 7        **we found in his past.**

 8   Q.   So you were looking for negative information to

 9        discredit Mr. Horowitz?

10   A.   **It would help some, yes.  So at this point we're**

11        **already -- the lawsuit's been filed.  We're talking**

12        **amongst each other as co-defendants, okay.  And**

13        **we're looking at ways that we're going to have to**

14        **come up stuff at trial.  We're looking at stuff to**

15        **come up at trial to bring out at trial to show his**

16        **past.**

17   Q.   So after the lawsuit's filed, you're trying to find

18        information to go public with?

19   A.   **No, not really public, to use it in a defense in the**

20        **trial.**

21   Q.   But before the lawsuit was filed you were looking

22        for information to go public with, correct?

23   A.   **Well, to counter the lies that were being spread**

24        **about Shooters Connection, KKM.  You know, it**

25        **changed when you guys came and filed the lawsuit,**



**Charles Bradley**
07/20/2022                                    Page 266

```
 1        you named Dame and Mekosh, we're now co-defendants

 2        talking about how we're going to defend ourselves in

 3        court.

 4   Q.   Why would you keep publishing this information?

 5   A.   What?

 6   Q.   Why would you keep publishing this information

 7        publicly?

 8   A.   I didn't.  In fact, I think it all stopped after the

 9        lawsuit was filed.

10   Q.   Why?  If it's true, why stop it?

11   A.   Because we have a lawsuit to defend.  You're looking

12        at an inside conversation of three guys.  They're

13        named as co-defendants in a trial, and we're talking

14        about defending it.  Any information we can get,

15        just like you're trying to do now, to get the

16        information to discredit me, we're trying to get

17        information to discredit him at trial.  This is not

18        about going public.  This is about defending

19        ourselves at trial.

20   Q.   But my question to you, sir, was if this information

21        is all true, why stop publishing it just because you

22        are involved in a lawsuit?

23             MR. BENFORD:  Objection, form.  Go ahead

24        and answer.

25             THE WITNESS:  I don't know how to answer
```



1          that one.  Why not do it?  Because we're in a

2          lawsuit.  I mean, you answered the question in your

3          question.

4    BY MR. FIATO:

5    Q.    I asked you a question.

6    A.    You answered the question inside your question when

7          you said, just because it's a lawsuit.  I'm telling

8          you we're not going to go public with any of this at

9          this point, because we're co-defendants and we're

10         trying to find information for trial, okay.  And

11         we're not going to go public with all this stuff

12         when we're in the middle of a lawsuit.

13   Q.    But if it's true, why not?

14                  MR. BENFORD:  Objection, form.

15                  THE WITNESS:  At this point it doesn't

16         matter.  Right now all that matters is defending

17         ourselves in the lawsuit.

18   BY MR. FIATO:

19   Q.    Let's move on to SCI 920.  The bottom of the page

20         just shows Michael Dame make a comment.

21   A.    Hold on.  Where are we at?

22   Q.    920, sir?

23   A.    And Exhibit 30?

24   Q.    It's in Exhibit 29.

25   A.    Okay, 920.  I have 920, so is that where you're at,



**Charles Bradley**
07/20/2022                                    Page 268

1        or 930?

2   Q.   Yes, sir, 920.

3   A.   **Okay.**

4   Q.   The bottom of the page says, replies, it has a 12:04

5        Facebook insignia, the name Michael Dame.  Then at

6        12:32 you say, then sue KKM.  Put up or shut up.

7        Correct?

8   A.   **Yeah, it's there.**

9   Q.   I read it correctly?

10  A.   **Yeah, it's there.**

11  Q.   Okay.  Michael Dame says, be funny if they could sue

12       him for casting doubt on them with his pending

13       litigation remarks.  What was your response?

14  A.   **If he had left me out of it, I would have just**

15       **watched from the sideline.**

16  Q.   What did you mean by that?

17  A.   **Probably if Shay had not named me in the lawsuit, I**

18       **would have just watched by the sideline.**

19  Q.   But the lawsuit hadn't been filed yet.

20  A.   **It hasn't?**

21  Q.   This is January 29, 2020, there's no lawsuit.

22  A.   **When was the lawsuit filed?**

23  Q.   It was filed on April 24, 2020.

24  A.   **That was the amended complaint, right?**

25  Q.   That was the original complaint.  There was no



Charles Bradley
07/20/2022                                    Page 269

 1        lawsuit filed on this date.

 2   A.   Okay, I don't know.  I don't know what's going on on

 3        January 29th.  I thought the lawsuit was filed in

 4        January.

 5   Q.   The next comment was made by you was what?

 6   A.   Oh, that may be coming already.  Some are

 7        encouraging KKM to take action.  I dint think I have

 8        quite enough ammo to sue myself.  At that point we

 9        were talking about countersuing.

10   Q.   Understood.  Michael Dame says, hes --

11             MR. FIATO:  And Theresa, he spells it

12        H-E-S.

13   BY MR. FIATO:

14   Q.   -- saying you are guilty by chain of custody working

15        on the screenshots.  And then you respond.

16   A.   And Shay has been proven wrong.  He was the laughing

17        stock of SHOT by anybody who knew anything about

18        this issue.  And they are wrong legally -- and they

19        are wrong legally.  KKM lawyer has stated that and

20        another attorney told me same thing.

21   Q.   Okay.  What is SHOT?

22   A.   SHOT Show.

23   Q.   Mr. Bradley, can you explain what SHOT Show is for

24        people who don't know?

25   A.   It's like a big show of where all the manufacturers



Charles Bradley
07/20/2022                           Page 270

1          show up and everybody goes and sees new products and

2          makes deals, and it's just like a big convention.

3     Q.   And are there customers there?

4     A.   Mostly this is for the people who are engaged in

5          business.  It's not for the retail customers.  It's

6          for dealers and manufacturers.

7     Q.   Is it for suppliers and vendors that you might be

8          working with?

9     A.   Dealers and manufacturers.

10    Q.   Okay.  And would part suppliers be there?

11    A.   Yeah, yeah, manufacturers and dealers.

12    Q.   Okay.  What kind of dealers?

13    A.   Anybody who has a federal firearms license who's in

14         the gun business is then able to come to the show,

15         and then the manufacturer who make stuff can come to

16         the show.

17    Q.   And so these manufacturers will make guns, gun

18         parts, magazines, gun related?

19    A.   Everything.

20    Q.   Everything related to firearms, correct?

21    A.   Deer food.  Not just firearms, hunting, too.  So

22         clothing people will be there, people making deer

23         food, there's people there making beef jerky.  They

24         have to pay for their spot at the SHOT Show, so

25         they're paying to come, and then the dealers all



Charles Bradley
07/20/2022                               Page 271

1            come to the show.  The public is not allowed in.

2    Q.     Okay, and you said he was the laughing stock by

3           anybody who knew anything about the issue.  Who is

4           he?

5    A.     I'm not sure if we were talking about Shay or we're

6           talking about Taran Butler.

7    Q.     You say before that, and Shay has been proven wrong,

8           he was the laughing stock of SHOT by anybody who

9           knew anything about this issue.  And, Mr. Bradley, I

10          think you started saying it was probably Shay?

11   A.     Yeah.

12   Q.     Okay.  And did you discuss Shay Horowitz at SHOT

13          Show with anybody that was in attendance?

14   A.     Probably.

15   Q.     Did you tell them that he was involved in a moving

16          scam?

17   A.     I doubt that came up, but I can't tell you yes or

18          no.

19   Q.     Did you tell them that he was involved in a

20          contingency sham?

21   A.     No, I didn't care about that.  I heard about it.

22          I've never mentioned it again, because I didn't

23          care.

24   Q.     Did you talk to him about -- did you talk to anybody

25          and tell him he was involved in a day trading scam?



Charles Bradley
07/20/2022                              Page 272

1   A.    I can't tell you whether I did or didn't.

2   Q.    Did you tell anybody that it was Shay's gun building

3         techniques that were the problem and not that the

4         barrels -- let me strike that.  That's a terrible

5         question.

6               Did you tell them that the problem that

7         Shay Horowitz was experiencing with the KKM barrels

8         was his fault and not the fault of KKM?

9   A.    I can't recall any exact discussions that I had

10        there at the SHOT Show, but I can imagine that I

11        would have talked about that, although it couldn't

12        have been much because I didn't spend a whole lot of

13        time at SHOT Show.  I was in and out of there in

14        like a day and a half.

15  Q.    Long enough to realize that Shay Horowitz was the

16        laughing stock of SHOT Show?

17  A.    Yeah, people came up and talked to me about it.  I

18        can't tell you who it was.  I can only tell you one

19        guy for sure.  And the one guy was a coating, and he

20        was set up across the booth at CR Speed, which is

21        another company that I sell for, and he came over

22        and talked to me.  He heard about the lawsuit and he

23        says, I heard that you're getting sued or there's a

24        problem.  You said this lawsuit hadn't been filed

25        yet, but hadn't it been filed at that point?

**Charles Bradley**
07/20/2022                                    Page 273

```
 1   Q.    No, sir.

 2   A.    Okay, well, he heard that there was a problem, I

 3         guess it was on Facebook.  He told me, he said, you

 4         know, I used to coat some of Shay's stuff and Shay

 5         blamed my coating for some of his stuff breaking,

 6         and he never would pay me for what I did.  So this

 7         is another guy at the SHOT Show telling me his

 8         experience with Shay.

 9   Q.    You have no personal knowledge of that information?

10   A.    He told me to my face.

11   Q.    He told you to your face?

12   A.    Yes.

13   Q.    He, which is hearsay?

14   A.    I'm telling you what the guy told me his experience

15         was with Shay.

16   Q.    All right, you're telling me the hearsay that he

17         told you, correct?

18                  MR. BENFORD:  Objection, form.

19   BY  MR. FIATO:

20   Q.    Mr. Bradley, there was an objection and I don't

21         think Ms. Theresa got the answer that you were

22         saying after that.

23   A.    I said, it's what he told me.

24   Q.    Right.  It was a hearsay statement that he told you,

25         correct?
```



Charles Bradley
07/20/2022                    Page 274

1    A.    Well, we haven't used a hearsay word this whole day.

2          If you're going to start using it now, then

3          everything somebody told me was hearsay.  So if he

4          told me and you're saying that's hearsay, then it

5          was hearsay.

6    Q.    Okay, fair enough.  And you said you thought that he

7          may have learned about the claims of Akai Custom

8          Guns against you and KKM from Facebook; is that

9          right, to your face?

10   A.    I assume it was Facebook.  He didn't tell me how he

11         learned about it.

12   Q.    Okay, okay.  Let's go to those Facebook posts.  It's

13         Exhibit 19.

14   A.    Okay.  So --

15   Q.    Take your time.

16   A.    Exhibit 19.  I had it open, but I closed it down.

17         Okay.

18   Q.    So on Exhibit 19, page 1, if you look on the bottom

19         right-hand corner of the page, there's a one there

20         indicating page number.  Do you see that, sir?

21   A.    Oh, yeah, I see it now.

22   Q.    And so this appears to be the Shooters Connection

23         Facebook page, correct?

24   A.    Yes.

25   Q.    It's dated January 16, 2020?



Charles Bradley
07/20/2022                                              Page 275

 1   A.    Yes.

 2   Q.    It says, KKM's response to claims of soft barrels,

 3         correct?

 4   A.    Yes.

 5   Q.    And it's the KKM Precision open letter that's dated

 6         January 9, 2020, that is posted there?

 7   A.    Yes.

 8   Q.    Did you post this, sir?

 9   A.    Yes.

10   Q.    And you posted a link, appears to be an Amazon link,

11         that would bring individuals to the PDF version of

12         this letter, correct?

13   A.    Yes.  Well that's how I had the posting.

14   Q.    I understand.  Page 2, top of the page it says,

15         Shooters Connection.  KKM has authorized me to post

16         all legal letters pertaining to this, stay tuned.

17         That's you?

18   A.    That's me.

19   Q.    That's you.  And you're indicating that Luke

20         McIntire authorized you to post this letter on your

21         Facebook page?

22   A.    Yes.

23   Q.    And any other legal letters, correct?

24   A.    Yes.

25   Q.    He gave you permission?



Charles Bradley
07/20/2022                                    Page 276

1   A.    Yes.

2   Q.    Let's go to page 3.  It says, Shooters Connection,

3         Incorporated.  It seems to be addressed to an Ace

4         Boles?

5   A.    Okay.

6   Q.    There's a bunch on here I want to delete but I

7         haven't.  The irrelevant nasty stuff should be.  So

8         can't you just -- so can't give you a reason why

9         it's not there.  Mr. Dame is responding to that,

10        correct?

11  A.    Yes.

12  Q.    Read what he says.

13  A.    **This is an old disinformation trick used when**

14        **trolling to make the other side look bad in the eyes**

15        **of the masses.  If anything is missing, he deleted**

16        **it himself.  I know this because I've done this.**

17  Q.    So Mr. Dame is admitting that he engages in these

18        type of trolling activities, correct?

19  A.    **I don't think he denies that, but you'll have to ask**

20        **him that.**

21  Q.    And you discussed this with him in some of your text

22        messages where this is a trick that he uses,

23        correct?

24  A.    **No, I didn't discuss this with him at all.**

25  Q.    You've never discussed this with him?



**Charles Bradley**
07/20/2022                                    Page 277

1    A.    Not that, no.  He just -- he just responded to that,

2          but that's what he uses.  I've never discussed that

3          issue with him.

4    Q.    The next message down from Ace Boles says, Dame

5          Michael, good thing you're here to hold Chuck's hand

6          through all of this.  And Mr. Dame says, I'm like a

7          magic guy, explaining dated stuff to drive

8          information, correct?

9    A.    Drive innovation.

10   Q.    Innovation.  Let's go to page 7, Shooters Connection

11         post three quarters of the way down where you say,

12         Ace Boles, same with Akai.  Let me read the Ace

13         Boles so there's context.

14               Ace Boles says, Shooters Connection

15         ehh --

16               MR. FIATO:  And Theresa, ehh is E-H-H

17         comma.

18   BY MR. FIATO:

19   Q.    -- you could argue the facility that KKM hired is

20         biased since it's local to them.  What's your

21         response?

22   A.    Same with the Akai, except that the facility KKM

23         uses is certified and issues results under penalty

24         of law.  Bottom line is if the test is done

25         properly, you get similar results.  But even looking



Charles Bradley
07/20/2022                                    Page 278

1       at Shay's lab, the results are not bad.  In fact

2       according to many, even if the results were correct,

3       the barrels would be fine.  But improper testing can

4       cause swings of 10 points.  Some of those numbers

5       are numbers that are not even possible with the

6       steel used.  And this is the company who after

7       talking to Luke admitted they did not test them

8       properly and said they were going to ask for them

9       back to test again.  Wonder if that ever happened.

10  Q.  And you got the information that the company

11      allegedly admitted they didn't properly test the

12      barrels and said they were going to ask for them

13      back again from Luke McIntire, correct?

14               MR. BENFORD:  Objection, form.  Misstates

15      prior testimony.  Go ahead and answer.

16  BY MR. FIATO:

17  Q.  You said, correct.  Right, sir?

18  A.  Yes, that's correct.

19  Q.  Okay.  And did you ever reach out to this lab to

20      find out if that was an accurate statement, sir?

21  A.  No, I've already covered that, but no.

22  Q.  No.  But you posted it anyway, right?

23  A.  I posted what I knew from Luke.  I have no reason to

24      doubt Luke.

25  Q.  I understand.  Let's go to page 13, please.



Charles Bradley
07/20/2022                                    Page 279

1    A.    Okay.

2    Q.    There's a Shooters Connection post.  Is this you

3          posting?

4    A.    Yes.

5    Q.    Can you read it for me, please?

6    A.    Ace Boles, I know how it works.  I didn't delete

7          anything, even though I want to.  Obvious you are

8          running old cover trying to discredit me.  You have

9          failed to answer my question asking if you are an

10         objective observer, which I asked three times.  You

11         did question me whether you were being bias and did

12         say you were unbias.  If your comments were deleted

13         I assume you did, since you have shown bias and are

14         obviously trying to influence public opinion in

15         regards to this thread.  Deleting your own posts

16         then crying that I deleted them is a troll tactic.

17         Now to show that you are not objective and not

18         unbiased I present some posts from another Facebook

19         page.  Funny the three guys trying to discredit what

20         I say are in this together.  Bottom line is I'm

21         trying to protect my company from slanderous posts

22         and accusations perpetrated by some of the Akai

23         team.  I am sure some follow without really knowing

24         the truth.  All I am doing is presenting the facts

25         while the other side claims to withhold information



Charles Bradley
07/20/2022                                    Page 280

1       because they don't want to show their cards.

2       Really?  If you have something to show, show it --

3       something -- if you have something show it.  We have

4       proven or disproven about every point in the demand

5       letter.  It shows you gave a newbie gunsmith trying

6       to wow those who don't know any better with some far

7       out new ways of building guns, and then when they

8       fail everything else is to blame.  Faulty powder?

9       Now soft barrels that only he has experienced?

10      Without providing any back to the manufacturer who

11      has agreed to replace any that are bad.  And the way

12      he's trying to put pressure on those he demands a

13      payment from -- those he demands payment from he

14      uses those loyal followers to slander through social

15      media while claiming the high ground that he never

16      named anybody.  He didn't have to, he directed

17      others to, I have shown some of that.

18  Q.  You can stop there because it breaks up there.  You

19      said in this post, it shows you gave a newbie

20      gunsmith trying to wow those who don't know any

21      better with some far out new ways of building guns.

22      And what did you mean by that?

23  A.  Well, Shay has recently came onto the scene, as far

24      as I know, so he hasn't been around that long, okay,

25      building guns.  And he comes out with this short



Charles Bradley
07/20/2022                        Page 281

1       stroke thing.  I remember when the short stroke

2       thing came out, it was like, oh, we're going to

3       short stroke the gun.  We're going to change the way

4       it locks up.  It's going to have less recoil.  And I

5       know a guy personally who got one of those guns, and

6       he had problems with it running.

7                    And then he come up with the tungsten

8       sleeve, and he wanted to do -- you know, Johnny Lim

9       has made tungsten barrel sleeves for twenty some

10      years.  In order to have a marketing advantage over

11      Johnny, then you cut your sleeve barrel a little bit

12      thinner and you hollow out the inside of your slide

13      and you put a bigger tungsten sleeve on it so you

14      can say my tungsten sleeve is bigger and heavier,

15      you're going to have less recoil.

16                   So my opinion is, it's a new guy coming

17      in.  We're trying to come up with a different way to

18      market so it shows his stuff is better than

19      everybody else's.

20  Q.  You wanted to call him a new guy so that people

21      would think that he was inexperienced, correct?

22                   MR. BENFORD:  Objection, form.

23                   THE WITNESS:  He hasn't been on the scene

24      that long, and he's a new guy trying to wow the

25      market with different methods.



Charles Bradley
07/20/2022                              Page 282

```
 1   BY MR. FIATO:

 2   Q.    When was he on the scene?

 3   A.    I don't know, maybe 2010.

 4   Q.    And you made this post in 2020.  So he's been making

 5         guns for ten years?

 6   A.    Yeah.

 7   Q.    And then you posted on your Facebook page a picture

 8         of one of his guns with one of the barrels he helped

 9         design that you have an exclusive in, and you're

10         promoting him.  Was he a newbie then --

11               MR. BENFORD:  Objection --

12   BY MR. FIATO:

13   Q.    -- when you promoted him then?

14               MR. BENFORD:  Objection, form.  Go ahead

15         and answer.

16               THE WITNESS:  Yeah, he was relatively

17         new.  He made --

18   BY MR. FIATO:

19   Q.    Wasn't the purpose --

20   A.    -- he makes some good looking guns, cosmetically

21         looking, they were nice looking guns.  He had a

22         reputation for the guns not working very well, and

23         he also, from what I understand, you know, at first

24         he was building guns the way everybody else did.

25         But to get a marketing advantage, then he started
```



Charles Bradley
07/20/2022                           Page 283

1          doing this other stuff like the short stroking and

2          the big tungsten sleeve, and that's when he started

3          having problems with his barrels.  He didn't --

4    Q.    He didn't have problems with --

5    A.    Huh?

6    Q.    Has he had -- to your knowledge has he changed

7          anything in his manufacturing process after making

8          these claims?

9    A.    He changed the offerings that he was making.  So in

10         the beginning he was making normal type of guns, and

11         then he was changing things like trying to short

12         stroke it.  I think there was even a long stroke

13         version, and he was cutting the slides shorter, you

14         know, on the dust cover so the travel of the slide

15         was different than what was designed on the 1911.

16         And all this was to have a marketing advantage.

17   Q.    What evidence do you have that anything that you're

18         claiming that he's doing to his guns --

19   A.    Personal knowledge.

20   Q.    Sir, please let me finish.

21   A.    Okay.

22   Q.    What knowledge or what evidence do you have that

23         anything that Mr. Horowitz does in the building

24         process of his guns affects the barrels that he uses

25         in any way?



Charles Bradley
07/20/2022                                    Page 284

 1   A.    Personal knowledge.

 2   Q.    Well, what does he do to his guns?

 3   A.    I just told you that he came out with -- you want to

 4         go over the tungsten sleeve again?

 5   Q.    Is he the only one that puts a tungsten sleeve on?

 6   A.    No.  LimCat does a tungsten sleeve.  LimCat's been

 7         doing it for 20 years, without a problem, with KKM

 8         barrels.

 9   Q.    Did KKM produce tungsten sleeve barrels?

10   A.    They may have at one time for LimCat.  I'm not sure

11         about that.  I don't have firsthand knowledge of

12         that.

13   Q.    Have you ever measured the tungsten sleeve barrels

14         installed on an Akai gun?

15   A.    No.  I'm not even -- never even shot a tungsten

16         sleeve barrel, because I don't believe in that.  I

17         think it's a gimmick.

18   Q.    So you have no basis personally to say anything

19         about the size of the tungsten sleeve, the size of

20         the barrel, anything about it?

21   A.    Yes, I --

22               MR. BENFORD:  Objection, form.

23         Mr. Bradley, please allow me --

24               THE WITNESS:  I'm sorry, Tom.

25               MR. BENFORD:  Just pause about a second



Charles Bradley
07/20/2022                              Page 285

1              to allow me to interpose any objections.  Thank you.

2    BY MR. FIATO:

3    Q.    You have no personal knowledge about any of the

4          guns?

5    A.    **Yes, I go by what marketing claims are, okay, stuff**

6          **you see posted in ads, on Facebook, wherever, on the**

7          **internet, you know.  And people talking about, hey,**

8          **this guy's got this, Shay's got that.  Dan Bedell's**

9          **doing this, LimCat's doing that.  So I'm in the**

10         **middle of that conversation, and I've been in the**

11         **middle of it for 25 years.**

12   Q.    You've not examined these guns and you have no

13         personal knowledge to speak of?

14   A.    **As far as holding them in my hand, no.**

15   Q.    Yet, you go out and you say that this newbie

16         gunsmith is trying to wow others who don't know

17         better with some far out new ways of building guns?

18              MR. BENFORD:  Objection, form.  Go ahead

19         and answer.

20              **THE WITNESS:  Just because I haven't held**

21         **it in my hand doesn't mean I don't know what he's**

22         **doing and what he's claiming for the marketing**

23         **advantage.**

24   BY MR. FIATO:

25   Q.    You have no evidence that anything that he's doing



Charles Bradley
07/20/2022                              Page 286

1      affects his guns?

2  A.   I could probably get evidence.  I can't give it to

3       you right now.  I tell you I know what I know

4       personally.

5  Q.   What evidence do you have?

6  A.   I have --

7            MR. BENFORD:  Objection, form.

8            THE WITNESS:  -- yeah, personal

9       knowledge.

10 BY MR. FIATO:

11 Q.   What personal knowledge do you have?

12           MR. BENFORD:  Form.

13 BY MR. FIATO:

14 Q.   You can answer.

15 A.   I've answered, I've answered this question a million

16      times.

17 Q.   I don't think you have, sir.

18 A.   What personal knowledge do I have?  Advertisements

19      that I see, okay.  People talk about it, who's got

20      what, who's doing what.  Okay, and I know that Shay

21      takes the gun and he puts a tungsten barrel on it,

22      and he makes the tungsten sleeve bigger and heavier

23      than LimCat does.

24 Q.   How much bigger and how much heavier, sir?

25 A.   He even cuts items sometimes inside of the slide so



**Charles Bradley**
07/20/2022                                              Page 287

```
 1          he can put a bigger sleeve on it.

 2   Q.     How much heavier and how much bigger, sir?

 3   A.     I don't have the specifics on that.

 4   Q.     What person is going to testify to say that anything

 5          that -- that they've examined Mr. Akai's guns and

 6          say that anything he's done has affected the KKM

 7          barrels he says are defective?

 8                  MR. BENFORD:  Objection, form.

 9   BY MR. FIATO:

10   Q.     You don't have anybody to testify to that, do you,

11          sir?

12                  MR. BENFORD:  Form.

13                  THE WITNESS:  I haven't heard a question.

14   BY MR. FIATO:

15   Q.     The question is what -- or who -- what expert is

16          going to testify that anything that Shay Horowitz

17          does to his guns affects the barrels he claims to be

18          defective?

19                  MR. BENFORD:  Same objection, calls for a

20          legal conclusion.  Go ahead and answer.

21                  THE WITNESS:  I'm not sure.

22   BY MR. FIATO:

23   Q.     And the reason that you said that he was a newbie

24          gunsmith trying to wow people who didn't know better

25          with some far out new ways of building guns is
```



Charles Bradley
07/20/2022                          Page 288

1      because you wanted to discredit him, didn't you?

2                    MR. BENFORD:  Form.

3                    **THE WITNESS:  We were defending our**

4      **reputation and our companies, okay, and I was doing**

5      **it specifically for mine, to defend it against the**

6      **claim that we were selling defective barrels.**

7  BY MR. FIATO:

8  Q.   And by making that statement to defend your company,

9       you were trying to discredit his ability as a gun

10      builder?

11                   MR. BENFORD:  Objection, form, asked and

12      answered numerous times.  Go ahead, answer.

13                   **THE WITNESS:  Can you repeat the question**

14      **now?**

15  BY MR. FIATO:

16  Q.   Sir, you made the statement, it shows you gave a

17       newbie gunsmith trying to wow those who didn't know

18       any better with some far out new ways of building

19       guns because you were protecting your company and

20       you wanted to discredit the ability of Shay Horowitz

21       to manufacture nondefective guns?

22                   MR. BENFORD:  Same objection.

23                   **THE WITNESS:  You might want to rephrase**

24      **the question.**

25



Charles Bradley
07/20/2022                                    Page 289

```
 1   BY MR. FIATO:

 2   Q.    You don't understand?

 3   A.    It was really worded badly.

 4   Q.    Okay, let me do it another way.  You said that Shay

 5         was a newbie gunsmith trying to wow those who don't

 6         know any better with some far out ways of building

 7         guns because you wanted to discredit his ability to

 8         manufacture firearms?

 9   A.    No, that's not true.

10   Q.    Well, you were doing it to defend your company and

11         discredit him and his claims against your company?

12   A.    So your question was --

13              THE WITNESS:  Go ahead, John.  I'm sorry.

14              MR. BENFORD:  Same objection.

15              THE WITNESS:  Your question was that I

16   was trying to discredit him to keep him from

17   building guns.

18   BY MR. FIATO:

19   Q.    No, it wasn't.

20   A.    That's not your question?

21   Q.    No, it was not?

22   A.    Okay.  What was your question again, the last part

23         of it?

24   Q.    You said you called him a newbie gunsmith trying to

25         wow those who don't know any better with some far
```



Charles Bradley
07/20/2022                           Page 290

```
 1      out new ways of building guns because you were
 2      trying to defend your company against his claims of
 3      defective barrels.
 4   A. Now that question, the way you worded it, I can say
 5      I was trying to defend against the claims that the
 6      barrels were bad by saying that the way he was doing
 7      it was causing the barrels to break.  The barrels
 8      weren't bad.  Your first question said that I was
 9      doing it so he wouldn't be able to make guns that
10      were not defective, and that's not true.
11   Q. That wasn't my question, but that's irrelevant?
12   A. You can ask the court reporter to read it back.
13   Q. So, you were doing it to -- you were calling him a
14      newbie gunsmith to defend against his claims that
15      the barrels were defective, right?
16   A. Correct.
17   Q. And you were calling him a newbie gunsmith because
18      you wanted to discredit his reputation as a
19      reputable gunsmith in the eyes of anybody who would
20      hear his claims of defective barrels against you?
21          MR. BENFORD:  Objection, form, asked and
22      answered numerous times.  Go ahead and answer, yet,
23      again.
24          THE WITNESS:  No, I was defending against
25      the false allegation that the barrels were
```



Charles Bradley
07/20/2022                                    Page 291

 1       defective.

 2   BY MR. FIATO:

 3   Q.    By saying that Shay was a newbie gunsmith who was

 4         trying to wow those who don't know any better from

 5         some far out new ways of building guns.

 6                   MR. BENFORD:  Objection, form.

 7   BY MR. FIATO:

 8   Q.    Correct?

 9   **A.    That's what I said.**

10   Q.    And when you say that he's trying to wow those who

11         don't know any better with some far out new ways of

12         building guns, you're implying that he's trying to

13         pull something over on people who don't know

14         anything about guns?

15                   MR. BENFORD:  Objection, form.  Go ahead

16         and answer.

17                   **THE WITNESS:  I'm implying that the**

18         **reason the barrels were failing him was because of**

19         **the way he was building his guns to defend against**

20         **the slanderous attempt that they were making against**

21         **my company, the products that I sold and KKM.**

22   BY MR. FIATO:

23   Q.    Let's go to page 14.  This is a continuation in the

24         post that you had already read.  You stopped at,

25         Media while claiming the high ground that he never



Charles Bradley
07/20/2022                        Page 292

 1        named anybody.  You want to start at that paragraph

 2        and continue reading, please, sir?

 3   A.   Yeah, he didn't have to, he directed others to, I

 4        have shown some of that.  Even got one to admit it

 5        unknowingly here.  I have much more recorded,

 6        screenshots, message threads, emails, pictures,

 7        reports.  Nice to have somebody in your camp.  You

 8        guys want to keep it up, as I said, bring it on.

 9        I'm not scared or worried as I know the truth, and

10        I'm just fighting the scam.  By the way, you have

11        looked into Shay's history?  Oh, yeah, I have that,

12        too.

13   Q.   So when you say, by the way, have you looked into

14        Shay's history, oh, I have that too, you're implying

15        that he has negative history, correct?

16             MR. BENFORD:  Objection, form, asked and

17        answered numerous times.  Go ahead and answer again.

18             THE WITNESS:  Yes.

19   BY MR. FIATO:

20   Q.   Yes, okay.  And when you say, I'm just fighting the

21        scam, you're saying that Shay Horowitz is

22        perpetrating a scam against you and KKM?

23   A.   Yes.

24             MR. BENFORD:  Objection, form, asked and

25        answered numerous times.



Charles Bradley
07/20/2022                                    Page 293

1   BY MR. FIATO:

2   Q.   Mr. Bradley, please go to Exhibit 26.

3   A.   Okay.

4   Q.   I believe it's SCI 1845, correct?

5   A.   Yes.

6   Q.   Starting at the top of the page, it's an email from

7        you to Luke McIntire on January 17, 2020, at

8        1:02 P.M., correct?

9   A.   Yes.

10  Q.   Please read the email.

11  A.   Luke, this guy posted about this barrel on my page.

12       He implies it was a bad barrel and you all did not

13       respond to him.  Shay has this barrel.

14  Q.   Do you know who the guy is that you're referring to

15       that posted about his barrel on your Facebook page?

16  A.   I know whose barrel it originally was.  It was

17       Jerry Colantone.  I'm not really sure if he posted

18       or not.  I think he did.

19  Q.   Okay.  But you believe it to be Jerry?

20  A.   Yeah.

21  Q.   Jerry you're referring to?

22  A.   Yes.

23  Q.   And then further down you had forwarded a message,

24       correct?

25  A.   Yes.



Charles Bradley
07/20/2022                                    Page 294

 1   Q.    And this message was from Scott Lepping?

 2   A.    **Yes.**

 3   Q.    Who is Scott Lepping?

 4   A.    **He was involved with Jerry's gun.  There --**

 5   Q.    I'm sorry, go ahead.

 6   A.    **I think there was three gunsmiths total that were**

 7         **involved with this gun, not counting Shay.  The guy**

 8         **who built it, the guy that looked at it to fix it**

 9         **and then the guy that eventually fixed it, if I**

10         **recall right.**

11   Q.    Are you certain that Shay Horowitz built this gun?

12   A.    **No, he didn't build the gun.**

13   Q.    Okay, okay.  Then I misunderstood you then, correct?

14   A.    **I said three gunsmiths, not Shay.**

15   Q.    I see.  I misheard you.  So Scott Lepping, do you

16         know whether he was the first gunsmith or the second

17         gunsmith?

18   A.    **I can't recall right now.  I could probably look at**

19         **the emails and tell.**

20   Q.    We'll do that.  So Scott Lepping is emailing you,

21         correct?

22   A.    **Yes.**

23   Q.    And he's saying, Chuck, here's the original email I

24         sent to KKM after I called them, including all the

25         pictures I sent.  Including Jerry, so he is also on



Charles Bradley
07/20/2022                                    Page 295

1        this email, correct?

2   A.   Yeah, Luke's on this email, I believe.  I emailed

3        support at KKM Precision.  I assume Luke would have

4        got it.  Now I guess that's the email that Hellfire

5        Customs sent to KKM, because it says from Hellfire

6        Custom Guns.

7   Q.   That's right.  And Scott Lepping is with Hellfire

8        Custom Guns, correct?

9   A.   I believe so, that's what's on that email.

10  Q.   And so if you go further down on the page it says,

11       Luke, just spoke to one of your guys about a barrel

12       failure that was brought to me.  Just figured you

13       guys would at least want to see the pics, not sure

14       if you can do anything since there are too many

15       variables about what might happen.  The barrel fit

16       was by another gunsmith.  Do not know his name.  Gun

17       is an STI Edge 9mm.  Customer said he was shooting

18       Fiocchi ammo, 147 grain, I believe.  He was actually

19       sighting it in after getting it back from having the

20       barrel fit and was on the fifth round when the mag

21       -- I'm sorry, on the fifth round in the mag when the

22       barrel failed.  It certainly could have been a

23       double charge from the factory.  The barrel is clear

24       and customer stated that all four previous rounds

25       hit the paper target as he was sighting in, so did



Charles Bradley
07/20/2022                                    Page 296

1        the fifth.  But of course hit way off target.

2        Barrel is currently stuck in the slide, which is

3        bulged under the ejection port.  Here are some

4        pictures I took.  Let me know if you need others,

5        correct?

6   A.   **Yes.**

7   Q.   So he's speculating why the barrel failed, but he

8        doesn't know why the barrel failed, correct?

9   A.   **Correct.**

10  Q.   Did you ever post on your Facebook page that he said

11       that was the reason why it failed?

12  A.   **He said that?**

13  Q.   Yes, sir.

14  A.   **I don't know if I said that was or that it could**

15       **have been.  I talked to Luke about it and Luke saw**

16       **the pictures, and he said it was evident by the way**

17       **the metal broke that it was an overcharge.**

18  Q.   He never examined the --

19  A.   **I saw the pictures.**

20  Q.   You saw the pictures, but he's speculating, as well?

21  A.   **He saw --**

22  Q.   Correct?  He saw the pictures, but he didn't examine

23       the round or the barrel, correct?

24  A.   **He's not going to inspect the round.  It's gone.**

25       **But he didn't get the barrel to look at, it was**



Charles Bradley
07/20/2022                              Page 297

```
 1            never sent back to him.  Jerry Colantone agreed to
 2            send the barrel back to Luke, but he's told me Shay
 3            had the barrel.  And he said he was going to ask
 4            Shay for the barrel back, but I don't think he ever
 5            got it back.
 6    Q.      Do you know whether Jerry Colantone had a discussion
 7            with Shay and told him to keep the barrel or not?
 8    A.      No.
 9    Q.      Okay.  Go to page 36 on Exhibit 19, please.
10    A.      Okay.
11    Q.      Please -- is this post, in the middle of the page it
12            starts, Jerry, is this a post that you made, sir?
13    A.      Probably.
14    Q.      Can you read it?
15    A.      It would have been me.  It says, Jerry I have your
16            email and your 2nd smiths email.  I understand why
17            you thought it was the barrel.  You were misled by
18            Shay that it was the barrel since it was just more
19            of what he thought ammo to go against KKM and me.  I
20            think people need to realize you were pretty much a
21            victim of that and the double charged ammo to start
22            off with.
23    Q.      How was he misled by Shay?
24    A.      Shay apparently told Jerry that the barrel was
25            defective, and that's why it blew up.
```



**Charles Bradley**
07/20/2022                              Page 298

1  Q.   What evidence do you have that it was a double

2       charge?

3  A.   Well, the first gunsmith that actually looked at it

4       said it probably was, okay.  And then Luke saw the

5       pictures, and Luke has the expert knowledge of how

6       the metal works.  And he's seen this before, because

7       this happens more than you might think, double

8       charges and obstructions in the barrels, so we see

9       them.  I've seen them personally myself firsthand

10      before.

11              And there are certain characteristics of

12      what it looks like, and Luke knows that.  And Luke

13      looked at the pictures, and he said that was a

14      double charge.  And he told me exactly why.  I can't

15      tell you the specifics, technicalities that he said,

16      but he gave me technicalities of why he knew it was

17      a double charge.  So Luke said it was a double

18      charge, the first gunsmith said it could have been a

19      double charge.  Of course, he wasn't as experienced

20      as Luke was with the barrels.  So I got twisted

21      around, I don't even know what the question was now.

22              MR. FIATO:  Can you read the question

23      back to him, Theresa?

24              (The pending question was read

25              back by the court reporter)



Charles Bradley
07/20/2022                          Page 299

```
 1                        THE WITNESS:  Pictures, because that's
 2             about all we have is pictures and other expert
 3             opinions of what it was.
 4    BY MR. FIATO:
 5    Q.       So you have pictures of an exploded barrel and you
 6             have Luke McIntire telling you that looks like a
 7             double charge and you have a gunsmith who says it
 8             may be a double charge?
 9    A.       Correct.
10    Q.       And do you have Jerry telling you that when the gun
11             went off it felt like a double charge or it felt
12             like an overcharged round?
13    A.       I don't recall him telling me that.
14    Q.       So all you have is speculation that it may have been
15             a double charge, and yet you say Shay -- you were
16             misled by Shay?
17                        MR. BENFORD:  Objection, form.
18    BY MR. FIATO:
19    Q.       Correct?
20    A.       I said that.
21    Q.       So based on that speculation, you thought it was
22             okay to say that Shay misled him?
23    A.       Yes, Shay -- from what Jerry told me, Shay told him
24             he was misled.
25    Q.       Jerry told you that?
```



**Charles Bradley**
07/20/2022                                      Page 300

```
 1   A.    Jerry didn't tell me he was misled.  Jerry told me
 2         that Shay told him that the barrel was bad.
 3   Q.    Okay.  And you have no evidence that the barrel
 4         wasn't bad, do you?
 5   A.    I have the picture and expert opinion that the
 6         barrel was overcharged.
 7   Q.    You have speculation that it was overcharged?
 8                   MR. BENFORD:  Form.
 9                   MR. MARI:  Object to the form.
10   BY MR. FIATO:
11   Q.    Correct, you have speculation that it was
12         overcharged?
13                   MR. BENFORD:  Same objection.
14                   MR. MARI:  Form.
15   BY MR. FIATO:
16   Q.    Have you ever read the expert report in this matter,
17         plaintiff's expert report?
18   A.    I read it one time.
19   Q.    You read it one time?
20   A.    Uh-huh.
21   Q.    Did you see where our expert says that the barrel
22         was defective?
23   A.    I can't recall, specifically.  I read it one time.
24         I can't recite it to you.
25   Q.    Do you remember if our expert said there was too
```



Charles Bradley
07/20/2022                              Page 301

```
 1              much sulphur in these barrels and that there were
 2              sulphur inclusions that made them unsuitable and
 3              inappropriate for use in firearms?
 4    A.       He may have said that in the report.  I mean, it's
 5             there in the report.  I don't know why you're asking
 6             me if I read it or not.  I mean --
 7    Q.       I'm asking you if you read it because --
 8    A.       I told you I read the report one time.
 9    Q.       So there's evidence that the barrel is defective and
10             that it's your speculation that it's a double
11             charge, and based on that speculation you're going
12             to assert that Mr. Horowitz lied to Jerry?
13                   MR. MARI:  Object to the form.
14                   MR. BENFORD:  Objection, form, asked and
15             answered.
16    BY MR. FIATO:
17    Q.       Correct?
18    A.       No, you're getting the time line mixed up.  So the
19             report came out just recently, so I wouldn't have
20             had privy to that information when I made this
21             comment based on the knowledge that I had at the
22             time.
23    Q.       Okay.  So will you retract that comment now that you
24             have the information that somebody else thinks the
25             barrel is defective?
```



**Charles Bradley**
07/20/2022                                              Page 302

1                          MR. BENFORD:  Object to form.

2                          **THE WITNESS:  I have to wait and see what**

3             **the other witness says, the other expert witness.**

4             **It's not for me to decide.**

5     BY MR. FIATO:

6     Q.    It was for you to decide that Mr. Horowitz lied to

7           Mr. Colantone.

8     **A.    With the information I had at that time, yes.**

9     Q.    So now you have information that it's opposite of

10          that, so why don't you print a retraction and say I

11          don't know whether Shay misled you or not?

12                         MR. MARI:  Object to the form.

13                         MR. BENFORD:  Objection to form.

14                         **THE WITNESS:  I still believe he did.**

15    BY MR. FIATO:

16    Q.    It really doesn't matter if there's other evidence,

17          you're just -- you just believe he did, correct?

18                         MR. MARI:  Object to the form.

19                         MR. BENFORD:  Form.

20    BY MR. FIATO:

21    Q.    Correct?

22                         MR. BENFORD:  Same objection.

23                         MR. MARI:  Same objection.

24                         **THE WITNESS:  Based on the information**

25            **that I had and still have, Luke's expert testimony**



1        -- or expert opinion that barrel was an overcharge.

2        The first gunsmith mentioned it was an overcharge,

3        okay.  I'm going off of that.  And then Shay gets

4        the barrel and won't send it back to Luke for

5        testing.  Luke's never seen that barrel.  We didn't

6        have the ability to test that barrel, as far as I

7        know.  Can we get that barrel presented for testing?

8   BY MR. FIATO:

9   Q.   Soon as we get a joint protocol that's been asked

10       for for well over a year, we'd be glad to.

11            MR. BENFORD:  All right.  So we've got

12       eight more minutes left until seven hours.  Are we

13       going to -- I just wanted to confirm that unless you

14       guys are showing something different, we're going to

15       go right up to that seven hours?

16            MR. FIATO:  We may.

17  BY MR. FIATO:

18  Q.   Isn't it true, sir, you told Jerry that Shay misled

19       you because you wanted to establish that

20       Mr. Horowitz's reputation -- you wanted to establish

21       a reputation for Mr. Horowitz as someone who cannot

22       be believed?

23            MR. BENFORD:  Form.

24            THE WITNESS:  No, I was trying to get

25       Jerry's -- the truth out about Jerry's barrel.  It



**Charles Bradley**
07/20/2022                                      Page 304

 1        wasn't a bad barrel.  It was an overcharge.

 2   BY MR. FIATO:

 3   Q.   You wanted -- you told Mr. Colantone that Shay

 4        misled him because you wanted to establish that Shay

 5        wasn't somebody who could be trusted, correct?

 6   A.   No.

 7                  MR. BENFORD:  Object to the form.

 8   BY MR. FIATO:

 9   Q.   Go to page 40, please.

10   A.   Page 40, which exhibit?

11   Q.   19, the same one we were on previously.

12   A.   What number is that, 26?

13   Q.   It's Number 19.

14   A.   Okay, page 40, all right.

15   Q.   There's a James Turner makes a comment, he says, was

16        the outside -- or I'm sorry, strike that.

17                  Was the OD of said barrels dramatically

18        altered.  What's your understanding of what OD

19        means?

20   A.   Outside diameter.

21   Q.   Mr. Bradley, can you read your response?

22   A.   Well, there's a bunch, there's like 20 replies in

23        there.

24   Q.   The next response down, sir.

25   A.   There's more replies in there.  I'll read this one.



Charles Bradley
07/20/2022                          Page 305

1       Not sure since none were ever sent back after many

2       attempts requesting it.  So we don't know what was

3       done to any of the barrels in question.  I do have a

4       pic of one that had the barrel turned way down and a

5       large tungsten sleeve was put on it.  The sleeve was

6       much bigger than those LimCat has been doing on KKM

7       barrels for 20 years.

8    Q.  What was the outside diameter of the barrel?

9    A.  What I posted on here, it says not sure.

10   Q.  How much, if at all, was the barrel turned down?

11   A.  It says not sure.

12   Q.  But you affirmatively said that the barrel was

13       turned down?

14   A.  Yes.

15   Q.  And that the sleeve was bigger than those on LimCat

16       had been doing for KKM for 20 years?

17   A.  I can't give you a definitive measurement.  I can

18       only tell you that it was turned down and the sleeve

19       was put on it.

20   Q.  How can you tell me either of those things, sir?

21   A.  Because I've seen the guns, the pictures of them.

22   Q.  So you're telling me based on your view of pictures,

23       you can tell a barrel has been turned down?

24   A.  Yeah, you have to turn a barrel down to put a

25       tungsten sleeve on it, you have to.



Charles Bradley
07/20/2022                                    Page 306

```
 1   Q.    How do you know that?
 2   A.    I know that.  I mean, I talk to gunsmiths all the
 3         time.  I sell the parts to gunsmiths all the time.
 4   Q.    So how much was the barrel turned down?
 5   A.    What?
 6   Q.    How much was the barrel turned down?
 7   A.    I told you, I'm not sure how much it was turned
 8         down.  Luke has one of those barrels.  You can ask
 9         him how much it was turned down.
10   Q.    You said the barrel was turned way down.
11   A.    Yes.
12   Q.    You have no personal knowledge that the barrel was
13         turned way down, do you?
14   A.    Yes, I do.
15              MR. BENFORD:  Objection, form.
16              THE WITNESS:  I have personal knowledge
17         of that.
18   BY MR. FIATO:
19   Q.    You have personal knowledge?
20   A.    Yes.
21   Q.    Did you measure that barrel?
22   A.    No, I can't tell you what the specific measurement
23         is.
24   Q.    And you don't know what the outside diameter of the
25         barrel is?
```



Charles Bradley
07/20/2022                          Page 307

```
 1   A.    Doesn't mean that I don't know that it was turned

 2         down.

 3   Q.    You said it was turned way down; what does "way

 4         down" mean?

 5   A.    Means it was cut thinner than what LimCat does.

 6   Q.    How do you know that?

 7   A.    I was told that by Luke.

 8   Q.    So you have no personal knowledge of it, you just

 9         heard it from Luke?

10   A.    Right.

11   Q.    And you didn't have that barrel measured at any

12         point?

13   A.    I didn't have the barrel in my hand, no.

14   Q.    How was the sleeve installed on that barrel, the

15         tungsten sleeve, how was it installed on that

16         barrel?

17   A.    I don't know.  There's different methods.

18   Q.    You don't know, do you?

19   A.    Uhn-uhn.

20   Q.    You don't know, do you?

21   A.    I don't know.

22              MR. BENFORD:  Objection, form.  How many

23         times are we going to ask the same question.  Go

24         ahead and answer.

25              THE WITNESS:  I already did.
```



**Charles Bradley**
07/20/2022                                      Page 308

1    BY MR. FIATO:

2    Q.    Do you have any evidence that the Rockwell hardness

3          of this barrel that we're discussing was any

4          different after whomever installed the sleeve?

5    **A.    Which barrel are you talking to -- talking about?**

6    Q.    You said, I do have a picture of one that had

7          been -- one barrel that had been turned way down and

8          a large tungsten sleeve was put on it.  This was the

9          barrel that KKM had?

10   **A.    Yeah, I assume that's what that was.**

11   Q.    What evidence do you have that the Rockwell hardness

12         of that barrel was defective in any way once the

13         tungsten sleeve was installed by whomever did it?

14   **A.    I don't think I have any evidence, and I don't know**

15         **if Luke ever told me what the test was on it.  I**

16         **mean, there's so much communication, if you find**

17         **something in there, let me know.  But I don't recall**

18         **Luke ever telling me what the hardness was on that**

19         **barrel.**

20   Q.    Go to your next comment down, it starts,

21         Bradley Savage.

22   **A.    Okay.**

23   Q.    Can you read that, please?

24               MR. BENFORD:  Rick, it's seven hours now

25         so this is going to have to be the last question.



**Charles Bradley**
07/20/2022                                          Page 309

1                          MR. FIATO:  That's fine.

2   BY MR. FIATO:

3   Q.    Please read it.

4   **A.    Which one?**

5   Q.    It starts, "Bradley Savage in some ways."

6   **A.    I said, no, read it again.  Quote, "No telling what**

7   **the process does to the heat treating," quote.**

8   Q.    So despite any lack of any personal knowledge of the

9         barrel and you have no evidence that the Rockwell

10        hardness was affected by the barrel, you imply that

11        there's no telling what the process did to the heat

12        treating of that barrel, correct?

13  **A.    That's a fair statement.**

14                         MR. BENFORD:  Object to the form.  Okay,

15        no questions for me.

16                         MR. FIATO:  I don't blame you.  It's been

17        a long day.

18                         MR. BENFORD:  Theresa, we will read, and

19        we'll take one regular service.  Electronic E trans.

20                         MR. MARI:  I'm not ordering right now.

21        Thank you, though.

22                         MR. CARDAMONE:  I'm not going to order at

23        this time either right now.

24                         MR. YEE:  We will take a regular and an E

25        trans.



**Charles Bradley**
**07/20/2022**                                    **Page 310**

1    (Deposition concluded about 6:32 P.M.)

2        ___      ___      ___

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Charles Bradley**
07/20/2022                                          **Page 311**

```
 1   CERTIFICATE OF NOTARY PUBLIC - COURT REPORTER

 2              I do certify that the attached

 3   deposition was taken before me in the above-entitled

 4   matter; that the witness was first sworn to testify

 5   the truth; that the testimony contained herein was

 6   by me reduced to writing in the presence of the

 7   witness by means of stenography, and afterwards

 8   transcribed upon a computer.  The attached pages are

 9   a true and complete transcript of the testimony and

10   proceedings.

11              I do further certify that I am not

12   connected by blood or marriage with any of the

13   parties, their attorneys or agents, and that I am

14   not an employee of either of them, nor interested,

15   directly or indirectly, in the matter of

16   controversy.

17              IN WITNESS WHEREOF, I have hereunto set

18   my hand and affixed my notarial seal at West

19   Bloomfield, Michigan, County of Oakland, this 2nd

20   day of August 2022.

21              _____

22              Theresa L. Roberts, CSR

23              Certified Shorthand Reporter - CSR-4870

24              Notary Public - Oakland County, MI

25              My commission expires 10-4-2027
```



Charles Bradley
07/20/2022

1

## #

**#5**  186:2 215:1

## $

**$1**  199:17

## (

**(502)**  17:7

## 0

**000018**  152:17 154:6,10,21
155:4,8,14,19,24 156:11,20
157:13,18 158:10 159:18
160:20

**000019**  147:5

**000020**  147:23

**000021**  148:8

**000022**  149:1

**000023**  149:13

**000024**  149:23

**000025**  150:8

**000026**  150:24

**000027**  151:11

**000028**  151:17

**000029**  152:2,17 154:6,11,21
155:4,9,15,19,24 156:11,20
157:14,18 158:10 159:18
160:20

**000036**  161:17

**00018**  146:3 147:1

**001098**  224:1

**001336**  263:6

## 1

**1**  5:5 22:21 30:25 31:3,4 35:8

39:21 153:10 173:14 215:15
274:18

**10**  39:22 41:6 152:11 153:2
156:5 162:17 246:23 278:4

**100,000**  217:5 218:17

**1097**  226:1

**1099**  223:16

**10:08**  5:3

**10:16**  229:16

**10th**  247:16

**11**  149:14 156:16 163:21
180:24

**11-30**  58:1

**1100**  221:13,14 222:1

**12**  41:6 157:2 166:1 170:14

**12-foot**  216:16

**12:01**  240:17

**12:04**  221:22 268:4

**12:13**  240:15

**12:32**  268:6

**12th**  157:22

**13**  110:10,16 115:25 169:12,
13 170:8 278:25

**1350**  230:14,17,18

**1352**  229:9

**1353**  228:25

**14**  116:21 122:17,25 171:23
191:15 291:23

**1402**  191:12

**1403**  189:7,18

**1404**  188:18 189:16,23 191:11

**147**  295:18

**15**  36:17,19 147:11 173:6

**15th**  130:8,10 229:6

**16**  150:25 179:2 185:19
196:25 274:25

**17**  175:8 183:7,24 184:4
187:18 188:8,10,14 189:7
293:7

**1733**  81:1

**17th**  184:9

**18**  13:12 131:19 153:10 175:4,
8 198:5,7

**18229**  178:5

**1826**  179:4

**1827**  180:6

**1828**  180:12

**1830**  180:21

**1832**  182:16

**1833**  183:2

**1834**  183:9

**1835**  185:18

**1845**  293:4

**19**  13:12 54:23 151:9,18
175:4,8 202:5 274:13,16,18
297:9 304:11,13

**1911**  23:8,13 27:2,19 30:4
40:3 44:4,19,20 45:7 48:24
173:23,24 181:4 283:15

**19th**  236:23

**1:02**  293:8

**1:09**  132:19

**1:10**  132:20

**1:35**  188:22

## 2

**2**  47:7,10 115:24 148:20
153:15 170:4,7,8 172:14
188:22 275:14

**20**  5:2 28:10 38:22 40:24
106:19 119:20,21 145:18
149:24 175:25 185:23 186:10
217:21 220:11 221:13 284:7
304:22 305:7,16

**Charles Bradley**
**07/20/2022**

2

**2000** 174:5

**2000s** 124:16

**2001** 79:16

**2003** 124:24

**2007** 15:10

**2008** 11:19 19:7,8

**2010** 282:3

**2011** 233:18

**2012** 73:11

**2014** 162:23

**2015** 148:9 149:2,14

**2016** 11:19 12:19 23:8,12
27:1,10 72:25 73:1 74:16

**2017** 43:15,16 57:15 58:1,2
72:24 149:24 172:12,18
174:25 175:4

**2018** 43:16 57:19 150:10
172:12,19 174:25

**2019** 47:18,25 48:22 65:25
68:12,17 70:11 71:22 72:1,6
77:5,12,14,23 83:10 99:23
100:1 131:19 140:18 144:10
150:25 172:12,19 174:25
183:7,24 184:4,9 185:16
189:17 190:3 199:19 200:22
201:13,17 206:14 207:9
208:25 224:3 225:22

**2020** 54:23 58:3 65:8 83:11
151:9,18 152:3 157:23 162:17
168:20 169:1 172:21,22
173:24 174:5,8 175:5 182:2,
11,14 184:13 185:22,23
196:25 215:3,13,15 229:16
234:14 239:7 240:15 246:23
257:19 268:21,23 274:25
275:6 282:4 293:7

**2021** 34:1 58:13 79:13 80:2
180:11,24 188:22 221:22

**2022** 5:2 80:7 157:24 158:1
179:7 186:10

**21** 33:16,19,20,21 228:25

**22** 21:23,24,25 140:18 233:11

**224** 163:17

**228** 65:9

**23** 149:2 235:11,13 253:3

**239 851-3664** 19:3

**24** 268:23

**25** 34:1 47:18 48:22 113:17,21
168:20 172:22 174:5 214:23
217:5 218:18 238:22,25
253:4,5,7 258:11 285:11

**25K** 245:14

**26** 126:9 153:25 293:2 304:12

**27** 65:8 148:9 152:3

**28** 229:16 263:4

**29** 267:24 268:21

**29th** 269:3

**2:00** 132:21

**2:30** 183:7

**2:57** 247:16

**2nd** 297:16

---

**3**

**3** 39:21 47:10,11,13 122:24
276:2

**3-12-15** 147:12,13,25

**3-5** 147:11

**3-gun** 9:15,18

**30** 5:6 30:23,25 33:16,19
150:10 199:17 267:23

**30th** 58:2

**31** 58:13

**335** 35:12

**36** 161:22 162:2 173:20 297:9

**38** 130:24 134:14 162:19
170:2

**389** 114:12

**39** 162:20 163:9,12,19 173:20

**3:21** 253:18

**3:57** 224:3

**3rd** 234:14

---

**4**

**4** 31:6 110:6,8 122:15 124:24
221:22

**4,000** 23:25 105:1

**40** 130:13 170:2 218:23 219:7
304:9,10,14

**40-42** 134:8

**400** 114:12

**40165** 65:10

**40504** 81:4

**40HRC** 217:6 218:19

**40RC** 181:3 183:15

**410** 164:14

**416** 23:16 27:5,24 28:6,13
29:22 36:8 114:12 133:17
146:15,23 147:16,21 148:3,6,
15,18,20,22 149:7,11,18,21
150:3,6,13,22 151:3,6,12,15,
22,25 152:5,8 155:20 156:2,6,
9,12,14,22 157:8,10,18 158:5,
11 159:19,23 162:10,14
163:1,5,14 164:2,9 170:25
171:13 176:6,19,20 177:10,
11,23 178:7,16 181:22

**416BQ** 186:2

**416R** 31:20,25 32:16 34:11
110:4 133:24 134:4 138:20,23
146:20 147:18 148:4,16,22
149:9,19 150:4,14,21 151:4,
13,23 152:6 155:9,12,25
156:2,6,9,14,22 157:5,16,18
159:7 162:11,12 163:3 168:18
170:3,25 176:6,19,20 177:11,
23 178:7,16 183:17 204:17
215:1 219:9,19 223:19

**42** 23:17 27:6 28:1 130:12

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**Charles Bradley**
**07/20/2022**

3

**42-46** 134:14

**42-46-ish** 134:8

**42HRC** 219:10

**42RC** 219:20

**43** 130:12 154:2

**44** 130:12

**45** 23:17 27:6 28:1 170:4 183:16

**450** 229:15

**46** 170:4

**46RC** 183:16

**4:08** 225:22

**4:12** 191:20

**4:15** 191:23 192:1

**4:17** 192:12

---

**5**

**5** 115:23 122:15,16 124:6 134:4 162:10

**502 550-3138** 64:20

**502 570-4112** 18:23

**51** 23:5

**52** 23:12

**53** 26:24 39:22,24

**543** 234:12

**544** 233:13

**5:23** 189:25

**5:56** 189:18 190:1,3

**5:57** 190:25

---

**6**

**6** 154:10 172:8 179:7

**6,000** 186:2

**65** 169:15,18 172:8,13

**6:01** 190:25

**6:04** 191:1

**6:32** 310:1

---

**7**

**7** 55:1,11 132:4 133:3 154:19 162:23 180:11 277:10

**70** 164:9,25

**70+** 163:1 164:2,20

**717** 166:9

**720RS** 217:2,16

---

**8**

**8** 140:25 155:3 239:7 240:15

**8-10-2020** 162:7

**859 619-0763** 73:2

---

**9**

**9** 23:3 145:24 155:24 161:15 189:17 190:3 215:3,15 224:3 225:22 275:6

**9001** 217:11

**90s** 75:18 124:15

**920** 267:19,22,25 268:2

**930** 268:1

**979** 259:9,10

**981** 247:21 252:24 253:4,10

**982** 245:8

**983** 242:19

**984** 241:12

**985** 241:3

**986** 240:2,6

**987** 239:2

**99** 75:19 134:3

**9:17** 234:13

**9:40** 239:7

**9mm** 241:6,10,20,22 295:17

**9th** 189:25

---

**A**

**A-L-B-E-M-A-R-L-E** 81:2

**A.M.** 5:3 229:16 234:13

**abilities** 49:2

**ability** 25:23 198:25 199:1 220:23 246:16,23 288:9,20 289:7 303:6

**absolutely** 80:5,9 179:18 211:13 213:15

**accept** 130:1,25

**acceptable** 6:16

**access** 21:9 54:18 196:10

**accordance** 154:13

**account** 81:3 226:13 249:16

**accuracy** 181:16

**accurate** 278:20

**accurately** 23:6

**accusation** 138:17

**accusations** 279:22

**accused** 78:6 231:11

**accusing** 232:2 233:1

**Ace** 276:3 277:4,12,14 279:6

**acquire** 255:14 256:24

**acquired** 173:22

**action** 172:18 181:16 269:7

**actions** 200:12 211:1

**active** 97:19

**actively** 139:4

**activities** 276:18

**actual** 182:20 223:12

**ad** 37:3 48:15

**add** 19:17 21:17 89:20 102:22

---

Charles Bradley
07/20/2022

4

added 21:24

additional 188:16,17

address 58:25 59:11,12 64:22
65:8,9,12 80:24 81:1 242:25

addressed 64:12 276:3

addresses 116:3 123:3

admission 24:5,9,23 115:25
116:1 122:25 123:1 170:1

admissions 23:1

admit 23:8,11,12,20,23 24:4,
22 27:1 110:10,16 116:21
122:19 135:5 136:5 138:3
292:4

admits 27:12

admitted 69:21 131:21,22
139:18 169:23 207:25 278:7,
11

admitting 276:17

ads 285:6

advance 90:19

advantage 66:21 281:10
282:25 283:16 285:23

advertise 38:5

advertised 23:8,13 27:3,16,21
28:21 110:4

advertisement 37:5 38:15,17
52:11,20 157:3

Advertisements 286:18

advertises 36:25

advertising 31:9 35:11 48:19,
20 169:24

advice 49:3,12,18 50:2

advised 165:18 228:3

affected 287:6 309:10

affects 283:24 286:1 287:17

affiliated 61:4

Affirmative 172:5

affirmatively 305:12

afraid 214:1

age 153:10

agent 227:16

agree 44:1 129:22 133:19
143:17 148:24 153:13 158:16,
23 159:6,13,17,21 162:4
163:9 170:14 174:18 176:5,18
177:8,15,22 178:4,12,14
181:17 261:23

agreed 74:21 121:6 151:9
153:16,19 197:6 198:15
205:21 261:23 280:11 297:1

agreement 75:21 152:25

agrees 161:20

ahead 25:1,25 28:15 29:17
33:1 34:16,25 35:21 38:18
49:16 50:4 60:13 62:11,12,13
66:5 78:24 79:22 85:24 88:8
89:4,19 90:7 91:17,19 94:2
95:22 96:23 97:17 98:9
100:14 104:5 105:3,17 107:10
114:18 117:12 120:25 123:20
131:12 134:21 137:18 159:11
160:2 169:5 173:12 174:13
176:13 184:14 208:7 209:1,13
214:3 228:18 230:24 247:14
248:14 249:9,23 266:23
278:15 282:14 285:18 287:20
288:12 289:13 290:22 291:15
292:17 294:5 307:24

ahold 18:1 107:21 120:3

Akai 46:18,19 47:19,24,25
51:7,9 52:12 77:15,24 98:5
99:17 103:19 104:1 110:12,
18,19,24 111:1,2,19 114:1,5,
23 116:14,17,25 118:17
122:22 126:16,25 127:15
140:19,21 141:21 142:1,2
143:6 144:12,15 191:5
192:17,21 193:2 194:8,9
214:7 227:23 233:22 240:19,
20 241:3 252:4 256:18 257:15
259:1 274:7 277:12,22 279:22

284:14

Akai's 51:5 169:23 194:3
251:20 253:14 287:5

Albemarle 81:1

alcohol 57:9

Alfalfa 251:19,22,24 252:3,8,
14,19,20,23

allegation 290:25

allegations 45:12 116:22
122:19

alleged 87:24 92:12 106:9
121:3 257:16 258:1 259:2

allegedly 68:1 170:3 257:11
278:11

alleges 256:17

alleging 45:24 66:16 128:7

allowable 5:18

allowed 160:17 208:9 255:20
271:1

alloy 164:13

altered 42:7 130:21,22 254:8,
12 304:18

Alvin 96:6,11 97:3,6 98:1

Amazon 219:2 275:10

ambiguous 27:11

amended 22:25 31:2 110:11,
17 116:23 122:20 145:8,9
169:17 172:6 268:24

ammo 269:8 295:18 297:19,21

amount 19:20

Angus 67:1,7,8

annealed 162:10 163:1

annealing 116:13,17

announcement 87:1 108:23
140:20,23 141:1,3 142:24
144:8 195:12 197:13,14

answering 6:17 28:11



**answers** 29:12 172:2 175:17

**anticipate** 7:5

**anvil** 183:14

**anymore** 57:23 78:9 97:19 175:2 193:6

**anyplace** 99:5 141:15

**anytime** 79:13 80:2

**apologize** 90:19

**app** 196:22,23

**apparent** 136:18,25 137:1 192:23

**apparently** 51:4 109:4 119:13, 17,24 120:5 129:16 256:22 297:24

**appeared** 182:16

**appears** 137:25 163:24 182:24 183:2,10 185:21 188:1,25 189:6 222:12 229:6,14 234:21 240:10 242:4,20,24 253:17 263:8 274:22 275:10

**applications** 164:5,8,19

**approve** 228:7

**approved** 154:12

**April** 150:25 152:3 179:7 229:16 268:23

**area** 9:14 158:21 159:4 234:17

**areas** 10:14 234:17

**argue** 68:25 277:19

**arguing** 32:19 69:3

**argument** 75:8

**argumentative** 85:24 89:19 107:7 114:18

**arguments** 34:10,23 35:3 68:21

**Army** 184:22

**arrive** 182:1

**artist** 85:16,18

**assemble** 154:22

**assert** 301:12

**asserted** 82:14,18 83:14 86:2, 9

**asserting** 140:22 174:2

**assertion** 230:1

**assistance** 141:18

**association** 9:1,5,8

**associations** 9:11,20

**assume** 6:13,21 53:14 101:17 133:17 134:10,11,12 139:9 184:1 274:10 279:13 295:3 308:10

**assumes** 135:22

**assuming** 129:9

**assumption** 83:13 87:13

**assuring** 154:16

**ASTM** 156:7,12 217:10

**ATF** 76:14

**atheist** 68:20,23

**attach** 125:18,19

**attached** 154:5 157:3

**attachment** 186:22 234:22 235:16

**attack** 227:25 233:23

**attempt** 22:12 31:17 66:11 291:20

**attempting** 24:18

**attempts** 305:2

**attendance** 271:13

**attention** 199:10

**attorney** 27:8 126:13 225:7 269:20

**attorneys** 121:8 122:4 125:25

**attribute** 31:17

**August** 65:8 162:17 169:1 184:12 215:13

**authority** 12:4

**authorized** 275:15,20

**automatic** 217:1,16

**avatar** 133:8 226:14

**avatars** 222:18

**avenues** 47:2

**avoid** 164:15

**aware** 45:10 46:17 105:24 121:14,21 131:19,25 132:2 134:17 135:12,15 140:18,22 164:24 199:20 200:23 201:10, 19,21,25 202:3,14 206:15,21 207:7 208:19,21 209:3 217:25 219:8 252:2

**B**

**B-A-R-R-R-L** 260:21

**B5** 168:21

**baby** 199:3

**back** 13:11,13 14:8 24:13 25:3,20,24 28:18 35:8,9 37:23 39:21 51:18,23 53:15 54:2 55:6,7 57:17 58:11,16,18 60:22 73:11 75:17 84:2 94:4 97:8 100:11,16 103:4,5,6,7, 23,25 104:8 106:9 107:18 109:4,5,8,21 121:4 124:15,23 130:5,14,21,23,24 131:4 132:25 140:16 152:14 161:15 167:10,13 175:5 177:15 195:2 200:20 201:5,7,23 204:7,24 205:7 206:22 217:7 221:12 224:6 241:24 247:1 259:6,9, 24 260:1,8,15,17 261:24,25 262:1,2,5,10,11 278:9,13 280:10 290:12 295:19 297:1, 2,4,5 298:23,25 303:4 305:1

**back-up** 25:18,19

**backwards** 191:13

**bad** 98:14,24 99:7,17 104:16 106:9 107:19 121:4 131:6 201:6 202:4 205:6 206:23 208:12,13,14 209:16,18



**Charles Bradley**
**07/20/2022**
**6**

239:12,25 276:14 278:1
280:11 290:6,8 293:12 300:2,
4 304:1

**badly** 289:3

**Bagger** 70:15 189:13 190:5
226:9,10,15 228:3

**bait** 179:19

**bake** 175:7

**bar** 23:16 27:5,24 28:6,13
29:23 31:25 36:9 153:21
157:6 186:2 216:16

**barbecue** 80:14

**barrel** 14:10,14,17,20 27:2
31:20 32:16 33:4 34:11,18
35:12 37:13 41:1,3,8 42:2,7,
11,13,14,15,18,21,22 43:6,10,
12,18 45:12,21,22 46:14,15
47:16,20 48:9,10,15,17 49:11,
13 50:16,21 51:6,13,15,16,21,
22 52:5,12 53:7,12 54:4 58:17
61:12,19 85:1 98:24 103:5,6,
7,19 107:23 110:14,19 111:9,
11 112:10,15,16,17,22,25
114:11 116:25 119:2,5,6,8,12,
15,20,25 120:12,23 122:22
125:15,18,19,22 127:1,7,17,
18 130:18,21,24 131:3,4
134:2,4,10,13 157:5 179:25
180:1 181:4 183:3,11,18
194:23 199:22,24,25 200:2,3,
8 201:5,6 202:13,24 203:5,6
204:3,4 206:20,22 209:23
210:5 212:16,17,19 216:3,21
217:6,25 218:2,7,9,18 219:6
223:23,25 224:19 225:3,9,14,
16,17 253:17,22 254:2,3,4,7,
9,12,23 255:3,6,7,10,13,14,
16,18,19,20 256:4,7,8,11,13,
16,19,21 259:12,21,22,24
260:3,11,12,15,21 261:6,9,15
262:9 281:9,11 284:16,20
286:21 293:11,12,13,15,16
295:11,15,20,22,23 296:2,7,8,
23,25 297:2,3,4,7,17,18,24
299:5 300:2,3,6,21 301:9,25
303:1,4,5,6,7,25 304:1 305:4,
8,10,12,23,24 306:4,6,10,12,

21,25 307:11,13,14,16 308:3,
5,7,9,12,19 309:9,10,12

**barrels** 12:15 14:3,4,9,12,25
15:5,11 23:9,13,15 27:4,19,
21,23 28:6,9,13 29:21 30:4
36:5,7 37:1 38:2,6,22 39:12
40:3,23 43:21 45:13,15 46:2,
5,9,11,13 47:22 49:19 51:25
52:1 53:16,23 54:4,12,14
57:13,16 58:4,7,12 60:10
61:11 63:18 73:18 74:7 88:18,
19 89:3 98:13,15,25 99:7,18,
24 100:4 101:9,15 102:1,12,
18 103:3,23,25 104:8,9,10,14,
16,19,22 105:7,9,12,15,24
106:5,8,9,12,14,17,19,20,23
107:17 108:4,18 109:2,4,5,11,
13,17,21 110:3,13 111:17
115:12 119:18,21,22 121:4,23
122:10,11,12 125:21 128:8,
12,13 129:15,19,20 130:1,5,8,
11 131:22,24 133:25 134:18
135:3,16,17 136:4,6,20 138:6
139:14 140:16,21 145:1,5,12,
21 157:4,10 159:23 161:1,5,
11 164:21 165:4 169:25
173:23,24 175:8,23 179:21
182:3,17 184:21 193:25
194:20,22 199:13,14,19
200:23 201:18,23 202:4,9,15,
20 203:20 204:7,22,24 205:6
206:9,15 207:2,22,23 208:12,
14,23 209:21 210:2,6,9 211:7,
10,12 212:12 214:9,10,11,13,
14,24 215:14,24 216:25
217:4,5,15,19 218:16,17
219:3,9 223:12,20,22 224:10
225:4 239:12 241:12 250:1
256:23 257:1 262:5,11 272:4,
7 275:2 278:3,12 280:9 282:8
283:3,24 284:8,9,13 287:7,17
288:6 290:3,6,7,15,20,25
291:18 298:8,20 301:1 304:17
305:3,7 306:8

**barrrl** 260:12,25 261:9

**Barry** 14:8 15:6,7,8,9 54:15
57:12 73:8,9,14

**bars** 155:10,20,25 156:2,6,9,

10,12,17,19,23 157:7,11,17
216:18

**based** 51:5,12,16 111:3
299:21 301:11,21 302:24
305:22

**basic** 111:16

**basically** 8:23 78:4 98:11
108:23 124:17,19 126:11
193:22 229:4

**basis** 61:16 62:2 78:6 107:6
284:18

**batch** 98:14

**Bates** 146:2

**battle** 236:25

**beautiful** 47:19

**Bedell** 124:10,12 126:2,7
127:10

**Bedell's** 285:8

**beef** 270:23

**begged** 262:10

**begin** 166:18

**beginning** 243:4 283:10

**begins** 153:8 189:3 200:21
210:24 240:18 241:12 263:6

**behalf** 12:4 30:20 73:4 144:15
212:3 242:2,16

**belief** 169:22

**believed** 209:8 303:22

**believer** 68:20

**belts** 8:24

**benefit** 168:2

**Benford** 7:15 17:21 18:2,16
24:17,25 25:25 26:7,10 28:15
29:6,8,14 32:2,9,20,25 34:15,
25 36:12,17 38:18 44:5,10,14
49:15 50:3,18 51:7 60:12
64:17 78:23 79:18 85:23
87:10,17,19 88:8,15,21 89:4,
18 90:7 91:17,21 94:1 95:10,
18,22 96:23 98:8 99:12,21

104:4 105:17 106:3 107:2,13
114:17,25 115:8,16 117:9,12,
19,25 118:6 120:24 123:20
126:5 131:11 132:12 134:23
135:19 136:9,22 137:5,22
138:9 143:20 157:24 159:11
160:2 161:25 166:7 169:5
171:2,16 174:11,13,20 175:14
176:22 177:13 178:8,24
184:14 185:9 186:11 188:13
201:1 202:18 207:13 208:5
209:2,10,13,19 211:16,24
212:5,22 213:7,12,16,23
215:5,17 216:1 220:1,25
228:15,18 232:8,19 244:10
247:10 249:1,14,22 254:19,24
258:14,21 262:16,23 266:23
267:14 273:18 278:14 281:22
282:11,14 284:22,25 285:18
286:7,12 287:8,12,19 288:2,
11,22 289:14 290:21 291:6,15
292:16,24 299:17 300:8,13
301:14 302:1,13,19,22
303:11,23 304:7 306:15
307:22 308:24 309:14,18

**bias** 279:11,13

**biased** 277:20

**big** 228:11 234:17 249:7
269:25 270:2 283:2

**bigger** 281:13,14 286:22,24
287:1,2 305:6,15

**billing** 65:9

**bit** 10:3 52:3 55:12 66:13 67:4
77:3,20 175:16 221:12 281:11

**bits** 84:24

**black** 174:23 222:3 259:15

**blacked** 182:22

**blame** 200:11 211:1,9 239:13
280:8 309:16

**blamed** 273:5

**blanks** 216:19,20,22,24,25
217:14

**blew** 297:25

**block** 69:6,9,11

**blocked** 69:1,4,7 234:3,6,10

**board** 75:3

**Bob** 67:14

**Bobby** 222:19,22 223:2,3,5,7

**Bobie** 222:5,12,24,25 223:17
226:14

**bodies** 164:11

**Boles** 276:4 277:4,12,13,14
279:6

**bookkeeping** 16:17

**booth** 272:20

**bottom** 36:7 120:12 146:2
152:15 164:5 166:18,23 167:6
179:17 187:23 188:5 189:7
191:18 221:16 224:1 226:3
234:12 239:4 241:12 246:21
263:8 267:19 268:4 274:18
277:24 279:20

**bottoms** 229:8

**bought** 75:19 130:8,10 140:17
184:12 219:1

**box** 186:1

**boys** 228:11 249:7

**BQ** 162:10 215:1

**BQ5** 134:4,10 138:20 162:11,
14 165:2,6,10,15,18,19
168:19,21 170:1,25 172:10,
11,24 173:22,23 174:3 175:1,
5,8 181:2 182:1,3,10,14
183:16 184:9,20 185:2,15
186:6,9 215:12,16

**Bradley** 5:15,17,22 6:7 7:4,18
18:17 29:17 32:21 36:10
64:17 65:6 107:3 115:20
126:6 131:16 133:3 167:7
187:17,24 188:18,21 189:15
214:4 242:20 263:4 269:23
271:9 273:20 284:23 293:2
304:21 308:21 309:5

**brand** 165:9 181:21

**Brandan** 107:22 108:2,6,11,
13,14,15,17 224:23 225:1

**brands** 138:19 181:22

**break** 6:23,24 7:1 73:9,11
120:8 132:6,8 152:10 220:14
262:24 290:7

**breaking** 99:1 104:9 273:5

**breaks** 280:18

**briefly** 6:1

**bring** 192:22 232:23 235:8,22
236:14 237:6,10,12,14,16
265:15 275:11 292:8

**broad** 226:25

**broke** 119:2,6,8,12,15 241:24
296:17

**broken** 112:16,18 119:5

**brother** 62:17 75:18

**brothers** 62:18

**brought** 193:23 232:24 295:12

**browsed** 263:23

**BS** 167:23 239:20

**Btw** 223:12

**buddies** 68:24

**build** 40:25 46:19 48:14
114:16,24 115:14 124:18
126:24 168:2 241:9 294:12

**builder** 53:11 112:9 288:10

**builders** 41:13 42:16,20 47:24
48:24

**building** 43:6 46:23 47:9 48:5
49:2 124:4 125:3 272:2 280:7,
21,25 282:24 283:23 285:17
287:25 288:18 289:6,17 290:1
291:5,12,19

**builds** 110:25 111:2,5 113:11
114:2,6 117:4,11 126:16
211:22

**built** 48:15 115:11 117:21
119:18 120:4 123:23 124:22
128:7 240:25 241:7 294:8,11

**bulged** 296:3

**bull** 35:12 212:17

**bullseye** 181:12,13,14

**bunch** 66:8 276:6 304:22

**Bunker** 107:22 108:2,6,11,13, 14,15,17 109:10,17 128:23,24 129:4,5,10 224:23

**burdensome** 173:16

**Bureau** 86:10

**burn** 224:8

**business** 45:18 46:12 77:11 85:15 87:3 92:13 93:2 98:17 99:6,19 113:16 145:17 154:15 176:10 179:20 192:25 206:7 229:19 230:3,10 231:9,12,16, 22 232:1,3,4,6,18 233:2,7 245:10 258:10 270:5,14

**butcher** 44:11,12,15

**Butler** 271:6

**butt** 68:18

**button** 216:20

**buy** 10:17 44:23 49:8,10,19 50:14 61:11 76:5,11 78:9 108:2,4 134:19 135:17 136:7 137:21 138:7 143:6 175:1 177:17 182:3,10,13 218:8 223:19 241:4 256:24 257:6,12

**buying** 41:6 44:24 46:11 48:5 171:9 181:6 218:9

**buys** 139:15 212:17

---

## C

**Cain** 21:1

**calculated** 173:16

**caliber** 35:12

**calibrated** 134:12 139:10

**call** 7:11 11:10 16:7 17:6 18:1, 9 22:3 25:6 43:13,22 45:19 56:7 90:10,11,12,14 100:7,17, 21 102:24,25 103:4 107:14

132:19 191:25 200:14 205:11 207:12 220:14 243:10 281:20

**called** 43:11,19 45:14,20,22 62:8 66:24,25 67:1,14 69:12 75:8 86:21 90:22,23 91:5 100:3 103:1,12 130:9 138:16, 24 144:17,20 146:2 153:12 165:8 170:24,25 171:7,22 201:14 202:8,10 204:19,20 207:11 251:19,22 289:24 294:24

**calling** 91:15 109:1 139:4 238:2 290:13,17

**calls** 18:15 25:1 32:2 34:15 39:2 98:8 100:20,24 101:4 102:11,16 103:9 104:4 109:3 115:8 116:10 120:24 123:8,18 131:11 138:21,22 180:5 287:19

**camp** 292:7

**campaign** 197:9,10 228:23 235:9

**Canadian** 64:2

**cancer** 235:19 236:1

**Cao** 241:8,16 242:2

**capability** 106:14

**capitalized** 200:2,3,4

**caption** 229:7

**card** 246:2

**CARDAMONE** 309:22

**cards** 280:1

**care** 61:22 80:23 227:14 239:23 271:21,23

**careful** 194:25

**Carolina** 153:8,16,17,18,19

**Carpenter** 162:5,22 163:25 165:2 173:21

**carry** 44:23 47:2

**carrying** 217:19

**Cartech** 164:2,9

**Carter** 181:25 182:6 184:6 210:3,7,8,14,17 218:24

**cartoons** 226:22

**case** 55:12,14 71:3 120:15,19 121:15,22 185:2 191:8 250:1

**cash** 246:1,2

**casting** 268:12

**catch** 29:2 87:18

**cater** 9:21

**caught** 142:5,8

**caused** 120:23 212:12 214:8 239:14

**causing** 120:11 211:8,11 259:23 260:14 290:7

**CBRADLEY** 246:22

**cease** 191:7,22

**cell** 16:7,9 17:9,12

**certificate** 33:22 146:11,20,22 147:2,3,7,17,20,24 148:11 149:2,5,8,14 150:9,25 151:8, 17,20 152:2,4,15 155:3 162:4, 22

**certificates** 152:14 154:11,20 155:14 157:13 158:9 159:8,25 160:14,19 171:14 173:20 176:5 178:6,15

**certification** 156:21 205:2

**certified** 154:12 156:24 157:5 205:3 207:25 217:12 219:6 277:23

**certifies** 156:16

**certify** 34:1 156:1,5,10,13 157:17

**cetera** 116:14,17 123:11 234:18

**chain** 269:14

**Challenge** 9:13

**chamber** 204:5

**Champincuc** 222:4

**Charles Bradley**
**07/20/2022**

9

Championships 65:22

chance 69:15,18 71:4,6,12,14, 17 72:8 134:3 248:9

change 19:15,16,21 21:7,8,10, 15 22:2,5,9,12,16,19 29:2 33:5 37:10,15,17 39:5 40:15, 17,21 42:4 49:24 50:16,25 51:2,15,20 98:16 110:12,18 111:12 112:24 114:20 116:24 122:21 142:12,14 220:10,18 281:3

changed 21:3 22:10,18 27:20 30:7,10,15 37:10 38:25 39:11 40:9 51:18 52:8 142:7 220:12, 19,24 260:7 265:25 283:6,9

changing 22:9 111:8 196:15 283:11

character 70:1 251:22

characteristics 298:11

charge 12:15,17 14:1 52:9,10 295:23 298:2,14,17,18,19 299:7,8,11,15 301:11

charged 297:21

charges 298:8

Charles 5:15,17

chase 245:16,22

chat 55:9 77:2 197:24 222:8 224:11 228:1 234:14 248:16

check 45:1 57:17 58:8,9 244:23 245:7

checked 15:2 42:6 216:16

Chelle 108:25

chemical 110:13,18 111:17 114:3,9,10,20 115:5 116:24 122:21

Chris 69:15,18 71:4,6,12,14, 17 72:8 233:24 248:9

Christianity 68:21

chroming 116:13,16 123:10

Chuck 167:7 181:1 187:24 188:21 189:15 223:14,16,17

242:20 294:23

Chuck's 277:5

circles 78:18 80:21 257:22 258:17

cited 27:13,19 30:5 40:4

city 20:18

civilian 181:11

claim 66:19 90:3 105:6,24 107:16 110:3 128:21,23 140:16 194:3 202:3 208:21 209:4,5 256:4 288:6

claimed 89:2 103:21 157:7,9 159:22 160:1 225:12

claiming 85:4 89:13 98:13 99:24 103:20,24 104:2 115:12 196:19 199:12,19 200:22 201:18 202:15 206:15 214:9, 10 280:15 283:18 285:22 291:25

claims 78:4 88:18 89:11 98:7 101:9,15 102:1,12 118:14 128:11 144:12 157:4,14 160:1 174:8 194:8,9 201:10,13 243:23 255:7 274:7 275:2 279:25 283:8 285:5 287:17 289:11 290:2,5,14,20

clarify 42:21 192:4

classes 9:20

clear 6:10 7:9 105:20 132:13 225:23 227:20 231:24 295:23

cleared 226:4

clerk 34:3

click 21:2

clients 16:2

close 80:21 81:12 233:24 257:22 258:17

closed 274:16

clothing 270:22

clubs 66:9

CM/ECF 34:4

CMC 34:3

CMP 181:4,10

co-defendants 265:12 266:1, 13 267:9

coat 273:4

coated 181:24

coating 116:12,16 123:10 272:19 273:5

Cod 88:7

code 96:13 146:3

codes 150:19

Cody 233:15

Colantone 293:17 297:1,6 302:7 304:3

collude 179:18

colluded 84:25 98:15 99:6,16

colluding 78:7

color 259:17

combat 228:23 235:8

comfortable 43:4,7

comma 200:7 277:17

comment 186:17 236:17 239:9 242:4,8 246:3,17,25 247:3,19 253:12 264:11,13 267:20 269:5 301:21,23 304:15 308:20

comments 66:13 198:19 233:22 257:19 279:12

common 211:19 214:16

communicate 16:5 72:3 89:9

communicated 81:10 87:6 88:6,24 91:14 92:19 93:8,16, 21 165:23 244:22

communicating 71:12 87:15, 24 101:8,14,25

communication 67:25 166:12, 15 308:16

communications 97:10 102:8

103:14

**companies** 141:17 168:18 171:9 288:4

**company** 15:16 16:3 61:3 62:19 67:6,14 75:13,16 85:8 87:3,9 92:13 93:2 94:8,11,14, 18,22 95:7 138:20,22 155:5, 10,16,21 157:12 171:10 175:4 177:10 180:5 199:14,18,19,24 200:10,22 201:17 202:23 206:14 210:24 214:25 244:3 263:20 272:21 278:6,10 279:21 288:8,19 289:10,11 290:2 291:21

**company's** 15:17

**compare** 217:3 218:15

**compared** 138:21

**compensator** 125:7,8,10,13, 16

**compete** 10:7

**competition** 7:23 8:16,17,19, 20,23,25 9:1,2 10:9,18

**competitive** 200:17

**competitor** 113:18

**competitors** 75:9

**compilations** 155:6,17

**complain** 98:25

**complaining** 119:4

**complaint** 31:2 56:8 84:20 99:5 110:5,11,17 116:23 122:20 145:8,10 168:6 169:18 172:6,21,25 174:2 175:12 201:22 202:9 268:24,25

**complete** 117:7

**completed** 167:9

**completely** 7:7,10 74:20 171:20 208:9

**compliance** 154:16

**comply** 154:25

**composition** 110:13,19

111:17 114:4,10,20 115:6 116:24 122:22

**computer** 59:1,21

**computers** 15:14 59:10 60:1

**concave** 204:3,4

**concern** 198:10 199:9

**concerned** 199:11

**concerns** 128:11 200:14

**concluded** 310:1

**conclusion** 25:1 32:3 34:16 98:9 104:5 115:9 120:25 131:12 287:20

**conditions** 131:18

**confirm** 155:20 201:6 216:6,9 245:21 246:6,9,12 303:13

**confirming** 87:7 88:2 91:16 182:10

**confirms** 155:9

**conform** 27:14,22

**confused** 177:2

**confusing** 27:11

**confusion** 189:25

**conglomerate** 9:18

**conjecture** 123:14

**conjunction** 43:2,9 61:20

**connection** 7:21,22,24 8:3,8, 13,15 10:20 11:20 12:16 17:23 19:10 31:21 32:17 34:12 35:10,11 47:14,18,23 54:3,18 72:17 75:11 98:5 101:25 108:24 131:22 134:17 140:17 141:16,23 143:12,16 194:3,10,21 195:16 197:1 198:2,23,24 235:10 242:3 265:24 274:22 275:15 276:2 277:10,14 279:2

**Connection's** 22:25 32:1

**considerable** 164:13

**considered** 164:12

**constantly** 25:19 47:1

**construed** 82:21

**consult** 230:6

**consumers** 199:11

**contact** 68:3,11,15 72:6 97:14 108:14 144:14 204:23 252:17

**contacted** 18:19 108:11,15 109:25 251:18

**contacting** 90:5 243:7 252:3, 8,14

**contained** 154:20 210:19

**contend** 262:4

**content** 56:2

**contents** 154:7

**context** 104:7 137:16 230:22 231:3 277:13

**contingency** 227:3,5,7,9,11 239:20 241:17 247:4,22 250:6,17,21 251:11,20 253:15 271:20

**continuation** 291:23

**continue** 47:21 107:8 247:9 292:2

**continues** 200:7,8 214:1

**continuing** 235:23 236:16

**continuous** 246:18,20

**contract** 20:7,10

**contracts** 168:3

**contrary** 169:24

**convention** 270:2

**conversation** 62:4 63:8 70:3 81:23 126:1 140:1 166:24 168:25 172:13,16,22 174:4 175:9 188:1,4,25 205:8 223:3 263:9 266:12 285:10

**conversations** 63:6,9 83:1 103:16 126:7,9

**cool** 210:10 234:17

Charles Bradley
07/20/2022

11

copied 63:18 203:24

copies 23:24

copy 35:10 141:1 183:11 196:18 219:15 220:4

corner 274:19

Corp 8:1,2,3

corporation 7:24 8:5 162:5

correct 7:24 9:11 10:12 12:19 23:1 28:7,23 32:5 35:6 36:2 37:6 39:15 42:11,16 48:1,9 49:7,13,22 50:6 51:6,13 54:4, 6 57:13 58:17 60:6 74:12,14 77:18 83:10 89:11,14 94:25 96:4 97:14 99:25 100:25 111:3 115:21 116:18 117:5 125:24 127:8,9,12 133:23 137:7 139:3 143:8 144:12 146:9,11 147:2 148:12 149:3, 15,25 150:10,25 151:18 152:18 153:23 154:3,8,17 155:1,11,22 156:3,14,25 157:1,19,22 158:1,5,11,12,24 159:21 161:6 162:17 163:25 164:3 165:4 166:24 169:21 170:25 172:6 173:2 174:19 175:12 178:19 179:8 180:24 182:14,18,21 183:4,7,21 184:7 185:3,23 186:2 187:21 190:20 194:4,10 197:2,3,4,7 198:2,12,20 199:8 200:18 202:10,25 204:11,15 205:24 206:11,25 207:23 208:19 211:12 212:4,8 215:25 216:7 219:10 221:18,24 222:7 226:24 228:4 229:11,19 230:15 235:6 236:18 237:8 240:15 241:1,14 242:3,25 245:11 248:12 249:13 254:18 255:4,5,8,9 258:7 259:13 260:3,6 261:17,20 262:1,22 264:24 265:22 268:7 270:20 273:17,25 274:23 275:3,12,23 276:10,18,23 277:8 278:2,13, 17,18 281:21 290:16 291:8 292:15 293:4,8,24 294:13,21 295:1,8 296:5,8,9,22,23 299:9,19 300:11 301:17

302:17,21 304:5 309:12

corrected 192:12,13

correcting 262:1

correctly 93:23 130:17 134:15 182:8 204:6 208:1 210:9 268:9

cosmetically 282:20

cosmetics 50:22

cost 175:2

costs 229:5

council 20:18

counsel 121:11

count 31:8,10

counter 179:14 227:25 239:25 265:23

countersuing 269:9

counting 294:7

County 153:8

couple 15:1 63:3 124:23 232:22 262:25

court 5:19 34:3 65:9 132:5,17 133:1 142:16 153:13 167:22 177:1 200:5 229:5 266:3 290:12 298:25

cover 200:11 211:1 241:21 263:22 279:8 283:14

covered 278:21

covers 57:23

CR 272:20

cracked 240:23 241:20

cracking 120:13

cracks 240:22

create 120:6 216:20

crevice 120:7,12

crook 67:19 69:18

cross 175:16

CROSS-EXAMINATION 5:12

crying 279:16

cryogenic 181:3,23

Cryogenically 183:17

Cue 241:13

cunning 195:1

cunt 224:9

current 7:18,19 25:18 80:24 154:1

cuss 75:9

custody 269:14

Custom 46:19 47:25 77:15,24 98:6 99:17 103:19 104:1 111:1,2,19 118:17 126:16 140:19,21 142:1 143:6 193:2 194:8,9 214:8 227:23 252:4 256:18 257:15 259:1 274:7 295:6,8

customer 10:23 22:3 39:2 47:24 48:3,4,16 78:8 98:18,19 105:7 106:22 124:15 156:8 157:15 185:21 201:22 202:9 223:8 256:14 295:17,24

customer's 65:1

customers 10:12 80:15,16,19 113:20 124:23 154:23 155:7, 18 169:23 270:3,5

Customs 47:24 295:5

cut 107:11 119:25 120:8 158:20 161:20 212:16 223:19 259:20,22 260:13,15,25 281:11 307:5

cuts 212:19 223:21 286:25

cutter 120:1

cutting 120:9 133:22 216:17 283:13

CZ 67:1

---

**D**

D-I-N-T 167:11,16,17


HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**dabble** 9:15

**dad** 51:24 61:7

**damaged** 235:20

**damages** 225:7

**Dame** 55:24,25 56:15,22 57:5
64:1,16 66:1,10,15 67:11,12,
20 68:3,5,11 70:2 71:20,23
72:16 83:19 131:21 133:7,21
136:6 138:4 139:19 141:21
165:18,22,23 166:12,14
167:3,20,25 168:14 170:10,24
172:23 193:4 196:11,17,23
221:5,8,24 222:7,17 224:2,8,
9,10,15 225:22 226:3,9
227:10,20 229:2,5,15,16,24
230:6 231:4,13 232:15,25
233:4,15,18 234:11,13,21
235:2,6,15,19,25 236:2 239:4,
5,17 240:17,21,24 241:6,11,
13,16 242:1,4,7 245:11,16
247:3,21 250:5 251:15,18
252:7,22,24 259:9,19 263:8,
10,12,13,18,25 264:14 265:1
266:1 267:20 268:5,11 269:10
276:9,17 277:4,6

**Dame's** 66:12 196:13 253:12
264:21

**Dan** 124:10,18,22,23,25 125:6,
23 126:11,18,19 127:21,22,24
128:4 285:8

**dark** 179:13

**data** 145:19 158:3,4,8 163:24
164:6

**date** 33:14 34:7,12 37:23
43:14 56:18 61:8 79:9 81:25
82:13 147:10,12,23 157:16
172:25 180:10 183:6 185:25
188:22 190:9 199:23 202:23
215:2 217:4 218:17 224:2
230:15,16,18,19 233:3 247:15
269:1

**dated** 147:24 148:9 149:2,13,
24 150:25 151:8,18 152:3
162:7,23 180:24 185:22,23
240:14 246:22 274:25 275:5

277:7

**dates** 82:12

**Dawson** 67:1

**day** 25:19,20 51:24 58:13
67:16 86:3,8 94:11,13,18,22
95:4,6,15 102:22 157:23
183:24 191:4 211:13 231:24
237:21 262:4 264:10 271:25
272:14 274:1 309:17

**day-to-day** 61:16,23

**days** 199:17

**dead** 234:14

**deal** 61:6 69:2,15 71:3,14,17
72:9 130:16,20

**dealer** 76:12,13,20

**dealers** 199:15 270:6,9,11,12,
25

**dealing** 61:7

**dealings** 61:10 73:4

**deals** 270:2

**decade** 172:15 175:13

**December** 131:19 141:7
144:10 183:7,24 184:4,9
189:17,25 190:3 224:3 225:22

**decide** 302:4,6

**decided** 125:1 193:7 194:2

**decipher** 160:6

**decision** 194:7

**declaration** 153:3 159:7,9,20
160:12 171:15,18 176:18
177:8,22 178:5,18,20

**declare** 113:4 153:9 157:21

**dedicated** 74:20

**deer** 270:21,22

**defamed** 239:10

**defaming** 85:17

**defective** 78:7 85:2 88:19,20
89:3 98:13 99:25 101:16

102:2,13 105:8,25 115:12
128:8,12 140:18,22 203:6,20
214:9,10 287:7,18 288:6
290:3,10,15,20 291:1 297:25
300:22 301:9,25 308:12

**defects** 103:19

**defend** 85:15,21 87:2,8 266:2,
11 288:5,8 289:10 290:2,5,14
291:19

**Defendant** 22:24 172:1,4
173:8

**Defendant's** 31:1

**defending** 192:24 195:4
266:14,18 267:16 288:3
290:24

**defense** 89:12 192:24 194:18
197:8 265:19

**Defenses** 172:5

**Defensive** 9:8

**defer** 132:14,15,16 139:13

**define** 157:16

**definitive** 53:13 305:17

**definitively** 63:21 83:4

**defunct** 9:17

**degree** 159:25

**delay** 122:10

**delete** 59:1,4,6,7 198:6 276:6
279:6

**deleted** 60:3 276:15 279:12,16

**Deleting** 279:15

**delivered** 156:10

**delivery** 154:23

**demand** 62:7 85:9 86:21 87:1
90:23 135:8 144:11,15 194:2,
6,11,13 198:9,14 205:25
216:13 236:25 237:4 280:4

**demanding** 225:6

**demands** 280:12,13

HANSON RENAISSANCE
COURT REPORTERS & VIDEO
hansonreporting.com
313.567.8100

**Charles Bradley**
**07/20/2022**

**denial** 116:2 123:2

**denied** 110:23 117:2 172:10

**denies** 276:19

**deny** 23:20,23 24:4,9,22

**denying** 93:6

**departed** 75:22

**department** 10:23 15:13,14

**departments** 10:21

**departure** 74:17

**depending** 11:2

**depends** 75:7 207:17

**deposition** 5:5,17,22,25 6:6 44:13 79:6 99:15 181:15 310:1

**describe** 47:13 53:22 226:12

**describes** 36:4 172:14

**description** 19:25 20:6 21:16, 18,20,24 22:4,7,8,11,13 23:15 27:2,23 28:3 29:5,24 34:10 35:6,16 36:1,24 37:8,17,19, 21,25 38:24 39:17,20 47:17 162:9,25 219:14,16,17 220:8, 10,11,17

**descriptions** 19:17 22:15 23:25 24:1 29:2 30:10 33:5 34:20 37:16 38:25 220:16

**design** 44:4,19 52:1 282:9

**designed** 283:15

**desist** 191:7,22

**detail** 119:1

**details** 182:5 237:22,23 238:1, 5

**determine** 24:3 206:23

**develop** 41:8 43:1,9 48:8 225:16,17

**developed** 134:4

**development** 14:20 256:8

**device** 163:18

**diameter** 304:20 305:8 306:24

**died** 61:7

**difference** 39:8 59:17 114:11 119:23 215:8

**differences** 170:23

**differentiate** 11:23

**differently** 88:11

**difficult** 182:23

**digs** 241:25 242:2

**dimension** 50:25 51:2,13,15, 17 212:18

**dimensions** 49:12,21 52:4

**dimple** 130:18 218:1,5

**dimpled** 131:1

**dint** 167:12,15 269:7

**direct** 82:17 132:4

**directed** 142:10,12,19,20 143:2,5,7,19,22 144:1,6 193:12 196:15 197:19,22 280:16 292:3

**direction** 142:3,4

**directly** 28:1,4 109:11 131:24 135:17 136:7 138:7

**director** 8:10,12 20:19

**disagree** 92:11 141:7,10

**disassembly** 164:15

**disbelieve** 256:2

**disclose** 64:18 240:20

**disclosing** 93:1

**discovery** 132:1 135:10 145:20 166:10 173:17 180:16 197:25

**discredit** 85:5,11,13,20 87:16 88:2 232:17 237:8 248:24 265:3,9 266:16,17 279:8,19 288:1,9,20 289:7,11,16 290:18

**discrediting** 85:22 88:7

**discredits** 264:5,24 265:6

**discuss** 77:10,15,20,23 121:15,22 126:7 144:22 165:6 227:9 271:12 276:24

**discussed** 63:13 67:10 68:11, 14 97:16 158:10 276:21,25 277:2

**discussing** 308:3

**discussion** 37:8 50:23 97:25 165:17 177:4 195:9 214:17 224:5 248:20 297:6

**discussions** 46:21 63:16 77:5 135:9 212:10 272:9

**disinformation** 276:13

**dismiss** 30:21 31:1,23

**dismissed** 31:9

**disproven** 280:4

**dispute** 34:6,9,22 35:2 38:9,12 40:7 47:5 53:5 159:2,20 160:12 178:17,20 208:16

**distributed** 141:24

**distributors** 155:7,18

**divisions** 9:21

**divulging** 65:1

**document** 22:24 34:2 35:15 124:9 133:6 141:9,11,14,15, 23,24 143:16,17 146:5,7 148:16,19 149:1,13,19,21,23 150:4,6,17 152:2,19 163:12 166:9 172:1 187:20 246:18,19

**documentation** 145:4,10,13, 16 160:25 161:3,10,14 256:3 258:8,16

**documents** 47:4 55:20 83:24, 25 112:16 116:5 123:5 141:5 154:5,23 166:6,21 173:20 174:7 176:16 189:21 221:17, 20 246:21

**dog** 233:24

**dollars** 199:17 225:6

**Don** 14:23 41:16

**dot** 231:8,25

**double** 251:19,22,24 252:3,8,
14,18,19,20,23 295:23 297:21
298:1,7,14,17,19 299:7,8,11,
15 301:10

**doubt** 135:23 140:15 215:7
216:2 218:21 262:19 268:12
271:17 278:24

**dramatically** 304:17

**drilling** 216:19

**drive** 277:7,9

**drop** 181:22 183:18

**Dropbox** 188:11,12

**drunk** 55:18 56:11,14,21 57:4
139:22,24,25 140:3,4

**duly** 5:8

**duper** 134:12 139:10

**dust** 283:14

**duties** 11:20 154:15,24

**duty** 105:14,23 106:24 107:14

---

**E**

**E-H-H** 277:16

**E18-19** 217:10

**ear** 140:11

**earlier** 29:1 38:20 41:16 45:11
47:10 90:9 211:20,21 220:6,7,
18 236:19 244:24 249:18

**early** 124:16

**ease** 166:3

**easier** 161:20

**easy** 95:3 164:15 239:22

**Ed** 161:18

**Edge** 295:17

**Educate** 99:9

**effect** 122:13 165:16 236:25

**effectuate** 21:6

**effort** 265:3

**egging** 242:1

**ehh** 277:15,16

**ejection** 296:3

**election** 8:2 74:19,22

**Electronic** 309:19

**electronically** 34:2

**elicit** 127:14 141:18

**else's** 281:19

**email** 15:19 16:6 45:4,8 54:1
55:15 58:19,25 59:12 60:8
74:1 102:9 165:16,21 179:6,9
180:6,10,23 186:22 293:6,10
294:23 295:1,2,4,9 297:16

**emailed** 40:14,17,19,20
141:17 295:2

**emailing** 294:20

**emails** 54:2,8,9,10,11,18
58:11,15,21,22,23 59:4,6,7,8,
15,18,20 60:3,6,9,15,18,21,23
63:19,22,24 73:10,15 81:5
97:11 292:6 294:19

**emergency** 16:6

**emoji** 96:21

**employed** 72:16 73:5 119:12
120:14 121:15,21 125:23
153:25

**employee** 131:20 153:21

**employees** 11:1 18:18 58:12,
16 60:10 64:15 154:22

**employer** 65:11

**employment** 12:2 75:22 76:23

**employs** 119:15

**enable** 23:23

**encouraging** 269:7

**end** 125:14 152:19 201:14

**effect** 229:4 261:10,23

**ends** 240:25

**enforcement** 10:15 217:10

**engaged** 270:4

**engages** 276:17

**ensuring** 154:25

**enthusiasts** 233:19

**entire** 216:14

**entities** 8:4 67:25 68:3

**entitled** 132:13

**entrapped** 195:3

**equipment** 139:11

**essence** 170:22

**establish** 303:19,20 304:4

**established** 171:13 214:23

**estimation** 184:2

**events** 77:11 154:20

**eventually** 66:22,23 197:21
294:9

**Everything's** 84:21

**evidence** 5:20 90:1 92:1 116:1
119:14 120:22 121:3 123:1
143:2,5,18,21 144:4,5 160:8,
10 173:17 205:5 206:24,25
207:21 208:12,13,18 209:18
212:3,9 213:15 214:7,11
224:22 258:6,9 283:17,22
285:25 286:2,5 298:1 300:3
301:9 302:16 308:2,11,14
309:9

**evident** 296:16

**exact** 9:9 21:20 176:11 213:3
272:9

**examination** 255:11

**examine** 296:22

**examined** 5:10 285:12 287:5
296:18

**excerpt** 169:17



exchange 200:15

exclusive 42:13,23 194:22 225:5,9,13 282:9

exclusively 42:15,18 47:22

excuse 50:8 79:10,20 90:15 135:13 154:10

executed 157:22

exhibit 22:21 30:23,25 33:16 35:8,10 36:15 39:21 47:7,10, 11,13 110:6 122:15 124:6 132:4 133:3 140:25 145:24 152:10,11 153:2,3 161:15 163:21 166:1 169:12,13 170:4,7,8,14 171:23 172:14 173:6 179:2 185:19 187:18 188:8,10 189:6 198:4,5 221:13 228:25 233:11 235:13 238:22,25 253:1,2,4,6 263:4 267:23,24 274:13,16,18 293:2 297:9 304:10

Exhibits 5:5

existed 228:2

exists 68:22

expand 112:7,9

expect 240:23

expecting 134:13

experience 43:8 154:2 273:8, 14

experienced 280:9 298:19

experiencing 272:7

expert 120:14 121:15,21 122:11 124:9 125:24 126:13 159:15 287:15 298:5 299:2 300:5,16,17,21,25 302:3,25 303:1

expertise 50:1 158:19,21 159:4 160:6,9

explain 29:15 38:15 65:19,21 76:9 125:12 160:10 181:24 269:23

explained 28:23 29:1 38:20 48:25 171:8

explaining 277:7

explanation 93:4 171:11 180:19

exploded 299:5

extent 127:10 132:9 157:6,9 159:22

eye 234:11

eyes 276:14 290:19

---

## F

fabricated 84:20,21,22

face 273:10,11 274:9

Facebook 47:14 48:16 52:9, 22,23 53:1 66:7 67:16 68:14, 19,24 69:8,13 70:1,15,19 71:4,7 81:6 82:16,20,22 83:7, 11 85:17 90:18 96:11,15,17, 19,21 97:10 102:9,10 108:18 129:1,6 142:5 166:16,17 167:1 190:14 194:4 195:10 197:1,7,8,12 198:2,18 199:18 200:21 201:17 202:5 203:18 206:14 207:9 208:24 209:22 210:12 221:4,6,10,17,23 226:16 227:25 233:23 234:18 236:17 237:1,2,7 246:16,22, 24 247:1 249:16 251:19 252:16 263:9,12,13 268:5 273:3 274:8,10,12,23 275:21 279:18 282:7 285:6 293:15 296:10

facilitate 76:20

facilitating 76:24

facility 217:12 277:19,22

fact 84:24,25 86:4 90:3,14 106:8 111:22 113:10 126:23 130:4 156:24 184:12 193:23 210:6 225:2 232:2 248:13,16 250:21,22 257:22 262:14 266:8 278:1

factory 295:23

facts 153:11 174:22 250:1 279:24

factual 32:5

fail 120:23 280:8

failed 257:1 279:9 295:22 296:7,8,11

failing 291:18

fails 31:10

failure 295:12

fair 63:12 65:14 83:13 87:12 88:14 124:5 125:4 136:17 139:2 145:9 166:6 185:14 186:16 218:15 261:13 274:6 309:13

fairly 13:14 136:18

fake 227:2,5

falling 222:23

false 157:14 160:1 209:4 233:21 290:25

familiar 133:17

family 145:18 175:24

fault 241:9 245:11 272:8

Faulty 280:8

FB 234:15

FBI 86:10 87:25 89:1,10,24 90:2 91:15 95:16 238:17 243:8

February 47:18,25 48:22 149:24 185:23 186:10

fed 167:22

federal 5:19 86:10 270:13

federally 76:17,20

Fedex 16:18

fee 225:17

feel 74:4 195:2 245:10,14

fees 229:4

felt 43:4,7 299:11

Fiato 5:13,16,21 18:5,21 24:20 25:5 26:4,8,15 28:19 29:7,11, 20 32:4,12 33:7 34:21 35:4



**Charles Bradley**
07/20/2022

16

36:14,19,21 39:14 44:7,9,11,
16 49:20 50:5 51:1,10,11
60:17 64:21 65:5 79:4 80:1
86:1 87:14,23 88:12,16,23
89:5,22 90:13,15,21 91:22
94:6 95:12,19 96:1 97:2 98:22
99:14,22 104:18 105:21
106:11 107:8 108:1 114:21
115:1,10,18 117:10,16,20
118:3,10 121:5 124:1 126:15
131:13,15 132:7,18,23 133:2
135:1,20 136:10 137:2,6
138:2,11 142:18 143:1,23
152:22,24 157:25 158:7,15
159:12 160:7 161:24 162:1
166:3,8 167:8,16 168:24
169:8 171:5,19 173:5 174:17
175:10,20 176:12 177:7,20
178:1,3,10 179:1 185:1,11
186:15 187:9,12,14,16 188:15
200:1,6 201:9 202:21 207:15
208:17 209:6,17 210:1 211:17
212:1,7 213:1,9,14,18 214:6
215:10,21 216:5 220:2 221:3
224:4,6,7 228:19 232:11
244:11 247:13 249:2,17 250:2
254:22 255:2 258:18,24
260:20,22 262:17 263:1,3
264:7,8 267:4,18 269:11,13
273:19 277:16,18 278:16
282:1,12,18 285:2,24 286:10,
13 287:9,14,22 288:7,15
289:1,18 291:2,7,22 292:19
293:1 298:22 299:4,18
300:10,15 301:16 302:5,15,20
303:8,16,17 304:2,8 306:18
308:1 309:1,2,16

**fight**  95:3 223:8

**fighting**  292:10,20

**figure**  53:25 105:9

**figured**  295:12

**filed**  8:2 27:14,18 30:3,8,11,
12,16,18,20 31:22,23,24
32:13,15 34:2,7,12 37:7 39:11
40:2,6 70:6 79:1,11 160:24
165:11 172:21 234:10 236:7
265:11,17,21,25 266:9
268:19,22,23 269:1,3 272:24,

25

**filing**  121:24

**filled**  58:19

**finally**  43:25 69:1 246:1

**find**  45:16 47:1 50:13 54:15
65:6 74:1,5 86:25 92:4,15
93:25 99:15 105:23 106:1,25
131:5 169:3 243:12 248:8
253:8 257:6 259:7 265:17
267:10 278:20 308:16

**finding**  49:8

**fine**  66:15 202:22 278:3 309:1

**finish**  26:19 76:18 101:10,12
111:14 127:4 160:16 168:5
194:16 216:25 217:7,14
223:22 283:20

**finished**  117:15 118:2,8,11
121:18,19 123:25 126:23
208:8

**Fiocchi**  295:18

**fire**  11:3

**firearm**  76:11,12 164:21
214:24

**firearms**  8:20,21 76:24 164:21
270:13,20,21 289:8 301:3

**firearms-related**  76:25

**fired**  55:2

**firsthand**  215:23 218:13 219:5
257:12 284:11 298:9

**fit**  53:7,11 112:12 295:15,20

**fitted**  256:22

**fittings**  164:10

**five-minute**  262:24

**fix**  139:7 212:11 294:8

**fixed**  294:9

**flip**  36:10 191:14

**Florida**  20:15,21 108:8

**focus**  9:2 10:18

**Foley**  11:13,14,16 13:17 19:14
72:23 73:6 74:16 75:10,24
76:21 77:16,24 79:21 81:5

**Foley's**  73:1 80:24

**follow**  166:23 223:11 227:8
279:23

**follow-up**  130:7

**followers**  280:14

**food**  270:21,23

**forced**  189:14 190:6

**forces**  10:16

**foreclosure**  263:25 264:22

**foregoing**  34:2 157:22

**forgive**  264:7

**forgot**  177:6 212:18

**form**  24:25 25:25 26:7,10
28:15 29:6 32:2 33:1 34:15
38:18 39:13 49:15 50:3,18
60:12 78:23 79:18 85:23
87:10,17,20 88:15,21 89:4,18
90:7 91:17 94:1 95:10,18
96:23 98:8 99:12,21 104:4
105:17 107:6 114:17 115:8,16
117:9,12,25 120:24 123:20
131:11 134:20,25 135:18
136:8,22 137:4,22 138:8
143:20 158:6,13,14 159:10
160:2 168:23 169:4 171:1,16
173:3 174:11,12,20 175:14
176:7,22 177:12 178:8,23,24
184:14 185:9 186:11 201:1
202:17 207:13 208:6 209:1,
10,19 211:16,24 212:5,22
213:7,8 215:5,6,17 216:1
220:1,25 228:15 232:8,19,20
244:10 249:1,14,22 252:10
254:19,24 258:14,21 262:16
266:23 267:14 273:18 278:14
281:22 282:14 284:22 285:18
286:7,12 287:8,12 288:2,11
290:21 291:6,15 292:16,24
299:17 300:8,9,14 301:13,14
302:1,12,13,18,19 303:23
304:7 306:15 307:22 309:14

Charles Bradley
07/20/2022

17

formation 8:13 9:7

formed 135:5

forums 71:9 193:14 196:3,8

forward 94:4 191:14

forwarded 128:18 293:23

found 37:20 65:7 92:3 120:3
195:7 210:8 224:23 225:1
237:18 238:20 243:1 252:22
265:7

fourth 40:1

Fredenhagen 14:23 41:16
108:25 109:3,5

free 72:19,21 240:23 241:4

freezing 127:1,6,16,17

frequently 81:20

friend 80:16

friends 70:2 80:13,18 113:19

front 158:22 196:5

fuck 90:24 91:1,8,11 191:2
229:14 264:9

fucked 134:13

full 181:6

fully 217:1,15

fun 191:16 192:14 222:21
226:25 231:10 232:2

funny 268:11 279:19

future 181:22

---

**G**

galling 164:16

game 223:7 227:15

gap 255:18

gases 125:15 164:17

gather 193:3

gathered 193:13

gathering 82:6 193:15

gave 13:23 20:12 41:23 75:18
81:11 82:5 136:3 228:13,16,
21 243:20 249:25 251:19
275:25 280:5,19 288:16
298:16

gear 8:23

geared 8:19

gears 164:10

general 115:3 117:14,17
123:24 126:22 198:20

generated 187:23 188:21,23

generic 114:8

Genner 112:15,18 118:22
119:4,13

gentleman 66:15 220:22

gentlemen 166:4 187:9

geometry 111:9

get all 79:6

gimmick 284:17

give 17:11,14,15,19,25 18:22
19:2 43:14 63:4,11 81:25
82:3,13 84:25 152:10 175:17
178:22 179:22 195:18 200:14
243:11,13 276:8 286:2 305:17

giving 6:17 116:2 123:2 252:3

glad 145:24 303:10

glanced 186:23

God 68:22

good 102:7 113:22 124:25
131:6 132:8 166:7 179:10,12
187:13 209:16 223:7 225:2
277:5 282:20

goods 92:15 243:7,9

Google 92:3,4 238:23

grab 85:8

grade 146:14 147:14,16 148:2,
14,16,18 149:5,17 150:2,3,12
151:2,3,4,11,15,20,22,23,25
152:3,6,8 155:9,20 156:7
157:10,16 158:5,11 159:18,23

163:3 177:10

grain 295:18

great 229:9

greater 181:3

ground 162:10 163:2 280:15
291:25

group 13:23 132:16 197:24
224:12 251:21

groups 10:16 234:15

guess 19:12 24:6 55:13 56:18
64:4 70:1 187:22 192:19
234:1 245:12 273:3 295:4

guidelines 76:14

guilty 269:14

gun 31:20 32:16 34:11 41:13
42:16,19 47:15,19 48:24 49:2
53:11,17 76:3,4,15,16 107:23
111:4 118:18 119:17 120:4
124:17,21 157:5 172:11
231:12 233:5 240:22 241:4,18
251:13 253:24 256:14,22
257:5,6,9,11,16,23 258:1,3
270:14,17,18 272:2 281:3
284:14 286:21 288:9 294:4,7,
11,12 295:16 299:10

guns 46:19,23 47:9 48:1,5
53:12 77:15,24 98:6 99:17
103:19 104:1 111:1,2,3,19
113:11 114:16,24 115:11,15
117:21 118:17 124:4,18 125:3
126:16,17 128:7 140:19,20,21
142:1 143:6 193:2 194:9
211:7,19,22 212:11,24 213:2,
19 214:8,18 227:23 241:7,12
252:5 256:18 257:15 259:1
270:17 274:8 280:7,21,25
281:5 282:5,8,20,21,22,24
283:10,18,24 284:2 285:4,12,
17 286:1 287:5,17,25 288:19,
21 289:7,17 290:1,9 291:5,12,
14,19 295:6,8 305:21

gunsmith 14:25 44:23 49:1
53:7,10 113:1,3,4 126:20
224:24 280:5,20 285:16
287:24 288:17 289:5,24



Charles Bradley
07/20/2022

18

290:14,17,19 291:3 294:16,17
295:16 298:3,18 299:7 303:2

**gunsmithing** 111:16 113:21

**gunsmiths** 14:22 15:1 43:2,9
44:3,18,25 45:5,6 50:24 61:20
106:7 108:24 113:19 123:17
126:20 209:22 212:10 214:17
225:16 294:6,14 306:2,3

**guy** 11:3,4 18:25 20:25 66:7,
11 67:3,10,18,21 68:1 69:18
96:7,10 97:12 113:23 131:2
251:13 259:3 272:19 273:7,14
277:7 281:5,16,20,24 293:11,
14 294:7,8,9

**guy's** 18:24 159:20 285:8

**guys** 19:15 67:13 97:4 108:19
112:13 115:19 232:22 233:22
235:6 236:7 237:1 239:22
248:7,18 252:8,14,17,22
265:25 266:12 279:19 292:8
295:11,13 303:14

---

**H**

---

**H-E-N-D-R-E-N** 17:2

**H-E-S** 269:12

**habit** 258:8,12

**half** 229:10 250:25 272:14

**halfway** 216:21

**hand** 254:21 277:5 285:14,21
307:13

**handle** 30:22 107:16 131:8,9
167:8 228:12 241:7

**handled** 73:25 74:8

**handles** 10:23 15:14 16:17

**handling** 101:14 210:6

**hands** 113:23

**hang** 24:25 32:20,21

**happen** 37:14 96:5 169:7
255:7 295:15

**happened** 34:19 66:17 100:25

109:7 174:16 255:7 278:9

**happening** 77:11 90:4

**happy** 47:23 55:4

**hard** 45:16 56:6 95:9 103:22
121:2 235:22 236:15 239:18,
20

**hard-core** 68:23

**harder** 134:2

**hardness** 31:20 37:14 163:8,
17,19 170:2,4 181:23 182:17
183:10 216:17,23 217:1,2,11,
15,16 218:1 219:10,20 308:2,
11,18 309:10

**hate** 133:22 222:20

**HB** 163:17

**head** 6:3 140:10 259:8

**heads** 63:4 68:18

**hear** 6:18 47:3 63:2 93:4
137:12 139:16 171:4 174:16
231:1 260:24 290:20

**heard** 86:24 90:4 97:4 135:10
168:11 184:19,24 204:25
271:21 272:22,23 273:2
287:13 307:9

**hearsay** 273:13,16,24 274:1,3,
4,5

**heart** 139:6

**heat** 23:17 27:5,25 36:9
111:19 112:4,7,9,10,23
116:12,15 123:9 134:7 199:21
200:24 201:11,19 206:16
207:8 208:22 216:17,22
223:19,21 309:7,11

**heating** 111:11 116:13,16
127:1,6,16,17

**heats** 112:8

**heavier** 281:14 286:22,24
287:2

**heavily** 134:7

**heavy** 259:23 260:14

**held** 177:4 254:20 285:20

**Hellfire** 295:4,5,7

**helped** 43:1 282:8

**helpful** 263:21

**helping** 67:20,22,23 92:15
93:3,24 164:15 229:17 230:5,
6,8 231:6,11,12,17 232:3,4
233:2,4,6 244:15 245:2 264:1,
22

**Hendren** 16:25

**Hendricks** 223:13

**hereinafter** 153:22

**hereto** 154:6 157:3

**hes** 269:10

**hey** 39:3 42:2 69:12 81:13
86:23 107:15 109:1 202:8
220:18 228:6 233:6 285:7

**hierarchy** 12:2

**high** 164:18 280:15 291:25

**highlighted** 31:15,16 146:7,14
147:14 148:1 163:7,10,11,14

**highly** 50:1

**hire** 12:25 13:6,7,8

**hired** 122:1 124:17 277:19

**hiring** 16:3

**history** 82:25 86:7 89:13
124:16 237:6 263:22 264:5,24
265:6 292:11,14,15

**hit** 239:18,19 295:25 296:1

**hmm** 45:16

**Hobdell** 67:7,8

**hockey** 223:20

**hold** 15:10 267:21 277:5

**holding** 285:14

**hollow** 281:12

**holsters** 8:24

**home** 64:22 65:11

honest 79:2 150:15 236:9
250:12

honing 216:19

hood 104:10

hope 20:12 167:22

hoping 141:17

Horowitz 40:25 41:5 43:1
45:2,11 46:18,22 48:23 51:17
61:21 77:15,23 78:11,18,21
79:8,16 80:3,7 82:14,18 83:2,
6,14 84:4,9 85:13,18 86:2,9,
15 87:16,25 88:3,7,18,25
90:5,24 92:1,6,14 94:8,10
95:6,13 98:6 99:17,24 101:8,
14,25 102:12,17 103:14,15,20
104:2 111:2 113:11 114:15,24
115:11 116:23 117:3 118:17
119:11,15 120:22 122:20
123:11 128:1,6 130:2 141:21
142:10,19 143:19 144:6,12,16
193:2 197:17 201:12 202:4
203:2,17 207:10 208:24 214:7
222:13 227:23 230:3 243:2,10
244:8,14,17 248:11,19,23
252:4 256:5 257:14,25 265:3,
9 271:12 272:7,15 283:23
287:16 288:20 292:21 294:11
301:12 302:6 303:21

Horowitz's 51:12 194:8
303:20

hosting 15:16,17,18

hours 132:11,14 262:25
303:12,15 308:24

housings 164:10

How's 132:21

HRC 163:9,19 218:22

huge 223:19

hunch 182:2

hunting 270:21

hurt 78:8 179:20 234:19

hurting 264:1,23

hurts 99:1,2

husband 18:12

hybrid 47:16,20 52:12 53:7,12

hyphen 52:7

---

**I**

idea 65:13 78:16 96:25 111:1
113:10,13,14 114:5 115:14
140:9 183:19 184:11 185:6,12
186:18,21 187:6 228:8

ideas 48:23 191:21 192:18,19
193:11

identification 5:6

identify 161:4 187:20

identity 70:20 189:5,16 190:2,
9 222:17

idiot 245:10

IDPA 9:7,9

II 31:8

imagine 235:23 236:16 245:20
272:10

IMAP 59:22

imessage 183:6

immediately 13:16

implemented 49:22

implied 235:21 236:14 237:5,
9,12

implies 211:5,9 293:12

imply 211:4 309:10

implying 291:12,17 292:14

improper 120:10 278:3

improperly 128:19

inappropriate 301:3

inaudible 119:7,8

inches 35:12

included 23:14 113:20 164:10
179:25

including 15:2 23:24 61:21
100:12 119:16 156:14 172:18
294:24,25

inclusions 301:2

incomplete 240:8,10,18 242:7
245:8 246:10

inconsistent 169:3

Incorporated 155:5,16,21
157:12 172:2 185:22 276:3

Incorporated's 172:4 173:8

incorrect 204:2

incorrectly 153:7

indentation 163:18

independent 106:1,16 129:15,
19

independently 105:9 122:12

indicating 45:5 57:5 253:13
274:20 275:19

indication 183:23 217:22

indicative 176:8

individual 9:16 15:23,25 68:6,
13 69:19 111:4 223:22,23
244:4

individually 21:10 106:5

individuals 116:3 275:11

individuals/witnesses 123:4

industries 154:3

industry 67:23 154:13 155:8,
19

inexperienced 281:21

infinity 52:8 241:24

influence 279:14

info 226:5

information 15:13 23:19,21
26:22 28:12 51:23 65:2 71:9
82:3,6 84:18 85:4,19 87:6,15,
24 88:25 97:5 145:22 169:22
175:17 193:3,14,16 225:23
226:17 227:21,24 228:21

232:16 233:21 237:19,20
243:13,14 248:5,10,11,19,22
249:3,19,20,25 250:3,13
251:20 252:4 258:12,19
262:12,13 265:2,8,18,22
266:4,6,14,16,17,20 267:10
273:9 277:8 278:10 279:25
301:20,24 302:8,9,24

**infrequent** 70:10

**initiation** 60:2 129:23 173:2

**innovation** 277:9,10

**innovative** 217:2,16

**inquiring** 24:13

**inquiry** 23:21 24:3,8,12,22
94:17

**inside** 10:21 266:12 267:6
281:12 286:25

**insignia** 133:9,12 268:5

**insisting** 129:14

**inspect** 296:24

**inspection** 199:23 200:9
202:14

**install** 53:11 111:20 118:17

**installed** 128:2 256:13 284:14
307:14,15 308:4,13

**installing** 126:25 127:3,5,16

**instance** 61:14 68:13

**institution** 173:1

**instruct** 18:3 107:9 126:5,6
214:2

**instructed** 39:17

**instructing** 142:23

**insufficient** 23:22

**insurance** 85:8,9,10 180:4

**intends** 200:10 210:25

**intent** 199:16

**intentionally** 60:4

**interacted** 62:21,23

**interaction** 61:16,18,23 70:12

**interest** 75:13,16

**interested** 46:23

**interject** 161:19

**international** 9:8 156:7

**internet** 18:14 83:16,17 93:5
95:25 96:3 118:13 141:25
194:25 195:7,21 197:12
212:24 222:11 232:16 237:19,
25 238:6,20 242:20 285:7

**interpose** 32:22 107:5 285:1

**interposed** 87:20

**interpret** 159:15

**interrogatory** 95:5 115:23
116:10 122:24 123:8,15
143:15

**interrupt** 24:19 100:15 182:12
230:23

**interrupted** 66:5 97:17 104:3
208:10 209:12

**interrupting** 29:9

**interview** 127:15

**intuition** 174:15

**inventory** 12:10 13:25 19:20,
23 53:24 106:13,15 225:1

**investigating** 67:20

**investigation** 86:8,10,11
87:25 89:1,10,24 90:2 91:14
94:15,19,20 95:16 106:1
107:20 238:8,17

**investor** 75:10

**investors** 8:8

**invoices** 60:16,19,25

**involved** 14:3,10,19 15:4
41:21 43:24 57:12,15 58:3,5,6
62:25 63:5 67:4 68:24 71:8
74:11 79:8 83:15,21,22 84:1,
4,9 86:3 92:2,6,19,25 93:9,11
94:19 95:14,15 103:10,11
121:8,11,12 122:14 137:16

194:23 195:9 207:10 210:5
243:17 244:25 266:22 271:15,
19,25 294:4,7

**involvement** 62:16 92:7 94:7,
10

**ironic** 239:11

**irrelevant** 276:7 290:11

**ISO** 217:11

**issue** 125:23 130:16 199:22
202:12,16 239:23 269:18
271:3,9 277:3

**issued** 140:19

**issues** 179:24 199:20 200:24
201:19 206:16,21 207:8
277:23

**item** 21:16

**items** 19:19 21:22 180:9
286:25

---

**J**

**James** 304:15

**January** 13:12 34:1 54:23 58:2
83:10,11 150:10 196:25
215:3,15 234:14 236:23 239:7
240:15 246:23 247:16 268:21
269:3,4 274:25 275:6 293:7

**jerky** 270:23

**Jerry** 180:1 293:17,19,21
294:25 297:1,6,12,15,24
299:10,23,25 300:1 301:12
303:18

**Jerry's** 294:4 303:25

**jives** 174:25 175:7

**job** 17:23 20:2,3 55:1,4,11
154:15 243:11

**Joe** 15:21,23 16:5 18:23 20:8,
9,10,12,13,16,19,20,24 21:1,
11 25:6,12 26:3,16,18,21
67:14

**John** 12:25 13:1,6,7,8 14:9,12,
24,25 17:19 19:22 20:7,8



21:11 41:10,11,13,22,23
43:24,25 44:2,6,18,24 45:5,8
46:17,21,25 47:5,8 50:23
52:16,17 53:16 54:16,20 56:2,
8,9,10,13 57:18,24 58:3 61:22
62:20 63:1,6,25 73:12,13,14,
17,23,24 74:8 87:18 88:22
89:6 95:21 102:3,4,11,17,21,
22 103:12,15 107:21 108:15
109:8 128:10 129:13,14
131:20 132:9 133:13,14,16
134:21 136:5 137:20 138:3
139:3,5 140:5 170:23 188:12
196:20,21 198:25 209:11
210:6 228:17 289:13

**John's** 54:17

**Johnny** 119:18,23 120:5,14,17
281:8,11

**Join** 121:1 135:19 136:9,23
137:5 138:9 160:4 171:2
174:21 176:23 177:13 178:9
184:16 185:10 186:12 201:2
202:18 207:14 209:2 212:6

**joint** 31:1 121:6 303:9

**jointly** 122:10

**joke** 229:22,23 231:23

**jokes** 226:23

**July** 5:2 149:2 157:23 168:20
172:22 174:5

**jump** 264:16

**June** 188:22

**justice** 248:8

---

**K**

**K-K** 14:6

**Kart** 112:17 119:2,5,8 223:21

**keeping** 22:1

**Kegans** 223:2,3,5

**Kentucky** 64:5 65:10,16 80:25
81:3

**Kevin** 51:24 61:7

**Kevin's** 62:17

**key** 227:16

**keycans** 222:6,12,24,25
223:17 226:14

**keywords** 224:12

**kick** 167:24

**kicked** 74:25 75:2

**kind** 8:25 16:19 46:6 55:22
67:18 158:17 177:2 270:12

**kinds** 65:23 135:11,23 138:18

**KKM** 14:3,4,9,12 15:5,11 23:8,
13,15 27:4,17,18,23 28:1,3,5,
12,18,22,24 29:21,23,25 30:3
32:1 35:5,11 36:1,5,7,25 38:1,
6,21 39:11,16 40:2,5,23 42:6,
7,15,18 43:10,17,21 46:9,10
47:16,20 49:22,23 51:5,12
53:8,22 54:1,3,12,13 57:6,13
58:4,12,16 60:10 61:4,12
62:16,21 63:18,23 73:4,10,13,
16 88:19 89:2 98:5,14 101:9
106:19 107:23 108:4,23
109:11 110:4,13,14,19 112:17
115:12 116:25 119:20,22
121:12,23 122:11,22 129:20,
22 130:1,16,20 131:21,22,24
133:24 134:19 135:17 136:7,
19,21 137:21 138:7 140:17
141:25 142:1,6,7,11,14,19
143:3,4,19,24,25 144:1,6,14,
25 145:5,12,21 146:3 147:1,4,
23 148:8 149:1,13,23 150:8,
24 151:11,17 152:2,17 154:6,
10,21 155:3,4,8,9,14,15,19,24
156:11,19,20 157:3,4,13,14,
17,18 158:3,4,10 159:18
160:19,20 161:4,5,9,11,17,22
162:2,19,20 165:4,15,19
169:24,25 170:1 172:1,4,10,
15 173:8,19,20,22,23 174:2
175:23 178:5 182:13 186:6
194:20 196:15,25 197:23,25
198:9 199:12,15,16,19,24
200:12,23 201:18 202:23
203:2,18,20 206:15,22,24
208:21 209:8 214:12,21

217:8,19 219:8,12 223:18,23
224:10,19 225:1,5,16,17
228:24 235:10 239:10,11,13
240:3,24 241:25 242:2 253:21
259:21 260:3,11 265:24 268:6
269:7,19 272:7,8 274:8 275:5,
15 277:19,22 284:7,9 287:6
291:21 292:22 294:24 295:3,5
297:19 305:6,16 308:9

**KKM's** 27:14,22 30:10 31:18
33:6,10 34:20 37:5,8 38:15,25
51:24 193:24 220:16 275:2

**knew** 46:25 56:23 64:2 65:14
67:2 86:6 94:24 119:13
126:18 136:18 137:20 139:3
141:20 142:18 143:11 194:19,
24 197:23 202:3 209:4 215:8
228:2 269:17 271:3,9 278:23
298:16

**knowing** 111:14 136:25 182:4
243:14 279:23

**knowledge** 9:24 19:18 23:19
24:14,15 32:18 33:2 37:22
44:2 63:14 74:14 86:13 87:7
88:1,4 89:16,23 95:17 96:2,4
100:9,10,22 101:2,4,7,13
102:15 103:9 104:13 109:20
113:15 114:7,15,23 115:3,7
117:8,14,17,18 123:14,16,24
126:22 127:12 128:6,9 129:22
136:15 138:24 139:15 153:11
154:7 159:15 165:12 179:17
189:11 203:3 211:19,22
212:21 214:16 215:23 218:13
254:4,11,17,25 255:25 256:17
257:8 261:19,22 273:9 283:6,
19,22 284:1,11 285:3,13
286:9,11,18 298:5 301:21
306:12,16,19 307:8 309:8

**Kosh** 189:13 190:5

**Kozell** 233:24

---

**L**

**lab** 141:17 205:3 207:24
223:12,13 278:1,19

**Charles Bradley**
07/20/2022

22

label 146:3

labeled 154:6,21 155:3,14
157:13

laboratories 154:12

laboratory 203:8,18

lack 94:1 309:8

lacks 23:19

language 27:13,20 30:5,7 40:4
90:15

large 74:8 305:5 308:8

largest 48:3

lashing 239:24

late 75:17 124:15

lathe 212:19

laugh 190:2

laughed 224:24

laughing 269:16 271:2,8
272:16

law 10:15 217:9 277:24

lawsuit 27:13,17 30:2,3,8,11,
12,16,18 31:22,23 32:13,14,
15 33:4,9,11,13 37:7 38:12
39:10 40:2,6 60:2,4 62:7 70:6
77:20,25 78:2 79:1,10,11,20,
21 80:3,6,20 81:6,14 84:19
98:1,4 126:12 129:24 160:24
165:11 173:2 231:11 233:1
234:10 236:7,22 256:25
257:3,5,22,25 259:4 265:21,
25 266:9,11,22 267:2,7,12,17
268:17,19,21,22 269:1,3
272:22,24

lawsuit's 265:11,17

lawyer 30:22 91:7 114:8
191:7,25 269:19

lawyer's 34:9,23 229:4

lawyers 6:8 7:11 30:20 32:19
79:5 175:18 180:3

lay 200:11 211:1

laying 239:13

layman 177:16

lays 191:7

lead 164:10 173:16

learned 127:11,13 218:4
255:3,6 261:6,15,19 262:14
274:7,11

leave 54:22 199:2

leaves 59:23

leeway 213:24

left 12:19,21 13:17 54:25 55:5
58:13 59:24 73:14 74:16,22
76:23 102:24 233:25 268:14
303:12

legal 25:1 32:3 34:16 37:11
98:9 104:5 115:9 116:7
120:25 121:11 131:12 263:19
275:16,23 287:20

legally 269:18,19

legitimate 239:23

length 42:25 225:14

Lepping 294:1,3,15,20 295:7

letter 62:7 85:9 86:21 87:2
90:23 108:17 129:6 135:8
144:11,15 176:11 191:7,9
192:5,8 194:2,6,11,13 197:1,4
198:1,9,14,19 199:6,16
205:15,19,23,24 206:1,11
210:22 215:2 216:3,8,12,13
221:4,5 225:6 236:25 237:4
275:5,12,20 280:5

letters 14:6 275:16,23

letting 57:24 241:9 249:9,12

level 45:6 111:16

levels 179:23

Lexington 80:25 81:3

liable 192:7

license 270:13

licensed 76:17,20

lie 264:5,23 265:4

lied 301:12 302:6

lies 265:23

lights 247:5,22 250:6

likes 42:2

Lim 119:18,23 120:14,17
281:8

Limcat 284:6,10 286:23 305:6,
15 307:5

Limcat's 119:19 284:6 285:9

limited 10:9,12 240:22

Lin 96:6 97:3,6 98:1

lines 13:21,22,24 14:1 245:9

link 83:18 242:20 243:20,21
244:6,13,19,21 275:10

liquids 164:17

list 38:1 259:6 264:9

listed 38:21,22,23 120:19

Listen 93:14

listing 21:19 33:3

litigation 164:24 268:13

live 96:7,8 97:7 108:6

lives 80:25 108:8

living 7:20

LLC 153:22

load 241:16

local 66:7 277:20

locals 233:22

located 20:20

locks 281:4

log 246:16,23

LOL 189:5 190:20,22,24,25
191:1,24

long 12:18 15:9 19:6 40:23
43:17 61:5 64:2 66:3 69:6
71:1 74:23 95:4 97:18 111:8



**Charles Bradley**
**07/20/2022**

23

124:16 132:18 187:11 217:19
227:15 247:2 248:12 272:15
280:24 281:24 283:12 309:17

**longer** 74:19

**looked** 18:24 20:14 47:10
53:24 60:15 81:15 82:24 86:6
97:9 118:11 209:22 213:19
217:24 236:20 243:22,23
255:18 292:11,13 294:8
298:3,13

**losing** 93:12,13

**lost** 188:11

**lot** 11:23 22:6 59:1 78:9 80:17
90:17 102:10 111:22 145:22
150:19 177:2 181:18 185:25
196:10 213:24 272:12

**lots** 97:23

**loud** 190:2

**Louisville** 96:8 97:7

**loves** 96:11

**lower** 170:2 183:15

**loyal** 280:14

**lucky** 245:14

**ludicrous** 85:2 98:17 99:4

**lug** 183:15

**lugs** 259:19

**Luke** 14:10 37:9 43:25 44:1
51:20 61:1,2,8 63:6,25 78:7
84:25 86:4,5,12 88:5 100:7,
17,18,22,25 102:24,25 103:2,
4,12,15 104:14,15 106:7
107:15 109:4,5 119:16,17
120:2 128:18 131:2,4 137:8,
10 138:16,17,19,24 139:4,14,
20 140:8,14 144:17 145:17
161:8,13 168:3,8,10 170:15,
16 171:7,22 172:23 174:4,14
175:19,25 176:15 179:6
180:17,23 182:13 183:12
184:5,18,24 186:8 194:12
197:4,6 201:3,14 202:1
203:25 204:2,19,20 205:1,9,
10,12,19 206:6 207:2,11,19

208:3,4,15,16 210:9 212:3,9
214:15 215:8,19 216:12 218:7
223:18 238:11,13,14,16
241:8,16,18 242:2,12 253:21
254:3,6,9,14 255:1,4,21,23
256:2,17,23 257:4,23 258:2,4,
6,22 259:1,22 260:25 261:2,7,
8,16,20,21 262:6,7,14,15,19
275:19 278:7,13,23,24 293:7,
11 295:3,11 296:15 297:2
298:4,5,12,17,20 299:6 303:4
306:8 307:7,9 308:15,18

**Luke's** 51:24 99:2 128:21,23
216:3 241:20 256:4 262:18,20
295:2 302:25 303:5

**lunch** 132:6,8,15,22 220:14

**lunches** 132:10

**lying** 142:8 196:14 234:3
263:19,22

---

**M**

**M-A-R-C-A-N-I-O** 152:23

**M.F.** 152:21 153:3

**machine** 120:1 134:12 139:10
223:20,23 230:6 231:4,5

**machine/fit** 134:2

**machining** 164:13 216:25
217:14 229:17 230:9

**mad** 236:8

**made** 19:13 20:4 23:15,21
24:3,9,22 27:4,8,24 28:13
31:18 36:8 45:11 48:15 49:21,
23 51:5,12,14,21 60:24 86:25
98:14 110:3 131:23 135:16
138:6 154:21 157:5 158:25
184:21 194:7 199:4,20 200:23
201:10,12,18,21,24 202:3
206:21 207:7 211:20 212:2
219:9 235:21 236:14,17 237:9
242:4,8 246:4,24,25 247:18
250:5,11,16 251:2,3,4,9
256:11 257:19 264:10,17,18
269:5 281:9 282:4,17 288:16
297:12 301:2,20

**mag** 8:24 295:20,21

**magazines** 67:6 270:18

**magic** 277:7

**main** 233:23

**maintain** 13:24 19:6 23:24

**maintains** 220:23

**maintenance** 19:19

**major** 217:9 241:6,8,10

**majority** 132:16

**make** 5:25 6:9 14:11,15,16
19:10,13,14,22,23 28:5,24
43:11,17 44:22 45:20,22
46:10 50:2,16 51:22 53:17,24
98:19 105:5,14 112:24 145:5
161:11 169:21 179:22 191:9
197:14 199:7 217:3 218:16
220:15,20 223:23 225:4
237:15 241:8 250:13 251:5
258:8,12 260:5 267:20
270:15,17 276:14 290:9

**makes** 42:15,18 67:6 78:9
104:14 113:23 125:10 139:14
218:9 223:16,17 270:2 282:20
286:22 304:15

**making** 6:16 42:6 52:2,3 63:1
108:22 164:14 211:7 216:21
222:21 226:25 230:7 231:10
232:2 233:5 243:23 270:22,23
282:4 283:7,9,10 288:8
291:20

**man** 55:17 56:3 96:10 97:9
109:1 132:18

**managed** 13:21

**manager** 11:7,9,11 16:17
152:18 154:1

**Mandarin** 65:9

**manufacture** 36:5 37:1 38:2,6
106:20 121:23 177:18 214:15
231:6,12 233:4 288:21 289:8

**manufactured** 23:16 27:4,24
29:2 36:8 156:23 172:11

**manufacturer** 21:20,25 22:1, 4,8 24:2 44:22 45:12 100:12, 16 104:25 105:5,16,19 107:15 109:22 131:2,4 136:3 153:23 219:23 220:4 270:15 280:10

**manufacturer's** 21:17,18 22:7 131:7

**manufacturers** 22:16 29:1 44:25 176:1 269:25 270:6,9, 11,17

**manufactures** 156:16 216:4

**manufacturing** 172:14 173:23 199:21 200:24 201:12,20 206:17 207:8 208:23 214:22 217:12 218:7 283:7

**Marcanio** 152:21 153:3,9 160:11 171:15 176:19 177:9, 23 178:14

**Marcanio's** 159:6 178:4,17

**March** 58:13 151:9,18

**MARI** 39:13 121:1 134:20,24 135:18 136:8,23 137:4,23 138:8 158:6,13 159:10 160:4 168:23 169:4 171:1 173:3 174:12,21 176:7,23 177:12,25 178:9,23 184:16 185:10 186:12 187:11,13 201:2 202:17 207:14 209:1 212:6 213:8,13,17 215:6,18 221:1 232:20 300:9,14 301:13 302:12,18,23 309:20

**mark** 55:1,11 232:1 240:24 241:19 263:21

**marked** 5:6

**market** 8:19 10:9 43:19 235:20 281:18,25

**marketable** 111:15

**marketed** 124:17,21

**marketing** 111:7 281:10 282:25 283:16 285:5,22

**marksmanship** 181:11 184:22

**Mary** 37:4

**masses** 276:15

**match** 22:4,7 30:10 33:5,10 34:20 35:5 36:1 37:5,8 39:3,4, 17,19 42:4 52:4 75:9 97:18, 21,22

**matches** 64:3 65:15,23 68:13 97:23 181:5,13,14 220:21

**matching** 220:16

**material** 179:16,18

**matter** 32:5 74:6 113:10 145:20 267:16 300:16 302:16

**matters** 267:16

**max** 163:8,19

**MBX** 67:3,5,6

**Mcintire** 61:1,2,10,13,16,18 62:23 63:6 100:25 144:24 145:3 161:8 165:7,19 169:22 172:23 174:4 175:21,24 179:6 180:7,17,23 182:13 183:12 184:5 186:8 187:6 197:4,6 198:12 205:9,12 207:11 255:4,23 256:17 261:16,20 262:14 275:20 278:13 293:7 299:6

**Mcintire's** 169:25

**meaning** 248:2

**means** 96:18 139:10 148:21 159:16,17 160:6 176:25 177:19 250:12 304:19 307:5

**meant** 167:19,23 181:4 192:9 226:22,24

**measure** 213:2 306:21

**measured** 284:13 307:11

**measurement** 305:17 306:22

**measurements** 42:8 213:4

**measuring** 163:18

**mechanism** 89:12

**Mecklenburg** 153:8

**media** 68:5 71:17 199:11 280:15 291:25

**meet** 156:10 200:16

**meeting** 156:12

**Mekosh** 69:23 70:4,12,22 71:1,25 72:1,6,9,13,21 166:13,14 167:4 188:2,4 189:1,3,20,25 190:4,22 191:3, 22,25 192:2,14,16 193:1,4,8 196:11 226:11,15 227:10 228:3,9 229:3 232:15 235:6 251:15,18 263:10,23 264:14 265:2 266:1

**member** 142:23

**members** 129:2 142:2 194:19 195:8,20 196:2 197:11

**meme** 226:12,13,16

**memes** 226:9,18,22 228:4,9

**memory** 21:2 177:14

**mention** 143:3,4,19 195:15

**mentioned** 45:11 141:23,25 181:2 195:13,14,16 271:22 303:2

**mentioning** 195:18

**mentions** 168:5

**merchandise** 72:19,21 76:25 93:25

**message** 47:8 56:15,22 57:4 70:19 102:9 131:20 166:16 167:2,3 170:9 180:14,17 182:6 183:11,13,22,23 184:4 185:15,17 189:11,20 190:10 195:15 196:12 223:10 229:3 230:14 234:15 239:4,5 240:8, 11 252:16 277:4 292:6 293:23 294:1

**messages** 18:15 56:23 66:7 68:15 81:6,13,14 90:18 102:10,24 221:23 231:20 242:7 247:25 248:1,12 263:12 276:22

**messenger** 166:17 221:17 246:22 263:10

**met** 41:6 69:24

metal 85:1 98:16 100:9 112:7, 24 121:16,22 125:14 135:4, 11,23,25 138:18,20,21,22,23 139:15 154:2 171:11,13 176:15 177:17 216:4 296:17 298:6

Metallurgical 203:9,19 204:8, 12,13,16,19 205:1,8,12

metallurgist 111:18 177:17 179:11

metallurgy 223:13

metals 55:22 113:6,7 135:6 165:9 168:11 215:9,23

method 112:20 119:9 120:6, 11 183:14

methodology 119:24

methods 112:14,21 281:25 307:17

Miami 243:8

Michael 56:15,22 57:5 64:1 67:11,12 112:15,18 118:22 119:4,13 131:21 133:7 136:6 138:4 139:19 153:9 165:18,23 166:12 167:20,25 170:24 172:23 221:5,8,24 222:7 224:2,8,9,10 227:10 229:2,15, 24 230:6 232:15,25 233:4,15 234:13 235:15,19,25 236:2 239:4,5,17 240:17,21 241:6, 16 242:1 245:11 247:3,21 252:7,24 259:19 263:12,13, 18,25 264:21 267:20 268:5,11 269:10 277:5

Michigan 64:3 65:15

middle 107:12 163:8,16 178:2 182:2,11,14 215:12 267:12 285:10,11 297:11

Mike 11:13,14,16,25 12:1,3, 17,21,23 13:17 72:23 73:6 79:3 81:11,12 193:4 229:5 241:20 259:9

military 10:15,16 168:2,3 181:18 184:21 217:9

mill 216:14

milling 111:9

million 199:17 225:6 286:15

mind 186:19

mine 80:17 113:20 124:15 223:8 224:17 288:5

minions 197:15

minus 183:16

minute 20:25 21:2 22:3 35:15 36:22 209:23 227:17 247:6 262:8

minutes 187:12 303:12

misdeeds 263:22

misheard 294:15

misleading 31:9

misled 297:17,23 299:16,22, 24 300:1 302:11 303:18 304:4

missed 260:4

missing 187:17 188:9 276:15

misstates 51:8 60:12 78:23 79:19 249:22 278:14

mistakes 169:21 199:7

mistyped 261:12

mistypes 261:4

misunderstood 294:13

mixed 72:8 301:18

mode 192:24 194:18

modes 59:20

modified 27:18 30:3 40:2,5

mole 234:2

moment 141:11

Monday 11:3

money 85:8,10 93:12,13 175:3 264:1,23

month 252:22

monthly 62:1

months 55:8

moonlighted 167:9

moreso 67:22

morning 247:23 248:12 252:25 253:13

motion 30:20 31:1,23

Motorsports 223:14

mouth 95:1

move 45:17 47:11 147:23 150:8,24 151:8 152:11 162:19 214:20 232:10,12 267:19

moved 64:4,5 97:8

moving 83:15,21,22 84:1,4,10 85:5 92:2,5,12,20,25 93:10,12 94:8 95:14 164:16 223:16 229:9 234:12 237:19 243:18 244:3,18,25 250:20 271:15

movingscam.com 245:1 250:4

movingscam.com. 244:7,13, 20,21

multiple 119:7 202:14

Musicmom 245:9

muzzle 125:16

---

## N

nail 79:9,12

name's 245:1 246:18

named 259:3 266:1,13 268:17 280:16 292:1

names 96:14 116:2 123:2 171:10 226:21

naming 81:16 143:10

nasty 276:7

Nathan 181:25 182:6 183:12, 14 184:5,6 210:3,7,8,14,17 218:24

Nathan's 210:5



**National** 65:22

**nationals** 65:17,19,21,22
245:16

**nature** 103:18 121:16,22
256:8

**necessarily** 31:10

**needed** 12:9 43:21 76:6 100:7
241:8

**negative** 85:19 232:16 237:6
243:25 244:2 248:19,23 265:8
292:15

**negligence** 211:11

**Nevada** 216:22

**nevermind** 264:9

**newbie** 280:5,19 282:10
285:15 287:23 288:17 289:5,
24 290:14,17 291:3

**news** 79:14

**nice** 282:21 292:7

**Nick** 134:24

**night** 55:18 56:11,17,19

**nitriding** 116:13,16 123:10

**NJ** 243:9

**nondefective** 288:21

**nongalling** 164:14

**nongun** 76:8 125:12 181:14

**normal** 131:3 283:10

**North** 153:17,18,19

**notice** 5:18 139:8 264:14

**noticed** 148:20 263:11

**notoriety** 10:14

**Notwithstanding** 173:18

**November** 58:1,2 149:14
229:6

**number** 5:5 16:10 17:5,8,9,12,
18,20,22 18:3,7,22 19:1
20:14,15,22 23:5,12 26:24
36:15 39:22,24 64:9,14,15,18,

19 73:1 78:8 98:17,18 105:7
106:22 110:10,16 115:24,25
116:21 122:17,25 132:4
162:10 173:15 202:9 243:11
244:5 274:20 304:12,13

**numbers** 18:18,20 19:24
64:13 116:3 123:3 146:13
150:19 166:5 278:4,5

**numerous** 288:12 290:22
292:17,25

---

## O

**oath** 5:10 153:12

**object** 7:13 18:17 107:6
134:20 135:18 136:8 137:4
138:8 158:6,13,14 159:10
168:23 169:4 171:1 173:3
174:11,12 175:14 176:7
177:12 178:23 202:17 207:13
209:1 211:24 215:5,6 228:15
262:16 300:9 301:13 302:1,
12,18 304:7 309:14

**objected** 134:23

**objecting** 7:12 134:24

**objection** 24:17,25 25:25
27:8,10 28:15 29:6,7 32:2,9,
20,23,25 34:15,25 38:18
39:13 49:15 50:3,18 60:12
78:23 79:18 85:23 87:10,17,
20 88:8,15 89:18 90:7 91:17
94:1 95:10,18 96:23 98:8
99:12 104:4 105:17 106:3
107:2,5 114:17,25 115:8
116:7,10 117:9,12,19 118:6
120:24 123:7,20 131:11
137:22,23 160:2 161:24,25
173:15,18 174:20 176:22
177:25 178:2 184:14 201:1
208:5,6 211:16 212:5,22
213:7,8,12,13,16,17 215:17,
18 220:1,25 221:1 244:10
247:10 249:22 254:19,24
258:14 262:23 266:23 267:14
273:18,20 278:14 281:22
282:11,14 284:22 285:18
286:7 287:8,19 288:11,22

289:14 290:21 291:6,15
292:16,24 299:17 300:13
301:14 302:13,22,23 306:15
307:22

**objections** 7:14 27:12 133:5
285:1

**objective** 279:10,17

**observer** 279:10

**obstructions** 298:8

**obtain** 23:22

**obtains** 24:1

**Obvious** 279:7

**OC** 204:8,11

**occasionally** 264:16

**October** 65:25 70:11 77:14,23
130:8 140:18 162:23 180:11,
24 199:18 200:22 201:17
202:5 203:18 206:14 207:9
208:24 221:22

**OD** 304:17,18

**offered** 109:22 193:3 224:19
255:10

**offerings** 283:9

**office** 16:16 17:7,24,25 18:1,9
42:1 72:13 90:23 144:11

**official** 75:20

**officially** 75:7

**Ohio** 64:3 65:15

**okayed** 15:3

**one-inch** 216:17

**ongoing** 223:5

**online** 182:22 222:22

**open** 197:1 204:5 241:6,8
253:8 274:16 275:5

**operate** 66:18

**operation** 13:23

**opinion** 212:11 214:19,20
215:22 244:16 263:18 279:14

**Charles Bradley**
07/20/2022

27

281:16 300:5 303:1

**opinions** 299:3

**opportunity** 45:17 179:22

**opposite** 302:9

**order** 12:7,9 13:25 15:11
27:14 54:4,13 58:22 59:3
60:24,25 65:3,7 66:18 74:7
112:4 133:25 166:22 181:4
183:19 184:11 185:5 191:16
216:14 248:23 281:10 309:22

**ordered** 54:16 63:18 181:5
185:8

**ordering** 12:15,18 13:22 14:3,
9,12,14 15:5 53:22 54:12,16
57:13,15 58:4,5,6 60:10
73:13,17,22 76:16 309:20

**orders** 11:22 13:20,21 15:6
54:15 57:14 58:17,20 60:15,
16,20 63:23 73:10,15 156:18

**organization** 9:10 10:21

**organizations** 9:16,17,18,19

**original** 259:17 268:25 294:23

**originally** 293:16

**Outfitters** 67:14

**outlined** 157:12 159:24

**outlining** 161:10

**Outokumpu** 146:11 147:7
148:11 149:2,14,23 150:8,24
151:8,17 152:2 153:21,22,25
154:14,22,25 155:5,10,15,21,
25 156:5,12,16,22 157:11,16
158:4,9 159:7,24 178:6
183:17

**Outokumpu's** 170:3

**overbroad** 173:15

**overcharge** 296:17 303:1,2
304:1

**overcharged** 299:12 300:6,7,
12

**overcut** 259:24 260:15

**overlap** 177:2

**owed** 245:14

**owned** 8:3 75:13,15 94:13,18
95:6 264:10

**owner** 94:22 223:18 257:8,11,
12,15,16 259:2

**ownership** 75:18,20

**owning** 263:20

---

**P**

**P-A-Y-N-E** 19:5

**P.M.** 183:7 188:22 189:18,25
221:22 224:3 240:15 247:16
293:8 310:1

**pages** 15:16 25:9 38:25 94:4
234:18

**paid** 66:22 69:22 245:15
246:1,2 250:10

**pallets** 223:19

**panda** 96:11

**paper** 177:16,19 178:12
295:25

**paperwork** 76:13 243:6

**paraded** 168:2

**paragraph** 31:14 35:19 153:9,
15 154:10,19 155:3,13,24
156:5,16 157:2 169:15,18
172:8,13 173:14 200:18
210:20,22 214:21 217:8
224:15 226:4 235:11 243:5
260:23 292:1

**Pardon** 18:16 44:5

**parkerizing** 116:12,16 123:10

**part** 47:3 53:9 75:18 92:16,20
93:6,24 111:16 134:5 154:15,
24 157:4 188:9 193:15 206:13
208:11 230:7 270:10 289:22

**participate** 9:24 10:1

**participates** 181:18

**partner** 48:12

**partnering** 48:8,11

**partners** 51:24

**parts** 41:6 48:6 67:6 110:24
114:1,5 116:14,18 117:3,11
123:12 124:21,22 164:12,15,
16 229:15 231:6,13 233:5
270:18 306:3

**party** 129:15,17,19,23

**past** 62:6 82:15,18,25 83:3,6
86:7 89:15 128:4 174:24
175:1 199:9 235:22 236:15,
18,20 237:6,10,12,14 243:22,
24,25 244:2,23 245:7 252:22
265:7,16

**paste** 21:19 219:16

**Pat** 14:24 41:17 53:15,17

**patches** 8:24

**pause** 32:21 107:3,4 160:16
284:25

**paused** 194:17

**pay** 66:17 199:17 225:17
241:17 250:22,23 270:24
273:6

**paying** 229:4 270:25

**payment** 280:13

**Payne** 18:23 20:7,8,10,12,13,
16,19,20,24 21:11 25:6 26:16,
18,21 220:22

**payroll** 13:11 54:24 57:20

**PDF** 36:18 275:11

**peening** 104:10

**penalty** 157:21 277:23

**pending** 6:25 268:12 298:24

**Pennsylvania** 108:10

**people** 47:1 54:13 56:6 58:10,
25 59:17 66:24 67:8 68:19
76:8 78:17 80:11,21,23 83:2
91:15 92:13,14,23 93:3,12,13,
16,21,25 97:23 119:16 125:12

**Charles Bradley**
**07/20/2022**

176:10,15 181:14 193:17
222:10,18 226:21 227:7,15
238:19 244:9,15,22,24 245:3
257:21 258:10,20 265:4
269:24 270:4,22,23 272:17
281:20 285:7 286:19 287:24
291:13 297:20

**people's** 54:10

**percent** 134:3

**perfect** 239:18,19

**perfectly** 6:15

**performed** 154:12,13

**period** 11:18 34:4 172:17,18
202:10

**perjury** 157:21

**permission** 17:15,17 227:22,
24 228:13,16,21 275:25

**perpetrated** 279:22

**perpetrating** 78:19 79:17,22
244:18 292:22

**persistent** 43:25

**person** 11:12 15:23 52:10
76:14 89:12 131:3 252:11
253:22,25 287:4

**personal** 14:25 18:17,25
59:10 63:14 64:12,14 70:3
74:14 86:13 87:7 88:1 89:16,
23 95:17 96:2,4 101:2,4
102:15 113:14 114:6,15,23
115:7 117:8,18 120:21 123:14
127:11,12 134:1 153:10 154:7
165:12 254:4,11,17 255:25
261:18,21 262:12 273:9
283:19 284:1 285:3,13 286:8,
11,18 306:12,16,19 307:8
309:8

**personally** 63:5 69:24,25 71:5
72:9 94:21 103:10 141:10
154:5 196:25 202:8,10 254:2
281:5 284:18 286:4 298:9

**pertaining** 275:16

**Phoenix** 245:20,24 250:14,23

**phone** 11:22 13:20 16:6,7,9,
10,12 17:5,9,12,18,20,25
18:1,6,10,14,15,18 19:1
20:14,15,23 37:9 56:7 64:9,
12,14,15 69:25 70:5 73:1
100:20,24 101:3 102:8,11,16
103:1,8 123:3 196:22 244:5

**phrased** 172:10

**pic** 305:4

**pick** 66:3

**picked** 11:22 13:20

**pics** 295:13

**picture** 96:21 129:5 133:15
183:2,3,9 210:4 229:7,10
230:5 253:17,20 254:9,14
259:12 282:7 300:5 308:6

**pictures** 118:13 128:15,17,25
182:16,20,21,22 203:7,8,19,
23 204:2 209:21 210:2,14,16
212:23 219:4 231:4 242:6
292:6 294:25 296:4,16,19,20,
22 298:5,13 299:1,2,5 305:21,
22

**piece** 125:14 177:16

**Pignato** 101:17,19,20

**pimp** 48:16,18

**pimping** 47:15

**pin** 259:24 260:14

**pinpoint** 170:12

**pistol** 9:8 214:24 259:2

**place** 18:11 38:24 46:13,15
65:3 205:14 220:9

**places** 234:2

**Plaintiff** 110:12,17 116:23
122:20

**plaintiff's** 23:1 31:1,9,17
169:17 172:5 173:9 300:17

**plan** 122:9

**planning** 20:19,25

**platform** 15:17

**play** 225:23 226:4 227:20

**ploys** 111:7

**plugs** 18:14

**PM** 247:23,24 252:25 253:13

**point** 12:25 46:17 56:24 99:5,
23 100:6 105:3 109:6 124:17
131:7 144:10 145:22 164:24
165:14 168:3 191:6 192:24
194:1,6 218:5 223:24,25
231:7 239:10 241:23 265:10
267:9,15 269:8 272:25 280:4
307:12

**pointed** 67:12

**points** 278:4

**policies** 131:18

**policy** 100:12 105:20,22
130:22

**poll** 50:24

**pool** 10:12 80:14

**POP** 59:18

**pops** 234:19

**port** 296:3

**porting** 116:13,17 123:11

**portion** 31:15,16 61:2 146:14
147:14 148:2 163:7

**portrayed** 235:9

**pose** 175:25

**posed** 221:10

**position** 7:18,19 61:3 110:23
111:4 113:25 116:11,15
117:2,5 123:9,19 154:1

**possesses** 164:13

**possession** 76:15 119:17
214:15 257:7

**possibly** 53:21 57:12 201:4

**post** 47:14 68:5 82:16,20,22
83:7,10,11,20 84:3,5 92:5
93:6,11 144:7 192:3 194:3,8,
11 197:7,19 198:12,16,20

**Charles Bradley**
**07/20/2022**
29

199:18 200:21 201:17 202:5
203:18 205:21 206:14 207:9
208:24 210:18 219:23 226:16
228:10,22 232:16,24 233:17
243:17 244:4,6,8,18,19 245:8
248:21,22 249:5 250:1 252:21
275:8,15,20 277:11 279:2
280:19 282:4 291:24 296:10
297:11,12

**posted** 67:15 82:23 83:18,19,
20 95:25 96:18 129:6 195:11
196:25 197:8 198:1,2,18,23
210:13 215:25 221:4,6 228:22
237:3 275:6,10 278:22,23
282:7 285:6 293:11,15,17
305:9

**posting** 71:9,17 196:3 205:15
206:5 248:18 252:10 275:13
279:3

**postings** 224:25

**posts** 68:19 69:8 192:2 193:16
196:4,7 199:4 228:1 229:5
274:12 279:15,18,21

**pounds** 186:2 216:15

**powder** 280:8

**Practical** 9:5

**practice** 74:6

**Precision** 47:16,20 157:3
172:4 173:8 199:12,15,16,20
200:12,23 201:18 202:23
206:15 208:21 214:22 217:8
275:5 295:3

**Precision's** 172:2

**predicate** 94:2

**preorder** 125:5

**present** 83:25 126:8,10
279:18

**presented** 55:20 83:23
112:13,19 196:11,17 201:8
206:24 208:23 209:7 210:2
303:7

**presenting** 279:24

**president** 7:21 74:18,24 75:23

**press** 112:11,23

**pressure** 241:7 280:12

**pressured** 241:22

**pressures** 164:18

**pretty** 10:19 11:21 20:6 43:25
48:10 68:22 79:2 84:22
104:11 124:16 125:5 139:6
212:18,20 239:18,20,22
297:20

**prevent** 145:15 160:13

**prevented** 90:5 104:19,22
161:8

**previous** 23:24 263:20 295:24

**previously** 173:19 304:11

**prices** 19:16

**pricing** 19:20,23

**print** 302:10

**printed** 221:20

**prior** 38:12 48:22 51:8 60:13
65:25 68:11,17 70:11 71:22
72:1,6 77:5,12,14 78:24 79:19
129:23 172:16,24,25 173:1
186:10 199:18 200:21 201:16,
20 202:4 203:17 206:13 207:9
208:24 215:15 249:23 278:15

**private** 247:25 248:1,12

**privilege** 263:18

**privy** 17:11 94:15 171:17,21,
22 301:20

**problem** 15:18 21:22 57:9
60:24 61:12 103:2 106:23
109:9 119:21 180:8,15,18,19
181:2 201:11 206:8 207:1
208:22 210:10 214:8 224:21
255:16 272:3,6,24 273:2
284:7

**problems** 45:15 46:5,6,8
100:4 130:10 191:9 211:8
214:18 239:13 281:6 283:3,4

**procedures** 204:21

**process** 16:3 19:11 22:1,8,12,
14 41:21 53:22 62:25 111:22,
24,25 112:12,23 118:23,24
119:1,2,6,11,14 172:15,16
199:21 200:25 201:12,20
206:17 207:9 208:23 211:11
213:5 214:17,22 216:22 217:6
218:7,19 283:7,24 309:7,11

**processed** 13:21

**processes** 30:15 37:12 111:11
113:21 118:19

**processing** 211:7

**produce** 58:23 59:2 60:23
73:16 106:19 136:19 144:25
145:12,21 161:4 165:3 169:25
173:24 175:22 284:9

**produced** 53:8 54:8,17 61:19
82:12 131:25 133:6 141:5
145:19 157:7,10 159:23
166:10 173:19,21 187:20
189:22 196:7 199:12 215:1
217:4 218:17 221:20 263:9

**producer** 158:16

**producing** 116:4 123:4 158:17
214:23

**product** 13:21,22,24 14:1
21:7,17,23 23:25 24:1 27:16,
18 28:21 30:4 40:3,6 78:7
105:5 106:21 117:15 118:2,8
123:25 126:23 162:9,25
200:16 219:18 220:9,10

**product's** 99:2

**production** 15:3 166:6,21
173:10 174:7 246:10,20

**products** 12:7,9,11,13 19:17
24:1 47:2 85:16 87:3 105:1
118:12 125:6 200:13 270:1
291:21

**professional** 113:4

**program** 54:24 57:20 181:11
227:3,5,7,9,11 241:17 251:11,
20 253:15



Charles Bradley
07/20/2022

30

programs 227:17

project 163:1 164:2,9,20,25

promoted 282:13

promoting 47:25 52:12 282:10

pronounced 13:2

pronouncing 102:6

proof 182:4 195:5 197:17 199:25 202:24 203:10,20 204:6 209:7,8,9,15,16,18 211:14,15,18 257:2,24

proper 129:8 139:11 216:16

properly 108:18 277:25 278:8, 11

properties 164:14

protect 279:21

protected 126:8

protecting 288:19

protective 65:3

protocol 121:7 303:9

prototype 15:2 42:5 184:21

prove 264:1,22

proven 269:16 271:7 280:4

provide 156:8 161:9 198:13, 15 205:25

provided 27:17 28:22 51:17 60:4,6,9 63:25 155:4,15 158:3,4,8 197:24 218:24 252:21

providing 280:10

PT 245:16,19,22 250:10,14

public 36:6 37:2 38:3,7 87:1 105:12,15 106:25 108:22 140:19,23 141:1,2,20 142:24 144:7 145:6 161:2,5 175:23 191:10 195:12 197:13 205:15 246:4,25 247:18 249:18,20 250:5,11,13,16 251:2,4,5,9 263:23,24 265:18,19,22 266:18 267:8,11 271:1 279:14

publicity 239:25

publicly 195:11 239:11,12,17 265:2 266:7

publish 155:6,17

published 212:2

publishing 266:4,6,21

puck 216:17 223:20

pull 38:10 54:24 57:20,25 59:25 84:5 93:14,19 190:14 216:20 227:17 291:13

pulled 20:22 21:7

pulling 67:11 78:12,22

pulls 59:20

purchase 156:18 185:15

purchased 9:13 101:9 110:14, 19 116:25 122:22 162:16 172:10 215:14

purported 170:2

purpose 88:6 89:9 99:18 193:21 282:19

purposefully 181:2

purposely 98:16

purposes 5:18

pursuant 5:17,19 133:6 159:6 166:10 171:14

purview 12:11

pushes 125:16

put 28:2 49:9 59:25 67:17 83:7 95:1 98:16 99:6 106:21 108:17 112:11 114:8 118:16 119:9,18 120:6 124:21 130:18 142:19,23 143:8,9 144:1,6 197:22 209:21 219:14 220:5 227:18 228:5 229:18 230:2,10 231:9,11,14,16,21,25 232:3,6, 17 233:2,6 257:1 265:2 268:6 280:12 281:13 287:1 305:5, 19,24 308:8

puts 59:21 107:23 113:23 212:19 216:4 284:5 286:21

putting 99:18 111:10 265:5

PVB 181:24

_____

**Q**

_____

Q.C. 203:9,19 204:12,13,16,19 205:1,8,11 223:12

quality 32:16 34:11 50:21 134:4 152:18 154:1 157:5 200:13

quarters 277:11

quench 163:8,19

question 6:11,13,15,17,21,22, 25 7:1,6,7,15,16 24:6,8,18,21 25:3 26:19 28:11 29:9,12,18, 19 32:10 34:22,23 35:22,23 40:20 42:17 44:17 49:4 53:9 56:21,25 57:3 58:15 77:22 79:24 82:17 87:22 95:4 98:20 103:13 104:3,21 107:4,8 114:3,9,13,19,22 115:22 122:4,5,6 127:4,20 132:24 135:4,12,22 137:15,17,19 140:7 142:17 160:16 169:11 175:19,25 176:4,14 177:21 181:8 182:11 186:7 193:7 202:20 203:14 206:10 208:9 213:22 214:2,4 218:6 219:3 220:17 232:1,25 238:4 239:8 240:24 241:19 246:4 250:15 252:12,13 262:20 263:21 266:20 267:2,3,5,6 272:5 279:9,11 286:15 287:13,15 288:13,24 289:12,15,20,22 290:4,8,11 298:21,22,24 305:3 307:23 308:25

questioned 171:12

questioning 232:13

questions 6:2 7:3,9 106:6 137:14 183:20 200:14 213:25 247:11 309:15

queued 226:9 228:4

quick 161:19 187:10 224:11

quit 16:1

**Charles Bradley**
**07/20/2022**

31

**quotation** 185:21

**quotations** 199:13 200:2

**quote** 27:3 186:1,6,9,10 309:6, 7

**quoted** 186:1

---

**R**

---

**radius** 42:3 49:24

**Rafferty** 14:24 41:17 53:15,17 108:25

**ran** 65:23,25 74:18

**range** 134:8

**rare** 74:1,6

**Rc** 23:18 28:1 31:20 134:14 170:4 183:18 223:24,25

**RC.'** 27:6

**re-writes** 25:20

**reach** 10:13 15:15 44:3 86:23 278:19

**reached** 10:14 44:18

**reaching** 46:25

**reaction** 246:3,25 247:18 250:4,11,15 251:1,9

**read** 23:5,6,10,18 25:2 27:7,9 31:15 32:6,7,11 33:25 35:18, 19,21,23,25 39:18 47:17 76:8 83:16,23 92:9,16,17 93:5,7,23 99:11 110:10,20,21,22 115:24 116:5,9,21,25 121:24,25 122:3,5,6,8,13 123:6 132:23, 25 133:18,20 134:15 141:2,6, 11 147:15 148:2 153:6 164:8 166:23 167:7 169:18 173:14 179:9,10,12 180:6 182:8,23 199:6 206:11,13,17 207:5,6,7 223:10 224:18 226:4 231:17 237:9,25 238:6,9,10 239:9 243:4 260:8,24 261:10,11 268:9 276:12 277:12 279:5 290:12 291:24 293:10 297:14 298:22,24 300:16,18,19,23 301:6,7,8 304:21,25 308:23

309:3,6,18

**readily** 23:22

**reading** 47:21 81:2 92:20 153:6 159:14 166:18 179:13 181:20 188:5 207:18 292:2

**readouts** 182:21

**reads** 27:1

**ready** 98:20 188:19 228:4 230:22 231:2

**real** 6:1 95:3 121:17 161:19 243:21 259:22 260:13,25

**realize** 272:15 297:20

**reaming** 216:19

**reason** 25:21 26:3 34:6,9,22 35:2 39:1 40:7 51:20 52:25 53:2,4 74:16 85:3 99:3 106:18 128:24 140:15 141:7,9 159:20 160:12 178:17,20 179:19 184:20 206:6,10 208:16 215:7 216:2 218:6,21 231:14 249:4 256:2 262:4,19 276:8 278:23 287:23 291:18 296:11

**reasonable** 23:21 24:3,8,11, 22

**recall** 30:21 37:8 56:11 70:23 77:17 84:3 102:14 129:21 140:20 272:9 294:10,18 299:13 300:23 308:17

**receive** 215:12

**received** 28:1,3 59:6 144:11, 15 157:16 185:8 194:6 199:14,15

**receiving** 194:2

**recently** 13:14 16:1 41:16 218:4 280:23 301:19

**recess** 7:2 65:4 132:22 187:10,15 263:2

**recesses** 132:10

**recite** 300:24

**recognize** 133:7,12

**recoil** 125:17 281:4,15

**recollect** 96:7,9

**recommendation** 43:5 51:14

**recommendations** 51:5,12

**recommended** 164:17

**reconvene** 132:20

**record** 5:14,16 6:10 7:9,14 21:3 24:14 25:9,11,15,16,17 132:14,25 133:21 134:6 154:11 177:4 204:15 217:3 224:4,5,6 226:12 260:2,6 263:24

**recorded** 6:6 292:5

**records** 13:11 24:7 40:11 82:1 154:8,14,19,25 263:24

**reduce** 125:16

**reengineer** 105:4 219:18

**refer** 22:21 35:8,9 39:21 110:6 131:1 140:25 161:21 164:21 166:5 181:10 188:8 263:4

**reference** 34:11 147:18,20 244:14

**referenced** 165:3 172:13

**references** 31:20,25 32:16

**referred** 92:14 100:18 104:25

**referring** 36:13 44:6 47:7 141:19,22 234:6 293:14,21

**refers** 141:15 243:2

**reflect** 5:16

**reforward** 188:12

**refund** 66:20 200:16

**refused** 103:6 130:20 201:23 224:21

**refute** 160:11 230:1

**regard** 27:19 30:4 40:3 44:3, 18 58:12,17 60:10 61:19 95:13 101:8 102:17 103:8,13 128:11 144:12 198:18 258:1

Charles Bradley
07/20/2022

register 186:23

registered 263:21

regular 22:14 154:14 309:19, 24

regulated 76:24

related 144:7 270:18,20

relayed 204:22

release 18:3

releasing 18:17

relevant 110:11,17 114:13 116:22 122:19 172:12,18 173:17

reliable 209:15

relied 155:7,17

relies 31:10

rely 105:4 106:19 116:2,5 123:2,5

remainder 188:8

remark 233:5

remarks 268:13

remember 12:14 15:22 41:18 42:1 46:7 50:22 56:1,5 58:14 69:16 82:7 83:20 92:10 93:18 97:24 112:10 139:23 144:22 165:14,17,24 186:13,16,25 187:3,5,22 203:25 221:7,8,9 238:21 246:14 264:19 281:1 300:25

remind 6:8

remote 18:10

remotely 18:8

remove 75:6 143:24,25

removed 27:1,12 75:3,4 235:20

removing 27:19 30:5 40:4 236:1

repeat 24:21 29:12,19 30:17 78:15 79:24 83:16 87:21 115:19 124:19 137:17 207:20

208:11 214:5 232:14 257:14 288:13

repeated 83:17 165:21 238:19 258:20 262:13

repeatedly 213:25

repeating 258:4,12

repeats 140:10

rephrase 6:12 42:17 51:10 88:24 157:8 158:8 288:23

replace 12:21 104:16 107:18 109:22 131:6 140:21 200:15 280:11

replaced 12:23 224:20

replacement 240:23

replies 240:17,24 268:4 304:22,25

reply 245:25

replying 250:24

report 121:25 122:3,5,7,8 124:9 125:24 179:10,11,12 204:8 205:1 216:24 300:16,17 301:4,5,8,19

reported 102:21 103:12 189:13 190:5

reporter 132:5,17 133:1 142:16 177:1 200:5 290:12 298:25

reports 41:23 63:1,10,17 109:8 204:16 292:7

reposting 248:11

representation 31:11

represented 121:10

reputable 206:24 207:1 224:24 290:19

reputation 78:8 99:1,2 124:25 192:25 282:22 288:4 290:18 303:20,21

request 23:1,5,12,20 24:4,9, 23 26:24 39:22,24 82:4 97:5 110:10,16 115:25 116:21

122:17 123:15 173:9,15

requested 14:11 133:1

requesting 305:2

require 6:25

requirement 156:21

requirements 156:17

requires 95:4,5

requiring 164:12

reread 155:13

research 256:7

reserve 66:13

resident 153:15,18

Resist 6:3 7:6

resolved 139:5 262:11

resort 123:13

respond 6:8 168:7,16 190:1 191:23 192:17 233:15 234:4 239:10,17,21 259:20 264:2,23 269:15 293:13

responded 191:1 277:1

responding 276:9

responds 133:24 167:20 168:14

response 23:10,18 27:7,8,9 40:1 50:12 92:22 94:23 95:5 110:22 113:25 115:24 116:6,9 117:1 122:25 123:6 133:21 173:9 180:23 189:4 190:19,22 191:5,10,11 192:4 194:12,13 198:9,13,16 205:25 216:12 224:14 225:24 226:3,7 233:25 234:16,25 237:4 245:13 264:4,21 268:13 275:2 277:21 304:21,24

responses 6:3,7 22:25

responsibilities 13:19 17:23

responsibility 105:20 131:7,9

responsible 13:24 154:16,24 191:8 205:20



Charles Bradley
07/20/2022

33

restate 178:1

restricted 146:23 147:21
148:6,18,22 149:11,21 150:6,
22 151:6,15,25 152:8 156:2,6,
9,14,22 157:18 162:14 163:5
176:21 177:11,24 178:7,16
181:22

result 139:12 183:15

results 141:17 203:2,4,5,8,18,
19 204:19 205:3 217:3
218:16,22 219:5,6 223:15
277:23,25 278:1,2

retail 270:5

retailers 134:3

retest 204:24

retract 301:23

retraction 302:10

retrieve 26:22

return 130:1,21,25

returned 200:8 206:22 214:12

returning 130:5

reverse 166:22

review 22:15 35:15,16 36:22
150:17 152:16

reviewed 152:15 154:5 157:2

reviewing 166:21 186:25

rib 14:14 42:3,4,8,21 43:17,22
46:10 49:23,25 51:21 52:3
61:19

ribbed 46:14

Rick 18:16 29:6 36:12 44:5
213:23 308:24

rid 234:25 235:3,7

Riddle 240:20

rifle 67:17

rifled 216:18

rifling 216:21

right-hand 274:19

rings 18:11

rip 67:3

ripped 66:8

Road 81:1,2

rocks 167:24

Rockwell 31:19 170:2,3
182:17 183:10 216:23 217:2,
16 218:1 219:9,19 308:2,11
309:9

rods 223:19

room 248:16

rooms 222:8 228:1

rough 223:21

round 186:2 295:20,21
296:23,24 299:12

rounds 241:7 295:24

rule 6:24 126:9

rules 5:19,20,25 132:12

rumors 199:11 237:2

run 12:5 248:4

running 279:8 281:6

runs 15:16 216:14

S

S-T-R-A-Y-E-R 52:7

safe 105:15

sale 23:9,13 27:3 155:9,20,25
157:7,10 159:23 178:7,15
185:4 217:20

sales 10:16

sample 53:16

samples 14:23

Samuel 146:9 148:12 150:9
155:5,10,16,21 156:1 157:11
159:7,24 177:9,24 185:22

sarcastic 231:13,24 233:1,5

Savage 308:21 309:5

SC 242:3

scam 67:10 78:5,12,19,22
79:8,17,21,22 80:4,8,20
83:15,21,22 84:1,4,10,19
85:5,16,18 86:3,8 92:2,5,12,
20 93:1,10,12 95:14,15
108:12 237:20,21,24 238:2,5
243:18 244:18,25 250:20
271:16,25 292:10,21,22

scamming 68:1 69:20,22

scapegoat 225:4

scare 192:5

scared 292:9

scene 280:23 281:23 282:2

school 237:21

Schuemann 46:11,12,13
51:22,25 52:1

Schwanger 122:9

SCI 17:23 23:9,14,19,20,23,25
24:3 27:3,12,15,20 28:20
42:13,18 46:23 59:9,11,15
61:20 74:17 78:19 82:23
83:11 101:7,13,16,22 110:23
113:25 116:11 117:2 123:8
166:9 179:4 182:16 183:2,9
185:18 188:18 189:7 191:11,
15 195:14 221:13,14 222:1
224:1 226:1 228:25 229:9
230:14,17 233:13 234:12
236:17 239:2 240:2,6 241:3,
12,25 242:19 245:8 247:21
252:24 253:4,10 259:9 263:6
267:19 293:4

SCI's 166:5

science 113:6,7

scope 67:15,16

Scott 142:6,19 143:22 144:6
196:14 197:18 233:23 240:20
294:1,3,15,20 295:7

scratching 164:16

screenshot 222:16 234:4



Charles Bradley
07/20/2022

34

242:25 245:12 248:15

**screenshots** 222:9 242:5,7
269:15 292:6

**screwing** 110:15

**screws** 125:21 164:10

**scrutinize** 219:14,17

**search** 60:22 63:22,24 92:3,4
224:11,13 247:11,14

**section** 163:11 164:6

**seek** 49:2

**sees** 167:22 207:19 270:1

**sell** 7:23 8:16,20,21,22 36:6
38:2,6 41:3,9 42:11,15,19
46:20,23 51:16 78:7 99:17
105:5,12,15 125:6,7 130:19
156:5 159:7 161:1 218:8,9
225:5 272:21 306:3

**selling** 37:2 40:23 99:7 105:24
134:18 135:3,5,13,15,22,24
136:3,6,20,21 137:20 138:4,6
145:5 161:1 175:23 288:6

**sells** 23:25 131:23,24

**send** 54:1 55:19 58:19 60:18
76:17 81:5,13 98:24 99:19
103:5,6,7 104:13 106:16
107:17 109:4,5,15,21,23
129:18 130:14 131:4 186:18
189:20 196:11 199:23,24
201:23 202:13 203:2,9,17,18
204:7 205:22 221:7,8 222:9
234:4 255:10 260:1,17
261:24,25 262:1,2,5,10 297:2
303:4

**sending** 44:25 180:17

**sends** 104:16 230:14 234:21
248:13

**sense** 7:4 78:10 98:19 223:23

**sentence** 40:1 200:7,21
202:12 210:23 216:8,9,14
217:13,17 261:24

**separate** 9:11,12

**September** 100:3 201:13,14

**served** 74:23

**server** 59:15,20,23,24

**service** 10:24 20:10 33:22
108:22 140:19,23 141:1,3
142:24 144:7 163:18 195:12
197:13 309:19

**set** 59:17,18 85:1 122:1
272:20

**seven-year** 240:21

**shady** 82:15,18 83:2,6

**shafts** 164:11

**shake** 6:3

**shaken** 79:2

**sham** 271:20

**share** 84:17,19 221:5 242:11

**shared** 84:8 85:4

**shareholder** 8:6,7

**sharing** 85:19 247:5,23 248:5,
10 252:25 253:13,14

**sharp** 120:7,11

**shaved** 212:16

**Shay** 14:11,15,16,21 15:2
40:25 41:5 42:2,4 43:1,19
45:2,11 46:18,22 47:19 48:2
51:17 52:3,12 53:14 55:16,19,
23 56:4,8 61:21 77:15,23
78:18,21 79:8,16 80:3,7
82:14,18 83:2,6,14 85:4 86:2,
17 90:10 91:5 92:6 95:6 98:6,
16 99:17 102:12,17,23 103:6,
14,15,20 104:1,11 108:21
109:14,17,21 111:2 112:18
113:11 114:15 118:17 119:9,
11,15,17 120:4,9 128:4,5,25
129:1,14,16,18 130:2,7 139:5
142:10,18,23 143:19 144:6,16
168:2 181:25 182:6 193:2
194:8 195:18 202:4 203:17
204:24 207:10 208:24 211:6
212:12 214:7 219:1 222:6,13,
19,21,24 223:2 224:10,24

225:2,10,12,15 226:14 227:2,
23 229:14 230:3,5,6 231:5
233:1,4,23 234:8,9,25 235:3,
7,19 238:16 239:12 240:19,20
241:3,9,17,21 243:2,10,17
244:14,17 248:11,19,23
251:15,23 252:4,18 255:15,21
256:5,25 257:5,14,25 258:7
262:4 263:19 265:3 268:17
269:16 271:5,7,10,12 272:7,
15 273:4,8,15 280:23 286:20
287:16 288:20 289:4 291:3
292:21 293:13 294:7,11,14
297:2,4,7,18,23,24 299:15,16,
22,23 300:2 302:11 303:3,18
304:3,4

**Shay's** 43:4 47:15 84:1 98:13
103:2 128:10 140:16 142:22
193:23 194:19 211:9 235:22,
25 236:15,18,20 237:6,10,12
241:17 251:12 272:2 273:4
278:1 285:8 292:11,14

**Shcumann** 134:6

**sheet** 53:24 163:24 164:6

**sheets** 145:19 158:3,4,8

**Shepherdsville** 65:10

**ship** 156:12

**shipment** 154:24 182:1
215:12

**shipped** 146:9,13 148:11
150:9 163:17

**shipping** 154:22

**shit** 241:16

**shocked** 168:8,10 170:15

**shoot** 10:4,6 97:21

**shooter** 32:17 34:12 64:5,6
97:19 113:18 194:3 225:8

**Shooter's** 143:12

**shooters** 7:21,22,24 8:3,8,13,
15,19,20,23,25 9:21 10:10,15,
20 11:20 12:16 19:10 22:25
31:18,21 32:1 35:10,11 47:14,
17,22 54:3,18 66:25 72:16

**Charles Bradley**
**07/20/2022**

75:10 98:5 101:24 108:23
131:22 134:17 140:17 141:15,
22 142:6 143:16 193:23
194:10,21 195:16 197:1
198:1,22,23 235:10 242:3
265:24 274:22 275:15 276:2
277:10,14 279:2

**shooting** 7:23 8:16,17 9:5,22
64:3 65:15 181:12,16,17
200:17 295:17

**shoots** 64:8

**shop** 66:3 76:2 116:14,18
123:12

**short** 11:4 111:8 118:15
280:25 281:1,3 283:1,11

**shorter** 283:13

**shot** 66:9,10 72:11 97:18,22,
23 269:17,21,22,23 270:24
271:8,12 272:10,13,16 273:7
284:15

**shots** 180:5

**show** 85:7 89:12,15 97:21
141:9 156:11 186:5 229:2
231:15,20 235:2 252:11
265:15 269:22,23,25 270:1,
14,16,24 271:1,13 272:10,13,
16 273:7 279:17 280:1,2,3

**showed** 49:9 112:15 222:16
230:5

**showing** 145:4,11,20 190:9
196:12 203:5 244:14 245:2
253:7 263:22 303:14

**shown** 204:2 207:24 279:13
280:17 292:4

**shows** 222:17 229:2 244:17
267:20 280:5,19 281:18
288:16

**shut** 249:16 268:6

**sic** 199:24 204:8

**side** 10:18 251:12 276:14
279:25

**sideline** 268:15,18

**sides** 121:13

**sighting** 295:19,25

**signed** 205:19

**significantly** 181:23

**silent** 236:6

**similar** 277:25

**simple** 19:19

**simply** 161:21

**single** 8:6 33:3 52:10 107:19,
22 214:24 216:16 224:23

**sir** 9:4 11:18 13:10 22:22
23:18 24:11,16 27:9 28:11
30:16 31:4,16 32:5 33:23
34:4,7,23 35:8,13 36:22 39:21
40:11,14,23 41:21 44:2,17
45:9 50:12 51:3 52:19 57:3
59:13 64:25 65:19,21 68:17
69:17 73:5,7 74:2 75:13 79:5,
17 82:12,17 84:6 85:3 87:5
89:17 90:14,22 91:23 92:22
94:17,20 96:19 101:24 103:24
110:6,22 113:1 114:22 118:4,
16 121:7,18 122:17 123:6
124:6,19 125:20 127:4 132:4
133:10 134:9 136:17 146:7
147:10 148:1,14 149:19
150:2,12 151:2,4,6,11,13,18,
23,25 152:12,25 153:4 158:1,
16 159:13 161:15 162:9
163:22 164:22 166:10,15
169:19 170:5 174:9,18 178:21
180:7 181:12 184:2 185:7
187:18 188:23 190:19 196:9
198:3,10 199:6 200:18,25
201:21 202:6,10,16,25 203:22
204:11 211:18 212:21 213:2,
6,10,20 215:4 217:17 218:20
220:6 221:12 222:2 223:11
226:19 227:12 229:23 230:24
231:18 232:5 234:23 236:22
238:9 239:5 245:6 247:19
253:2 255:14 262:21 266:20
267:22 268:2 273:1 274:20
275:8 278:17,20 283:20
286:17,24 287:2,11 288:16
292:2 296:13 297:12 303:18

304:24 305:20

**sister** 16:16

**sister's** 16:20

**sit** 77:2 80:13 234:1 247:4,22
250:6

**sitting** 126:24

**situation** 92:21 210:7

**size** 284:19

**skip** 238:22

**slamming** 108:23

**slander** 197:9,10 228:23
280:14

**slanderous** 279:21 291:20

**sleeve** 111:10 112:4,11
118:14,16,18 119:20 127:6,17
128:3 255:17,20 259:25
260:16 281:8,11,13,14 283:2
284:4,5,6,9,13,16,19 286:22
287:1 305:5,15,18,25 307:14,
15 308:4,8,13

**sleeves** 111:20 127:1,4,6,16
212:15 281:9

**slide** 44:4,19,20 45:7 48:24
241:20 255:21 281:12 283:14
286:25 296:2

**slides** 44:23,24 283:13

**slipping** 176:1 255:17

**smart** 132:18

**smear** 235:9

**smiths** 297:16

**smoother** 6:1

**so-called** 225:7

**social** 68:5 71:17 199:11
280:14

**socialize** 72:10

**soft** 43:21 45:13,15 46:2,9
88:19 89:3 99:25 101:16
102:2,13 105:7,25 107:24
128:13 131:3 179:21 199:12,

**Charles Bradley**
07/20/2022

13,19,25 200:1,3,22 201:18
202:9 206:15 224:23 225:1
241:12 275:2 280:9

**sold**  85:16 87:4 89:3 99:25
101:15 102:1,13 106:18 110:3
125:3 161:5,11 177:9,24
194:22 256:14 291:21

**sole**  8:10,12

**solely**  32:11

**somebody's**  76:16

**son**  62:17 155:5,16,21 159:8
177:10

**Sons**  146:9 148:12 150:9
155:10 156:1 157:11 159:24
177:24 185:22

**sort**  9:14 16:16 47:15 66:10,12
143:9 193:3 226:25 251:12

**Sounds**  166:7 187:13

**sources**  15:15

**South**  153:7,16

**space**  59:25

**speak**  62:1 66:1 71:22,25 72:2
74:13 285:13

**spec**  130:14 199:25 200:1,2
202:24 217:4 218:16

**special**  10:16 41:1 181:4

**specific**  136:15 176:11 224:12
306:22

**specifically**  46:7 57:7 133:25
144:22 185:5 288:5 300:23

**specification**  27:14 40:3
156:21

**specifications**  27:16,18,21,22
28:21 29:21 30:4 39:11 40:6
154:13 156:8,11,17,24 157:15

**specifics**  287:3 298:15

**specs**  51:22 219:23 220:3

**speculate**  52:13,15

**speculating**  213:6,10 296:7,
20

**speculation**  116:11 123:8,13,
16,18 299:14,21 300:7,11
301:10,11

**Speed**  66:25 272:20

**spell**  17:1,3 19:4 52:6

**spelled**  134:5 152:22

**spells**  269:11

**spend**  272:12

**spills**  125:15

**split**  125:1

**spoke**  295:11

**sponsors**  227:17

**sport**  76:6 77:4 113:18,19
181:16,17

**sports**  200:17

**spot**  132:8 183:14 270:24

**spouts**  234:2

**spread**  195:20 228:22 233:21
265:23

**spreading**  193:24 194:20,24
233:16 237:2

**spreadsheet**  53:25

**SS**  186:2

**stainless**  23:16 27:5,24 28:6,
13 29:22 31:25 36:8 133:17
153:21 156:6 157:6 163:1,15
164:2,9 215:1

**stamp**  37:14 190:3,10 205:2,4
230:15,16,18,19 231:14

**stamp's**  233:3

**stamped**  224:3

**stamps**  191:20

**stance**  241:24

**stand-alone**  8:4

**standard**  156:7,13

**standards**  154:17 155:1
200:16 217:10

**standing**  124:3 211:23

**start**  57:18 110:14 166:22
167:6 188:18 197:13 200:20
243:4,5 274:2 292:1 297:21

**started**  37:12 41:6 42:6 52:2
57:25 61:7 62:9 73:14 106:6,7
165:10 271:10 282:25 283:2

**starting**  189:7 293:6

**starts**  108:22 191:20 198:10
221:14 228:25 242:19 297:12
308:20 309:5

**state**  5:14 76:12,16 116:1
123:1 153:7,15,19 179:23

**stated**  153:11 269:19 295:24

**statement**  87:1 158:25 159:2
200:25 201:16 202:25 207:16
212:2 215:3,13,22 216:7
218:10,20 273:24 278:20
288:8,16 309:13

**statements**  31:18,19

**states**  9:5 27:15 28:20 157:4
215:2

**stay**  275:16

**steel**  9:12 23:16 24:15 27:5,24
28:6,13 29:23 31:21,25 32:16
34:11 36:5,8,25 38:1,5 56:16
57:6 110:4 131:23 135:16
136:19,20 137:20 138:4,6,7
145:4,11,21 153:21,22 155:7,
8,9,18,19,20,25 156:2,6,9,10,
12,17,19 157:6,11,17 158:5,
11,17 159:17 160:25 161:4,10
164:2,20 168:5 170:1,3
172:11 173:22,24 175:22
176:2 177:9 181:2,20 182:1,3
183:16 204:18 215:1 216:15
219:9 278:6

**steels**  144:25 168:17 169:25
170:24

**stems**  164:11

**STI**  101:21,22,23 295:17

**stock**  23:16 27:5,25 28:6,14
29:23 31:25 36:9 75:20 157:6

159:23 269:17 271:2,8 272:16

**stood** 200:12

**stop** 76:7 77:2 160:17 181:7 202:24 204:10 242:15 248:3, 18 249:10,11 259:24 260:14 266:10,21 280:18

**stopped** 55:8,10 101:11 266:8 291:24

**stories** 174:10 227:16

**story** 140:12

**straight** 182:12

**strategy** 229:17 230:9 231:4,5

**Strayer** 43:20 45:15,18,25 46:1 52:2,4

**stress** 259:23 260:14

**strike** 32:14 43:6 46:20 60:8 100:21 135:14 161:2 162:19 164:25 166:19 172:3 256:11 272:4 304:16

**stroke** 281:1,3 283:12

**strokes** 111:8

**stroking** 118:15 283:1

**structure** 12:2 62:19

**stuck** 296:2

**stuff** 10:17 16:18,19 37:11 56:6 66:19 67:18 69:2 71:4,9 73:10 104:25 111:15 112:13, 19 118:15 125:5 129:2 142:9 177:18 179:14 195:7 238:20 252:11 265:6,14 267:11 270:15 273:4,5 276:7 277:7 281:18 283:1 285:5

**stuff's** 38:21

**style** 23:8,13 27:2

**subject** 256:25 257:2

**submitted** 196:24

**subpoena** 133:6 182:5

**subscription** 186:1

**subsequent** 27:1,10 91:13

**substantiates** 256:3

**sue** 199:16 200:10 210:25 268:6,11 269:8

**sued** 193:5 199:13 257:15 258:7 259:1 272:23

**sufficient** 76:13

**suggesting** 243:25

**sulphur** 301:1,2

**super** 134:11 139:10

**supervisor** 12:4

**supplied** 60:25

**supplier** 179:15 217:9

**suppliers** 66:9 270:7,10

**supplies** 7:23 8:16,17

**supply** 216:24

**support** 71:21 295:3

**suppose** 259:25 260:16

**supposed** 188:9 231:15 239:12 261:2

**surface** 204:3,4

**surprised** 47:3,4 53:6 167:10, 13 168:12 170:9,12

**suspect** 239:13,15

**SV** 46:1,8,14,15 52:8

**SV's** 46:2

**swimming** 80:13

**swing** 223:25

**swings** 278:4

**switch** 179:19

**switched** 175:3

**sworn** 5:8

**system** 18:11 59:9

**systems** 154:16

---

**T**

**tabs** 253:7

**tactic** 192:5 279:16

**takes** 18:13 21:1 59:24 123:24 286:21

**taking** 49:12,14,17 132:6 262:18,20

**talk** 45:6 55:10,14 56:13 68:12 69:13 70:24 80:17,19 86:17, 22 90:10 91:6,7 98:20 112:14 126:14 129:5,11 144:18 194:1 245:24 271:24 286:19 306:2

**talked** 55:11,12 56:8 62:6 66:6,24 69:25 70:5 73:8,9 80:11,12 86:4 113:20 115:19 120:17 123:17 128:4 129:10, 13 137:8 139:20 212:14 223:18 236:19 237:18 272:11, 17,22 296:15

**talking** 14:10 45:8 46:18 55:21 56:4 57:2 62:10 82:22 94:20 97:1 101:24 102:23 106:7 119:16 120:2 142:17 168:17 179:11 184:2,5,9 196:20 203:7 215:14 224:10 225:10 226:18,20 236:16,21 239:8 240:3 250:9,17 264:16 265:11 266:2,13 269:9 271:5,6 278:7 285:7 308:5

**Taran** 271:6

**target** 9:21 295:25 296:1

**Targets** 8:24

**team** 108:22 129:1 142:2,22 193:23 194:19 195:8,20 196:2 197:11 279:23

**tear** 216:8

**tech** 18:13

**technical** 100:11 163:24

**technicalities** 298:15,16

**techniques** 272:3

Charles Bradley
07/20/2022

38

technological 139:11

Technologies 162:5,22
163:25 165:2 173:21

technology 15:13

teed 228:10

telephone 116:3

telling 28:5 41:24 46:8 105:10
165:14 168:20 175:21 182:13
195:20 197:23 205:13 242:8
249:21 257:4,21 258:23 259:1
267:7 273:7,14,16 299:6,10,
13 305:22 308:18 309:6,11

tells 7:15 106:22 140:8 167:24
174:4 258:9,17

tempered 23:17 27:6,25

ten 48:3,5 173:1 174:3 175:12
282:5

term 27:10

terms 90:20 131:17 243:6

terrible 272:4

test 104:15 105:8 106:4,12,14,
17 107:18 108:18 109:17
122:10,12 129:20 131:5
134:12 146:11,20,22 147:2,8,
18,24 148:11 149:2,6,9,14,23
150:8,9,24,25 151:8,17,21
152:3,4 154:11,20 155:3,14
158:9 159:9,25 160:19 162:4,
22 171:14,18 176:6 178:6,15
182:20 203:2,4,5,19 204:3,4,
5,7,16,19 205:7 206:20,23
207:22,23,25 209:23 210:8
216:23,25 217:6,15 218:18,
22,25 219:2 223:20,22 224:22
277:24 278:7,9,11 303:6
308:15

tested 109:13 128:19 130:2,
11,24 181:21 209:20 210:2
217:23,25 218:3 219:6
223:12,13,14,21 225:1

tester 183:4,10,15 217:2,17
218:1 219:2

testers 223:15

testified 5:10 51:8,9 79:19
220:5,7,8 244:24

testify 109:6 126:10 153:12
261:18 287:4,10,16

testifying 213:21

testimony 14:16 37:6,19 51:8
60:13 78:24 79:19 127:14
220:3 233:9 249:23 278:15
302:25

testing 37:12 104:19,22 106:7,
10 109:22 121:7 128:16,17,25
129:8,15,23 130:5,17 131:3
139:12 154:17 155:6,16 180:1
182:17 183:3 184:21 185:4,7
203:7,8,24 204:1,21 207:23
210:4 217:11 218:6 262:5
278:3 303:5,7

tests 107:22 128:19,21
154:11,20 157:13 160:14
173:21 224:25

text 47:8 55:15,19 56:15,22,23
57:4 81:5,13,14 93:24 102:9
134:15 139:8 166:16,25 167:1
168:8,10,15 170:9,15 180:14
182:6 183:11,12,22,23
185:15,17 226:24 276:21

texted 139:24

texting 231:5

Thailand 97:8

thanking 229:17 230:8 231:3

Theresa 90:15 152:22 200:1
260:20 264:7 269:11 273:21
277:16 298:23 309:18

thick 212:18

thief 66:12 67:23 71:20

thin 112:23 120:9 212:20
259:22 260:13 261:1

thing 44:15 67:13,24 71:4,6
74:6 94:5 95:24 100:11 116:7
120:3 132:9 139:5,7,9 140:9
147:7 159:14 167:15,25 168:4
176:17 195:3 205:4 211:5
223:5 232:22 242:14 247:4,22

248:9 250:6,10,17,20,21
258:25 263:19 269:20 277:5
281:1,2

things 12:5,10 37:10 39:5
95:17 112:24 196:13 220:13,
16 253:14 283:11 305:20

thinking 24:13 175:6 201:4
207:4 208:15 248:2 251:10

thinks 103:3 252:18 301:24

thinner 120:10 212:17 281:12
307:5

Thompson 142:6,19 143:22
144:6 196:14 197:18

thought 49:1 50:1 78:5,11
101:23 108:9 121:10 128:13
203:11 211:5 222:24 226:20
233:6 251:24 264:9 269:3
274:6 297:17,19 299:21

thread 142:5 234:4 240:18
279:15

threaded 125:21

threading 111:10 119:25
120:7,11

threads 119:24 120:6 212:16
255:19 292:6

threat 200:11 210:25 235:21
236:14 237:10,12

three-way 63:8

threw 241:25

throw 204:14

throwing 242:2

tidbit 51:23

tie 189:21

tied 39:7

tight 234:1

Tim 72:9 188:2,4 189:1 190:6,
24,25 193:4 226:11,15 227:10
228:3 229:3 232:15 263:22

time 6:24 11:3,5,18 12:12,16,
18 22:13 27:13,17 29:1,4

**Charles Bradley**
**07/20/2022**

30:1,2 36:11 38:4,24 39:2,10
40:2 42:1 43:15 45:24 46:11
48:2 54:3,12 55:4 57:7,8,10,
21,25 62:4 64:2 66:3,6 69:11
73:20 76:6,9 77:12 78:21
79:7,12,14 81:12 82:2 97:18,
22 104:12 106:5 107:20
111:14 132:6,14 140:11
141:2,6 142:17 144:24 145:3
146:19 150:17 152:16 154:23
160:14,18 168:11 172:17,18
186:5 189:17,19 190:3 191:20
195:14,16,19 205:11 211:6
214:25 216:15 220:9 223:9
231:14,15 233:3 234:2
239:18,19 247:1,2 248:18
254:12 258:9 272:13 274:15
284:10 300:18,19,23 301:8,
18,22 302:8 306:3 309:23

**times** 22:6 44:13 59:1 62:6
70:9 110:11,16 116:22 122:19
133:18 139:25 251:23 279:10
286:16 288:12 290:22 292:17,
25 307:23

**timing** 219:25 250:8

**Timothy** 69:23 70:4 166:13

**tired** 69:3

**title** 22:24 124:9 153:2 172:1

**today** 7:4 37:25 38:5 41:3 47:4
51:16 53:1 60:2 225:7

**told** 33:5,10 34:20 35:5 36:1
37:4,7 39:19 40:19 53:4 56:10
57:9 74:18 77:25 78:2,4,5,11,
17,18,21 79:20 83:5 86:5,12,
19 88:5 89:25 90:10,24 91:1,
11,24,25 92:23,25 97:9 103:4
104:9,12,15 108:13,21 109:3
126:11 127:15,18 128:5 129:4
130:9 139:22 140:2 141:5
142:12 165:13,19 168:17
170:23 172:22,23 180:4
184:18 191:2 197:11 199:2
204:20,22 205:10 208:3,4
213:3 227:13 229:8 235:2
238:10,11,12,13,14,16 244:24
248:7 249:6,24 251:23,24,25
252:7 254:3,6,9,14,18 255:1,

4,15,23,24 256:23 257:4,20
258:2,4,6,15 261:21 262:15
269:20 273:3,10,11,14,17,23,
24 274:3,4 284:3 297:2,7,24
298:14 299:23,25 300:1,2
301:8 303:18 304:3 306:7
307:7 308:15

**Tom** 284:24

**tomorrow** 192:1

**ton** 229:14

**Tony** 101:17,19,20

**top** 45:6 111:16 113:17 125:15
166:14 221:21 229:10 240:14
259:8 264:6 275:14 293:6

**top-level** 113:18

**Topic** 77:18

**tops** 229:9

**torched** 259:25 260:16

**total** 132:13 154:2 294:6

**touch** 75:23 77:1

**track** 21:15 22:18 220:23

**tracking** 243:8

**trader** 264:10

**trading** 86:3,8 94:11,13,18,22
95:7,15 237:21 271:25

**trained** 26:13,14 154:22

**training** 113:5

**trans** 309:19,25

**transcript** 76:9

**transfer** 76:11,24

**transfers** 76:4,5,9

**translate** 6:5

**transparent** 193:22

**transpired** 204:1

**trap** 74:2

**travel** 283:14

**traveled** 65:23

**traveling** 18:12

**travels** 65:18

**treat** 223:19

**treated** 23:17 27:6,25 36:9
134:7 181:3,23 216:22

**treating** 116:12,15 123:10
183:17 199:21 200:24 201:11,
19 206:16 207:8 208:22
216:18,23 309:7,12

**treats** 223:22

**trial** 265:14,15,20 266:13,17,
19 267:10

**trick** 143:9 276:13,22

**trim** 164:11

**Trinity** 245:20,24 250:14,23

**trip** 93:17

**troll** 222:21 234:14 279:16

**trolling** 223:2,5 276:14,18

**trolls** 193:6

**trouble** 43:20

**true** 10:6 32:5 86:15,24 87:8
89:8 90:6,22 91:16 106:2,25
127:19 145:9 157:22 170:20
174:10 182:5 200:25 201:16
205:13 206:3,19 207:16
215:3,13,22 218:10,12,13,20
232:5 237:15 245:21 248:25
249:3,5 255:25 262:14 265:5
266:10,21 267:13 289:9
290:10 303:18

**trust** 89:11 206:6

**trusted** 145:17 175:24 216:12
304:5

**truth** 5:9 105:10 174:19
175:22 192:22 193:21 199:14
205:16 228:22,23 232:23
235:8 236:11 237:3,14,16,17,
18 279:24 292:9 303:25

**truthful** 265:6

**tuned** 275:16

tungsten 111:10,20 112:11
118:14,16,17 119:20 126:25
127:3,5,16 128:2 212:15
255:17,20 259:23 260:13
281:7,9,13,14 283:2 284:4,5,
6,9,13,15,19 286:21,22 305:5,
25 307:15 308:8,13

turn 305:24

turned 216:18 305:4,10,13,18,
23 306:4,6,7,9,10,13 307:1,3
308:7

Turner 304:15

turning 112:22 134:9

twenty 281:9

twisted 298:20

two's 185:25

two-year 259:20

type 9:2 36:4,25 38:1,5 46:15
56:15 57:6 86:7 120:1 138:21,
22 145:4,11 148:20 156:7
160:25 161:4,10 162:10,11,
12,14 163:1,14,18 164:14
166:15 171:11 181:4 183:19
184:11 185:6 204:18 215:1,23
225:5,14 237:21 276:18
283:10

types 12:10 135:13,25 136:19
145:20 165:8

typo 167:18

typos 260:4

---

**U**

U.S. 23:15 27:4,24 29:22 36:8
217:9

uh-huh 6:4 146:18 149:4
151:1 173:11 300:20

uhn-uhn 6:4 307:19

ultimately 192:17 194:21

ultra 112:22

Umm 50:11 85:12

unbias 279:12

unbiased 279:18

unblocked 69:14

uncover 66:11 193:21

uncovered 67:13 86:6

uncovering 67:23

underneath 229:7

understand 6:11 42:25 74:3
87:5 93:15,20,23 98:12
103:13,21 110:2 113:16 159:5
167:20 171:20 175:16 177:21
182:24 184:3 189:15 201:24
207:5 215:11 229:24 232:9
246:9 252:2 254:7,16 261:5
275:14 278:25 282:23 289:2
297:16

understanding 40:8 62:15
98:7 103:18 104:1 113:5,22
166:20 184:6 186:4,8 210:7
263:14 304:18

understood 6:14,22 7:16
99:23 111:25 112:1,3 116:9
180:21 269:10

undo 260:14

undue 259:23

unduly 173:15

unfollowed 69:7,9

Unit 184:22

United 9:5 215:2

Universal 245:9

unknowingly 292:5

unsuitable 301:2

untrue 157:14 160:1,8 248:21
249:6

up-to-date 25:18

update 25:19 39:1

upper 240:25

UPS 16:18

urge 6:3 7:6

USPSA 9:3,4,6,13,23 10:1,7
64:7 65:15,22 74:18,23 75:23
77:3,8 81:21 234:18

USPSA's 78:18

utilizes 110:24 114:1,6 117:3,
11

---

**V**

V-O-I-G-T 52:7

vacuum 23:17 27:6,25

vague 27:10

valve 164:11

Van 245:9

variables 295:15

vendor 15:23 106:17

vendors 66:25 270:7

verbal 6:2,6 75:20

verbally 6:8

verification 192:1

verified 258:22,25

verify 206:2 258:19

verifying 205:18 206:5 258:13

version 174:19 275:11 283:13

versus 217:2,16

vessels 164:17

victim 242:13 248:8 297:21

video 6:5 196:14,16,17,18,24

view 305:22

vindictive 240:1

virtual 5:1

Vlieger 12:25 13:1,2,4,5,6,7
14:1 19:22 44:6,7,8,9,10 45:5
46:17,21 52:18,19 54:20
57:18 58:3 62:20 63:6,10
73:12,13,17 97:8 102:4,17
103:15 128:10 131:20 133:13,



24 136:5 137:20 138:3 139:3,
18 170:11,23

**Vlieger's** 13:19 14:25 134:15

**voices** 119:7

**Voigt** 43:20 45:15,25 46:1
52:2,4

**Voigt's** 45:18

**vulgarity** 90:17

---

**W**

**W-E-N-D-I** 17:4

**wait** 20:25 22:3 107:2 208:5,6
209:23 247:6 262:8 302:2

**waiting** 231:1

**waiving** 27:11 173:19

**walk** 72:13 189:24

**walls** 212:19

**wanted** 45:6,7 46:9,10,22
49:18,19,24 50:7,14,22 52:4
87:16 88:2 103:5 126:13
129:18 180:19 192:22,23
232:17,23 235:22 236:15
237:7 241:18 248:21,22 249:8
251:5 260:5 281:8,20 288:1,
20 289:7 290:18 303:13,19,20
304:3,4

**wanting** 251:13

**Warner** 223:14

**warranties** 241:19

**warranty** 100:13,15 105:1
130:15 131:8,9 200:9,15
241:21 251:13

**watched** 268:15,18

**watching** 126:24

**ways** 29:16 125:2 265:13
280:7,21 285:17 287:25
288:18 289:6 290:1 291:5,11
309:5

**weaker** 112:25

**web** 15:16,19 16:3 18:25 21:3,
18 25:9 28:2,10 33:3 36:25
37:11 38:10,21,22,25 39:6,7,
18 47:14 52:9 131:17 219:15
242:25

**website** 19:6,11 20:11,20 21:9
22:13 23:9,14 27:3 30:8
31:11,18,21 32:1,17 34:12
35:11 36:2,11 37:20,21 38:1,
5,16,17 40:9,12,15,18,21 41:9
46:24 52:20,22 82:23 83:12
110:4 125:4 134:1,19 157:2
219:8,12,19 220:5,23,24
236:17

**websites** 22:15 23:24 161:12

**Wednesday** 5:2 187:24
188:21

**weeks** 63:3 199:10

**weight** 227:18 228:6

**Wendi** 16:21,23,24,25 18:10
19:13,19 20:4 21:12 26:9,11,
13,16,18,21 30:9 33:5 34:20
35:5 36:1 37:4,5 39:17 40:9,
10,11,15,17,20 199:1 220:14

**Wendi's** 19:13 20:2

**West** 15:8,9 54:15 57:12

**whack** 234:1

**whatever's** 211:10

**whatsoever** 131:10

**white** 174:23 259:15

**whoa** 208:6

**whomever** 308:4,13

**widgets** 218:8

**wise** 214:15

**withhold** 279:25

**withless** 192:8

**witnesses** 116:4

**won** 74:19,21 241:16

**word** 193:24 194:20 195:21
260:7 262:18,20 274:1

**worded** 289:3 290:4

**wording** 37:10 93:18 202:1

**words** 22:14 75:9 95:1 96:13
261:3

**work** 16:2 18:20,22 19:12
41:8,13 43:5,8 54:20 55:6,7
72:23 74:19 100:13,15 101:21
193:1,7 220:20 230:6

**worked** 11:16,18 41:11 73:19,
20 79:3 101:21

**working** 33:18 48:13,14,23
49:11 57:18 180:3 225:3,15
229:18 230:2,9 231:9,16,25
232:5,15,21 248:6 265:1
269:14 270:8 282:22

**works** 15:24,25 18:8 229:9
279:6 298:6

**worried** 292:9

**worthless** 192:5,9,11

**wow** 189:3 190:1 280:6,20
281:24 285:16 287:24 288:17
289:5,25 291:4,10

**write** 167:23 175:18 176:9,10
216:12 246:15

**writing** 246:14 250:18

**written** 81:3 260:9,18 261:11,
12

**wrong** 36:10 50:17 134:6
179:15 204:23 224:25 262:9
269:16,18,19 271:7

**wrote** 128:23,24 136:13,14,15
201:4 205:19 207:3,4 208:15,
16 229:20,21 246:15,17

**www.movingscam.com/**
**forum/topic.php?t=7727.**
242:21

---

**X**

**x-ray** 18:13



Charles Bradley
07/20/2022                                                42

| Y |
| --- |

**year** 57:25 182:3 240:22
   245:17 263:25 264:22 303:10

**years** 21:23,24,25 28:10
   38:23,24 39:5 40:24 41:6
   48:3,5 62:7 71:15 74:25 75:1
   79:3 97:21 106:19 113:17,22
   119:20,21 124:23 145:18
   153:25 154:2 165:15,20
   168:19,21,22 172:12,24 173:1
   174:3,6,24 175:9,12,25 206:7
   214:23 217:5,21 218:18
   220:11 233:25 240:19 245:14
   250:25 251:14 255:15 258:11
   281:10 282:5 284:7 285:11
   305:7,16

**Yee** 161:18 309:24

**yester** 239:18

**yesterday** 239:20

| Z |
| --- |

**zeros** 161:21

**zoning** 20:19 21:1

**Zoom** 5:1



**EXHIBIT**

#1  07-20-22  TLR

exhibitsticker.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:20-cv-61469-XXXX

AKAI CUSTOM GUNS, LLC,
a Florida Limited Liability Company,
and SHAY HOROWITZ, an Individual,

       Plaintiffs,

vs.

KKM PRECISION, INC. a Nevada Corporation,
SHOOTERS CONNECTION, INC., a Kentucky
Corporation, CHARLES BRADLEY, an Individual
and Kentucky Resident, TIMOTHY MEKOSH,
an Individual and Kentucky Resident, and MICHAEL
DAME, a Canadian Citizen and Kentucky Resident.

       Defendants.

_____/

**DEFENDANT, SHOOTERS CONNECTION, INC.'S, AMENDED RESPONSES
TO PLAINTIFFS' SECOND REQUEST FOR ADMISSIONS**

    Defendant, Shooter's Connection, Inc. ("SCI"), pursuant to Florida Rules of Civil

Procedure, hereby serves this Amended Response to Plaintiffs' Second Request for Admissions

("RFAs") as follows:

    **REQUEST NO. 1:** **Admit you sold one (1) 1911 style KKM barrels to Plaintiff**

**AKAI on April 2, 2018.**

    RESPONSE: Admit.

    **REQUEST NO. 2:** **Admit the one (1) 1911 style KKM barrels that you sold to**

**Plaintiff AKAI on, was not made from certified 416R gun-barrel quality stainless steel bar**

**stock.**

1

RESPONSE: Deny.

**REQUEST NO. 3:**   **Admit you sold five (5) 1911 style KKM barrels to Plaintiff AKAI on April 4, 2019.**

RESPONSE: Admit.

**REQUEST NO. 4:**   **Admit the five (5) 1911 style KKM barrels that you sold to Plaintiff AKAI on April 4, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.**

RESPONSE: Deny.

**REQUEST NO. 5:**   **Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on July 5, 2019.**

RESPONSE: Admit.

**REQUEST NO. 6:**   **Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on July 5, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.**

RESPONSE: Deny.

**REQUEST NO. 7:**   **Admit you sold seven (7) 1911 style KKM barrels to Plaintiff AKAI on October 2, 2018.**

RESPONSE: Admit.

**REQUEST NO. 8:**   **Admit the seven (7) 1911 style KKM barrels that you sold to Plaintiff AKAI on October 2, 2018, were not made from certified 416R gun-barrel quality stainless steel bar stock.**

RESPONSE: Deny.

270971172v.1

**REQUEST NO. 9:**   Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on November 8, 2017.

RESPONSE:  Admit.

**REQUEST NO. 10:**  Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on November 8, 2017, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 11:**  Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on January 27, 2019.

RESPONSE:  Admit.

**REQUEST NO. 12:**  Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on January 27, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 13:**  Admit you sold two (2) 1911 style KKM barrels to Plaintiff AKAI on January 28, 2019.

RESPONSE:  Admit.

**REQUEST NO. 14:**  Admit the two (2) 1911 style KKM barrels that you sold to Plaintiff AKAI on January 28, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 15:**  Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on April 22, 2019.

3

RESPONSE: Admit.

**REQUEST NO. 16:** Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on April 22, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 17:** Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on April 30, 2019.

RESPONSE: Admit.

**REQUEST NO. 18:** Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on April 30, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 19:** Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on May 20, 2019.

RESPONSE: Admit.

**REQUEST NO. 20:** Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on May 20, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 21:** Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on May 29, 2018.

RESPONSE: Admit.

4

**REQUEST NO. 22:**  Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on May 29, 2018, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 23:**  Admit you sold seven (7) 1911 style KKM barrels to Plaintiff AKAI on May 30, 2019.

RESPONSE:  Admit.

**REQUEST NO. 24:**  Admit the seven (7) 1911 style KKM barrels that you sold to Plaintiff AKAI on May 30, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 25:**  Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on May 31, 2018.

RESPONSE:  Admit.

**REQUEST NO. 26:**  Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on May 31, 2018, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 27:**  Admit you sold one (1) 1911 style KKM barrels to Plaintiff AKAI on July 11, 2019.

RESPONSE:  Deny.  SCI further states that this sale was cancelled.

5

**REQUEST NO. 28:** Admit the one (1) 1911 style KKM barrels that you sold to Plaintiff AKAI on July 11, 2019, was not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 29:** Admit you sold thirteen (13) 1911 style KKM barrels to Plaintiff AKAI on July 30, 2018.

RESPONSE: Admit.

**REQUEST NO. 30:** Admit the thirteen (13) 1911 style KKM barrels that you sold to Plaintiff AKAI on July 30, 2018, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 31:** Admit you sold two (2) 1911 style KKM barrels to Plaintiff AKAI on August 22, 2019.

RESPONSE: Admit.

**REQUEST NO. 32:** Admit the two (2) 1911 style KKM barrels that you sold to Plaintiff AKAI on August 22, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 33:** Admit you sold one (1) 1911 style KKM barrels to Plaintiff AKAI on August 23, 2017.

RESPONSE: Admit.

**REQUEST NO. 34:** Admit the one (1) 1911 style KKM barrels that you sold to Plaintiff AKAI on August 23, 2017, was not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 35:** Admit you sold five (5) 1911 style KKM barrels to Plaintiff AKAI on September 11, 2019.

RESPONSE: Admit.

**REQUEST NO. 36:** Admit the five (5) 1911 style KKM barrels that you sold to Plaintiff AKAI on September 11, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 37:** Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on September 14, 2017.

RESPONSE: Admit.

**REQUEST NO. 38:** Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on September 14, 2017, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 39:** Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on September 27, 2017.

**RESPONSE:** Admit.

**REQUEST NO. 40:**  Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on September 27, 2017, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 41:**  Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on October 15, 2019.

RESPONSE:  Admit.

**REQUEST NO. 42:**  Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on October 15, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 43:**  Admit you sold one (1) 1911 style KKM barrels to Plaintiff AKAI on October 16, 2018.

RESPONSE:  Admit.

**REQUEST NO. 44:**  Admit the one (1) 1911 style KKM barrels that you sold to Plaintiff AKAI on October 16, 2018, was not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 45:**  Admit you sold two (2) 1911 style KKM barrels to Plaintiff AKAI on November 22, 2017.

RESPONSE:  Admit.

8

**REQUEST NO. 46:**  Admit the two (2) 1911 style KKM barrels that you sold to Plaintiff AKAI on November 22, 2017, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 47:**  Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on November 29, 2017.

RESPONSE:  Admit.

**REQUEST NO. 48:**  Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on November 29, 2017, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 49:**  Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on January 27, 2019.

RESPONSE:  Admit.

**REQUEST NO. 50:**  Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on January 27, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 51:**  Admit that in 2016, you advertised 1911 style KKM barrels for sale on the SCI website.

RESPONSE:  Admit.

**REQUEST NO. 52:**  Admit that in 2016 the 1911 style KKM barrels you advertised for sale on the SCI website included the following description:  "All KKM barrels are made

9

using U.S. manufactured 416 Stainless steel bar stock which is then heat treated and vacuum tempered to 42 to 45 RC."

RESPONSE: SCI lacks the knowledge and information necessary to either admit or deny this request. Further, SCI has made a reasonable inquiry and the information it knows or can readily obtain is insufficient to enable it to admit or deny. However, SCI does not maintain copies of its previous websites, including product descriptions. Further, SCI sells over 4,000 products, and obtains the product descriptions from the manufacturer.

**REQUEST NO. 53:** Admit that subsequent to 2016, you removed the following description from the 1911 style KKM barrels you advertised for sale on the SCI website: "All KKM barrels are made using U.S. manufactured 416 Stainless steel bar stock which is then heat treated and vacuum tempered to 42 to 45 RC."

RESPONSE: Objection. The term "subsequent to 2016" is vague, ambiguous, and confusing. Without waiving these objections, SCI admits that it removed the above-cited language sometime after this lawsuit was filed to in order conform to KKM's specifications. SCI further states that it only advertised the product specifications which were provided by KKM. Sometime after this lawsuit was filed, KKM modified its product specifications with regard to 1911 barrels, removing the above-cited language. Consequently, SCI's then changed its advertised specifications of these barrels to conform KKM's new specifications.

**REQUEST NO. 54:** Admit that from January 2017 to October 2019, the 1911 style KKM barrels you advertised for sale on the SCI website were not made from the same type of steel as the 1911 style KKM barrels advertised on the KKM website.

RESPONSE: Deny.

**REQUEST NO. 55:**  Admit that from January 2017 to October 2019, the 1911 style KKM barrels you advertised for sale on the SCI website did not include any description of the type of steel the KKM barrels were made from.

RESPONSE:  SCI lacks the knowledge and information necessary to either admit or deny this request.  Further, SCI has made a reasonable inquiry and the information it knows or can readily obtain is insufficient to enable it to admit or deny.  However, SCI does not maintain copies of its previous websites, including product descriptions.  Further, SCI sells over 4,000 products, and obtains the product descriptions from the manufacturer.

**REQUEST NO. 56:**  Admit that from January 2017 to October 2019, the 1911 style KKM barrels you advertised for sale on the SCI website did not include any description of the Rockwell hardness of the steel for the KKM barrels you sold to the public.

RESPONSE:  SCI lacks the knowledge and information necessary to either admit or deny this request.  Further, SCI has made a reasonable inquiry and the information it knows or can readily obtain is insufficient to enable it to admit or deny.  However, SCI does not maintain copies of its previous websites, including product descriptions.  Further, SCI sells over 4,000 products, and obtains the product descriptions from the manufacturer.

**REQUEST NO. 57:**  Admit that subsequent to the filing of the Plaintiffs' First Amended Complaint, you have not taken any steps to retract any statements you made on the SCI Facebook page regarding Plaintiff AKAI and/or Plaintiff HOROWITZ as outlined in Plaintiffs' First Amended Complaint.

**RESPONSE:** Objection.   This request is vague, ambiguous, confusing, and argumentative.  Without waiving these objections, SCI denies the statement as worded.  SCI

11

further states that it never made any false or otherwise defamatory statements regarding Plaintiffs and, therefore, there was no reason to retract anything.

Respectfully submitted this 21st day of June 2022.

/s/ John Y. Benford
Nicholas D. Freeman, Esq.
Florida Bar No. 118620
Nicholas.freeman@wilsonelser.com
John Y. Benford, Esq.
Florida Bar No. 51950
John.benford@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200
Orlando, FL 32801
(407) 203-7599 –  Phone
(407) 648-1376 –  Facsimile

Attorneys for Defendants, Shooters Connection, Inc. and Charles Bradley

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 21, 2022, I electronically served this document on all counsel of record identified on the service list below.

/s/ John Y. Benford
JOHN Y. BENFORD, ESQ.

## SERVICE LIST

12

Law Offices of Richard Fiato
Richard J. Fiato
550 W. Merrill Street, Suite 200
Birmingham, MI 48009
Attorney for Plaintiffs
fiatolaw@gmail.com

Edmund Yee
McKelvie, McKelvie, Yee & Epacs, P.C.
280 West Maple Road, Suite 220
Birmingham, Michigan 48009
eyee@mmyelaw.com
Attorney for Plaintiffs

Zimmerman Kiser Sutcliffe
Kevin P. Robinson
315 East Robinson Street, Suite 600
Orlando, FL 32801
Attorney for Defendant KKM
krobinson@zkslawfirm.com
JWenhold@zkslawfirm.com
service@zkslawfirm.com

Cole, Scott & Kissane, P.A.
John A. Chiocca
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401
Attorneys for SCI and Bradley
John.chiocca@csklegal.com
Stephanie.chiocca@csklegal.com

270971172v.1





## KKM .355 Caliber Bull Barrel 5"

Home > Browse by Manufacturer > KKM Precision Barrels

### KKM .355 Caliber Bull Barrel 5"

Other products by KKM Precision

| | |
|---|---|
| Item #: | CGABXN |
| Our Price: | $235.00 |
| Ramp Cut | ⌄ |

The product is currently out of stock.

**ADD TO WISHLIST**

click on thumbnail to zoom

**DESCRIPTION**     REVIEWS     ALSO IN KKM PRECISION BARRELS

5" 9mm bull barrel. Gunsmith Fit. 1/16 twist.

Premium Match Barrel with precision button rifling.KKM has been a leader in custom pistol barrel manufacturing for the last decade providing the most consistent and accurately machined products available for competition, duty and tactical weaponry. From our world famous Glock barrels to our super accurate 1911 and Beretta bull's-eye barrels, every product we make sets the highest standards in precision shooting.

KKM barrels far surpass any standard barrel made today and our secret is our unique Button Rifling process. Our reputation has been built upon our ability to produce an accurate and consistent pistol barrel and no process can produce a rifled bore better than Button rifling.

Button rifling is a process, in which a Titanium Nitride coated Carbide button is pulled under pressure to displace metal to produce a rifled barrel. This process is very expensive but produces a better finished size, surface finish, and surface hardness as well as maintains a more uniform rate of twist then any other rifling process. Each button can be used to produce thousands a barrels before wearing undersized. This allows us to maintain the highest level of quality control. Over the past 10yrs we have perfected the art of button rifling. We now produce all of our own uniquely designed buttons in house.

EXHIBIT

#2  07-20-22  TLR

12:02  📶 🔔 ⏰ * 0.05 KB/S 📶 📶 76% 🔋

← 👤 **John**   📞  📹  ⓘ

Can we talk here?

JAN 8, 2019 AT 3:32 PM

It's about you building guns for us

I can talk any time you're available. It's no rush or anything. We had spoken briefly about it before, like to explore other options

Sure thang

JAN 9, 2019 AT 11:29 AM

im available when you are

JAN 9, 2019 AT 2:19 PM

 👍

JAN 9, 2019 AT 5:14 PM

Will call while driving. You still [at] he shop?

⠿  📷  🖼  🎤  Aa  😊  👍

◁  ○  □

EXHIBIT

#3  07-20-22  TLR

exhibitsticker.com

 **Shooters Connection Inc**
February 25, 2019 · 🌐

A beautiful gun from Shay Akai with the new KKM Precision hybrid barrel!

These barrels are available exclusively at Shooters Connection and we are happy to have them available for custom builders like Akai Customs!



**Shay Akai** is with **Nathan Carter** and **5 others**.
February 25, 2019 · 🌐

40S&W with the new KKM Precision ribbed barrels. This is the first gun ever built with one of them. Great barrels!

Available at Shooters Connection...

#AkaiCu... **See more**

  You, Tom Naelon, Lucky Gray and 23 others          2 Shares

 Like          💬 Comment          ↪ Share           ▾

EXHIBIT

#4  07-20-22 TLR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:20-cv-61469-RS

AKAI CUSTOM GUNS, LLC,
a Florida Limited Liability Company,
and SHAY HOROWITZ, an Individual,

      Plaintiffs,

vs.

KKM PRECISION, INC. a Nevada Corporation,
SHOOTERS CONNECTION, INC., a Kentucky
Corporation, CHARLES BRADLEY, an Individual
and Kentucky Resident, TIMOTHY MEKOSH,
an Individual and Kentucky Resident, and MICHAEL
DAME, a Canadian Citizen and Kentucky Resident.

      Defendants.

_____/

## DEFENDANT, SHOOTERS CONNECTION, INC.'S RESPONSE TO PLAINTIFFS' REQUEST FOR ADMISSIONS AND UNVERIFIED INTERROGATORIES

      Defendant, SHOOTERS CONNECTION, INC., pursuant to Federal Rules of Civil

Procedure 33 and 36, hereby files its responses to Plaintiffs Request for Admissions and

Unverified Interrogatories to Defendant and states as follows:

### RESPONSE TO REQUEST FOR ADMISSIONS AND INTERROGATORIES

**REQUEST NO. 1** - Admit that between August 2017 and October 2019, you sold KKM

barrels made from BQ#5 steel to the public.

      **RESPONSE: Admit that SCI sold KKM barrels.  SCI is without knowledge as**

      **to the metallurgy of the barrels as SCI is a retailer and not a metal testing**

CASE NO.: 0:20-cv-61469-RS

facility.  **Upon information and belief, based on conversations with KKM, did not utilize BQ#5 416 Steel until after the October 2019 time frame.**

**REQUEST NO. 2 -** Admit that between August 2017 and October 2019, you sold KKM barrels made from BQ#5 steel to Plaintiff AKAI.

**RESPONSE:  SCI is unable to admit or deny this, as SCI is not an expert in steel alloys, steel types, nor is it SCI's area of responsibility to test for alloys.**

**REQUEST NO. 3** - Admit that between August 2017 and October 2019, Defendant Shooters Connection, Inc., was a KKM dealer.

**RESPONSE: Admit.**

**REQUEST NO. 4** - Admit that between August 2017 and October 2019, you did not inform and/or advise the public that some of the KKM barrels you offered for sale to the public were made from BQ#5 steel.

**RESPONSE: Admit that SCI had no knowledge of the metal or alloy types and therefore could not advertise barrels as to content or metal brand.**

**REQUEST NO. 5 -** Admit that BQ#5 steel is not 416R steel.

**RESPONSE: Denied. Upon information and belief BQ#5 is a name given by some metal manufacturers for their 416R Stainless metal.**

**INTERROGATORY NO. 1 –** If your response to Request for Admission No. 5 is anything other than an admission, please state all evidence upon which you rely for the denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

-2-
**COLE, SCOTT & KISSANE, P.A.**
ESPERANTE BUILDING - 222 LAKEVIEW AVENUE, SUITE 120  - WEST PALM BEACH, FLORIDA 33401 (561) 383-9200 - (561) 683-8977 FAX

CASE NO.: 0:20-cv-61469-RS

**RESPONSE: Objection insofar as this interrogatory calls for opinions that are properly within the knowledge of experts.   SCI's layperson understanding of  what Plaintiff terms as BQ#5 is a balanced version of Type 416 Stainless steel based on the ASM Alloy Digest, available at:**

https://doi.org/10.31399/asm.ad.ss0333

**REQUEST NO. 6 -** Admit that KKM barrels made from BQ#5 steel have a Rockwell hardness less than that of KKM barrels made from Outokumpu 416R steel.

**RESPONSE:  Denied, especially as KKM Barrels may be heated, sanded, filed, coated, sleeved and/or otherwise fitted after being delivered to AKAI.**

**REQUEST NO. 7 -** Admit that between August 2017 and October 2019, you did not perform Rockwell hardness testing on every KKM barrel you sold to the public.

**RESPONSE: Admit.  SCI does not perform Rockwell hardness testing on any barrel.**

**REQUEST NO. 8 -** Admit that prior to October 2019, the KKM barrels you sold to the public were not individually marked with the date each barrel was produced.

**RESPONSE:  Admit. SCI's understanding of barrels is that very few barrels, with the exception of HK barrels are marked with a date code.  Barrels do not expire like a jug of milk.**

**REQUEST NO. 9 -** Admit that prior to October 2019, the KKM barrels you sold to the public were not individually marked with the date it was inspected.

CASE NO.: 0:20-cv-61469-RS

**RESPONSE:  SCI is without knowledge as SCI does not inspect product from any of its manufacturers.  SCI relies on manufacturers for their production and quality control.**

**REQUEST NO. 10 -** Admit that prior to October 2019, the KKM barrels you sold to the public were not individually marked with any mark indicating that a barrel was tested.

**RESPONSE:  SCI is without knowledge as SCI does not inspect product from any of its manufacturers.  SCI relies on manufacturers for their production and quality control.**

**REQUEST NO. 11 -** Admit that prior to October 2019, the KKM barrels you sold to the public were not individually marked with any mark indicating the type of steel used in the construction of each barrel.

**RESPONSE:  SCI would need to examine the barrels sold prior to October 2019 in order to confirm or deny this request.**

**REQUEST NO. 12 -** Admit that prior to October 2019, the KKM barrels you sold to the public were not individually marked with any mark indicating any serial number of each barrel.

**RESPONSE:  SCI would need to examine the barrels sold prior to October 2019 in order to confirm or deny this request.**

**REQUEST NO. 13 -** Admit that all times relevant to the First Amended Complaint, Plaintiff AKAI did not do anything to change the chemical composition of any KKM barrel AKAI purchased.

CASE NO.: 0:20-cv-61469-RS

**RESPONSE: Denied. SCI is not in a position to know what AKAI does with the parts it utilizes in its builds.**

**INTERROGATORY NO. 2 –** If your response to Request for Admission No. 13 is anything other than an admission, please state all evidence upon which you rely for the denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

**RESPONSE: Objection, this interrogatory calls for speculation as SCI can in no way be in a position to know what heat treating, coating, Parkerizing, nitriding, chroming, heating, annealing, or porting, etc. that AKAI does to the parts in its' shop.**

**REQUEST NO. 14 -** Admit that all times relevant to the allegations of the First Amended Complaint, Plaintiff HOROWITZ did not do anything to change the chemical composition of any KKM barrel AKAI purchased.

**RESPONSE: Denied. SCI is not in a position to know what Horowitz does with   the parts he utilizes in his builds.**

**INTERROGATORY NO. 3 –** If your response to Request for Admission No. 14 is anything other than an admission, please state all evidence upon which you rely for the denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

**RESPONSE: Objection, this interrogatory calls for speculation as SCI can in no way be in a position to know what heat treating, coating, Parkerizing,**

CASE NO.: 0:20-cv-61469-RS

**nitriding, chroming, or porting, etc. that Horowitz does to the parts in his shop.**

**REQUEST NO. 15** - Admit that all times relevant to the First Amended Complaint, Plaintiff AKAI did not do anything to change the Rockwell Hardness of any KKM barrel AKAI purchased.

**RESPONSE: Denied.  SCI is not in a position to know what AKAI does with the parts it utilizes in its builds, including the installation of a tungsten sleeve.**

**INTERROGATORY NO. 4 –** If your response to Request for Admission No. 15 is anything other than an admission, please state all evidence upon which you rely for the denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

**RESPONSE:   Objection as this calls for speculation.   Plaintiff AKAI advertises the installation of a "oversized tungsten sleeved barrel" at a cost of $1,200 on its website.  SCI speculates that the installation of the same may affect the Rockwell hardness of the barrels utilized.**

**REQUEST NO. 16  -** Admit that all times relevant to the First Amended Complaint, Plaintiff HOROWITZ did not do anything to change the Rockwell Hardness of any KKM barrel AKAI purchased.

**RESPONSE: See response to No. 15.**

**INTERROGATORY NO. 5 –** If your response to Request for Admission No. 16 is anything other than an admission, please state all evidence upon which you rely for the

CASE NO.: 0:20-cv-61469-RS

denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

**RESPONSE:  See response to interrogatory No. 4.**

**REQUEST NO. 17 -** Admit that between August 2017 and October 2019, KKM advertised on its website that all of its barrels were manufactured from 416R steel.

**RESPONSE: Without knowledge as SCI does not keep cache'd copies of KKM's website from 2017 to 2019.**

**REQUEST NO. 18 -** Admit that between August 2017 and October 2019, KKM's website stated the following: "*All KKM barrels are made using certified 416R gun-barrel quality stainless steel bar stock. Our barrels are then heat treated and vacuum tempered to 42 RC. All of our barrels are CNC machined to obtain superior dimensional tolerances over stock. Our advanced proprietary button rifling process allows KKM barrels to offer greater accuracy over stock barrels. Our barrels come with fully supported match chambers for shooting factory or reloaded ammunition as well as lead or jacketed bullets.*"

**RESPONSE: Without knowledge as SCI does not keep cache'd copies of KKM's website from 2017 to 2019.**

**REQUEST NO. 19 -** Admit that between August 2017 and October 2019, not all KKM barrels sold by KKM or you were made using certified 416R gun-barrel quality stainless steel bar stock.

**RESPONSE: Denied. SCI is of the understanding that all barrels are or were 416R stainless steel.**

**INTERROGATORY NO. 6 –** If your response to Request for Admission No. 19 is anything

CASE NO.: 0:20-cv-61469-RS

other than an admission, please state all evidence upon which you rely for the denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

**RESPONSE: SCI is not in the business of testing the metallurgy of barrels it retails, therefore, SCI cannot opine as to the type of materials that were used in the barrels sold.**

**REQUEST NO. 20 -** Admit that KKM authorized you to publish the KKM January 9, 2020 Open Letter on Shooters Connection, Inc.'s Facebook page.

**RESPONSE: Admit.**

**REQUEST NO. 21 -** Admit that between August 2017 and October 2019, the Shooters Connection website did not advise its customers that the KKM barrels you were selling to the public were not made from certified 416R gun-barrel quality stainless steel bar stock.

**RESPONSE: Denied.**

**REQUEST NO. 22 -** Admit that between August 2017 and October 2019, the Shooters Connection website did not advise its customers that the KKM barrels you were selling to the public had a Rockwell hardness less than that of KKM barrels made from Outokumpu 416R steel.

**RESPONSE: Denied. SCI's website made no representations as to the KKM 1911/2011 barrel hardness.**

CASE NO.: 0:20-cv-61469-RS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on thisFebruary 7, 2022, a true and correct copy of the

foregoing was served by electronic mail.

> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Defendant*
> Esperante Building
> 222 Lakeview Avenue, Suite 120
> West Palm Beach, Florida 33401
> Telephone (561) 383-9220
> Facsimile (561) 683-8977
> Primary e-mail: john.chiocca@csklegal.com
> Secondary e-mail: kir-sheng.chen@csklegal.com
> Alternate e-mail:  susan.miller@csklegal.com

By:   s/ Kir-Sheng Chen
      JOHN A. CHIOCCA
      Florida Bar No.:  145157
      KIR-SHENG CHEN
      Florida Bar No.:  91364

0487.2284-00

**EXHIBIT**

#5   07-20-22  TLR

exhibitsticker.com

## EXPERT REPORT OF DAN BEDELL

### MAY 5, 2022

### SCOPE OF ENGAGEMENT

I was retained by Defendant Shooters Connection, Inc. to provide expert opinions in the case *Akai Custom Guns, LLC, et al v. KKM Precision, Inc.*, et al., Case No. 20-cv-61469-RS, United States District Court, Southern District of Florida.  I was asked to provide an expert opinion on the following subject matters:

1. The reasonableness of Akai's alleged repair costs as stated in the PDF Akai # 538 ("Akai Cost Spreadsheet").  See Exhibit A, attached.

2. The reasonableness of Akai's claim for loss of revenue based upon allegedly not being able to manufacture guns.

3. The reasonableness of applying a "tungsten sleeve" via turning down the outside dimensions of a barrel on a lathe.

My findings, conclusions, and opinions as offered herein are based on my review and analysis of the documents and information available to me as of the date of this report. I reserve the right to supplement and/or amend this report should additional information that impacts my opinions become available at a later date.

### QUALIFICATIONS

I am the sole owner of Bedell Custom, which is located at 3976 Walden Avenue, Lancaster, NY, 14086.  Bedell Custom manufacturers and repairs Model 1911, Model 2011 and other firearms.  I have owned and operated Bedell Custom since 1990.  I have worked as a gunsmith for 30 years in both manufacturing and repairing guns, in particular, the Model 1911 and 2011 pistols.  I devote approximately 50% of my work to repairing guns, the majority of which are Model 1911s and 2011s.  In the last 30 years, I have replaced hundreds of barrels and have completed hundreds of top ends of Model 1911 and 2011 pistols.  Most of the Model 1911 and 2011 pistols Bedell Custom either manufactures or repairs are for competition use, including competitions organized by the USPSA.  I have been a member of the USPSA since the 1990s, and have regularly attended and competed in USPSA, including winning numerous local events.

I am also familiar with the guns made by the Plaintiff, Akai Custom Guns.  I have repaired several Akai Model 2011 guns.  Some of the problems I have repaired on Akai's guns include various reliability issues, including failure to feed and extract and poorly fit barrels.

## BACKGROUND OF MODEL 1911 AND MODEL 2011 PISTOLS

The Model 1911 was designed by the gun manufacturer John Browning in 1911. It has become the most widely manufactured semi-automatic pistol design in the history of firearms. The Model 1911 is the most popular pistol for competition shooting, including USPSA competitions. The 2011 was designed by the manufacturer STI, and is very similar to the Model 1911. The top ends (which includes the slide, barrel, extractor, and firing pin) of the Model 1911 and 2011 are virtually identical.

Competition shooting places a high degree of stress and wear on pistols, including the Model 1911 and 2011. The Model 1911 and 2011 were not designed to fire the quantity, frequency, and type of rounds used in modern day competition shooting. Accordingly, manufacturers are often "pushing the limits" of the Model 1911 and 2011's abilities. This frequently leads to problems such as parts failing and breaking. Barrel lug failure (including cracking) and slide failure (including cracking) is not uncommon in competition shooting using the Model 1911 and 2011.

I attend approximately 20-30 competitions per year in which Model 1911 and 2011 are used. I typically receive approximately 10-15 Model 1911 and 2011 pistols every year for repair service involving barrels that have exploded at shooting competitions. Barrel explosion is generally caused by the user improperly reloading their ammunition, in particular, packing too much or not enough gunpowder into the shell. The vast majority of competition shooters load their own ammunition.

Akai installs tungsten sleeves on its barrels as part of its manufacturing process in order reduce recoil. Installing a sleeve (including a tungsten sleeve) on a moving part, like a barrel, is very irregular. In my opinion, installing the sleeve on the barrel may lead to problems. The better and universal practice to reduce recoil is adding static weight on a static part of the gun, for example, the frame or the grip.

In addition, it is my understanding that Akai may be installing its tungsten sleeve by heating the sleeve and freezing the barrel. In my opinion, this can also lead to problems, including compromising the hardness of the barrel. The better manufacturing process would be to thread the barrel and the sleeve, and then install the sleeve by screwing it onto the barrel. This process only takes approximately 1 hour.

## OPINIONS REGARDING REASONABLENESS OF REPAIR COSTS

I have reviewed the PDF entitled "Akai # 538" ("Akai Cost Spreadsheet"), attached to this report as Exhibit A. Akai appears to be claiming that it spent 20 hours for "barrel replacement", including 8 hours to finish the gun, 8 hours to replace the slide, and 8 hours for the tungsten sleeve installation, and other labor.

In my opinion, these labor hours and rates are grossly excessive and unreasonable. Barrel replacement should only take approximately 4 to 6 labor hours.  The process of barrel replacement can be described as follows:

- Fitting the hood, upper lugs, and lower lugs.
- Locking the barrel into the slide.
- Installing the barrel link to allow for "lock-up".
- Fitting the bushing (at the front of the barrel) to the slide.  However, because Akai uses a "bull barrel" and does not use a bushing, this step is not required in Akai's process.
- Fitting the compensator to end of barrel.
- "Reaming the chamber" of the barrel.
- Polishing the ramp.
- Installing compensator.

Akai also indicates in the Akai Cost Spreadsheet that it spent approximately 29 to 37 hours total for "top end" replacement.  In my opinion, this is also a grossly excessive and unreasonable amount of time for Akai to perform this work.  The top end consists of the slide, barrel, compensator, and several other small parts.  Replacing the barrel (described above) is a major aspect of top end replacement and, again, it should only take 4 to 6 hours to replace the barrel.  Other than barrel replacement, the only other work involved in top end replacement should only take approximately 4 to 6 hours.  This other top end work includes:

- Fitting the slide to the frame.  I note that Akai describes this as "replacing the slide", and indicates this is an 8-hour process.  Again, this is grossly excessive.
- External machine work to the slide ("slide lightning").
- Fitting the barrel.
- Fitting the extractor.
- Fitting the firing pin stop.

As discussed above, Akai also turns down (reducing the outside diameter of the barrel on a lathe) its barrels on a lathe as part of its barrel installation process in order to fit the sleeve.  While I do not believe this process is advisable (see above), this turning down process on a lathe should only take approximately 20 to 30 minutes.  Again, in my opinion, the better process would be installing the sleeve by threading the sleeve onto the barrel, which takes approximately 1 hour.

Akai claims that it spends 8 hours to finish the top end.  However, Akai also suggests that it pays a vendor $275 to finish its top ends.  If Akai pays a vendor $275 to finish the top end, then Akai should not be required to perform any finish work.  In my experience, using the hot salt bluing process, finish work only takes approximately 2-4 hours.  Therefore, in my opinion, Akai spending 8 hours on finish work is unreasonable and excessive.

3

It is also my opinion that Akai's labor rate of $150 per hour for gunsmithing is excessive and unreasonable.  I charge approximately $75 per hour.  In my experience, hourly rates for gunsmithing on national basis generally range from $75 to $100 per hour.

## OPNIONS REGARDING AKAI'S CLAIM FOR LOSS OF REVENUE

Akai also claims that it lost approximately $364,000 in revenue because of the time it took to repair guns.  There are 39 guns listed on the spreadsheet.  It is my opinion that Akai's claim that it lost revenue because it was required to repair these 39 guns is unreasonable.

As to barrel replacement time, as I discuss above, it should take approximately 4-6 hours to replace a barrel (including compensator).  Of the 39 guns on the Akai's spreadsheet, 23 involve barrel replacement (some including compensator replacement).  Assuming it took Akai 6 hours per gun to perform this work, it would take a total of 138 hours to replace the barrels on all 23 guns.  Therefore, it is my opinion that if only one gunsmith performed this work at 8 hours per day, it would take approximately 17.25 days to complete (138/8 = 17.25).

Regarding top end replacement time, as I discuss above, it should take approximately 8-12 hours to replace a top end (barrel and other parts).  Of the 39 guns on the Akai's spreadsheet, 13 involve top end replacement.  Assuming it took Akai 12 hours per gun to perform this work, it would take a total of 156 hours (13 guns x 12 hrs/gun) to replace the barrels on all 13 guns.  Therefore, it is my opinion that if only one gunsmith performed this work at 8 hours per day, it would take approximately 19.5 days to complete (156/8 = 19.5).

In addition, in my experience manufacturing competition Model 1911 and 2011 pistols, customers will frequently wait 3 to 5 months to receive a new competition pistol after placing the order.  Customers will also typically wait 1 to 2 months for a pistol to be repaired.

## DOCUMENTS / INFORMATION REVIEWED

1.  Akai Cost Spreadsheet
2.  Akai website
3.  Interviews with Chuck Bradley
4.  Internet searches of other gunsmith websites
5.  Documents filed in this lawsuit
6.  Documents produced by Akai

## COMPENSATION

I am being compensated at the rate of $200.00 per hour for my services.

4

**PREVIOUS TESTIMONY PROVIDED**

None.

**RELEVANT ARTICLES WRITTEN**

None.


Dated:  5-5-22

Respectfully Submitted,

*/s/ Dan Bedell*

Dan Bedell
Owner
Bedell Custom
3976 Walden Avenue
Lancaster, NY 14086

EXHIBIT

#6   07-20-22  TLR

1:15 PM

2.2KB/s

 **Chuck**
Active Now

12:41 PM



I just got these in today from you. Mind if I send the one that is out of spec back?

actually 40 is within spec. I cant have you testing barrels and then sending them back with marks on them. And knowing your numbers which could be different than somebody elses. This whole thing has gotten out of hand. You have not been fair to KKM. You have deleted posts that others have made that were truthful. Also good luck with STI, they admitted to ha ↓ metal issues on slides, agreed to replace them

    Aa    

**EXHIBIT**

#7   07-20-22  TLR



10:08  📷 ✉ 📹 ⬇ 🔗 🔧 ⊙        🔔 📶 100% 🔋

←  **John**        📞  📹  ⓘ

you're familiar with 416R
stainless i assume

DEC 18, 2019 AT 2:35 PM

> Not really, just that I hate
> cutting it

well, KKM used 416R for some
barrels, specifically the ones
you order from the website
because its more versatile, but
harder to machine/fit

when you get a barrel from us,
or other retailers, it is 99%
chance it is 416R BQ5 (barrel
quality 5) which was devloped
at least in part by Will
Shcumann.

which cannot be heat treated
as heavily. usually comes out in
the 40-42 range, instead of
42-46 ish range

↓

so, lets assume you have a BQ5



∷   Aa      😊  📷  🖼  🎤  👍

III      ○      ‹



10:08

John

Shcumann.

which cannot be heat treated as heavily. usually comes out in the 40-42 range, instead of 42-46 ish range

so, lets assume you have a BQ5 barrel, but don't know it

then lets assume you don't have a super duper calibrated machine

and lets assume you test the barrel in a fucked up way

you're expecting 42-46 Rc. but you get 38

First thing to check is the process

Dont blame the machine or component until you double check your own variables. That's 1 training

EXHIBIT

#8  07-20-22  TLR

exhibitsticker.com

PSA – Soft Barrels

For the past several months we have been struggling with a barrel issue. The barrels we have recently acquired from the manufacturer and suppliers have been subpar.

The issue: to function properly, barrels must have a certain hardness. The barrels we have traditionally acquired through one of our manufacturers and suppliers are advertised as having a minimum Rockwell hardness rating of 42RC. Through independent QC metallurgy lab testing, our own testing and testing by a leading industry expert that we have sent barrel samples to, we have learned that some of the barrels we purchased recently are testing with a Rockwell hardness rating under 42 RC, with some barrels testing as low as 32RC-36RC. In other words, the metal of some of the barrels is soft, as if these barrels were not properly hardened and as a result are basically still in a raw state from a hardness standpoint.

The result: Barrels that are softer than spec tend to get battered and compacted. They change shape, they change dimensions and tolerances, and they can even bend a bit. These changes in dimension, tolerance and bending can damage the gun.

What we did: We have emailed our lab results to these companies hoping to enlist assistance from each of them, which to date, we have not yet received. We are still hoping to enlist this assistance without having to resort to legal action.

In any event, we have been replacing barrels in every gun that has had a defective barrel as described above. On some guns, we have had to supply a whole top end, including slide, barrel, comp and finish to repair. We have not charged customers a penny. We have been absorbing all the costs out of our pockets. This has been very expensive as you can imagine. While we have heard that other companies have been charging customers for warranty issues such as this, we have not elected to charge our customers to remedy the barrel issue.

What we will continue to do: Since discovering the barrel softness issue, we have absorbed all the costs and labor to repair the affected guns for our customers and we have delayed new gun builds, that make us money to pay bills, in order to ensure our customers repairs are performed timely.

We ask for your patience while we replace barrels and top ends. If your barrel is faulty, it is a warranty issue and you will not be charged. It just may take us a while due to volume and expense. We apologize in advance for any inconvenience.

We have replaced every defective barrel on every gun at the shop, guns will only ship out with hardness tested barrels. Been very busy...

**EXHIBIT**

**#9  07-20-22 TLR**

exhibitsticker.com


## outokumpu
high performance stainless steel

# Certificate of Test

Page:     1

**HEAT E140837    ORDER  656042/ 01  BOL 0231333  *  CERTIFICATION  *  03/12/15**

SHIP TO;
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES            900400000

G 10708

----- YOUR ORDER & DATE -----
7144321            11/19/14 CUST# 0395001 CUST TAG#5466062

----- ITEM DESCRIPTION -----
GRADE 416     Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM        Country of Mfg.: UNITED STATES
                                 NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1    Total Weight   1182    Approx. Hot Red. Ratio 141:1

WO 2059179 Bundles: 1F
----- SPECIFICATIONS -----
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II              ASTM A484 14a
ASTM A582 12a1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

----- MECHANICAL & OTHER TESTS -----
Hardness as shipped    (207 HB )  Hardness as tested        400 HB
Hardness as shipped      94 HRB
                                  Hardness as tested     ( 43 HRC )
Micro                        OK   Tensile strength,KSI (MPa)  92.7 } 639)
Intergranular corrosion           0.2% Yield Strngth,KSI(MPa) 69.7 ( 481)

                                  Elongation % in 4D        26.0
                                  Reduction of area %       55.7

----- CHEMICAL COMPOSITION -----

| Carbon              | (C   ) | .116    | Manganese  | (Mn ) | .790   |
|---------------------|--------|---------|------------|-------|--------|
| Phosphorus          | (P   ) | .020    | Sulphur    | (S  ) | .321   |
| Silicon             | (Si  ) | .350    | Chromium   | (Cr ) | 12.970 |
| Nickel              | (Ni  ) | .310    | Cobalt     | (Co ) | .020   |
| Copper              | (Cu  ) | .060    | Moly       | (Mo ) | .040   |
| Nitrogen            | (N   ) | .040    | Columbium  | (Cb ) | .006   |
| Titanium            | (Ti  ) | .001    | Aluminum   | (Al ) | .001   |
| Tin                 | (Sn  ) | .009    | Boron      | (B  ) | .001   |
| Tantalum            | (Ta  ) | .004    | Vanadium   | (V  ) | .040   |
| Tungsten            | (W   ) | .033    |            |       | .000   |
| Columbium/          |        |         |            |       |        |
| Tantalum (Cb+Ta)    |        | .010    |            |       |        |
| Iron        (Fe)    | Balance |        |            |       |        |
| Melt Practice       | EAF    |         |            |       |        |
| Refining Practice   | AOD    |         |            |       |        |
| De-long Ferrite     |        |         |            |       |        |

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date _____ 7/18/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio


**outokumpu**
high performance stainless steel

**Certificate of Test**

Page:     1

HEAT E140837    ORDER 655026/ 18  BOL 0231238  *  CERTIFICATION    *  03/05/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000                C10209

------------------------------- YOUR ORDER & DATE ---------------------------
    7136833          10/08/14 CUST# 0395001 CUST TAG#5466062
------------------------------- ITEM DESCRIPTION ----------------------------
GRADE 416          Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM     Country of Mfg.: UNITED STATES
                         NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles  1   Total Weight  1214    Approx. Hot Red. Ratio 141:1

WO 2058366 Bundles: 1C
------------------------------- SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II           ASTM A484 14a
ASTM A582 12el                    DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

--------------------------- MECHANICAL & OTHER TESTS ------------------------
Hardness as shipped      (207 HB )  Hardness as tested          409 HB
Hardness as shipped       93 HRB
                               Hardness as tested      ( 44 HRC )
Micro                          Tensile strength,KSI (MPa)   97.5 ( 672)
Intergranular corrosion    OK   0.2% Yield Strngth,KSI(MPa)  75.0 ( 517)

                               Elongation % in 4D          23.0
                               Reduction of area %         54.0
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.

----------------------------- CHEMICAL COMPOSITION --------------------------
Carbon      (C )   .116    Manganese    (Mn)   .790
Phosphorus  (P )   .020    Sulphur      (S )   .321
Silicon     (Si)   .350    Chromium     (Cr) 12.970
Nickel      (Ni)   .310    Cobalt       (Co)   .020
Copper      (Cu)   .060    Moly         (Mo)   .040
Nitrogen    (N )   .040    Columbium    (Cb)   .006
Titanium    (Ti)   .001    Aluminum     (Al)   .001   SAMUEL, SON & CO. INC.
Tin         (Sn)   .009    Boron        (B )   .001      LOS ANGELES
Tantalum    (Ta)   .004    Vanadium     (V )   .040    QC Certified True Copy
Tungsten    (W )   .033                         .000   Of Original Material Test Report
Columbium/
Tantalum (Cb+Ta)   .010                               Initials A.S.   Date 3/7/15
Iron        (Fe)  Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                    M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729                                   M.F. Marcanio



**Certificate of Test**

high performance stainless steel

Page: 1

HEAT E140837   ORDER  655518/ 09 BOL 0231333  *  CERTIFICATION  *  03/12/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES              900400000

610704

------------------------------ YOUR ORDER & DATE ------------------------------
   7139752            10/29/14 CUST# 0395001 CUST TAG#5466062
------------------------------- ITEM DESCRIPTION ------------------------------
GRADE 416                Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
                        NAFTA Country of Origin is Country of Melt

No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1210    Approx. Hot Red. Ratio 141:1

WO 2059179 Bundles: 1B
------------------------------- SPECIFICATIONS -------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II              ASTM A484 14a
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------------- MECHANICAL & OTHER TESTS --------------------------
Hardness as shipped    (207 HB )  Hardness as tested      400 HB
Hardness as shipped     94 HRB
                                  Hardness as tested      ( 43 HRC )
                                  Tensile strength,KSI (MPa)  92.7 ( 639)
Micro                      OK     0.2% Yield Strngth,KSI(MPa)  69.7 ( 481)
Intergranular corrosion
                                  Elongation % in 4D          26.0
                                  Reduction of area %         55.7

-------------------------- CHEMICAL COMPOSITION --------------------------
Carbon       (C )   .116     Manganese  (Mn)    .790
Phosphorus   (P )   .020     Sulphur    (S )    .321
Silicon      (Si)   .350     Chromium   (Cr) 12.970
Nickel       (Ni)   .310     Cobalt     (Co)    .020
Copper       (Cu)   .060     Moly       (Mo)    .040
Nitrogen     (N )   .040     Columbium  (Cb)    .006
Titanium     (Ti)   .001     Aluminum   (Al)    .001
Tin          (Sn)   .009     Boron      (B )    .001
Tantalum     (Ta)   .004     Vanadium   (V )    .040
Tungsten     (W )   .033                        .000
Columbium/
Tantalum (Cb+Ta)    .010
Iron        (Fe)  Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

8000  1/4

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.      SAMUEL, SON & CO. INC.
                                                                   LOS ANGELES
                                                              QC Certified True Copy
             M.F. Marcanio,    Quality Manager  Original Material Test Report

                                             Initials ___  Date 2/18/15

                                             M.F Marcanio

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

KKM 000020



# outokumpu
high performance stainless steel

# Certificate of Test

Page: 1

HEAT G21804 ORDER 657838/ 05 BOL 0232216 * CERTIFICATION * 05/27/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES 900400000

614146

```
------------------------------ YOUR ORDER & DATE ------------------------------
    7154548              2/09/15 CUST# 0395001 CUST TAG#5466062
------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                 Ship Condition CONDA
Size  416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                          NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight    708   Approx. Hot Red. Ratio 212:1

WO 2060246 Bundles: 1K
------------------------------ SPECIFICATIONS ------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II             ASTM A484 15
ASTM A582 12e1                      DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------ MECHANICAL & OTHER TESTS ------------------
Hardness as shipped     (217 HB ) Hardness as tested      400 HB
Hardness as shipped      95 HRB
                          Hardness as tested     ( 43 HRC )
                          Tensile strength,KSI (MPa)  101.0 ( 696)
Micro              OK     0.2% Yield Strngth,KSI(MPa)  77.5 ( 534)
Intergranular corrosion
Macro              OK     Elongation % in 4D         23.0
                          Reduction of area %        57.0
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.

------------------------------ CHEMICAL COMPOSITION ------------------------------
Carbon       (C )  .120    Manganese   (Mn)  1.020
Phosphorus   (P )  .018    Sulphur     (S )   .320
Silicon      (Si)  .380    Chromium    (Cr) 12.950
Nickel       (Ni)  .190    Cobalt      (Co)   .050
Copper       (Cu)  .090    Moly        (Mo)   .030
Nitrogen     (N )  .041    Columbium   (Cb)   .010
Titanium     (Ti)  .010    Aluminum    (Al)   .010
Tin          (Sn)  .006    Vanadium    (V )   .040
Tungsten     (W )  .050                        .000
Columbium/
Tantalum (Cb+Ta)   .010
Iron        (Fe) Balance
Melt Practice    EAF
Refining Practice  AOD
De-long Ferrite
```

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials ___ Date 6/2/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio, Quality Manager

*M.F. Marcanio*

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729



# outokumpu
high performance stainless steel

## Certificate of Test

Page: 1

HEAT G22110    ORDER 659171/ 01 BOL 0232835 * CERTIFICATION    * 07/23/15

SHIP TO:
SAMUEL, SON & CO
30640 SAN CLEMENTE ST

HAYWARD                    945440000

---------------------------- YOUR ORDER & DATE -----------------------------
7165241                    4/09/15 CUST# 0395009 CUST TAG#5466076

---------------------------- ITEM DESCRIPTION ------------------------
GRADE 416                  Ship Condition CONDA
Size  416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED STATES        Country of Mfg.: UNITED STATES
                           NAFTA Country of Origin is Country of Melt

No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   4   Total Weight 10512    Approx. Hot Red. Ratio 110:1

WO 2061685 Bundles: 1A, 1B, 1C, 1D
---------------------------- SPECIFICATIONS --------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II          ASTM A484 15
ASTM A582 12el                   DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------- MECHANICAL & OTHER TESTS ----------------------
Hardness as shipped      205 HB   Hardness as tested      421 HB
Hardness as shipped      ( 94 HRB )
                                  Hardness as tested       ( 45 HRC )
                                  Tensile strength,KSI (MPa)   97.3 (671)
                                  0.2% Yield Stength,KSI(MPa)  70.7 (487)
Micro                        OK
Intergranular corrosion
Macro                        OK   Elongation % in 4D          26.0
                                  Reduction of area %         59.7

------------------------- CHEMICAL COMPOSITION ----------------------
Carbon          (C )   .120    Manganese   (Mn)   1.010
Phosphorus      (P )   .016    Sulphur     (S )    .320
Silicon         (Si)   .330    Chromium    (Cr)  13.020
Nickel          (Ni)   .180    Cobalt      (Co)    .050
Copper          (Cu)   .090    Moly        (Mo)    .030
Nitrogen        (N )   .042    Columbium   (Cb)    .010
Titanium        (Ti)   .010    Aluminum    (Al)    .010
Tin             (Sn)   .007    Vanadium    (V )    .030
Tungsten        (W )   .050                        .000
Columbium/
Tantalum (Cb+Ta)       .010
Iron          (Fe)   Balance
Melt Practice          EAF
Refining Practice      AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                           M.F. Marcanio,  Quality Manager

                           SAMUEL, SON & CO. INC.
                                HAYWARD
                           QC Certified True Copy
                           Of Original Material Test Report
                           Initials ___  Date _____  M.F. Marcanio

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729



**outokumpu**
high performance stainless steel

# Certificate of Test

Page:    1

HEAT G22664    ORDER 661822/ 06  BOL 0233943  *  CERTIFICATION  *  11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES              900400000                    621975

```
------------------------------ YOUR ORDER & DATE ------------------------------
   7186768                    9/07/15 CUST# 0395001 CUST TAG#5466062
------------------------------ ITEM DESCRIPTION -------------------------------
                             Ship Condition CONDA
GRADE 416
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES       Country of Mfg.: UNITED STATES
                             NAFTA Country of Origin is Country of Melt

No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1282       Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1C
------------------------------ SPECIFICATIONS ---------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II              ASTM A484 15
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS ----------------------------
Hardness as shipped       216 HB   Hardness as tested          432 HB
Hardness as shipped    ( 96 HRB )
                                   Hardness as tested      ( 46 HRC )
                                   Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                        OK    0.2% Yield Strgth,KSI(MPa)   76.2 ( 525)
Intergranular corrosion
Macro                        OK    Elongation % in 4D          23.0
                                   Reduction of area %         57.0
```

```
--------------------------- CHEMICAL COMPOSITION ------------------------------
Carbon        (C )    .120    Manganese   (Mn)   1.040
Phosphorus    (P )    .017    Sulphur     (S )    .320
Silicon       (Si)    .460    Chromium    (Cr) 13.000
Nickel        (Ni)    .320    Cobalt      (Co)    .050
Copper        (Cu)    .110    Moly        (Mo)    .080
Nitrogen      (N )    .044    Columbium   (Cb)    .020
Titanium      (Ti)    .010    Aluminum    (Al)    .010
Tin           (Sn)    .006    Vanadium    (V )    .050
Tungsten      (W )    .050                        .000
Columbium/
Tantalum (Cb+Ta)      .020
Iron          (Fe)  Balance
Melt Practice        EAF
Refining Practice    AOD
De-long Ferrite
```

SAMUEL, SON & CO., INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____ Date 11/19/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

*M.F. Marcanio*

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729



# Certificate of Test

Page:   1

HEAT G23479    ORDER  671590/ 09  BOL 0238423  *  CERTIFICATION     *  02/20/17

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES                 900400000

641673  641677   641681
641674  641678   641682
641675  641679   641683
641676  641680

------------------------ YOUR ORDER & DATE ------------------------
   7253602                  1/09/17 CUST# 0395001 CUST TAG#5466062

------------------------ ITEM DESCRIPTION ------------------------
                                              Ship Condition CONDA
GRADE 416
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES       Country of Mfg.: UNITED STATES
                            NAFTA Country of Origin is Country of Melt

No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1338    Approx. Hot Red. Ratio 212:1

WO 2074302 Bundles: 1F
------------------------ SPECIFICATIONS ------------------------
  THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
  AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II              ASTM A484 16
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------ MECHANICAL & OTHER TESTS ------------------------
Hardness as shipped       233 HB    Hardness as tested        421 HB
Hardness as shipped      ( 97 HRB )
                                    Hardness as tested        ( 45 HRC )
                                    Tensile strength,KSI (MPa)  101.0 ( 696)
Micro                          OK   0.2% Yield Strngth,KSI(MPa)  75.7 ( 522)
Intergranular corrosion
Macro                          OK   Elongation % in 4D           22.5
                                    Reduction of area %          57.1

------------------------ CHEMICAL COMPOSITION ------------------------
Carbon          (C )   .120    Manganese    (Mn)    1.020
Phosphorus      (P )   .018    Sulphur      (S )     .310
Silicon         (Si)   .380    Chromium     (Cr)   12.920
Nickel          (Ni)   .270    Cobalt       (Co)     .050
Copper          (Cu)   .080    Moly         (Mo)     .100
Nitrogen        (N )   .041    Columbium    (Cb)     .010
Titanium        (Ti)   .010    Aluminum     (Al)     .010
Tin             (Sn)   .005    Vanadium     (V )     .050
Tungsten        (W )   .050
Columbium/
Tantalum (Cb+Ta)       .010
Iron        (Fe)   Balance
Melt Practice          EAF
Refining Practice      AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                    M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729



# Certificate of Test

high performance stainless steel

Page:     1

HEAT E171092    ORDER 678249/ 04  BOL 0242098   * CERTIFICATION  * 01/30/18

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES                900400000

656470   656474
656471   656475
656472   656476
656473   656477
         656478

-------------------------- YOUR ORDER & DATE --------------------------
7297425                    11/22/17 CUST# 0395001 CUST TAG#5466062

-------------------------- ITEM DESCRIPTION --------------------------
                                              Ship Condition CONDA
GRADE 416
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
                            NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1282    Approx. Hot Red. Ratio 23:1

WO 2082223 Bundles: 1F
-------------------------- SPECIFICATIONS --------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II                 ASTM A484/A484M 16
ASTM A582 12 (Reapp. 2017)              DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------------- MECHANICAL & OTHER TESTS --------------------------
Hardness as shipped      (201 HB )  Hardness as tested    400 HB
Hardness as shipped       92 HRB
                                    Hardness as tested    ( 43 HRC )
                                    Tensile strength,KSI (MPa)   93.5 { 645}
Micro                               0.2% Yield Strngth,KSI (MPa) 67.3 { 464}
Intergranular corrosion     OK
                                    Elongation % in 4D          24.7
                                    Reduction of area %         54.8
the microstucture consisted of uniform tempered martensite with no
evidence of segregation

-------------------------- CHEMICAL COMPOSITION --------------------------

| Element | | % | Element | | % |
|---|---|---|---|---|---|
| Carbon | (C ) | .112 | Manganese | (Mn) | .820 |
| Phosphorus | (P ) | .021 | Sulphur | (S ) | .324 |
| Silicon | (Si) | .380 | Chromium | (Cr) | 12.930 |
| Nickel | (Ni) | .420 | Cobalt | (Co) | .028 |
| Copper | (Cu) | .103 | Moly | (Mo) | .040 |
| Nitrogen | (N ) | .038 | Columbium | (Cb) | .003 |
| Titanium | (Ti) | .001 | Aluminum | (Al) | .001 |
| Tin | (Sn) | .004 | Boron | (B ) | .001 |
| Tantalum | (Ta) | .001 | Vanadium | (V ) | .030 |
| Tungsten | (W ) | .010 | | | |
| Columbium/ | | | | | |
| Tantalum (Cb+Ta) | | .004 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

SAMUEL, SON & CO INC
( LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials ____ Date 2-5-18

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,  Quality Manager

M.F. Marcanio

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729



**Certificate of Test**

Page: 1

HEAT E181621    ORDER 687391/ 01  BOL 0246696  *  CERTIFICATION    *  04/16/19

674741
684742

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA               910060000

------------------------------ YOUR ORDER & DATE ------------------------------
7359931              4/12/19 CUST# 0395009 CUST TAG#5466004
------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                      Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   2   Total Weight   4170   Approx. Hot Red. Ratio 23:1

WO 2091549 Bundles: 1B, 1C
------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II            ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)         DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------- MECHANICAL & OTHER TESTS --------------------
Hardness as shipped    (212 HB  ) Hardness as tested      421 HB
Hardness as shipped     94 HRB
                                  Hardness as tested      ( 45 HRC )
                                  Tensile strength,KSI (MPa)   98.6 ( 680)
Micro                        OK   0.2% Yield Strength,KSI(MPa)  73.0 ( 503)
Intergranular corrosion
                                  Elongation % in 4D      23.0
                                  Reduction of area %     54.4
THE MICROSTRUCTURE CONSISTED OF UNIFORM TEMPERED MARTENSITE WITH NO
EVIDENCE OF SEGREGATION

-------------------- CHEMICAL COMPOSITION --------------------
| | | | | | |
|---|---|---|---|---|---|
| Carbon | (C ) | .124 | Manganese | (Mn) | .810 |
| Phosphorus | (P ) | .022 | Sulphur | (S ) | .360 |
| Silicon | (Si) | .400 | Chromium | (Cr) | 13.080 |
| Nickel | (Ni) | .600 | Cobalt | (Co) | .030 |
| Copper | (Cu) | .100 | Moly | (Mo) | .050 |
| Nitrogen | (N ) | .043 | Columbium | (Cb) | .003 |
| Titanium | (Ti) | .001 | Aluminum | (Al) | .001 |
| Tin | (Sn) | .004 | Boron | (B ) | .001 |
| Tantalum | (Ta) | .001 | Vanadium | (V ) | .030 |
| Tungsten | (W ) | .010 | | | |
| Columbium/ | | | | | |
| Tantalum (Cb+Ta) | | .004 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initial_____ Date 4/25/19

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio



outokumpu
high performance stainless steel

# Certificate of Test

Page: 1

HEAT E191558 ORDER 690508/ 02 BOL 0249859 * CERTIFICATION * 03/19/20

SHIP TO:
SAMUEL,SON & CO
12389 LOWER AZUSA ROAD

ARCADIA 910060000

691547
691548
691549

----- YOUR ORDER & DATE -----
7394975 10/31/19 CUST# 0395009 CUST TAG#5466004

----- ITEM DESCRIPTION -----
GRADE 416 Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles 3 Total Weight 6588 Approx. Hot Red. Ratio 23:1

WO 2102477 Bundles: 1C, 1D, 1E

----- SPECIFICATIONS -----
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17) DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

----- MECHANICAL & OTHER TESTS -----

| | | | |
|---|---|---|---|
| Hardness as shipped | 207 HB | Hardness as tested | (477 HB ) |
| Hardness as shipped | ( 93 HRB ) | Hardness as tested | 50 HRC |
| | | Tensile strength,KSI (MPa) | 95.4 ( 658) |
| Micro | OK | 0.2% Yield Strngth,KSI(MPa) | 78.7 ( 543) |
| Intergranular corrosion | | Elongation % in 4D | 22.6 |
| | | Reduction of area % | 54.6 |

The microstructure consisted of uniform tempered martensite with no evidence of segregation

----- CHEMICAL COMPOSITION -----

| | | | | | |
|---|---|---|---|---|---|
| Carbon | (C ) | .115 | Manganese | (Mn) | .820 |
| Phosphorus | (P ) | .020 | Sulphur | (S ) | .345 |
| Silicon | (Si) | .400 | Chromium | (Cr) | 12.940 |
| Nickel | (Ni) | .200 | Cobalt | (Co) | .021 |
| Copper | (Cu) | .384 | Moly | (Mo) | .020 |
| Nitrogen | (N ) | .048 | Columbium | (Cb) | .001 |
| Titanium | (Ti) | .001 | Aluminum | (Al) | .001 |
| Tin | (Sn) | .004 | Boron | (B ) | .001 |
| Tantalum | (Ta) | .001 | Vanadium | (V ) | .030 |
| Tungsten | (W ) | .010 | | | |
| Columbium/ Tantalum | (Cb+Ta) | .002 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials [illegible] Date 3/23/20

Knowingly & willfully falsifying or concealing a material act on this form, or making false, fictitious or fraudulent statements or representations herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and accurate as contained in the records of the company and are in compliance with the specifications, codes, and standards listed above.

M.F. Marcanio, Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio

KKM 000027

# Certificate of Test

```
                                                    Page:     1
HEAT E191558   ORDER  690508/ 01  BOL 0249859  *  CERTIFICATION  *  03/19/20

SHIP TO:
SAMUEL,SON & CO                           691550
12389 LOWER AZUSA ROAD
ARCADIA            910060000              691551
```

```
-------------------------------- YOUR ORDER & DATE ---------------------------
     7394975                 10/31/19 CUST# 0395009 CUST TAG#5466004

-------------------------------- ITEM DESCRIPTION ----------------------------
GRADE 416                                           Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM   Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles    2   Total Weight   4346   Approx. Hot Red. Ratio 23:1

WO 2102477 Bundles: 1A, 1B
-------------------------------- SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610F (416) Type II                ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)             DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------------- MECHANICAL & OTHER TESTS --------------------------
Hardness as shipped     207 HB   Hardness as tested      (477 HB )
Hardness as shipped   ( 93 HRB )
                                 Hardness as tested      50 HRC
Micro                      OK    Tensile strength,KSI (MPa)  95.4 ( 658)
Intergranular corrosion          0.2% Yield Strngth,KSI(MPa)  78.7 ( 543)

                                 Elongation % in 4D        22.6
                                 Reduction of area %       54.6
The microstructure consisted of uniform tempered martensite with no
evidence of segregation
```

```
--------------------------- CHEMICAL COMPOSITION -----------------------------
Carbon       (C )    .115    Manganese   (Mn)    .820
Phosphorus   (P )    .020    Sulphur     (S )    .345
Silicon      (Si)    .400    Chromium    (Cr) 12.940
Nickel       (Ni)    .200    Cobalt      (Co)    .021
Copper       (Cu)    .384    Moly        (Mo)    .020
Nitrogen     (N )    .048    Columbium   (Cb)    .001
Titanium     (Ti)    .001    Aluminum    (Al)    .001
Tin          (Sn)    .004    Boron       (B )    .001
Tantalum     (Ta)    .001    Vanadium    (V )    .030
Tungsten     (W )    .010
Columbium/
Tantalum (Cb+Ta)     .002
Iron      (Fe)   Balance
Melt Practice        EAF
Refining Practice    AOD
De-long Ferrite
```

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____ Date _3/23/20_

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

MF Marcanio


**outokumpu**
high performance stainless steel

# Certificate of Test

Page: 1

HEAT E200038    ORDER  693068/ 01  BOL 0250227  *  CERTIFICATION  *  04/27/20

SHIP TO:
SAMUEL,SON & CO
12389 LOWER AZUSA ROAD

ARCADIA                910060000

693732
693733
693734

```
------------------------------ YOUR ORDER & DATE ------------------------------
    7394975              4/07/20 CUST# 0395009 CUST TAG#5466029
```

```
------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                       Ship Condition CONDA
Size416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED KINGDOM   Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863
```

Total Bundles   3   Total Weight   6634   Approx. Hot Red. Ratio 12:1

WO 2103732 Bundles: 1A, 1B, 1C
```
------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 20
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool
```

```
------------------------ MECHANICAL & OTHER TESTS ------------------------
Hardness as shipped    202 HB   Hardness as tested      (444 HB )
Hardness as shipped   ( 92 HRB )
                                Hardness as tested      47 HRC
                                Tensile strength,KSI (MPa)  94.5 ( 652)
Micro                     OK    0.2% Yield Strngth,KSI(MPa) 69.6 ( 480)
Intergranular corrosion
                                Elongation % in 4D        23.6
                                Reduction of area %       56.3
The microstructure consisted of uniform tempered martensite with no
evidence of segregation
```

```
------------------------------ CHEMICAL COMPOSITION ------------------------------
Carbon         (C )    .114       Manganese   (Mn)    .770
Phosphorus     (P )    .020       Sulphur     (S )    .339
Silicon        (Si)    .350       Chromium    (Cr)  13.050
Nickel         (Ni)    .240       Cobalt      (Co)    .022
Copper         (Cu)    .058       Moly        (Mo)    .020
Nitrogen       (N )    .045       Columbium   (Cb)    .011
Titanium       (Ti)    .002       Aluminum    (Al)    .001
Tin            (Sn)    .005       Cerium      (Ce)    .006
Boron          (B )    .002       Tantalum    (Ta)    .001
Vanadium       (V )    .030       Tungsten    (W )    .010
Columbium/
Tantalum (Cb+Ta)   .012
Iron           (Fe)  Balance
Melt Practice        EAF
Refining Practice    AOD
De-long Ferrite
```

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____  Date 5/1/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

*M.F. Marcanio*



# CERTIFICATE OF TESTS
CERT SERIAL# 001209047

## ABNAHMEPRUEFZEUGNIS    TA G# 606737

## CERTIFICAT DE CONTROLE

## CARPENTER

Carpenter Technology Corporation
101 West Bern Street, Reading, Pa. 19601
Tel: (610) 208-2000  (800) 338-4592

● THE RECORDING OF FALSE, FICTICIOUS OR FRAUDULENT STATEMENTS OR ENTRIES ON THIS DOCUMENT MAY BE PUNISHED AS A FELONY UNDER FEDERAL STATUTES INCLUDING FEDERAL LAW, TITLE 18, CHAPTER 47.
● THE VALUES AND OTHER TECHNICAL DATA REPRESENT THE RESULTS OF ANALYSES AND TESTS MADE ON SAMPLES COLLECTED FROM THE TOTAL LOT. ORIGINAL DATA RECORDS CAN BE TRACED BY REFERENCE TO THE CARPENTER ORDER NUMBER.
● MATERIAL IS MANUFACTURED FREE FROM MERCURY, RADIUM, ALPHA AND GAMMA SOURCE CONTAMINATION.
● THIS DOCUMENT SHALL NOT BE REPRODUCED, EXCEPT IN FULL, WITHOUT THE WRITTEN CONSENT OF CARPENTER TECHNOLOGY CORPORATION.

08/10/20
CUSTOMER / BESTELLER / CLIENT

SAMUEL SON & CO ARCADIA CA
12389 LOWER AZUSA RD
ARCADIA        , CA 91006

SELLER / VERKÄUFER / VENDEUR    PAGE    1 OF    3

HVL

| CUSTOMER ORDER NO./BESTELL-NR./N° DE COMMANDE | CARPENTER NO./WERKS-NR./N° DE REFERENCE INTERNE | DATE/DATUM/DATE | WEIGHT/GEWICHT/POIDS |
|---|---|---|---|
| 044B-7408761 | W58189 | | |

HEAT NUMBER / SCHMELZE-NR. / N° DE COULEE:        588186

PRODUCT DESCRIPTION: NO. 5 BQ TYPE 416 BQ ANNEALED GROUND
-------------------- PART NUMBER: 5466000

SIZE    1.750000 IN.( 44.45 MM) RD    BAR

HEAT CHEMISTRY(WT%):        (TEST METHOD IS SHOWN IN PARENTHESIS)

| C (COM) | MN(XRF) | SI(XRF) | P (XRF) | S (COM) | CR(XRF) |
|---|---|---|---|---|---|
| 0.136 | 0.39 | 0.65 | 0.016 | 0.37 | 12.79 |

THIS HEAT MELTED BY THE ELECTRIC ARC/AOD PROCESSES

CONTINUED ON NEXT PAGE

This certification is made to the customer printed on this form. Carpenter neither makes, nor assumes responsibility for, any representation or certification to other parties.
Die vorliegende Zertifizierung ist nur für den in diesem Formular genannten Kunden gültig. Carpenter übernimmt gegenüber Dritten keinerlei Haftung für die ausgewiesenen Daten oder Zertifizierungen.
Ce certificat est uniquement valable pour le client dont le nom est imprimé sur ce formulaire. Carpenter n'assume pas de responsabilité pour une certification vis-à-vis d'une tierce personne.

| CERTIFICATE OF TESTS | ABNAHMEPRUEFZEUGNIS | CERTIFICAT DE CONTROLE |
| --- | --- | --- |

CERT SERIAL# 001209047

**CARPENTER**

Carpenter Technology Corporation
101 West Bern Street, Reading, Pa. 19601
Tel: (610) 208-2000   (800) 338-4592

* THE RECORDING OF FALSE, FICTICIOUS OR FRAUDULENT STATEMENTS OR ENTRIES ON THIS DOCUMENT MAY BE PUNISHED AS A FELONY UNDER FEDERAL STATUTES INCLUDING FEDERAL LAW, TITLE 18, CHAPTER 47.
* THE VALUES AND OTHER TECHNICAL DATA REPRESENT THE RESULTS OF ANALYSES AND TESTS MADE ON SAMPLES COLLECTED FROM THE TOTAL LOT. ORIGINAL DATA RECORDS CAN BE TRACED BY REFERENCE TO THE CARPENTER ORDER NUMBER.
* MATERIAL IS MANUFACTURED FREE FROM MERCURY, RADIUM, ALPHA AND GAMMA SOURCE CONTAMINATION.
* THIS DOCUMENT SHALL NOT BE REPRODUCED, EXCEPT IN FULL, WITHOUT THE WRITTEN CONSENT OF CARPENTER TECHNOLOGY CORPORATION.

SELLER / VERKÄUFER / VENDEUR   PAGE  2 OF  3

08/10/20
CUSTOMER / BESTELLER / CLIENT

SAMUEL SON & CO ARCADIA CA
12389 LOWER AZUSA RD
ARCADIA      ,CA 91006

HVL

| CUSTOMER ORDER NO. / BESTELL-NR. / Nº DE COMMANDE | CARPENTER NO. / WERKS-NR. / Nº DE REFERENCE INTERNE | DATE/DATUM/DATE | WEIGHT/GEWICHT/POIDS |
| --- | --- | --- | --- |
| 044B-7408761 | W58189 | | |

HEAT NUMBER / SCHMELZE-NR. / Nº DE COULEE :     588186
MATERIAL HAS BEEN MELTED AND MANUFACTURED IN THE USA WHICH IS A QUALIFYING
COUNTRY TO DFARS REQUIREMENTS 252.225-7014 WITH ALTERNATE 1 FOR QUALIFYING
COUNTRY 225.872.1, SUPERSEDED BY DFARS REQUIREMENTS DFARS 252.225-7008 AND
252.225-7009.

UNLESS OTHERWISE NOTED, ALL TESTING WAS PERFORMED AT READING OR THE FOLLOWING
SATELLITE LOCATIONS. TEST BY LOCATION CAN BE PROVIDED UPON REQUEST.

ADDRESS OF TESTING LOCATIONS:
READING - 101 WEST BERN ST,              READING, PA 19601
SHALMET - 116 PINEDALE INDUSTRIAL RD,    ORWIGSBURG, PA 17961
ATHENS - 22110 THOMAS L HAMMONDS RD,     TANNER, AL 35671
HARTSVILLE - 205 TALLEY METALS LANE,     MCBEE, SC 29101

UNLESS OTHERWISE STATED, THE TEST WERE PERFORMED TO THE LATEST REVISION OF THE
STANDARDS LISTED BELOW: 1) BEND TEST - ASTM E290, 2) CHARPY IMPACT - ASTM E23,
3)COEFFICIENT OF LINEAR THERMAL EXPANSION - ASTM E228, 4)FRACTURE TOUGHNESS -
ASTM E399, 5) BRINELL HARDNESS - ASTM E10, 6)ROCKWELL HARDNESS-ASTM E18,
7)MICRO VICKERS HARDNESS-ASTM E92,    8)KNOOP HARDNESS-ASTM E92,
9)MACRO VICKERS HARDNESS-ASTM E92, 10)STRESS RUPTURE/CREEP RUPTURE-ASTM E139,
11)STRESS RUPTURE (COMBINATION) -ASTM E292, 12)ROOM TEMPERATURE TENSILE-ASTM E8,
13)ELEVATED ROOM TEMPERATURE TENSILE-ASTM E21, 14)DECARBURIZATION-ASTM E1077
15)DELTA FERRITE AMS 2315, 16)GRAIN SIZE-ASTM E112,
17)INCLUSION CONTENT/MICROCLEANLINESS-ASTM E45, 18) INTERGRANULAR ATTACH -
ASTM A262, 19)INTERGRANULAR CORROSION-ASTM A262,
20)MACRO ETCH TESTING - ASTM A604/E381, 21)PITTING CORROSION - ASTM A923,
22)CREVICE CORROSION-ASTM G48, 23) HARDNESS CONVERSIONS - ASTM E140,
24)XRF-ASTM E572/E1085/E2465, 25) OES - ASTM E415/E1086, 26)COM - ASTM E1019,
27)FUS - ASTM E1019, 28)MS - CARPENTER METHODS 206.8500/206.8530
THIS ORDER WAS MANUFACTURED IN ACCORDANCE WITH CARPENTER SPECIALTY ALLOYS
OPERATIONS QUALITY PROGRAM MANUAL, REVISION 37 DATED 07/31/2019.

CARPENTER'S QUALITY MANAGEMENT SYSTEM WAS REGISTERED TO ISO 9001, AS9100,
AND AS9120. THIS CERTIFICATION OF TEST IS TYPE 3.1 PREPARED IN ACCORDANCE
WITH EN 10204 (DIN 50049).  WE HEREBY CERTIFY THAT THE ABOVE TEST DATA ARE
IN ACCORDANCE WITH THE PURCHASE ORDER AND SPECIFICATION REQUIREMENTS,
AS DOCUMENTED IN THIS CERTIFICATE OF TESTS.

TEST METHODS ARE PER THE ASTM STANDARDS ON FILE AND IN EFFECT AT TIME OF ORDER
ACCEPTANCE, STANDARD PRACTICES, OR AS AGREED UPON BETWEEN CARPENTER & CUSTOMER.

CONTINUED ON NEXT PAGE

This certification is made to the customer printed on this form. Carpenter neither makes, nor assumes responsibility for, any representation or certification to other parties.
Die vorliegende Zertifizierung ist nur für den in diesem Formular genannten Kunden gültig. Carpenter übernimmt genüber Dritten keinerlei Haftung für die ausgewiesenen Daten oder Zertifizierungen
Ce certificat est uniquement valable pour le client dont le nom est imprimé sur ce formulaire. Carpenter n'assume pas de responsabilité pour une certification vis-à-vis d'une tierce personne

## CERTIFICATE OF TESTS
CERT SERIAL# 001209047

### ABNAHMEPRUEFZEUGNIS

### CERTIFICAT DE CONTROLE



**CARPENTER**

Carpenter Technology Corporation
101 West Bern Street, Reading, Pa. 19601
Tel: (610) 208-2000  (800) 338-4592

◆ THE RECORDING OF FALSE, FICTICIOUS OR FRAUDULENT STATEMENTS OR ENTRIES ON THIS DOCUMENT MAY BE PUNISHED AS A FELONY UNDER FEDERAL STATUTES INCLUDING FEDERAL LAW, TITLE 18, CHAPTER 47.
◆ THE VALUES AND OTHER TECHNICAL DATA REPRESENT THE RESULTS OF ANALYSES AND TESTS MADE ON SAMPLES COLLECTED FROM THE TOTAL LOT. ORIGINAL DATA RECORDS CAN BE TRACED BY REFERENCE TO THE CARPENTER ORDER NUMBER.
◆ MATERIAL IS MANUFACTURED FREE FROM MERCURY, RADIUM, ALPHA AND GAMMA SOURCE CONTAMINATION.
◆ THIS DOCUMENT SHALL NOT BE REPRODUCED, EXCEPT IN FULL, WITHOUT THE WRITTEN CONSENT OF CARPENTER TECHNOLOGY CORPORATION.

08/10/20
CUSTOMER / BESTELLER / CLIENT

SELLER / VERKÄUFER / VENDEUR   PAGE  3 OF  3

SAMUEL SON & CO ARCADIA CA
12389 LOWER AZUSA RD
ARCADIA      ,CA 91006

HVL

| CUSTOMER ORDER NO./BESTELL-NR./N° DE COMMANDE | CARPENTER NO./WERKS-NR./N° DE REFERENCE INTERNE | DATE/DATUM/DATE | WEIGHT/GEWICHT/POIDS |
|---|---|---|---|
| 044B-7408761 | W58189 | | |

HEAT NUMBER / SCHMELZE-NR. / N° DE COULEE:      588186

DECISION RULE: UNLESS OTHERWISE SPECIFIED IN A CUSTOMER/INDUSTRY SPECIFICATION, CARPENTER TECHNOLOGY CORPORATION WILL DETERMINE ACCEPTABILITY OF ANY TEST RESULT BY COMPARISON OF THE RESULT WITH THE SPECIFICATION LIMITS, WITHOUT ANY ADDITIONAL CONSIDERATION OF THE MEASUREMENT UNCERTAINTY. WHEN REQUESTED, CARPENTER TECHNOLOGY CORPORATION WILL PROVIDE UNCERTAINTY BUDGETS FOR ANY TEST RESULT THAT IS NOT ADDRESSED BY THE INDUSTRY STANDARD.

GARY BROWN
MANAGER - SPECIFICATIONS/CERTIFICATIONS
CARPENTER TECHNOLOGY CORPORATION

*Gary Brown*

SAMUEL, SON & CO. INC
HAYWARD
A Certified True Copy
an Original Material Test Report

Initials MA Date 8/10/20

This certification is made to the customer printed on this form. Carpenter neither makes, nor assumes responsibility for, any representation or certification to other parties.
Die vorliegende Zertifizierung ist nur für den in diesem Formular genannten Kunden gültig. Carpenter übernimmt gegenüber Dritten keinerlei Haftung für die ausgewiesenen Daten oder Zertifizierungen
Ce certificat est uniquement valable pour le client dont le nom est imprimé sur ce formulaire. Carpenter n'assume pas de responsabilité pour une certification vis-à-vis d'une tierce personne

| CERTIFICATE OF TESTS | ABNAHMEPRUEFZEUGNIS | CERTIFICAT DE CONTROLE |
|---|---|---|

CERT SERIAL# 000946791

**CARPENTER**

Carpenter Technology Corporation
101 West Bern Street, Reading, Pa. 19601
Tel: (610) 208-2000   (800) 338-4592

- THE RECORDING OF FALSE, FICTICIOUS OR FRAUDULENT STATEMENTS OR ENTRIES ON THIS DOCUMENT MAY BE PUNISHED AS A FELONY UNDER FEDERAL STATUTES INCLUDING FEDERAL LAW, TITLE 18, CHAPTER 47.
- THE VALUES AND OTHER TECHNICAL DATA REPRESENT THE RESULTS OF ANALYSES AND TESTS MADE ON SAMPLES COLLECTED FROM THE TOTAL LOT; ORIGINAL DATA RECORDS CAN BE TRACED BY REFERENCE TO THE CARPENTER ORDER NUMBER.
- MATERIAL IS MANUFACTURED FREE FROM MERCURY, RADIUM, ALPHA AND GAMMA SOURCE CONTAMINATION.
- THIS DOCUMENT SHALL NOT BE REPRODUCED, EXCEPT IN FULL, WITHOUT THE WRITTEN CONSENT OF CARPENTER TECHNOLOGY CORPORATION.

SELLER / VERKÄUFER / VENDEUR   PAGE   1   OF   1

10/07/14
CUSTOMER / BESTELLER / CLIENT

KKM PRECISION INC

25 CYGNET DR #200
CARSON CITY       NV 89706

RAN

| CUSTOMER ORDER NO. / BESTELL-NR. / N° DE COMMANDE | CARPENTER NO. / WERKS-NR. / N° DE REFERENCE INTERNE | DATE / DATUM / DATE | WEIGHT / GEWICHT / POIDS |
|---|---|---|---|
| CP714 | W52337 | | |

HEAT NUMBER / SCHMELZE-NR. / N° DE COULEE :       747772

PRODUCT DESCRIPTION: PROJECT 70+ TYPE 416 STAINLESS ANNEALED GROUND
-----------------------

SPECIFICATION: AMS 5610 TYPE 2 REV N REAFFIRMED (02/ /12)
---------------

SIZE     1.750000 IN.( 44.45 MM) RD     BAR

HEAT CHEMISTRY(WT%):          (TEST METHOD IS SHOWN IN PARENTHESIS)

| C (COM) | MN (XRF) | SI (XRF) | P (XRF) | S (COM) | CR (XRF) |
|---|---|---|---|---|---|
| 0.09 | 0.42 | 0.63 | 0.017 | 0.35 | 12.90 |

| NI (XRF) | MO (XRF) | CU (XRF) |
|---|---|---|
| 0.22 | 0.04 | 0.07 |

THIS HEAT MELTED BY THE ELECTRIC ARC/AOD PROCESSES

HARDNESS AS SHIPPED, HBW   –   224          (MIDRADIUS)
          THE INDENTATION MEASURING DEVICE WAS A TYPE A.

MAX QUENCH HARDNESS,   HRC - 39 -   1825 F( 996 C)     30 MN AIR COOL

MATERIAL HAS BEEN MELTED AND MANUFACTURED IN THE USA WHICH IS A QUALIFYING COUNTRY TO DFARS REQUIREMENTS 252.225-7014 WITH ALTERNATE 1 FOR QUALIFYING COUNTRY 225.872.1, SUPERSEDED BY DFARS REQUIREMENTS DFARS 252.225-7008 AND 252.225-7009.
THIS ORDER WAS MANUFACTURED IN ACCORDANCE WITH CARPENTER SPECIALTY ALLOYS OPERATIONS QUALITY PROGRAM MANUAL, REVISION 31 DATED 09/03/13.

CARPENTER'S QUALITY MANAGEMENT SYSTEM WAS REGISTERED AS OF NOVEMBER 24, 2013 TO THE REQUIREMENTS OF ISO 9001:2008 APPROVAL CERTIFICATE 13-1996R BY PERFORMANCE REVIEW INSTITUTE. THIS CERTIFICATE OF TEST IS TYPE 3.1 PREPARED IN ACCORDANCE WITH EN 10204 (DIN 50049). WE HEREBY CERTIFY THAT THE ABOVE TEST DATA ARE IN ACCORDANCE WITH THE PURCHASE ORDER AND SPECIFICATION REQUIREMENTS, AS DOCUMENTED IN THIS CERTIFICATE OF TESTS.

TEST METHODS ARE PER THE ASTM STANDARDS ON FILE AND IN EFFECT AT TIME OF ORDER ACCEPTANCE, STANDARD PRACTICES, OR AS AGREED UPON BETWEEN CARPENTER & CUSTOMER.

GARY BROWN
MANAGER – SPECIFICATIONS/CERTIFICATIONS
CARPENTER TECHNOLOGY CORPORATION

*Gary Brown*

This certification is made to the customer printed on this form. Carpenter neither makes, nor assumes responsibility for, any representation or certification to other parties.
Die vorliegende Zertifizierung ist nur für den in diesem Formular genannten Kunden gültig. Carpenter übernimmt gegenüber Dritten keinerlei Haftung für die ausgewiesenen Daten oder Zertifizierungen.
Ce certificat est uniquement valable pour le client dont le nom est imprimé sur ce formulaire. Carpenter n'assume pas de responsabilité pour une certification vis-à-vis d'une tierce personne.

**EXHIBIT**

#10  07-20-22 TLR

exhibitsticker.com

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
### Case No.: 0:20-cv-61469-RS

AKAI CUSTOM GUNS, LLC,
a Florida Limited Liability Company,
and SHAY HOROWITZ, an Individual,

      Plaintiffs,

vs.

KKM PRECISION, INC. a Nevada
Corporation, and SHOOTERS CONNECTION,
INC., a Kentucky Corporation,

      Defendants.

_____/

## DECLARATION OF M. F. MARCANIO

STATE OF NORTH CAROLINA___ )
                           ) ss
COUNTY OF MECKLENBURG   )

      I, Michael F. Marcanio, declare as follows:

      1.      I am over the age of 18 and have personal knowledge as to all facts stated herein and would be willing to testify to the same under oath if called upon to do so by this Court.

      2.      I am a resident of the State of North Carolina.

      3.      I am an employee of Outokumpu Stainless Bar, LLC (hereinafter "Outokumpu"), which is a steel manufacturer.

      4.      I have been employed with Outokumpu for 26 years and my current position is Quality Manager. I have a total of 43 years of experience in the metals industries.

      5.      I have personally reviewed the documents attached hereto and labeled as "KKM 000018-KKM 000029" and I have personal knowledge of the content of these records.

48250226 v1

6.     KKM 000018-KKM 000029 are Certificates of Test, which record tests performed at approved and certified laboratories performed in accordance with industry specifications, and are records Outokumpu keeps in the regular course of business. As part of my job duties, I am responsible for the systems assuring compliance with testing standards.

7.     The records of these testing events contained in the Certificates of Test labeled as "KKM 000018-KKM 000029" were made by Outokumpu employees trained to assemble shipping documents for delivery to customers at the time of shipment. As part of my job duties, I am responsible for ensuring these records comply with Outokumpu's standards.

8.     The Certificates of Test labeled as "KKM 000018-KKM 000029" were provided from Outokumpu to Samuel, Son & Co., Inc., and are testing compilations we publish which are used and relied upon by steel distributors and customers in the steel industry. KKM 0000-18-KKM 000029 confirms the sale of grade 416 steel bars from Outokumpu to Samuel, Son & Co., Inc.

9.     KKM 000018-KKM 000029 does not indicate the sale of 416R steel bars from Outokumpu to Samuel, Son & Co., Inc., nor does it certify that the steel bars described are "416R" or "416 Restricted."

10.     Outokumpu will sell and certify stainless steel bars as "416R" or "416 Restricted" but it is not an ASTM International standard Grade-Type. A customer may provide us with specifications for "416R" or "416 Restricted" steel bars, and we will certify that the steel bars delivered meet those specifications. KKM 000018-KKM 000029 show that Outokumpu shipped steel bars meeting the ASTM 416 standard, and do not certify any other standard, including "416R" or "416 Restricted."

11.     Outokumpu manufactures and certifies steel bars to the requirements and specifications to purchase orders. Had the purchase orders corresponding to the steel bars

described in KKM 000018-KKM 000029 supplied a different specification and certification requirement than 416, such as "416R" or "416 Restricted," Outokumpu would have both manufactured the bars to those specifications and would have certified that fact.

12.     I have also reviewed the website advertisement from KKM Precision, Inc., attached hereto, which in part states and claims: "*All KKM barrels are made using certified 416R gun-barrel quality stainless steel bar stock.*" To the extent that is being claimed that barrels produced from the sale of grade 416 steel bars from Outokumpu to Samuel, Son & Co., Inc., as outlined in the Certificates of Test labeled as KKM 000018-KKM 000029, such claims are untrue and false according to all of the customer specifications we have received to this date that define grade 416R. Outokumpu did not certify the steel bars described in KKM 000018-KKM 000029 as "416R" or "416 Restricted."

I declare under penalty of perjury that the foregoing is true and correct. Executed this *12 Th* day of July 2022.

M.E. Mercurio

Technical Datasheet  CARPENTER TECHNOLOGY

**EXHIBIT**

**#11  07-20-22 TLR**

# CarTech® 416 Project 70®+ Stainless

## Identification

U.S. Patent Number

• 6,146,475

UNS Number

• S41600

## Type Analysis

Single figures are nominal except where noted.

| Carbon (Maximum) | 0.15 % | Manganese (Maximum) | 1.20 % |
|---|---|---|---|
| Phosphorus (Maximum) | 0.060 % | Sulfur (Minimum) | 0.150 % |
| Silicon (Maximum) | 1.00 % | Chromium | 12.00 to 14.00 % |
| Iron | Balance | | |

## General Information

### Description

CarTech 416 Project 70+ Stainless is an improved modification of CarTech No. 5 stainless, the first free-machining stainless steel. Customers reported that this grade has significantly better machinability than the conventional Type 416, including the following characteristics:

1. 100 to 200% longer tool life.
2. 15% faster machining speeds.
3. Improved finishes.

The low frictional properties of CarTech 416 Project 70+ stainless have minimized scratching and galling in service. Threaded sections have worked freely without seizing and disassembly was particularly easy because of the absence of corrosion in the threads. Pump shafts and valve stems worked more smoothly in packing, and many metal-to-metal contacts withstood more pressure without seizing. This product meets most industry specifications for type 416.

This grade is available in machining bar stock in the Annealed Condition (A), and also Mill Treated in the Intermediate Temper Condition (T), and Hard Temper Condition (H). The Mill Treated Conditions may be utilized to eliminate piece part heat treatment if piece part hardness requirements are compatible with treated barstock hardness ranges. Where corrosion resistance is required, treated CarTech Project 70+ Type 416 stainless may be considered as a replacement for Mill Treated carbon steel grade 1144.

CarTech 416 Project 70+ PDB® stainless combines the superior machinability of CarTech Project 70+ stainless with improved straightness and half-standard dimensional tolerances. This precision drawn bar has been used successfully in a variety of machining operations including CNC Swiss-type screw machines.

### Applications

The uses of CarTech 416 Project 70+ Stainless have included fittings, gears, housings, lead screws, shafts, valve bodies, valve stems, and valve trim. It may be considered for parts requiring considerable machining.

This alloy possesses better nongalling properties than Type 410, making disassembly of parts easy and helping to avoid scratching or galling in moving parts.

It is not recommended for vessels containing gases or liquids under high pressures.

### Scaling

The safe scaling temperature for continuous service is 1200°F (649°C).

## CarTech® 416 Project 70®+ Stainless

### Corrosion Resistance

Project 70+ Type 416 stainless has been used for corrosion resistance to mild atmospheres, fresh water, steam, ammonia, many petroleum products and organic materials and several mild acid environments. A polished finish is not necessary, but a smoother surface is helpful in providing added corrosion resistance.

For optimum corrosion resistance, surfaces must be free of scale, lubricants, foreign particles, and coatings applied for drawing and heading. After fabrication of parts, cleaning and/or passivation should be considered.

**Important Note:** *The following 4-level rating scale is intended for comparative purposes only. Corrosion testing is recommended; factors which affect corrosion resistance include temperature, concentration, pH, impurities, aeration, velocity, crevices, deposits, metallurgical condition, stress, surface finish and dissimilar metal contact.*

| | | | |
|---|---|---|---|
| Nitric Acid | Restricted | Sulfuric Acid | Restricted |
| Phosphoric Acid | Restricted | Acetic Acid | Restricted |
| Sodium Hydroxide | Moderate | Salt Spray (NaCl) | Restricted |
| Humidity | Moderate | | |

### Properties

#### Physical Properties

| | | |
|---|---|---|
| Specific Gravity | 7.64 | |
| Density | 0.2760 | lb/in³ |
| Mean Specific Heat (32 to 212°F) | 0.1100 | Btu/lb/°F |
| Mean CTE (32 to 1200°F) | 6.50 | x 10 ⁻⁶ in/in/°F |
| Electrical Resistivity (73°F) | 343.0 | ohm-cir-mil/ft |

#### Typical Mechanical Properties

**Typical Room Temperature Mechanical Properties**
1" (25.4 mm) round bar, hardened 1800°F (982°C) 1/2 hour, oil quench, tempered two hours

| Tempering Temperature | | 0.2% Yield Strength | | Ultimate Tensile Strength | | % Elongation in 2" (50.8 mm) | % Reduction of Area | Hardness | | Impact Strength | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Izod | | Charpy V-Notch | |
| °F | °C | ksi | MPa | ksi | MPa | | | Brinell | Rockwell | ft-lb | J | ft-lb | J |
| 300 | 149 | 138 | 951 | 176 | 1213 | 10 | 20 | 363 | C 38 | 20 | 27 | 20 | 27 |
| 500 | 260 | 136 | 938 | 171 | 1179 | 11 | 32 | 352 | C 37 | 25 | 34 | 22 | 30 |
| 700 | 371 | 136 | 938 | 171 | 1179 | 14 | 45 | 352 | C 37 | 20 | 27 | 22 | 30 |
| 900 | 482 | 125 | 862 | 160 | 1103 | 15 | 45 | 331 | C 35 | 16 | 22 | 15 | 20 |
| 1000 | 538 | 110 | 758 | 137 | 945 | 16 | 50 | 285 | C 30 | 25 | 34 | 23 | 31 |
| 1100 | 593 | 95 | 655 | 114 | 786 | 17 | 54 | 235 | C 22 | 40 | 54 | 40 | 54 |
| 1200 | 649 | 83 | 572 | 103 | 710 | 21 | 57 | 207 | B 95 | 55 | 75 | 50 | 68 |
| 1300 | 704 | 75 | 517 | 95 | 655 | 21 | 60 | 187 | B 92 | 80 | 108 | 75 | 102 |

## CarTech® 416 Project 70®+ Stainless

**Typical Rotating Beam Fatigue Data**
R.R.Moore specimens from 1" (25.4mm) rd. bar



Tempered 1025°F (550°C) = 130 ksi (896 MPa) UTS
Tempered 1300°F (700°C) = 103 ksi (710 MPa) UTS

## Heat Treatment

### Annealing

Heat uniformly to 1200/1400°F (649/760°C); soak, then remove from the furnace and cool in air. Brinell hardness approximately 187. For maximum softness anneal from a temperature of 1500/1650°F (816/899°C) and cool in furnace. Brinell hardness 155.

### Hardening

Heat to 1800/1900°F (982/1038°C), soak at heat about 1/2 hour, quench in oil-hardness as-quenched will be Rockwell C 36 to 41. Air cooling will yield about Rockwell C 35 to 39. Bright hardening will usually yield lower hardness since the cooling rate is frequently less than air cooling. Carpenter No. 5 BQ may be considered when bright hardening is necessary.

### Tempering

Temper to secure the hardness and mechanical properties desired.

Tempering this alloy in the range of 750/1050°F (399/566°C) results in decreased impact strength and also reduced corrosion resistance (the nature and extent of which vary with the media involved). However, tempering in this range is sometimes necessary to obtain the strength and ductility properties required. In many applications and environments, the reduced impact strength is not necessarily detrimental, and the corrosion resistance is only mildly reduced or even unaffected.

## Workability

### Hot Working

Although this grade can be forged, it is not recommended for upsetting operations. (A special modification of Type 416 is available for forging operations.) To forge, heat uniformly to 2100/2250°F (1149/1232°C), then forge and cool in air. Cool large forgings slowly in dry lime or ashes. Trim hot if possible; otherwise, anneal and trim cold. Do not forge below 1700°F (927°C).

### Cold Working

Carpenter Project 70+ Type 416 stainless will withstand some cold work, but it is not recommended for cold upsetting. The primary application to be considered for this steel is in parts that are machined to shape.

### Machinability

Project 70+ Type 416 stainless cuts very freely primarily because of the addition of sulfur. When it has been used in automatic screw machines, this grade machines like AISI C1117.

## CarTech® 416 Project 70®+ Stainless

Following are typical suggested starting feeds and speeds for Project 70+ Type 416 stainless.

**Typical Machining Speeds and Feeds—Project 70+ Type 416 stainless**
*The speeds and feeds in the following charts are conservative recommendations for initial setu.*
*Higher speeds and feeds may be attainable depending on machining environment.*

Turning—Single-Point and Box Tools

| Depth of Cut (Inches) | Micro-Melt® Powder HS Tools | | | Carbide Tools (Inserts) | | | |
|---|---|---|---|---|---|---|---|
| | Tool Material | Speed (fpm) | Feed (ipr) | Tool Material | Speed (fpm) | | Feed (ipr) |
| | | | | | Uncoated | Coated | |
| .150 | M48,T15 | 210 | .015 | C6 | 600 | 775 | .015 |
| .025 | M48,T15 | 240 | .007 | C7 | 675 | 875 | .007 |

Turning—Cut-Off and Form Tools

| Tool Material | | Speed (fpm) | Feed (ipr) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Micro-Melt® Powder HS | Carbide Tools | | Cut-Off Tool Width (inches) | | | | Form Tool Width (inches) | | |
| | | | 1/16 | 1/8 | 1/4 | 1/2 | 1 | 1½ | 2 |
| M48, T15 | | 150 | .0015 | .002 | .0025 | .002 | .002 | .0015 | .001 |
| | C6 | 360 | .004 | .005 | .007 | .005 | .004 | .0035 | .0035 |

Rough Reaming

| Micro-Melt® Powder HS | | Carbide Tools | | Feed (ipr) Reamer Diameter (inches) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tool Material | Speed (fpm) | Tool Material | Speed (fpm) | 1/8 | 1/4 | 1/2 | 1 | 1½ | 2 |
| M48, T15 | 130 | C2 | 150 | .005 | .008 | .013 | .018 | .022 | .025 |

Drilling

| Tool Material | Speed (fpm) | Tools | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Feed (inches per revolution) Nominal Hole Diameter (inches) | | | | | | | |
| | | 1/16 | 1/8 | 1/4 | 1/2 | 3/4 | 1 | 1½ | 2 |
| C2-Uncoated | 225 | .001 | .003 | .006 | .0085 | .0119 | .0136 | .0158 | .016 |
| C2-Coated | 280 | .001 | .003 | .006 | .0085 | .0119 | .0136 | .0158 | .016 |
| M42 | 100-120 | .001 | .003 | .006 | .010 | .014 | .017 | .021 | .025 |

Die Threading

| FPM for High Speed Tools | | | | |
|---|---|---|---|---|
| Tool Material | 7 or less, tpi | 8 to 15, tpi | 16 to 24, tpi | 25 and up, tpi |
| M7, M10 | 15-25 | 25-35 | 35-45 | 40-50 |

Milling, End-Peripheral

| Depth of Cut (inches) | Micro-Melt® Powder HS Tools | | | | | | Carbide Tools | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tool Material | Speed (fpm) | Feed (ipt) Cutter Diameter (in) | | | | Tool Material | Speed (fpm) | Feed (ipt) Cutter Diameter (in) | | | |
| | | | 1/4 | 1/2 | 3/4 | 1-2 | | | 1/4 | 1/2 | 3/4 | 1-2 |
| .050 | M48, T15 | 140 | .001 | .002 | .004 | .005 | C6 | 375 | .001 | .002 | .005 | .007 |

Tapping

| High Speed Tools | |
|---|---|
| Tool Material | Speed (fpm) |
| M7, M10 | 25-50 |

Broaching

| High Speed Tools | | |
|---|---|---|
| Tool Material | Speed (fpm) | Chip Load (ipt) |
| M7 | 25 | .004 |

Additional Machinability Notes

Figures used for all metal removal operations covered are starting points. On certain work, the nature of the part may require adjustment of speeds and feeds. Each job has to be developed for best production results with optimum tool life. Speeds or feeds should be increased or decreased in small steps.

## CarTech® 416 Project 70®+ Stainless

This alloy is available in an enhanced precision drawn bar product. Learn more about the Project 70+ PDB stainless family at Carpenter's MachiningZone.com.

### Weldability

Project 70+ Type 416 stainless is not recommended for welding.

## Other Information

### Applicable Specifications

Project 70+ Type 416 and Project 70+ PDB Type 416 stainless meet most standard industry and government specifications for Type 416.

- AMS 5610
- ASTM A581
- MIL-S-52263
- QQ-S-764
- ASTM A314
- ASTM A582
- MIL-S-862

### Forms Manufactured

Annealed Condition A: Brinell Hardness 241 Maximum, Bar Sizes
Annealed Condition A: Tensile Strength 85-115 ksi, Wire Sizes
Heat Treated Condition T: Brinell Hardness 255-302, Bar Sizes
Heat Treated Condition T: Tensile Strength 125-145 ksi, Wire Sizes
Heat Treated Condition H: Brinell Hardness 302-352, Bar Sizes
Heat Treated Condition H: Tensile Strength 145-175 ksi, Wire Sizes

- Bar-Flats
- Bar-Rounds
- Wire
- Bar-Hexagons
- Bar-Squares
- Wire-Rod

### Technical Articles

- A Designer's Manual On Specialty Alloys For Critical Automotive Components
- Alloy Variation Solves Metal Flow Problem in Staking components for Emission Controls
- How to Passivate Stainless Steel Parts
- New Ideas for Machining Austenitic Stainless Steels
- Passivating and Electropolishing Stainless Steel Parts

**Disclaimer:**
The information and data presented herein are typical or average values and are not a guarantee of maximum or minimum values. Applications specifically suggested for material described herein are made solely for the purpose of illustration to enable the reader to make his/her own evaluation and are not intended as warranties, either express or implied, of fitness for these or other purposes. There is no representation that the recipient of this literature will receive updated editions as they become available.

Unless otherwise specified, registered trademarks are property of
CRS Holdings Inc., a subsidiary of Carpenter Technology Corporation
Copyright © 2020 CRS Holdings Inc. All rights reserved.

Visit us on the web at www.cartech.com

Edition Date: 12/19/13

EXHIBIT

#12   07-20-22 TLR

exhibitsticker.com

9/23/21, 2:52 PM                    Dame Michael and Tim McKosh

 Chuck      Home

Odd that he was able to pinpoint the exact steel that was switched out to in the time between the two complaints

Jul 25, 2020, 10:08 PM

**Chuck Bradley**

Talking about 2 different steels , he told me it was all 416r from different companies and that they hadn't used the bq5 for over 3 years

Jul 25, 2020, 10:06 PM

**Dame Michael**

What text?

Jul 25, 2020, 10:05 PM

**Chuck Bradley**

I was a little shocked by that text from Luke myself

Jul 25, 2020, 10:04 PM

**Dame Michael**

The finish steel that he mentions in the new complaint, how did he come up with that?

Jul 25, 2020, 9:57 PM

**Dame Michael**

Since shay paraded his military benefit build Luke should point out his military contracts

Jul 25, 2020, 9:54 PM

**Dame Michael**

Let's hope fed court seems this for the BS it is and tells them to kick rocks

Jul 25, 2020, 9:53 PM

**Chuck Bradley**

I dint think fiato can handle this as a moonlighted , wouldn't be surprised if he didn't back out now

SCI 000717

**CONFIDENTIAL**

**EXHIBIT**

#13  07-20-22  TLR

demonstrate that KKM had a widespread problem with its heat treating, manufacturing process, and lack of proper testing protocols of KKM's barrels.

61.     That on approximately September 19, 2019, during a telephone conversation *McIntire admitted to HOROWITZ that not all KKM barrels are made using certified 416R gun-barrel quality stainless steel bar stock as advertised by KKM.*

62.     That on approximately September 19, 2019, during a telephone conversation, *McIntire admitted to HOROWITZ that KKM, contrary to its public advertising, allegedly uses two metals to produce its barrels. The first is allegedly 416R steel and the second is "softer grade of steel."*

63.     Upon information and belief, SCI was aware and purposely and knowingly ordered KKM barrels that were made of a softer defective grade of steel instead of KKM barrels made from certified 416R gun-barrel quality stainless steel bar stock as advertised because the softer steel is "easier for novice or beginner gunsmiths to work with and fit" into 1911 and 2011 based pistols.

64.     That KKM and SCI purposely manufactured and sold KKM barrels of this softer steel contrary to KKM's advertising as part of a fraudulent "bait and switch" scheme to defraud its customers into thinking they were buying KKM barrels made of *certified 416R gun-barrel quality stainless steel bar stock that were heat treated and vacuum tempered to 42 RC* to increase the sales and profits of KKM and SCI.

65.     Upon information and belief, McIntire admitted to one or more of AKAI's customers that contrary to its advertising, that KKM uses two different steels to produce KKM barrels. McIntire's admission(s) indicated that KKM uses a "BQ5" steel with a purported

Rockwell Hardness rating of 38 to 40RC or lower, and allegedly, Outokumpu 416R steel with a Rockwell Hardness rating of 45 to 46RC.  See **Exhibit 2**.

66.     That on or about October 14, 2019, AKAI emailed KKM the QC Metallurgical test results confirming the finding that some of the KKM barrels AKAI tested were below the advertised Rockwell of 42RC and AKAI provided the QC Metallurgical test results as proof that the KKM barrels were soft and out of advertised specifications and to demonstrate that KKM had problems with either the heat treating and/or manufacturing process of KKM's barrels.

67.     That after AKAI emailed KKM the QC Metallurgical test results confirming the finding that some of the KKM barrels AKAI tested were below the advertised Rockwell of 42RC and were defective, on or about October 14, 2019, KKM thereafter refused to return AKAI'S phone calls and emails or otherwise communicate with AKAI regarding the soft and defective KKM barrels.

68.     That KKM refused to accept the return of any KKM barrel tested by QC Metallurgical or any other independent source and refused to pay for the recall costs of any recalling of the defective KKM barrels from AKAI's customers by refusing to return AKAI'S phone calls and emails or otherwise communicate with AKAI regarding the soft and defective barrels.

69.     That on or about October 28, 2019, in response to AKAI's repeated communications advising SCI of the need to test KKM's defective barrels, BRADLEY, CEO of Defendant SCI advised AKAI that "I can't have you testing barrels and then sending them back with marks on them."

14

██████, using this method of a spot anvil testing on the lower lug should result in 40RC(+ or - 2) for the BQ5 steel and 45-46RC for the Outokumpu 416R. Remember that Cryogenically treating the barrel can drop the RC by 2. Since you didn't order from us I have no idea which type you have. If you have any questions please let me know.
Thx
Luke

EXHIBIT 2

**EXHIBIT**

#14  07-20-22  TLR

exhibitsticker.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Ft. Lauderdale)

CASE NO.:  0:20-cv-61469-RS

Akai Custom Guns, LLC, et al.,

     Plaintiffs,

vs.

KKM Precision, Inc., et al.,

     Defendants.

_____/

**DEFENDANT KKM PRECISION, INC.'S ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' AMENDED COMPLAINT**

COMES NOW, Defendant, KKM Precision, Inc. ("KKM"), by and through the undersigned counsel, and files this Answer and Affirmative Defenses to the Plaintiffs' Amended Complaint and states:

**Parties, Jurisdiction, and Venue**

1.     Admitted for purposes of jurisdiction, but denied that Plaintiffs are entitled to recover any sum from KKM.

2.     Without knowledge, therefore denied.

3.     Without knowledge, therefore denied.

4.     Admitted.

5.     Without knowledge, therefore denied.

6.     Without knowledge, therefore denied.

7.     Without knowledge, therefore denied.

8.     Without knowledge, therefore denied.

[14236-1/9319401/1]                 1

19, 2019, and denied that the allegations of Paragraph 59 fully and accurately describe the conversation.

60.     Denied that KKM or its agents or representatives ever threatened to, or had any intention to, destroy evidence.  Denied that KKM or its agents or representatives made "absurd assertions."  Admitted that Akai and/or Horowitz refused to honor KKM's reasonable request to return any allegedly defective products to KKM.

61.     Denied that McIntire had a conversation with Horowitz on September 19, 2019. Further, all of KKM's consumer stock is manufactured from 416R gun-barrel quality steel, so denied that McIntire or KKM told Horowitz otherwise.

62.     Denied.  All of KKM's consumer stock is manufactured from 416R gun-barrel quality steel, so denied that McIntire or KKM told Horowitz otherwise.

63.     Denied.

64.     Denied.

65.     Denied as phrased.  KKM never purchased BQ5 steel or manufactured any gun barrels out of BQ5 steel during the relevant years of 2017, 2018, or 2019.  Further, the conversation referenced in Paragraph 65 and Exhibit 2 describes a former manufacturing process that KKM had not used for at least a decade prior to the conversation and which process was not in use at any relevant time period to this action including 2017, 2018, or 2019.

66.     Admitted that Plaintiffs sent KKM the QC Metallurgical, Inc. test results.  Denied that QC Metallurgical, Inc. properly conducted Rockwell hardness testing on KKM-manufactured barrels, therefore denied as to the results of its testing.

**EXHIBIT**

#15  07-20-22 TLR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Ft. Lauderdale)

CASE NO.:  0:20-cv-61469-RS

Akai Custom Guns, LLC, et al.,

      Plaintiffs,

vs.

KKM Precision, Inc., et al.,

      Defendants.

_____/

**DEFENDANT KKM PRECISION, INC.'S RESPONSE TO PLAINTIFF'S SECOND
REQUEST FOR PRODUCTION**

      COMES NOW, Defendant, KKM Precision, Inc., by and through the undersigned Counsel, and for its response to Plaintiffs', Akai Custom Guns, LLC and Shay Horowitz, Second Request for Production dated April 5, 2022, states:

1.    Objection, Request No. 1 is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant evidence.  Notwithstanding the forgoing objection, and without waiving same, KKM has previously produced documents KKM 000036 – 000039, which are the Certification of Test sheets from Carpenter Technology Corp., which produced the BQ5 steel that KKM has acquired for use in manufacturing 1911 barrels.  KKM first used BQ5 steel to produce 1911 barrels in 2020 and after.

2.    Objection, Request No. 1 is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant evidence.  Notwithstanding the forgoing objection, and without waiving same, KKM has previously produced documents KKM 000018 – 000029, which are the Certification of Test sheets from Outokumpu, which produced the 416 Restricted steel that KKM has acquired for use in manufacturing 1911 barrels.

3.    KKM has previously produced documents KKM 000036 – 000039, which are the Certification of Test sheets from Carpenter Technology Corp., which produced the BQ5 steel that KKM has acquired for use in manufacturing 1911 barrels.  KKM first used BQ5 steel to produce 1911 barrels in 2020 and after..

4.     KKM has previously produced documents KKM 000018 – 000029, which are the Certification of Test sheets from Outokumpu, which produced the 416 Restricted steel that KKM has acquired for use in manufacturing 1911 barrels.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via Email to Richard J. Fiato, Esq., Law Offices of Fiato, 550 W. Merrill St., Ste. 200, Birmingham, MI 48009 (fiatolaw@gmail.com); Edmund S. Yee, Esq., McKelvie, McKelvie, Yee & Epacs, P.C. 280 W. Maple Rd., Ste. 220, Birmingham, MI 48009 (eyee@mmyelaw.com); John A. Chiocca, Esq., Cole, Scott & Kissane, P.A., 222 Lakeview Ave., Ste. 120, West Palm Beach, FL 33401 (john.chiocca@csklegal.com; stephanie.chiocca@csklegal.com); Nicholas D. Freeman, Esquire and John Y. Benford, Esquire, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 111 N. Orange Ave., Ste. 1200, Orlando, FL 32801 (nicholas.freeman@wilsonelser.com; John.bedford@wilsonelser.com), this 12th day of April, 2022.

/s/ Kevin Robinson
Kevin P. Robinson, Esquire
Florida Bar No.: 0014650
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Suite 600 (32801)
P.O. Box 3000
Orlando, FL 32802
Telephone: (407) 425-7010
Facsimile: (407) 425-2747
Counsel for Defendant, KKM Precision, Inc.
krobinson@zkslawfirm.com
jwenhold@zkslawfirm.com
service@zkslawfirm.com

KPR/jw

## **PRIVILEGE LOG**

Horowitz v. SHOOTERS CONNECTION, INC.,

14236-1

| Date | Description | Privilege |
|------|-------------|-----------|
|      |             |           |

**EXHIBIT**

#16  07-20-22  TLR

## Hagan, William R.

| | |
|---|---|
| **From:** | Chuck Bradley <chuckb@shootersconnection.com> |
| **Sent:** | Wednesday, April 6, 2022 2:56 PM |
| **To:** | Luke McIntire |
| **Subject:** | Expert witness report |

I just read the report. Doesn't look good, but I dont know what I am reading.  I am in the dark on this stuff. Not sure what you have to counter it. Is it possible your supplier sent the wrong material?

Bottom line is I had no knowledge of the material used and absolutely did not collude with you to do a bait and switch on him for whatever reason, much less to hurt his business.

Even if the barrels were soft he did not give you the opportunity to make them right. And even if they were the levels they state that would not cause the issues he had.

Looks like he included the barrel Jerry sent him in the testing. That barrel had nothing to do with him.

I am not sure our lawyers are even working together. I dont get told much. But the insurance company calls the shots.

--
Chuck Bradley- President Shooters Connection Inc.
804 South Broadway St. Unit 9
Georgetown, Ky 40324
502-570-4112
502-570-4102 fax
Order line 800-387-4045

1

SCI 001826

CONFIDENTIAL

**Hagan, William R.**

| | |
|---|---|
| **From:** | Chuck Bradley <chuckb@shootersconnection.com> |
| **Sent:** | Thursday, October 7, 2021 12:55 PM |
| **To:** | Luke McIntire |
| **Subject:** | Fwd: pic |

This could be a problem, I just saw it while going over all the line items.

-------- Forwarded Message --------
**Subject:** pic
   **Date:** Wed, 6 Oct 2021 17:31:02 -0400
  **From:** Chuck Bradley <chuckb@shootersconnection.com>
     **To:** Chuck Bradley <chuckbgm@gmail.com>

1

SCI 001827

CONFIDENTIAL

████████, using this method of a
spot anvil testing on the lower
should result in 40RC(+ or - 2)
the BQ5 steel and 45-46RC for
the Outokumpu 416R. Rememl
that Cryogenically treating the
barrel can drop the RC by 2. Sin
you didn't order from us I have
idea which type you have. If yo
have any questions please let i
know.
Thx
Luke

--
Chuck Bradley- President Shooters Connection Inc.
804 South Broadway St. Unit 9
Georgetown, Ky 40324
502-570-4112
502-570-4102 fax

2

SCI 001828

CONFIDENTIAL

Order line 800-387-4045

3

SCI 001829

CONFIDENTIAL

**Hagan, William R.**

| | |
|---|---|
| **From:** | Luke McIntire <luke@kkmprecision.com> |
| **Sent:** | Monday, October 11, 2021 1:52 PM |
| **To:** | Chuck Bradley |
| **Subject:** | Re: pic |
| **Attachments:** | image0.jpeg; image2.png; image3.png; Quote_8091461.pdf |

Hi Chuck,

I really don't think it will be a problem. I purposefully mentioned the BQ5 steel when cryogenic treated will be 40RC or greater. It is a special order type of 1911 barrel meant for the CMP matches and everyone that has ordered it knows full well exactly what they are buying. It is the best steel we have tested and will be the only brand we use in the near future. All brands of Restricted 416 will drop significantly in hardness when cryogenic treated or PVD coated and that is what I was trying to explain to Nathan Carter and Shay. What they don't know is that our first shipment of the BQ5 steel didn't arrive to us tell the middle of 2020. I had a hunch that he had someone buy the BQ5 steel barrels last year and that is what he is using as his "proof" not knowing the true details. I have asked to subpoena Nathan Carter as it's his text messages that Shay is using.

Thx
Luke

Sent from my iPhone

On Oct 7, 2021, at 9:55 AM, Chuck Bradley <chuckb@shootersconnection.com> wrote:

This could be a problem, I just saw it while going over all the line items.

-------- Forwarded Message --------
**Subject:** pic
    **Date:** Wed, 6 Oct 2021 17:31:02 -0400
    **From:** Chuck Bradley <chuckb@shootersconnection.com>
        **To:** Chuck Bradley <chuckbgm@gmail.com>

<klabkbgfejjmmhod.png>
--
Chuck Bradley- President Shooters Connection Inc.

1

SCI 001830

CONFIDENTIAL

804 South Broadway St. Unit 9
Georgetown, Ky 40324
502-570-4112
502-570-4102 fax
Order line 800-387-4045

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

2

SCI 001831

CONFIDENTIAL



SCI 001832

CONFIDENTIAL

iMessage
Dec 17, 2019, 2:30 PM



SCI 001833

CONFIDENTIAL



Nathan, using this method of a spot anvil testing on the lower lug should result in 40RC(+ or -2) for the BQ5 steel and 45-46RC for the Outokumpu 416R. Remember that Cryogenically treating the barrel can drop the RC by 2. Since you didn't order from us I have no idea which type you have. If you have any questions please let me know.
Thx
Luke

SCI 001834

CONFIDENTIAL



**SAMUEL, SON & CO. INC.**

30640 SAN CLEMENTE ST
HAYWARD,CA,94544
Phone: 800-631-9765 Fax: 626-226-5822

**Customer Quotation**

Quote #:      **8091461**

Quote Date:   02/20/2020

Quoted By:    GREG WILSON

---

BILL ADDRESS

KKM PRECISION INC.
5201 CONVAIR DRIVE
CARSON CITY,NV  89706
Attn: LUKE MCINTIRE
Phone:  775-246-5444
Fax:  775-246-9182

SHIP ADDRESS

KKM PRECISION INC.
5201 CONVAIR DRIVE
CARSON CITY,NV  89706

| Line | Order Qty | Quoted Description | | Unit/Ext. Price |
|---|---|---|---|---|
| 1 | 6000 LBS | SS 416 BQ #5 Round Bar 1.75" X 144" RM | Ext Amt... | $3.50/LBS $21,000.00 |
| | | Est. Wgt: 6000 lbs | | |
| | | 98 Business Days ARO (10 Jul 2020)    VIA: Ship Our Truck FOB  Delv. | | |
| **TOTAL Items: 1** | | **Est. Wgt:  6000 lbs** | | **$21,000.00** |

Price and availability subject to confirmation at time of order and to credit approval.

This quote shall be subject to the terms and conditions of sale set out in our standard terms and conditions found at www.samuel.com, as such may be amended from time to time. These terms and conditions shall supercede all other terms and conditions. Applicable sales taxes not included.

Generated :     Thursday, February 20, 2020

Page 1 of 1

SCI 001835

CONFIDENTIAL

EXHIBIT

#17  07-20-22  TLR

10/5/21, 4:29 PM                                               Tim Mekosh

Chuck    Home

---

**Tim Mekosh**

It'll be fun

Dec 11, 2019, 4:17 PM

**Chuck Bradley**

Worthless

Dec 11, 2019, 4:17 PM

**Chuck Bradley**

A letter is with less, only a scare tactic to those that don't know any better or who are actually liable

Dec 11, 2019, 4:17 PM

**Tim Mekosh**

Says I have to take posts down but don't clarify

Dec 11, 2019, 4:17 PM

**Tim Mekosh**

I'm gonna call his lawyer tomorrow and ask for verification

Dec 11, 2019, 4:15 PM

**Chuck Bradley**

Lol

Dec 11, 2019, 4:15 PM

**Tim Mekosh**

He sent me a cease and desist

Dec 11, 2019, 4:15 PM

**Chuck Bradley**

Any ideas ?

Dec 11, 2019, 4:12 PM

SCI 001402

**CONFIDENTIAL**

10/5/21, 4:29 PM                                    Tim Mekosh

                                                              Chuck    Home

Well not sure we can do at this point. I sent his lawyer a cease and desist letter that lays out why he has no case, how he is responsible for his problems and that I will make his letter and my response public if they don't

Dec 11, 2019, 4:12 PM

**Tim Mekosh**

What do you need from me to go after akai

Dec 11, 2019, 1:44 PM

**Tim Mekosh**

I try to tell him that everyday if I can

Dec 9, 2019, 6:05 PM

**Chuck Bradley**

I called him and told him to go fuck hi self

Dec 9, 2019, 6:04 PM

**Tim Mekosh**

Lol

Dec 9, 2019, 6:01 PM

**Chuck Bradley**

Me either lol

Dec 9, 2019, 5:57 PM

**Tim Mekosh**

No someone reported my bagger kosh name so I was forced to use my name.... no one knows me as tim 😫

Dec 9, 2019, 5:57 PM

**Chuck Bradley**

SCI 001403

**CONFIDENTIAL**

10/5/21, 4:29 PM                                               Tim Mekosh

                                                                    Chuck      Home

---

Dec 9, 2019, 5:56 PM

**Chuck Bradley**

Is this a new identity? Lol

Dec 9, 2019, 5:56 PM

**Tim Mekosh**

Wow!!!! How can we help?

Dec 9, 2019, 5:23 PM


Generated by Chuck Bradley on Wednesday, June 2, 2021 at 1:35 PM UTC-04:00
Contains data from January 1, 2017 to May 1, 2021

SCI 001404

**CONFIDENTIAL**

EXHIBIT

#18   07-20-22   TLR

## KKM PRECISION

1/9/2020

5201 Convair Dr., Carson City, NV 89706 | support@kkmprecision.com

To Whom It May Concern,

  Over the past several weeks it has come to my attention, by concerned customers, that rumors within social media are claiming KKM Precision has produced "Soft" barrels and is being sued by a company who received these barrels. The truth is KKM Precision and one of our dealers have received a letter of intent to sue if KKM Precision doesn't pay $1 Million dollars in next 30 days to said company. Prior to a Facebook post in October of 2019 by this company claiming "Soft" barrels, KKM Precision was not made aware of any issues with our heat treating and manufacturing process. Only that they had an issue with one barrel that they would like to send in for inspection. To date, this company has yet to send KKM Precision any proof of an "Out of Spec Soft Barrel" nor has any barrel ever been returned to us for inspection or warranty. I do not know if this company really does intend to sue or if this was just a threat to cover up and lay blame on us for their own actions. KKM Precision has always stood by the quality of our products and if anyone has any concerns or questions give us a call. Our warranty has always been to exchange, replace or refund any product that doesn't meet our standards of competitive shooting sports.

  Here at KKM Precision our manufacturing process has been established from well over 25 years of producing pistol barrels for nearly every single firearm company at one time or another. We use the very best stainless steel a Type 416R BQ#5 produced here in the United States. We order entire mill runs of this steel at nearly 6k pounds at a time. Every single 12ft bar is then checked for proper hardness by cutting off a 1" puck and heat treating it before the bars are turned into rifled blanks. After gun-drilling, reaming and then honing, we pull a button through the blanks to create our rifling. About halfway through the barrel making process the blanks are heat treated at Nevada Heat Treating. They will then test for Rockwell hardness on these blanks and supply a test report to us. We then finish machining the blanks into barrels and test for hardness again on our own fully automatic Innovatest Versus 720RS Rockwell hardness tester. We compare and record the results to make sure the barrels are within spec. To date, we have produced well over 100K barrels in 25 years and we have never seen a barrel test under 40HRC using this process. Because KKM Precision is a major supplier to the U.S. Military and Law Enforcement, we use ASTM E18-19 standards when hardness testing and will very soon become an ISO9001 certified manufacturing facility.

  For the past 25 years my company has had a long reputation within the shooting sports industry of helping customers, businesses and gunsmiths learn about pistol barrels and competitive shooting. Our shop has always been open to customers for tours and to those who just want to learn about manufacturing and robotics. We have one of the most advanced manufacturing shops in the industry, so stop on by or give me a call if you have any questions. We are here to educate, inform and pass along our knowledge to fellow shooters. We all enjoy competition shooting and the lifelong friendships it produces.

Thank you and see you on the range,

Luke McIntire

EXHIBIT

#19  07-20-22  TLR



**Shooters Connection Inc**
January 16, 2020 · 🌐

KKM Response to claims of Soft barrels.

PDF Version- https://shootersconnectionstoreassets.s3.amazonaws.com/...

---

**KKM PRECISION**                                                        1/9/2020

5597 Cornish Dr., Carson City, NV 89704 | support@kkmprecision.com

To Whom It May Concern,

Over the past several weeks it has come to my attention, by concerned customers, that rumors within social media are claiming KKM Precision has produced "Soft" barrels and is being sued by a company who received these barrels. The truth is KKM Precision and one of our dealers have a letter of intent to sue a company that pays $1 Million dollars in next 30 days to aid company. Prior to a Facebook post in October of 2019 by this company claiming "Soft" barrels, KKM Precision was not made aware of any issues with our heat treating and manufacturing process. Only that they had an issue with one barrel that they would like to send in for inspection. To date, this company has yet to send KKM Precision any proof of an "Out of Spec Soft Barrel" nor has any barrel ever been returned to us for inspection or warranty. I do not know if this company really does intend to sue or if this was just a threat to cover up and lay blame on us for their own actions. KKM Precision has always stood by the quality of our products and if anyone has any concerns or questions give us a call. Our warranty has always been to exchange, replace or refund any product that doesn't meet our standards of competitive shooting sports.

Here at KKM Precision our manufacturing process has been established from well over 25 years of producing pistol barrels for nearly every single firearm company at one time or another. We use the very best stainless steel a Type 416R BQ#5 produced here in the United States. We order entire mill runs of this steel at nearly 6k pounds at a time. Every single 12ft bar is then checked for proper hardness by cutting off a 1" pack and heat treating it before the bars are turned into rifled blanks. After gun-drilling, reaming and then honing, we pull a button through the blanks to create our rifling. About halfway through the barrel making process the blanks are heat treated at Nevada Heat Treating. They will then test for Rockwell hardness on these blanks and supply a test report to us. We then finish machining the blanks into barrels and test for hardness again on our own fully automatic Innovatest Versus 720RS Rockwell hardness tester. We compare and record the results to make sure the barrels are within spec. To date, we have produced well over 100K barrels in 25 years and we have never seen a barrel test under 40HRC using this process. Because KKM Precision is a major supplier to the U.S. Military and Law Enforcement, we use ASTM E18-19 standards when hardness testing and will very soon become an ISO9001 certified manufacturing facility.

For the past 25 years my company has had a long reputation within the shooting sports industry of helping customers, businesses and gunsmiths learn about pistol barrels and competitive shooting. Our shop has always been open to customers for tours and to those who just want to learn about manufacturing and robotics. We have one of the most advanced manufacturing shops in the industry, so stop on by or give me a call if you have any questions. We are here to educate, inform and pass along our knowledge to fellow shooters. We all enjoy competition shooting and the lifelong friendships it produces.

Think you and see you on the range,

Luke McIntire

---

😊❤️😮 119                                   283 Comments  10 Shares



Shooters Connection Inc

Shop on Website     Like     Message

Write a comment...

Author
**Shooters Connection Inc**
KKM has authorized me to post all legal letters pertaining to this, stay tuned.
Like    Reply    2y                                                          👍 4

**Ace Boles**
Shooters Connection Inc if you're attempting transparency with these posts, you probably shouldn't be deleting anyone's comments.
Like    Reply    2y

Author
**Shooters Connection Inc**
Ace Boles I'm not , they may have done it themselves after seeing they were wrong.
Like    Reply    2y

Author
**Shooters Connection Inc**
Ace Boles Got a screen shot of what was deleted? I will repost it.
Like    Reply    2y

Author
**Shooters Connection Inc**
I have several saved myself. What post are you rwefering to?
Like    Reply    2y

**Ace Boles**
Shooters Connection Inc A couple of my posts have been

**Videos**                                    See all

Live Q and A with Shooters Connection!
❤️😆 59
6.1K views · a year ago

1:10:04

**Page transparency**                         See all

(1) Shooters Connection Inc | Facebook - Profile 1 -
Microsoft Edge

2



**Shooters Connection Inc**

Live Q and A with Shooters Connection!
59
6.1K views · a year ago

**Page transparency**                    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

---

Shooters Connection Inc
I have several saved myself. What post are you rwefering to?
Like  Reply  2y

Ace Boles
**Shooters Connection Inc** A couple of my posts have been deleted, I didn't take screen shots.
Like  Reply  2y

✏ Author
Shooters Connection Inc
**Ace Boles** there's a bunch on here I want to delete but I haven't. The irrelevant nasty stuff should be. So can't give you a reason why it's not there.
Like  Reply  2y

Dame Michael
This an old disinformation trick used when trolling to make the otherside look bad in the eyes of the masses. If anything is missing he deleted it himself. I know this because I've done this. 😎🧑
Like  Reply  2y

Ace Boles
**Dame Michael** Good thing you're here to hold Chucks hand through all of this 😌
Like  Reply  2y  Edited

Dame Michael
I'm like the magic guy, explaining dated stuff to drive innovation
Like  Reply  2y

Reply to Shooters Connection Inc...

3





Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022



Shooters Connection Inc

**Shop on Website**    **Like**    **Message**

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
**Like**

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
**Like**

**Grayguns**
Bruce Belvin likes this
Sports & recreation
**Like**

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Like  Reply  2y

✏️ Author
**Shooters Connection Inc**
No claim to certification. And says at the bottom they are NOT responsible due to interpretations.
Like  Reply  2y  Edited

**Ace Boles**
Shooters Connection Inc ehh, you could argue that the facility that KKM hired is biased since it's local to them.
Like  Reply  2y

✏️ Author
**Shooters Connection Inc**
Ace Boles Same with akai except that the facility KKM uses is certified and issue results under penalty of law. Bottom line is if the test is done properly you get similar results. But even looking at shays lab the results are not bad. In fact according to many even if the results were correct the barrels would be fine. But improper testing can cause swings of 10 points. Some of those numbers are numbers that are not even possible with the steel used. And this is the company who after talking to Luke admitted they did not test them properly and said they were going to ask for them back to test again. Wonder if that ever happened.
Like  Reply  2y

Reply to Shooters Connection Inc...

✏️ Author
**Shooters Connection Inc**
Here is the demand letter from Akai to SC
https://shootersconnectionstoreassets.s3.amazonaws.com/...

7

**Shooters Connection Inc**

Page created - January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

✎ Author
Shooters Connection Inc
Joshua Baker you saw that to?
Like   Reply   2y

**Dame Michael**
**Shooters Connection Inc** do you not have to go by your real name in legal documents ?
Like   Reply   2y

✎ Author
Shooters Connection Inc
**Dame Michael** I would think so , whose not using their real name?
Like   Reply   2y

**Dame Michael**
**Shooters Connection Inc** shay Horowitz
Like   Reply   2y

**Ace Boles**
**Michael** Dewayne DaMe Esq. just single handedly dismantled this entire case 😱
Like   Reply   2y

**Jeremiah Deneski-Competitive Shooter**
Oops
Like   Reply   2y

**Bobby Keigans**
How can that letter even be a legal document when the pursuant party doesn't even use their real name?
Like   Reply   2y

8



**Shooters Connection Inc**

🛒 Shop on Website     👍 Like     💬 Message

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company        👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business        👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation        👍 Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

✎ Author
**Shooters Connection Inc**
Here is the response from me. Chuck
https://shootersconnectionstoreassets.s3.amazonaws.com/...

Like   Reply   2y          👍❤ 5

⌃ Hide 14 Replies

**Ace Boles**
Shooters Connection Inc Umm, it would be well advised for you to seek counsel......

Like   Reply   2y

✎ Author
**Shooters Connection Inc**
Ace Boles I assume you see the slander case I have against those perpetrating slander and defamation against me is pretty strong.

Like   Reply   2y

✎ Author
**Shooters Connection Inc**
Ace Boles being your one of shays drummer boys you might take your own advice

Like   Reply   2y

**Ace Boles**
Shooters Connection Inc Riiiigghhht. I've been a customer of yours for years, never bought anything from Akia. Did you go to law school?

Like   Reply   2y

✎ Author
**Shooters Connection Inc**
Ace Boles yes that's what's bad about this several people who

9



Shooters Connection Inc

🛒 Shop on Website    👍 Like    💬 Message

Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation
👍 Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

Ace Boles
Shooters Connection Inc Riiiiigghhht. I've been a customer of yours for years, never bought anything from Akia. Did you go to law school?
Like  Reply  2y

✏️ Author
Shooters Connection Inc
Ace Boles yea that's what's bad about this several people who are friends and customers are getting caught up in this which is why I have to bring the truth out. Don't understand why you would be defending him from a position of obvious weakness, alre... See more
Like  Reply  2y

Chuck Anderson
Shooters Connection Inc trolls gotta troll.
Like  Reply  2y

Ace Boles
Chuck Anderson recommending he retain counsel isn't exactly trolling 🥴
Like  Reply  2y  Edited

Chuck Anderson
Ace Boles yes, like that was your only post.
Like  Reply  2y

Ace Boles
Chuck Anderson oK boomer
Like  Reply  2y

Chuck Anderson
Ace Boles I can only assume you said some really terrible shit in

10



https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

🛒 Shop on Website | 👍 Like | 💬 Message

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation
👍 Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Like  Reply  2y

Chuck Anderson
**Ace Boles** I can only assume you said some really terrible shit in all those posts you accused SC of deleting.
Like  Reply  2y

Ace Boles
**Chuck Anderson** that would be an incorrect ASSumption.
Like  Reply  2y

✎ Author
Shooters Connection Inc
**Ace Boles** so your saying your just an objective observer?
Like  Reply  2y

Ace Boles
**Shooters Connection Inc** Have I shown bias in any comment?
Like  Reply  2y

✎ Author
Shooters Connection Inc
**Ace Boles** I did take it as you were taking the other side, are you an objective observer?
Like  Reply  2y

Reply to Shooters Connection Inc...  😊 GIF 🎞

✎ Author
Shooters Connection Inc
Akai demand letter to KKM
https://shootersconnectionstoreassets.s3.amazonaws.com/...
👍😆 2
Like  Reply  2y

11

Search Facebook

**Shooters Connection Inc**

Shop on Website     Like     Message

## Page transparency     See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏴 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company     👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business     👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation     👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

---

Reply to Shooters Connection Inc...

✏️ Author
**Shooters Connection Inc**
Akai demand letter to KKM
https://shootersconnectionstoreassets.s3.amazonaws.com/...
Like   Reply   2y                          😆 2

✏️ Author
**Shooters Connection Inc**
KKM lawyers response.
https://shootersconnectionstoreassets.s3.amazonaws.com/...
Like   Reply   2y                          👍❤️ 3

✏️ Author
**Shooters Connection Inc**
Finally KKM's Example test. I believe this shows the variance in results if not done properly, like testing on the curvature.
https://shootersconnectionstoreassets.s3.amazonaws.com/...
Like   Reply   2y   Edited                  😮

✏️ Author
**Shooters Connection Inc**
Ace Boles I know how it works. I didn't delete anything. Even though I want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public opinion in regards to this thread. Deleting you're own posts then crying that I deleted them is a troll tactic. Now to show you are not objective and not unbiased I present some posts

12



Shooters Connection Inc

Page created - January 4, 2010

Page manager location: United States

## Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

---

Like   Reply   2y   Edited

Author
Shooters Connection Inc

Ace Boles I know how it works. I didn't delete anything. Even though I want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public opinion in regards to this thread. Deleting you're own posts then crying that I deleted them is a troll tactic. Now to show you are not objective and not unbiased I present some posts from another Facebook page. Funny the three guys trying to discredit what I say are in this together. Bottom line is I am just trying to protect my company from slanderous posts and accusations perpetrated by some of the akai team. I am sure some follow without really knowing the truth. All I am doing is presenting the facts, while the other side claims to withhold information cause they don't want to show their cards. Really? If you have something show it. We have proven or disproven about every point in the demand letter. It shows you gave a newbie gunsmith trying to wow those who don't know better with some far out new ways of building guns. And then when they fail everything else is to blame , faulty powder? Now soft barrels that only he has experienced ? Without providing any back to the manufacturer who has agreed to replace any that are bad. And the way he try's to put pressure on those he demands a payment from he uses those loyal followers to slander through social
Media while claiming the high ground that he never named anybody. He didn't have to , he directed others to, I have shown some of that ,

(2) Shooters Connection Inc | Facebook - Profile 1 |
Microsoft Edge

13



**Search Facebook**

**Shooters Connection Inc**

Shop on Website | Like | Message

## Page transparency

See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏴 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public opinion in regards to this thread. Deleting you're own posts then crying that I deleted them is a troll tactic. Now to show you are not objective and not unbiased I present some posts from another Facebook page. Funny the three guys trying to discredit what I say are in this together. Bottom line is I am just trying to protect my company from slanderous posts and accusations perpetrated by some of the akai team. I am sure some follow without really knowing the truth. All I am doing is presenting the facts, while the other side claims to withhold information cause they don't want to show their cards. Really? If you have something show it. We have proven or disproven about every point in the demand letter. It shows you gave a newbie gunsmith trying to wow those who don't know better with some far out new ways of building guns. And then when they fail everything else is to blame , faulty powder? Now soft barrels that only he has experienced ? Without providing any back to the manufacturer who has agreed to replace any that are bad. And the way he try's to put pressure on those he demands a payment from he uses those loyal followers to slander through social
Media while claiming the high ground that he never named anybody. He didn't have to , he directed others to, I have shown some of that , even got one to admit to it unknowingly here. I have much more recorded , screen shots , message threads , emails, pictures, reports. Nice to have somebody in you're camp. You guys want to keep it up , as I said bring it on. I'm not scared or worried as I know the truth and I'm just fighting the scam. By the way have you looked into shays history? Oh yea I have that to.

Like    Reply    2y

14





16

Shooters Connection Inc

**Shop on Website**  **Like**  **Message**

## Page transparency

See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Like**

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Like**

**Grayguns**
Bruce Belvin likes this
Sports & recreation

**Like**

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Like   Reply   2y

Reply to Scott Thompson...

**Scott Thompson**
I am astounded that in 2020 business owners don't understand how business litigation works. It is amazing what posts like this can do regarding damages if and when the claims are substantiated.

Like   Reply   2y

⌃ Hide 19 Replies

✎ Author
**Shooters Connection Inc**
Ya think. Like all the defamatory and slanderous posts made about KKM and me, and this is Chuck. Nothing like the truth being told. Dont have to worry about litigation when its the truth. You want me to post the letters and the responses for all to see?

Like   Reply   2y

**Scott Thompson**
Chuck, I really don't have dog in the fight. I know one side of the evidence and it's pretty damn compelling when multiple independent ISO labs confirm what is in the complaint. Apparently it will be up for a judge to decide who is correct. It's sad that it had to come to that for everyone's sake.

Like   Reply   2y

**Scott Thompson**
**Shooters Connection Inc** I'm pretty sure your lawyer would advise against you doing that for your own sake.

Like   Reply   2y

17

🔍 Search Facebook

🏠 ▶️ 🏪 👥 🔲

Shooters Connection Inc

🛒 Shop on Website     👍 Like     💬 Message     🔍     ...

Scott Thompson
**Shooters Connection Inc** I'm pretty sure your lawyer would advise against you doing that for your own sake.
Like   Reply   2y

✏️ Author
**Shooters Connection Inc**
**Scott Thompson** Your his biggest drum beater, no dog? Come on. If I get attacked I will fight with truth and transparency. Just been waiting on KKM to make the public statement since they are the ones who have the most on the line since it is their product and livelihood. So I posted the letter and relayed what I personally was involved in. Nothing but truth.
Like   Reply   2y                                              👍 5

**Tim Mekosh**
**Scott Thompson** who you gonna suck off when shay goes under?
Like   Reply   2y   Edited

**Scott Thompson**
I stated I have seen the evidence. I guess we will see. I have also seen your proxies slinging mud and pretty much saying no one on earth know how to test rockwell except the manufacturer. Chicken bones on eye of newt.
Like   Reply   2y

**Scott Thompson**
**Tim Mekosh** I don't even shoot USPSA anymore, like you. You still getting kicked out of the army?
Like   Reply   2y

**Scott Thompson**
Guess those CDV charges really hurt your ability to own guns.
Like   Reply   2y

## About                                                   See all

📍 804 S Broadway St, Ste 9
   Georgetown, KY 40324

ℹ️ Gun Parts, Holsters, Accessories, Competition Shooting Supplies, Magazines and more! Shooters Connection sells the most desirable equipment for the s... See more

👍 12,540 people like this including 94 of your friends

👍 13,247 people follow this

📍 49 people checked in here

🌐 http://shootersconnectionstore.com/

📞 (502) 570-4112

💬 Send message

18



**Shooters Connection Inc**

📞 (502) 570-4112

💬 Send message

💲 Price range · $$

✉️ customerservice@shootersconnection.com

🕐 **Closed now**
8:30 AM - 4:30 PM ▾

📁 Sports & Recreation · Outdoor & Sporting Goods Company

---

**Suggest Edits**

Is this the right phone number for this place?

(502) 570-4112

[ Yes ]   [ Unsure ]   [ No ]

---

**Photos**                          See all

---

**Scott Thompson**
Guess those CDV charges really hurt your ability to own guns.

Like   Reply   2y

📌 Author
**Shooters Connection Inc**
**Scott Thompson** You mean the same report I saw and sent to KKM who called that lab who admitted they tested them wrong and said they would try to get them back to retest correctly? You mean the engineer who also sent barrels to KKM for testing and then when following proper procedure replicated KKM results? We hear about evidence but there is none that has been presented. KKM was not allowed to remedy any of it or see any of it. Just demands made. We can bring the whole story out here.

Like   Reply   2y

**Tim Mekosh**
Scott Thompson not sure where those lies came from, just like your other lies. It's ok though Scott I don't blame you for being a lying ass, like the rest of your akai buddies

Like   Reply   2y   Edited

**Scott Thompson**
Pretty sure a judge will end up deciding, not facebook. But by all means post what you have.

Like   Reply   2y

**Scott Thompson**
Tim Mekosh Sure Timmy.

Like   Reply   2y

**Scott Thompson**
I will give ya this Tim, I have never in my life know someone so

19



**Scott Thompson**
I will give ya this Tim, I have never in my life know someone so universally disliked as you. Nation wide. It's pretty amazing for a person to not have a single redeeming quality.

Like   Reply   2y

**Tim Mekosh**
Scott Thompson lmao like I give care about who likes me that's cute.

Like   Reply   2y   Edited

**Scott Thompson**
Tim Mekosh Well that is a good thing in your case.

Like   Reply   2y

**Ace Boles**
Tim Mekosh I see you remembered to click the "post as Tim" button instead of replying as Double Alfa this tiMe

Like   Reply   2y

**Ace Boles**
youre looking rather sober this evening 😜

Like   Reply   2y

**Tim Mekosh**
Ace Boles and you're still looking like a retard so it's all good

Like   Reply   2y

**Chuck Anderson**
Scott Thompson To repeat what that other Chuck said. You definitely have a dog in this fight. If it comes to litigation, you are probably getting named. It's been mentioned several times that lawyers would tell people to shut up. That's really good a...

Videos                                            See all

Live Q and A with Shooters Connection!
❤️😮😆 59
6.1K views · a year ago







Shooters Connection Inc

**Page transparency** See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

⚑ Page created - January 4, 2010

◉ Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation
👍 Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

wonder why barsto hasn't had a problem with their 39 rockwell barrels over the last few decades?
Like   Reply   2y

**Bobbie Andy Harley**
A split second before the torque wrench was applied to the faucet handle, it had been calibrated by top members of the state and federal Departments of Weights and Measures, to be dead-on balls accurate. Here's the certificate of validation! It's an industry term. 🤣
Like   Reply   2y   😆 3

**Mike Burgess**
Soft Barrels dont blow up!
Sorry to call BS on it but it's true. Soft barrels have lugs that deform, how do I know, i have a 9 major gun with a $69 RIA barrel in it, I had to tig weld up the hood and feet to fit it correctly, after shooting a few hundred rounds I had to stone the raised eges on the lugs where the metal had deformed slightly under firing loads. Now for the funny part 20K rounds later it still runs and shoots fine, hasn't blown up hasn't done anything bad. Weird that you can build a gun with a shit barrel of known poor metallurgy and have it not blow up.
Like   Reply   2y

**Mike Burgess**
Joshua Baker I know, weird isn't it
Like   Reply   2y

Reply to Mike Burgess...

**Dame Michael**
So with everyone being so mean to shay is he going to punish uspsa shooters by not sponsoring nationals or area matches in 2020?
Like   Reply   2y   ❤️😆 4

23

Shooters Connection Inc

🛒 Shop on Website    👍 Like    💬 Message

Page created - January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

## Add your business to Facebook
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

**Dame Michael**
So with everyone being so mean to shay is he going to punish uspsa shooters by not sponsoring nationals or area matches in 2020?
Like  Reply  2y                                    ❤️😆 4

**Dame Michael**
Has anyone shared these letters to chucky Warner over on the 1911pro page? I would but that cunt blocked me for talking about this earlier
Like  Reply  2y

**Chuck Warner**
Yes, they have. And I'll continue to only care about the facts. I have nothing bad to say about any of the parties involved, and have made zero comments to that effect. I don't like the whole situation for anyone, so, I won't let the shit show continue over there.
If that makes me a cunt, so be it. I can live with that.
Like  Reply  2y                                    👍 3

**Dame Michael**
**Chuck Warner** except your name is being dropped to support his claims 🤷
Like  Reply  2y  Edited

**Chuck Warner**
So?
There are facts involved with this case I am involved with.
Shay is my friend and that's not gonna change.
That doesn't mean I have to say, or allow anyone else to say, anything disparaging about any of it. They are all grown men, and don't answer to me.
I, however, do answer to me.
And your not owed an explanation by me, in any way shape, or form.

24

## Shooters Connection Inc

**Shop on Website** | **Like** | **Message**

### Page transparency    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created - January 4, 2010

📍 Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company    **Like**

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business    **Like**

**Grayguns**
Bruce Belvin likes this
Sports & recreation    **Like**

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

---

Chuck Warner except your name is being dropped to support his claims 🤦

Like  Reply  2y  Edited

**Chuck Warner**
So?
There are facts involved with this case I am involved with.
Shay is my friend and that's not gonna change.
That doesn't mean I have to say, or allow anyone else to say, anything disparaging about any of it. They are all grown men, and don't answer to me.
I, however, do answer to me.
And your not owed an explanation by me, in any way shape, or form.
What anyone else has to say is their business.
I am friends with a lot of people in this business, and anytime I can help someone making a genuine effort, I do my best to do so.
I don't know anyone at SC personally, but when I was contacted and asked about a slide print, I provided it freely.
I don't know the guys at KKM personally, but I had several conversations with Kevin over the years. Liked him a lot. We had mutual barrelmaking friends.
I have had no contact with any of them throughout this process, and I have no say in how these things play out.
Nor will I judge any of them. Certainly not on the internet.
My involvement in this, is in Support of Shay's factfinding efforts. That won't change.
Once again, if that makes me a cunt, because I won't let you stir the pot over in my "house", so be it.
Metaphorically speaking, when you come through the front door with poop on your shoes, I'll ask you to leave....when you come

25

Shooters Connection Inc

**Shop on Website**     **Like**     **Message**

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
**Like**

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
**Like**

**Grayguns**
Bruce Belvin likes this
Sports & recreation
**Like**

## Add your business to Facebook
Showcase your work, create ads and connect with customers or supporters.

**Create Page**

the pot over in my "house", so be it.

Metaphorically speaking, when you come through the front door with poop on your shoes, I'll ask you to leave....when you come through the door with your OWN poop on your shoes, AND tell everyone how wonderful it smells....well, we are best served just showing you out, and closing the door behind you.

Like   Reply   2y   Edited

**Dame Michael**
Chuck Warner TLDR, but *you're
Like   Reply   2y

**Tim Mekosh**
lol "fact finding"
Like   Reply

**Dame Michael**
Chuck Warner so much for not having a dog in the fight ya lying twat
Like   Reply   2y

**Dame Michael**
Wonder what else you aren't being honest about.
Like   Reply   2y

**Dame Michael**
Those were some pretty pics you posted, but how do we know the machine is calibrated properly as you aren't a certified lab.
Like   Reply   2y

**Dame Michael**
I answer that for you since you wont.
We can't trust your opinion or your "proof", you should probably just stfu

26



Shooters Connection Inc

🛒 Shop on Website    👍 Like    💬 Message

Page created - January 4, 2010

Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

---

**Dame Michael**
I answer that for you since you wont.
We can't trust your opinion or your "proof", you should probably just stfu

Like   Reply   2y

Reply to Dame Michael...

**Alex Trevino**
Joey Steven

Like   Reply   2y

**Corey Mulholland**
Glen Weeks Matt Hemple

Like   Reply   2y

**Greg Smith**
Anyone who puts .esq on their correspondence is a dick

Like   Reply   2y

**Ace Boles**
Greg Smith That's how you know they a REAL LawYer

Like   Reply   2y

✏️ Author
**Shooters Connection Inc**
Ace Boles well, just look at the letters , of course you can tell I am not a lawyer and wrote my layman's response myself. KKM obviously has the real attorney and says I have absolutely no liability. He laid out quite clear that Kkm has none either. T... See more

Like   Reply   2y

Reply to Greg Smith...

27

Shooters Connection Inc

Page created - January 4, 2010

Page manager location: United States

## Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

**Ace Boles**
Greg Smith That's how you know they a REAL LawYer
Like  Reply  2y

**Author**
**Shooters Connection Inc**
Ace Boles well, just look at the letters , of course you can tell I am not a lawyer and wrote my layman's response myself. KKM obviously has the real attorney and says I have absolutely no liability. He laid out quite clear that Kkm has none either. The insurance quick nuisance settlement isn't happening. If a suit is filed and I have to hire one then I might as well file a counter one against all those perpetrating these baseless accusations.
Like  Reply  2y                                                    👍 4

Reply to Greg Smith...

**Jeff Perdue**
Oh boy....
Like  Reply  2y

**Bill Jones**
So was it scott thompson or akai that is crying about the barrels??
Like  Reply  2y  Edited

**Tim Boettcher**
Wow, I've had nothing but great success with KKM in my shop and shooting them in my own guns. I haven't been keeping up with this so... 😅
Like  Reply  2y

**Greg Smith**
KKM makes my XDm barrels and I've never had an issue. Very accurate,

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

🛒 Shop on Website    👍 Like    💬 Message    🔍    ⋯

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company    👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business    👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation    👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

**Tim Boettcher**
Wow, I've had nothing but great success with KKM in my shop and shooting them in my own guns. I haven't been keeping up with this so... 😊

Like    Reply    2y

**Greg Smith**
KKM makes my XDm barrels and I've never had an issue. Very accurate, very well made. Period

Like    Reply    2y

**Louis Bethel**
Shooters Connection Inc
I am a little late to this party, but want to make sure I understand the kerfuffle.

1. GunSmith "claims" a barrel maker made barrels not to the correct Rockwell Hardness.
- Provides no proof.
- Does not return them to mfg.
- Does not contact mfg.
- Gunsmith may have altered the barrel

2. GunSmith directs other people to "spread the word" (aka slander)

3. A guy on your FB page keeps getting caught providing conflicting information.

4. Shooter with ruptured barrel cannot provide facts about the ammo (meeting SAAMI specs, not a receipt, not a casing, no extra ammo).

5. No one has been hurt physically from these claims

Pass the popcorn and save me a seat to watch the lawsuits fly.

Not to mention the alienation of the guy and this GunSmith from the industry.

29

- Does not contact mfg.
- Gunsmith may have altered the barrel

2. GunSmith directs other people to "spread the word" (aka slander)

3. A guy on your FB page keeps getting caught providing conflicting information.

4. Shooter with ruptured barrel cannot provide facts about the ammo (meeting SAAMI specs, not a receipt, not a casing, no extra ammo).

5. No one has been hurt physically from these claims

Pass the popcorn and save me a seat to watch the lawsuits fly.

Not to mention the alienation of the guy and this GunSmith from the industry.

Like    Reply    2y    Edited

📝 Author

**Shooters Connection Inc**
**Louis Bethel** well couple corrections. He did provide what he thinks as proof but the testing company has admitted they didn't test it correctly , one other engineer also had bad tests but once right the proper way to test a barrel they were good, his tester also had no claims of certification on their letterhead as kkm's tester has. You are correct in that none have been returned after many attempts to get them returned.,I even got him to agree to splitting one in half and sending half , his idea. He never did it. I have the messages if any one doubts this. He did contact the manufacturer once who told him send it back and they would warranty it if it tested bad. He contacted us several times and we had Kkm call him. He was told the same thing. I have those messages as well. Can't really address the altering as the barrels were never sent back but I assume they were if he built with his unconventional methods. The last 4 new barrels he bought and

**Shooters Connection Inc**

🛒 Shop on Website | 👍 Like | 💬 Message

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Like   Reply   2y   Edited

📎 Author
**Shooters Connection Inc**
**Louis Bethel** well couple corrections. He did provide what he thinks as proof but the testing company has admitted they didn't test it correctly , one other engineer also had bad tests but once right the proper way to test a barrel they were good, his tester also had no claims of certification on their letterhead as kkm's tester has. You are correct in that none have been returned after many attempts to get them returned.,I even got him to agree to splitting one in half and sending half , his idea. He never did it. I have the messages if any one doubts this. He did contact the manufacturer once who told him send it back and they would warranty it if it tested bad. He contacted us several times and we had Kkm call him. He was told the same thing. I have those messages as well. Can't really address the altering as the barrels were never sent back but I assume they were if he built with his unconventional methods. The last 4 new barrels he bought and tested himself , by his numbers were 42,43,43,40. I have pics of those tests. Other pics we have of tests show improper procedures.

Like   Reply   2y                                    👍 2

**Shane Eld**
I can say from my experience with KKM, they are a very reliable company with standup employees who put the customer first. If they had an issue with a product, I am confident they would stand behind said product. I have a KKM barrel in my Carver Custom Open Glock 17 and 34. The Open 17 has over 90,000 rounds through it and the 34 is around 20,000 rounds of 9 major. Both still have great accuracy, both have been reliable.

Like   Reply   2y                                    👍 3

31





**Shooters Connection Inc**

https://www.facebook.com/ShootersConnection

🔍 Search Facebook

🛒 Shop on Website    👍 Like    💬 Message

Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company    👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business    👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation    👍 Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

📌 Author
Shooters Connection Inc
Scotty Bates

Like  Reply  2y

📌 Author
Shooters Connection Inc
So this is a barrel that was sent back to KKM long before the soft brittle barrel accusation. Yes the demand letter used those words, soft brittle barrel if you can wrap your head around that. Luke told me the tungsten sleeve had slipped forward. He noted the barrel was cut extremely thin and the tungsten sleeve was much larger than what Limcat has done for 20 years. I asked him if that extra weight on a thinner barrel would create undue stress on the barrel. He said yes. Then he pointed out the location of the feet cut where the slide stop rides. Its way behind where it should be. Not sure if this a different geometry to accommodate a stroked gun or not. But it is outside the normal specs for 1911 design. Luke also mentioned some radial lugs basically gone. These things pointed out in the past makes be think that this is why none of the current barrels were sent to Luke for evaluation and testing. Basically KKM makes a product and if it is modified to this extent they cant be held liable for the results of unconventional modifications.

Like  Reply  2y

Aaron Laws
Shooters Connection Inc Was that barrel from Akai?

33

**Shooters Connection Inc**

Shop on Website | Like | Message

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
| Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
| Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
| Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Like   Reply   2y

**Aaron Laws**
Shooters Connection Inc Was that barrel from Akai?
Like   Reply   2y   Edited

🖋 Author
**Shooters Connection Inc**
**Aaron Laws** yes
Like   Reply   2y

**Aaron Laws**
well a picture is worth a thousand words and that photo definitely tells a story
Like   Reply   2y

Reply to Scotty Bates...

**Jerry Colantone**
My last post on this because there is nothing but instigators on this. Akai had nothing to do with my gun.
..
Like   Reply   2y                                4

**Dame Michael**
Took ya long enough
Like   Reply   2y

**Scott Thompson**
**Ace Boles** apparently a SME on pretty much everything.
Like   Reply   2y

🖋 Author
**Shooters Connection Inc**
Jerry, I have your email and your 2nd smiths email. I understand

34



**Shooters Connection Inc**

## Page transparency

See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created - January 4, 2010

📍 Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

### Add your business to Facebook
Showcase your work, create ads and connect with customers or supporters.

Create Page

---

🛒 Shop on Website  |  👍 Like  |  💬 Message

...Altar had nothing to do with my gun.

Like  Reply  2y

**Dame Michael**
Took ya long enough
Like  Reply  2y

**Scott Thompson**
**Ace Boles** apparently a SME on pretty much everything.
Like  Reply  2y

**Shooters Connection Inc**
Jerry, I have your email and your 2nd smiths email. I understand why you thought it was the barrel. You were misled by Shay that it was the barrel since it was just more of what he thought ammo to go against KKM and me. I think people need to realize y... **See more**
Like  Reply  2y

**Shooters Connection Inc**
Bradley Savage nope he says he was using fiocchi ammo. The barrel was tested by Shay and the barrel us in shays hands. So saying Shay is not involved in his barrel is another lie. I suspect it's the barrel referred to in the demand letter.
Like  Reply  2y

**Ace Boles**
**Shooters Connection Inc** Read this particular thread for an obvious example of a deleted post. **Scott Thompson** replies to me, yet the comment of mine that he replies to, isn't there.
Like  Reply  2y

35



**Shooters Connection Inc**

## Page transparency    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏳 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company          👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business                            👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation                       👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

---

Altai had nothing to do with my gun.
..

Like   Reply   2y                                    ❤️💗 4

**Dame Michael**
Took ya long enough

Like   Reply   2y

**Scott Thompson**
**Ace Boles** apparently a SME on pretty much everything.

Like   Reply   2y                                    👍

✒ Author
**Shooters Connection Inc**
Jerry, I have your email and your 2nd smiths email. I understand why you thought it was the barrel. You were misled by Shay that it was the barrel since it was just more of what he thought ammo to go against KKM and me. I think people need to realize you were pretty much a victim of that and the double charged ammo to start off with.

Like   Reply   2y                                    👍 2

✒ Author
**Shooters Connection Inc**
Bradley Savage nope he says he was using fiocchi ammo. The barrel was tested by Shay and the barrel us in shays hands. So saying Shay is not involved in his barrel is another lie. I suspect it's the barrel referred to in the demand letter.

Like   Reply   2y

**Ace Boles**
**Shooters Connection Inc** Read this particular thread for an obvious example of a deleted post. **Scott Thompson** replies to me, yet the comment of mine that he replies to, isn't there.

36





Shooters Connection Inc

Shop on Website | Like | Message

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
Like

Grayguns
Bruce Belvin likes this
Sports & recreation
Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Like · Reply · 2y

Cody Dengler
Who ever is trying to threaten and extort money from KKM must be a real "stroked"! 😆
Like · Reply · 2y                                     5

Max Klatt
This is a real HORO show isnt WITZ?
Like · Reply · 2y                                     8

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

38

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

🛒 Shop on Website        👍 Like        💬 Message

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

## Add your business to Facebook
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

**Cody Dengler**
Who ever is trying to threaten and extort money from KKM must be a real "stroked"! 😆
Like   Reply   2y                😂😆😆 5

**Max Klatt**
This is a real HORO show isnt WITZ?
Like   Reply   2y                😂👍 8

**Cody Dengler**
Max Klatt you win!
Like   Reply   2y

**Max Klatt**
Cody Dengler I surprised myself with that one.
Like   Reply   2y                😂👍 3

Reply to Cody Dengler...

**Bill Jones**
Sounds like a pistol builder trying to save its own company
Like   Reply   2y

**James Turnure**
Was the OD of said barrels dramatically altered?
Like   Reply   2y                👍

⌃ Hide 20 Replies

✒ Author
**Shooters Connection Inc**
Not sure since none were ever sent back after many attempts requesting it. So we dont know what was done to any of the barrels in question. I do have a pic of one that had the barrel

39

Shooters Connection Inc

🛒 Shop on Website    👍 Like    💬 Message

**Page created - January 4, 2010**

📍 **Page manager location: United States**

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

**Bill Jones**
Sounds like a pistol builder trying to save its own company
Like   Reply   2y

**James Turnure**
Was the OD of said barrels dramatically altered?
Like   Reply   2y

∧ Hide 20 Replies

🖊 Author
**Shooters Connection Inc**
Not sure since none were ever sent back after many attempts requesting it. So we dont know what was done to any of the barrels in question. I do have a pic of one that had the barrel turned way done and a large tungsten sleeve was put on it. The sleeve was much bigger than those Limcat has been doing on KKM barrels for 20 years.
Like   Reply   2y

🖊 Author
**Shooters Connection Inc**
Bradley Savage In some ways. It put extra stress on the barrel like a large sledge hammer beating back and forth. No telling what this process did to the heat treat.
Like   Reply   2y

🖊 Author
**Shooters Connection Inc**
Bradley Savage no, read it again , " no telling what the process does to the heat treating" ,
Like   Reply   2y

Why are you deleting comments on

40

Shooters Connection Inc

🛒 Shop on Website    👍 Like    💬 Message    🔍    ⋯

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company        👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business        👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation        👍 Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

📌 Author
Shooters Connection Inc
Bradley Savage no, read it again , " no telling what the process does to the heat treating" ,

Like   Reply   2y

Ace Boles
Shooters Connection Inc Why are you deleting comments on this thread?

Like   Reply   2y

Chuck Anderson
Do you know what process is used to apply the sleeve? Machining and threading a long tube improperly can add a significant amount of heat. 800 degrees? Don't know.

Like   Reply   2y

📌 Author
Shooters Connection Inc
Ace Boles I'm not , you can stop accusing me of it. You ever going to answer my question that I gave asked twice? You implied you are an objective observer although you're posts defend the other side , or attempt to. Are you an Objective Obsever ? , for the third time .

Like   Reply   2y

📌 Author
Shooters Connection Inc
Bradley Savage and I said the process may have effected it. Another builder told me long ago to properly fit a sleeve heating is involved to get a good fit.

Like   Reply   2y

41



Like · Reply · 2y

Author
**Shooters Connection Inc**
Bradley Savage and I said the process may have effected it. Another builder told me long ago to properly fit a sleeve heating is involved to get a good fit.

Like · Reply · 2y

**Ace Boles**
**Shooters Connection Inc** This is how Facebook pages work, anyone with admin or editor access can delete anyone's comments on the page's posts, no one else can, unless it's the original poster deleting their own comment. If you look at the time stamp you'll see that I asked you about this on two different comment threads on your post. I asked it the second time as you ignored my first comment for 3 hours. Further, It is obvious that I have been asking questions without bias, as you can read all of them and use basic comprehension. Show me where I have defended Akai. I have simply pointed out obvious issues that any attorney will bring forth in litigation. Your posts on this matter have only further exposed yourself to any pending or future actions, hence my original suggestion of retaining counsel......

Like · Reply · 2y

Author
**Shooters Connection Inc**
**Ace Boles** I know how it works. I didn't delete anything. Even though I want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public

42

Shooters Connection Inc

Shop on Website    Like    Message

**Page created** - January 4, 2010

**Page manager location:** United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Author
Shooters Connection Inc

**Ace Boles** I know how it works. I didn't delete anything. Even though I want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public opinion in regards to this thread. Deleting you're own posts then crying that I deleted them is a troll tactic. Now to show you are not objective and not unbiased I present some posts from another Facebook page. Funny the three guys trying to discredit what I say are in this together. Bottom line is I am just trying to protect my company from slanderous posts and accusations perpetrated by some of the akai team. I am sure some follow without really knowing the truth. All I am doing is presenting the facts, while the other side claims to withhold information cause they don't want to show their cards. Really? If you have something show it. We have proven or disproven about every point in the demand letter. It shows you gave a newbie gunsmith trying to wow those who don't know better with some far out new ways of building guns. And then when they fail everything else is to blame , faulty powder? Now soft barrels that only he has experienced ? Without providing any back to the manufacturer who has agreed to replace any that are bad. And the way he try's to put pressure on those he demands a payment from he uses those loyal followers to slander through social Media while claiming the high ground that he never named anybody. He didn't have to , he directed others to, I have shown some of that , even got one to admit to it unknowingly here. I have much more recorded , screen shots , message threads ,

43



**Shooters Connection Inc**

Page created - January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Grayguns**
Bruce Belvin likes this
Sports & recreation

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

has experienced ? Without providing any back to the manufacturer who has agreed to replace any that are bad. And the way he try's to put pressure on those he demands a payment from he uses those loyal followers to slander through social Media while claiming the high ground that he never named anybody. He didn't have to , he directed others to, I have shown some of that , even got one to admit to it unknowingly here. I have much more recorded , screen shots , message threads , emails, pictures, reports. Nice to have somebody in you're camp. You guys want to keep it up , as I said bring it on. I'm not scared or worried as I know the truth and I'm just fighting the scam. By the way have you looked into shays history? Oh yea I have that to.

Like  Reply  2y

Author
Shooters Connection Inc

Like  Reply  2y

Author
Shooters Connection Inc

44





Shooters Connection Inc

**Shop on Website** | **Like** | **Message**

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
**Like**

Dillon Precision Products, Inc
Don Hardy likes this
Local business
**Like**

Grayguns
Bruce Belvin likes this
Sports & recreation
**Like**

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

Ace Boles
Shooters Connection Inc What are you attempting to show with these screen shots? Was that supposed to be a "gotcha"? Lol

Like    Reply    2y

Author
Shooters Connection Inc
Ace Boles obviously you are not objective or unbiased. Just showing that contrary to what you have tried to portray.

Like    Reply    2y

Ace Boles
Shooters Connection Inc Have you ever been a party in litigation? There's a reason it's funny when someone brings up defamation or slander for basis of action, as they have most likely never been on either end in real world litigation, and don't grasp the reality of the difficulty of winning, nor the cost of pursuing it.

Like    Reply    2y

Author
Shooters Connection Inc
Ace Boles oh I understand. Dint really need to bring action as long as I can show it for what it is in public opinion. Something you guys have tried to do against me. But as I said if it goes to court and I am facing that cost I might as well add that ... See more

Like    Reply    2y

Ace Boles
Shooters Connection Inc You guys? Where? What are you accusing me of trying to do to you?

Like    Reply    2y

46

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Shooters Connection Inc You guys? Where? What are you accusing me of trying to do to you?

Like    Reply    2y

Author
Shooters Connection Inc
Ace Boles pretty obvious Scott backed off and you jumped in. I am done with you. Said all I needed to, the readers can decide.

Like    Reply    2y

Ace Boles
Shooters Connection Inc



Like    Reply    2y

Author
Shooters Connection Inc
Ace Boles you're gifs are cute

Like    Reply    2y

Ace Boles
Shooters Connection Inc thank you 😉

Like    Reply    2y

47



Shooters Connection Inc

🛒 Shop on Website | 👍 Like | 💬 Message

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business

👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation

👍 Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

---

to pass off shoddy gun work as a parts defect. My .02.

Like   Reply   2y

**Dame Michael**
Jeremiah Deneski-Competitive Shooter almost sounds like insurance fraud

Like   Reply   2y

**Tim Mekosh**
Dame Michael maybe they need a moving company to help move to Jamaica

Like   Reply   2y

Reply to Hart Johnson...

**Jeremiah Deneski-Competitive Shooter**
did they have a contingency program until recently? asking for a friend

Like   Reply   2y                     10

**Jerry Colantone**
I had a KKM barrel blow up after 5 rounds it was Rockwell tested and did not meat specs. The top of the chamber blew off and the STI Edge was destroyed, frame bent , slide cracked. I was very lucky that the piece of barrel went straight up into an overhead baffle, no one was hurt that day but it could have been a disaster.

Like   Reply   2y                     2

⌃ Hide 86 Replies

**Dame Michael**
Jerry Colantone who fit it? Who made the ammo? Did you send it to kkm?

Like   Reply   2y

49

(5) Shooters Connection Inc | Fa...

https://www.facebook.com/ShootersConnection

Search Facebook

**Shooters Connection Inc**

🛒 Shop on Website | 👍 Like | 💬 Message

the people who manage and post content.

🏳 Page created · January 4, 2010

📍 Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation
👍 Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

Jerry Colantone who fit it? Who made the ammo? Did you send it to kkm?
Like   Reply   2y

Dame Michael
Got pics?
Like   Reply   2y

Matt Olinchak
It had 12 grains of Titegroup in it, don't worry about the rest of the details
Like   Reply   2y                    😂 33

Scotty Bates
A CZ barrel will handle 7.8 hrs of Titegroup. Ask me how I know lol.
Like   Reply   2y                    👍

Dame Michael



Bueller? Bueller? Bueller?
Like   Reply   2y                    😆

Dame Michael
**Matt Olinchak** bad lot of 3n38 perhaps

50



**Shooters Connection Inc**

Page created · January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Grayguns**
Bruce Belvin likes this
Sports & recreation

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

Like   Reply   2y

**Dame Michael**
Matt Olinchak bad lot of 3n38 perhaps
Like   Reply   2y

**Matt Olinchak**
🙂
Like   Reply   2y

**Jerry Colantone**
I want you to know I am not part of the lawsuit and didn't know anything about it until the letter was posted here today. I was just commenting on my bad experience. If you must know I was using factory ammunition, I do have plenty of pictures and a w...
See more
Like   Reply   2y

**Dame Michael**
Who fit it?
Like   Reply   2y

**Dame Michael**
Who tested it?
Like   Reply   2y

**Dame Michael**
Was it sent to kkm for inspection?
Like   Reply   2y

**Matt Olinchak**
Did the old one really have a bad heat treat? How did you determine that?
Like   Reply   2y

51



Shooters Connection Inc

🛒 Shop on Website       👍 Like       💬 Message

Page created - January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Did the old one really have a bad heat treat? How did you determine that?
Like   Reply   2y

**Jerry Colantone**
the gunsmith that just repaired it had it tested because he had some information that it was a possibility and had the new one tested for fear of the same thing happening
Like   Reply   2y

**Jerry Colantone**
Dame Michael from what I was told kkm was contacted but would not respond
Like   Reply   2y

**Dame Michael**
Jerry Colantone by who?
Like   Reply   2y

**Jerry Colantone**
Dame Michael By the gunsmith
Like   Reply   2y

**Dame Michael**
Jerry Colantone who is this gunsmith you refer to?
Like   Reply   2y

**Dame Michael**
Jerry Colantone unfortunately you aren't coming across as truthful 🤥
Like   Reply   2y

**Dame Michael**
Jerry Colantone who has the bad barrel?

52



Shooters Connection Inc

Shop on Website | Like | Message

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
Like

Grayguns
Bruce Belvin likes this
Sports & recreation
Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

Like   Reply   2y

**Dame Michael**
Jerry Colantone who has the bad barrel?
Like   Reply   2y   Edited

**Dame Michael**
Let me go out on a limb here.
You had a catastrophic failure after a gunsmith put a new barrel in your gun.
Sent it back and said smith said it was a faulty barrel, possible even 'soft'
Didnt provide evidence
Kept the barrel
Told you kkm wouldn't help
And charged you to fix the gun that was damaged by what was more likely an improperly fit barrel to begin with.
Sound right?
Like   Reply   2y                    4

**Jim Clark**
bad meat barrel? 😛 2
Like   Reply   2y

**Jerry Colantone**
Dame Michael I don't know you and you don't know me. I have nothing to lie about and you're twisting things around so I will just end it here, in the end the truth and responsibility will prevail.
Like   Reply   2y

**Kevin Mayfield**
Jerry Colantone what are The initials of the guy that worked on the gun for you?

53



**Shooters Connection Inc**

Shop on Website | Like | Message

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company | Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business | Like

Grayguns
Bruce Belvin likes this
Sports & recreation | Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

Kevin Mayfield
**Jerry Colantone** what are The initials of the guy that worked on the gun for you?
Like  Reply  2y  Edited

Dame Michael
**Jerry Colantone** welp if you tell us who fit the barrel and who is currently in possession of the barrel there would be nothing to twist, now would there?
Like  Reply  2y

Author
Shooters Connection Inc
**Jerry Colantone** If you were told KKM would not respond you were lied to. I was personally involved with both sides KKM asked for the product back. Was willing to replace every one if they were out of spec. I begged for at least one be sent back. It was...
See more
Like  Reply  2y                    8

Jeffrey Murdock
I did a quick search for "meat barrel", I really hope you don't do that nasty shit with your firearms..... Aka Meat Tunnel.....just sayin....
Like  Reply  2y                    3

Scott Thompson
**Shooters Connection Inc** Jerry's gun isn't an **Akai**. That was another builder who found the barrels soft.
Like  Reply  2y                    2

Jerry Colantone
**Scott Thompson** correct

54



(5) Shooters Connection Inc | Fa...

https://www.facebook.com/ShootersConnection

Search Facebook

**Shooters Connection Inc**

🛒 Shop on Website     👍 Like     💬 Message

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

👍 Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

Like   Reply   2y

**Scott Thompson**
**Shooters Connection Inc** Jerry's gun isn't an **Akai**. That was another builder who found the barrels soft.

Like   Reply   2y

**Jerry Colantone**
**Scott Thompson** correct

Like   Reply   2y

**Dame Michael**
Who?

Like   Reply   2y

**Dame Michael**
Why be so secretive about it?

Like   Reply   2y

**Scott Thompson**
It's not wise to aire details of pending litigation, no matter how hard you troll, **Dame**. Any dime store lawyer would tell you that. '

Like   Reply   2y   Edited

✏️ Author
**Shooters Connection Inc**
**Scott Thompson** Dont make the accusation without willing to back it up. Who was it? Did KKM get the barrel back? I have done business with them for over 20 years. They dont just not respond. If the barrel was soft then maybe it would not crack over time but it would damage the slide or the frame. I have seen double charges that didn't damage the frame, laid the slide open though. Factory ammo wouldn't blow a barrel up even if it had no heat treat. So this story sounds more like a blockage, squib, or

55



**Shooters Connection Inc**

Shop on Website | Like | Message

**Page transparency**    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏴 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

---

hard you troll, Dame. Any dime store lawyer would tell you that.

Like  Reply  2y  Edited

📍 Author

Shooters Connection Inc
**Scott Thompson** Dont make the accusation without willing to back it up. Who was it? Did KKM get the barrel back? I have done business with them for over 20 years. They dont just not respond. If the barrel was soft then maybe it would not crack over time but it would damage the slide or the frame. I have seen double charges that didn't damage the frame, laid the slide open though. Factory ammo wouldn't blow a barrel up even if it had no heat treat. So this story sounds more like a blockage, squib, or double charge. Not the barrel as implied.

Like  Reply  2y  Edited  👍 5

**Scott Thompson** Shooters Connection Inc I don't know who it was. I just know it's not an Akai. The other builders that may be coming forward are handling their own process. They are smart, they are not airing litigation on a public forum like a schoolyard squabble.

Like  Reply  2y  ❤️👍 2

**Dame Michael** Scott Thompson doesn't the letter say no litigation?

Like  Reply  2y

**Dame Michael** Is jerry part of the litigation?

Like  Reply  2y

**Scott Thompson** Dame Michael IDK

56

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

Shop on Website          Like          Message

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company          Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business          Like

Grayguns
Bruce Belvin likes this
Sports & recreation          Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Like   Reply   2y

**Scott Thompson**
Dame Michael IDK
Like   Reply   2y

**Dame Michael**
Jerry Colantone seems to be full of shit from what I'm seeing
Like   Reply   2y

**Dame Michael**
Wants to say his barrel was bad but wont offer any evidence, if you didnt want to discuss it properly you should have shut the fuck up to begin with
Like   Reply   2y   Edited          3

**Jerry Colantone**
Dame Michael no
Like   Reply   2y

**Scott Thompson**
Joshua Baker Best part is your opinion nor mine matter at the end of the day.
Simple question... Are you and ISO certified lab that specializes in metallurgy? Up to an including destructive testing to determine if a metal is actually the TYPE of steel it is claimed to be? If not, have a seat.
Like   Reply   2y          3

**Dame Michael**
Scott Thompson qc metallurgical wasnt iso certified 🤷
Like   Reply   2y

**Scott Thompson**
maybe there is more than one lab. Maybe most lawyers would



**Shooters Connection Inc**

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Dame Michael
Scott Thompson qc metallurgical wasnt iso certified 🤦
Like  Reply  2y

Scott Thompson
maybe there is more than one lab. Maybe most lawyers would tell you to never show your cards to internet proxy trolls.

Like  Reply  2y

Scott Thompson
It's very telling how you attacked Jerry on behalf of SC when he simply stated he had a broken gun and his smith tested the barrel as soft.
Just because you yell the loudest doesn't mean you are correct.
Like  Reply  2y

Gary Ramey
Jerry Colantone Hot ammo? Or USA factory meeting SAAMI specs?



Shooters Connection Inc

**Shop on Website**   **Like**   **Message**

## Page transparency   See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company   **Like**

Dillon Precision Products, Inc
Don Hardy likes this
Local business   **Like**

Grayguns
Bruce Belvin likes this
Sports & recreation   **Like**

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

---

Ace Boles I am world class not no'er

Like   Reply   2y

Ace Boles
Dame Michael you know that's exactly who he's gonna say

Like   Reply   2y

Ace Boles
Joshua Baker You're answer wasn't really needed. It was a rhetorical question. Because it's Bullshit.

Like   Reply   2y

Ace Boles
Joshua Baker



Like   Reply   2y

Scott Springer
Joshua Baker Because they aren't putting over pressure ammo in them. We had some KKM barrels tested by an ISO9001 certified

60

Shooters Connection Inc

**Shop on Website** · Like · Message

Page created - January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company · Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business · Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation · Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

**Scott Springer**
Joshua Baker Because they aren't putting over pressure ammo in them. We had some KKM barrels tested by an ISO9001 certified manufacturer and they were just fine and over several batches, consistent. We don't sell them, but I wouldn't have an issue doing so from the quality we have seen.

Like · Reply · 2y

✎ Author
**Shooters Connection Inc**
**Scott Thompson** Your implying that there are more and that's simply not true. Several have called KKM inquiring about it and they even took many in to test for people who read the slanderous claims. But none are making demands or suing. Thats a BS ploy in an attempt to alter public opinion. In fact I have had many well known gunsmiths who have used KKM for years call me to say they haven't had a problem with a single barrel. Some of the pics sent to us to show us the testing results show barrels on cheap equipment or insufficient fixture or on the concave surface of an unsupported barrel. I have a copy of a report that shows the result of 5 barrel testings. The lowest being 38. And that company admitted to doing it wrong. And their report has no certification claims on it like the report from KKM's interdependent tester. I will be glad to post all of those after shot. Might as well get it all out there. The demand letter and response from both me and KKM's attorney. You guys decided to play this out in social media to attack both KKM and my businesses. So lets bring it on.

Like · Reply · 2y

**Scott Thompson**
**Shooters Connection Inc** please post where you or the barrel

61



(5) Shooters Connection Inc | Fa...

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

🛒 Shop on Website    👍 Like    💬 Message

Page created - January 4, 2010

Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Shooters Connection Inc
**Scott Thompson** so you never outed Kkm by sharing shays soft barrel post?
Like   Reply   2y

📝 Author
Shooters Connection Inc
**Scott Thompson**



Like   Reply   2y

**Scott Thompson**
You mean that post that doesn't name anyone. Thank you for making my point. That is about the 5th demonstrable time you have been wrong in this thread.
Now lets talk about you releasing the original letter to a meme site, ok?
Like   Reply   2y    👍 3

**Scott Thompson**
Like I stated earlier, the social media shit show is 100% yours to own.
Like   Reply   2y   Edited

63

Now lets talk about you releasing the original letter to a meme site, ok?

Like  Reply  2y

**Scott Thompson**
Like I stated earlier, the social media shit show is 100% yours to own.

Like  Reply  2y  Edited

📝 Author
**Shooters Connection Inc**
**Scott Thompson** intentional slander to cause harm? That suit won't just name Shay but all of those who worked at his direction. You don't think all of those private chats and emails won't be brought out in discovery?

Like  Reply  2y

📝 Author
**Shooters Connection Inc**
**Scott Thompson** oh Scott , forget you edited that post a day later? You lied, not surprised.



Like  Reply  2y

64



65



Shooters Connection Inc

Search Facebook

🛒 Shop on Website | 👍 Like | 💬 Message

Page created - January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

## Add your business to Facebook
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

---

🖊 Author
Shooters Connection Inc
Scott Thompson you can delete it all. That's ok I have it all saved. And lots more I haven't even posted yet. You know when you attack 2 reputable businesses with false accusations , that's big boy stuff. I dint play games.

Like   Reply   2y

Scott Thompson
didn't lie was told to not include names so it was editd. You posted a picture of a sleeved barrel implying that that is where the problem is. A lie. They are virgin barrels that are soft. Untouched.

Like   Reply   2y

🖊 Author
Shooters Connection Inc
Scott Thompson oh so you were following shays direction and why you deleted the name.

Like   Reply   2y

🖊 Author
Shooters Connection Inc
caught in another lie. Proves what I said about minions doing his dirty work.

Like   Reply   2y   Edited        👍 2

Scott Thompson
Nice try. No lies. I was told there were problems and was supposed to share the post so Shay Akai could ensure he would take care of his customers. I was told not to name anyone and I have certainly never named SC in anything so keep on blowing that out of your ear.
I haven't attacked anyone. I don't know what the end result will

66



(5) Shooters Connection Inc | Fa...

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

🛒 Shop on Website | 👍 Like | 💬 Message

the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation
👍 Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Like   Reply   2y   Edited                    👍 2

Scott Thompson
Nice try. No lies. I was told there were problems and was supposed to share the post so **Shay Akai** could ensure he would take care of his customers. I was told not to name anyone and I have certainly never named SC in anything so keep on blowing that out of your ear.
I haven't attacked anyone. I don't know what the end result will be but you certainly seem to protest too much.

Like   Reply   2y

Ryan Goold
Scott. Take the L on this one, you clearly fucked up and are trying to cover your tracks, poorly. Chuck's got you dead to rights. Plus everyone that has ever been involved with USPSA on FB knows you are shay's most outspoken douche. Thank you for your ...
See more

Like   Reply   2y                        👍😂 9

Scott Thompson
**Ryan Goold** got me good with "you might want too read this" GFYS

Like   Reply   2y                              👍

Ryan Goold
**Scott** what he said 👍

Like   Reply   2y

Scott Thompson
ok, carry on. Your conspiracy theories are cute.

Like   Reply   2y

Aaron Laws

67

## Page transparency

See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

---

**Ryan Goold**
**Scott** what he said 🖕
Like    Reply    2y

**Scott Thompson**
ok, carry on. Your conspiracy theories are cute.
Like    Reply    2y

**Aaron Laws**
It's gotta be exhausting going all over Facebook and white knighting for Shay
Like    Reply    2y

**Ryan Goold**
**Scott Thompson** it's not a conspiracy if we can literally see the edited post haha. You can keep saying you didn't name anyone, but I can go on your profile right now and see that you said KKM. At a minimum you should own what you wrote.
Like    Reply    2y

**Scott Thompson**
I haven't said I didn't write it. I edited it It's pretty clear. Will you be the first in line to say you were wrong if the claim is found to be true? I bet you won't.
Like    Reply    2y

**Ryan Goold**
**Scott Thompson** sure I will. I am not affiliated with KKM nor SC. Could a batch of barrels gotten an improper heat treat, absolutely. I do have doubts that will be the case though. Because if the barrels weren't passing testing, why wouldn't they be sent back to the manufacturer for inspection? That is basically standard for any warranty claim, to be sent back to the company that made the product so they can look at it. Perhaps because

68



**Shooters Connection Inc**

🛒 Shop on Website    👍 Like    💬 Message

the people who manage and post content.

🏴 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

Like   Reply   2y   Edited

**Richard Holland**
Shooters Connection Inc you're attempting a slander lawsuit here?

Like   Reply   2y

✏️ Author
Shooters Connection Inc

**Scott Thompson** This post below is a complete lie. The original smith blamed the ammo and said it was a double charge. I know who it is but wont name him because Jerry didn't want to name him and I do not think the smith had anything to do with the issue. Jerry didn't do anything until he heard the slanderous post you shared. He sent it to another gunsmith who did fix it with another KKM barrel. His smith did not test it but sent it to shay who "tested it" and still has it. KKM has the pictures and also said it was a double charge.KKM also said he replaced the barrel anyway , that's just how they do business. There is some disconnect on the replacement barrel but that is being sorted out now.

"Scott Thompson It's very telling how you attacked Jerry on behalf of SC when he simply stated he had a broken gun and his smith tested the barrel as soft.
Just because you yell the loudest doesn't mean you are correct."

Like   Reply   2y

✏️ Author
Shooters Connection Inc

**Richard Holland** No, not really needed yet. Trying to defend the slander and lies. Public is being misled so I am trying to set it straight with the truth.

Like   Reply   2y

70

## Page transparency

See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

---

🔍 Shooters Connection Inc

🛒 Shop on Website | 👍 Like | 💬 Message

just because you yell the loudest doesn't mean you are correct.

Like  Reply  2y

📌 Author
Shooters Connection Inc
**Richard Holland** No, not really needed yet. Trying to defend the slander and lies. Public is being misled so I am trying to set it straight with the truth.

Like  Reply  2y

📌 Author
Shooters Connection Inc
And to ad to this. Scott Thompson claims the barrel tested soft. Shay has the barrel so KKM may never be able to really test it. Its return is being asked for, well see if that is complied with. So I talked to Luke today and asked about shooting a soft barrel, one that never received heat treat. He said sure we do it all the time with testing. They are 18-20 rockwell and nothing happens except after time they will distort but never crack, the metal is to soft and pliable to crack or fail. SO a barrel even at 38 is fine, that was confirmed with George at EGW.

Like  Reply  2y  👍 2

**Scott Springer**
**Ryan Goold** multiple batches of barrels were involved over a period of time. I'm a math guy, and that isn't plausible that it would be isolated to one vendor since batches of steel last awhile and are used for many types of barrels. I can not fathom a reason a soft barrel would crack. We've had soft barrels years ago from another maker and they mushed. Soft means they are not brittle and less prone to cracks.

Like  Reply  2y  👍 5

📌 Author
Shooters Connection Inc

71

was confirmed with George at LGW.

Like · Reply · 2y · 👍 2

**Scott Springer**
**Ryan Goold** multiple batches of barrels were involved over a period of time. I'm a math guy, and that isn't plausible that it would be isolated to one vendor since batches of steel last awhile and are used for many types of barrels. I can not fathom a reason a soft barrel would crack. We've had soft barrels years ago from another maker and they mushed. Soft means they are not brittle and less prone to cracks.

Like · Reply · 2y · 👍 5

✏️ **Author**
**Shooters Connection Inc**
**Scott Thompson** Wow Scott you just don't stop lying, just quit. Your post claims that all the barrels that are soft are virgin, untouched. Really? If that's so then why not just send them back to KKm for replacement? Even if they were soft, which they are not, KKM said they would replace them. And if they were virgin then there are no damages except the virgin barrels so why ask for 2 million? Just pointing this out since it makes no sense and just further proof you are making stuff up to do Shays dirty work. You really ready to defend a slander and defamation suit for him? Cause you are in it and everybody else who has followed his lead. " Scott Thompson didn't lie was told to not include names so it was editd. You posted a picture of a sleeved barrel implying that that is where the problem is. A lie. They are virgin barrels that are soft. Untouched."

Like · Reply · 2y

**Richard Holland**
I will take 2 million.

72



**Shooters Connection Inc**

[ 🛒 Shop on Website ]  [ 👍 Like ]  [ 💬 Message ]

🚩 Page created - January 4, 2010

📍 Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
[ 👍 Like ]

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
[ 👍 Like ]

**Grayguns**
Bruce Belvin likes this
Sports & recreation
[ 👍 Like ]

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

[ Create Page ]

---

Reply   2y

**Richard Holland**
I will take 2 million.
Like   Reply   2y

**Scott Springer**
Richard Holland The lawyers will take all the monies.
Like   Reply   2y

Reply to Jerry Colantone...

**Caleb Paterson**
Alexis Pena Shooting
Like   Reply   2y

**Alexis Pena**
Caleb Paterson mic drop
Like   Reply   2y

**Luke Andrus**
Caleb Paterson sounds like someone blew up a gun with bad ammo and is trying to blame everyone else for it. Where have I heard this story before?
Like   Reply   2y

**Caleb Paterson**
Its more than that is a gun maker blaming the barrel supplier for soft barrels.
Like   Reply   2y

**Luke Andrus**
Shit rolls downhill. Guy has case head separation. Guy blames gun manufacturer. Manufacturer blames aftermarket barrel company. Everybody wants to blame someone

73



**Shooters Connection Inc**

Shop on Website | Like | Message

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Luke Andrus
Shit rolls downhill. Guy has case head separation. Guy blames gun manufacturer. Manufacturer blames aftermarket barrel company. Everybody wants to blame someone
Like Reply 2y

Reply to Caleb Paterson...

Max Klatt
I wonder if SC will stop selling said builders parts...
Like Reply 2y Edited 2

Author
Shooters Connection Inc
And what we have will be deeply discounted to move them out.
Like Reply 2y 9

David Lyell Sr.
Shooters Connection Inc send the discounts this way:)
Like Reply 2y

Author
Shooters Connection Inc
Max Klatt you know we had a decent order in for more stuff , he took the order knowing the demand letter was in route. As soon as I got the letter I canceled the order and closed his account with us severing any relationship.
Like Reply 2y 5

Reply to Max Klatt...

Monty Capuletti III
Mark Sorensen

74

Page created - January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Like**

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Like**

**Grayguns**
Bruce Belvin likes this
Sports & recreation

**Like**

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

**Shooters Connection Inc**

🛒 Shop on Website | 👍 Like | 💬 Message

Author
**Shooters Connection Inc**
**Max Klatt** you know we had a decent order in for more stuff, he took the order knowing the demand letter was in route. As soon as I got the letter I canceled the order and closed his account with us severing any relationship.

Like   Reply   2y                                    👍😮 5

Reply to Max Klatt...

**Monty Capuletti III**
**Mark Sorensen**
Like   Reply   2y

**Brian Popelas**
So your saying someone isnt telling the truth on the internet?
Like   Reply   2y                                    👍 4

**Dame Michael**



75

EXHIBIT

#20  07-20-22  TLR

10/4/21, 12:04 PM                                    Dame Michael

                                                          Chuck     Home

---

III            O          <

Dec 9, 2019, 3:56 PM

**Dame Michael**

3:54 ⬇ ⊘                              ⏰ 📶 📊 29%🔋

  **ChaMpinCuc...** 📞  🎥  ⓘ

Notifications for this conversation are off.                              **TURN ON**

Bobie keycans

Btw, barrels were tested at an actual QC lab, metallurgy lab. They were tested at Hendricks Motorsports, Chuck Warner tested them and my own tester. Results are all the same



> Doesnt chuck make barrels?

> Iso report would be a good way to hang em

Bobie keycans

**SCI 001100**

**CONFIDENTIAL**

10/4/21, 12:04 PM                                      Dame Michael

                                                                    Chuck      Home

Notifications for this conversation are off.                           **TURN ON**

Bobie keycans

Chuck makes very few, but yes

I talked to Luke, owner of KKM

They buy huge pallets of 416R, rods

Heat treat them, cut a hockey pock off, test it, the machine

Barrels never get tested again

Kart rough cuts, heat treats individual barrels, test them and then finish machine

Makes more sense?

Individual KKM barrel will have a 4 RC point swing on the same barrel



OCT 25 AT 11:47 PM



TwOtiM

**SCI 001099**

**CONFIDENTIAL**

10/4/21, 12:04 PM                                    Dame Michael

                                                                    Chuck      Home

KKM offered to look into it and asked for a barrel. They would have replaced every one if there was a problem. He refused, never sent them one, or any evidence. We have had others test and not a single one found soft. Branden Bunker is much more reputable gunsmith than shay and he laughed at his postings of tests. He was doing them wrong. Brandon found none soft. KKM tested their inventory and all were good. Fact is shay is using the barrel in a way that isn't working ad he needs a scape goat. And we dont make any of the barrels. We sell KKM and have an exclusive on one type. And we got a letter demanding 1 million in dmaages today from his so called attorney who is just another shooter.

Dec 9, 2019, 4:06 PM

**Dame Michael**

That was just a quick search in the chat group, if theres any specific keywords you think I should search for let me know

Dec 9, 2019, 4:03 PM

**Dame Michael**

Talking about the kkm barrels

Dec 9, 2019, 4:02 PM

**Dame Michael**

That's shay

Dec 9, 2019, 4:02 PM

**Chuck Bradley**

who is it?

Dec 9, 2019, 4:01 PM

**Dame Michael**

How can I help burn this cunt?

Dec 9, 2019, 3:57 PM

**Dame Michael**

3:54  ↓ ⊘                                    ⏰ 📶 .ıll 29% 🔋

**SCI 001098**

**CONFIDENTIAL**

10/4/21, 12:04 PM                                    Dame Michael

                                                                    Chuck     Home

---

**Chuck Bradley**

ask him why he has never provided any of the barrels or the test results to KKM? Why he is hiding it from them. KKM has only talked to him twice through this whole ordeal. They simply asked for a barrel to assess.

Dec 9, 2019, 4:15 PM

**Chuck Bradley**

I don't make them so I don't have insurance for product liability.

Dec 9, 2019, 4:10 PM

**Dame Michael**

Hes got to be bleeding money, all that new equipment low gun sales, parts look like shit. Must think you are easy pray for a pay out

Dec 9, 2019, 4:09 PM

**Dame Michael**

Just want to make sure I dont help shays attack

Dec 9, 2019, 4:08 PM

**Dame Michael**

Bagger already has memes qued up

Dec 9, 2019, 4:08 PM

**Chuck Bradley**

sure why not

Dec 9, 2019, 4:08 PM

**Dame Michael**

Are we cleared to play with that info?

Dec 9, 2019, 4:08 PM

**SCI 001097**

**CONFIDENTIAL**

EXHIBIT

#21   07-20-22   TLR

10/4/21, 12:07 PM                                   Dame Michael and Tim Mekosh

Chuck    Home



 That's what you told me to do. Bottoms first, then tops. Works great. Thanks.





Apr 28, 2020, 10:15 AM

**Dame Michael**

Nov 15

Apr 28, 2020, 10:15 AM

**Tim Mekosh**

He is going to end up basically paying lawyers fees and court costs for us

Apr 28, 2020, 9:40 AM

**Dame Michael**

SCI 001353

**CONFIDENTIAL**

10/4/21, 12:07 PM                              Dame Michael and Tim Mekosh

                                                                        Chuck    Home

Apr 28, 2020, 10:28 AM

**Dame Michael**

Thanking me for help on his machining strategy... wasnt I working with you to help put him out of business by then?

Apr 28, 2020, 10:16 AM

**Dame Michael**

10:15                                                          71%

**Shay**
Active 6 minutes...

0:09

Got a fuck ton of 450 parts right now.

file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akaithumb/F__/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemichae...   252/257

SCI 001352

CONFIDENTIAL

10/4/21, 12:07 PM
Dame Michael and Tim Mekosh

    Chuck   Home

Active 17 minutes...


0:09

NOV 15 AT 3:08 PM


Got a fuck ton of 450 parts right now.

Seen



That's what you told me to do. Bottoms first, then tops. Works great. Thanks.

file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akalthumb/F___/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemichae...   251/257

SCI 001351

CONFIDENTIAL

Chuck      Home

**Dame Michael**

New ky mask mandate will help too

Apr 28, 2020, 11:06 AM

**Dame Michael**

From what I've found they dont have to use a sheriff in ky to serve so dodging them became easier if required

Apr 28, 2020, 11:03 AM

**Tim Mekosh**

me and mike still remain to be served in which case then I'll retain lawyer and do what needs done. Until any of that happens it's all a sham to try and smear names in the industry exactly what he is trying to "sue" for.

Apr 28, 2020, 10:49 AM

**Chuck Bradley**

You guys may have to be sued in Ky , I would feel better if you were out of it anyway. My daughter in law is an attorney and said they name everybody hoping to get all of them to turn on each other. Thing is that works when there is a wrongdoing, here there isn't , just the facts. His complaint is mostly lies. They can't stand up in court. Which I don't think they ever hope to get to.

Apr 28, 2020, 10:46 AM

**Tim Mekosh**

Lol

Apr 28, 2020, 10:29 AM

**Dame Michael**

That one has the date stamp

Apr 28, 2020, 10:28 AM

**Dame Michael**

10:26      69%

**SCI 001350**

CONFIDENTIAL

EXHIBIT

#22  07-20-22  TLR

exhibitsticker.com

9/23/21, 1:53 PM                                    Dame Michael

 Chuck        Home

---

Jan 30, 2020, 9:17 AM

**Dame Michael**

I'll keep an eye out

Jan 30, 2020, 9:16 AM

**Chuck Bradley**

Well I guess I'll just sit tight and whack a mole every time he spouts out. If there places he's lying I can't see them , I blocked him, if you send me screen shot I can respond in the thread and he won't even see it

Jan 30, 2020, 9:16 AM

**Dame Michael**

When it comes to comments about shay on FB scott is his main attack dog. Chris Kozell used to be a close 2nd but he left years ago

Jan 30, 2020, 9:12 AM

**Dame Michael**

Who knows what false info was being spread by akai guys at locals

Jan 30, 2020, 9:11 AM

**Dame Michael**

Not that I've seen, but I'm not in 2011 enthusiasts

Jan 30, 2020, 9:10 AM

**Chuck Bradley**

So none of the others were out spreading the post?

Jan 30, 2020, 9:09 AM

**Dame Michael**

Cody I don't t know

Jan 30, 2020, 9:08 AM

**SCI 000544**

**CONFIDENTIAL**

9/23/21, 1:53 PM                                    Dame Michael

                                                             Chuck       Home

_____

Jan 31, 2020, 9:26 AM

**Chuck Bradley**

Oh I know , but I debunked it all on my page already.

Jan 30, 2020, 9:59 AM

**Dame Michael**

The other question is if was so quick to say all that to aaron, who else has he sent that too

Jan 30, 2020, 9:58 AM

**Dame Michael**

Anything to get rid of shay

Jan 30, 2020, 9:22 AM

**Dame Michael**



Jan 30, 2020, 9:22 AM

**Chuck Bradley**

Cool, the big ones like areas, uspsa etc are ones he can hurt. If he pops up let me know. Appreciate all you're help.

Jan 30, 2020, 9:19 AM

**Dame Michael**

I haven't seen him in any of the fb groups I'm in

Jan 30, 2020, 9:18 AM

**Dame Michael**

Troll chat is dead

Jan 30, 2020, 9:17 AM

**Chuck Bradley**

SCI 000543

CONFIDENTIAL

**EXHIBIT**

#23  07-20-22  TLR

9/23/21, 1:53 PM                                           Dame Michael

I Chuck     Home

---

**Chuck Bradley**



Jan 19, 2020, 4:39 PM

**Dame Michael**

Words getting out about the van lines and daytrading

Jan 19, 2020, 10:54 AM

**Dame Michael**

I'm sure there will be other disgruntled customers popping up

Jan 19, 2020, 10:53 AM

**Chuck Bradley**

I made that little implied threat to bring out shays past if they wanted to keep on. Hard to imagine them continuing on.

Jan 19, 2020, 10:51 AM

**Dame Michael**

Shay is a cancer that needs to be removed. Hes already damaged the market

Jan 19, 2020, 10:49 AM

**Dame Michael**



Jan 19, 2020, 10:48 AM

**Dame Michael**

What help I know nothing

Jan 19, 2020, 10:48 AM

**Chuck Bradley**

SCI 000557

**CONFIDENTIAL**

EXHIBIT

#24  07-20-22  TLR

9/23/21, 1:53 PM                                                    Dame Michael

Chuck     Home

---

**Chuck Bradley**

Oh

Dec 15, 2019, 5:59 PM

**Dame Michael**

I honestly dont know

Dec 15, 2019, 5:59 PM

**Chuck Bradley**

Who is it

Dec 15, 2019, 5:58 PM

**Dame Michael**

Hes convinced bagger is double alfalfa, a few others think its me

Dec 15, 2019, 5:58 PM

**Chuck Bradley**

If they keep it up the letter and my response will be posted. They know that by now.

Dec 15, 2019, 5:58 PM

**Dame Michael**

Nah, more of me being in KY and friends with bagger

Dec 15, 2019, 5:58 PM

**Chuck Bradley**

Lol, do you think they might suspect because of chance stuff

Dec 15, 2019, 5:57 PM

**Dame Michael**

SCI 000611

CONFIDENTIAL

**Chuck Bradley**

Nothing out in open about it?

Dec 15, 2019, 6:40 PM

**Dame Michael**

That was 2 phones ago, cant bring any of it up

Dec 15, 2019, 6:15 PM

**Dame Michael**

We got in the habit of nuking it every once and awhile back when it was really active. That's when shay was doing all his shit talking about bobby

Dec 15, 2019, 6:15 PM

**Dame Michael**

Troll chat been dead

Dec 15, 2019, 6:14 PM

**Dame Michael**

Yup

Dec 15, 2019, 6:13 PM

**Chuck Bradley**

So where is all this playing out? All private chats?

Dec 15, 2019, 6:13 PM

**Dame Michael**

Also sent them all the old shit about shays daytrading

Dec 15, 2019, 5:59 PM

**Dame Michael**

SCI 000610

**CONFIDENTIAL**

EXHIBIT

#25  07-20-22  TLR

10/4/21, 12:04 PM                                    Dame Michael

Chuck      Home

## Rafferty customs better anyway



SHOOTERSCONNECTION...

Shooters Connection - Competition Shooting...

Just now      Like      Reply

 Write a reply...           



Jan 8, 2020, 12:12 PM

**Chuck Bradley**

Not sure Those guys are pretty easy going and would have taken care of a legitimate issue. I do t see them lashing out. If they do it will only be to counter the bad publicity not vindictive

Jan 8, 2020, 11:17 AM

**Dame Michael**

Will they respond publicly? Now's the perfect time he got hit pretty hard yesterday over his contingency BS

Jan 8, 2020, 9:49 AM

**Chuck Bradley**

He has defamed Kkm to the point they need to respond publicly. What's so ironic is Kkm has not seen 1 of these supposed bad barrels. Shay is publicly laying the blame on Kkm when we suspect any problems were caused by his own doing

Jan 8, 2020, 9:40 AM

**Dame Michael**

SCI 000987

**CONFIDENTIAL**

10/4/21, 12:04 PM                              Dame Michael

                                                              Chuck    Home

|||          O          ‹

Jan 8, 2020, 12:13 PM

Dame Michael

12:01 ⏰ ⊘                    ⏰ 🛜 📶 67% 🔋

← Replies                         🔍

Didnt ask, as it was 7 years old

Just now     Like     Reply

 **Shay Akai**
**Scott Riddle** we disclose that.

Just now     Like     Reply

 **Shay Akai**
**Dame Michael** so a several year old limited gun that cracked you didn't expect a free replacement?

Just now     Like     Reply

**Dame Michael**
I like the KKM barreled upper I built along with

SCI 000986

CONFIDENTIAL

10/4/21, 12:04 PM                                      Dame Michael

                                                                    Chuck      Home



**Shay Akai**
"everything should be free!
Free!"

That is on a gun he didn't even
buy from us.

6m      Like      Reply



**Dame Michael**
So 9mm major open guns
aren't built to handle the over
pressured rounds needed to
make major in open? See **Luke
Cao**, its obviously your fault
for letting shay build a 9mm
major

Just now      Like      Reply



**Dame Michael**
Was this one of the soft
barreled guns?

Just now      Like      Reply

●●●   Someone is writing a comment...

Write a reply

SCI 000985

**CONFIDENTIAL**

10/4/21, 12:04 PM                                    Dame Michael

                                                              Chuck       Home

---

Jan 8, 2020, 2:58 PM

**Dame Michael**

So he tried using my broke infinity to back up his stance. So I through some kkm and sc digs in

Jan 8, 2020, 2:58 PM

**Dame Michael**

Well ya, that's the point

Jan 8, 2020, 2:57 PM

**Dame Michael**

Luke's 9mm major cracked a slide and shay said it's not covered under warranty because 9mm major is over pressured

Jan 8, 2020, 2:57 PM

**Chuck Bradley**

He wanted a old gun warranties?

Jan 8, 2020, 2:57 PM

**Dame Michael**

Luke cao won a shit load of shays contingency program. Shay wont pay out because luke was mean.

Jan 8, 2020, 2:56 PM

**Chuck Bradley**

I am not really following this. Clue me in

Jan 8, 2020, 2:50 PM

**Dame Michael**

11:56 🔔 🌜 ⊘                                    🔔 📶 68% 🔋

←    **Replies**                        

SCI 000984

**CONFIDENTIAL**

10/4/21, 12:04 PM                                          Dame Michael

                                                                    Chuck    Home

business. It appears as if
www.majorvanlines.com is up and running
nicely, but I can't get any info off of it.

You have nothing in terms of paperwork that
woud tell you where your goods are? Try
contacting the Miami FBI, they may have a
way of tracking down your goods in NJ, or
can tell you where else to look.

Or, you can try this:

Call Shay Horowitz at this number, give him
your name and job number if you still have
it, and he said he would find that info for
you. He couldn't give me the info without
knowing your name.

[phone number removed]

|||          ◯          ‹

Jan 10, 2020, 11:39 AM

**Dame Michael**

https://www.movingscam.com/forum/viewtopic.php?t=7726
https://www.movingscam.com/forum/viewtopic.php?t=7726

Jan 10, 2020, 11:39 AM

**Chuck Bradley**

SCI 000983

CONFIDENTIAL

10/4/21, 12:04 PM                                    Dame Michael

                                                                    Chuck      Home

So any reaction if it was made public?

Jan 10, 2020, 2:57 PM

**Chuck Bradley**

As did I , he finally paid then he was on cash or card

Jan 10, 2020, 2:56 PM

**Dame Michael**

Pt had to chase him down at nats one year

Jan 10, 2020, 2:56 PM

**Chuck Bradley**

I feel lucky that when he owed me 25 k 8 years ago that I got paid

Jan 10, 2020, 2:54 PM

**Dame Michael**

10:55 🔔 ' ⊘                          🔔 📶 68% ▮

movingscam.com/forum/vi          1        ⋮

MusicMom

Re: Universal Van Lines out of business

🗋 Thu Jun 15, 2006 5:48 pm

Don't feel like an idiot! It's not your fault!

file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akaithumb/F__/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemichael...   83/276

SCI 000982

**CONFIDENTIAL**

10/4/21, 12:04 PM                                    Dame Michael

                                                                      Chuck    Home

---

**Chuck Bradley**



Jan 13, 2020, 3:22 PM

**Chuck Bradley**



Jan 13, 2020, 3:21 PM

**Dame Michael**

I've been sharing it in PM all morning .

Jan 10, 2020, 2:58 PM

**Dame Michael**

I think I'm going to sit on that until the contingency thing lights up again

Jan 10, 2020, 2:58 PM

**SCI 000981**

**CONFIDENTIAL**

10/4/21, 12:04 PM                                        Dame Michael

                                                                                    Chuck      Home



Jan 13, 2020, 3:22 PM

**Dame Michael**

file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akaithumb/F__/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemichael...   81/276

**SCI 000980**

**CONFIDENTIAL**

Chuck      Home

investigation with fbi over his day trading scam. They are going to make a public statement to address thus and post the letters

🌐Dame Michael

Jan 13, 2020, 3:27 PM

**Dame Michael**

Did they test the hardness on it?

Jan 13, 2020, 3:27 PM

**Chuck Bradley**

Like got it from somebody else

Jan 13, 2020, 3:26 PM

**Chuck Bradley**

Thus is the only barrrel Kkm has of his. Like said the barrrl is cut real thin and the tungsten is way to heavy causing undue stress. The stop pin cut us way over cut, to far back. The barrel was torched I suppose to get the sleeve on or off. Thus is why he wouldn't send any back

Jan 13, 2020, 3:25 PM

**Dame Michael**

Those lugs look like a 2 yr old cut them

Jan 13, 2020, 3:23 PM

**Chuck Bradley**



Jan 13, 2020, 3:23 PM

**SCI 000979**

**CONFIDENTIAL**

Dame Michael

                                                                    Chuck    Home

day trading scam lawsuits.

Jan 13, 2020, 3:31 PM

**Dame Michael**

Just learned about the trucking stuff last week

Jan 13, 2020, 3:31 PM

**Dame Michael**

What the suits?

Jan 13, 2020, 3:30 PM

**Chuck Bradley**

You seen it already

Jan 13, 2020, 3:30 PM

**Dame Michael**

Or

Jan 13, 2020, 3:29 PM

**Dame Michael**

That's a barrel that was replaced of out of a gun that was running when it was removed

Jan 13, 2020, 3:29 PM

**Dame Michael**

I couldn't find any law suits over the moving companies

Jan 13, 2020, 3:28 PM

**Chuck Bradley**

I didn't ask but it had been torched

Jan 13, 2020, 3:28 PM

**Chuck Bradley**

**SCI 000978**

**CONFIDENTIAL**

10/4/21, 12:04 PM                                    Dame Michael

                                                              Chuck     Home

Does luke know about the powder post from years ago

Jan 13, 2020, 3:38 PM

**Dame Michael**

Come on kkm, time for the final KO punch

Jan 13, 2020, 3:35 PM

**Chuck Bradley**

Not sure, but until he is convicted not sure they can deny it

Jan 13, 2020, 3:34 PM

**Dame Michael**

How did he get an ffl with an open federal investigation

Jan 13, 2020, 3:33 PM

**Chuck Bradley**

But nothings been done for 10 years on it

Jan 13, 2020, 3:32 PM

**Dame Michael**

Ya didnt even know there where

Jan 13, 2020, 3:32 PM

**Chuck Bradley**

FBI was investigating and its still an open case.

Jan 13, 2020, 3:32 PM

**Dame Michael**

Oh

Jan 13, 2020, 3:31 PM

SCI 000977

**CONFIDENTIAL**

EXHIBIT

#26  07-20-22  TLR

## Hagan, William R.

| | |
|---|---|
| **From:** | Chuck Bradley <chuckb@shootersconnection.com> |
| **Sent:** | Friday, January 17, 2020 1:02 PM |
| **To:** | Luke McIntire |
| **Subject:** | Fwd: Fwd: barrel failure |

Luke this guy posted about this barrel on my page. He implies it was a bad barrel and you all did not respond to him. Shay has this barrel

-------- Forwarded Message --------
**Subject:** Fwd: barrel failure
 **Date:** Fri, 17 Jan 2020 13:52:14 +0000
 **From:** Scott Lepping <info@hellfirecustomguns.com>
  **To:** chuckb@shootersconnection.com <chuckb@shootersconnection.com>
  **CC:** 10314@msn.com <10314@msn.com>

Chuck,
Here is the original email I sent to KKM after I called them, including all of the pictures I sent. Including Jerry so he also his this email.

Scott Lepping
Hellfire Custom Guns
Green Lane, PA
http://www.hellfirecustomguns.com
info@hellfirecustomguns.com
610-247-0793



Begin forwarded message:

**From:** Hellfire Custom Guns <info@hellfirecustomguns.com>
**Subject:** barrel failure
**Date:** September 30, 2019 at 1:26:31 PM EDT
**To:** KKM Precision Support <support@kkmprecision.com>

Luke,
Just spoke to one of your guys about a barrel failure that was brought to me. Just figured you guys would at least want to see these pics, not sure if you can do anything since there are too many variables about what might have happened. The barrel was fit by another gunsmith, do not know his name. Gun is an STI Edge 9mm. Customer said he was shooting factory Fiocchi

1

CONFIDENTIAL

SCI 001845

ammo, 147 grain I believe. He was actually sighting it in after getting it back from having the barrel fit and was on the 5th round in the mag when the barrel failed. It certainly could have been a double charged round from the factory. Barrel is clear and customer stated that all 4 previously fired rounds hit the paper target as he was sighting in and so did the 5th, but of course hit way off target. Barrel is currently stuck in the slide, which is bulged under the ejection port. Here are some pictures I took. Let me know if you need any others.

Thanks!
Scott Lepping
Hellfire Custom Guns
Green Lane, PA
http://www.hellfirecustomguns.com
info@hellfirecustomguns.com
610-247-0793



2

SCI 001846

CONFIDENTIAL

Green Lane, PA
http://www.hellfirecustomguns.com
info@hellfirecustomguns.com
610-247-0793

On Jan 17, 2020, at 1:03 PM, Chuck Bradley
<chuckb@shootersconnection.com> wrote:

That's enlightening. I think Kkm should see it. We already know Shay wasn't testing correctly. I have talked George about this also and he told me 37-38 he wouldn't have an issue with. I can tell you from my experience that failure was not a soft barrel. Could it have been a flaw in the steel , maybe , but I am still in the opinion that it was caused by an obstruction or an overcharge. Ammo companies have been known to have these issues also do why automatically assume it was the barrel. I also do not think the gunsmith could be at fault. That's a major detonation damage. If you could ask for it back that would be great. I will contact Kkm about it.

Sent from my iPhone
Chuck
Chuck Bradley- President Shooters
Connection Inc.
804 South Broadway St. Unit 9
Georgetown, Ky 40324
502-570-4112
502-570-4102 fax
Order line 800-387-4045
On 1/17/2020 8:50 AM, Scott Lepping wrote:

Chuck,
Here is exactly what happened between Jerry Colantone and anyone else involved. I am including Jerry on this email. He can add any other info if he wants, but he only dealt with me for this entire situation once I had the gun for repair.

3

SCI 001840

CONFIDENTIAL

Jerry brought me his STI Edge with the exploded barrel and bulged slide so I could see if I could build a new top end for it. He said that another well known gunsmith installed the barrel to convert the Edge from 38 super to 9mm. I don't know who the other gunsmith was. I don't know what the gunsmith who fit the barrel had told Jerry or anything else about their dealings other than Jerry sent the gun back to him and the gunsmith sent it back not repaired. Jerry would be the only one that has that info. When examining the bad barrel something just didn't seem right and I told Jerry I would reach out to KKM to see if they wanted to investigate. Jerry was in no way looking for KKM to do anything about the barrel and it was solely my idea to reach out to KKM in case something was wrong I figured they would want to know. I have talked to Luke several times on the phone before and with the way he handled himself and his business I figured he might want to get the barrel back for testing. As you will see in my email to KKM, I explained that Jerry does not reload and was shooting factory ammo. The rest of that part of the story is in the email to KKM which I have forwarded to you. The only reply I ever get was from Dan in support, who is also who I spoke with when I called them about the barrel. That is when Dan asked me to email the pictures, which I did immediately after the call. I have also forwarded the reply from Dan, which said he printed something out and handed it to the owner. That was September 30th. I waited a few weeks and when I didn't receive a reply I assumed KKM didn't want the bad barrel back and let Jerry know I was going to order a new slide and barrel. I ordered a new slide and KKM barrel from Speed Shooters (Shooter Connection didn't

4

SCI 001841

CONFIDENTIAL

have the barrels in stock). I received the slide and barrel a few days later and started fitting the top end to Jerry's frame. I was almost finished building the new top end, with a new KKM barrel because I assumed that if the barrel was the issue then it was probably a one time incident. I had built several guns this summer with KKM barrels and several guns the years before and never had an issue with KKM barrels. I had even rebuilt my own shorty steel challenge open gun with a KKM commander barrel this past summer and had no issues. I was getting ready to test fire the gun with the new slide and KKM barrel and around October 27th I saw Akai's post of having barrel issues. Since something seemed strange about Jerry's bad barrel I contacted Akai via a private Facebook message asking if the barrels he was having issues with were KKM. He stated that the barrels were from KKM. I do not know Shay personally, but know his work and trusted the info he was supplying about his situation. I sent him the pictures of the exploded barrel and also explained that I had used a KKM as the new replacement and was now concerned that the new barrel could also have issues based on the info he had told me. He said I should have the new barrel tested and volunteered to test the old bad barrel if I sent it to him. He emailed me a FedEx label and I sent him the bad barrel which was still stuck in the slide. I had no idea he was gearing up for a major lawsuit against KKM since I did not know of the extent of the issues he was having on his end. When Akai received the bad barrel, he was able to get it out of the slide, tested it and sent me some pictures of the tests. All of the pics showed the bad barrel testing well below 40. I am not a metallurgist and trusted that Shay was doing the tests correctly. At this

5

SCI 001842

CONFIDENTIAL

point I was genuinely concerned that the new barrel that I just fit could also have issues and was afraid to test fire it and couldn't ethically give the gun back to Jerry without having the barrel tested. I contacted Cody at EGW to see if they could test the new barrel for me. EGW is only a few miles from me and I am there all the time. Cody said to stop by and George would do the test for me. When we tested the new barrel at EGW, with the test done by George, the new barrel tested at 40. We only tested on the sides of the lower lugs so we didn't have dimples everywhere from the tester. George said he would have no concerns with this number and then explained a bunch about hardening stainless, etc. Most of it went right over my head, but if George was ok with the hardness of the barrel then I was ok. I put the gun back together and test fired it a few days later. I called to let Jerry know he gun was ready to be picked up and explained to him about sending the barrel to Akai, having the new barrel tested, basically everything I just explained above. So, any info that Jerry posted was based on what I just explained above. Akai still has the bad barrel and slide. I can ask for it back if KKM wants it. Jerry never wanted anything other than getting his gun fixed. He never wanted to go after KKM or anyone else for a replacement barrel or anything else. We would still like to know why the barrel failed, just for our own peace of mind.

Let me know if you have any other questions or concerns.

Thanks!
Scott Lepping
Hellfire Custom Guns
Green Lane, PA
http://www.hellfirecustomguns.com
info@hellfirecustomguns.com

6

SCI 001843

CONFIDENTIAL

610-247-0793

<HCG_logo_final_xsmall.png>

<Invoice # 175920.PDF>

7

SCI 001844

CONFIDENTIAL

**Hagan, William R.**

| | |
|---|---|
| **From:** | Chuck Bradley <chuckb@shootersconnection.com> |
| **Sent:** | Tuesday, January 21, 2020 11:16 AM |
| **To:** | Luke McIntire |
| **Subject:** | Fwd: Re: Jerry Colantone barrel |

Luke,

Chuck wanted me to forward the below email from Scott.


Wendi


On Jan 20, 2020, at 10:31, Chuck Bradley <chuckb@shootersconnection.com> wrote:


-------- Forwarded Message --------
**Subject:** Re: Jerry Colantone barrel
   **Date:** Sat, 18 Jan 2020 12:48:28 +0000
**From:** Scott Lepping <info@hellfirecustomguns.com>
   **To:** Chuck Bradley <chuckb@shootersconnection.com>


Chuck,
None of what Luke is saying makes sense. The original email I sent was sent at 10:26am EST. The only reply I received was the one I forwarded yesterday morning which was sent September 30th at 1:37pm EST (10:37am PST). It says absolutely nothing about returning the barrel. It said exactly....as I forwarded yesterday morning...."*Scott - Printed and handed to owner. No replacement barrel in stock currently. 1-2 week lead time for emergency replacement if needed. Thank you, -Dan Wrightsman*". That is the only email I ever received on the topic. I keep every single business email I receive. I never received any information about a replacement barrel, nor an email saying they were sending a new barrel, nor an email with tracking info for a new barrel. Every time I have ever ordered directly from KKM I have received an email with a shipping confirmation and tracking info. Every shipment I have received from them was sent USPS, not FedEx. Those shipments were generated with Endicia and I believe Endicia keeps shipping/tracking info for 6 months. I am sure if they absolutely had to they could have FedEx or USPS go back and provide the tracking info as well. I certainly never received anything from them. Luke also says that the phone call was with him....I spoke to Dan when I called and have never spoken to Luke on this topic. Also, I never even knew that other builders may have been having issues until I saw Akai's post on October 27th. See attached screen shots of my initial

1

SCI 001838

CONFIDENTIAL

question for Akai via Facebook Messenger dated Oct 27. If I was shipped a replacement barrel on October 11th, I certainly would have had the replacement barrel well before October 27th and would have been happy with KKM and moved on. I ordered Jerry's replacement slide and frame from SSI on October 20th (see attached invoice). So, again, if I was shipped a replacement barrel on October 11th I almost certainly would have had it by October 20th and would not have ordered another from SSI. I honestly don't know what is going on here. If I had something to hide or was not being truthful in any part of this entire situation why would I have even reached out to you to give Jerry's/My side of the story about our experience with KKM? Like I said in my original email to KKM and even in the screen shots where I started talking to Akai, we were never even asking or looking for a replacement barrel. I was reaching out to KKM more out of professional courtesy in case they wanted to examine the bad barrel.  I would love for Luke to provide the email where they asked for the bad barrel back and would also love to see any shipping or tracking info they may have for the replacement barrel. I am not accusing Luke or anyone else of anything, but none of this makes sense.

~Scott

<IMG_3839.PNG>
<IMG_3840.PNG>
<IMG_3841.PNG>

On Jan 17, 2020, at 6:34 PM, Chuck Bradley <chuckb@shootersconnection.com> wrote:

From KKM after I talked to him today. He thought they sent you a replacement.

Just checked all of our records and Scott originally called us on September 30th and also sent an email with the pictures. We responded with another email at 10:37am pst asking the customer to send us the barrel as it looked like a classic double charge. Our FedEx office store only keeps tracking records for 90 days but a ship tag was created October 11th to Hellfire customs. If Scott never received it he never said anything to us nor did Jerry either. After my phone call with Scott on the 30th of September I never heard back from either Jerry or Scott.

```
Chuck Bradley- President Shooters Connection Inc.
804 South Broadway St. Unit 9
Georgetown, Ky 40324
502-570-4112
502-570-4102 fax
Order line 800-387-4045
```
On 1/17/2020 6:12 PM, Scott Lepping wrote:

> I asked Shay to send the slide and barrel back to me. He said he
> will send it out Monday. I will let you know when I have it back.
>
> Thanks,
> Scott Lepping
> Hellfire Custom Guns

SCI 001839

CONFIDENTIAL

**EXHIBIT**

#27   07-20-22 TLR

down 33 poppers, won the admiration of all who tried. "De Lay Array," designed by Bill Attamante, challenged the participants to reload as well as shoot quickly, and "Got Speed?" had everyone hosing flat out.

The blend of fast gunning and quick thinking satisfied all who came. Doreen Planck, a Limited shooter from West Virginia, loved the match. She

be proud of is its ability to bring together a proficient and energetic team. Match sponsor Evolution Gun Works from Doylestown, Pa., and stage sponsors Target Barn, Schuemann Barrels, Tillman International, Advanced Performance Shooting, Dave Fries Company, Gan's Enterprises, and Starline Brass were also appreciated for their support.

This competition may mark the end of an era here in Area 8. Dave Fries, the driving force behind the large matches held at this club, is retiring. He and his wife, Jean, still plan to be active shooters but feel the time has come to hand off the reins to others.



Photo by Keith Moore.

**End of an era? Match Director Dave Fries announced he will be retiring from active management of the Tri-State Championships.**

Whoever takes on this challenge will have huge shoes to fill but they both feel confident that the crew that has worked so hard to take this club as far as it has in a relatively short time is up to it. The shooters at this year's Tri-State Championship are anxiously awaiting the next "big one" at EHSA, one of the premier shooting ranges in the east.



Photo by Keith Moore.

**Junior champ Brad Balsey rolls toward the targets.**

had been to the Area 8 match last year and had such a good time she was eager to come back. Bob Kataja, from Parma, Ohio, shoots Limited 10 and said he signed up as soon as he saw the application in Front Sight. Many of the competitors were regulars from the area, but some came from as far away as Texas and Canada.

The Grand Masters Steve Martin and local champion Matt Trout, were strong throughout the entire match, taking Overall and Limited honors, respectively. Dave Olhasso took High Open, Bob Shaffer was Limited 10 champ, Steve Moneypenny best in Production, Ralph McFarland wielded his revolver effectively, High Lady was Tammy Scott, and Brad Balsley won High Junior.

Of course, the Tri-State never would have taken place without the hard work of the registration staff, stats people, Range Masters Chuck Brooks and Dave Dorisio and all the RO's. One more thing East Huntingdon can



**KKM Precision**

**Tungsten Barrels**

**Limited 40 S&W Bull Barrels**

"The finest in competition proven 1911 barrels"

26 Affonso Dr. #101- Carson City, Nv 89706
Ph: 775-246-5444  Fax: 775-246-9182
www.kkmprecision.com  Email: kevin@kkmprecision.com

EXHIBIT

#28   07-20-22   TLR

exhibitsticker.com

10/4/21, 12:07 PM                                     Dame Michael and Tim Mekosh

                                                                    Chuck      Home

---

Fuck never mind I thought we had a list saying he owned bestdaytrader

Apr 28, 2020, 1:22 PM

**Chuck Bradley**

Any lie , and history discredits

Apr 28, 2020, 1:08 PM

**Chuck Bradley**

Yes

Apr 28, 2020, 1:07 PM

**Dame Michael**

Foreclosure last year, helping to prove he is hurting for $

Apr 28, 2020, 12:54 PM

**Tim Mekosh**

You can look at all his browsed county public records that's why it's public record

Apr 28, 2020, 12:53 PM

**Dame Michael**

Shows history of lying to cover misdeeds?

Apr 28, 2020, 12:41 PM

**Dame Michael**

Shay lying about not owning a previous company that is registered under his name helpful?

Apr 28, 2020, 12:40 PM

**Dame Michael**

Opinion privilege is a legal thing,

Apr 28, 2020, 12:35 PM

**SCI 001336**

**CONFIDENTIAL**

EXHIBIT

#29  07-20-22  TLR

10/4/21, 12:04 PM                                      Dame Michael

                                                              Chuck    Home

**Chuck Bradley**

And Shay has been proven wrong. He was the laughing stock of shot by anybody who knew anything about this issue. And they are wrong legally. Kkm lawyer has stated that and another attorney told me same thing

Jan 29, 2020, 2:17 PM

**Dame Michael**

Hes saying you are guilty by chain of custody working on the screen shots

Jan 29, 2020, 2:15 PM

**Chuck Bradley**

Oh , that may be coming already. Some are encouraging Kkm to take action. I dint think I have quite enough ammo to sue myself.

Jan 29, 2020, 12:35 PM

**Chuck Bradley**

If he had left me out if it I would have just watched from the sideline

Jan 29, 2020, 12:33 PM

**Dame Michael**

Be funny if the could sue him for casting doubt on them with his pending litigation remarks

Jan 29, 2020, 12:33 PM

**Chuck Bradley**

Then sue Kkm, put up or shut up

Jan 29, 2020, 12:32 PM

**Dame Michael**

12:04  

←   **Replies**                                      🔍

SCI 000920

CONFIDENTIAL

EXHIBIT

#30  07-20-22  TLR

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:20-cv-61469-XXXX

AKAI CUSTOM GUNS, LLC,
a Florida Limited Liability Company,
and SHAY HOROWITZ, an Individual,

        Plaintiffs,

vs.

KKM PRECISION, INC. a Nevada Corporation,
SHOOTERS CONNECTION, INC., a Kentucky
Corporation, CHARLES BRADLEY, an Individual
and Kentucky Resident, TIMOTHY MEKOSH,
an Individual and Kentucky Resident, and MICHAEL
DAME, a Canadian Citizen and Kentucky Resident.

        Defendants.

_____/

## DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendants, KKM PRECISION, INC. ("KKM"), SHOOTERS CONNECTION, INC. ("SHOOTERS"), CHARLES BRADLEY ("BRADLEY"), TIMOTHY MEKOSH ("MEKOSH"), and MICHAEL DAME ("DAME"), (collectively, the "Defendants") hereby file this Motion to Dismiss in response to the First Amended Complaint (the "Complaint") filed by Plaintiffs, AKAI CUSTOM GUNS, LLC and SHAY HOROWITZ ("Plaintiffs") [ECF No. 9-1] in accordance with the applicable Federal Rules of Civil Procedure and in support thereof state as follows:

## INTRODUCTION

Plaintiffs assert twenty-nine (29) counts in the Complaint against the Defendants. Simply put, Plaintiffs lawsuit stems from Plaintiffs allegations that KKM manufactured and SHOOTERS sold Plaintiffs defective gun barrels which are allegedly failing to hold specifications and tolerances, and as a result, Plaintiffs are allegedly suffering for recall costs, lost revenue, damage to their reputation and loss of future revenue. *See* [ECF No. 9-1]. In addition, Plaintiffs assert counts for defamation, defamation per se, defamation by implication, commercial disparagement and civil conspiracy to commit commercial disparagement against the Defendants. For the reasons

1

detailed below, Plaintiffs' complaint contains numerous deficiencies. Moreover, the court lacks personal jurisdiction over BRADLEY, DAME, and MEKOSH. Accordingly, this Court must dismiss the Complaint.

## **MEMORANDUM OF LAW**

### I.   **Dismissal for Failure to State a Claim**

####    a.  **Standard**

To satisfy the pleading requirements of Fed. R. Civ. P. 8(a), a complaint must give the defendant fair notice of the plaintiff's claims and the grounds upon which they rest. *Swierkiewicz v. Sorema, N.A.*, 534 U.S. 506, 512 (2002); *Conley v. Gibson*, 355 U.S. 41, 45-46 (1957). Pursuant to Federal Rule of Civil Procedure 12(b)(6), a defendant may move for dismissal of a claim that fails to state a claim upon which relief can be granted.   In order to survive a Rule 12(b)(6) motion to dismiss, a complaint need not contain "detailed factual allegations," but must "give the defendant fair notice of what the … claim is and the grounds upon which it rests." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (citation omitted); *Ashcroft v. Iqbal*, 556 U.S. 662 (2009). In deciding whether to dismiss, the court must accept as true all allegations of the complaint and construe those allegations in the light most favorable to the plaintiff. *See Scheuer v. Rhodes*, 416 U.S. 232, 235 (1974).

####    b.  **Counts I and II must be dismissed because Plaintiffs improperly and prematurely seek punitive damages.**

"In a diversity case the Court applies the substantive law of Florida. And, federal courts have recognized that the right to punitive damages is a substantive right governed by Florida substantive law." *Hargrove-Davis v. State Farm Mut. Auto. Ins.*, 2018 U.S. Dist. LEXIS 176385, *3, 2018 WL 4963733 (M.D. Fla. 2018). Florida Statute § 768.72, states in pertinent part:

> In any civil action, no claim for punitive damages shall be permitted unless there is a reasonable showing by evidence in the record or proffered by the claimant which would provide a reasonable basis for recovery of such damages. The claimant may move to amend its complaint to assert a claim for punitive damages as allowed by the Rules of Civil Procedure…

In *Globe Newspaper Co. v. King*, 658 So. 2d 518 (Fla. 1995), the Supreme Court of Florida stated: "We read § 768.72 to create a substantive legal right not to be subject to a punitive damages claim and ensuing financial worth discovery until the trial court makes a determination that there is a reasonable evidentiary basis for recovery of punitive damages." As this Court is likely aware,

punitive damages are damages meant to "punish a defendant or to act as a deterrent." *First Specialty Ins. v. Caliber One Indem. Co.*, 988 So.2d 708, 713 (Fla. 2d DCA 2008). Here, Plaintiffs have failed to comply with the procedural requirements of §768.72; therefore, the Court should dismiss Counts I and II as Plaintiffs improperly assert a claim for punitive damages. *See* [ECF No. 9-1 at ¶¶122, 123(e), 148, 149(e)].

    **c. Counts III-IX, XIII-XV, XXIII, and XXVII must be dismissed as Plaintiffs improperly lump multiple defendants together**.

When a complaint indiscriminately lumps all defendants together, it fails to comply with Rule 8. *See Lane v. Capital Acquisitions & Mgmt., Co.*, No. 04-60602 CIV, 2006 WL 4590705, at *5 (S.D. Fla. Apr. 14, 2006) ("By lumping all the defendants together in each claim and providing no factual basis to distinguish their conduct, the [] Complaint fails to satisfy the minimum standard of Rule 8."). While a complaint against multiple defendants may be "read as making the same allegation against each defendant individually," the "factual allegations must give each defendant 'fair notice' of the nature of the claim and the 'grounds' on which the claim rests." *George & Co., LLC v. Alibaba.com, Inc.*, No. 2:10-cv-719-FtM-29DNF, 2011 WL 6181940, at * 2 (M.D. Fla. Dec. 13, 2011) (citations omitted; see also *Centrifugal Air Pumps Australia v. TCS Obselete, LLC,* No. 6:10-cv-820-Orl-31 DAB, 2010 WL 3584948, at *2 (M.D. Fla. Sept. 9, 2010) (criticizing the practice of "lumping" when it rendered "the factual underpinnings of the [c]omplaint practically incomprehensible" and created a conflicting description of events).

Counts III, IV, V, VI, VII, VIII, and IX assert causes of action against both KKM and SHOOTERS. Further, Counts XIII, XIV, XV, XXIII, and XXVII assert causes of action against both BRADLEY and SHOOTERS. As evidenced upon a review of Plaintiffs' Complaint, the allegations asserted against KKM, SHOOTERS and BRADLEY are vague, confusing and ultimately fail to hone in on the alleged conduct of each defendant. Further, the claims fail to articulate the factual basis for each defendants' purported liability. As such, this Court should grant the instant motion and dismiss Counts III-IX, XIII-XV, XXIII, and XXVII because Plaintiffs improperly lump multiple defendants together in multiple counts and KKM, SHOOTERS and BRADLEY are unable to distinguish the allegations made against each defendant. Plaintiffs should be required to set forth their vague allegations with more specificity.

    **d. Plaintiffs' Complaint must be dismissed as Plaintiffs improperly plead fraud based on "information and belief."**

<div align="center">3</div>

Plaintiffs plead fraud in the Complaint, and they further state their allegations are upon "information and belief" approximately 322 times. *See e.g.*, [ECF No. 9-1 at ¶¶781-782, 785, 1061-1062]. Rule 9(b) of the Federal Rules of Civil Procedure provides that "[i]n all averments of fraud or mistake, the circumstances constituting fraud or mistake shall be stated with particularity." By pleading based on "information and belief" without adequately setting forth supporting facts on which the belief is founded, Plaintiffs fail to satisfy Rule 9(b)'s heightened pleading standard. *United States v. Clausen,* 290 F.3d 1301, 1310 (11th Cir. 2002) (When Rule 9(b) applies, "pleadings generally cannot be based on information and belief[.]") (citation omitted); *see Ferrell v. Durbin*, 311 Fed. App'x. 253, 259 n. 8 (11th Cir. 2009) (unpublished decision) (finding several instances where the appellants, when pleading based on "information and belief," failed to allege with particularity any factual basis on which the information and belief was founded, and failed "to allege with particularity facts giving rise to a strong inference" that the defendant intended to deceive the plaintiffs). Because Plaintiffs are alleging fraudulent conduct and statements, Plaintiffs must satisfy Rule 9(b), and because Plaintiffs' allegations do not satisfy Rule 9(b), the Complaint must be dismissed.

e. **Count II must be dismissed as Plaintiffs' misleading advertising count fails as it necessarily relies on the representations of another website.**

The thrust of Plaintiffs' misleading advertising claim rests in the theory that SHOOTERS, by relying on the Rockwell hardness specifications listed on KKM Precision's website, SHOOTERS engaged in misleading advertising. This is incorrect. Under Florida law, to state a cause of action under §814.41(1), the Plaintiff must allege (a) the representor <u>made a misrepresentation</u> of material fact; (b) the representor knew or should have known the falsity of the statement, (c) intention to induce another to rely, and (d) damages in justifiable reliance. *Joseph v. Liberty Nat. Bank*, 873 So. 2d 384 (Fla. 5th DCA 2004) (emphasis added). The definition of misleading advertising includes the requirement that <u>the representor make or disseminate oral, written</u> or printed statements. *Id.*

Here Plaintiffs attempt to attribute statements made from KKM's website to SHOOTERS, despite neither statements regarding Rockwell hardness ("RC") nor any references to 416R gun-barrel steel on the Shooters' Connection website. Indeed, Plaintiffs allege, "SCI [SHOOTERS]…omits any material information regarding the type of steel the KKM barrels SCI [SHOOTERS] sells are made of…<u>forcing it customers to go to the KKM website</u> to obtain KKM

4

barrel specification information." [ECF No. 9-1 at ¶134]. Plaintiffs then further alleges, "SCI's [SHOOTERS'] misleading advertising viewed in conjunction with KKM's misleading advertisement and claim that [the barrels were allegedly not the same quality]." [ECF No. 9-1 at ¶136]. It follows then, as SHOOTERS has allegedly made neither representation regarding the steel quality nor Rockwell hardness, SHOOTERS cannot have "made a misrepresentation of material fact." It is in fact, Plaintiffs who are cross referencing both websites to create the alleged misrepresentation. Furthermore, even if the barrels were allegedly not 416R or 42RC, SHOOTERS cannot be said to have made an affirmative representation regarding these two characteristics. Consequently, this count should be dismissed for failure to state a cause of action.

### f. Count IV must be dismissed as Plaintiffs failed to state a claim for fraudulent inducement.

In Count IV of Plaintiffs' Amended Complaint Plaintiff Horowitz, together with Plaintiff Akai, purports to assert a claim against KKM and SHOOTERS for fraudulent inducement. Count IV must be dismissed because Plaintiff Horowitz did not purchase any KKM-manufactured gun barrels and thus does not have standing to assert a claim for fraudulent inducement against KKM or SHOOTERS resulting from Akai's purchase of KKM gun barrels.

The relevant facts upon which Plaintiffs' claims in Count IV are based are contained in Paragraphs 37 through 40. In those Paragraphs the Plaintiffs alleged that between "August 2017 until approximately October of 2019, AKAI purchased 188 KKM barrels. . . ." Amended Complaint at ¶ 37. Plaintiffs allege that "AKAI purchased 58 KKM barrels directly from KKM." *Id*. at ¶ 38. "AKAI purchased an additional 115 KKM barrels directly from SCI [SHOOTERS]." *Id*. at ¶ 39. Plaintiffs then allege that "none of the KKM barrels purchased by AKAI from KKM or SCI" had certain quality control information included. *Id*. at ¶ 40. In each substantive allegation the Plaintiffs allege that it was Akai, not Horowitz, which purchased the KKM-manufactured gun barrels. Conversely, nowhere in the substantive allegations of the Amended Complaint due the Plaintiffs allege that Horowitz himself purchased KKM-manufactured gun barrels.

Notwithstanding the fact that each of the subject gun barrels upon which the Plaintiffs' claims are based were purchased by Akai, not Horowitz, Count IV has been asserted by both Plaintiffs jointly for alleged fraudulent inducement. It is axiomatic that to assert a claim for fraudulent inducement, one must have been induced into doing something. *See e.g., Sena v. Pereira*, 179 So. 3d 433, 436 (Fla. 4th DCA 2015)(explaining that one of the requisite elements of

a fraudulent inducement claim is that the plaintiff relied to his or her detriment on the false statement). In this case, the alleged reliance was purchasing KKM-manufactured gun barrels. *See* Amended Complaint at ¶¶ 171 – 174. Since Plaintiff Horowitz does not allege that he purchased any KKM-manufactured gun barrels, he cannot state a claim for fraudulent inducement as he cannot prove the essential element of detrimental reliance on the alleged fraudulent misrepresentations, and Count IV of the Amended Complaint must be dismissed.

Further, Plaintiffs fail to identify any statements they allege KKM and/or SHOOTERS made which induced Plaintiffs to purchase the at-issue barrels. *See* Rule 9(b) ("[i]n all averments of fraud or mistake, the circumstances constituting fraud or mistake shall be stated with particularity."). Plaintiffs' allegations are conclusory, unsupported and lack particularity; therefore, this Court should dismiss Count IV.

### g. Count V must be dismissed as Plaintiffs have failed to state a claim for strict liability.

In Count V of their Amended Complaint, the Plaintiffs purport to assert a cause of action for strict liability against KKM and SHOOTERS. In support of that claim, Plaintiffs allege that the subject KKM-manufactured gun barrels "were made from a type of steel that was not reasonable or proper . . . rendering the barrels unfit for normal and customary use as 1911/2011 pistols [sic] barrels . . . and as a result, would fail and destroy any pistol and causing [sic] possible injury or death. . . ." Amended Complaint at ¶ 179. Plaintiffs repeat that phrasing in Paragraph 180, alleging that the KKM-manufactured gun barrels "would caus[e] *possible* injury or death." (Emphasis added). Plaintiffs later claim that the alleged defects in the gun barrels "destroyed AKAI's pistols." *Id*. at ¶ 185. Plaintiffs assert that the damage to their pistols allegedly resulting from the gun barrels included "compacted surfaces, folded metal, or compacted metal on the hood and lugs, or any of the lock up surfaces." *Id*. at ¶ 186. Conversely, nowhere in the Amended Complaint do the Plaintiffs allege any actual (as opposed to hypothetically possible) personal injury resulting from the KKM-manufactured gun barrels.

The seminal case discussing strict liability in Florida is *West v. Caterpillar Tractor Co.*, 336 So. 2d 80, 86 (Fla. 1976)(emphasis added). In *West* the Florida Supreme Court held that "strict liability should be imposed only when a product the manufacturer places on the market, knowing that it is to be used without inspection for defects, proves to have a defect that causes injury *to a human being*." (Emphasis added). In the instant case the only damage that the Plaintiffs claim to

6

have resulted from the KKM-manufactured gun barrels is damage to the product itself. Plaintiffs allege absolutely no personal injury. Therefore, Plaintiffs have failed to state a claim for strict liability against KKM and/or SHOOTERS, and Count V must be dismissed.

Plaintiffs' strict liability claims are not saved by arguing that the alleged defects in the barrels caused damage to "other property." In Count V Plaintiffs claim that alleged defects in KKM-manufactured gun barrels "destroyed ***AKAI's pistols***." Amended Complaint at ¶ 185 (emphasis added). Conversely, Plaintiffs do not allege any damage to other property than the Akai pistols in which the KKM-manufactured gun barrels were allegedly installed. Taking Plaintiffs' allegations as true, KKM's allegedly defective barrels only caused damage to "the other components of AKAI's pistols." Plaintiffs' claim therefore fails, because "the other components of AKAI's pistol's" which they claim were damaged by the KKM barrels are not "other property" within the meaning of Florida's strict liability jurisprudence.

The standard for injury to "other property" is not satisfied in cases where, as here, the "other" property damage claimed is only that caused by an allegedly defective component part to the end-product (i.e., the gun or other components contained therein). The case most on point is *American Universal Ins. Group v. General Motors Corp.*, 578 So. 2d 451, 453 – 54 (Fla. 1st DCA 1991)(holding that since a manufacturer's replacement oil pump was an integral or component part of its engine such that the engine's destruction when the pump malfunctioned did not result in damage to "other property" that would support strict products liability recovery); *see also Casa Clara Condo. Ass'n v. Charley Toppino & Sons,* 620 *So.*2d 1244, 1245 (Fla.1993) (economic loss doctrine bars claim against concrete provider for building where there was no damage to anything other than building itself); *Turbomeca, S.A. v. French Aircraft Agency, Inc.,* 913 *So.*2d 714, 717 (Fla.Dist.Ct.App.2005) (explaining that "[t]he airframe and engine are not two separate pieces of property-they are one product" and that "[c]ourts have refused to bifurcate products into parts where a component part harms or destroys the finished product"); *Jarmco, Inc. v. Polygard, Inc.,* 668 *So.*2d 300 (Fla.Dist.Ct.App.1996) (economic loss doctrine bars claim against distributor of boat resin where only damage was to boat itself); *GAF Corp. v. Zack Co.*, 445 So.2d 350 (Fla. 3d DCA 1984) (roofing contractor could not recover in tort against manufacturer of defective roofing materials incorporated by contractor in certain jobs). Because the Plaintiffs' own allegations in the instant case only allege damage to "other components of AKAI's pistols,"

7

Plaintiffs fail to allege the *prima facie* requirement of necessary damage to other property to maintain a claim for strict liability. Accordingly, Count V must be dismissed.

> **h. Counts VI, VII, VIII, and IX must be dismissed as Plaintiffs have failed to satisfy conditions precedent.**

Counts VI, VII, and VIII of the Amended Complaint purport to assert claims against KKM and SHOOTERS for Breach of Express Warranties, Breach of Implied Warranty of Merchantability, and Breach of Implied Warranty of Fitness for a Particular Purpose, respectively. Count IX purports to assert a claim for Revocation of Acceptance. Each of these claims must be dismissed for failure to satisfy a necessary condition precedent due to the Plaintiff's refusal to return the subject gun barrels despite KKM's request and failure to give adequate notice of revocation of acceptance.

Each of Counts VI through IX are governed by Article 2 of the UCC, found in Fla. Stat. Ch. 672. In those Counts, Plaintiffs allege that upon becoming aware of alleged defects in the KKM-manufactured gun barrels, Akai put KKM on notice of the alleged defects (Amended Complaint at ¶ 197) but that "KKM has refused to honor its express warranty to AKAI" (*id.* at ¶ 200) which included the "repair and/or exchange of defective parts" (*id.* at ¶ 201) and that "KKM and SCI [SHOOTERS] have nevertheless refused to accept return of the barrels and refused to refund AKAI's purchase price." (*Id.* at ¶ 223). Plaintiffs reiterate that the terms of the alleged express warranty were such that KKM and SHOOTERS would "remedy within a reasonable time, any defects which had not been or could not have been discovered prior to acceptance." *Id.* at ¶ 204. Of course, for Defendants to have the opportunity to attempt to "repair" or "remedy" the alleged defects in the gun barrels, the Plaintiffs would have to return those gun barrels to KKM and/or SHOOTERS for inspection. The Plaintiffs admit that they refused to do so. *See* Amended Complaint at ¶ 60.

The Plaintiffs' own allegations disprove the claims made in Counts VI through IX. Specifically, Para. 56 through 58 of the Amended Complaint discuss Plaintiffs' notice to KKM and SHOOTERS of the alleged defects in the products. In describing the parties' communications, Plaintiff alleged that "McIntire [of KKM] wanted HOROWITZ to send KKM the allegedly soft barrels so McIntire would advise how AKAI was testing the barrels wrong because KKM 'was not in the business of giving away barrels for free.'" *Id.* at ¶ 58. Stated differently, Plaintiffs acknowledge that KKM requested a return of the allegedly defective product so that KKM could

8

determine if a material defect actually existed before replacing or refunding the product. Despite KKM's explicit request to return the allegedly defective product, "HOROWITZ decided to retain all defective KKM barrels in its possession. . . ." *Id.* at ¶ 60. Plaintiffs' allegation in Paras. 58 and 60 acknowledging that KKM requested a return of the subject gun barrels but that Plaintiffs "decided to retain all defective KKM barrels in [their] possession" expressly negates the relevant allegations of Counts VI through IX. The allegations of Paragraphs 58 and 60 negate the subsequent allegation in Para. 223 that "KKM has refused to honor its express warranty to AKAI" and the allegations of Para. 200 that "KKM has refused to honor its express warranty to AKAI" (which Akai prevented KKM from doing by refusing to return the barrels). The allegations of Paras. 58 and 60 likewise negate the subsequent allegations of Para. 220 that "[a]fter numerous attempts by KKM to cure, it has become apparent that said non-conformities cannot be seasonably cured." Not only do the allegations of Para. 58 and 60 negate the subsequent allegations, but the allegations of Paras. 200 and 220 are themselves directly inconsistent (which is the case: did KKM refuse to honor its warranty, or did it attempt to cure numerous times unsuccessfully, and if the latter, how did KKM attempt to cure numerous times if Plaintiffs decided to retain all allegedly defective barrels?). It is apparent that the Plaintiffs' General Allegations constitute their statement of the facts, while the inconsistent allegations within Counts VI through IX are their attempt at rote application of the elements of the claims. This contradiction is further evidenced by Plaintiffs' own exhibits attached to the Complaint which evidence SHOOTERS' request to Plaintiffs to provide "a pair of bad barrels" and SHOOTERS would "forward them to Luke [of KKM] and ask him to take a look"—even where SHOOTERS offered to have the barrels shipped at its expense. *See* [ECF No. 9-1 at Ex. 3-7]; *see also See Griffin Industries, Inc. v. Irvin*, 496 F. 3d 1189 (11th Cir. 2007) (where allegations within a complaint conflict with exhibits, exhibits control).

Akai alleges that it has particular knowledge, skill, and expertise with respect to the manufacture of custom firearms. *See* Amended Complaint at ¶¶ 15 – 22 (describing at length Akai's expertise in this area as a "world-class gun builder" whose firearms are "used by some of the best competition shooters in the world," "to win 3 National USPSA Championships," and have been "featured in and used in the production of" feature films). As a part of its manufacturing process, Akai acquires pistol barrels from manufacturers and distributors for incorporation into its firearms. *Id.* at ¶ 23. Based upon the forgoing, Akai is deemed a "merchant" with respect to firearms and their components under Fla. Stat. § 672.104(1), which defines a "merchant" as "a

9

person who deals in goods of the kinds or otherwise by occupation holds himself or herself as having knowledge or skill peculiar to the practices or goods involved in the transaction. . . ." Thus, the sale of KKM-manufactured gun barrels to Akai would constitute a transaction "between merchants" under Fla. Stat. § 672.104(3).

If a merchant buyer desires to reject goods, the merchant buyer must comply with Fla. Stat. § 672.603. That statute states, in pertinent part, that "when the seller has no agent or place of business at the market of rejection ***a merchant buyer is under a duty after rejection of goods in her or his possession or control to follow any reasonable instructions received from the seller with respect to the goods*** and in the absence of such instructions to make reasonable efforts to sell them for the seller's account if they are perishable or threaten to decline in value speedily." Fla. Stat. § 672.603(1)(emphasis added). Only when the seller of the rejected goods "gives no instructions within a reasonable time after notification of rejection the buyer may store the rejected goods for the seller's account or reship them to him or her or resell them for the seller's account with reimbursement as provided in the preceding section." Fla. Stat. § 672.604. The same principles apply to revocation of the purchase of goods as to rejection. Fla. Stat. § 672.608(3).

In the instant case, the Plaintiffs acknowledge that despite KKM and SHOOTERS' request for a return of the gun barrels the Plaintiffs refused to do so. Amended Complaint at ¶¶ 58, 60. In refusing to return the barrels to KKM and/or SHOOTERS at their request, Plaintiffs have breached their duties under Fla. Stat. § 672.603 "to follow any reasonable instructions received from the seller with respect to the goods." It is axiomatic that if a buyer of goods desires to make a warranty claim, the buyer must tender the goods to the seller to inspect and, if appropriate, repair or replace them.[1] This principle is as old as Florida warranty law. *See American Mfg. Co. v. A.H. McLeod & Co.*, 82 So. 802 (Fla. 1919)(holding that "[a] vendor who has sold goods which the purchaser claims are inferior to the goods bargained for may demand the return of the good. . . . If he does this and the purchaser refuses to return the goods, the purchaser will be held to the contract price, as he will be presumed to have waived the defects."); *C.F. &A.C. Mizell v. I.H. & W.L. Watson*, 49 So. 149 (Fla. 1909)(rejecting a warranty claim where the buyer refused offer to return an allegedly defective product).

---

[1] Imagine buying a product from a retailer, being dissatisfied with its condition upon opening it at home, and then demanding a refund from the retailer while at the same time refusing to return it. Holiday exchange season would be forever changed.

10

After rejection of goods, any exercise of ownership by the buyer is wrongful as against the seller. Fla. Stat. § 672.602(2)(a). Revocation of acceptance is not effective until the buyer notifies the seller of it, with notification a necessary precondition to imposing liability on the seller. Fla. Stat. § 672.608(2); *Golden Needles Knitting and Glove Co., Inc. v. Dynamic Marketing Enterprises, Inc.*, 766 F.Supp. 421 (W.D. NC 1991)(applying Florida law). A merchant buyer is held to a higher standard than a consumer buyer with regard to the content of a notice of revocation. *See* Official Comment 5 to U.C.C. § 2-608. Plaintiffs detail their discussions with KKM and SHOOTERS in Paras. 56 through 62 of the Amended Complaint. Nowhere in those provisions do the Plaintiffs allege that they notified KKM and/or SHOOTERS that they were revoking acceptance of the gun barrels. *See generally* Counts VI through IX.

Because the Plaintiffs in the instant case have: (a) explicitly refused to return the subject gun barrels to KKM and/or SHOOTERS despite KKM and SHOOTERS' requests that they do so and (b) have failed to give adequate notice of rejection as required by Fla. Stat. § 672.608, the Plaintiffs have failed to satisfy necessary conditions precedent to their UCC claims in Counts VI through IX, which must be dismissed.

### i. Count VIII must be dismissed as Plaintiffs have failed to state a claim for breach of the implied warranty of fitness for a particular purpose.

Count VIII of the Amended Complaint purports to state a claim against KKM and SHOOTERS for breach of the implied warranty of fitness for a particular purpose. Plaintiffs fail to state a claim in Count VIII, as Plaintiffs fail to allege how Akai's use of the KKM-manufactured gun barrels are particular or unusual to it and different in any way from the purpose for which the gun barrels are ordinarily used.

A "particular purpose," as that term is used in the Uniform Commercial Code provision governing the implied warranty of fitness for a particular purpose,[1] differs from the ordinary purpose for which the goods are used in that it envisages a specific use by the buyer which is peculiar to the nature of his business, whereas the ordinary purposes for which goods are used are those envisaged in the concept of merchantability and go to uses that are customarily made of the goods in question. *See* Official Comment 2 to U.C.C. § 2-315 (contrast this with the test for the merchantability of goods, which is that the goods be fit for the ordinary purposes for which such goods are used). For example, shoes are generally used for the purpose of walking upon ordinary ground, but a seller may know that a particular pair was selected to be used for climbing mountains,

11

and in that case an implied warranty would arise that the shoes are suitable for such purpose. *See id*. In contrast, no implied warranty of fitness for particular purpose arises in the sale of a copying machine where the buyer's expressed intent is simply to use it for photocopying. *Royal Typewriter Co., a Div. of Litton Business Systems, Inc. v. Xerographic Supplies Corp.*, 719 F.2d 1092, 37 U.C.C. Rep. Serv. 429 (11th Cir. 1983) (applying Florida law). A complaint that fails to allege a particular or unusual use, different from the purpose for which the item sold is ordinarily used, does not state a cause of action for breach of the implied warranty of fitness for a particular purpose. *Fred's Excavating & Crane Service, Inc. v. Continental Ins. Co.*, 340 So. 2d 1220 (Fla. 4th DCA 1976).

Here, Akai alleges that it "manufactures custom 1911 and 2011 based pistols used primarily for shooting competitions in the United States and various countries throughout the world." Amended Complaint at ¶ 15. Akai further alleges that "KKM manufactures barrels to be used in 1911 and 2011 pistol [sic]." *Id*. at ¶ 27. Akai alleges that it purchased the KKM-manufactured gun barrels that are the subject of this law suit "to manufacture 1911 and 2011 based pistols used primarily for shooting competitions in the United States and various countries around the world." *Id*. at ¶ 214. Thus, Akai's claims in Count VIII are that it purchased gun barrels that "KKM manufactures barrels to be used in 1911 and 2011 pistol[s]" for the unique purpose of . . . using them in 1911 and 2011 based pistols. Stated differently, Akai purchased the subject gun barrels for the ordinary purpose in which these gun barrels are used. The Amended Complaint fails to allege a particular or unusual use, different from the purpose for which the KKM-manufactured gun barrels are ordinarily used, and therefore it does not state a cause of action for breach of the implied warranty of fitness for a particular purpose requiring dismissal of Count VIII.

### j. Counts XI, XIV, XVII, and XX must be dismissed as it fails to properly plead a claim for defamation *per se*.

To successfully plead a claim for defamation per se, Plaintiffs must allege the "identity of the particular person to whom the remarks were made with a reasonable degree of certainty" to afford the defendant "enough information to determine affirmative defenses." *Ward v. Triple Canopy, Inc.*, 2017 U.S. Dist. LEXIS 115472, at *4 (M.D. Fla. July 25, 2017) (citing *Buckner v. Lower Fla. Keys Hosp. Dist.*, 403 So. 2d 1025, 1027 (Fla. 3d DCA 1981) (additional citations and internal quotations omitted)). In the Amended Complaint, Plaintiffs allege the allegedly defamatory statements "[w]ere published via Facebook on the internet in this Circuit and the

County of Broward, domestically and internationally ***for the entire world to see and hear***[].” *See* [ECF No. 9-1 at ¶326] (emphasis added); *see also* [ECF No. 9-1 at ¶¶259, 514, 695]; *Aflalo v. Weiner*, 2018 U.S. Dist. LEXIS 110134, *13, 2018 WL 3235529 (S.D. Fla. 2018) (“Plaintiff's assertion that the Statement was put on Defendant's Facebook wall "for all to see" fails to identify those persons to whom the Facebook post was published with a reasonable degree of certainty. As such, it is also for this reason that the amended complaint should be dismissed with leave to amend.”). Accordingly, counts XI, XIV, XVII, and XX should be dismissed because Plaintiffs fail to sufficiently identify the person or entity that the allegedly defamatory statements were made to.

## II.      Dismissal for Lack of Personal Jurisdiction over BRADLEY, DAME, and MEKOSH.

### a.    Standard

“Under Federal Rule of Civil Procedure 12(b)(2), ‘[a] court must dismiss an action against a defendant over which it has no personal jurisdiction.’” *Kennedy v. Heidi Motel Inc.*, No. 19-60946-CIV-DIMITROULEAS, 2019 U.S. Dist. LEXIS 104352, at *5 (S.D. Fla. June 19, 2019) (quoting *Verizon Trademark Servs., LLC v. Producers, Inc.*, 810 F. Supp. 2d 1321, 1323-24 (M.D. Fla. 2011)). “This Court must address Defendant’s claim that this Court lacks personal jurisdiction because ‘[a] court without personal jurisdiction is powerless to take further action.’” *Bulpit, LLC v. Decanio*, No. 13-14119-CIV-MOORE, 2013 U.S. Dist. LEXIS 202893, at *5 (S.D. Fla. June 7, 2013) (quoting *Posner v. Essex Ins. Co., Ltd.*, 178 F.3d 1209, 1214 n.6 (11th Cir. 1999)).

“A federal court may exercise personal jurisdiction over a nonresident defendant only if both prongs of the two-part analysis are satisfied: (1) the court has jurisdiction over the defendant under the state long-arm statute; and (2) sufficient minimum contacts exist between the defendant and the forum state so as to satisfy the requirements of Due Process.” *Kennedy*, 2019 U.S. Dist. LEXIS 104352, at *5-6 (citing *Madara v. Hall*, 916 F.2d 1510, 1513 (11th Cir. 1990)). The Court must first “determine whether the Florida long-arm statute provides a sufficient basis for personal jurisdiction[,]” and if the Court “deem[s] jurisdiction appropriate under Florida law, the Court must then ascertain whether ‘sufficient minimum contacts exist between the defendants and the forum state so as to satisfy traditional notions of fair play and substantial justice under the Due Process Clause of the Fourteenth Amendment.’” *Kennedy*, 2019 U.S. Dist. LEXIS 104352, at *6 (quoting *Sculptchair, Inc. v. Century Arts, Ltd.*, 94 F.3d 623, 626 (11th Cir. 1996)).

### i.    Florida’s Long-Arm Statute

Florida Statute Section 48.193(1)(a) provides:

A person, whether or not a citizen or resident of this state, who personally or through an agent does any of the acts enumerated in this subsection thereby submits himself or herself and, if he or she is a natural person, his or her personal representative to the jurisdiction of the courts of this state for any cause of action arising from any of the following acts:

1. Operating, conducting, engaging in, or carrying on a business or business venture in this state or having an office or agency in this state.

2. Committing a tortious act within this state.

3. Owning, using, possessing, or holding a mortgage or other lien on any real property within this state.

4. Contracting to insure a person, property, or risk located within this state at the time of contracting.

5. With respect to a proceeding for alimony, child support, or division of property in connection with an action to dissolve a marriage or with respect to an independent action for support of dependents, maintaining a matrimonial domicile in this state at the time of the commencement of this action or, if the defendant resided in this state preceding the commencement of the action, whether cohabiting during that time or not. This paragraph does not change the residency requirement for filing an action for dissolution of marriage.

6. Causing injury to persons or property within this state arising out of an act or omission by the defendant outside this state, if, at or about the time of the injury, either:
   a. The defendant was engaged in solicitation or service activities within this state; or
   b. Products, materials, or things processed, serviced, or manufactured by the defendant anywhere were used or consumed within this state in the ordinary course of commerce, trade, or use.

7. Breaching a contract in this state by failing to perform acts required by the contract to be performed in this state.

8. With respect to a proceeding for paternity, engaging in the act of sexual intercourse within this state with respect to which a child may have been conceived.

9. Entering into a contract that complies with § 685.102.

Fla. Stat. §48.193(1)(a)(1)-(9) (2019).

"'Because the reach of the Florida long-arm statute is a question of Florida state law, federal courts are required to construe it as would the Florida Supreme Court.'" *Decanio*, 2013

14

U.S. Dist. LEXIS 202893, at *6 (quoting *Oriental Imports & Exports, Inc. v. Maduro & Curiel's Bank, N.V.*, 701 F.2d 889, 890-91 (11th Cir. 1983); citing *Moore v. Lindsey,* 662 F.2d 354, 357-58 (5th Cir. 1981); *Jetco Elec. Indus., Inc. v. Gardiner*, 473 F.2d 1228, 1232 (5th Cir. 1973)). The "Florida long-arm statute is to be strictly construed." *Id.* "[T]he Florida long-arm statute . . . requires more activities or contacts to confer personal jurisdiction than those demanded by the Constitution." *Williams Elec. Co. v. Honeywell, Inc.*, 854 F.2d 389, 1988 U.S. App. LEXIS 19543, at *12 (11th Cir. Aug. 15, 1988) (citation omitted). "The plaintiff bears the burden of proving personal jurisdiction." *Decanio*, 2013 U.S. Dist. LEXIS 202893, at *6 (citing *Sculptchair, Inc.*, 94 F.3d at 627).

"Under Florida's long-arm statute, Fla. Stat. § 48.193, a non-resident defendant can be subject to personal jurisdiction in two ways." *Alibaba Grp. Holding Ltd.*, 2016 U.S. Dist. LEXIS 33228, at *6. "First, a Florida court can exercise general personal jurisdiction—that is, jurisdiction over any claims against a defendant, whether or not they involve the defendant's activities in Florida—if the defendant engages in 'substantial and not isolated activity' in Florida." *Id.* (citing *Schulman v. Inst, for Shipboard Educ.*, 624 F. App'x 1002, 1005 (11th Cir. 2015)). "Second, a Florida court can exercise specific personal jurisdiction—that is, jurisdiction over suits that arise out of or relate to a defendant's contacts with Florida—if the claim asserted against the defendant arises from the defendant's contacts with Florida, and those contacts fall within one of nine statutorily enumerated categories set forth in section 48.193(1)(a)." *Id.*

"Once a party has failed to meet the first prong of the personal jurisdiction analysis, the Court 'need not reach the issue of whether . . . the exercise of jurisdiction comports with due process.'" *Mar. Exec., LLC v. Larson Elecs, LLC*, No. 17-60323-CIV-GAYLES, 2018 U.S. Dist. LEXIS 97742, at *12 (S.D. Fla. June 11, 2018) (quoting *Maale v. Kirchgessner*, No. 08-80131-CIV-DIMITROULEAS, 2010 U.S. Dist. LEXIS 152444, at *21 n.9 (S.D. Fla. May 27, 2010), *aff'd sub nom. Maale v. Caicos Beach Club Charter, Ltd.*, 420 F. App'x 895 (11th Cir. 2011)). *See also PVC Windoors, Inc. v. Babbitbay Beach Constr., N.V.*, 598 F.3d 802, 807 (11th Cir. 2010) ("Because the federal courts are duty bound to avoid a constitutional question if answering the question is unnecessary to the adjudication of the claims at hand . . . we consider first whether Florida's long-arm statute provided the district court with personal jurisdiction over any of the defendants." (citing *Primera Iglesia Bautista Hispana of Boca Raton, Inc. v. Broward Cnty.*, 450 F.3d 1295, 1306 (11th Cir. 2006))).

15

### ii.   Due Process Clause of the Fourteenth Amendment

The court applies a three-part due process test to determine whether a defendant has established sufficient minimum contacts to meet due process requirements, examining: (1) whether the plaintiff's claims "arise out of or relate to" at least one of the defendant's contacts with the forum; (2) whether the nonresident defendant's contacts represent a "purposeful availment of the privilege of conducting activities within the forum state," thereby invoking the benefits and protections of that state's laws and making the defendant's involuntary presence before the state's courts foreseeable, and (3) whether the exercise of personal jurisdiction comports with "traditional notions of fair play and substantial justice." *Louis Vuitton Malletier, S. A. v. Mosseri*, 736 F.3d 1339 (11th Cir. 2013) (quoting *Int'l Shoe Co. v. Washington*, 326 U.S. 310, 316 (1945)). The plaintiff bears the burden of establishing the first two prongs, and if the plaintiff does so, "a defendant must make a 'compelling case' that the exercise of jurisdiction would violate traditional notions of fair play and substantial justice." *Id.* at 1355 (citing *Diamond Crystal Brands, Inc. v. Food Movers Int'l, Inc.*, 593 F.3d 1249, 1267 (11th Cir. 2010)).

### b.   Charles Bradley must be dismissed from the suit for lack of personal jurisdiction.

As set forth in the affidavit attached hereto as Exhibit "A", BRADLEY has zero connections to the state of Florida:

- BRADLEY is an individual who resides in Kentucky and is a citizen of Kentucky.[2]
- BRADLEY is the President of the business, Shooters Connection, Inc. ("SHOOTERS"), a Kentucky corporation with a principal place of business in Kentucky.[3]
- BRADLEY has never resided in Florida.
- BRADLEY has never held any licenses in Florida.
- BRADLEY does not hold any certifications issued in Florida.
- BRADLEY has never participated in a proceeding for alimony, child support, or division of property in Florida.
- BRADLEY does not have any Florida phone number.
- BRADLEY does not have any real estate, bank accounts or any other assets in Florida.
- BRADLEY has never owned, used, possessed or held a mortgage or other lien on any real property within Florida.
- BRADLEY has never committed a tortious act within Florida.

---

[2] Plaintiffs do not dispute this fact. *See* [ECF No. 9-1 at ¶6].
[3] Plaintiffs do not dispute this fact. *See e.g.*, [ECF No 9-1 at ¶¶5, 289-290].

In sum, BRADLEY in no way has availed himself of Florida's privileges and protections. Thus, it would be unreasonable and improper to require BRADLEY to submit to the burdens of litigation in Florida.

Plaintiffs' complaint alleges BRADLEY is subject to personal jurisdiction in Florida because "[h]e committed a tortious act(s) within this State." *See* Ex. A at ¶11. However, there are no allegations in Plaintiff's complaint that any Florida resident accessed the allegedly defamatory publications by BRADLEY and/or SHOOTERS; therefore, Plaintiffs allegations fail to establish a "tortious act." *See Internet Solutions Corp. v. Marshall*, 39 So. 3d 1201, 1203 (Fla. 2010). Moreover, BRADLEY denies he committed any tortious acts at any time within Florida. *See* Ex. A at ¶11.

Pertinently, BRADLEY does not personally own the Shooters Connection, Inc. Facebook page where Plaintiffs allege defamatory statements were published. Rather, BRADLEY is President of Shooters Connection, Inc., and it is Shooters Connection, Inc. that owns the page. *See* Ex. A at ¶12. Plaintiffs must recognize that corporations can only act through people. Any statements published by Shooters Connection Inc. on its Facebook page which Plaintiffs claim to defame them—which BRADLEY and SHOOTERS expressly deny—while physically drafted and/or posted by BRADLEY on behalf of Shooters Connection, Inc., were not made by BRADLEY personally or in an individual capacity. *See* Ex. A at ¶14. This is evidenced by the fact that no at-issue postings were made by an individual "Charles Bradley", "Chuck Bradley", or the like. *See Two Worlds United v. Zylstra*, 46 So. 3d 1175 (Fla. 2d DCA 2010) (finding plaintiff failed to establish personal jurisdiction over the non-resident defendant who did not personally own the website or personally make any posts on the website relating to plaintiff). Rather, all postings by Shooters Connection, Inc. on its Facebook account are statements by the corporation itself. *See* Ex. A at ¶15. Additionally, any postings by Facebook accounts of "2011 Universe", "USPSA UNOFFICIAL", "CHIMPO", "James Taylor", "Mike Hoffer", "Bagger", "Team Doodie Project Uncensored" and "Double Alfalfa" were not made by BRADLEY, and BRADLEY does not have access to said Facebook accounts. *See* Ex. A at ¶¶18-19. For these reasons, the exhibits attached to Plaintiffs' complaint conflict with the allegations in Plaintiffs' complaint, specifically that BRADLEY committed a tortious act in Florida. *See Irvin*, 496 F. 3d at 1189 ("Where there is a conflict between allegations in a pleading and exhibits thereto, it is well settled that exhibits control.").

17

Accordingly, the Court must dismiss Plaintiffs' complaint against BRADLEY as Plaintiffs cannot meet the initial burden of setting forth BRADLEY committed a tortious act within Florida or is otherwise subject to the Court's jurisdiction by means of Florida's long-arm statute. Moreover, BRADLEY has not engaged in any activity—yet alone substantial and not isolated activity—in Florida. Further, even if Plaintiffs could evidence BRADLEY is subject to personal jurisdiction under the Florida long-arm statute, BRADLEY has no contacts with Florida; therefore, the Court's exercise of personal jurisdiction over BRADLEY would offend traditional notions of fair play and substantial justice. Therefore, this Court should dismiss Plaintiffs' Complaint against BRADLEY.

**c. Michael Dame must be dismissed from the suit for lack of personal jurisdiction.**

As set forth in the affidavit attached hereto as Exhibit "B," DAME has zero connections to the state of Florida:

- DAME is an individual who resides in Kentucky and is a citizen of Kentucky.[4]
- DAME has never resided in Florida.
- DAME has never held any licenses in Florida.
- DAME does not hold any certifications issued in Florida.
- DAME has never participated in a proceeding for alimony, child support, or division of property in Florida.
- DAME does not have any Florida phone number.
- DAME does not have any real estate, bank accounts or any other assets in Florida.
- DAME has never owned, used, possessed or held a mortgage or other lien on any real property within Florida.
- DAME has never committed a tortious act within Florida.
- DAME is not an employee, agent, representative, or independent contractor of KKM Precision, Inc., Shooters Connection, Inc., Luke McIntire, or Charles Bradley.

In sum, DAME in no way has availed himself of Florida's privileges and protections. Thus, it would be unreasonable and improper to require DAME to submit to the burdens of litigation in Florida.

Plaintiffs' complaint alleges DAME is subject to personal jurisdiction in Florida because "[h]e committed a tortious act(s) within this State." However, there are no allegations in Plaintiff's complaint that any Florida resident accessed the allegedly defamatory publications by DAME; therefore, Plaintiffs allegations fail to establish a "tortious act." *See Internet Solutions Corp. v.*

---

[4] Plaintiffs do not dispute this fact. *See* [ECF No. 9-1 at ¶8].

*Marshall*, 39 So. 3d 1201, 1203 (Fla. 2010). Moreover, DAME denies he committed any tortious acts at any time within Florida. *See* Ex. B at ¶11.

Accordingly, the Court must dismiss Plaintiffs' complaint against DAME as Plaintiffs cannot meet the initial burden of setting forth DAME committed a tortious act within Florida or is otherwise subject to the Court's jurisdiction by means of Florida's long-arm statute. Moreover, DAME has not engaged in any activity—yet alone substantial and not isolated activity—in Florida. Further, even if Plaintiffs could evidence DAME is subject to personal jurisdiction under the Florida long-arm statute, DAME has no contacts with Florida; therefore, the Court's exercise of personal jurisdiction over DAME would offend traditional notions of fair play and substantial justice. Therefore, this Court should dismiss Plaintiffs' Amended Complaint against DAME.

**d. Timothy Mekosh must be dismissed from the suit for lack of personal jurisdiction.**

As set forth in the affidavit attached hereto as Exhibit "C," MEKOSH has zero connections to the state of Florida:

- MEKOSH is an individual who resides in Kentucky and is a citizen of Kentucky.[5]
- MEKOSH has never resided in Florida.
- MEKOSH has never held any licenses in Florida.
- MEKOSH does not hold any certifications issued in Florida.
- MEKOSH has never participated in a proceeding for alimony, child support, or division of property in Florida.
- MEKOSH does not have any Florida phone number.
- MEKOSH does not have any real estate, bank accounts or any other assets in Florida.
- MEKOSH has never owned, used, possessed or held a mortgage or other lien on any real property within Florida.
- MEKOSH has never committed a tortious act within Florida.
- MEKOSH is not an employee, agent, representative, or independent contractor of KKM Precision, Inc., Shooters Connection, Inc., Luke McIntire, or Charles Bradley.

In sum, MEKOSH in no way has availed himself of Florida's privileges and protections. Thus, it would be unreasonable and improper to require MEKOSH to submit to the burdens of litigation in Florida.

Plaintiffs' complaint alleges MEKOSH is subject to personal jurisdiction in Florida because "[h]e committed a tortious act(s) within this State." However, there are no allegations in Plaintiff's complaint that any Florida resident accessed the allegedly defamatory publications by MEKOSH; therefore, Plaintiffs allegations fail to establish a "tortious act." *See Internet Solutions*

---

[5] Plaintiffs do not dispute this fact. *See* [ECF No. 9-1 at ¶7].

19

*Corp. v. Marshall*, 39 So. 3d 1201, 1203 (Fla. 2010). Moreover, MEKOSH denies he committed any tortious acts at any time within Florida. *See* Ex. C at ¶11.

Accordingly, the Court must dismiss Plaintiffs' complaint against MEKOSH as Plaintiffs cannot meet the initial burden of setting forth MEKOSH committed a tortious act within Florida or is otherwise subject to the Court's jurisdiction by means of Florida's long-arm statute. Moreover, MEKOSH has not engaged in any activity—yet alone substantial and not isolated activity—in Florida. Further, even if Plaintiffs could evidence MEKOSH is subject to personal jurisdiction under the Florida long-arm statute, MEKOSH has no contacts with Florida; therefore, the Court's exercise of personal jurisdiction over MEKOSH would offend traditional notions of fair play and substantial justice. Therefore, this Court should dismiss Plaintiffs' Amended Complaint against MEKOSH.

**WHEREFORE,** Defendants KKM PRECISION, INC., SHOOTERS CONNECTION, INC., CHARLES BRADLEY, TIMOTHY MEKOSH, and MICHAEL DAME respectfully request that this Court dismiss the Plaintiffs' First Amended Complaint [ECF No. 9-1], and grant such further relief as this Court deems just and proper.

Respectfully submitted by:

<table>
<tr>
<td>

*/s/ Nicholas D. Freeman*
NICHOLAS D. FREEMAN, ESQ.
Florida Bar No. 118620
Nicholas.freeman@wilsonelser.com
AMANDA QADRI, ESQ.
Florida Bar No. 1003108
Amanda.Qadri@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200
Orlando, FL 32801
(407) 203-7599 – Phone
(407) 648-1376 – Facsimile
*Attorneys for Defendants, Shooters Connection, Inc. and Charles Bradley*

</td>
<td>

*/s/ Kevin P. Robinson*
Kevin P. Robinson, Esquire
Florida Bar No.: 0014650
krobinson@zkslawfirm.com
jwenhold@zkslawfirm.com
service@zkslawfirm.com
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Suite 600 (32801)
P.O. Box 3000
Orlando, FL 32802
Telephone: (407) 425-7010
Facsimile: (407) 425-2747
Counsel for Defendants KKM Precision, Inc., Timothy Mekosh, and Michael Dame

</td>
</tr>
</table>

1301536v.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 25, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record or pro se parties identified on the following Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically notices of Electronic Filing.

*/Nicholas D. Freeman*
NICHOLAS D. FREEMAN, ESQ.
Florida Bar No. 118620
Nicholas.freeman@wilsonelser.com
AMANDA QADRI, ESQ.
Florida Bar No. 1003108
Amanda.Qadri@wilsonelser.com
Wilson Elser Moskowitz Edelman & Dicker LLP
111 North Orange Avenue, Suite 1200
Orlando, FL 32801
(407) 203-7599 –  Phone
(407) 648-1376 –  Facsimile
*Attorneys for Defendants, Shooters Connection, Inc. and Charles Bradley*

## SERVICE LIST

LAW OFFICES OF FIATO
Richard J. Fiato
550 W. Merrill Street, Suite 200
Birmingham, MI 48009
Attorney for Plaintiffs
fiatolaw@gmail.com
rfiato@coniferinsurance.com
eyee@mmyelaw.com


ZIMMERMAN KISER SUTCLIFFE
Kevin P. Robinson
315 East Robinson Street, Suite 600
Orlando, FL 32801
Attorney for KKM, MEKOSH, DAME
krobinson@zkslawfirm.com
JWenhold@zkslawfirm.com
service@zkslawfirm.com

COLE, SCOTT & KISSANE, P.A.
John A. Chiocca
Kir-Sheng Chen
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401
Attorneys for BRADLEY and SHOOTERS
John.chiocca@csklegal.com
Kir-sheng.chen@csklegal.com
Stephanie.chiocca@csklegal.com
Susan.miller@csklegal.com

22