000380

12-09 Messenger(6).png

I get in front of issues as much as I can

If you have a bad part, as in this case, I send you a freebie, keep the old one

If I need the old one back, I send you a freebie, send me the old one back

Let me send you a replacement first. Deal with the old one later

from my convo with Luke, he was a digital Rc tester. His heat treat is done off site at Nevada Heat Treat, after the barrels are made, and are tested by Nevada Heat Treat and KKM themselves. Not 100% tested, but 50-75% of them are. If there is something going on with the process, he needs to get a handle on it as well.

The way he said it over the phone was "I have been doing it for 25 years, never had a soft barrel, no way I have a soft barrel, send me the bad barrels and I will tell you if you are right"

and if you have a ton of barrels, man, it's not going to hurt your case to be without one for a while. Let him take a look, at the same time you can send one for independent testing.