WHAT IF I
BLAME THE BARRELS
I CAN MAKE
A PSA ABOUT THEM
THEN CLAIM
OTHER BUILDERS HAVE
THE SAME PROBLEM
THEN TRY TO GET
AN INSURANCE
PAYOUT TO GET A NEW CNC
imgflip.com