BUILD A LEMON
CORRECT THE MISTAKES
BLAME THE PARTS
SUE WHO YOU BOUGHT PARTS FROM
imgflip.com

000351

