000348



**Mike Hoffer**
12 mins

"Them damages tho"



Fix your fucked up guns

Sue shooters connection for selling you the barrels cause kkm called your bullshit

 1                                   3 Comments

👍 Like                    💬 Comment

**James Taylor**
Someone tag shay let's hear what that fucking cunt has to say

Write a comment