Read....future Shooters Connection sales. :-)

Jul 24, 2020, 7:18 PM

**Chuck Bradley**

Lol

Jul 24, 2020, 7:11 PM

**Byron Hall**

Future "sponsored shooters"....

Jul 24, 2020, 7:08 PM

**Byron Hall**

I have two boys we are adopting on 8/13 that we have had in foster care for 75 months....

The legal system sucks gopher balls.

Jul 24, 2020, 7:07 PM

**Byron Hall**

Oh man, what a mess....

Jul 24, 2020, 7:06 PM

**Chuck Bradley**

Shay is suing me and Kkm. Along with dame and bagger. It's all fabricated or his fault. It's been remanded up to federal district court. I'm not worried. Kkm wants to counter sue him.

Jul 24, 2020, 7:06 PM

**Byron Hall**

Akai lawsuit....oh boy. He been screwing people? (Don't have to answer that)

Well that's good to be in the homestretch. Sorry to hear the builder has been a pain.

If you need him...Nick's guys really do awesome work. No BS.

Jul 24, 2020, 7:03 PM