000208

**Blake Miguez**

**Chuck Bradley**

Blake, I was told you were seen asking of barrels on a prize table were the bad ones. I have news for you, there are no bad ones. You might follow the case if your interested. Including the initial demand letters and response. There have been many lies told. Claims of other gunsmiths finding bad barrels. thats not true. those that thought they had bad barrels were not testing correctly , once they did correctly they realized they didn't have any bad barrels. As an attorney you should be able to see through this for what it is.

Sep 22, 2020, 10:35 AM

Generated by Chuck Bradley on Wednesday, June 2, 2021 at 1:35 PM UTC-04:00
Contains data from January 1, 2017 to May 1, 2021