< **Replies**


**Hart Johnson**
When did all this happen, I always known them to be quality barrels. I have a 400 Corbon glock barrel, 45, and a 40. They're older vintage but what happened

20w   Like   Reply


**Jeremiah Deneski-Competitive Shooter**
basically, nothing. sounds like a money grab or someone trying to pass off shoddy gun work as a parts defect. My .02.

20w   Like   Reply                      1


**Dame Michael**
**Jeremiah Deneski-Competitive Shooter** almost sounds like insurance fraud

20w   Like   Reply


**Tim Mekosh**
Dame Michael  maybe they need a moving company to help move to Jamaica

20w   Like   Reply                      1

Write a reply...            

|||          ◯          <