000157



**Double Alfalfa**
Sports

JAN 06, 10:01 PM

> Just so you know I am fairly certain Shay sent me a cease and desist order thinking I am you guys

Oh for real? That sucks for him.

> I sent his lawyer a sure I'll comply just tell me which post needs to come down

> As soon as he shows me I am going to post that shit everywhere calling shay out so standby for excellence

JAN 07, 10:59 AM