000136

