000100


WHAT IF I BLAME THE BARRELS


I CAN MAKE A PSA ABOUT THEM

THEN CLAIM OTHER BUILDERS HAVE THE SAME PROBLEM



THEN TRY TO GET AN INSURANCE PAYOUT TO GET A NEW CNC

imgflip.com