

**Mike Hoffer**
12 mins

"Them damages tho"



**Fix your fucked up guns**

**Sue shooters connection for selling you the barrels cause kkm called your bullshit**

😮 1          3 Comments

👍 Like          💬 Comment

**James Taylor**
Someone tag shay let's hear what that fucking cunt has to say

Write a comment