000063





Lower...





000064

I get in front of issues as much as I can

If you have a bad part, as in this case, I send you a freebie, keep the old one

If I need the old one back, I send you a freebie, send me the old one back

Let me send you a replacement first. Deal with the old one later

from my convo with Luke, he was a digital Rc tester. His heat treat is done off-site at Nevada Heat Treat, after the barrels are made, and are tested by Nevada Heat Treat and KKM themselves. Not 100% tested, but 50-75% of them are. If there is something going on with the process, he needs to get a handle on it as well.

The way he said it over the phone was "I have been doing it for 25 years, never had a soft barrel, no way I have a soft barrel, send me the bad barrels and I will tell you if you are right"

and if you have a ton of barrels, man, it's not going to hurt your case to be without one for a while. Let him take a look, at the same time you can send one for independent testing.

Over the phone he said that he tests the hockey pock and not the barrel. He also said that he heat treats them in batches.

I have informed him before Nats. I sent lab reports. Zero replies.

as I said on the phone, I don't know enough about gun building or barrel manufacturing to tell asshole from elboes, man. all I'm trying to do is get this shit figured out.

I understand

I gave him a chance. As soon as I found out

000065

OCT 23, 2019 4:11 PM

I sent him an email right before I got off work

Bud, you asked me to tell you if I don't get a phone call by 4

OCT 23, 2019 8:29 PM

Cool. Thanks bud

It's on him, not you

I was instructed by Chuck to stay out of this from here on out. Seriously. And we appreciate the info/heads up, and we are watching, but can't get involved for the time being

He is smart

Again, the only reason I involved you was because I watch your back

I never blamed you or asked you for anything

My goal was to warn you

Frankly, there is NOTHING you CAN do.

OCT 24, 2019 1:20 PM

your order is going out today, combined with the other order, signature required, saved you $10 on shipping

Thanks sweetheart

it's what we do




000066

The post I made was legit. I informed you, Chuck and Luke a long time ago. none of you have offered any help.

I have tried very hard to get some help, none of you stepped up

Not even a tiny bit

what were we going to do? We are not gunsmiths or metalurgists or barrel manufacturers

Perfect example was this morning John

I bought barrels to replace other barrels

you want the truth, Shay? Another smith had barrels inspected, and they came up soft. they were sent to KKM, who had their certified heat treat facility test them with their certified machines, and they came back in spec

I tested them, tiny dimple. One was out of spec and you guys won't take it back

John, that is a shocker :)

Think buddy

we don't take barrels back, period. we make exceptions occasionally

https://www.shootersconnectionstore.com/Policies.aspx

I understand,but that would have helped me out

"We do not accept returns on any barrel due to us not being able to discern the newness of the part"

000067

I think they will sell well

OCT 6, 2019 12:45 PM





i talked to Luke about that a little. you're supposed to measure it on a flat spot, like the side of the lug/link area

it does according to him

i aint a smith, or machinist, or whatever, just passing along the info

Lol, doesn't matter

It's fucking 34