On 10/23/2019 9:06 PM, Luke McIntire wrote:

John,

I've been on the phone all day today with customers over this Facebook post from Shay. I will be calling him tomorrow mid mourning with my lawyer listening in on the phone call. He will be coming in to advise us on legal action. I agree with you that Shay needs to work with us to remedy this problem. Over the last few days we have tested every single 1911 barrel in inventory and not a single one has been under 40RC. I am very curious as to what processes have been done to these barrels that Shay says are in the low 30's. The barrels coming in from Venom will be also taken over to Nevada Heat treating for certification as well. I also had a long conversation with Innovatest who makes our Rockwell tester (Verzus 720RSB) about this discrepancy between Shays "independent tester" and our results and he said their report is within the margin of error for anyone not familiar with the type of steel we use. Needless to say we will be testing every 1911 barrel made and include a certification card with every barrel starting January 1st. We have done this before on many of our Military contracts too. I will let you know what Shay says after we talk tomorrow and how we will proceed.

Thanks again,
Luke


On Oct 23, 2019, at 1:19 PM, John Vlieger <johnv@shootersconnection.com> wrote:

Dan,

If you could please touch base with Luke about giving Shay a call, I'd appreciate it. Also, those barrels from Venom Custom were dropped off and you should have them tomorrow via UPS next day air.

Getting some info and potentially getting ahead of this would be a pretty good idea. We've started hearing from customers here at Shooters Connection, too.

Thanks.

--
John Vlieger
Shooters Connection
804 South Broadway, Unit 9
Georgetown, KY 40324
www.shootersconnection.com
502-570-4112
502-570-4102 fax
800-387-4045


--
This email has been checked for viruses by Avast antivirus software.
https://www.avast.com/antivirus

000032

--
John Vlieger
Shooters Connection
804 South Broadway, Unit 9
Georgetown, KY 40324
www.shootersconnection.com
502-570-4112
502-570-4102 fax
800-387-4045