**Subject: Re: Calling Shay**
**From: John Vlieger <johnv@shootersconnection.com>**
**Date: 10/24/2019, 8:27 AM**
**To: Luke McIntire <luke@kkmprecision.com>**

Luke,

I appreciate the information and heads up. This is outside of my realm of expertise, although I'm glad to be learning more about the industry, even if it is under these circumstances.

I have been instructed by Chuck to stay out of this for the time being, meaning no public action or getting involved more than I already am with you and Shay. We are very interested in the results, however.

The barrels from Venom Custom should be delivered by 10:30am your time. Below is the verbiage from Don Fredenhagen about what he did:

"I dropped the package off at UPS. I had 4 barrels tested that came out of the guns I'm building. The Infinity bull barrel was 39 the KKM middy bull barrel was 40 the 5.4 hybrid with the Wilson/nowlin ramp was 31 and the 5" hybrid KKM was 33. I understand what Bunker is saying but man I can't account for the discrepancies between barrels. There's no way these aren't soft. I had the hybrids checked on the sides and bottom. That takes the rib out of the equation. Will see. I know you didn't have anything to do with this, just relaying the info as I have it. Thanks John"

We have a customer wanting to exchange a barrel, right now, too. We are seeing the effects of this very public conversation that should be kept private if at all possible.

I appreciate all you're doing, and look forward to this being behind us.

-John

Shooters Connection