**Subject: Order #6436**
**From: John Vlieger <johnv@shootersconnection.com>**
**Date: 12/9/2019, 2:19 PM**
**To: Akai Custom <akaicustom@gmail.com>**
**CC: chuckb <chuckb@shootersconnection.com>**

Akai Custom,

Due to the letter we received detailing ongoing litigation we are requiring our most recent order, Order #6436, be cancelled and a refund be issued to the Master Card used ending in 2528.

Until and unless this litigation is resolved we will not be placing any further orders with Akai Custom.

I am also instructed to notify you that your purchasing accounts on our site have been disabled.

--
John Vlieger
Shooters Connection
804 South Broadway, Unit 9
Georgetown, KY 40324
www.shootersconnection.com
502-570-4112
502-570-4102 fax
800-387-4045