Invoices                                                  https://www.shootersconnectionstore.com/Admin/Orders/Print/Invoices....



## INVOICE

**Order Number:** 152456
**Order Date:** 7/11/2019 11:18 AM

## Shooters Connection

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| S O L D | Akai Custom Guns LLC. | S H I P | Akai Custom Guns LLC. |
|---|---|---|---|
| | Shay Horowitz | | Shay Horowitz |
| | 5405 NW 102nd Ave Bay 216 | | 5405 NW 102nd Ave Bay 216 |
| | SUNRISE, FL 33351 | | SUNRISE, FL 33351 |
| | UNITED STATES | | UNITED STATES |
| T O | Email: shay@acguns.com | T O | Email: shay@acguns.com |
| | Phone: 9543285660 | | Phone: 9543285660 |
| | Fax: 9543285660 | | Fax: 9543285660 |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 17.0000 | 1 | CGABCT | KKM .355 Caliber Bull Barrel Threaded 5.4" (Clark/Para Cut) | $208.00 | $208.00 |
| 9999.0000 | 1 | SHIPPING | UPS 2 Day AIR (Some limitations on weight ,size, locations) | $11.03 | $11.03 |
| | 1 | | | | |

**Product Subtotal:** $208.00
**Shipping:** $11.03
**Taxes:** $0.00
**Total:** $219.03

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

**SCI 000455**

**CONFIDENTIAL**



**INVOICE**

**Order Number:** 155184
**Order Date:** 8/22/2019 4:03 PM

## Shooters Connection

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| S O L D T O | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | S H I P T O | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 17.0000 | 2 | CCABRCT | KKM .355 Bull Hybrid Commander Threaded Barrel | $297.50 | $595.00 |
| 9999.0000 | 1 | SHIPPING | UPS 2 Day AIR (Some limitations on weight ,size, locations) | $15.90 | $15.90 |
| | 2 | | | | |

| | |
|---|---|
| **Product Subtotal:** | $595.00 |
| **Shipping:** | $15.90 |
| **Taxes:** | $0.00 |
| **Total:** | $610.90 |

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

4/13/2022, 1:18 PM

**SCI 000456**

**CONFIDENTIAL**



**INVOICE**

**Order Number:** 114023
**Order Date:** 8/23/2017 1:21 PM

# Shooters Connection

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| | | | |
|---|---|---|---|
| **S** | Akai Custom Guns LLC. | **S** | Akai Custom Guns LLC. |
| **O** | Shay Horowitz | **H** | Shay Horowitz |
| **L** | 5405 NW 102nd Ave Bay 216 | **I** | 5405 NW 102nd Ave Bay 216 |
| **D** | SUNRISE, FL 33351 | **P** | SUNRISE, FL 33351 |
| | UNITED STATES | | UNITED STATES |
| **T** | Email: shay@acguns.com | **T** | Email: shay@acguns.com |
| **O** | Phone: 9543285660 | **O** | Phone: 9543285660 |
| | Fax: 9543285660 | | Fax: 9543285660 |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 0.0000 | 1 | SHIPPING | UPS Ground | $28.30 | $28.30 |
| 0.0000 | 1 | CGABCT | KKM .355 Caliber Bull Barrel Threaded 5.4" (Clark/Para Cut) | $194.75 | $194.75 |
| 0.0000 | 2 | Kart-0029 | Kart NM Standard Barrel 5" .40 S&W Ramped C/P | $168.00 | $336.00 |
| 0.0000 | 4 | SL38GM5-SR-RP-NL | Caspian Slide 5" 9/38 Solid Bald | $196.12 | $784.48 |
| | 7 | | | | |

**Product Subtotal:** $1,315.23
**Shipping:** $28.30
**Taxes:** $0.00
**Total:** $1,343.53

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

SCI 000457

**CONFIDENTIAL**

Invoices                                    https://www.shootersconnectionstore.com/Admin/Orders/Print/Invoices....



