

**KKM PRECISION**

Invoice #:   00022237

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | 1/21/19 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 20 | CXABRCT | Gov't .355 Match Bull Hybrid C/P 5.0" OAL Gunsmith Fit 11/16x40 Threaded (Ribbed No Ports) | $236.00 | 1 | | $4,720.00 | |
| 14 | CGDBRCN | Gov't 40S&W Bull Hybrid C/P 5" Gunsmith Fit (Ribbed No Ports) | $227.50 | 1 | | $3,185.00 | |
| 11 | CGABRCN | Gov't .355 Bull Hybrid C/P 5" Gunsmith Fit (Ribbed No Ports) | $227.50 | 1 | | $2,502.50 | |
| 1 | FedEx Express | FedEx Express | $50.00 | 1 | | $50.00 | |

| | |
|---|---|
| Sale Amt.: | $10,457.50 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $10,457.50 |
| Paid Today: | $0.00 |
| Balance Due: | $10,457.50 |

**SCI 000491**

**CONFIDENTIAL**

# KKM PRECISION

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Invoice #:  00022095

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | 0111 | | | | | Net 30 | 3/15/19 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 5 | CCABCN | Commander .355 Match Bull Clark/Para Ramp Gunsmith-fit | $131.00 | | | $655.00 | |
| 3 | CCABWN | Commander .355 Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | | | $393.00 | |
| 2 | CCABWT | Commander .355 Match Bull Threaded Wilson/Nowlin Ramp Gunsmith-Fit | $146.00 | | | $292.00 | |
| 7 | CGABCT | Government .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $154.00 | | | $1,078.00 | |
| 4 | CGABWN | Government .355 Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $139.00 | | | $556.00 | |
| 6 | CGABWT | Government .355 Match Bull Threaded Wilson/Nowlin Gunsmith-fit | $154.00 | | | $924.00 | |
| 4 | CGDBCN | Government 40S&W Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $556.00 | |
| 3 | CGDSCN | Government 40S&W Match Bushing Clark/Para Ramp Gunsmith-fit | $131.00 | | | $393.00 | |
| 1 | CSASCN | Government .355 Match 6" Bushing Clark/Para Ramp Gunsmith-fit | $154.00 | | | $154.00 | |
| 1 | G24B1 | Glock 24 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 1 | G34B1 | Glock 34 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 5 | CGABRCT | Gov't .355 Bull Hybrid C/P Theaded 11/16x40 Gunsmith Fit (Ribbed No Ports) | $245.00 | 1 | | $1,225.00 | |
| 10 | CXABRCT | Gov't .355 Match Bull Hybrid C/P | $236.00 | 1 | | $2,360.00 | |

| | |
|---|---|
| Sale Amt.: | |
| Freight: | |
| Sales Tax: | |
| Total Amt.: | |
| Paid Today: | |
| **Balance Due:** | |

SCI 000492

CONFIDENTIAL



# KKM PRECISION

Invoice #:   00022095

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | 0111 | | | | | Net 30 | 3/15/19 | 2 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 5 | CCABRCT | 5.0" OAL Gunsmith Fit 11/16x40 Threaded (Ribbed No Ports) Commander .355 Bull Hybrid C/P Theaded 11/16x40 Gunsmith Fit (Ribbed No Ports) | $236.00 | 1 | | $1,180.00 | |
| 10 | CGDBRCN | Gov't 40S&W Bull Hybrid C/P 5" Gunsmith Fit (Ribbed No Ports) | $227.50 | 1 | | $2,275.00 | |
| 2 | CXDBRCT | Gov't 40S&W Match Bull Hybrid C/P 5.0" OAL Gunsmith Fit 11/16x40 Threaded (Ribbed No Ports) | $236.00 | 1 | | $472.00 | |
| 1 | U.S. Postal | U.S. Postal | $120.00 | | | $120.00 | |

| | |
|---|---|
| Sale Amt.: | $12,881.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $12,881.00 |
| Paid Today: | $0.00 |
| **Balance Due:** | **$12,881.00** |

# SCI 000493

CONFIDENTIAL



Invoice #:   00022569

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | | 3/20/19 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 3 | CCABCT | Commander .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $146.00 | | | $438.00 | |
| 10 | CGABCN | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $1,390.00 | |
| 4 | CGABWT | Government .355 Match Bull Threaded Wilson/Nowlin Gunsmith-fit | $154.00 | | | $616.00 | |
| 2 | CGASCN | Government .355 Match Bushing Clark/Para Ramp Gunsmith-fit | $131.00 | | | $262.00 | |
| 4 | CGDBWN | Government 40S&W Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $139.00 | | | $556.00 | |
| 1 | G17B1 | Glock 17 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 2 | G17B1G5 | Gen 5 - Glock 17 Match 9mm Drop-in | $124.00 | | | $248.00 | |
| 2 | MPB1 | M&P Match 9mm Full Drop-in | $124.00 | | | $248.00 | |
| 1 | U.S. Postal | U.S. Postal | $40.00 | | | $40.00 | |

| | |
|---|---|
| Sale Amt.: | $3,922.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $3,922.00 |
| Paid Today: | $0.00 |
| Balance Due: | $3,922.00 |

