Fix your fucked up guns

Sue shooters connection for selling you the barrels cause kkm called your bullshit



SCI 000528

CONFIDENTIAL