10/4/21, 12:04 PM																							Dame Michael

Chuck    Home

 **Shay Akai**
"everything should be free! Free!"

That is on a gun he didn't even buy from us.

6m   Like   Reply

 **Dame Michael**
So 9mm major open guns aren't built to handle the over pressured rounds needed to make major in open? See **Luke Cao**, its obviously your fault for letting shay build a 9mm major

Just now   Like   Reply

 **Dame Michael**
Was this one of the soft barreled guns?

Just now   Like   Reply

••• Someone is writing a comment...

 Write a reply    

file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akaithumb/F__/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemichael...   86/276

**SCI 000985**

**CONFIDENTIAL**