9/23/21, 1:53 PM    Dame Michael

 Chuck    Home

**Chuck Bradley**

not sure never asked him. Luke has some friends in places that can get the info. His lawyer said the lawyer who wrote the first letter was a joke.

Jan 13, 2020, 3:39 PM

**Dame Michael**

When shay was blaming a bad lot of 3n38 for his slides cracking

Jan 13, 2020, 3:38 PM

**Dame Michael**

Does luke know about the powder post from years ago

Jan 13, 2020, 3:38 PM

**Dame Michael**

Come on kkm, time for the final KO punch

Jan 13, 2020, 3:35 PM

**Chuck Bradley**

Not sure, but until he is convicted not sure they can deny it

Jan 13, 2020, 3:34 PM

**Dame Michael**

How did he get an ffl with an open federal investigation

Jan 13, 2020, 3:33 PM

**Chuck Bradley**

But nothings been done for 10 years on it

Jan 13, 2020, 3:32 PM

**Dame Michael**

file:///C:/Users/HaganW/Desktop/message_1.html    45/133

**SCI 000580**

**CONFIDENTIAL**

**Chuck Bradley**

FBI was investigating and its still an open case.

Jan 13, 2020, 3:32 PM

**Dame Michael**

Oh

Jan 13, 2020, 3:31 PM

**Chuck Bradley**

day trading scam lawsuits.

Jan 13, 2020, 3:31 PM

**Dame Michael**

Just learned about the trucking stuff last week

Jan 13, 2020, 3:31 PM

**Dame Michael**

What the suits?

Jan 13, 2020, 3:30 PM

**Chuck Bradley**

You seen it already

Jan 13, 2020, 3:30 PM

**Dame Michael**

Or

Jan 13, 2020, 3:29 PM

**Dame Michael**

That's a barrel that was replaced of out of a gun that was running when it was removed

SCI 000581

CONFIDENTIAL

9/23/21, 1:53 PM                                           Dame Michael

 Chuck     Home

**Dame Michael**

I couldn't find any law suits over the moving companies

Jan 13, 2020, 3:28 PM

**Chuck Bradley**

I didn't ask but it had been torched

Jan 13, 2020, 3:28 PM

**Chuck Bradley**

Luke also said he found the lawsuits that he was involved with. Many. And there us an active investigation with fbi over his day trading scam. They are going to make a public statement to address thus and post the letters
😊Dame Michael

Jan 13, 2020, 3:27 PM

**Dame Michael**

Did they test the hardness on it?

Jan 13, 2020, 3:27 PM

**Chuck Bradley**

Like got it from somebody else

Jan 13, 2020, 3:26 PM

**Chuck Bradley**

Thus is the only barrrel Kkm has of his. Like said the barrrl is cut real thin and the tungsten is way to heavy causing undue stress. The stop pin cut us way over cut, to far back. The barrel was torched I suppose to get the sleeve on or off. Thus is why he wouldn't send any back

Jan 13, 2020, 3:25 PM

**Dame Michael**

Those lugs look like a 2 yr old cut them

Jan 13, 2020, 3:23 PM

**SCI 000582**

**CONFIDENTIAL**

Jan 13, 2020, 3:23 PM

**Chuck Bradley**

Jan 13, 2020, 3:22 PM

**Dame Michael**

Tungsten sleeve bs

Jan 13, 2020, 3:22 PM

**Chuck Bradley**

Jan 13, 2020, 3:22 PM

**Chuck Bradley**

Jan 13, 2020, 3:21 PM

**Dame Michael**

I've been sharing it in PM all morning.

Jan 10, 2020, 2:58 PM

**Dame Michael**

I think I'm going to sit on that until the contingency thing lights up again

Jan 10, 2020, 2:58 PM

**Chuck Bradley**

So any reaction if it was made public?

**SCI 000583**

**CONFIDENTIAL**

**Chuck Bradley**

As did I , he finally paid then he was on cash or card

Jan 10, 2020, 2:56 PM

**Dame Michael**

Pt had to chase him down at nats one year

Jan 10, 2020, 2:56 PM

**Chuck Bradley**

I feel lucky that when he owed me 25 k 8 years ago that I got paid

Jan 10, 2020, 2:54 PM

**Dame Michael**



Jan 10, 2020, 11:39 AM

**Dame Michael**

https://www.movingscam.com/forum/viewtopic.php?t=7726
https://www.movingscam.com/forum/viewtopic.php?t=7726

Jan 10, 2020, 11:39 AM

**Chuck Bradley**

Lol, slides can beach but barrels can't ?

Jan 8, 2020, 2:58 PM

**Dame Michael**

So he tried using my broke infinity to back up his stance. So I through some kkm and sc digs in

Jan 8, 2020, 2:58 PM

**Dame Michael**

Well ya, that's the point

SCI 000584

CONFIDENTIAL