9/23/21, 1:53 PM                                                Dame Michael

 Chuck      Home

---

**Dame Michael**



Dec 17, 2019, 12:52 PM

**Dame Michael**



Dec 17, 2019, 12:51 PM

**Dame Michael**

He wont buy that

Dec 17, 2019, 12:41 PM

**Chuck Bradley**

You could say you grabbed it from another online chat group you've been following

Dec 17, 2019, 12:41 PM

**Dame Michael**



Dec 17, 2019, 12:41 PM

**Chuck Bradley**

I have a screen shot if the conversation but if you post it he'll know you have a connection into here.
You could play like you are his spy on us

Dec 17, 2019, 12:40 PM

**Chuck Bradley**

Kkm has offered many times , I've personally been in the middle of tub

Dec 17, 2019, 12:39 PM

**Chuck Bradley**

SCI 000593

**CONFIDENTIAL**