9/23/21, 1:53 PM                                                  Dame Michael

Chuck      Home

---

Its not

Dec 9, 2019, 4:17 PM

**Chuck Bradley**

where is all this posted?

Dec 9, 2019, 4:17 PM

**Chuck Bradley**

ask him why he has never provided any of the barrels or the test results to KKM? Why he is hiding it from them. KKM has only talked to him twice through this whole ordeal. They simply asked for a barrel to assess.

Dec 9, 2019, 4:15 PM

**Chuck Bradley**

I don't make them so I don't have insurance for product liability.

Dec 9, 2019, 4:10 PM

**Dame Michael**

Hes got to be bleeding money, all that new equipment low gun sales, parts look like shit. Must think you are easy pray for a pay out

Dec 9, 2019, 4:09 PM

**Dame Michael**

Just want to make sure I dont help shays attack

Dec 9, 2019, 4:08 PM

**Dame Michael**

Bagger already has memes qued up

Dec 9, 2019, 4:08 PM

**Chuck Bradley**

sure why not

SCI 000631

CONFIDENTIAL

9/23/21, 1:53 PM

Dame Michael

 Chuck      Home

## Dame Michael

Are we cleared to play with that info?

Dec 9, 2019, 4:08 PM

## Chuck Bradley

KKM offered to look into it and asked for a barrel. They would have replaced every one if there was a problem. He refused, never sent them one, or any evidence. We have had others test and not a single one found soft. Branden Bunker is much more reputable gunsmith than shay and he laughed at his postings of tests. He was doing them wrong. Brandon found none soft. KKM tested their inventory and all were good. Fact is shay is using the barrel in a way that isn't working ad he needs a scape goat. And we dont make any of the barrels. We sell KKM and have an exclusive on one type. And we got a letter demanding 1 million in dmaages today from his so called attorney who is just another shooter.

Dec 9, 2019, 4:06 PM

## Dame Michael

That was just a quick search in the chat group, if theres any specific keywords you think I should search for let me know

Dec 9, 2019, 4:03 PM

## Dame Michael

Talking about the kkm barrels

Dec 9, 2019, 4:02 PM

## Dame Michael

That's shay

Dec 9, 2019, 4:02 PM

## Chuck Bradley

who is it?

Dec 9, 2019, 4:01 PM

## Dame Michael

How can I help burn this cunt?

file:///C:/Users/HaganW/Desktop/message_1.html

97/133

**SCI 000632**

**CONFIDENTIAL**