9/23/21, 2:52 PM                                                      Dame Michael and Tim Mekosh

 | Chuck      Home

---

**Dame Michael**

He called him at home?

Feb 8, 2021, 8:18 AM

**Chuck Bradley**

No but he was repeating what he was supposedly told by luke, and he was drunk.

Feb 8, 2021, 8:17 AM

**Dame Michael**

So taking his word as gospel is rather dumb

Feb 8, 2021, 8:17 AM

**Dame Michael**

John's not a machinist, and shay knows this

Feb 8, 2021, 8:17 AM

**Chuck Bradley**

I think he recorded some calls with all of us. I sensed it last time I talked to him. But if he has mine it was me begging him to return at least a half a barrel. I do think he recorded luke and maybe John which may be the most damaging. John misunderstood Luke and said the wrong thing. John told Shay there was 2 different metals. Which there were but it was 2 different brands of the same metal. Even OCG test report says the metal is a 416r.

Feb 8, 2021, 8:15 AM

**Tim Mekosh**

Gary sheres is an Akai shooter or was

Feb 8, 2021, 8:15 AM

**Dame Michael**

Why does gary sheres sound familiar

Feb 8, 2021, 8:13 AM

file:///C:/Users/HaganW/Desktop/amessage_1.html                                          12/211

SCI 000665

CONFIDENTIAL