

EXHIBIT 5

SCI 000641

CONFIDENTIAL