So where is all this playing out? All private chats?

Dec 15, 2019, 6:13 PM

**Dame Michael**

Also sent them all the old shit about shays daytrading

Dec 15, 2019, 5:59 PM

**Dame Michael**

But I've sent them stuff

Dec 15, 2019, 5:59 PM

**Chuck Bradley**

Oh

Dec 15, 2019, 5:59 PM

**Dame Michael**

I honestly dont know

Dec 15, 2019, 5:59 PM

**Chuck Bradley**

Who is it

Dec 15, 2019, 5:58 PM

**Dame Michael**

Hes convinced bagger is double alfalfa, a few others think its me

Dec 15, 2019, 5:58 PM

**Chuck Bradley**

If they keep it up the letter and my response will be posted. They know that by now.

Dec 15, 2019, 5:58 PM

SCI 001051

**CONFIDENTIAL**

Nah, more of me being in KY and friends with bagger

Dec 15, 2019, 5:58 PM

**Chuck Bradley**

Lol, do you think they might suspect because of chance stuff

Dec 15, 2019, 5:57 PM

**Dame Michael**

Shays got his guys fishing for what I know. Told them we don't talk anymore since we got into it over my anti religion posts.

Dec 15, 2019, 5:29 PM

**Chuck Bradley**

But I'm sure they lawyered up and following their lead. I'm sort of wreckless in that regard

Dec 13, 2019, 9:02 PM

**Chuck Bradley**

They will respond

Dec 13, 2019, 7:22 PM

**Dame Michael**

Hey akai, we're waiting on those defective barrels to be sent in for replacement

Dec 13, 2019, 7:22 PM

**Dame Michael**

Kkm needs to put a psa out there

Dec 13, 2019, 7:20 PM

**Dame Michael**

You need to stop spreading false info. Shay is the victim here. :rolleyes:

Dec 13, 2019, 7:19 PM

file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akaithumb/F__/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemichae…   153/276

SCI 001052

**CONFIDENTIAL**