10/4/21, 12:04 PM                                            Dame Michael

Chuck    Home



Jan 17, 2020, 6:18 PM

**Chuck Bradley**

Luke does, and it is but dormant for 10 years

Jan 17, 2020, 6:17 PM

**Dame Michael**

Looks like he was piggy backing off a family members license

Jan 17, 2020, 6:17 PM

**Dame Michael**

I heard the case is still open

Jan 17, 2020, 6:17 PM

**Dame Michael**

Got an fbi friend?

Jan 17, 2020, 6:17 PM

**Dame Michael**

Working on it

**SCI 000942**

**CONFIDENTIAL**

**Chuck Bradley**

Next is to start bringing out his past if I have to. Need more info for that.

Jan 17, 2020, 6:16 PM

**Dame Michael**

Dont know the names of his farms

Jan 17, 2020, 6:16 PM

**Dame Michael**

Southwest shooting is ace, real name cody

Jan 17, 2020, 6:15 PM

**Dame Michael**

Rocky top granite is scott

Jan 17, 2020, 6:15 PM

**Chuck Bradley**

HMM I need some granite for my house
😊Dame Michael

Jan 17, 2020, 6:14 PM

**Dame Michael**

Scott has a granite company

Jan 17, 2020, 6:14 PM

**Dame Michael**

Ace has a range, and weed farm

Jan 17, 2020, 6:14 PM

**Dame Michael**

Scott and ace do

file:///C:/Users/HaganW/Desktop/Documents from C. Bradley/akaithumb/F__/FBMESSENGER/facebook-chuckdvc/messages/inbox/damemichael...   43/276

SCI 000943

**CONFIDENTIAL**