10/4/21, 12:04 PM                               Dame Michael

Chuck    Home

 **Chris Chance**   Yesterday
To: John Mountjoy >

**John, please add me to your LinkedIn network**



John Mountjoy

Hi John, I'd like to join your LinkedIn network.

**Chris Chance**
Account Executive at Robert Half
Louisville, Kentucky Area

View profile   Accept

Unsubscribe | Help

You are receiving Invitation emails.

This email was intended for John Mountjoy (Executive Director, Kentucky Head Start Association).
Learn why we included this.

LinkedIn

© 2020 LinkedIn Corporation, 1000 West Maude Avenue,

 

Jan 29, 2020, 8:20 AM

**Chuck Bradley**

It was but it moved and Shay tried to get it off by torching it. It was sent back to Kkm to take a look. He sent it to to show what he was doing to barrrks and how odd the fit was.

Jan 25, 2020, 8:41 PM

**Dame Michael**

So that nasty barrel you sent me pics of. That sleeve can not be tungsten, you cant gouge it the way that is. And the barrel and sleeve have been welded

Jan 25, 2020, 8:19 PM

**Chuck Bradley**

SCI 000922

CONFIDENTIAL