**Chuck Bradley**

Oh I know , but I debunked it all on my page already.

Jan 30, 2020, 9:59 AM

**Dame Michael**

The other question is if was so quick to say all that to aaron, who else has he sent that too

Jan 30, 2020, 9:58 AM

**Dame Michael**

Anything to get rid of shay

Jan 30, 2020, 9:22 AM

**Dame Michael**



Jan 30, 2020, 9:22 AM

**Chuck Bradley**

Cool, the big ones like areas, uspsa etc are ones he can hurt. If he pops up let me know. Appreciate all you're help.

Jan 30, 2020, 9:19 AM

**Dame Michael**

I haven't seen him in any of the fb groups I'm in

Jan 30, 2020, 9:18 AM

**Dame Michael**

Troll chat is dead

Jan 30, 2020, 9:17 AM

SCI 000913

**CONFIDENTIAL**