
I have a complete thread between Shay and John the says otherwise

Jul 25, 2020, 10:13 PM

**Dame Michael**

Complaint says that's a lie

Jul 25, 2020, 10:13 PM

**Chuck Bradley**

The one he quit using 3 years ago just got to expensive.?the same one Shay says was cheaper and switched to. But like offered to look at any barrel and replace it. Fact is Shay modified it to failure and why he wouldn't return any

Jul 25, 2020, 10:12 PM

**Dame Michael**

The Joy's of ISO cert

Jul 25, 2020, 10:11 PM

**Dame Michael**

6061 is 6061

Jul 25, 2020, 10:11 PM

**Dame Michael**

We build fixtures with stuff from multiple vendors

Jul 25, 2020, 10:10 PM

**Dame Michael**

If its the same grade who cares

Jul 25, 2020, 10:10 PM

**Chuck Bradley**

Luke hasn't hid the fact he used 2 different manufactures 416r stainless

Jul 25, 2020, 10:09 PM

**SCI 000716**

**CONFIDENTIAL**


Odd that he was able to pinpoint the exact steel that was switched out to in the time between the two complaints

Jul 25, 2020, 10:08 PM

**Chuck Bradley**

Talking about 2 different steels , he told me it was all 416r from different companies and that they hadn't used the bq5 for over 3 years

Jul 25, 2020, 10:06 PM

**Dame Michael**

What text?

Jul 25, 2020, 10:05 PM

**Chuck Bradley**

I was a little shocked by that text from Luke myself

Jul 25, 2020, 10:04 PM

**Dame Michael**

The finish steel that he mentions in the new complaint, how did he come up with that?

Jul 25, 2020, 9:57 PM

**Dame Michael**

Since shay paraded his military benefit build Luke should point out his military contracts

Jul 25, 2020, 9:54 PM

**Dame Michael**

Let's hope fed court seems this for the BS it is and tells them to kick rocks

Jul 25, 2020, 9:53 PM

**Chuck Bradley**

I dint think fiato can handle this as a moonlighted , wouldn't be surprised if he didn't back out now

**SCI 000717**

**CONFIDENTIAL**