9/23/21, 2:52 PM                                                      Dame Michael and Tim Mekosh

Chuck   Home

Wally

Feb 1, 2021, 4:36 PM

**Tim Mekosh**

I know walley hates shay

Feb 1, 2021, 4:36 PM

**Tim Mekosh**

What is it

Feb 1, 2021, 4:35 PM

**Tim Mekosh**

I sent to him in a private chat that he choose to post

Feb 1, 2021, 4:35 PM

**Dame Michael**

That's the repost, i thought he reposted the kkm letter

Feb 1, 2021, 4:35 PM

**Chuck Bradley**

Does he know that?

Feb 1, 2021, 4:35 PM

**Tim Mekosh**

Probably me

Feb 1, 2021, 4:35 PM

**Chuck Bradley**

Who made the mime?

Feb 1, 2021, 4:34 PM

file:///C:/Users/HaganW/Desktop/amessage_1.html                                            24/211

**SCI 000677**

**CONFIDENTIAL**