

**SCI 001408**

**CONFIDENTIAL**