


Fix your fucked up guns

Sue shooters connection for selling you the barrels cause kkm called your bullshit

SCI 001406

CONFIDENTIAL