Chuck    Home

**Tim Mekosh**

Lol you knowingly sold shay bad kkm barrels

Apr 27, 2020 3:16:36pm

**Tim Mekosh**

Hope that stuff helps

Jan 29, 2020 2:49:40pm

**Tim Mekosh**

Oh it's definitely the talk all over the inter webs

Jan 23, 2020 7:13:35pm

**Chuck Bradley**

I did see him but I have heard it's the talk now

Jan 23, 2020 7:07:27pm

**Tim Mekosh**

Taran is taking the weiner now at shot from what I've heard

Jan 23, 2020 4:36:27pm

**Tim Mekosh**

Lol

Jan 23, 2020 4:32:45pm

**Chuck Bradley**

He was the laughing stock of shot show. Only other thing I can do is go ahead and file a suit against him first. I will hav consult and attorney on it

Jan 23, 2020 4:22:10pm

**Tim Mekosh**

Please hand that man his own dick to gobble down on

SCI 001807

CONFIDENTIAL