Chuck     Home

**John Vlieger**

you think Bedell built this? allegedly it was one that we got in here at the beginning.

Jan 30, 2020 3:36:10pm

**John Vlieger**



Jan 30, 2020 3:35:13pm

**John Vlieger**

enlightening, yes. surprising, no

Jan 10, 2020 3:32:31pm

**Chuck Bradley**

Wasn't sure , thought you might want to see it

Jan 10, 2020 3:31:35pm

**John Vlieger**

Dame already shared that with me

Jan 10, 2020 3:21:12pm

**Chuck Bradley**

https://www.movingscam.com/forum/viewtopic.php?t=7726
https://www.movingscam.com/forum/viewtopic.php?t=7726

Jan 10, 2020 3:18:45pm

**Chuck Bradley**



Jan 10, 2020 3:18:39pm

Generated by Chuck Bradley on Thursday, June 9, 2022 at 5:10 PM UTC-04:00
Contains data from September 1, 2019 at 12:00 AM to June 9, 2022 at 11:59 PM

SCI 001800

CONFIDENTIAL