Jan 20, 2020 11:20:30am

 Chuck    Home

**Dame Michael**

Lmao just remembered something. Shays insurance agent, was also matt burketts

Jan 20, 2020 7:53:16am

**Dame Michael**

Probably saw Scott's initial post and put it in that group

Jan 19, 2020 6:00:39pm

**Dame Michael**

Hes not a shay ball licker

Jan 19, 2020 6:00:00pm

**Chuck Bradley**



Jan 19, 2020 4:40:15pm

**Chuck Bradley**

Jan 19, 2020 4:39:51pm

**Dame Michael**

Words getting out about the van lines and daytrading

Jan 19, 2020 10:54:04am

**Dame Michael**

I'm sure there will be other disgruntled customers popping up

Jan 19, 2020 10:53:36am

**Chuck Bradley**

I made that little implied threat to bring out shays past if they wanted to keep on. Hard to imagine them continuing on.

SCI 001710

CONFIDENTIAL