Chuck      Home

**Chuck Bradley**

Funny

Feb 22, 2020 1:52:30pm

**Dame Michael**

0:00

Feb 22, 2020 1:51:03pm

**Dame Michael**



Jan 31, 2020 9:26:30am

**Chuck Bradley**

Oh I know , but I debunked it all on my page already.

Jan 30, 2020 9:59:49am

**Dame Michael**

The other question is if was so quick to say all that to aaron, who else has he sent that too

Jan 30, 2020 9:58:56am

**Dame Michael**

Anything to get rid of shay

Jan 30, 2020 9:22:58am

**Dame Michael**

SCI 001696

CONFIDENTIAL

 Chuck    Home

Jan 30, 2020 9:22:42am

**Chuck Bradley**

Cool, the big ones like areas, uspsa etc are ones he can hurt. If he pops up let me know. Appreciate all you're help.

Jan 30, 2020 9:19:50am

**Dame Michael**

I haven't seen him in any of the fb groups I'm in

Jan 30, 2020 9:18:00am

**Dame Michael**

Troll chat is dead

Jan 30, 2020 9:17:36am

**Chuck Bradley**

Has he gone mostly private?

Jan 30, 2020 9:17:15am

**Dame Michael**

I'll keep an eye out

Jan 30, 2020 9:16:58am

**Chuck Bradley**

Well I guess I'll just sit tight and whack a mole every time he spouts out. If there places he's lying I can't see them , I b him, if you send me screen shot I can respond in the thread and he won't even see it

Jan 30, 2020 9:16:25am

**Dame Michael**

When it comes to comments about shay on FB scott is his main attack dog. Chris Kozell used to be a close 2nd but he years ago

Jan 30, 2020 9:12:01am

**Dame Michael**