Chuck    Home

Goddammit he's afraid of getting involved

Jan 29, 2020 2:33:08pm

**Dame Michael**

That's the plan

Jan 29, 2020 2:22:53pm

**Chuck Bradley**

If he is and the screen show that then it helps my case of liable.

Jan 29, 2020 2:20:52pm

**Dame Michael**

We all know that but hes still trying to convince everyone else

Jan 29, 2020 2:19:30pm

**Chuck Bradley**

And Shay has been proven wrong. He was the laughing stock of shot by anybody who knew anything about this issue they are wrong legally. Kkm lawyer has stated that and another attorney told me same thing

Jan 29, 2020 2:17:03pm

**Dame Michael**

Hes saying you are guilty by chain of custody working on the screen shots

Jan 29, 2020 2:15:03pm

**Chuck Bradley**

Oh , that may be coming already. Some are encouraging Kkm to take action. I dint think I have quite enough ammo to myself.

Jan 29, 2020 12:35:00pm

**Chuck Bradley**

If he had left me out if it I would have just watched from the sideline

Jan 29, 2020 12:33:57pm