Chuck     Home

---

Keep an eye in your message requests

Jan 29, 2020 2:45:53pm

**Chuck Bradley**

Can't help scared ? Sharing truth is not actionable without contract

Jan 29, 2020 2:44:48pm

**Dame Michael**

Thinks shay will sue him for sharing a private message

Jan 29, 2020 2:43:24pm

**Dame Michael**

Yup

Jan 29, 2020 2:38:27pm

**Chuck Bradley**

Does he know of shays scammer past

Jan 29, 2020 2:38:15pm

**Dame Michael**

Aaron Lawson the guy in the screen shot above

Jan 29, 2020 2:37:39pm

**Chuck Bradley**

Who

Jan 29, 2020 2:36:23pm

**Dame Michael**

Shit pisses me off, he got shay talking by himself now doesn't want to be involved wtf

Jan 29, 2020 2:35:44pm

SCI 001702

CONFIDENTIAL