6/29/22, 5:01 PM                                           Dame Michael

Jan 19, 2020 10:51:07am

 Chuck    Home

**Dame Michael**

Shay is a cancer that needs to be removed. Hes already damaged the market

Jan 19, 2020 10:49:35am

**Dame Michael**



Jan 19, 2020 10:48:24am

**Dame Michael**

What help I know nothing

Jan 19, 2020 10:48:11am

**Chuck Bradley**

That last one is one most will see and sums it all up pretty well. I do appreciate your help.

Jan 19, 2020 10:46:42am

**Dame Michael**

Looks good to me. I don't get why ace is taking over for Scott

Jan 19, 2020 10:39:09am

**Chuck Bradley**

Can you read my last post and see if I fducked it up at all

Jan 19, 2020 12:33:00am

**Chuck Bradley**

Trying to get him to bite , then post these

Jan 18, 2020 3:33:48pm

**Chuck Bradley**

I read more into , joking about it but realize they got their asses handed to them and they have nothing. Or they would in there

SCI 001711

CONFIDENTIAL