6/29/22, 5:01 PM                                                                 Dame Michael

Jan 17, 2020 6:18:11pm

 Chuck      Home

**Chuck Bradley**

Luke does, and it is but dormant for 10 years

Jan 17, 2020 6:17:46pm

**Dame Michael**

Looks like he was piggy backing off a family members license

Jan 17, 2020 6:17:43pm

**Dame Michael**

I heard the case is still open

Jan 17, 2020 6:17:22pm

**Dame Michael**

Got an fbi friend?

Jan 17, 2020 6:17:12pm

**Dame Michael**

Working on it

Jan 17, 2020 6:16:55pm

**Chuck Bradley**

Next is to start bringing out his past if I have to. Need more info for that.

Jan 17, 2020 6:16:46pm

**Dame Michael**

Dont know the names of his farms

Jan 17, 2020 6:16:05pm

**Dame Michael**

Southwest shooting is ace, real name cody

Jan 17, 2020 6:15:49pm

SCI 001715

CONFIDENTIAL