**Dame Michael**  Chuck   Home

Theres so many levels to who is 'on the team'

Jan 13, 2020 3:42:32pm

**Chuck Bradley**

I do need to get a list of his shooting team so I can email them myself.

Jan 13, 2020 3:41:22pm

**Dame Michael**

Tess did some digging on hin

Jan 13, 2020 3:40:46pm

**Dame Michael**

Ya hes an ambulance chaser

Jan 13, 2020 3:40:35pm

**Chuck Bradley**

I think we are going to post all the letters also.

Jan 13, 2020 3:40:31pm

**Chuck Bradley**

not sure never asked him. Luke has some friends in places that can get the info. His lawyer said the lawyer who wrote first letter was a joke.

Jan 13, 2020 3:39:51pm

**Dame Michael**

When shay was blaming a bad lot of 3n38 for his slides cracking

Jan 13, 2020 3:38:35pm

**Dame Michael**

Does luke know about the powder post from years ago

Jan 13, 2020 3:38:12pm

SCI 001733

CONFIDENTIAL

**Dame Michael**                                           Chuck    Home

Come on kkm, time for the final KO punch

Jan 13, 2020 3:35:31pm

**Chuck Bradley**

Not sure, but until he is convicted not sure they can deny it

Jan 13, 2020 3:34:12pm

**Dame Michael**

How did he get an ffl with an open federal investigation

Jan 13, 2020 3:33:08pm

**Chuck Bradley**

But nothings been done for 10 years on it

Jan 13, 2020 3:32:15pm

**Dame Michael**

Ya didnt even know there where

Jan 13, 2020 3:32:08pm

**Chuck Bradley**

FBI was investigating and its still an open case.

Jan 13, 2020 3:32:04pm

**Dame Michael**

Oh

Jan 13, 2020 3:31:58pm

**Chuck Bradley**

day trading scam lawsuits.

Jan 13, 2020 3:31:46pm

SCI 001734

CONFIDENTIAL

**Dame Michael**  Chuck    Home

Just learned about the trucking stuff last week

Jan 13, 2020 3:31:23pm

**Dame Michael**

What the suits?

Jan 13, 2020 3:30:58pm

**Chuck Bradley**

You seen it already

Jan 13, 2020 3:30:14pm

**Dame Michael**

Or

Jan 13, 2020 3:29:30pm

**Dame Michael**

That's a barrel that was replaced of out of a gun that was running when it was removed

Jan 13, 2020 3:29:16pm

**Dame Michael**

I couldn't find any law suits over the moving companies

Jan 13, 2020 3:28:35pm

**Chuck Bradley**

I didn't ask but it had been torched

Jan 13, 2020 3:28:19pm

**Chuck Bradley**

Luke also said he found the lawsuits that he was involved with. Many. And there us an active investigation with fbi ove day trading scam. They are going to make a public statement to address thus and post the letters
😡Dame Michael

Jan 13, 2020 3:27:51pm

SCI 001735

CONFIDENTIAL