10/5/21, 4:29 PM                                                    Tim Mekosh

Chuck   Home

Dec 11, 2019, 4:38 PM

**Chuck Bradley**

Can't out the source though, I understand that , need them

Dec 11, 2019, 4:38 PM

**Tim Mekosh**

Know

Dec 11, 2019, 4:37 PM

**Tim Mekosh**

Most do

Dec 11, 2019, 4:37 PM

**Tim Mekosh**

Well

Dec 11, 2019, 4:37 PM

**Chuck Bradley**

Just to show people what he's like.

Dec 11, 2019, 4:37 PM

**Tim Mekosh**

It would definitely

Dec 11, 2019, 4:37 PM

**Chuck Bradley**

I would say bringing that stuff out step by step would put some pressure on him

Dec 11, 2019, 4:36 PM

**Tim Mekosh**

**SCI 001399**

**CONFIDENTIAL**

10/5/21, 4:29 PM                                                         Tim Mekosh

 Chuck    Home

**Tim Mekosh**

He has made plays on several people lying about it every step of the way

Dec 11, 2019, 4:35 PM

**Tim Mekosh**

I'm trying to find when he sent everyone after atlas and ck

Dec 11, 2019, 4:34 PM

**Tim Mekosh**

That's just the tip

Dec 11, 2019, 4:33 PM

**Tim Mekosh**







Dec 11, 2019, 4:33 PM

**Tim Mekosh**



Dec 11, 2019, 4:33 PM

**Chuck Bradley**

Wow , would like to see all that stuff. A few of them leaked back to him , just knowing I gave it may get him to back off. Even though I am not too worried about it

Dec 11, 2019, 4:30 PM

**Tim Mekosh**

**SCI 001400**

**CONFIDENTIAL**