**Hagan, William R.**

| | |
|---|---|
| **From:** | Chuck Bradley <chuckb@shootersconnection.com> |
| **Sent:** | Friday, January 17, 2020 1:02 PM |
| **To:** | Luke McIntire |
| **Subject:** | Fwd: Fwd: barrel failure |

Luke this guy posted about this barrel on my page. He implies it was a bad barrel and you all did not respond to him. Shay has this barrel

-------- Forwarded Message --------
**Subject:** Fwd: barrel failure
**Date:** Fri, 17 Jan 2020 13:52:14 +0000
**From:** Scott Lepping <info@hellfirecustomguns.com>
**To:** chuckb@shootersconnection.com <chuckb@shootersconnection.com>
**CC:** 10314@msn.com <10314@msn.com>

Chuck,
Here is the original email I sent to KKM after I called them, including all of the pictures I sent. Including Jerry so he also his this email.

Scott Lepping
Hellfire Custom Guns
Green Lane, PA
http://www.hellfirecustomguns.com
info@hellfirecustomguns.com
610-247-0793



Begin forwarded message:

**From:** Hellfire Custom Guns <info@hellfirecustomguns.com>
**Subject: barrel failure**
**Date:** September 30, 2019 at 1:26:31 PM EDT
**To:** KKM Precision Support <support@kkmprecision.com>

Luke,
Just spoke to one of your guys about a barrel failure that was brought to me. Just figured you guys would at least want to see these pics, not sure if you can do anything since there are too many variables about what might have happened. The barrel was fit by another gunsmith, do not know his name. Gun is an STI Edge 9mm. Customer said he was shooting factory Fiocchi

1

SCI 001845

CONFIDENTIAL

ammo, 147 grain I believe. He was actually sighting it in after getting it back from having the barrel fit and was on the 5th round in the mag when the barrel failed. It certainly could have been a double charged round from the factory. Barrel is clear and customer stated that all 4 previously fired rounds hit the paper target as he was sighting in and so did the 5th, but of course hit way off target. Barrel is currently stuck in the slide, which is bulged under the ejection port. Here are some pictures I took. Let me know if you need any others.

Thanks!
Scott Lepping
Hellfire Custom Guns
Green Lane, PA
http://www.hellfirecustomguns.com
info@hellfirecustomguns.com
610-247-0793



2

CONFIDENTIAL

SCI 001846



3

CONFIDENTIAL

SCI 001847



SCI 001848

CONFIDENTIAL



5

SCI 001849

CONFIDENTIAL



CONFIDENTIAL

SCI 001850



7

SCI 001851

CONFIDENTIAL



8

SCI 001852

CONFIDENTIAL



9

SCI 001853

CONFIDENTIAL