**Hagan, William R.**

| | |
|---|---|
| **From:** | Luke McIntire <luke@kkmprecision.com> |
| **Sent:** | Tuesday, January 7, 2020 2:56 PM |
| **To:** | John Vlieger; Chuck Bradley |
| **Subject:** | KKM Precision Letter to Akai |
| **Attachments:** | 20191230 JDC Letter RE_ Response to Akai Demand.PDF; ATT00001.htm; KKM HRC Testing Example.pdf; ATT00002.htm |

Chuck,

Here is our letter to Akai from my lawyer. It includes an accredited procedure on how to properly test a pistol barrel. I also included a sample test report that shows both a correct and incorrect way of testing a pistol barrel. Results can be significantly different and damage to the barrel can happen if not done right. If you have any questions please let me know.

Thanks again,
Luke McIntire
KKM Precision

1

SCI 001858

CONFIDENTIAL



**KAEMPFER CROWELL**
ATTORNEYS AT LAW

RENO OFFICE

JOSH D. CORRELLI
jcorrelli@kcnvlaw.com
775.398.4732

LAS VEGAS OFFICE
1980 Festival Plaza Drive
Suite 650
Las Vegas, NV 89135
Tel: 702.792.7000
Fax: 702.796.7181

RENO OFFICE
50 West Liberty Street
Suite 700
Reno, NV 89501
Tel: 775.852.3900
Fax: 775.327.2011

CARSON CITY OFFICE
510 West Fourth Street
Carson City, NV 89703
Tel: 775.884.8300
Fax: 775.882.0257

December 30, 2019

**Via Certified Mail, Return Receipt Requested**

Richard J. Fiato
LAW OFFICES FIATO
550 E. Merrill Street, Suite 200
Birmingham, Michigan 48009

Re:   *Response to Akai Custom Guns ("Akai") Demand*

Dear Mr. Fiato:

      Please be advised that we have been retained to represent KKM Precision, Inc. ("KKM") with respect to the matters raised in your letter dated December 5, 2019. Our client denies the factual allegations contained in your letter (which did not include the test results or Exhibit A). Our client is not insured and therefore does not have any insurance policy to provide you. In the event your client chooses to proceed with its threat to initiate litigation, we are prepared to vigorously defend and assert meritorious counterclaims. To the extent, that your client has taken any action to modify KKM's products, it will be held accountable for the likely substantial damages resulting therefrom.

      Since you referenced KKM's website, you know that all products sold by KKM are warranted against defects in material and workmanship to the *original purchaser*. This warranty *does not* apply to defects resulting from *any customer actions*, such as mishandling, improper installation, operation outside of design limits, misapplication, improper repair, or unauthorized modification. No other warranties are express or implied. UCC § 2-316. Furthermore, KKM specifically disclaims any implied warranties of merchantability or fitness for a specific purpose. UCC § 2-316.

      In addition to the foregoing, per the website, in the event a customer purchases or uses any KKM product for any such unintended or unauthorized application, the customer shall indemnify and hold harmless KKM and its officers, directors, employees, agents, affiliates, successors and assigns against all claims, costs, damages and expenses (including reasonable attorneys' and expert witness' fees) arising out of or in connection with, directly or indirectly, any claim for property damage, personal injury or death associated with such unintended or unauthorized use, even if such claim alleges that KKM was negligent regarding the design or manufacture of the subject product.

2476123_2.docx

Client/Matter19290.1

SCI 001859

CONFIDENTIAL



Richard J. Fiato
December 30, 2019
Page 2

Pursuant to UCC § 2-608(2), Akai has failed to timely revoke its acceptance. Under UCC § 2-608(2) revocation of acceptance must occur within a reasonable time after the buyer discovers the ground for revocation and before any substantial change in condition of the goods which is not caused by its own defects. Akai orally notified KKM a couple months ago of the alleged problems with the products purchased. KKM requested that Akai send the alleged defective products to KKM for testing and Akai failed to send the products. Akai's revocation of acceptance has not occurred within a reasonable amount of time—Akai has known and spent the "entirety of 2019 repairing and replacing pistols for its customers." Thus, by its own admission, Akai has failed to timely revoke its acceptance.

