9/23/21, 2:52 PM    Dame Michael and Tim Mekosh

 Chuck    Home

**Dame Michael**

From what I've found they dont have to use a sheriff in ky to serve so dodging them became easier if required

Apr 28, 2020, 11:03 AM

**Tim Mekosh**

me and mike still remain to be served in which case then I'll retain lawyer and do what needs done. Until any of that happens it's all a sham to try and smear names in the industry exactly what he is trying to "sue" for.

Apr 28, 2020, 10:49 AM

**Chuck Bradley**

You guys may have to be sued in Ky , I would feel better if you were out of it anyway. My daughter in law is an attorney and said they name everybody hoping to get all of them to turn on each other. Thing is that works when there is a wrongdoing, here there isn't , just the facts. His complaint is mostly lies. They can't stand up in court. Which I don't think they ever hope to get to.

Apr 28, 2020, 10:46 AM

**Tim Mekosh**

Lol

Apr 28, 2020, 10:29 AM

**Dame Michael**

That one has the date stamp

Apr 28, 2020, 10:28 AM

**Dame Michael**



Apr 28, 2020, 10:28 AM

**Dame Michael**

Thanking me for help on his machining strategy... wasnt I working with you to help put him out of business by then?

file:///C:/Users/HaganW/Desktop/amessage_1.html    208/211

SCI 000861

**CONFIDENTIAL**

**Dame Michael**

Apr 28, 2020, 10:15 AM

**Dame Michael**

Nov 15

Apr 28, 2020, 10:15 AM

**Tim Mekosh**

He is going to end up basically paying lawyers fees and court costs for us

Apr 28, 2020, 9:40 AM

**Dame Michael**

He would need a separate lawyer to refile as fiatto isnt licensed in ky

Apr 28, 2020, 9:39 AM

**Dame Michael**

I'm told if we are served it's an easy through out as fla doesnt have jurisdiction

Apr 28, 2020, 9:39 AM

**Tim Mekosh**

Like seriously it is laughable and down right retarded

Apr 28, 2020, 9:38 AM

**Tim Mekosh**

Note: the burden of proof falls on his attorney and by judging by reading the context of the suit, it's going to be the downfall of akai custom guns

Apr 28, 2020, 9:37 AM

**Chuck Bradley**

SCI 000862

**CONFIDENTIAL**