

# Certificate of Test

Page: 1

**HEAT** E140837   **ORDER** 656042/ 01   **BOL** 0231333   *   **CERTIFICATION**   *   03/12/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000

G 10708

------------------------------ YOUR ORDER & DATE ------------------------------
7144321                          11/19/14 CUST# 0395001 CUST TAG#5466062

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                        Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
                                   NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1182     Approx. Hot Red. Ratio 141:1

WO 2059179 Bundles: 1F
------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II              ASTM A484 14a
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------------ MECHANICAL & OTHER TESTS ------------------------------
Hardness as shipped      (207 HB )  Hardness as tested        400 HB
Hardness as shipped       94 HRB
                                    Hardness as tested       ( 43 HRC )
Micro                               Tensile strength,KSI (MPa)  92.7 ( 639)
Intergranular corrosion      OK     0.2% Yield Strngth,KSI(MPa) 69.7 ( 481)

                                    Elongation % in 4D        26.0
                                    Reduction of area %       55.7

------------------------------ CHEMICAL COMPOSITION ------------------------------
Carbon       (C )  .116      Manganese   (Mn)  .790
Phosphorus   (P )  .020      Sulphur     (S )  .321
Silicon      (Si)  .350      Chromium    (Cr)  12.970
Nickel       (Ni)  .310      Cobalt      (Co)  .020
Copper       (Cu)  .060      Moly        (Mo)  .040
Nitrogen     (N )  .040      Columbium   (Cb)  .006
Titanium     (Ti)  .001      Aluminum    (Al)  .001
Tin          (Sn)  .009      Boron       (B )  .001
Tantalum     (Ta)  .004      Vanadium    (V )  .040
Tungsten     (W )  .033                         .000
Columbium/
Tantalum (Cb+Ta)   .010
Iron         (Fe)  Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date 7/18/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio*



# Certificate of Test

Page: 1

HEAT E140837    ORDER 655026/ 18   BOL 0231238   *   CERTIFICATION   *   03/05/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES              900400000

C10209

------------------------------- YOUR ORDER & DATE -------------------------------
7136833                        10/08/14 CUST# 0395001 CUST TAG#5466062

------------------------------- ITEM DESCRIPTION -------------------------------
GRADE 416                      Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
                               NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1214   Approx. Hot Red. Ratio 141:1

WO 2058366 Bundles: 1C
------------------------------- SPECIFICATIONS -------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II              ASTM A484 14a
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------ MECHANICAL & OTHER TESTS ------------------------
Hardness as shipped      (207 HB )   Hardness as tested        409 HB
Hardness as shipped       93 HRB
                                     Hardness as tested     ( 44 HRC )
                                     Tensile strength,KSI (MPa)   97.5 ( 672)
Micro                          OK    0.2% Yield Strngth,KSI(MPa)  75.0 ( 517)
Intergranular corrosion
                                     Elongation % in 4D           23.0
                                     Reduction of area %          54.0
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.

------------------------- CHEMICAL COMPOSITION -------------------------
Carbon       (C )    .116      Manganese   (Mn)    .790
Phosphorus   (P )    .020      Sulphur     (S )    .321
Silicon      (Si)    .350      Chromium    (Cr)  12.970
Nickel       (Ni)    .310      Cobalt      (Co)    .020
Copper       (Cu)    .060      Moly        (Mo)    .040
Nitrogen     (N )    .040      Columbium   (Cb)    .006
Titanium     (Ti)    .001      Aluminum    (Al)    .001        SAMUEL, SON & CO. INC.
Tin          (Sn)    .009      Boron       (B )    .001           LOS ANGELES
Tantalum     (Ta)    .004      Vanadium    (V )    .040        QC Certified True Copy
Tungsten     (W )    .033                          .000        Of Original Material Test Report
Columbium/
Tantalum (Cb+Ta)     .010                                      Initials_____ Date 3/7/15
Iron         (Fe) Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                              M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

                                                                M.F. Marcanio

KKM 000019



# Certificate of Test

**outokumpu** — high performance stainless steel

Page: 1

HEAT E140837    ORDER 655518/ 09    BOL 0231333    * CERTIFICATION    * 03/12/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES    900400000

