| CERTIFICATE OF TESTS | ABNAHMEPRUEFZEUGNIS | CERTIFICAT DE CONTROLE |
|---|---|---|

CERT SERIAL# 001209047



TAG# 606737

**CARPENTER**
Carpenter Technology Corporation
101 West Bern Street, Reading, Pa. 19601
Tel: (610) 208-2000  (800) 338-4592

- THE RECORDING OF FALSE, FICTICIOUS OR FRAUDULENT STATEMENTS OR ENTRIES ON THIS DOCUMENT MAY BE PUNISHED AS A FELONY UNDER FEDERAL STATUTES INCLUDING FEDERAL LAW, TITLE 18, CHAPTER 47.
- THE VALUES AND OTHER TECHNICAL DATA REPRESENT THE RESULTS OF ANALYSES AND TESTS MADE ON SAMPLES COLLECTED FROM THE TOTAL LOT. ORIGINAL DATA RECORDS CAN BE TRACED BY REFERENCE TO THE CARPENTER ORDER NUMBER.
- MATERIAL IS MANUFACTURED FREE FROM MERCURY, RADIUM, ALPHA AND GAMMA SOURCE CONTAMINATION.
- THIS DOCUMENT SHALL NOT BE REPRODUCED, EXCEPT IN FULL, WITHOUT THE WRITTEN CONSENT OF CARPENTER TECHNOLOGY CORPORATION.

08/10/20
CUSTOMER / BESTELLER / CLIENT

SAMUEL SON & CO ARCADIA CA
12389 LOWER AZUSA RD
ARCADIA     , CA 91006

SELLER / VERKÄUFER / VENDEUR      PAGE   1 OF   3

HVL

| CUSTOMER ORDER NO./BESTELL-NR./N° DE COMMANDE | CARPENTER NO./WERKS-NR./N° DE REFERENCE INTERNE | DATE/DATUM/DATE | WEIGHT/GEWICHT/POIDS |
|---|---|---|---|
| 044B-7408761 | W58189 | | |

HEAT NUMBER / SCHMELZE-NR. / N° DE COULEE:     588186

PRODUCT DESCRIPTION: NO. 5 BQ TYPE 416 BQ ANNEALED GROUND
-------------------- PART NUMBER: 5466000

SIZE    1.750000 IN.( 44.45 MM) RD   BAR

HEAT CHEMISTRY(WT%):         (TEST METHOD IS SHOWN IN PARENTHESIS)

| C (COM) | MN(XRF) | SI(XRF) | P (XRF) | S (COM) | CR(XRF) |
|---|---|---|---|---|---|
| 0.136 | 0.39 | 0.65 | 0.016 | 0.37 | 12.79 |

THIS HEAT MELTED BY THE ELECTRIC ARC/AOD PROCESSES

CONTINUED ON NEXT PAGE

This certification is made to the customer printed on this form. Carpenter neither makes, nor assumes responsibility for, any representation or certification to other parties.
Die vorliegende Zertifizierung ist nur für den in diesem Formular genannten Kunden gültig. Carpenter übernimmt gegenüber Dritten keinerlei Haftung für die ausgewiesenen Daten oder Zertifizierungen
Ce certificat est uniquement valable pour le client dont le nom est imprimé sur ce formulaire. Carpenter n'assume pas de responsabilité pour une certification vis-à-vis d'une tierce personne.

KKM 000036

| CERTIFICATE OF TESTS<br>CERT SERIAL# 001209047 | ABNAHMEPRUEFZEUGNIS | CERTIFICAT DE CONTROLE |
|---|---|---|

**CARPENTER**
Carpenter Technology Corporation
101 West Bern Street, Reading, Pa. 19601
Tel: (610) 208-2000  (800) 338-4592

- THE RECORDING OF FALSE, FICTICIOUS OR FRAUDULENT STATEMENTS OR ENTRIES ON THIS DOCUMENT MAY BE PUNISHED AS A FELONY UNDER FEDERAL STATUTES INCLUDING FEDERAL LAW, TITLE 18, CHAPTER 47.
- THE VALUES AND OTHER TECHNICAL DATA REPRESENT THE RESULTS OF ANALYSES AND TESTS MADE ON SAMPLES COLLECTED FROM THE TOTAL LOT. ORIGINAL DATA RECORDS CAN BE TRACED BY REFERENCE TO THE CARPENTER ORDER NUMBER.
- MATERIAL IS MANUFACTURED FREE FROM MERCURY, RADIUM, ALPHA AND GAMMA SOURCE CONTAMINATION.
- THIS DOCUMENT SHALL NOT BE REPRODUCED, EXCEPT IN FULL, WITHOUT THE WRITTEN CONSENT OF CARPENTER TECHNOLOGY CORPORATION.

