# KKM PRECISION

## ROCKWELL TESTING PROCEDURE

5201 Convair Dr., Carson City, NV 89706 | support@kkmprecision.com

## General Information

1. Standard test method for Rockwell Hardness (HRC) of type 416 "Restricted" Stainless Steel 1911/2011 pistol barrels shall be performed on an ISO/ASTM certified automatic hardness testing machine i.e. Innovatest Verzus 720RS and adhere to ASTM E18-19 standards.
2. Testing shall be performed after heat treating and before any surface finishing has been applied. For best results, both the test surface and the bottom surface of the test barrel must be smooth, even, and free from any dirt, oil, or lubricants.
3. The use of a certified Diamond Indenter and 5mm Spot Anvil must be used for proper test results i.e. (IN/6005, 5mm Innovatest UN-Anvil/100).
4. Machine setup and operation will adhere to ASTM E18-19 standards consisting of Preload dwell time of 2 seconds, Mainload dwell time of 4 seconds, Recovery dwell time of 2 seconds with shape correction off.
5. Testing shall be within area shown in figures 1and 2. Position is approximately .500 inch from link pin hole on lower lug.
6. Make at least two preliminary indentations on a 45RC gauge block before barrel testing to ensure the indenter and anvil are properly seated.
7. Stacking or the use of blocks and V-blocks is not acceptable under ASTM E18-19 standards. Only a certified indenter and anvil can be used.
8. Testing shall **not** be performed on any cylindrical surfaces of the barrel as severe deformation of the internal bore can result. Because type 416 "Restricted" has sulfur stringers that run length wise through the barrel, any tests performed on the cylindrical surfaces can cause micro cracks to form rendering the barrel unsafe for use and void all warranties. Please contact KKM Precision at 775-246-5444 for assistance.
9. Operator must be properly trained in ASTM E18-19 standards and procedures.

## KKM Precision Rockwell Testing Procedure:

- Install barrel into Innovatest Verzus 720RS or equivalent and position according to figures 1 and 2, allowing 1mm space between barrel surface and indenter.
- Perform test and remove once finished. Test is automatic and only needs to be monitored for operator errors etc. (Tilting barrel greater than 1-degree, foreign object on surface etc.).
- Record and print test report. KKM Precision testing tolerance is 39RC to 45RC ±1. Average value is 42RC.
- If results are outside nominal tolerances, contact KKM Precision at 775-246-5444 for assistance.

Note:

Common Problems in Rockwell Hardness Testing on 1911/2011 Pistol Barrels:

- Operator error, environment, sample preparation, etc.
- Stacking or the use of blocks and V-blocks will result in below normal readings.
- Use of a noncertified or non-accredited ISO/ASTM E18-19 testing machine.
- Deflection caused by testing on cylindrical surfaces with no interior bore support, see figure 3. Test results can be 10+ points lower than actual results from material deflection.
- Surface is not smooth (Surface has been blasted with silicone carbide, glass beads etc.).
- Testing a surface that is coated with DLC, Tin, TiAln, Blacknitride etc. will result in damage to the diamond indenter and produce false results.
- Rockwell testing is a skill and may take many tries to perfect. Contact KKM Precision for assistance.

5201 Convair Dr., Carson City, NV 89706

Office: 775-246-5444 | KKMPrecision.com

KKM 000043



Figure 1



Figure 2



Figure 3

5201 Convair Dr., Carson City, NV 89706

Office: 775-246-5444  |  KKMPrecision.com

KKM 000044