

# Certificate of Test

```
                                                            Page:     1
HEAT E140837   ORDER 656042/ 01  BOL 0231333  *  CERTIFICATION  *  03/12/15
SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES        900400000                      G 10708

------------------------------ YOUR ORDER & DATE ------------------------------
    7144321                 11/19/14 CUST# 0395001 CUST TAG#5466062
------------------------------ ITEM DESCRIPTION -------------------------------
GRADE 416                        Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
                          NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1182    Approx. Hot Red. Ratio 141:1
WO 2059179 Bundles: 1F
------------------------------ SPECIFICATIONS --------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II             ASTM A484 14a
ASTM A582 12e1                      DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS ---------------------------
Hardness as shipped    (207 HB )  Hardness as tested      400 HB
Hardness as shipped     94 HRB
                                  Hardness as tested   ( 43 HRC )
                                  Tensile strength,KSI (MPa)   92.7 ( 639)
Micro                         OK  0.2% Yield Strngth,KSI(MPa)  69.7 ( 481)
Intergranular corrosion
                                  Elongation % in 4D           26.0
                                  Reduction of area %          55.7

------------------------- CHEMICAL COMPOSITION -------------------------------
Carbon      (C )   .116    Manganese   (Mn)   .790
Phosphorus  (P )   .020    Sulphur     (S )   .321
Silicon     (Si)   .350    Chromium    (Cr) 12.970
Nickel      (Ni)   .310    Cobalt      (Co)   .020
Copper      (Cu)   .060    Moly        (Mo)   .040
Nitrogen    (N )   .040    Columbium   (Cb)   .006
Titanium    (Ti)   .001    Aluminum    (Al)   .001
Tin         (Sn)   .009    Boron       (B )   .001
Tantalum    (Ta)   .004    Vanadium    (V )   .040
Tungsten    (W )   .033                       .000
Columbium/
Tantalum (Cb+Ta)   .010
Iron        (Fe) Balance
Melt Practice    EAF
Refining Practice AOD
De-long Ferrite
```

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date 7/18/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio* (signature)

KKM 000051



# Certificate of Test

Page: 1

HEAT E140837    ORDER 655026/ 18   BOL 0231238  *  CERTIFICATION  *  03/05/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000

C10209

------------------------------ YOUR ORDER & DATE ------------------------------
7136833                  10/08/14 CUST# 0395001 CUST TAG#5466062

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                     Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
                                   NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1214    Approx. Hot Red. Ratio 141:1

WO 2058366 Bundles: 1C
------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II            ASTM A484 14a
ASTM A582 12e1                     DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------------ MECHANICAL & OTHER TESTS ------------------------------
Hardness as shipped    (207 HB )  Hardness as tested       409 HB
Hardness as shipped     93 HRB
                                  Hardness as tested     ( 44 HRC )
                                  Tensile strength,KSI (MPa)  97.5 ( 672)
Micro                        OK   0.2% Yield Strngth,KSI(MPa) 75.0 ( 517)
Intergranular corrosion
                                  Elongation % in 4D         23.0
                                  Reduction of area %        54.0
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.

------------------------------ CHEMICAL COMPOSITION ------------------------------
Carbon        (C )   .116    Manganese   (Mn)   .790
Phosphorus    (P )   .020    Sulphur     (S )   .321
Silicon       (Si)   .350    Chromium    (Cr) 12.970
Nickel        (Ni)   .310    Cobalt      (Co)   .020
Copper        (Cu)   .060    Moly        (Mo)   .040
Nitrogen      (N )   .040    Columbium   (Cb)   .006
Titanium      (Ti)   .001    Aluminum    (Al)   .001
Tin           (Sn)   .009    Boron       (B )   .001
Tantalum      (Ta)   .004    Vanadium    (V )   .040
Tungsten      (W )   .033                       .000
Columbium/
Tantalum (Cb+Ta)     .010
Iron          (Fe)  Balance
Melt Practice        EAF
Refining Practice    AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials_____ Date 3/7/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                                       M.F. Marcanio,  Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio* (signature)

KKM 000052



# Certificate of Test

outokumpu — high performance stainless steel

Page: 1

HEAT E140837   ORDER 655518/ 09   BOL 0231333   *   CERTIFICATION   *   03/12/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES       900400000

610704

---------- YOUR ORDER & DATE ----------
7139752        10/29/14 CUST# 0395001 CUST TAG#5466062

---------- ITEM DESCRIPTION ----------
GRADE 416                   Ship Condition CONDA
Size  416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
                                    NAFTA Country of Origin is Country of Melt

No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles  1   Total Weight  1210   Approx. Hot Red. Ratio 141:1

WO 2059179 Bundles: 1B
---------- SPECIFICATIONS ----------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II        ASTM A484 14a
ASTM A582 12e1                 DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------- MECHANICAL & OTHER TESTS ----------
Hardness as shipped   (207 HB )  Hardness as tested     400 HB
Hardness as shipped    94 HRB
                                  Hardness as tested      ( 43 HRC )
                                  Tensile strength,KSI (MPa)   92.7 ( 639)
Micro                      OK     0.2% Yield Strngth,KSI(MPa)  69.7 ( 481)
Intergranular corrosion
                                  Elongation % in 4D            26.0
                                  Reduction of area %           55.7

