

**AKAI HOROWITZ #439**



12:01 PM

Bruce

I may be out of business because I have to replace so many guns before that

I AM the one doing the right thing.

At no point in time did KKM or SC offer to help or stand behind their product.

Chuck Warner, George Smith, Matt McLearn, Josko, Atlas and myself have all tested the barrels as bad.

SC has unleashed the trolls on me, trashing my reputation because I dared to ask them to help

I did a voluntary recall, replacing barrels and top ends on my own dime

Who is the bad guy? If they continue trashing me, before I go out if business, I will post screen caps of conversations telling me they don't care and will continue selling the barrels

Aa

AKAI HOROWITZ #440



12:01 PM

**Bruce**

I am not looking for trial by public opinion anymore. The problem is very wide spread with a number of builders having the same exact issue.

KKM has plenty of barrels there to test.

Notice that KKM or SC has not gone public with "our barrels are fine, we stand behind them, we guarantee them"

As a matter of fact, they refused to refund my money on tested barrels because I dimpled them and they are no longer pristine

DEC 12, 2019 AT 12:43 PM

I wish I had better advise. I just hope you aren't getting set up to fail. If it gets litigated, you may "win" but I predict you'll be out of business before that happens. The risk-reward ratio isn't favourable to you in my view, but I pray I'm wrong. I hope you guys can settle this privately!



**Bruce**

To follow your metaphor, the food industry is highly regulated, and complied with rigidly enforced standards for food safety which is designed to protect the consumer from, say, salmonella in a tray of chicken, as well as to protect the store or Tyson from false claims. Our industry has the Internet, and public opinion is never correct. Yes, bad heat treat can cause embrittlement. You can't prove that until you go outside for a high-level material properties analysis. I'd contact HP White, and get these assessed definitively. If you are claiming a burst barrel from factory ammo, you need really unimpeachable evidence. One benefit of letting KKM do their own test is that if they come up with the same results but try to hide the data, you have 'em. Not letting them test hurts your credibility if it gets to litigation, in my opinion.

DEC 12, 2019 AT 12:25 PM

I understand. But the barrels are my evidence and lawyer said not to send them out.

12:01 PM

 **Bruce**

The point is, pretend Shootersconnection was a grocery store. I called them on 9/19 saying their meat was contaminated and I got sick from it. They told me to f off, they don't care, will continue selling contaminated meat, it's not their problem.

DEC 12, 2019 AT 12:14 PM

To follow your metaphor, the food industry is highly regulated, and complied with rigidly enforced standards for food safety which is designed to protect the consumer from, say, salmonella in a tray of chicken, as well as to protect the store or Tyson from false claims. Our industry has the Internet, and public opinion is never correct. Yes, bad heat treat can cause embrittlement. You can't prove that until you go outside for a high-level material properties analysis. I'd contact HP White, and get these assessed definitively. If you are claiming a burst barrel from factory ammo, you need really unimpeachable evidence. One benefit of letting KKM do their own

Aa

**AKAI HOROWITZ #443**

12:00 PM

0.4KB/s

 **Bruce**

I do not believe there is enough energy in any factory round to burst a chamber made from any 400 series stainless, heat treated or not. So my thinking is that low RC could affect it, but the ammo had to have been defective. HP White could probably tell you the pressure.



DEC 12, 2019 AT 7:17 AM

I talked to George Smith about that barrel, it is from a friend of his. He said that wrong tempering temperature causes 416 embrittlement.

George said the same thing happened to a batch of parts he made, where the customer dropped a grip safety on the floor and it shattered.

Even with double charged 40s, I have never seen a barrel disintegrate like that.

The point is, pretend Shootersconnection was a grocery store. I called them on 9/19 saying their meat was

Aa

AKAI HOROWITZ #444

12:00 PM

←  **Bruce** 📞 📹 ⓘ

This looks to be consistent with a failure caused by pressure waves that exceeded the yield strength of the material. More than a double-charge. Is there evidence of a bore obstruction?

DEC 11, 2019 AT 8:14 PM

Zero bore obstruction. Barrel tested at 36

9 minor. Slide is almost pristine.

See what I mean? This is a very serious matter, could cost someone's life, has already cost me more than 200k

DEC 11, 2019 AT 11:12 PM

Jesus!

I do not believe there is enough energy in any factory round to burst a chamber made from any 400 series stainless, heat treated or not. So my thinking is that low RC could affect it, but the ammo had to have been defective. HP White could

    Aa  

**AKAI HOROWITZ #445**



12:00 PM

**Bruce**

Please do not share this

What would cause that?

9mm factory ammo 147s.

