| INVDATE | SHIPWHSE | InvoiceNumber | ORDER# | ORDERLINE | HeatNumber | LOTNBR | ITEMNMBR | ORDERDESC | QTYSOLD | UM | OriginalPO | OriginalPOLine | PURCHVENDOR | VENDNAME | MILL | MILLNAME | TAG# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015-03-16 | 042 | 2816458 | 9710465 | 1 | E140837 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 505 | CWT | 7136833 | 19 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 610211 |
| 2015-03-23 | 042 | 2820267 | 9715335 | 1 | E140837 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1206 | CWT | 7136833 | 19 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 610210 |
| 2015-03-23 | 042 | 2820267 | 9715335 | 1 | E140837 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1204 | CWT | 7139752 | 9 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 610703 |
| 2015-03-23 | 042 | 2820267 | 9715335 | 1 | E140837 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 101 | CWT | 7136833 | 19 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 610212 |
| 2015-04-10 | 042 | 2829468 | 9724994 | 1 | E140837 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1195 | CWT | 7144321 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 610710 |
| 2015-04-10 | 042 | 2829468 | 9724994 | 1 | E140837 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1182 | CWT | 7144321 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 610708 |
| 2015-04-10 | 042 | 2829468 | 9724994 | 1 | E140837 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1206 | CWT | 7139752 | 9 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 610704 |
| 2015-04-10 | 042 | 2829468 | 9724994 | 1 | E140837 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1207 | CWT | 7139752 | 9 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 610705 |
| 2015-04-10 | 042 | 2829468 | 9724994 | 1 | E140837 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1206 | CWT | 7139752 | 9 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 610706 |
| 2015-04-10 | 042 | 2829468 | 9724994 | 1 | E140837 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1193 | CWT | 7139752 | 9 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 610707 |
| 2015-04-10 | 042 | 2829468 | 9724994 | 1 | E140837 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 757 | CWT | 7136833 | 19 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 610212 |
| 2015-05-21 | 044 | 2849382 | 9727863 | 1 | N881 | | 5466076 | SS 416 Round Bar 1.750" X 144 RDM" | 1094 | CWT | 7128297 | 1 | 010372-001 | NORTH AMERICAN STAINLESS | 010372 | NORTH AMERICAN STNL WEST COAST | 559081 |
| 2015-05-21 | 044 | 2849382 | 9727863 | 1 | N881 | | 5466076 | SS 416 Round Bar 1.750" X 144 RDM" | 1094 | CWT | 7128297 | 1 | 010372-001 | NORTH AMERICAN STAINLESS | 010372 | NORTH AMERICAN STNL WEST COAST | 559081 |
| 2015-05-21 | 044 | 2849382 | 9727863 | 1 | N881 | | 5466076 | SS 416 Round Bar 1.750" X 144 RDM" | 2622 | CWT | 7128297 | 1 | 010372-001 | NORTH AMERICAN STAINLESS | 010372 | NORTH AMERICAN STNL WEST COAST | 559082 |
| 2015-05-21 | 044 | 2849382 | 9727863 | 1 | N881 | | 5466076 | SS 416 Round Bar 1.750" X 144 RDM" | 2622 | CWT | 7128297 | 1 | 010372-001 | NORTH AMERICAN STAINLESS | 010372 | NORTH AMERICAN STNL WEST COAST | 559082 |
| 2015-06-30 | 042 | 2868101 | 9766182 | 1 | G21804 | | 5466062 | SS 416 Round Bar 1.25" X 144" | 1229 | CWT | 7154548 | 5 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 614142 |
| 2015-06-30 | 042 | 2868101 | 9766182 | 1 | G21804 | | 5466062 | SS 416 Round Bar 1.25" X 144" | 1246 | CWT | 7154548 | 5 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 614104 |
