CSCL/CD-2700 (09/17)

# DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS
## LIMITED LIABILITY COMPANY ANNUAL STATEMENT
## 2018



**Due February 15, 2018**   File Online at www.michigan.gov/fileonline

| Identification Number | Limited Liability Company Name |
|---|---|
| **E7594Q** | **CK ARMS, LLC** |

**1 Resident agent name and mailing address of the registered office**

MATTHEW G CHEELY
3300 WARNER RD
HOWELL MI 48855

RECEIVED
NOV 1 3 2017
LARA $25.00

FILED
DEC 13 2017
CORPORATIONS DIVISION

**If different from 1**, change resident agent and mailing address of registered office in MICHIGAN.

Matthew G Cheely
15785 Steger
Hudson MI 49247

**2 The address of the registered office**
3300 WARNER RD
HOWELL MI 48855

**If different from 2**, change address of registered office (number, street, city, state, zip) in MICHIGAN.

15785 Steger
Hudson MI 49247

**3 Signature of authorized member, manager or agent.**

| Title | Date | Phone (Optional) |
|---|---|---|
| Member | 11-9-17 | 5179740211 |

**Filing Fee: $25.00**

Annual Statement must be received by agency on or before February 15, 2018.

## Annual Statement Must Be Signed

**Domestic:** Signature of a manager if management is vested in managers, by at least 1 member if management remains in the members or by an authorized agent of the domestic limited liability company.

**Foreign:** Signature of a person with authority to do so under the laws of the foreign limited liability company's jurisdiction of organization

**Veterans** - Pursuant to MCL 450 5101(7), if a majority of the membership interests in the domestic or foreign limited liability company responsible for paying the fee are held by 1 or more honorably discharged veterans of the armed forces of the United States, you may contact the Corporations Division regarding a fee waiver

Required by Section 207, Act 23, Public Acts of 1993, as amended

**File online at www.michigan.gov/fileonline**
or mail your completed statement with a check or money order payable to the State of Michigan

Return to.   Corporations Division
P.O. Box 30768
Lansing MI 48909
(517) 241-6470

BAT2700LLC_NOV