





**Shay Akai** is with **Nathan Carter** and **9 others**.
January 2, 2019

This makes me so happy and proud!

This is the equipment survey from the USPSA Nationals 2018 and looks like we are the top builder, again.

I am proud because we are a low volume producer, most other shops produce 4x or 5x more guns per month than we do.... See more



Nathan Carter, Brandon Schoppert and 138 others    42 Comments  1 Share

👍 Like          💬 Comment          ↗ Share


