

AKAI HOROWITZ #315