

**Nathan** — Active Now

> When I talked to Luke at KKM.. he mentioned a picture and he described my test

Their numbers were 0.5 lower than my tester

You talked to Luke? Didn't know

> He mentioned that I killed my barrel testing it that way.. I need to air gauge the barrel and mag it for cracks..

> So I was quick to check that is wasn't cracked..

That's funny

> Used our pin gauges and felt no tight spot..

What else did he say?

I tested the lugs, tested the hybrid ribs, same results. Standing up, same.

> I didn't check it.. I believe you did 1... er I could find, all were right on at

AKAI HOROWITZ #316



AKAI HOROWITZ #317



AKAI HOROWITZ #318

**Nathan**
Active Now

Here is what he sent me..



So I sent him this..



 I didn't check it.. I believe you did 1...

AKAI HOROWITZ #319

4:03 PM

**Nathan**
Active Now

> Bahahaha, literally laughed

And when my machine was questioned



> Why didn't you tell me before bud?

So my question to him is this.. is this ok to black nitride... he hasn't responded.. someone who I can't name 🙂 said Luke wants to check my barrel pictured to compare it to his measurements

> Vlieger?

This all happened the last day at work before Christmas... was a phone call from said person to do

I didn't check it.. I believe you did 1...



AKAI HOROWITZ #320



**Nathan** — Active Now

Nathan: This all happened the last day at work before Christmas... was a phone call from said person to do him a favor

Me: Outokumptu doesn't make 416R

Nathan: Said person didn't get the results he wanted..

Me: Yea, Vlieger is still trying

Me: We X-rayed the barrels, it is not 416R. This confirms it.

Nathan: So now he is done with me hahahahaha.. was going to send me shipping labels for kkm to check this barrel

Nathan: What about the other material

Nathan: BQ5

Me: Looking it up...

Me: I have to be careful not to prove fraud here...

Nathan: I didn't check it.. I believe you did 1...

**AKAI HOROWITZ #321**



4:03 PM

**Nathan**
Active Now

**Nathan:** Based on his text.. I assume mine is a borderline soft BQ5 barrel

**Me:** If KKM is committing fraud, it becomes criminal and I can't sue them

**Me:** He told me uses a different steel for bullseye guns

**Me:** Yours was a bull barrel, which would be stupid

**Nathan:** So He said that I didn't buy from him so he cannot tell me what material is was.... see how I played that?

**Nathan:** I wanted to know what material and hardness it was so I could properly black nitride it.

**Me:** The issue is his procedures

**Me:** He buys steel by the ton, heat treats the rods, piles them and then randomly picks a rod

**Me:** He can't tell you which batch it

**Nathan:** I didn't check it.. I believe you did 1...

**AKAI HOROWITZ #322**



**Nathan** — Active 49 minutes ago

> When is the next steps of the lawsuit?

> Jan2nd the demand letter expires

> Then file legal papers

> Ok

> Do you need anything else solidifying the hardness testing results?

> I don't think so at this point

> Ok.. cause I double checked my setup.. verified it's accuracy with previous checks and even used the KKM method to recheck that SS barrel.

> Same results, right?

> Little lower

> 37.8

> Wondering if I should send it to

**AKAI HOROWITZ #323**



AKAI HOROWITZ #324



AKAI HOROWITZ #325



AKAI HOROWITZ #326



**Nathan** — Active 49 minutes ago

Let me get his text message for you.. btw.. don't share any of this at this point please.

He is testing the left over hockey pock, his exact words, and only on a random basis, not every barrel

I will not share unless you approve it

Nathan, using this method of a spot anvil testing on the lower lug should result in 40RC(+ or - 2) for the BQ5 steel and 45-46RC for the Outokumpu 416R. Remember that Cryogenically treating the barrel can drop the RC by 2. Since you didn't order from us I have no idea which type you have. If you have any questions please let me know.
Thx
Luke

That actually helps me

Here is what h⋯ it me..

AKAI HOROWITZ #327



AKAI HOROWITZ #328



AKAI HOROWITZ #329



**Me:** Outokumptu doesn't make 416R

**Nathan:** Said person didn't get the results he wanted..

**Me:** Yea, Vlieger is still trying

**Me:** We X-rayed the barrels, it is not 416R. This confirms it.

**Nathan:** So now he is done with me hahahahaha.. was going to send me shipping labels for kkm to check this barrel

**Nathan:** What about the other material

**Nathan:** BQ5

**Me:** Looking it up...

**Me:** I have to be careful not to prove fraud here...

**Nathan:** Based on his text.. I assume mine is a borderline soft BQ5 barrel

**Me:** If KKM committing fraud, it becomes criminal and I can't sue them

AKAI HOROWITZ #330



AKAI HOROWITZ #331

Case 0:20-cv-61469-RS Document 207-175 Entered on FLSD Docket 12/05/2023 Page 17 of 20



**Nathan** — Active 49 minutes ago

> He then machines the barrel and randomly tests the hockey pock left over

I'm sure he will cover up that ignorance

> It's like cooking a steak checking the doneness on the crust when someone only eats the heart of the steak

> Heat treatment does not penetrate deep. If you start with 2 inch rod, it is not right. That's why you are getting 34 to 38 on same barrel

> All other manufacturers rough machine the barrels soft, heat treat and then finish cut

Yep PHT is the cheapest route to get in the ballpark hardness

> I made a lot of phone calls...

Best to rough.. hardened.. final cut

AKAI HOROWITZ #332



AKAI HOROWITZ #333



AKAI HOROWITZ #334



AKAI HOROWITZ #335