UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Ft. Lauderdale)

CASE NO.:  0:20-cv-61469-RS

AKAI CUSTOM GUNS, LLC, et al.,

    Plaintiffs,

vs.

KKM PRECISION, INC., et al.,

    Defendants.
_____/

## DEFENDANT KKM PRECISION, INC.'S RESPONSE TO PLAINTIFFS' REQUEST FOR ADMISSIONS DATED APRIL 12, 2022

The Defendant, KKM Precision, Inc., by and through the undersigned Counsel, hereby serves its Response to the Plaintiffs' Request for Admissions dated April 12, 2022, as follows:

1. Admitted, *see* KKM 000005.

2. Denied.  The barrels sold to Akai were made from steel bar stock that KKM ordered to be manufactured within its 416 Restricted specifications, which require: (a) Carbon within a range of 0.08% - 0.15%; (b) Phosphorus within a range of 0.01% - 0.06%; (c) Silicon within a range of 0.3% - 1%; (d) Nickel within a range of 0.15% - 0.7%; (e) Copper within a range of 0.02% - 0.6%; (f) Manganese within a range of 0.3% - 1.2%; (g) Sulfur within a range of 0.15% - 0.375%; (h) Chromium within a range of 12% - 14%; (i) Cobalt within a range of 0.02% - 0.05%; (j) Molybdenum within a range of 0.02% - 0.45%; and (k) the steel must be melted by Electric ARC/AOD vacuum furnace method only.

3. Admitted, *see* KKM 000004.

4. Denied.  The barrels sold to Akai were made from steel bar stock that KKM ordered to be manufactured within its 416 Restricted specifications, which require: (a) Carbon within a range of 0.08% - 0.15%; (b) Phosphorus within a range of 0.01%

- 0.06%; (c) Silicon within a range of 0.3% - 1%; (d) Nickel within a range of 0.15% - 0.7%; (e) Copper within a range of 0.02% - 0.6%; (f) Manganese within a range of 0.3% - 1.2%; (g) Sulfur within a range of 0.15% - 0.375%; (h) Chromium within a range of 12% - 14%; (i) Cobalt within a range of 0.02% - 0.05%; (j) Molybdenum within a range of 0.02% - 0.45%; and (k) the steel must be melted by Electric ARC/AOD vacuum furnace method only.

5. Admitted, *see* KKM 000008.

6. Denied.  The barrels sold to Akai were made from steel bar stock that KKM ordered to be manufactured within its 416 Restricted specifications, which require: (a) Carbon within a range of 0.08% - 0.15%; (b) Phosphorus within a range of 0.01% - 0.06%; (c) Silicon within a range of 0.3% - 1%; (d) Nickel within a range of 0.15% - 0.7%; (e) Copper within a range of 0.02% - 0.6%; (f) Manganese within a range of 0.3% - 1.2%; (g) Sulfur within a range of 0.15% - 0.375%; (h) Chromium within a range of 12% - 14%; (i) Cobalt within a range of 0.02% - 0.05%; (j) Molybdenum within a range of 0.02% - 0.45%; and (k) the steel must be melted by Electric ARC/AOD vacuum furnace method only.

7. Upon information and belief, denied.  KKM has not located any invoices showing a direct sale of 10 1911 style barrels to Plaintiff Akai on August 26, 2019.  It appears that Plaintiff Akai purchased 10 1911 style barrels from Speed Shooters International on August 26, 2019.  *See* Akai Horowitz #535.

8. Denied, as KKM has not located any invoices showing a direct sale of 10 1911 style barrels to Plaintiff Akai on August 26, 2019.

9. Denied as phrased.  As of the date of these Responses, Plaintiffs have yet to produce to KKM any barrel that they claim to have been "soft," defective, or out of spec., so KKM has not had the opportunity to test or inspect the Plaintiffs' allegations – after more than two years have passed.  Plaintiffs' own actions have prevented

KKM from obtaining any evidence or information that would cause it to correct or retract the "open letter" referenced in this Request. Moreover, the Plaintiffs' own designated expert, Martin Crimp, has stated that the hardness tests performed by QC Metallurgical on the curved surface of the hollow barrel are improper for multiple reasons.

10. Denied.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically to Richard J. Fiato, Esq., Law Offices of Fiato, 550 W. Merrill St., Ste. 200, Birmingham, MI 48009 (fiatolaw@gmail.com); Edmund S. Yee, Esq., McKelvie, McKelvie, Yee & Epacs, P.C. 280 W. Maple Rd., Ste. 220, Birmingham, MI 48009 (eyee@mmyelaw.com); John A. Chiocca, Esq., Cole, Scott & Kissane, P.A., 222 Lakeview Ave., Ste. 120, West Palm Beach, FL 33401 (john.chiocca@csklegal.com; stephanie.chiocca@csklegal.com); Nicholas D. Freeman, Esquire and John Y. Benford, Esquire, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 111 N. Orange Ave., Ste. 1200, Orlando, FL 32801 (nicholas.freeman@wilsonelser.com; John.bedford@wilsonelser.com), this 12th day of May, 2020.

>   */s/ Kevin Robinson*
>   Kevin P. Robinson, Esquire
>   Florida Bar No.: 0014650
>   ZIMMERMAN, KISER & SUTCLIFFE, P.A.
>   315 E. Robinson St., Suite 600 (32801)
>   P.O. Box 3000
>   Orlando, FL 32802
>   Telephone: (407) 425-7010
>   Facsimile: (407) 425-2747
>   Counsel for Defendant, KKM Precision, Inc.
>   krobinson@zkslawfirm.com
>   jwenhold@zkslawfirm.com
>   service@zkslawfirm.com

KPR/kpr

[14236-1/9649623/1]