UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:20-cv-61469-RS

AKAI CUSTOM GUNS, LLC,
a Florida Limited Liability Company,
and SHAY HOROWITZ, an Individual,

    Plaintiffs,

vs.

KKM PRECISION, INC. a Nevada Corporation,
SHOOTERS CONNECTION, INC., a Kentucky
Corporation, CHARLES BRADLEY, an Individual
and Kentucky Resident, TIMOTHY MEKOSH,
an Individual and Kentucky Resident, and MICHAEL
DAME, a Canadian Citizen and Kentucky Resident.

    Defendants.
_____/

## DEFENDANT, SHOOTERS CONNECTION, INC.'S RESPONSE TO PLAINTIFFS' REQUEST FOR ADMISSIONS AND UNVERIFIED INTERROGATORIES

Defendant, SHOOTERS CONNECTION, INC., pursuant to Federal Rules of Civil Procedure 33 and 36, hereby files its responses to Plaintiffs Request for Admissions and Unverified Interrogatories to Defendant and states as follows:

## RESPONSE TO REQUEST FOR ADMISSIONS AND INTERROGATORIES

**REQUEST NO. 1** - Admit that between August 2017 and October 2019, you sold KKM barrels made from BQ#5 steel to the public.

    **RESPONSE: Admit that SCI sold KKM barrels.  SCI is without knowledge as to the metallurgy of the barrels as SCI is a retailer and not a metal testing**

**facility. Upon information and belief, based on conversations with KKM, did not utilize BQ#5 416 Steel until after the October 2019 time frame.**

**REQUEST NO. 2 -** Admit that between August 2017 and October 2019, you sold KKM barrels made from BQ#5 steel to Plaintiff AKAI.

**RESPONSE: SCI is unable to admit or deny this, as SCI is not an expert in steel alloys, steel types, nor is it SCI's area of responsibility to test for alloys.**

**REQUEST NO. 3** - Admit that between August 2017 and October 2019, Defendant Shooters Connection, Inc., was a KKM dealer.

**RESPONSE**: **Admit.**

**REQUEST NO. 4** - Admit that between August 2017 and October 2019, you did not inform and/or advise the public that some of the KKM barrels you offered for sale to the public were made from BQ#5 steel.

**RESPONSE: Admit that SCI had no knowledge of the metal or alloy types and therefore could not advertise barrels as to content or metal brand.**

**REQUEST NO. 5 -** Admit that BQ#5 steel is not 416R steel.

**RESPONSE: Denied. Upon information and belief BQ#5 is a name given by some metal manufacturers for their 416R Stainless metal.**

**INTERROGATORY NO. 1 –** If your response to Request for Admission No. 5 is anything other than an admission, please state all evidence upon which you rely for the denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

**RESPONSE: Objection insofar as this interrogatory calls for opinions that are properly within the knowledge of experts. SCI's layperson understanding of what Plaintiff terms as BQ#5 is a balanced version of Type 416 Stainless steel based on the ASM Alloy Digest, available at:**

https://doi.org/10.31399/asm.ad.ss0333

**REQUEST NO. 6 -** Admit that KKM barrels made from BQ#5 steel have a Rockwell hardness less than that of KKM barrels made from Outokumpu 416R steel.

**RESPONSE: Denied, especially as KKM Barrels may be heated, sanded, filed, coated, sleeved and/or otherwise fitted after being delivered to AKAI.**

**REQUEST NO. 7 -** Admit that between August 2017 and October 2019, you did not perform Rockwell hardness testing on every KKM barrel you sold to the public.

**RESPONSE: Admit. SCI does not perform Rockwell hardness testing on any barrel.**

**REQUEST NO. 8 -** Admit that prior to October 2019, the KKM barrels you sold to the public were not individually marked with the date each barrel was produced.

**RESPONSE: Admit. SCI's understanding of barrels is that very few barrels, with the exception of HK barrels are marked with a date code. Barrels do not expire like a jug of milk.**

**REQUEST NO. 9 -** Admit that prior to October 2019, the KKM barrels you sold to the public were not individually marked with the date it was inspected.

**RESPONSE:  SCI is without knowledge as SCI does not inspect product from any of its manufacturers.  SCI relies on manufacturers for their production and quality control.**

**REQUEST NO. 10 -** Admit that prior to October 2019, the KKM barrels you sold to the public were not individually marked with any mark indicating that a barrel was tested.

**RESPONSE:  SCI is without knowledge as SCI does not inspect product from any of its manufacturers.  SCI relies on manufacturers for their production and quality control.**

**REQUEST NO. 11 -** Admit that prior to October 2019, the KKM barrels you sold to the public were not individually marked with any mark indicating the type of steel used in the construction of each barrel.

**RESPONSE:  SCI would need to examine the barrels sold prior to October 2019 in order to confirm or deny this request.**

**REQUEST NO. 12 -** Admit that prior to October 2019, the KKM barrels you sold to the public were not individually marked with any mark indicating any serial number of each barrel.

**RESPONSE:  SCI would need to examine the barrels sold prior to October 2019 in order to confirm or deny this request.**

**REQUEST NO. 13 -** Admit that all times relevant to the First Amended Complaint, Plaintiff AKAI did not do anything to change the chemical composition of any KKM barrel AKAI purchased.

