UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:20-cv-61469-XXXX

AKAI CUSTOM GUNS, LLC,
a Florida Limited Liability Company,
and SHAY HOROWITZ, an Individual,

    Plaintiffs,

vs.

KKM PRECISION, INC. a Nevada Corporation,
SHOOTERS CONNECTION, INC., a Kentucky
Corporation, CHARLES BRADLEY, an Individual
and Kentucky Resident, TIMOTHY MEKOSH,
an Individual and Kentucky Resident, and MICHAEL
DAME, a Canadian Citizen and Kentucky Resident.

    Defendants.

_____/

### DEFENDANT, SHOOTERS CONNECTION, INC.'S, SECOND AMENDED RESPONSES TO PLAINTIFFS' SECOND REQUEST FOR ADMISSIONS

Defendant, Shooter's Connection, Inc. ("SCI"), pursuant to Florida Rules of Civil Procedure, hereby serves this Second Amended Response to Plaintiffs' Second Request for Admissions ("RFAs") as follows:

**REQUEST NO. 1:** Admit you sold one (1) 1911 style KKM barrels to Plaintiff AKAI on April 2, 2018.

RESPONSE: Admit.

**REQUEST NO. 2:** Admit the one (1) 1911 style KKM barrels that you sold to Plaintiff AKAI on, was not made from certified 416R gun-barrel quality stainless steel bar stock.

1

274177165v.1

RESPONSE:  Deny.

**REQUEST NO. 3:**   Admit you sold five (5) 1911 style KKM barrels to Plaintiff AKAI on April 4, 2019.

RESPONSE:  Admit.

**REQUEST NO. 4:**   Admit the five (5) 1911 style KKM barrels that you sold to Plaintiff AKAI on April 4, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 5:**   Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on July 5, 2019.

RESPONSE:  Admit.

**REQUEST NO. 6:**   Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on July 5, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 7:**   Admit you sold seven (7) 1911 style KKM barrels to Plaintiff AKAI on October 2, 2018.

RESPONSE:  Admit.

**REQUEST NO. 8:**   Admit the seven (7) 1911 style KKM barrels that you sold to Plaintiff AKAI on October 2, 2018, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

2

**REQUEST NO. 9:** Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on November 8, 2017.

RESPONSE: Admit.

**REQUEST NO. 10:** Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on November 8, 2017, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 11:** Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on January 27, 2019.

RESPONSE: Admit.

**REQUEST NO. 12:** Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on January 27, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 13:** Admit you sold two (2) 1911 style KKM barrels to Plaintiff AKAI on January 28, 2019.

RESPONSE: Admit.

**REQUEST NO. 14:** Admit the two (2) 1911 style KKM barrels that you sold to Plaintiff AKAI on January 28, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 15:** Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on April 22, 2019.

274177165v.1

RESPONSE: Admit.

**REQUEST NO. 16:** Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on April 22, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 17:** Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on April 30, 2019.

RESPONSE: Admit.

**REQUEST NO. 18:** Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on April 30, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 19:** Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on May 20, 2019.

RESPONSE: Admit.

**REQUEST NO. 20:** Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on May 20, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 21:** Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on May 29, 2018.

RESPONSE: Admit.

**REQUEST NO. 22:** Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on May 29, 2018, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 23:** Admit you sold seven (7) 1911 style KKM barrels to Plaintiff AKAI on May 30, 2019.

RESPONSE: Admit.

**REQUEST NO. 24:** Admit the seven (7) 1911 style KKM barrels that you sold to Plaintiff AKAI on May 30, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 25:** Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on May 31, 2018.

RESPONSE: Admit.

**REQUEST NO. 26:** Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on May 31, 2018, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 27:** Admit you sold one (1) 1911 style KKM barrels to Plaintiff AKAI on July 11, 2019.

RESPONSE: Deny. SCI further states that this sale was cancelled.

**REQUEST NO. 28:** Admit the one (1) 1911 style KKM barrels that you sold to Plaintiff AKAI on July 11, 2019, was not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 29:** Admit you sold thirteen (13) 1911 style KKM barrels to Plaintiff AKAI on July 30, 2018.

RESPONSE:  Admit.

**REQUEST NO. 30:** Admit the thirteen (13) 1911 style KKM barrels that you sold to Plaintiff AKAI on July 30, 2018, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 31:** Admit you sold two (2) 1911 style KKM barrels to Plaintiff AKAI on August 22, 2019.

RESPONSE:  Admit.

