| ORDER ID | PROCESS | PART ID | CUSTOMER | ENTRY DATE | SHIPPED DATE | HRC HARDNESS |
|---|---|---|---|---|---|---|
| 79167 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/7/2015 16:46:06.997 | 1/8/2015 12:20:36.833 | 42.1 - 44.2 |
| 79472 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/28/2015 17:21:44.367 | 1/29/2015 10:36:00.127 | 45.0 - 45.8 |
| 79658 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/11/2015 18:35:49.34 | 2/12/2015 12:45:22.987 | 40.6 - 41.3 |
| 79795 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/23/2015 17:45:45.147 | 2/24/2015 12:14:59.08 | 40.8 - 41.9 |
| 79923 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/4/2015 18:43:06.76 | 3/5/2015 10:59:54.573 | 40.5 - 43.8 |
| 80006 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/11/2015 17:45:42.28 | 3/12/2015 11:23:46.507 | 42.2 - 45.0 |
| 80091 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/18/2015 18:06:12.523 | 3/19/2015 11:12:56.827 | 41.8 - 42.9 |
| 80202 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/25/2015 18:50:39.973 | 3/26/2015 10:02:47.257 | 37.7 - 39.5 |
| 80309 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/1/2015 17:58:26.877 | 4/2/2015 10:50:44.847 | 43.9 - 44.3 |
| 80368 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/8/2015 17:59:53.2 | 4/9/2015 10:44:59.07 | 43.8 - 44.0 |
| 80443 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/15/2015 18:12:22.297 | 4/16/2015 12:06:17.013 | 43.8 - 44.4 |
| 80622 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/29/2015 18:03:29.597 | 4/30/2015 10:16:30.747 | 44.3 - 44.5 |
| 80695 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/6/2015 18:24:56.283 | 5/7/2015 10:07:36.197 | 38.4 - 39.2 |
| 80847 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/18/2015 17:52:02.99 | 5/19/2015 10:44:57.187 | 44.8 - 46.4 |
| 80942 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/27/2015 18:06:38.467 | 5/28/2015 12:01:07.26 | 39.8 - 43.0 |
| 81039 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/3/2015 18:24:46.063 | 6/4/2015 12:18:16.827 | 40.1 - 41.1 |
| 81125 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/10/2015 18:13:34.727 | 6/11/2015 10:21:24.797 | 39.9 - 40.1 |
| 81209 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/17/2015 17:46:38.95 | 6/18/2015 12:49:45.06 | 39.1 - 41.1 |
| 81300 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/24/2015 18:10:21.153 | 6/25/2015 11:25:47.6 | 42.2 - 43.1 |
| 81455 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/8/2015 18:20:36.143 | 7/9/2015 12:22:31.867 | 44.3 - 44.5 |
| 81548 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/15/2015 18:36:36.993 | 7/16/2015 11:52:09.483 | 44.8 - 45.1 |
| 81592 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/20/2015 17:57:23.727 | 7/21/2015 11:29:27.543 | 44.0 - 44.9 |
| 81791 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/5/2015 18:23:21.337 | 8/6/2015 13:46:48.65 | 44.1 - 45.0 |
| 81918 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/17/2015 18:21:42.317 | 8/18/2015 09:49:30.667 | 43.1 - 44.6 |
| 82040 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/26/2015 18:00:20.407 | 8/27/2015 10:05:31.273 | 41.1 - 42.3 |
| 82118 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/2/2015 17:46:38.43 | 9/3/2015 13:07:53.62 | 44.1 - 45.6 |
| 82173 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/9/2015 17:34:22.633 | 9/10/2015 14:40:21.367 | 41.2 - 42.0 |
| 82287 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/16/2015 17:25:57.617 | 9/17/2015 10:05:45.23 | 44.1 - 45.2 |
| 82427 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/28/2015 18:05:58.62 | 9/29/2015 10:59:01.073 | 43.7 - 44.4 |
| 82504 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/5/2015 17:53:39.56 | 10/6/2015 13:14:47.48 | 42.0 - 43.6 |
| 82635 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/14/2015 18:01:04.473 | 10/15/2015 11:03:35.703 | 42.6 - 44.0 |
