# KKM PRECISION

ROCKWELL TESTING EXAMPLE

5201 Convair Dr., Carson City, NV 89706 | support@kkmprecision.com

## General Information

1. Standard test method for Rockwell Hardness (HRC) of type 416"Restricted" Stainless Steel 1911/2011 pistol barrels shall be performed on an ISO/ASTM certified automatic hardness testing machine i.e. Innovatest Verzus 720RS and adhere to ASTM E18-19 standards.
2. Testing shall be performed after heat treating and before any surface finishing has been applied. For best results, both the test surface and the bottom surface of the test barrel must be smooth, even, and free from any dirt, oil, or lubricants.
3. The use of a certified Diamond Indenter and 5mm Spot Anvil must be used for proper test results i.e. (IN/6005, 5mm Innovatest UN-Anvil/100).
4. Machine setup and operation will adhere to ASTM E18-19 standards consisting of Preload dwell time of 2 seconds, Mainload dwell time of 4 seconds, Recovery dwell time of 2 seconds with shape correction off.
5. Testing shall be within area shown in figures 1and 2. Position is approximately .500 inch from link pin hole on lower lug.
6. Make at least two preliminary indentations on a 45RC gauge block before barrel testing to ensure the indenter and anvil are properly seated.
7. Stacking or the use of blocks and V-blocks is not acceptable under ASTM E18-19 standards. Only a certified indenter and anvil can be used.
8. Testing shall **not** be performed on any cylindrical surfaces of the barrel as severe deformation of the internal bore can result. Because type 416"Restricted" has sulfur stringers that run length wise through the barrel, any tests performed on the cylindrical surfaces can cause micro cracks to form rendering the barrel unsafe for use and void all warranties. Please contact KKM Precision at 775-246-5444 for assistance.
9. Operator must be properly trained in ASTM E18-19 standards and procedures.

## KKM Precision Rockwell Testing Example:

- Testing on a Gov't .355 Bushing W/N Ramp 5" 1-16 Twist previously certified hardness of 42RC performed by Nevada Heat Treating.
- Test position 1 see figure 4 approximately .250 in front of lower lug on bottom of barrel. Use .355 groove plug gauge to support interior bore. Use Innovatest V-Anvil (UN-ANVIL/005) to support barrel.
- Test position 2 see figure 5 approximately .500 from link pin center on lower lug. Use Innovatest 5mm Spot Anvil (UN-ANVIL/100) to support barrel.
- Test position 3 see figure 6 approximately .250 in front of lower lug on bottom of barrel. No interior support. Use Innovatest V-Anvil (UN-ANVIL/005) to support barrel.
- Test position 4 see figure 7 approximately 2.00 in front of lower lug on bottom of barrel. No interior support. Use Innovatest V-Anvil (UN-ANVIL/005) to support barrel.

## Conclusion:

On December 21, 2019 a Rockwell hardness test was performed on a KKM Gov't .355 Bushing W/N Ramp 5" 1-16 Twist sample barrel to demonstrate a proper testing procedure as well as common mistakes while testing a pistol barrel. Hardness test results for positions 1 and 2 yielded 41.39RC and 41.88RC respectfully and are within tolerance for KKM Precision. Hardness test results for position 3 and 4 are 36.82RC and 31.06RC respectfully and show signs of severe deflection from no interior support within the bore. Only test position 2 is a correct hardness testing position and procedure yielding proper results. Hardness testing on positions 3 and 4 are incorrect and can cause damage to the barrel as well as incorrect results. Hardness testing on position 1 with an internal plug yielded satisfactory results but damage to the bore was observed.

5201 Convair Dr., Carson City, NV 89706

Office: 775-246-5444 | KKMPrecision.com

KKM 000040