**Hagan, William R.**

| | |
|---|---|
| **From:** | Chuck Bradley <chuckb@shootersconnection.com> |
| **Sent:** | Monday, January 13, 2020 11:51 AM |
| **To:** | Luke McIntire |
| **Subject:** | Re: KKM Precision Letter to Akai |

Luke, are you guys going to make a public statement about it? I am getting pressure to do so and dont want to do it without coordinating it with you.

Chuck Bradley- President Shooters Connection Inc.
804 South Broadway St. Unit 9
Georgetown, Ky 40324
502-570-4112
502-570-4102 fax
Order line 800-387-4045

On 1/7/2020 2:55 PM, Luke McIntire wrote:
> Chuck,
>
> Here is our letter to Akai from my lawyer. It includes an accredited
> procedure on how to properly test a pistol barrel. I also included a
> sample test report that shows both a correct and incorrect way of
> testing a pistol barrel. Results can be significantly different and
> damage to the barrel can happen if not done right. If you have any
> questions please let me know.
>
> Thanks again,
> Luke McIntire
> KKM Precision
>
>
>

1

CONFIDENTIAL

SCI 001866

**Hagan, William R.**

| | |
|---|---|
| From: | Luke McIntire <luke@kkmprecision.com> |
| Sent: | Thursday, January 16, 2020 2:24 PM |
| To: | Chuck Bradley |
| Subject: | Re: KKM Precision Letter to Akai |
| Attachments: | KKM Precision Letter.pdf; ATT00001.htm |

Chuck,

Here is a letter addressing Akai. Let me know if you have any questions.

Thanks again,
Luke

1

CONFIDENTIAL

SCI 001867

# KKM PRECISION

1/9/2020

5201 Convair Dr., Carson City, NV 89706 | support@kkmprecision.com

To Whom It May Concern,

    Over the past several weeks it has come to my attention, by concerned customers, that rumors within social media are claiming KKM Precision has produced "Soft" barrels and is being sued by a company who received these barrels. The truth is KKM Precision and one of our dealers have received a letter of intent to sue if KKM Precision doesn't pay $1 Million dollars in next 30 days to said company. Prior to a Facebook post in October of 2019 by this company claiming "Soft" barrels, KKM Precision was not made aware of any issues with our heat treating and manufacturing process. Only that they had an issue with one barrel that they would like to send in for inspection. To date, this company has yet to send KKM Precision any proof of an "Out of Spec Soft Barrel" nor has any barrel ever been returned to us for inspection or warranty. I do not know if this company really does intend to sue or if this was just a threat to cover up and lay blame on us for their own actions. KKM Precision has always stood by the quality of our products and if anyone has any concerns or questions give us a call. Our warranty has always been to exchange, replace or refund any product that doesn't meet our standards of competitive shooting sports.

    Here at KKM Precision our manufacturing process has been established from well over 25 years of producing pistol barrels for nearly every single firearm company at one time or another. We use the very best stainless steel a Type 416R BQ#5 produced here in the United States. We order entire mill runs of this steel at nearly 6k pounds at a time. Every single 12ft bar is then checked for proper hardness by cutting off a 1" puck and heat treating it before the bars are turned into rifled blanks. After gun-drilling, reaming and then honing, we pull a button through the blanks to create our rifling. About halfway through the barrel making process the blanks are heat treated at Nevada Heat Treating. They will then test for Rockwell hardness on these blanks and supply a test report to us. We then finish machining the blanks into barrels and test for hardness again on our own fully automatic Innovatest Versus 720RS Rockwell hardness tester. We compare and record the results to make sure the barrels are within spec. To date, we have produced well over 100K barrels in 25 years and we have never seen a barrel test under 40HRC using this process. Because KKM Precision is a major supplier to the U.S. Military and Law Enforcement, we use ASTM E18-19 standards when hardness testing and will very soon become an ISO9001 certified manufacturing facility.

    For the past 25 years my company has had a long reputation within the shooting sports industry of helping customers, businesses and gunsmiths learn about pistol barrels and competitive shooting. Our shop has always been open to customers for tours and to those who just want to learn about manufacturing and robotics. We have one of the most advanced manufacturing shops in the industry, so stop on by or give me a call if you have any questions. We are here to educate, inform and pass along our knowledge to fellow shooters. We all enjoy competition shooting and the lifelong friendships it produces.

Thank you and see you on the range,

Luke McIntire
CEO – KKM Precision

5201 Convair Dr., Carson City, NV 89706

Office: 775-246-5444 | KKMPrecision.com

SCI 001868

CONFIDENTIAL