

# DECLARATION OF NATHANIEL E FRANK-WHITE

1. I am a Records Request Processor at the Internet Archive. I make this declaration of my own personal knowledge.

2. The Internet Archive is a website that provides access to a digital library of Internet sites and other cultural artifacts in digital form. Like a paper library, we provide free access to researchers, historians, scholars, and the general public. The Internet Archive has partnered with and receives support from various institutions, including the Library of Congress.

3. The Internet Archive has created a service known as the Wayback Machine. The Wayback Machine makes it possible to browse more than 450 billion pages stored in the Internet Archive's web archive. Visitors to the Wayback Machine can search archives by URL (i.e., a website address). If archived records for a URL are available, the visitor will be presented with a display of available dates. The visitor may select one of those dates, and begin browsing an archived version of the Web. Links on archived files in the Wayback Machine point to other archived files (whether HTML pages or other file types), if any are found for the URL indicated by a given link. For instance, the Wayback Machine is designed such that when a visitor clicks on a hyperlink on an archived page that points to another URL, the visitor will be served the archived file found for the hyperlink's URL with the closest available date to the initial file containing the hyperlink.

4. The archived data made viewable and browseable by the Wayback Machine is obtained by use of web archiving software that automatically stores copies of files available via the Internet, each file preserved as it existed at a particular point in time.

5. The Internet Archive assigns a URL on its site to the archived files in the format http://web.archive.org/web/[Year in yyyy][Month in mm][Day in dd][Time code in hh:mm:ss]/[Archived URL] aka an "extended URL". Thus, the extended URL http://web.archive.org/web/19970126045828/http://www.archive.org/ would be the URL for the record of the Internet Archive home page HTML file (http://www.archive.org/) archived on January 26, 1997 at 4:58 a.m. and 28 seconds (1997/01/26 at 04:58:28). The date indicated by an extended URL applies to a preserved instance of a file for a given URL, but not necessarily to any other files linked therein. Thus, in the case of a page constituted by a primary HTML file and other separate files (e.g., files with images, audio, multimedia, design elements, or other embedded content) linked within that primary HTML file, the primary HTML file and the other files will each have their own respective extended URLs and may not have been archived on the same dates.

6. Attached hereto as Exhibit A are true and accurate copies of screenshots of the Internet Archive's records of the archived files for the URLs and the dates specified in the attached coversheet of each printout.



7. I declare under penalty of perjury that the foregoing is true and correct.

DATE: Febuary 22, 2023

*Nathaniel E Frank-White*
Nathaniel E Frank-White

# EXHIBIT A

https://web.archive.org/web/20210113031935/https://www.shootersconnectionstore.com/KKM-355-Caliber-Bull-Barrel-Threaded-Commander-P418.aspx

Wayback Machine — 12 captures, 14 May 2010 - 13 Jan 2021, JAN 13 2021

# Shooters Connection

PRODUCT FINDER | ADVANCED SEARCH | VIDEOS | POLICIES | CONTACT US | LOGIN | ACCOUNT | WISHLIST | CART

Complete Firearms | Gun Parts | Magazine and Magazine Parts | Holsters, Belts, Mag Pouches | Range Supplies | Optics / Mounts | Ammunition, Accessories, Misc | Browse by Manufacturer

## KKM .355 Caliber Bull Barrel Threaded Commander

Home  >  Browse by Manufacturer  >  KKM Precision Barrels



### KKM .355 Caliber Bull Barrel Threaded Commander

Other products by **KKM Precision**

| | |
|---|---|
| Item #: | CCABXT |
| Our Price: | $250.00 |
| Ramp Cut | |

The product is currently out of stock.

ADD TO WISHLIST

---

**DESCRIPTION** | REVIEWS | ALSO IN KKM PRECISION BARRELS

Commander Bull Threaded Barrel .355, 1/32 twist.

Premium Match Barrel with precision button rifling. KKM has been a leader in custom pistol barrel manufacturing for the last decade providing the most consistent and accurately machined products available for competition, duty and tactical weaponry. From our world famous Glock barrels to our super accurate 1911 and Beretta bull's-eye barrels, every product we make sets the highest standards in precision shooting. KKM barrels far surpass any standard barrel made today and our secret is our unique Button Rifling process. Our reputation has been built upon our ability to produce an accurate and consistent pistol barrel and no process can produce a rifled bore better than Button rifling. Button rifling is a process, in which a Titanium Nitride coated Carbide button is pulled under pressure to displace metal to produce a rifled barrel. This process is very expensive but produces a better finished size, surface finish, and surface hardness as well as maintains a more uniform rate of twist then any other rifling process. Each button can be used to produce thousands a barrels before wearing undersized. This allows us to maintain the highest level of quality control. Over the past 10yrs we have perfected the art of button rifling. We now produce all of our own uniquely designed buttons in house.

