

Element Materials Technology
51229 Century Court
Wixom, MI
48393-2074

P: 248 960 4900
T: 888 786 7555
F: 248 960 4911

info.wixom@element.com
element.com

Contact: Martin Crimp
Material Science Consulting
13718 Peacock Road
Laingsburg, MI 48840

**TEST CERTIFICATE — EAR-CONTROLLED DATA**

P.O. No.: cc
Report No.: MAT001-22-01-05088-1
Date Received: 1/27/2022
Report Date: 1/31/2022

Report Delivered Via: crimp@egr.msu.edu
Attachments: None

**Work Requested:** Expedited chemical analysis of two (2) gun barrel samples.

### Chemical Analysis

| Test Methods | ASTM E1019-18 for carbon/sulfur and ICP per SOP CH-IO-006_07 |
|---|---|
| Specification | Crucible Industries LLC 416R Stainless Precision Rible Barrel Stock Data Sheet Issue #1 |

| Element | 1b | 6b | Nominal Composition |
|---|---|---|---|
| | (wt-%) | (wt-%) | Crucible 416R |
| C | 0.09 | 0.09 | **0.12** |
| S | 0.35 | 0.36 | **0.13** |
| P | 0.014 | 0.018 | - |
| Si | 0.63 | 0.64 | **0.40** |
| Mn | 0.39 | 0.39 | **0.40** |
| Cr | 12.86 | 12.82 | **12.50** |
| Ni | 0.21 | 0.19 | - |
| Mo | 0.08 | 0.13 | **0.40** |
| Cu | 0.07 | 0.06 | - |
| Fe | Base | Base | - |

This document contains technical data whose export and re-export/ retransfer is subject to control by the U.S. Department of Commerce under the Export Administration Act and the Export Administration Regulations. The Department of Commerce's prior written approval may be required for the export or re-export/retransfer of such technical data to any foreign person, foreign entity or foreign organization whether in the United States or abroad.

Respectfully submitted

Nicholas Piwowar
Department Manager, Quality and Technical Operations
248-560-4013

The test report shall not be reproduced except in full, without the written approval of Element Materials Technology. The results of the tests apply only to the samples received and the items tested. When statements of conformity (e.g. pass/fail) to a specification or standard are included in the test report, estimated uncertainty values or other machine correction factors are not used in assessing compliance to specification requirements. The recording of false, fictitious, or fraudulent statements or entries on the report may be punished as a felony under federal law. Our policy is to retain test components and sample remnants for 60 days from the report date, exclusive of cleanliness and corrosion test components, which will be retained for 30 days, after which time they will be discarded. If you would like to make alternate arrangements for disposition of the material, please let us know. This project shall be governed exclusively by the General Terms and Conditions of Sale and Performance of Testing Services by Element Materials Technology. In no event shall Element be liable for any consequential, special or indirect loss or any damages above the cost of the work.

**EXHIBIT 2**



Element Materials Technology
51229 Century Court
Wixom, MI
48393-2074

P: 248 960 4900
T: 888 786 7555
F: 248 960 4970

info.wixom@element.com
element.com

Contact: Martin Crimp
Material Science Consulting
13718 Peacock Road
Laingsburg, MI 48840

**TEST CERTIFICATE — EAR-CONTROLLED DATA**

P.O. No.:           cc-1102
Report No.:       MAT001-21-06-00783-1
Date Received:    5/25/2021
Report Date:       6/3/2021

Report Delivered Via**:**     crimp@egr.msu.edu
Attachments**:**             None

**Work Requested:**   Chemical analysis.

**Chemical Analysis**

| Element | 2a (wt-%) | 5 a (wt-%) | Method |
|---------|-----------|------------|--------|
| C | 0.08 | 0.11 | L |
| S | 0.35 | 0.36 | L |
| P | 0.014 | 0.017 | I |
| Si | 0.63 | 0.33 | I |
| Mn | 0.40 | 0.74 | I |
| Cr | 12.6 | 12.9 | I |
| Ni | 0.41 | 0.67 | I |
| Mo | 0.09 | 0.06 | I |
| Cu | 0.10 | 0.10 | I |
| Fe | Base | Base | - |

Method(s)
- L = ASTM E1019-18 - Standard Test Methods for Determination of Carbon, Sulfur, Nitrogen, and Oxygen in Steel, Iron, Nickel, and Cobalt Alloys by Various Combustion and Inert Gas Fusion Techniques.
- I = SOP CH-IO-006_07 - Instrument Operation of Perkin-Elmer Optima 7300DV Inductively Coupled Plasma (ICP) Spectrometer.

This document contains technical data whose export and re-export/ retransfer is subject to control by the U.S. Department of Commerce under the Export Administration Act and the Export Administration Regulations. The Department of Commerce's prior written approval may be required for the export or re-export/retransfer of such technical data to any foreign person, foreign entity or foreign organization whether in the United States or abroad.

Respectfully submitted

Nicholas Piwowar
Department Manager, Quality and Technical Operations
248-560-4013

The test report shall not be reproduced except in full, without the written approval of Element Materials Technology. The results of the tests apply only to the samples received and the items tested. When statements of conformity (e.g. pass/fail) to a specification or standard are included in the test report, estimated uncertainty values or other machine correction factors are not used in assessing compliance to specification requirements. The recording of false, fictitious, or fraudulent statements or entries on the report may be punished as a felony under federal law. Our policy is to retain test components and sample remnants for 60 days from the report date, exclusive of cleanliness and corrosion test components, which will be retained for 30 days, after which time they will be discarded. If you would like to make alternate arrangements for disposition of the material, please let us know. This project shall be governed exclusively by the General Terms and Conditions of Sale and Performance of Testing Services by Element Materials Technology. In no event shall Element be liable for any consequential, special or indirect loss or any damages above the cost of the work.

**EXHIBIT 2**