# Martin A. Crimp

Professor, Dept. Chemical Engineering and Materials Science
Michigan State University
East Lansing, MI 48824-1226

(517) 355-0294 (office)                    Date of Birth:   September 18, 1959
(517) 285-8321 (cell)                      Place of Birth:  Detroit, MI
crimp@egr.msu.edu                          Citizenship:     USA

## EDUCATION

Postdoctoral Associate, Oxford University, 1987-1989

Ph.D.   Case Western Reserve University, Materials Science and Engineering 1987

M.S.    Michigan Technological University, Metallurgical Engineering 1984

B.S.    Michigan Technological University, Metallurgical Engineering 1981

## PROFESSIONAL EXPERIENCE

July 2005 – Present
     Professor, Department of Chemical Engineering and Materials Science, Michigan State
     University, East Lansing, MI.
July 1995 – July 2005
     Associate Professor, Department of Materials Science and Mechanics; Department of Chemical
     Engineering and Materials Science, Michigan State University, East Lansing, MI.
Sept. 1989 - June 1995
     Assistant Professor, Department of Materials Science and Mechanics, Michigan State University,
     East Lansing, MI.
June 1987 to June 1989
     Science and Engineering Research Council Postdoctoral Research Associate, Department of
     Metallurgy and Science of Materials, University of Oxford, Oxford, England.
January 1984 to June 1987
     Graduate Research Assistant, Department of Materials Science and Engineering, Case Western
     Reserve University, Cleveland, OH.
June 1981 to January 1984
     Graduate Research Assistant, Department of Metallurgical Engineering, Michigan Technological
     University, Houghton, MI.
June 1980 to September 1980
     Summer Undergraduate Research Assistant, Department of Metallurgical Engineering, Michigan
     Technological University, Houghton, MI.
June 1979 to September 1979
     Metallurgy Lab Assistant, Valenite Metals, Sterling Heights, MI.

M.A. Crimp Vitae p.1

**EXHIBIT 4**

**AWARDS, HONORS, and VISITING POSITIONS**

2015 Acta Materialia Outstanding Reviewer Award
2013 - 2015 Visiting 1st Class Professor, Université of Lorraine, Metz, France
2008 - 2014 Visiting Scientist, Max-Plank-Institut für Eisenforschung, Dusseldorf, Germany
2008 -   Guest Professor, Harbin Institute of Technology, Harbin, PRC
2002 Who's Who in Engineering Education
1995 Michigan State University Teacher Scholar Award
1994 Withrow Distinguished Scholar Award (MSU College of Engineering)
1992 National Science Foundation Young Investigator Award (formally Presidential Young
Investigator Program)
1982 Armco Outstanding 1st Year Graduate Student
1982 Who's Who in American Colleges and Universities
1980 Omicron Delta Kappa, Michigan Technological University


**MEMBERSHIPS/SOCIETIES**

Materials Research Society (MRS)
The Metallurgical Society (TMS)
American Society for Materials (ASM).
Sigma Xi


**INSTUTIONAL AND PUBLIC SERVICE**

External Committees
   National Level
     - MSU Representative to the Coalition on Intercollegiate Athletics (2015-2017)
     - MSU Representative to the Committee on Institutional Cooperation (CIC – Big Ten Plus)
        Academic Governance Group (2014-2017)
     - TMS Education Committee, 1991-1999 (vice-chair 1995-1997; chair 1997- 1999)
     - TMS Structural Materials Division Executive Council, 1991-1999, 2002-2003
     - TMS Physical Metallurgy Committee, 1990-2003 (vice-chair 2001-2002, chair 2002- 2003)
     - TMS *Metallurgical and Materials Transactions* Committee, 2005- (vice-chair 2008-2009, chair
        2009-2010)
    - TMS Titanium Committee, 2017-2019
    - Microscopy and Microanalysis Electron Crystallography Program Committee, 2017-

   Local Level
     - TMS Detroit Chapter Executive Board, 1990-1992

Internal Committees
   University Level
     - Steering Committee of Academic Council, 2014- 2016 (Vice Chair 2015- 2016), Spring 2017
        - Faculty Liaison Committee to the Board of Trustees
        - Faculty Senate
        - University Council
     - Executive Committee of Academic Council, 2009-2010


M.A. Crimp Vitae p.2


**EXHIBIT 4**

- Athletic Council 8/08-10/09, 8/11-8/13, 8/17-8/19
    - Academic and Compliance Services Standing Subcommittee 8/08-10/09
    - Drug Education and Testing Standing Subcommittee 8/11-8/13 (chair 8/11-8/13)
    - Big 10 Postgraduate Scholarship Subcommittee 10/12-8/14
    - Athletic Council Bylaws Committee 1/19-8/19
- University Committee on Academic Policy, 2007-2010, (chair 2009-2010)
    - Sub committee on Academic Dishonesty, 2007-2008
- University Standing Appeals Committee, 2004-2007, 2008-2009
- Academic Council, 1990-1994, 2009-2010,
- Faculty Council, 1990-1994, 2009-2010
- Research Integrity Panel, 2015
- Ad Hoc Committee on Bylaws for Academic Governance Revisions, 2018
- Faculty Senate (as ECAC Chairperson) 2019-2021
- University Council (as ECAC Chairperson) 2019-2021
- Ad Hoc Committee for Office of Academic Governance Reorganization, 2020
- Search Committee, Secretary for Academic Governance, 2020

College Level
- Engineering College Advisory Committee, 2004–2007, 2011-2014, 2017-2021(Chair 2017-2021)
- Strategic Planning Operations Task Force, 2015-2016 (Chair)
- Promotion and Tenure Review Committee, 2017-2021
- STEM Building Planning – MSE Labs 2018-2021
- Composites Materials and Structures Center Advisory Committee, 2004-2008
- Case Center Advisory Committee, 2001-2002
- Safety Committee, 2001-2003, 2007-2009
- Scholarship and Financial Aid Committee, 1991-1993
- Ad Hoc Committee on Library Periodicals and Expenditures, 1997-1998

Department Level
- Advisory Committee, 1992-1995, 2000-2003, 2004-2007, 2010-2011, 2012-
- Graduate Studies Committee, 1995-2000, 2004- 2009 (chair 1999 – 2000, 2007-2009)
- ABET Task Force, 1997-1999
- Safety, Equipment, and Space Committee, 1996-2002
- Safety Committee, 2002-2009
- Seminar Committee, 1989-1990, 1995-1996, 2000-2001
- Promotion and Tenure Committee, 2006-
- Supervision of Electron Optics Laboratory, 1989-2018
- ECE/CHEMS Diamond Research Search Committee, 2016
- CHEMS Department Chair Search Committee (Chair), 2016-2017

Other Service Activities
- Co-organizer, FEIS-2: Femtosecond Electron Imaging and Spectroscopy, East Lansing, MI, May 6-9, 2015.
- Co-organizer, FEIS 2013: Femtosecond Electron Imaging and Spectroscopy, Key West, Florida December 9-12, 2013.
- Editorial Board, International Journal of Plasticity, April 2013- .
- Editorial Board, Advances in Materials Science and Engineering, January 2010 - 2014.
- Co-organized symposium "Multiscale Perspectives on Plasticity in BCC Metals" for the MS&T Annual Meeting, Montreal, Canada, October 27-31, 2013.

M.A. Crimp Vitae p.3

**EXHIBIT 4**

- Co-organized symposium "Channeling Effects in Microscopy and Microanalysis" at the 2012 Microscopy and Microanalysis Conference in Phoenix, AZ, July 29-August 2, 2012.
- Guest Lecturer, *Fracture Mechanics and Failure Analysis,* Universidad Politécnica de Madrid, Madrid, Spain, April 16-20, 2012.
- Participant in the "Interlaboratory Study to Establish Precision Statements for ASTM E2627-13, Standard Practice for Determining Average Grain Size Using Electron Backscatter Diffraction (EBSD) in Fully Recrystallized Polycrystalline Materials", submitted to ASTM Committee E04 on Metallography, Subcommittee E04.11 on X-ray and Electron Microscopy (2011).
- Key Reader/Editorial Board, *Metallurgical and Materials Transactions*, January 2006 -.
- Editorial Board, *Research Letters in Materials Science,* January 2008 – January 2010.
- National Academies, National Research Council, Board on Manufacturing and Engineering Design, *Committee on Technologies to Deter Currency Counterfeiting*, 2005-2006.
- Guest Editor, *Microscopy Research and Technique*, special issue on Imaging Crystal Defects published 2006.
- Co-organizer of *High Resolution Electron Microscopy in Materials Science*, 2000 TMS Annual Meeting, Nashville, TN, February 2000.
- Co-organizer of *14th Annual National Educators' Workshop: Update 99*, November 1-3, 1999, Auburn Hills, MI.
- Co-organizer of *Defining the Core Materials Curriculum*, 1997 TMS Annual Meeting, Orlando in February of 1997.
- Co-organizer of *Processing, Properties and Applications of Iron Aluminide Intermetallics*, 1994 TMS Annual Meeting in San Francisco in March of 1994. Proceedings published by TMS with the co-organizers, J.H. Schneibel and M.A. Crimp, editors.
- *MSU College of Engineering Summer High School Engineering Institute* (1990-93, 1998-00) by coordinating and teaching the materials science sessions. In this program, high school sophomores and Juniors spend a week at MSU exploring engineering as a career. Instruction involved spending half of a day with each of 4-5 groups of 30 students. The students are exposed to materials through lecture and hands on laboratory experiments.
- MSU MRSEC sponsored *Sensing Our World* summer camp (1998, 99, 00, 01, 02, 03), which introduces junior high school students to science and engineering. Taught modules introducing optical and electron microscopy.
- Participated in the *MSU Detroit Area Pre-College Engineering Program* (DAPCEP) (1994) by carrying out the instruction and demonstrations for the Materials Science section.
- Judge for 1994 TMS Student Paper Competition.
- Reviewer for *Applied Physics Letters, Acta Mat., Phil. Mag., Met. Trans., Mat. Sci. and Eng., Mat. Res. Soc. Proc., Intermetallics, Nature Materials, Materials Today, ASME J. Eng. Mat. and Tech, SEM J. of Exper. Tech., J. Mat. Sci., Res. Let. in Mat. Sci., Proc. M&M, Ultramicroscopy, Microsc. & MicroAn., Scripta Mat., Int. J. Plasticity. J. Microscopy, J. Elect. Mat., Adv. In Mat. Sci., J Physics D, J. Stain Anal., J Materials, Mat. Characterization, Nature Comm., J. Materials Eng. and Performance.*
- Book Reviewer for McGraw-Hill (1994), J. Wiley & Sons, Inc (1997, 1998, 2021).
- Proposal Reviewer for DOE, NSF (DMR, Eng. Ed.), NASA, Los Alamos National Laboratory, National Science Foundation - Australia, U.S. Civilian Research and Development Foundation, National Research Council – Canada, Science Foundation Ireland.

**EXHIBIT 4**

## PROFESSIONAL CONSULTING

-Johnson Matthey Inc., Spokane, WA.
-Materials Research Corp., Orangeburg, NY.
-T. Dipietro, Attorney at Law, Detroit, MI., (Freeman v. FMC)
-Wisti and Jaaskelainen, P.C., Hancock, MI., (Houghton v. Honda)
-G. Wistehuff, Saginaw, MI
-Rex Roto Inc., Fowlerville, MI.
-Motor Wheel Inc., Lansing, MI.
-Advanced Special Tools, Battle Creek, MI.
-Foster, Swift, Collins and Smith, P.C., Lansing MI, (Citizens Insurance Co. of America v. Briner Oil Co.).
-Stevens International - Bernal Division, Rochester Hills, MI.
-Benteler Industries, Grand Rapids, MI.
-Tolley, VandenBosch & Walton, P.C., Grand Rapids, MI, (Michigan Millers Mutual Ins. Co. v. Intermatic, Inc.).
-Instrument Makar, Inc., Okemos, MI.
-Marvin D. Sharon, P.C., Royal Oak, MI; Colista, Adams & Palmer, P.C., Royal Oak, MI (Frazee & Skorupa v. Santana Cycles & Prestige Cycles).
-Hitachi Magnetics, Edmore, MI.
-Michigan Sintered Metals, Inc., Owosso, MI.
-Spartan Moters, Charlotte, MI.
-Nill, Rockwell, and Keen, P.C., Flint, MI
-Livingston Co. Dept. of Building and Safety, Howell, MI.
-James Gould & Associates, P.C., Grand Rapids, MI.
-U.S. Department of Justice, Washington, D.C.
-Bigler, Berry, Johnston, Sztykiel & Hunt, P.C., Zeeland, MI; (Waterman & Waterman v. D.L. Drake, Elmer's Crane & Dozer, Inc., Ford Motor Co, & Hendrickson Truck Suspension Systems).
-Kettering University, Charles White, Ph.D., Flint, MI.
-Byrwa & Sobczak, P.L.L.C., Bloomfield Hills, MI (B. Sheppard v. Lancaster Colony Corporation, et al.).
-Valeo Switches, Auburn Hills, MI.
-Valenite Metals, Westbranch MI; GE Diamonds, Columbus, OH.
-Air Force Research Laboratory, Wright Patterson AFB, Dayton OH.
-Deneweth, Dugan & Parfit, P.C., Troy MI.
-Burtek Corp., Chesterfield, MI.
-Terrance Bloomquist and Associates, Grayling, MI.
-Goody Products, Atlanta, GA.
-Secor Corp., Okemos, MI.
-Weaver Boos Consultants, Columbus, OH
-Farr, Oosterhouse & Krissoff, Grand Rapids, MI, (Eileen and Forrest Hulliberger Vs. Lowe's Home Centers, Inc. et al.)
-Rhoades McKee, Grand Rapids, MI, (Nelson v Meekhoff Builders and GRK Fasteners)
-Butzel Long, Detroit, MI, (Green v Commercial Contracting, et al.)
-Gates Corporation, Rochester Hills, MI
-Foster, Swift, Collins and Smith, P.C., Grand Rapids MI, (Boat Lift Failure, Die Steels)
-Law Offices of Marcia B. McClure, Bingham Farms, MI, (Omesha Johnson v. O.H. Pye III Funeral Home)


M.A. Crimp Vitae p.5

**EXHIBIT 4**

- Abood Law Firm, East Lansing, MI; Tim McCarthy Law Firm, Okemos, MI (Palatka v. Savage Arms)
- Gruel, Mills, Nims & Pylman, Grand Rapids, MI (Lamb v. Oak Leaf)
- Coretti Law Firm, PLLC, Grand Rapids, MI (Farm Bureau v. CNH America, New Holland)
- Morgan & Meyers, PLC, Dearborn, MI, (Wright v. Harley Davidson, et al.; White v. FCA, et al., Masserant v. General RV, et al., Bonnici v Ford Motor Company, et al.)
- Simon Law Firm, PLC, St. Louis, MO (Penberthy - Jack Stand)
- O'Neill, Wallace & Doyle, P.C., Saginaw, MI (Depottey v William Hunt et al.)
- Law Offices of Behm & Behm, Flint, MI (Wright V. Genta)
- McKelvie, McKelvie, Yee & Epacs, P.C, Birmingham, MI (Akai v KMM)
- Nicoletti Walker Trial Firm, St. Petersburg, FL (Patterson v Chiappa)

## CURRENT AND FORMER ADVISEES

### Ph.D.
- Y. Zhang, "HREM Examination of Core Structures of Dislocations in B2 Intermetallic Compound Co-Al" (Ph.D. completed 1995).
- R. Lolee, "Growth and Characterization of Epitaxial Multilayer Structures" (Ph.D. completed 2000).
- H. Geng, "HREM Study of Magnetic Multilayer Structures" (Ph.D. completed 2002).
- B. Simkin, "ECCI Studies of Slip Transfer in Microlamellar TiAl Alloys" (Ph.D. completed 2003).
- L. Zheng, "TEM Characterization of Bonded Ceramics" (Ph.D. completed 2003).
- B. Ghosh, "In-Situ TEM Study of Dislocation Motion in NiAl" (Ph.D. completed 2003).
- B-C. Ng, "SEM Diffraction Studies of Lamellar TiAl Microstructures" (Ph.D. completed 2005).
- G. Ye, "Growth and Characterization of Self Assembled Rare-Earth Silicide Nanostructures" (Ph.D. completed 2006).
- J. Zhang, "HRTEM Studies of Rare-Earth Silicide Nanowires", (Ph.D. completed 2007).
- Y. Yang, "Heterogeneous Deformation in Polycrystalline Commercial Purity Titanium" (Ph.D. completed 2011).
- L. Wang, "Deformation Twins and Dislocations Near Grain Boundaries in Commercial Purity Titanium using EBSD and DAXM (co-advisor, Ph.D. completed 2011).
- H. Li, Analysis of The Deformation Behavior of the Hexagonal Close-Packed Alpha Phase in Titanium and Titanium Alloys, (co-advisor, Ph.D. completed 2013).
- J. Seal IV, "Characterization of Deformation Near Grain Boundaries in Polycrystalline Metals" (Ph.D. completed 2014).
- I. Jarvis, (co-advisor, entered program 6/11, withdrew from program).
- B. Dunlap, "Investigation of Single Crystal and Bi-Crystal Deformation in Body-Centered Cubic Tantalum Using Indentation" (Ph.D. completed 2018).
- S. Han, "ECCI Analysis of Slip Accommodations in Polycrystal Commercial Pure Alpha-Titanium During Heterogeneous Plastic Deformation" (Ph.D. completed 2020).
- Y. Su, Predicting Shear Transmission Across Grain Boundary in Alpha Titanium (Ph.D completed 2021).
- H. Becker, (entered program 8/20).

### M.S.
- J.J. Stout, "Texture and Bimodal Grain Growth in B2 FeAl Alloys" (M.S. 1992).

M.A. Crimp Vitae p.6

**EXHIBIT 4**

- S.C. Tonn, "High Resolution Electron Microscopy Examination of Dislocation Core Structures in B2 Ni-Al Alloys" (M.S. 1993).
- P. Robinson (co-advisor), "The Dynamics and Scientific Visualization For the Electrophoretic Deposition Processing of Suspended Colloidal Particles onto A Reinforcement Fiber", (M.S. 1993).
- C.J. Suydam (co-advisor), "Fiber Electrophoretic Deposition Processing of Continuously Reinforced Fe-40Al/Al$_2$O$_2$ Intermetallic Matrix Composites" (M.S. 1993).
- D. Sharrott, "High Resolution Electron Microscopy Examination of Dislocation Core Structures in B2 Fe-Al Alloys" (M.S. 1994).
- D. Howell, "TEM studies of Multilayered Metallic Spin Glasses" (M.S. 1995).
- A. Gibson, "A Quantitative Examination of Strain Using Electron Backscattering Patterns Employing a 35mm Camera Body in a Scanning Electron Microscope" (M.S. 1995).
- O. Balcers, "An Examination of the Relationship Between Image Processed Electron Back Scattered Patterns and Plastic Strain in Bulk Aluminum Materials" (M.S. 1995).
- J. Ambriz (co-advisor), "Mechanical Behavior of FED Processed IMCs" (M.S. 1996).
- B-C. Ng, "Examination of Dislocation Structures in B2 Stoichiometric NiAl Alloys Using TEM and SEM Techniques" (M.S. 1997).
- B. Simkin, "Development of an ECCI Imaging System" (M.S. 1997).
- P. Alavilli, "In-situ SEM Study of Fatigue Crack Initiation and Growth in SiC Reinforced Composites" (M.S. 1997).
- J. Heckman, "HREM Characterization of Epitaxial Magnetic Multilayers" (M.S. 2001).
- S. Song, "The Viability of Carbon Nanotubes for Space-Related Technology and Applications (co-advisor with V. Ayres, EE) (M.S. 2004).
- J. Hile, "ECCI Studies of Deformation Behavior in Ti-Based Alloys" (withdrew from program).

### Senior Thesis/Research
- G.J. Henderson, "The use of Cathodic Hydrogen Charging as a Means of Promoting Intergranular Fracture in FeAl" (B.S. 1990).
- S.C. Tonn, "TEM Sample Preparation and Observation of NiAl Single Crystal" (B.S. 1990).
- D.G. Maglaya (co-advisor), "Design of the Experimental Apparatus for the FED Processing of FeAl/Al$_2$O$_3$ IMC" (B.S. 1991).
- W.H. Glime III (co-advisor), "Sizing and Analysis of Particles for the Production of IMCs Using FED" (B.S. 1991).
- S.A. Scheff, "Texture Effects on the Mechanical Properties of B2 FeAl" (B.S. 1992).
- D. Sharrott, "Mechanical Properties and Substructure of B2 FeAl" (B.S. 1992).
- R. Lojeck, "The Effect of Hydrostatic Pre-stress on the Yield Strength of B2 FeAl" (B.S. 1993).
- R. Sweeney, "Development of a Non-Destructive Method of Identifying Ancient Counterfeit Coins" (B.S. 1994).
- J. Gorman, "Selected Area Electron Channeling Using a Field Emission Scanning Electron Microscope "(B.S. 1995).
- G. Goodall, "Analysis of Production Methods of Ancient Counterfeit Coins" (B.S. 1996).
- A Hart, "Analysis of Dislocation Structures in Hydrostatically Pre-stressed Fe-Al Alloys" (B.S. 1996).
- S. Bradley, "FEG-SEM Examination of Multilayer Structures" (B.S. 1997).
- D. Rankin, "Characterization of Thin Fault Features Found in B2 FeAl-B" (B.S. 1998).
- A. Fowler, "Utilizing the Technique of Selected Area Channeling to Determine the Fracture Facet Orientation of FeAl Alloys" (B.S. 1998).
- S. Otter, "Metallurgical Analysis of Fly Tying Hooks" (B.S. 1999).
- J. Pongracz, "Assessment of Ti Alloys for Golf Club Manufacture" (B.S. 2000).

M.A. Crimp Vitae p.7

**EXHIBIT 4**

- M. Brayman, "Testing and Analysis of Salmon Hooks" (B.S. 2001).
- L. Merrilli, "Evaluation of EBSP Analysis of TiAl"
- T. Harrington, "Low Voltage SEM Examination of Bonded Ceramics" (B.S. 2001).
- B. Miles, "c Versus a Orientation Determination in TiAl Using EBSP" (B.S. 2002).
- M. Bell, "Assessment of EBSD to Characterization of Superlattice Structures"
- A. Grey, "Slip Trace Analysis in Ti Based on SACPs" (B.S. 2003).
- C. Flynn, "ECCI Examination of Dislocations in Ti" (B.S. 2003).
- A. Friend, "Construction of an SEM Chamber Scope".
- J. Hile, "Deformation Studies in Ti and TiAl using ECCI, EBSD, and SACP" (B.S. 2003).
- E. Weishaupt, "Crack Nucleation in Cyclically Deformed TiAl".
- M. Dawson, "AFM Measurements of Slip Steps in Polycrystalline Ti".
- D. Schinner, "Preparation of Ti Samples for Electron Microscopy".
- M. Schultz, Sample Preparation for Electron Microscope".
- S. Sutton, Anisotropic Deformation and Damage Nucleation in bcc Metals".
- E. Klopfer, "EBSD Study of Size Effects in Nimonic 75".
- T. Heuser, "Characterization of Anisotropic Deformation in Magnesium".
- D. Brenski, "Study of T2 Twinning in Commercially Pure Ti.
- A. Velascosantiago, "Nanoindentation Study of Polycrystalline Nickel".
- A. Marsh, "EBSD Studies of Grain Boundary Slip Accommodation".
- A. Hughes, "Determination of Incoherent Twin Boundary Orientations in Nickel".

***Visiting Graduate Students***
- Taolin Ren, Harbin Institute of Technology, Harbin, China
- Zhan Hu, Central South University, Changsha, China
- Xueliang Wang, Xi'an Jiaotong University, China

***Visiting Faculty***
- Hongbo Fan, Harbin Institute of Technology, Harbin China
- Huiqun Liu, Central South University, Changsha, China

## COURSE INSTRUCTION

- MSM 205, ME 221, Statics, S-97, Su-04
- MMM 250, Introduction to Metallurgy, W-91, F-91
- MSM 250, MSE 250, Introduction to Materials, F-92, F-94, S-09, S-15, F-15
- MMM 350, Mechanical Metallurgy, F-89, F-90
- MMM 360, MSM 365, Physical Metallurgy I, W-90, W-91, F-93, F-95
- MMM 361, MSM 366, Physical Metallurgy II, S-92, S-93, S-96
- MSM 375, Physical Metallurgy Lab I, F-98, F-00,
- MSE 331, Materials Characterization Lab I, F-02, F-03
- MSM 376, Physical Metallurgy Lab II, S-99, S-01
- MSE 381, Materials Characterization Lab II, S-05, S-06, S-07, S-08, S-09, S-10, S-11, S-12
- MSM 451, MSE 451, X-ray Diffraction, F-94, F-96, F-00, F-01, F-02, S-04, S-06, F-06, F-08
- MSM 455, Theory of Solids, S-98
- MSM 466, Failure Analysis and Design, S-00, S-02, S-11, S-12, S-13, S-14, S-15, S-16, S-17, S-18, S-19, S-20, S-21
- MSE 476, Physical Metallurgy of Ferrous and Aluminum Alloys, F-04, F-06, F-07, F-09, F-10, F-11, F-12

M.A. Crimp Vitae p.8

**EXHIBIT 4**

- MSE 802, Research Methods, F-15
- MSM 885, Seminar, F-01
- MSM 862, MSE 862, Dislocation Theory, F-93, F-05
- MMM 832, MSM 870, MSE 870, Electron Microscopy of Materials, S-90, S-91, S-92, S-93, S-94, S-95, S-96, S-97, S-98, S-99, S-00, S-01, S-02, S-03, S-04, S-05, S-06, S-08, S-09, S-11, S-12, F-13, F-14, F-16, F-17, F-18, F-19, F-20, F-21
- MSM 970a, MSM 965b, MSE965b Advanced Techniques in Electron Microscopy, F-95, F-97, F-99, F-03
- NSC 840, Writing Seminar, Su-2001
  *MMM courses existed in the quarter system (prior to F-92); MSM courses existed in the semester system in the period F-92 – S-02; MSE courses were introduced in F-02.

