# SAMUEL

HAYWARD, CA 94544
Phone 800-631-9765, Fax 866-314-3726

Page 1 of 1
Order# 9925882-00

| Customer P.O. | Carrier Instructions | | |
|---|---|---|---|
| VBL LUKE | RICH DOSS Prepaid | | |

Ship To:
KKM PRECISION INC.
5201 CONVAIR DRIVE
CARSON CITY, NV 89706

Sold To:
41751 KKM PRECISION INC.
LUKE MCINTIRE 775-246-5444

Promise 4/27/16
Ship 042 LOSA
Rep..... GW /RV

| Line Item | Qty Ordered | Qty Shipped | Back Ordered | Product Description |
|---|---|---|---|---|
| 1 | 6000 LBS | 6087 LBS | | SS 416 Round Bar 1.250" X 144 RDM" |
| | | | | Package#  Pcs      Heat/Lot# |
| | | | | 3215215   15       G22664 |
| | | | | 3215216   26       G22664 |
| | | | | 3215217   27       G22664 |
| | | | | 3215218   27       G22664 |
| | | | | 3215219   26       G22664 |
| | | | | 3215220    3       G22664 |
| | | | | --> MTR With Delivery |

Driver Signature _____  Date _____  # Of Packages _____  Unit#  ____
Customer Signature [signed]  Date 4-27-16  # Of Packages

Packages.. 6   Weight... 6087

Comments Or Delivery Notes:
BL 4/28/16
Shipping
04/27/16 19:23:23

Customer Signed Receipt (POD)
... Thank-You For Your Business ...
www.samuel.com

TERMS OF SALE AND ACCEPTANCE
Sales of the goods described on this shipping document are subject to the Sale Agreement on the reverse side of this document. Customer's acceptance of delivery constitutes Customer's unqualified acceptance of the terms and conditions of the Sales Agreement. Quality and condition claims must be made within ten (10) days of receipt of material.

packsl3

SAM-NPR000006

```
Request: 6576924
Samuel, Son & Co., LTD.

KKM PRECISION INC.              PO# VBL LUKE
SSM Order # 9925882-

SSM
Order                    Customer                                    # of
Line# Job#               Part#                   Heat/Lot#           tags
----- --------------------  ----------------------  --------------------
1     SS 416 Round Bar 1.250" X 144 RDM"
                                                   G22664            (6)
```

SAM-NPR000007