

# Certificate of Test

Page: 1

HEAT G22664   ORDER 661822/ 06   BOL 0233943  *  CERTIFICATION  *  11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES           900400000

621975

---------------------------------- YOUR ORDER & DATE ----------------------------------
7186768                9/07/15 CUST# 0395001 CUST TAG#5466062

---------------------------------- ITEM DESCRIPTION ----------------------------------
GRADE 416                  Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES     Country of Mfg.: UNITED STATES
                                   NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1282    Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1C
---------------------------------- SPECIFICATIONS ----------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II              ASTM A484 15
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------------------------------- MECHANICAL & OTHER TESTS ----------------------------------
Hardness as shipped    216 HB      Hardness as tested         432 HB
Hardness as shipped    ( 96 HRB )
                                   Hardness as tested         ( 46 HRC )
                                   Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                       OK     0.2% Yield Strngth,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                       OK     Elongation % in 4D          23.0
                                   Reduction of area %         57.0

---------------------------------- CHEMICAL COMPOSITION ----------------------------------
Carbon      (C )    .120     Manganese  (Mn)  1.040
Phosphorus  (P )    .017     Sulphur    (S )   .320
Silicon     (Si)    .460     Chromium   (Cr) 13.000
Nickel      (Ni)    .320     Cobalt     (Co)   .050
Copper      (Cu)    .110     Moly       (Mo)   .080
Nitrogen    (N )    .044     Columbium  (Cb)   .020
Titanium    (Ti)    .010     Aluminum   (Al)   .010
Tin         (Sn)    .006     Vanadium   (V )   .050
Tungsten    (W )    .050                        .000
Columbium/
Tantalum (Cb+Ta)    .020
Iron        (Fe)  Balance
Melt Practice     EAF
Refining Practice AOD
De-long Ferrite

SAMUEL, SON & CO.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date 11/19/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio

SAM-NPR000008



# Certificate of Test

Page: 1

HEAT G22664    ORDER 661822/06   BOL 0233943  *  CERTIFICATION   *  11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES        900400000

621976

-------------------- YOUR ORDER & DATE --------------------
7186768              9/07/15 CUST# 0395001 CUST TAG#5466062

-------------------- ITEM DESCRIPTION --------------------
GRADE 416                Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                                  NAFTA Country of Origin is Country of Melt

No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1318   Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1D
-------------------- SPECIFICATIONS --------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II           ASTM A484 15
ASTM A582 12e1                    DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------- MECHANICAL & OTHER TESTS --------------------
Hardness as shipped     216 HB     Hardness as tested       432 HB
Hardness as shipped    ( 96 HRB )
                                   Hardness as tested       ( 46 HRC )
                                   Tensile strength,KSI (MPa)  100.2 ( 691 )
Micro                      OK      0.2% Yield Strngth,KSI(MPa)  76.2 ( 525 )
Intergranular corrosion
Macro                      OK      Elongation % in 4D         23.0
                                   Reduction of area %        57.0

-------------------- CHEMICAL COMPOSITION --------------------
Carbon       (C )   .120     Manganese   (Mn)  1.040
Phosphorus   (P )   .017     Sulphur     (S )   .320
Silicon      (Si)   .460     Chromium    (Cr) 13.000
Nickel       (Ni)   .320     Cobalt      (Co)   .050
Copper       (Cu)   .110     Moly        (Mo)   .080
Nitrogen     (N )   .044     Columbium   (Cb)   .020
Titanium     (Ti)   .010     Aluminum    (Al)   .010
Tin          (Sn)   .006     Vanadium    (V )   .050
Tungsten     (W )   .050                        .000
Columbium/
Tantalum (Cb+Ta)    .020
Iron         (Fe)   Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

SAMUEL, SON & CO INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date 11/19/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

*M.F. Marcanio* (signature)

SAM-NPR000009



# Certificate of Test

Page: 1

HEAT G22664    ORDER 661822/ 06   BOL 0233943  *  CERTIFICATION  *  11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000

621978

------------------------------- YOUR ORDER & DATE -------------------------------
7186768                 9/07/15 CUST# 0395001 CUST TAG#5466062

------------------------------- ITEM DESCRIPTION -------------------------------
GRADE 416                Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES      Country of Mfg.: UNITED STATES
                                    NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles  1   Total Weight  1320    Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1E
------------------------------- SPECIFICATIONS -------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II              ASTM A484 15
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped    216 HB    Hardness as tested       432 HB
Hardness as shipped    ( 96 HRB )
                                 Hardness as tested       ( 46 HRC )
                                 Tensile strength,KSI (MPa)  100.2 ( 691 )
Micro                     OK     0.2% Yield Strngth,KSI(MPa)  76.2 ( 525 )
Intergranular corrosion
Macro                     OK     Elongation % in 4D        23.0
                                 Reduction of area %       57.0

