Page 1 of 1



BILL OF LADING

Non-Negotiable



DOSS Pro 5732772

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect ... except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier

| Shipper | SAMUEL, SON & CO<br>6415 E CORVETTE ST<br>LOS ANGELES, CA 90040 | Consignee | KKM PRECISION INC<br>5201 CONVAIR DR.<br>CARSON CITY, CA 89706 |
|---|---|---|---|
| Bill Freight To | SAMUEL SON & CO - LOS ANGELES C/O KDL<br>800 N BELL AVE<br>BLDG 6 SUITE 100<br>CARNEGIE, PA 15106 | Ship Date<br>Purchase Order No.<br>B/L No.<br>Order/SO No.<br>Shipper's No.<br>Carrier's No. | 04/27/2016<br><br>2016042700425<br>9925882-00 |

Special Instructions:

| Handling Units | Pieces | H/M | Description of Articles, Packages, Markings, Exceptions | NMFC # | Class | Weight Lbs. |
|---|---|---|---|---|---|---|
| 6 BUNDLES | 124 PIECES | | SS RD BAR | | 50 | 6087 |
| 1 PIECE | 1 PIECE | | PACKING SLIP | | 50 | 1 |
| Total | | | 0 pieces on 0 pallets, 7 loose pieces | | | 6088 |

Freight Charges
**PrePaid**

Subject to Section 7 of the agreements between Shipper and Carrier, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all lawful charges.

SAMUEL, SON & CO

C.O.D. AMOUNT
$

Remit C.O.D. AMOUNT TO:
CARRIERS C.O.D. FEE PAID BY:
☐ Shipper   ☐ Consignee

FORM OF PAYMENT
☐ Company Check
☐ Money Order
☐ Cashier's Check
☐ Other

Carrier's liability is for actual loss unless otherwise agreed in Appendix B to Common Carrier Rate Agreement, contract, or stated below. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per pound.

Shipper
per _____
(shipper or Shipper's Agent Signature)
Time & Date tendered _____ AM/PM
PERMANENT ADDRESS:

Accepted in good order and condition, unless otherwise stated herein.
PIECES
Exceptions:
Driver Load: Yes ___ No ___
Placard Provided: Yes ___ No ___

Doss Trucking
per _____ (Driver's Signature) 4-27-16 PM
Time & Date tendered

**Shipper Certification**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Per _____ Date _____

**Carrier Certification**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent document in the vehicle.

Per _____ Package Nos _____
Date

SAM-NPR000018



SAMUEL, SON & CO. (USA) INC
800-631-9765
Rep- 437

| | |
|---|---|
| **PLEASE REMIT TO:** | SAMUEL, SON & CO. (USA) INC<br>P. O. Box 935254<br>Atlanta, GA 31193-5254 |
| **INVOICE NO.** | 3116826 |
| **Page** | 1 |
| **Inv date** | 01/11/2017 |
| **Order#** | 1016085-00 |
| **Order date** | 10/20/2016 |
| **Sold:** HAYW **Ship:** LOSA | |

**SOLD TO:** AC#00041751
KKM PRECISION INC.
5201 CONVAIR DRIVE

CARSON CITY, NV 89706-
USA

**PURCHASE ORDER NO.** VBL LUKE

**SHIPPED TO:**
KKM PRECISION INC.
5201 CONVAIR DRIVE

CARSON CITY, NV 89706-
RICH DOSS    Prepaid

| ORDER QTY | PRODUCT DESCRIPTION | QTY. DELIVERED | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| | ** THIS IS A REPRINT ** <br> ** -------------------- ** | | | | |
| 120 EA | SS 416 Round Bar 1.250" X 144 RDM" | 5,962.00 | 1.86 | LBS | 11,089.32 |
| | Ship date Jan 10th 2017 not before unless Luke releases it earlier. | | | | |

Standard Terms: Net 30 Days              % Sales Tax...                              Tax Exempt

For Samuel standard Terms and Condition of Sale, please refer to
http://www.samuel.com/en/AboutSamuel/Pages/Terms.aspx. Our delivery or attempt to deliver the Goods
constitutes your unqualified acceptance of the Terms and Conditions.

**PAY THIS AMOUNT**
$   11,089.32

Ssminfr1- ORU101

SAM-NPR000019

**SAMUEL**

HAYWARD, CA 94544
Phone 800-631-9765, Fax 866-314-3726

Page 1 of 1
Order# 1016085-00

| Customer P.O. | Carrier Instructions | |
|---|---|---|
| VBL LUKE | RICH DOSS | Prepaid |

Ship To:
KKM PRECISION INC.
5201 CONVAIR DRIVE
CARSON CITY, NV 89706

Sold To:
41751 KKM PRECISION INC.
LUKE MCINTIRE 775-246-5444

Ship 042 LOSA
Promise 1/10/17
Rep.... GW /RV

| Line Item | Qty Ordered | Qty Shipped | Back Ordered | Product Description |
|---|---|---|---|---|
| 1 | 120 EA | 120 EA / 5962 LBS | | SS 416 Round Bar 1.250" X 144 RDM" |

Package#    Pcs     Heat/Lot#
3412288     19      37004
3412289     23      37004
3412290     21      37004
3412291     14      063F
3412292     29      207L
3412293     14      G22544

Ship date Jan 10th 2017 not before unless Luke rel
eases it earlier.
---> MTR With Delivery

| Driver Signature | Date | # Of Packages | Unit# | |
|---|---|---|---|---|
| [signature] | 1-10-16 | | Packages.. 6 | Weight.. 5962 |
| Customer Signature | Date | # Of Packages | Comments Or Delivery Notes | |
| | | | | |

01/10/17 20:59:37

[signature] Shipping

**TERMS OF SALE AND ACCEPTANCE**
Sales of the goods described on this shipping document are subject to the Sale Agreement on the reverse side of this document. Customer's acceptance of delivery constitutes Customer's unqualified acceptance of the terms and conditions of the Sales Agreement. Quality and condition claims must be made within ten (10) days of receipt of material.

Customer Signed Receipt (POD)      ... Thank-You For Your Business ...      www.samuel.com      packsl3

SAM-NPR000020

```
Request: 6576926
Samuel, Son & Co., LTD.

KKM PRECISION INC.                PO# VBL LUKE
SSM Order # 1016085-

SSM
Order                    Customer                                  # of
Line# Job#                Part#                   Heat/Lot#         tags
----- -------------------- ------------------------ -------------------------
  1   SS 416 Round Bar 1.250" X 144 RDM"
                                                   37004            (3)
                                                   063F             (1)
                                                   207L             (1)
                                                   G22544           (1)
```

SAM-NPR000021