

# Certificate of Test

Page: 1

```
HEAT G22544     ORDER 666983/ 08  BOL 0237142  *  CERTIFICATION  *  10/05/16
SHIP TO:                                            635836
SAMUEL, SON & CO., INC.                             635837
6415 EAST CORVETTE
323.767.2302
LOS ANGELES         900400000

------------------------------ YOUR ORDER & DATE ------------------------------
    7223435                     5/13/16 CUST# 0395001 CUST TAG#5466062

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                            Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES     Country of Mfg.: UNITED STATES
                           NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1094    Approx. Hot Red. Ratio 212:1

WO 2070887 Bundles: 1B
----------------------------- SPECIFICATIONS ---------------------------------
 THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
 AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II                ASTM A484 16
ASTM A582 12e1                         DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------------- MECHANICAL & OTHER TESTS --------------------------
Hardness as shipped    (212 HB )  Hardness as tested      421 HB
Hardness as shipped     94 HRB
                                  Hardness as tested    ( 45 HRC )
                                  Tensile strength,KSI (MPa)   97.9 ( 675)
Micro                      OK     0.2% Yield Strngth,KSI(MPa)  73.8 ( 509)
Intergranular corrosion
Macro                      OK     Elongation % in 4D            24.2
                                  Reduction of area %           60.1

--------------------------- CHEMICAL COMPOSITION -----------------------------
Carbon      (C )    .110      Manganese   (Mn)   1.030
Phosphorus  (P )    .020      Sulphur     (S )    .310
Silicon     (Si)    .300      Chromium    (Cr)  13.070
Nickel      (Ni)    .370      Cobalt      (Co)    .050
Copper      (Cu)    .200      Moly        (Mo)    .120
Nitrogen    (N )    .044      Columbium   (Cb)    .020
Titanium    (Ti)    .010      Aluminum    (Al)    .010
Tin         (Sn)    .005      Vanadium    (V )    .060
Tungsten    (W )    .050
Iron        (Fe) Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite
```

Knowingly & willfully falsifying or concealing a material act on this form, or making false, fictitious or fraudulent statements or representations herein could constitute a felony punishable under federal statutes. We hereby certify that the test results shown in this report are correct and accurate as contained in the records of the company and are in compliance with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

SAMUEL. SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____   Date 10-9-15

M.F. Marcanio

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

SAM-NPR000025

Page 1 of 1



# BILL OF LADING

Non-Negotiable



DOSS Pro 5751808

Fast Flatbed Freight™
www.dosstrucking.com
(800) 654-7200

_____ of _____

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| Shipper | SAMUEL, SON & CO<br>6415 E CORVETTE ST<br>LOS ANGELES, CA 90040 | Consignee | KKM PRECISION INC<br>5201 CONVAIR DR<br>CARSON CITY, CA 89706 |
|---|---|---|---|
| Bill Freight To | SAMUEL SON & CO - LOS ANGELES C/O KDL<br>800 N BELL AVE<br>BLDG 6 SUITE 100<br>CARNEGIE, PA 15106 | Ship Date<br>Purchase Order No.<br>B.L No.<br>Order/SO No.<br>Shipper's No<br>Carrier's No | 01/18/2017<br><br>2017011000416<br>1016085-00 |

Special Instructions

| Handling Units | Pieces | H/M | Description of Articles, Packages, Markings, Exceptions | NMFC # | Class | Weight Lbs. |
|---|---|---|---|---|---|---|
| 6 BUNDLES | 120 PIECES | | SS RD BAR | | 50 | 5961 |
| 1 PIECE | 1 PIECE | | PACKING SLIP | | 50 | 1 |
| Total | | | 0 pieces on 0 pallets , 7 loose pieces | | | 5962 |

### Freight Charges
### PrePaid

Subject to Section 7 of the agreement between Shipper and Carrier, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all lawful charges.

SAMUEL, SON & CO

C.O.D. AMOUNT
$

Remit C.O.D. AMOUNT TO:
CARRIERS C.O.D. FEE PAID BY
☐ Shipper   ☐ Consignee
FORM OF PAYMENT
☐ Company Check
☐ Money Order
☐ Cashier's Check
☐ Other

Carrier's liability is for actual loss unless otherwise agreed in Appendix B to Common Carrier Rate Agreement, contract, or stated below. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per pound.

