**From:** David Oliva <David.Oliva@Samuel.com>
**Sent:** Thursday, July 31, 2014 4:46 PM
**To:** Ritu Gupta
**Subject:** RE: KKM Precision

Let me ask the outside guy for Outokumpu.

**From:** Ritu Gupta
**Sent:** Thursday, July 31, 2014 1:15 PM
**To:** David Oliva
**Subject:** KKM Precision

Hi,

Kevin at KKM orders 1-1/4" 416 R from us (reduced sulfur). There is currently a pending order for him for 6000 lbs that is due early next month. He wants to talk to a metallurgist at Outokumpu to find out if they can mix a heat of 410 and a heat of 416, so as to arrive at a sulfur content that is greater than that of 416R (which is around .1) and less than that of 416 (which is around .38).

They produce pistol barrels and need a sulfur-level where the machinability of the material is better than what it is now, without making the bar brittle.

They currently order 1-1/4 from us and 1-3/4 from Carpenter, and are trying to get both sizes from one supplier. Kevin would like to talk to a metallurgist at Outokumpu and see what can be done. Whom do I contact for this – and can I have him talk to the metallurgist direct?

His e-mail address is Kevin@KKMPrecision.com, and his phone number is 775.246.5444

Thanks.

**Ritu Gupta | Sales Representative | Samuel, Son & Co., Inc.**
(323) 767-2323  |  f (323) 722-6359  |  rgupta@samuel.com
6415 East Corvette Street  |  Los Angeles, CA  |  90040



SAM-NPR000034