**From:** David Oliva <David.Oliva@Samuel.com>
**Sent:** Tuesday, July 21, 2015 5:49 PM
**To:** Bob Varian
**Subject:** KKM 416 billet chemistry

Bob,

    Here is a note between me and Kevin on typical chemistry on 416 produced at Outokumpu. I'll check for more information regarding physical properties.

David

**From:** Kevin McIntire [mailto:kevin@kkmprecision.com]
**Sent:** Wednesday, April 08, 2015 9:49 AM
**To:** David Oliva
**Subject:** Re: 416 billet chemistry

David,

This looks good to me. Please place the order.

Kevin McIntire
KKM Precision Inc


On Apr 8, 2015, at 9:08 AM, David Oliva <doliva@samuel.com> wrote:

Kevin,

    Outokumpu sent us the chemistry on the next billet they have up for bar production, they obviously cannot guarantee that this same billet will be used when the 1.75" is produced but it is a typical representation of what they order to. The Carbon is slightly higher than the range we spoke about but the Sulfur is right in line. Let me know if you have any questions, as we will be placing order on the mill today.

Parent Heat : G22110

Carbon      (C)   .120
Manganese   (Mn)  1.010
Phosphorus  (P)   .016
Sulfur      (S)   .320
Silicon     (Si)  .330
Chromium    (Cr)  13.020
Nickel      (Ni)  .180
Cobalt      (Co)  .050
Copper      (Cu)  .090
Moly        (Mo)  .030
Nitrogen    (N)   .042
Columbium   (Cb)  .010
Titanium    (Ti)  .010

SAM-NPR000035

```
Aluminum   (Al)     .010
Tin        (Sn)     .007
Cerium     (Ce)     .000
Boron      (B )     .000
Tantalum   (Ta)     .000
Col/Tan    (Cb/Ta)  .010
Vanadium   (V )     .030
Tungsten   (W )     .050
```

Regards,

**David Oliva | General Manager | Samuel Son & Co., Inc.**
(323) 767-2302 | *f* (323) 722-6359 | doliva@samuel.com
6415 East Corvette Street | Los Angeles, CA
<image001.gif>

*click here to check out our new 5 Axis Water Jet*

**From:** David Oliva <David.Oliva@Samuel.com>
**Sent:** Tuesday, July 21, 2015 6:20 PM
**To:** Bob Varian
**Subject:** RE: 416 stainless KKM Precision

Bob, all I was able to find was information on chemistry (I sent you email). I thought he had a physical property call in on Hardness but I can't find any notes on that.

David

**From:** Bob Varian
**Sent:** Tuesday, July 21, 2015 2:30 PM
**To:** David Oliva
**Subject:** Fw: 416 stainless KKM Precision

Hi David. Would you happen to know the required properties for KKM? Due to the heat I'm not carrying around my laptop to look it up. Bill Brewster doesn't know. I can look it up this evening and let Bill Know but thought I'd ask you.

Bob

Sent from my BlackBerry 10 smartphone.

**From:** Bob Varian <rvarian@samuel.com>
**Sent:** Tuesday, July 21, 2015 1:25 PM
**To:** Bill Brewster
**Subject:** 416 stainless KKM Precision

Hi Bill. Hope your day is going well. Could you get me a cost and lead time for 9000 to 10,000 lbs!
416 1-1/2 round x 12' R/L
Outokumpo only.

Thanks

Bob Varian
Sent from my BlackBerry 10 smartphone.

**From:** Luke McIntire <luke@kkmprecision.com>
**Sent:** Tuesday, July 21, 2015 12:30 PM
**To:** Bob Varian
**Subject:** Re: 416 stainless

Bob,
Yes I still need a run of 1-1/2 round from O.K. in the same specs as our other runs. Let me know what you find.

