

**SAMUEL, SON & CO., INC.**
30640 SAN CLEMENTE ST  HAYWARD,CA,94544
Phone: 800-631-9765 Fax: 866-314-3726

# Customer Quotation

| | |
|---|---|
| Quote #: | 5625181 |
| Quote Date: | 07/24/2015 |
| Quoted By: | GREG WILSON |

**BILL ADDRESS**
KKM PRECISION INC.
5201 CONVAIR DRIVE
CARSON CITY,NV  89706
Attn: KEVIN MCINTIRE
Phone: 775-246-5444
Fax: 775-246-9182

**SHIP ADDRESS**
KKM PRECISION INC.
5201 CONVAIR DRIVE
CARSON CITY,NV  89706

| Line | Order Qty | Quoted Description | | Unit/Ext. Price |
|---|---|---|---|---|
| 1 | 10000 LBS | SS 416 Round Bar 1.50" X 144" | | $1.84/LBS |
| | | | Ext Amt... | $18,400.00 |
| | | Est. Wgt: 10000 lbs | | |
| | | 69 Business Days ARO (30 Oct 2015)   VIA: Ship Our Truck FOB  Delv. | | |
| | | 416 Condition A , price in effect at time of shipment, shipping Tol +/- 10% based on weight not on piece /bar count | | |
| **TOTAL Items: 1** | | **Est. Wgt:  10000 lbs** | | **$18,400.00** |

Price and availability subject to confirmation at time of order and to credit approval.

Standard terms and conditions apply. Applicable sales taxes not included.

Generated :   Friday, July 24, 2015