# outokumpu
stainless steel & high performance alloys

**OUTOKUMPU STAINLESS BAR, INC.**
("Seller")
3043 Crenshaw Parkway
Richburg, SC 29729
SALES (888) 458-4600
ACCOUNTS RECEIVABLE (800) 833-8703

**ORDER ACKNOWLEDGEMENT**

OUR ORDER NUMBER: 646769
DATE: 12/04/13
PAGE: 1

946769  7082450

**BUYER:**
SAMUEL, SON & CO., INC.
6415 E. CORVETTE ST.
LOS ANGELES,, CA 90040

**SHIP TO - SAME UNLESS NOTED OTHERWISE**
SAMUEL, SON & CO
C/O KKM PRECISION
25 CYGNET DR. #200
CARSON CITY, NV 89706

| CUSTOMER ORDER NO. | DATE | CUST. NO. | OUR ORDER NO. | FREIGHT TERMS | FREIGHT RATE | TERMS |
|---|---|---|---|---|---|---|
| 82950 | 12/04/13 | 0395009 | 0646769 | Prepay and Add | .1017 /LB | NET 30 |

**DELIVERY INSTRUCTIONS**

**SPECIAL INSTRUCTIONS**

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED WEIGHT | PIECES | UNIT OF MEAS. | UNIT PRICE | STK. LOC. | BAL. RTD. TO |
|---|---|---|---|---|---|---|---|
| 01 | 416R CFA CONDA 01.2500 x 144.000 RL Round F (1 Cert) Customer Tag#: 5466062  WK OF 3/30/14 Alloy surcharge to be applied at time of shipment  No special end requirements No special packaging required One Heat Only No Special Identification Requirement No special surface requirement ASTM A484 13 DFARS 225.7002-3(B)(1) DFARS 252.225.7009 10/4/11 ASTM A388 UT acceptable | 6000 | | LB | 1.59 | 01 | |

REV. 4/2001

"This sale is subject to Outokumpu Stainless Bar, Inc. Terms and Conditions of Sale a copy of which is enclosed herewith."

SAM-NPR000049

# outokumpu
stainless steel & high performance alloys

## OUTOKUMPU STAINLESS BAR, INC.
("Seller")
3043 Crenshaw Parkway
Richburg, SC 29729

SALES (888) 458-4600
ACCOUNTS RECEIVABLE (800) 833-8703

## ORDER ACKNOWLEDGEMENT

OUR ORDER NUMBER: 646769
DATE: 12/04/13
PAGE 1

BUYER:
SAMUEL, SON & CO., INC.
6415 E. CORVETTE ST.
LOS ANGELES,, CA 90040

SHIP TO - SAME UNLESS NOTED OTHERWISE
SAMUEL, SON & CO
C/O KKM PRECISION
25 CYGNET DR. #200
CARSON CITY, NV 89706

DELIVERY INSTRUCTIONS

SPECIAL INSTRUCTIONS

| CUSTOMER ORDER NO. | DATE | CUST. NO. | OUR ORDER NO. | FREIGHT TERMS | FREIGHT RATE | TERMS |
|---|---|---|---|---|---|---|
| 82950 | 12/04/13 | 0395009 | 0646769 | Prepay and Add | .1017 /LB | NET 30 |

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED WEIGHT | PIECES | UNIT OF MEAS. | UNIT PRICE | STK. LOC. | BAL. RTD. TO |
|---|---|---|---|---|---|---|---|
| 02 | 416R CFA CONDA 01.7500 x 144.000 RL Round F (1 Cert) WK OF 3/30/14 Customer Tag#: 5466076 Alloy surcharge to be applied at time of shipment No special end requirements No special packaging required One Heat Only No Special Identification Requirement No special surface requirment ASTM A484 13 DFARS 225.7002-3(B)(1) DFARS 252.225.7009 10/4/11 ASTM A388 UT acceptable | 3000 | | LB | 1.59 | 01 | |

REV. 4/2001

"This sale is subject to Outokumpu Stainless Bar, Inc. Terms and Conditions of Sale a copy of which is enclosed herewith."

SAM-NPR000050

Date: 11/22/13

Attn: William H. Brewster
Samuel Son Co. Inc.
1-800-989-2627

PO #: 0001434

Bill/Ship to:

**KKM Precision**
**25 Cygnet Dr. #200**
**Carson City, Nevada 89706**

| QTY. | Description | Price |
|---|---|---|
| 1 | 6000 LBS of **1.250** RD Bar T416RQ ANL. UT tested | $2.25 per lb/ surcharge ($.20)/ freight ($.14) |
| 1 | 3000 LBS of **1.750** RD Bar T416RQ ANL. UT tested | $2.25 per lb/ surcharge ($.20)/ freight ($.14) |
| | | |

