

# Certificate of Test

Page: 1

HEAT G21058        ORDER 646769/ 01   BOL 0226364   *  CERTIFICATION   *  02/26/14

SHIP TO:
SAMUEL, SON & CO
C/O KKM PRECISION
25 CYGNET DR. #200
CARSON CITY              897060000

--------------------------------- YOUR ORDER & DATE ---------------------------
       7082950                   2/26/14 CUST# 0395009 CUST TAG#5466062

--------------------------------- ITEM DESCRIPTION ---------------------------
GRADE 416R                       Ship Condition CONDA
Size    416R RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES        Country of Mfg.: UNITED STATES
                                 NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   3   Total Weight    6676

WO 2048624 Bundles: 1A, 1B, 1C
--------------------------------- SPECIFICATIONS -----------------------------
  THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
  AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
ASTM A484 13                          DFARS 225.7002-3(B)(1)
DFARS 252.225.7009 10/4/11            ASTM A388 UT acceptable

-------------------------- MECHANICAL & OTHER TESTS --------------------------
Hardness as shipped      (208 HB )   Hardness as tested         432 HB
Hardness as shipped       95 HRB
                                     Tensile strength,KSI (MPa)   97.7 ( 674)
Micro                       OK       0.2% Yield Strngth,KSI(MPa)  72.5 ( 500)
Intergranular corrosion
Macro                       OK       Elongation % in 4D           24.5
                                     Reduction of area %          62.4

-------------------------- CHEMICAL COMPOSITION ------------------------------
Carbon         (C )   .120      Manganese    (Mn)   .370
Phosphorus     (P )   .018      Sulphur      (S )   .130
Silicon        (Si)   .390      Chromium     (Cr) 12.290
Nickel         (Ni)   .340      Cobalt       (Co)   .050
Copper         (Cu)   .070      Moly         (Mo)   .430
Nitrogen       (N )   .050      Columbium    (Cb)   .010
Titanium       (Ti)   .010      Aluminum     (Al)   .010
Tin            (Sn)   .003      Vanadium     (V )   .050
Tungsten       (W )   .050                          .000
Columbium/
Tantalum (Cb+Ta)      .010
Iron           (Fe) Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                            M.F. Marcanio,    Quality Manager

Outokumpu Stainless Bar, Inc.
3043 Crenshaw Pkwy.
Richburg, SC 29729

SAM-NPR000054

**outokumpu**
stainless steel & high performance alloys

# Certificate of Test

593598

Page: 1

HEAT G20838     ORDER 646769/ 02  BOL 0226364  *  CERTIFICATION  *  02/26/14

SHIP TO:
SAMUEL,SON & CO
C/O KKM PRECISION
25 CYGNET DR. #200
CARSON CITY           897060000

------------------------------ YOUR ORDER & DATE ------------------------------
     7082950                    2/26/14 CUST# 0395009 CUST TAG#5466076

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416R              Ship Condition CONDA
Size    416R RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED STATES      Country of Mfg.: UNITED STATES
                          NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   2   Total Weight   3467

WO 2048361 Bundles: 1A, 1B
------------------------------ SPECIFICATIONS ------------------------------
 THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
 AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
ASTM A484 13                      DFARS 225.7002-3(B)(1)
DFARS 252.225.7009 10/4/11        ASTM A388 UT acceptable

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped      217 HB     Hardness as tested       442 HB
Hardness as shipped    ( 96 HRB )
                                    Tensile strength,KSI (MPa)   100.1 ( 690)
Micro                        OK     0.2% Yield Strngth,KSI(MPa)   73.8 ( 509)
Intergranular corrosion
Macro                        OK     Elongation % in 4D           25.0
                                    Reduction of area %          64.8

------------------------- CHEMICAL COMPOSITION -------------------------
Carbon       (C )    .120      Manganese  (Mn)    .440
Phosphorus   (P )    .018      Sulphur    (S )    .130
Silicon      (Si)    .330      Chromium   (Cr)  12.320
Nickel       (Ni)    .400      Cobalt     (Co)    .050
Copper       (Cu)    .120      Moly       (Mo)    .350
Nitrogen     (N )    .058      Columbium  (Cb)    .010
Titanium     (Ti)    .010      Aluminum   (Al)    .010
Tin          (Sn)    .005      Vanadium   (V )    .060
Tungsten     (W )    .050                         .000
Columbium/
Tantalum (Cb+Ta)     .010
Iron         (Fe)  Balance
Melt Practice        EAF
Refining Practice    AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, Inc.
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio

SAM-NPR000055