**SAMUEL, SON & CO. INC.**
6415 E CORVETTE ST LOS ANGELES, CA 90040 Phone# 323-722-0300 Fax# 323-722-6359

# Order Acknowledgment

Page... 1

Attn.... KEVIN MCINTIRE
Promised 08/19/2014
Reps.... KURT PERINE/LOS ANGELES CDG

Cust PO. 1002
Order#.. 9536216

Bill Address
KKM PRECISION INC
25 CYGNET DR #200
CARSON CITY         NV 89706

Ship Address
KKM PRECISION INC
25 CYGNET DR #200
CARSON CITY         NV 89706

Phone#.. 775-246-5444
Fax#....
Terms...Standard terms & conditions apply

Sold by
SAMUEL, SON & CO. INC.
6415 E CORVETTE ST
LOS ANGELES      CA 90040

Shipping Instructions
Via..... Vend Direct Prepaid
Vend Direct Prepaid

Phone#.. 323-722-0300
Fax#.... 323-722-6359

==================================================================

| Line | Qty Ordered | Description | Unit Price |
|---|---|---|---|
| 1 | 120 PCS | SS 416 Round Annealed UT tested 1.250" X 144 RDM" | 2.59/LBS |
| | | Est Wgt..... 6009 | Ext Amt... 15563.31 |
| | | Sulpher range would be .09-.16 | |
| | | Carbon is 0.11-0.13. We can request 0.12 without a guarantee | |
| | | Alloy surcharge to be applied at time of shipment (current surcharge is .20/lb) | |
| | | Shipping tolerance is +/-10% based on weight, not piece/bar count | |
| | | Material would be boxed | |
| | | 12 ft random lengths | |
| | | 17 weeks ARO | |

------------------------------------------------------------------

# of Items.. 1                                  Tot Amt... 15563.31

Customer Approval: _____

\*------- End Of Order -------\*

9536216

SAM-NPR000056

# PURCHASE ORDER

| | |
|---|---|
| | **PURCHASE ORDER NO.** |
| 00 | 042D- 7108143 |

This order number must appear on all invoices, packing lists and bills of lading.

**PLEASE SEND INVOICE TO:**
SAMUEL, SON & CO. INC.
6415 E CORVETTE ST

LOS ANGELES, CA 90040-

**VENDOR**  Phone 8884584600
076000-003
  OUTOKUMPU STAINLESS
  3043 CRENSHAW PARKWAY

  RICHBURG, SC 29729-
Contact   JIM FURDA

**SHIP TO:**
SAMUEL, SON & CO. INC.
C/O KKM PRECISION
25 CYGNET DR. # 200
CARSON CITY, NV 89706-
Ship via Order# 9536216
Freight........Prepaid
 Ord Date   4/22/2014 Required   8/19/2014

Buyer 129  KP
Phone   3237220300

PAGE   1

| ITEM | PRODUCT DESCRIPTION | QUANTITY | U/M | PRICE |
|---|---|---|---|---|
| | Show our item number on shipping documents | | | |
| 001 | OUR ITEM NO.- 5466062 | 6009 | LBS | 173.0000 |
| | SS 416 Round Annealed UT tested 1.250" X 144 RDM" | | | P-U/M CWT |
| | Price excludes surcharge in effect. Current surcharge... | | | .2127 /lb |
| | base 1.59/lb plus .14/lb freight plus surcharge in effect | | | |
| | Order# 9536216 | | | |
| | Quote# 4894344, Line# 1 | | | |
| | SAMUEL, SON & CO. INC. TERMS OF PURCHASE APPLY MATERIAL, TEST REPORTS REQUIRED FOR ALL MATERIAL, RECEIVING HOURS 7:00 AM - 5:00 PM | | | |
| | ** Confirmation Order.  Do not Duplicate ** Test Reports Required with shipment | | | |

ACKNOWLEDGEMENT REQUIRED ONLY FOR EXCEPTIONS TO CONDITIONS OF ORDER
Deliveries Must BE in Quantities Scheduled and on dates scheduled Unless Otherwise Authorized By The Purchasing Department and conformed by written Change Notice
THIS PURCHASE ORDER SUBJECT TO ALL TERMS AND CONDITIONS AND PROVISIONS ABOVE AND ON REVERSE SIDE

**ORIGINAL**
PurchO1

9536216

SAM-NPR000057

# PURCHASE ORDER

| PURCHASE ORDER NO. |
|---|
| 00  042D- 7108143 |

This order number must appear on all invoices, packing lists and bills of lading.

