

# Certificate of Test

Page: 1

```
HEAT G21415      ORDER  650906/ 01  BOL 0228881  *  CERTIFICATION  *  08/28/14

SHIP TO:
SAMUEL, SON & CO
C/O KKM PRECISION
25 CYGNET DR. #200
CARSON CITY              897060000


----------------------------- YOUR ORDER & DATE ------------------------------
      7108143               5/01/14 CUST# 0395009 CUST TAG#5466062

----------------------------- ITEM DESCRIPTION -------------------------------
GRADE 416R                Ship Condition CONDA
Size   416R RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES       Country of Mfg.: UNITED STATES
                            NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles    3    Total Weight    7384     Approx. Hot Red. Ratio 212:1

WO 2052774 Bundles: 1A, 1B, 1C
-----------------------------  SPECIFICATIONS --------------------------------
 THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
 AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
ASTM A484 14                        DFARS 225.7002-3(B)(1)
DFARS 252.225.7009 10/4/11          ASTM A388 UT acceptable

--------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped     (212 HB  )  Hardness as tested        409 HB
Hardness as shipped      95 HRB
                                    Hardness as tested      ( 44 HRC )
                                    Tensile strength,KSI (MPa)  103.0 ( 710)
Micro                         OK    0.2% Yield Strngth,KSI(MPa)  80.0 ( 552)
Intergranular corrosion       OK
Macro                         OK    Elongation % in 4D          24.0
                                    Reduction of area %         62.0
the microstructure consisted of uniform tempered martensite with no
evidence of segregation

--------------------------- CHEMICAL COMPOSITION -----------------------------
Carbon      (C )   .110     Manganese   (Mn)    .370
Phosphorus  (P )   .017     Sulphur     (S )    .130
Silicon     (Si)   .390     Chromium    (Cr) 12.300
Nickel      (Ni)   .380     Cobalt      (Co)    .050
Copper      (Cu)   .110     Moly        (Mo)    .370
Nitrogen    (N )   .044     Columbium   (Cb)    .010
Titanium    (Ti)   .010     Aluminum    (Al)    .010
Tin         (Sn)   .004     Vanadium    (V )    .040
Tungsten    (W )   .050                         .000
Columbium/
Tantalum (Cb+Ta)   .010
Iron        (Fe)  Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite
```

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio* (signature)

SAM-NPR000064