**Akai Custom Guns**
**Profit and Loss**
**January - December 2017**

|  | Total |
|---|---|
| **Income** | |
| **Sales** | 510226.88 |
| **Discount** | -55016.00 |
| **Total Sales** | 455210.88 |
| **Total Sales Income** | 455210.88 |
| **Total Income** | **$455,210.88** |
| **Cost of Goods Sold** | |
| **Cost of Goods Sold** | |
| **Finishing** | 31450.00 |
| **Freight and Shipping Costs** | 14709.19 |
| **Parts/Materials** | 165909.11 |
| **Production Labor** | 49239.45 |
| **Total Cost of Goods Sold** | 261307.75 |
| **Total Cost of Goods Sold** | **$261,307.75** |
| **Gross Profit** | **$193,903.13** |
| **Expenses** | |
| **Advertising** | 4039.68 |
| **Automobile Expense** | 9655.03 |
| **Bank Service Charges** | 538.68 |
| **Business License** | 337.86 |
| **Computer and Internet Expenses** | 2373.88 |
| **Dues and Subscriptions** | 778.75 |
| **FDLE** | 140.00 |
| **Fire Extingusher** | 75.24 |
| **Insurance Expense** | 7839.71 |
| **Meals and Entertainment** | 1501.87 |
| **Office/Admin Expense** | 8556.88 |
| **Professional Fees** | 325.00 |
| **Rent Expense** | 31508.40 |
| **Repairs and Maintenance** | 198.00 |
| **Shop Supplies** | 31162.69 |
| **Sponorship** | 3674.00 |
| **Travel Expense** | 4724.81 |
| **Utilities** | |
| **Alarm System** | 316.39 |
| **Electric** | 4075.37 |
| **Telephone Expense** | 5259.39 |
| **Total Utilities** | **9651.15** |
| **Total Expenses** | **$117,641.63** |
| **Net Operating Income** | **$ 76,261.50** |
| **Net Income** | **$ 76,261.50** |

**AKAI HOROWITZ #541**

### Akai Custom Guns
### Profit and Loss
**January - December 2018**

|  | Total |
|---|---|
| **Income** | |
| Sales | 536964.39 |
| Discount | -76511.28 |
| Total Sales | 460453.11 |
| Total Sales Income | 460453.11 |
| **Total Income** | **$460,453.11** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | |
| Finishing | 22060.47 |
| Freight and Shipping Costs | 14478.89 |
| Parts/Materials | 165170.98 |
| Production Labor | 30358.7 |
| Total Cost of Goods Sold | **232069.04** |
| **Total Cost of Goods Sold** | **$232,069.04** |
| **Gross Profit** | **$228,384.07** |
| **Expenses** | |
| Advertising | 1660.04 |
| Automobile Expense | 3292.39 |
| Bank Service Charges | 1849 |
| Business License | 344.87 |
| Computer and Internet Expenses | 2581.06 |
| Contract Labor | |
| Shop Help | 8250.00 |
| Total Contract Labor | **8250.00** |
| Dues and Subscriptions | 1707.11 |
| FDLE | 65.00 |
| Fire Extingusher | 56.95 |
| Insurance Expense | 6389.22 |
| Meals and Entertainment | 1293.67 |
| Office/Admin Expense | 10598.14 |
| Professional Fees | 3000.00 |
| Rent Expense | 31024.56 |
| Repairs and Maintenance | 3756.00 |
| Shop Supplies | 22515.79 |
| Sponorship | 13919.75 |
| Travel Expense | 2847.00 |
| Utilities | |
| Alarm System | 416.19 |
| Electric | 5444.12 |
| Telephone Expense | 3357.96 |
| Total Utilities | **9218.27** |

**AKAI HOROWITZ #542**

| | |
|---|---|
| **Total Expenses** | **$ 124,628.82** |
| **Net Operating Income** | **$ 103,755.25** |
| **Net Income** | **$ 103,755.25** |

