# Akai Custom Guns

## Profit and Loss
### January 1, 2022 - January 1, 2023

|  | TOTAL |
|---|---|
| Income |  |
|   Sales Income | 76,000.60 |
| **Total Income** | **$76,000.60** |
| Cost of Goods Sold |  |
|   Cost of Goods Sold |  |
|    Finishing | 540.00 |
|    Parts/Materials | 20,000.00 |
|   **Total Cost of Goods Sold** | **20,540.00** |
| **Total Cost of Goods Sold** | **$20,540.00** |
| GROSS PROFIT | **$55,460.60** |
| Expenses |  |
|   Bank Service Charges | 2,359.61 |
|   Computer and Internet Expenses | 480.00 |
|   Contract Labor |  |
|    Shop Help | 7,500.00 |
|   **Total Contract Labor** | **7,500.00** |
|   Dues and Subscriptions | 240.00 |
|   Insurance Expense | 4,531.03 |
|   Professional Fees | 14,951.12 |
|   Rent Expense | 10,844.86 |
|   Utilities |  |
|    Electric | 1,725.04 |
|    Telephone Expense | 62.00 |
|   **Total Utilities** | **1,787.04** |
| **Total Expenses** | **$42,693.66** |
| NET OPERATING INCOME | **$12,766.94** |
| NET INCOME | **$12,766.94** |

# Akai Custom Guns

## Profit and Loss

January - August, 2023

|  | TOTAL |
|---|---|
| Income | |
| Sales Income | 93,436.23 |
| **Total Income** | **$93,436.23** |
| **GROSS PROFIT** | **$93,436.23** |
| Expenses | |
| Bank Service Charges | 256.35 |
| Computer and Internet Expenses | 20,154.93 |
| Dues and Subscriptions | 680.00 |
| Office/Admin Expense | 2,478.15 |
| Rent | 11,890.91 |
| Rent Expense | 7,178.22 |
| Shop Supplies | 19,671.34 |
| Utilities | 3,325.50 |
| Telephone Expense | 57,862.99 |
| **Total Utilities** | **61,188.49** |
| **Total Expenses** | **$123,498.39** |
| **NET OPERATING INCOME** | **$ -30,062.16** |
| Other Expenses | |
| Ask My Accountant | -8,348.51 |
| **Total Other Expenses** | **$ -8,348.51** |
| **NET OTHER INCOME** | **$8,348.51** |
| **NET INCOME** | **$ -21,713.65** |