**INVOICE**

**Order Number:** 131864
**Order Date:** 7/30/2018 3:30 PM

## Shooters Connection

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| | | | | |
|---|---|---|---|---|
| **S O L D T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | **S H I P T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 17.0000 | 8 | CGABCN | KKM .355 Caliber Bull Barrel 5" (Clark/Para Cut) | $188.00 | $1,504.00 |
| 17.0000 | 5 | CGDBCN | KKM .40 Caliber Bull Barrel 5" (Clark/Para Cut) | $188.00 | $940.00 |
| 9999.0000 | 1 | SHIPPING | UPS Ground | $38.29 | $38.29 |
| | **13** | | | | |

**Product Subtotal:** $2,444.00
**Shipping:** $38.29
**Taxes:** $0.00
**Total:** $2,482.29

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

1 of 1                                                                                    4/13/2022, 12:52 PM

**SCI 000458**

**CONFIDENTIAL**



**INVOICE**

**Order Number:** 141405
**Order Date:** 1/27/2019 10:30 AM

## Shooters Connection

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| S O L D T O | Akai Custom Guns LLC. Shay Horowitz 5405 NW 102nd Ave Bay 216 SUNRISE, FL 33351 UNITED STATES Email: shay@acguns.com Phone: 9543285660 Fax: 9543285660 | S H I P T O | Akai Custom Guns LLC. Shay Horowitz 5405 NW 102nd Ave Bay 216 SUNRISE, FL 33351 UNITED STATES Email: shay@acguns.com Phone: 9543285660 Fax: 9543285660 |
|---|---|---|---|

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 17.0000 | 3 | CGDBRCN | KKM Bull Hybrid Barrel 5" (40 S&W) | $276.25 | $828.75 |
| 9999.0000 | 1 | SHIPPING | UPS Ground | $9.73 | $9.73 |
| | 3 | | | | |

| | |
|---|---|
| **Product Subtotal:** | $828.75 |
| **Shipping:** | $9.73 |
| **Taxes:** | $0.00 |
| **Total:** | $838.48 |

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

**SCI 000459**

**CONFIDENTIAL**

Invoices                                          https://www.shootersconnectionstore.com/Admin/Orders/Print/Invoices....



**INVOICE**

**Order Number:** 141511
**Order Date:** 1/28/2019 5:04 PM

## Shooters Connection
804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| | | |
|---|---|---|
| **S O L D** **T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | **S H I P** **T O** |

| | | |
|---|---|---|
| **S H I P** **T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 17.0000 | 2 | CGASCN | KKM .355 Caliber Bushing Barrel 5" (Clark/Para Cut) | $180.00 | $360.00 |
| 9999.0000 | 1 | SHIPPING | Fed Ex 2 Day(may be limitations on weight ,size, locations) | $13.55 | $13.55 |
| | 2 | | | | |

| | |
|---|---|
| **Product Subtotal:** | $360.00 |
| **Shipping:** | $13.55 |
| **Taxes:** | $0.00 |
| **Total:** | $373.55 |

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

1 of 1                                                                                          4/13/2022, 12:57 PM

SCI 000460

**CONFIDENTIAL**

Invoices                                         https://www.shootersconnectionstore.com/Admin/Orders/Print/Invoices....



**INVOICE**

**Order Number:** 125181
**Order Date:** 4/2/2018 1:13 PM

## Shooters Connection

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| | | | | | |
|---|---|---|---|---|---|
| **S**<br>**O**<br>**L**<br>**D**<br><br>**T**<br>**O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | | **S**<br>**H**<br>**I**<br>**P**<br><br>**T**<br>**O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 0.0000 | 1 | CGABWT | KKM .355 Caliber Bull Barrel Threaded 5.4" (Nowlin/Wilson Cut) | $208.00 | $208.00 |
| 0.0000 | 3 | Kart-0029 | Kart NM Standard Barrel 5" .40 S&W Ramped C/P | $168.00 | $504.00 |
| 0.0000 | 3 | Kart-0063 | Kart NM Standard Barrel 5" 9mm Ramped W/N | $152.00 | $456.00 |
| 9999.0000 | 1 | SHIPPING | UPS Ground | $8.00 | $8.00 |
| | 7 | | | | |

**Product Subtotal:** $1,168.00
**Shipping:** $8.00
**Taxes:** $0.00
**Total:** $1,176.00

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

1 of 1                                                                        4/13/2022, 12:53 PM