**SCI 000494**

**CONFIDENTIAL**



**Invoice #:  00022784**

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | 4/2/19 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 10 | CGABCN | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $1,390.00 | |
| 1 | U.S. Postal | U.S. Postal | $20.00 | | | $20.00 | |

| | | |
|---|---|---|
| Sale Amt.: | $1,410.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $1,410.00 |
| Paid Today: | $0.00 |
| **Balance Due:** | **$1,410.00** |

**SCI 000495**

**CONFIDENTIAL**



**KKM PRECISION**

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Invoice #:   00024434

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | 6/18/19 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 30 | CXABRCT | Gov't .355 Match Bull Hybrid C/P 5.0" OAL Gunsmith Fit 11/16x40 Threaded (Ribbed No Ports) | $236.00 | 1 | | $7,080.00 | |
| 5 | CCABRCT | Commander .355 Bull Hybrid C/P Theaded 11/16x40 Gunsmith Fit (Ribbed No Ports) | $236.00 | 1 | | $1,180.00 | |
| 5 | CGABRCN | Gov't .355 Bull Hybrid C/P 5" Gunsmith Fit (Ribbed No Ports) | $227.50 | 1 | | $1,137.50 | |
| 10 | CGABRCT | Gov't .355 Bull Hybrid C/P Theaded 11/16x40 Gunsmith Fit (Ribbed No Ports) | $245.00 | 1 | | $2,450.00 | |
| 1 | U.S. Postal | U.S. Postal | $125.00 | | | $125.00 | |

| | | |
|---|---|---|
| | Sale Amt.: | $11,972.50 |
| | Freight: | $0.00 |
| | Sales Tax: | $0.00 |
| | Total Amt.: | $11,972.50 |
| | Paid Today: | $0.00 |
| | **Balance Due:** | $11,972.50 |

SCI 000496

CONFIDENTIAL



**KKM PRECISION**

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Invoice #:  00024561

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | 7/19/19 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 2 | CCABWN | Commander .355 Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | | | $262.00 | |
| 17 | CGABCN | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $2,363.00 | |
| 17 | CGABCT | Government .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $154.00 | | | $2,618.00 | |
| 10 | CGABWN | Government .355 Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $139.00 | | | $1,390.00 | |
| 5 | CGABWT | Government .355 Match Bull Threaded Wilson/Nowlin Gunsmith-fit | $154.00 | | | $770.00 | |
| 7 | CGASCN | Government .355 Match Bushing Clark/Para Ramp Gunsmith-fit | $131.00 | | | $917.00 | |
| 2 | CGASWN | Government .355 Match Bushing Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | | | $262.00 | |
| 5 | CGDBCN | Government 40S&W Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $695.00 | |
| 1 | CSASCN | Government .355 Match 6" Bushing Clark/Para Ramp Gunsmith-fit | $154.00 | | | $154.00 | |
| 2 | CSASWN | Government .355 Match 6" Bushing Wilson/Nowlin Ramp Gunsmith-fit | $146.00 | | | $292.00 | |
| 5 | CCABCT | Commander .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $146.00 | | | $730.00 | |
| 1 | G17B1 | Glock 17 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 2 | G34B1 | Glock 34 Match 9mm Drop-in | $124.00 | | | $248.00 | |

| | |
|---|---|
| Sale Amt.: | |
| Freight: | |
| Sales Tax: | |
| Total Amt.: | |
| Paid Today: | |
| Balance Due: | |

**SCI 000497**

CONFIDENTIAL



KKM PRECISION

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Invoice #:  00024561

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | 7/19/19 | 2 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 1 | G34B1G5 | Gen 5 - Glock 34 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 1 | G35D1 | Glock 35 Match 40S&W Drop-in | $124.00 | | | $124.00 | |
| 2 | MPB1 | M&P Match 9mm Full Drop-in | $124.00 | | | $248.00 | |
| 2 | MPB2 | M&P Match 9mm L/Pro Drop-in | $124.00 | | | $248.00 | |
| 1 | U.S. Postal | U.S. Postal | $120.00 | | | $120.00 | |

| | |
|---|---|
| Sale Amt.: | $11,689.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $11,689.00 |
| Paid Today: | $0.00 |
| Balance Due: | $11,689.00 |