We suspect that Akai's independent QC metallurgy lab testing was inadequate or resulted in the destruction of products. Enclosed please find the proper step by step process of testing Rockwell hardness.

KKM demands that Akai immediately cease and desist all further defamatory statements against KKM.

In summary, Akai did not purchase any products from KKM in 2019, Akai substantially modified any products manufactured by KKM, and any revocation is invalid as untimely and directed to the incorrect party. Please direct all future communications regarding these matters to my attention. Nothing contained herein shall be deemed a limitation, waiver, or election of any rights and/or remedies by KKM, all of which are expressly reserved.

Sincerely,

KAEMPFER CROWELL

Josh D. Correlli

BEM/

2476123_2.docx

19290.1

SCI 001860

CONFIDENTIAL

# KKM PRECISION

## ROCKWELL TESTING PROCEDURE

5201 Convair Dr., Carson City, NV 89706 | support@kkmprecision.com

## General Information

1. Standard test method for Rockwell Hardness (HRC) of type 416R Stainless Steel 1911/2011 pistol barrels shall be performed on an ISO/ASTM certified automatic hardness testing machine i.e. Innovatest Verzus 720RS and adhere to ASTM E18-19 standards.
2. Testing shall be performed after heat treating and before any surface finishing has been applied. For best results, both the test surface and the bottom surface of the test barrel must be smooth, even, and free from any dirt, oil, or lubricants.
3. The use of a certified Diamond Indenter and 5mm Spot Anvil must be used for proper test results i.e. (IN/6005, 5mm Innovatest UN-Anvil/100).
4. Machine setup and operation will adhere to ASTM E18-19 standards consisting of Preload dwell time of 2 seconds, Mainload dwell time of 4 seconds, Recovery dwell time of 2 seconds with shape correction off.
5. Testing shall be within area shown in figures 1 and 2. Position is approximately .500 inch from link pin hole on lower lug.
6. Make at least two preliminary indentations on a 45RC gauge block before barrel testing to ensure the indenter and anvil are properly seated.
7. Stacking or the use of blocks and V-blocks is not acceptable under ASTM E18-19 standards. Only a certified indenter and anvil can be used.
8. Testing shall **not** be performed on any cylindrical surfaces of the barrel as severe deformation of the internal bore can result. Because type 416R has sulfur stringers that run length wise through the barrel, any tests performed on the cylindrical surfaces can cause micro cracks to form rendering the barrel unsafe for use and void all warranties. Please contact KKM Precision at 775-246-5444 for assistance.
9. Operator must be properly trained in ASTM E18-19 standards and procedures.

## KKM Precision Rockwell Testing Procedure:

- Install barrel into Innovatest Verzus 720RS or equivalent and position according to figures 1 and 2, allowing 1mm space between barrel surface and indenter.
- Perform test and remove once finished. Test is automatic and only needs to be monitored for operator errors etc. (Tilting barrel greater than 1-degree, foreign object on surface etc.).
- Record and print test report. KKM Precision testing tolerance is 39RC to 45RC ±1. Average value is 42RC.
- If results are outside nominal tolerances, contact KKM Precision at 775-246-5444 for assistance.

Note:

## Common Problems in Rockwell Hardness Testing on 1911/2011 Pistol Barrels:

- Operator error, environment, sample preparation, etc.
- Stacking or the use of blocks and V-blocks will result in below normal readings.
- Use of a noncertified or non-accredited ISO/ASTM E18-19 testing machine.
- Deflection caused by testing on cylindrical surfaces with no interior bore support, see figure 3. Test results can be 10+ points lower than actual results from material deflection.
- Surface is not smooth (Surface has been blasted with silicone carbide, glass beads etc.).
- Testing a surface that is coated with DLC, Tin, TiAln, Blacknitride etc. will result in damage to the diamond indenter and produce false results.
- Rockwell testing is a skill and may take many tries to perfect. Contact KKM Precision for assistance.