610704

------------------------------- YOUR ORDER & DATE -------------------------------
7139752                10/29/14  CUST# 0395001  CUST TAG#5466062

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                         Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
                                   NAFTA Country of Origin is Country of Melt

No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1210    Approx. Hot Red. Ratio 141:1

WO 2059179 Bundles: 1B
------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II              ASTM A484 14a
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

--------------------------- MECHANICAL & OTHER TESTS ---------------------------
Hardness as shipped    (207 HB )  Hardness as tested       400 HB
Hardness as shipped     94 HRB
                                  Hardness as tested       ( 43 HRC )
                                  Tensile strength,KSI (MPa)  92.7 ( 639)
Micro                      OK     0.2% Yield Strngth,KSI(MPa) 69.7 ( 481)
Intergranular corrosion
                                  Elongation % in 4D       26.0
                                  Reduction of area %      55.7

--------------------------- CHEMICAL COMPOSITION ---------------------------
Carbon      (C )   .116        Manganese   (Mn)    .790
Phosphorus  (P )   .020        Sulphur     (S )    .321
Silicon     (Si)   .350        Chromium    (Cr) 12.970
Nickel      (Ni)   .310        Cobalt      (Co)    .020
Copper      (Cu)   .060        Moly        (Mo)    .040
Nitrogen    (N )   .040        Columbium   (Cb)    .006
Titanium    (Ti)   .001        Aluminum    (Al)    .001
Tin         (Sn)   .009        Boron       (B )    .001
Tantalum    (Ta)   .004        Vanadium    (V )    .040
Tungsten    (W )   .033                            .000
Columbium/
Tantalum (Cb+Ta)   .010
Iron        (Fe)   Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

8000 1/1

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.   SAMUEL, SON & CO. INC.
                                                              LOS ANGELES
                             M.F. Marcanio,   Quality Manager  QC Certified True Copy
                                                              Of Original Material Test Report

Initials _____  Date 3/18/15

M.F. Marcanio

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

KKM 000020



**outokumpu** — high performance stainless steel

# Certificate of Test

Page: 1

HEAT G21804    ORDER 657838/ 05   BOL 0232216  *  CERTIFICATION  *  05/27/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES           900400000

614146

---------------------------------- YOUR ORDER & DATE ----------------------------------
7154548                 2/09/15 CUST# 0395001 CUST TAG#5466062

---------------------------------- ITEM DESCRIPTION ----------------------------------
GRADE 416                   Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                                  NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   708    Approx. Hot Red. Ratio 212:1

WO 2060246 Bundles: 1K
---------------------------------- SPECIFICATIONS ----------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II             ASTM A484 15
ASTM A582 12e1
Sol Ann 1450F +/-25F                DIN 50049/EN 10204 Type 3.1
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------------------------------- MECHANICAL & OTHER TESTS ----------------------------------
Hardness as shipped      (217 HB )   Hardness as tested        400 HB
Hardness as shipped       95 HRB
                                     Hardness as tested      ( 43 HRC )
Micro                                Tensile strength,KSI (MPa)   101.0 ( 696)
Intergranular corrosion    OK        0.2% Yield Strngth,KSI(MPa)   77.5 ( 534)
Macro                      OK        Elongation % in 4D            23.0
                                     Reduction of area %           57.0
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.

---------------------------------- CHEMICAL COMPOSITION ----------------------------------
Carbon       (C )  .120      Manganese  (Mn)  1.020
Phosphorus   (P )  .018      Sulphur    (S )   .320
Silicon      (Si)  .380      Chromium   (Cr) 12.950
Nickel       (Ni)  .190      Cobalt     (Co)   .050
Copper       (Cu)  .090      Moly       (Mo)   .030
Nitrogen     (N )  .041      Columbium  (Cb)   .010
Titanium     (Ti)  .010      Aluminum   (Al)   .010
Tin          (Sn)  .006      Vanadium   (V )   .040
Tungsten     (W )  .050                         .000
Columbium/
Tantalum (Cb+Ta)   .010
Iron         (Fe)  Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials ___  Date 6/2/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