08/10/20
CUSTOMER / BESTELLER / CLIENT

SAMUEL SON & CO ARCADIA CA
12389 LOWER AZUSA RD
ARCADIA       , CA 91006

SELLER / VERKÄUFER / VENDEUR   PAGE  2 OF  3

HVL

| CUSTOMER ORDER NO./BESTELL-NR./N° DE COMMANDE | CARPENTER NO./WERKS-NR./N° DE REFERENCE INTERNE | DATE/DATUM/DATE | WEIGHT/GEWICHT/POIDS |
|---|---|---|---|
| 044B-7408761 | W58189 | | |

HEAT NUMBER / SCHMELZE-NR. / N° DE COULEE :    588186
MATERIAL HAS BEEN MELTED AND MANUFACTURED IN THE USA WHICH IS A QUALIFYING
COUNTRY TO DFARS REQUIREMENTS 252.225-7014 WITH ALTERNATE 1 FOR QUALIFYING
COUNTRY 225.872.1, SUPERSEDED BY DFARS REQUIREMENTS DFARS 252.225-7008 AND
252.225-7009.

UNLESS OTHERWISE NOTED, ALL TESTING WAS PERFORMED AT READING OR THE FOLLOWING
SATELLITE LOCATIONS. TEST BY LOCATION CAN BE PROVIDED UPON REQUEST.

ADDRESS OF TESTING LOCATIONS:
READING - 101 WEST BERN ST,                READING, PA 19601
SHALMET - 116 PINEDALE INDUSTRIAL RD,      ORWIGSBURG, PA 17961
ATHENS - 22110 THOMAS L HAMMONDS RD,       TANNER, AL 35671
HARTSVILLE - 205 TALLEY METALS LANE,       MCBEE, SC 29101

UNLESS OTHERWISE STATED, THE TEST WERE PERFORMED TO THE LATEST REVISION OF THE
STANDARDS LISTED BELOW: 1) BEND TEST - ASTM E290, 2) CHARPY IMPACT - ASTM E23,
3) COEFFICIENT OF LINEAR THERMAL EXPANSION - ASTM E228, 4) FRACTURE TOUGHNESS -
ASTM E399, 5) BRINELL HARDNESS - ASTM E10, 6) ROCKWELL HARDNESS-ASTM E18,
7) MICRO VICKERS HARDNESS-ASTM E92,  8) KNOOP HARDNESS-ASTM E92,
9) MACRO VICKERS HARDNESS-ASTM E92, 10) STRESS RUPTURE/CREEP RUPTURE-ASTM E139,
11) STRESS RUPTURE (COMBINATION) -ASTM E292, 12) ROOM TEMPERATURE TENSILE-ASTM E8,
13) ELEVATED ROOM TEMPERATURE TENSILE-ASTM E21, 14) DECARBURIZATION-ASTM E1077
15) DELTA FERRITE AMS 2315, 16) GRAIN SIZE-ASTM E112,
17) INCLUSION CONTENT/MICROCLEANLINESS-ASTM E45, 18) INTERGRANULAR ATTACH -
ASTM A262, 19) INTERGRANULAR CORROSION-ASTM A262,
20) MACRO ETCH&TESTING - ASTM A604/E381, 21) PITTING CORROSION - ASTM A923,
22) CREVICE CORROSION-ASTM G48, 23) HARDNESS CONVERSIONS - ASTM E140,
24) XRF-ASTM E572/E1085/E2465, 25) OES - ASTM E415/E1086, 26) COM - ASTM E1019,
27) FUS - ASTM E1019, 28) MS - CARPENTER METHODS 206.8500/206.8530
THIS ORDER WAS MANUFACTURED IN ACCORDANCE WITH CARPENTER SPECIALTY ALLOYS
OPERATIONS QUALITY PROGRAM MANUAL, REVISION 37 DATED 07/31/2019.

CARPENTER'S QUALITY MANAGEMENT SYSTEM WAS REGISTERED TO ISO 9001, AS9100,
AND AS9120. THIS CERTIFICATION OF TEST IS TYPE 3.1 PREPARED IN ACCORDANCE
WITH EN 10204 (DIN 50049). WE HEREBY CERTIFY THAT THE ABOVE TEST DATA ARE
IN ACCORDANCE WITH THE PURCHASE ORDER AND SPECIFICATION REQUIREMENTS,
AS DOCUMENTED IN THIS CERTIFICATE OF TESTS.

TEST METHODS ARE PER THE ASTM STANDARDS ON FILE AND IN EFFECT AT TIME OF ORDER
ACCEPTANCE, STANDARD PRACTICES, OR AS AGREED UPON BETWEEN CARPENTER & CUSTOMER.