---------- CHEMICAL COMPOSITION ----------
Carbon       (C )  .116        Manganese  (Mn)   .790
Phosphorus   (P )  .020        Sulphur    (S )   .321
Silicon      (Si)  .350        Chromium   (Cr) 12.970
Nickel       (Ni)  .310        Cobalt     (Co)   .020
Copper       (Cu)  .060        Moly       (Mo)   .040
Nitrogen     (N )  .040        Columbium  (Cb)   .006              8000  1/1
Titanium     (Ti)  .001        Aluminum   (Al)   .001
Tin          (Sn)  .009        Boron      (B )   .001
Tantalum     (Ta)  .004        Vanadium   (V )   .040
Tungsten     (W )  .033                          .000
Columbium/
Tantalum (Cb+Ta)   .010
Iron         (Fe)  Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.   SAMUEL, SON & CO. INC.
                                                              LOS ANGELES
                               M.F. Marcanio,   Quality Manager   QC Certified True Copy
                                                              of Original Material Test Report

                                                              Initials_____ Date 3/18/15

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio



# Certificate of Test

Page: 1

HEAT G21804   ORDER 657838/ 05   BOL 0232216   *   CERTIFICATION   *   05/27/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000

614146

---------- YOUR ORDER & DATE ----------
7154548                2/09/15 CUST# 0395001 CUST TAG#5466062

---------- ITEM DESCRIPTION ----------
GRADE 416              Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                                  NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   708   Approx. Hot Red. Ratio 212:1

WO 2060246 Bundles: 1K
---------- SPECIFICATIONS ----------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II            ASTM A484 15
ASTM A582 12e1                     DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------- MECHANICAL & OTHER TESTS ----------
Hardness as shipped    (217 HB )   Hardness as tested       400 HB
Hardness as shipped     95 HRB
                                   Hardness as tested       ( 43 HRC )
                                   Tensile strength,KSI (MPa)  101.0 ( 696)
Micro                       OK     0.2% Yield Strngth,KSI(MPa)  77.5 ( 534)
Intergranular corrosion     OK
Macro                              Elongation % in 4D          23.0
                                   Reduction of area %         57.0
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.

---------- CHEMICAL COMPOSITION ----------
Carbon       (C )   .120       Manganese  (Mn)  1.020
Phosphorus   (P )   .018       Sulphur    (S )   .320
Silicon      (Si)   .380       Chromium   (Cr) 12.950
Nickel       (Ni)   .190       Cobalt     (Co)   .050
Copper       (Cu)   .090       Moly       (Mo)   .030
Nitrogen     (N )   .041       Columbium  (Cb)   .010
Titanium     (Ti)   .010       Aluminum   (Al)   .010
Tin          (Sn)   .006       Vanadium   (V )   .040
Tungsten     (W )   .050                          .000
Columbium/
Tantalum (Cb+Ta)    .010
Iron         (Fe)   Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials ___ Date 6/2/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                    M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio* (signature)

KKM 000054


high performance stainless steel

# Certificate of Test

Page: 1

HEAT G22110    ORDER 659171/ 01   BOL 0232835   *   CERTIFICATION   *   07/23/15

SHIP TO:
SAMUEL, SON & CO
30640 SAN CLEMENTE ST

HAYWARD            945440000

Tag# 561118
561119
561120
561121
561122
561123
561124
561125

---------------------------------- YOUR ORDER & DATE ---------------------------
7165241                            4/09/15 CUST# 0395009 CUST TAG#5466076

---------------------------------- ITEM DESCRIPTION ---------------------------
GRADE 416                          Ship Condition CONDA
Size   416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED STATES     Country of Mfg.: UNITED STATES
                                   NAFTA Country of Origin is Country of Melt

No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   4    Total Weight  10512    Approx. Hot Red. Ratio 110:1

WO 2061685 Bundles: 1A, 1B, 1C, 1D
---------------------------------- SPECIFICATIONS -----------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II            ASTM A484 15
ASTM A582 12e1                     DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped      205 HB        Hardness as tested         421 HB
Hardness as shipped     ( 94 HRB )
                                       Hardness as tested       ( 45 HRC )
                                       Tensile strength,KSI (MPa)   97.3 ( 671)
Micro                      OK          0.2% Yield Strngth,KSI(MPa)  70.7 ( 487)
Intergranular corrosion
Macro                      OK          Elongation % in 4D           26.0
                                       Reduction of area %          59.7