As for Vlieger, I really like the guy. He has seen every test I have made. He is fully aware. I have offered many times to use a 3rd party to test. I really do not wish him harm, but his hands are tied

DEC 11, 2019 AT 8:02 PM

Understood. He's a good guy. I hate to see good people put at odds with each other over things that can be dealt with in another way. I really believe, based on what you've shown me, that this should be mediated in such a way as to allow all concerned to go back to status quo ante, and preserve everyone's reputations. Just my 2 cents.

This looks to be consistent with a failure caused by pressure waves that exceeded the yield strength of the material. More than a double-charge. Is there evidence of

Aa

AKAI HOROWITZ #446

 **Bruce**

Yes, I can. In full disclosure, Mr. Vlieger reached out to me, and upon that I offered to help you guys mediate if possible. However, I never violate confidences.

Honestly, I still fear for your situation if it goes to litigation. I hope you can avoid that like death.

 Thank you, BTW.

DEC 11, 2019 AT 5:28 PM



Please do not share this

**AKAI HOROWITZ #447**



**12:00 PM**

**Bruce**

We have tested in every way possible

Lower lugs, standing up, just the rib

On the rounds

Variation is 0.5 point

I also tested 8 other makes in the same exact method and were all pinpoint 42. At the same time, same tester.

KKM, same test, was 36 to 44. Only manufacturer with variation

DEC 11, 2019 AT 4:39 PM

OK.

My point, and you know how much I respect you, is that we have done our homework

I do have a question for you though, but can you keep it confidentia

DEC 11, 2019 AT 5:16 PM

Aa

**AKAI HOROWITZ #448**



**Bruce**

> Luke's exact words were that he tests the hockey pock left over after machining the barrel, not the barrel itself

> That's why we are getting four point difference on the same barrel

It is possible to obtain anomalous results depending on how the testing is performed, on how the barrel section being tested is supported. I've been to that rodeo. There are preferred methods for testing this sort of item. The most reliable method is destructive, however. My machinist does material testing preparation for both Sandia and Lawrence Livermore labs, in which parts are wired out into slabs.

FYI

I hope this works out!

> We have tested in every way possible

> Lower lugs, standing up, just the

AKAI HOROWITZ #449



11:59 AM

**Bruce**

So they only test the "crust" of a 2 inch diameter rod

Ah, so they machine them from hardened stock?

I have no sent them my barrels for testing.

Yes

When I called KKM he told me "send me the barrel, I will tell you where you are wrong", which did not instill confidence in honesty

He refused to accept outside lab results

QC Metallurgical, Inc.
Testing & Consulting Services
2870 Stirling Road • Hollywood, FL 33020-1199 • (954) 889-0089 • Fax (954) 362-

INSPECTION REPORT

JOB# 191M-733          CUSTOMER AKAI          DATE September

Luke's exact words were that he tests the hockey pock left over

Aa

AKAI HOROWITZ #450



**11:59 AM**

← **Bruce**

It is not my "opinion". You could test them if you wish, but I would not want you to post it

I have submitted all these tests to Shootersconnection and KKM. They are not interested in outside independent testing

Out of curiosity, what are KKM's testing results?

KKM tests on a random basis only, so they can't tell you each barrel

They test the rod itself, the hockey pock, not the barrel

They heat treat once, before cutting

And they haven't tested yours in question, then?

So they only test the "crust" of a 2 inch diameter rod

Ah, so they mac... them from hardened stock?

Aa

AKAI HOROWITZ #451

11:59 AM

20.9KB/s

Bruce

Warner tested then at 32-36

Hendricks Motorsports tested a barrel at 34-38

George Smith tested at 38

QC Metallurgy lab tested at 37

An ISO SpaceX facility double checked all my testing, down to 34



We have X rayed the barrels to see the chemical makeup

Aa

AKAI HOROWITZ #452

11:58 AM

**Bruce**

Saw what you wrote, I appreciate it



DEC 11, 2019 AT 2:39 PM

You see how much tensile strength is lost as RC goes down?

DEC 11, 2019 AT 3:43 PM

Would you be willing to allow me to independently test and assess these barrels, and report to both parties as an honest, qualified mediator? I foresee this having the potential to turn everything to shit for all concerned, and I believe it should stay out of court.

Aa

**AKAI HOROWITZ #453**



11:58 AM

**Bruce**

...involved?

They sellnthe barrels. The hybrid barrels are exclusive to shootersconnection

Ah.

Shit.

I bought four replacement barrels from Chuck. Tested them as soon as I opened the package

44,44,44,38

I asked to return the 38, he won't take it because I dimpled it

😳

DEC 4, 2019 AT 2:30 PM

Hey Bruce, got a min?