| 2015-06-30 | 042 | 2868101 | 9766182 | 1 | G21804 | | 5466062 | SS 416 Round Bar 1.25" X 144" | 1131 | CWT | 7154548 | 5 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 614145 |
| 2015-06-30 | 042 | 2868101 | 9766182 | 1 | G21804 | | 5466062 | SS 416 Round Bar 1.25" X 144" | 1207 | CWT | 7154548 | 5 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 614146 |
| 2015-06-30 | 042 | 2868101 | 9766182 | 1 | G21804 | | 5466062 | SS 416 Round Bar 1.25" X 144" | 1204 | CWT | 7154548 | 5 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 614143 |
| 2015-06-30 | 042 | 2868101 | 9766182 | 1 | G21804 | | 5466062 | SS 416 Round Bar 1.25" X 144" | 708 | CWT | 7154548 | 5 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 614141 |
| 2015-08-10 | 044 | 2886313 | 9727186 | 1 | G22110 | | 5466076 | SS 416 Round Bar 1.750" X 144 RDM" | 103 | CWT | 7165241 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 561119 |
| 2015-08-10 | 044 | 2886313 | 9727186 | 1 | G22110 | | 5466076 | SS 416 Round Bar 1.750" X 144 RDM" | 2502 | CWT | 7165241 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 561124 |
| 2015-08-10 | 044 | 2886313 | 9727186 | 1 | G22110 | | 5466076 | SS 416 Round Bar 1.750" X 144 RDM" | 2500 | CWT | 7165241 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 561125 |
| 2015-08-10 | 044 | 2886313 | 9727186 | 1 | G22110 | | 5466076 | SS 416 Round Bar 1.750" X 144 RDM" | 2453 | CWT | 7165241 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 561123 |
| 2015-08-10 | 044 | 2886313 | 9727186 | 1 | G22110 | | 5466076 | SS 416 Round Bar 1.750" X 144 RDM" | 465 | CWT | 7165241 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 561121 |
| 2015-08-10 | 044 | 2886313 | 9727186 | 1 | G22110 | | 5466076 | SS 416 Round Bar 1.750" X 144 RDM" | 90 | CWT | 7165241 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 561122 |
| 2015-08-10 | 044 | 2886313 | 9727186 | 1 | G22110 | | 5466076 | SS 416 Round Bar 1.750" X 144 RDM" | 2311 | CWT | 7165241 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 561118 |
| 2015-08-10 | 044 | 2886313 | 9727186 | 1 | G22110 | | 5466076 | SS 416 Round Bar 1.750" X 144 RDM" | 88 | CWT | 7165241 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 561120 |
| 2015-11-18 | 044 | 2933960 | 9790272 | 1 | G22664 | | 5466070 | SS 416 Round Bar 1.50" X 144" | 5532 | CWT | 7182773 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 563933 |
| 2015-11-18 | 044 | 2933960 | 9790272 | 1 | G22664 | | 5466070 | SS 416 Round Bar 1.50" X 144" | 5310 | CWT | 7182773 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 563934 |
| 2016-02-15 | 044 | 2970586 | 9886532 | 1 | | 22343397 | 6458034 | Al 6061 T6511 Round Bar 1.50" X 144" | 249 | CWT | 7205645 | 2 | 010299-001 | SAPA EXTRUSIONS, INC. | 010299 | SAPA EXTRUSIONS, INC. | 565886 |
| 2016-04-28 | 042 | 3005571 | 9925882 | 1 | G22664 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 718 | CWT | 7186768 | 6 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 621983 |
| 2016-04-28 | 042 | 3005571 | 9925882 | 1 | G22664 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1318 | CWT | 7186768 | 6 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 621976 |
| 2016-04-28 | 042 | 3005571 | 9925882 | 1 | G22664 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1320 | CWT | 7186768 | 6 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 621978 |
| 2016-04-28 | 042 | 3005571 | 9925882 | 1 | G22664 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1294 | CWT | 7186768 | 6 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 621979 |