**RESPONSE: Denied. SCI is not in a position to know what AKAI does with the parts it utilizes in its builds.**

**INTERROGATORY NO. 2 –** If your response to Request for Admission No. 13 is anything other than an admission, please state all evidence upon which you rely for the denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

**RESPONSE: Objection, this interrogatory calls for speculation as SCI can in no way be in a position to know what heat treating, coating, Parkerizing, nitriding, chroming, heating, annealing, or porting, etc. that AKAI does to the parts in its' shop.**

**REQUEST NO. 14 -** Admit that all times relevant to the allegations of the First Amended Complaint, Plaintiff HOROWITZ did not do anything to change the chemical composition of any KKM barrel AKAI purchased.

**RESPONSE: Denied. SCI is not in a position to know what Horowitz does with the parts he utilizes in his builds.**

**INTERROGATORY NO. 3 –** If your response to Request for Admission No. 14 is anything other than an admission, please state all evidence upon which you rely for the denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

**RESPONSE: Objection, this interrogatory calls for speculation as SCI can in no way be in a position to know what heat treating, coating, Parkerizing,**

**nitriding, chroming, or porting, etc. that Horowitz does to the parts in his shop.**

**REQUEST NO. 15** - Admit that all times relevant to the First Amended Complaint, Plaintiff AKAI did not do anything to change the Rockwell Hardness of any KKM barrel AKAI purchased.

**RESPONSE: Denied. SCI is not in a position to know what AKAI does with the parts it utilizes in its builds, including the installation of a tungsten sleeve.**

**INTERROGATORY NO. 4 –** If your response to Request for Admission No. 15 is anything other than an admission, please state all evidence upon which you rely for the denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

**RESPONSE: Objection as this calls for speculation. Plaintiff AKAI advertises the installation of a "oversized tungsten sleeved barrel" at a cost of $1,200 on its website. SCI speculates that the installation of the same may affect the Rockwell hardness of the barrels utilized.**

**REQUEST NO. 16 -** Admit that all times relevant to the First Amended Complaint, Plaintiff HOROWITZ did not do anything to change the Rockwell Hardness of any KKM barrel AKAI purchased.

**RESPONSE: See response to No. 15.**

**INTERROGATORY NO. 5 –** If your response to Request for Admission No. 16 is anything other than an admission, please state all evidence upon which you rely for the

denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

**RESPONSE: See response to interrogatory No. 4.**

**REQUEST NO. 17 -** Admit that between August 2017 and October 2019, KKM advertised on its website that all of its barrels were manufactured from 416R steel.

**RESPONSE: Without knowledge as SCI does not keep cache'd copies of KKM's website from 2017 to 2019.**

**REQUEST NO. 18 -** Admit that between August 2017 and October 2019, KKM's website stated the following: "*All KKM barrels are made using certified 416R gun-barrel quality stainless steel bar stock. Our barrels are then heat treated and vacuum tempered to 42 RC. All of our barrels are CNC machined to obtain superior dimensional tolerances over stock. Our advanced proprietary button rifling process allows KKM barrels to offer greater accuracy over stock barrels. Our barrels come with fully supported match chambers for shooting factory or reloaded ammunition as well as lead or jacketed bullets.*"

**RESPONSE: Without knowledge as SCI does not keep cache'd copies of KKM's website from 2017 to 2019.**

**REQUEST NO. 19 -** Admit that between August 2017 and October 2019, not all KKM barrels sold by KKM or you were made using certified 416R gun-barrel quality stainless steel bar stock.

**RESPONSE: Denied. SCI is of the understanding that all barrels are or were 416R stainless steel.**

**INTERROGATORY NO. 6 –** If your response to Request for Admission No. 19 is anything

other than an admission, please state all evidence upon which you rely for the denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

**RESPONSE: SCI is not in the business of testing the metallurgy of barrels it retails, therefore, SCI cannot opine as to the type of materials that were used in the barrels sold.**

**REQUEST NO. 20 -** Admit that KKM authorized you to publish the KKM January 9, 2020 Open Letter on Shooters Connection, Inc.'s Facebook page.

**RESPONSE: Admit.**

**REQUEST NO. 21 -** Admit that between August 2017 and October 2019, the Shooters Connection website did not advise its customers that the KKM barrels you were selling to the public were not made from certified 416R gun-barrel quality stainless steel bar stock.

**RESPONSE: Denied.**

**REQUEST NO. 22 -** Admit that between August 2017 and October 2019, the Shooters Connection website did not advise its customers that the KKM barrels you were selling to the public had a Rockwell hardness less than that of KKM barrels made from Outokumpu 416R steel.

**RESPONSE: Denied. SCI's website made no representations as to the KKM 1911/2011 barrel hardness.**

CASE NO.: 0:20-cv-61469-RS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this February 7, 2022, a true and correct copy of the foregoing was served by electronic mail.

> COLE, SCOTT & KISSANE, P.A.
> *Counsel for Defendant*
> Esperante Building
> 222 Lakeview Avenue, Suite 120
> West Palm Beach, Florida 33401
> Telephone (561) 383-9220
> Facsimile (561) 683-8977
> Primary e-mail: john.chiocca@csklegal.com
> Secondary e-mail: kir-sheng.chen@csklegal.com
> Alternate e-mail: susan.miller@csklegal.com
>
> By: s/ Kir-Sheng Chen
> JOHN A. CHIOCCA
> Florida Bar No.: 145157
> KIR-SHENG CHEN
> Florida Bar No.: 91364

0487.2284-00