**REQUEST NO. 32:** Admit the two (2) 1911 style KKM barrels that you sold to Plaintiff AKAI on August 22, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 33:** Admit you sold one (1) 1911 style KKM barrels to Plaintiff AKAI on August 23, 2017.

RESPONSE:  Admit.

274177165v.1

**REQUEST NO. 34:** Admit the one (1) 1911 style KKM barrels that you sold to Plaintiff AKAI on August 23, 2017, was not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 35:** Admit you sold five (5) 1911 style KKM barrels to Plaintiff AKAI on September 11, 2019.

RESPONSE: Admit.

**REQUEST NO. 36:** Admit the five (5) 1911 style KKM barrels that you sold to Plaintiff AKAI on September 11, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 37:** Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on September 14, 2017.

RESPONSE: Admit.

**REQUEST NO. 38:** Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on September 14, 2017, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE: Deny.

**REQUEST NO. 39:** Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on September 27, 2017.

**RESPONSE:** Admit.

7

**REQUEST NO. 40:** Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on September 27, 2017, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 41:** Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on October 15, 2019.

RESPONSE:  Admit.

**REQUEST NO. 42:** Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on October 15, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 43:** Admit you sold one (1) 1911 style KKM barrels to Plaintiff AKAI on October 16, 2018.

RESPONSE:  Admit.

**REQUEST NO. 44:** Admit the one (1) 1911 style KKM barrels that you sold to Plaintiff AKAI on October 16, 2018, was not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 45:** Admit you sold two (2) 1911 style KKM barrels to Plaintiff AKAI on November 22, 2017.

RESPONSE:  Admit.

274177165v.1

**REQUEST NO. 46:** Admit the two (2) 1911 style KKM barrels that you sold to Plaintiff AKAI on November 22, 2017, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 47:** Admit you sold four (4) 1911 style KKM barrels to Plaintiff AKAI on November 29, 2017.

RESPONSE:  Admit.

**REQUEST NO. 48:** Admit the four (4) 1911 style KKM barrels that you sold to Plaintiff AKAI on November 29, 2017, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 49:** Admit you sold three (3) 1911 style KKM barrels to Plaintiff AKAI on January 27, 2019.

RESPONSE:  Admit.

**REQUEST NO. 50:** Admit the three (3) 1911 style KKM barrels that you sold to Plaintiff AKAI on January 27, 2019, were not made from certified 416R gun-barrel quality stainless steel bar stock.

RESPONSE:  Deny.

**REQUEST NO. 51:** Admit that in 2016, you advertised 1911 style KKM barrels for sale on the SCI website.

RESPONSE:  Admit.

**REQUEST NO. 52:** Admit that in 2016 the 1911 style KKM barrels you advertised for sale on the SCI website included the following description: "All KKM barrels are made

9

using U.S. manufactured 416 Stainless steel bar stock which is then heat treated and vacuum tempered to 42 to 45 RC."

RESPONSE: SCI lacks the knowledge and information necessary to either admit or deny this request. SCI has made a reasonable inquiry and the information it knows or can readily obtain is insufficient to enable it to admit or deny. In particular, SCI does not maintain copies of its previous websites, including product descriptions, and SCI's computer system does not record a history of changes to product description or any data relating to the product pages. It should also be noted that SCI sells over 4,000 products, and obtains the product descriptions from the manufacturer.

As part of its reasonable inquiry, SCI consulted with its IT vendor, Ablemods Hosting, LLC. Joseph Payne, sole owner and representative of Ablemods, confirmed that Ablemods does not maintain copies of SCI's current or previous websites, including any product descriptions, and that SCI's computer system does not record a history of changes to product descriptions or any data relating to SCI's products.

**REQUEST NO. 53: Admit that subsequent to 2016, you removed the following description from the 1911 style KKM barrels you advertised for sale on the SCI website: "All KKM barrels are made using U.S. manufactured 416 Stainless steel bar stock which is then heat treated and vacuum tempered to 42 to 45 RC."**

RESPONSE: Objection. The term "subsequent to 2016" is vague, ambiguous, and confusing. Without waiving these objections, SCI admits that it removed the above-cited language sometime after this lawsuit was filed to in order conform to KKM's specifications. SCI further states that it only advertised the product specifications which were provided by KKM. Sometime after this lawsuit was filed, KKM modified its product specifications with regard to 1911 barrels,

10

removing the above-cited language. Consequently, SCI's then changed its advertised specifications of these barrels to conform KKM's new specifications.