| 82723 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/21/2015 18:31:26.113 | 10/22/2015 10:52:49.973 | 44.6 - 45.2 |
| 82789 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/26/2015 18:12:42.53 | 10/27/2015 12:54:04.317 | 44.6 - 45.0 |

**CONFIDENTIAL**

| ORDER ID | PROCESS | PART ID | CUSTOMER | ENTRY DATE | SHIPPED DATE | HRC HARDNESS |
|---|---|---|---|---|---|---|
| 82905 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 11/4/2015 18:43:53.22 | 11/5/2015 12:17:53.933 | 44.2 - 44.5 |
| 82992 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 11/11/2015 18:07:04.617 | 11/12/2015 11:13:22.677 | 42.4 - 43.5 |
| 83077 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 11/18/2015 18:15:38.68 | 11/19/2015 12:49:19.333 | 44.5 - 45.3 |
| 83221 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 12/2/2015 18:07:59.713 | 12/3/2015 11:40:45.02 | 44.3 - 44.7 |
| 83361 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 12/14/2015 17:55:51.427 | 12/15/2015 11:21:39.76 | 44.0 - 44.5 |
| 83551 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/6/2016 17:38:41.273 | 1/7/2016 11:48:25.01 | 43.9 - 44.1 |
| 83712 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/18/2016 17:48:02.307 | 1/19/2016 10:27:17.91 | 42.9 - 43.2 |
| 83820 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/27/2016 18:26:22.94 | 1/28/2016 12:24:33.497 | 43.3 - 43.6 |
| 83977 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/10/2016 18:28:50.553 | 2/11/2016 13:45:12.613 | 40.5 - 41.1 |
| 84080 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/17/2016 18:11:30.757 | 2/18/2016 11:29:44.57 | 44.5 - 44.7 |
| 84171 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/24/2016 18:03:04.627 | 2/25/2016 10:13:59.277 | 44.1 - 44.5 |
| 84260 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/2/2016 18:11:03.153 | 3/3/2016 13:20:05.697 | 39.0 - 41.0 |
| 84428 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/14/2016 18:47:19.85 | 3/15/2016 13:03:33.397 | 44.0 - 44.8 |
| 84536 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/21/2016 18:30:04.88 | 3/22/2016 10:17:17.773 | 43.7 - 44.2 |
| 84610 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/28/2016 18:26:38.79 | 3/29/2016 10:11:02.837 | 43.4 - 43.7 |
| 84749 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/6/2016 18:41:55.79 | 4/7/2016 10:56:47.38 | 44.0 - 45.0 |
| 84839 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/13/2016 17:25:15.153 | 4/14/2016 14:15:32.75 | 44.1 - 45.2 |
| 84894 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/18/2016 17:51:14.237 | 4/19/2016 11:15:45.28 | 44.7 - 45.3 |
| 84997 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/25/2016 18:19:32.44 | 4/26/2016 13:43:54.273 | 43.9 - 44.3 |
| 85091 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/2/2016 17:57:03.313 | 5/3/2016 10:50:35.85 | 43.6 - 43.9 |
| 85232 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/11/2016 18:25:17.387 | 5/12/2016 12:40:23.797 | 44.3 - 45.5 |
| 85330 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/18/2016 18:01:53.26 | 5/19/2016 13:41:44.917 | 43.4 - 43.7 |
| 85428 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/25/2016 18:21:03.047 | 5/26/2016 10:26:48.417 | 42.5 - 43.4 |
| 85541 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/6/2016 17:58:47.977 | 6/7/2016 12:59:12.833 | 43.6 - 44.9 |
| 85656 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/13/2016 18:43:30.99 | 6/14/2016 13:14:13.587 | 40.4 - 42.6 |
| 85755 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/20/2016 19:06:47.37 | 6/21/2016 11:43:10.647 | 44.0 - 44.3 |
| 85789 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/22/2016 18:22:58.993 | 6/23/2016 13:10:59.243 | 44.0 - 44.2 |
| 85823 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/27/2016 18:13:44.4 | 6/28/2016 10:43:59.687 | 44.4 - 45.2 |
| 85915 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/6/2016 18:32:15.753 | 7/7/2016 13:40:47.97 | 43.8 - 44.4 |