## Top Sellers

| KKM Glock Match Barrel Gen 1-4 | KKM .355 Caliber Bull Barrel Threaded 5.4" | KKM .40 Caliber Bull Barrel 5" |
|---|---|---|
| KKM Precision | KKM Precision | KKM Precision |
|  |  |  |
| GXXX1 | CGABXX | CGDBXN |
| More Info | More Info | More Info |
| $165.00   IN STOCK | $260.00   OUT OF STOCK | $235.00   OUT OF STOCK |





Like Tweet Save

For Information: 1-502-570-4112 | Fax: 1-502-570-4102 | Email Questions: customerservice@shootersconnection.com

Hours: 9:00am - 4:30pm Eastern Time Monday - Friday

**Need help placing your order or have a question about an order you placed?**
**You can call us toll free at 1-800-387-4045**

CART | WISHLIST | ACCOUNT | LOGIN

@Copyright 2021 Shooters connection.ALL RIGHTS RESERVED. Policies

https://web.archive.org/web/20160316082727/http://www.shootersconnectionstore.com:80/KKM-355-Caliber-Bull-Barrel-Threaded-Commander-P418.aspx

INTERNET ARCHIVE
WaybackMachine
http://www.shootersconnectionstore.com/KKM-355-Caliber-Bull-Barrel-Threaded-Commander-P418.aspx  Go
12 captures
14 May 2010 - 13 Jan 2021
OCT MAR JUN
◀ 16 ▶
2015 2016 2021
About this capture



 Login    Account    Wishlist    Cart

**Home**  **Product Finder**  **Advanced Search**  **Policies**  **Videos**  **Contact Us**

### Categories
There are no subcategories.

### Refine Results

**Expand Your Result**
KKM Precision Barrels (X)

**Narrow by Manufacturer**
KKM Precision (14)

**Narrow by Keyword**

GO

Home > Browse by Manufacturer > KKM Precision Barrels

# KKM .355 Caliber Bull Barrel Threaded Commander



Other products by **KKM Precision**

| | |
|---|---|
| Item #: | CCABXT |
| Our Price: | $195.00 |
| Ramp Cut | |
| Quantity: | 1 |

+ Add to Cart    Add to Wishlist

### Top Sellers



**KKM Glock Match Barrel**
GXXX1
In Stock
Price: $165.00
More Info

**KKM .40 Caliber Bull Barrel 5"**
CGDBXN
In Stock
Price: $185.00
More Info

**KKM .355 Caliber Bull Barrel Threaded 5.4"**
CGABXX
In Stock
Price: $205.00
More Info

---

**Description**    **Reviews**    **Also in KKM Precision Barrels**

Commander Bull Threaded Barrel .355. 1/32 twist.

-------------------------------------- Picture is a wilson/nowlin ramp cut.

Premium Match Barrel with precision button rifling.KKM has been a leader in custom pistol barrel manufacturing for the last decade providing the most consistent and accurately machined products available for competition, duty and tactical weaponry. From our world famous Glock barrels to our super accurate 1911 and Beretta bull's-eye barrels, every product we make sets the highest standards in precision shooting. KKM barrels far surpass any standard barrel made today and our secret is our unique Button Rifling process. Our reputation has been built upon our ability to produce an accurate and consistent pistol barrel and no process can produce a rifled bore better than Button rifling. Button rifling is a process, in which a Titanium Nitride coated Carbide button is pulled under pressure to displace metal to produce a rifled barrel. This process is very expensive but produces a better finished size, surface finish, and surface hardness as well as maintains a more uniform rate of twist then any other rifling process. Each button can be used to produce thousands a barrels before wearing undersized. This allows us to maintain the highest level of quality control. Over the past 10yrs we have perfected the art of button rifling. We now produce all of our own uniquely designed buttons in house.

All KKM barrels are made using U.S. manufactured 416 Stainless steel bar stock which is then heat treated and vacuum tempered to 42 to 45 RC. Our Glock barrels come with supported chambers for reliable feeding and are designed to shoot lead or jacketed bullets. All KKM barrels have a lifetime warranty against manufacturing defects ect...