## PUBLICATIONS

### Books (Editor)

Processing, Properties and Applications of Iron Aluminide Intermetallics, 1994, J.H. Schneibel and M.A. Crimp, eds., TMS, Warrendale, PA. ISBN 10-87339-240-x

### Books (National Academy Committee Reports)

R.E. Schafrik, M.A. Crimp, C.B. Duke, A.H. Goldstein, E.A. Holm, P.D. Khosla, C.R. Mercer, S.M. Pollock, A.J. Ragauskas, J.A. Rogers, B. Rubenstein, M.A. Smith, G.K. Starkweather, D.J. Trevor, 2006, "Is That Real? Identification and Assessment of the Counterfeiting Threat to U.S. Banknotes", Committee on Technologies to Deter Currency Counterfeiting, Board of Manufacturing and Engineering Design, National Research Council of the National Academies, ISBN 0-309-10124-7.

R.E. Schafrik, M.A. Crimp, C.B. Duke, A.H. Goldstein, E.A. Holm, P.D. Khosla, C.R. Mercer, S.M. Pollock, A.J. Ragauskas, J.A. Rogers, B. Rubenstein, M.A. Smith, G.K. Starkweather, D.J. Trevor, 2007, "A Path to the Next Generation of U.S. Banknotes: Keeping Them Real", Committee on Technologies to Deter Currency Counterfeiting, Board of Manufacturing and Engineering Design, National Research Council of the National Academies, ISBN 0-309-10578-1.

### Peer Reviewed Archival Journal Publications
#### In Print

1. Y. Su, S. Han, P. Eisenlohr, and M.A. Crimp, "Predicting Shear Transmission across Grain Boundaries with an Interactive Stress Relief Model", *Acta Mat*., 215 (2021) 116992 DOI.org/10/1016/j.actamat.2021.116992
2. A. Marsh, N. Mellott, M. Crimp, A. Wren, N. Hammer, and X. Chatzistavrou, "Ag-Doped Bioactive Glass-Ceramic 3d Scaffolds: A Microstructural Study to Antibacterial and Biological Performance", J. Eur. Cer. Soc. 41 6 (2021) pp. 3717-3730 doi.org/10/1016/j.jeurceramsoc.2021.01.011.
3. R. Sperry, S. Han, Z. Chen, S.H. Daly, M.A. Crimp, and D.T. Fullwood, "Comparison of EBSD, DIC, AFM, and ECCI for Active Slip System Identification in Deformed Ti-7Al", *Materials Characterization*, 17 (2021) 110941 doi.org/10/1016/j.matchar.2021.110941.
4. X. Wang, Y. Su, S. Han, M. Crimp, Y. Wang, and Y. Wang, "Elastic recovery induced strengthening effect in copper/ multilayer-graphene interface regions revealed by instrumental nanoindentation", Composites Part B: Engineering, 216 (2021) 108832 doi.org/10.1016.j.compositesb.2021.108832.
5. A. Marsh, Y. Zhang, L. Poli, N. Hammer, A. Roch, M. Crimp, and X. Chatziatavrou, "3D Printed Bioactive and Antibacterial Silicate Glass-Ceramic Scaffold by Fused Filament Fabrication", Mat. Sci. and Eng. C, 118, (2021) 111516 doi.org/10.1016/j.msec.2020.111516.

M.A. Crimp Vitae p.9

**EXHIBIT 4**

6. S. Han and M. A. Crimp, ECCI Analysis of Shear Accommodation at Grain Boundaries in Commercially Pure Titanium, *Int. J. Plasticity*, 131 (2020) 102731 doi.org/10.1016/j.ijplas.2020.102731.

7. R.D. Kerns, S. Balachandran, A.H. Hunter, and M.A. Crimp, "Ultra-high Spatial Resolution Selected Area Electron Channeling Patterns", *Ultramicroscopy*, 210 (2020) 112915 doi.org/10.1016/j.ultramic.2019.112915

8. T.J. Ruggles, Y.S.J. Yoo, B.E. Dunlap, M.A. Crimp, and J. Kacher, "Correlating Results from High Resolution EBSD with TEM- and ECCI-based Dislocation Microscopy: Approaching Single Dislocation Sensitivity Via Noise Reduction", *Ultramicroscopy*, 210 (2020) 112927 doi.org/10.1016/j.ultramic.2019.112927

9. A. Marsh, N. Mellott, N. Pajares Chamorro, M. Crimp, A. Wren, N. Hammer, and X. Chatzistavrou, "Fabrication and Multiscale Characterization of 3D Silver Containing Bioactive Glass-Ceramic Scaffolds", *Bioactive Materials*, 4 (2019) pp. 215-233.

10. H. Mansour, M.A. Crimp, N. Gey, X. Iltis, and N. Maloufi, "Dislocation Analysis of a Complex Sub-Grain Boundary in $UO_2$ Ceramic using Accurate Electron Channeling Contrast Imaging in a Scanning Electron Microscope", *Ceramics International*, 45 (15) (2019) pp. 18666-18671. doi.org/10.1016/j.ceramint.2019.06.091

11. S. Han, P. Eisenlohr, and M.A. Crimp, "ECCI Based Characterization of Dislocation Shear in Polycrystalline Arrays during Heterogeneous Deformation on Commercially Pure Titanium", *Materials Characterization*, 142 (2018) pp. 504-514. doi.org/10.1016/j.matchar.2018.06.003

12. X. Wang, X. Wang, M. Liu, M.A. Crimp, Y. Wang, and Z. Qu, "Anisotropic Thermal Expansion Coefficient of Multilayer Graphene Reinforced Copper Matrix Composites", *J. Alloys and Compounds*, 755 (2018) pp. 114-122. doi.org/10/1016/j.allcom.2018.04.325

13. C. Zhang, S. Balachandran, P. Eisenlohr, M.A. Crimp, C. Boehlert, R. Xu, and T.R. Bieler, "Comparison of Dislocation Content Measured with Transmission Electron Microscopy and Micro-Laue Diffraction Based Streak Analysis", *Scripta Mat.*, 144 (2018) pp. 74-77.

14. B.E. Dunlap, T.J. Ruggles, D.T. Fullwood, B. Jackson, and M.A. Crimp, "Comparison of Dislocation Characterization by Electron Channeling Contrast Imaging and Cross-Correlation Electron Backscattered Diffraction", *Ultramicroscopy*, 184 (2018) pp. 125-133. doi.org/10.1016/j.ultramic.2017.08.017

15. R.W. Hayes, F. Azzarto, E.A. Klopfer, and M.A. Crimp, "Characterization of Creep Deformation of Ni-Cr Solid Solution Alloy Nimonic 75", *Mat. Sci. and Eng. A*, 690 (2017) pp. 453-462.

16. Y. Su, C. Zambaldi, D. Mercier, P. Eisenlohr, R.T. Bieler, and M.A. Crimp, "Quantifying Deformation Processes Near Grain Boundaries in α Titanium using Nanoindentation and Crystal Plasticity Modeling", *Int. J. Plasticity,* 86 (2016) pp. 170-186. doi.org/10.1016/j.ijplas.2016.08.007

17. H. Mansour, M.A. Crimp, N Gey, and N. Maloufi, "Accurate Electron Channeling Contrast Analysis of a Low Angle Sub-Grain Boundary", *Scripta Mat.*, 109 (2015) pp. 76-79. doi.org/10.1016/j.scriptamat.2015.07.023

18. H. Li, C. Boehlert, T. Bieler, and M. Crimp, "Examination of the Distribution of the Tensile Deformation Systems in Tension and Tension-Creep in Ti-6Al-4V(wt%) at 296K and 728K", *Phil. Mag.*, 95 (2015) pp. 691-719. doi.org/10.1080/14786435.2014.1001459

19. C. Zhang, H. Li, P. Eisenlohr, W. Liu, C.J. Boehlert, M.A. Crimp, and T.R. Bieler, "Effect of Realistic 3D Microstructure in Crystal Plasticity Finite Element Analysis of Polycrystalline Ti-5Al-2.5Sn", *Int. J. Plasticity*, 69 (2015) pp. 21-35. doi.org/10.1016/j.ijplas.2015.01.003

20. I.G. Dastidar, A.L. Pilchak, T.R. Bieler, V. Khademi, M.A. Crimp, and C.J. Boehlert, "The Tensile and Tensile-Creep Deformation Behavior of Ti-8Al-1Mo-1V(wt.%)", *Mat. Sci. & Eng. A*, 636 (2015) pp. 289-300.

M.A. Crimp Vitae p.10

**EXHIBIT 4**

21. Y. Lan, F. Lin, Y. Li, Y. Dias, H. Wang, Y. Liu, Z. Yang, H. Zhou, Y. Lu, J. Bao, Z. Ren, M. A. Crimp, "Gallium Nitride Porous Microtubules Self-Assembled from Wurtzite Nanorods", *J. Crystal Growth* 415 (2015) 139-145.

22. J. Guyon, H. Mansour, N. Gey, M.A. Crimp, S. Chalal, and N. Maloufi, "Sub-Micron Resolution Selected Area Electron Channeling Patterns", *Ultramicroscopy*. 149 (2015) pp. 34-44. doi.org/10.1016/j.ultramic.2014.11.004

23. H. Li, C.J. Boehlert, T.R. Bieler, and M.A. Crimp, "Analysis of the Deformation Behavior in Tension and Tension-Creep of Ti-3Al-2V(wt.%) at 298K and 728K Using *In-Situ* SEM Experiments", *Met. and Mat. Trans. A*, Vol. 45A (2014) pp. 6053-6066.

24. T.R. Bieler, P. Eisenlohr, C. Zhang, H. Phukan, and M.A. Crimp, "Grain Boundaries and Interfaces in Slip Transfer", *Current Opinions in Solid State & Materials Science,* 18 4 (2014) pp. 212-226.

25. H. Mansour, J. Guyon, M.A. Crimp, N. Gey, B. Beausir, and N Maloufi, "Accurate Electron Channeling Contrast Analysis of Dislocations in Fine Grained Bulk Materials", *Scripta Mat.*, 84-85 (2014) pp. 11-14.  doi.org/10.1016/j.scriptamat.2014.03.001

26. T.R. Bieler, S.C. Sutton, B.E. Dunlap, Z.A. Keith, P. Eisenlohr, M.A. Crimp, and B.L. Boyce, "Grain Boundary Responses to Heterogeneous Deformation in Tantalum Polycrystals", *JOM,* 66 (2014) pp. 121-128.

27. H. Li, D.E. Mason, T.R. Bieler, C.J. Boehlert, and M.A. Crimp, "Methodology for Estimating the Critical Resolved Shear Stress Ratios of α-Phase Ti Using EBSD Based Trace Analysis", *Acta Mat.*, 61 (2013) pp. 7555-7567.

28. H. Li, D.E. Mason, Y. Yang, T.R. Bieler, M.A. Crimp, and C.J. Boehlert. "Comparison of the Deformation Behavior of Commercially Pure Titanium and Ti-5Al-2.5Sn(wt%) at 293 and 728K", *Phil. Mag.,* 93 21 (2013) pp. 2875-2895.

29. Y. Lan, H. Wang, F. Lin, Y. Lu, Y. Li, Y. Liu, J. Bao, Z. Ren, and M.A. Crimp, "Nanoporous Gallium Nitride Square Microtubes", *J. Mat. Sci.*, 48 (2013) pp. 7703-7707.

30. H. Li, C. Boehlert, T. Bieler, and M. Crimp, "Analysis of Slip Activity and Heterogeneous Deformation in Tension and Tension-Creep of Ti-5Al-2.5Sn (wt%) Using *In-situ* SEM Experiments", *Phil. Mag,* 92 23 (2012) pp. 2923-2946.

31. J. Seal, M. Crimp, T. Bieler, and C. Boehlert, "Analysis of Slip Transfer and Deformation Behavior Across the α/β Interface in Ti-5Al-2.5Sn(wt.%) with an Equiaxed Microstructure", *Mat. Sci. and Eng. A*, 552 (2012) pp. 61-68.

32. H. Wang, Y. Lan, M.A. Crimp, C.L. Lin, N. Shukla, T. Zeng, D. Wang, K. Li, Z. Ren, and G. Chen, "Paramagnetic Microspheres with Core-Shell-ed Structures", *J. Mat. Sci.*, 47 16 (2012) pp. 5946-5954.

33. H. Wang, Y. Lan, J. Zhang, M. A. Crimp, and Z. Ren, "Growth Mechanism and Elemental Micro-Distribution of β-Ga$_2$O$_3$ Crystalline Nanowires Synthesized by Cobalt-Assisted Chemical Vapor Deposition", *J. Nanosci. and Nanotech.* 12 (2012) pp. 1-7.

34. Y. Yang, R. Tomlinson, E. Patterson, and M.A. Crimp, "Quantitative Measurement of Plastic Strain Field at a Fatigue Crack Tip", *Proc. Roy. Soc. A.*, 468 2144 (2012) pp. 2399-2415.

35. Y. Yang, L. Wang, C. Zambaldi, P. Eisenlhor, R. Barabash, W.Liu, M.R. Stoudt, M.A. Crimp, and T.R. Bieler, "Characterization and Modeling of Heterogeneous Deformation in Commercial Purity Titanium", *JOM*, 63 (9) (2011) pp. 66-73.

36. G. Ye, M.A. Crimp, and J. Nogami, "Phase Transformation in Self-Assembled Gd Silicide Nanostructures on Si(001)", *J. Mat. Res.*, 26 (2011) pp. 2276-2281.

37. Y. Yang, L. Wang, T. R. Bieler, P. Eisenlohr, M. A. Crimp, "Quantitative AFM Characterization and Crystal Plasticity Finite Element Modeling of Heterogeneous Deformation in Commercial Purity Titanium", *Met. and Mat. Trans.*, 42 (2011) pp. 636-644.

M.A. Crimp Vitae p.11

EXHIBIT 4

38. L. Wang, R. Barabash, Y. Yang, T. Bieler, M. Crimp, P. Eisenlohr, W. Liu, and G. Ice, "Experimental Characterization and Crystal Plasticity Modeling of Heterogeneous Deformation in Polycrystalline α-Ti", *Met. and Mat. Trans*, 42 (2011) pp. 626-635.

39. A. Sharma, N. Theodoropoulou, R. Loloee, W.P. Pratt, Jr., J. Bass, J.M. Zhang, M.A. Crimp, D.A. Cullen, D.J. Smith, K. Liu, S. Wang, and K. Xia, "Conduction Electron Scattering and Spin-Flipping at Sputtered Al/Cu Interfaces", *J. Appl. Phys*., 109 (2011) 053903 (9-pages).

40. D. Galusek, R. Klement, J. Sedláček, M. Balog, C. Fasel, J. Zhang, M.A. Crimp, and R. Riedel, "Al$_2$O$_3$–SiC Composites Prepared by Infiltration of Pre-Sintered Alumina with a Poly(allyl)carbosilane", J. Europ. Ceram. Soc., 31 1-2 (2011), pp. 11-119. doi.org/10.1016/j.jeurceramsoc.2010.09.013

41. B. Jacobs, K. McElroy, R. Al-Duhaileb, M.A. Crimp, V. Ayres, R. Stallcup, A. Hartman, and M. A. Tupta, "Cross-Section High Resolution Transmission Electron Microscopy and Nanoprobe Investigations of Gallium Nitride Nanowires", *Int. J. NanoManufact*, 6 1-4 (2010) pp. 264-278.

42. L. Wang, P. Eisenlohr, Y. Yang, T.R. Bieler, and M.A. Crimp, "Nucleation of Paired Twins at Grain Boundaries in Titanium", *Scripta Mat*. 49 2 (2010) pp. 149-154.

43. M. Balog, J. Kováč, A. Šatka, D. Haško, J. Zhang, M.A. Crimp O. Vávra, and I. Vávra, "Electrically Conductive Grain Boundaries of SiC-based Composites SiC Based Cermets with Electrically Conductive Grain Boundaries", *Materials Characterization*, 61 (2010) 420-426.

44. L. Wang, Y. Yang, P. Eisenlohr, T.R. Bieler, M.A. Crimp, and D.E. Mason, "Twin Nucleation by Slip Transfer across Grain Boundaries in CP Titanium", *Metal. and Mater. Trans*., 41 (2010) pp. 421-430.

45. M. Balog, V. Vretenár, I. Vávra, J. Zhang, M.A. Crimp, L. Kubicár, M. Tatarko, Z. Lenčéš, "Thermo-Physical Properties of SiC -(Nb,Ti)$_{ss}$ - (Nb,Ti)C$_{ss}$ Cermets", *Int. J. Thermophysics*, 30 (2009) pp. 1918-1930.

46. T.R. Bieler, M.A. Crimp, Y. Yang, L. Wang, P. Eisenlohr, D.E. Mason, W. Liu and G.E. Ice, "Strain Heterogeneity and Damage Nucleation at Grain Boundaries During Monotonic Deformation in Commercial Purity Titanium", *JOM*, 12 (2009) pp. 45-52.

47. A. Vedre, D.R. Pathak, M. Crimp, C. Lum, M. Koochesfahani, C. J. Martin, and G.S. Abela, "Physical Triggers of Cholesterol Crystallization that can Cause Plaque Rupture and Thrombosis", *Atherosclerosis*, 203 (2009) pp. 89-96.

48. T.R. Bieler, P. Eisenlohr, F. Roters, D. Kumar, D.E. Mason, M.A. Crimp, and D. Raabe, "The Role of Heterogeneous Deformation on Damage Nucleation at Grain Boundaries in Single Phase Metals", *Int. J. Plasticity*, 25 (9) (2009) pp. 1655-1683.

49. G. Ye, M.A. Crimp, and J. Nogami, "Self-Assembled Gd Silicide Nanostructures Grown on Si(001)", *J. Appl. Phys,* 105 (2009) p.104304 (9 pages).

50. B.W. Jacobs, M.A. Crimp, K. McElroy, and V.M. Ayres, "Nanopipes in Gallium Nitride Nanowires and Rods", *Nano Letters*, 8 12 (2008) 4354-4358.

51. B.W. Jacobs, V.M. Ayres, M.A. Crimp, and K. McElroy, "Internal Structure of Multiphase Zinc-Blende Wurtzite Gallium Nitride Nanowires", *Nanotechnology*, 19 (2008) 405706.

52. A. Sharma, N. Theodoropoulou, T. Haillard, R. Acharyya, R. Loloee, W. P. Pratt. Jr. and J. Bass, J. Zhang, and M. A. Crimp, "Current-perpendicular-to-plane (CPP) magnetoresistance of Ferromagnetic (F)/Al interfaces (F = Py, Co, Fe and Co$_{91}$Fe$_9$) and structural studies of Co/Al and Py/Al", *Phys. Rev. B*, 77 (2008) p224438.

53. D. Kumar, T.R. Bieler, P. Eisenlohr, D.E. Mason, M.A. Crimp, F. Roters, and D. Rabbe, "On Predicting Nucleation of Microcracks Due to Slip-Twin Interactions at Grain Boundaries in Near γ-TiAl", *J. Eng. Mat. Tech*., 130 (2008) 021012 (1-12).

54. J. Zhang, M.A. Crimp, Y. Cui, and J. Nogami, "Self-assembled Tm Silicide Nanostructures on Si(001) Studied by Scanning Tunneling Microscopy and Transmission Electron Microscopy", *J. Appl. Phys*., 103 (2008) 064308 (1-5).

M.A. Crimp Vitae p.12

**EXHIBIT 4**

55. N. Theodoropoulou, A. Sharma, T. Haillard, R. Loloee, W.P. Pratt, Jr., J. Bass, J. Zhang, and M.A. Crimp, "Specific Resistance, Scattering Asymmetry, and some Thermal Instability, of Co/Al, Fe/Al, and C0$_{91}$Fe$_9$/Al Interfaces", *IEEE Transactions on Magnetics*, 43 6 (2007) pp. 2860-2862.

56. B.W. Jacobs, V.M. Ayres, R.E. Stallcup, A. Hartman, M.A. Tupta, A.D. Baczewski, M.A. Crimp, J.B. Halpern, M. He, and H.C. Shaw, "Electron Transport in Zinc-Blende Wurtzite Biphasic Gallium Nitride Nanowires and GaN FETs", *Nanotechnology*, 18 (2007) pp. 475710-475715.

57. K.M. Speer, P.G. Neuceck, M.A. Crimp, C. Burda, and P. Pirouz, "Possible Formation Mechanisms for Surface Defects Observed in Hetroepitaxially Grown 3C-SiC", *Phys. Stat. Sol. A*, 204 7 (2007) pp. 2216-2221.

58. B.W. Jacobs, V.M. Ayres, M.P. Petkov, J.B. Halpern, M-Q. He, A. Baczewski, K. McElroy, M.A. Crimp, J. Zhang, and H.C. Shaw, "Electronic and Structural Characteristics of Zinc-Blende Wurtzite Biphasic Homostructure GaN Nanowires", *Nano Letters*, 7 5 (2007) pp. 1435-1437.

59. B.A. Simkin, B.C. Ng, M.A. Crimp, and T.R. Bieler, "Crack Opening Due to Deformation Twin Shear at Grain Boundaries in Near-γ TiAl", *Intermetallics*, 15 (2007) pp. 55-60.

60. G. Ye, M.A. Crimp, and J. Nogami, "Crystallographic Study of Self-Assembled Dysprosium Silicide Nanostructures on Si(001)", *Phys. Rev. B*, 74 (2006) p. 033104.

61. A. Fallahi, D.E. Mason, D. Kumar, T.R. Bieler, and M.A. Crimp, "The Effect of Grain Boundary Normal on Predicting Microcrack Nucleation Using Fracture Initiation Parameters in Duplex TiAl", *Mat. Sci. & Eng. A*, 432 (2006) pp. 281-291.

62. V.M. Ayres, B.W. Jacobs, M.E. Englund, E.H. Carey, M.A. Crimp, R.M. Ronningen, A.F. Zeller, J.B. Halpern, M.-Q. He, G.L. Harris, D. Liu, H.C. Shaw, and M.P. Petkov, "Investigation of Heavy Ion Irradiation of Gallium Nitride Nanowires and Nanocircuits", *Diamond and Relat. Mater.*, 15 (2006) pp. 1117-1123.

63. A.U. Telang, T.R. Bieler, and M.A. Crimp, "Grain Boundary Sliding on 7, 14, 22° Special Boundaries During Thermomechanical Cycling in Dual-Shear Lap Lead-Free Solder Joint Specimens", *Mat. Sci. & Eng. A*, 421 (2006) pp. 22-34.

64. M.A. Crimp, "Scanning Electron Microscopy Imaging of Dislocations in Bulk Materials, Using Electron Channeling Contrast", *Microscopy Research and Technique*, 69 (2006) pp. 374-381. doi.org/10.1002/jemt.20293

65. Y.C. Lan, M.A. Crimp, and J.M. Zhang, "Anisotropic Vapor Phase Growth of Ga$_2$O$_3$ Crystalline Nanobelts", *J. Crystal Growth*, 290 (2006) pp. 585-591.

66. G. Ye, J. Nogami, and M.A. Crimp, "Dysprosium Disilicide Nanostructures on Silicon (001) Studied by Scanning Tunneling Microscopy and Transmission Electron Microscopy", *Thin Solid Films*, 497 (2006) pp. 48-52.

67. T.R. Bieler, A. Fallahi, B.C. Ng, D. Kumar, M.A. Crimp, A. Zamiri, F. Pourboghrat, and D. Mason, "Fracture Initiation/Propagation Parameters for Duplex TiAl Grain Boundaries Based on Twinning, Slip, Crystal Orientation, and Boundary Misorientation", *Intermetallics*, 13 9 (2005) pp. 979-984.

68. Y.C. Lan, X.L. Chen, M.A. Crimp, Y.G. Cao, Y.P. Xu, T. Xu, and K.Q. Lu, "Single Crystal Growth of Gallium Nitride in Supercritical Ammonia", *Phys. Stat. Sol. C*, 2 7 (2005) pp. 2066-2069.

69. A. Fallahi, D. Kumar, A. Zamiri, T.R. Bieler, M.A. Crimp, F. Pourboghrat, and D. Mason, "The Effect of Grain Boundary Misorientation, Inclination, Crystal Orientation, and Stress State on Microcrack Initiation in Duplex TiAl Grain boundaries", *TMS Letters*, 1 5 (2004) pp. 101-102.

70. M.A. Crimp, J.T. Hile, T.R. Bieler, and M.G. Glavicic, "Dislocation Density Measurements in Commercially Pure Titanium using Electron Channeling Contrast Imaging", *TMS Letters*, 1 (2004) pp. 15-16.

71. R. Loloee, S. Surazhdin, W.P. Pratt, Jr., H. Geng, and M.A. Crimp, "Magnetic Anisotropy and Structure of Epitaxial Permalloy Films Sputter Deposited on Nb(110)", *Appl. Physic Lett.*, 84 13 (2004) pp. 2364-2266.

M.A. Crimp Vitae p.13

**EXHIBIT 4**

72. B.C. Ng, B.A. Simkin, M.A. Crimp, and T.R. Bieler, "The Role of Mechanical Twinning on Microcrack Nucleation and Crack Propagation in a Near γ TiAl Alloy", *Intermetallics*, 12 12 (2004) pp. 1317-1323.

73. S.P. Song, M.A. Crimp, V.M. Ayres, C. Collard, J. Holloway, F. Terry, and M. Brake, "Formation of Hetro Silicon-Carbon Nanostructures by Growth/Etching", *J. Nanoscience and Nanotechnology*, 4 7 (2004) pp. 817-823.

74. L. Zeng, E.D. Case, and M.A. Crimp, "The Interfacial Microstructure of Joined Single Crystal and Polycrystalline Alumina", *Mat. Sci. & Eng. A.*, 360 1-2 (2003) pp. 228-236.

75. L. Zeng, E.D. Case, and M.A. Crimp, "Effects of Silica Spin-on Interlayer and Heating Mode on the Joining of Zirconia and MaCor", *Mat. Sci. & Eng. A.*, 357 1-2 (2003) pp. 67-74.

76. B.A. Simkin, M.A. Crimp, and T.R. Bieler, "A Factor to Predict Microcrack Nucleation at γ-γ Grain Boundaries", *Scripta Met. et Mat.*, 49 2 (2003) pp. 149-154.

77. T.R. Bieler, M.A. Crimp, D.E. Mason, S.L. Semiatin, B.A. Simkin, B.C. Ng, "Use of Crystallography and Electron Microscopy Techniques to Quantify Hetrogeneous Strain and Damage Nucleation Phenomena", *Advanced Measurement Methods Web Journal*, Society of Engineering Mechanics, Vol. 1 (2002).