--------------------------- CHEMICAL COMPOSITION ---------------------------
Carbon      (C )   .120    Manganese   (Mn)  1.040
Phosphorus  (P )   .017    Sulphur     (S )   .320
Silicon     (Si)   .460    Chromium    (Cr) 13.000
Nickel      (Ni)   .320    Cobalt      (Co)   .050
Copper      (Cu)   .110    Moly        (Mo)   .080
Nitrogen    (N )   .044    Columbium   (Cb)   .020
Titanium    (Ti)   .010    Aluminum    (Al)   .010
Tin         (Sn)   .006    Vanadium    (V )   .050      SAMUEL, SON & CO INC
Tungsten    (W )   .050                        .000         LOS ANGELES
Columbium/                                                QC Certified True Copy
Tantalum (Cb+Ta)   .020                                Of Original Material Test Report
Iron        (Fe) Balance
Melt Practice     EAF
Refining Practice AOD                                  Initials _____ Date 11/19/15
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                        M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio*

SAM-NPR000010



# Certificate of Test

Page: 1

HEAT G22664    ORDER 661822/ 06  BOL 0233943  *  CERTIFICATION  *  11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000

621979

-------------------------------- YOUR ORDER & DATE ------------------------------
      7186768                9/07/15 CUST# 0395001 CUST TAG#5466062

-------------------------------- ITEM DESCRIPTION -------------------------------
GRADE 416                       Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES     Country of Mfg.: UNITED STATES
                                   NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1294    Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1F
-------------------------------- SPECIFICATIONS ---------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II             ASTM A484 15
ASTM A582 12e1                      DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------------------------- MECHANICAL & OTHER TESTS ---------------------------
Hardness as shipped      216 HB      Hardness as tested       432 HB
Hardness as shipped    ( 96 HRB )
                                     Hardness as tested      ( 46 HRC )
                                     Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                       OK       0.2% Yield Strngth,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                       OK       Elongation % in 4D        23.0
                                     Reduction of area %       57.0

------------------------------- CHEMICAL COMPOSITION ----------------------------
Carbon      (C )   .120    Manganese  (Mn)   1.040
Phosphorus  (P )   .017    Sulphur    (S )    .320
Silicon     (Si)   .460    Chromium   (Cr)  13.000
Nickel      (Ni)   .320    Cobalt     (Co)    .050
Copper      (Cu)   .110    Moly       (Mo)    .080
Nitrogen    (N )   .044    Columbium  (Cb)    .020
Titanium    (Ti)   .010    Aluminum   (Al)    .010
Tin         (Sn)   .006    Vanadium   (V )    .050
Tungsten    (W )   .050                        .000
Columbium/
Tantalum (Cb+Ta)   .020
Iron        (Fe)   Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____  Date 11/19/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                       M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio* (signature)

SAM-NPR000011


**outokumpu** high performance stainless steel

# Certificate of Test

Page: 1

HEAT G22664    ORDER 661822/ 06   BOL 0233943   * CERTIFICATION   * 11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES            900400000

621980

---------- YOUR ORDER & DATE ----------
7186768                9/07/15 CUST# 0395001 CUST TAG#5466062

---------- ITEM DESCRIPTION ----------
GRADE 416                  Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                                  NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1294   Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1G

---------- SPECIFICATIONS ----------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II           ASTM A484 15
ASTM A582 12e1                    DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------- MECHANICAL & OTHER TESTS ----------
Hardness as shipped      216 HB        Hardness as tested       432 HB
Hardness as shipped     ( 96 HRB )
                                       Hardness as tested      ( 46 HRC )
                                       Tensile strength,KSI (MPa)  100.2 ( 691 )
Micro                           OK     0.2% Yield Strngth,KSI(MPa)  76.2 ( 525 )
Intergranular corrosion
Macro                           OK     Elongation % in 4D        23.0
                                       Reduction of area %       57.0

---------- CHEMICAL COMPOSITION ----------
Carbon      (C )   .120    Manganese  (Mn)  1.040
Phosphorus  (P )   .017    Sulphur    (S )   .320
Silicon     (Si)   .460    Chromium   (Cr) 13.000
Nickel      (Ni)   .320    Cobalt     (Co)   .050
Copper      (Cu)   .110    Moly       (Mo)   .080
Nitrogen    (N )   .044    Columbium  (Cb)   .020
Titanium    (Ti)   .010    Aluminum   (Al)   .010
Tin         (Sn)   .006    Vanadium   (V )   .050
Tungsten    (W )   .050                       .000
Columbium/
Tantalum (Cb+Ta)   .020
Iron        (Fe)   Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date 11/19/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