_____ Shipper
per

per _____ (Shipper or Shipper's Agent Signature)

Time & Date tendered _____ AM/PM
PERMANENT ADDRESS:

Accepted in good order and condition, unless otherwise stated herein.
PIECES
Exceptions:
Driver Load: Yes _____ No _____
Placard Provided: Yes _____ No _____

Doss Trucking

per _____ (Driver's Signature)
Time & Date tendered 10-17 AM/PM

### Shipper Certification

This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Per _____ Date 1/18/17

### Carrier Certification

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent document in the vehicle.

Per _____ Package Nos _____
Date

SAM-NPR000026

**SAMUEL**
SAMUEL, SON & CO. (USA) INC
800-631-9765
Rep- 437

**PLEASE REMIT TO:**
SAMUEL, SON & CO. (USA) INC
P. O. Box 935254
Atlanta, GA 31193-5254
REF INV# 3116826

**INVOICE NO.** 3157851    **Page** 1
Inv date 04/10/2017
Order# 1098806-00
Order date 04/05/2017
Sold:HAYW Ship:LOSA

**SOLD TO:** AC#00041751
KKM PRECISION INC.
5201 CONVAIR DRIVE
CARSON CITY, NV 89706-
USA

**PURCHASE ORDER NO.**
VBL LUKE

* C R E D I T *
*   M E M O   *

**SHIPPED TO:**
KKM PRECISION INC.
5201 CONVAIR DRIVE
CARSON CITY, NV 89706-
RICH DOSS    Prepaid

| ORDER QTY | PRODUCT DESCRIPTION | QTY. DELIVERED | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| | ** THIS IS A REPRINT ** | | | | |
| 120 EA | SS 416 Round Bar 1.250" X 144 RDM" | 5,962.00 | 1.86 | LBS | 11,089.32 |
| | 120 PIECES | | | | |

Standard Terms: Net 30 Days           % Sales Tax...                Tax Exempt

**PAY THIS AMOUNT**  $  11,089.32 CR

For Samuel standard Terms and Condition of Sale, please refer to http://www.samuel.com/en/AboutSamuel/Pages/Terms.aspx. Our delivery or attempt to deliver the Goods constitutes your unqualified acceptance of the Terms and Conditions.

Ssminfr1- ORU101

SAM-NPR000027

# SAMUEL

**CREDIT - PICKUP**
**Original order# 1016085-00**
Ref Inv# 3116826

HAYWARD, CA 94544
Phone 800-631-9765, Fax 866-314-3726

Page 1 of 1
Credit# 1098806-00

Promise 4/05/17
Ship 042 LOSA Rep.... GW /RV

| Customer P.O. | Carrier Instructions |
|---|---|
| VBL LUKE | RICH DOSS Prepaid |

**Sold To**
41751 KKM PRECISION INC.
LUKE MCINTIRE 775-246-5444

**Ship To** 1
KKM PRECISION INC.
5201 CONVAIR DRIVE
CARSON CITY, NV 89706

| Line Item | Qty Ordered | Qty Shipped | Back Ordered | Product Description |
|---|---|---|---|---|
| 1 | 120 EA | | | SS 416 Round Bar 1.250" X 144 RDM"<br>Heat/Lot# (Original Order<br>37004<br>063F<br>207L<br>G22544<br>120 PIECES<br>1 3412288-19<br>1 3412289-23<br>1 3412290-21<br>1 3412291-14<br>1 3412292-20<br>1 3412293-? N# G22544 |

| Driver Signature | Date | # Of Packages | Unit# | Comments Or Delivery Notes |
|---|---|---|---|---|
| | | | Packages.. Weight.. | 04/10/17 14:55:09 Shipping |

| Customer Signature | Date | # Of Packages | | |
|---|---|---|---|---|

**TERMS OF SALE AND ACCEPTANCE**
Sales of the goods described on this shipping document are subject to the Sale Agreement on the reverse side of this document. Customer's acceptance of delivery constitutes Customer's unqualified acceptance of the terms and conditions of the Sales Agreement. Quality and condition claims must be made within ten (10) days of receipt of material.