Thanks again
Luke

1

SAM-NPR000037

Sent from my iPhone

On Jul 21, 2015, at 12:19 PM, Bob Varian <rvarian@samuel.com> wrote:

> Good day to you Luke. Hope your day is going well. I wanted to touch base with you regarding future material. You had mentioned that you may need a production run of the 1-1/2 round and wanted to ask if you wanted us to start checking into the lead time?
>
> Best regards
>
> Bob Varian
> Samuel, Son & Co
>
> Sent from my BlackBerry 10 smartphone.

SAM-NPR000038

| | |
|---|---|
| From: | Ashley Boyd <Ashley.Boyd@Samuel.com> |
| Sent: | Thursday, August 6, 2015 11:46 AM |
| To: | David Oliva; Angie Cardona |
| Subject: | Bar Info for O# 9790272 KKM Precision - Outokumpu |
| Attachments: | Re: KKM 416 billet chemistry; Fw: New Quote: KKM PRECISION INC.  $18,400.00 / 10000 lb |

Good Morning David / Angie,

Below and attached is the information for the bar that Bob Varian needs to get on order with Outokumpu for a KKM Precision order. Order # 9790272.
ALSO – SEE EMAIL ATTACHMENTS

I need one of you to order material for KKM Precision.
Outokumpu heat #G22664 as noted below. Please advise current cost and lead time.

416 Cond A
1-1/2 round x 12' r/l
10,000 lbs


**Ashley E. Boyd** | **Product Manager – Stainless Flat Roll/Plate – Western US Region**
| **Samuel Son & Co. – Wheat Ridge, CO** |
***O#*** (323) 767-2335 |  ***C#*** (801) 696-9833 | ***f#*** (510) 429-9709 | aboyd@samuel.com



SAM-NPR000039

| | |
|---|---|
| **From:** | Bill Brewster <bbrewster@samuel.com> |
| **Sent:** | Tuesday, August 4, 2015 9:29 PM |
| **To:** | Bob Varian; Ashley Boyd |
| **Cc:** | Greg Wilson |
| **Subject:** | Re: KKM 416 billet chemistry |

Cost is attached to below quote

Sent from my BlackBerry 10 smartphone.

**From:** Bob Varian
**Sent:** Tuesday, August 4, 2015 6:11 PM
**To:** Ashley Boyd; Bill Brewster
**Cc:** Greg Wilson
**Subject:** FW: KKM 416 billet chemistry

Bill/Ash.
I need one of you to order material for KKM Precision.
Outokumpo heat #G22664 as noted below. Please advise current cost and lead time.

416 Cond A
1-1/2 round x 12' r/l
10,000 lbs

Thanks

Bob Varian

**From:** David Oliva
**Sent:** Thursday, July 23, 2015 9:20 AM
**To:** Greg Wilson
**Subject:** FW: KKM 416 billet chemistry

I think Bob wants this information passed on to you for KKM.

**From:** Bill Brewster
**Sent:** Thursday, July 23, 2015 8:36 AM
**To:** Bob Varian
**Cc:** David Oliva
**Subject:** FW: KKM 416 billet chemistry

David below is quote from Outokumpu for T416 Cond A to below chemistry which should meet KKM Spec
Bob asked me to copy Greg but I don't know who Greg is.
Let me know if anyone has any questions
Thanks

1

SAM-NPR000040

**From:** Jim Furda [mailto:Jim.Furda@outokumpu.com]
**Sent:** Thursday, July 23, 2015 11:14 AM
**To:** Bill Brewster
**Subject:** RE: KKM 416 billet chemistry

Bill,

Outokumpu Stainless Bar is offering the following:
416 Condition A
1.500"rnd x 12'r/l
10,000#
1.22lb plus surcharge/freight
13 weeks aro
-Price in effect at time of shipment
-Alloy surcharge to be applied at time of shipment
-F.O.B. Richburg, SC
-Shipping tolerance is +/-10% based on weight, not piece/bar count
-Material subject to availability
-Order acceptance subject to Outokumpu Stainless Bar standard terms & conditions
-Quote valid for 5 days