From: Kevin McIntire

SAM-NPR000051

# outokumpu
stainless steel & high performance alloys

**PICKING TICKET**

94l0l100

TELEPHONE: 803-789-5383

| | |
|---|---|
| **SOLD TO:** | **SHIP TO** - SAME UNLESS NOTED OTHERWISE |
| SAMUEL, SON & CO., INC. | SAMUEL, SON & CO |
| 6415 E. CORVETTE ST. | C/O KKM PRECISION |
| LOS ANGELES, , CA | 25 CYGNET DR. #200 |
| | CARSON CITY, NV |
| | US |
| 90040    0 | 89706    0 |

| PAGE | DATE | OUR ORDER NUMBER | SALESMAN NO. |
|---|---|---|---|
| 1 | 02/26/14 | 646769 | 775246-5444 |

| CUSTOMER ORDER NO. | DATE | DATE WANTED | CUST. NO. | OUR ORDER NO. | FREIGHT TERMS | SHIP WEEK OF | CARRIER | TOTAL NET WEIGHT | PALLETTS | PIECES | BUNDLES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7082950 | 2/26/14 | 2/23/14 | 395009 | 646769/01 | Prepay and Add | 2/23/14 | UNIVERSAL | | | | 25 |

**DELIVERY INSTRUCTIONS**

**SPECIAL INSTRUCTIONS**

BILL OF LADING NO. 226364

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED WEIGHT | PIECES | HEAT NO. | UNIT OF MEAS. | QUANTITY SHIPPED WEIGHT | PIECES | C OR P | STK. LOC. | BAL. RTD. TO | BALANCE TO SHIP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Original Quantity: | 6,676 Due: 6,676 | | | | | | | | | | |
| 1 416R CFA CONDA | RND 1.2500 x 144.000 RL Customer Tag #: 5466062 Bdl #: 2048624/1A | 2369 | 1 | G21058 | | | | | STG | | |
| 1 416R CFA CONDA | RND 1.2500 x 144.000 RL Customer Tag #: 5466062 Bdl #: 2048624/1B | 2437 | 1 | G21058 | | | | | STG | | |
| 1 416R CFA CONDA | RND 1.2500 x 144.000 RL Customer Tag #: 5466062 Bdl #: 2048624/1C | 1870 | 1 | G21058 | | | | | STG | | |
| | Totals | 6676 | 3 | | | | | | | | |
| | UT PER ASTM A388 | | | | | | | | | | |
| | SHIP ASAP | | | | | | | | | | |

SCANNED

7/1/94 REV.0

SAM-NPR000052

# outokumpu
stainless steel & high performance alloys

## PICKING TICKET

| | |
|---|---|
| PAGE | 1 |
| OUR ORDER NUMBER | 646769 |
| DATE | 02/26/14 |
| SALESMAN NO. | |

**SOLD TO:**
SAMUEL, SON & CO., INC.
6415 E. CORVETTE ST.
LOS ANGELES, , CA
90040  0

**TELEPHONE:** 803-789-5383

**SHIP TO - SAME UNLESS NOTED OTHERWISE**
SAMUEL, SON & CO
C/O KKM PRECISION
25 CYGNET DR. #200
CARSON CITY, NV
US
89706  0

7752246-5444

| TOTAL NET WEIGHT | PALLETTS | PIECES | BUNDLES |
|---|---|---|---|
| BILL OF LADING NO. 226364 | | | |
| | | | 25 |

**BALANCE TO SHIP**

| CUSTOMER ORDER NO. | DATE | DATE WANTED | CUST. NO. | OUR ORDER NO. | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 7082950 | 2/26/14 | 2/23/14 | 395009 | 646769/02 | |

**DELIVERY INSTRUCTIONS**

| ITEM NO. | DESCRIPTION | QUANTITY ORDERED | | FREIGHT TERMS | SHIP WEEK OF | HEAT NO. | CARRIER | UNIT OF MEAS. | QUANTITY SHIPPED | | | STK. LOC. | BAL. RTD. TO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | WEIGHT | PIECES | | | | | | WEIGHT | PIECES | C OR P | | |
| Original Quantity: 3,400 Due: 3,400 | | | | Prepay and Add | 2/23/14 | | UNIVERSAL | | | | | | |
| 2 | 4l6R CFA CONDA RND 1.7500 x 144.000 RL Customer Tag #: 5466076 Bdl #: 2048361/1A | 1888 | 1 | | | G20838 | | | | | | STG | |
| 2 | 4l6R CFA CONDA RND 1.7500 x 144.000 RL Customer Tag #: 5466076 Bdl #: 2048361/1B | 1579 | 1 | | | G20838 | | | | | | STG | |
| | UT PER ASTM A388 SHIP ASAP | | | | | | | | | | | | |
| | Totals | 3467 | 2 | | | | | | | | | | |

SAM-NPR000053