**PLEASE SEND INVOICE TO:**
SAMUEL, SON & CO. INC.
6415 E CORVETTE ST

LOS ANGELES, CA 90040-

**VENDOR**  Phone 8884584600
076000-003
OUTOKUMPU STAINLESS
3043 CRENSHAW PARKWAY

RICHBURG, SC 29729-
Contact  JIM FURDA

**SHIP TO:**
SAMUEL, SON & CO. INC.
C/O KKM PRECISION
25 CYGNET DR. # 200
CARSON CITY, NV 89706-
Ship via Order# 9536216
Freight........Prepaid
 Ord Date   4/22/2014 Required   8/19/2014

PAGE   1

Buyer 129   KP
Phone        3237220300

| ITEM | PRODUCT DESCRIPTION | QUANTITY | U/M | PRICE |
|---|---|---|---|---|
|  | Show our item number on shipping documents |  |  |  |
| 001 | OUR ITEM NO.- 5466062<br>SS 416 Round Annealed UT tested 1.250" X 144 RDM" | 6009 | LBS | 173.0000<br>P-U/M CWT |
|  | Price excludes surcharge in effect. Current surcharge...<br>base 1.59/lb plus .14/lb freight plus surcharge in<br>effect<br>Order# 9536216<br>Quote# 4894344, Line# 1 |  |  | .2127 /lb |

SAMUEL, SON & CO. INC. TERMS OF PURCHASE
APPLY MATERIAL, TEST REPORTS REQUIRED FO
R ALL MATERIAL, RECEIVING HOURS 7:00 AM
- 5:00 PM


        ** Confirmation Order.  Do not Duplicate **
           Test Reports Required with shipment

9536216

ACKNOWLEDGEMENT REQUIRED ONLY FOR EXCEPTIONS TO CONDITIONS OF ORDER
Deliveries Must BE In Quantities Scheduled and on dates scheduled Unless Otherwise Authorized By The Purchasing Department and conformed by written Change Notice
THIS PURCHASE ORDER SUBJECT TO ALL TERMS AND CONDITIONS AND PROVISIONS ABOVE AND ON REVERSE SIDE

**ORIGINAL**
PurchO1

SAM-NPR000058

# outokumpu
stainless steel & high performance alloys

**OUTOKUMPU STAINLESS BAR, LLC**
("Seller")
3043 Crenshaw Parkway
Richburg, SC 29729

SALES: (888) 458-4600
ACCOUNTS RECEIVABLE: (800) 833-8703

**9536216**

**ORDER ACKNOWLEDGEMENT**

PAGE 1

OUR ORDER NUMBER 650906

DATE 5/01/14

BUYER:
SAMUEL, SON & CO., INC.
6415 E. CORVETTE ST.
LOS ANGELES,, CA 90040

SHIP TO - SAME UNLESS NOTED OTHERWISE
SAMUEL, SON & CO
C/O KRM PRECISION
25 CYGNET DR. #200
CARSON CITY, NV 89706

| CUSTOMER ORDER NO. | DATE | CUST. NO. | OUR ORDER NO. | FREIGHT TERMS | FREIGHTRATE | TERMS |
|---|---|---|---|---|---|---|
| 108143 | 5/01/14 | 0395009 | 0650906 | Prepay and Add | .1200 /LB | NET 30 |

DELIVERY INSTRUCTIONS

SPECIAL INSTRUCTIONS

| ITEM | DESCRIPTION | QUANTITY SHIPPED WEIGHT | PIECES | UNIT OF MEAS. | UNIT PRICE | STK. LOC. | BAL RTD |
|---|---|---|---|---|---|---|---|
| 01 | 416R CFA CONDA 01.2500 x 144.000 RL<br>Round<br>Customer Tag#: 5466062 (1 Cert)<br>WK OF 8/24/14<br>Alloy surcharge to be applied at time of shipment<br>No special end requirments<br>No special packaging required<br>One Heat Only<br>No Special Identification Requirement<br>No special surface requirment<br>ASTM A484 13<br>DFARS 225.7002-3(B)(1)<br>DFARS 252.225.7009 10/4/11<br>ASTM A388 UT acceptable<br>* UT PER ASTM A388<br>* SHIP ASAP | 6009 | F | LB | 1.59 | 01 | |

REV. 4/2001

"This sale is subject to Outokumpu Stainless Bar, LLC Terms and Conditions of Sale a copy of which is enclosed herewith."