### Akai Custom Guns
### Profit and Loss
#### January - December 2019

|  | Total |
|---|---|
| **Income** |  |
| Sales | 163459.79 |
| Discount | 0 |
| Total Sales | 163459.79 |
| Total Sales Income | 163459.79 |
| **Total Income** | **$163,459.79** |
| **Cost of Goods Sold** |  |
| Cost of Goods Sold |  |
| Finishing | 6350.01 |
| Freight and Shipping Costs | 7801.96 |
| Parts/Materials | 59377.94 |
| Production | 26550 |
| Total Cost of Goods Sold | **100079.91** |
| **Total Cost of Goods Sold** | **$100,079.91** |
| **Gross Profit** | **$  63,379.88** |
| **Expenses** |  |
| Advertising | 678.13 |
| Automobile Expense | 1096.30 |
| Bank Service Charges | 1069.63 |
| Business License | 344.87 |
| Computer and Internet Expenses | 948.73 |
| Contract Labor |  |
| Shop Help | 12000.00 |
| Total Contract Labor | **12000.00** |
| Dues and Subscriptions | 778.75 |
| FDLE | 76.00 |
| Fire Extingusher | 56.95 |
| Insurance Expense | 6759.00 |
| Meals and Entertainment | 859.63 |
| Office/Admin Expense | 6417.21 |
| Professional Fees | 685.00 |
| Rent Expense | 31667.72 |
| Repairs and Maintenance | 990.27 |
| Shop Supplies | 28474.83 |
| Travel Expense | 1516.00 |
| Utilities |  |
| Alarm System | 173.97 |
| Electric | 4618.45 |
| Telephone Expense | 1894.11 |
| Total Utilities | **6686.53** |
| **Total Expenses** | **$101,409.55** |

**AKAI HOROWITZ #544**

| | |
|---|---|
| **Net Operating Income** | **$ (38,029.67)** |
| **Net Income** | **$ (38,029.67)** |

**AKAI HOROWITZ #545**

### Akai Custom Guns
### Profit and Loss
**January - December 2020**

| | Total |
|---|---|
| **Income** | |
| Sales | 103836.40 |
| Discount | 0.00 |
| Total Sales | 103836.40 |
| Total Sales Income | **103836.40** |
| **Total Income** | **$      103,836.40** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | |
| Damaged Goods | 186000.00 |
| Finishing | 12825.00 |
| Freight and Shipping Costs | 10589.90 |
| Parts/Materials | 125863.35 |
| Production | 6750.00 |
| Total Cost of Goods Sold | 342028.25 |
| **Total Cost of Goods Sold** | **$      342,028.25** |
| **Gross Profit** | **$     (238,191.85)** |
| **Expenses** | |
| Advertising | 427.69 |
| Automobile Expense | 963.74 |
| Bank Service Charges | 459.00 |
| Business License | 349.87 |
| Computer and Internet Expenses | 1935.21 |
| Contract Labor | |
| Shop Help | 12000.00 |
| Total Contract Labor | **12000.00** |
| Dues and Subscriptions | 778.75 |
| FDLE | 45.00 |
| Fire Extingusher | 56.95 |
| Insurance Expense | 6989.22 |
| Office/Admin Expense | 3193.15 |
| Professional Fees | 3000.00 |
| Rent Expense | 31024.56 |
| Repairs and Maintenance | 185.23 |
| Shop Supplies | 18437.55 |
| Utilities | |
| Alarm System | 416.19 |
| Electric | 3277.92 |
| Telephone Expense | 3357.96 |
| Total Utilities | **7052.07** |
| **Total Expenses** | **$      84,077.99** |
| **Net Operating Income** | **$     (322,269.84)** |
| **Net Income** | **$     (322,269.84)** |

**AKAI HOROWITZ #546**

**Akai Custom Guns**
**Profit and Loss**
January - September 2021

|  | Total |
|---|---|
| **Income** | |
| Sales | 96061.52 |
| Discount | 0 |
| Total Sales | 96061.52 |
| Total Sales Income | **96061.52** |
| **Total Income** | **$    96,061.52** |
| **Cost of Goods Sold** | |
| Cost of Goods Sold | |
| Damaged Goods | 54000.00 |
| Finishing | 6060.47 |
| Freight and Shipping Costs | 9478.89 |
| Parts/Materials | 57362.29 |
| Total Cost of Goods Sold | **126901.65** |
| **Total Cost of Goods Sold** | **$    126,901.65** |
| **Gross Profit** | **$    (30,840.13)** |
| **Expenses** | |
| Advertising | 398.25 |
| Automobile Expense | 793.27 |
| Bank Service Charges | 854.55 |
| Business License | 344.87 |
| Computer and Internet Expenses | 640.00 |
| Contract Labor | |
| Shop Help | 16500 |
| Total Contract Labor | **16500** |
| Dues and Subscriptions | 778.75 |
| FDLE | 65.00 |
| Fire Extingusher | 56.95 |
| Insurance Expense | 6255.34 |
| Meals and Entertainment | 439.27 |
| Office/Admin Expense | 10598.14 |
| Rent Expense | 22633.25 |
| Repairs and Maintenance | 159.87 |
| Shop Supplies | 17697.23 |
| Utilities | |
| Alarm System | 257.89 |
| Electric | 2758.44 |
| Telephone Expense | 1227.33 |
| Total Utilities | **4243.66** |
| **Total Expenses** | **$    82,718.40** |
| **Net Operating Income** | **$    (113,558.53)** |
| **Net Income** | **$    (113,558.53)** |

**AKAI HOROWITZ #547**