SCI 000461

**CONFIDENTIAL**



**INVOICE**

## Shooters Connection

**Order Number:** 141404
**Order Date:** 1/27/2019 10:29 AM

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| | | | |
|---|---|---|---|
| **S O L D** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES | **S H I P** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES |
| **T O** | Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | **T O** | Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 17.0000 | 3 | CXABRCT | KKM .355 Bull Hybrid 5" Threaded Barrel | $297.50 | $892.50 |
| 9999.0000 | 1 | SHIPPING | UPS Ground | $25.30 | $25.30 |
| | 3 | | | | |

| | |
|---|---|
| **Product Subtotal:** | $892.50 |
| **Shipping:** | $25.30 |
| **Taxes:** | $0.00 |
| **Total:** | $917.80 |

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

**SCI 000462**

**CONFIDENTIAL**



## INVOICE

**Order Number:** 156522
**Order Date:** 9/11/2019 10:48 AM

## Shooters Connection

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| | |
|---|---|
| **S O L D T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |
| **S H I P T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 17.0000 | 5 | CGABCN | KKM .355 Caliber Bull Barrel 5" (Clark/Para Cut) | $188.00 | $940.00 |
| 9999.0000 | 1 | SHIPPING | UPS 2 Day AIR (Some limitations on weight ,size, locations) | $19.35 | $19.35 |
| | 5 | | | | |

| | | |
|---|---|---|
| **Product Subtotal:** | $940.00 |
| **Shipping:** | $19.35 |
| **Taxes:** | $0.00 |
| **Total:** | $959.35 |

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

4/13/2022, 1:19 PM

## SCI 000463

**CONFIDENTIAL**



**INVOICE**

**Order Number:** 115673
**Order Date:** 9/27/2017 10:55 AM

## Shooters Connection

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| S O L D T O | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | S H I P T O | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |
|---|---|---|---|

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 0.0000 | 1 | SHIPPING | UPS 2nd Day Air® | $49.68 | $49.68 |
| 0.0000 | 10 | 003-002-Black | Dawson Base pad SV/STI 140/170mm +1 (Black) | $25.67 | $256.70 |
| 0.0000 | 20 | 003-010-Black | Dawson Base pad +1 Plus SNL (Black) | $25.67 | $513.40 |
| 0.0000 | 14 | ARR-STI-I-9mm | Arredondo 9mm Spacer | $8.32 | $116.48 |
| 0.0000 | 3 | CGABCN | KKM .355 Caliber Bull Barrel 5" (Clark/Para Cut) | $166.50 | $499.50 |
| 0.0000 | 20 | FKS-11 | Grams Spring/Follower Kit 11 Coil STI/SV (38/40) | $17.00 | $340.00 |
| 0.0000 | 10 | FKS9-11 | Grams Spring/Follower Kit 11 Coil STI/SV (9mm) | $17.00 | $170.00 |

77

**Product Subtotal:** $1,896.08
**Shipping:** $49.68
**Taxes:** $0.00
**Total:** $1,945.76

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only

**SCI 000464**

**CONFIDENTIAL**

**to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.**

4/13/2022, 1:24 PM

SCI 000465

CONFIDENTIAL

Invoices                                                    https://www.shootersconnectionstore.com/Admin/Orders/Print/Invoices....



**INVOICE**

**Order Number:** 136147
**Order Date:** 10/16/2018 2:24 PM

# Shooters Connection

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| | | |
|---|---|---|
| **S** | Akai Custom Guns LLC. | **S** | Akai Custom Guns LLC. |
| **O** | Shay Horowitz | **H** | Shay Horowitz |
| **L** | 5405 NW 102nd Ave Bay 216 | **I** | 5405 NW 102nd Ave Bay 216 |
| **D** | SUNRISE, FL 33351 | **P** | SUNRISE, FL 33351 |
| | UNITED STATES | | UNITED STATES |
| **T** | Email: shay@acguns.com | **T** | Email: shay@acguns.com |
| **O** | Phone: 9543285660 | **O** | Phone: 9543285660 |
| | Fax: 9543285660 | | Fax: 9543285660 |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 4.0000 | 1 | HD-273 | Harrison Design Exact-Fit Ejector 9mm Long Nose Carbon | $28.79 | $28.79 |
| 4.0000 | 4 | HD-276 | Harrison Design Exact-Fit Ejector 9mm Long Nose Stainless | $30.39 | $121.56 |
| 17.0000 | 1 | CCABCT | KKM .355 Caliber Bull Barrel Threaded Commander (Clark/Para Cut) | $200.00 | $200.00 |
| 9999.0000 | 1 | SHIPPING | UPS Ground | $17.62 | $17.62 |
| | **6** | | | | |

|  |  |
|---|---|
| **Product Subtotal:** | $350.35 |
| **Shipping:** | $17.62 |
| **Taxes:** | $0.00 |
| **Total:** | $367.97 |

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

SCI 000466

CONFIDENTIAL

Invoices                                                  https://www.shootersconnectionstore.com/Admin/Orders/Print/Invoices....