**SCI 000498**

**CONFIDENTIAL**



# KKM PRECISION

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Invoice #:  00025040

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Net 30 | 8/20/19 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 30 | CXABRCT | Gov't .355 Match Bull Hybrid C/P 5.0" OAL Gunsmith Fit 11/16x40 Threaded (Ribbed No Ports) | $236.00 | 1 | | $7,080.00 | |
| 5 | CXABRWT | Gov't .355 Match Bull Hybrid W/N 5.0" OAL Gunsmith Fit 11/16x40 Threaded (Ribbed No Ports) | $236.00 | | | $1,180.00 | |
| 5 | CGABRCN | Gov't .355 Bull Hybrid C/P 5" Gunsmith Fit (Ribbed No Ports) | $227.50 | 1 | | $1,137.50 | |
| 5 | CGDBRCN | Gov't 40S&W Bull Hybrid C/P 5" Gunsmith Fit (Ribbed No Ports) | $227.50 | 1 | | $1,137.50 | |
| 5 | CGDBRWN | Gov't 40S&W Bull Hybrid W/N 5" Gunsmith Fit (Ribbed No Ports) | $227.50 | 1 | | $1,137.50 | |
| 5 | CGABRWT | Gov't .355 Bull Hybrid W/N Theaded 11/16x40 Gunsmith Fit (Ribbed No Ports) | $262.50 | | | $1,312.50 | |
| 1 | FedEx Express | FedEx Express | $100.00 | | | $100.00 | |

| | |
|---|---|
| Sale Amt.: | $13,085.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $13,085.00 |
| Paid Today: | $0.00 |
| Balance Due: | $13,085.00 |

**SCI 000499**

CONFIDENTIAL



**KKM PRECISION**

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Invoice #:   00025014

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | 8/21/19 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 4 | CGABCT | Government .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $154.00 | | | $616.00 | |
| 6 | CGABCN | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $834.00 | |
| 1 | U.S. Postal | U.S. Postal | $24.00 | | | $24.00 | |

| | | |
|---|---|---|
| | Sale Amt.: | $1,474.00 |
| | Freight: | $0.00 |
| | Sales Tax: | $0.00 |
| | Total Amt.: | $1,474.00 |
| | Paid Today: | $0.00 |
| | **Balance Due:** | $1,474.00 |

**SCI 000500**

**CONFIDENTIAL**



# KKM PRECISION

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Invoice #:  00016096

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | | 11/27/17 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 1 | CCABCT | Commander .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit 3 MORE WILL FOLLOW SHORTLY | $146.00 | | | $146.00 | |
| 3 | CCABWT | Commander .355 Match Bull Threaded Wilson/Nowlin Ramp Gunsmith-Fit | $146.00 | | | $438.00 | |
| 2 | CGABCT | Government .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $154.00 | | | $308.00 | |
| 5 | CGABWN | Government .355 Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $139.00 | | | $695.00 | |
| 9 | CGABWT | Government .355 Match Bull Threaded Wilson/Nowlin Gunsmith-fit | $154.00 | | | $1,386.00 | |
| 4 | CGASWN | Government .355 Match Bushing Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | | | $524.00 | |
| 2 | CSASWN | Government .355 Match 6" Bushing Wilson/Nowlin Ramp Gunsmith-fit | $146.00 | | | $292.00 | |
| 7 | CGABCN | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $973.00 | |
| 9 | CGDBCN | Government 40S&W Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $1,251.00 | |
| 2 | G17B1G5 | Gen 5 - Glock 17 Match 9mm Drop-in | $124.00 | | | $248.00 | |
| 2 | G17B1C | Glock 17 Match 9mm & Comp | $206.00 | | | $412.00 | |

| | | |
|---|---|---|
| Sale Amt.: | | |
| Freight: | | |
| Sales Tax: | | |
| Total Amt.: | | |
| Paid Today: | | |
| Balance Due: | | |

**SCI 000501**

**CONFIDENTIAL**



## KKM PRECISION

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Invoice #:  00016096

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | | 11/27/17 | 2 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 2 | G17B1T1 | Drop-in<br>Glock 17 Match 9mm Drop-in with<br>1/2x28 Suppressor Threads | $189.00 | | | $378.00 | |
| 2 | G19B1T1 | Glock 19 Match Drop-in with<br>1/2x28 Suppressor Threads | $189.00 | | | $378.00 | |
| 1 | G19B1 | Glock 19 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 1 | G34B1 | Glock 34 Match 9mm Drop-in<br>Want's for a Gen 5 G34. | $124.00 | | | $124.00 | |
| 2 | G35D1 | Glock 35 Match 40S&W Drop-in | $124.00 | | | $248.00 | |
| 1 | U.S. Postal | U.S. Postal | $80.00 | | | $80.00 | |

| | |
|---|---|
| Sale Amt.: | $8,005.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $8,005.00 |
| Paid Today: | $0.00 |
| **Balance Due:** | **$8,005.00** |

**SCI 000502**

**CONFIDENTIAL**



**KKM PRECISION**

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Invoice #:  00017400

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | 3/5/18 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 3 | CCABCT | Commander .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $146.00 | | | $438.00 | |
| 1 | Comments | These are from order #00016096 11-27-17 | | | | | |

| | |
|---|---|
| Sale Amt.: | $438.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $438.00 |
| Paid Today: | $0.00 |
| **Balance Due:** | **$438.00** |