5201 Convair Dr., Carson City, NV 89706

Office: 775-246-5444 | KKMPrecision.com

SCI 001861

CONFIDENTIAL



Figure 1



Figure 2



Figure 3

5201 Convair Dr., Carson City, NV 89706

Office: 775-246-5444 | KKMPrecision.com

SCI 001862

CONFIDENTIAL

# KKM PRECISION

ROCKWELL TESTING EXAMPLE

5201 Convair Dr., Carson City, NV 89706 | support@kkmprecision.com

## General Information

1. Standard test method for Rockwell Hardness (HRC) of type 416R Stainless Steel 1911/2011 pistol barrels shall be performed on an ISO/ASTM certified automatic hardness testing machine i.e. Innovatest Verzus 720RS and adhere to ASTM E18-19 standards.
2. Testing shall be performed after heat treating and before any surface finishing has been applied. For best results, both the test surface and the bottom surface of the test barrel must be smooth, even, and free from any dirt, oil, or lubricants.
3. The use of a certified Diamond Indenter and 5mm Spot Anvil must be used for proper test results i.e. (IN/6005, 5mm Innovatest UN-Anvil/100).
4. Machine setup and operation will adhere to ASTM E18-19 standards consisting of Preload dwell time of 2 seconds, Mainload dwell time of 4 seconds, Recovery dwell time of 2 seconds with shape correction off.
5. Testing shall be within area shown in figures 1 and 2. Position is approximately .500 inch from link pin hole on lower lug.
6. Make at least two preliminary indentations on a 45RC gauge block before barrel testing to ensure the indenter and anvil are properly seated.
7. Stacking or the use of blocks and V-blocks is not acceptable under ASTM E18-19 standards. Only a certified indenter and anvil can be used.
8. Testing shall **not** be performed on any cylindrical surfaces of the barrel as severe deformation of the internal bore can result. Because type 416R has sulfur stringers that run length wise through the barrel, any tests performed on the cylindrical surfaces can cause micro cracks to form rendering the barrel unsafe for use and void all warranties. Please contact KKM Precision at 775-246-5444 for assistance.
9. Operator must be properly trained in ASTM E18-19 standards and procedures.

## KKM Precision Rockwell Testing Example:

- Testing on a Gov't .355 Bushing W/N Ramp 5" 1-16 Twist previously certified hardness of 42RC performed by Nevada Heat Treating.
- Test position 1 see figure 4 approximately .250 in front of lower lug on bottom of barrel. Use .355 groove plug gauge to support interior bore. Use Innovatest V-Anvil (UN-ANVIL/005) to support barrel.
- Test position 2 see figure 5 approximately .500 from link pin center on lower lug. Use Innovatest 5mm Spot Anvil (UN-ANVIL/100) to support barrel.
- Test position 3 see figure 6 approximately .250 in front of lower lug on bottom of barrel. No interior support. Use Innovatest V-Anvil (UN-ANVIL/005) to support barrel.
- Test position 4 see figure 7 approximately 2.00 in front of lower lug on bottom of barrel. No interior support. Use Innovatest V-Anvil (UN-ANVIL/005) to support barrel.

## Conclusion:

On December 21, 2019 a Rockwell hardness test was performed on a KKM Gov't .355 Bushing W/N Ramp 5" 1-16 Twist sample barrel to demonstrate a proper testing procedure as well as common mistakes while testing a pistol barrel. Hardness test results for positions 1 and 2 yielded 41.39RC and 41.88RC respectfully and are within tolerance for KKM Precision. Hardness test results for position 3 and 4 are 36.82RC and 31.06RC respectfully and show signs of severe deflection from no interior support within the bore. Only test position 2 is a correct hardness testing position and procedure yielding proper results. Hardness testing on positions 3 and 4 are incorrect and can cause damage to the barrel as well as incorrect results. Hardness testing on position 1 with an internal plug yielded satisfactory results but damage to the bore was observed.

5201 Convair Dr., Carson City, NV 89706

Office: 775-246-5444 | KKMPrecision.com

SCI 001863

CONFIDENTIAL