*M.F. Marcanio* (signature)

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

KKM 000021



# Certificate of Test

Page: 1

HEAT G22110    ORDER 659171/ 01   BOL 0232835   *  CERTIFICATION   *  07/23/15

SHIP TO:
SAMUEL, SON & CO
30640 SAN CLEMENTE ST

HAYWARD                945440000

Tag# 561118
561119
561120
561121
561122
561123
561124
561125

------------------- YOUR ORDER & DATE -------------------
7165241                    4/09/15 CUST# 0395009 CUST TAG#5466076

------------------- ITEM DESCRIPTION -------------------
GRADE 416                  Ship Condition CONDA
Size   416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                                  NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   4    Total Weight  10512    Approx. Hot Red. Ratio 110:1

WO 2061685 Bundles: 1A, 1B, 1C, 1D
------------------- SPECIFICATIONS -------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II              ASTM A484 15
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------- MECHANICAL & OTHER TESTS -------------------
Hardness as shipped     205 HB     Hardness as tested        421 HB
Hardness as shipped    ( 94 HRB )
                                   Hardness as tested      ( 45 HRC )
                                   Tensile strength,KSI (MPa)  97.3 ( 671)
Micro                       OK     0.2% Yield Strngth,KSI(MPa) 70.7 ( 487)
Intergranular corrosion
Macro                       OK     Elongation % in 4D         26.0
                                   Reduction of area %        59.7

------------------- CHEMICAL COMPOSITION -------------------
Carbon       (C )  .120     Manganese    (Mn)  1.010
Phosphorus   (P )  .016     Sulphur      (S )   .320
Silicon      (Si)  .330     Chromium     (Cr) 13.020
Nickel       (Ni)  .180     Cobalt       (Co)   .050
Copper       (Cu)  .090     Moly         (Mo)   .030
Nitrogen     (N )  .042     Columbium    (Cb)   .010
Titanium     (Ti)  .010     Aluminum     (Al)   .010
Tin          (Sn)  .007     Vanadium     (V )   .030
Tungsten     (W )  .050                         .000
Columbium/
Tantalum (Cb+Ta)   .010
Iron         (Fe)  Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,  Quality Manager

SAMUEL, SON & CO. INC.
HAYWARD
QC Certified True Copy
Of Original Material Test Report
Initials _____ Date 07-31-15   M.F. Marcanio

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

KKM 000022



# Certificate of Test

Page: 1

HEAT G22664   ORDER 661822/ 06   BOL 0233943   *   CERTIFICATION   *   11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES        900400000

621975

------------------------------ YOUR ORDER & DATE ------------------------------
7186768                        9/07/15 CUST# 0395001 CUST TAG#5466062

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                      Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES        Country of Mfg.: UNITED STATES
                               NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1282    Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1C
------------------------------ SPECIFICATIONS ------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II              ASTM A484 15
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped      216 HB      Hardness as tested      432 HB
Hardness as shipped      ( 96 HRB )
                                     Hardness as tested      ( 46 HRC )
                                     Tensile strength,KSI (MPa)   100.2 ( 691)
Micro                        OK      0.2% Yield Strngth,KSI(MPa)   76.2 ( 525)
Intergranular corrosion
Macro                        OK      Elongation % in 4D           23.0
                                     Reduction of area %          57.0

--------------------------- CHEMICAL COMPOSITION ---------------------------
Carbon       (C )   .120     Manganese   (Mn)  1.040
Phosphorus   (P )   .017     Sulphur     (S )   .320
Silicon      (Si)   .460     Chromium    (Cr) 13.000
Nickel       (Ni)   .320     Cobalt      (Co)   .050
Copper       (Cu)   .110     Moly        (Mo)   .080
Nitrogen     (N )   .044     Columbium   (Cb)   .020
Titanium     (Ti)   .010     Aluminum    (Al)   .010
Tin          (Sn)   .006     Vanadium    (V )   .050
Tungsten     (W )   .050                        .000
Columbium/
Tantalum (Cb+Ta)    .020
Iron         (Fe)   Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

SAMUEL, SON & CO., INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date 11/19/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                              M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio* (signature)