CONTINUED ON NEXT PAGE

This certification is made to the customer printed on this form. Carpenter neither makes, nor assumes responsibility for, any representation or certification to other parties
Die vorliegende Zertifizierung ist nur für den in diesem Formular genannten Kunden gültig. Carpenter übernimmt gegenüber Dritten keinerlei Haftung für die ausgewiesenen Daten oder Zertifizierungen
Ce certificat est uniquement valable pour le client dont le nom est imprimé sur ce formulaire. Carpenter n'assume pas de responsabilité pour une certification vis-à-vis d'une tierce personne

| CERTIFICATE OF TESTS<br>CERT SERIAL# 001209047 | ABNAHMEPRUEFZEUGNIS | CERTIFICAT DE CONTROLE |
|---|---|---|



**CARPENTER**
Carpenter Technology Corporation
101 West Bern Street, Reading, Pa. 19601
Tel: (610) 208-2000  (800) 338-4592

- THE RECORDING OF FALSE, FICTICIOUS OR FRAUDULENT STATEMENTS OR ENTRIES ON THIS DOCUMENT MAY BE PUNISHED AS A FELONY UNDER FEDERAL STATUTES INCLUDING FEDERAL LAW, TITLE 18, CHAPTER 47.
- THE VALUES AND OTHER TECHNICAL DATA REPRESENT THE RESULTS OF ANALYSES AND TESTS MADE ON SAMPLES COLLECTED FROM THE TOTAL LOT. ORIGINAL DATA RECORDS CAN BE TRACED BY REFERENCE TO THE CARPENTER ORDER NUMBER.
- MATERIAL IS MANUFACTURED FREE FROM MERCURY, RADIUM, ALPHA AND GAMMA SOURCE CONTAMINATION.
- THIS DOCUMENT SHALL NOT BE REPRODUCED, EXCEPT IN FULL, WITHOUT THE WRITTEN CONSENT OF CARPENTER TECHNOLOGY CORPORATION.

08/10/20
CUSTOMER / BESTELLER / CLIENT

SAMUEL SON & CO ARCADIA CA
12389 LOWER AZUSA RD
ARCADIA          ,CA 91006

SELLER / VERKÄUFER / VENDEUR    PAGE 3 OF 3

HVL

| CUSTOMER ORDER NO./BESTELL-NR./N° DE COMMANDE | CARPENTER NO./WERKS-NR./N° DE REFERENCE INTERNE | DATE/DATUM/DATE | WEIGHT/GEWICHT/POIDS |
|---|---|---|---|
| 044B-7408761 | W58189 | | |

HEAT NUMBER / SCHMELZE-NR. / N° DE COULEE :      588186
DECISION RULE: UNLESS OTHERWISE SPECIFIED IN A CUSTOMER/INDUSTRY SPECIFICATION,
CARPENTER TECHNOLOGY CORPORATION WILL DETERMINE ACCEPTABILITY OF ANY TEST
RESULT BY COMPARISON OF THE RESULT WITH THE SPECIFICATION LIMITS, WITHOUT ANY
ADDITIONAL CONSIDERATION OF THE MEASUREMENT UNCERTAINTY. WHEN REQUESTED,
CARPENTER TECHNOLOGY CORPORATION WILL PROVIDE UNCERTAINTY BUDGETS FOR ANY TEST
RESULT THAT IS NOT ADDRESSED BY THE INDUSTRY STANDARD.

GARY BROWN
MANAGER - SPECIFICATIONS/CERTIFICATIONS
CARPENTER TECHNOLOGY CORPORATION

*Gary Brown*

SAMUEL, SON & CO. INC
HAYWARD
A Certified True Copy
of Original Material Test Report

Inititals MM  Date 8/10/20

This certification is made to the customer printed on this form. Carpenter neither makes, nor assumes responsibility for, any representation or certification to other parties.
Die vorliegende Zertifizierung ist nur für den in diesem Formular genannten Kunden gültig. Carpenter übernimmt gegenüber Dritten keinerlei Haftung für die ausgewiesenen Daten oder Zertifizierungen
Ce certificat est uniquement valable pour le client dont le nom est imprimé sur ce formulaire. Carpenter n'assume pas de responsabilité pour une certification vis-à-vis d'une tierce personne

## CERTIFICATE OF TESTS / ABNAHMEPRUEFZEUGNIS / CERTIFICAT DE CONTROLE

CERT SERIAL# 000946791

**CARPENTER**
Carpenter Technology Corporation
101 West Bern Street, Reading, Pa. 19601
Tel: (610) 208-2000  (800) 338-4592

- THE RECORDING OF FALSE, FICTICIOUS OR FRAUDULENT STATEMENTS OR ENTRIES ON THIS DOCUMENT MAY BE PUNISHED AS A FELONY UNDER FEDERAL STATUTES INCLUDING FEDERAL LAW, TITLE 18, CHAPTER 47.
- THE VALUES AND OTHER TECHNICAL DATA REPRESENT THE RESULTS OF ANALYSES AND TESTS MADE ON SAMPLES COLLECTED FROM THE TOTAL LOT. ORIGINAL DATA RECORDS CAN BE TRACED BY REFERENCE TO THE CARPENTER ORDER NUMBER.
- MATERIAL IS MANUFACTURED FREE FROM MERCURY, RADIUM, ALPHA AND GAMMA SOURCE CONTAMINATION.
- THIS DOCUMENT SHALL NOT BE REPRODUCED, EXCEPT IN FULL, WITHOUT THE WRITTEN CONSENT OF CARPENTER TECHNOLOGY CORPORATION.