---------------------------- CHEMICAL COMPOSITION ----------------------------
Carbon        (C )   .120       Manganese   (Mn)   1.010
Phosphorus    (P )   .016       Sulphur     (S )    .320
Silicon       (Si)   .330       Chromium    (Cr)  13.020
Nickel        (Ni)   .180       Cobalt      (Co)    .050
Copper        (Cu)   .090       Moly        (Mo)    .030
Nitrogen      (N )   .042       Columbium   (Cb)    .010
Titanium      (Ti)   .010       Aluminum    (Al)    .010
Tin           (Sn)   .007       Vanadium    (V )    .030
Tungsten      (W )   .050                           .000
Columbium/
Tantalum (Cb+Ta)     .010
Iron          (Fe)   Balance
Melt Practice        EAF
Refining Practice    AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,  Quality Manager

SAMUEL, SON & CO. INC.
HAYWARD
QC Certified True Copy
Of Original Material Test Report
Initials _____ Date 07-31-15   M.F. Marcanio

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729



# Certificate of Test

Page: 1

HEAT G22664    ORDER 661822/ 06   BOL 0233943   *   CERTIFICATION   *   11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES        900400000

621975

------------------------------ YOUR ORDER & DATE ------------------------------
7186768                         9/07/15  CUST# 0395001  CUST TAG#5466062

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                         Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES         Country of Mfg.: UNITED STATES
                                       NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1282    Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1C
------------------------------ SPECIFICATIONS ------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II              ASTM A484 15
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped      216 HB     Hardness as tested        432 HB
Hardness as shipped     ( 96 HRB )
                                    Hardness as tested       ( 46 HRC )
                                    Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                       OK      0.2% Yield Strngth,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                       OK      Elongation % in 4D          23.0
                                    Reduction of area %         57.0

--------------------------- CHEMICAL COMPOSITION ---------------------------
Carbon       (C )   .120     Manganese   (Mn)  1.040
Phosphorus   (P )   .017     Sulphur     (S )   .320
Silicon      (Si)   .460     Chromium    (Cr) 13.000
Nickel       (Ni)   .320     Cobalt      (Co)   .050
Copper       (Cu)   .110     Moly        (Mo)   .080
Nitrogen     (N )   .044     Columbium   (Cb)   .020
Titanium     (Ti)   .010     Aluminum    (Al)   .010
Tin          (Sn)   .006     Vanadium    (V )   .050
Tungsten     (W )   .050                        .000
Columbium/
Tantalum (Cb+Ta)    .020
Iron         (Fe)  Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

SAMUEL, SON & CO...
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials ___  Date 11/19/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,  Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio

KKM 000056



# Certificate of Test

Page: 1

```
HEAT G23479    ORDER 671590/ 09  BOL 0238423  *  CERTIFICATION  *  02/20/17

SHIP TO:                              641673  641677   641681
SAMUEL, SON & CO., INC.               641674  641678   641682
6415 EAST CORVETTE
323.767.2302                          641675  641679   641683
LOS ANGELES            900400000
                                      641676  641680
```

------------------------------ YOUR ORDER & DATE ------------------------------
7253602                               1/09/17 CUST# 0395001 CUST TAG#5466062

------------------------------ ITEM DESCRIPTION -------------------------------
GRADE 416                                              Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES     Country of Mfg.: UNITED STATES
                                   NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles  1   Total Weight  1338    Approx. Hot Red. Ratio 212:1

WO 2074302 Bundles: 1F
------------------------------ SPECIFICATIONS ---------------------------------
 THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
 AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II              ASTM A484 16
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------------- MECHANICAL & OTHER TESTS ---------------------------
Hardness as shipped     233 HB    Hardness as tested         421 HB
Hardness as shipped    ( 97 HRB )
                                  Hardness as tested       ( 45 HRC )
                                  Tensile strength,KSI (MPa) 101.0 ( 696)
Micro                      OK     0.2% Yield Strngth,KSI(MPa) 75.7 ( 522)
Intergranular corrosion
Macro                      OK     Elongation % in 4D          22.5
                                  Reduction of area %         57.1

--------------------------- CHEMICAL COMPOSITION ------------------------------
Carbon      (C )   .120      Manganese   (Mn)  1.020
Phosphorus  (P )   .018      Sulphur     (S )   .310
Silicon     (Si)   .380      Chromium    (Cr) 12.920
Nickel      (Ni)   .270      Cobalt      (Co)   .050
Copper      (Cu)   .080      Moly        (Mo)   .100
Nitrogen    (N )   .041      Columbium   (Cb)   .010
Titanium    (Ti)   .010      Aluminum    (Al)   .010
Tin         (Sn)   .005      Vanadium    (V )   .050
Tungsten    (W )   .050
Columbium/
Tantalum (Cb+Ta)   .010
Iron        (Fe) Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite
```

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

KKM 000057



# Certificate of Test

Page: 1