DEC 4, 2019 AT 3:01 PM

Yeah

Aa

**AKAI HOROWITZ #454**



11:58 AM

**Bruce**

I informed them on 9/19, when I got the initial results from the lab

Didn't post till a month later

If they would have said "dude, how many barrels you need right now?"

It would have been gine

NOV 13, 2019 AT 4:34 PM

I understand.

KKM reaction was not friendly

Shooters connection said they don't give a shit

Chuck Bradley? How was he involved?

They sellnthe barrels. The hybrid barrels are exclusive to shootersconnection

Ah.

Shit

Aa

**AKAI HOROWITZ #455**

11:58 AM

 **Bruce**

Understood. Wish there was a way that general info could be put out there to protect your rep while this gets sorted out. I hope to God (or Elvis, RuPaul, Haille Selassie, the doorknob on your Mom's closet, or whatever you believe in) that you can avoid litigation.

I hope I can, but it is a very serious issue

For example, tensile strength of a barrel goes down 15% at 38RC and 40% at 32RC

It also means that the barrel has become more likely to burst and split

It's a very serious issue that is affecting the whole industry and could really hurt people

True. I struggle to understand why a barrel maker would not jump on fixing this instantly. If there is a hardness issue, it shouldn't go to court, if they are either ethical or smart.

Aa



**11:55 AM** ☁ ✉ ⓦ ⋯    0.1KB/s 🌙 ✳ ⏰ ⓘ ▋ 📶 🔋 58

←    **Bruce**
Active Now    📞   📹●   ⓘ

Yea, attorney told me to shut up

We have had the barrels tested by a QC metallurgy lab, George from EGW, Chuck Warner, engineer from Hendricks Motorsports, an ISO facility that is calibrated and certified.

There are now around 8 builders with same issues.

NOV 13, 2019 AT 3:04 PM

Understood. Wish there was a way that general info could be put out there to protect your rep while this gets sorted out. I hope to God (or Elvis, RuPaul, Haille Selassie, the doorknob on your Mom's closet, or whatever you believe in) that you can avoid litigation.

I hope I can, but it is a very serious issue

For example, tensile strength of a barrel goes down 15% at 38RC and 40% at 32RC

↓

⠿ 📷 🖼 🎤   Aa   🙂 👍

**AKAI HOROWITZ #457**



11:54 AM

**Bruce**
Active Now

I don't owe anyone proof. I said we have an STD, we went to doctor, got medicine. We suggest others go tested as well.

NOV 13, 2019 AT 1:54 PM

Well, you did make this public, so it seems reasonable to expect folks who don't know the inside story to see validation.

I recall how I got crucified online over the P320 drop safety fiasco. Much of that was because of my not having the flexibility to independently challenge some of what was being alleged.

Yea, attorney told me to shut up

We have had the barrels tested by a QC metallurgy lab, George from EGW, Chuck Warner, engineer from Hendricks Motorsports, an ISO facility that is calibrated and certified.

There are now around 8 builders with same issues.

Aa

**AKAI HOROWITZ #458**



AKAI HOROWITZ #459



**AKAI HOROWITZ #460**



AKAI HOROWITZ #461



11:53 AM

**Bruce**
Active Now

I have hoods going from 1317 to 1312 after 500 rounds....

OK. Then it's unarguable. KKM needs to pull their head(S) out of their butts and get down with fixing this for you.

Wow! That's ridiculous. 30 to 32 ?

You saw my screen cap with Chuck

We use a certified heat treat lab in Portland that tests samples from each rack and stack until they get the numbers. If you ever need real heat treating, it's Met-Tek in Clackamas.

Yes.

Damn.

Thanks bud

I trust Chuck

Any time. This is ___ble. If you get stuck for help, let me know

Aa

**AKAI HOROWITZ #462**



**AKAI HOROWITZ #463**



11:52 AM

**Bruce**
Active Now

In huge batches

We have a small but precise RC lab in-house. Just sayin'.

Probably stack up the rods

Yup. Now I get it.

I took the barrels to a legit lab, bought a tester, calibrated it, verified on the same exact barrels they tested

Warner got same numbers

Want me to back up your tests here? I have no problem giving you a report as well. Our shit holds well within RCH 1.2 points

His own words were that he slices a hockey pock off the batch and runs with it

I have hoods going from 1317 to 1312 after 500 rounds....

OK. Then it's unarguable. KKM

Aa

**AKAI HOROWITZ #464**



AKAI HOROWITZ #465



**Bruce**
Active Now

That's evil. Please tell me the barrel maker is backing them up?

I informed them a month ago

Sent lab reports

Deny deny deny

Haven't even sent replacement barrels

May I ask who, so I will never make the mistake of buying their stuff?

KKm bud



**AKAI HOROWITZ #467**