| 2016-04-28 | 042 | 3005571 | 9925882 | 1 | G22664 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1294 | CWT | 7186768 | 6 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 621980 |
| 2016-04-28 | 042 | 3005571 | 9925882 | 1 | G22664 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 143 | CWT | 7182745 | 4 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 621747 |
| 2017-01-01 | 042 | 3116826 | 1016085 | 1 | 37004 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 944 | CWT | 7253109 | 5 | 004229-006 | TA CHEN INT'L DEPOT | 004229 | TA CHEN INT'L INC (DEPOT) | 638837 |
| 2017-01-01 | 042 | 3116826 | 1016085 | 1 | 37004 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1138 | CWT | 7253109 | 5 | 004229-006 | TA CHEN INT'L DEPOT | 004229 | TA CHEN INT'L INC (DEPOT) | 638838 |
| 2017-01-01 | 042 | 3116826 | 1016085 | 1 | 37004 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1036 | CWT | 7253109 | 5 | 004229-006 | TA CHEN INT'L DEPOT | 004229 | TA CHEN INT'L INC (DEPOT) | 638839 |
| 2017-01-01 | 042 | 3116826 | 1016085 | 1 | 063F | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 730 | CWT | 7246321 | 1 | 010372-003 | NORTH AMERICAN STAINLESS | 010372 | NORTH AMERICAN STNL WEST COAST | 639110 |
| 2017-01-01 | 042 | 3116826 | 1016085 | 1 | 207L | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1451 | CWT | 7246321 | 1 | 010372-003 | NORTH AMERICAN STAINLESS | 010372 | NORTH AMERICAN STNL WEST COAST | 639114 |
| 2017-01-01 | 042 | 3116826 | 1016085 | 1 | G22544 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 666 | CWT | 7223435 | 8 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 635837 |
| 2017-03-28 | 042 | 3151529 | 1093086 | 1 | G23479 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1326 | CWT | 7253602 | 9 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 641676 |
| 2017-03-28 | 042 | 3151529 | 1093086 | 1 | G23479 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1336 | CWT | 7253602 | 9 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 641677 |
| 2017-03-28 | 042 | 3151529 | 1093086 | 1 | G23479 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1338 | CWT | 7253602 | 9 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 641678 |
| 2017-03-28 | 042 | 3151529 | 1093086 | 1 | G23479 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1220 | CWT | 7253602 | 9 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 641674 |
| 2017-03-28 | 042 | 3151529 | 1093086 | 1 | G23479 | | 5466070 | SS 416 Round Bar 1.250" X 144 RDM" | 1128 | CWT | 7253602 | 9 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 641675 |
| 2017-03-30 | 044 | 3153213 | 1094222 | 1 | | 22747226 | 6458042 | Al 6061 Round Bar 1.25" X 144" | 258 | CWT | 7262708 | 2 | 010299-001 | SAPA EXTRUSIONS, INC. | 010299 | SAPA EXTRUSIONS, INC. | 576857 |
| 2017-08-30 | 042 | 3220909 | 1172403 | 1 | E162027 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 2175 | CWT | 7259416 | 7 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 649497 |
| 2017-08-30 | 042 | 3220909 | 1172403 | 1 | E162027 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 2235 | CWT | 7259416 | 7 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 649498 |
| 2017-08-30 | 042 | 3220909 | 1172403 | 1 | E162027 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 2210 | CWT | 7259416 | 7 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 649499 |
| 2017-08-30 | 042 | 3235382 | 1172406 | 1 | E162027 | | 5466076 | SS 416 Round Bar 1.750" X 144 RDM" | 2166 | CWT | 7286301 | 2 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 582243 |