**REQUEST NO. 54:** **Admit that from January 2017 to October 2019, the 1911 style KKM barrels you advertised for sale on the SCI website were not made from the same type of steel as the 1911 style KKM barrels advertised on the KKM website.**

RESPONSE: Deny.

**REQUEST NO. 55:** **Admit that from January 2017 to October 2019, the 1911 style KKM barrels you advertised for sale on the SCI website did not include any description of the type of steel the KKM barrels were made from.**

RESPONSE: SCI lacks the knowledge and information necessary to either admit or deny this request. SCI has made a reasonable inquiry and the information it knows or can readily obtain is insufficient to enable it to admit or deny. In particular, SCI does not maintain copies of its previous websites, including product descriptions, and SCI's computer system does not record a history of changes to product description or any data relating to the product pages. It should also be noted that SCI sells over 4,000 products, and obtains the product descriptions from the manufacturer.

As part of its reasonable inquiry, SCI consulted with its IT vendor, Ablemods Hosting, LLC. Joseph Payne, sole owner and representative of Ablemods, confirmed that Ablemods does not maintain copies of SCI's current or previous websites, including any product descriptions, and that SCI's computer system does not record a history of changes to product descriptions or any data relating to SCI's products.

**REQUEST NO. 56:** Admit that from January 2017 to October 2019, the 1911 style KKM barrels you advertised for sale on the SCI website did not include any description of the Rockwell hardness of the steel for the KKM barrels you sold to the public.

RESPONSE: SCI lacks the knowledge and information necessary to either admit or deny this request. SCI has made a reasonable inquiry and the information it knows or can readily obtain is insufficient to enable it to admit or deny. In particular, SCI does not maintain copies of its previous websites, including product descriptions, and SCI's computer system does not record a history of changes to product description or any data relating to the product pages. It should also be noted that SCI sells over 4,000 products, and obtains the product descriptions from the manufacturer.

As part of its reasonable inquiry, SCI consulted with its IT vendor, Ablemods Hosting, LLC. Joseph Payne, sole owner and representative of Ablemods, confirmed that Ablemods does not maintain copies of SCI's current or previous websites, including any product descriptions, and that SCI's computer system does not record a history of changes to product descriptions or any data relating to SCI's products.

**REQUEST NO. 57:** Admit that subsequent to the filing of the Plaintiffs' First Amended Complaint, you have not taken any steps to retract any statements you made on the SCI Facebook page regarding Plaintiff AKAI and/or Plaintiff HOROWITZ as outlined in Plaintiffs' First Amended Complaint.

RESPONSE: Objection. This request is vague, ambiguous, confusing, and argumentative. Without waiving these objections, SCI denies the statement as worded. SCI further states that it never made any false or otherwise defamatory statements regarding Plaintiffs and, therefore, there was no reason to retract anything.

Respectfully submitted this 10th day of August 2022.

                         */s/ John Y. Benford*
                         Nicholas D. Freeman, Esq.
                         Florida Bar No. 118620
                         Nicholas.freeman@wilsonelser.com
                         John Y. Benford, Esq.
                         Florida Bar No. 51950
                         John.benford@wilsonelser.com
                         Wilson Elser Moskowitz Edelman & Dicker LLP
                         111 North Orange Avenue, Suite 1200
                         Orlando, FL 32801
                         (407) 203-7599 –   Phone
                         (407) 648-1376 –   Facsimile

                         Attorneys for Defendants, Shooters Connection, Inc.
                         and Charles Bradley

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 10, 2022, I electronically served this document on all counsel of record identified on the service list below.

                         */s/ John Y. Benford*
                         JOHN Y. BENFORD, ESQ.

## **SERVICE LIST**

Law Offices of Richard Fiato
Richard J. Fiato
550 W. Merrill Street, Suite 200

274177165v.1

Birmingham, MI 48009
Attorney for Plaintiffs
fiatolaw@gmail.com

Edmund Yee
McKelvie, McKelvie, Yee & Epacs, P.C.
280 West Maple Road, Suite 220
Birmingham, Michigan 48009
eyee@mmyelaw.com
Attorney for Plaintiffs

Zimmerman Kiser Sutcliffe
Kevin P. Robinson
315 East Robinson Street, Suite 600
Orlando, FL 32801
Attorney for Defendant KKM
krobinson@zkslawfirm.com
JWenhold@zkslawfirm.com
service@zkslawfirm.com

Cole, Scott & Kissane, P.A.
John A. Chiocca
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401
Attorneys for SCI and Bradley
John.chiocca@csklegal.com
Stephanie.chiocca@csklegal.com

274177165v.1