| 85948 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/11/2016 15:34:56.25 | 7/12/2016 11:47:11.68 | 42.5 - 43.7 |
| 86004 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/13/2016 18:13:11.103 | 7/14/2016 13:50:16.897 | 38.2 - 39.2 |
| 86097 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/20/2016 18:31:42.52 | 7/21/2016 10:23:36.89 | 44.5 - 44.9 |
| 86178 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/27/2016 18:03:51.88 | 7/28/2016 10:30:23.29 | 42.2 - 45.0 |

| ORDER ID | PROCESS | PART ID | CUSTOMER | ENTRY DATE | SHIPPED DATE | HRC HARDNESS |
|---|---|---|---|---|---|---|
| 86343 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/10/2016 18:19:17.82 | 8/11/2016 11:14:08.48 | 42.2 - 44.2 |
| 86453 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/17/2016 18:39:52.987 | 8/18/2016 11:07:04.787 | 45.3 - 46.1 |
| 86531 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/24/2016 18:02:13.933 | 8/25/2016 11:34:27.217 | 44.5 - 45.0 |
| 86630 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/31/2016 18:30:02.51 | 9/1/2016 10:20:53.72 | 42.0 - 44.8 |
| 86717 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/7/2016 17:50:13.49 | 9/8/2016 10:25:04.607 | 43.6 - 45.3 |
| 86814 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/14/2016 18:13:41.817 | 9/15/2016 13:11:18.493 | 44.1 - 45.0 |
| 86924 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/21/2016 18:58:05.103 | 9/22/2016 11:41:03.203 | 41.8 - 42.1 |
| 87014 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/28/2016 18:13:23.033 | 9/29/2016 10:16:55.087 | 46.6 - 46.7 |
| 87115 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/5/2016 18:22:43.13 | 10/6/2016 13:29:20.763 | 44.2 - 45.3 |
| 87197 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/12/2016 18:29:57.17 | 10/13/2016 10:57:29.773 | 43.3 - 46.1 |
| 87288 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/19/2016 17:47:51.11 | 10/20/2016 10:42:14.347 | 41.3 - 45.7 |
| 87379 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/26/2016 18:30:03.397 | 10/27/2016 10:39:55.113 | 42.9 - 46.3 |
| 87454 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 11/2/2016 18:04:51.853 | 11/3/2016 11:14:42.59 | 46.8 - 46.9 |
| 87556 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 11/9/2016 18:27:43.977 | 11/10/2016 13:26:48.033 | 42.5 - 43.8 |
| 87655 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 11/16/2016 18:32:50.303 | 11/17/2016 10:22:30.597 | 45.3 - 46.4 |
| 87770 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 11/28/2016 18:11:58.313 | 11/29/2016 10:09:51.947 | 45.1 - 46.2 |
| 87881 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 12/7/2016 17:55:10.503 | 12/8/2016 13:14:09.383 | 43.4 - 44.9 |
| 87975 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 12/14/2016 18:02:58.31 | 12/15/2016 11:02:01.39 | 43.3 - 43.4 |
| 88033 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 12/19/2016 17:54:42.06 | 12/20/2016 09:55:21.087 | 42.2 - 43.5 |
| 88180 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/4/2017 17:58:52.643 | 1/5/2017 14:45:35.917 | 44.7 - 45.5 |
| 88282 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/11/2017 18:57:56.523 | 1/12/2017 11:17:57.897 | 43.8 - 44.2 |
| 88345 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/16/2017 17:56:53.393 | 1/17/2017 10:53:03.19 | 44.5 - 44.8 |
| 88483 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/25/2017 17:35:52.467 | 1/26/2017 12:57:45.343 | 43.2 - 44.9 |
| 88592 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/1/2017 17:57:38.513 | 2/2/2017 11:13:44.763 | 45.4 - 45.8 |
| 88683 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/8/2017 18:06:26.21 | 2/9/2017 11:33:43.357 | 42.6 - 43.8 |
| 88790 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/15/2017 17:53:13.74 | 2/16/2017 11:05:35.457 | 41.4 - 45.3 |
| 88870 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/22/2017 17:46:36.353 | 2/23/2017 10:42:05.077 | 45.9 - 46.4 |