78. B.A. Simkin, B.C. Ng, T.R. Bieler, M.A. Crimp, and D.E. Mason, "Orientation Determination and Defect Analysis in the Near-Cubic Intermetallic γ-TiAl Using SACP", *Intermetallics*, 11 3 (2003) pp. 215-223.

79. R. Loloee and M.A. Crimp, "The Effect of Growth Temperature on the Structure and Magnetic Properties of Bi-Epitaxial Permalloy (Py) Films", *J. Appl. Physics*, 92 8 (2002) pp. 4541-4544.

80. M.A. Crimp, B.A. Simkin, and B-C. Ng, "Demonstration of the **g•b**x**u**=0 Edge Dislocation Invisibility Criteria for Electron Channelling Contrast Imaging", *Phil. Mag. Lett.*, 81 12 (2001) pp. 833-837. DOI: 10.1080/0950083011008875 5

81. E.D. Case and M.A. Crimp, "Joining of Ceramic Materials Using Spin-On Interlayers", *Advanced Engineering Materials*, 3 (2001) pp. 395-399.

82. H. Geng, J.W. Heckman, R. Loloee, W.P. Pratt, Jr., J. Bass, and M.A. Crimp, "The Effect of Indium Contamination and Nb Contact Layers on the Structure of Ag/NiFe GMR Spin Valves", *Mat. Sci. and Eng. B*, B86 (2001) pp. 245-254.

83. L. Zhang, E. Case, and M.A. Crimp, "The Interfacial Microstructure of Zirconia and MaCor Joined Using Spin on Interlayers", *Mat. Sci. and Eng. A*, A301 (2001) pp. 74-79.

84. R. Loloee, W.P. Pratt Jr., and M.A. Crimp, "Crystallographic Characterization of Epitaxial Nb-Cu-Co and Nb-Cu-Py Bilayers using Electron Backscatter Diffraction Patterns", *Phil. Mag. A*, 81 2 (2001) pp. 261-273.

85. B.A. Simkin and M.A. Crimp, "Use of ECCI to Assess Near-Surface Mechanical Damage", *Phil. Mag. Lett.*, 80 6 (2000) pp. 395-400.

86. D.L. Davidson, K.S. Chan, R. Loloee, and M.A. Crimp, "Fatigue and Fracture Toughness of a Commercially Made Nb-Ti-Cr-Al-X Single Phase Alloy at Ambient Temperature", *Met. Trans. A*, 31A (2000) pp. 1075-1084.

87. H. Geng, J.W. Heckman, W.P. Pratt, J. Bass, F.J. Espinosa, S.D. Conradson, D. Lederman, and M.A. Crimp, "Occasional "Long-Range" Nonequilibrium Body-Centered-Cubic Structures in NiFe Spin Valves", *J. Appl. Physics*, 86 No. 8 (1999) pp. 4166-4175.

88. B.A. Simkin and M.A. Crimp, "An Experimentally Convenient Configuration for Electron Channeling Contrast Imaging", *Ultramicroscopy*, 77 (1999) pp. 65-75. doi.org/10.1016/S0304-3991(99)00009-1

89. B-C. Ng, B.A. Simkin, and M.A. Crimp, "Application of the Electron Channeling Contrast Imaging Technique to the Study of Dislocations Associated with Cracks in Bulk Specimens", *Ultramicroscopy*, 75 (1998) pp. 137-145.

M.A. Crimp Vitae p.14

**EXHIBIT 4**

90. B. Ghosh and M.A. Crimp, "Study of Dislocations in NiAl Through the Use of In-Situ Straining in TEM", *Mat. Sci. and Eng.* A239-240 (1997) pp. 142-149.

91. B-C. Ng, B.A. Simkin and M.A. Crimp, "Electron Channeling Contrast Imaging of Dislocation Structures in Deformed Stoichiometric NiAl", *Mat. Sci. and Eng.* A239-240 (1997) pp. 150-156.

92. D.A. Howell, J.W. Heckman, and M.A. Crimp, "Preparation of Metal Multilayer TEM Cross-Sections by Ultramicrotomy", *J. of Elec. Microsc.*, 180, 2 (1995) pp. 182-185.

93. D. Sharrott and M. A. Crimp, "HREM Examination of Dislocation Core Structure In B2 Fe-Al Single Crystals", *Mat. Sci. and Eng.*, A192/193 (1995) pp. 83-91.

94. S. Scheff, J.J. Stout, and M.A. Crimp, "Effect of Extrusion Texture on the Compressive Behavior of B2 Fe-Al Alloys", *Scripta Met. et Mat.*, 32 7 (1995) pp. 975-980.

95. M.A. Crimp, S.C. Tonn and Y. Zhang, "Dislocation Core Structures in B2 NiAl Alloys", *Mat. Sci. and Eng.*, A170 (1993) pp. 95-102.

96. M.A. Crimp and K. Vedula, "The Relationship Between Cooling Rate and Grain Size in the Strengthening of Fe-Al Intermetallics", *Mat. Sci. and Eng.*, A165 (1993) pp. 29-34.

97. J.J. Stout and M.A. Crimp, "Abnormal Grain Growth in Textured FeAl Intermetallics", *Mat. Sci. and Eng.*, A152 (1992) pp. 335-340.

98. Y.Q. Sun, P.M. Hazzledine, M.A. Crimp, and A. Couret, "The Locking of <110> Edge Dislocations on {001} in Ll$_2$ Ordered Compounds: High-Resolution Electron-Microscopy Observation", *Phil. Mag. A*, 64 2 (1991) pp. 311-331.

99. Y.Q. Sun, M.A. Crimp, and P.M. Hazzledine "The Locking of <112>/3 Super-Shockley Partials in Ll$_2$ Ordered γ' Single Crystals Deformed at 77K", *Phil. Mag. A*, 64 1 (1991) pp. 223-244.

100. M.A. Crimp and K. Vedula, "Room Temperature Deformation of Single Crystal B2 Fe-Al Alloys: The Effect of Stoichiometry and Cooling Rate", *Phil. Mag. A*, 63 (3) (1991) pp. 559-570.

101. M.A. Crimp, "HREM Examination of [101] Screw Dislocations in Ni$_3$Al", *Phil. Mag. Let.*, 60 2 (1989) pp. 45-50.

102. M.A. Crimp, B.C. Smith and D.E. Mikkola, "Substructure Development in Shock Loaded Cu-8.7Ge and Copper: The Role of Temperature, Grain Size and Stacking Fault Energy", *Mat. Sci. & Eng.*, 96 (1987) pp. 27-40.

103. M.A. Crimp and K. Vedula, "Effect of Boron on the Tensile Properties of B2 FeAl", *Mat. Sci. & Eng.*, 78 (1986) pp. 193-200.

*Accepted for Publication*

104. M. Wang, A. Polyanskii, S. Balachandran, S. Chetri, M. A. Crimp, P. J. Lee, T. R. Bieler, "Investigation of the Effect of Structural Defects and Hydride Precipitation on Superconducting Properties of High Purity SRF Cavity Nb using Magneto-Optical Imaging and Electron Channeling Contrast Imaging", accepted for publication in *Superconductor Science and Technology*.

*Submitted for Publication*

***Other Journal Publications***
*Invited Overviews*

1. B.A. Simkin, B-C. Ng, and M.A. Crimp, "Imaging Crystalline Defects in the SEM Using Electron Channeling Contrast", *Microscopy and Analysis (UK & Europe)* 36 (1999) pp. 11-13; *(USA)* 37 (1999) pp.7-9.

2. M.A. Crimp and A.D. Rollett, "Defining the Core Materials Curriculum", *JOM*, 49, 10 (1997) p. 10.

3. M.A. Crimp, "Introduction: Imaging Crystalline Defects" (Overview of special issue), *Microscopy Research and Technique*, 69 (2006) pp. 303-304.

**EXHIBIT 4**

*Peer Reviewed Conference Proceedings – Full Publication Review*
*In Print*

1. R.E. Kerns, S. Balachandran Nair, A.H. Hunter, and M.A. Crimp, "Collection of Selected Area Electron Channeling Patterns (SACP) on an FEI Helios NanoLab Scanning Electron Microscope", *Microscopy & Microanalysis*, 23 (S1) (2017) pp. 548-549, DOI: 10.1017/S1431927617003427

2. B.E. Dunlap, T. Ruggles, D.T. Fullwood, and M.A. Crimp, "Comparison of Dislocation Characterization by Electron Channeling Contrast Imaging and Cross-Correlation Electron Backscattered Diffraction", *Microscopy & Microanalysis*, 23 (S1) (2017) pp. 546-547, DOI: 10.1017/S1431927617003415

3. S. Balachandran, Z. Radha, D. Colbry, and M.A. Crimp, "Focused Ion Beam (FIB) based Tomography of Dislocations Using Electron Channeling Contrast Imaging (ECCI)", *Microscopy & Microanalysis,* 23 (1) (2017) pp. 572-573, DOI:10.1017/S1431927617003543

4. H. Mansour, M.A. Crimp, N. Gey, and N. Maloufi, "Characterization of a Sub-Boundary Using Accurate Electron Channeling Contrast Imaging", *Microscopy & Microanalysis,* 21 (3) (2015) pp. 601-602, DOI:10.1017.s1431927615003803

5. S.C. Sutton, B.E. Dunlap, M.A. Crimp, B.L. Boyce, and T.R. Bieler, "Slip Transfer Geometry and Deformation Anisotropy", *Mechanics of Materials: Mechanics of Interfaces and Evolving Microstructure*, eds. R. Kienzler, D.L. McDowell, S. Müller, E.A. Werner, (2016) pp. 14-18, DOI: 10.4171/OWR/2016/17.

6. H. Li, C.J. Boehlert, T.R. Bieler, and M.A. Crimp, "The Distribution of The Deformation Systems in Tension in Alpha and Alpha+Beta Titanium Alloys at Temperatures Ranging Between 296K-728K", *Proceedings of the 13th World Conference on Titanium (Ti-2015)*, John Wiley & Sons, (2016) pp. 1103–1108.

7. H. Mansour, M.A. Crimp, N. Gey, N. Maloufi, "Characterization of a Sub-Grain Boundary Using Accurate Electron Channeling Contrast Imaging", *Microscopy and Microalaysis*, 21 (suppl 3), paper 0301, doi:10.1017/S1431927615003803.

8. E. Patterson, M. Crimp, R. Tomlinson, and Y. Yang, "Measuring Crack Tip Plastic Strain at the Microscale", *Proc. of 7th Int. Symp. on Adv. Sci. and Tech. in Exp. Mech*, (2012) paper D1001.

9. J.R. Seal, T.B. Britton, A.J. Wilkinson, T.R. Bieler, and M.A. Crimp, "Characterizing Slip Transfer in Commercially Pure Titanium Using High Resolution Backscatter Diffraction (HR-EBSD) and Electron Channeling Contrast Imaging (ECCI)", *Proc. Microscopy & Microanalysis 2012*, paper 67.

10. Y. Yang, M. Crimp, R.A. Tomlinson, and E.A. Patterson, "Quantitative Measurement of the Plastic Strain Filed at a Fatigue Crack Tip using Backscattered Electron Images", *Proc. Microscopy & Microanalysis 2012*, paper 229.

11. M.A. Crimp, Y. Yang, L. Wang, P. Eisenlohr, and T.R. Bieler, "Grain Boundary Strain Transfer and Anisotropic Polycrystalline Deformation in Commercial Purity Titanium", in *Proceedings of the 12th World Conference on Titanium (Ti-2011)*, vol. 2 (2012) pp. 1061-1065.

12. H. Li, C.J. Boehlert, T.R. Bieler, and M.A. Crimp, "Analysis of the Tension and Creep Behavior of Ti-5Al-2.5Sn(wt.%) Using *In-Situ* SEM Experiments", in *Proceedings of the 12th World Conference on Titanium (Ti-2011)*, vol. 2 (2012) pp. 937-941.

13. R. Alduhaileb, K. Xie, J. Myers, V. Ayres, B. Jacobs, K. McElroy, T. Bieler, M. Crimp, X. Fan, R. Ronningen, A. Zeller, T. Baumann, A. Hirata, "Responses of Carbon Onions to High Energy Heavy Ion Radiation", *MRS Proceedings*, Vol 1298, MRSF10-1298-T07-15 (2011).

14. R. Alduhaileb, V.M. Ayres, B.W. Jacobs, X. Fan, K. McElroy, M.A. Crimp, A. Hirata, and M. Horikoshi, "Carbon Onion Films-Molecular Interactions of Multi-Layer Fullerenes", *Nanotubes and Related Nanostructures-2009*, MRS Proceedings, 1204 pp. 1204-K05-70 (2010).

**EXHIBIT 4**

15. K. McElroy, V.M. Ayres, T.R., Bieler, B.W. Jacobs, M.A. Crimp, "Catalyst-Free GaN Nanowire Nucleation", *Multifunction at the Nanoscale through Nanowires*, MRS Proceedings, 1206E pp. 1206-M11-42 (2010).

16. B. W. Jacobs, K. McElroy, R. Al-Duhaileb, M. A Crimp, V. M. Ayres, "Cross-Section High Resolution Transmission Electron Microscopy Investigation of Internal Structures of Gallium Nitride", *Nanowires, 6th Int. Symp. on Nanomanufacturing*, CD-ROM Paper 1.A.1 (2008).

17. J. Zhang, M. A. Crimp, N. Theodoropoulou, A. Sharma, T. Haillard, R. Loloee, W.P. Pratt Jr., and J. Bass, "HRTEM and EELS Studies of Py/Al and Co/Al Multilayers", MRS Proceedings, 998, pp. 0998-J09-04 (2007).

18. K.M. Speer, D.J. Spry, A.J. Trunek, P.G. Neudeck, M.A. Crimp, J.T. Hile, C. Burda, and P. Pirouz, "Absence of Dislocation Motion in 3-C-SiC pn Diodes Under Forward Bias", *Proc. 2006 European Conf. on Silicon Carbide & Related Materials*, C.M. Johnson, N. Wright, and K. Vassilevski eds., *Materials Science Forum,* TransTech Pub., Zurich, Vol 556-557 pp. 223-226 (2007).

19. B.W. Jacobs, V.M. Ayres, M.A. Tupta, R.E. Stallcup, A. Hartman, J.B. Halpern, M-Q. He, M.A. Crimp, A.D. Baczewski, N.V. Tram, Q. Chen, Y. Fan, S. Kumar, L. Udpa, "Electronic Transport Characteristics of Gallium Nitride Nanowire-based Nanocircuits", *6th IEEE Conference on Nanotechnology Proceedings*, Vol. 2 pp. 496-499 (2006).

20. J. Zhang, G. Ye, M.A. Crimp, and J. Nogami, "HRTEM and EELS Studies of GdSi$_2$ Nanostructures Grown by Self-Assembly", MRS Proceedings, 901 E (2005) 0901-Ra22-39.

21. G. Ye, M.A. Crimp, and J. Nogami, "Self-Assembled GdSi$_2$ Nanostructures Grown on Si(001) Studied by TEM and STM, MRS Proceedings, 901 E pp. 0901-Ra13-05 (2005).

22. V.M. Ayres, B.W. Jacobs, S.P. Song, R.M. Ronningen, A.F. Zeller, M.A. Crimp, J.B. Halpern, M-Q He, M.P. Petkov, D. Liu, and H.C. Shaw, "Nanotube, Nanowire and Nanocircuit Behavior in Simulated Space Environments", *Photonics for Space Environments X*, edited by Edward W. Taylor, Proceedings of SPIE, Vol. 5897 (2005) Article CID No. 589702, pp. 1-14.

23. H.C. Shaw, D. Liu, B.W. Jacobs, V.M. Ayres, R.M. Ronningen, A.F. Zeller, M.A. Crimp, J. Halpern, M-Q He, G.L. Harris and M.P. Petkov, "Performance of Nanomaterials and Actively Running Nanocircuits During Heavy Ion Irradiation", *Proceedings of the12th NASA Symposium on VLSI Design*, edited by G. Donohoe, Cour d'Alene, ID, p8.2.1-10 (2005).

24. B.C. Ng, T.R. Bieler, M.A. Crimp, and D.E. Mason, "Prediction of Crack Paths Based Upon Detailed Microstructure Characterization in a Near-γ TiAl Alloy", *Materials Damage Prognosis: Materials Failure and Signature Analysis*, J.M. Larsen, J.R. Calcaterra, L. Christodoulou, M.L. Dent, W.J. Hardman, J.W. Jones, S.M. Russ, Eds., TMS Proceedings, (2005) pp. 307-314.

25. T.R. Bieler, B.C. Ng, A.U. Telang, and M.A. Crimp, "Application of OIM to Study Heterogeneous Deformation in the Vicinity of Grain Boundaries", *A Collection of OIM Applications*, S. I. Wright ed., EDAX Inc., (2005) pp. 73-78.

26. B.C. Ng, T.R. Bieler, M.A. Crimp, and D.E. Mason, "Prediction of crack paths based upon detailed microstructure characterization in a near-g TiAl alloy", *TMS MS&T 2004 Symposium on Materials Damage Prognosis* J.M Larsen, J.R. Calcaterra, L. Christodoulou, M.L. Dent, W.J. Hardman, J.W. Jones, S.M. Russ eds., TMS (The Minerals, Metals & Materials Society), (2005) pp. 307-314.

27. B.W. Jacobs, V. M. Ayres, M.A. Crimp, R. M. Ronningen, A. F. Zeller, H. C. Shaw, A. J. Kogut, J. B. Benavides, M. P. Petkov and J. B. Halpern, "Investigation of Space Radiation Resiliency of Carbon Nanotube and Gallium Nitride Nanocircuits", in *Materials for Space Applications,* M. Chipara, D. L. Edwards, R. S. Benson, S. Phillips, eds. MRS Proc. vol 851 (2005) pp. 287-292.

28. B.C. Ng, V.M. Ayres, T.R. Bieler, and D.E. Mason, "Studies of Twin Activity at Crack Tips in Near-Gamma TiAl Using Electron Channeling Contrast Imaging", *Gamma Titanium Aluminides 2003*, Y-W. Kim, H. Clemens, and A. H. Rosenberger eds., TMS Proceedings, Warrendale, PA, (2004) pp. 503-508.

29. M.A. Crimp, B.A. Simkin, B.-C. Ng, D.E. Mason, and T.R. Bieler, "Microscale Characterization of Deformation Defects in Bulk Intermetallic Alloys using Electron Channeling Contrast Imaging, *Proc*.

M.A. Crimp Vitae p.17

**EXHIBIT 4**

*THERMAC 2003'*, T. Chandra, J.M. Torralba, and T. Sakai eds., *Materials Science Forum*, TransTech Pub., Zurich, (2003) pp. 1885-1890.

30. M.A. Crimp, B.C. Ng, B.A. Simkin, and T.R. Bieler, "Microcrack Nucleation and Crack Propagation in γ TiAl", *Defect Properties and Related Phenomena in Intermetallic Alloys*, E.P. George, M.J. Mills, H. Inui, and G. Eggeler eds., MRS Proceedings, Vol. 753, (2003) pp. 143-148.

31. M.A. Crimp, "Examination of Deformation Defects in Bulk Crystals using Electron Channeling Contrast Imaging", *Electron Microscopy: Its Role in Materials Science*, J.R. Weertman, K.T. Faber, M.E. Fine, P.E. Liaw, and B. Mori eds., TMS Proceedings, Warrendale PA, (2003) pp. 3-11.

32. S. Song, M.A. Crimp, V.M. Ayres, C. Collard, J. Holloway, and M. Brake, "Hetro Silicon-Carbon Nanostructure Formation Mechanism", *Proceedings of Diamond 2002*, Granada, Spain, Elsevier Pub. (2002) p. 15.05.05.

33. B.A. Simkin, T.R. Bieler, and M.A. Crimp, "Tensile Microcrack Initiation at γ-γ Boundaries in TiAl", *Mechanisms and Mechanics of Fracture*, W.O. Soboyejo, J.J. Lewandowski and R.O. Ritchie, eds., TMS Proceedings, Warrendale, PA, (2002) pp. 309-314.

34. B.C. Ng, T.R. Bieler, and M.A. Crimp, "The Effect of Crystal Orientation on Crack Nucleation and Arrest in a Near-Gamma TiAl Alloy", *Mechanisms and Mechanics of Fracture*, W.O. Soboyejo, J.J. Lewandowski and R.O. Ritchie, eds., TMS Proceedings, Warrendale PA, (2002) pp. 303-308.

35. D.E. Mason, B.A. Simkin, M.A. Crimp, and T.R. Bieler, "Measurements and Modeling of Deformation Transfer at γ-γ Grain Boundaries in TiAl", *2nd Int. Symp. on Modeling the Performance of Engineering Structural Materials*, D.R. Lesuer and T.S. Srivatsan, eds., TMS Proceedings, Warrendale PA, (2001) pp. 149-160.

36. B.A. Simkin, M.A. Crimp, T.R. Bieler, and D.E. Mason, "The Effect of Crystal Orientation on Deformation Transfer at γ-γ Boundaries in a Near-γ TiAl Based Alloy", *3rd Int. Symp. On Structural Intermetallics*, K.J. Hemker, D.M. Dimiduk, H. Clemens, R. Darolia, H. Inui, J.M. Larsen, V.K. Sikka, M. Thomas and J.D. Whittenberger, eds., TMS publishing, Warrendale, PA, (2001) pp. 391-400.

37. J.W. Heckman, R. Loloee, H. Geng, and M.A. Crimp, "TEM Assessment of Sputter Deposited Thin Films for Magnetic Devise Applications", *Proc. Of 8th Int. Conf. On Composites Engineering (ICCE/8)*, D. Hui ed., (2001) pp. 341-342.

38. H. Geng, R. Loloee, J.W. Heckman, J. Bass, W.P. Pratt, Jr., and M.A. Crimp, "Structural Characterization of Epitaxial GMR Magnetic Multilayers and Spin Valves Grown by Sputter Deposition", *Magnetic Materials, Structures, and Processing for Information Storage*, B.J. Daniels, T.P. Nolen, M.A. Seigler, S.X. Wang, and C.B. Murry eds., MRS Proceedings vol. 614 (2001) pp. F4.7.1-6; *Polycrystalline Metal and Magnetic Thin Films – 2000*, B.M. Clemens, L. Gignac, J.M. MacLaren, and O. Thomas eds., MRS Proceedings vol. 615 (2001) pp G2.7.1-6.

39. E.D. Case, J.G. Lee, L. Zeng, and M.A. Crimp, "Joining of Dissimilar Ceramics Materials", *Joining of Advanced and Specialty Materials II*, ASM International, Materials Park, OH, (2000) pp. 10-17.

40. B.A. Simkin, T.R. Bieler, and M.A. Crimp, "The Effect of Texture on Microyielding in Near-Gamma TiAl Alloys, *ICOTOM-12: Proc. 12th Int. Conf. on Textured Materials*, Canadian Institute of Metals (1999) pp. 529-534.

41. R. Loloee, W.P. Pratt, Jr., and M.A. Crimp, "Crystallographic Characterization of Sputter Deposited Nb-Cu Thin Films Using Electron Backscatter Diffraction Patterns", *Microscopy and Microanalysis 1999*, Vol. 5, Sup. 2 (1999) pp. 256-257.

42. B-C. Ng, T.R. Bieler, and M.A. Crimp, "Imaging Dislocations in Duplex TiAl Using Electron Channeling Contrast, *Microscopy and Microanalysis 1999*, Vol. 5, Sup. 2 (1999) pp. 882-883.

43. J-G. Lee, E.D. Case, M.A. Crimp, J. Malik, and D.K. Reinhard, "Protective Coatings for Infrared Materials", *Cer. Eng. and Sci. Proc.*, Vol. 20, Amer. Cer. Soc. (1999) pp. 145 – 152.

M.A. Crimp Vitae p.18

**EXHIBIT 4**

44. B-C. Ng, B. Ghosh, and M.A. Crimp, "Electron Channeling Contrast Imaging of Dislocations Near Crack Tips in Bulk NiAl Single Crystals", *Interstitial and Substitutional Solute Effects in Intermetallics II*, I. Baker, R.D. Noebe, and E.P. George eds., TMS Proceedings, (1998) pp. 163-176.

45. R. Loloee, M.A. Crimp, W. Zhu, and W.P. Pratt Jr., "Epitaxial Growth of Nb Films and Nb/Cu Bilayers on $Al_2O_3$ Substrates by DC Magnetron Sputtering", *Mechanisms and Principles of Epitaxial Growth in Metallic Systems*, L.T. Wille, C.P. Burmester, K. Terakura, G. Comsa, and E.D. Williams eds., MRS Proceedings, Vol. 528 (1998) pp. 203-208.

46. H. Geng, W. Zhu, J.W. Heckman, R. Loloee, W.P. Pratt, J. Bass, and M.A. Crimp, "Structural Studies of Silver/Permalloy and Copper/Permalloy GMR Spin Valve Multilayers", *Mechanisms and Principles of Epitaxial Growth in Metallic Systems*, L.T. Wille, C.P. Burmester, K. Terakura, G. Comsa, and E.D. Williams eds., MRS Proceedings, Vol. 528 (1998) pp. 67-74.

47. B. Ghosh and M.A. Crimp, "TEM In-Situ Study of Dislocation Motion in B2 NiAl Single Crystals, *High Temperature Intermetallic Alloys VII,* C.C. Koch, C.T. Liu, N.S. Stoloff, and A. Wanner eds., MRS Proceedings, Vol. 460 (1997) pp.467-472.

48. B-C. Ng, B. Simkin, and M. Crimp, "Examination of Dislocation Structures Near Crack Tip Region of B2 NiAl Alloys", *High Temperature Intermetallic Alloys VII,* C.C. Koch, C.T. Liu, N.S. Stoloff, and A. Wanner eds., MRS Proceedings, Vol. 460 (1997) pp.387-392.

49. B-C. Ng, B. Simkin and MA Crimp, "Examination of Dislocations Near Crack Tips in Stoichiometric NiAl", *Deformation and Fracture of Ordered Intermetallic Materials III*, W.O. Soboyejo et al. eds., TMS Proceedings, Warrendale PA, (1996) pp. 337-348.