*MF Marcanio*

SAM-NPR000012



# Certificate of Test

Page: 1

HEAT G22664    ORDER 661822/ 06  BOL 0233943  *  CERTIFICATION  *  11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES       900400000

621981

---------------------- YOUR ORDER & DATE ----------------------
7186768              9/07/15 CUST# 0395001 CUST TAG#5466062

---------------------- ITEM DESCRIPTION ----------------------
GRADE 416              Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES   Country of Mfg.: UNITED STATES
                                 NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1320    Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1H
---------------------- SPECIFICATIONS ----------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II          ASTM A484 15
ASTM A582 12e1                   DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------------------- MECHANICAL & OTHER TESTS ----------------------
Hardness as shipped    216 HB    Hardness as tested      432 HB
Hardness as shipped   ( 96 HRB )
                                 Hardness as tested     ( 46 HRC )
                                 Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                      OK    0.2% Yield Strngth,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                      OK    Elongation % in 4D           23.0
                                 Reduction of area %          57.0

---------------------- CHEMICAL COMPOSITION ----------------------
Carbon       (C )  .120     Manganese   (Mn)  1.040
Phosphorus   (P )  .017     Sulphur     (S )   .320
Silicon      (Si)  .460     Chromium    (Cr) 13.000
Nickel       (Ni)  .320     Cobalt      (Co)   .050
Copper       (Cu)  .110     Moly        (Mo)   .080
Nitrogen     (N )  .044     Columbium   (Cb)   .020
Titanium     (Ti)  .010     Aluminum    (Al)   .010
Tin          (Sn)  .006     Vanadium    (V )   .050
Tungsten     (W )  .050                        .000
Columbium/
Tantalum (Cb+Ta)   .020
Iron         (Fe)  Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date 11/19/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

M.F. Marcanio

SAM-NPR000013



# Certificate of Test

Page: 1

HEAT G22664    ORDER 661822/ 06   BOL 0233943  *  CERTIFICATION   *  11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES           900400000

621982

-------------------------------- YOUR ORDER & DATE --------------------------------
      7186768                9/07/15 CUST# 0395001 CUST TAG#5466062

-------------------------------- ITEM DESCRIPTION --------------------------------
GRADE 416                        Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES       Country of Mfg.: UNITED STATES
                                 NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles  1   Total Weight  1292   Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1J
-------------------------------- SPECIFICATIONS --------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II              ASTM A484 15
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------------- MECHANICAL & OTHER TESTS --------------------------
Hardness as shipped       216 HB      Hardness as tested       432 HB
Hardness as shipped       ( 96 HRB )
                                      Hardness as tested       ( 46 HRC )
                                      Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                        OK       0.2% Yield Strngth,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                        OK       Elongation % in 4D          23.0
                                      Reduction of area %         57.0

-------------------------- CHEMICAL COMPOSITION --------------------------
Carbon       (C )   .120     Manganese    (Mn)   1.040
Phosphorus   (P )   .017     Sulphur      (S )    .320
Silicon      (Si)   .460     Chromium     (Cr)  13.000
Nickel       (Ni)   .320     Cobalt       (Co)    .050
Copper       (Cu)   .110     Moly         (Mo)    .080
Nitrogen     (N )   .044     Columbium    (Cb)    .020
Titanium     (Ti)   .010     Aluminum     (Al)    .010
Tin          (Sn)   .006     Vanadium     (V )    .050
Tungsten     (W )   .050                           .000      SAMUEL, SON & CO. INC.
Columbium/                                                      LOS ANGELES
Tantalum (Cb+Ta)    .020                                     QC Certified True Copy
Iron         (Fe)   Balance                                 Of Original Material Test Report
Melt Practice       EAF
Refining Practice   AOD                                     Initials_____ Date_11/19/15
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                          M.F. Marcanio,  Quality Manager


Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

                                                          M.F. Marcanio

SAM-NPR000014



# Certificate of Test

Page: 1

HEAT G22664    ORDER 661822/ 06   BOL 0233943  *  CERTIFICATION  *  11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000

621983

---------------------------- YOUR ORDER & DATE ---------------------------
     7186768                 9/07/15 CUST# 0395001 CUST TAG#5466062

---------------------------- ITEM DESCRIPTION ---------------------------
GRADE 416                    Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES        Country of Mfg.: UNITED STATES
                             NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   718   Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1K
---------------------------- SPECIFICATIONS ---------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II              ASTM A484 15
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------ MECHANICAL & OTHER TESTS ------------------------
Hardness as shipped      216 HB    Hardness as tested        432 HB
Hardness as shipped     ( 96 HRB )
                                   Hardness as tested      ( 46 HRC )
                                   Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                        OK    0.2% Yield Strngth,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                        OK    Elongation % in 4D          23.0
                                   Reduction of area %         57.0