Customer Signed Receipt (POD)

... Thank-You For Your Business ...

www.samuel.com

packsl3

SAM-NPR000028



| | | PLEASE REMIT TO: SAMUEL, SON & CO. (USA) INC | | INVOICE NO. 3151529 | Page 1 |
|---|---|---|---|---|---|
| SAMUEL, SON & CO. (USA) INC 800-631-9765 Rep- 437 | | P. O. Box 935254 Atlanta, GA 31193-5254 | | Inv date 03/28/2017 Order# 1093086-00 Order date 03/27/2017 Sold:HAYW Ship:LOSA | |
| SOLD TO: AC#00041751 KKM PRECISION INC. 5201 CONVAIR DRIVE CARSON CITY, NV 89706- USA | | PURCHASE ORDER NO. VBL LUKE-REPLACE | SHIPPED TO: KKM PRECISION INC. 5201 CONVAIR DRIVE CARSON CITY, NV 89706- RICH DOSS Prepaid | | |

| ORDER QTY | PRODUCT DESCRIPTION | QTY. DELIVERED | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| | ** ------------------ ** ** THIS IS A REPRINT ** ** ------------------ ** | | | | |
| 120 PCS | SS 416 Round Bar 1.250" X 144 RDM" Outokumpu material only | 6,348.00 | 1.86 | LBS | 11,807.28 |

Standard Terms: Net 30 Days     % Sales Tax...                Tax Exempt

For Samuel standard Terms and Condition of Sale, please refer to http://www.samuel.com/en/AboutSamuel/Pages/Terms.aspx. Our delivery or attempt to deliver the Goods constitutes your unqualified acceptance of the Terms and Conditions.

PAY THIS AMOUNT $ 11,807.28

Ssminfr1- ORU101

SAM-NPR000029

**SAMUEL**

HAYWARD, CA 94544
Phone 800-631-9765, Fax 866-314-3726

Page 1 of 1
Order# 1093086-00
Promise 3/27/17
Ship 042 LOSA   Rep.... GW /RV

| Customer P.O. | Carrier Instructions |
|---|---|
| VBL LUKE-REPLACE RICH DOSS | Prepaid |

**Ship To**
KKM PRECISION INC.
5201 CONVAIR DRIVE
CARSON CITY, NV 89706

**Sold To**
41751 KKM PRECISION INC.
LUKE MCINTIRE 775-246-5444

| Line Item | Qty Ordered | Qty Shipped | Back Ordered | Product Description |
|---|---|---|---|---|
| 1 | 120 PCS | 120 PCS 6348 LBS | | SS 416 Round Bar 1.250" X 144 RDM" |
| | | | | Package# Pcs Heat/Lot# |
| | | | | 3474818  25   G23479 |
| | | | | 3474819  25   G23479 |
| | | | | 3474820  25   G23479 |
| | | | | 3474821  23   G23479 |
| | | | | 3474823  22   G23479 |
| | | | | Outokumpu material only |
| | | | | ---> MTR With Delivery |

Packages.. 5   Weight.. 6348

| Driver Signature | Customer Signature | Date | # Of Packages | Comments Or Delivery Notes |
|---|---|---|---|---|
| | [signature] | 3-27-17 | | 03/27/17 18:17:36 Shipping [signature] 3/27/19 |

**TERMS OF SALE AND ACCEPTANCE**
Sales of the goods described on this shipping document are subject to the Sale Agreement on the reverse side of this document. Customer's acceptance of delivery constitutes Customer's unqualified acceptance of the terms and conditions of the Sale Agreement. Quality and condition claims must be made within ten (10) days of receipt of material.

Customer Signed Receipt (POD)   ... Thank-You For Your Business ...   www.samuel.com   packs13

SAM-NPR000030

```
Request: 6576932
Samuel, Son & Co., LTD.

KKM PRECISION INC.              PO# VBL LUKE-REPLACE
SSM Order # 1093086-

SSM
Order                   Customer                                    # of
Line#  Job#             Part#               Heat/Lot#               tags
-----  ---------------- ------------------- ----------------------- -----
1      SS 416 Round Bar 1.250" X 144 RDM"
                                            G23479                   (5)
```

SAM-NPR000031



# Certificate of Test

Page: 1

HEAT G23479   ORDER 671590/ 09   BOL 0238423  *   CERTIFICATION  *  02/20/17

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000

641673  641677  641681
641674  641678  641682
641675  641679  641683
641676  641680