Thank you,
**James Furda**
Sales Representative, Stainless Bar Products
**Outokumpu "PRODEC"  for Improved Machinability**
Richburg, SC 29729
Phone(888)458-4600
Direct(803)789-9247
Fax(803)789-3177
jim.furda@outokumpu.com



**PRODEC® for Enhanced Machinability**

Produced exclusively by Outokumpu for over two decades, PRODEC (which stands for PRODuction EConomy) is a premium quality of stainless steel designed for enhanced machinability and processed to provide uniform consistency of properties from bar to bar and heat to heat, allowing for overall higher performance. PRODEC offers opportunity for faster machining speeds, longer tool life, improved part quality, and lower total cost of machined parts.

This message is meant for the addressee only and may contain confidential and legally privileged information. Any unauthorized review, use, copying, storage, disclosure or distribution of this e-mail and any attachments is strictly prohibited. If you are not the named recipient or have otherwise received this communication in error, please destroy this message from your system and kindly notify the sender by e-mail. Thank you for your co-operation.

**From:** Bill Brewster [mailto:bbrewster@samuel.com]
**Sent:** Wednesday, July 22, 2015 4:07 PM

**To:** Jim Furda
**Subject:** RE: KKM 416 billet chemistry

Thanks Jim
Please advise price and dely for 10,000# 1 ½ rd Cond A

---

**From:** Jim Furda [mailto:Jim.Furda@outokumpu.com]
**Sent:** Wednesday, July 22, 2015 4:03 PM
**To:** Bill Brewster
**Subject:** FW: KKM 416 billet chemistry

Bill,

Nothing left in heat G22110 but heat G22664 looks like it meets the carbon and sulfur.

```
Parent Heat : G22664
Carbon       (C )    .120
Manganese    (Mn)   1.040   Grade : 416XC           Date Entered  7/01/15
Phosphorus   (P )    .017   Cast Size         280
Sulfur       (S )    .320   Country of Origin  US
Silicon      (Si)    .460   Country of Melt    US
Chromium     (Cr)  13.000
Nickel       (Ni)    .320   Date of Manufacture  6/02/15
Cobalt       (Co)    .050   Prodec            N
Copper       (Cu)    .110   IM Quality        N
Moly         (Mo)    .080   Melt Practice     EAF
Nitrogen     (N )    .044   Re-Melting Practice
Columbium    (Cb)    .020   Refining Practice  AOD
Titanium     (Ti)    .010   Frequency          .000
Aluminum     (Al)    .010   Severity           .000
Tin          (Sn)    .006   V30 Testing       0
Cerium       (Ce)    .000   Sub Grade
Boron        (B )    .000   Macro Etched      1
Tantalum     (Ta)    .000   FQA Approval
Col/Tan      (Cb/Ta) .020   ASB Heatcode
Vanadium     (V )    .050   Revision          00
Tungsten     (W )    .050
```

James Furda
Sales Representative, Stainless Bar Products
**Outokumpu "PRODEC" for Improved Machinability**
Richburg, SC 29729
Phone(888)458-4600
Direct(803)789-9247
Fax(803)789-3177
jim.furda@outokumpu.com



This message is meant for the addressee only and may contain confidential and legally privileged information. Any unauthorized review, use, copying, storage, disclosure or distribution of this e-mail and any attachments is strictly prohibited. If you are not the named recipient or have otherwise received this communication in error, please destroy this message from your system and kindly notify the sender by e-mail. Thank you for your co-operation.

SAM-NPR000042

**From:** Bill Brewster [mailto:bbrewster@samuel.com]
**Sent:** Wednesday, July 22, 2015 10:43 AM
**To:** Jim Furda
**Subject:** FW: KKM 416 billet chemistry

Jim
I know its been awhile since we checked this heat G 22110 (below)
Is it still available for about 10K of bar?

**From:** Bob Varian
**Sent:** Wednesday, July 22, 2015 10:32 AM
**To:** Bill Brewster
**Subject:** FW: KKM 416 billet chemistry

Hi Bill. Carbon content is min .111 and Sulfur min .320.
I'm almost sure there's a rockwell hardness call out and researching it.