SAM-NPR000059

Date: 4/17/14

Attn:

PO #: 0001002

Bill/Ship to:

**KKM Precision
25 Cygnet Dr. #200
Carson City, Nevada 89706**

| QTY. | Description | Price |
|---|---|---|
| 6000lbs | 1.250 T416RQ (Outo Kumpu) | TBD |
|  |  |  |
|  |  |  |

From: <u>Kevin McIntire</u>

042D-7  SAM-NPR000060



SAM-NPR000061

# outokumpu
high performance stainless steel

## OUTOKUMPU STAINLESS BAR, LLC
("Seller")
3043 Crenshaw Parkway
Richburg, SC 29729

SALES: (888) 458-4600
ACCOUNTS RECEIVABLE: (847) 405-6604

**MAIL REMITTANCE ONLY TO:**
Outokumpu Americas, Inc.
Dept. CH 19498
Palatine, IL 60055-9498

# INVOICE

| PAGE | 1 |
| INVOICE NO. | 4080477 |
| INVOICE DATE | 8/28/14 |

**BUYER:**
0395009
SAMUEL, SON & CO., INC.
6415 E. CORVETTE ST.
LOS ANGELES, CA 90040

**SHIP TO - SAME UNLESS NOTED OTHERWISE**
SAMUEL, SON & CO
C/O KRM PRECISION
25 CYGNET DR. #200
CARSON CITY, NV 89706

**DELIVERY INSTRUCTIONS**
Rec 611 8.28

**SPECIAL INSTRUCTIONS**

| CUSTOMER ORDER NO. | DATE | BILL OF LADING NO | FREIGHT TERMS | CARRIER | TERMS | BALANCE DUE | OUR ORDER NO | DATE SHIPPED |
|---|---|---|---|---|---|---|---|---|
| 7108143 | 8/28/14 | 0228881 | Prepay and Add | CRST | NET 30 | 0 | 650906 | 8/28/14 |

| ITEM NO. | DESCRIPTION | QUANTITY SHIPPED WEIGHT | PIECES | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | 416R RND CFA CONDA 1.2500 x 144.000 RL CUST TAG # 5466062 Surcharge on item 01 Alloy surcharge to be applied at time of shipment. UT PER ASTM A388 SHIP ASAP | 7384 | 3 | 1.59 LB | 11740.56 |
| | Prepay and Add Surcharge+Fuel .1632 | | | .2246 | 1658.45 |
| | | | | | 1,205.07 |

**PRICE CODE**
CWT = 100 POUNDS
CFT = 100 FEET
P = EACH

**INVOICE TOTAL** 14,604.08

Outokumpu Stainless Bar, LLC Certifies that all domestically produced articles or products invoiced herein were produced according to all applicable requirements of Sections 6, 7 and 12 of the Fair Labor Standards Act as amended and with regulations and orders of the United States Department of Labor issued under Section 14 thereof.
"SEE REVERSE SIDE FOR ADDITIONAL TERMS & CONDITIONS"

SAM-NPR000062

# outokumpu
### high performance stainless steel

**TELEPHONE:** 803-789-5383

**PICKING TICKET**
PAGE 1

**OUR ORDER NUMBER:** 650906
**DATE:** 08/28/14
**SALESMAN NO.:** 25

**SOLD TO:**
SAMUEL, SON & CO., INC.
6415 E. CORVETTE ST.
LOS ANGELES, , CA
90040  0

**SHIP TO - SAME UNLESS NOTED OTHERWISE**
SAMUEL, SON & CO
C/O KKM PRECISION
25 CYGNET DR. #200
CARSON CITY, NV
US
89706  0

**TOTAL NET WEIGHT:** 7752465444
**PALLETS / PIECES / BUNDLES**
**BILL OF LADING NO.:** 228881
**BALANCE TO SHIP**

| CUSTOMER ORDER NO. | DATE | DATE WANTED | CUST. NO. | OUR ORDER NO. | FREIGHT TERMS | SHIP WEEK OF | CARRIER |
|---|---|---|---|---|---|---|---|
| 7108143 | 8/28/14 | 8/24/14 | 395009 | 650906/01 | Prepay and Add | 8/24/14 | CRST |

| ITEM NO. | DESCRIPTION | QUANTITY SHIPPED WEIGHT | PIECES | HEAT NO. | UNIT OF MEAS. | QUANTITY SHIPPED WEIGHT | PIECES | C OR P | STT. LOC. | BAL. RTD. TO |
|---|---|---|---|---|---|---|---|---|---|---|
| | Original Quantity: 6,009 Due: 6,009 | | | | | | | | | |
| 1 | 416R CFA CONDA RND 1.2500 x 144.000 RL Customer Tag #: 5466062 Bdl #: 2052774/1A | 2377 | 1 | G21415 | | | | | STG | |
| 1 | 416R CFA CONDA RND 1.2500 x 144.000 RL Customer Tag #: 5466062 Bdl #: 2052774/1B | 2501 | 1 | G21415 | | | | | STG | |
| 1 | 416R CFA CONDA RND 1.2500 x 144.000 RL Customer Tag #: 5466062 Bdl #: 2052774/1C | 2506 | 1 | G21415 | | | | | STG | |
| | Totals | 7384 | 3 | | | | | | | |
| | UT PER ASTM A388 SHIP ASAP | | | | | | | | | |

7/1/94 REV.0

SAM-NPR000063