## Shooters Connection

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

**INVOICE**

**Order Number:** 118593
**Order Date:** 11/29/2017 2:59 PM

| | |
|---|---|
| **S O L D T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |
| **S H I P T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 0.0000 | 1 | SHIPPING | UPS Ground | $19.06 | $19.06 |
| 0.0000 | 4 | CGABCN | KKM .355 Caliber Bull Barrel 5" (Clark/Para Cut) | $188.00 | $752.00 |
| | **4** | | | | |

| | |
|---|---|
| **Product Subtotal:** | $752.00 |
| **Shipping:** | $19.06 |
| **Taxes:** | $0.00 |
| **Total:** | $771.06 |

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

4/13/2022, 1:23 PM

## SCI 000467

# CONFIDENTIAL



**INVOICE**

**Order Number:** 139329
**Order Date:** 12/18/2018 1:23 PM

## Shooters Connection

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| | |
|---|---|
| **S O L D T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |
| **S H I P T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 8.0000 | 1 | Gift Certificate | Shooters Connection Gift Certificate | $1,210.00 | $1,210.00 |
| 9999.0000 | 1 | SHIPPING | UPS Ground | $32.34 | $32.34 |
| | 1 | | | | |

**Product Subtotal:** $1,210.00
**Shipping:** $32.34
**Taxes:** $0.00
**Total:** $1,242.34

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

**SCI 000468**

**CONFIDENTIAL**

Invoices                                                   https://www.shootersconnectionstore.com/Admin/Orders/Print/Invoices....



### INVOICE

**Order Number:** 118213
**Order Date:** 11/22/2017 11:35 AM

## Shooters Connection

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| **S O L D T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | **S H I P T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |
|---|---|---|---|

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 0.0000 | 1 | SHIPPING | UPS Ground | $28.84 | $28.84 |
| 0.0000 | 2 | CCABWT | KKM .355 Caliber Bull Barrel Threaded Commander (Nowlin/Wilson Cut) | $200.00 | $400.00 |
| 0.0000 | 2 | G-401-BLK-F | Geppert X-Line 2011 Trigger (Black, Flat) | $39.99 | $79.98 |
| 0.0000 | 2 | G-401-BLK-S | Geppert X-Line 2011 Trigger (Black, Special) | $39.99 | $79.98 |
| 0.0000 | 4 | SRBK6 | C-More Slide Ride / Railway(if rail selected) Black STANDARD (6) | $189.00 | $756.00 |
| | **10** | | | | |

**Product Subtotal:** $1,315.96
**Shipping:** $28.84
**Taxes:** $0.00
**Total:** $1,344.80

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

### SCI 000469

## CONFIDENTIAL

https://www.shootersconnectionstore.com/Admin/Orders/Print/Invoices....

4/13/2022, 1:23 PM

**SCI 000470**

**CONFIDENTIAL**

Invoices                                                    https://www.shootersconnectionstore.com/Admin/Orders/Print/Invoices....



**INVOICE**

**Order Number:** 117590
**Order Date:** 11/8/2017 9:16 AM

## Shooters Connection

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| | | | |
|---|---|---|---|
| **S** **O** **L** **D** **T** **O** | Akai Custom Guns LLC. Shay Horowitz 5405 NW 102nd Ave Bay 216 SUNRISE, FL 33351 UNITED STATES Email: shay@acguns.com Phone: 9543285660 Fax: 9543285660 | **S** **H** **I** **P** **T** **O** | Akai Custom Guns LLC. Shay Horowitz 5405 NW 102nd Ave Bay 216 SUNRISE, FL 33351 UNITED STATES Email: shay@acguns.com Phone: 9543285660 Fax: 9543285660 |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 0.0000 | 1 | SHIPPING | UPS Ground | $34.72 | $34.72 |
| 0.0000 | 1 | CCABCT | KKM .355 Caliber Bull Barrel Threaded Commander (Clark/Para Cut) | $200.00 | $200.00 |
| 0.0000 | 3 | CGABWN | KKM .355 Caliber Bull Barrel 5" (Nowlin/Wilson Cut) | $188.00 | $564.00 |
| 0.0000 | 4 | Kart-0065 | Kart NM Standard Barrel 5" 9mm Ramped C/P | $168.00 | $672.00 |
| 0.0000 | 3 | MBX155-9 Red | MBX Extreme 155mm Complete STI Style Magazine 9mm/.38 Cal (Red) | $120.90 | $362.70 |
| | **11** | | | | |

**Product Subtotal:** $1,798.70
**Shipping:** $34.72
**Taxes:** $0.00
**Total:** $1,833.42

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S.