**SCI 000503**

**CONFIDENTIAL**

SCI 000504

CONFIDENTIAL



**KKM PRECISION**

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Invoice #:   00018527

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | 0508 | | | X | | Prepaid | | 5/8/18 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 5 | CCABCT | Commander .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $146.00 | | | $730.00 | |
| 1 | CCABWT | Commander .355 Match Bull Threaded Wilson/Nowlin Ramp Gunsmith-Fit | $146.00 | | | $146.00 | |
| 8 | CGABCN | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $1,112.00 | |
| 7 | CGABCT | Government .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $154.00 | | | $1,078.00 | |
| 7 | CGABWN | Government .355 Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $139.00 | | | $973.00 | |
| 10 | CGABWT | Government .355 Match Bull Threaded Wilson/Nowlin Gunsmith-fit | $154.00 | | | $1,540.00 | |
| 8 | CGASCN | Government .355 Match Bushing Clark/Para Ramp Gunsmith-fit | $131.00 | | | $1,048.00 | |
| 4 | CGASWN | Government .355 Match Bushing Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | | | $524.00 | |
| 8 | CGDBCN | Government 40S&W Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $1,112.00 | |
| 6 | CGDSCN | Government 40S&W Match Bushing Clark/Para Ramp Gunsmith-fit | $131.00 | | | $786.00 | |
| 5 | CGDSWN | Government 40S&W Bushing Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | | | $655.00 | |
| 1 | CSASCN | Government .355 Match 6" Bushing | $154.00 | | | $154.00 | |

| | |
|---|---|
| Sale Amt.: | |
| Freight: | |
| Sales Tax: | |
| Total Amt.: | |
| Paid Today: | |
| Balance Due: | |

**SCI 000505**

CONFIDENTIAL



**KKM PRECISION**

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Invoice #:  00018527

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | 0508 | | | X | | Prepaid | 5/8/18 | 2 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| | | Clark/Para Ramp Gunsmith-fit | | | | | |
| 2 | G17B1 | Glock 17 Match 9mm Drop-in | $124.00 | | | $248.00 | |
| 1 | G17B1G5 | Gen 5 - Glock 17 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 2 | G17B1C | Glock 17 Match 9mm & Comp Drop-in | $206.00 | | | $412.00 | |
| 2 | G19B1 | Glock 19 Match 9mm Drop-in | $124.00 | | | $248.00 | |
| 1 | G24D1 | Glock 24 Match 40S&W Drop-in | $124.00 | | | $124.00 | |
| 2 | G34B1 | Glock 34 Match 9mm Drop-in | $124.00 | | | $248.00 | |
| 2 | G34B1G5 | Gen 5 - Glock 34 Match 9mm Drop-in | $124.00 | | | $248.00 | |
| 1 | G35D1 | Glock 35 Match 40S&W Drop-in | $124.00 | | | $124.00 | |
| 1 | G35B1 | Glock 35 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 1 | MPB1 | M&P Match 9mm Full Drop-in | $124.00 | | | $124.00 | |
| 3 | MPB2 | M&P Match 9mm L/Pro Drop-in | $124.00 | | | $372.00 | |
| 1 | U.S. Postal | U.S. Postal | $140.00 | | | $140.00 | |

| | |
|---|---|
| Sale Amt.: | $12,394.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $12,394.00 |
| Paid Today: | $0.00 |
| **Balance Due:** | **$12,394.00** |

**SCI 000506**

CONFIDENTIAL



# KKM PRECISION

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Invoice #: 00018527

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | 0508 | | | X | | Prepaid | | 5/8/18 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 5 | CCABCT +O | Commander .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $146.00 | | | $730.00 | |
| 1 | CCABWT +O | Commander .355 Match Bull Threaded Wilson/Nowlin Ramp Gunsmith-Fit | $146.00 | | | $146.00 | |
| 8 | CGABCN +O | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $1,112.00 | |
| 7 | CGABCT +I | Government .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $154.00 | | | $1,078.00 | |
| 7 | CGABWN +O | Government .355 Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $139.00 | | | $973.00 | |
| 10 | CGABWT +O | Government .355 Match Bull Threaded Wilson/Nowlin Gunsmith-fit | $154.00 | | | $1,540.00 | |
| 8 | CGASCN +I | Government .355 Match Bushing Clark/Para Ramp Gunsmith-fit | $225.00 | | | $1,800.00 | |
| 4 | CGASWN +O | Government .355 Match Bushing Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | | | $524.00 | |
| 8 | CGDBCN +O | Government 40S&W Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $1,112.00 | |
| 6 | CGDSCN +O | Government 40S&W Match Bushing Clark/Para Ramp Gunsmith-fit | $131.00 | | | $786.00 | |
| 5 | CGDSWN +O | Government 40S&W Bushing Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | | | $655.00 | |
| 1 | CSASCN +O | Government .355 Match 6" Bushing | $154.00 | | | $154.00 | |

| | |
|---|---|
| Sale Amt.: | |
| Freight: | |
| Sales Tax: | |
| Total Amt.: | |
| Paid Today: | |
| Balance Due: | |