KKM 000023



# Certificate of Test

Page: 1

HEAT G23479   ORDER 671590/ 09   BOL 0238423  *  CERTIFICATION  *  02/20/17

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES                900400000

641673  641677  641681
641674  641678  641682
641675  641679  641683
641676  641680

------------------------------ YOUR ORDER & DATE ------------------------------
7253602                        1/09/17 CUST# 0395001 CUST TAG#5466062

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                                  Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES   Country of Mfg.: UNITED STATES
                                 NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1338   Approx. Hot Red. Ratio 212:1

WO 2074302 Bundles: 1F
------------------------------ SPECIFICATIONS ------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II           ASTM A484 16
ASTM A582 12e1                    DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------ MECHANICAL & OTHER TESTS ------------------------
Hardness as shipped      233 HB      Hardness as tested        421 HB
Hardness as shipped    ( 97 HRB )
                                     Hardness as tested      ( 45 HRC )
                                     Tensile strength,KSI (MPa)  101.0 ( 696)
Micro                         OK     0.2% Yield Strngth,KSI(MPa)  75.7 ( 522)
Intergranular corrosion
Macro                         OK     Elongation % in 4D           22.5
                                     Reduction of area %          57.1

------------------------------ CHEMICAL COMPOSITION ------------------------------
Carbon       (C )   .120      Manganese   (Mn)  1.020
Phosphorus   (P )   .018      Sulphur     (S )   .310
Silicon      (Si)   .380      Chromium    (Cr) 12.920
Nickel       (Ni)   .270      Cobalt      (Co)   .050
Copper       (Cu)   .080      Moly        (Mo)   .100
Nitrogen     (N )   .041      Columbium   (Cb)   .010
Titanium     (Ti)   .010      Aluminum    (Al)   .010
Tin          (Sn)   .005      Vanadium    (V )   .050
Tungsten     (W )   .050
Columbium/
Tantalum (Cb+Ta)    .010
Iron         (Fe) Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

KKM 000024



# Certificate of Test

Page: 1

HEAT E171092    ORDER 678249/ 04    BOL 0242098    * CERTIFICATION    * 01/30/18

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000

656470    656474
656471    656475
656472    656476
656473    656477
          656478

------------------------------ YOUR ORDER & DATE ------------------------------
7297425          11/22/17 CUST# 0395001 CUST TAG#5466062

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                    Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
                                   NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1282    Approx. Hot Red. Ratio 23:1

WO 2082223 Bundles: 1F
------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II             ASTM A484/A484M 16
ASTM A582 12 (Reapp. 2017)          DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped     (201 HB )  Hardness as tested        400 HB
Hardness as shipped      92 HRB
                                   Hardness as tested       ( 43 HRC )
                                   Tensile strength,KSI (MPa)  93.5 ( 645)
Micro                        OK    0.2% Yield Strngth,KSI(MPa) 67.3 ( 464)
Intergranular corrosion
                                   Elongation % in 4D         24.7
                                   Reduction of area %        54.8
the microstucture consisted of uniform tempered martensite with no
evidence of segregation

--------------------------- CHEMICAL COMPOSITION ---------------------------
Carbon       (C )   .112      Manganese   (Mn)   .820
Phosphorus   (P )   .021      Sulphur     (S )   .324
Silicon      (Si)   .380      Chromium    (Cr) 12.930
Nickel       (Ni)   .420      Cobalt      (Co)   .028
Copper       (Cu)   .103      Moly        (Mo)   .040
Nitrogen     (N )   .038      Columbium   (Cb)   .003
Titanium     (Ti)   .001      Aluminum    (Al)   .001
Tin          (Sn)   .004      Boron       (B )   .001
Tantalum     (Ta)   .001      Vanadium    (V )   .030
Tungsten     (W )   .010
Columbium/                    SAMUEL SON & CO INC
Tantalum (Cb+Ta)    .004      LOS ANGELES
Iron         (Fe)   Balance   QC Certified True Copy
Melt Practice       EAF       Of Original Material Test Report
Refining Practice   AOD
De-long Ferrite               Initials ____  Date 2-5-18