10/07/14

CUSTOMER / BESTELLER / CLIENT

KKM PRECISION INC

25 CYGNET DR #200
CARSON CITY    NV 89706

SELLER / VERKÄUFER / VENDEUR   PAGE 1 OF 1

RAN

| CUSTOMER ORDER NO./BESTELL-NR./N° DE COMMANDE | CARPENTER NO./WERKS-NR./N° DE REFERENCE INTERNE | DATE/DATUM/DATE | WEIGHT/GEWICHT/POIDS |
|---|---|---|---|
| CP714 | W52337 | | |

HEAT NUMBER / SCHMELZE-NR. / N° DE COULEE:   747772

PRODUCT DESCRIPTION: PROJECT 70+ TYPE 416 STAINLESS ANNEALED GROUND

SPECIFICATION: AMS 5610 TYPE 2 REV N REAFFIRMED (02/ /12)

SIZE   1.750000 IN.( 44.45 MM) RD   BAR

HEAT CHEMISTRY (WT%):   (TEST METHOD IS SHOWN IN PARENTHESIS)

$C$ (COM) 0.09   $MN$ (XRF) 0.42   $SI$ (XRF) 0.63   $P$ (XRF) 0.017   $S$ (COM) 0.35   $CR$ (XRF) 12.90

$NI$ (XRF) 0.22   $MO$ (XRF) 0.04   $CU$ (XRF) 0.07

THIS HEAT MELTED BY THE ELECTRIC ARC/AOD PROCESSES

HARDNESS AS SHIPPED, HBW  -  224   (MIDRADIUS)
THE INDENTATION MEASURING DEVICE WAS A TYPE A.

MAX QUENCH HARDNESS, HRC - 39 - 1825 F( 996 C)   30 MN AIR COOL

MATERIAL HAS BEEN MELTED AND MANUFACTURED IN THE USA WHICH IS A QUALIFYING COUNTRY TO DFARS REQUIREMENTS 252.225-7014 WITH ALTERNATE 1 FOR QUALIFYING COUNTRY 225.872.1, SUPERSEDED BY DFARS REQUIREMENTS DFARS 252.225-7008 AND 252.225-7009.
THIS ORDER WAS MANUFACTURED IN ACCORDANCE WITH CARPENTER SPECIALTY ALLOYS OPERATIONS QUALITY PROGRAM MANUAL, REVISION 31 DATED 09/03/13.

CARPENTER'S QUALITY MANAGEMENT SYSTEM WAS REGISTERED AS OF NOVEMBER 24, 2013 TO THE REQUIREMENTS OF ISO 9001:2008 APPROVAL CERTIFICATE 13-1996R BY PERFORMANCE REVIEW INSTITUTE. THIS CERTIFICATE OF TEST IS TYPE 3.1 PREPARED IN ACCORDANCE WITH EN 10204 (DIN 50049). WE HEREBY CERTIFY THAT THE ABOVE TEST DATA ARE IN ACCORDANCE WITH THE PURCHASE ORDER AND SPECIFICATION REQUIREMENTS, AS DOCUMENTED IN THIS CERTIFICATE OF TESTS.

TEST METHODS ARE PER THE ASTM STANDARDS ON FILE AND IN EFFECT AT TIME OF ORDER ACCEPTANCE, STANDARD PRACTICES, OR AS AGREED UPON BETWEEN CARPENTER & CUSTOMER.

GARY BROWN
MANAGER - SPECIFICATIONS/CERTIFICATIONS
CARPENTER TECHNOLOGY CORPORATION

*Gary Brown*

This certification is made to the customer printed on this form. Carpenter neither makes, nor assumes responsibility for, any representation or certification to other parties.
Die vorliegende Zertifizierung ist nur für den in diesem Formular genannten Kunden gültig. Carpenter übernimmt gegenüber Dritten keinerlei Haftung für die ausgewiesenen Daten oder Zertifizierungen.
Ce certificat est uniquement valable pour le client dont le nom est imprimé sur ce formulaire. Carpenter n'assume pas de responsabilité pour une certification vis-à-vis d'une tierce personne.