```
HEAT E171092    ORDER 678249/ 04   BOL 0242098   * CERTIFICATION   * 01/30/18
SHIP TO:                                656470      656474
SAMUEL, SON & CO., INC.                 656471      656475
6415 EAST CORVETTE                                  656476
323.767.2302                            656472      656477
LOS ANGELES             900400000       656473      656478
```

------------------------------- YOUR ORDER & DATE -----------------------------
7297425                   11/22/17 CUST# 0395001 CUST TAG#5466062

------------------------------- ITEM DESCRIPTION ------------------------------
GRADE 416                                                Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
                                   NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight  1282    Approx. Hot Red. Ratio 23:1

WO 2082223 Bundles: 1F
------------------------------- SPECIFICATIONS --------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II              ASTM A484/A484M 16
ASTM A582 12 (Reapp. 2017)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS ----------------------------
Hardness as shipped      (201 HB )  Hardness as tested        400 HB
Hardness as shipped       92 HRB
                                    Hardness as tested      ( 43 HRC )
                                    Tensile strength,KSI (MPa)  93.5 ( 645)
Micro                          OK   0.2% Yield Strngth,KSI(MPa) 67.3 ( 464)
Intergranular corrosion
                                    Elongation % in 4D          24.7
                                    Reduction of area %         54.8
the microstucture consisted of uniform tempered martensite with no
evidence of segregation

-------------------------- CHEMICAL COMPOSITION -------------------------------
Carbon       (C )   .112       Manganese    (Mn)    .820
Phosphorus   (P )   .021       Sulphur      (S )    .324
Silicon      (Si)   .380       Chromium     (Cr) 12.930
Nickel       (Ni)   .420       Cobalt       (Co)    .028
Copper       (Cu)   .103       Moly         (Mo)    .040
Nitrogen     (N )   .038       Columbium    (Cb)    .003
Titanium     (Ti)   .001       Aluminum     (Al)    .001
Tin          (Sn)   .004       Boron        (B )    .001
Tantalum     (Ta)   .001       Vanadium     (V )    .030
Tungsten     (W )   .010
Columbium/                     SAMUEL SON & CO INC
Tantalum (Cb+Ta)    .004       LOS ANGELES
Iron         (Fe)  Balance     QC Certified True Copy
Melt Practice       EAF        Of Original Material Test Report
Refining Practice   AOD
De-long Ferrite                Initials _____ Date 2-5-18

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                                       M.F. Marcanio,   Quality Manager
```

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio* (signature)

KKM 000058



# Certificate of Test

Page: 1

HEAT E181621 ORDER 687391/ 01 BOL 0246696 * CERTIFICATION * 04/16/19

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

674741
674742

ARCADIA 910060000

---------------------------- YOUR ORDER & DATE -------------------------------
7369931                          4/12/19 CUST# 0395009 CUST TAG#5466004
---------------------------- ITEM DESCRIPTION --------------------------------
GRADE 416                                              Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM     Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   2   Total Weight   4170      Approx. Hot Red. Ratio 23:1

WO 2091549 Bundles: 1B, 1C
---------------------------- SPECIFICATIONS ----------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------------------------- MECHANICAL & OTHER TESTS ------------------------
Hardness as shipped      (212 HB )  Hardness as tested        421 HB
Hardness as shipped       94 HRB
                                    Hardness as tested      ( 45 HRC )
                                    Tensile strength,KSI (MPa)  98.6 ( 680)
Micro                         OK    0.2% Yield Strngth,KSI(MPa) 73.0 ( 503)
Intergranular corrosion
                                    Elongation % in 4D           23.0
                                    Reduction of area %          54.4
THE MICROSTRUCTURE CONSISTED OF UNIFORM TEMPERED MARTENSITE WITH NO
EVIDENCE OF SEGREGATION

---------------------------- CHEMICAL COMPOSITION ----------------------------
Carbon      (C )    .124      Manganese   (Mn)    .810
Phosphorus  (P )    .022      Sulphur     (S )    .360
Silicon     (Si)    .400      Chromium    (Cr) 13.080
Nickel      (Ni)    .600      Cobalt      (Co)    .030
Copper      (Cu)    .100      Moly        (Mo)    .050
Nitrogen    (N )    .043      Columbium   (Cb)    .003
Titanium    (Ti)    .001      Aluminum    (Al)    .001
Tin         (Sn)    .004      Boron       (B )    .001
Tantalum    (Ta)    .001      Vanadium    (V )    .030
Tungsten    (W )    .010
Columbium/
Tantalum (Cb+Ta)    .004
Iron        (Fe) Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,  Quality Manager

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____ Date 4/25/19

*M.F. Marcanio*

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

KKM 000059



# Certificate of Test

Page: 1

HEAT E191558   ORDER 690508/ 02   BOL 0249859   * CERTIFICATION   * 03/19/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA           910060000

691547
691548
691549

------------------------------ YOUR ORDER & DATE ------------------------------
7394975                10/31/19 CUST# 0395009 CUST TAG#5466004

------------------------------ ITEM DESCRIPTION ------------------------------
                                                    Ship Condition CONDA
GRADE 416
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM   Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles  3   Total Weight  6588   Approx. Hot Red. Ratio 23:1

WO 2102477 Bundles: 1C, 1D, 1E
------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II            ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)         DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped    207 HB    Hardness as tested        (477 HB  )
Hardness as shipped    ( 93 HRB )
                                 Hardness as tested        50 HRC
                                 Tensile strength,KSI (MPa)  95.4 ( 658)
Micro                      OK    0.2% Yield Strngth,KSI(MPa) 78.7 ( 543)
Intergranular corrosion
                                 Elongation % in 4D         22.6
                                 Reduction of area %        54.6
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.