| 2017-10-03 | 042 | 3235382 | 1172406 | 1 | E162027 | | 5466076 | SS 416 Round Bar 1.750" X 144 RDM" | 2166 | CWT | 7286301 | 2 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 582243 |
| 2017-10-03 | 042 | 3235382 | 1172406 | 1 | E162027 | | 5466076 | SS 416 Round Bar 1.750" X 144 RDM" | 1180 | CWT | 7286301 | 2 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 582260 |
| 2018-04-10 | 042 | 3315707 | 1278320 | 1 | E171092 | | 5466062 | SS 416 Round Bar 1.250" X 12' R/L | 1184 | CWT | 7284014 | 2 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 654428 |
| 2018-04-10 | 042 | 3315707 | 1278320 | 1 | E171092 | | 5466062 | SS 416 Round Bar 1.250" X 12' R/L | 1196 | CWT | 7284014 | 2 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 654429 |
| 2018-04-10 | 042 | 3315707 | 1278320 | 1 | E171092 | | 5466062 | SS 416 Round Bar 1.250" X 12' R/L | 1190 | CWT | 7289006 | 7 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 654431 |
| 2018-04-10 | 042 | 3315707 | 1278320 | 1 | E171092 | | 5466062 | SS 416 Round Bar 1.250" X 12' R/L | 1184 | CWT | 7289006 | 7 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 654434 |
| 2018-04-10 | 042 | 3315707 | 1278320 | 1 | E171092 | | 5466062 | SS 416 Round Bar 1.250" X 12' R/L | 1225 | CWT | 7289006 | 7 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 654435 |
| 2018-04-10 | 042 | 3315707 | 1278320 | 1 | E171092 | | 5466062 | SS 416 Round Bar 1.250" X 12' R/L | 562 | CWT | 7284014 | 2 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 654427 |
| 2018-08-27 | 042 | 3373857 | 1347387 | 1 | E171092 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1180 | CWT | 7297425 | 2 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 658261 |
| 2018-08-27 | 042 | 3373857 | 1347387 | 1 | E171092 | | 5466062 | SS 416 Round Bar 1.250" X 144 RDM" | 1176 | CWT | 7297425 | 2 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 658255 |
| 2018-11-09 | 042 | 3404952 | 1347391 | 1 | E181050 | | 5466004 | SS 416 Round Bar 1.250" X 144 RDM" | 588 | CWT | 7341436 | 1 | 013537-001 | OUTOKUMPU(CALVERT)STAINLESS US | 013537 | OUTOKUMPU(CALVERT)STAINLESS US | 667909 |
| 2018-11-09 | 042 | 3404952 | 1347391 | 1 | E181050 | | 5466004 | SS 416 Round Bar 1.250" X 144 RDM" | 2904 | CWT | 7341436 | 1 | 013537-001 | OUTOKUMPU(CALVERT)STAINLESS US | 013537 | OUTOKUMPU(CALVERT)STAINLESS US | 667909 |
| 2019-01-28 | 042 | 3431918 | 1393026 | 1 | E181621 | | 5466076 | 416 Round Bar 1.750" X 12' R/L | 2054 | CWT | 7353446 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 670422 |
| 2019-01-28 | 042 | 3431918 | 1393026 | 1 | E181621 | | 5466076 | 416 Round Bar 1.750" X 12' R/L | 2088 | CWT | 7353446 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 670423 |
| 2019-01-28 | 042 | 3431918 | 1393026 | 1 | E181621 | | 5466076 | 416 Round Bar 1.750" X 12' R/L | 2120 | CWT | 7353446 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 670424 |
| 2019-01-28 | 042 | 3431918 | 1393026 | 1 | E181621 | | 5466076 | 416 Round Bar 1.750" X 12' R/L | 1538 | CWT | 7353446 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 670425 |
| 2019-05-01 | 042 | 3469953 | 1451889 | 1 | E181621 | | 5466004 | 416 Round Bar 1.250" X 12' R/L | 2104 | CWT | 7369931 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 674742 |
| 2019-05-01 | 042 | 3469953 | 1451889 | 1 | E181621 | | 5466004 | 416 Round Bar 1.250" X 12' R/L | 1820 | CWT | 7369931 | 1 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 674741 |
| 2019-07-23 | 042 | 3500822 | 1451887 | 2 | E182244 | | 5466076 | 416 Round Bar 1.750" X 12' R/L | 2230 | CWT | 7369931 | 3 | 076000-003 | OUTOKUMPU STAINLESS | 076000 | OUTOKUMPU STAINLESS BAR | 678312 |