| 88979 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/1/2017 17:51:44.76 | 3/2/2017 10:49:15.743 | 42.2 - 43.2 |
| 89096 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/8/2017 18:53:39.947 | 3/9/2017 12:59:45.94 | 42.5 - 43.1 |
| 89186 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/15/2017 17:49:27.02 | 3/16/2017 10:21:05.127 | 42.5 - 42.7 |
| 89275 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/22/2017 17:41:52.113 | 3/23/2017 09:41:29.907 | 45.0 - 45.5 |
| 89380 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/29/2017 18:00:58.257 | 3/30/2017 10:20:00.293 | 45.4 - 46.2 |
| 89488 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/5/2017 18:15:28.537 | 4/6/2017 09:36:42.157 | 44.6 - 46.2 |

**CONFIDENTIAL**

NHT_000003

| ORDER ID | PROCESS | PART ID | CUSTOMER | ENTRY DATE | SHIPPED DATE | HRC HARDNESS |
|---|---|---|---|---|---|---|
| 89572 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/12/2017 18:13:01.413 | 4/13/2017 10:13:07.617 | 44.0 - 44.1 |
| 89664 | NV 420SS MAX HARDNESS | BARREL | KKM PRECISION | 4/19/2017 17:43:53.193 | 4/20/2017 12:02:09.237 | 41.8 - 44.6 |
| 89716 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/24/2017 18:14:14.237 | 4/25/2017 12:46:30.073 | 44.9 - 45.0 |
| 89810 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/1/2017 18:19:00.183 | 5/2/2017 10:48:24.517 | 41.4 - 42.3 |
| 89853 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/3/2017 18:31:17.587 | 5/4/2017 10:09:17.96 | 43.4 - 44.4 |
| 89900 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/8/2017 17:47:43.2 | 5/9/2017 10:30:09.877 | 42.3 - 45.6 |
| 89939 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/10/2017 17:59:13.907 | 5/11/2017 10:45:06.06 | 40.9 - 41.2 |
| 89999 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/15/2017 19:37:08.123 | 5/16/2017 10:55:16.26 | 39.2 - 41.3 |
| 90031 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/17/2017 18:31:40.043 | 5/18/2017 13:17:01.357 | 42.1 - 42.5 |
| 90141 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/24/2017 18:33:04.757 | 5/25/2017 10:40:43.797 | 42.0 - 43.6 |
| 90213 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/31/2017 17:49:25.913 | 6/1/2017 10:18:13.36 | 43.6 - 44.6 |
| 90297 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/7/2017 18:13:09.323 | 6/8/2017 10:55:26.373 | 41.7 - 42.8 |
| 90388 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/14/2017 18:03:34.417 | 6/15/2017 12:54:26.197 | 42.1 - 44.0 |
| 90488 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/21/2017 18:06:52.903 | 6/22/2017 11:02:39.31 | 40.8 - 41.1 |
| 90587 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/28/2017 18:46:40.11 | 6/29/2017 11:00:45.667 | 44.7 - 45.0 |
| 90641 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/5/2017 19:05:59.37 | 7/6/2017 11:57:16.38 | 45.7 - 46.1 |
| 90711 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/12/2017 17:51:06.23 | 7/13/2017 12:29:57.34 | 44.7 - 45.1 |
| 90800 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/19/2017 18:38:01.83 | 7/20/2017 13:20:46.433 | 38.5 - 38.9 |
| 90895 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/26/2017 18:27:23.16 | 7/27/2017 13:17:36.943 | 41.9 - 42.7 |
| 90980 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/2/2017 18:09:29.397 | 8/3/2017 11:31:59.94 | 45.7 - 46.0 |
| 91064 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/9/2017 18:19:41.433 | 8/10/2017 11:51:15.133 | 43.8 - 44.7 |
| 91163 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/16/2017 18:13:18.633 | 8/17/2017 12:07:21.51 | 44.8 - 45.1 |
| 91237 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/24/2017 00:09:50.46 | 8/24/2017 12:49:27.527 | 43.6 - 45.3 |
| 91277 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/28/2017 18:00:04.233 | 8/29/2017 09:56:02.203 | 44.8 - 45.5 |
| 91366 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/6/2017 18:04:14.477 | 9/7/2017 12:53:17.667 | 40.2 - 40.3 |