50. B. Ghosh and M.A. Crimp, "*In-situ* TEM Observations of Dislocation Motion in Stoichiometric NiAl Single Crystals", Deformation *and Fracture of Ordered Intermetallic Materials III*, W.O. Soboyejo et al. eds., TMS Proceedings, Warrendale PA, (1996) pp. 349-359.

51. B.A. Simkin and M.A. Crimp, "Dislocation Detection Depth Measurements in Silicon Using Electron Channeling Contrast Imaging", *Proc. of the 54th An. Meeting of the Micro. Soc. of Amer.*, G.W. Bailey et al. eds., San Francisco press, (1996) pp. 140-141.

52. D. Howell, M.A. Crimp, L. Hoines, and J. Bass, "High Resolution Transmission Electron Microscopy Study of Metallic Spin Glass/Amorphous Si Multilayers*", Structure and Properties of Multilayer Thin Films*, T.D Nguyen, B.M. Clemens, B.M. Lairson and K. Sato eds., MRS Proceedings, Vol. 382 (1995) pp. 185-190.

53. M.A. Crimp and Y. Zhang, "Characterization of Deformation Structures in B2 CoAl*", High Temperature Intermetallic Alloys VI*, J. Horton, I Baker, S. Hanada, R.D. Noebe and D.S. Schwartz eds., MRS Proceedings, Vol. 364 (1995) pp. 53-58.

54. D. Sharrott, Y. Zhang and M.A. Crimp, "Structural Studies of <100>{001} Edge Dislocation Cores in B2 Fe-Al Alloys", Processing, *Properties and Applications of Iron Aluminide Intermetallics*, J. Schneibel and M.A. Crimp eds., TMS Proceedings, Warrendale PA, (1994) pp. 241-253.

55. D.A. Howell, L. Hoines, M.A. Crimp, J. Bass, and J.W. Heckman, "TEM of Electron-Beam Induced Crystallization of an Amorphous $AuFe_{.03}$/Si Spin Glass*", Proc. of the 51th An. Meeting of the Micro. Soc. of Amer.*, G.W. Bailey and C.L. Rieder eds., San Francisco Press, (1993) pp. 1098-1099.

56. B. Wilson, C.J. Suydam M.J. Crimp and M.A. Crimp, "Processing of $FeAl/Al_2O_3$ IMCs Using Advanced Electrodeposition Methods*", High Temperature Intermetallic Alloys V*, I. Baker, R. Darolia and D.J. Whittenberger eds., MRS Proceedings, Vol. 288 (1993) pp. 891-896.

57. Y. Zhang, S.C. Tonn, and M.A. Crimp, "Deformation Structures in Oriented NiAl and CoAl Single Crystals Deformed at Elevated Temperature*", High Temperature Intermetallic Alloys V*, I. Baker, R. Darolia and D.J. Whittenberger eds., MRS Proceedings, Vol. 288 (1993) pp. 379-384.

58. Y.Q. Sun, P.M. Hazzledine, and M.A. Crimp, "Dislocations with Non-Planar Locked Structures in $Ll_2$ Ordered Alloys", *High Temperature Ordered Alloys IV*, L. Johnson, D. P. Pope and J.O. Stiegler eds., MRS Proceedings, Vol. 213 (1991) pp. 311-316.

M.A. Crimp Vitae p.19

**EXHIBIT 4**

59. M.A. Crimp and P.M. Hazzledine, "Examination of Dislocation Cores in Ni$_3$Al Using High Resolution Electron Microscopy", *High Temperature Ordered Alloys III*, C.C. Koch, C.T. Liu, N.S. Stoloff and A.I. Taub eds., MRS Proceedings, Vol. 133 (1989) pp. 131-136.

60. M.A. Crimp, K. Vedula and D.J. Gaydosh, "Room Temperature Ductility in Powder Processed FeAl", *High Temperature Ordered Alloys II*, N.S. Stoloff, C.C. Koch, C.T. Liu and O. Izumi eds., MRS Proceedings, Vol. 81 (1987) pp. 499-504.

61. D.J. Gaydosh and M.A. Crimp, "Rapidly Solidified NiAl and FeAl", *High Temperature Ordered Alloys*, C.C. Koch, C.T. Liu and N.S. Stoloff eds., MRS Proceedings, Vol. 39 (1985) pp. 429-436.

*Accepted for Publication*


### *Non-Archival/Non-Refereed Reports and Articles*

1. C. Boehlert, T.R. Bieler, M.A. Crimp, H. Li, and J. Seal, "Characterization and Modeling of Deformation Induced Damage in Titanium Alloys", DOE Mechanical Behavior and Radiation Effects Proceedings Report, (2010) pp. 23-26.

2. T.R. Bieler, B.C. Ng, A.U. Telang, and M.A. Crimp, "Application of OIM to study heterogeneous deformation in the vicinity of grain boundaries", TSL Application Notes, pp. 8.1-10 (2006).

3. H.C. Shaw, D. Liu, B.W. Jacobs, V.M. Ayres, R.M. Ronningen, A.F. Zeller, M.A. Crimp, J. Halpern, M-Q He, G.L. Harris and M.P. Petkov, "Performance of Nanomaterials and Actively Running Nanocircuits During Heavy Ion Irradiation", *Proceedings of the 12th NASA Symposium on VLSI Design*, edited by G. Donohoe, (published by NASA on CD-ROM), (2005).

4. M.A. Crimp, W.P. Pratt, Jr., and J. Bass, "Growth and Characterization of Epitaxial Thin Films for Magneto Resistance Multilayers", *2003 CFMR Annual Review*, pp. 22-26.

5. M.A Crimp, T.R. Bieler, D.E. Mason, B.A. Simkin, B-C. Ng, "Deformation transfer at Gamma-Gamma Boundaries in TiAl: Experimental Characterization and Modeling", *Proceedings of the US-Korea Workshop on Advances in Metallic Structural Materials (2003)*, (published by the AFOSR on CD-ROM).

6. M.A. Crimp, "Study of the Micromechanisms of Plasticity and Fracture in Bulk Metallic Samples using Electron Channeling Contrast Imaging", *Proceedings of the Naval Steels Principal Officers Meeting (2003)*, (published by the ONR on CD-ROM).

7. T.R. Bieler, M.A. Crimp, D.E. Mason, "Mesoscopic Measurement and Modeling of Slip Transfer Across Boundaries in Anisotropic Metallic Systems", *Proceedings of the 2003 AFOSR Contractors Meeting on Metals*, (Published by the AFOSR on CD-ROM).

8. M.A. Crimp, W.P. Pratt, Jr., and J. Bass, "Growth and Characterization of Epitaxial Thin Films for Magneto Resistance Multilayers", *2002 CFMR Annual Review*, pp. 18-20.

9. T.R. Bieler, M.A. Crimp, D.E. Mason, "Mesoscopic Measurement and Modeling of Slip Transfer Across Boundaries in Anisotropic Metallic Systems", *AFOSR Joint 2002 Contractors Meeting In Metallic Materials and Ceramic Materials,* (published by the AFOSR on CD-ROM).

10. M.A. Crimp, J. Bass, W.P. Pratt, Jr, H. Geng, R. Loloee, and J.W. Heckman, "Growth and Characterization of Giant Magnetoresistance Superlattices and Spin Valve Structures", *2001 CFMR Annual Review*, pp. 33 – 35.

11. T.R. Bieler, M.A. Crimp, D.E. Mason, "Mesoscopic Measurement and Modeling of Slip Transfer Across Boundaries in Anisotropic Metallic Systems", *AFOSR Joint 2001 Metallic & Ceramic Materials Program Review*, (published by the AFOSR on CD).

12. M.A. Crimp, W.P. Pratt, and J. Bass, "Growth and Characterization of Giant Magnetoresistance Superlattices and Spin Valve Structures, *2000 CFMR Annual Review*, pp. 55-59.

13. M.A. Crimp, "Growth and Characterization of Giant Magnetoresistance Superlattices and Spin Valve Structures", *1999 CFMR Annual Review*, pp. 54-58.


M.A. Crimp Vitae p.20

EXHIBIT 4

14. M.A. Crimp, "Electron Microscopy of Giant Magnetoresistance Multi-Layer Structures", *1998 CFMR Annual Review*, pp. 64-68.
15. M.A. Crimp, "Conventional and High Resolution Transmission Electron Microscopy of Giant Magnetoresistance Multilayers", *1997 CFMR Annual Review*, pp. 64-68.

## PATENTS

M.J. Crimp, B.A. Wilson, C.J. Suydam and M.A. Crimp, "Method of Preparing A Suspension of Particles and Related Methods", U.S. Patent #5,545,428 (8/13/96).

## CONFERENCE, SEMINAR, and WORKSHOP PRESENTATIONS

***Invited Presentations at Conferences and Professional Society Meetings*** (M.A. Crimp invited and presenting)
1. "From Atoms to Sky Scrapers: The Role of Crystallography in Deformation, Damage, and Fracture", 2019 American Chemical Society Michigan Meeting, October 26, 2019, Saginaw, MI.
2. "Shear Accommodation near Grain Boundaries in Alpha Titanium Studied by Quantitative AFM and ECCI", 2nd International Workshop on Hexagonal Metals, September 17, 2018, Oxford, UK.
3. "Comparison of Dislocation Characterization using ECCI and CC-EBSD", EBSD 2018, May 24, 2018, Ann Arbor, MI.
4. "Comparison of Dislocation Mapping Using Electron Channeling Contrast Imaging and Cross-Correlation Electron Backscattered Diffraction", Microscopy and Microanalysis 2017, August 8, 2017, St. Louis, MO.
5. "Characterization of Plasticity using Advanced Electron Microscopy, Atomic Force Microscopy, 3-D X-Ray, and Nanoindentation", International Symposium on Plasticity", January 5, 2015, Montego Bay, Jamaica.
6. "Electron Channeling Contrast Imaging of Dislocation Structures in Bulk Materials Using FEG-SEM", Plateforme Lorraine de Microscopie Tridimensionnelle, June 12, 2013, Metz, France.
7. "Comparisons between Characterized and Modeled Heterogeneous Deformation in Titanium and Titanium Alloys", Werkstoffseminar in Adelboden, March 18, 2013, Adelboden, Switzerland.
8. "Comparisons between Characterized and Modeled Heterogeneous Deformation in Titanium and Titanium Alloys", 19th International Symposium on Plasticity and Its Current Applications, January 5, 2013, Nassau, Bahamas.
9. "Direct Comparison of Heterogeneous Plasticity in Polycrystalline Arrays Deformed Experimentally and Computationally", 3rd International Symposium: Computational Mechanics of Polycrystals", June 29, 2012, Bad Honnef, Germany.
10. "Characterization and Modeling of Activated Slip Systems and Damage Processes in Polycrystalline Ti-5Al-2.5Sn", 18th International Symposium on Plasticity and Its Current Applications, January 6, 2012, San Juan, PR.
11. "Self-Assembled Growth of $DySi_2$ Nanowires and Nanostructures on Si(100), *2005 TMS Annual Meeting*, February 15, 2005, San Francisco, CA.
12. "What To Do When Something Breaks: Failure Analysis in Material Science, Mid-Michigan Chapter of the National Association of Women in Construction, November 12, 2003.
13. "Microscale Characterization of Deformation Defects in Bulk Intermetallic Alloys using Electron Channeling Contrast Imaging", THERMAC 2003', July 8, 2003, Leganes, Madrid, Spain.
14. "TEM Assessment of Sputter Deposited Thin Films for Magnetic Devise Applications", 8th Int. Conf. On Composites Engineering (ICCE/8), August 7, 2001, Santa Cruz de Tenerife, Spain.

M.A. Crimp Vitae p.21

**EXHIBIT 4**

15. "Electron Microscopy Studies of Magnetic Multilayers", October 20, 2000, Michigan Microscopy and Microanalysis Society Fall Meeting, East Lansing, MI.
16. "Electron Microscopy Studies of Strain Aging Behavior in Single Crystal NiAl", 1998 TMS Annual Meeting, February 17, 1998, San Antonio, TX
17. "Electron Diffraction Techniques in Scanning Electron Microscopy", Michigan Microscopy and Microanalysis Society Fall Meeting, October 25, 1996, Dearborn, MI.
18. "In-Situ TEM Observations of Dislocation Motion in Stoichiometric NiAl Single Crystals", 1996 TMS Fall Meeting, October 9, 1996, Cincinnati, OH.
19. "The Use of HREM as a Tool for Examining Dislocation Cores in Ll$_2$ Ordered Alloys", Detroit TMS Chapter Meeting, October 1, 1990.

***Invited Seminars and Presentations at Universities, Government Meetings, and Industrial Meetings***
(M.A. Crimp invited and presenting)
1. "Dislocation Characterization in the SEM: Electron Channeling Contrast Imaging versus Cross-Correlation Electron Backscattered Diffraction and EBSD versus SACP", EDAX Advanced Microscopy Workshop, October 27, 2017, Columbus, OH.
2. "Crystallographic Texture: Do We Need to Worry about Anisotropy in Structural Materials?" Sandia National Laboratory Structural Reliability Partnership, August 29, 2017, Albuquerque, NM.
3. "The Role of Grain Boundaries in Heterogeneous Deformation of Titanium: Comparisons of Experimentally Characterized and Modeled Behavior", June 7, 2017, Central South University, Changsha, China.
4. "Electron Channeling Techniques for Orientation Analysis and Defect Analysis in the Scanning Electron Microscope", June 7, 2017, Central South University, Changsha, China.
5. "The Role of Grain Boundaries in Heterogeneous Deformation of Titanium: Comparisons of Experimentally Characterized and Modeled Behavior", June 11, 2017, Xi'an Jiaotong University, Xi'an, China.
6. "Electron Channeling Techniques for Orientation Analysis and Defect Analysis in the Scanning Electron Microscope", June 11, 2017, Xi'an Jiaotong University, Xi'an, China.
7. "The Role of Grain Boundaries in Heterogeneous Deformation of Titanium: Comparisons of Experimentally Characterized and Modeled Behavior", June 13, 2017, Xi'an Polytechnic University, Xi'an, China.
8. "The Role of Grain Boundaries in Heterogeneous Deformation of Titanium: Comparisons of Experimentally Characterized and Modeled Behavior", June 14, 2017, Harbin Institute of Technology, Harbin, China.
9. "Electron Channeling Techniques for Orientation Analysis and Defect Analysis in the Scanning Electron Microscope", June 14, 2017, Harbin Institute of Technology, Harbin, China.
10. "Applications of Combined Focused Ion and Electron Beam Instruments", American Society for Materials West Michigan Chapter, September 15, 2016, Grand Rapids, MI.
11. "Characterization and Modeling of Deformation Induced Damage Nucleation in Titanium Alloys", 2015 Mechanical Behavior and Radiation Effects Principal Investigators' Meeting, September 16, 2015, Gaithersburg, MD.
12. "Characterization of Grain Boundary Deformation Processes in Commercial Purity Titanium using Nanoindentation and Crystal Plasticity Modeling", June 16, 2015, Université de Lorraine, Metz, France.
13. "Microscale Characterization in the SEM: Electron Channeling and Diffraction for Orientation Analysis and Defect Imaging", June 24, 2014, Arcelor Mittal, Metz, France.
14. "Microscale Characterization in the SEM: Electron Channeling and Diffraction for Orientation Analysis and Defect Imaging", June 23, 2014, Université de Lorraine, Metz, France.
15. "The Role of Grain Boundaries in Heterogeneous Deformation of Titanium and Titanium Alloys", June 10, 2014, Oxford University, Oxford, England.

M.A. Crimp Vitae p.22

**EXHIBIT 4**

16. "The Role of Grain Boundaries in Heterogeneous Deformation of Titanium and Titanium Alloys", June 9, 2014, Imperial College, London, England.
17. "Microscale Characterization in the SEM: Electron Channeling and Diffraction for Orientation Analysis and Defect Imaging", May 23, 2014, Friedrich-Alexander-Universität, Erlangen-Nürnberg, Germany.
18. "The Role of Grain Boundaries in Heterogeneous Deformation of Titanium and Titanium Alloys". March 31, 2014, Carnegie Mellon University, Pittsburgh, PA.
19. "Comparisons Between Characterized and Modeled Heterogeneous Deformation in Titanium and Titanium Alloys", July 8, 2013, Université de Lorraine, Metz, France.
20. "Comparisons Between Characterized and Modeled Heterogeneous Deformation in Titanium and Titanium Alloys", June 21, 2013, Friedrich-Alexander-Universität, Erlangen-Nürnberg, Germany.
21. "Mesoscale Anisotropic Deformation and Damage Nucleation in Polycrystalline Ti Alloys", June 21, 2012, Beyreuth University, Beyreuth, Germany.
22.  "Microscale Characterization in the SEM: Electron Channeling and Diffraction for Orientation Analysis and Defect Imaging", April 18, 2012, Universidad Politecnica de Madrid, Madrid, Spain.
23. "Mesoscale Anisotropic Deformation and Damage Nucleation in Polycrystalline Ti Alloys", April 17, 2012, Centro Nacional de Investigaciones Metalurgicas, Madrid, Spain.
24. "Analysis of Near Surface Crystal Defects in Bulk Samples Using Electron Channeling Contrast Imaging", April 3, 2012, Los Alamos National Laboratory, Los Alamos, NM.
25. "Mesoscale Anisotropic Deformation and Damage Nucleation in Polycrystalline Ti Alloys", February 24, 2012, Michigan Technological University, Houghton, MI.
26. "From Atoms to Sky Scrapers:  The Role of Crystallography in Deformation, Damage, and Fracture", February 24, 2011, Albion College, Albion, MI.
27. "Mesoscale Anisotropic Deformation and Damage Nucleation in Polycrystalline Ti Alloys", June 14, 2011, Harbin Institute if Technology, Harbin PRC.
28. "EBSD Study of Anisotropic Deformation and Damage Nucleation in Polycrystalline Ti Alloys", October 18, 2010, University of Michigan, Ann Arbor, MI.
29. "Characterization and Modeling of Deformation Induced Damage Nucleation In Titanium Alloys", September 30, 2010, Mechanical Behavior and Radiation Effects, Department of Energy Contractors Meeting, Rockville, MD.
30. "Mesoscale Anisotropic Deformation and Damage Nucleation In Polycrystalline Ti Alloys", May 3, 2010, Sandia National Laboratory, Albuquerque, NM.
31. "Microscale Characterization in the SEM:  Electron Channeling and Diffraction for Orientation Analysis and Defect Imaging", July 30, 2008, Institut Füf Metallkunde Und Metallphysik, Rheinsch-Westälische Technische Hochschule, Aachen, Aachen, Germany.
32. "Microscale Characterization in the SEM:  Electron Channeling and Diffraction for Orientation Analysis and Defect Imaging", July 18, 2008, Max-Plank-Institute Für Eisenforschung, Düsseldorf, Germany.
33. "Electron Microscopy Characterization of Nanoscale Sputter Deposited Thin Films and Multilayers", June 16, 2008, Harbin Institute of Technology, Harbin, PRC.
34. "Microscale Characterization in the SEM:  Electron Channeling and Diffraction for Orientation Analysis and Defect Imaging", June 16, 2008, Harbin Institute of Technology, Harbin, PRC.
35. "Microscale Characterization in the SEM:  Electron Channeling and Diffraction for Orientation Analysis and Defect Imaging", June 12, 2008, Institute of Physics, Chinese Academy of Sciences, Beijing, PRC.
36. "Microscale Characterization in the SEM:  Electron Channeling and Diffraction for Orientation Analysis and Defect Imaging", April 11, 2008, Binghamton University, Binghamton, NY.
37. "Microscale Characterization in the SEM:  Electron Channeling and Diffraction for Orientation Analysis and Defect Imaging", April 20, 2006, Colorado School of Mines, Golden CO.
38. "Microscale Characterization in the SEM:  Electron Channeling and Diffraction for Orientation Analysis and Defect Imaging", October 4, 2005, Case Western Reserve University, Cleveland, OH.
39. "Self-Assembled Growth of Rare Earth Silicide Nanowires and Nanostructures on Si(100)", May 9, 2005, Harbin Institute of Technology, Harbin, PRC.

M.A. Crimp Vitae p.23

**EXHIBIT 4**

40. "Microscale Characterization in the SEM:  Electron Channeling and Diffraction for Orientation Analysis and Defect Imaging", May 9, 2005, Harbin Institute of Technology, Harbin, PRC.
41. "Grain Boundary Strain Optimization in Advanced Structural Alloys", MSU ChEMS Research Forum, April 7, 2005, Lansing, MI.
42. "Nanotechnology Research at Michigan State University:   A Small Overview", *Hitachi Nanotechnology and Materials Science Seminar Series*, September 22, 2004, Ann Arbor, MI.
43. "Mesoscopic Measurement and Modeling of Slip Transfer Across Boundaries in Anisotropic Metallic Systems", *AFOSR Metallic Materials Programs Review*, August 5, 2003, Broomfield, CO.
44. "Microscale Characterization in the SEM:  Electron Channeling and Diffraction for Orientation Analysis and Defect Imaging, May 8, 2003, Kyoto University, Kyoto, Japan.
45. "Study of the Micromechanisms of Plasticity and Fracture in Bulk Metallic Samples using Electron Channeling Contrast Imaging", April 11, 2003, *ONR Naval Steel Workshop*, St. Michaels, MD.
46. "Deformation transfer at Gamma-Gamma Boundaries in TiAl: Experimental Characterization and Modeling", *AFOSR US-Korea Workshop on Advances in Metallic Structural Materials*, January 21, 2003, Maui, HA.
47. "Advanced SEM Techniques for Materials Development", December 2, 2002, Metal Casting Technology, Inc., Milford, NH.
48. "Mesoscopic Measurement and Modeling of Slip Transfer Across Boundaries in Anisotropic Metallic Systems", *AFOSR Joint Metallic & Ceramic Materials Programs Review*, August 14, 2002, Bar Harbor, ME.
49. "Microscale Characterization in the SEM:  Electron Channeling and Diffraction for Orientation Analysis and Defect Imaging", April 8, 2002, Los Alamos National Laboratory, Los Alamos, NM.
50. "Microscale Characterization in the SEM:  Electron Channeling and Diffraction for Orientation Analysis and Defect Imaging", March 27, 2002, Virginia Polytechnic and State University, Blacksburg, VA.
51. "Microscale Characterization in the SEM:  Electron Channeling and Diffraction for Orientation Analysis and Defect Imaging", February 11, 2002, University of Wisconsin – Madison, Madison, WI.
52. "Microscale Characterization in the SEM:  Electron Channeling and Diffraction for Orientation Analysis and Defect Imaging", January 30, 2002, Air Force Research Laboratory, Wright-Patterson AFB, Dayton, OH.
53. "Mesoscopic Measurement and Modeling of Slip Transfer Across Boundaries in Anisotropic Metallic Systems", *AFOSR Joint Metallic & Ceramic Materials Programs Review*, August 20, 2001, Snowbird, UT.
54. "Mesoscopic Measurement and Modeling of Slip Transfer Across Boundaries: Towards Designing Optimal Microstructures", October 19, 2000, GM Technical Center, Warren, MI.
55. "Structure of Epitaxial Cu/Co Multilayers", September 16, 2000, *6th Workshop In Magnetic Multilayers*, Michigan State University, East Lansing, MI.
56. "Electron Diffraction Studies Using Scanning Electron Microscopy", September 21, 1998, Pennsylvania State University, University Park, PA.
57. "TEM Characterization of Layered Magnetic Multilayers", November 8, 1997, *3rd Workshop In Magnetic Multilayers, Michigan State University*, East Lansing, MI.
58. "Transmission Electron Microscopy Studies of Multilayer Structures", July 10, 1995, *CFMR/MRSEC Symposium on Multilayer Structures*, Michigan State University, East Lansing, MI.
59. "HREM Studies of Dislocation Structures in Deformed Ordered Alloys", April 8, 1994, Virginia Polytechnic Institute and State University, Blacksburg, VA.
60. "HREM Studies of Dislocation Structures in Deformed Ordered Alloys", February 7, 1994, Case Western Reserve University, Cleveland OH.
61. "Experimental Observations of Dislocation Cores in Ordered Alloys", June 14, 1993, Department of Materials, Imperial College, London, England.

M.A. Crimp Vitae p.24

**EXHIBIT 4**

62. "Experimental Observations of Dislocation Cores in Ordered Alloys", June 3, 1993, Institute of Structural Metallurgy, University of Neuchatel, Neuchatel, Switzerland.
63. "Experimental Observations of Dislocation Cores in Ordered Alloys", June 1, 1993, Laboratoire d'Etude des Microstructures, CNRS-ONERA, Chatillon Cedex, France.
64. "Dislocation Core Structures in B2 Alloys", Office of Naval Research Ordered Intermetallics Conference, October 15, 1992, Annapolis MD.
65. "Examination of Dislocation Core Structures in B2 Intermetallic Alloys", 1991 ONR Ordered Intermetallics Meeting, June 24, 1991, Annapolis MD.
66. "High Resolution Electron Microscopy of Intermetallic Alloys", Michigan State University, Department of Physics, January 28, 1991.
67. "Dislocation Core Structures in Ll$_2$ Alloys", ONR Ordered Intermetallics Meeting, May 17, 1990, Arlington VA.