------------------------ CHEMICAL COMPOSITION ------------------------
Carbon       (C )  .120     Manganese  (Mn)  1.040
Phosphorus   (P )  .017     Sulphur    (S )   .320
Silicon      (Si)  .460     Chromium   (Cr) 13.000
Nickel       (Ni)  .320     Cobalt     (Co)   .050
Copper       (Cu)  .110     Moly       (Mo)   .080
Nitrogen     (N )  .044     Columbium  (Cb)   .020
Titanium     (Ti)  .010     Aluminum   (Al)   .010
Tin          (Sn)  .006     Vanadium   (V )   .050
Tungsten     (W )  .050                        .000
Columbium/
Tantalum (Cb+Ta)   .020
Iron         (Fe)  Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date 11/19/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                              M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio* (signature)

SAM-NPR000015



# Certificate of Test

Page: 1

HEAT G22664    ORDER 661362/ 04   BOL 0233860   *   CERTIFICATION   *   11/04/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES            900400000

621746

---------------------------------- YOUR ORDER & DATE ----------------------------------
7182745                 8/10/15 CUST# 0395001 CUST TAG#5466062

---------------------------------- ITEM DESCRIPTION ----------------------------------
GRADE 416                        Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                                  NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1286    Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1A
---------------------------------- SPECIFICATIONS ----------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II              ASTM A484 15
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------------------------------- MECHANICAL & OTHER TESTS ----------------------------------
Hardness as shipped     216 HB     Hardness as tested      432 HB
Hardness as shipped    ( 96 HRB )
                                   Hardness as tested     ( 46 HRC )
                                   Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                       OK     0.2% Yield Strngth,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                       OK     Elongation % in 4D       23.0
                                   Reduction of area %      57.0

---------------------------------- CHEMICAL COMPOSITION ----------------------------------
Carbon       (C )   .120       Manganese   (Mn)   1.040
Phosphorus   (P )   .017       Sulphur     (S )    .320
Silicon      (Si)   .460       Chromium    (Cr)  13.000
Nickel       (Ni)   .320       Cobalt      (Co)    .050
Copper       (Cu)   .110       Moly        (Mo)    .080
Nitrogen     (N )   .044       Columbium   (Cb)    .020
Titanium     (Ti)   .010       Aluminum    (Al)    .010
Tin          (Sn)   .006       Vanadium    (V )    .050
Tungsten     (W )   .050                           .000
Columbium/
Tantalum (Cb+Ta)    .020
Iron         (Fe)   Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

, SON & CO IN(
S ANGELES
rified True Co;
Material Test Repor

Initials_____ Date_____

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

SAMUEL, SON & CO INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials A____ Date 11/17/15

M.F. Marcanio

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

SAM-NPR000016



# Certificate of Test

Page: 1

HEAT G22664    ORDER 661362/ 04  BOL 0233860  *  CERTIFICATION  *  11/04/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES        900400000

621747

---------------------------- YOUR ORDER & DATE ----------------------------
     7182745              8/10/15 CUST# 0395001 CUST TAG#5466062
---------------------------- ITEM DESCRIPTION ----------------------------
GRADE 416                    Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                                  NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   622   Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1B
-------------------------------- SPECIFICATIONS --------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II           ASTM A484 15
ASTM A582 12el                    DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------------------------- MECHANICAL & OTHER TESTS ----------------------------
Hardness as shipped      216 HB    Hardness as tested          432 HB
Hardness as shipped     ( 96 HRB )
                                   Hardness as tested         ( 46 HRC )
                                   Tensile strength,KSI (MPa)  100.2 ( 691 )
Micro                       OK     0.2% Yield Strngth,KSI(MPa)  76.2 ( 525 )
Intergranular corrosion
Macro                       OK     Elongation % in 4D          23.0
                                   Reduction of area %         57.0

---------------------------- CHEMICAL COMPOSITION ----------------------------
Carbon      (C )  .120    Manganese   (Mn)  1.040
Phosphorus  (P )  .017    Sulphur     (S )   .320
Silicon     (Si)  .460    Chromium    (Cr) 13.000
Nickel      (Ni)  .320    Cobalt      (Co)   .050
Copper      (Cu)  .110    Moly        (Mo)   .080
Nitrogen    (N )  .044    Columbium   (Cb)   .020
Titanium    (Ti)  .010    Aluminum    (Al)   .010
Tin         (Sn)  .006    Vanadium    (V )   .050    UEL, SON & CO. INC.
Tungsten    (W )  .050                        .000       LOS ANGELES
Columbium/                                             JC Certified True Copy
Tantalum (Cb+Ta)  .020                              " Original Material Test Report
Iron        (Fe)  Balance
Melt Practice     EAF                                 ____ Date 11/17/15
Refining Practice AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                              M.F. Marcanio,  Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

M.F. Marcanio

SAM-NPR000017