-------------------------------- YOUR ORDER & DATE --------------------------------
7253602                          1/09/17 CUST# 0395001 CUST TAG#5466062

-------------------------------- ITEM DESCRIPTION --------------------------------
GRADE 416                                                    Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES      Country of Mfg.: UNITED STATES
                                    NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles  1   Total Weight  1338    Approx. Hot Red. Ratio 212:1

WO 2074302 Bundles: 1F
-------------------------------- SPECIFICATIONS --------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II              ASTM A484 16
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------------- MECHANICAL & OTHER TESTS --------------------------
Hardness as shipped       233 HB      Hardness as tested      421 HB
Hardness as shipped      ( 97 HRB )
                                      Hardness as tested   ( 45 HRC )
                                      Tensile strength,KSI (MPa)   101.0 ( 696)
Micro                      OK         0.2% Yield Strngth,KSI(MPa)   75.7 ( 522)
Intergranular corrosion
Macro                      OK         Elongation % in 4D            22.5
                                      Reduction of area %           57.1

-------------------------- CHEMICAL COMPOSITION --------------------------
Carbon      (C )   .120     Manganese   (Mn)  1.020
Phosphorus  (P )   .018     Sulphur     (S )   .310
Silicon     (Si)   .380     Chromium    (Cr) 12.920
Nickel      (Ni)   .270     Cobalt      (Co)   .050
Copper      (Cu)   .080     Moly        (Mo)   .100
Nitrogen    (N )   .041     Columbium   (Cb)   .010
Titanium    (Ti)   .010     Aluminum    (Al)   .010
Tin         (Sn)   .005     Vanadium    (V )   .050
Tungsten    (W )   .050
Columbium/
Tantalum (Cb+Ta)   .010
Iron       (Fe)  Balance
Melt Practice     EAF
Refining Practice AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg SC 29729

SAM-NPR000032



**BILL OF LADING**

Non-Negotiable



Pro **5762543**

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier

| Shipper | SAMUEL, SON & CO<br>6415 E CORVETTE ST<br>LOS ANGELES, CA 90040 | Consignee | KKM PRECISION INC<br>5201 CONVAIR DR.<br>CARSON CITY, CA 89706 |
|---|---|---|---|
| Bill Freight To | SAMUEL SON & CO - LOS ANGELES C/O KDL<br>800 N BELL AVE<br>BLDG 6 SUITE 100<br>CARNEGIE, PA 15106 | Ship Date<br>Purchase Order No.<br>B/L No.<br>Order/SO No.<br>Shipper's No.<br>Carrier's No. | 03/27/2017<br><br>2017032700426<br>1093086-00 |

Special Instructions:  598.20

| Handling Units | Pieces | H M | Description of Articles, Packages, Markings, Exceptions | NMFC # | Class | Weight Lbs. | Freight Charges |
|---|---|---|---|---|---|---|---|
| 5 BUNDLES | 120 PIECES | | SS RD BAR | | 50 | 6348 | **PrePaid** |
| 1 PIECE | 1 PIECE | | PACKING SLIP | | 50 | 1 | |
| Total | | | 0 pieces on 0 pallets , 6 loose pieces | | | 6349 | |

Subject to Section 7 of the agreement between Shipper and Carrier if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all lawful charges.

SAMUEL, SON & CO

C O D AMOUNT $ _____

Remit C.O.D AMOUNT TO
CARRIERS C.O.D FEE PAID BY:
☐ Shipper  ☐ Consignee
FORM OF PAYMENT
☐ Company Check
☐ Money Order
☐ Cashier's Check
☐ Other

Carrier's liability is for actual loss unless otherwise agreed in Appendix B to Common Carrier Rate Agreement, contract, or stated below. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per pound

_____ Shipper
per _____

per _____
(shipper or Shipper's Agent Signature)

Time & Date tendered _____ AM/PM
PERMANENT ADDRESS.

Accepted in good order and condition, unless otherwise stated herein,
PIECES
Exceptions:
Driver Load: Yes _____ No _____
Placard Provided: Yes _____ No _____

Doss Trucking
per _____
(Driver's Signature)
Time & Date tendered 3-27-17 AM/PM

**Shipper Certification**
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation
Per _____  Date 3/27/17

**Carrier Certification**
Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent document in the vehicle
Per _____ Package Nos _____
Date _____

SAM-NPR000033