**From:** David Oliva
**Sent:** Tuesday, July 21, 2015 2:49 PM
**To:** Bob Varian
**Subject:** KKM 416 billet chemistry

Bob,

Here is a note between me and Kevin on typical chemistry on 416 produced at Outokumpu. I'll check for more information regarding physical properties.

David

**From:** Kevin McIntire [mailto:kevin@kkmprecision.com]
**Sent:** Wednesday, April 08, 2015 9:49 AM
**To:** David Oliva
**Subject:** Re: 416 billet chemistry

David,

This looks good to me. Please place the order.

Kevin McIntire
KKM Precision Inc

On Apr 8, 2015, at 9:08 AM, David Oliva <doliva@samuel.com> wrote:

Kevin,

Outokumpu sent us the chemistry on the next billet they have up for bar production, they obviously cannot guarantee that this same billet will be used when the 1.75" is produced but it is a typical representation of what they

4

order to. The Carbon is slightly higher than the range we spoke about but the Sulfur is right in line. Let me know if you have any questions, as we will be placing order on the mill today.

Parent Heat : G22110

```
Carbon      (C )      .120
Manganese   (Mn)     1.010
Phosphorus  (P )      .016
Sulfur      (S )      .320
Silicon     (Si)      .330
Chromium    (Cr)    13.020
Nickel      (Ni)      .180
Cobalt      (Co)      .050
Copper      (Cu)      .090
Moly        (Mo)      .030
Nitrogen    (N )      .042
Columbium   (Cb)      .010
Titanium    (Ti)      .010
Aluminum    (Al)      .010
Tin         (Sn)      .007
Cerium      (Ce)      .000
Boron       (B )      .000
Tantalum    (Ta)      .000
Col/Tan     (Cb/Ta)   .010
Vanadium    (V )      .030
Tungsten    (W )      .050
```

Regards,

**David Oliva | General Manager | Samuel Son & Co., Inc.**
(323) 767-2302 | f (323) 722-6359 | doliva@samuel.com
6415 East Corvette Street | Los Angeles, CA
<image001.gif>

click here to check out our new 5 Axis Water Jet

| | |
|---|---|
| **From:** | Bob Varian <rvarian@samuel.com> |
| **Sent:** | Tuesday, August 4, 2015 6:22 PM |
| **To:** | Greg Wilson |
| **Cc:** | Ashley Boyd; Bill Brewster |
| **Subject:** | Fw: New Quote: KKM PRECISION INC. $18,400.00 / 10000 lb |
| **Attachments:** | 5625181_0.PDF |

Greg enter the order. Use VBL-Luke.
I'll catch up with you in a bit with the specifics.

Sent from my BlackBerry 10 smartphone.
  Original Message
From: Bob Varian <rvarian@samuel.com>
Sent: Tuesday, August 4, 2015 2:23 PM
To: luke@kkmprecision.com
Cc: Greg Wilson
Subject: FW: New Quote: KKM PRECISION INC. $18,400.00 / 10000 lb


Hi Luke. Here's a copy of the 1-1/2 round quote that should have been sent to you back on July 24th.

-----Original Message-----
From: GREG.WILSON@SAMUEL.COM [mailto:GREG.WILSON@SAMUEL.COM]
Sent: Friday, July 24, 2015 11:32 AM
To: Bob Varian
Subject: New Quote: KKM PRECISION INC. $18,400.00 / 10000 lb


Quote id:      5625181
Promised Date: 10/30/2015
Customer:      KKM PRECISION INC.
Contact:       KEVIN MCINTIRE (7752465444)
Inside Rep:    GREG WILSON
Amount:        $18,400.00
Weight:        10000 lb

Quoted Items:
10000 LBS SS 416 Round Bar 1.50" X 144"....................$ 1.84 / LBS


Comment:

SAM-NPR000045