SCI 000471

**CONFIDENTIAL**

**government or as otherwise authorized by U.S. law and regulations.**

SCI 000472

**CONFIDENTIAL**



## Shooters Connection

**INVOICE**

**Order Number:** 158401
**Order Date:** 10/15/2019 9:22 AM

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| | |
|---|---|
| **S O L D T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | **S H I P T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 17.0000 | 4 | CXABRCT | KKM .355 Bull Hybrid 5" Threaded Barrel (Clark/Para) | $297.50 | $1,190.00 |
| 9999.0000 | 1 | SHIPPING | UPS 2 Day AIR (Some limitations on weight ,size, locations) | $21.85 | $21.85 |
| | 4 | | | | |

| | |
|---|---|
| **Product Subtotal:** | $1,190.00 |
| **Shipping:** | $21.85 |
| **Taxes:** | $0.00 |
| **Total:** | $1,211.85 |

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

4/13/2022, 1:17 PM

**SCI 000473**

**CONFIDENTIAL**



**INVOICE**

**Order Number:** 135423
**Order Date:** 10/2/2018 9:38 AM

## Shooters Connection
804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| | | |
|---|---|---|
| **S O L D T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | **S H I P T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 2.0000 | 4 | CKA-202 | CK Arms Slide 5" 9/38 Unique Bald | $188.00 | $752.00 |
| 17.0000 | 4 | CGABCN | KKM .355 Caliber Bull Barrel 5" (Clark/Para Cut) | $188.00 | $752.00 |
| 17.0000 | 3 | CGASCN | KKM .355 Caliber Bushing Barrel 5" (Clark/Para Cut) | $180.00 | $540.00 |
| 9999.0000 | 1 | SHIPPING | UPS Ground | $34.87 | $34.87 |
| | 11 | | | | |

**Product Subtotal:** $2,044.00
**Shipping:** $34.87
**Taxes:** $0.00
**Total:** $2,078.87

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

SCI 000474

CONFIDENTIAL



**INVOICE**

**Order Number:** 115110
**Order Date:** 9/14/2017 4:20 PM

## Shooters Connection

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| | | | |
|---|---|---|---|
| **S O L D T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | **S H I P T O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 0.0000 | 1 | SHIPPING | UPS Ground | $25.44 | $25.44 |
| 0.0000 | 2 | 026-1054 | Dawson 1911/2011 Bushing Toolless One piece Guide Rod | $56.00 | $112.00 |
| 0.0000 | 4 | 17-180014 | STI Slide 5" 9/38 Unique Bald | $219.99 | $879.96 |
| 0.0000 | 4 | CGDBCN | KKM .40 Caliber Bull Barrel 5" (Clark/Para Cut) | $166.50 | $666.00 |
| | **10** | | | | |

**Product Subtotal:** $1,657.96
**Shipping:** $25.44
**Taxes:** $0.00
**Total:** $1,683.40

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

SCI 000475

**CONFIDENTIAL**

Invoices                                    https://www.shootersconnectionstore.com/Admin/Orders/Print/Invoices....



**INVOICE**

**Order Number:** 146067
**Order Date:** 4/4/2019 11:44 AM

# Shooters Connection
804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| | | | | |
|---|---|---|---|---|
| **S**<br>**O**<br>**L**<br>**D**<br><br>**T**<br>**O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | | **S**<br>**H**<br>**I**<br>**P**<br><br>**T**<br>**O** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 17.0000 | 5 | CGABCN | KKM .355 Caliber Bull Barrel 5" (Clark/Para Cut) | $188.00 | $940.00 |
| 9999.0000 | 1 | SHIPPING | UPS 2 Day AIR (Some limitations on weight ,size, locations) | $19.35 | $19.35 |
| | 5 | | | | |

| | |
|---|---|
| **Product Subtotal:** | $940.00 |
| **Shipping:** | $19.35 |
| **Taxes:** | $0.00 |
| **Total:** | $959.35 |