SCI 000507

CONFIDENTIAL

CONFIDENTIAL



Invoice #:   00019900

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | 8/17/18 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 10 1 | CGABCN Comments | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit Taken from your PO #0731 | $139.00 | | | $1,390.00 | |

| | |
|---|---|
| Sale Amt.: | $1,390.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $1,390.00 |
| Paid Today: | $0.00 |
| **Balance Due** | **$1,390.00** |

SCI 000509

CONFIDENTIAL

SCI 000510

CONFIDENTIAL



**KKM PRECISION**

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Invoice #:  00019672

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| | 0731 | | | X | | Prepaid | 8/2/18 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 5 | CCABCN | Commander .355 Match Bull Clark/Para Ramp Gunsmith-fit | $131.00 | | | $655.00 | |
| 3 | CCABWN | Commander .355 Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | | | $393.00 | |
| 3 | CCASCN | Commander .355 Match Bushing Clark/Para Ramp Gunsmith-fit | $131.00 | | | $393.00 | |
| 1 | CCABWT | Commander .355 Match Bull Threaded Wilson/Nowlin Ramp Gunsmith-Fit | $146.00 | | | $146.00 | |
| 5 | CGABCN | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $695.00 | |
| 2 | CGABCT | Government .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $154.00 | | | $308.00 | |
| 2 | CGASCN | Government .355 Match Bushing Clark/Para Ramp Gunsmith-fit | $131.00 | | | $262.00 | |
| 7 | CGDBCN | Government 40S&W Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $973.00 | |
| 1 | G17B1 | Glock 17 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 1 | G35B | Glock 35 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 2 | G35D1 | Glock 35 Match 40S&W Drop-in | $124.00 | | | $248.00 | |
| 1 | U.S. Postal | U.S. Postal | $60.00 | | | $60.00 | |

| | |
|---|---|
| Sale Amt.: | $4,381.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $4,381.00 |
| Paid Today: | $0.00 |
| **Balance Due:** | **$4,381.00** |

**SCI 000511**

CONFIDENTIAL

SCI 000512

CONFIDENTIAL



**KKM PRECISION**

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Invoice #: 00020687

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | 1010 | | | X | | Prepaid | | 10/10/18 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 15 | CGABCN | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $2,085.00 | |
| 7 | CGABCT | Government .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $154.00 | | | $1,078.00 | |
| 1 | CGABWN | Government .355 Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $139.00 | | | $139.00 | |
| 3 | CGABWT | Government .355 Match Bull Threaded Wilson/Nowlin Gunsmith-fit | $154.00 | | | $462.00 | |
| 9 | CGASCN | Government .355 Match Bushing Clark/Para Ramp Gunsmith-fit | $131.00 | | | $1,179.00 | |
| 1 | CGASWN | Government .355 Match Bushing Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | | | $131.00 | |
| 1 | CGDBCN | Government 40S&W Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $139.00 | |
| 1 | CGDBWN | Government 40S&W Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $139.00 | | | $139.00 | |
| 1 | CGDSCN | Government 40S&W Match Bushing Clark/Para Ramp Gunsmith-fit | $131.00 | | | $131.00 | |
| 1 | CGDSWN | Government 40S&W Bushing Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | | | $131.00 | |
| 1 | CSASCN | Government .355 Match 6" Bushing Clark/Para Ramp Gunsmith-fit | $154.00 | | | $154.00 | |
| 1 | CSDSWN | Government 40S&W Match 6" Bushing Wilson/Nowlin Ramp Gunsmith-fit | $146.00 | | | $146.00 | |

| | |
|---|---|
| Sale Amt.: | |
| Freight: | |
| Sales Tax: | |
| Total Amt.: | |
| Paid Today: | |
| Balance Due: | |

**SCI 000513**

**CONFIDENTIAL**



5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Invoice #:   00020687

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | 1010 | | | X | | Prepaid | | 10/10/18 | 2 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 1 | G17B1 +3 | Glock 17 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 1 | G34B1 +0 | Glock 34 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 1 | G34B1G5 +0 | Gen 5 - Glock 34 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 2 | MPB1 +0 | M&P Match 9mm Full Drop-in | $124.00 | | | $248.00 | |
| 1 | U.S. Postal | U.S. Postal | $70.00 | | | $70.00 | |

| | |
|---|---|
| Sale Amt.: | $6,604.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $6,604.00 |
| Paid Today: | $0.00 |
| Balance Due: | $6,604.00 |

SCI 000514

CONFIDENTIAL



# KKM PRECISION

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

**Invoice #: 00017933**

Ship To:
Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Bill To:
Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