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                                        M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio* (signature)

KKM 000025



# Certificate of Test

Page: 1

HEAT E181621    ORDER 687391/ 01  BOL 0246696  * CERTIFICATION  * 04/16/19

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

674741
674742

ARCADIA         910060000

---------------------------- YOUR ORDER & DATE ------------------------------
      7369931                     4/12/19 CUST# 0395009 CUST TAG#5466004
---------------------------- ITEM DESCRIPTION -------------------------------
GRADE 416                                              Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles  2   Total Weight  4170    Approx. Hot Red. Ratio 23:1

WO 2091549 Bundles: 1B, 1C
---------------------------- SPECIFICATIONS --------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped     (212 HB )  Hardness as tested        421 HB
Hardness as shipped      94 HRB
                                   Hardness as tested      ( 45 HRC )
                                   Tensile strength,KSI (MPa)  98.6 ( 680)
Micro                       OK     0.2% Yield Strngth,KSI(MPa) 73.0 ( 503)
Intergranular corrosion
                                   Elongation % in 4D          23.0
                                   Reduction of area %         54.4
THE MICROSTRUCTURE CONSISTED OF UNIFORM TEMPERED MARTENSITE WITH NO
EVIDENCE OF SEGREGATION

-------------------------- CHEMICAL COMPOSITION -----------------------------
Carbon        (C )   .124     Manganese   (Mn)    .810
Phosphorus    (P )   .022     Sulphur     (S )    .360
Silicon       (Si)   .400     Chromium    (Cr) 13.080
Nickel        (Ni)   .600     Cobalt      (Co)    .030
Copper        (Cu)   .100     Moly        (Mo)    .050
Nitrogen      (N )   .043     Columbium   (Cb)    .003
Titanium      (Ti)   .001     Aluminum    (Al)    .001
Tin           (Sn)   .004     Boron       (B )    .001
Tantalum      (Ta)   .001     Vanadium    (V )    .030
Tungsten      (W )   .010
Columbium/
Tantalum (Cb+Ta)     .004
Iron          (Fe) Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____ Date 4/25/19

*M.F. Marcanio*

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

KKM 000026



# Certificate of Test

Page: 1

HEAT E191558   ORDER 690508/ 02  BOL 0249859  * CERTIFICATION  * 03/19/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA                910060000

691547
691548
691549

------------------------------ YOUR ORDER & DATE ------------------------------
      7394975              10/31/19 CUST# 0395009 CUST TAG#5466004

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                           Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles  3   Total Weight   6588    Approx. Hot Red. Ratio 23:1

WO 2102477 Bundles: 1C, 1D, 1E
------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II                ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)             DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped       207 HB    Hardness as tested       (477 HB )
Hardness as shipped     ( 93 HRB )
                                    Hardness as tested        50 HRC
                                    Tensile strength,KSI (MPa)  95.4 ( 658)
Micro                        OK     0.2% Yield Strngth,KSI(MPa) 78.7 ( 543)
Intergranular corrosion
                                    Elongation % in 4D          22.6
                                    Reduction of area %         54.6
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

------------------------- CHEMICAL COMPOSITION -------------------------
Carbon      (C )    .115      Manganese   (Mn)    .820
Phosphorus  (P )    .020      Sulphur     (S )    .345
Silicon     (Si)    .400      Chromium    (Cr) 12.940
Nickel      (Ni)    .200      Cobalt      (Co)    .021
Copper      (Cu)    .384      Moly        (Mo)    .020
Nitrogen    (N )    .048      Columbium   (Cb)    .001
Titanium    (Ti)    .001      Aluminum    (Al)    .001
Tin         (Sn)    .004      Boron       (B )    .001
Tantalum    (Ta)    .001      Vanadium    (V )    .030
Tungsten    (W )    .010
Columbium/
Tantalum (Cb+Ta)    .002                          SAMUEL, SON & CO., INC
Iron        (Fe) Balance                             LOS ANGELES
Melt Practice       EAF                            QC Certified True Copy
Refining Practice   AOD                         Of Original Material Test Report
De-long Ferrite                                 Initials _____ · Date 3/23/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                          M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio*