------------------------- CHEMICAL COMPOSITION -------------------------
Carbon      (C )   .115      Manganese   (Mn)   .820
Phosphorus  (P )   .020      Sulphur     (S )   .345
Silicon     (Si)   .400      Chromium    (Cr)  12.940
Nickel      (Ni)   .200      Cobalt      (Co)   .021
Copper      (Cu)   .384      Moly        (Mo)   .020
Nitrogen    (N )   .048      Columbium   (Cb)   .001
Titanium    (Ti)   .001      Aluminum    (Al)   .001
Tin         (Sn)   .004      Boron       (B )   .001
Tantalum    (Ta)   .001      Vanadium    (V )   .030
Tungsten    (W )   .010
Columbium/
Tantalum (Cb+Ta)   .002                         SAMUEL, SON & CO., INC
Iron        (Fe)   Balance                           LOS ANGELES
Melt Practice      EAF                           QC Certified True Copy
Refining Practice  AOD                         Of Original Material Test Report
De-long Ferrite                                Initials ⌀SD · Date 3/23/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                     M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

                                              M.F. Marcanio

KKM 000060



# Certificate of Test

```
                                                              Page:    1
HEAT E191558    ORDER 690508/ 01  BOL 0249859  *  CERTIFICATION  *  03/19/20
SHIP TO:
SAMUEL, SON & CO                                     691550
12389 LOWER AZUSA ROAD

    ARCADIA              910060000                   691551

------------------------------ YOUR ORDER & DATE -----------------------------
          7394975              10/31/19 CUST# 0395009 CUST TAG#5466004
------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                              Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   2   Total Weight   4346    Approx. Hot Red. Ratio 23:1

WO 2102477 Bundles: 1A, 1B
------------------------------ SPECIFICATIONS --------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS ---------------------------
Hardness as shipped      207 HB    Hardness as tested      (477 HB )
Hardness as shipped     ( 93 HRB )
                                   Hardness as tested        50 HRC
Micro                              Tensile strength,KSI (MPa)  95.4 ( 658)
Intergranular corrosion    OK      0.2% Yield Strngth,KSI(MPa) 78.7 ( 543)

                                   Elongation % in 4D          22.6
                                   Reduction of area %         54.6
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.

------------------------- CHEMICAL COMPOSITION -------------------------------
Carbon       (C )   .115     Manganese  (Mn)    .820
Phosphorus   (P )   .020     Sulphur    (S )    .345
Silicon      (Si)   .400     Chromium   (Cr)  12.940
Nickel       (Ni)   .200     Cobalt     (Co)    .021
Copper       (Cu)   .384     Moly       (Mo)    .020
Nitrogen     (N )   .048     Columbium  (Cb)    .001
Titanium     (Ti)   .001     Aluminum   (Al)    .001
Tin          (Sn)   .004     Boron      (B )    .001
Tantalum     (Ta)   .001     Vanadium   (V )    .030
Tungsten     (W )   .010
Columbium/
Tantalum (Cb+Ta)    .002
Iron         (Fe)   Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite
```

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _AO_   Date _3/23/20_

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

*M.F. Marcanio* (signature)



# outokumpu
high performance stainless steel

# Certificate of Test

Page: 1

HEAT E200038   ORDER 693068/01   BOL 0250227  *  CERTIFICATION  *  04/27/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA        910060000

693732
693733
693734

------------------------------- YOUR ORDER & DATE -------------------------------
      7394975                    4/07/20 CUST# 0395009 CUST TAG#5466029

------------------------------- ITEM DESCRIPTION -------------------------------
GRADE 416                                                    Ship Condition CONDA
Size416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   3   Total Weight   6634    Approx. Hot Red. Ratio 12:1

WO 2103732 Bundles: 1A, 1B, 1C
------------------------------- SPECIFICATIONS -------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 20
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped     202 HB     Hardness as tested        (444 HB )
Hardness as shipped     ( 92 HRB )
                                   Hardness as tested         47 HRC
                                   Tensile strength,KSI (MPa)  94.5 ( 652)
Micro                       OK     0.2% Yield Strngth,KSI(MPa) 69.6 ( 480)
Intergranular corrosion

                                   Elongation % in 4D          23.6
                                   Reduction of area %         56.3
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

---------------------------- CHEMICAL COMPOSITION ----------------------------
Carbon         (C )   .114       Manganese    (Mn)   .770
Phosphorus     (P )   .020       Sulphur      (S )   .339
Silicon        (Si)   .350       Chromium     (Cr) 13.050
Nickel         (Ni)   .240       Cobalt       (Co)   .022
Copper         (Cu)   .058       Moly         (Mo)   .020
Nitrogen       (N )   .045       Columbium    (Cb)   .011
Titanium       (Ti)   .002       Aluminum     (Al)   .001
Tin            (Sn)   .005       Cerium       (Ce)   .006
Boron          (B )   .002       Tantalum     (Ta)   .001
Vanadium       (V )   .030       Tungsten     (W )   .010
Columbium/
Tantalum (Cb+Ta)      .012
Iron           (Fe)   Balance
Melt Practice         EAF
Refining Practice     AOD
De-long Ferrite