| Date | Code | Order | Item | Qty | PO | Description | Lbs | UOM | Heat | Mill | Grade | Qty2 | Supplier | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2019-07-23 | 042 | 3500822 | 1451887 | 2 | E182244 | 5466076 | 416 Round Bar 1.750" X 12' R/L | 2232 | CWT | 7369931 | OUTOKUMPU STAINLESS | 3 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 678316 |
| 2019-07-23 | 042 | 3500822 | 1451887 | 2 | E182244 | 5466076 | 416 Round Bar 1.750" X 12' R/L | 1839 | CWT | 7369931 | OUTOKUMPU STAINLESS | 3 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 678314 |
| 2019-07-23 | 042 | 3500822 | 1451887 | 2 | E182244 | 5466076 | 416 Round Bar 1.750" X 12' R/L | 408 | CWT | 7369931 | OUTOKUMPU STAINLESS | 3 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 678314 |
| 2019-08-02 | 042 | 3505156 | 1451887 | 1 | E182244 | 5466004 | 416 Round Bar 1.250" X 12' R/L | 2110 | CWT | 7369931 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 679117 |
| 2019-08-02 | 042 | 3505156 | 1451887 | 1 | E182244 | 5466004 | 416 Round Bar 1.250" X 12' R/L | 2110 | CWT | 7369931 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 679117 |
| 2019-08-02 | 042 | 3505156 | 1451887 | 1 | E182244 | 5466004 | 416 Round Bar 1.250" X 12' R/L | 2710 | CWT | 7369931 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 679118 |
| 2019-08-02 | 042 | 3505156 | 1451887 | 1 | E182244 | 5466004 | 416 Round Bar 1.250" X 12' R/L | 2710 | CWT | 7369931 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 679118 |
| 2019-08-02 | 042 | 3505156 | 1451887 | 1 | E181621 | 5466004 | 416 Round Bar 1.250" X 12' R/L | 98 | CWT | 7369931 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 674741 |
| 2019-08-02 | 042 | 3505156 | 1451887 | 1 | E181621 | 5466004 | 416 Round Bar 1.250" X 12' R/L | 98 | CWT | 7369931 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 674741 |
| 2020-04-09 | 042 | 3592780 | 1538668 | 1 | E191558 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 2168 | CWT | 7394975 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 691550 |
| 2020-04-09 | 042 | 3592780 | 1538668 | 1 | E191558 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 2168 | CWT | 7394975 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 691550 |
| 2020-04-09 | 042 | 3592780 | 1538668 | 1 | E191558 | 5466004 | SS 416 Round Bar 1.750" X 144 RDM" | 2178 | CWT | 7394975 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 691551 |
| 2020-04-09 | 042 | 3592780 | 1538668 | 1 | E191558 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 2178 | CWT | 7394975 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 691551 |
| 2020-04-09 | 042 | 3592780 | 1538668 | 1 | E191558 | 5466004 | SS 416 Round Bar 1.750" X 144 RDM" | 1576 | CWT | 7394975 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 691547 |
| 2020-04-09 | 042 | 3592780 | 1538668 | 1 | E191558 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 1576 | CWT | 7394975 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 691547 |
| 2020-04-09 | 042 | 3592780 | 1538668 | 1 | E191558 | 5466004 | SS 416 Round Bar 1.750" X 144 RDM" | 1042 | CWT | 7381613 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 418743 |
| 2020-04-16 | 009 | 3594907 | 1603408 | 1 | G26385 | 5466029 | 416 Round Bar 1.750" X 12' R/L | 2240 | CWT | 7394975 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 693732 |
| 2020-05-05 | 042 | 3600754 | 1538668 | 1 | E200038 | 5466029 | SS 416 Round Bar 1.750" X 144 RDM" | 2240 | CWT | 7394975 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 693732 |