| 91464 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/13/2017 18:26:31.253 | 9/14/2017 10:47:16.493 | 41.4 - 41.8 |
| 91540 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/20/2017 17:52:45.21 | 9/21/2017 10:43:37.29 | 42.5 - 43.0 |
| 91593 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/25/2017 18:31:18.177 | 9/26/2017 10:49:24.563 | 40.3 - 41.5 |
| 91699 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/4/2017 18:16:28.25 | 10/5/2017 10:35:21.857 | 40.1 - 43.1 |
| 91806 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/11/2017 18:32:09.877 | 10/12/2017 10:41:25.637 | 44.3 - 45.4 |
| 91895 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/18/2017 17:51:55.933 | 10/19/2017 12:55:56.463 | 44.5 - 44.7 |
| 91997 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/25/2017 18:41:29.973 | 10/26/2017 10:18:04.64 | 44.1 - 45.0 |
| 92076 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 11/1/2017 18:02:27.433 | 11/2/2017 12:52:12.133 | 42.9 - 44.3 |

| ORDER ID | PROCESS | PART ID | CUSTOMER | ENTRY DATE | SHIPPED DATE | HRC HARDNESS |
|---|---|---|---|---|---|---|
| 92138 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 11/6/2017 18:20:23.437 | 11/7/2017 10:23:45.27 | 44.6 - 44.9 |
| 92315 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 11/15/2017 18:22:27.397 | 11/16/2017 11:27:09.09 | 43.5 - 44.0 |
| 92368 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 11/20/2017 17:45:32.387 | 11/21/2017 10:33:39.137 | 39.2 - 44.4 |
| 92427 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 11/27/2017 18:40:40.393 | 11/28/2017 11:32:06.457 | 44.9 - 45.2 |
| 92519 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 12/4/2017 17:49:46.98 | 12/5/2017 12:48:54.647 | 44.7 - 45.7 |
| 92619 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 12/11/2017 18:35:59.903 | 12/12/2017 11:10:18.297 | 42.1 - 43.3 |
| 92718 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 12/18/2017 18:05:13.137 | 12/19/2017 11:08:02.49 | 42.6 - 42.7 |
| 92930 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/8/2018 18:38:11.697 | 1/9/2018 11:11:48.643 | 43.8 - 45.6 |
| 93090 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/17/2018 18:08:32.603 | 1/18/2018 11:38:26.197 | 44.6 - 46.2 |
| 93265 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/31/2018 18:14:21.12 | 2/1/2018 11:46:15.613 | 43.4 - 44.8 |
| 93373 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/7/2018 17:59:50.677 | 2/8/2018 10:04:35.533 | 43.2 - 44.0 |
| 93513 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/14/2018 18:48:51.597 | 2/15/2018 11:01:14.76 | 43.7 - 44.5 |
| 93582 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/21/2018 17:51:46.323 | 2/22/2018 10:17:27.797 | 40.1 - 45.1 |
| 93712 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/28/2018 18:49:32.127 | 3/1/2018 11:47:36.967 | 39.4 - 42.0 |
| 93765 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/5/2018 17:46:58.617 | 3/6/2018 13:06:06.84 | 40.6 - 42.0 |
| 93822 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/7/2018 17:50:35.707 | 3/8/2018 10:41:05.697 | 38.1 - 41.2 |
| 93936 | NV 420SS MAX HARDNESS | BARREL | KKM PRECISION | 3/14/2018 17:41:02.72 | 3/15/2018 12:57:21.713 | 44.0 - 44.2 |
| 94071 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/21/2018 18:51:59.823 | 3/22/2018 11:14:01.393 | 38.7 - 38.9 |
| 94188 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/28/2018 17:56:46.643 | 3/29/2018 12:00:00.81 | 42.4 - 43.1 |
| 94322 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/4/2018 18:26:56.483 | 4/5/2018 11:40:36.107 | 40.0 - 41.3 |
| 94422 | NV 420SS MAX HARDNESS | BARREL | KKM PRECISION | 4/11/2018 17:51:56.46 | 4/12/2018 10:35:37.343 | 42.9 - 43.0 |
| 94523 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/18/2018 18:32:26.78 | 4/19/2018 11:59:52.013 | 44.6 - 44.9 |