### Contributed Presentations at Conferences and Professional Society Meetings
*(Underlined indicates presenter)*

1. H. Phukan, T. Bieler, C. Zhang, R. Xu, P. Eisenlohr, M. Crimp, C. Boehlert, "Estimation of misfit dislocation density in hexagonal titanium using microbeam x-ray diffraction and the frank bilby equation", 149th TMS Annual Meeting & Exhibition, San Diego, CA, USA, February 23–27 (2020).
2. S. Han, C. J. Boehlert, T. R. Bieler, P. Eisenlohr, and M. A. Crimp, "Characterization & Modeling of Deformation Induced Damage in Hexagonal Metals", DOE Mechanical Behavior and Radiation Effects Principal Investigators' Meeting, Gaitherburg, MD Aug 13th -Aug 15th 2019 (poster presentation).
3. T. Bieler, H. Phukan, Y. Su, C. Edge, S. Haouala, M. Crimp, P. Eisenlohr, C. Boehlert, J. Seguardo, J. Molina, J. LLorca, M. Peña-Ortega, R. Alizadeh, "Comparison between Experiments and Modeling for Slip Transfer Across Grain Boundaries", MS&T 2019 Sept 30-Oct 3, Portland, OR.
4. S. Han and M.A. Crimp, "ECCI Analysis of dislocations transferring across grain boundaries in Commercially Pure Titanium", CHEMS Research Forum, May 9, 2019, East Lansing, MI (poster presentation).
5. S. Han, C. J. Boehlert, T. R. Bieler, P. Eisenlohr, and M. A. Crimp, "ECCI Analysis of Slip Bands/Grain Boundary Interactions in Commercially Pure Titanium", 2019 International Titanium Association Conference, Mobile, AL, Sep 22nd- Sep 25th 2019 (poster presentation).
6. A.C. Marsh, N.P. Mellott, N. Pajares-Chamorro, M. Crimp, A. Wren, N. Hammer, and X. Chatzistavrou, "Fabrication and Multiscale Structure of Silver-doped Bioactive Glass-Ceramic Scaffolds", Society for Biomaterials, Seattle, Washington State, USA, April 3-6, 2019.
7. H. Phukan, T.R. Bieler, C. Zhang, R. Xu, P. Eisenlohr, M.A. Crimp, C.J. Boehlert, "Study of Heterogeneous Deformation and Estimation of Surface Dislocation Density in Hexagonal Titanium", TMS 2019 Annual Meeting, San Antonio, TX, March 10-14, 2019.
8. Z. Zhao, A. Chakraborty, T. Bieler, J. Molina-Aldareguia, M. Crimp, P. Eisenlohr,"Study of Temperature Dependence of Plasticity in ß-tin and Titanium using Nanoindentation and Constitutive Modelling", TMS 2019 Annual Meeting, San Antonio, TX, March 10-14, 2019.
9. S. Han and M.A. Crimp, "ECCI Analysis of Dislocation Motion in 1% Strained CP Titanium", CHEMS Research Forum, May 10, 2018, East Lansing, MI (poster presentation).
10. S. Han, P. Eisenlohr, and M. Crimp, "ECCI Based Characterization of Dislocation Shear in Polycrystalline Arrays During Heterogeneous Deformation in Commercially Pure Titanium", EBSD 2018, May 23-24, 2018, Ann Arbor, MI, (poster presentation).
11. Y. Su, P. Eisenlohr, T.R. Bieler, M.A. Crimp, "Simulations of Bi-crystal Nanoindentation and Polycrystalline Uniaxial Tensile Deformation with a Grain Boundary-aware Crystal Plasticity Model", 2018 Engineering Symposium, March 29, 2018, East Lansing, MI (poster presentation).

M.A. Crimp Vitae p.25

**EXHIBIT 4**

12. C. Zhang, S. Balachandran, P. Eisenlohr, M. Crimp, C. Boehlert, R. Xu, and T. Bieler, "Characterizing Subsurface Dislocation Content Using Micro-Laue Diffraction and Frank-Bilby Streak Analysis", MS&T 2018, October 16, 2018, Columbus, OH.

13. H. Phukan, T. Bieler, C. Zhang, R. Xu, P. Eisenlohr, M. Crimp, and C. Boehlert, "Role of Slip Transfer in Heterogeneous Deformation between a Soft and a Hard Grain in Grad 1 Titanium", MS&T 2018, October 17, 2018, Columbus, OH.

14. C. Zhang, P. Eisenlohr, M. Crimp, C. Boehlert, R. Xu, and T. Bieler, "Assessment of Heterogeneous Elastic Strains in Polycrystalline Ti-5Al-2.5Sn and Modeling with Taylor Gradient Enhanced Phenomenological Crystal Plasticity Model", TMS Annual Meeting, March 15, 2018, Phoenix AZ.

15. P. Eisenlohr, T. Bieler, C. J. Boehlert, A. Chakraborty, M.A. Crimp, and C. Zhang, "Reliability of Slip Resistance Determination in Hexagonal Materials", TMS Annual Meeting, March 13, 2018, Phoenix AZ.

16. Z. Zhao, A. Chakraborty, M. Crimp, T. Bieler, and P. Eisenlohr, "Slip System Kinematic Hardening-based Simulation of Reverse Plasticity in Nanoindentation of β-Tin, TMS Annual Meeting, March 15, 2018, Phoenix AZ.

17. T. Bieler, C. Zhang, H. Phukan, P. Eisenlohr, M. Crimp, C. Boehlert, F. Dunne, T. Britton, A. Beaudoin, D. Pagan, P. Kenesei, J-S. Park, R. Xu, and W. Liu, "Differences between Measured and Simulated Elastic Strain States Using High Energy X-ray Diffraction in Titanium Using Crystal Plasticity Models", TMS Annual Meeting, March 14, 2018, Phoenix AZ.

18. H. Phukan, T. Bieler, C. Zhang, R. Xu, P. Eisenlohr, M Crimp, and C. Boehlert, "Experimental and Crystal Plasticity Based Characterization of Heterogeneous Deformation in Hexagonal Titanium", TMS Annual Meeting, March 14, 2018, Phoenix AZ.

19. Y. Su, P. Eisenlohr, T.R. Bieler, M.A. Crimp, "Plastic Deformation Near Grain Boundaries in Alpha Titanium Studied by Four-Point Bending and Nanoindentation", TMS Annual Meeting, March 14, 2018, Phoenix AZ.

20. T. Bieler, C. Zhang, H. Phukan, Y. Su, H. Li, P. Eisenlohr, M. Crimp, C. Boehlert, L. Want, R. Sutter, J. Lind, P. Kenesei, J-S. Park, R. Xu, and W. Liu, "Comparison of Parameters Required for Computational Models for Modeling Heterogeneous Deformation in Titanium Obtained with Different Approaches", TMS Annual Meeting, March 14, 2018, Phoenix AZ.

21. C. Zhang, S. Nair, H. Li, P. Eisenlohr, M. Crimp, C. Boehlert, R. Xu, and T. Bieler, "Analyzing Subsurface Dislocation Content of Ti-5Al-2.5Sn Alloy Using Micro-Laue Diffraction Based Streak Analysis and Transmission Electron Microscopy", TMS Annual Meeting, March 13, 2018, Phoenix AZ.

22. S. Han, P. Eisenlohr, and M.A. Crimp, "ECCI Based Characterization of Dislocation Shear in Polycrystalline Arrays During Heterogeneous Deformation of Commercially Pure Titanium", TMS Annual Meeting, March 15, 2018, Phoenix AZ.

23. C. Zhang, S. Han V. Khademi, H. Li, T.R. Bieler, M.A. Crimp, P. Eisenlohr, and C.J. Boehlert, "Characterization and Modeling of Deformation Induced Damage Nucleation in Titanium Alloys", Department of Energy-Basic Energy Sciences Structural Materials and Radiation Effects Program Review", September 20, 2017, Gaithersburg, MD.

24. B.E. Dunlap, T.J. Ruggles, D.T. Fullwood, and M.A. Crimp, "Comparison of Dislocation Mapping using Electron Channeling Contrast Imaging and Cross-Correlation Electron Backscattered Diffraction", Department of Energy-Basic Energy Sciences Structural Materials and Radiation Effects Program Review", September 20, 2017, Gaithersburg, MD. (poster presentation).

25. R.D. Kerns, S. Balachandran, A. Hunter, and M.A. Crimp, "Collection of Selected Area Electron Channeling Patterns (SACP) on an FEI Helios NanoLab Scanning Electron Microscope", Microscopy and Microanalysis 2017, August 8, 2017, St. Louis, MO.

M.A. Crimp Vitae p.26

**EXHIBIT 4**

26. S. Balachandran, Z. Radha, C. Zhang, and M.A. Crimp, "Focused Ion Beam (FEB) Based Tomography of Dislocations Using Electron Channeling Contrast Imaging (ECCI)", Microscopy and Microanalysis 2017, August 7, 2017, St. Louis, MO. (poster presentation).

27. B. Dunlap and M.A. Crimp, "Analysis of Dislocations Generated from Nanoindentation in Single and Bi-crystal Ta", Materials Science & Technology 2017, October 12, 2017, Pittsburgh, PA.

28. S. Han and M.A. Crimp, "ECCI Analysis of Dislocation Slip Transferring Across Grain Boundaries in Commercially Pure Titanium", Materials Science & Technology 2017, October 12, 2017, Pittsburgh, PA.

29. Y. Su, P. Eisenlohr, T. Bieler, and M.A. Crimp, "Application of a Grain Boundary-aware Crystal Plasticity Model to Bi-crystal Nanoindentation and Polycrystalline Uniaxial Tensile Deformation", Materials Science & Technology 2017, October 10, 2017, Pittsburgh, PA. (poster presentation)

30. S. Balachandran, Z. Radha, D. Colbry, C. Zhang, and M.A. Crimp, "Tomography of Dislocations Using Electron Channeling Contrast Imaging and Focused Ion Beam Milling", Materials Science & Technology 2017, October 10, 2017, Pittsburgh, PA.

31. S. Balachandran, J. Seal, J. Liu, Y. Qi, and M.A. Crimp, "Characterization of Dislocation Pile-ups at Special Angle Tilt Boundaries in Pure Nickel by Electron Channeling Contrast Imaging (ECCI) and Molecular Dynamics Simulations", TMS Annual Meeting, March 1, 2017, San Diego, CA.

32. B. Dunlap, D. Fullwood, T. Ruggles, B. Jackson, and M.A. Crimp, "Comparison of Dislocation Characterization in Tantalum using Electron Channeling Contrast Imaging and Cross-Correlation Electron Backscattered Diffraction", TMS Annual Meeting, March 1, 2017, San Diego, CA.

33. Y. Su, P. Eisenlohr, T. Bieler, and M.A. Crimp, "Influence of Dislocation Density on Plastic Deformation near Grain Boundaries in Alpha-Titanium Studied by Nanoindentations and Modeling", TMS Annual Meeting, February 28, 2017, San Diego, CA.

34. T.R. Bieler, C. Zhang, H. Phukan, Q. Zhou, P. Eisenlohr, M. Crimp, C. Boehlert, L. Wang, P. Kenesei, J-S. Park, R. Xu, and W. Liu, "Comparison of Measured and Simulated Elastic Strain States in Crystal Plasticity Simulation of Experimentally Deformed and Characterized Microstructural Patches", TMS Annual Meeting, February 27, 2017, San Diego, CA.

35. T.R. Bieler, A. Chakraborty, C. Zhang, S. Balachandran, H. Phukan, L. Wang, Z. Zheng, P. Kenesei, J.-S. Park, P. Eisenlohr, M.A. Crimp, C.J. Boehlert, "Comparison of Measurement Strategies of Critical Resolved Shear Stresses for Hexagonal Materials", International Symposium on Plasticity, January 5, 2017, Puerto Vallarta, Mexico.

36. T.R. Bieler, C. Zhang, P. Kenesei, H.K. Phukan, Q. Zhou, P. Eisenlohr, M.A. Crimp, C.J. Boehlert, Jun-Sang Park, R. Xu and W. Liu, "Modeling of Heterogeneous Deformation in Experimentally Characterized Microstructures", MRS Fall Meeting, November 29, 2016, Boston, MA.

37. T. Bieler, H. Phukan, C. Zhang, M. Crimp, P. Eisenlohr, C. Boehlert, L. Wang, J. Lind, R. Suter, P. Kenesei, J.-S. Park, R. Xu, W. Liu, and W. Liu, "Simulating Heterogeneous Deformation in Experimentally Characterized Microstructures in Commercial Purity Ti and a Ti Alloy", Materials Science & Technology 2016, October 27, 2016, Salt Lake City, UT.

38. H. Li, I. Dastidar, V. Khademi, P. Eisenlohr, D. Mason, T. Bieler, M. Crimp, and Carl Boehlert, "Determination of Critical Resolved Shear Stress Ratios for Hexagonal Deformation Systems from Surface Slip Trace Analysis", October 27, 2016, Salt Lake City, UT.

39. Z. Zhao, A. Chakraborty, M. Crimp, T. Bieler, and P. Eisenlohr, "Study of Beta Tin Plasticity by Instrumented-indentation Testing", Materials Science & Technology 2016, October 26, 2016, Salt Lake City, UT.

40. Y. Su, C. Zambaldi, D. Mercier, P. Eisenlohr, T.R Bieler, and M.A. Crimp, "Grain Boundary Resistance in Alpha-Titanium Quantified by Nanoindentation and Boundary-Aware Crystal Plasticity Modeling", September 20, 2016, West Lafayette, IN (poster presentation).

M.A. Crimp Vitae p.27

**EXHIBIT 4**

41. B.E. Dunlap, D.T. Fulwood, T.J. Ruggles, P. Eisenlohr, T.R. Bieler, B. Jackson, and <u>M.A. Crimp</u>, "Characterization of Dislocation Motion Across Grain Boundaries in Commercially Pure Tantalum", Dislocations 2016, September 19, 2016, West Lafayette, IN.

42. C. Zhang, P. Eisenlohr, <u>T.R. Bieler</u>, M.A. Crimp, C.J. Boehlert, and R. Xu, "Subsurface Dislocation Slip Analysis using 3D Crystal Plasticity with a Non-Local Constitutive Description", September 19, 2016, West Lafayette, IN.

43. <u>H. Phukan</u>, C. Zhang, P. Eisenlohr, T.R. Belier, C.J. Boehlert, M.A. Crimp, and R. Xu, "Crystal Plasticity Based Modeling and Experimental Analysis of Slip Transfer in Commercial Purity Titanium", September 19, 2016, West Lafayette, IN (poster presentation).

44. <u>T.R. Bieler</u>, C. Zhang, H.J. Phukan, P. Eisenlohr, M.A. Crimp, C.J. Boehlert, L. Wang, J. Lind, R.S. Suter, J.-S. Park, R. Xu, and W.J. Liu, "Deformation Simulation of Experimentally Characterized Microstructures in Titanium", CHESS Workshop: *New Industrial and Scientific Opportunities for Structural Materials: Data, Modeling, Manufacturing*, June 8, 2016, Ithaca, NY.

45. <u>P. Eisenlohr</u>, T.R. Bieler, C.J. Boehlert, M.A. Crimp, I. Dastidar, V. Khademi, H. Li, and D. Mason, "Determination of Critical Resolved Shear Stress Ratios for Hexagonal Deformation Systems from Surface Slip Trace Analysis", International Workshop on Mechanistic Behaviours of HCP Alloys, March 31, 2016, Oxford, UK.

46. Y. Su, C. Zambaldi, D. Mercier, P. Eisenlohr, T. Bieler, and <u>M.A. Crimp</u>, "Probing Grain Boundary Mechanics in Alpha-Titanium using Nanoindentation and Boundary-Sensitive Crystal Plasticity Modeling", TMS Annual Meeting, February 15, 2016, Nashville TN.

47. B. Dunlap, P. Eisenlohr, C. Zambaldi, D. Mercier, Y. Su, T. Bieler, and <u>M. Crimp</u>, "Characterization of Grain Boundary Strain Transfer in High Purity Tantalum", TMS Annual Meeting, February 15, 2016, Nashville TN (poster presentation).

48. <u>H. Phukan</u>, C. Zhang, T. Bieler, P. Eisenlohr, C. Boehlert, M. Crimp, R. Xu, and W. Liu, "3D Crystal Plasticity based Modeling of Deformation Behavior in Commercial Purity Titanium", TMS Annual Meeting, February15, 2016, Nashville TN.

49. <u>C. Zhang</u>, P. Eisenlohr, T. Bieler, M. Crimp, and Carl Boehlert, "3D Analysis of Dislocations near Grain Boundary using Nonlocal Plasticity Model", TMS Annual Meeting, February 14, 2016 Nashville TN.

50. <u>D. Mercier</u>, C. Zambaldi, P. Eisenlohr, Y. Su, M. Crimp, and T. Bieler, "Grain Boundaries and Plasticity", MTEX Workshop 2016, February 2, 2016, Chemnitz, Germany.

51. <u>T.R. Bieler</u>, M.A. Crimp, C.J. Boehlert, P. Eisenlohr, F. Pourboghrat, C. Zhang, H.J. Phukan, P. Darbandi, Q. Zhou, L. Wang, A. Beaudoin, T.-K. Lee, H. Sharma, P. Kenesei, J.-S. Park, R. Xu, W. Liu, "Combined Modeling and Experiments to Identify the Influence of Grain Neighbors on Heterogeneous Deformation", Plasticity 2016, January 3, 2016, Kona, Hawaii.

52. <u>Y. Su</u>, C. Zambaldi, D. Mercier, P. Eisenlohr, T.R. Bieler, M.A. Crimp, "Grain Boundary Resistance in Alpha-Titanium Quantified by Nanoindentation and Boundary-aware Crystal Plasticity Modeling", Materials Science & Technology 2015, October 8, 2015, Columbus, OH.

53. <u>B. E. Dunlap</u>, P. Eisenlohr, D. Mercier, C. Zambaldi, Y. Su, T. R. Bieler, M. A. Crimp, "Analysis of Ta Deformation from Nanoindentation using Cross Correlation-EBSD and ECCI", Materials Science & Technology 2015, October 8, 2015, Columbus, OH.

54. <u>C. Zhang</u>, P. Eisenlohr, T. Bieler, M. Crimp, and C. Boehlert, "Nonlocal Plasticity Model for Grain Boundary Effect in Ti-5Al-2.5Sn Alloy Using 3D Microstructure", MS&T, Materials Science & Technology 2015, October 8, 2015, Columbus, OH.

55. <u>H. Phukan</u>, C. Zhang, P. Eisenlohr, D. Mercier, T. Bieler, M. Crimp, R. Xu, and W. Liu, "3D Crystal Plasticity based Modeling of Deformation Behavior in Commercial Purity Titanium", MS&T, Materials Science & Technology 2015, October 7, 2015, Columbus, OH.

56. <u>C. Boehlert</u>, T. Bieler, M. Crimp, and H. Li, "Examination of the Distribution of the Tensile Deformation Systems in Tension and Tension-Creep of Alpha+Beta Titanium Alloys at

M.A. Crimp Vitae p.28

**EXHIBIT 4**

Temperatures Ranging Between 296K and 728K", 13th World Conference on Titanium, August 8, 2015, San Diego, California.

57. <u>H. Mansour</u>, M.A. Crimp, N. Gey, N. Maloufi, "Characterization of a Sub-Grain Boundary Using Accurate Electron Channeling Contrast Imaging", Microscopy and Microalaysis 2015, August 4, 2015, Portland, OR.

58. <u>D. Mercier</u>, C. Zambaldi, P. Eisenlohr, Y. Su, M. Crimp, and T. Bieler, "Characterizing and Modeling Crystal Plasticity Near Grain Boundaries in CP α-Ti and in Ti-5Al-2.5Sn (wt%)", ESMC 2015, July 2015 Madrid, Spain.

59. <u>Y. Su</u>, C. Zambaldi, D. Mercier, P. Eisenlohr, T. Bieler, and M. Crimp, "Quantifying Nanoindentation Deformation Processes Near Grain Boundaries in Alpha-Titanium using Microscopic Characterization and Crystal Plasticity Modeling", ChEMS Research Forum, May 14, 2015, East Lansing, MI (poster presentation).

60. <u>Y. Su</u>, C. Zambaldi, D. Merdier, P. Eisenlohr, T. Bieler, and M. Crimp, "Nanoindentation Behavior Near Grain Boundaries in Commercially Pure Titanium", MSU Engineering Graduate Research Symposium, April 9, 2015, East Lansing, MI (poster presentation).

61. <u>D. Mercier</u>, C. Zambaldi, P. Eisenlohr, Y. Su, M. Crimp, and T. Bieler, "STABiX: A Matlab Toolbox using EBSD Measurements for Slip Transmission analysis", EBSD 2015, March 30, 2015, Glasgow, Scotland.

62. <u>H. Mansour</u>, M.A. Crimp, N. Gey, <u>J. Guyon</u>, and N. Maloufi, "Characterization of a Low-Angle Grain Boundary using Accurate Electron Channeling Contrast Imaging", Royal Microscopy Society Electron Backscatter Diffraction Meeting, March 30, 2015, Glasgow, UK (poster presentation).

63. <u>Y. Su</u>, C. Zambaldi, D. Mercier, P. Eisenlohr, T. Bieler, and M. Crimp, "Quantifying Nanoindentation Deformation Processes Near Grain Boundaries in Alpha-Titanium Using Microscopic Characterization and Crystal Plasticity Modeling", TMS Annual Meeting, March 16, 2015, Orlando, FL, 2015 (poster presentation).

64. <u>C. Zhang</u>, P. Eisenlohr, T. Bieler, M. Crimp, and C. Boehlert, "Analysis of the Subsurface Slip Activity during Plastic Deformation Using Crystal Plasticity Finite Element Method with Realistic 3D Microstructure", TMS Annual Meeting, March 16, 2015, Orlando, FL.

65. <u>B. Dunlap</u>, P. Eisenlohr, C. Zambaldi, D. Mercier, Y. Su, T. Bieler, and M. Crimp, "Investigation of Strain Transfer Across Grain Boundaries in Commercially Pure Tantalum", TMS Annual Meeting, March 15, 2015, Orlando, FL.

66. <u>H. Phukan</u>, C. Zhang, P. Eisenlohr, L. Wang, J.-S. Park, P. Kenesei, T. Bieler, D. Mercier, and Martin Crimp, "Characterization of Twinning Behavior and Corresponding Crystal Plasticity-Based Modeling in Commercial Purity Titanium", TMS Annual Meeting, March 15, 2015, Orlando, FL.

67. <u>T. Bieler</u>, P. Eisenlohr, Y. Su, H. Phukan, C. Zhang, and Martin Crimp, "Prediction of Effects of Grain Boundaries and Interfaces on Slip Transfer and Damage Nucleation", TMS Annual Meeting, March 15, 2015, Orlando, FL.

68. <u>D. Mercier</u>, C. Zambaldi, P. Eisenlohr, Y. Su, M. Crimp, and T. Bieler, "STABiX: A Matlab Toolbox for Slip Transmission Analysis", MTEX Workshop, February 11, 2015, Chemnitz, Germany.

69. <u>D. Mercier</u>, C. Zambaldi, P. Eisenlohr, Y. Su, M. Crimp, and T. Bieler, "Spherical Indentation and Crystal Plasticity Modeling Near Grain Boundaries", Indentation 2014, December 12, 2014, Strassbourg, France.

70. <u>Y. Su</u>, C. Zambaldi, D. Mercier, P. Eisenlohr, T. Bieler, and M.A. Crimp, "Quantifying Nanoindentation Deformation Processes near Grain Boundaries in Alpha-Titanium using Microscopic Characterization and Crystal Plasticity Modeling", Materials Science & Technology 2014, October 15, 2014, Pittsburgh, PA.

M.A. Crimp Vitae p.29

**EXHIBIT 4**

71. B. Dunlap, P. Eisenlohr, C. Zambaldi, D. Mercier, Y. Su, T. Bieler, and M.A. Crimp, "Grain Boundary Response to Nanoindentation in Commercially Pure Tantalum", Materials Science & Technology 2014, October 14, 1014, Pittsburgh, PA (poster presentation).

72. C. Zhang, H. Li, P. Eisenlohr, T. Bieler, M. Crimp, and C. Boehlert, "Study of the Subsurface Slip Activity of Polycrystalline Ti-5Al-2.5Sn Alloy with Crystal Plasticity Finite Element Method Using 3D Microstructure", Materials Science & Technology 2014, October 14, 2014, Pittsburgh, PA.

73. C. Zhang, H. Li, P. Eisenlohr, T. Bieler, M. Crimp, and C. Boehlert, "Crystal Plasticity Finite Element Simulation of Local Stress State and Slip Activity During Heterogeneous Deformation of Polycrystalline Ti-5Al-2.5Sn", Materials Science & Technology 2014, October 13, 2014, Pittsburgh, PA.

74. Y. Su, C. Zambaldi, D. Mercier, P. Eisenlohr, T.R. Bieler, and M.A. Crimp, "Characterization of Grain Boundary Deformation Processes in Commercial Purity Titanium using Nanoindentation and Crystal Plasticity Modeling", 51st meeting of the Society for Engineering Science, October 1, 2014, West Lafayette, IN.

75. H. Mansour, J. Guyon, M. Crimp, N. Gey, B. Beausir, and N. Maloufi, "HR-SACP Collection on the GEMINI type electron column for A-ECCI", ICOTOM 17, August 26, 2014, Dresden, Germany.

76. B. E. Dunlap, P. Eisenlohr, C. Zambaldi, Y. Su, T. R. Bieler, and M. A. Crimp, "Study of Bi-Crystal Grain Boundary Deformation in EBSD Mapped Commercially Pure Tantalum", EBSD 2014, June 18, 2014, Pittsburgh PA (poster presentation).

77. B. Dunlap, P. Eisenlohr, C. Zambaldi, D. Mercier, Y. Su, T. Bieler, and M. Crimp, "Simulation of Bi-Crystal Grain Boundary Deformation in Commercially Pure Tantalum", U.S. National Congress on Theoretical & Applied Mechanics 2014, June 18, 2014, East Lansing, MI (poster presentation).

78. Y. Su, C. Zambaldi, D. Mercier, P. Eisenlohr, T. Bieler, and M.A. Crimp, "Quantifying Nanoindentation Deformation Processes near Grain Boundaries in Alpha-Titanium using Microscopic Characterization and Crystal Plasticity Modeling", U.S. National Congress on Theoretical & Applied Mechanics 2014, June 18, 2014, East Lansing, MI (poster presentation).

79. C. Zhang, H. Li, P. Eisenlohr, T. Bieler, M. Crimp, and C. Boehlert, "Study of the Subsurface Slip Activity of Polycrystalline Ti-5Al-2.5Sn Alloy with Crystal Plasticity Finite Element Method Using 3D Microstructure", US National Congress on Theoretical and Applied Mechanics, East Lansing MI, June 16, 2014.

80. H. J. Phukan, C. Zhang, P. Eisenlohr, W. Liu, J.-S. Park, T. Bieler, D. Mercier, and M. Crimp, "Progress towards Developing Predictive Models for Heterogeneous Deformation in Alpha Titanium", US National Congress on Theoretical and Applied Mechanics, East Lansing MI, June 17, 2014.

81. H. Mansour, J. Guyon, N. Gey, B. Beausir, M.A. Crimp, S. Chalal, and N. Maloufi, "SACP Collection on the GEMINI type electron column for Accurate Electron Channeling Contrast Imaging", EBSD Symposium 2014, May 22, 2014, Bordeaux, France.