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

4/13/2022, 1:13 PM

**SCI 000476**

**CONFIDENTIAL**



**INVOICE**

**Order Number:** 147393
**Order Date:** 4/22/2019 9:46 AM

## Shooters Connection
804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| S O L D T O | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | S H I P T O | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |
|---|---|---|---|

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 3.0000 | 5 | SL38GM5-SR-RP-NL | Caspian Slide 5" 9/38 Solid Bald | $196.12 | $980.60 |
| 3.0000 | 4 | SL40GM5-SR-RP-NL | Caspian Slide 5" 40 Solid, Bald | $205.17 | $820.68 |
| 17.0000 | 3 | CGABRCN | KKM Bull Hybrid Barrel 5" (.355) | $276.25 | $828.75 |
| 9999.0000 | 1 | SHIPPING | UPS 2 Day AIR (Some limitations on weight ,size, locations) | $42.89 | $42.89 |
| | **12** | | | | |

**Product Subtotal:** $2,630.03
**Shipping:** $42.89
**Taxes:** $0.00
**Total:** $2,672.92

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

SCI 000477

**CONFIDENTIAL**



**INVOICE**

**Order Number:** 149855
**Order Date:** 5/30/2019 1:01 PM

## Shooters Connection

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| | | |
|---|---|---|
| **S O L D** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES | **S H I P** |
| **T O** | Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | **T O** |

| **S H I P** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES |
| **T O** | Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 17.0000 | 3 | CGABRCN | KKM Bull Hybrid Barrel 5" (.355) | $276.25 | $828.75 |
| 17.0000 | 4 | CGXBRCT | KKM .355 Bull Hybrid 5" Threaded Barrel PRE-ORDER 07/08/2019 | $297.50 | $1,190.00 |
| 9999.0000 | 1 | SHIPPING | UPS 2 Day AIR (Some limitations on weight ,size, locations) | $15.47 | $15.47 |
| | 7 | | | | |

**Product Subtotal:** $2,018.75
**Shipping:** $15.47
**Taxes:** $0.00
**Total:** $2,034.22

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

**SCI 000478**

**CONFIDENTIAL**



**INVOICE**

**Order Number:** 152081
**Order Date:** 7/5/2019 11:03 AM

# Shooters Connection

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| S O L D T O | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | S H I P T O | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |
|---|---|---|---|

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 17.0000 | 2 | CGABRCN | KKM Bull Hybrid Barrel 5" (.355 PRE-ORDER Expected 07/08/2019) | $276.25 | $552.50 |
| 17.0000 | 1 | CSDSCN | KKM .40 Caliber Bushing Barrel 6" (Clark/Para Cut) | $199.60 | $199.60 |
| 9999.0000 | 1 | SHIPPING | UPS 2 Day AIR (Some limitations on weight ,size, locations) | $17.47 | $17.47 |
| | 3 | | | | |

**Product Subtotal:** $752.10
**Shipping:** $17.47
**Taxes:** $0.00
**Total:** $769.57

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

**SCI 000479**

**CONFIDENTIAL**



## Shooters Connection

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

**INVOICE**

**Order Number:** 128655
**Order Date:** 5/31/2018 3:44 PM

| S O L D T O | Akai Custom Guns LLC. Shay Horowitz 5405 NW 102nd Ave Bay 216 SUNRISE, FL 33351 UNITED STATES Email: shay@acguns.com Phone: 9543285660 Fax: 9543285660 | S H I P T O | Akai Custom Guns LLC. Shay Horowitz 5405 NW 102nd Ave Bay 216 SUNRISE, FL 33351 UNITED STATES Email: shay@acguns.com Phone: 9543285660 Fax: 9543285660 |
|---|---|---|---|

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 17.0000 | 4 | CGASCN | KKM .355 Caliber Bushing Barrel 5" (Clark/Para Cut) | $180.00 | $720.00 |
| 9999.0000 | 1 | SHIPPING | UPS Ground | $22.88 | $22.88 |
| | 4 | | | | |

|  |  |
|---|---|
| **Product Subtotal:** | $720.00 |
| **Shipping:** | $22.88 |
| **Taxes:** | $0.00 |
| **Total:** | $742.88 |