502-570-4112

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | | 4/2/18 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 5 | CGABCN +0 | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $695.00 | |
| 5 | CGABCT +0 | Government .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $154.00 | | | $770.00 | |
| 10 | CGASCN +0 | Government .355 Match Bushing Clark/Para Ramp Gunsmith-fit | $131.00 | | | $1,310.00 | |
| 1 | CGASWN +0 | Government .355 Match Bushing Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | | | $131.00 | |
| 2 | CGDSCN +0 | Government 40S&W Match Bushing Clark/Para Ramp Gunsmith-fit | $131.00 | | | $262.00 | |
| 5 | G17B1 +0 | Glock 17 Match 9mm Drop-in | $124.00 | | | $620.00 | |
| 1 | G17B1T1 +2 | Glock 17 Match 9mm Drop-in with 1/2x28 Suppressor Threads | $189.00 | | | $189.00 | |
| 1 | G19B1 +0 | Glock 19 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 3 | G19B1T1 +1 | Glock 19 Match Drop-in with 1/2x28 Suppressor Threads | $189.00 | | | $567.00 | |
| 3 | G34B1 +0 | Glock 34 Match 9mm Drop-in | $124.00 | | | $372.00 | |
| 2 | G35B1 +1 | Glock 35 Match 9mm Drop-in | $124.00 | | | $248.00 | |
| 1 | G35D1 +1 | Glock 35 Match 40S&W Drop-in | $124.00 | | | $124.00 | |
| 1 | U.S. Postal | U.S. Postal | $50.00 | | | $50.00 | |

| | |
|---|---|
| Sale Amt.: | $5,462.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $5,462.00 |
| Paid Today: | $0.00 |
| **Balance Due:** | **$5,462.00** |

SCI 000515

CONFIDENTIAL

SCI 000516

**CONFIDENTIAL**



**KKM Precision**

5201 Convair
Carson City, NV 89706
USA

support@kkmprecision.com
Ph: 775-246-5444
Fax: 775-246-9182

# INVOICE

Invoice #: 00081931

**Bill to:**

Shooters Connection
804 South Broadway
Unit 9
Georgetown, KY 40324
USA

**Ship to:**

Shooters Connection
804 South Broadway
Unit 9
Georgetown, KY 40324
USA

| CUSTOMERS P.O. # | | TERMS | DATE |
|---|---|---|---|
| | | Prepaid | 3/7/16 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 6 | CCABCT | Commander .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $146.00 | $876.00 |
| 2 | CCABWT | Commander .355 Match Bull Threaded Wilson/Nowlin Ramp Gunsmith-Fit | $146.00 | $292.00 |
| 3 | CGASCN | Government .355 Match Bushing Clark/Para Ramp Gunsmith-fit | $131.00 | $393.00 |
| 2 | CGDSWN | Government 40S&W Bushing Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | $262.00 |
| 2 | G17B1C | Glock 17 Match 9mm & Comp Drop-in | $206.00 | $412.00 |
| 2 | G17B1T1 | Glock 17 Match 9mm Drop-in with 1/2x28 Suppressor Threads | $189.00 | $378.00 |
| 1 | G19B1 | Glock 19 Match 9mm Drop-in | $124.00 | $124.00 |
| 2 | G24B1 | Glock 24 Match 9mm Drop-in | $124.00 | $248.00 |
| 3 | G35B1 | Glock 35 Match 9mm Drop-in | $124.00 | $372.00 |
| 1 | MPB2 | M&P Match 9mm L/Pro Drop-in | $124.00 | $124.00 |
| 1 | U.S. Postal | U.S. Postal | $30.00 | $30.00 |

| | | SALE AMT. | $3,511.00 |
|---|---|---|---|
| | | FREIGHT | $0.00 |
| | | SALES TAX | $0.00 |
| | | TOTAL AMT. | $3,511.00 |
| | | PAID TODAY | $0.00 |
| | | **BALANCE DUE** | **$3,511.00** |

*Short Barrels*

**SCI 000517**

**CONFIDENTIAL**



**KKM Precision**

5201 Convair
Carson City, NV 89706
USA

support@kkmprecision.com
Ph: 775-246-5444
Fax: 775-246-9182

# INVOICE

Invoice #: 00081747

**Bill to:**

Shooters Connection
804 South Broadway
Unit 9
Georgetown, KY 40324
USA

**Ship to:**

Shooters Connection
804 South Broadway
Unit 9
Georgetown, KY 40324
USA

| CUSTOMERS P.O. # | | | TERMS | DATE |
|---|---|---|---|---|
| | | | Prepaid | 2/19/16 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | EXTENDED PRICE |
|---|---|---|---|---|
| 2 | G17B1C | Glock 17 Match 9mm & Comp Drop-in | $206.00 | $412.00 |
| 1 | G17B1T1 | Glock 17 Match 9mm Drop-in with 1/2x28 Suppressor Threads | $189.00 | $189.00 |
| 7 | G19B1 | Glock 19 Match 9mm Drop-in | $124.00 | $868.00 |
| 4 | G19B1T1 | Glock 19 Match Drop-in with 1/2x28 Suppressor Threads | $189.00 | $756.00 |
| 1 | U.S. Postal | U.S. Postal | $25.00 | $25.00 |

| | |
|---|---|
| SALE AMT. | $2,250.00 |
| FREIGHT | $0.00 |
| SALES TAX | $0.00 |
| TOTAL AMT. | $2,250.00 |
| PAID TODAY | $0.00 |
| **BALANCE DUE** | **$2,250.00** |