KKM 000027



# Certificate of Test

Page: 1

HEAT E191558   ORDER 690508/ 01   BOL 0249859   *  CERTIFICATION   *  03/19/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA        910060000

691550
691551

------- YOUR ORDER & DATE -------
7394975          10/31/19 CUST# 0395009 CUST TAG#5466004

------- ITEM DESCRIPTION -------
GRADE 416
Size416 RND CFA CONDA 1.2500 x 144.000 RL         Ship Condition CONDA
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles  2   Total Weight  4346   Approx. Hot Red. Ratio 23:1

WO 2102477 Bundles: 1A, 1B

------- SPECIFICATIONS -------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------- MECHANICAL & OTHER TESTS -------
Hardness as shipped    207 HB     Hardness as tested    (477 HB )
Hardness as shipped   ( 93 HRB )
                                   Hardness as tested     50 HRC
Micro                              Tensile strength,KSI (MPa)  95.4 ( 658)
Intergranular corrosion    OK      0.2% Yield Strngth,KSI(MPa) 78.7 ( 543)

                                   Elongation % in 4D           22.6
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.           Reduction of area %          54.6

------- CHEMICAL COMPOSITION -------
Carbon       (C )  .115     Manganese   (Mn)   .820
Phosphorus   (P )  .020     Sulphur     (S )   .345
Silicon      (Si)  .400     Chromium    (Cr) 12.940
Nickel       (Ni)  .200     Cobalt      (Co)   .021
Copper       (Cu)  .384     Moly        (Mo)   .020
Nitrogen     (N )  .048     Columbium   (Cb)   .001
Titanium     (Ti)  .001     Aluminum    (Al)   .001
Tin          (Sn)  .004     Boron       (B )   .001
Tantalum     (Ta)  .001     Vanadium    (V )   .030
Tungsten     (W )  .010
Columbium/
Tantalum (Cb+Ta)   .002
Iron         (Fe)  Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____  Date 3/23/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

M.F. Marcanio

KKM 000028



# Certificate of Test

Page: 1

HEAT E200038   ORDER 693068/ 01   BOL 0250227  *  CERTIFICATION  *  04/27/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA          910060000

693732
693733
693734

-------- YOUR ORDER & DATE --------
7394975         4/07/20 CUST# 0395009 CUST TAG#5466029

-------- ITEM DESCRIPTION --------
GRADE 416                                          Ship Condition CONDA
Size416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED KINGDOM   Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   3   Total Weight   6634   Approx. Hot Red. Ratio 12:1

WO 2103732 Bundles: 1A, 1B, 1C

-------- SPECIFICATIONS --------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II           ASTM A484/A484M 20
ASTM A582/A582M 12 (Re 17)        DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------- MECHANICAL & OTHER TESTS --------
Hardness as shipped    202 HB     Hardness as tested     (444 HB )
Hardness as shipped   ( 92 HRB )

                                  Hardness as tested        47 HRC
Micro                             Tensile strength,KSI (MPa)  94.5 ( 652 )
Intergranular corrosion    OK     0.2% Yield Strngth,KSI(MPa) 69.6 ( 480 )

                                  Elongation % in 4D        23.6
                                  Reduction of area %       56.3
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

-------- CHEMICAL COMPOSITION --------
Carbon       (C )  .114      Manganese  (Mn)   .770
Phosphorus   (P )  .020      Sulphur    (S )   .339
Silicon      (Si)  .350      Chromium   (Cr) 13.050
Nickel       (Ni)  .240      Cobalt     (Co)   .022
Copper       (Cu)  .058      Moly       (Mo)   .020
Nitrogen     (N )  .045      Columbium  (Cb)   .011
Titanium     (Ti)  .002      Aluminum   (Al)   .001
Tin          (Sn)  .005      Cerium     (Ce)   .006
Boron        (B )  .002      Tantalum   (Ta)   .001
Vanadium     (V )  .030      Tungsten   (W )   .010
Columbium/
Tantalum (Cb+Ta)   .012
Iron         (Fe)  Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials ___ Date 5/1/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

M.F. Marcanio

KKM 000029