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _DQ_  Date _5/1/20_

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                            M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

*M.F. Marcanio* (signature)



# Certificate of Test

Page: 1

HEAT E200885    ORDER 694431/ 02   BOL 0252221   *   CERTIFICATION   *   12/30/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA            910060000

706248

------------------------------ YOUR ORDER & DATE ------------------------------
    7424834                     8/03/20 CUST# 0395009 CUST TAG#5466004

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                             Ship Condition CONDA
Size416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   1   Total Weight   2014    Approx. Hot Red. Ratio 12:1

WO 2107916 Bundles: 1A
------------------------------ SPECIFICATIONS -----------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II                 ASTM A484/A484M 20b
ASTM A582/A582M 12 (Re 17)              DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped    (207 HB )   Hardness as tested    (444 HB )
Hardness as shipped    94 HRB
                                   Hardness as tested         47 HRC
                                   Tensile strength,KSI (MPa)  96.5 ( 665)
Micro                        OK    0.2% Yield Strngth,KSI(MPa) 71.8 ( 495)
Intergranular corrosion
                                   Elongation % in 4D         25.5
                                   Reduction of area %        58.7
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

------------------------- CHEMICAL COMPOSITION -------------------------
Carbon      (C )   .120      Manganese   (Mn)   .840
Phosphorus  (P )   .021      Sulphur     (S )   .343
Silicon     (Si)   .360      Chromium    (Cr)  12.950
Nickel      (Ni)   .340      Cobalt      (Co)   .024
Copper      (Cu)   .070      Moly        (Mo)   .030
Nitrogen    (N )   .043      Columbium   (Cb)   .003
Titanium    (Ti)   .002      Aluminum    (Al)   .001
Tin         (Sn)   .005      Boron       (B )   .001
Tantalum    (Ta)   .001      Vanadium    (V )   .030
Tungsten    (W )   .010
Columbium/
Tantalum (Cb+Ta)   .004
Iron        (Fe)   Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date 1/5/21

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

M.F. Marcanio



# outokumpu
high performance stainless steel

# Certificate of Test

Page: 1

HEAT E200561   ORDER 694431/ 02   BOL 0252112   *   CERTIFICATION   *   12/09/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA                910060000

705504
705505
705506
705507

--------------------------------- YOUR ORDER & DATE ---------------------------
        7424834            8/03/20 CUST# 0395009 CUST TAG#5466004

--------------------------------- ITEM DESCRIPTION ----------------------------
GRADE 416                                         Ship Condition CONDA
Size416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED KINGDOM   Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   4   Total Weight   7686   Approx. Hot Red. Ratio 12:1

WO 2107200 Bundles: 1A, 1B, 1C, 1D
--------------------------------- SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II           ASTM A484/A484M 20b
ASTM A582/A582M 12 (Re 17)        DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

--------------------------- MECHANICAL & OTHER TESTS --------------------------
Hardness as shipped    (207 HB )  Hardness as tested     (444 HB )
Hardness as shipped     93 HRB
                                  Hardness as tested         47 HRC
Micro                             Tensile strength,KSI (MPa)  95.0 ( 655)
Intergranular corrosion    OK     0.2% Yield Strngth,KSI(MPa) 68.7 ( 474)

                                  Elongation % in 4D          25.0
                                  Reduction of area %         55.9
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.

--------------------------- CHEMICAL COMPOSITION ------------------------------
Carbon       (C )   .122      Manganese   (Mn)    .810
Phosphorus   (P )   .020      Sulphur     (S )    .344
Silicon      (Si)   .370      Chromium    (Cr) 13.050
Nickel       (Ni)   .460      Cobalt      (Co)    .031
Copper       (Cu)   .038      Moly        (Mo)    .040
Nitrogen     (N )   .042      Columbium   (Cb)    .001
Titanium     (Ti)   .001      Aluminum    (Al)    .001
Tin          (Sn)   .004      Boron       (B )    .001
Tantalum     (Ta)   .001      Vanadium    (V )    .030
Tungsten     (W )   .010
Columbium/                                    SAMUEL, SON & CO., INC
Tantalum (Cb+Ta)    .002                          LOS ANGELES
Iron         (Fe)   Balance
Melt Practice       EAF                       QC Certified True Copy
Refining Practice   AOD                   Of Original Material Test Report
De-long Ferrite                               Initials ___. Date 12/15/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                        M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

                                                       M.F. Marcanio

KKM 000064



# Certificate of Test

Page: 1

HEAT E200885    ORDER 694431/ 02   BOL 0252221  *  CERTIFICATION  *  12/30/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA                910060000

706248

-------------------------------- YOUR ORDER & DATE --------------------------------
7424834                 8/03/20 CUST# 0395009 CUST TAG#5466004