| 2020-05-05 | 042 | 3600754 | 1538668 | 1 | E200038 | 5466029 | 416 Round Bar 1.25" X 12' R/L | 2198 | CWT | 7394975 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 693733 |
| 2020-05-05 | 042 | 3600754 | 1538668 | 1 | E200038 | 5466029 | SS 416 Round Bar 1.750" X 144 RDM" | 2198 | CWT | 7394975 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 693733 |
| 2020-05-05 | 042 | 3600754 | 1538668 | 1 | E200038 | 5466029 | SS 416 Round Bar 1.750" X 144 RDM" | 2196 | CWT | 7394975 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 693734 |
| 2020-05-05 | 042 | 3600754 | 1538668 | 1 | E200038 | 5466029 | 416 Round Bar 1.25" X 12' R/L | 2196 | CWT | 7394975 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 693734 |
| 2020-05-05 | 042 | 3600754 | 1538668 | 1 | E200038 | 5466029 | SS 416 Round Bar 1.750" X 144 RDM" | 2196 | CWT | 7394975 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 691548 |
| 2020-08-04 | 042 | 3628048 | 1641160 | 1 | E191558 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 2172 | CWT | 7394975 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 691549 |
| 2020-08-04 | 042 | 3628048 | 1641160 | 1 | E191558 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 2174 | CWT | 7394975 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 691547 |
| 2020-08-04 | 042 | 3628048 | 1641160 | 1 | E191558 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 172 | CWT | 7394975 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 606737 |
| 2020-08-11 | 044 | 3630240 | 1585451 | 1 | S88186 | 5466000 | SS 416 BQ #5  Round Bar 1.750" X 1.750" X 144 RDM" | 5466 | CWT | 7408761 | CARPENTER TECH CORP. | 1 | 134000-001 | 134000 CARPENTER TECHNOLOGY CORP | 606737 |
| 2020-08-11 | 044 | 3630240 | 1585451 | 1 | S88186 | 5466000 | SS 416 BQ #5  Round Bar 1.750" X 144 RDM" | 5466 | CWT | 7408761 | CARPENTER TECH CORP. | 1 | 134000-001 | 134000 CARPENTER TECHNOLOGY CORP | 690284 |
| 2020-12-22 | 042 | 3671714 | 1641152 | 1 | E182244 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 1378 | CWT | 7394975 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 690284 |
| 2020-12-22 | 042 | 3671714 | 1641152 | 1 | E182244 | 5466004 | 416 Round Bar 1.750" X 12' R/L | 1378 | CWT | 7394975 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 705499 |
| 2020-12-22 | 042 | 3671714 | 1641152 | 1 | E200561 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 1768 | CWT | 7424834 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 705499 |
| 2020-12-22 | 042 | 3671714 | 1641152 | 1 | E200561 | 5466004 | 416 Round Bar 1.750" X 12' R/L | 1768 | CWT | 7424834 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 705500 |
| 2020-12-22 | 042 | 3671714 | 1641152 | 1 | E200561 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 1776 | CWT | 7424834 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 705500 |
| 2020-12-22 | 042 | 3671714 | 1641152 | 1 | E200561 | 5466004 | 416 Round Bar 1.750" X 12' R/L | 1776 | CWT | 7424834 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 705501 |
| 2020-12-22 | 042 | 3671714 | 1641152 | 1 | E200561 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 1834 | CWT | 7424834 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 705501 |
| 2020-12-22 | 042 | 3671714 | 1641152 | 1 | E200561 | 5466004 | 416 Round Bar 1.750" X 12' R/L | 1834 | CWT | 7424834 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 705502 |
| 2020-12-22 | 042 | 3671714 | 1641152 | 1 | E200561 | 5466004 | 416 Round Bar 1.750" X 12' R/L | 2176 | CWT | 7424834 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 705502 |