| 94637 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/25/2018 18:22:12.547 | 4/26/2018 10:09:21.337 | 45.6 - 45.8 |
| 94750 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/2/2018 17:33:38.803 | 5/3/2018 11:13:47.477 | 44.5 - 46.0 |
| 94862 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/9/2018 18:29:26.693 | 5/10/2018 10:56:04.887 | 44.9 - 45.0 |
| 94965 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/16/2018 17:43:45.197 | 5/17/2018 10:17:51.19 | 43.9 - 44.2 |
| 95063 | NV 420SS MAX HARDNESS | BARREL | KKM PRECISION | 5/23/2018 18:08:29.243 | 5/24/2018 12:37:40.057 | 43.1 - 43.4 |
| 95133 | NV 420SS MAX HARDNESS | BARREL | KKM PRECISION | 5/30/2018 18:34:15.713 | 5/31/2018 11:05:14.8 | 37.7 - 41.4 |
| 95248 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/6/2018 18:56:23.06 | 6/7/2018 10:52:44.853 | 40.0 - 42.0 |
| 95353 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/13/2018 17:48:45.24 | 6/14/2018 11:27:39.223 | 41.9 - 43.0 |
| 95472 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/20/2018 18:45:43.407 | 6/21/2018 12:47:12.647 | 44.2 - 44.6 |
| 95570 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/27/2018 18:25:54.607 | 6/28/2018 12:29:54.607 | 38.0 - 41.6 |
| 95723 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/9/2018 17:46:19.257 | 7/10/2018 10:50:24.097 | 45.0 - 45.2 |

**CONFIDENTIAL**

| ORDER ID | PROCESS | PART ID | CUSTOMER | ENTRY DATE | SHIPPED DATE | HRC HARDNESS |
|---|---|---|---|---|---|---|
| 95906 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/18/2018 18:23:21.45 | 7/19/2018 10:57:17.36 | 37.5 - 39.5 |
| 96010 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/25/2018 17:41:39.283 | 7/26/2018 10:45:29.003 | 42.3 - 45.3 |
| 96110 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/1/2018 17:53:45.177 | 8/2/2018 14:47:45.8 | 41.2 - 43.5 |
| 96148 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/9/2018 12:53:04.753 | 8/9/2018 13:44:09.667 | 44.6 - 45.1 |
| 96294 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/15/2018 15:25:57.947 | 8/16/2018 11:27:23.673 | 42.9 - 43.4 |
| 96412 | NV 420SS MAX HARDNESS | BARREL | KKM PRECISION | 8/22/2018 15:44:00.843 | 8/23/2018 11:39:31.323 | 43.7 - 46.5 |
| 96533 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/29/2018 15:54:55.537 | 8/30/2018 11:12:13.047 | 43.1 - 43.5 |
| 96624 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/5/2018 15:52:00.9 | 9/6/2018 08:32:16.933 | 43.5 - 44.1 |
| 96735 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/12/2018 16:32:06.283 | 9/13/2018 09:56:56.027 | 42.5 - 43.2 |
| 96850 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/19/2018 15:39:05.07 | 9/20/2018 11:07:27.763 | 41.2 - 45.2 |
| 96976 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/26/2018 16:17:04.813 | 9/27/2018 11:21:45.49 | 44.8 - 45.2 |
| 97081 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/3/2018 16:22:05.103 | 10/4/2018 08:36:39.47 | 43.3 - 45.5 |
| 97203 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/10/2018 16:24:28.32 | 10/11/2018 08:40:29.203 | 44.3 - 44.7 |
| 97329 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/17/2018 16:20:48.063 | 10/18/2018 08:22:07.863 | 43.9 - 44.3 |
| 97582 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/31/2018 15:23:19.077 | 11/1/2018 09:57:41.023 | 44.3 - 44.8 |
| 97712 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 11/7/2018 15:36:08.253 | 11/8/2018 08:39:08.283 | 44.3 - 45.0 |
| 97832 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 11/14/2018 16:13:28.16 | 11/15/2018 11:45:31.137 | 44.3 - 44.5 |
| 98060 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 11/28/2018 16:11:26.977 | 11/29/2018 14:11:55.553 | 41.9 - 42.0 |
| 98194 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 12/5/2018 16:26:57.08 | 12/6/2018 11:36:03.303 | 43.4 - 44.5 |
| 98309 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 12/12/2018 16:19:22.433 | 12/13/2018 09:12:47.637 | 43.0 - 44.2 |