82. J. Guyon, H. Mansour, N. Gey, M.A. Crimp, S. Chalal, and N. Maloufi, "Développement du mode de balayage Rocking beam sur la colonne Gemini pour la mesure précise de l'orientation cristallographique", Journées CAZAC May 15, 2014, Paris, France. (Invited).

83. H. Mansour, J. Guyon, N. Gey, B. Beausir, M.A. Crimp, S. Chalal, and N. Maloufi, "SACP Collection on the GEMINI type electron column for Accurate Electron Channeling Contrast Imaging", Electron Backscatter Diffraction (EBSD) 2014, March 31, 2014 London, UK.

84. Y. Su, C. Zambaldi, D. Mercier, P. Eisenlohr, T. Bieler, and M.A. Crimp, "Quantifying Nanoindentation Deformation Processes near Grain Boundaries in Alpha-Titanium using Microscopic Characterization and Crystal Plasticity Modeling", TMS Annual Meeting, February 20, 2014, San Diego, CA.

85. C. Zhang, H. Li, P. Eisenlohr, T. Bieler, M.A. Crimp, and C. Boehlert, "Study of the Heterogeneous Deformation Process of Polycrystalline Ti-5Al-2.5 Sn Alloy with Crystal Plasticity Finite Element

M.A. Crimp Vitae p.30

EXHIBIT 4

Analysis Using Realistic 3D Mirostructure", TMS Annual Meeting, February 19, 2014, San Diego, CA.

86. B. Dunlap, C. Zambaldi, P. Eisenlohr, T. Bieler, and <u>M.A. Crimp</u>, "Identification of Slip Parameters in Commercially Pure Tantalum Using Micro and Nanoindentation", TMS Annual Meeting, February 17, 2014, San Diego, CA. (poster presentation).

87. <u>D. Mercier</u>, C. Zambaldi, P. Eisenlohr, Y. Su, M. Crimp, and T. Bieler, "Characterizing and Modeling Crystal Plasticity around Grain Boundaries in CP α-Titanium", October 27, 2013, MS&T'13, Montreal, Canada.

88. C. Zhang, H. Li, P. Eisenlohr, <u>T. Bieler</u>, M. Crimp, and C. Boehlert, "Role of Near Grain Boundary Stress State in Slip Activity during Heterogeneous Deformation of Polycrystalline Ti Alloys", October 27, 2013, MS&T'13, Montreal, Canada.

89. H. Li, D. Mason, T. Bieler, M. Crimp, and <u>C. Boehlert</u>, "Estimating the Critical Resolved Shear Stress Ratios of the Deformation Systems in α-phase Titanium", October 26, 2013, MS&T'13, Montreal, Canada.

90. <u>I. Dastidar</u>, T. Bieler, M. Crimp, A. Pilchak, and Carl Boehlert, "In-situ Scanning Electron Microscopy Observations of Tensile and Tensile Creep Deformation of a Ti-8Al-1Mo-1V (wt.%) Alloy", October 26, 2013, MS&T'13, Montreal, Canada.

91. <u>B. Boyce</u>, C. Battaile, P. Kotula, H. Lim, J. Zimmerman, J. Emery, A. Brown, J. Carroll, K. Hatter, R. Field, D. Susan, C. Weinberger, J. Foulk, B. Clark, J. Madison, L. Deibler, T. Bieler, and M. Crimp, "Sandia's Atoms-to-continuum Approach to Deformation and Failure in Tantalum", October 26, 2013, MS&T'13, Montreal, Canada.

92. B. Dunlap, S. Sutton, Z. Keith, T. Bieler, and <u>M. Crimp</u>, "Investigation of Slip Transfer in Commercially Pure Ta Using 4-point Bending and Nanoindentation", October 26, 2013, MS&T'13, Montreal, Canada.

93. <u>T.R. Bieler</u>, B. Dunlap, S. Sutton, B. Zhou, L. Wang, C. Zhang, H. Li, P. Eisenlohr, M.A. Crimp, and C.J. Boehlert, "Damage Nucleation Mechanisms Related to Heterogeneous Deformation at and Near Grain Boundaries", Gordon Conference: Physical Metallurgy of Materials at Extremes, July 29, 2013, Biddleford, ME, (poster presentation).

94. <u>C. Zhang</u>, H. Li, P. Eisenlohr, T. Bieler, and C. Boehlert, "Study of the Relationships between Local Stress State and Slip Activity in Heterogeneous Deformation of Polycrystalline Ti-5Al-2.5Sn with CPFE Simulation", TMS Annual Meeting, San Antonio, TX, March 7, 2013.

95. <u>H. Li</u>, C. Boehlert, T. Bieler, and M. Crimp, "In-Situ Scanning Electron Microscopy (SEM) Observations of Tensile and Tensile-Creep Deformation of Ti-3Al-2.5V(wt.%)", TMS Annual Meeting, San Antonio, TX, March 6, 2013.

96. <u>T. Bieler</u>, C. Zhang, H. Li, Y. Su, S. Sutton, P. Eisenlohr, C. Zambaldi, M. Crimp, C. Boehlert, and B. Boyce, "Combined Experimental and Computational Study of the Evolution of Local Slip Activity during Heterogeneous Deformation of Polycrystalline Ta, Ti, and Ti Alloys", TMS Annual Meeting, San Antonio, TX, March 6, 2013.

97. <u>T. Bieler</u>, S. Sutton, M. Crimp, and B. Boyce, "Characterization of Heterogeneous Deformation and Slip System Activation Along Grain Boundaries in Pure Tantalum", TMS Annual Meeting, San Antonio, TX, March 5, 2013.

98. <u>T.R. Bieler</u>, S.C. Sutton, D.E. Mason, and M.A. Crimp, "Analysis and Simulation of Heterogeneous Deformation and Slip System Activation Along Grain Boundaries in Pure Tantalum and Niobium", 19th International Symposium on Plasticity and Its Current Applications, January 4, 2013, Nassau, Bahamas.

99. <u>D.E. Mason</u>, T. Bieler, P. Eisenlohr, and M. Crimp, "Damage in Titanium and Titanium Aluminum", October 18, 2012, Albion College Faculty Showcase, Albion College, Albion, MI (poster presentation).

M.A. Crimp Vitae p.31

EXHIBIT 4

100. H. Li, C.J. Boehlert, T.R. Bieler, M.A. Crimp, "Comparison of the Deformation Behavior of Commercially Pure Titanium and Ti-5Al-2.5Sn(wt.%) at 296K and 728K Using *In-situ* SEM Experiments", October 9. 2012, *Materials Science and Technology 2012*, Pittsburgh, PA.

101. Y. Su, C. Zambaldi, Y. Yang, P.Eisenlohr, T.R. Beiler, and M.A. Crimp, "Nanoindentation Behavior near Grain Boundaries in Commercially Pure Titanium", October 9, 2012, *Materials Science and Technology 2012*, Pittsburgh, PA.

102. J.R. Seal, T.R. Bieler, C.J. Boehlert, and M.A. Crimp, "In-situ Characterization of Slip Transfer Across α/β Interfaces IN Equiaxed Ti-5Al-2.5Sn Using EBSD and Microcantilever Beams", October 9, 2012, *Materials Science and Technology 2012*, Pittsburgh, PA.

103. E. Patterson, Y. Yang, R. Tomlinson, and M.A. Crimp, "Quantitative Measurement of Plastic Strain Fields at a Fatigue Crack", *Window on Science*, June 20, 2012, AFRL, Dayton, OH.

104. C. Zhang, H. Li, P. Eisenlohr, T.R. Bieler, M.A. Crimp, and C.J. Boehlert, "Study of the Relationships between Local Stress State and Slip Activity in Heterogeneous Deformation of Polycrystalline Ti-5Al-2.5Sn with CPFE Simulation", 3rd International Symposium: Computational Mechanics of Polycrystals, June 29, 2012, Bad Honnef, Germany.

105. D.E. Mason, T.R. Bieler, P. Eisenlohr, and M.A. Crimp, "Evolving Mesoscale Damage Metrics in Titanium", 3rd International Symposium: Computational Mechanics of Polycrystals", June 28, 2012, Bad Honnef, Germany.

106. H. Li, C.J. Boehlert, T.R. Bieler, and M.A. Crimp, "Analysis of Deformation Behavior of Commercially Pure Titanium and Ti-5Al-2.5Sn (wt.%) Using *in-situ* Scanning Electron Microscopy and Electron Backscattered Diffraction", *EBSD 2012: Tutorial and Topical Conference*, Pittsburgh, PA, June 20, 2012 (poster presentation).

107. D.E. Mason, T. Bieler, P. Eisenlohr, and M. Crimp, "Damage in Titanium and Titanium Aluminum", March 16, 2012, Faculty Lecture Series, Albion College, Albion, MI.

108. H. Li, C.J. Boehlert, T.R. Bieler, and M.A. Crimp, "The Effect of Temperature and Stress on the Creep Deformation Modes of Ti-5Al-2.5Sn(wt.%)", March 14, 2012, *TMS Annual Meeting*, Orlando, FL.

109. T.R. Bieler, D. Mason, C. Zambaldi, P. Eisenlohr, C. Zhang, H. Li, L. Wang, Y. Yang, C. Boehlert, M. Crimp, R. Barabash, and W. Liu, "Characterization and Modeling of Heterogeneous Deformation near Grain Boundaries in Titanium and Ti-5Al-.5Sn", March 13, 2012, *TMS Annual Meeting*, Orlando, FL.

110. I. Jarvis, T. Bieler, M. Crimp, D. Mason, and B. Boyce, "Analysis of Heterogeneous Deformation along Grain Boundaries in Tensile Tests of Pure Tantalum", March 13, 2012, *TMS Annual Meeting*, Orlando, FL.

111. L. Wang, H. Li, R. Barabash, M. Crimp, C. Boehlert, P. Eisenlohr, T. Bieler, and W. Liu, "Study of Geometrically Necessary Dislocations by Depth-Resolved D X-Ray Microdiffraction and Crystal Plasticity Modeling", March 14, 2012, *TMS Annual Meeting*, Orlando, FL.

112. C. Zhang, H. Li, J. Seal, M. Crimp, C. Boehlert, T. Bieler, "Comparison of CPFE and Experimental Results for the Study of Interaction between Grain Boundary and Dislocation Slip in Ti-5Al-2.5Sn", March 113, 2012, *TMS Annual Meeting*, Orlando, FL.

113. D.C. Barrs, D. Kang, A. Mapar, I. Jarvis, M.A. Crimp, F. Pourboghrat, C. Compton, T.L. Grimm, and T. Bieler, "From Ingot to Polycrystal Sheet, Origins of Heterogeneous Microstructure, Texture, and Deformation of BCC Metals", January 3, 2012, *18th International Symposium on Plasticity and Its Current Applications*, San Juan, PR.

114. D. Mason, T.R. Bieler, P. Eisenlohr, and M.A. Crimp, "Evolving Mesoscale Damage Metrics in Commercially Pure Ti", January 4, 2012, *18th International Symposium on Plasticity and Its Current Applications,* San Juan, PR.

**EXHIBIT 4**

115. <u>H. Li</u>, C. Boehlert, T. Bieler, M. Crimp, "Analysis of Slip and Grain Boundary Activities of Ti-5Al-2.5Sn(wt.%) Deformed In-Situ at Elevated Temperature", October 19 2011, *Materials Science and Technology '11*, Columbus, OH.

116. <u>J.R. Seal</u>, C. Zambaldi, T.R. Bieler, C.J. Boehlert, and M.A. Crimp, "Characterizing slip transfer and damage nucleation at the α/β interface in equiaxed Ti-5Al-2.5Sn", October 18, 2011, *Materials Science and Technology '11*, Columbus, OH.

117. <u>Y. Yang</u>, L. Wang, T. Bieler, P. Eisenlohr, and M. Crimp, "Crystal Plasticity Finite Element Modeling and Experimental Characterization of Deformation System Activity in CP-Titanium", October 17, 2011, *Materials Science and Technology '11*, Columbus, OH.

118. <u>L. Wang</u>, R. Barabash, P. Eisenlohr, M. Crimp, C. Boehlert, H. Li, and T. Bieler, "Characterization of Geometrically Necessary Dislocations near Grain Boundaries by 3D-XRD", October 17, 2011, *Materials Science and Technology '11*, Columbus, OH.

119. <u>M.A. Crimp</u>, Y. Yang, L. Wang, P. Eisenlohr, and T.R. Bieler, "Grain Boundary Strain Transfer and Anisotropic Polycrystalline Deformation in Commercial Purity Titanium", June 20, 2011, *12th World Conference on Titanium*, Beijing, PRC.

120. <u>H. Li</u>, C. Boehlert, T.R. Bieler, and M.A. Crimp, "*In-Situ* Scanning Electron Microscopy Observations of 455°C creep and tensile deformation of Ti-5Al-2.5Sn", June 21, 2011, *12th World Conference on Titanium*, Beijing, PRC.

121. <u>Y. Yang</u>, C. Zambaldi, L. Wang, P. Eisenlohr, T. Bieler, and M. Crimp, "Observation of Heterogeneous Deformation in Commercial Purity Ti Using Nano-Indentation", March 2, 2011, *TMS Annual Meeting*, San Diego, CA.

122. <u>T. Bieler</u>, P. Eisenlohr, M. Crimp, L. Wang, A. Alankar, Y. Yang, R. Barabash, G. Ice, and W. Liu, "Integrated Experimental and Crystal Plasticity Investigations of Heterogeneous Deformation and Damage Nucleation in Titanium", February March 1, *TMS Annual Meeting*, San Diego, CA.

123. <u>L. Wang</u>, R. Barabash, Y. Yang, T. Bieler, M. Crimp, P. Eisenlohr, W. Liu, and G. Ice, "Characterization of {11-21} Twinning in Ti", February 28, 2011, *TMS Annual Meeting*, San Diego, CA.

124. <u>T.R. Bieler</u>, L. Wang, Y. Yang, P. Eisenlohr, M. Crimp, D. Mason, W. Liu, R. Barabash, and G. Ice, "Characterization and Modeling of Slip and Mechanical Twin Interactions at Grain Boundaries in Commercially Pure Ti", January 3, 2011, *Plasticity 2011*, Puerto Vallarta, Mexico.

125. <u>D. Mason</u>, T. Bieler, P. Eisenlohr, and M. Crimp, "Predicting Fracture Nucleation at Grain Boundaries in TiAl using Evolving Mesoscale Metrics", January 6, 2011, *Plasticity 2011*, Puerto Vallarta, Mexico.

126. <u>L. Wang</u>, R.I. Barabash, P. Eisenlohr, Y. Yang, T.R. Bieler, M.A. Crimp, and G.E. Ice, "3DXRD Characterization of GNDs and Deformation Twins in alpha-Ti", October 19, 2010, *Materials Science & Technology '10*, Houston, TX.

127. <u>Y. Yang</u>, L. Wang, P. Eisenlohr, T. Bieler, and M.A. Crimp, "CPFE Modeling and AFM Quantitative Analysis of Heterogeneous Deformation in Commercial Purity Titanium", October 20, 2010, *Materials Science & Technology '10*, Houston, TX.

128. A. Alankar, <u>P. Eisenlohr</u>, F. Roters, L. Wang, Y. Yang, T.R. Bieler, and M.A. Crimp, "Validation of Phenomenological and Dislocation-Based Constitutive Laws for Crystal Plasticity in Hexagonal", October 7, 2010, *5th International Conference on Multiscale Materials Modeling MMM2010*, Freiburg, Germany.

129. <u>D.E. Mason</u>, T.R. Bieler, P. Eisenlohr, and M.A. Crimp, "Predicting Fracture Nucleation at Grain Boundaries in TiAl using Evolving Mesoscale Metrics", July 8, 2010, *4th International Conference on Advanced Computational Engineering and Experiments,* Paris, France.

130. <u>L. Wang</u>, Y. Yang, M.A. Crimp, P. Eisenlohr, D. Mason, and T. Bieler, "Nucleation of Extension Deformation Twins in α-Ti", February 14, 2010, *2010 TMS Annual Meeting*, Seattle, WA.

**EXHIBIT 4**

131. Y. Yang, L. Wang, P. Eisenlohr, Y. Ro, T. Bieler, and M.A. Crimp, "Quantitative Analysis and CPFEM Simulation of Deformation System Activity in Commercial Purity Ti Deformed in Tension", February 17, 2010, *2010 TMS Annual Meeting*, Seattle, WA.

132. M.A. Crimp, Y. Yang, L. Wang, P. Eisenlohr, Y. Ro, D. Mason, and T. Bieler, "The Interrelationship Between Dislocation Slip and Deformation Twinning in CP Ti", January 4, 2010, *Plasticity 2010*, St. Kitts, St. Kitts and Nevis.

133. T.R. Bieler, M.A. Crimp, P. Eisenlohr, F. Roters, D. Raabe, Y. Yang, L. Wang, G.E. Ice, W. Liu, D.E. Mason, "Interactions between Slip-Systems, Grain Boundaries, Heterogeneous Deformation, Twin Nucleation, Grain Boundary Sliding, (and Microcracking) in Commercially Pure Ti", January 5, 2009, *Plasticity 2009*, St. Thomas, VI.

134. T. R. Bieler, Y. Yang, L. Wang, Y.J. Ro, P. Eisenlohr, M. A. Crimp, D.E. Mason, G.E. Ice, W. Liu, "Comparison of slip, slip transfer, and damage nucleation in experimental observations and crystal plasticity finite element simulations of CP Ti", December 2, 2009, *MRS Fall Meeting*, Boston, MA.

135. R. Alduhaileb, V.M. Ayres, B.W. Jacobs, X. Fan, K. McElroy, M.A. Crimp, A. Hirata, M. Horikoshi, "Carbon Onion Films-Molecular Interactions of Multi-Layer Fullerenes", December 3, 2009, *MRS Fall Meeting*, Boston, MA.

136. K. McElroy, V.M. Ayres, T.R., Bieler, B.W. Jacobs, M.A. Crimp, "Catalyst-Free GaN Nanowire Nucleation", December 1, 2009, *MRS Fall Meeting*, Boston, MA.

137. L. Wang, Y. Yang, Y. Ro, P. Eisenlohr, T. Bieler, M.A. Crimp, "Insights into Heterogeneous Deformation near Grain Boundaries in Commercial Purity Ti from Crystal Plasticity Finite Element Simulations", October 28, 2009, *MS&T 2009*, Pittsburgh, PA.

138. Y. Yang, L. Wang, Y.J. Ro, T. Bieler, P. Eisenlohr, M. Crimp, "Quantitative Analysis of Deformation System Activity near Grain Boundaries in Commercial Purity Ti", October 27, 2009, *MS&T 2009*, Pittsburgh, PA.

139. R.A. Al-Duhaileb, B.W. Jacobs, M.A. Crimp, V.M. Ayres, A. Hirata, M. Horikoshi, M.G.I. Galinato, N. Lehnert, "Friction and Stability of Carbon Onions Films in Vacuum", 2009 American Physical Society March Meeting, March 19, 2009, Pittsburgh, PA.

140. J.M. Callahan, B.W Jacobs, K. McElroy, M.A Crimp, V.M Ayres, R.M. Ronningen, A.F. Zeller, H.C. Shaw, "Carbon Nanomaterials Under Highly Energetic Heavy Ion Irradiation", 2009 American Physical Society March Meeting, March 16, 2009, Pittsburgh, PA.

141. M.A. Crimp, "Non-Destructive Analysis of Dislocations in Bulk Samples using ECCI", February 17, 2009, *TMS Annual Meeting*, San Francisco, CA.

142. Y. Yang, L. Wang, T. Bieler, G. Ice, W. Liu, P. Eisenlohr, M. Crimp, "An Experimental Investigation of the Plastic Strain Evolution in Commercial Purity Ti Deformed in Bending", February 16, 2009, *TMS Annual Meeting*, San Francisco, CA.

143. D. Kang, M.A. Crimp, "Crack Behavior of Magnesium Alloys Studied using a CamScan Microscope", February 15, 2009, *TMS Annual Meeting*, San Francisco, CA.

144. L. Wang, Y. Yang, M. Crimp, P. Eisenlohr, D. Mason, T. Bieler, "Deformation Mode Characterization and FEM Simulation of α-Titanium Deformed in Bending", February 15, 2009, *TMS Annual Meeting*, San Francisco, CA.

145. R. Loloee, R. Ghosh, and M.A. Crimp, "Sensors for Combustion Monitoring $O_2$ in Energy Plants", *33rd Int. Conf. and Expo. on Adv. Ceramics and Composites*, January 20, Daytona Beach, FL.

146. T.R. Bieler, C. Boehlert, M.A. Crimp, P. Eisenlohr, G.E. Ice, W. Liu, D.E. Mason, D. Raabe, F. Roters, D.E. Mason, D. Raabe, F. Roters, L. Wang, and Y. Yang, "Computational modeling of interactions between slip-systems and grain boundaries that lead to fracture initiation", October 27 - 31, 2008, *4th International Conference on Multiscale Materials Modeling*, Tallahassee, FL.

147. T.R. Bieler, M.A. Crimp, Y. Yang, L. Wang, P. Eisenlohr, F. Roters, D. Raabe, W. Liu, G.E. Ice, D.E. Mason "Characterization of interactions between slip-systems and grain boundaries that lead to heterogeneous deformation in CPTi", Oct. 5-8, 2008, *MS&T Meeting*, Pittsburgh, PA.

M.A. Crimp Vitae p.34

**EXHIBIT 4**

148. <u>T.R. Bieler</u>, M.A. Crimp, P. Eisenlohr, F. Roters, D. Raabe, "A physically based approach for predicting damage nucleation at grain boundaries in commercial purity Ti", June 1-6, 2008 *ICOTOM 15*, Pittsburgh, PA.

149. J.B. Halpern, A. Bello, J. Gilcrease, G.L. Harris, M. He, B.W. Jacobs, K. McElroy, <u>V.M. Ayres</u>, M.A. Crimp, R.A. Stallcup, and M.A. Tupta, "Biphasic GaN Nanowires: Growth mechanism and properties", May 26-28, 2008, *European Materials Research Society (E-MRS) Annual Meeting*, Strasbourg, France.

150. <u>J. B. Halpern</u>, B. W. Jacobs, V. M. Ayres, M. A. Crimp, M. He and K. McElroy, "Growth and properties of multi-phase gallium nitride nanowires", April 6-10, 2008 PHYS 712, *235th Spring National American Chemical Society Meeting*, New Orleans, LA., New Orleans, LA.

151. <u>B.W. Jacobs</u>, K. McElroy, V.M. Ayres, M.A. Crimp, M. He, J.B. Halpern, "Electronic, Mechanical and Cross-Section TEM Analysis of Zinc-Blende/Wurtzite Multiphase Gallium Nitride Nanowires", March 24-28, 2008, *Materials Research Society. Spring Meeting*, San Francisco CA.

152. <u>K. McElroy</u>, B.W. Jacobs, V.M. Ayres, M.A. Crimp, J.B. Halpern, M.Q. He, Q. Chen and Y. Fan, "AFM, STM and SPRM Investigations of Multiphase GaN Nanowires and Nanocircuits", March 24-28 2008, *Materials Research Society Spring Meeting*, San Francisco CA.

153. <u>T. Bieler</u>, P. Eisenlohr, D. Kumar, M. Crimp, F. Roters, and D. Raabe, "Localized Twin Shear at Grain Boundaries Leading to Fracture Nucleation", March 10-13, 2008, *TMS Annual Meeting*<u>T. Bieler</u>, P. Eisenlohr, D. Kumar, M. Crimp, F. Roters, and D. Raabe, "Predicting Microcrack Nucleation Due to Slip-Twin Interactions at Grain Boundaries in Duplex Near Gamma-TiAl", March 10-13, 2008, *TMS Annual Meeting*, New Orleans, LA,

154. M.A. Crimp, C.B. Duke, A.H. Goldstein, E.A. Holm, P.D. Khosla, C.R. Mercer, S.M. Pollock, A.J. Ragauskas, J.A. Rogers, B. Rubenstein, R.E. Schafrik, M.A. Smith, G.K. Starkweather, <u>D.J. Trevor</u>, "A Path to the Next Generation of U.S. Banknotes", January 23, 2008, *Optical Document Security: The Conference on Optical Security and Counterfeit Deterrence*, San Francisco, CA.

155. <u>E.A. Holm</u>, D.J. Trevor, G.K. Starkweather, M.A. Smith, R.E. Schafrik, B. Rubenstein, J.A. Rogers, A.J. Ragauskas, S.M. Pollock, M. Moloney, C.R. Mercer, P.D. Khosla, A.H. Goldstein, C.B. Duke, M.A. Crimp, "A Flow Model for Banknote Feature Evaluation", January 23, 2008, *Optical Document Security: The Conference on Optical Security and Counterfeit Deterrence*, San Francisco, CA.

156. <u>J. Nogami</u>, Y. Chai, G. Ye, and M.A. Crimp, "Sc Silicide Nanowires on Si(001): A Comparison with Rare Earth Silicide Nanowires", *American Vacuum Society 54th International Symp. and Exhib.*, Seattle, WA, October 17, 2007.

157. <u>T.R. Bieler</u>, M.A. Crimp, F. Roters, D. Raabe Computational Modeling of Deformed TiAl Microstructures with Microcracked Grain Boundaries, *TMS Fall Meeting*, Detroit, MI, September 19, 2007.

158. <u>T.R. Bieler</u>, M.A. Crimp, F. Roters, D. Raabe, "Local Strains, Slip Transfer, Grain Boundary Character, and Damage Nucleation", *The Fifth International Conference on Materials Processing Defects* (MPD-5), Cornell University, July 18, 2007.

159. <u>J. Zhang</u>, M.A. Crimp, N. Theodoropoulou, A. Sharma, T. Haillard, R. Loloee, W.P. Pratt, and J. Bass, "HRTEM and EELS Studies of Py/Al and Co/Al Multilayers", *2007 MRS Spring Meeting,* April 13, 2007, San Francisco, CA.

160. <u>K. McElroy</u>, B.W. Jocobs, A.D. Gaczewski, V.A. Ayres, J.B. Halpern, M.Q. He, M.P. Petkov, M.A. Crimp, and H.C. Shaw, "Formation and Application of Biphasic GaN Nanowires as a Function of Growth Parameters", *2007 MRS Spring Meeting,* April 9, 2007, San Francisco, CA.