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

4/13/2022, 12:53 PM

**SCI 000480**

**CONFIDENTIAL**



## Shooters Connection

**INVOICE**

**Order Number:** 128548
**Order Date:** 5/29/2018 4:05 PM

804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| S O L D   T O | S H I P   T O |
|---|---|
| Akai Custom Guns LLC. <br> Shay Horowitz <br> 5405 NW 102nd Ave Bay 216 <br> SUNRISE, FL 33351 <br> UNITED STATES <br> Email: shay@acguns.com <br> Phone: 9543285660 <br> Fax: 9543285660 | Akai Custom Guns LLC. <br> Shay Horowitz <br> 5405 NW 102nd Ave Bay 216 <br> SUNRISE, FL 33351 <br> UNITED STATES <br> Email: shay@acguns.com <br> Phone: 9543285660 <br> Fax: 9543285660 |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 17.0000 | 3 | CGABCN | KKM .355 Caliber Bull Barrel 5" (Clark/Para Cut) | $188.00 | $564.00 |
| 17.0000 | 1 | CGDBCN | KKM .40 Caliber Bull Barrel 5" (Clark/Para Cut) | $188.00 | $188.00 |
| 9999.0000 | 1 | SHIPPING | UPS Ground | $23.20 | $23.20 |
| | **4** | | | | |

| | |
|---|---|
| **Product Subtotal:** | $752.00 |
| **Shipping:** | $23.20 |
| **Taxes:** | $0.00 |
| **Total:** | $775.20 |

### All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

4/13/2022, 12:54 PM

**SCI 000481**

**CONFIDENTIAL**



**INVOICE**

**Order Number:** 149208
**Order Date:** 5/20/2019 10:44 AM

## Shooters Connection
804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| S O L D T O | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | S H I P T O | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES<br>Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |
|---|---|---|---|

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 17.0000 | 3 | CGABRCN | KKM Bull Hybrid Barrel 5" (.355) | $276.25 | $828.75 |
| 9999.0000 | 1 | SHIPPING | UPS 2 Day AIR (Some limitations on weight ,size, locations) | $18.24 | $18.24 |
| | 3 | | | | |

| | |
|---|---|
| **Product Subtotal:** | $828.75 |
| **Shipping:** | $18.24 |
| **Taxes:** | $0.00 |
| **Total:** | $846.99 |

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

4/13/2022, 1:14 PM

**SCI 000482**

**CONFIDENTIAL**

Invoices                                                  https://www.shootersconnectionstore.com/Admin/Orders/Print/Invoices....



**INVOICE**

**Order Number:** 147938
**Order Date:** 4/30/2019 10:36 AM

## Shooters Connection
804 South Broadway Unit 9
GEORGETOWN, KY 40324
UNITED STATES

| | | | |
|---|---|---|---|
| **S O L D** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES | **S H I P** | Akai Custom Guns LLC.<br>Shay Horowitz<br>5405 NW 102nd Ave Bay 216<br>SUNRISE, FL 33351<br>UNITED STATES |
| **T O** | Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 | **T O** | Email: shay@acguns.com<br>Phone: 9543285660<br>Fax: 9543285660 |

| LOC | Quantity | SKU | Item | Price | Total |
|---|---|---|---|---|---|
| 17.0000 | 3 | CGABCN | KKM .355 Caliber Bull Barrel 5" (Clark/Para Cut) | $188.00 | $564.00 |
| 9999.0000 | 1 | SHIPPING | UPS Ground | $20.39 | $20.39 |
| | 3 | | | | |

| | |
|---|---|
| **Product Subtotal:** | $564.00 |
| **Shipping:** | $20.39 |
| **Taxes:** | $0.00 |
| **Total:** | $584.39 |

**All returns must be new, unused, uninstalled, in original packaging and within 15 days of purchase.**

Some of these these items may be controlled by the U.S. Government and authorized for export only to the country of ultimate destination for use by the ultimate consignee or end-user(s) herein identified. Such items may not be resold, transferred, or otherwise disposed of, to any other country or to any person other than the authorized ultimate consignee or end-user(s), either in their original form or after being incorporated into other items, without first obtaining approval from the U.S. government or as otherwise authorized by U.S. law and regulations.

4/13/2022, 1:14 PM

**SCI 000483**

**CONFIDENTIAL**