**SCI 000518**

**CONFIDENTIAL**



**KKM Precision**
5201 Convair
Carson City, NV 89706
USA

support@kkmprecision.com
Ph: 775-246-5444
Fax: 775-246-9182

# INVOICE

Invoice #: 00081674

**Bill to:**

Shooters Connection
804 South Broadway
Unit 9
Georgetown, KY 40324
USA

**Ship to:**

Shooters Connection
804 South Broadway
Unit 9
Georgetown, KY 40324
USA

| CUSTOMERS P.O. # | | TERMS | DATE |
|---|---|---|---|
| | | Prepaid | 2/12/16 |

| QTY. | | ITEM NO. | DESCRIPTION | PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|
| 3 | 1 | CCABCT | Commander .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $146.00 | $146.00 |
| 0 | 5 | CGABCN | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | $695.00 |
| 0 | 3 | CGABWN | Government .355 Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $139.00 | $417.00 |
| 0 | 8 | CGABCT | Government .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $154.00 | $1,232.00 |
| 0 | 7 | CGABWT | Government .355 Match Bull Threaded Wilson/Nowlin Gunsmith-fit | $154.00 | $1,078.00 |
| 0 | 3 | CGASCN | Government .355 Match Bushing Clark/Para Ramp Gunsmith-fit | $131.00 | $393.00 |
| 0 | 5 | CGASWN | Government .355 Match Bushing Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | $655.00 |
| 0 | 6 | CGDBCN | Government 40S&W Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | $834.00 |
| | 3 | CGDBWN | Government 40S&W Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $139.00 | $417.00 |
| 0 | 1 | G24B1 | Glock 24 Match 9mm Drop-in | $124.00 | $124.00 |
| 2 | 3 | G17B1 | Glock 17 Match 9mm Drop-in | $124.00 | $372.00 |
| 0 | 7 | G34B1 | Glock 34 Match 9mm Drop-in | $124.00 | $868.00 |

| | | SALE AMT. | |
|---|---|---|---|
| | | FREIGHT | |
| | | SALES TAX | |
| | | TOTAL AMT. | |
| | | PAID TODAY | |
| | | **BALANCE DUE** | |

**SCI 000519**

**CONFIDENTIAL**



Invoice #:  00008693

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

| SALESPERSON | YOUR NO. | | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | X | | Prepaid | | 5/3/16 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 5 | G35D1 | Glock 35 Match 40S&W Drop-in | $124.00 | | | $620.00 | |
| 3 | G34B1 | Glock 34 Match 9mm Drop-in | $124.00 | | | $372.00 | |
| 1 | G17B | Glock 17 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 5 | MPB2 | M&P Match 9mm L/Pro Drop-in | $124.00 | | | $620.00 | |
| 1 | U.S. Postal | U.S. Postal | $20.00 | | | $20.00 | |

| | |
|---|---|
| Sale Amt.: | $1,756.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $1,756.00 |
| Paid Today: | $0.00 |
| Balance Due: | $1,756.00 |

**SCI 000520**

**CONFIDENTIAL**

# KKM PRECISION

**Invoice #:  00009002**

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | | 5/27/16 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 10 | CGABCT | Government .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $154.00 | | | $1,540.00 | |
| 5 | CGABWN | Government .355 Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $139.00 | | | $695.00 | |
| 5 | CGASWN | Government .355 Match Bushing Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | | | $655.00 | |
| 1 | U.S. Postal | U.S. Postal | $30.00 | | | $30.00 | |

INVENTORY
WDATED
6/17/16
RZ

| | |
|---|---|
| Sale Amt.: | $2,920.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $2,920.00 |
| Paid Today: | $0.00 |
| **Balance Due:** | **$2,920.00** |

**SCI 000521**

**CONFIDENTIAL**



Invoice #:   00008694

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | | 5/3/16 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 10 | CGABCN | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $1,390.00 | |
| 10 | CGABWT | Government .355 Match Bull Threaded Wilson/Nowlin Gunsmith-fit | $154.00 | | | $1,540.00 | |
| 10 | CGDBCN | Government 40S&W Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $1,390.00 | |
| 3 | CGDBWN | Government 40S&W Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $139.00 | | | $417.00 | |
| 2 | CGDSCN | Government 40S&W Match Bushing Clark/Para Ramp Gunsmith-fit | $131.00 | | | $262.00 | |
| 2 | CGDSWN | Government 40S&W Bushing Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | | | $262.00 | |
| 1 | U.S. Postal | U.S. Postal | $50.00 | | | $50.00 | |

| | |
|---|---|
| Sale Amt.: | $5,311.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $5,311.00 |
| Paid Today: | $0.00 |
| Balance Due: | $5,311.00 |