-------------------------------- ITEM DESCRIPTION --------------------------------
GRADE 416                                              Ship Condition CONDA
Size416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   1   Total Weight   2014     Approx. Hot Red. Ratio 12:1

WO 2107916 Bundles: 1A
-------------------------------- SPECIFICATIONS --------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 20b
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------------------- MECHANICAL & OTHER TESTS --------------------------------
Hardness as shipped     (207 HB )  Hardness as tested       (444 HB )
Hardness as shipped      94 HRB
                                   Hardness as tested        47 HRC
Micro                        OK    Tensile strength,KSI (MPa)   96.5 ( 665)
Intergranular corrosion            0.2% Yield Strngth,KSI(MPa)  71.8 ( 495)

                                   Elongation % in 4D          25.5
                                   Reduction of area %         58.7
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

-------------------------------- CHEMICAL COMPOSITION --------------------------------
Carbon      (C )   .120      Manganese  (Mn)    .840
Phosphorus  (P )   .021      Sulphur    (S )    .343
Silicon     (Si)   .360      Chromium   (Cr)  12.950
Nickel      (Ni)   .340      Cobalt     (Co)    .024
Copper      (Cu)   .070      Moly       (Mo)    .030
Nitrogen    (N )   .043      Columbium  (Cb)    .003
Titanium    (Ti)   .002      Aluminum   (Al)    .001
Tin         (Sn)   .005      Boron      (B )    .001
Tantalum    (Ta)   .001      Vanadium   (V )    .030
Tungsten    (W )   .010
Columbium/
Tantalum (Cb+Ta)   .004
Iron        (Fe)   Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials ___ Date 1/5/21

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

M.F. Marcanio



# Certificate of Test

Page: 1

HEAT E200885    ORDER 694431/ 01    BOL 0252112  *  CERTIFICATION  *  12/09/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA              910060000

705503

------------------------------ YOUR ORDER & DATE ------------------------------
7424834                       8/03/20 CUST# 0395009 CUST TAG#5466004

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                              Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   1   Total Weight   1914    Approx. Hot Red. Ratio 18:1

WO 2107864 Bundles: 1A
------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II             ASTM A484/A484M 20b
ASTM A582/A582M 12 (Re 17)          DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F

------------------------ MECHANICAL & OTHER TESTS ------------------------
Hardness as shipped    (207 HB )   Hardness as tested      (444 HB )
Hardness as shipped    93 HRB
                                   Hardness as tested       47 HRC
                                   Tensile strength,KSI (MPa)   93.3 ( 643)
Micro                        OK    0.2% Yield Strngth,KSI(MPa)  67.5 ( 465)
Intergranular corrosion

                                   Elongation % in 4D        25.5
                                   Reduction of area %       58.7
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.

------------------------ CHEMICAL COMPOSITION ------------------------
Carbon      (C )    .120        Manganese   (Mn)   .840
Phosphorus  (P )    .021        Sulphur     (S )   .343
Silicon     (Si)    .360        Chromium    (Cr) 12.950
Nickel      (Ni)    .340        Cobalt      (Co)   .024
Copper      (Cu)    .070        Moly        (Mo)   .030
Nitrogen    (N )    .043        Columbium   (Cb)   .003
Titanium    (Ti)    .002        Aluminum    (Al)   .001
Tin         (Sn)    .005        Boron       (B )   .001
Tantalum    (Ta)    .001        Vanadium    (V )   .030
Tungsten    (W )    .010
Columbium/
Tantalum (Cb+Ta)    .004
Iron        (Fe) Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____ Date 12/5/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio



# outokumpu
high performance stainless steel

# Certificate of Test

Page: 1

HEAT G23479    ORDER 671590/ 09   BOL 0238423   *   CERTIFICATION   *   02/20/17

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000

641673 641677 641681
641674 641678 641682
641675 641679 641683
641676 641680

------------------------------- YOUR ORDER & DATE -------------------------------
7253602                          1/09/17 CUST# 0395001 CUST TAG#5466062

------------------------------- ITEM DESCRIPTION -------------------------------
GRADE 416                                                Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                                  NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1    Total Weight   1338    Approx. Hot Red. Ratio 212:1

WO 2074302 Bundles: 1F
------------------------------- SPECIFICATIONS -------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II           ASTM A484 16
ASTM A582 12e1                    DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped      233 HB    Hardness as tested        421 HB
Hardness as shipped    ( 97 HRB )
                                   Hardness as tested       ( 45 HRC )
Micro                              Tensile strength,KSI (MPa)  101.0 ( 696)
Intergranular corrosion    OK      0.2% Yield Strngth,KSI(MPa)  75.7 ( 522)
Macro                      OK
                                   Elongation % in 4D           22.5
                                   Reduction of area %          57.1