| 2020-12-22 | 042 | 3671714 | 1641152 | 1 | E200561 | 5466004 | 416 Round Bar 1.750" X 12' R/L | 2210 | CWT | 7424834 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 705504 |
| 2020-12-22 | 042 | 3671714 | 1641152 | 2 | E200561 | 5466029 | 416 Round Bar 1.750" X 12' R/L | 2290 | CWT | 7424834 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 705505 |
| 2020-12-22 | 042 | 3671714 | 1641152 | 2 | E200561 | 5466029 | 416 Round Bar 1.750" X 12' R/L | 2226 | CWT | 7424834 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 705506 |
| 2020-12-22 | 042 | 3671714 | 1641152 | 2 | E200561 | 5466029 | 416 Round Bar 1.25" X 12' R/L | 960 | CWT | 7424834 | OUTOKUMPU | 2 | 016967 | 016967 OUTOKUMPU | 705507 |
| 2021-01-06 | 042 | 3674698 | 1641152 | 1 | E200885 | 5466029 | 416 Round Bar 1.750" X 12' R/L | 1344 | CWT | 7424834 | OUTOKUMPU | 1 | 016967 | 016967 OUTOKUMPU | 706248 |
| 2021-01-06 | 042 | 3674698 | 1641152 | 1 | E200885 | 5466029 | 416 Round Bar 1.750" X 12' R/L | 1344 | CWT | 7424834 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 706248 |
| 2021-01-06 | 042 | 3674698 | 1641152 | 1 | E200885 | 5466029 | 416 Round Bar 1.25" X 12' R/L | 1914 | CWT | 7424834 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 705503 |
| 2021-01-21 | 042 | 3679873 | 1701373 | 2 | E200885 | 5466029 | 416 Round Bar 1.750" X 12' R/L | 670 | CWT | 7424834 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 706248 |
| 2021-01-21 | 042 | 3679873 | 1701373 | 2 | E200561 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 2224 | CWT | 7424834 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 710477 |
| 2021-04-13 | 042 | 3707783 | 1677594 | 1 | E200561 | 5466004 | 416 Round Bar 1.750" X 12' R/L | 2224 | CWT | 7435979 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 710478 |
| 2021-04-13 | 042 | 3707783 | 1677594 | 1 | E200937 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 1786 | CWT | 7435979 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 710479 |
| 2021-04-13 | 042 | 3707783 | 1677594 | 1 | E200937 | 5466004 | 416 Round Bar 1.750" X 12' R/L | 1786 | CWT | 7435979 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 710479 |
| 2021-04-13 | 042 | 3707783 | 1677594 | 1 | E200937 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 2220 | CWT | 7435979 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 710480 |
| 2021-04-13 | 042 | 3707783 | 1677594 | 1 | E200937 | 5466004 | 416 Round Bar 1.750" X 12' R/L | 2220 | CWT | 7435979 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 710480 |
| 2021-04-13 | 042 | 3707783 | 1677594 | 1 | E200937 | 5466004 | 416 Round Bar 1.750" X 12' R/L | 2416 | CWT | 7435979 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 710481 |
| 2021-04-13 | 042 | 3707783 | 1677594 | 1 | E200937 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 2416 | CWT | 7435979 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 710481 |
| 2021-04-13 | 042 | 3707783 | 1677594 | 1 | E200561 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 394 | CWT | 7435979 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 710478 |
| 2021-04-13 | 042 | 3707783 | 1677594 | 1 | E200561 | 5466004 | 416 Round Bar 1.750" X 12' R/L | 394 | CWT | 7435979 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 710483 |
| 2021-04-13 | 042 | 3707783 | 1677594 | 2 | E200937 | 5466029 | 416 Round Bar 1.750" X 12' R/L | 2170 | CWT | 7435979 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 710484 |
| 2021-04-13 | 042 | 3707783 | 1677594 | 2 | E200937 | 5466029 | 416 Round Bar 1.750" X 12' R/L | 2152 | CWT | 7435979 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 710485 |