| 98429 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 12/19/2018 17:15:33.38 | 12/20/2018 11:05:07.347 | 43.4 - 43.5 |
| 98632 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/9/2019 15:29:25.44 | 1/10/2019 10:51:21.147 | 45.5 - 45.9 |
| 98771 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/16/2019 16:47:55.67 | 1/17/2019 10:48:45.26 | 45.5 - 45.9 |
| 98871 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/23/2019 15:37:59.723 | 1/24/2019 11:05:29.967 | 44.6 - 45.1 |
| 98985 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/30/2019 15:50:11.133 | 1/31/2019 08:30:00.073 | 43.7 - 44.2 |
| 99096 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/6/2019 15:52:56.427 | 2/7/2019 08:46:35.583 | 43.5 - 44.1 |
| 99220 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/13/2019 15:58:25.113 | 2/14/2019 09:39:00.487 | 42.4 - 45.5 |
| 99322 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/20/2019 15:47:08.89 | 2/21/2019 10:54:24.923 | 45.5 - 46.4 |
| 99430 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/27/2019 15:37:43.19 | 2/28/2019 09:04:27.743 | 44.2 - 45.6 |
| 99549 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/6/2019 15:36:01.49 | 3/7/2019 08:53:44.58 | 45.2 - 45.5 |
| 99665 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/13/2019 15:57:50.357 | 3/14/2019 08:39:41.087 | 44.1 - 45.8 |
| 99814 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/20/2019 16:49:12.5 | 3/21/2019 09:59:11.123 | 45.0 - 46.0 |
| 99940 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/27/2019 16:30:38.11 | 3/28/2019 10:54:40.64 | 44.6 - 44.8 |

**CONFIDENTIAL**

| ORDER ID | PROCESS | PART ID | CUSTOMER | ENTRY DATE | SHIPPED DATE | HRC HARDNESS |
|---|---|---|---|---|---|---|
| 100035 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/3/2019 16:01:52.96 | 4/4/2019 08:15:13.297 | 45.3 - 46.0 |
| 100148 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/10/2019 15:56:28.663 | 4/11/2019 10:15:22.803 | 37.6 - 38.6 |
| 100253 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/17/2019 16:11:44.853 | 4/18/2019 09:41:19.317 | 43.3 - 43.8 |
| 100348 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/24/2019 15:38:06.337 | 4/25/2019 08:33:04.89 | 42.0 - 42.7 |
| 100584 | NV 420SS MAX HARDNESS | BARRLES | KKM PRECISION | 5/8/2019 15:52:29.557 | 5/9/2019 11:15:37.363 | 43.7 - 43.9 |
| 100695 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/15/2019 15:50:26.873 | 5/16/2019 08:34:25.383 | 43.5 - 44.5 |
| 100817 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/22/2019 16:44:44.983 | 5/23/2019 10:50:44.173 | 41.3 - 43.1 |
| 100887 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 5/29/2019 16:33:40.777 | 5/30/2019 09:11:28.977 | 44.3 - 45.4 |
| 101085 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/10/2019 15:57:07.497 | 6/11/2019 10:52:06.527 | 42.0 - 43.1 |
| 101238 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 6/19/2019 16:20:59.467 | 6/20/2019 09:43:27.477 | 43.2 - 44.1 |
| 101358 | NV 420SS MAX HARDNESS | BARREL | KKM PRECISION | 6/26/2019 16:42:05.807 | 6/27/2019 09:36:15.863 | 43.8 - 44.5 |
| 101487 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/8/2019 15:40:29.733 | 7/9/2019 08:38:36.14 | 44.1 - 44.9 |
| 101615 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/15/2019 15:52:00.69 | 7/16/2019 08:57:08.353 | 43.4 - 45.2 |
| 101784 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/24/2019 15:22:04.177 | 7/25/2019 09:13:34.16 | 44.6 - 45.6 |
| 101922 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 7/31/2019 16:23:05.773 | 8/1/2019 10:48:48.923 | 42.5 - 44.0 |
| 102106 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/12/2019 15:33:17.78 | 8/13/2019 10:27:05.053 | 43.6 - 45.4 |
| 102257 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/21/2019 15:26:11.863 | 8/22/2019 08:18:23.187 | 44.4 - 45.0 |
| 102360 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 8/28/2019 15:14:23.297 | 8/29/2019 10:47:28.357 | 44.2 - 44.6 |