161. <u>J. Zhang</u>, M.A. Crimp, Y. Cui, and J. Nogami, "Self-Assembled Tm Silicide Nanowires on Si(100) Studied by STM and HRTEM", *2007 MRS Spring Meeting,* April 9, 2007, San Francisco, CA.

162. M.A. Crimp, C.B. Duke, A.H. Goldstein, E.A. Holm, P.D. Khosla, C.R. Mercer, S.M. Pollock, A.J. Ragauskas, J.A. Rogers, B. Rubenstein, R.E. Schafrik, M.A. Smith, G.K. Starkweather, <u>D.J. Trevor</u>,

M.A. Crimp Vitae p.35

**EXHIBIT 4**

"A Path to the Next Generation of U.S. Banknotes", *Holo-Pack Holo-Print 2007*, Hong-Kong, November 15, 2007.

163. J. Nogami, Y. Chai, G. Ye, and M.A. Crimp, "Sc Silicide Nanowires on Si(001): A Comparison with Rare Earth Silicide Nanowires", *American Vacuum Society 54th International Symp. and Exhib.*, Seattle, WA, October 17, 2007.

164. T.R. Bieler, M.A. Crimp, F. Roters, D. Raabe Computational Modeling of Deformed TiAl Microstructures with Microcracked Grain Boundaries, *TMS Fall Meeting*, Detroit, MI, September 19, 2007.

165. T.R. Bieler, M.A. Crimp, F. Roters, D. Raabe, "Local Strains, Slip Transfer, Grain Boundary Character, and Damage Nucleation", *The Fifth International Conference on Materials Processing Defects* (MPD-5), Cornell University, July 18, 2007.

166. J. Zhang, M.A. Crimp, N. Theodoropoulou, A. Sharma, T. Haillard, R. Loloee, W.P. Pratt, and J. Bass, "HRTEM and EELS Studies of Py/Al and Co/Al Multilayers", *2007 MRS Spring Meeting*, April 13, 2007, San Francisco, CA.

167. K. McElroy, B.W. Jocobs, A.D. Gaczewski, V.A. Ayres, J.B. Halpern, M.Q. He, M.P. Petkov, M.A. Crimp, and H.C. Shaw, "Formation and Application of Biphasic GaN Nanowires as a Function of Growth Parameters", *2007 MRS Spring Meeting*, April 9, 2007, San Francisco, CA.

168. J. Zhang, M.A. Crimp, Y. Cui, and J. Nogami, "Self-Assembled Tm Silicide Nanowires on Si(100) Studied by STM and HRTEM", *2007 MRS Spring Meeting*, April 9, 2007, San Francisco, CA.

169. N. Theodoropoulou, A. Sharma, T. Haillard, R. Loloee, W.P. Pratt, Jr., J. Bass, J. Zhang, and M.A. Crimp, "Specific Resistance, Scattering Asymmetry, and some Thermal Instability, of Co/Al, Fe/Al, and C091Fe9/Al Interfaces", American Physical Society Meeting, Denver, CO, March 6, 2007.

170. G. Ye, J. Nogami, and M.A. Crimp, "Epitaxial Growth of Gd Nanostructures on Si(001)", *American Vacuum Society 53rd International Symposium & Exhibition*, November 13, 2006, San Francisco, CA.

171. T.R. Bieler, M.A. Crimp, A. Ma, F. Roters, D. Raabe, "A Slip Interaction Based Measure of Damage Nucleation in Grain Boundaries", *3rd International Conference on Multiscale Materials Modeling*, September 19, 2006, Freiburg, Germany.

172. T.R. Bieler, M.A. Crimp, A. Ma, F. Roters, D. Raabe, "Slip Interactions Leading to Damage Nucleation in Grain Boundaries", *International Plasticity Symposium*, July 18, 2006, Halifax, Nova Scotia, Canada.

173. T.R. Bieler, M.A. Crimp, A. Ma, F. Roters, D. Raabe, "Slip Interactions Leading to Damage Nucleation in TiAl Grain Boundaries" (poster presentation), *3rd International Workshop on γ - TiAl Technologies*, May 29, 2006, Bamberg, Germany.

174. G. Ye, M.A. Crimp, and J. Nogami, "STM and TEM studies of Rare Earth Silicide Nanostructures on Si(001)" (poster presentation), *Ontario Nano Symposium*, May 19, 2006, Waterloo, ON, Canada.

175. G. Ye, M.A. Crimp, and J. Nogami, "STM and TEM studies of Rare Earth Silicide Nanostructures on Si(001)", *Surface Canada*, May 17, 2006, Kingston, ON, Canada.

176. B.W. Jacobs, V.M. Ayres, R.M. Ronningen, A.F. Zeller, E.H. Carey, M.A. Crimp, M.P. Petkov, S.L. Rutledge, J.B. Benavides, H.C. Shaw, D. Liu, J.B. Halpern, M-Q He and G.L. Harris, "Heavy Ion Interactions with Nanotubes and Nanowires", *2006 American Physical Society March Meeting*, March 14, 2006, Baltimore, MD.

177. V.M. Ayres, R.E. Stallcup, A. Hartman, M.A. Tupta, B.W. Jacobs, M.A. Crimp, J.B. Halpern and M-Q. He, "Electronic Transport Characteristics of Two-Phase Coaxial Gallium Nitride Nanowires", *2006 American Physical Society March Meeting*, March 13, 2006, Baltimore, MD.

178. Y.C. Lan, M.A. Crimp, and J.M. Zhang, "Element Distribution and Spatial Crystallinity of Catalysts in β-Ga$_2$O$_3$ Nanowires Grown in Vapor Reaction", (poster presentation), *2005 MRS Fall Meeting*, December 1, 2005, Boston, MA

M.A. Crimp Vitae p.36

**EXHIBIT 4**

179. <u>J. Zhang</u>, G. Ye, M.A. Crimp, and J. Nogami, HRTEM and EELS Studies of GdSi$_2$ Nanostructures Grown by Self-Assembly, (poster presentation), *2005 MRS Fall Meeting*, November 30, 2005, Boston, MA.

180. <u>G. Ye</u>, M.A. Crimp, and J. Nogami, "Self-Assembled GdSi$_2$ Nanostructures Grown on Si(001) Studied by TEM and STM, *2005 MRS Fall Meeting*, November 30,  2005, Boston, MA.

181. <u>T. R. Bieler</u>, D. Kumar, B.C. Ng, M. A. Crimp "A Slip Based Definition of Grain Boundary Character for Predicting Grain Boundary Fracture", *MS&T'05*, September 26, 2005, Pittsburgh, PA.

182. <u>Y. Lan</u>, M.A. Crimp, and Z. Yang, "CBED Application in Crystallographic Structural Determination of Microcrystalline Compounds", (poster presentation), *ICCD Annual Spring Meeting,* March 15, 2005, Newton Square, PA.

183. B-C. Ng, <u>T.R. Bieler</u>, M.A. Crimp, and D.E. Mason, "Prediction of Crack Path Based on Grain Boundary Misorientation and Stress in a Near-Gamma TiAl Alloy", *2005 TMS Annual Meeting*, February 16, 2005, San Francisco, CA.

184. <u>B.C. Ng</u>, T.R. Bieler, M.A. Crimp, D.E. Mason, "Prediction of Crack Paths Based Upon Detailed Microstructure Characterization in a Near-γ TiAl Alloy", Symposium on Materials Damage Prognosis, *TMS MS&T 2004*, September 28, 2004, New Orleans, LA.

185. <u>R. Loloee</u>, S. Urazhdin, W.P. Pratt, and M.A. Crimp, "On Magnetic Anisotropy of Epitaxial Permalloy (111) Films Sputter Deposited on Epitaxial Nb(110)", *2004 March Meeting of the American Physical Society*, March 24, 2004, Montreal, Canada.

186. <u>B.W. Jacobs</u>, V.M. Ayres, M.A. Crimp, and H.C. Shaw, "Nanotube and Nanowire Devices in the Space Radiation Environment", *2004 March Meeting of the American Physical Society*, March 23, 2004, Montreal, Canada.

187. <u>M.A. Crimp</u>, J.T. Hile, T.R. Bieler, and M.G. Glavicic, "Dislocation Density Measurements in Commercially Pure Titanium Using Electron Channeling Contrast Imaging", *2004 TMS Annual Meeting*, March 17, 2004, Charlotte, NC.

188. A. <u>Fallahi</u>, D. Kumar, T.R. Bieler, M.A. Crimp, A. Zamiri, F. Pourboghrat, D.E. Mason, The Effect of Grain Boundary Misorientation, Inclination, Crystal Orientation, and Stress State on Microcrack Initiation in Duplex TiAl Grain Boundaries, *2004 TMS Annual Meeting*, March16, 2004, Charlotte, NC.

189. <u>B.A. Simkin</u>, T.R. Bieler, and M.A. Crimp, "Crack Initiation and Deformation Twinning in γ-TiAl", *2003 Japan Institute of Metals (JIM) Annual Meeting*, October 12, 2003, Sapporo, Japan.

190. <u>T.R. Bieler</u>, M.A. Crimp, D.E. Mason, B.A. Simkin, and B.C. Ng, "Deformation and Crack Initiation in TiAl", *Plasticity 2003*, July 10, 2003, Quebec City, Quebec, Canada.

191. S.P. Song, B. Jacobs, V.M. <u>Ayres</u>, M.A. Crimp, R. Ronningen, A. Zeller, H. Shaw, J.J. Benevides, M. Liebforth and J. Plante, J "Fundamental Space Radiation Interactions in New Nanoscale Materials", *30th International Conference on Plasma Science*, June 4, 2003, Jeju, Korea.

192. B.A. Simkin, B-C. Ng, T.R. Bieler, and <u>M.A. Crimp</u>, "Grain Boundary Strain Accommodation and Microcrack Initiation in Gamma-TiAl", 2003 *TMS Annual Meeting*, March 3, 2003, San Diego, CA.

193. <u>M.A. Crimp</u>, "Examination of Deformation Defects in Bulk Crystals using Electron Channeling Contrast Imaging", *2003 TMS Annual Meeting,* March 3, 2003, San Diego, CA.

194. <u>M.A. Crimp</u>, B-C. Ng, B.A. Simkin, T.R. Bieler, "Microcrack Nucleation and Crack Propagation in γ TiAl", *2002 MRS Fall Meeting*, December 4, 2002, Boston, MA.

195. <u>S. P. Song</u>, M. A. Crimp, V. M. Ayres, and C. Collard, "New Hetero Silicon-Carbon Nanostructures Formation Mechanism", (poster presentation) *10th Foresight Conference on Molecular Nanotechnology*, October 12, 2002, Bethesda, MD.

196. <u>B.A. Simkin</u>, T.R. Bieler, and M.A. Crimp, "Tensile Microcrack Initiation at γ-γ boundaries in TiAl", 2002 *TMS Fall Meeting*, October 7, 2002, Columbus, OH

197. <u>B.C. Ng</u>, T.R. Bieler, and M.A. Crimp, "The Effect of Crystal Orientation on Crack Nucleation and Arrest in a Near-Gamma TiAl Alloy", 2002 *TMS Fall Meeting*, October 7, 2002, Columbus, OH.

M.A. Crimp Vitae p.37

**EXHIBIT 4**

198. S. Song, M.A. Crimp, <u>V.M. Ayres</u>, C. Collard, J. Holloway, and M. Brake, "Hetro Silicon-Carbon Nanostructure Formation Mechanism", *Diamond 2002*, September 10, 2002, Granada, Spain.

199. <u>L. Zeng</u> and M.A. Crimp, "The Interfacial Microstructure of Joined Single Crystal and Poly-crystalline Alumina", *104th Annual Meeting of the American Ceramic Society*, April 30, 2002, St. Louis, MO.

200. B.A. Simkin, <u>M.A. Crimp</u>, <u>T.R. Bieler</u>, and D.E. Mason, "The Effect of Crystal Orientation on Deformation Transfer at γ-γ Boundaries in a Near-γ TiAl Based Alloy", (poster presentation) *3rd International Symposium on Structural Intermetallics,* April 29, 2002, Jackson, WY.

201. <u>S. P. Song</u>, M.A. Crimp, V.M. Ayres, C. Collard, J. Holloway, and M.L. Brake, "Hetro Silicon-Carbon Nanostructures in an Inductively Coupled Plasma", (poster presentation) *American Physical Society Annual Meeting*, March 20, 2002, Indianapolis IN.

202. <u>M.A. Crimp</u>, "Dislocation and Twinning Strain Transfer at Grain Boundaries in Equiaxed TiAl Alloys", *2002 TMS Annual Meeting*, February 18, 2002, Seattle, WA.

203. D.E. Mason, <u>B.A. Simkin</u>, M.A. Crimp, and T.R. Bieler, "Measurements and Modeling of Deformation Transfer at γ-γ Grain Boundaries in TiAl", *2001 TMS Fall Meeting,* November 5, 2001, Indianapolis, IN.

204. <u>L. Zeng</u>, M.A. Crimp, and E. Case, "Interfacial Microstructure of Poly-Crystalline Alumina and Sapphire Joined Using a Spin-On Interlayer", *2001 TMS Fall Meeting*, November 7, 2001, Indianapolis, IN.

205. <u>C. Collard</u>, C. Bi, M. Brake, S. Song, M. Crimp, and V. Ayres, "Carbon Nanostructure Growth in an ICP-GEC Reference Cell", *54th Annual Gaseous Electronics Meeting*, October 10, 2001, Pennsylvania State University, PA.

206. S. Song, M. Crimp, <u>V. Ayres</u>, C. Collard and M. Brake, "Low Temperature Growth of Carbon Nanostructures in Inductively Coupled Plasma System", *Diamond 2001*, September 3, 2001, Budapest, Hungary.

207. C. Collard, S. Song, M. L. Brake, M. Crimp, <u>V. M. Ayres</u>, "Carbon Nanostructure Growth in an Inductively Coupled Plasma", *28th IEEE International Conference on Plasma Science*, June 17, 2001, Las Vegas, NV.

208. <u>C. Collard</u>, S. Song, V. Ayres, M. Brake, M. Crimp, and M. Kushner, "Plasma Chemistry of Carbon Nanotubes and Nanostructures", *199th Meeting of the Electrochemical Society*, March 25, 2001, Washington, DC.

209. S. Song, M.A. Crimp, <u>V. Ayres</u>, C. Collard, & M.L. Brake, "Growth and Characterization of Carbon Nanostructures in an Inductively Coupled Plasma System", *American Physical Society Annual Meeting*, March 12, 2001, Seattle, WA.

210. B.A. Simkin, <u>M.A. Crimp</u>, and T.R. Bieler, "Fracture Initiation in Gamma-TiAl Related to Crystallographic and Microstructural Features Studied in 4-point Bending", *2001 TMS Annual Meeting*, February 14, 2001, New Orleans, LA.

211. B.-C. Ng, T.R. Bieler, and <u>M.A. Crimp</u>, "Slip Transmission and Fracture Initiation in Rolled Ti-45Al-2Cr-2Nb Notched Tensile Specimens", *2001 TMS Annual Meeting*, February 13, 2001, New Orleans, LA.

212. <u>E.D. Case</u>, J.G. Lee, L. Zeng, and M.A. Crimp, "Joining of Dissimilar Ceramics Materials", *ASM Materials Solutions 1999*. November 4, 1999, Cincinnati, OH.

213. <u>R. Loloee</u>, J.A. Caballero, W. P. Pratt, J. Bass, and M.A. Crimp, "Magnetocrystalline Anisotropy in Sputtered-deposited Epitaxial Py-Based Exchanged-Biased Spin-Valves" (poster presentation) *Symposium on Spin-Electronics*, July 4, 2000, Halle, Germany.

214. <u>J.W. Heckmann</u>, H. Geng, R. Loloee, and M.A. Crimp, "Electron Microscopy of Polycrystalline and Epitaxially Grown GMR Multilayers and Spin Valves", *Michigan Microscopy and Microanalysis Society Fall Meeting*, May 12, 2000, Brighton, MI.

M.A. Crimp Vitae p.38

**EXHIBIT 4**

215. Geng, R. Loloee, J.W. Heckman, J. Bass, W.P. Pratt, Jr., and <u>M.A. Crimp</u>, "Structural Characterization of Epitaxial GMR Magnetic Multilayers and Spin Valves Grown by Sputter Deposition" *2000 MRS Spring Meeting*, April 26, 2000, San Francisco, CA.

216. <u>H. Geng</u>, R. Loloee, J.W. Heckman, J. Bass, W. Pratt, and M.A. Crimp, "HRTEM Study of Epitaxial Magnetic Multilayers and Spin-Valves Grown by DC Sputtering", *2000 TMS Annual Meeting*, March 15, 2000, Nashville, TN.

217. H. Geng, <u>J.W. Heckman</u>, R. Loloee, J. Bass, W. Pratt, and M.A. Crimp, "HRTEM Analysis of GMR Spin Valve Multilayers", *2000 TMS Annual Meeting*, March 15, 2000, Nashville, TN.

218. <u>B.A. Simkin</u>, B-C. Ng, M.A. Crimp, and T.R. Bieler, "Studies of Microscale Plasticity in Bulk Samples Using ECCI", *2000 TMS Annual Meeting*, March 13, 2000, Nashville, TN.

219. <u>H. Geng</u>, R. Loloee, W.P. Pratt Jr., and M.A. Crimp, "CTEM Study of Epitaxial Magnetic Multilayers and Spin-Valves Grown by DC Magnetron Sputtering" (poster presentation), *5th Workshop In Magnetic Multilayers, Thin Films, & Mesoscopic Systems*, November 13, 1999, East Lansing, MI.

220. <u>M.A. Crimp</u>, "Direct Observation of Dislocations in Bulk Samples Using Electron Channeling Contrast Imaging" *Dislocations '99: Multiscale Phenomena in Plasticity, NATO Advanced Study Institute*, September 11, 1999, Ouranopolis, Greece.

221. B.A. Simkin, <u>T.R. Bieler</u>, and M.A. Crimp, "The Effect of Texture on Microyielding in Near-Gamma TiAl Alloys, *ICOTOM-12: 12th Int. Conf. on Textured Materials*, August 12, 1999, Montreal, Canada.

222. R. Loloee, W.P. Pratt, Jr., and <u>M.A. Crimp</u>, "Crystallographic Characterization of Sputter Deposited Nb-Cu Thin Films Using Electron Backscatter Diffraction Patterns", *57th Annual Meeting of the Microscopy and Microanalysis Society of America*, August 3, 1999, Portland, OR.

223. B-C. Ng, T.R. Bieler, and <u>M.A. Crimp</u>, "Imaging Dislocations in Duplex TiAl Using Electron Channeling Contrast, *57th Annual Meeting of the Microscopy and Microanalysis Society of America*, August 2, 1999, Portland, OR.

224. B-C. Ng, B. Ghosh, and <u>M.A. Crimp</u>, "Electron Channeling Contrast Imaging of Dislocations Near Crack Tips in Bulk NiAl Single Crystals", *1998 TMS Fall Meeting*, October 11, 1998, Rosemont, IL.

225. R. Loloee, <u>M.A. Crimp</u>, W. Zhu, and W.P. Pratt Jr., "Epitaxial Growth of Nb Films and N/Cu Bilayers on $Al_2O_3$ Substrates by DC Magnetron Sputtering", *1998 MRS Spring Meeting*, April 13, 1998, San Francisco, CA.

226. H. Geng, W. Zhu, J.W. Heckman, R. Loloee, W.P. Pratt, J. Bass, and <u>M.A. Crimp</u>, "Structural Studies of Silver/Permalloy and Copper/Permalloy GMR Spin Valve Multilayers", *1998 MRS Spring Meeting*, April 13, 1998, San Francisco, CA.

227. <u>M.A. Crimp</u>, B-C. Ng, and B. Ghosh, "Electron Microscopy Studies of Strain Aging Behavior In Single Crystal NiAl", *1998 TMS Annual Meeting*, February 17, 1998, San Antonio, TX.

228. <u>B. Ghosh</u> and M.A. Crimp, "Study of Dislocation Motion in NiAl Single Crystals", *1997 TMS Fall Meeting*, September 15, 1997, Indianapolis, IN.

229. <u>B-C. Ng</u>, B.A. Simkin, and M.A. Crimp, "Use of the Electron Channeling Contrast Imaging (ECCI) Technique to Image Dislocations Near Crack Tips and Crack Edges in Bulk Samples", *1997 TMS Fall Meeting*, September 15, 1997, Indianapolis, IN.

230. <u>H. Geng</u>, and M.A. Crimp, "TEM Characterization of Layered Magnetic Structures", *1997 TMS Fall Meeting*, September 15, 1997, Indianapolis, IN.

231. <u>B-C. Ng</u>, B. Simkin, and M.A. Crimp, "Examination of Dislocation Structures Near Crack Tip Region of B2 NiAl Alloys", (poster presentation) *1996 MRS Fall Meeting*, December 4, 1996, Boston, MA.

232. B. Ghosh and <u>M.A. Crimp</u>, "TEM In-Situ Study of Dislocation Motion in B2 NiAl Single Crystals, *1996 MRS Fall Meeting*, December 4, 1996, Boston, MA.

M.A. Crimp Vitae p.39

**EXHIBIT 4**

233. B-C. Ng, B. Simkin, and M.A. Crimp, "Examination of Dislocations Near Crack Tips in Stoichiometric NiAl", *1996 TMS Fall Meeting*, October 7, 1996, Cincinnati, OH.

234. B. Ghosh and M.A. Crimp, "*In-situ* TEM Observations of Dislocation Motion in Stoichiometric NiAl Single Crystals", *1996 TMS Fall Meeting*, October 7, 1996, Cincinnati, OH.

235. B.A. Simkin and M.A. Crimp, "Dislocation Detection Depth Measurements in Silicon Using Electron Channeling Contrast Imaging", *54th Annual Meeting of the Microscopy Society of America*, August 11, 1996, Minneapolis, MN.

236. B.A. Simkin and M.A. Crimp, "Defect Image Characteristics from Electron Channeling Contrast in the Scanning Electron Microscopy", *6th Conf. on Frontiers of Electron Microscopy in Materials Science*, April 6, 1996. Chicago, IL.

237. A. Gibson, O. Balcers, and M.A. Crimp, "Microscale Strain Quantification Using Electron Backscattered Patterns Utilizing a 35mm Camera Body and Image Analysis", *1995 TMS Fall Meeting*, November 1, 1995, Cleveland, OH.

238. P. Alavilli and M.A. Crimp, "In-situ Study of Fatigue Crack Initiation and Propagation in Kaowool/Saffil Whisker Reinforced Al-Si Metal Matrix Composites", *1995 TMS Fall Meeting*, October 31, 1995, Cleveland, OH.

239. B. Ghosh, B. Ng, and M.A. Crimp, "Influence of Thermal History on the Dislocation Morphology in NiAl Single Crystals", *1995 TMS Fall Meeting*, October 30, 1995, Cleveland, OH.

240. D. Howell, M.A. Crimp, L. Hoines, J. Bass, "High Resolution Transmission Electron Microscopy Study of Metallic Spin Glass/Amorphous Si Multilayers", *1995 MRS Spring Meeting*, April 18, 1995, San Francisco, CA.

241. Y. Zhang, S. C. Tonn, and M.A. Crimp, "Comparison of Experimentally Observed Dislocation Cores with Computer Generated Structures in Ordered Alloys", *1995 TMS Annual Meeting*, February 14, Las Vegas, NV.

242. M.A. Crimp and Y. Zhang, "Characterization of Deformation Structures in B2 CoAl", *1994 MRS Fall Meeting*, November 28, 2004, Boston MA.

243. J. Ambriz, B. Aikin, M.A. Crimp, and M.J. Crimp, "Analysis of Colloidally Processed FeCrAlY/Al₂O₃ IMCs", *Third ASM International Conference on High-Temperature Intermetallics*, May 18, 1994, San Diego CA.

244. D. Sharrott and M.A. Crimp, "HREM Examination of <100>{001} and <110>{110} Edge Dislocations in Deformed B2 Fe-Al Single Crystals", *Third ASM International Conference on High-Temperature Intermetallics*, May 16, 1994, San Diego CA.

245. D. Sharrott, Y. Zhang, and M.A. Crimp, "Structural Studies of <100>{001} Edge Dislocation Cores in B2 Fe-Al Alloys", *1994 TMS Annual Meeting*, February 28, 2004, San Francisco CA.

246. D. Howell and M.A. Crimp, "TEM of Electron Beam Induced Crystallization of an Amorphous AuFe₀₃/Si Spin-Glass Multilayer", *51st Annual Meeting of the Microscopy Society of America*, August 5, 1993, Cincinnati OH.

247. Y. Zhang and M.A. Crimp, "Core Structures of <100>{001} Edge Dislocations in Single Crystal CoAl", *TMS 1993 Fall Meeting*, October 19, 1993, Pittsburgh PA.

248. R. Lojeck, R. Gamesan, and M.A. Crimp, "The Effect of Hydrostatic Prestress on the Yield Behavior of B2 Fe-40Al", *TMS 1993 Fall Meeting*, October 19, 1993, Pittsburgh PA.

249. D. Sharrott and M.A. Crimp, "HREM Study of Dislocation Structures in B2 Fe-Al Single Crystals Deformed at Elevated Temperature", *TMS 1993 Fall Meeting*, October 18, 1993, Pittsburgh PA.

250. B. Wilson, C.J. Suydam, M.J. Crimp, and M.A. Crimp, "Processing of FeAl/Al₂O₃ IMCs Using Advanced Electrodeposition Methods", *1992 MRS Fall Meeting*, December 2, 1992, Boston MA.

251. Y. Zhang, S.C. Tonn, and M.A. Crimp, "Deformation Structures in Oriented NiAl and CoAl Single Crystals Deformed at Elevated Temperature", *1992 MRS Fall Meeting*, December, 1, 1992, Boston MA.

**EXHIBIT 4**

252. S.C. Tonn, Y. Zhang, and M.A. Crimp, "HREM Observations of [100](010) Edge Dislocations in [011] Single Crystal NiAl", *TMS 1992 Fall Meeting*, November 4, 1992, Chicago IL.

253. J.J. Stout and M.A. Crimp, "Texture Development During Hot Extrusion of B2 FeAl", *TMS 1992 Fall Meeting*, November 2, 1992, Chicago IL.