**SCI 000522**

**CONFIDENTIAL**

# KKM PRECISION

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Invoice #:   00010184

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | | 8/23/16 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 5 | G17B | Glock 17 Match 9mm Drop-in | $124.00 | | | $620.00 | |
| 1 | G17B1T | Glock 17 Match 9mm Drop-in with 1/2x28 Suppressor Threads | $189.00 | | | $189.00 | |
| 1 | G19B | Glock 19 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 5 | G34B | Glock 34 Match 9mm Drop-in | $124.00 | | | $620.00 | |
| 1 | G35B | Glock 35 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 2 | G35D1 | Glock 35 Match 40S&W Drop-in | $124.00 | | | $248.00 | |
| 1 | MPB1 | M&P Match 9mm Full Drop-in | $124.00 | | | $124.00 | |
| 2 | MPB2 | M&P Match 9mm L/Pro Drop-in | $124.00 | | | $248.00 | |

| | |
|---|---|
| Sale Amt.: | $2,297.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $2,297.00 |
| Paid Today: | $0.00 |
| Balance Due: | $2,297.00 |

SCI 000523

CONFIDENTIAL



Invoice #:  00010186

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | | 8/23/16 | 1 |

| QTY. | | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|---|
| 2 | 1 | CGABWT | Government .355 Match Bull Threaded Wilson/Nowlin Gunsmith-fit | $154.00 | | | $154.00 | |
| 0 | 3 | CGDBWN | Government 40S&W Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $139.00 | | | $417.00 | |
| 4 | 4 | CGDSCN | Government 40S&W Match Bushing Clark/Para Ramp Gunsmith-fit | $131.00 | | | $524.00 | |
| 1 | 2 | CGDSWN | Government 40S&W Bushing Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | | | $262.00 | |
| 0 | 2 | CGABCT | Government .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $154.00 | | | $308.00 | |

| | | |
|---|---|---|
| | Sale Amt.: | $1,665.00 |
| | Freight: | $0.00 |
| | Sales Tax: | $0.00 |
| | Total Amt.: | $1,665.00 |
| | Paid Today: | $0.00 |
| | Balance Due: | $1,665.00 |

**SCI 000524**

CONFIDENTIAL



Invoice #:  00010185

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | | 8/23/16 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 2 | CCABCT | Commander .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $146.00 | | | $292.00 | |
| 1 | CCABWT | Commander .355 Match Bull Threaded Wilson/Nowlin Ramp Gunsmith-Fit | $146.00 | | | $146.00 | |
| 5 | CGABCN | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $695.00 | |
| 2 | CGABWT | Government .355 Match Bull Threaded Wilson/Nowlin Gunsmith-fit | $154.00 | | | $308.00 | |
| 4 | CGASCN | Government .355 Match Bushing Clark/Para Ramp Gunsmith-fit | $131.00 | | | $524.00 | |
| 2 | CGASWN | Government .355 Match Bushing Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | | | $262.00 | |
| 10 | CGDBCN | Government 40S&W Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $1,390.00 | |

| | |
|---|---|
| Sale Amt.: | $3,617.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $3,617.00 |
| Paid Today: | $0.00 |
| **Balance Due:** | **$3,617.00** |

SCI 000525

CONFIDENTIAL



**Invoice #:   00011026**

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Bill To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

Ship To:

Shooter's Connection
804 South Broadway Unit 9
Georgetown, KY 40324

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | | 10/31/16 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 8 | CGABCN | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $139.00 | | | $1,112.00 | |
| 7 | CGABCT | Government .355 Match Bull Threaded Clark/Para Ramp Gunsmith-fit | $154.00 | | | $1,078.00 | |
| 2 | CGABWN | Government .355 Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $139.00 | | | $278.00 | |
| 4 | CGABWT | Government .355 Match Bull Threaded Wilson/Nowlin Gunsmith-fit | $154.00 | | | $616.00 | |
| 1 | CGDBWN | Government 40S&W Match Bull Wilson/Nowlin Ramp Gunsmith-fit | $139.00 | | | $139.00 | |
| 2 | CGDSWN | Government 40S&W Bushing Wilson/Nowlin Ramp Gunsmith-fit | $131.00 | | | $262.00 | |
| 2 | CSASCN | Government .355 Match 6" Bushing Clark/Para Ramp Gunsmith-fit | $154.00 | | | $308.00 | |
| 1 | G17B | Glock 17 Match 9mm Drop-in | $124.00 | | | $124.00 | |
| 3 | G34B | Glock 34 Match 9mm Drop-in | $124.00 | | | $372.00 | |
| 6 | MPB2 | M&P Match 9mm L Pro Drop-in | $124.00 | | | $744.00 | |
| 1 | U.S. Postal | U.S. Postal | $50.00 | | | $50.00 | |

| | |
|---|---|
| Sale Amt.: | $5,083.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $5,083.00 |
| Paid Today: | $0.00 |
| **Balance Due:** | **$5,083.00** |

**SCI 000526**

**CONFIDENTIAL**