------------------------- CHEMICAL COMPOSITION -------------------------
Carbon      (C )   .120       Manganese  (Mn)  1.020
Phosphorus  (P )   .018       Sulphur    (S )   .310
Silicon     (Si)   .380       Chromium   (Cr) 12.920
Nickel      (Ni)   .270       Cobalt     (Co)   .050
Copper      (Cu)   .080       Moly       (Mo)   .100
Nitrogen    (N )   .041       Columbium  (Cb)   .010
Titanium    (Ti)   .010       Aluminum   (Al)   .010
Tin         (Sn)   .005       Vanadium   (V )   .050
Tungsten    (W )   .050
Columbium/
Tantalum (Cb+Ta)   .010       SAMUEL, SON & CO. INC.
Iron    (Fe)    Balance       LOS ANGELES
Melt Practice      EAF        Certified True Copy
Refining Practice  AOD        Original Material Test Report
De-long Ferrite
                              2.24.17

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,    Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

M.F. Marcanio

KKM 000067

 

# Certificate of Test

Page: 1

HEAT E200561   ORDER 694431/ 01   BOL 0252112  *  CERTIFICATION  *  12/09/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA               910060000

705499
705500
705501
705562

------------------------------ YOUR ORDER & DATE ------------------------------
   7424834                 8/03/20 CUST# 0395009 CUST TAG#5466004

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                         Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   4   Total Weight   7554   Approx. Hot Red. Ratio 23:1

WO 2107347 Bundles: 1A, 1B, 1C, 1D
------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II            ASTM A484/A484M 20b
ASTM A582/A582M 12 (Re 17)         DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------ MECHANICAL & OTHER TESTS ------------------------
Hardness as shipped      197 HB    Hardness as tested     (444 HB )
Hardness as shipped     ( 91 HRB )
                                   Hardness as tested       47 HRC
                                   Tensile strength,KSI (MPa)  95.3 ( 657)
Micro                    OK        0.2% Yield Strngth,KSI(MPa) 68.6 ( 473)
Intergranular corrosion
                                   Elongation % in 4D        25.1
                                   Reduction of area %       59.5

------------------------- CHEMICAL COMPOSITION -------------------------
Carbon       (C )   .122      Manganese  (Mn)    .810
Phosphorus   (P )   .020      Sulphur    (S )    .344
Silicon      (Si)   .370      Chromium   (Cr) 13.050
Nickel       (Ni)   .460      Cobalt     (Co)    .031
Copper       (Cu)   .038      Moly       (Mo)    .040
Nitrogen     (N )   .042      Columbium  (Cb)    .001
Titanium     (Ti)   .001      Aluminum   (Al)    .001
Tin          (Sn)   .004      Boron      (B )    .001
Tantalum     (Ta)   .001      Vanadium   (V )    .030
Tungsten     (W )   .010
Columbium/
Tantalum (Cb+Ta)    .002
Iron         (Fe)   Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials AO  Date 12/15/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                           M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

*M.F. Marcanio (signature)*

KKM 000068



# outokumpu
### high performance stainless steel

# Certificate of Test

Page: 1

HEAT E182244   ORDER 690508/ 03  BOL 0249584  *  CERTIFICATION  *  02/24/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

690284

ARCADIA                 910060000

690286

------------------------------- YOUR ORDER & DATE -------------------------------
  7394975                    10/31/19 CUST# 0395009 CUST TAG#5466004

------------------------------- ITEM DESCRIPTION -------------------------------
GRADE 416                                              Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM      Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   2   Total Weight   2710    Approx. Hot Red. Ratio 23:1

WO 2102078 Bundles: 1A, 1B
----------------------------- SPECIFICATIONS -----------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II                 ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)              DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped     (201 HB )  Hardness as tested     (444 HB )
Hardness as shipped      92 HRB
                                   Hardness as tested       47 HRC
                                   Tensile strength,KSI (MPa)  96.2 ( 663)
Micro                    OK        0.2% Yield Strngth,KSI(MPa) 71.4 ( 492)
Intergranular corrosion
                                   Elongation % in 4D       22.2
                                   Reduction of area %      55.6
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.

------------------------- CHEMICAL COMPOSITION -------------------------
Carbon      (C )  .117       Manganese  (Mn)   .810
Phosphorus  (P )  .022       Sulphur    (S )   .334
Silicon     (Si)  .460       Chromium   (Cr) 12.980
Nickel      (Ni)  .230       Cobalt     (Co)   .021
Copper      (Cu)  .092       Moly       (Mo)   .020
Nitrogen    (N )  .044       Columbium  (Cb)   .001
Titanium    (Ti)  .001       Aluminum   (Al)   .001
Tin         (Sn)  .004       Boron      (B )   .002
Tantalum    (Ta)  .001       Vanadium   (V )   .030
Tungsten    (W )  .010
Columbium/                                       SAMUEL, SON & CO., INC
Tantalum (Cb+Ta)  .002                                LOS ANGELES
Iron        (Fe)  Balance                        QC Certified True Copy
Melt Practice     EAF                            Of Original Material Test Report
Refining Practice AOD                            Initials ___ Date 2/28/20
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                        M.F. Marcanio,  Quality Manager

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials ___ Date ___

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio

KKM 000069