| 2021-04-13 | 042 | 3707783 | 1677594 | 2 | E200937 | 5466029 | 416 Round Bar 1.750" X 12' R/L | 2194 | CWT | 7435979 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 710486 |
| 2021-04-13 | 042 | 3707783 | 1677594 | 2 | E200937 | 5466029 | 416 Round Bar 1.25" X 12' R/L | 1418 | CWT | 7435979 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 712994 |
| 2021-05-07 | 042 | 3716829 | 1677594 | 1 | E200937 | 5466029 | 416 Round Bar 1.750" X 12' R/L | 1142 | CWT | 7435979 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 712994 |
| 2021-05-07 | 042 | 3716829 | 1677594 | 1 | E200937 | 5466029 | 416 Round Bar 1.750" X 12' R/L | 1142 | CWT | 7435979 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 712994 |
| 2022-04-21 | 042 | 3825725 | 1767056 | 2 | E211925 | 5466029 | 416 Round Bar 1.750" X 12' R/L | 1518 | CWT | 7462808 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 732824 |
| 2022-04-21 | 042 | 3825725 | 1767056 | 2 | E211925 | 5466029 | 416 Round Bar 1.750" X 12' R/L | 1936 | CWT | 7462808 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 732826 |
| 2022-04-21 | 042 | 3825725 | 1767056 | 2 | E211925 | 5466029 | 416 Round Bar 1.750" X 12' R/L | 1900 | CWT | 7462808 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 732827 |
| 2022-04-21 | 042 | 3825725 | 1767056 | 2 | E211925 | 5466029 | 416 Round Bar 1.750" X 12' R/L | 2116 | CWT | 7462808 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 732828 |
| 2022-04-21 | 042 | 3825725 | 1767056 | 2 | E211925 | 5466029 | 416 Round Bar 1.750" X 12' R/L | 2098 | CWT | 7462808 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 732825 |
| 2022-04-21 | 042 | 3825725 | 1767056 | 2 | E211925 | 5466029 | 416 Round Bar 1.750" X 12' R/L | 1890 | CWT | 7462808 | OUTOKUMPU STAINLESS | 2 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 734220 |
| 2022-05-04 | 042 | 3830000 | 1767056 | 1 | E211925 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 2226 | CWT | 7462808 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 734220 |
| 2022-05-04 | 042 | 3830000 | 1767056 | 1 | E211925 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 2226 | CWT | 7462808 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 734221 |
| 2022-05-04 | 042 | 3830000 | 1767056 | 1 | E211925 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 2220 | CWT | 7462808 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 734221 |
| 2022-05-04 | 042 | 3830000 | 1767056 | 1 | E211925 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 2226 | CWT | 7462808 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 734286 |
| 2022-05-04 | 042 | 3830000 | 1767056 | 1 | E211925 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 2226 | CWT | 7462808 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 734286 |
| 2022-05-04 | 042 | 3830000 | 1767056 | 1 | E211925 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 2222 | CWT | 7462808 | OUTOKUMPU STAINLESS | 1 | 076000-003 | 076000 OUTOKUMPU STAINLESS BAR | 734288 |

| Date | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2022-05-04 | 042 | 3830000 | 1767056 | 1 E211925 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 2222 CWT | 7462808 | 1 076000-003 | OUTOKUMPU STAINLESS | 076000 OUTOKUMPU STAINLESS BAR | 734288 |
| 2022-05-04 | 042 | 3830000 | 1767056 | 1 E211925 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 412 CWT | 7462808 | 1 076000-003 | OUTOKUMPU STAINLESS | 076000 OUTOKUMPU STAINLESS BAR | 734287 |
| 2022-05-04 | 042 | 3830000 | 1767056 | 1 E211925 | 5466004 | 416 Round Bar 1.25" X 12' R/L | 412 CWT | 7462808 | 1 076000-003 | OUTOKUMPU STAINLESS | 076000 OUTOKUMPU STAINLESS BAR | 734287 |