| 102456 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/4/2019 15:24:39.673 | 9/5/2019 09:13:22.12 | 44.0 - 44.6 |
| 102564 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/11/2019 15:25:16.83 | 9/12/2019 10:56:16.277 | 44.2 - 44.5 |
| 102685 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 9/18/2019 15:39:36.947 | 9/19/2019 08:18:19.107 | 43.4 - 44.0 |
| 102885 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/2/2019 16:11:40.177 | 10/3/2019 08:56:25.483 | 41.8 - 42.1 |
| 103103 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/14/2019 15:33:27.333 | 10/15/2019 09:06:13.847 | 43.8 - 44.2 |
| 103274 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/23/2019 15:36:16.437 | 10/24/2019 08:06:00.127 | 43.1 - 43.8 |
| 103326 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/28/2019 13:43:49.087 | 10/28/2019 13:54:22.92 | 40.1 - 41.2 |
| 103327 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/28/2019 13:45:59.557 | 10/28/2019 13:54:32.407 | 44.7 - 45.1 |
| 103381 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 10/30/2019 15:56:27.26 | 10/31/2019 09:36:25.92 | 41.4 - 43.4 |
| 103489 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 11/6/2019 16:05:30.163 | 11/7/2019 12:57:38.033 | 44.1 - 44.8 |
| 103738 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 11/20/2019 15:44:32.713 | 11/21/2019 08:45:42.257 | 44.8 - 45.5 |
| 103908 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 12/4/2019 15:59:32.57 | 12/5/2019 08:19:56.323 | 42.4 - 45.4 |
| 104029 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 12/11/2019 16:46:23.977 | 12/12/2019 09:39:10.763 | 41.0 - 43.7 |
| 104143 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 12/18/2019 16:02:22.857 | 12/19/2019 08:53:49.71 | 42.1 - 43.2 |
| 104354 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/8/2020 16:20:35.647 | 1/9/2020 08:36:27.597 | 44.2 - 44.3 |

**CONFIDENTIAL**

NHT_000007

| ORDER ID | PROCESS | PART ID | CUSTOMER | ENTRY DATE | SHIPPED DATE | HRC HARDNESS |
|---|---|---|---|---|---|---|
| 104479 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/15/2020 15:37:31.447 | 1/16/2020 07:57:49.703 | 43.9 - 44.0 |
| 104555 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/22/2020 16:13:06.563 | 1/23/2020 09:41:50.527 | 44.4 - 45.1 |
| 104647 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 1/27/2020 15:18:25.447 | 1/28/2020 08:39:58.66 | 43.0 - 44.4 |
| 104805 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/5/2020 15:41:28.303 | 2/6/2020 08:57:48.303 | 44.0 - 44.9 |
| 104937 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/12/2020 15:32:53.27 | 2/13/2020 08:52:31.983 | 46.0 - 46.3 |
| 105050 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/19/2020 15:38:18.167 | 2/20/2020 08:17:09.653 | 43.6 - 44.6 |
| 105171 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 2/26/2020 15:28:31.213 | 2/27/2020 08:44:52.117 | 43.5 - 44.9 |
| 105294 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/4/2020 15:23:05.077 | 3/5/2020 08:25:18.217 | 44.5 - 44.9 |
| 105393 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/11/2020 16:14:05.91 | 3/12/2020 08:42:28.31 | 45.1 - 45.6 |
| 105514 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/18/2020 15:16:50.583 | 3/19/2020 08:42:19.757 | 44.4 - 45.8 |
| 105627 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 3/25/2020 16:11:02.643 | 3/26/2020 10:42:44.607 | 45.0 - 45.1 |
| 105734 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/1/2020 15:41:51.24 | 4/2/2020 08:57:42.32 | 43.2 - 45.0 |
| 105853 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/8/2020 16:07:19.827 | 4/9/2020 07:38:12.74 | 43.5 - 45.4 |
| 105951 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/15/2020 15:22:30.27 | 4/16/2020 08:14:40.17 | 44.8 - 44.9 |
| 106014 | NV 420SS MAX HARDNESS | BARRELS | KKM PRECISION | 4/22/2020 15:37:36.757 | 4/23/2020 08:28:56.333 | 44.3 - 44.8 |