254. S.A. Scheff and M.A. Crimp, "The Effects of Texture on the Deformation Properties of B2 Iron Aluminide", *TMS 1992 Fall Meeting*, November 2, 1992, Chicago IL.

255. Y. Zhang and M.A. Crimp, "Dislocations in Single Crystal B2 CoAl Deformed at High Temperature", *TMS 1992 Fall Meeting*, November 2, 1992, Chicago IL.

256. L. Hoines, D. Howell, M.A. Crimp, and J. Bass, "Finite Size Effects in Metallic Spin Glasses, *Amer. Phys. Soc. An. Meeting*, March 22, 1993, Cincinnati OH.

257. J.J. Stout and M.A. Crimp, "Relationship Between Texture and Grain Growth in Extruded FeAl Intermetallics", *1991 TMS Fall Meeting*, October 22, 1991, Cincinnati OH.

258. J.J. Stout and M.A. Crimp, "Abnormal Grain Growth in Textured FeAl Intermetallic", *ASM International Conference on High Temperature Aluminides and Intermetallics*, September 17, 1992, San Diego CA.

259. Y.Q. Sun, P.M. Hazzledine, and M.A. Crimp "Dislocations with Non-Planar Locked Structures in the Ll$_2$ Ordered Alloys", *1990 MRS Fall Meeting*, November 27, 1990, Boston MA.

260. Y.Q. Sun, P.M. Hazzledine, and M.A. Crimp "HREM Observation of 1/3<112> Super-Shockley Dislocations in Ll$_2$ Ordered Alloys Deformed at 77K", *1990 TMS-AIME Fall Meeting*, October 10, 1990, Detroit MI.

261. M.A. Crimp and P.M. Hazzledine, "Examination of Dislocation Cores in Ni$_3$Al Using High Resolution Electron Microscopy", *1988 MRS Fall Meeting*, November 29, 1988, Boston MA.

262. M.A. Crimp, K.M. Vedula, and D.J. Gaydosh, "Ductility and Fracture in B2 FeAl", *1986 Materials Research Society Fall Meeting*, December 4, 1986, Boston MA.

263. M.A. Crimp and K.M. Vedula, "Room Temperature Ductility in FeAl Alloys", *TMS-AIME 1986 Annual Meeting*, March 1994, New Orleans LA.

264. M.A. Crimp and D.E. Mikkola, "Effect of Temperature, Grain Size, and Stacking Fault Energy on Shock Deformed Cu-8.7GE and Cu", *TMS-AIME 1984 Fall Meeting*, September 18, 1984, Detroit MI.

***Contributed Presentations at Workshops and Professional Gatherings***
   *(Underlined indicates presenter)*

1. D. Mercier, C. Zambaldi, P. Eisenlohr, Y. Su, M. Crimp, and T. Bieler - "STABiX: A Matlab Toolbox for Slip Transmission Analysis", MTEX Workshop 2016, February 2, 2016, Chemnitz, Germany.

2. Y. Su, C. Zambaldi, D. Mercier, P. Eisenlohr, T. Bieler, and M.A. Crimp, Nanoindentation Behavior near Grain Boundaries in Commercially Pure Titanium, 2014 CHEMS Research Forum, May 14, 2014, East Lansing, MI (poster presentation).

3. B. E. Dunlap, P. Eisenlohr, C. Zambaldi, Y. Su, T. R. Bieler, and M. A. Crimp, Investigation of Slip Transfer at Grain Boundaries Using Nanoindentation and CPFEM, 2014 CHEMS Research Forum, May 14, 2014, East Lansing, MI (poster presentation).

4. Y. Su, C. Zambaldi, D. Mercier, P. Eisenlohr, T. Bieler, and M.A. Crimp, "Nanoindentation Behavior near Grain Boundaries in commercially Pure Titanium", Engineering Graduate Research Symposium 2014, March 27, 2014, East Lansing, MI (poster presentation).

5. B. E. Dunlap, P. Eisenlohr, C. Zambaldi, Y. Su, T. R. Bieler, and M.A. Crimp, Investigation of Slip Transfer at Grain Boundaries Using Nanoindentation and CPFEM, Engineering Graduate Research Symposium 2014, March 27, 2014, East Lansing, MI (poster presentation).

6. T.R. Bieler, M.A. Crimp, C.J. Boehlert, P. Eisenlohr, H. Li, C. Zhang, S.C. Sutton, Z.A. Keith, B.E. Dunlap, L. Wang, P. Kenesei, A. Beaudoin, U. Lienert, and W. Liu, "The Influence of Mesotexture

M.A. Crimp Vitae p.41

**EXHIBIT 4**

and Grain Boundary Characteristics on Heterogeneous Deformation in Ti and Ta", October 7, 2014, University of British Columbia.

7. T.R. Bieler, M.A. Crimp, C.J. Boehlert, P. Eisenlohr, H. Li, C. Zhang, S.C. Sutton, Z.A. Keith, B.E. Dunlap, L. Wang, P. Kenesei, A. Beaudoin, U. Lienert, and W. Liu, "Characterization and Modeling of the Influence of Mesotexture on Heterogeneous Deformation in Ti and Ta", Max-Planck-Institut fur Eisenforschung, July 1, 2013, Dusseldorf, Germany.

8. C. Boehlert, T. Beiler, M. Crimp, H. Li, D. Mason, J. Seal, and C. Zhang, "Characterization and Modeling of Deformation Induced Damage in Titanium Alloys", PI Meeting for the DOE BES Mechanical Behavior and Radiation Effects Program, March 26, 2013, Potomac, Maryland.

9. T.R. Bieler, L. Wang, Y. Yang, P. Eisenlohr, M. A. Crimp, R. Barabash, W. Liu, and G. E. Ice, "Characterization and Modeling of Anisotropic Polycrystalline Deformation and Grain Boundary Strain Transfer in Commercial Purity Titanium", March 7, 2011, Los Alamos National Laboratory, Los Alamos, NM.

10. T.R. Bieler, D.E. Mason, C. Zambaldi, P. Eisenlohr, C. Zhang, H. Li, J. Seal, L. Wang, Y. Yang, C.J. Boehlert, M.A. Crimp, R. Barabash, and W. Liu, "Characterization and modeling of heterogeneous deformation near grain boundaries in titanium and Ti-5Al-2.5Sn", Nov. 15, 2011, *Complex Dynamics of Dislocations, Defects, and Interfaces Workshop*, Los Alamos National Laboratory.

11. T. R. Bieler, L. Wang, Y. Yang, M. A. Crimp, P. Eisenlohr, D.E. Mason, R. Barabash, G.E. Ice, and W. Liu, "Damage Nucleation at Grain Boundaries in Commercial Purity Ti", January 19, 2010 *ASM Atlanta section*, Atlanta, GA.

12. P. Eisenlohr, E. Demir, F. Roters, F., D. Raabe, T.R. Bieler, M.A. Crimp, L. Wang, Y. Yang, "Experiments and Models of Nano- and Microscale Crystal Mechanics", *Int. Max-Planck Workshop Multiscale Materials Modelling*, March 11, 2009, Berlin, Germany.

13. T.R. Bieler, M.A. Crimp, F. Pourboghrat, D.E. Mason, A. Fallahi, B.A. Simkin, B.C. Ng, D. Kumar, A. Zamiri, The Effect of Twinning and Crystal Orientation on Microcrack Initiation in Duplex TiAl Grain Boundaries, *IRC Workshop*, U. Birmingham, July 6, 2004, Birmingham, England.

14. T.R. Bieler, M.A. Crimp, F. Pourboghrat, S.L. Semiantin, and P.C. Nicolaou, "Damage Nucleation & Growth in Anisotropic Metals", *US Car Workshop on Magnesium Powertrain Components for Automobiles*, October 17. 2003, US CAR headquarters, Southfield, MI.

15. T.R. Bieler, M.A. Crimp, D.E. Mason, B.A. Simkin, and B-C. Ng, "Mesoscopic Measurement of Slip Transfer and Microcracking Across Boundaries in TiAl and Aluminum Alloy Systems", June 1, 2003, ALCOA Technical Center, Alcoa, PA.

16. H. Geng, R. Loloee, and M.A. Crimp, "Characterization of Sputter Grown Epitaxial Giant Magnetoresistance (GMR) Multilayers using Scanning and Transmission Electron Microscopy", (poster presentation) *16th Annual CFMR Symposium*, April 15, 2002, East Lansing, MI.

17. M.A. Crimp, "Advanced Electron Beam Characterization Techniques at MSU", *University Materials Committee Symposium*, April 13, 2002, East Lansing, MI.

18. J. Heckmann, H. Geng, R. Loloee, W.P. Pratt, J. Bass, and M.A. Crimp, "Structural Studies of Magnetic Thin Films for GMR Applications" (poster presentation) *Materials Research Science and Engineering Center On-Site Review*, April 25, 2001, East Lansing, MI.

19. J. Heckman, H. Geng, R. Loloee, W.P. Pratt, Jr., J. Bass and M.A. Crimp, "Analytical and High Resolution TEM of Epitaxial Giant Magnetoresistance (GMR) Multilayers", (poster presentation) *15th Annual CFMR Symposium: Chemistry, Physics & Biology at the Nanoscale*, March 26, 2001, East Lansing, MI.

20. T.R. Bieler, M.A. Crimp, D.E. Mason, S.L. Semiatin, K.N. Subramanian, & J.P. Lucas, "Identification and Quantification of heterogeneous Deformation in TiAl, Ti-6Al – 4V, and Lead Free Solder Joints", *Workshop on Displacive Measurements Techniques*, January 24, 2001, Wright Patterson Air Force Base, Dayton, OH.

M.A. Crimp Vitae p.42

**EXHIBIT 4**

21. J.W. Heckman, H. Geng, R. Loloee, WP Pratt, J Bass, and MA Crimp, "Structural and Compositional Characterization of Epitaxial GMR Multilayers", Argonne National Laboratory - West, November 27, 2000, Idaho Falls, ID.

22. T.R. Beiler, M.A. Crimp, and D.E. Mason, (multi-part presentation) "Mesoscopic Measurement and Modeling of Slip Transfer Across Boundaries: Towards Designing Optimal Microstructures", October 19, 2000, GM Technical Center, Warren, MI.

23. R. Loloee, W. P. Pratt, J. Bass, and M.A. Crimp, "Orientation Characterization of Sputter Deposited epitaxial Nb/Cu/Py and Nb/Cu/Co Bilayers using EBSP and AFM", Department of Physics, Leeds University, June 27 2000, Leeds, England.

24. R. Loloee, J.A. Caballero, W.P. Pratt, Jr., J. Bass, and M.A. Crimp, "CPP-GMR in Epitaxial Permalloy-based Exchanged-Biased Spin-Valves" (poster presentation) *14th Annual CFMR Workshop: Polymers & Biopolymers; Nanostructure and Adhesion*, February 28, 2000, East Lansing, MI.

25. W.S. Huang, J. Asmussen, B. Wright, D.M. Gruen, S.L. Jiao, A.R. Krauss, A. Sumant, M.A. Crimp, and L. Zheng, "Microwave-Plasma Assisted Chemical Vapor Deposition of Ulta-Nanocrystalline Diamond Films", (poster presentation) *14th Annual CFMR Workshop: Polymers & Biopolymers; Nanostructure and Adhesion*, February 28, 2000, East Lansing, MI.

26. H. Geng, J.W Heckmann, R. Loloee, W.P Pratt, Jr., J. Bass, and M.A. Crimp, "The Effect of Substrate on the Structure of Ag/NiFe GMR Spin-Valves" (poster presentation) *14th Annual CFMR Workshop: Polymers & Biopolymers; Nanostructure and Adhesion*, February 28, 2000, East Lansing, MI.

27. H. Geng, J.W. Heckman, W.P. Pratt, J. Bass, and M.A. Crimp, "Analytical HRTEM Studies of Cu/Py GMR Spin Valve Multilayers" (poster presentation) *13th Annual CFMR Symposium: Crystal Engineering; Research and Applications,* March 15, 1999, East Lansing, MI.

28. R. Loloee, W.P. Pratt Jr., J. Bass, and M.A. Crimp, "Orientation Characterization of Sputter Deposited Epitaxial Nb/Cu/Py and Nb/Cu/Co Bilayers using EBSP" (poster presentation) *13th Annual CFMR Symposium: Crystal Engineering; Research and Applications*, March 15, 1999, East Lansing, MI.

29. R. Loloee, W.P Pratt, Jr., and M.A. Crimp, "Epitaxial Growth of Nb-Cu-Co bilayers on $Al_2O_3$ Substrates using DC Magnetron Sputtering" (poster presentation) *4th Workshop in Magnetic Multilayers, Thin Films & Mesoscopic Systems*, November 7, 1998, East Lansing, MI.

30. H. Geng, W. Zhu, J.W. Heckman, R. Loloee, W.P. Pratt, Jr., J. Bass, and M.A. Crimp, "Structural Studies of Layered Magnetic Multilayers" (poster presentation), *4th Workshop in Magnetic Multilayers, Thin Films & Mesoscopic Systems*, November 7, 1998, East Lansing, MI.

31. R. Loloee, M.A. Crimp, J. Bass, and W.P Pratt, Jr., "Epitaxial Growth of Nb Films on Sapphire Substrates Using DC Magnetron Sputtering" (poster presentation) *12th Annual CFMR Symposium: Fundamentals of Sensor Science*, March 2, 1998, East Lansing, MI.

32. H. Geng, W. Zhu, J.W. Heckman, and M.A. Crimp, "CTEM and HREM Characterization of Layering and Atomic Structure of Spin Valves", (poster presentation) *12th Annual CFMR Symposium: Fundamentals of Sensor Science*, March 2, 1998, East Lansing, MI.

33. B. Ghosh and M.A. Crimp, "Dislocation Generation and Motion in NiAl Single Crystals" (poster presentation), *SAMPE Annual Symposium*, January 14, 1998, East Lansing, MI.

34. H. Geng and M.A. Crimp, "TEM Characterization of Layered Magnetic Materials" (poster presentation), *3rd Workshop In Magnetic Multilayers*, November 8, 1997, Michigan State University, East Lansing, MI.

35. H. Geng, and M.A. Crimp, "TEM Characterization of Layered Magnetic Structures", (poster presentation) *11th Annual CFMR Symposium*, April 21, 1997, East Lansing, MI.

36. H. Geng and M.A. Crimp, "HREM Characterization of Giant Magneto Resistance Multilayers", (poster presentation) *NSF/MRSEC Site Visit*, February 26, 1997, East Lansing, MI.

M.A. Crimp Vitae p.43

**EXHIBIT 4**

37. <u>M.A. Crimp,</u> "Fundamentals of ECCI Imaging" (poster presentation) *Channel+ Users Workshop*, January 21, 1997, Aarhus, Denmark.
38. <u>H. Geng</u> and M.A. Crimp, "HREM Examination of GMR Multilayers", (poster presentation) *2nd Workshop in Magnetic Multilayers*, November 23, 1996, East Lansing, MI.
39. <u>M.A. Crimp</u> and P Alavilli, "In-Situ SEM Observation of Fatigue Crack Initiation in Kaowool/Saffil Whisker Reinforced Al-Si Alloy Matrix Composites", *1995 Inst. Mech. and Mat. Young Investigators Workshop*, November 10, 1995, Thousand Oaks, CA.
40. <u>M.A. Crimp,</u> "Transmission Electron Microscopy Studies of Multilayer Structures", *CRMR/MRSEC Symposium on Multilayer Structures*, July 10, 1995, East Lansing, MI.
41. <u>L. Hoines, D. Howell</u>, J.A. Cowen, J. Bass, and M.A. Crimp, "Finite Size Effects and TEM Characterization of Metallic Spin Glass/ Ag-Si Multilayers", (poster presentation) *7th Ann. CFMR/Industry Symposium*, April 19, 1993, East Lansing, MI.

## CURRENT SUPPORT

C. Boehlert, T.R. Bieler, M.A. Crimp, and P. Eisenlohr, "Characterization and Modeling of Deformation Induced Damage in Titanium Alloys", Funded by the Dept. of Energy, Basic Sciences Division, Total Award $725,000 (September 15, 2019 – September 14, 2022).

## PAST SUPPORT AND PROGRAMS

C. Boehlert, T.R. Bieler, M.A. Crimp, and P. Eisenlohr, "Characterization and Modeling of Deformation Induced Damage in Titanium Alloys", Funded by the Dept. of Energy, Basic Sciences Division, Total Award $609,595 (September 15, 2015 – September 14, 2018).

M.A. Crimp, "FIB Based Tomography of Dislocations Structures using Channeling Imaging", Funded by the National Science Foundation, Award $320,000, (July 1, 2015 – June 30, 2018).

P. Eisenlohr, M.A. Crimp, and T.R Bieler, "Systematic Identification of Constitutive Parameters for Crystal Plasticity Models of Non-Cubic Metal Alloys", Funded by the National Science Foundation, Award $419,916 (July 1, 2014 – June 30, 2017).

C.-Y. Ruan, M.A. Crimp, M.M. Berz, P.M. Duxbury, "MRI: Development of a Femtosecond High Brightness Electron Beam Source for Time-Resolved Electron Diffraction and Imaging", Funded by the National Science Foundation, Total Award $968,183 (October 1, 2011 – September 30, 2015).

C. Boehlert, T.R. Bieler, and M.A. Crimp, "SISGR: Characterization and Modeling of Deformation Induced Damage in Titanium Alloys", Funded by the Dept. of Energy, Basic Sciences Division, Total Award $585,000, (September 15, 2012 – September 14, 2015).

T.R. Bieler and M.A. Crimp, "Materials World Network: Characterization and Modeling of the Interplay between Grain Boundaries and Heterogeneous Plasticity in Titanium", Funded by the National Science Foundation, Total Award $480,000 (September 1, 2011 – August 31, 2015).

M.A. Crimp Vitae p.44

**EXHIBIT 4**

M.A. Crimp and T.R. Bieler, "Characterization, Analysis, and Modeling of Damage Nucleation in BCC Metals", Funded by Sandia National Laboratory, Total Award $394,074 (May 1, 2011 – September 30, 2014).

C.-Y. Raun, M. Berz, M. Doleans, M. Dantus, P. Duxbury, and M.A. Crimp, "Material Imaging at Space-Time Limits", Funded by the MSU Foundation Strategic Partnership Grant, Total Award, $400,000 (May 15, 2009 – May 14, 2012).

C. Boehlert, T.R. Bieler, and M.A. Crimp, "Characterization and Modeling of Deformation Induced Damage in Titanium Alloys", Funded by the Dept. of Energy, Basic Sciences Division, Total Award $555,000, (September 15, 2009 – September 14, 2012).

C. Boehlert, T.R. Bieler, and M.A. Crimp, "Characterization and Modeling of Deformation Induced Damage in Titanium Alloys:  Supplement; Acquisition of a Field Emission Gun Scanning Electron Microscope", Funded by the Dept. of Energy, Basic Sciences Division, Total Award $490,000, (August 1, 2010 – September 14, 2012).

L.T. Drzal, M.A. Crimp, C. Chen, W.P Pratt, and C.-Y. Raun, "Acquisition of an Environmental Scanning Electron Microscope with a 3D Dual Beam Focused Ion Beam (FIB)", Funded by the National Science Foundation, Total Award $1,453,598 + $622,970 MSU match, (August 1, 2009 – July 31, 2011).

T.R. Bieler and M.A. Crimp, "World Material Network: Investigation of Damage Nucleation Mechanisms in Polycrystals", Funded by the National Science Foundation, Total Award $419,000 (July 1, 2007 – June 30, 2011).

J. Nogami and M.A. Crimp, "Epitaxial Growth of Uniaxially and Biaxially Mismatched Films on Silicon", Funded by the National Science, Total Award $433,268 (May 15, 2003 – May 14, 2007).

C.J. Boehlert, T.R. Bieler, and M.A. Crimp, "Acquisition of a Vacuum System for Performing Elevated-Temperature Mechanical Testing to Understand Processing-Microstructure-Property Relationships in of Structural Alloys", Funded by the Air Force Office of Scientific Research (DURIP), Total Award $100,000 (May 15, 2006 – May 14, 2007).

M. Kanatzidis, J. Bass, M. Crimp, M. Velbel, and T. Pinnavaia, "Acquisition of a 200kV Field Emission Gun Transmission Electron Microscope", Funded by the National Science Foundation, Total Award $1,120,000 + $480,000 University Match (August 15, 2000 – July 31, 2006).

B. Golding, Center Director, M.A. Crimp et al. (21 senior investigators), "A Materials Research Science and Engineering Center:  Sensor Materials for Control and Diagnostics", Funded by the National Science Foundation, Total Award $6,398,000 (September 1, 1998 - August 30, 2005).

T.R. Bieler, M.A. Crimp, and D.E. Mason, "Mesoscopic Measurement and Modeling of Slip Transfer Across Boundaries in Anisotropic Metallic Systems", Funded by the Air Force Office of Scientific Research, Total Award $375,000 (December 15, 2000 – August 1, 2004).

M.A. Crimp Vitae p.45

**EXHIBIT 4**

J. Nogami, M. Crimp, N.O. Birge, S.D. Mahanti, and M. Kanatzidis, "Transport in Self Assembled Nanostructures", Funded by the MSU Center for Fundamental Materials Research, Total Award $77,000 (July 1, 2002 – June 30 2003).

J. Nogami, M. Crimp, N.O. Birge, S.D. Mahanti, and M. Kanatzidis, "Transport in Self Assembled Nanostructures", Funded by the MSU Center for Fundamental Materials Research, Total Award $56,000 (July 1, 2001 – June 30 2002).

M.A. Crimp, "TEM Studies of Giant Magneto Resistance Multilayer Structures", Funded by the Ford Research Fund, Total Gift $102,000 (January 1, 1995 - December 31, 2000).

T.R. Bieler & M.A. Crimp, "Slip Transmission and Fracture Initiation in Microlamellar Composite Materials with Anisotropic Properties", Funded by the State of Michigan Research Excellence Fund (CSMC), Total Award $78,150 (July 1, 1998-December 31, 2000).

M.A. Crimp, "Electron Microscopy Studies of Dislocation Motion and Generation in Inherently Ductile NiAl", Funded by the Office of Naval Research, Total Award $280,718 + $40,000 University Match (January 2, 1994 - September 30, 1998).

M.A. Crimp, "NSF Young Investigator Awards FY 1992 Program - Electron Channeling Contrast Imaging of Dislocations", funded by the National Science Foundation, Total Award up to $500,000 ($25,000 + up to $37,500 one for one matching funds, per fiscal year) (Sept. 1, 1992-January 31, 1999).

E. Case, D. Reinhard & M.A. Crimp, "Joining of Structural Ceramic and Optical Materials Using Interlayers", Funded by the State of Michigan Research Excellence Fund (CSMC), Total Award $83,250 (July 1, 1997-June 30, 2000).

B. Golding, Center Director, M.A. Crimp et al. (13 investigators), "A Materials Research Science and Engineering Center:  Sensors for Automotive Engine Diagnostics", Funded by the National Science Foundation, Total Award $5,300,000 (September 1, 1994 - August 31, 1998).

B. Golding, Center director, M.A. Crimp et al., (13 investigators), "Advanced Sensors, Structural Composites Materials and Engine Diagnostics for Automotive Technologies", Funded by the State of Michigan Research Excellence Fund (CFMR), Individual Portion of Block Grant $22,000 (July 1, 1995-June 30, 1996).

M.A. Crimp et al., (13 investigators), "Advanced Sensors, Structural Composites Materials and Engine Diagnostics for Automotive Technologies", Funded by the State of Michigan Research Excellence Fund (CFMR), Total Award $420,300; $205,300 (July 1, 1993-June 30), 1994; $215,00 (July 1, 1994-June 30, 1995).

M.A. Crimp, "Acquisition of a Field Emission Gun Scanning Electron Microscope for Electron Channeling Contrast Imaging", Funded by the National Science Foundation, Total Award $168,475 + $105,000 University Match (August 15, 1993 - January 31, 1995).

M.A. Crimp, "In-situ Study of Fatigue Crack Initiation and Propagation in Metal Matrix Composites", Funded by the State of Michigan Research Excellence Fund (CSMC), Total Award $99,810 (July 1, 1993-June 30, 1998).

M.A. Crimp Vitae p.46

**EXHIBIT 4**

M.A. Crimp, "X-ray Package for Shielding Column of H-800 TEM", Funded by the MSU Research Excellence Fund NACIS Program, Total Award $7,000 (November 21, 1994 - June 30, 1995).

M.A. Crimp, "Materials Studies Using Innovative Electron Microscopy Techniques", Funded by the Ford Foundation, Total Award $17,500 (September 1, 1993 -August 31, 1995).

M.A. Crimp, "EBSP Analysis of Recrystallization Behavior of Saffil Whiskers", Funded by GM Research, Total Award, $10,000 (June 1, 1993-December 30, 1994).

J.A. Cowen, J. Bass and M.A. Crimp, "Studies of Finite Size Effects on Phase Transitions Using Spin Glasses", Funded by the State of Michigan Research Excellence Fund (CFMR), Total Award $43,250 (October 1, 1992-June 30, 1994).

M.A. Crimp, "Examination of Dislocation Core Structures in B2 Intermetallic Alloys", Funded by the Office of Naval Research, Total Award $224,879 (May 15, 1990-January 1, 1993).

M.A. Crimp and M.J. Crimp, "Characterization of FED Processed FeAl/$Al_2O_3$ Intermetallic Matrix Composites", Funded by the State of Michigan Research Excellence Fund (CMSC), Funded amount $58,384 (October 1, 1991-June 30, 1993).

M.A. Crimp, "Transmission Electron Microscopy Characterization of Sputtered Metallic Multilayers", Funded by the State of Michigan Research Excellence Fund, (CFMR) for $10,000 (April 1, 1992-September 30, 1992).

M.A. Crimp and M.J. Crimp, "Fiber Electrophoretic Deposition Processing of FeAl/$Al_2O_3$ Intermetallic Matrix Composites", Funded by the State of Michigan Research Excellence Fund (CSMC), Funded amount $31,000 (October 1, 1990-September 30, 1991).

M.A. Crimp, "The Effect of Texture on the Bimodal Grain Growth and Mechanical Behavior of FeAl", Funded by the Michigan State University All University Research Initiation Grants (AURIG), Funded amount $6,164, (January 1, 1990-December 31, 1990).

**EXHIBIT 4**