Page 1

1                 UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
2                  FORT LAUDERDALE, DIVISION

3

4     AKAI CUSTOM GUNS, LLC,
      a Florida Limited Liability Company,
5     and SHAY HOROWITZ, an Individual,
6              Plaintiffs,
7     vs.
8     KKM PRECISION, INC., a Nevada Corporation,
      SHOOTERS CONNECTIONS, INC., a Kentucky
9     Corporation, CHARLES BRADLEY, an Individual
      and Kentucky Resident, TIMOTHY MEKOSH,
10    an Individual and Kentucky Resident, and MICHAEL
      DAME, a Canadian Citizen and Kentucky Resident,

11

              Defendants.

12

      *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

13

      DEPOSITION OF:   MATTHEW CHEELY

14

      DATE TAKEN:      October 19, 2022

15

      TIME:           11:02 a.m. to 3:44 p.m.

16

      PLACE:          *All parties and court reporter
17                    appeared via videoconference
18    TAKEN BY:       Defendant, Shooters Connection, Inc.
19    REPORTED BY:    FILIZ SERDIO
                      Court Reporter
20                    Notary Public, State of Florida
21
22
23
24
25

Page 2

```
 1   A P P E A R A N C E S:
 2   EDMUND S. YEE, ESQUIRE
     RICHARD FIATO, ESQUIRE
 3   OF:  McKelvie, McKelvie, Yee & Epacs, P.C.
          280 West Maple Road
 4        Suite 220
          Birmingham, Michigan  48009
 5
              APPEARING ON BEHALF OF THE PLAINTIFFS
 6
 7   JOHN Y. BENFORD, ESQUIRE
     OF:  Wilson, Elser, Moskowitz
 8        Edelman & Dicker, LLP
          111 North Orange Avenue
 9        Suite 1200
          Orlando, Florida  32801
10
              APPEARING ON BEHALF OF DEFENDANT SHOOTERS
11            CONNECTION, INC.
12
     NICHOLAS CARDAMONE, ESQUIRE
13   OF:  Cole, Scott & Kissane, P.A.
          222 Lakeview Avenue
14        Suite 120
          West Palm Beach, Florida  33401
15
              APPEARING ON BEHALF OF DEFENDANT SHOOTERS
16            CONNECTION, INC.
17
     NICHOLAS MARI, ESQUIRE
18   KEVIN ROBINSON, ESQUIRE
     OF:  Zimmerman, Kiser, Sutcliff, P.A.
19        315 East Robinson Street
          Suite 600
20        Orlando, Florida  32802
21            APPEARING ON BEHALF OF KKM PRECISION, INC.
22
23   ALSO PRESENT:  Shay Horowitz
                     Luke McIntire
24                   Charles Bradley
25
```

```
 1                    C O N T E N T S
 2   TESTIMONY OF MATTHEW CHEELY
 3         Direct Examination by Mr. Benford....................5
           Cross-Examination by Mr. Robinson...................53
 4         Cross-Examination by Mr. Fiato......................66
           Recross Examination by Mr. Robinson...............185
 5         Recross Examination by Mr. Fiato...................188
 6   CERTIFICATE OF OATH...................................191
 7   CERTIFICATE OF REPORTER...............................192
 8                      - - - - -
 9                       EXHIBITS
10
     Plaintiffs' Exhibit No. 1................................87
11         (Dame communication)
12   Plaintiffs' Exhibit No. 2................................87
           (Picture of Akai compensator)
13
     Plaintiffs' Exhibit No. 3................................87
14         (Picture of Cheely Gunworks compensator)
15   Plaintiffs' Exhibit No. 4................................87
           (Shay Horowitz Facebook post)
16
     Plaintiffs' Exhibit No. 5................................87
17         (Picture of Bedell compensator)
18   Plaintiffs' Exhibit No. 6................................92
           (Picture of Infinity grip)
19
     Plaintiffs' Exhibit No. 7................................93
20         (Picture of Cheely grip)
21   Plaintiffs' Exhibit No. 8................................95
           (Magwell insert Ice by Dawson)
22
     Plaintiffs' Exhibit No. 9................................96
23         (Picture of Cheely magwell insert)
24   Plaintiffs' Exhibit No. 10.............................102
           (Cheely Facebook post)
25
```

Page 4

1   Plaintiffs' Exhibit No. 11...............................106
        (Cheely Facebook post)
2
    Plaintiffs' Exhibit No. 12...............................111
3       (Email from Cheely to McIntire)
4   Plaintiffs' Exhibit No. 13...............................143
        (John Vlieger correspondence)
5
    Plaintiffs' Exhibit No. 14...............................152
6       (John Vlieger correspondence)
7   Plaintiffs' Exhibit No. 15...............................161
        (Michael Dame correspondence)
8
    Plaintiffs' Exhibit No. 16...............................178
9       (Bobby Keigans Facebook post)
10  Plaintiffs' Exhibit No. 17...............................182
        (Bobby Keigans picture)

11

12                      - - - - -

13              S T I P U L A T I O N S

14      It is hereby agreed and so stipulated by and

15  between the parties hereto, through their respective

16  counsel, that the reading and signing of the

17  transcript are expressly waived by the Deponent.

18

19

20

21

22

23

24

25

Page 5

```
 1                    P R O C E E D I N G S

 2                        ***********

 3            THE COURT REPORTER:  Please raise your right

 4       hand for me.

 5            Do you solemnly swear or affirm that the

 6       testimony you are about to give will be the truth,

 7       the whole truth, and nothing but the truth?

 8            THE WITNESS:  I do.

 9            THE COURT REPORTER:  Thank you, sir.  You may

10       put your hand down.

11            Counsel, you may proceed.

12                        MATTHEW CHEELY,

13  having been first duly sworn or affirmed, testified under

14  oath as follows:

15                     DIRECT EXAMINATION

16  BY MR. BENFORD:

17       Q    Good morning, Mr. Cheely.

18       A    Good morning.

19       Q    Mr. Cheely, my name is John Benford.  I'm with

20  the law firm of Wilson, Elser.  And we represent the

21  defendant, Shooters Connection, Inc. in this case.

22            Have you ever had your deposition taken

23  before?

24       A    Never.

25       Q    As you probably know, it's basically a series
```

1    of questions and answers.  And I -- just a couple of --

2    I'm not gonna explain the rules or burden you with that,

3    but just a couple of rules and guidelines just to keep

4    in mind.

5           If you don't understand a question, please ask

6    me to repeat or explain, and I'll do my best to clarify

7    the question.  If -- allow me to finish the question

8    before you answer, because if you and I -- and that goes

9    for any of the attorneys -- if you and any of the

10   attorneys, including myself, are speaking at the same

11   time, then Filiz can't accurately record your testimony.

12          And, then, if you need to take a break for any

13   reason, just indicate and we will take a break.

14     A    All right.

15     Q    Okay.  All right.  Please state your full name

16   for the record.

17     A    Matthew Glenn Cheely.

18     Q    Mr. Cheely, what is your date of birth?

19     A    9/21/83.

20     Q    And what do you do for a living, Mr. Cheely?

21     A    I own a firearm manufacturing company.

22     Q    What is the name of that firearm manufacturing

23   company?

24     A    Cheely Custom Gunworks, LLC.

25     Q    Do you hold any kind of title, for example,

Page 7

1    owner, office, president, anything like that?

2         A    Would be managing member?

3         Q    Managing member.

4              Okay.  So it's an LLC; is that correct?

5         A    Yes.

6         Q    And where -- where do you reside?

7         A    I live in Hillsdale, Michigan.

8              MR. FIATO:  Was that Hillsdale, Michigan?  You

9         kind of cut out.

10             THE WITNESS:  Yes, Hillsdale, Michigan.

11             MR. FIATO:  Thank you.

12   BY MR. BENFORD:

13        Q    What county is that in in Michigan?

14        A    Hillsdale.

15        Q    Hillsdale County.

16             Okay.  Where is Cheely Custom Guns located?

17        A    We're located in Hudson, Michigan.

18        Q    And what county is Hudson in.

19        A    It's in Lenawee County.

20        Q    Could you spell that please?

21        A    L-e-n-a-w-e-e.

22        Q    Now, I believe you testified that Cheely

23   Customs manufactures guns.

24        A    Yes.

25        Q    Does it manufacture anything else other than

                                                            Page 8

1    guns?

2         A    We manufacture mostly components to build guns

3    with.

4         Q    Are the guns and the components that Cheely

5    custom manufactures primarily used in competition

6    shooting?

7         A    Yes.

8         Q    Approximately what percentage of the products

9    that Cheely Customs makes are used in competition

10   shooting?

11        A    The vast majority of them.  You know, probably

12   90-plus percent.

13        Q    Now, is this competition pistol shooting?

14        A    Yes.

15        Q    How long has Cheely Customs been operating?

16        A    About 12 years.

17        Q    And just briefly, as far as components or

18   parts, what would be some examples of some of the parts

19   that Cheely Customs makes?

20        A    We make the frame for the pistol, the grip,

21   trigger, magwells, scope mounts.  Probably 80 precent of

22   the parts that go into building one of these pistols we

23   make.

24        Q    And the kind of pistol that you are typically

25   manufacturing parts for -- what types of the pistols

Page 9

1   does Cheely manufacture parts for?

2        A    We call it a 1911 or 2011 platform pistol.

3        Q    So is it fair to say the vast majority of the

4   parts that Cheely Customs makes would either go into a

5   1911 or a 19 -- I'm sorry -- 1911 or 2011 pistol?

6        A    Yes.

7        Q    And these pistols are primarily used for

8   competition shooting; correct?

9        A    Primarily.

10       Q    You mentioned the frame of a pistol is one of

11  the parts that Cheely Customs makes; correct?

12       A    Yes.

13       Q    What is a frame?

14       A    Frame is the serialized component, the

15  component that's considered to be the firearm by the

16  federal government.

17       Q    Is it one of the larger parts of a gun?

18       A    Yes.

19       Q    As far as all the components of a pistol, of a

20  1911 or 2011 pistol, is that one of the more complex

21  parts to make?

22       A    Yes.

23       Q    And what is the frame made out of?

24       A    We can make it out of stainless steel, carbon

25  steel, or aluminum.

Page 10

1    Q    In addition to selling parts that Cheely

2  Customs make, does Cheely Customs also sell gun parts

3  that are made by other manufacturers?

4    A    Yes, we do.

5    Q    So is it fair to say that Cheely Customs is a

6  retailer of gun parts?

7    A    Yes.

8    Q    Does Cheely Customs sell barrels that are made

9  by other manufacturers?

10    A    Yes.

11    Q    Are you familiar with KKM Precision, Inc., one

12  of the defendants in this case?

13    A    Yes.

14    Q    Does Cheely Customs sell KKM Precision

15  barrels?

16    A    Yes.

17    Q    Approximately what percentage of the total

18  barrels that Cheely Customs sells are KKM barrels?

19    A    Ninety-nine percent.

20    Q    Has Cheely Customs ever sold any barrels made

21  by other manufacturers?

22    A    Yes.

23    Q    What manufacturers has Cheely Customs sold the

24  barrels of?

25    A    We sold Schueman barrels.

Page 11

1          Q     Could you please spell that?

2          A     I think S-c-h-u-e-m-a-n.

3          Q     Any others come to mind?

4          A     I don't believe we've sold any other barrels.

5     We've used other barrels but not sold them.

6          Q     What other barrels has Cheely Customs used?

7          A     I've used Briley, Bar-Sto, Kart, Schueman,

8     KKM.  That's all that I can recall right now.

9          Q     Okay.  Mr. Cheely what education do you have?

10         A     I have a Bachelor's of Science in Product

11    Design from Eastern Michigan University.

12         Q     And your studies or your major, product

13    design, did that course involve any studies of materials

14    used in manufacturing?

15         A     Yes, it did.

16         Q     What types of the materials did you study in

17    you major?

18         A     It was just in general material science, as

19    far as how different types of materials would be used

20    and how they're created in their properties.

21         Q     Did any of the materials you studied include

22    steel?

23         A     Yes.

24         Q     Do you have -- as part of those studies did

25    you learn how certain -- how steel reacts to certain

Page 12

1    forces or tolerances or things of that nature?

2        A    Yes.

3        Q    Prior to working for -- prior to forming --

4    I'm sorry.

5             Prior to forming Cheely Customs, where did you

6    work?

7        A    I previously worked at Detroit Diesel.

8        Q    And what does Detroit Diesel do?

9        A    They manufacture large truck engines for

10   over-to-road semi trucks and other applications.

11       Q    And when did you work for Detroit Diesel?

12       A    Sorry?

13       Q    When did you work for Detroit Diesel?

14       A    I started there in college as an intern.  And

15   then I worked for them as a contractor.  And then I was

16   a full hire, worked directly for them for a total of

17   about five years.

18       Q    And when was that?  From when to when did you

19   work for Detroit Diesel?

20       A    About 2005 to 2010.

21       Q    And what did you -- what did you do for

22   Detroit Diesel?

23       A    I was a performance and admissions engineer.

24       Q    Do you have any experience -- in addition to

25   manufacturing guns, do you have any experience working

Page 13

1   as a gunsmith?

2       A    Just my time as a amateur gunsmith, and then

3   as a professional over the last 12-plus years.

4       Q    As far as working as a gunsmith -- or in your

5   work as a gunsmith, does that include repairing guns?

6       A    Yes.

7       Q    So how long would you say -- or when did you

8   begin working as a gunsmith, I guess, professionally?

9       A    Professionally would be about 12 years ago.

10      Q    And approximately when did you begin working

11  as a gunsmith non-professionally or as an amateur?

12      A    I started working on my own pistols in late

13  high school, around 2000, 2002.

14      Q    And in your experience working as a gunsmith,

15  could you give me some examples of some of the repairs

16  you would have made to guns?

17      A    We would do part replacement, upgrades,

18  trigger jobs, machining of slides, barrel replacement,

19  compensator replacements, scope mount installations.

20  That would be some various things.

21      Q    Have -- any of the barrels that you've

22  replaced, are they KKM barrels?

23      A    Probably.  I can't recall specifically from

24  that long ago.

25      Q    You testified earlier that most of the guns

Page 14

1    and the parts that Cheely Customs sells are designed for

2    competition pistol shooting; correct?

3         A    Yes.

4         Q    What is -- what is the -- what are the largest

5    organizations in the U.S. that conduct competition

6    pistol shooting?

7         A    USPSA and IDPA.

8         Q    Any others, or are those two the largest?

9         A    Those would be the largest.  A third one would

10   might be the Challenge Association?

11        Q    Is there a competition shooting community of

12   participants that consist of shooters who regularly

13   compete in these events?

14        A    Yes.

15        Q    Does -- this competition shooting community,

16   does it also include manufacturers and sellers of guns

17   and parts?

18        A    Yes.

19        Q    Would you consider Cheely Customs part of the

20   competition shooting community?

21        A    Yes.

22        Q    Have you ever participated in competition

23   shooting?

24        A    Yes.

25        Q    What organizations?

Page 15

1     A     In USPSA.

2     Q     Have you won any awards?

3     A     I've won some matches before, yes.

4     Q     Do you hold any type of the rank in the USPSA?

5     A     Yes.  I'm a multi-division grandmaster.

6     Q     Is grandmaster the highest rank?

7     A     It is?

8     Q     What percentage of all participants hold the

9     rank of a grandmaster?

10    A     It's only a few percent.

11    Q     You said multiple division.

12          Do you know how many divisions --

13    A     Multiple different equipment division in the

14    sport, and I'm a grandmaster in three different

15    divisions.

16    Q     What are those divisions?

17    A     Limited, 10, and Production.

18    Q     What is Limited?

19    A     Limited is basically a class where anything

20    goes except you can't use a compensator or a red dot on

21    the pistol.  The most common pistol used in that

22    division would be a 2011 pistol.

23    Q     And what's a Limited 10 Division?

24    A     The same thing but your magazine is restricted

25    to ten rounds?

Page 16

1      Q     And these divisions, do they use -- do they

2   exclusively use 2011s?

3      A     No.

4      Q     They use 1911s as well; correct?

5      A     And other pistols, yes.

6      Q     Do you know -- do you know John Vlieger

7   V-l-i-e-g-e-r?

8      A     Yes.

9      Q     You consider Mr. Vlieger part of the

10   competition shooting community?

11      A     Yes.

12      Q     What is your opinion of Mr. Vlieger as a

13   shooter?

14      A     He's a very highly-ranked shooter.

15      Q     Now, you testified earlier that Cheely Customs

16   sells KKM barrels as a retailer.

17            Does Cheely Customs also use KKM barrels in

18   the guns that it makes?

19      A     Yes.

20      Q     As far as the guns that Cheely Customs makes,

21   what percentage of those guns would use KKM barrels?

22      A     A hundred percent now.

23      Q     Is it fair to say that Cheely Customs has been

24   using KKM barrels for the last -- in its guns -- for the

25   last 12 years?

Page 17

1        A    Yes.

2        Q    Does it continue to use those barrels today?

3        A    Yes.

4        Q    Approximately how long has Cheely Customs been

5   selling KKM barrels at a retail level?

6        A    About five years.

7        Q    And does it continue to sell those barrels

8   today at the retail level?

9        A    Yes.

10        Q    If you had to estimate, approximately how many

11   KKM barrels did Cheely Customs sell at the retail level

12   in 2017, 2018, and 2019?

13        A    About 300.

14        Q    Is that combined all three years?

15        A    Yes.

16        Q    Now, prior to forming Cheely Customs 12 years

17   ago, did you use KKM barrels in any of your gunsmithing

18   work?

19        A    Yes.

20        Q    And when would you have first started using

21   KKM barrels in your gunsmithing work?

22        A    I couldn't say exactly.

23        Q    But was it prior to ten years ago?

24        A    It would have been.  We used multiple

25   different barrel manufacturers over the years.

Page 18

1      Q     In your experience as a manufacturer and a
2  retailer, what is your opinion as to the quality of KKM
3  barrels?
4      A     They're very good barrels.
5      Q     Why do you say that?
6      A     The tolerances are always right on.  It
7  finishes great.  Excellent price.  And the company is a
8  very well run company that takes care of me, so I like
9  to use their products because I think they're the best
10 products out there.
11     Q     What is the reputation for KKM, as far as the
12 quality of their product, in the competition pistol
13 shooting community?
14     A     Very good reputation.
15     Q     Have you ever been made aware of any KKM
16 barrel that was defective?
17     A     I was told a few years back by someone that
18 somebody in the industry was having a problem, yes.
19     Q     Who was that?
20     A     My insurance agent called me and told me that
21 somebody was having some problems and I should
22 investigate.
23     Q     Did your insurance agent mention who they were
24 referring to?
25     A     Not that I recall.

Page 19

1    Q    As you sit here today, do you know who they

2  were referring to?

3    A    They were referring to the Akai Custom Guns.

4    Q    And your insurance agent, when did they first

5  contact you regarding this potential defect?

6    A    I believe it was in 2019.

7    Q    You believe it was towards the end of the

8  year?

9    A    I couldn't say exactly when.  I don't remember

10  the date.

11    Q    Sorry.  What is the name of this individual

12  from the insurance company again?

13    A    His name is Roy Neal from The Insurance House.

14    Q    Okay.  And is Neal, N-e-a-l?

15    A    I believe so.

16    Q    And The Insurance House, where is that

17  located?

18    A    Redford, Michigan.

19    Q    And what did Mr. Neal tell you?

20    A    I don't recall exactly.  It was something

21  along the lines of somebody was having problems with KKM

22  barrels, so I should check it out and figure out what

23  was going on, so if there was a problem I wouldn't have

24  a problem with it.

25    Q    Okay.  And then shortly -- well, did

Page 20

```
 1    you -- around that time, did you contact Shay Horowitz
 2    regarding -- you know, regarding this issue?
 3         A    I don't believe I contacted him about that.
 4         Q    Did he contact you?
 5         A    Yes.  At that time we were chatting, and he
 6    was buying products from me.
 7         Q    And what did Mr. Horowitz tell you?
 8         A    He told me that he had some soft barrels and
 9    he was having problems with guns because he had soft
10    barrels.
11         Q    And did he mention the name of the
12    manufacturer of the soft barrels?
13         A    KKM, yes.
14         Q    And you recall him saying KKM?
15         A    Yes.
16         Q    Now, other than Mr. Horowitz and I guess
17    Mr. Neal, has there been any occasion where somebody has
18    made you aware that KKM barrels may be defective?
19         A    No.
20         Q    Have you ever observed any defective KKM
21    barrels?
22         A    No.
23         Q    Have you ever observed any problems with KKM
24    barrels, for example, a cracking, exploding, anything
25    like that?
```

Page 21

1      A     Not other than due to user error, like a
2  double charge or a squib with a round fired behind it,
3  which would destroy any barrel.
4      Q     The double charge and the squibs -- well, tell
5  me, what is a double charge?
6      A     That's where somebody is reloading ammunition
7  and they accidently put a double charge of powder into
8  the case, you know, results in extremely high, you know,
9  chamber pressure, and it can cause the barrel to split
10 open and destroy the firearm.
11     Q     And tell me what squib is?
12     A     A squib is where you would have a round that
13 either had no powder or not enough powder to eject the
14 bullet all the way from the barrel, the primer will
15 cause the bullet to leave the case and get stuck in the
16 barrel, and then if you shoot another round behind it,
17 that's called a -- you know, shooting another round
18 behind a squib, and that can also bulge or blow up the
19 barrel and destroy the pistol.
20     Q     And this would be a user-related error?
21     A     Yes.
22     Q     Have -- do you believe -- in your experience
23 using KKM barrels, do you believe that any of the
24 barrels that you've ever used or Cheely Customs has used
25 or sold were not suited in any way for competition

Page 22

1    shooting?

2         A    No.

3         Q    Have any of your customers ever sent a KKM

4    barrel back indicating that there was a problem with the

5    barrel?

6         A    No.

7         Q    Are you familiar with the other defendant in

8    this case -- or one of the other defendants, Shooters

9    Connection?

10        A    Yes.

11        Q    How do you -- how are you familiar with

12   Shooters Connection?

13        A    I've done business with them for probably 20

14   years.

15        Q    Have you ever purchased any KKM barrels from

16   Shooters Connection?

17        A    Yes.

18        Q    And in additional to barrels, have you

19   purchased other parts from Shooters Connection?

20        A    Yes.

21        Q    When would you have begun purchasing barrels

22   from Shooters Connection?

23        A    Would have started at the beginning, 20 years

24   ago.

25        Q    As far as the barrels that you purchased from

Page 23

1   Shooters Connection, the KKM barrels, have any of those

2   barrels been defective?

3        A    No.

4        Q    In general, what has been your experience as a

5   customer of Shooters Connection?

6        A    They've been very good to deal with.

7        Q    Have they ever misrepresented any

8   specifications in their products?

9             MR. FIATO:  Object to form.

10       A    No.

11   BY MR. BENFORD:

12       Q    Have they ever concealed any information that

13   you thought was important?

14       A    No.

15       Q    As a customer, is Shooters Connection

16   responsive to any issues that you might have regarding

17   one of its product?

18       A    They're very responsive.

19       Q    Have you ever known KKM or Shooters Connection

20   to sell any gun barrels that are too soft for

21   competitive shooting?

22            MR. FIATO:  Object to form.

23            You can answer.

24       A    No.

25

Page 24

1    BY MR. BENFORD:

2        Q    Are you familiar with Rockwell hardness?

3        A    Yes.

4        Q    What's your understanding of Rockwell

5    hardness?

6        A    It's a type of test to determine the hardness

7    of a material.

8        Q    Is it commonly used to determine the hardness

9    of steel?

10       A    Yes.

11       Q    Has KKM or Shooters Connection ever sold you a

12   KKM barrel that has insufficient Rockwell hardness for

13   competitive shooting?

14            MR. FIATO:  Objection to form.

15       A    No.

16   BY MR. BENFORD:

17       Q    All right.  Do you recall any occasion where

18   Shooters Connection or KKM would have sold you a KKM

19   barrel that had a softer type of steel or steel that was

20   too soft for competitive shooting?

21       A    Too soft?  No.

22       Q    Have you ever purchased a KKM barrel from

23   Shooters Connection that had a different Rockwell

24   hardness than a barrel you would have bought directly

25   from KKM?

Page 25

1       A    No.

2       Q    Is there any standard, any gun manufacturing

3  that you're aware of that barrels need to have a certain

4  type of Rockwell hardness?

5       A    Could you say that again?

6       Q    Yeah.

7            Is there some kind of -- is there a standard

8  in gun manufacturing or gun building that barrels need

9  to have a certain level of Rockwell hardness, a certain

10  number of Rockwell hardness?

11      A    I think anyone would expect that you would get

12  a barrel that's hard enough to perform its duty.  I

13  don't think many people would know or understand a

14  number of what the hardness was and it if was sufficient

15  or not.

16      Q    In your experience, are retailers of gun parts

17  like Shooters Connection, like Cheely Customs, are they

18  typically familiar with metallurgy?

19      A    No.

20      Q    Are they typically familiar with types of the

21  steel, for example, 416, 416R?

22      A    They may be familiar with it, yes.

23      Q    Is it typically a requirement as far as

24  ordering a part or a barrel?

25      A    No.

Page 26

1      Q     Are gun builders like Cheely Customs typically

2    familiar with metallurgy?

3      A     I would say they're typically not.

4      Q     Prior to purchasing barrels, including

5    purchasing barrels from KKM, have you or Cheely Customs

6    ever checked to see if the barrels were made out of 416R

7    steel?

8      A     No.

9      Q     Are you familiar with the term "416R?"

10     A     Yes.

11     Q     Prior to purchasing any KKM barrels, have you

12   ever -- you individually or you on behalf of Cheely

13   Customs, ever determined the Rockwell hardness of a

14   barrel?

15     A     No.

16     Q     Do assume manufacturers like KKM are gonna

17   make barrels with sufficient hardness for competitive

18   shooting?

19     A     Yes, I would assume it would be proper.

20     Q     Have you ever or Cheely Customs, to your

21   knowledge, ever contacted a gun part retailer like

22   Shooters Connection to gain information regarding an

23   manufacturing process of a part?

24     A     Contacted Shooters Connection, no.

25     Q     Yes, sir.

Page 27

1           Okay.  In your experience if Cheely Customs

2    wanted to learns about the manufacturing process of a

3    part that's used in a gun, who would you contact?

4        A    I'd contact the manufacturer.

5        Q    Does Cheely Customs include information

6    regarding gun barrels it sells on its website?

7        A    Yes.

8        Q    What types of information?

9        A    The configuration of the barrel, the caliber,

10   the length, if it's threaded or not, the type of ramp.

11       Q    Has it ever posted any information or included

12   any information on its website regarding the type of

13   steel that the barrel is made out of?

14           MR. FIATO:  Objection to form.

15       A    Not that I can recall.

16   BY MR. BENFORD:

17       Q    So do you recall posting any information

18   relating to 416 or 416R steel?

19       A    No.

20       Q    Post any -- okay.  Did Cheely Customs ever

21   post any information relating to the Rockwell hardness

22   of the barrel?

23       A    No.

24       Q    Have you ever observed other gun part

25   retailers posting information relating to the Rockwell

Page 28

1    hardness or the type of steel used in a gun barrel?

2        A    Occasionally I've seen it, yes.

3        Q    Okay.  Does Cheely Customs -- do the customers

4    of Cheely Customs ever contact you to ask you questions

5    about type of steel used in a barrel?

6        A    Every once in a while somebody will ask a

7    question like that, yes.

8        Q    It's not a common occurrence?

9        A    No.

10       Q    Are your customers typically familiar with the

11   barrels -- I'm sorry.  Strike that.

12            Are your customers typically familiar with the

13   manufacturers that make the gun barrels they purchase

14   from you?

15       A    I would say, yes.

16       Q    You had testified that you had a discussion in

17   late 2019 with Mr. Horowitz regarding his allegations

18   that KKM barrels were defective?

19       A    Yes.

20       Q    And you also -- around the same time you spoke

21   to Mr. Neal regarding those allegations; correct?

22       A    It would have been after that at some point,

23   yes.

24       Q    Around this time, were your customers also

25   calling you asking questions regarding these allegations

Page 29

1   that KKM barrels were defective?

2       A    Not that I recall.

3       Q    Did you have any concern that the KKM barrels

4   might be defective after you spoke to Mr. Neal and

5   Mr. Horowitz?

6       A    Yes, I was concerned.

7       Q    Why were you concerned?

8       A    Because I had 40 or more barrels from KKM in

9   stock in my facility.

10      Q    Now, you had testified earlier that you spoke

11  to Mr. Horowitz about his allegations that the KKM

12  barrels were defective; correct?

13      A    Yes.

14      Q    He specifically told you that the barrels he

15  was alleging were defective were KKM barrels; is that

16  correct?

17      A    Yes.

18      Q    Did he explain why he thought the barrels were

19  defective?

20      A    Yes.  He said things about -- he said they

21  were soft.  That they're -- the hood length was getting

22  sent back upon firing.  And things of that nature.

23      Q    Do you recall why Mr. Horowitz was calling

24  you?

25      A    We were speaking occasionally about the

```
 1    industry.  And he was ordering parts from me at the
 2    time, and we had occasion to chat about it.
 3        Q    Do you remember anything else about that
 4    conversation?
 5        A    Not specifically.
 6        Q    Did he mention that he was testing his KKM
 7    barrels?
 8        A    Yes.
 9        Q    All right.  And did he provide you with his
10    test results?
11        A    Provided me, no.  He just said that they were
12    soft.  He may have told me a Rockwell number, but I do
13    not remember what it would have been.
14        Q    Okay.  Did he mention that he purchased the
15    barrels from Shooters Connection?
16        A    I believe he did.
17        Q    Did he ask you to keep confidentiality his
18    belief that the KKM barrels were defective?
19        A    I don't remember him saying that, no.
20        Q    So he ever said anything like, "Don't tell
21    anybody that I believe these barrels are defective"?
22        A    Not that I recall.
23        Q    Now, after you spoke with Mr. Horowitz -- or
24    some time after you spoke with Mr. Horowitz, do you
25    recall -- or did you test the barrels yourself?
```

Page 31

1      A    Yes, I tested all of the barrels that we had

2  in stock in the shop.

3      Q    How many barrels were that -- or was that

4  approximately?

5      A    It was approximately 40 barrels.

6      Q    Approximately 40 KKM barrels; is that correct?

7      A    Yes.

8      Q    Just to be clear, what kinds of barrels were

9  these?  I mean, they were pistol barrels; correct?

10      A    They were 1911, 2011 pistol barrels.

11      Q    Was there -- were they a certain type of

12  barrel dimension, or did that vary?

13      A    Multiple different calibers, lengths, and

14  configurations.

15      Q    Okay.  So how did you test the 40 barrels that

16  you had at that time?

17      A    Around that time I had a Rockwell hardness

18  tester in our facility, and I tested all those barrels

19  on the back of the hood down the longitudinal length of

20  the barrel.  I tested all 40 of them -- 40-plus.

21      Q    What kind of Rockwell tester did you have?

22      A    I don't know the brand.

23      Q    Was it new or used?  Do you recall?

24      A    New.

25      Q    Do you know if it had been calibrated?

Page 32

1       A       Yes.

2       Q       You mentioned you tested on the hood.

3               Where exactly is that on a barrel?

4       A       It be the very most rearward part of the

5   barrel opposite the muzzle.

6       Q       Now, how did you know how to test barrels?

7       A       I didn't.  That seemed like the most logical

8   place to test the barrel without putting a mark on it

9   that you would see after the pistol was assembled.

10      Q       And what did your test results indicate?

11      A       Almost all of the barrels were -- had a

12  hardness, you know, above 42.  And I had two specific

13  barrels that seemed to be quite a bit softer than all

14  the other barrels.

15      Q       When you say "softer," what were they

16  Rockwell --

17      A       Rockwell was in the 30s.

18      Q       Do you remember was it lower, middle, upper

19  30s?

20      A       I believe it was a mid 30s.

21      Q       After you tested the barrel -- after you

22  tested the barrels, did you have any other testing done?

23      A       I sent the two soft barrels back to KKM for

24  evaluation after calling and talking to them.

25      Q       What did KKM do?

Page 33

1          A      They tested the barrels on their very

2    expensive machine in the correct location, which is on

3    the barrel foot.  I was informed that you can't test the

4    barrel on the back of the hood, there's too much

5    potential for deflection of the barrel, which would give

6    you an inaccurate reading.

7                 So they tested both barrels, as I recall, five

8    times each, and determined that they were acceptable

9    hardness.  The hardness was above 40 or 42.  And they

10   sent the barrels back to us.

11         Q      Were you confident that KKM knew how to test

12   barrels at that time?

13         A      Very confident.

14         Q      Why do you say "very confident?"

15         A      Because they're the manufacturer and had the

16   very expensive machine that they had set up specifically

17   to be able to test the barrel in the correct location on

18   the foot where there's no potential for deflection and

19   it's solid all the way through, and, you know, tested

20   the barrel five times and had some kind of a printout

21   that they sent me that showed those results on each

22   barrel.

23         Q      Do you still have that printout?

24         A      I do not.

25         Q      Did anybody else indicate that the proper

Page 34

```
 1    location to test a barrel for Rockwell hardness is on
 2    the foot?
 3         A    Anybody else?
 4         Q    Yeah.  Other than KKM?
 5         A    No.  I didn't speak to anybody else about it.
 6         Q    Who did you speak to at KKM?
 7         A    I spoke to the Luke, McIntire I believe is his
 8    last name.
 9         Q    Prior to that testing, have you ever met
10    Mr. McIntire?
11         A    I het him briefly once at SHOT Show in Las
12    Vegas many years prior.
13         Q    Had you ever spoken to him on the phone prior
14    to this occasion in late 2019 where you're testing
15    barrels?
16         A    Yes, occasionally we would speak.
17         Q    What would you typically speak about?
18         A    Just about orders and business general.
19         Q    The barrels that Mr. McIntire -- first of all,
20    did Mr. McIntire say that he tested the barrels himself?
21         A    Yes, I believe so.
22         Q    What happened to the barrels after he tested
23    them?
24         A    He sent them back to us.  And we either used
25    them or sold them.  I couldn't be sure exactly where the
```

Page 35

```
 1    barrels where.
 2        Q    But you recall either using them or selling
 3    them?
 4        A    Yes.
 5        Q    Do you recall setting them aside because you
 6    thought they may be defective?
 7        A    No.  We cleaned up the finish on them so they
 8    looked new again and put them back on the shelf to sell.
 9        Q    Were you satisfied that the barrels were not
10    defective?
11        A    Yes.
12        Q    When he sent the barrels back to you, were
13    there marks on the barrels where KKM had tested them?
14        A    Yes.
15        Q    Were they the same barrels -- two barrels that
16    you sent to KKM?
17        A    I believe so.  They still had the marks on the
18    back of the hood that I put in the barrels testing them
19    in the first place.
20        Q    Did you ever suggest to Mr. Horowitz that he
21    should also send his barrels to KKM for testing?
22        A    I believe I did say that he should send one
23    back to them and work with them to see what was going on
24    with his soft barrels, yes.
25        Q    And was that during the conversations that you
```

Page 36

1    testified to earlier?

2         A    We had multiple conversations over time, and I

3    believe during one of those I would have asked him if he

4    had sent one back to KKM.

5         Q    When you asked him, what did he reply?

6         A    I think he replied in the negative.  I don't

7    recall the reason why, but that he had not sent the

8    barrel back to them.

9         Q    Do you believe it's reasonable for a purchaser

10   to claim a part is defective then not return it to the

11   seller?

12             MR. YEE:  Objection; form.

13             MR. FIATO:  Form.

14        A    No.

15   BY MR. BENFORD:

16        Q    Have you ever purchased a part that was

17   defective or non-conforming or otherwise problematic?

18        A    In general?

19        Q    Yeah.

20        A    Yes.

21        Q    Did you return it to the manufacturer?

22        A    Yes.

23        Q    Was there an occasion where you refused to

24   return it to the manufacturer?

25        A    Not that I can ever recall.

Page 37

```
 1        Q    Have any customers ever had any issues with
 2   your parts?
 3        A    Yes.
 4        Q    And have they returned them?
 5        A    Yes.
 6        Q    Do you recall any of them that refused to
 7   return parts?
 8        A    No.
 9        Q    You know -- when you sent your barrel to KKM,
10   do you know if they secretly swapped the barrels for
11   different barrels?
12             MR. FIATO:  Object to form.
13        A    No.
14   BY MR. BENFORD:
15        Q    Have you heard anybody allege this, that KKM
16   secretly swaps its barrels?
17        A    No.
18        Q    Did you ever tell Shay Horowitz that you
19   believe that KKM secretly swapped your barrels?
20        A    No.
21        Q    I'm gonna read an excerpt from page 307 of
22   Mr. Horowitz's deposition, Mr. Horowitz is testifying,
23   "Answer:  I read online in a few places where KKM
24   swapped their barrels when they had soft barrels; but
25   specifically, Cheely specifically told he that he found
```

Page 38

```
 1    some soft barrels, he sent them to KKM, and they swapped
 2    them."
 3              Did you ever tell that to Mr. Horowitz?
 4         A    Not that I recall.
 5         Q    So is that a false statement Mr. Horowitz is
 6    making?
 7              MR. FIATO:  Object to form.
 8              MR. YEE:  Objection; form.
 9              MR. FIATO:  He said he didn't recall.
10    BY MR. BENFORD:
11         Q    Do you believe that's a false statement
12    Mr. Horowitz is making?
13         A    I believe so.
14         Q    Do you know why Mr. Horowitz would have made
15    that false statement?
16         A    No, I do not.
17         Q    So after -- I believe you testified that after
18    KKM had tested the barrels you recall being satisfied
19    that the barrels were okay?
20         A    Yes.
21         Q    And I believe you testified that Cheely
22    Customs continues to use KKM barrels today; is that
23    correct?
24         A    Yes.
25         Q    Would Cheely Customs continue to sell KKM
```

1   barrels if it believed they were defective or not suited

2   for competition shooting?

3       A     Absolutely not.

4       Q     Would Cheely Customs continue to use barrels

5   in the manufacturing of its guns if it believed

6   barrels -- KKM barrels were not suited for competition

7   shooting?

8       A     No.

9       Q     Do you continue to purchase barrels from

10  Shooters Connection?

11      A     Occasionally.

12      Q     Do you continue to purchase parts from

13  Shooters Connection?

14      A     Yes.

15      Q     Would you purchase barrels or gun parts from

16  Shooters Connection if you thought Shooters Connection

17  was selling defective parts or barrels?

18      A     No, I would not.

19      Q     Would you do business with Shooters Connection

20  if you thought that they were selling products that are

21  not suited for competition shooting?

22      A     Well, I would buy products from them that

23  weren't suited -- or weren't set up for competition

24  shooting if that's what they sold and I needed them.

25      Q     Well, would you purchase parts -- gun parts

Page 40

1   from Shooters Connection, including barrels, if you

2   believe that those parts were unsafe?

3       A    No, I would not.

4       Q    Now, you mentioned that you did business with

5   Akai?

6       A    I did, yes.

7       Q    And that -- does that include selling parts to

8   Akai?

9       A    Yes.

10      Q    Was there a point when you stopped doing

11  business?

12      A    Yes.

13      Q    Why did you stop doing business with Akai?

14      A    I didn't think that the way he was going about

15  the KKM situation was proper.  And I didn't want him to

16  do the same thing with me and the parts that we were

17  selling him, so I told him that I would not like to do

18  business with him anymore, and we have not sold him

19  anything since.

20      Q    When you say that you didn't think it was --

21  what he was doing with KKM was proper, what -- can you

22  expound on that a little bit?

23      A    I would say he should have sent a barrel back

24  to KKM and worked with them to figure out what was going

25  on, not to hold parts back and not send the part back to

Page 41

```
 1   them, especially if he had a lot of barrels that were
 2   bad.  And I didn't want him to do the same thing with us
 3   and accuse us of making bad parts five years down the
 4   road and not sending us one back to inspect and then
 5   suing us for a lot of money.
 6        Q    What is Akai's reputation in the competition
 7   shooting community for a gun building quality?
 8        A    I would say it's not very good.
 9        Q    So you would -- is it fair to say that their
10   representation is poor?
11        A    Yes.
12        Q    When did you first become affair that Akai had
13   a poor representation for the quality of its gun?
14        A    Over ten years ago.
15        Q    Are you aware of any gunsmiths having to
16   frequently repair or rebuild Akai guns?
17             MR. FIATO:  Objection to form.
18        A    Yes.
19   BY MR. BENFORD:
20        Q    Is there a -- is the reputation in the
21   competition shooting community that gunsmiths have to
22   frequently repair Akai guns?
23        A    Yes.
24        Q    Will you work on Akai guns?
25        A    No.
```

Page 42

1       Q     Why is that?

2       A     It's not a winning situation.  If you repair

3   the gun properly then it works, then it looks like the

4   Akai gun works well; then if you repair it and it

5   doesn't work then it shows poorly on you for doing a

6   poor repair if you can't get it to work right.

7       Q     Why would that be any different than any other

8   gun manufacturer?

9       A     It wouldn't for any other gun manufacturer.  I

10  generally do not work on any other manufacturers

11  firearms.

12      Q     Okay.  Have you observed any problems with

13  Akai guns?

14      A     Yes.

15      Q     What types of problems?

16      A     Mainly poor barrel fitting, loose fitting,

17  poor machining.

18      Q     What would be an example of loose fittings?

19      A     I inspected a firearm that they had built

20  that, in my opinion, the barrel was not fit well; it was

21  fit loose where it rattles around a little bit, you can

22  move the components in relation to each other when

23  they're locked up, as we would call it, in battery.

24  That customer sent the gun to a gunsmith that I knew and

25  was at his shop for a repair because he couldn't get it

Page 43

1    repaired from Akai.

2         Q    What type of machine work issues have you

3    observed?

4         A    Mostly poor surface finish, that kind of

5    thing.

6         Q    Can that lead to problems, as far as the gun

7    functioning?

8              MR. FIATO:  Objection to form.

9         A    It could, but it's mostly a cosmetic issue.

10   BY MR. BENFORD:

11        Q    Have you observed issues with the slides or

12   frames of Akai guns?

13        A    Not specifically that, no; other than, you

14   know, the machine work or the fitting of the components

15   together not being the best, in my opinion.

16        Q    Have you ever heard the term "rattle trap?"

17        A    Yeah.

18        Q    What does that mean?

19        A    That would be coming from, if you picked up a

20   pistol and you shook it in your hand it would rattle,

21   where a custom gun should be very tightly fit together.

22        Q    Have you ever heard anybody describe Akai guns

23   as rattle traps?

24        A    Not that I can specifically remember, no.

25        Q    Are you aware of any occasion where -- let's

Page 44

1   see.

2           Have you been sent any kind of photographs or

3   videos from other gunsmiths relating to repair issues

4   pertaining to Akai guns?

5       A   Yes.

6       Q   Have other gunsmiths expressed negative

7   opinions to you regarding Akai guns?

8       A   Yes.

9       Q   Are you aware that Akai uses something called

10  a Tungsten Sleeve?

11      A   Yes.

12      Q   What is your opinion of a Tungsten Sleeve?

13      A   I don't think it has much point.  And it

14  shortens the life of a pistol no matter how well it's

15  built.

16      Q   Why does it shorten the life of a pistol?

17      A   Tungsten Sleeve is a sleeving material added

18  to the outside of a barrel to make it heavier, and,

19  thus, shoot softer, but I believe it causes a gun to

20  wear out prematurely due to the weight being much higher

21  than originally intended for the design of the pistol.

22      Q   What is the effect of the Akai sleeve

23  application to the barrel?

24          MR. FIATO:  Objection to form.

25      A   Could you repeat or expound on that question?

Page 45

1    BY MR. BENFORD:

2         Q    Sure.

3              How does the Tungsten Sleeve -- well, it's

4    your understanding that the Tungsten Sleeve application

5    involves milling down the barrel?

6         A    Turning down the barrel and threating the

7    barrel so you could thread on the sleeve.

8         Q    Your upstanding of turning down the barrel is

9    reducing the barrel diameter?

10        A    Yes.

11        Q    In your experience as a gunsmith, is this a

12   good idea?

13        A    Turning it down past the standard diameter of

14   a bushing barrel wouldn't be very smart, in my opinion.

15        Q    Would that increase the likelihood, in your

16   experience, of the barrel failing?

17        A    It would increase the likelihood of it

18   breaking, yes.

19        Q    Would it also increase the likelihood of other

20   components in the gun failing?

21        A    Just by turning down the barrel, not

22   specifically, no.

23        Q    You mentioned it would increase the wear of

24   the gun; is that correct?

25        A    The wear of the barrel into the gun, yes.

Page 46

1     Q    Okay.  And what do you mean exactly by that,

2    "the wear of the barrel into the gun"?

3     A    So the barrel interacts with the slide and the

4    lug cuts in the slide, and those interfaced points are

5    the points that generally wear out in a pistol and would

6    cause it to, you know, fail or not work very well or --

7    et cetera.

8     Q    What is Akai's reputation for servicing its

9    guns, warranty work and that kind of thing?

10    A    A lot of people don't have a very good opinion

11   of them.  I've seen very many customers that can't get

12   their guns to work and he stops repairing them or

13   talking to them so they have to go to another gunsmith

14   to try and get it to work.

15    Q    Have any of these customers gone to you,

16   asking for your services?

17    A    I've had people ask me, but I don't provide

18   those services.

19    Q    How would you describe Mr. Horowitz's

20   reputation in the competition shooting community for

21   honesty?

22         MR. YEE:  Objection; form.

23    A    Not very good.

24   BY MR. BENFORD:

25    Q    Have you ever heard people in the competition

Page 47

1   shooting community refer to him as "shady" or "Shady
2   Shay"?
3        A    Yes.
4        Q    Is that -- to your understanding, is that a
5   nickname?
6        A    Yes.
7        Q    And is your understanding that's a derogatory
8   nickname that refers to his lack of honesty?
9        A    Yes.
10       Q    When is the first time you heard Mr. Horowitz
11   referred to as Shady Shea?
12       A    That would have been over ten years ago.
13       Q    So, in other words, a long time before you had
14   this discussion with him in late 2019?
15       A    Yes.
16       Q    Have you heard numerous people use that
17   negative term, that negative nickname, Shady Shea?
18       A    Yes.
19       Q    Have you heard other negative comments in the
20   competition shooting community regarding Mr. Horowitz's
21   reputation for honesty?
22       A    Yes.
23       Q    Are you aware of negative Internet posts
24   relating to Mr. Horowitz?
25       A    Yes.

Page 48

1      Q      Have you seen these negative -- have you

2   actually seen these negative Internet posts?

3      A      That would have been the first place I seen

4   the Shady nickname used, would have been online.

5      Q      And did you see those Internet posts prior to

6   2019?

7      A      Yes.

8      Q      Were other people aware of these negative

9   Internet posts?

10             MR. YEE:  Objection; form.

11     A      Yes.

12   BY MR. BENFORD:

13     Q      And were others in the competition shooting

14   community aware of these posts prior to 2019?

15             MR. YEE:  Objection; form.

16             You can answer.

17     A      Yes.

18   BY MR. BENFORD:

19     Q      Prior to 2019, were you aware of a negative

20   Internet post alleging Mr. Horowitz was involved in a

21   day trading scam?

22     A      I was aware of that, yes.

23     Q      And prior to 2019, do you recall others in the

24   competition shooting community aware of that post on the

25   Internet regarding the day trading scam?

1      A    Yes.

2      Q    And are -- these people that were aware of the

3 day trading scam post, were they part of the competition

4 shooting community?

5           MR. YEE:  Objection; form.

6      A    Yes.

7 BY MR. BENFORD:

8      Q    Are you aware of Akai not paying its vendors?

9           MR. FIATO:  Objection; form.

10      A    Not specifically.

11 BY MR. BENFORD:

12      Q    Are you aware of any vendors who have refused

13 to do business with Mr. Horowitz?

14      A    Yes.

15      Q    Are you aware of Mr. Horowitz disparaging

16 other members of the competition shooting community

17 online?

18      A    Yes.

19      Q    Does he have a reputation for disparaging

20 other members of the community online?

21      A    I don't know that I would say that, but he

22 definitely has.

23      Q    Do you recall in early 2020 that KKM and

24 Shooters Connection posted an open letter responding to

25 the accusations Mr. Horowitz was making that KKM barrels

Page 50

1    were soft?

2         A    Yes.

3         Q    When you read that open letter, did you

4    interpret the letter as KKM and Shooters Connection

5    defaming Mr. Horowitz?

6         A    No.

7         Q    When you read the letter, what was your

8    impression as to the purpose of the letter?

9         A    I thought it was to try and uphold their

10   reputation, and that they're being unjustly sued for

11   something.

12        Q    When you say "uphold reputation," are you

13   referring to the KKM and Shooters Connection reputation?

14        A    Yeah.

15        Q    Was it also your impression that KKM and

16   Shooters Connection were attempting to respond to

17   allegations Mr. Horowitz was making that KKM -- or that

18   they were selling defective barrels?

19        A    Yes.

20        Q    Is there anything you recall reading in that

21   open letter that you believe was false?

22        A    I don't recall thinking any of it was false,

23   no.

24        Q    Did you learn at some point that Shooters

25   Connection and -- I'm sorry.

Page 51

1               Do you recall learning at some point that Shay

2      Horowitz and Akai had demanded a million dollars from

3      Shooters Connection and a million dollars from KKM?

4          A    I did learn of that at some point during that

5      time, yes.

6          Q    Is it your understanding that that demand for

7      $2 million related to the allegedly defective barrels?

8          A    That was my interpretation.

9          Q    Do you recall anybody at Shooters Connection

10     referring to these demands as a scam?

11         A    I don't recall them referring to it as that,

12     no.

13         Q    Did Chuck Bradley of Shooters Connection or

14     John Vlieger ever refer to those demands as a scam?

15         A    Not that I recall.

16         Q    Assuming that Chuck Bradley used the term

17     "scam" to describe this $2 million demand, how would you

18     interpret that?

19               MR. YEE:  Objection; form?

20               MR. FIATO:  Objection; form?

21               MR. YEE:  Jesus.

22               MR. BENFORD:  Can we have one person

23         objecting?

24               MR. FIATO:  Sure.

25               THE WITNESS:  Can you say the question again?

Page 52

1    BY MR. BENFORD:

2        Q    Assuming that Chuck Bradley used the term

3    "scam" to describe Mr. Horowitz's $2 million demand, how

4    would you interpret that?

5        A    I'm not sure how I'd interpret it.  I thought

6    the whole thing sounded like an insurance money scam to

7    me.

8        Q    Have you ever heard the term "scam" used to

9    describe a frivolous demand?

10       A    Yeah.

11       Q    Was there anything that Shooters Connection or

12   KKM ever told you that gave you the impression that

13   Mr. Horowitz was engaging in any kind of criminal

14   activity?

15       A    No.

16       Q    Did anybody ever tell you that Mr. Horowitz

17   was being investigated by the FBI?

18       A    No.

19            MR. BENFORD:  Mr. Cheely, those are all the

20       questions I have right now.  I appreciate your

21       time.  Some of the other attorneys may have some

22       questions, and I would reserve my right to ask

23       questions -- follow-up questions, essentially.

24            Thank you very much for your time today.

25            THE WITNESS:  Sure.

                                                          Page 53

1           MR. FIATO:  Since this defendants' deposition,

2      is there -- any other defendant lawyers have any

3      questions?

4           MR. ROBINSON:  Yes.  We'll have some

5      questions.  I'm happy to either jump in now or --

6           MR. FIATO:  Go ahead.

7                     CROSS-EXAMINATION

8  BY MR. ROBINSON:

9      Q    Okay.  Mr. Cheely, my name is Kevin Robinson.

10 I represent KKM Prescission.  Mr. Benford asked the vast

11 majority of the questions that I wanted to cover with

12 you, so I'm gonna do my best not to re-ask the same

13 things.  I appreciate your time and your patience this

14 morning.

15           You had discussed that a telephone call that

16 you had with Shay Horowitz in which he informed you

17 about issues he believed he had with KKM barrels.

18           Do you recall approximately what time frame

19 that conversation took place in.?

20     A    I really do not.  It would have been after my

21 insurance agent had alerted me about that issue in late

22 2019, and it would have occurred on I believe multiple

23 phone calls and text messages and Instagram messages at

24 that -- in that general time frame.

25     Q    The document has been produced to me in the

Page 54

1    course of this litigation, and it's document Akai

2    Horowitz 568, and this document, it appears to be notes

3    that Mr. Horowitz took describing, quote, "Call with

4    Matt Cheely," it's dated 3/2/2020.

5            Is it -- do you think it's accurate to say the

6    conversations you had with Mr. Horowitz occurred

7    sometime before March 2, 2020?

8        A    It could have.  I really could not tell you a

9    time frame.

10       Q    Okay.  I just want to kind of run through the

11   bullet points in this document to see if you agree with

12   the way that Mr. Horowitz has documented your

13   conversations with him.

14           So the first bullet point says that Akai

15   initiated the call asking to purchase some grips.

16           Is that accurate that Mr. Horowitz initiated

17   the call to you?

18       A    Yes, I believe that's probably correct.

19       Q    Okay.  And was the call initially -- did

20   it -- was it based upon Akai's attempt to purchase parts

21   from you?

22       A    It would have been, yeah.

23       Q    Okay.  His next bullet point says, "Cheely

24   said he is refusing to do business with Akai due to

25   dealings with KKM."

1      Is that statement consistent with the

2 testimony that you gave to Mr. Benford regarding the

3 Cheely Custom Guns' decision not to do further business

4 with Akai?

5      A    Yes.

6      Q    And that was because you didn't want to sell

7 parts to Akai, have it claimed that they were defective,

8 yet refuse to return them to you?

9      A    Yes.

10      Q    Okay.  The next bullet point on this document

11 says, "He" -- "he" being you -- "is a personal friend of

12 Luke and things that Akai has been unfair to Luke."  So

13 let's break that down into its two parts.

14      As of March of 2020, did you consider yourself

15 a personal friend of Luke McIntire?

16      A    No.

17      Q    Okay.  Based upon your conversation with

18 Mr. Benford this morning I understand that you did

19 believe that Akai had been unfair to Luke; is that

20 accurate?

21      A    Yes.

22      Q    And can -- again, can you explain to me why

23 you believed Akai had been unfair to Luke or to KKM?

24      A    Because you should work with the manufacturer

25 if you think you have a defective product.  Especially

Page 56

1    if he had plenty of defective barrels, I didn't

2    understand why he could not send one or more back to

3    manufacturer for evaluation.

4         Q    Okay.  Next bullet point on this document it

5    says, "Cheely has had some barrels that tested low, down

6    to 32, has sent them to Luke, they were tested at KKM

7    and some were replaced."

8              So you discussed with Mr. Benford barrels that

9    you had personally tested on the hood of the barrels;

10   correct?

11        A    Yes.

12        Q    And some of those -- I believe you said two of

13   those barrels tested in the 30s; is that accurate?

14        A    Yes.

15        Q    And you then returned those barrels to KKM?

16        A    Yes.

17        Q    Okay.  The next sentence here in this bullet

18   point it says, "They were tested at KKM and some were

19   replaced."

20              Do you believe that statement is accurate.

21        A    No.

22        Q    Why do you believe that statement is

23   inaccurate?

24        A    Because the barrels were not replaced.  I got

25   the same two barrels back.

Page 57

1      Q    And you understood they were the same two

2   barrels because they had the dimples or the testing

3   indentations on the hood where you had tested them?

4      A    Yes.

5      Q    Okay.  Do you have any -- well, did you tell

6   Mr. Horowitz that KKM had replaced the barrels you had

7   sent to it for testing?

8      A    I do not believe I said that.

9      Q    Do you have any reason or any understanding as

10  to why Mr. Horowitz's notes regarding your conversation

11  would say that KKM replaced some of the barrels that you

12  had sent to it for testing?

13     A    If I had said anything it would have been, "If

14  they're bad I'm sure KKM would replace them with good

15  barrels."

16     Q    Okay.  But you did not tell him that KKM did

17  replace your barrels?

18     A    No.

19     Q    Did you tell him KKM had returned the barrels

20  that you had sent to it for testing?

21     A    I don't know if I told him that or not.

22     Q    Okay.  The next bullet point in this document

23  says, "Cheely was aware that some of the barrels he sent

24  were made of the softer steel and had them replaced."  I

25  want to break this down into the two parts.  Let's start

Page 58

1   with the latter.

2           Again, you didn't tell Mr. Horowitz that KKM

3   replaced any of your barrels, did you?

4       A    I don't believe I did, no.

5       Q    Okay.  And you didn't believe that KKM had

6   replaced any of your barrels, did you?

7       A    No.

8       Q    Okay.  The first part of this sentence says,

9   "Cheely was aware that some of the barrels he sent were

10  made of the softer steel."

11          Is that accurate?

12      A    Yes, I believe the barrels were made of a

13  different type or stainless steel, a different, you

14  know, variety of 416R that KKM used that generally was a

15  little bit softer than the other type of 416R that they

16  use.

17      Q    And do you know what those types of steel

18  were?

19      A    I do not know the technical definition of

20  them, no.

21      Q    And when you say "softer," do you know the

22  Rockwell variances for each of the types of steel?

23      A    I do not.

24      Q    Okay.  How did you come to believe that one

25  type of steel was softer than the other?

Page 59

1       A    I believe that Luke had told me that the one

2   type of steel generally would be slightly softer than

3   the other.

4       Q    Did he discuss with you that each type of

5   steel would fall within the tolerances required for

6   competition shooting barrels?

7            MR. FIATO:  Objection; form.

8       A    I believe so.

9   BY MR. ROBINSON:

10      Q    Did you believe that each type of steel --

11  that each type of steel barrel that you required from

12  KKM was suitable for competition shooting?

13      A    Yes.

14      Q    Did you use barrels manufactured from each

15  type of steel in guns that you manufacture?

16      A    I believe, yes.

17      Q    Have you ever had any guns returned to you

18  from customers where the return was based upon

19  unsuitable barrels?

20      A    No.

21      Q    Have you ever had any guns returned to you

22  where a customer claimed that the barrel was too soft?

23      A    No.

24      Q    Have you ever had a gun returned to you where

25  the customer claimed that the barrel was made out of the

Page 60

1   wrong type of steel?

2        A    No.

3        Q    Have you ever had a customer claim that a gun

4   that you sold to it that the barrel was made out of the

5   wrong grade of steel?

6        A    No.

7        Q    Okay.  The next bullet point in this document

8   says, "Cheely said that since we never sent our barrels

9   to KKM it was unfair."

10            Is that an accurate summary of what you told

11  Mr. Horowitz?

12       A    Yeah.

13       Q    Okay.  The next bullet says, "I explained that

14  we had a large number of guns that needed to be

15  replaced.  That the problem is widespread.  Luke is well

16  aware of the issue.  And Luke never offered to replace

17  the barrels."

18            Do you believe that's an accurate statement of

19  what Mr. Horowitz told you during your discussions?

20       A    Probably.  I don't recall the conversation

21  specifically.

22       Q    Okay.  Next bullet says, "Cheely said he is a

23  friend of Luke's, has his personal cell phone number,

24  and feels Luke was mistreated."

25            Is that an accurate statement?

Page 61

1      A     I have his cell phone number.  I don't

2   consider us to be friends.

3      Q     Okay.  The last bullet here says, "Cheely

4   still refuses to do business with Akai."

5           Is that accurate?

6      A     Yes.

7      Q     Based on the considerations that we've

8   discussed earlier and the considerations you had

9   discussed with Mr. Benford?

10     A     Yes.

11     Q     Okay.  The plaintiffs have filed a document in

12  this lawsuit, and the document is entitled their first

13  amended complaint.  In Paragraph 82 of the plaintiffs'

14  first amended complaint, I'm gonna read to you the

15  allegations they have made.

16          This paragraph says that, "Certain vendors now

17  refuse to conduct business directly with Akai and/or

18  Horowitz as a result of defamatory statements made

19  during various phone calls and in conversations

20  described in Paragraph 81 above."

21          Let me ask you this, sir:  Have you refused to

22  do business with Akai or with Shay Horowitz based upon

23  defamatory statements made to you?

24          MR. FIATO:  Objection; form.

25     A     No.

Page 62

1    BY MR. ROBINSON:

2        Q    Okay.  So with reference to this allegation

3    that the plaintiffs have made, and I know you've

4    described it to us this morning, but please -- please

5    confirm for me, what's the reason why you refuse to do

6    business with Akai or Shay Horowitz at this time?

7        A    Because I don't believe he does good business.

8    And I don't want to be falsely accused of something of

9    mine being a poor product by him and then him not

10   working with us at all on that product, that would be

11   the reason I do not want to do business with his company

12   or him.

13       Q    And when you say not working with you, what do

14   you mean by that?

15       A    By not -- we won't sell him our product.

16       Q    But you said your concern was him not working

17   with you if he felt that there was a defective product.

18           What did you mean by that?

19       A    Well, I would expect him to return the part

20   for evaluation.

21       Q    So the primary reason that you've determined

22   you're not going to do business with Akai or Shay

23   Horowitz is because you're concerned that he would not

24   return parts to you if he claimed a defect; is that

25   accurate?

1        A     Yes.

2        Q     Okay.  And is -- your decision not to do

3    business with Akai or Mr. Horowitz, is that based upon

4    anything that people have told you, other than that he

5    refused to return barrels to KKM or Shooters Connection?

6        A     I'm sorry.  Could you repeat the question?

7        Q     Yep.

8              So in addition to Akai or Mr. Horowitz's

9    refusal to return barrels to KKM or Shooters Connection

10   for inspection, is there anything -- is there any other

11   reason why you have decided not to conduct business

12   with -- with him?

13       A     That would be the main reason.  The other

14   reason would be, you know, the not-so-good reputation in

15   the industry.  And he was constantly not able to pay us.

16   He had to keep using different credit cards and that, so

17   I'd be concerned about the financial aspect of his

18   company and wouldn't want to get caught with, you know,

19   out-of-pocket for product.  So we always forced him to

20   pay on a credit card, where most other companies we

21   would put on terms.

22       Q     And the reputation in the industry that you

23   just mentioned as one of the basis for not doing

24   business with him, was that a reputation that existed

25   prior to 2019?

Page 64

1           MR. FIATO:  Objection to form.

2       A    Yes, it was.

3   BY MR. ROBINSON:

4       Q    I want to ask you some questions to see if you

5   have had any problems with KKM barrels in the following

6   ways:  Did you -- have you ever purchased a KKM barrel

7   that you believed showed signs of premature or abnormal

8   wear or failure?

9           MR. FIATO:  Objection; form.

10      A    No.

11  BY MR. ROBINSON:

12      Q    Have you ever purchased any KKM barrels that

13  you -- let me rephrase that.

14          Have you ever purchased any KKM barrels that

15  suffered from compacted surfaces?

16          MR. FIATO:  Objection to form.

17      A    No.

18  BY MR. ROBINSON:

19      Q    Have you ever purchased any KKM barrels that

20  suffered from folded metal?

21      A    No.

22      Q    Have you ever purchased any KKM barrels that

23  had compacted metal on the hood and lugs?

24      A    No.

25      Q    Have you ever purchased any KKM barrels that

Page 65

1    had compacted metal on the lock up surfaces?

2        A    No.

3        Q    Did you ever purchase any KKM barrels that

4    were so soft as to be flexible and changing in shape and

5    dimension?

6            MR. FIATO:  Objection; form.

7        A    No.

8            MR. ROBINSON:  Give me just a moment here.  I

9            want to look back at a couple documents.  I'm

10           pretty close to being done with you, sir.

11           Those are all the questions I have for you at

12           this time.  Thank you, sir.

13           MR. FIATO:  How about we take a five-minute

14           break, let everybody -- does anybody else have any

15           questions?

16           MR. YEE:  Either Nicks, do you guys have

17           questions?

18           MR. FIATO:  Nick C?

19           MR. CARDAMONE:  None from me.

20           MR. FIATO:  How about we take a five-minute

21           bathroom break before I begin my questioning?

22           THE WITNESS:  That works.

23           THE COURT REPORTER:  All right.  Going off

24           record.

25               (Recess was taken.)

```
 1                   CROSS-EXAMINATION

 2   BY MR. FIATO:

 3        Q    Mr. Cheely, my name is Richard Fiato.  I'm an

 4   attorney for Akai Custom Guns and Shay Horowitz along

 5   with my co-counsel Ed Yee.  I will be asking you a

 6   series of questions.  Just like with the other lawyers,

 7   please don't shake your head --

 8             MR. FIATO:  Did we lose him?  Oh, no.  He just

 9        moved.  Sorry about that.  Your screen moved.

10   BY MR. FIATO:

11        Q    Give me all verbal answers.  Try not to shake

12   your head say "uh-huh, uh-uh," because we need a clear

13   record.  And if you don't understand me, let me know,

14   I'll rephrase the question; if you need me to repeat it,

15   I'd be happy to do so.

16             So we talked a little bit about -- in your

17   deposition about your education and your training and

18   your time at the Detroit Diesel.

19             Is that the where you worked, sir?

20        A    Yes.

21        Q    Okay.  And when did you break into the gun

22   industry, start building guns?

23        A    Oh, it was around 2004, 2005, probably when I

24   started building my own guns.

25        Q    Okay.  And did you go to any specific
```

Page 67

1    training?  Did you go to gunsmith training or anything
2    like that?
3         A    I worked with another gunsmith for a few
4    months to start out.
5         Q    And that was back in 2004?
6         A    In that time range.  I couldn't tell you
7    exactly.
8         Q    And were you competing in USPSA at that time,
9    sir?
10        A    Yes.
11        Q    And were you sponsored by any company or
12   gunsmith or anybody at that time?
13        A    At that time, no.
14        Q    And this gunsmith that you worked with, was
15   that a Mr. Bedell?
16        A    Yes.
17        Q    And what was your relationship with Mr. Bedell
18   at that time?
19        A    We were friends.
20        Q    You were friends.
21             Okay.  And so he trained you on how to build
22   1911 and 2011 design guns; is that correct?
23        A    Yes.
24        Q    Okay.  And did you -- you said you spent a
25   couple months with him.

Page 68

```
 1              Did you go to live with him?  Or how did that
 2   work?
 3        A    No.  I took multiple trips to his shop in New
 4   York over the course of a few months.
 5        Q    And did Mr. Bedell build you a gun?  What was
 6   the reason for you going over there multiple times?
 7        A    I initially purchased a pistol from him when I
 8   started -- or shortly after I started competing in
 9   USPSA.  That's how I met him.
10        Q    Okay.  And did you buy it online, or did you
11   go to his facility?  I believe it's in New York; is that
12   correct?
13        A    It's in New York.
14              I don't recall how the purchase happened.
15        Q    Okay.  And, then, what was the reason for you
16   to go there to learn how to build 1911 pistols?
17        A    It was to learn how to build a pistol.  That
18   was the reason.
19        Q    And did you have the intention in your mind to
20   begin to manufacture our own pistols after you were
21   trained by Mr. Bedell?
22        A    Yes.
23        Q    Okay.  And did you inform Mr. Bedell as he was
24   training you that that was the reason why you wanted him
25   to train you on how to build 1911 and 2011 style
```

Page 69

```
 1   pistols?
 2        A    I don't recall.
 3        Q    Isn't it true, sir, that Mr. Bedell -- well,
 4   strike that.
 5             After he trained you, did you -- did you
 6   obtain an federal firearms license to manufacture
 7   pistols?
 8        A    Sometime after that, yes.
 9        Q    About how long after that, sir?
10        A    I don't know.
11        Q    Would it be accurate to say that it was
12   sometime within six months of him training you that you
13   got your license?
14        A    No.
15        Q    Was it longer or shorter than that?
16        A    Longer.
17        Q    Was it longer than a year?
18        A    Probably.
19        Q    And at that time you started to build 1911
20   pistols, did you have any conversations with Mr. Bedell
21   about you going into business?
22        A    I don't recall.
23        Q    Do you recall whether he was upset with you
24   that you went into business and that you were making
25   guns that looked very similar to his?
```

Page 70

1      A    I do recall a conversation where he said I
2  should figure out my own style, yes.
3      Q    And when he said you should figure out his own
4  style -- your own style, that was because he was
5  concerned that the guns that you were making were close
6  to his in design and style?
7      A    Yes.  He thought that everyone should have
8  their own style to stand out.
9      Q    So he felt like you were copying his style; is
10 that correct, sir?
11     A    Yes.
12     Q    When is the first time that you had a
13 conversation with Shay Horowitz?  Do you recall?
14     A    I have no idea.
15     Q    Do you recall ever reaching out to
16 Mr. Horowitz to build him any parts?
17     A    We made compensators for him at some point.  I
18 don't remember how it came about.
19     Q    Do you remember if you ever texted
20 Mr. Horowitz or contacted him asking him if he'd be
21 willing to let you make his compensators because you
22 were trying to get into the building and manufacturing
23 business -- strike that -- you were trying to get into
24 the parts manufacturing business, sir?
25     A    Can you say that question a little more --

Page 71

1      Q    Yes.  Absolutely.

2           Do you remember contacting Mr. Horowitz asking

3     him to allow you to build his compensators because you

4     were trying to get into the parts building business?

5      A    I don't remember reaching out to him

6     specifically, but we did make compensators for him.

7      Q    When?  When was that?

8      A    I couldn't tell you.  I don't know.  It

9     probably would have been 10 or 12 years ago.

10     Q    If I told you it was probably in August of

11    2012, would that sound about correct?

12     A    Yes.

13     Q    And did you make those compensators for

14    Mr. Horowitz?

15     A    Yes.

16     Q    And when you made those compensators for

17    Mr. Horowitz, did he send you a sample of his

18    compensator so you could manufacture his compensators

19    for him?

20     A    I don't recall a sample.  I believe he sent us

21    a drawing.

22     Q    Okay.  So he sent you a drawing.

23          Would that drawing have measurements and all

24    the specs so you could make that compensator?

25     A    It would have dimensions on it, yes.

Page 72

1    Q    Okay.  And were you making compensators before

2    you were making -- before you made those compensators

3    for Mr. Horowitz?

4    A    I believe we were making our own compensators,

5    yes.

6    Q    Do you remember whether you were making those

7    compensators before Mr. Horowitz sent you his design, or

8    was it after?

9    A    I don't remember.

10    Q    You don't remember.

11         Okay.  But you eventually made a batch of

12    these compensators for Mr. Horowitz; correct?

13    A    Yes.

14    Q    And Mr. Horowitz rejected those compensators,

15    did he not?

16    A    Some of them I believe.  It was a partial of

17    it, yes, he did.

18    Q    And why did he reject those compensators, sir?

19    A    He didn't like them.  I don't remember exactly

20    why.  I just remember that he wanted to send some of

21    them back, and we took them back and refunded his money.

22    Q    Do you remember having a conversation

23    with -- strike that.

24         Do you know a Michael Dame?

25    A    I do know Michael Dame.

Page 73

1      Q    How do you know Michael Dame?

2      A    I know him from shooting at the range in

3  USPSA.

4      Q    At what range?

5      A    At multiple ranges shooting USPSA at that

6  time.

7      Q    Ranges in Michigan?

8      A    Yeah.

9      Q    Any other ranges outside of Michigan, did you

10  shoot with him at?

11      A    At some point in time I competed in Canada for

12  at least one match.  And then I traveled around the

13  country shooting different matches, and I certainly

14  would have seen him at various matches.

15      Q    And let me ask you this:  How often would you

16  communicate with Mr. Dame prior to October of 2019?

17      A    I really don't know.

18      Q    Would you communicate with him once a month?

19      A    Probably.  We would see each other at the

20  range or possibly talk about going to the range or going

21  to matches.

22      Q    Would he call you during that --

23      A    Not that I recall.

24      Q    Would he send you text messages during that

25  period before October 2019?

Page 74

1      A     Text message or Internet message or something

2  like that, yes.

3      Q     And how often would he do that, sir?

4      A     Not very often.  We don't communicate hardly

5  ever.

6      Q     Would it be fair to say, or would you agree

7  with me if I were to say it would probably be several

8  months, if not a year, between communications either by

9  text or over the Internet during that period of time?

10          MR. BENFORD:  Objection to form.

11     A     You'd have to define the period of time that

12  we're talking about.

13  BY MR. FIATO:

14     Q     I'm talking about the period of time prior to

15  October of 2019?

16     A     So prior -- just prior that we don't have very

17  much communication.  The farther back you go to 2010 and

18  earlier, we probably would have had more communication

19  back then.

20     Q     And is that because you were competing

21  together at that time, sir?

22     A     Yes.

23     Q     Okay.  And do you recall if in -- strike that.

24          You produced some materials for us pursuant to

25  a subpoena; correct, sir?

Page 75

```
 1      A    Yes.
 2           MR. FIATO:  Filiz?
 3           THE COURT REPORTER:  Yes, sir.
 4           MR. FIATO:  Is it possible for us to put up a
 5      document, share a document on the screen?  Do we
 6      have that control?
 7           THE COURT REPORTER:  Yes, you can.  I enabled
 8      it.
 9           MR. FIATO:  Perfect.  Let me get there.
10   BY MR. FIATO:
11      Q    Sir, can you see the document that I have up
12   on the screen?
13      A    I can.
14      Q    You can?
15      A    Yep.
16      Q    Okay.  And you see on the upper right-hand
17   corner it says, "2-10-20 Dame 1.JPG?"
18      A    I cannot see that part of it, no.
19      Q    Can you see on the top right-hand corner it
20   says, "Dame Michael?"
21      A    No.  The top thing I see says Dame Michael on
22   the left.
23      Q    Oh, I'm sorry.  Did I say right?
24      A    Yep.
25      Q    It was my military left, not my military
```

Page 76

1    right.

2           So you see it says "Dame Michael" on top hand

3    corner; correct, sir?

4           A    Yep.

5           Q    And this is a document you produced pursuant

6    to a subpoena from my office to you?

7           A    I believe so.

8           Q    Okay.  And it's dated February 10th, appears

9    to be 2020 at 7:09 p.m.; correct, sir?

10          A    Yes.

11          Q    And you see this little icon there what I will

12   describe -- or an avatar, I should say, and I'll

13   describe it as -- it shows the world and it looks like

14   there's a fire coming off the world; is that --

15          A    Okay.  It's kind of blue with a little orange

16   on the top?

17          Q    Right.

18               Okay.  And that avatar would be Mr. Dame

19   speaking; correct?

20          A    Yes.

21          Q    And the blue would be you speaking; is that

22   correct?

23          A    Yes.

24          Q    Okay.  And I'll read from the begin of the

25   page.  Mr. Dame sends a message to you on February 10th,

Page 77

1    2020 at 7:09 p.m., "If you don't mind indulging my

2    curiosity, what was comp thing with you and Shay?  Did

3    he rip off your design or accuse you of stealing his?

4    Also, buy a shirt.  It's not me.  I don't know who, but

5    love it."

6             And then respond -- can you read your

7    response, sir?

8        A    "After I got my first machine, I offered to

9    make comps for him, trying to get into the parts

10   manufacturing business and all.  I didn't do the best

11   job, gave him his money back, he proceeded to rip me up

12   on the internet and accuse me of trying to steal his

13   design because he sent me the dimensions so I could make

14   it for him.  And that's after he BSed me with a super

15   cheap price on the comps, which I matched because I was

16   a newbie."

17       Q    It says "noob;" right, N-o-o-b, not newbie?

18       A    Well, that's how I would pronounce noo --

19   n-o-o-b, noob.

20       Q    Very good.

21            And so he says, "Also, buy a shirt.  It's not

22   me."

23            Do you know what he's referring to there?

24       A    I do not.  It was something that was going on

25   online probably, but I really could not tell you.

Page 78

1      Q    Okay.  Fair enough.

2           And so you indicate here that you didn't do a

3      very good job on the comp so you had to give

4      Mr. Horowitz his money back; is that correct?

5      A    Yeah, I gave him his money back 'cause he

6      didn't want them, didn't like them.

7      Q    And what about them didn't he like?

8      A    I don't recall.

9      Q    What about them did you not do a very -- you

10     didn't do the best job as you say?  What didn't you do

11     if you recall?

12     A    They wouldn't have been the best made.  I was

13     new.  I didn't have the capability of making the best

14     parts in the business at the time.  I didn't do a good

15     job and he didn't like them so I gave him his money

16     back.

17           MR. FIATO:  Okay.  So bear with me,

18     Mr. Cheely.  We're gonna go back and forth through

19     various exhibits, and we have to locate them and

20     bring them up for you.

21     BY MR. FIATO:

22     Q    Can you see this picture on the screen, sir?

23     A    Yes.

24     Q    And is it this -- describe what you see there?

25     A    It look like an Akai comp.

Page 79

1        Q     And was this the Akai comp that you

2   manufactured for Mr. Akai back in 2012?

3        A     It looks similar.  I couldn't be positive.

4        Q     You don't have any reason to believe that it

5   isn't?

6        A     No.  I cannot remember specifically exactly

7   what it looked like from ten years ago.

8        Q     And do you recognize this photo, sir?

9        A     Yeah.  That's one of our compensators.

10        Q     And do you know when you came out with that

11   compensator, sir?

12        A     I do not.

13        Q     And do you remember at the Mr. Horowitz

14   objecting because he sent you the plan for his

15   compensators and then shortly thereafter you came out

16   with his compensator?

17        A     I do remember him saying that he thought had

18   that we stole his design, even though in my opinion this

19   doesn't look like the other comp at all.

20        Q     You don't think it looks like his comp in any

21   way, do you?

22        A     Other than it's a compensator, no.  The

23   theories behind how they work are different.

24        Q     Do they have the same number of holes in the

25   compensator, do they not?

Page 80

1       A    They do.

2       Q    They have the same holes and the same sides of

3   the compensators, don't they?

4       A    Kind of.  All compensators have holes and

5   basically those kind of sides.

6       Q    There are compensators that have holes in

7   different locations than the holes in your compensators

8   here and Mr. Horowitz's compensator; correct?

9       A    Yes.  There are lots of different compensator

10  designs.

11      Q    And do you know how long Mr. Horowitz had been

12  using the Akai design compensator before you started

13  manufacturing -- I'm sorry -- before you made the batch

14  of compensators he rejected; sir?

15           MR. BENFORD:  Objection; form.

16           Go ahead and answer.

17      A    I do not know.

18           MR. FIATO:  Bear with me for one second, sir.

19  BY MR. FIATO:

20      Q    You testified earlier that Mr. Horowitz went

21  on the Internet and bashed you because he felt that you

22  were copying his compensator design; correct?

23      A    Yes.

24      Q    And is -- when you say he went on the

25  Internet, are you referring to the Facebook, sir?

Page 81

1       A    Not specifically.  It would have been also

2   possibly on Brian Enos forums.  I cannot remember

3   specifically.

4       Q    Do you remember that he went on Facebook and

5   posted a post saying, "Imitation is the sincerest form

6   of flattery.  Pffft, whoever said that;" and then there

7   was conversation based on -- that followed this post

8   about a manufacturer who made comps for Mr. Horowitz now

9   claiming that they researched and developed that comp,

10  made some minor changes, but came out with it right

11  after him?

12          Do you remember hearing any of that?

13      A    I remember hearing it.  I don't remember

14  seeing it.

15      Q    Did -- so you never went on the Internet to

16  read it or to refute it; is that correct, sir?

17      A    I don't recall.

18      Q    Okay.  But it's your testimony here today that

19  you didn't use Mr. Horowitz' design in developing your

20  comp; correct?

21          MR. BENFORD:  Objection to form.

22          Go ahead and answer.

23      A    I did not use his design to influence my

24  design.

25  BY MR. FIATO:

Page 82

1          Q    How did you come up with your compensator,

2      sir?

3          A    I actually based it off the Bedell Custom

4      compensator and made some changes to that, that's what

5      my compensator is based off of.

6          Q    So you're saying that you copied Mr. Bedell's

7      compensator not Mr. Horowitz' compensator?

8                MR. BENFORD:  Objection; form.

9                Go ahead and answer.

10         A    I used it as the basis of my design.  It is

11     different than the Bedell compensator.

12     BY MR. FIATO:

13         Q    How is it different?

14         A    It has a different number of ports, and the

15     ports are larger than the Bedell compensator.

16         Q    But it has the same number of ports as the

17     Akai compensator, doesn't it?

18         A    It does.

19         Q    And to the lay person if they look at that

20     compensator, it would look the same, wouldn't it?

21               MR. ROBINSON:  Object the form.

22               MR. BENFORD:  Join.

23         A    No, I would not think so.

24     BY MR. FIATO:

25         Q    So you don't think it looks the same?

Page 83

1        A     No.

2        Q     So if other people say that it looks the same,

3    you would disagree with that?

4        A     I would.

5        Q     And why would you disagree with it?

6        A     The port design is different, the number of

7    ports is a very small factor in the design of how the

8    compensator works.  The way that it -- you would have a

9    theory behind how it works, and that would be the size

10   of the ports, the order of the size, if the bigger one

11   comes first after the small one or after -- you know, a

12   smaller one comes after, and the size of the different

13   ports and all that is the way that they would

14   be -- the theory behind how it works.

15       Q     That wasn't my question.  I originally said

16   that the lay person looking at those two comps would

17   think that they were substantially similar to each

18   other, would you agree with that?

19             MR. BENFORD:  Objection; form.

20             MR. ROBINSON:  Form.

21       A     No, I wouldn't agree with that.

22   BY MR. FIATO:

23       Q     So you're saying that somebody that looks at

24   that, that isn't in the gun industry, doesn't know how

25   comps work, wouldn't say that they look anything alike,

Page 84

1    is that your testimony here today, sir?

2            MR. ROBINSON:  Objection; asked and answered

3        several times.

4    BY MR. FIATO:

5        Q    You can answer now.

6        A    Somebody that didn't know anything about comps

7    would think that any comps would look similar to each

8    other.

9        Q    You thee this photo, sir?

10       A    Yes.

11       Q    Can you describe for me what's in this photo,

12   sir?

13       A    It appears to be two Bedell compensators.

14       Q    So is it your testimony that a lay person

15   looking at that compensator and then looking at your

16   compensator and the Akai compensator would say that they

17   all look alike?

18           MR. ROBINSON:  Object to the form.

19           MR. BENFORD:  Join.

20       A    I would say that they would all say they look

21   similar, yes.

22   BY MR. FIATO:

23       Q    So a lay person wouldn't know that there are

24   three ports on each side of this compensator and there

25   are only two on the others, they wouldn't be able to

Page 85

1    distinguish that difference?

2           MR. ROBINSON:  Object to the form.

3           MR. BENFORD:  Join.

4      A    I'm sure they could distinguish that

5    difference.

6    BY MR. FIATO:

7      Q    Okay.  And would they be able to distinguish

8    the difference of how the ports on the end of the

9    compensator were arranged in relation to the Akai comp

10   and to your comp, sir?

11          MR. ROBINSON:  Object to the form.

12          MR. BENFORD:  Join.

13     A    I'm sure they could look at it and tell that

14   there was a difference, yes.

15   BY MR. FIATO:

16     Q    Okay.  So if they look at this comp compared

17   to those other two comps, your comp and the Akai comp,

18   they're gonna see that they're different?

19          MR. ROBINSON:  Object to the form.

20          MR. BENFORD:  Join.4?

21     A    I'm not sure I understand the question.

22   BY MR. FIATO:

23     Q    A lay person would be able to notice the

24   differences between your comp and a Bedell comp?

25     A    Yes.

Page 86

1       Q    A lay person -- would a lay person be able to

2    know the difference between your comp and Akai comp?

3       A    Yes.

4       Q    How?

5       A    The front port --

6            MR. ROBINSON:  Object to form.

7            MR. BENFORD:  Join.

8       A    The front port on the Akai comp is of a

9    significantly different design than the Bedell comp or

10   my comp.

11   BY MR. FIATO:

12      Q    How is it different?

13      A    The shape is significantly different, it's cut

14   much higher up on the top of the compensator.

15      Q    I'm going back to that Facebook post that we

16   did earlier, sir.

17           MR. FIATO:  Actually, give me one moment.

18           Okay.  Going back, we want to mark exhibits.

19        So there was a -- the production -- the Dame

20        communication that you produced pursuant to

21        subpoena, we'd like to mark that as Exhibit 1.

22           Are there any objections from counsel?

23           MR. BENFORD:  I'm sorry, as to what?  As to

24        marking an exhibit?

25           MR. FIATO:  Marking it as Exhibit 1.  As I had

Page 87

```
 1          referred -- I went back and I questioned him about
 2          his communication with Dame with regard to the
 3          compensator that he produced for Akai, but we never
 4          marked it as an exhibit.
 5               MR. BENFORD:  No objection to marking an
 6          exhibit.
 7               MR. FIATO:  So the picture of the Akai comp
 8          we'd like to mark as Exhibit 2.  The picture of
 9          Cheely Gunworks compensator we'd like to mark as
10          Exhibit 3.  The Facebook post that is on the screen
11          now we'd like to mark as Exhibit 4.  And the Bedell
12          comp we'd like to mark as Exhibit 5.
13               And we'll provide these to Madam Court
14          Reporter at the end.
15               (Plaintiffs' Exhibit Nos. 1 through 5 were marked
16               for identification.)
17     BY MR. FIATO:
18          Q    Mr. Cheely, going back to this Facebook post,
19     the second post down, do you see that post, sir?
20          A    Yes.  It's really small.
21          Q    Do we need to make it larger for you?
22          A    Yeah.  It's really small.  That's better.
23          Q    That post is by it says that Shay Akai;
24     correct?
25          A    Yes.
```

Page 88

```
 1        Q    Do you understand that to be Shay Horowitz?

 2        A    Yes.

 3        Q    Mr. Horowitz' posts -- and he's the original

 4   author on that Facebook post; correct, sir at the top?

 5        A    Yes.

 6        Q    This is dated December 6th, 2012?

 7        A    Yes.

 8        Q    Okay.  And I'm gonna read his second post down

 9   that he made -- that is made by Mr. Horowitz, correct me

10   if I'm wrong, "Sent a drawing of our compensator to a

11   machine shop to manufacture for us.  Next thing I know

12   they have a very similar compensator claiming it as

13   their own.  I guess they should have been flattered that

14   they now call it the flattest shooting comp they have

15   ever tried."

16             Do you see that, sir?  Did I read that

17   correctly?

18        A    I believe so.

19        Q    Okay.  And do you understand that as

20   Mr. Horowitz referring to you as the machine shop?

21        A    Yes.

22        Q    And at that time, were you doing business

23   under Cheely Custom Gunworks?

24        A    Yes.

25        Q    I'm gonna go down to the fourth post.
```

Page 89

1            Do you see where it's made by Mr. Chuck

2    Bradley?

3        A    Yes.

4        Q    I'm gonna read what Mr. Bradley had to say.

5    He said, "This industry is full of it, Shay.  Some

6    people can only copy the work of others, and the bad

7    part of it is, many times that copy get" -- he says

8    "mad," I assume it's made -- "mad at those that copy

9    from them also" -- he did say mad so let me re-read that

10   -- "some people can only copy the work of others, and

11   the bad part is, many times that copy get mad at those

12   that copy from them also.  I have been copied to the

13   point others claim it was their design.  Most people

14   don't care either.  Ask anybody using a Midway knock off

15   of my bag, they don't care if it will fall apart in a

16   few months of use or if was a stolen design as long as

17   it was cheaper.  They end up with our bag eventually

18   after they learn the hard way.  This industry a tough

19   with everybody trying to find a way to cut into somebody

20   else's pieces of the pie."

21           Do you see that, sir?

22       A    Yes.

23       Q    So Mr. Bradley is seemingly sympathetic with

24   Mr. Horowitz' claim that your shop took his design;

25   correct?

```
                                                    Page 90
```

 1                MR. ROBINSON:  Object to form.

 2                MR. BENFORD:  Form.

 3         A    I wouldn't say that.

 4    BY MR. FIATO:

 5         Q    What would you say?

 6         A    I'd say that farther down that post he agrees

 7    that the comps are different.

 8         Q    Where did he agree?

 9         A    Do you want to scroll down a little further?

10    You want to check out that next post?  It says he

11    compared them and they're different.

12         Q    He said, "I just compared the two.  They are

13    pretty different.  STI had their T1 comp from a long

14    time as well, at least in that is the two "-- excuse

15    me -- "at least in that it has two top ports and two

16    side ports, both the other parts just changed the

17    dimensions of those," and then you can't read it

18    anymore; correct?

19         A    Yep.

20         Q    Do you see there where there are other people

21    that seem to agree with Mr. Horowitz, that you're comp

22    looks pretty similar; correct?

23                MR. ROBINSON:  Object to the form.

24                MR. BENFORD:  Form.

25         A    Do you have a specific thing for me to comment

Page 91

```
 1    on?  I don't understand.
 2    BY MR. FIATO:
 3         Q    Sure.
 4              Dan Mitchell says, "Imitation happens when
 5    someone has to creativity or talent.  It is not
 6    flattery."
 7         A    I don't know that he's speaking about me with
 8    that.
 9         Q    He's speaking about the comp design, is he
10    not?
11              MR. ROBINSON:  Object to the form.
12              MR. BENFORD:  Form.
13         A    He could be.  It's just a statement.
14    BY MR. FIATO:
15         Q    Okay.  Isn't it true, sir, you have a
16    reputation of copying the design of other manufacturers
17    to build your products?
18         A    I wouldn't say that.
19         Q    No?
20              You make grips, do you not, sir?
21         A    I do.
22         Q    Grips for 2011s?
23         A    Yes.
24         Q    How did you come up with the design for the
25    2011 grip that you produce?
```

Page 92

1      A     We didn't come up with the design.  It was a

2  patent that expired.

3      Q     What patent expired?

4      A     The STI patent on the split frame design.

5      Q     Isn't true, sir, that you purchased an

6  Infinity grip -- a grip made by a company called

7  Infinity and based your grip off of that design, sir?

8      A     I've purchased those grips, and I would have

9  consulted that grip during our design process.

10      Q     Did you take measurements from that grip?

11      A     Yes.

12      Q     And you used that -- did you 3D print that

13  grip?

14      A     No.

15      Q     Did you use those dimensions in your product,

16  sir?

17      A     Some of them would be in our product, yes.

18            MR. FIATO:  Okay.  Let's mark this as

19       Exhibit 6, please.

20            (Plaintiffs' Exhibit No. 6 was marked for

21            identification.)

22  BY MR. FIATO:

23      Q     Mr. Cheely, what -- can you describe for me

24  what this is a picture of?

25      A     Appears to be an Infinity grip.

Page 93

```
 1      Q    And is -- did you use this grip in the product
 2  development of your grip, sir?
 3      A    Yes.
 4           MR. FIATO:  Please mark this as Exhibit 7.
 5           (Plaintiffs' Exhibit No. 7 was marked for
 6           identification.)
 7  BY MR. FIATO:
 8      Q    Mr. Cheely, tell me what this is.
 9      A    That's one of our grips for a 2011 Bristol.
10      Q    Okay.  And this grip isn't based on the STI
11  design, is it?
12      A    Yes, it is based on the STI 2011 pattern.
13      Q    Is it based on the SV -- let me rephrase that.
14           This grip isn't based on the grip produced by
15  STI, is it?
16      A    It is based on the STI grip, yes.
17      Q    Is it based on the SV grip?
18      A    In part, yes.
19      Q    And did you use the SV grip in coming up with
20  this design?
21      A    You'd have to define that a little bit better.
22      Q    Did you consult the SV grip in making your
23  Cheely grip, sir?
24      A    Yes.
25      Q    And do you have a reputation of copying the SV
```

Page 94

```
 1    grip in making your grip, sir, in the gun industry?
 2            MR. BENFORD:  Objection; form.
 3       A    No.
 4    BY MR. FIATO:
 5       Q    Nobody has that opinion of you that you know
 6    of, sir?
 7       A    I don't think that's a widespread opinion of
 8    it, no.
 9       Q    Do you think there is an opinion of it, sir?
10       A    Certainly there's always an opinion of that.
11       Q    Okay.  Cheely Custom Gunworks makes magazine
12    wells, do they not?
13       A    Say that again.  Sorry.
14       Q    Cheely Custom Guns produces magazine wells?
15       A    Magwells, yes.
16       Q    Yes.
17            And the magwells can be made of all metal;
18    correct?
19       A    They're made of various different metals.  And
20    there's ones that are made of polymer as well.
21       Q    Okay.  And are there some that have inserts
22    that are made of polymer and the body of the magwell is
23    made of either aluminum or steel or some other metal?
24       A    Yes.
25       Q    And is that called a Delrin Inserts?
```

Page 95

```
 1      A    They're often made out of the delrin, yes.

 2      Q    It's Delrin; right?

 3      A    That's a tradename, yes.

 4      Q    Okay.  And whose tradename is that?

 5      A    Whatever company came up with that type of

 6  plastic.

 7      Q    Okay.  So Delrin refers to the material?

 8      A    Yes.

 9           MR. FIATO:  Okay.  We're gonna mark this

10      picture as Exhibit 8.

11           (Plaintiffs' Exhibit No. 8 was marked for

12           identification.)

13  BY MR. FIATO:

14      Q    Mr. Cheely, can you tell me what you see here?

15      A    It says it's a magwell insert Ice by Dawson.

16      Q    Dawson Precision?

17      A    Yes.

18      Q    And what is Dawson Precision, sir?

19      A    It's another firearm company.

20      Q    Okay.  And this magwell insert, do you know

21  how it works?

22      A    Yes.  It goes inside of another part that

23  attaches to the pistol.

24      Q    Okay.  And that's to make magazine insertion

25  easier and quicker; is that correct, sir?
```

Page 96

1      A    It's to allow more margin for error, I would

2   say.

3      Q    And this is made of the Delrin we spoke about

4   earlier; correct?

5      A    I assume so.  I don't know.

6      Q    Okay.  You don't know what material this is

7   made from?

8      A    I don't know if it's Delrin or any other kind

9   of plastic -- or what other kind of plastic it is.  I

10  believe it's some type of plastic.

11     Q    Okay.  So it's a form of plastic, then?

12     A    Yes.

13     Q    Is it replaceable?

14     A    Yes.

15     Q    And do you know, did Dawson Precision come up

16  with the concept to use a plastic insert in a magazine

17  well that was replaceable?

18     A    I believe they came up with it, yes.

19          MR. FIATO:  Okay.  We're gonna mark this as

20      Exhibit 9.

21          (Plaintiffs' Exhibit No. 9 was marked for

22          identification.)

23  BY MR. FIATO:

24     Q    Mr. Cheely, can you tell me what this is, sir?

25     A    Appears to be one of our magwell inserts.

1      Q    Okay.  And what is this material -- this

2   magwell made of, sir?

3      A    It's called acetal.

4      Q    Can you explain for me, sir?

5      A    It's a type of plastic.

6      Q    Okay.  So both the Dawson Precision magazine

7   insert and the Cheely insert are various forms of

8   plastic; correct?

9      A    Yes.

10      Q    Do you know, did Dawson Precision produce a

11   magazine insert that we showed you in Exhibit 8 before

12   Cheely Custom Guns came out with its magazine insert

13   depicted in Exhibit 9?

14      A    Yes.  I believe that came out in the 2000s.

15      Q    When you say 2000s, you mean, like, early

16   2000s or --

17      A    Yeah.  It was at least the early 2000s.  I had

18   one of those on my pistol -- the first pistol I ever

19   bought in 2002 time frame.

20      Q    Okay.  And when did Cheely Custom Guns come

21   out with its magwell insert?

22      A    This magwell insert came out maybe

23   three -- three years ago, four years ago.

24      Q    And when Cheely Custom Guns came out with its

25   magwell insert, did anyone from Dawson Precision contact

Page 98

1   Cheely Custom Guns and object that it was a copy of

2   theirs?

3       A    No.

4       Q    They never objected?

5       A    I don't -- they never objected to me.

6       Q    Did you ever enter in a licensing agreement

7   with Dawson Precision as a result of a compromise of

8   their objection that your magwell was substantially

9   similar to theirs?

10      A    No.

11      Q    That never happened?

12      A    No.

13      Q    So if somebody testified that it did, from

14  Dawson Precision, they would be lying?

15          MR. BENFORD:   Form.

16      A    There was never any licensing agreement for

17  any of the products I've made.

18  BY MR. FIATO:

19      Q    Did they ever contact you about this insert,

20  sir?

21      A    Not that I recall.

22      Q    So if somebody from Dawson Precision said that

23  they contacted you and they objected, then they would be

24  lying; right, sir?

25      A    That would be my interpretation.

Page 99

1        Q    That's not an interpretation.

2             I'm asking you as a matter of fact, if

3   somebody from Dawson Precision says that they contacted

4   you and objected that your magwell was a copy of theirs,

5   they would be lying as a factual matter?

6             MR. BENFORD:  Form.

7        A    Yes.

8   BY MR. FIATO:

9        Q    So you were never contacted; correct?

10            MR. BENFORD:  Form.

11       A    I never recall being contacted by Dawson

12   Precision, no.

13   BY MR. FIATO:

14       Q    You're saying you didn't recall.

15            I'm asking you if they did or didn't?

16            MR. ROBINSON:  Object to the form; asked and

17       answered several times.

18            MR. BENFORD:  Form.

19       A    I don't recall anybody from Dawson Precision

20   contacting me about that magwell design.

21   BY MR. FIATO:

22       Q    You testified earlier that at some point in

23   2019 you were contacted by Mr. Horowitz about his

24   concerns that he purchased barrels -- KKM barrels that

25   were soft; correct, sir?

                                                              Page 100

1        A    Yes.

2        Q    And did he ever email you or text you or

3   anything in regard to his concerns about KKM barrels?

4        A    Yes.

5        Q    He did text you?

6        A    I believe there was texts or messages in

7   Instagram or various means of communication in addition

8   to the phone calls, yes.

9        Q    Okay.  And we produced -- I'm sorry -- we

10  subpoenaed you.

11       Did you produce any of those messages in

12  response to our --

13       A    I produced --

14       Q    Excuse me, sir.  Let me -- I don't mean to cut

15  you off, I just want to get my question out clearly so

16  there's a clear record.

17       In response to our subpoena to you, did you

18  produce these communications?

19       A    I produced the communications I had

20  available -- or had ability to get, yes.

21       Q    But specifically in regard to the

22  communications that you're saying, the Instagram or the

23  other communications of various forms about the KKM

24  barrels, did you produce those?

25       A    The ones that I had access to, yes, I did.

Page 101

1        Q    So if I were to tell you that I've reviewed

2   your production and I haven't seen anything with regard

3   to KKM barrels produced by you, is it your testimony

4   that you didn't have access to them so you didn't

5   produce them?

6        A    That be correct.  There were text messages

7   that I no longer had access to because they were on an

8   old phone that I replaced and no longer have.

9        Q    And these were text messages between you and

10  Mr. Horowitz?

11       A    Yes.

12       Q    And do you remember what those text

13  messages -- what was said in those text messages?

14       A    Not specifically.  Lots of things were said,

15  general talk about business and different things, and a

16  portion of that would have been about KKM -- his issues

17  with KKM.

18       Q    Okay.  And do you know when those

19  communications would have been?

20       A    I don't know exactly.  It would have been

21  in -- late 2019 and 2020.

22       Q    Okay.  And in late '19, I think you already

23  testified that you were -- that you sold KKM barrels;

24  correct?

25       A    Yes.

Page 102

1      Q    When did you start carrying KKM barrels?

2      A    I've used them for many years, but we started

3    actually having them for sale on the website around five

4    years ago.

5      Q    Okay.  And in 2019, you were selling KKM

6    barrels; correct?

7      A    Yes.

8      Q    And were you selling any other barrels in 2019

9    made by any other manufacturer or just KKM?

10     A    It would have just been KKM.  If we sold

11   anything else it would have been old stock that happened

12   to be in the shop, but I cannot recall specifically.

13     Q    So by 2019 you were an exclusive you were

14   exclusively selling only KKM barrels on the Cheely

15   Custom Guns website; is that correct, sir?

16     A    Yes.

17     Q    Okay.  Mr. Cheely, there is a picture we put

18   up, we're gonna mark it as Exhibit 10.

19          Can you describe that picture for me?

20     A    It's a post from my company, Facebook page,

21   about a KKM barrel.

22          (Plaintiffs' Exhibit No. 10 was marked for

23          identification.)

24   BY MR. FIATO:

25     Q    Can you read the post, sir?

Page 103

```
1        A    It says, "Looking for a barrel for your next
2   pistol build?  We've got you covered.  Including a few
3   special spiral fluted barrels in stock," and then the
4   link to the website.
5        Q    Do you currently sell these barrels on your
6   website, sir?
7        A    KKM barrels?
8        Q    No, sir.  These special fluted barrels.
9        A    I don't have any of those left.  No, we don't
10  currently sell those.
11       Q    Okay.  And did they come from the factory,
12  from KKM, fluted, or did you have to have them fluted
13  yourself?
14       A    No.  We had those fluted.
15       Q    Okay.  And who did the fluting?
16       A    I can't remember the name of the company right
17  now.  It was in Clinton, Michigan.  I can't remember the
18  name of the company.
19       Q    And so what -- can you describe the process of
20  fluting the -- strike that.
21            First of all, fluting the barrel requires you
22  to modify the barrel; correct?
23       A    That correct.
24       Q    And you're removing material from a standard
25  diameter barrel; correct?
```

Page 104

1      A    We're removing material from a bull barrel,

2  which is thicker than what you would call a standard

3  barrel, which would be much thinner to start with.

4      Q    Okay.  You wouldn't reduce -- when you flute

5  this barrel, you wouldn't reduce it down past the

6  diameter of a standard sized barrel; correct?

7      A    Correct.

8      Q    Okay.  And did you ever have any problems with

9  any of these barrels?

10     A    No.

11     Q    Okay.  And did you do the threating on the end

12 of the barrels, or was that done by this company that

13 did the fluting?

14     A    No.  That's the threats from KKM.

15     Q    Okay.  So that's the standard from KKM.

16          So the modifications that you had done to the

17 barrel were the flutes, which didn't take more material

18 than would have been to reduce it -- let me restate

19 that.

20          The modifications with the fluting, that

21 didn't take more material away from the barrel to reduce

22 it beyond the diameter of a standard 1911 barrel;

23 correct?

24     A    Than a bushing barrel.  There is much -- yeah,

25 there's not as much material coming off as you would get

1  down for the diameter of a bushing barrel.  I believe

2  there's about 60,000 in depth in those flutes at the

3  front.

4      Q    Okay.  And that was gonna be my next question.

5           And so the record is clear, there are

6  different types of the 1911 barrels?

7      A    Many different types, yes.

8      Q    Okay.  And a bull barrel would be a thicker

9  barrel, it would have thicker barrel than a bushing

10 barrel would have; correct?

11     A    Correct.

12     Q    And what's the reason for a bull barrel to

13 have a thicker material?

14     A    You eliminates the bushing on the end of the

15 barrel.  It eliminates another portion that can cause

16 movement and cause a decrease in accuracy.

17     Q    Okay.  And a bull barrel is heavier than a

18 bushing barrel?

19     A    Yes.

20     Q    And then it would be less felt recoil in a

21 bull barrel; is that correct?

22     A    Little bit, yes.

23     Q    Okay.  Mr. Cheely I'm gonna hark this

24 Exhibit 11.

25          Can you describe what the picture is, please?

Page 106

1      A    That's a post of one of the guns that I built

2  with a KKM barrel in it.

3           (Plaintiffs' Exhibit No. 11 was marked for

4           identification.)

5  BY MR. FIATO:

6      Q    And what kind of barrel -- what kind of KKM

7  barrel is that?

8      A    We would call it a hybrid barrel that has the

9  rib on the front so the front side is mounted to the

10 barrel rather than to the slide.

11     Q    Okay.  And do you sell these hybrid barrels on

12 your website at Cheely Custom Gunworks, sir?

13     A    I do not.

14     Q    Do you know that this hybrid barrel one an

15 exclusive barrel from SCI; correct, sir?

16     A    Say that again.  Sorry.

17     Q    This barrel is exclusively sold by Shooters

18 Connection, do you know whether that is true or not,

19 sir?

20     A    I believe that to be the case, yes.

21     Q    Okay.  And so you testified that you are a KKM

22 dealer and exclusively sell KKM barrels on your website;

23 correct?

24     A    At this time, yes.

25     Q    At the time.

1          Okay.  And you stopped selling any other

2     barrels other than KKM sometime in 2019; correct?

3          A    No.  It would have been sometime in the past.

4     By 2019 I think the only barrels I was ordering was KKM.

5          Q    Okay.  And that's what I was trying to get at.

6          In 2019 you were only ordering KKM barrels,

7     and that's all that you order currently; correct?

8          A    Correct.

9          Q    And you sell various different gun parts for

10    1911s and 2011s; correct, sir?

11         A    Yes.

12         Q    Do you know how many?

13         A    How many parts?

14         Q    Yes, sir.

15         A    By number, no.  By dollar amount --

16         Q    No.  No.  By number.

17         So, in other words, do you -- let me rephrase

18    because I think there's a disconnect there.

19         How many different types of parts does Cheely

20    Custom Gunworks manufacture?

21         A    A lot.

22         Q    Seventeen, twenty, twenty-five?

23         A    All the different SKUs probably put it at a

24    hundred, maybe.

25         Q    Okay.  And do you sell any of those parts

Page 108

1    through Shooters Connection?

2         A    Yes.

3         Q    Okay.  And how long have you been shooting

4    parts through Shooters Connection?

5         A    For many years.  Probably ten years.  I would

6    have to guess ten years.

7         Q    Okay.  And you know Chuck Bradley; correct,

8    sir?

9         A    I do.

10        Q    And who is Chuck Bradley?

11        A    The owner of the Shooters Connection.

12        Q    And are you friends with Chuck Bradley, sir?

13        A    No.

14        Q    You would not consider Mr. Bradley a friend of

15   yours?

16        A    No.  I would consider him to be a business

17   associate.

18        Q    Okay.  And a business associate that you've

19   done business with for many years?

20        A    Yes.

21        Q    Currently --

22             MR. FIATO:  Hold on a second.

23   BY MR. FIATO:

24        Q    Do you know how many as in -- in terms of

25   revenue, how many parts you sell through Shooters

Page 109

1    Connection in -- let's say, in 2019?

2         A    If I had to guess it would probably be around

3    a $100,000, maybe a little over or under that.

4         Q    How about 2020?

5         A    Around the same.

6         Q    Okay.  In 2021?

7         A    Around the same.

8         Q    And in 2022?

9         A    I'd have to look at my records.

10        Q    Substantially the same amount?

11        A    In the same range.

12        Q    Okay.  And if you lost the Shooters Connection

13   account where you couldn't sell products on your

14   Shooters Connection, that would be a pretty good hit to

15   revenue, would it not?

16        A    Not really.  They do maybe 10 percent out of

17   the business that we do.

18        Q    So you'd lose 10 percent?

19        A    Maybe 10 percent.

20        Q    And on an annual basis for 2020, for example,

21   how much in sales would you earn from the sale of KKM

22   barrels?

23        A    Oh, you want me a do a little bit of math

24   here?

25        Q    If it doesn't take too long, I don't mind.

Page 110

1    A    Maybe I would have made $5,000.

2    Q    Okay.  So when you had this first conversation

3    with Mr. Horowitz and his concerns about KKM barrels he

4    had being soft, you tested those two barrels; correct,

5    sir?

6    A    Yes.

7    Q    And on those two barrels you received ratings

8    in the 30s; correct?

9    A    Yes.

10   Q    Did you record that anywhere?

11   A    Only what I would have typed in a text to

12   Mr. Horowitz.

13   Q    Okay.  And did you send an email to Mr. Luke

14   McIntire at KKM Precision asking him to look at those

15   barrels?

16   A    No.  I believe I called him about it first.

17   Q    And then subsequent to that did you send him

18   an email?

19   A    I believe I sent him an email asking if he got

20   them, yes.

21   Q    Okay.Mr. Cheely, I'm gonna show you

22   Exhibit 12.

23        This is an email you produced pursuant to the

24   subpoena; correct?

25   A    Yes.

```
 1              (Plaintiffs' Exhibit No. 12 was marked for
 2              identification.)
 3    BY MR. FIATO:
 4        Q    And this is an email from you to Luke
 5    McIntire; correct?
 6        A    Yes.
 7        Q    And can you read it, please, sir?
 8        A    It says, "Luke, did you get a chance to look
 9    at the two barrels I sent you last week?  Just wondering
10    what they came in at on your tester."
11        Q    And I think you testified earlier that
12    Mr. McIntire did eventually tell you that he tested your
13    barrels; correct?  And he presented you a printout of
14    the results that -- strike that.
15             He presented you a printout of results that he
16    claimed were from the tests from your barrel; correct?
17        A    Yes.
18        Q    Okay.  And did he send you any pictures of the
19    testing of those two barrels, sir?
20        A    Yes, he did.
21        Q    And do you have those pictures?
22        A    No.  They would have been on my old phone.
23        Q    So tell me what was in those pictures.
24        A    It was a text message I believe, and it was a
25    picture of the barrel being held by his testing machine
```

```
 1   when he was explaining to me how I should hold the
 2   barrel to test it properly.
 3        Q    And do you know, these two barrels, did you
 4   buy these from KKM directly or were they purchased from
 5   SCI?
 6        A    Purchased from STI?
 7        Q    SCI.  I'm sorry.  Let me -- if I say "SCI" I'm
 8   referring to -- and the parties have done this, and I
 9   should have been clear earlier on -- Shooters
10   Connection, Incorporated.  So when we say "SCI," not
11   STI, the new Staccato -- it's a company called Staccato
12   or STI, I'm referring to Shooters Connection.  And I'll
13   try to refrain from that.
14             So do you know whether those two barrels that
15   KKM tested for you were purchased directly from KKM or
16   whether they were purchased from Shooters Connection?
17        A    I do not know.
18             MR. BENFORD:  Object to form.
19   BY MR. FIATO:
20        Q    And the barrels weren't marked with any serial
21   numbers or markings that would let you know who you
22   bought them from; is that correct?
23        A    Correct.
24        Q    Okay.  And you didn't segregate barrels into
25   any bins or in any other fashion when you received
```

Page 113

1    barrels from either KKM or SCI so that you knew who you

2    bought them from; correct?

3        A    The only difference in the barrels would at

4    some point have been -- the engraving would have been

5    different on barrels that we ordered directly from KKM.

6        Q    How was the engraving different?  Please

7    explain for me, sir.

8        A    They had moved the engraving on the barrel

9    that said KKM Precision from the top of the barrel

10   around the corner to the other side of the barrel so the

11   name was not visible when the pistol was assembled.

12            We had requested that of them at some point

13   and it was special, and then I think at some point they

14   switched to that as standard, but I don't know any time

15   table stuff.

16       Q    Okay.  So you don't know if the barrels that

17   you sent to him -- I'm sorry -- that you sent to Luke

18   for testing had the special engraving on it or not; is

19   that correct?

20       A    Yeah.  I do not recall.

21       Q    Okay.  That's fair.

22            I think you testified earlier that you either

23   reused those barrels in making a gun or you sold them to

24   the public; is that correct?

25       A    Yes, that's correct.

1    Q    And I think you said you cleaned up the

2  finish.

3    A    Yes.  So they would have been polished a

4  little bit on the side of the foot, because the surface

5  finish of the steel affects the hardness reading.  So

6  they had been polished up a little bit and then hardness

7  tested.  And we cleaned that up and blasted them so they

8  would have a factory appearance finish prior to use or

9  sale.

10    Q    So on the foot you're talking about the lower

11  lugs?

12    A    Yeah.  You would call the entire portion of

13  the barrel that hangs down from the round part the foot,

14  and the lower lugs would be on the bottom of the foot.

15    Q    And that's -- and the testing, when KKM -- I

16  think you testified earlier that KKM did five tests on

17  the lower foot.

18        That would have been on the lower lugs where

19  it was solid metal; correct?

20    A    Correct.

21    Q    Okay.  And there would have been indentations

22  into that area where the testing was done; correct?

23    A    Correct.

24    Q    Okay.  So how did you get rid of those

25  indentations?

Page 115

1       A    We didn't get rid of them completely, we just

2    cleaned up where the -- the material comes up a little

3    bit when you put the indentation in, so we sanded it

4    flat, re-blasted it, and then used them or put them back

5    up for sale.

6       Q    And how did you refinish the barrel -- I think

7    you testified that you tested on the hood.

8            So the barrel was standing up and you tested

9    on the hood; is that correct?

10      A    Correct.

11      Q    And then you tested on the -- with the barrel

12   inverted the other way, so the muzzle end of the barrel

13   you tested on the top of the barrel there as well;

14   correct?

15      A    No, I never tested on the muzzle end of the

16   barrel.

17      Q    Okay.  So you just tested on the -- on the

18   hood?

19      A    Yes.

20      Q    And how did you get rid of that indentation on

21   the hood?

22      A    We leave that indentation there.  It would be

23   cut off during fitting.

24      Q    Okay.  If you recall, what is the lowest

25   Rockwell hardness you recorded when you tested those two

Page 116

1   barrels?

2       A    I don't recall specifically.  I heard somebody

3   today say 32.  It could have been in that range.  It

4   would have been at least mid 30s.

5       Q    Okay.  When you originally tested these

6   barrels and you got the reading in the 30s, you called

7   KKM; correct?

8       A    Yes.

9       Q    And you spoke with Luke McIntire?

10      A    Yes.

11      Q    Anybody else?

12      A    Not unless they just answered the phone and

13  handed me off.

14      Q    So you didn't speak to anybody else about the

15  issue with the barrels other than Mr. McIntire himself?

16      A    No.

17      Q    What did you discuss?

18      A    We discussed the situation in general.  I

19  asked him questions about the hardness of the barrels.

20  He told me a little bit about how to test the barrel,

21  and that the way that I was testing the barrel was not

22  correct and wouldn't result in a true reading.  And

23  said, yeah, send the barrels back to them, and they

24  would check them out.

25              MR. ROBINSON:  When you get to a decent

```
1          stopping point can we take a five-minute break?  No

2          rush on this at all.  Whenever you get a good --

3                 MR. FIATO:  Kevin, you want to do it now?

4                 MR. ROBINSON:  If that works.

5                 MR. FIATO:  That works for me.

6                 MR. ROBINSON:  Thank you.

7                 THE COURT REPORTER:  Going off record.

8                 (Recess was taken.)

9    BY MR. FIATO:

10         Q    Mr. Cheely, I think we were talking about you

11   contacting and having conversations and Luke McIntire

12   about the two barrels that he tested that had a Rockwell

13   hardness from your testing down in the low to mid 30s;

14   correct?

15         A    Yes.

16         Q    And Luke was the only person you talked to at

17   KKM about that specific issue?

18         A    Yes.

19         Q    Okay.  And during your conversations, did Luke

20   tell you that some of the barrels that he made

21   were -- that he manufactured were made of the softer

22   grade of steel than the ones he sold on his website?

23         A    I didn't understand it to be that.  I

24   understood it that he did make barrels out of two

25   different variations of stainless.  I don't about if
```

Page 118

1    it's on sale on the website or not.

2         Q    Okay.  Did he say to you why he made the two

3    different variations of stainless?

4         A    My understanding is the slightly softer

5    version was more accurate for barrels that they wanted

6    to have the most accuracy out of.

7         Q    Okay.  And did he mention that he was making

8    those barrels for clients that engaged in bullseye

9    shooting?

10        A    Yeah.  That would be the application for that,

11   I believe, yes.

12        Q    Okay.  And that's a form of competition

13   shooting; correct?

14        A    Yes.

15        Q    And that's a different form of competition

16   shooting from USPSA; correct?

17        A    Yes.

18        Q    And bullseye shooting that's more of a

19   low-volume, high-accuracy sport; correct?

20        A    I believe so.  I've never competed in

21   bullseye.

22        Q    Okay.  Okay.  But certainly they wouldn't be

23   making bullseye guns in 38 super comp, would they?

24        A    No.  I think they would.

25        Q    Are you aware that they make bullseye guns in

Page 119

1   38 super comp?

2       A    I would assume that some are made in 38 super.

3       Q    So you're assuming, you don't know that to

4   be --

5       A    I've never shot bullseye, so --

6       Q    So you have no knowledge -- no knowledge of

7   that?

8       A    No.

9       Q    And you've never competed in bullseye

10  shooting?

11      A    Correct.

12      Q    You don't know how they load cartridges for

13  bullseye shooting, as far as a pressure standpoint?

14      A    I do not know.

15      Q    Okay.  But USPSA shooting, that type of

16  competitive shooting is hard on guns; isn't it?

17      A    It is.

18      Q    And the hardness requirement for USPSA

19  shooting needs to be, I think you said at some point,

20  "enough to perform its duty."

21           So it would have to be hard enough to

22  withstand the rigors of competition shooting, wouldn't

23  it?

24      A    Yes.

25      Q    And the barrel was -- so let me take that

Page 120

1    back.

2              So 1911 style pistol, the barrel sits inside

3    the slide; correct?

4         A    The majority of it, yes.

5         Q    There might be -- the muzzle end might stick

6    out at one end, and at the other end of it it's going to

7    be -- at the breach end it's going to be inside the

8    slide but not necessarily covered; correct?

9         A    Yeah.  The foot of the barrel would be inside

10   the frame.

11        Q    Okay.  And when the gun is fired, the slide

12   reciprocates rearward; correct?

13        A    Well, the slide and the barrel reciprocate

14   backwards, and then the barrel disengages from the slide

15   and the slide continues backward.

16        Q    Okay.  And then the slide would continue

17   forward; correct?

18        A    Yes.

19        Q    And in that action, the barrel and the slide

20   would collide together at certain points in the barrel,

21   either at the foot or at the lugs of the barrel;

22   correct?

23        A    Yes.  The slide would first hit the rear of

24   the hood of the barrel to cause it to start traveling

25   forward again.

Page 121

1      Q    Okay.  And if the barrel was softer than the
2  slide, that wouldn't be a good thing, would it?
3      A    No.
4      Q    And would that cause the gun possibly to go
5  out of timing?
6           THE WITNESS:  Sorry.  I might have just lost
7      connection there for a second.
8           MR. FIATO:  Are you reading something, sir?
9           THE WITNESS:  I might have lost connection
10     there for a second.
11          MR. FIATO:  Okay.  Can you see me?
12          THE WITNESS:  Yeah, I can see you now.
13          MR. FIATO:  Can you hear me?
14          THE WITNESS:  Yep.
15  BY MR. FIATO:
16     Q    Okay.  So if the barrel is softer than the
17  slide, it -- that could cause the barrel lugs to deform;
18  correct?
19     A    It would make it easier for the barrel lug to
20  deform, yes.
21     Q    Yes.
22          And they could roll over?
23     A    Yes.
24     Q    And compact?
25     A    Yeah.

Page 122

1        Q    Okay.  And that could throw the gun out of

2   timing; correct?

3        A    That's what you would call it, yes.

4        Q    Okay.  And if the gun goes out of timing --

5   I've heard Mr. Bedell in his deposition say that once

6   the gun goes out of timing the gun starts to

7   self-destruct.

8             Would you agree with that?

9             MR. BENFORD:  Object to form.

10       A    Yes, that's correct.

11  BY MR. FIATO:

12       Q    Okay.  Did Mr. McIntire indicate to you that

13  any of the barrels that he produced for sale were

14  cryogenically treated?

15       A    I don't remember.

16       Q    So you don't remember if he said that or not;

17  correct?

18       A    I do not remember him saying that, no.

19       Q    Okay.  Did Mr. McIntire tell you that any of

20  the barrels that you received were made out the softer

21  steel?

22       A    I believe the two barrels that I had sent back

23  to him were of the different steel, yes.

24       Q    Did he indicate to you how it was that you

25  purchased these softer steel barrels that he indicated

Page 123

1    were suitable for bullseye shooting?

2             MR. ROBINSON:  Object to the form.

3       A    I believe he said that they made some barrels

4    out of that and sold them.  I don't recall specifically

5    why.

6    BY MR. FIATO:

7       Q    Did he tell you that some of the KKM

8    distributors were selling barrels made out of that

9    steel?

10      A    I don't remember that.

11      Q    Did he tell you that Shooters Connection was

12   selling barrels made out of this softer steel?

13      A    I don't recall him saying that.

14      Q    Okay.  And so -- I want to go back to your

15   conversations with Mr. Horowitz.

16           You had an initial conversation with him where

17   he had concerns about some of the KKM barrels being too

18   soft in his guns; correct?

19      A    Yes.

20      Q    And did he tell you that he had tested those

21   barrels?

22      A    He said -- I don't know if he tested them or

23   he had them tested, but one of the two.

24      Q    Okay.  You don't recall whether he had them

25   tested or he sent them out or both?

Page 124

1       A     Yeah.  It was one or the other or both.  I
2   don't recall exactly which.
3       Q     Okay.  And, then, sometime after you had your
4   barrels tested -- I think you testified earlier with
5   regard to the notes to the conversations between
6   yourself and Mr. Horowitz, that he called you and he
7   wanted to buy more barrels from him; correct -- more
8   barrels from you -- let me restate it so there's a clear
9   record.
10          After you got your barrels back from KKM there
11  was a conversation in March of 2020 -- March 2nd, 2020,
12  where Shay Horowitz called you to buy grips from you or
13  parts; correct?
14      A     Yes, I believe that was the time frame for
15  that.
16      Q     Okay.  And that's when you told him that you
17  weren't gonna do business with him anymore?
18      A     Correct.
19      Q     Okay.  And that was because of -- excuse me --
20  that was because -- sorry.  I've got a frog in my
21  throat.
22          You were refusing to do business with him
23  because of the way he dealt with KKM; is that correct?
24      A     That would be the predominant reason, yes.
25      Q     Where did you learn -- strike that.

Page 125

1              Did you have a conversation with Luke McIntire

2      about his dealings with Shay Horowitz relative to his

3      claims of soft barrels?

4         A    Yes.

5         Q    And you were basing your decision not to do

6      business with Mr. Horowitz, in part at least, based on

7      those conversations?

8              MR. BENFORD:   Objection; form.

9         A    Yes.

10     BY MR. FIATO:

11        Q    Was that a yes?

12        A    Yes.

13        Q    Okay.  And what did Luke tell you that made

14     you decide not to do business with Mr. Horowitz?

15        A    That Mr. Horowitz had not sent any barrels

16     back to be evaluated by KKM.

17        Q    And what else did he tell you?

18        A    I don't know anything specific.

19        Q    You don't recall anything specific?

20        A    That was the reason that I used for my -- you

21     know, to form my decision to not do business with him

22     anymore was that he did not send any barrels back.

23        Q    Did Luke McIntire ask you not to do business

24     with Akai Custom Guns?

25        A    No.

Page 126

1      Q    Did he suggest that you to not do business

2  with Akai Custom Guns?

3      A    No.

4      Q    Did he tell you that he informed Shay Horowitz

5  that KKM has never produced a soft barrel in its

6  history?

7           MR. ROBINSON:  Object to the form.

8      A    I don't remember that being said.

9  BY MR. FIATO:

10      Q    Okay.  Did Luke tell you that Shay offered to

11  send the barrels out for mutually agreed joint testing?

12           MR. ROBINSON:  Object to form.

13      A    I don't recall.

14  BY MR. FIATO:

15      Q    So you don't recall him telling you that?

16      A    No.

17      Q    Do you recall Luke telling you that he refused

18  Mr. Horowitz' proposal for joint independent testing?

19           MR. ROBINSON:  Object to the form.

20           MR. BENFORD:  Join.

21      A    I don't remember that being said.

22  BY MR. FIATO:

23      Q    You don't remember that.

24           Do you think that would be important to know?

25           MR. ROBINSON:  Object to the form.

Page 127

1              MR. BENFORD:  Join.

2       A    I don't know why I would need to know that.

3    BY MR. FIATO:

4       Q    Well, if he told you that -- if he told you

5    that Mr. Horowitz wasn't agreeing to send him the

6    barrels but would agree to joint mutual testing,

7    wouldn't that be important?

8              MR. ROBINSON:  Object to the form.

9              MR. BENFORD:  Join.

10      A    I don't know that it would be important or

11   not.

12   BY MR. FIATO:

13      Q    Would it provide context to Mr. Horowitz'

14   refusal to send them to KKM alone?

15             MR. BENFORD:  Object to the form.

16             MR. ROBINSON:  Form.

17      A    Sorry.  I don't understand the question.

18   BY MR. FIATO:

19      Q    I'll rephrase.

20             Wouldn't knowing that Mr. Horowitz had offered

21   to send the barrels for joint mutual independent testing

22   be -- provide context to how Mr. Horowitz was handling

23   the situation?

24             MR. ROBINSON:  Object to the form.

25             MR. BENFORD:  Join.

Page 128

```
 1      A    Yes.

 2   BY MR. FIATO:

 3      Q    That would; correct?

 4      A    Yes.

 5           MR. ROBINSON:  Object to the form.

 6   BY MR. FIATO:

 7      Q    Okay.  Did Luke tell you that he advised

 8   Mr. Horowitz that he was shit out of luck because

 9   Mr. McIntire's lawyer advised him there was no standard

10   way to test a barrel?

11           MR. ROBINSON:  Object to the form.

12      A    No, I don't remember that.

13   BY MR. FIATO:

14      Q    Did Mr. Horowitz tell you that he refused to

15   accept any of Akai's barrels based on his advice -- the

16   advice of his lawyer?

17           MR. ROBINSON:  Object to the form.

18           MR. BENFORD:  Join.

19      A    No, I don't recall that.

20   BY MR. FIATO:

21      Q    Did Luke tell you that he told Mr. Horowitz

22   that he can send him his barrel to him so he can tell

23   him how he was testing it wrong?

24           MR. ROBINSON:  Object to the form.

25           MR. BENFORD:  Join.
```

Page 129

1      A    I don't recall that.

2   BY MR. FIATO:

3      Q    Did Luke tell you that he told Mr. Horowitz

4   that he wasn't gonna give him -- replace his barrels

5   because he was not in the business of giving away free

6   barrels?

7           MR. ROBINSON:  Object to the form.

8           MR. BENFORD:  Join.

9      A    I do not recall that.

10  BY MR. FIATO:

11     Q    Did you discuss Akai's claim of soft -- I'm

12  sorry.

13          Did you ever discuss Akai's claims of soft KKM

14  barrels with John Vlieger?

15     A    Yes.

16     Q    Who is John Vlieger?

17     A    He's another USPSA competitor.

18     Q    Did he ever work for Shooters Connection?

19     A    Yes, he did.

20     Q    When was the last time you had a conversations

21  with Mr. Vlieger about Mr. Horowitz?

22     A    Couple of years ago.

23     Q    Would that have been -- couple years you mean

24  around 2019?

25     A    Would have been around the time, yes, when all

Page 130

1  this was going on, yes.

2      Q    Okay.  And did Mr. Vlieger ever tell you that

3  SCI sold barrels -- let me strike that.

4           Did Mr. Vlieger ever tell you that Shooters

5  Connection sold KKM barrels made out of a softer steel

6  than KKM sold directly to the public?

7      A    Not that I recall.

8      Q    He never told you that?

9      A    Not that I recall, no.

10     Q    Okay.  Did Mr. Vlieger ever tell you that

11 Mr. Horowitz offered to send barrels to mutually agreed

12 independent testing?

13     A    Not that I recall.

14     Q    Did Mr. Vlieger ever tell you that he was

15 involved in trying to get KKM and Akai Custom Guns to

16 resolve the matter about Akai's claims of soft barrels?

17          THE WITNESS:  I'm sorry.  You'll have to

18     repeat that.  My Internet glitched again.

19 BY MR. FIATO:

20     Q    That's okay.

21          Did Mr. Vlieger ever tell you that he was

22 trying to help KKM and Akai resolve their issues with

23 regard to Akai's claims of soft KKM barrels?

24     A    I don't recall.

25     Q    Did he ever tell you that KKM refused Akai's

Page 131

1    proposal for joint testing?

2              MR. ROBINSON:  Object to the form.

3         A    I don't recall.

4    BY MR. FIATO:

5         Q    Did Mr. -- strike that.

6              Did Mr. Vlieger ever tell you that Shooters

7    Connection refused to accept the return of any KKM

8    barrels from Akai Custom Guns?

9              MR. ROBINSON:  Object to the form.

10        A    I don't know if he told me that or not.  It

11   was my understanding that they didn't want to take any

12   back, but I don't know that he told me that or not.

13   BY MR. FIATO:

14        Q    Do you know where you came to have that

15   understanding that Shooters Connection wouldn't accept

16   Akai's return of KKM barrels?

17        A    My understanding is that Shooters Connection

18   policy was that any product that they sold should be

19   taken care of by the manufacturer for any kind of

20   warranty purposes.

21        Q    And where did you come to that understanding?

22        A    I thought that was their company policy that

23   I've seen before.

24        Q    But where did you come to the understanding

25   that SCI wouldn't take back Akai's barrels?

Page 132

1      A    I don't know specifically.

2      Q    Have you had any conversations with Chuck

3  Bradley about this litigation, sir?

4      A    Yes.

5      Q    When?

6      A    It would have been a few years back when I was

7  traveling south and I stopped by Shooters Connection to

8  say hello to the people there.

9      Q    And what did Mr. Bradley tell you at that

10 time?

11     A    I don't remember the specifics of our

12 conversation.

13     Q    Did you -- did he ever tell you that Shay

14 Horowitz had a shady past history?

15     A    I don't recall.

16     Q    Did he ever tell you that Shay Horowitz was

17 under an active investigation of the FBI?

18          MR. BENFORD:  Objection; form, asked and

19      answered.

20          MR. FIATO:  It was never asked and answered.

21          MR. BENFORD:  It was asked and answered.

22          THE WITNESS:  Can you repeat that question for

23      me?

24 BY MR. FIATO:

25     Q    Did Mr. Bradley -- when you went to go visit

Page 133

1    him back a couple years ago at Shooters Connection, did

2    Mr. Bradley ever suggest to you that Shay Horowitz was

3    actively being investigated by the FBI?

4        A    Not that I recall, no.

5        Q    Did Shay -- did Mr. Bradley when you went to

6    go to Shooters Connection ever tell you that Shay

7    Horowitz was involved in a day trading scam?

8        A    I don't remember him saying that, no.

9        Q    Did Mr. Bradley ever tell you that

10   Mr. Horowitz was involved in a moving scam?

11       A    No.

12       Q    Okay.  Did Mr. Vlieger ever tell you that

13   Mr. Horowitz was being actively investigated by the FBI?

14       A    Not that I recall.

15       Q    Did Mr. Vlieger ever tell you that

16   Mr. Horowitz was involved in a day trading scam?

17       A    I don't remember him ever telling me that, no.

18       Q    Okay.  Do you remember a Mr. Dame telling you

19   that Mr. Horowitz was involved in a moving scam?

20       A    No.

21       Q    Do you remember producing materials pursuant

22   to the subpoena where Mr. Dame -- let me step back a

23   minute.

24            We talked about Michael Dame; right -- forgive

25   me.  I'll go forward.

1          You produced documents where Mr. Dame

2     suggested that Mr. Horowitz was involved in a moving

3     scam?

4          A    I don't remember a moving scam, no.

5          Q    Or a trucking scam?

6          A    I don't remember that, no.

7          Q    Mr. Cheely, I'm gonna refer you back to what

8     has been marked as Exhibit 1.  We had previously read

9     portions of this exhibit.  I'm going to read -- this is

10    a message from Mr. Dame to you; correct?

11         A    Yes.

12         Q    And that was back on February 10th of 2020;

13    correct?

14         A    Yes.

15         Q    In the middle of the page Mr. Dame writes to

16    you, "We've been digging here and there of late.  He

17    screwed a bunch of people over in the moving truck biz.

18    Closed one company to start a new one with stuff in

19    storage.  People's electronics, never showing up."

20              Do you see that?

21         A    I do.

22         Q    What do you understand Mr. Dame is telling you

23    right there?

24         A    He's telling me that Akai screwed a bunch of

25    people in the moving truck biz.

Page 135

```
 1        Q    Okay.  And he's telling you that he also
 2   started up another company with stuff in storage;
 3   correct?
 4        A    Yeah.
 5        Q    Holding in people's electronics and that type
 6   of thing?
 7        A    Yeah.
 8        Q    And why do you think he's telling you that?
 9        A    Trying to show me some more of the things that
10   he's done that's not being honest.
11        Q    Okay.  Would it surprise you to know that
12   Mr. Horowitz never did any of those things?
13             MR. BENFORD:  Objection; form.
14        A    Would it surprise me?  No, it would not
15   surprise me.
16   BY MR. FIATO:
17        Q    And if he never did any of those things then
18   these statements would be a lie; correct?
19        A    Yeah, correct.
20        Q    And they would be defamatory, would they not?
21             MR. ROBINSON:  Object to form.
22        A    I don't know that they would be defamatory.
23   BY MR. FIATO:
24        Q    Well, they would be a false statement?
25        A    They would be false, yes.
```

Page 136

```
 1       Q    And they would tend to hurt his reputation,

 2   would they not?

 3            MR. ROBINSON:  Object to form.

 4            MR. BENFORD:  Join.

 5       A    Yes.

 6   BY MR. FIATO:

 7       Q    Implying that he's dishonest; correct?

 8            MR. ROBINSON:  Object to the form.

 9            MR. BENFORD:  Join.

10       A    Yeah.

11   BY MR. FIATO:

12       Q    And you say -- Mr. Dame is saying, "We've been

13   digging here and there as of late."

14            Do you know who "we've" refers to?

15       A    I do not.

16       Q    Do you know whether Mr. Dame was in contact

17   with Mr. Bradley to try to dig up information about

18   Mr. Horowitz to put out in the public to discredit him?

19       A    I do not.

20       Q    Would it surprise you to know that there's

21   been documents produced by Mr. Bradley that shows that

22   Mr. Dame contacted Mr. Bradley and asked him how he

23   could help?

24       A    That wouldn't surprise me.

25       Q    Why wouldn't it surprise you?
```

```
 1        A    Not much would surprise me about the entire

 2   case.  Things happen.  That's not surprising.

 3        Q    Would it surprise you that Mr. Bradley thanked

 4   Mr. Dame for all his help in trying to get information,

 5   and Mr. Dame's response to him was, "Anything to get rid

 6   of Shay"?

 7             MR. BENFORD:  Objection; form.

 8        A    No, that wouldn't surprise me.

 9   BY MR. FIATO:

10        Q    Do you know Mr. Dame as somebody that has a

11   reputation as being a troll?

12        A    I don't know that, no.

13        Q    Do you know Mr. Dame is somebody who would go

14   on the Internet and would post things about other people

15   that were negative?

16        A    Not specifically, no.

17        Q    Okay.  Has Mr. Horowitz ever failed to pay

18   you?

19        A    No.

20        Q    He's paid you for every part you've ever

21   shipped to him, hasn't he?  Is that correct?

22        A    Yes.

23        Q    And there's been instances where you went to

24   charge his credit card and it was declined; correct?

25        A    Yes.
```

1          Q    And you don't know whether that was because he

2     had made several purchases for parts and hit his max

3     limit?

4          A    I don't know the reason.

5          Q    Okay.  But he's always paid his bills; right?

6          A    We've never billed him.  We've always charged

7     before shipping.

8          Q    He's always paid his charges, hasn't he?

9          A    Yes.

10         Q    Okay.  After Mr. Dame says -- gives the

11    communication that I just read to you, you respond to

12    him.  It starts with, "He bought some grips."

13              Can you read that?

14         A    It says, "He bought some grips from over the

15    last few months.  I'm not selling him another thing

16    after that KKM deal and the line of shit he spewed to me

17    about it."

18         Q    What's the line of shit he spewed to you about

19    it?

20         A    He told me that KKM wouldn't take his barrels

21    back and things like this.  And he wasn't go a send them

22    one, I believe.  And it was in direct contradiction to

23    what Luke had told me.

24         Q    So you decided to believe Luke over Shay?

25         A    Yes.

Page 139

```
 1       Q    But if Luke, in fact, refused to send those
 2   barrels, then Mr. Horowitz wasn't, in your words,
 3   "spewing a line of shit," was he?
 4            MR. ROBINSON:  Object to the form.
 5            MR. BENFORD:  Join.
 6       A    I don't know.  Could you say that --
 7   BY MR. FIATO:
 8       Q    If Mr. Horowitz was telling the truth, then
 9   what he was telling you wasn't a line of shit, was it?
10            MR. ROBINSON:  Object to the form.
11            MR. BENFORD:  Join.
12       A    Correct.
13   BY MR. FIATO:
14       Q    And then Mr. Dame says, "I'm surprised anyone
15   deals with him with his history of skipping bills on top
16   of this."
17            You never billed him; correct?
18            THE WITNESS:  Sorry.  You've got to repeat.
19       My Internet is not great.
20   BY MR. FIATO:
21       Q    I understand.
22            Mr. Dame says, "I'm surprised anyone deals
23   with him with his history of skipping bills on top of
24   this."
25            And my question to you was:  You've never
```

Page 140

1    billed Mr. Horowitz; correct?

2        A    Correct.

3        Q    And he's paid all of his charges for all the

4    parts that you shipped to him; correct?

5        A    Yes.

6        Q    Okay.  Mr. Dame next says, "I'm told he owes

7    the DLC guy in Ohio for 11 guns."

8             Do you know who -- what's a DLC guy?  Is that

9    a coding?

10       A    I would assume that's a coding company.  I

11   don't know who he would be referring to.

12       Q    Okay.  And he's indicating that Mr. Horowitz

13   owes him for 11 guns presumably for coding services;

14   correct?

15       A    Yes.

16       Q    And if that statement isn't true, then that

17   would -- I'm sorry.

18            If that's not, in fact, the case, then that

19   statement would be a lie; correct?

20       A    Correct.

21            MR. BENFORD:  Objection form.

22            It's 2:30 now.  Do you have any plans on

23       breaking for lunch?

24            MR. FIATO:  That's a good question for the

25       court reporter.

Page 141

1          MR. BENFORD:  Well, actually, it's a good

2     question for the witness.  It's actually --

3          MR. FIATO:  Yeah, actually it is a good --

4          THE WITNESS:  I need to be done by 3:30 today,

5     so I don't need lunch if we keep going.  You've got

6     another 54 minutes.

7  BY MR. FIATO:

8     Q    I think you testified earlier that you didn't

9  want to do business with Mr. Horowitz because -- in part

10 based on what Mr. McIntire told you, but also because

11 you were afraid that he would have a problem with one of

12 your parts and end up suing you; is that correct?

13    A    That he would have a problem and then not work

14 with us at all and sue us and not return a part for

15 inspection, yes.

16    Q    He had already had a problem with you, hadn't

17 he?

18    A    Yeah.  And we refunded his money.

19    Q    And he returned the parts to you, didn't he?

20         And he returned the parts to you, didn't he?

21         THE WITNESS:  Sorry.  The Internet just

22    glitched again.

23         MR. FIATO:  That's what I thought.

24 BY MR. FIATO:

25    Q    My response was:  And he returned those parts

```
                                                    Page 142

 1    to you, didn't he?

 2         A    He did.

 3         Q    Because you agreed to pay -- to refund his

 4    money?

 5         A    Yes.

 6         Q    It's a reasonable thing to do, you say, "I'll

 7    refund your money," and then he returns the parts;

 8    correct?

 9         A    I believe it was, he returned the parts and

10    then I refunded his money.

11         Q    But you had agreed to return -- refund his

12    money if he returned the parts; correct?

13         A    Yes.

14         Q    Okay.  And that's a reasonable thing to do?

15         A    I believe so.

16         Q    Okay.  What did Mr. Vlieger tell you about

17    Akai's claims that the barrels he purchased from KKM

18    were soft?

19         A    I don't remember any of the specific

20    conversations we had.

21         Q    Did you tell him you were refusing to do

22    business with Akai?

23         A    I don't recall if I told him or not.

24         Q    Did he ever ask you to refuse to do business

25    with Akai?
```

1      A    Not that I recall.

2      Q    Did he ever suggest that you not do business

3  with Akai?

4      A    Not that I recall.

5      Q    Mr. Cheely, this is gonna be marked

6  Exhibit 13.  This was produced pursuant to subpoena to

7  you.  You labeled the document, "John Vlieger

8  correspondence."

9           Do you see that?

10     A    Yes.

11          (Plaintiffs' Exhibit No. 13 was marked for

12          identification.)

13  BY MR. FIATO:

14     Q    And it's dated March 6th, 2020 at 2:11 p.m.;

15  correct?

16     A    Yes.

17     Q    Mr. Vlieger is saying to you "He didn't get

18  that grip from us but I think I know where he got the

19  hybrid barrel."

20          Why is he sending you a picture with an Akai

21  gun with one of Cheely Custom Gunworks' grips?

22     A    I don't know why he would send it.

23     Q    Did he, in fact, know that you refused to sell

24  grips to him?

25     A    I don't know if he did at that time or not.

Page 144

1     Q     Did that make you mad?

2     A     Did what?

3     Q     The fact that Mr. Horowitz was building a gun

4  using your grips, did that upset you?

5     A     No.

6     Q     Were you -- can you read your response to

7  Mr. Vlieger?

8     A     I said, "Surprised he even posted a picture of

9  my grip after I told him I wouldn't sell him parts."

10    Q     Why would that surprise you?

11    A     Because he wouldn't be able to get them from

12  me anymore to put on his guns.

13    Q     He could get it from other people, couldn't

14  he?

15    A     Yeah, I suppose he could.

16    Q     Who do you sell your grips to?

17    A     Lots of people.

18    Q     Do you sell them to other distributors?

19    A     Yes.

20    Q     Other people, other than SCI; correct?

21    A     Yes.

22    Q     You testified earlier that you know a lot of

23  vendors that won't sell to Mr. Akai -- I'm sorry -- to

24  Akai Custom Guns; that the right?

25          THE WITNESS:  Sorry.  You've got to say that

Page 145

```
 1        again.  Internet glitched again.

 2              MR. FIATO:  No problem.

 3   BY MR. FIATO:

 4        Q    You testified earlier that there was a lot of

 5   suppliers that won't sell to Akai Custom Guns; correct?

 6        A    Yes.

 7        Q    Who are they?

 8        A    As I know Shooters Connection, SVI, and I

 9   couldn't list others.

10        Q    Those are the only two that you know of?

11        A    Specifically, yes.

12        Q    And KKM, of course; correct?

13        A    I would assume so, but --

14        Q    But you don't know that for sure?

15        A    No, I do not know that for sure.

16        Q    How do you know that SV -- is that Infinity?

17        A    Yes.

18        Q    So that's a gun company called Infinity -- a

19   gun manufacturing and parts company called Infinity; is

20   that correct?

21        A    Yeah.  The think it's Strayer-Voigt,

22   Incorporated, SVI, Infinity, yes.

23        Q    Okay.  Did they recently re-brand their name,

24   or in the past they had re-brand from Strayer-Voigt to

25   Infinity?
```

1       A    I do not know.

2       Q    Okay.  Do you know anybody that works over at

3  Infinity?

4       A    Personally, no.

5       Q    Okay.  So how do you know that Infinity won't

6  sell to Mr. Horowitz?

7       A    Vlieger told me there.

8       Q    And do you know this Joe Borkowski [phonetic]?

9       A    I do not.

10       Q    Do you know whether he works at SVI or not?

11       A    I do not.

12       Q    Okay.  Why do you think that Mr. Vlieger is

13  contacting you and discussing the Akai Custom Guns with

14  you?

15            MR. ROBINSON:  Object to the form.

16            MR. BENFORD:  Join.

17       A    I'm sure he was contacting me because of the

18  situation between Akai and KKM.

19  BY MR. FIATO:

20       Q    What is the use of your grip in the exhibit

21  that I just showed you have to do with anything related

22  to the KKM situation?

23            MR. BENFORD:  Form.

24       A    I don't know.

25

Page 147

1   BY MR. FIATO:

2       Q    Can you think of any good reason why he would

3   do that, other than to either upset you or let you know

4   that Akai was using your grips?

5              MR. ROBINSON:  Object to then form.

6              MR. BENFORD:  Object to the form.

7       A    I assume that he was showing me that because

8   it had our grip on it.

9   BY MR. FIATO:

10      Q    For what reason?

11      A    That's -- I don't know the reason.

12      Q    And isn't it true that he did not once, but he

13  contacted you again and suggested that he knows how Akai

14  Custom Guns got your grip, and suggested that it was a

15  through a company called Atlas?

16      A    I believe that's what he told me.

17      Q    Okay.  And why would he do that, sir?

18             MR. BENFORD:  Form.

19      A    Sorry.  I believe that's what he told me.

20  BY MR. FIATO:

21      Q    Yes.  And I said, why would he do that, sir?

22             MR. ROBINSON:  Object to the form.

23             MR. BENFORD:  Objection to form.

24      A    I don't know.

25

1    BY MR. FIATO:

2         Q    Was he doing that because you agreed not to

3    sell Akai Custom Guns any parts at his suggestion?

4         A    No.

5              MR. ROBINSON:  Object to form.

6              MR. BENFORD:  Object to the form.

7    BY MR. FIATO:

8         Q    Who is Bobby Keigans?

9         A    He's the owner of Freedom Gunworks.

10        Q    Did you ever own a company with Bobby Keigans?

11        A    No.

12        Q    You never own a company with Bobby Keigans?

13             MR. BENFORD:  Objection form.

14        A    No.

15   BY MR. FIATO:

16        Q    Did you ever work with Bobby Keigans at a

17   company called C&K Arms?

18        A    CK Arms was a company that he owned, and I was

19   not a partner in that company in any way.  I supplied

20   parts to him and that company.

21        Q    Did the C in CK Arms stand for Cheely?

22        A    Yes.

23        Q    Okay.  So it's Cheely and Keigans Arms -- is

24   what the C and K was for?

25        A    It was, but I was not legally any part of that

Page 149

1   company.

2          Q    Okay.  But you supplied him all the parts that

3   he would use to make the guns for C&K Arms; correct?

4          A    Yes.

5          Q    And did you derive any income other than the

6   sale of those parts from C&K Arms?

7          A    That was the basis for my income from that,

8   was the sale of the parts, yes.  I don't know that there

9   was any other income, it was the sale of parts.

10         Q    So let me understand.

11              So you would sell parts to Bobby Keigans, and

12  then he would manufacture 1911s or 2011s based on the

13  parts that you sold to him; correct?

14         A    Yes.  And he would manufacture the frame there

15  in his location.

16         Q    Okay.  And where is his location?

17         A    In Georgia.

18         Q    In Georgia.

19              Where in Georgia?

20         A    The town is Camilla, Georgia.

21         Q    Okay.  So this more of a collaboration?  Is

22  that what it was?  You didn't legally own anything in

23  C&K Arms, but it was a business collaboration between

24  the two of you?

25         A    Yes.

Page 150

1     Q    Okay.  And C&K Arms, they sold pistols to the

2  public; correct?

3     A    Yes.

4     Q    And they sold pistols to the public through

5  Shooters Connection?

6     A    Yes.

7     Q    And when was C&K Arms formed?

8     A    I don't remember the year.  It would have been

9  a few years prior to 2018.  It would have been around

10  2015, I believe.

11     Q    And do you know, was John Vlieger a shooter

12  for C&K Arms?

13     A    I don't think he was ever a sponsored shooter

14  that I'm aware of.

15     Q    Do you know what brand of barrel was used to

16  build C&K Arms pistols?

17     A    Probably KKM barrels.

18     Q    They were KKM barrels.

19     Do you know if they were exclusively KKM

20  barrels or not?

21     A    I do not.

22     Q    Did C&K Arms have any problems with its

23  pistols breaking?

24     A    Yes.

25     Q    Did C&K Arms have any problems with its slides

Page 151

1    cracking?

2        A    Yes.

3        Q    Did C&K Arms ever have any problems with the

4    barrels -- I'm sorry -- the lugs on its barrels folding

5    and rolling over?

6        A    On occasion I believe that has happened

7    before.

8        Q    Do you know, did Mr. Vlieger contact you about

9    problems he was having with one of his C&K Arms pistols?

10       A    I do remember he contacted me about having a

11   problem.  I don't remember if it was the CK Arms pistol

12   or not.  It was something that Bobby had built, I think,

13   or worked on.

14       Q    Okay.  Do you know approximately how many C&K

15   Arms pistols failed over the life of the company?

16       A    I do not.

17       Q    Are you in possession of any barrel that was

18   taken out of a CK Arms pistol that failed?

19       A    No.

20       Q    Do you know if Mr. Keigans would be in

21   possession of any barrel that was taken out of a C&K

22   Arms pistol that failed?

23       A    I do not know.

24       Q    Mr. Cheely, this is Exhibit 14 produced by

25   you.  Seems to be a conversation between yourself and

Page 152

1   Mr. Vlieger on October 9th, 2017 at 4:57 p.m.; correct?

2       A    Yes.

3            (Plaintiffs' Exhibit No. 14 was marked for

4            identification.)

5   BY MR. FIATO:

6       Q    Seems that Mr. Vlieger is saying, "Matt" --

7   addressing you -- "Bobby seems to be ignoring me to an

8   extent.  Can I get your opinion on what happened to my

9   gun?  I've gotten opinions from other smiths, but would

10  like to know what you think happened.  I was running

11  172 PF" -- I assume PF is power factor?

12      A    I would Assume so.

13      Q    Okay.  Is that a normal power factor for

14  USPSA?

15      A    Yes.

16      Q    Okay.  "1.170 OAL," overall length; is that

17  correct?

18      A    Yes.

19      Q    Okay.  And, "6.9 grains," he's referring to

20  the powder charge that would be in the cartridge that he

21  is using?

22      A    Yes.

23      Q    And he's saying, "Auto comp CCI SRP."

24           What does CCI stand for?

25      A    CCI is a company.  Small rifle primer, SRP.

Page 153

1        Q     And is he referring to the brass that was used

2    to load this cartridge?

3        A     That's the primer used.

4        Q     Okay.  And he says it's a nine pound recoil

5    spring.

6              That's the recoil spring used in the 1911,

7    2011 style gun; correct?

8        A     Yes.

9        Q     And, "Barrel appears undamaged except the lugs

10   are rounded."

11             Do you see that, sir?

12       A     Yes.

13       Q     Okay.  Can you.  And there's several pictures

14   here; correct?

15       A     Yeah.

16       Q     Okay.  Do you still have this exhibit on your

17   computer?

18       A     Not on this computer, no.

19       Q     And can you see in the second picture from the

20   left on the top it appears that the slide has cracked;

21   correct?

22       A     That's what it appears to be, yes.

23       Q     Okay.  And it appears that the lugs have

24   rounded over; correct?

25       A     I really can't tell from the picture.

Page 154

1      Q    But that's what he's claiming, that the lugs

2  are rounded?

3      A    Yes, that appears to be what he's claiming.

4      Q    And you say, "From the sideway shot of the

5  pistol together, it looks like the barrel is cracked.

6  Over pressure.  I have never seen a slide crack like

7  that without an over pressure situation."

8           And then Mr. Vlieger tells you the barrel is

9  not cracked, as far as he can tell, and shows you some

10 more pictures -- let's take a look at that, please -- is

11 that correct sir?

12     A    That's what it says.

13     Q    And can you tell from those pictures whether

14 his claim that the lugs are rolled over is correct or

15 not?

16     A    I can't tell from the pictures, no.

17     Q    Okay.  Do you know if any of the KKM

18 barrels -- I'm sorry -- if any of the C&K pistols that

19 failed had the barrels tested?

20     A    I do not.

21     Q    Do you know if any of the C&K barrels that --

22 I'm sorry -- the C&K pistols where they had cracked

23 slide had the slides tested?

24     A    I do not.

25     Q    What types of breakages were you hearing about

Page 155

1    C&K pistols?

2         A     Everything I would say.

3         Q     Can you be more specific, sir?

4         A     Broken slides, the barrel -- or the gun

5    wouldn't run a hundred percent.  You'd have all sorts of

6    various failures of small other parts.  Lots of

7    different things.  Hundreds of pistols built, you're

8    gonna have problems sometimes.

9         Q     Okay.  And you don't know how many pistols

10   broke, do you?

11        A     I do not know any numbers, no.

12        Q     Do you know how many pistols S&K produced in

13   its existence?

14        A     I do not.

15        Q     I'm sorry.  C&K produced in its existence?

16        A     No, I do not.

17        Q     So in the previous portion of this exhibit you

18   had suggested that there was an over pressure situation,

19   and Mr. Vlieger tells you what kind of load he was

20   running; correct?

21             THE WITNESS:  Sorry.  Internet glitched again.

22             Can you please repeat?

23   BY MR. FIATO:

24        Q     You had suggested to Mr. Vlieger that it was

25   possibly an over pressure situation; correct?

Page 156

1      A    That was my assumption based on the picture

2 with the cracked slide.

3      Q    Okay.  But then you inquired what load he was

4 running; correct?

5      A    Yes.

6      Q    And he said in part of his conversation,

7 second response down, "My load 6.9 WAC, 124 PD JHP,

8 1.170 CC SRP.  Powder check every 200 rounds;" correct?

9      A    Yes.

10     Q    Do you think that's an over pressured round,

11 sir?

12          MR. ROBINSON:  Object to the form.

13          MR. BENFORD:  Join.

14     A    Loaded that way, no, it seems very reasonable.

15 BY MR. FIATO:

16     Q    Okay.  Before I leave this slide, it seems

17 Mr. Vlieger is saying that this is the second slide he's

18 had on this gun, that it had failed with maybe 2- to

19 3,000 rounds on the first slide replacement; is that

20 correct?

21     A    That's what it appears to say, yes.

22     Q    Okay.  So at this point he's gone through two

23 slides on this gun?

24          MR. BENFORD:  Object to form.

25     A    That's what it appears to say, yes.

1    BY MR. FIATO:

2        Q    And can you tell from looking at the pictures

3    that I showed you previously whether or not this is a

4    KKM barrel or not?

5        A    It appears to be a KKM barrel.

6        Q    Okay.  So in this -- these communications

7    between you and John Vlieger he's asking for your

8    assistance, and in getting the warranty repair on the

9    gun; is that accurate?

10       A    Yes.

11       Q    Why is he going to you if you're not involved

12   with the company?

13       A    Well, I'm involved in marketing for the

14   company, and he's coming to me because he's not getting

15   a resolution out of Mr. Keigans.

16       Q    Okay.  But you didn't derive any income from

17   the sale of any firearm built by C&K Arms?

18       A    Yeah, that's correct.

19       Q    That's correct that you did not; right?

20       A    Yeah, I did not.  I did not sell the pistols,

21   no.

22       Q    So my understanding is, he's coming to you

23   because he's not getting anywhere with Bobby?

24       A    Correct.

25       Q    And so you can see the slide on the screen,

Page 158

1    yes, sir?

2         A    Yeah.

3         Q    And that's a message from John Vlieger on

4    October 10th, 2017; correct?

5         A    Yes.

6         Q    Okay.  And he's showing you -- is this the

7    barrel from that same gun, sir?

8         A    Probably, but I don't know.

9         Q    He didn't contact you -- let me strike that.

10        Did he contact you in regard to any other S&K

11   gun that failed -- I'm sorry.  C&K.

12        A    No.

13        Q    Okay.  And he's showing you a barrel from his

14   gun with the lugs rolled over; correct?

15        A    I can't tell if the lugs are rolled over from

16   the picture here.

17        Q    What can you tell from it?

18        A    I can tell it's a 1911 barrel.  That's about

19   all I can tell from the picture.  It's not a very good

20   picture.

21        Q    It's not a good picture for you?

22        A    No.

23        Q    Do you still have the production of documents

24   that you sent to us, sir?

25        A    Not available to me here, no.

1     Q   But it's clear that he's showing you a picture

2  of a 1911 barrel, and he's showing you the lugs;

3  correct?

4     A   Yes.

5     Q   Okay.  Do you see his slide, sir?

6     A   Yes.

7     Q   Can you tell me what it is, sir?

8     A   It appears to be a screenshot of an Internet

9  page and somebody posting a meme about soft barrels.

10     Q   There's two parts to it; am I correct?

11  There's -- it looks like a screenshot, and then it

12  actually looks like a text message or an instant message

13  of the -- of 2011 Universe -- whether that's a page or

14  Facebook page, something to that effect; right?

15     A   Yes.

16     Q   And it's my by a Mike Hoffer [phonetic]?

17     A   Yes.

18     Q   Who sent you that?

19     A   I believe John Vlieger sent that.

20     Q   Why?

21     MR. ROBINSON:  Object to the form.

22     A   Because of the KKM situation.

23  BY MR. FIATO:

24     Q   Why is he sending you that?

25     MR. ROBINSON:  Object to form.

Page 160

```
 1        A    I don't know.
 2   BY MR. FIATO:
 3        Q    Do you know how he got it?
 4        A    It appears to be from Facebook.
 5        Q    Did you ever have a conversation with him
 6   about this Facebook -- I'll call it a meme?
 7        A    I don't remember having a conversation about
 8   that, no.
 9        Q    Did he ever -- di you ever respond to him
10   after he sent you this Facebook meme?
11        A    Not that I recall.
12        Q    Can you read the meme for me and describe it?
13        A    It's a guy -- I don't even know how the
14   describe the picture part of it.  It says, "Admit you
15   fucked up some gun builds," and the next one saying,
16   "Soft barrel PSA."
17        Q    What did you understand that to relate to?
18        A    I would understand it to relate to Akai Custom
19   Guns.
20        Q    And it's suggesting that Akai Custom Guns was
21   responsible for the problems it was having with its guns
22   breaking and not due to any soft barrel situation;
23   correct?
24        A    Yes, it would be -- he didn't -- wouldn't want
25   to admit you made a mistake and instead saying you had
```

Page 161

1    soft barrels.  That would be my interpretation of it.

2         Q    Would it be implying that he's being

3    dishonest, would it not?

4              MR. ROBINSON:  Object to the form.

5         A    Yes, I believe it would imply that.

6    BY MR. FIATO:

7         Q    Okay.  It would imply Mr. Horowitz wasn't

8    being honest -- was dishonest?

9              MR. ROBINSON:  Object to the form.

10             MR. BENFORD:  Join.

11        A    Yes.

12   BY MR. FIATO:

13        Q    Do you know when Mr. Vlieger sent that to you,

14   was he working for Shooters Connection at that time?

15        A    I don't know when he was employed there, no.

16        Q    Mr. Cheely, this is we're gonna mark this as

17   Exhibit 15.  This is a document you've produced in

18   response to the subpoena sent to you by my office.

19             Can you describe what you see on the screen,

20   sir?

21        A    It's a Facebook conversations in messenger

22   with Mike Dame.

23             (Plaintiffs' Exhibit No. 15 was marked for

24             identification.)

25   BY MR. FIATO:

1      Q    Okay.  And this is to you?

2      A    I believe so, yeah.

3      Q    Okay.  And it -- Mr. Dame writes, "His lawyer,

4   Roy's buddy, blocked me on Facebook after I made the C&D

5   joke on Tarr's post about Butler."

6           Do you know who the lawyer is?

7      A    I do not.

8      Q    Do you know if he was referring to me or

9   Mr. Yee?

10     A    I do not.

11     Q    Okay.  And do you know what a C&D joke is?

12     A    No, I do not.

13     Q    "Tarr's post about Butler."

14          Tarr is James Tarr?

15     A    Yeah.  I would assume that would mean James

16  Tarr's post about Taran Butler, but I don't know what

17  it's about.

18     Q    Okay.  And James Tarr is a writer in the gun

19  industry; correct?

20     A    Yes.

21     Q    And he's competition shooter; correct?

22     A    Yes.

23     Q    Grandmaster in, I think, production and a

24  couple of other divisions?

25     A    I believe that's correct.

1   Q   And Taran Butler is also -- he's a Hollywood

2   celebrity and also USPSA competitor as well; correct?

3   A   I'd put that in the other order, but, yes.

4   Q   Why would you put it in the other order?

5   A   He was a shooter before he started training

6   Hollywood people.

7   Q   That he was.  That he was.

8       Very good shooter; right?  Grandmaster in

9   multiple divisions?

10  A   Very, very good shooter, yes.

11  Q   Okay.  Okay.  This is continuation of

12  Exhibit 1 where you're saying to Mr. Dame, "Half the

13  time he bought grips his credit card would be declined

14  and I'd have to run ut a week later.  Seems like it's

15  always maxed out or et cetera;" correct?

16  A   Yes.

17  Q   So is it your testimony -- or are you -- would

18  you say that's a true statement; sir?

19  A   What I typed to him there?

20  Q   Yeah.

21  A   Yes.  That's what happened, yes.

22  Q   So 50 percent of the time that he bought

23  something, his card was declined to you?

24      MR. ROBINSON:  Object to the form.

25      MR. BENFORD:  Join.

```
                                              Page 164

1      A    I don't know if it was exactly 50 percent, but
2  it was quite often.
3  BY MR. FIATO:
4      Q    But it's not half the time?
5      A    I couldn't tell you.
6      Q    Okay.  Could that be just an exaggeration on
7  your part?
8           MR. ROBINSON:  Object to the form.
9      A    It could be a bit of an exaggeration, yes.
10 BY MR. FIATO:
11     Q    Okay.  Mr. Dame then says, "Shay defaulted on
12 a property 250-ish K.  Bank of America had to sue him to
13 pay off that credit card."
14          What is he referring to there?  Do you know?
15     A    I do not.
16     Q    Okay.  And you reply, "Sounds like a house of
17 cards.  Wonderful when it's full;" right?
18     A    I said, "Wonder when it will fall."
19     Q    Oh, "Wonder when it will fall."  Thank you for
20 the correction.
21          Mr. Dame then says, "We keep pushing on it."
22          What did you understand that to mean?
23     A    That they're continuing to look at things that
24 he's done in his past.
25     Q    Okay.  His next thing -- he says, "I thought
```

Page 165

1   the Luke Cao was the nail in the coffing."

2          What is that?

3      A    I'm not familiar with that situation.  I don't

4   know who that is.

5      Q    Did you ever have any conversations with

6   Mr. Dame after he sent you this text message?

7      A    I'm sure I've had conversations with him in

8   the past four years, yes.

9      Q    Did he ever tell you that he was posting

10  negative information on the Internet about Akai Custom

11  Guns?

12     A    I don't recall him saying that, no.

13     Q    Okay.  Did you ever recall him saying that he

14  and a group of other people were posting information on

15  the Internet about Luke Cao suggesting that Akai Custom

16  Guns refused to honor a contingency program because it

17  didn't have the ability to pay?

18     A    I'm not aware of that.

19     Q    And then Mr. Dame says after the Luke Cao

20  comment, "We're going to find the right thread

21  eventually."

22          What did you understand him to mean by that?

23     A    I really don't know.  I would have interpret

24  that right then to have something to do with the

25  pictures that he sent of the threaded barrel.

1      Q    Okay.  And then he says, "His next company is
2    already set up, Akai Manufacturing."
3           You don't know why he's saying that to you
4    either, do you?
5      A    No, I don't know.
6      Q    Seems like a weird thing to say to you,
7    doesn't it?
8           MR. ROBINSON:  Object to the form.
9           MR. BENFORD:  Join.
10     A    A little bit, yes.
11   BY MR. FIATO:
12     Q    Does it seem like he's out to try ruin or
13   discredit Shay Horowitz?
14           MR. ROBINSON:  Object to the form.
15           MR. BENFORD:  Form.
16     A    I'd say he's trying to give me some
17   information about it.  I don't know that he would be
18   doing it in order to discredit them.
19   BY MR. FIATO:
20     Q    Well, do you think he's giving you that
21   information so that you have a good opinion of
22   Mr. Horowitz?
23     A    No.
24           MR. ROBINSON:  Object to the form.
25           MR. BENFORD:  Object to the form.

1    BY MR. FIATO:

2         Q    Okay.  He next sends you a series of pictures.

3              Do you see that, sir?

4         A    Yes.

5         Q    And he says, "Would you be okay with that in a

6    $7,000ish build."

7              Do you see that?

8         A    Yes.

9         Q    What do you take that -- what do you take his

10   statement to mean?

11        A    That means that it doesn't look like very good

12   machine work.

13        Q    Okay.  Did he tell you that that gun -- I'm

14   sorry.

15             Did he tell you that that barrel had 70,000

16   rounds on it?

17        A    Not that I recall.

18        Q    Did he tell you that that gun was -- that

19   barrel was in a gun owned by Cody Baker to -- and used

20   to win multiple area championships?

21        A    No.

22        Q    Did he tell you that that barrel had been shot

23   so much that the rifling inside the barrel had been worn

24   out?

25        A    No.

Page 168

1      Q    Did he tell you that Luke McIntire gave him

2   that barrel -- strike that.

3           Did he tell you that Luke McIntire sent that

4   barrel to -- a picture of that barrel to Chuck Bradley?

5      A    I do not recall that, no.

6      Q    Okay.  You respond after you see that picture,

7   like, "What the fuck?"  "WTF," meaning "what the fuck?"

8      A    Yes.

9      Q    And why did you say that?

10     A    'Cause it doesn't look very good.

11     Q    Okay.  But if a barrel had 70,000 rounds, had

12  been used to win multiple area championships, and had

13  been shot so much that it was worn out, it would look

14  like that, wouldn't it?

15          MR. ROBINSON:  Object to the form.

16          MR. BENFORD:  Join.

17     A    My actual thought would be, why is there a gap

18  in the barrel?  Why wasn't it seated on there all the

19  way?  The coloring could have been from anything, so my

20  interpretation was the machine work not the color of the

21  barrel.

22  BY MR. FIATO:

23     Q    Did Mr. Dame tell you that Akai Custom

24  Guns -- I'm sorry -- that Mr. Horowitz actually sent

25  that barrel to Luke McIntire after it had been -- it had

1   70,000 rounds in it, and after he had attempted to

2   remove the Tungsten sleeve, to show Luke how well the

3   tungsten held up?

4        A    I don't recall that, no.

5        Q    And if that was the case, wouldn't that barrel

6   look like that?

7             MR. BENFORD:  Object to the form.

8             MR. ROBINSON:  Form.

9        A    Possibly.  I don't know.

10  BY MR. FIATO:

11       Q    Wasn't Mr. Dame sending you that barrel to try

12  to imply that Akai Custom Guns is negligent in the way

13  it builds guns?

14            MR. ROBINSON:  Object to the form.

15       A    I wouldn't say negligent; I would just say

16  poor.

17  BY MR. FIATO:

18       Q    Poor what?

19       A    Poor work.  Poor machining.

20       Q    Okay.  He's trying to imply that they do poor

21  work; correct?

22            MR. ROBINSON:  Object to the form.

23            MR. BENFORD:  Join.

24       A    Yes.

25

Page 170

1    BY MR. FIATO:

2        Q    Okay.  What did you do to prepare for your

3    deposition today, sir?

4        A    I got my computer working.

5        Q    Did you have any conversations with anybody

6    from Shooters Connection or KKM before the deposition?

7        A    Right before or from years ago?

8        Q    In the last 30 days.

9        A    About?

10       Q    About your deposition -- specifically about

11   your deposition.

12       A    No.

13       Q    Okay.  So you didn't discuss this lawsuit with

14   Luke McIntire or Mr. Bradley or Michael Dame?

15       A    I have discussed it with them.  Nothing

16   specific about it.

17       Q    What did you discuss?

18       A    I've talked to all of them about.

19       Q    What did you discuss with Mr. McIntire?

20       A    Just that I have to give a deposition.

21       Q    Did Mr. McIntire suggest that you testify in

22   any certain way during this deposition?

23       A    No.

24       Q    What did -- beyond saying that you had to

25   appear for deposition, what else did you discuss with

Page 171

1    Mr. McIntire, specifically about this deposition.

2         A    Just that -- the things surrounding it, that

3    we had sent back some barrels and they were fine, and I

4    didn't understand why would they be getting sued like

5    this.

6         Q    Okay.  And did you call Mr. McIntire, or did

7    he call you?

8         A    He called me to get our payment information

9    for an order and we had a short chat.

10        Q    When was this conversation?

11        A    In the past couple of weeks.

12        Q    And did you have a conversation with Mr. Chuck

13   Bradley?

14        A    Not in the past couple of weeks or month, no.

15   I don't remember the last time I talked to him.

16        Q    Did you have a conversation with Mr. Bradley

17   about this lawsuit?

18        A    Couple of years ago when I stopped by his

19   shop, yes, I did.

20        Q    Okay.  And did you have conversation with

21   Mr. Bradley about giving your deposition in this case.

22        A    No.  I didn't know I was gonna be deposed at

23   that time.

24        Q    Okay.  I want to step back for a minute.

25             You sell barrels -- KKM barrels; correct?

1      A     Yes.

2      Q     Does KKM test those barrels for you before

3  they ship them to you?

4      A     They have before, yes.

5      Q     Okay.  At your request?

6      A     No.  At some point I believe that became the

7  standard procedure for them.  And I recall getting a box

8  of barrels from them along with the test report for the

9  hardness.

10      Q     So prior to, let's say, October of 2019, when

11  you bought barrels from KKM you would not get a box from

12  them with standard test reports when you got your

13  barrels; correct?

14      A     Correct.

15      Q     Have you talked to Mr. Vlieger about your

16  deposition?

17      A     Not that I recall.

18      Q     How about Mr. Dame?  Did you talk to Mr. Dame

19  about given a deposition in this case?

20      A     No.

21      Q     When's the last time you talked to Mr. Dame?

22      A     I don't remember.  It's been a while.

23      Q     You said earlier that many times there would

24  be failures with barrels where they would crack or break

25  because of an overcharge -- or double charge I think you

Page 173

1   said it was; correct?

2        A    When I've seen barrels fail, most of the time

3   it's because of the double charge or a squib.

4        Q    Okay.  And a squib so everybody -- for the

5   non-gun people, is when you fire a round and it doesn't

6   have any powder or insufficient powder in it and it

7   lodges the bullet into the barrel; correct --

8        A    Yes.

9        Q    -- just far enough so the next round -- it

10  will eject that cartridge, the next bullet will seat,

11  and they will fire the bullet with an obstruction, the

12  other barrel -- the other bullet in the barrel; correct?

13       A    It will either cycle or will be hand-cycled

14  out, yes, so another live round fires behind the

15  obstructed barrel.

16       Q    Okay.  And you know that because you

17  would -- you would have the obstruction in the barrel

18  and you'd be able to prove that after the fact; correct?

19       A    It be a very specific type of failure where

20  you would see a bulge part way down the barrel.

21       Q    Okay.  And would the first barrel that got --

22  or first bullet that got lodged in the barrel still

23  typically be in there?

24       A    No.  They would typically all be gone, I

25  think, depends on the power of the round and et cetera.

Page 174

1     Q    Okay.  So how would one know that they

2  actually had a squib?

3     A    Because the gun blows up and then the barrel

4  is bulged out towards the end of the barrel, wherein a

5  normal situation the lowest pressure that the barrel

6  sees would be towards the end, so there would be nothing

7  to cause it to bulge at the far end of the barrel unless

8  there was an obstruction.

9     Q    Okay.  So it bulges at that end of the barrel

10  because of the obstruction, and that's where it

11  typically fails; correct?

12     A    Yes.

13     Q    What about an overcharge?  How would one prove

14  that a cartridge was overcharged?

15     A    I don't think you could prove it, but if there

16  was an overcharge situation you would expect the failure

17  to occur at the chamber end of the barrel to be cracked

18  open or expanded by the -- where the round actually

19  ignited.

20     Q    Okay.  But you can't prove that it was caused

21  by an overcharge, you can just prove that it failed

22  there; correct?

23     A    Correct.

24     Q    Because you weren't there when the cartridge

25  was loaded?

Page 175

1      A      That, and if it was an overcharge it would be

2   very loud sounding as well.

3      Q      Okay.  So in the absence of a loud report upon

4   firing, there would be no indication that it was an

5   overcharge, it would be merely somebody speculating that

6   it was an overcharge; correct?

7              MR. BENFORD:  Objection; form.

8      A      Yes.  The only way to tell the actual pressure

9   would be to test it in a pressure testing barrel, yes.

10  BY MR. FIATO:

11     Q      You testified earlier that you had a Rockwell

12  tester.

13              Is that at that location there?

14     A      Yes.

15     Q      Is it there currently?

16     A      Yes.

17     Q      Is it far away?

18     A      It's in another room.

19     Q      How long would it take you to go there and

20  tell us what brand of Rockwell tester it was?

21     A      About 60 seconds.

22     Q      Do it, please.

23     A      The hardness tester is manufactured by

24  Phase II.

25     Q      Phase II?

1      A    Yes.

2      Q    And do you know, did you buy that new or was

3  it used?

4      A    I bought it new.

5      Q    Okay.  And how long have you had it?

6      A    I bought it new.

7      Q    How long have you had it, sir?

8      A    Since about 2019.  I bought it around the time

9  when this stuff started happening.

10          MR. FIATO:  Excuse me for just one second.

11          MR. BENFORD:  Pardon me, Rick.  The witness

12      indicated he needs to be somewhere at 3:30.

13          Is that correct, Mr. Cheely.

14          THE WITNESS:  I can give you a little bit more

15      time if we can finish up today rather than coming

16      in again.

17          MR. FIATO:  I would prefer to finish up today.

18      And I'll try to be as brief as possible rather than

19      reserving the right to call you back, because we're

20      entitled to seven hours.

21          THE WITNESS:  Okay.

22  BY MR. FIATO:

23      Q    So we talked about Mr. Bobby Keigans before.

24          How long have you known Mr. Keigans?

25      A    Oh, probably for 15 or more years.

Page 177

1      Q    Okay.  And have you done several

2  collaborations with him over the years?

3      A    Yes.

4      Q    And when was the first time you collaborated

5  with him, sir?

6      A    I did some work for him starting probably 15

7  years ago.

8      Q    So prior to 2014, then?

9      A    Yeah, I believe so.

10     Q    Okay.  Maybe 2010?

11     A    Could have been.  Hard to remember that long

12  ago.

13     Q    And I think Mr. Benford asked you about

14  Mr. Horowitz' reputation in being referred to as

15  "shady;" correct?

16     A    Yes.

17     Q    And you -- I think you said you thought you

18  saw some posts a number of years ago that implied that

19  he was shady or he was a shyster or something to that

20  effect; correct?

21     A    I saw multiple places on the Internet where he

22  was referred to the as shady.

23     Q    Okay.  And would one of those places be where

24  Mr. Bobby Keigans was posting about Mr. Horowitz in

25  calling him shady?

```
 1        A    Most likely, but I cannot recall specifically.
 2        Q    So it's somebody that you've collaborated in
 3   the past with that claims that Mr. Horowitz is shady?
 4             MR. BENFORD:  Objection; form, misstates prior
 5        testimony.
 6             Go ahead and answer.
 7        A    I don't know if he specifically said that or
 8   not, but -- yeah, I can't comment specifically.  Don't
 9   remember.
10   BY MR. FIATO:
11        Q    Okay.  Well, do you know what stroking is in
12   the building of a 19/2011?
13        A    Yes.
14        Q    Okay.  Do you know, does Mr. Keigans disagree
15   or -- I'll just say disagree with the fact that Akai
16   Custom Guns strokes its guns?
17        A    I couldn't comment on what he thinks.
18        Q    Okay.  I'm showing you what's marked as
19   Exhibit 16.
20             At the bottom it appears to be a Facebook
21   post; correct?
22        A    That's what it appears to be, yes.
23             (Plaintiffs' Exhibit No. 16 was marked for
24             identification.)
25   BY MR. FIATO:
```

1    Q    And it appears to being made by Mr. Bobby

2    Keigans?

3    A    Yes.

4    Q    Okay.  Can you read what Mr. Keigans posted?

5    A    It says, "Both Dame and Micosh [phonetic] are

6    trolls.  Shady Horowitz is a shyster.  I don't know

7    about your friends nor your enemies, but not one of

8    these three can be trusted by anyone.  I've seen what

9    they do to their friends."

10    Q    Have you ever seen that post, sir?

11    A    Not that I recall.

12    Q    Do you know why he's saying that?

13    MR. BENFORD:  Objection; form.

14    A    No, I do not.

15    BY MR. FIATO:

16    Q    Okay.  You've known Mr. Bobby Keigans for 15

17    years, and you've collaborated with him on numerous

18    projects over the years, and he's never told you why

19    he's saying that Shay Horowitz is shady and is a

20    shyster?

21    MR. BENFORD:  Objection; form.

22    A    No.  I'm very well aware that Bobby Keigans

23    does not like Mr. Horowitz or his business dealings.

24    BY MR. FIATO:

25    Q    Okay.

1      A     But I don't follow anything on the Internet,

2    so I couldn't comment on this specific thing.

3              MR. FIATO:  You're smart.  I wish I didn't

4         have to follow anything on the Internet either.

5    BY MR. FIATO:

6      Q     So clearly Bobby Keigans doesn't like

7    Mr. Horowitz?

8      A     Yes.

9      Q     It doesn't make him shady, though -- doesn't

10   make Mr. Horowitz shady, just means Mr. Keigans doesn't

11   like him; correct?

12             MR. BENFORD:  Object to form.

13             MR. ROBINSON:  Object to the form.

14     A     No.  If you've had guns that Mr. Horowitz

15   doesn't fix to the satisfaction of the owner and you

16   have to go to another gunsmith, I believe that's what he

17   would think he was being shady for.

18   BY MR. FIATO:

19     Q     You testified earlier that you had seen guns

20   produced by Akai Custom Guns that had poor fitting.

21             Who were the owners of those guns?

22     A     I don't know who it owners are.

23     Q     You can't tell me one person that had an Akai

24   Custom gun that wasn't fit property?

25     A     Not specifically, no.

1      Q    You testified earlier that you knew gunsmiths

2   that worked on Akai Custom guns that were -- didn't have

3   proper barrel fit.

4           Who are the gunsmiths?

5      A    One of the gunsmiths would have been Bobby

6   Keigans.

7      Q    Bobby Keigans.

8           Okay.  And what did he tell you?

9      A    I don't recall any specifics.

10     Q    How many guns did Bobby Keigans repair that he

11  claims that Akai didn't fit property?

12     A    I don't know.

13     Q    When did he repair any gun from Akai Custom

14  Guns?

15     A    I don't know specifically.

16     Q    So all you have is what Bobby Keigans tells

17  you he did to an Akai Custom gun; correct?

18          MR. BENFORD:  Objection; form, misstates prior

19     testimony.

20     A    No.  One of the pistols I saw that Akai had

21  built was at Bobby Keigans' shop in Georgia.

22  BY MR. FIATO:

23     Q    Okay.  And do you know, before Bobby Keigans

24  worked on that pistol, did another gunsmith work on that

25  pistol?

Page 182

1      A    I do not know.

2      Q    Do you know if the barrel was the original

3   barrel installed by Akai Custom Guns or not?

4      A    I do not know.

5      Q    So you don't know anything -- so when you say

6   that Mr. Horowitz and Akai Custom Guns didn't fit a

7   barrel, you don't even know if that was the original

8   barrel that was installed, do you?

9      A    I assume it was, being that that's what the

10   customer said, and what Keigans said the customer told

11   him.

12      Q    Okay.  So you assume based on the hearsay of

13   Bobby Keigans from the hearsay of what another customer

14   said to him?

15           MR. BENFORD:  Object to form.

16           MR. ROBINSON:  Join.

17      A    I suppose that would be correct.

18   BY MR. FIATO:

19      Q    So you have no personal knowledge of whether

20   or not that was the original barrel; correct?

21      A    Correct.

22           MR. FIATO:  Okay.  Give me a minute, sir.

23           I'll show you what we're gonna mark as

24      Exhibit 17.

25           (Plaintiffs' Exhibit No. 17 was marked for

Page 183

```
 1            identification.)
 2   BY MR. FIATO:
 3       Q    Do you see this, sir.
 4       A    I do.
 5       Q    Who's the individual whose picture you see
 6   there, sir?
 7       A    It's Bobby Keigans.
 8       Q    And there's a -- what appears to be a 2011
 9   pistol there, isn't that correct, sir?
10       A    Yes, that's what it appears to be.
11       Q    Okay.  And can you tell from that picture, is
12   that one of your pistols?
13       A    I can not tell.
14       Q    Can you tell if it's a C&K pistol or not, sir?
15       A    From that picture, no.
16       Q    Okay.  And it says, "Myths about stroking a
17   2011 pistol;" correct?
18       A    Yes.
19       Q    So this is a snapshot that appears to be of a
20   YouTube video; correct?
21       A    Yes.
22       Q    August 7th, 2014; right?
23       A    Yes.
24       Q    And were you doing business with Mr. Keigans
25   at that time?
```

1      A    Most likely, yes.

2      Q    Okay.  And do you know, was C&K Arms in

3    existence at that time?

4      A    I do not know if it was then or not.

5      Q    Okay.  And were you doing business with Akai

6    Custom Guns at that time?

7      A    I was not.

8      Q    Okay.  You weren't selling parts to Akai

9    Custom Guns back in 2014?

10     A    Not that I'm aware of.

11     Q    Okay.  But you were doing business with him in

12    2012; correct?

13     A    Yes.  And I don't believe I did business with

14    him any time soon after that.

15     Q    Okay.  When was the first time after 2012 that

16    you did business with Shay Horowitz or Akai Custom Guns?

17     A    As I recall, it would have been 2019.

18     Q    2019 was the only time?

19     A    That I can recall, yes.

20          MR. FIATO:  Okay.  Just give us a second.

21    BY MR. FIATO:

22     Q    Sir, you testified earlier that you

23    had -- that Shay Horowitz had a reputation for being

24    shady, and you had seen posts on the Internet going back

25    about ten years; correct, sir?

Page 185

1     A     Yes.

2     Q     And that was his reputation in the community?

3     A     From the people that I talked to, yes.

4     Q     So why is it that if you didn't do business

5  with him to -- till 2019, some nine years later you

6  decided it was okay to do business with him?

7     A     He didn't ask to buy any parts from us until

8  2019.

9     Q     But he had a shady reputation, according to

10 your testimony.

11         Why would you do business with somebody that

12 had a shady reputation.

13     A     Because I don't hold grudges against people,

14 and if he wanted to buy some parts from me, I was happy

15 to go ahead and sell him some parts.

16     Q     What grudge would you have with him?

17     A     That he talked bad about in 2012 about the

18 compensators and said that I stole his design.

19         MR. FIATO:  Okay.  Thank you for your time.

20         MR. ROBINSON:  John, do you have any

21     follow-ups?

22         MR. BENFORD:  No, I do not.

23                 RECROSS EXAMINATION

24 BY MR. ROBINSON:

25     Q     Just a couple from me, sir.

1          You were asked about the barrels -- the two
2     barrels that you returned to KKM for inspection and
3     testing, and I want to make sure I understood that
4     discussion you had with Mr. Fiato.
5          Did you indicate that those two barrels were
6     bullseye barrels?
7     A     I believe the material to be of the other
8     style for the bullseye style barrels, yes.
9     Q     What made you reach that conclusion?
10    A     That they were of a different sheen than the
11    other barrels.  You could visually see the color of the
12    barrel was slightly different than other barrels.
13    Q     Do you know where you purchased those two
14    barrels?
15    A     I do not.
16    Q     Okay.  When you sent those barrels to KKM for
17    inspection and testing, did they tell you that they were
18    bullseye barrels?
19    A     I don't remember if they did or not.
20    Q     Did you ever ask KKM to verify whether they
21    were bullseye barrels?
22    A     No.  At the time I don't know that I knew that
23    they had two different types of steel, that was probably
24    when I was found out and was told by Luke that there was
25    two different styles that they made.

1    Q    Other than the sheen on those barrels, is

2    there any other -- anything else that caused you to

3    conclude that those two barrels were bullseye barrels?

4    A    Testing them on the hardness tester made me

5    assume that they were different.

6    Q    After you tested them on your hardness tester

7    you sent them to KKM for testing; correct?

8    A    Yes.

9    Q    And KKM in turn had them tested by Nevada Heat

10   Treating; correct?

11            MR. YEE:  Objection; form.

12            MR. FIATO:  I don't think that was his

13        testimony.

14            MR. ROBINSON:  I'm asking him if that's his

15        understanding.

16   BY MR. ROBINSON:

17   Q    Do you understand that KKM in turn had those

18   barrels tested at Nevada Heat Treat?

19   A    That was not my interpretation.

20   Q    Okay.  What did you understand to be the case?

21   A    That they tested them in house on their new,

22   very expensive hardness tester.

23   Q    When you -- did KKM advise you of the results

24   of the hardness testing?

25   A    They did.

1     Q    And do you recall if the hardness was above 40

2  Rockwell?

3     A    I believe it was above 40.  I know whatever it

4  was, they said it was acceptable hardness to use.

5     Q    Okay.  So you believe it was about 40.

6          Do you recall if it was 42 or higher?

7     A    I don't recall the exact numbers.

8     Q    Okay.  Are -- did the -- when the barrels were

9  sent back to you, based upon the hardness testing

10  results that KKM had reported to you, did you understand

11  those barrels to be acceptable for use in competition

12  shooting firearms?

13     A    Yes.

14          MR. ROBINSON:  Okay.  Those are all the

15     follow-up questions I have.  Thank you, sir.

16                    RECROSS EXAMINATION

17  BY MR. FIATO:

18     Q    Just one quick one.

19          I believe you said you did not recall what the

20  hardness tasting results of those barrels were; correct?

21     A    I don't recall the exact numbers, no.

22     Q    So you can't say for certain that it was 40,

23  you just know that you had a conversation with

24  Mr. McIntire, and he said it was acceptable; correct?

25     A    I believe it was in the 40s for sure, and that

Page 189

```
 1   it was acceptable.

 2        Q    But you don't remember that specifically?

 3        A    I don't remember exactly what the numbers

 4   were, no.

 5             MR. ROBINSON:  Object to the form.

 6             MR. FIATO:  Okay.  Thank you.

 7             MR. ROBINSON:  Okay.  That's it.

 8             John, do you want to explain to your witness

 9        his right to read or waive?

10             MR. BENFORD:  Sure.

11             You have the right to read your deposition or

12        you can, you know, waive that right.  We really

13        can't render any advice, because you're not

14        represented -- we don't represent you as counsel,

15        Mr. Cheely, we can't recommend to you whether or

16        not you should read or you should waive, but you do

17        have the right to read your deposition.

18             But you will need to make that decision today

19        and indicate to the court reporter whether you

20        would like to read your deposition.

21             THE WITNESS:  I'll waive my right to read it.

22             THE COURT REPORTER:  Okay.  Mr. Benford, did

23        you need to order?

24             MR. BENFORD:  Yeah.  Regular service, please.

25             THE COURT REPORTER:  Okay.  Anybody need a
```

Page 190

1      copy?

2              MR. FIATO:  We'll let you.

3              THE COURT REPORTER:  Okay.  Going off record.

4              (Deposition concluded at 3:44 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 191

1                           CERTIFICATE OF OATH

2

3    STATE OF FLORIDA:

4    COUNTY OF POLK:

5

6            I, FILIZ SERDIO, Notary Public, State of Florida,

7    certify that MATTHEW CHEELY appeared before me via Zoom

8    videoconference on October 19, 2022, and was duly sworn.

9        Signed this 8th day of November 2022.

10

11

12

13

14
                     FILIZ SERDIO

                     Court Reporter

15                   Notary Public, State of Florida

16                   COMMISSION NO.: GG311459

                     COMMISSION EXPIRES: May 24, 2023

17

18

19

20

21

22

23

24

25

Page 192

C E R T I F I C A T E

STATE OF FLORIDA:

COUNTY OF POLK:

          I, FILIZ SERDIO, Notary Public, certify that I was
authorized to and did stenographically report the virtual
Zoom videoconference deposition of MATTHEW CHEELY; that a
review of the transcript was not requested; and that the
foregoing transcript, pages 5 through 190, is a true and
accurate record of my stenographic notes.
          I FURTHER CERTIFY that I am not a relative,
employee, attorney, or counsel of any of the parties, nor am
I a relative or employee of any of the parties' attorneys or
counsel connected with the action, nor am I financially
interested in the action.

          Dated this 8th day of November 2022.

          FILIZ SERDIO
          Court Reporter

**&**

**&**   2:3,8,13

**1**

**1**   3:10 86:21,25 87:15 134:8 163:12
**1.170**   152:16 156:8
**1.jpg**   75:17
**10**   3:24 15:17,23 71:9 102:18,22 109:16,18,19
**100,000**   109:3
**102**   3:24
**106**   4:1
**10th**   76:8,25 134:12 158:4
**11**   4:1 105:24 106:3 140:7,13
**111**   2:8 4:2
**11:02**   1:15
**12**   4:2 8:16 13:3,9 16:25 17:16 71:9 110:22 111:1
**120**   2:14
**1200**   2:9
**124**   156:7
**13**   4:4 143:6,11
**14**   4:5 151:24 152:3
**143**   4:4
**15**   4:7 161:17,23 176:25 177:6 179:16
**152**   4:5
**16**   4:8 178:19,23

**161**   4:7
**17**   4:10 182:24,25
**172**   152:11
**178**   4:8
**182**   4:10
**185**   3:4
**188**   3:5
**19**   1:14 9:5 101:22 191:8
**19/2011**   178:12
**190**   192:9
**191**   3:6
**1911**   9:2,5,5,20 31:10 67:22 68:16,25 69:19 104:22 105:6 120:2 153:6 158:18 159:2
**1911s**   16:4 107:10 149:12
**192**   3:7

**2**

**2**   3:12 51:7,17 52:3 54:7 87:8 156:18
**2-10-20**   75:17
**20**   22:13,23
**200**   156:8
**2000**   13:13
**2000s**   97:14,15 97:16,17
**2002**   13:13 97:19
**2004**   66:23 67:5
**2005**   12:20 66:23
**2010**   12:20 74:17 177:10

**2011**   9:2,5,20 15:22 31:10 67:22 68:25 91:25 93:9,12 153:7 159:13 183:8,17
**2011s**   16:2 91:22 107:10 149:12
**2012**   71:11 79:2 88:6 184:12,15 185:17
**2014**   177:8 183:22 184:9
**2015**   150:10
**2017**   17:12 152:1 158:4
**2018**   17:12 150:9
**2019**   17:12 19:6 28:17 34:14 47:14 48:6,14,19 48:23 53:22 63:25 73:16,25 74:15 99:23 101:21 102:5,8 102:13 107:2,4,6 109:1 129:24 172:10 176:8 184:17,18 185:5 185:8
**2020**   49:23 54:7 55:14 76:9 77:1 101:21 109:4,20 124:11,11 134:12 143:14
**2021**   109:6
**2022**   1:14 109:8 191:8,9 192:17

**2023**   191:16
**220**   2:4
**222**   2:13
**22679**   191:14 192:21
**24**   191:16
**250**   164:12
**280**   2:3
**2:11**   143:14
**2:30**   140:22
**2nd**   124:11

**3**

**3**   3:13 87:10
**3,000**   156:19
**3/2/2020**   54:4
**30**   170:8
**300**   17:13
**307**   37:21
**30s**   32:17,19,20 56:13 110:8 116:4,6 117:13
**315**   2:19
**32**   56:6 116:3
**32801**   2:9
**32802**   2:20
**33401**   2:14
**38**   118:23 119:1,2
**3:30**   141:4 176:12
**3:44**   1:15 190:4
**3d**   92:12

**4**

**4**   3:15 87:11
**40**   29:8 31:5,6,15 31:20,20 33:9 188:1,3,5,22

**40s** 188:25
**416** 25:21 27:18
**416r** 25:21 26:6,9
27:18 58:14,15
**42** 32:12 33:9
188:6
**48009** 2:4
**4:57** 152:1

**5**

**5** 3:3,16 87:12,15
192:9
**5,000** 110:1
**50** 163:22 164:1
**53** 3:3
**54** 141:6
**568** 54:2

**6**

**6** 3:18 92:19,20
**6.9** 152:19 156:7
**60** 175:21
**60,000** 105:2
**600** 2:19
**66** 3:4
**6th** 88:6 143:14

**7**

**7** 3:19 93:4,5
**7,000ish** 167:6
**70,000** 167:15
168:11 169:1
**7:09** 76:9 77:1
**7th** 183:22

**8**

**8** 3:21 95:10,11
97:11
**80** 8:21

**81** 61:20
**82** 61:13
**87** 3:10,12,13,15
3:16
**8th** 191:9 192:17

**9**

**9** 3:22 96:20,21
97:13
**9/21/83** 6:19
**90** 8:12
**92** 3:18
**93** 3:19
**95** 3:21
**96** 3:22
**9th** 152:1

**a**

**a.m.** 1:15
**ability** 100:20
165:17
**able** 33:17 63:15
84:25 85:7,23
86:1 144:11
173:18
**abnormal** 64:7
**absence** 175:3
**absolutely** 39:3
71:1
**accept** 128:15
131:7,15
**acceptable** 33:8
188:4,11,24
189:1
**access** 100:25
101:4,7
**accidently** 21:7
**account** 109:13

**accuracy** 105:16
118:6,19
**accurate** 54:5,16
55:20 56:13,20
58:11 60:10,18
60:25 61:5 62:25
69:11 118:5
157:9 192:10
**accurately** 6:11
**accusations**
49:25
**accuse** 41:3 77:3
77:12
**accused** 62:8
**acetal** 97:3
**action** 120:19
192:14,15
**active** 132:17
**actively** 133:3,13
**activity** 52:14
**actual** 168:17
175:8
**added** 44:17
**addition** 10:1
12:24 63:8 100:7
**additional** 22:18
**addressing** 152:7
**admissions** 12:23
**admit** 160:14,25
**advice** 128:15,16
189:13
**advise** 187:23
**advised** 128:7,9
**affair** 41:12
**affirm** 5:5
**affirmed** 5:13
**afraid** 141:11

**agent** 18:20,23
19:4 53:21
**ago** 13:9,24 17:17
17:23 22:24
41:14 47:12 71:9
79:7 97:23,23
102:4 129:22
133:1 170:7
171:18 177:7,12
177:18
**agree** 54:11 74:6
83:18,21 90:8,21
122:8 127:6
**agreed** 4:14
126:11 130:11
142:3,11 148:2
**agreeing** 127:5
**agreement** 98:6
98:16
**agrees** 90:6
**ahead** 53:6 80:16
81:22 82:9 178:6
185:15
**akai** 1:4 3:12
19:3 40:5,8,13
41:12,16,22,24
42:4,13 43:1,12
43:22 44:4,7,9,22
49:8 51:2 54:1,14
54:24 55:4,7,12
55:19,23 61:4,17
61:22 62:6,22
63:3,8 66:4 78:25
79:1,2 80:12
82:17 84:16 85:9
85:17 86:2,8 87:3
87:7,23 125:24
126:2 130:15,22

131:8 134:24
142:22,25 143:3
143:20 144:23,24
145:5 146:13,18
147:4,13 148:3
160:18,20 165:10
165:15 166:2
168:23 169:12
178:15 180:20,23
181:2,11,13,17
181:20 182:3,6
184:5,8,16
**akai's** 41:6 46:8
54:20 128:15
129:11,13 130:16
130:23,25 131:16
131:25 142:17
**alerted** 53:21
**alike** 83:25 84:17
**allegation** 62:2
**allegations** 28:17
28:21,25 29:11
50:17 61:15
**allege** 37:15
**allegedly** 51:7
**alleging** 29:15
48:20
**allow** 6:7 71:3
96:1
**aluminum** 9:25
94:23
**amateur** 13:2,11
**amended** 61:13
61:14
**america** 164:12
**ammunition** 21:6
**amount** 107:15
109:10

**annual** 109:20
**answer** 6:8 23:23
37:23 48:16
80:16 81:22 82:9
84:5 178:6
**answered** 84:2
99:17 116:12
132:19,20,21
**answers** 6:1
66:11
**anybody** 30:21
33:25 34:3,5
37:15 43:22 51:9
52:16 65:14
67:12 89:14
99:19 116:11,14
146:2 170:5
189:25
**anymore** 40:18
90:18 124:17
125:22 144:12
**apart** 89:15
**appear** 170:25
**appearance**
114:8
**appeared** 1:17
191:7
**appearing** 2:5,10
2:15,21
**appears** 54:2
76:8 84:13 92:25
96:25 153:9,20
153:22,23 154:3
156:21,25 157:5
159:8 160:4
178:20,22 179:1
183:8,10,19

**application** 44:23
45:4 118:10
**applications**
12:10
**appreciate** 52:20
53:13
**approximately**
8:8 10:17 13:10
17:4,10 31:4,5,6
53:18 151:14
**area** 114:22
167:20 168:12
**arms** 148:17,18
148:21,23 149:3
149:6,23 150:1,7
150:12,16,22,25
151:3,9,11,15,18
151:22 157:17
184:2
**arranged** 85:9
**aside** 35:5
**asked** 36:3,5
53:10 84:2 99:16
116:19 132:18,20
132:21 136:22
177:13 186:1
**asking** 28:25
46:16 54:15 66:5
70:20 71:2 99:2
99:15 110:14,19
157:7 187:14
**aspect** 63:17
**assembled** 32:9
113:11
**assistance** 157:8
**associate** 108:17
108:18

**association** 14:10
**assume** 26:16,19
89:8 96:5 119:2
140:10 145:13
147:7 152:11,12
162:15 182:9,12
187:5
**assuming** 51:16
52:2 119:3
**assumption**
156:1
**atlas** 147:15
**attaches** 95:23
**attempt** 54:20
**attempted** 169:1
**attempting** 50:16
**attorney** 66:4
192:12
**attorneys** 6:9,10
52:21 192:13
**august** 71:10
183:22
**author** 88:4
**authorized** 192:6
**auto** 152:23
**available** 100:20
158:25
**avatar** 76:12,18
**avenue** 2:8,13
**awards** 15:2
**aware** 18:15
20:18 25:3 41:15
43:25 44:9 47:23
48:8,14,19,22,24
49:2,8,12,15
57:23 58:9 60:16
118:25 150:14
165:18 179:22

184:10

**b**

**b**   77:17,19
**bachelor's**   11:10
**back**   18:17 22:4
29:22 31:19
32:23 33:4,10
34:24 35:8,12,18
35:23 36:4,8
40:23,25,25 41:4
56:2,25 65:9 67:5
72:21,21 74:17
74:19 77:11 78:4
78:5,16,18 79:2
86:15,18 87:1,18
115:4 116:23
120:1 122:22
123:14 124:10
125:16,22 131:12
131:25 132:6
133:1,22 134:7
134:12 138:21
171:3,24 176:19
184:9,24 188:9
**backward**   120:15
**backwards**
120:14
**bad**   41:2,3 57:14
89:6,11 185:17
**bag**   89:15,17
**baker**   167:19
**bank**   164:12
**bar**   11:7
**barrel**   13:18
17:25 18:16 21:3
21:9,14,16,19
22:4,5 24:12,19

24:22,24 25:12
25:24 26:14 27:9
27:13,22 28:1,5
31:12,20 32:3,5,8
32:21 33:3,4,5,17
33:20,22 34:1
36:8 37:9 40:23
42:16,20 44:18
44:23 45:5,6,7,8
45:9,14,16,21,25
46:2,3 59:11,22
59:25 60:4 64:6
102:21 103:1,21
103:22,25 104:1
104:3,5,6,17,21
104:22,24 105:1
105:8,9,9,10,12
105:15,17,18,21
106:2,6,7,8,10,14
106:15,17 111:16
111:25 112:2
113:8,9,10
114:13 115:6,8
115:11,12,13,16
116:20,21 119:25
120:2,9,13,14,19
120:20,21,24
121:1,16,17,19
126:5 128:10,22
143:19 150:15
151:17,21 153:9
154:5,8 155:4
157:4,5 158:7,13
158:18 159:2
160:16,22 165:25
167:15,19,22,23
168:2,4,4,11,18
168:21,25 169:5

169:11 173:7,12
173:12,15,17,20
173:21,22 174:3
174:4,5,7,9,17
175:9 181:3
182:2,3,7,8,20
186:12
**barrels**   10:8,15
10:18,18,20,24
10:25 11:4,5,6
13:21,22 16:16
16:17,21,24 17:2
17:5,7,11,17,21
18:3,4 19:22 20:8
20:10,12,18,21
20:24 21:23,24
22:15,18,21,25
23:1,2,20 25:3,8
26:4,5,6,11,17
27:6 28:11,13,18
29:1,3,8,12,14,15
29:18 30:7,15,18
30:21,25 31:1,3,5
31:6,8,9,10,15,18
32:6,11,13,14,22
32:23 33:1,7,10
33:12 34:15,19
34:20,22 35:1,9
35:12,13,15,15
35:18,21,24
37:10,11,16,19
37:24,24 38:1,18
38:19,22 39:1,4,6
39:6,9,15,17 40:1
41:1 49:25 50:18
51:7 53:17 56:1,5
56:8,9,13,15,24
56:25 57:2,6,11

57:15,17,19,23
58:3,6,9,12 59:6
59:14,19 60:8,17
63:5,9 64:5,12,14
64:19,22,25 65:3
99:24,24 100:3
100:24 101:3,23
102:1,6,8,14
103:3,5,7,8 104:9
104:12 105:6
106:11,22 107:2
107:4,6 109:22
110:3,4,7,15
111:9,13,19
112:3,14,20,24
113:1,3,5,16,23
116:1,6,15,19,23
117:12,20,24
118:5,8 122:13
122:20,22,25
123:3,8,12,17,21
124:4,7,8,10
125:3,15,22
126:11 127:6,21
128:15 129:4,6
129:14 130:3,5
130:11,16,23
131:8,16,25
138:20 139:2
142:17 150:17,18
150:20 151:4,4
154:18,19,21
159:9 161:1
171:3,25,25
172:2,8,11,13,24
173:2 186:1,2,5,6
186:8,11,12,14
186:16,18,21

187:1,3,3,18
188:8,11,20
**based** 54:20
55:17 59:18 61:7
61:22 63:3 81:7
82:3,5 92:7 93:10
93:12,13,14,16
93:17 125:6
128:15 141:10
149:12 156:1
182:12 188:9
**bashed** 80:21
**basically** 5:25
15:19 80:5
**basing** 125:5
**basis** 63:23 82:10
109:20 149:7
**batch** 72:11
80:13
**bathroom** 65:21
**battery** 42:23
**beach** 2:14
**bear** 78:17 80:18
**bedell** 3:17 67:15
67:17 68:5,21,23
69:3,20 82:3,11
82:15 84:13
85:24 86:9 87:11
122:5
**bedell's** 82:6
**beginning** 22:23
**begun** 22:21
**behalf** 2:5,10,15
2:21 26:12
**belief** 30:18
**believe** 7:22 11:4
19:6,7,15 20:3
21:22,23 30:16

30:21 32:20 34:7
34:21 35:17,22
36:3,9 37:19
38:11,13,17,21
40:2 44:19 50:21
53:22 54:18
55:19 56:12,20
56:22 57:8 58:4,5
58:12,24 59:1,8
59:10,16 60:18
62:7 68:11 71:20
72:4,16 76:7 79:4
88:18 96:10,18
97:14 100:6
105:1 106:20
110:16,19 111:24
118:11,20 122:22
123:3 124:14
138:22,24 142:9
142:15 147:16,19
150:10 151:6
159:19 161:5
162:2,25 172:6
177:9 180:16
184:13 186:7
188:3,5,19,25
**believed** 39:1,5
53:17 55:23 64:7
**benford** 2:7 3:3
5:16,19 7:12
23:11 24:1,16
27:16 36:15
37:14 38:10
41:19 43:10 45:1
46:24 48:12,18
49:7,11 51:22
52:1,19 53:10
55:2,18 56:8 61:9

74:10 80:15
81:21 82:8,22
83:19 84:19 85:3
85:12,20 86:7,23
87:5 90:2,24
91:12 94:2 98:15
99:6,10,18
112:18 122:9
125:8 126:20
127:1,9,15,25
128:18,25 129:8
132:18,21 135:13
136:4,9 137:7
139:5,11 140:21
141:1 146:16,23
147:6,18,23
148:6,13 156:13
156:24 161:10
163:25 166:9,15
166:25 168:16
169:7,23 175:7
176:11 177:13
178:4 179:13,21
180:12 181:18
182:15 185:22
189:10,22,24
**best** 6:6 18:9
43:15 53:12
77:10 78:10,12
78:13
**better** 87:22
93:21
**beyond** 104:22
170:24
**bigger** 83:10
**billed** 138:6
139:17 140:1

**bills** 138:5 139:15
139:23
**bins** 112:25
**birmingham** 2:4
**birth** 6:18
**bit** 32:13 40:22
42:21 58:15
66:16 93:21
105:22 109:23
114:4,6 115:3
116:20 164:9
166:10 176:14
**biz** 134:17,25
**blasted** 114:7
115:4
**blocked** 162:4
**blow** 21:18
**blows** 174:3
**blue** 76:15,21
**bobby** 4:9,10
148:8,10,12,16
149:11 151:12
152:7 157:23
176:23 177:24
179:1,16,22
180:6 181:5,7,10
181:16,21,23
182:13 183:7
**body** 94:22
**borkowski** 146:8
**bottom** 114:14
178:20
**bought** 24:24
97:19 112:22
113:2 138:12,14
163:13,22 172:11
176:4,6,8

**box** 172:7,11
**bradley** 1:9 2:24
  51:13,16 52:2
  89:2,4,23 108:7
  108:10,12,14
  132:3,9,25 133:2
  133:5,9 136:17
  136:21,22 137:3
  168:4 170:14
  171:13,16,21
**brand** 31:22
  145:23,24 150:15
  175:20
**brass** 153:1
**breach** 120:7
**break** 6:12,13
  55:13 57:25
  65:14,21 66:21
  117:1 172:24
**breakages** 154:25
**breaking** 45:18
  140:23 150:23
  160:22
**brian** 81:2
**brief** 176:18
**briefly** 8:17 34:11
**briley** 11:7
**bring** 78:20
**bristol** 93:9
**broke** 155:10
**broken** 155:4
**bsed** 77:14
**buddy** 162:4
**build** 8:2 67:21
  68:5,16,17,25
  69:19 70:16 71:3
  91:17 103:2
  150:16 167:6

**builders** 26:1
**building** 8:22
  25:8 41:7 66:22
  66:24 70:22 71:4
  144:3 178:12
**builds** 160:15
  169:13
**built** 42:19 44:15
  106:1 151:12
  155:7 157:17
  181:21
**bulge** 21:18
  173:20 174:7
**bulged** 174:4
**bulges** 174:9
**bull** 104:1 105:8
  105:12,17,21
**bullet** 21:14,15
  54:11,14,23
  55:10 56:4,17
  57:22 60:7,13,22
  61:3 173:7,10,11
  173:12,22
**bullseye** 118:8,18
  118:21,23,25
  119:5,9,13 123:1
  186:6,8,18,21
  187:3
**bunch** 134:17,24
**burden** 6:2
**bushing** 45:14
  104:24 105:1,9
  105:14,18
**business** 22:13
  34:18 39:19 40:4
  40:11,13,18
  49:13 54:24 55:3
  61:4,17,22 62:6,7

  62:11,22 63:3,11
  63:24 69:21,24
  70:23,24 71:4
  77:10 78:14
  88:22 101:15
  108:16,18,19
  109:17 124:17,22
  125:6,14,21,23
  126:1 129:5
  141:9 142:22,24
  143:2 149:23
  179:23 183:24
  184:5,11,13,16
  185:4,6,11
**butler** 162:5,13
  162:16 163:1
**buy** 39:22 68:10
  77:4,21 112:4
  124:7,12 176:2
  185:7,14
**buying** 20:6

## c

**c** 2:1 3:1 5:1 11:2
  65:18 148:21,24
  192:1,1
**c&d** 162:4,11
**c&k** 148:17 149:3
  149:6,23 150:1,7
  150:12,16,22,25
  151:3,9,14,21
  154:18,21,22
  155:1,15 157:17
  158:11 183:14
  184:2
**caliber** 27:9
**calibers** 31:13

**calibrated** 31:25
**call** 9:2 42:23
  53:15 54:3,15,17
  54:19 73:22
  88:14 104:2
  106:8 114:12
  122:3 160:6
  171:6,7 176:19
**called** 18:20
  21:17 44:9 92:6
  94:25 97:3
  110:16 112:11
  116:6 124:6,12
  145:18,19 147:15
  148:17 171:8
**calling** 28:25
  29:23 32:24
  177:25
**calls** 53:23 61:19
  100:8
**camilla** 149:20
**canada** 73:11
**canadian** 1:10
**cao** 165:1,15,19
**capability** 78:13
**carbon** 9:24
**card** 63:20
  137:24 163:13,23
  164:13
**cardamone** 2:12
  65:19
**cards** 63:16
  164:17
**care** 18:8 89:14
  89:15 131:19
**carrying** 102:1
**cartridge** 152:20
  153:2 173:10

174:14,24
**cartridges** 119:12
**case** 5:21 10:12
21:8,15 22:8
106:20 137:2
140:18 169:5
171:21 172:19
187:20
**caught** 63:18
**cause** 21:9,15
46:6 78:5 105:15
105:16 120:24
121:4,17 168:10
174:7
**caused** 174:20
187:2
**causes** 44:19
**cc** 156:8
**cci** 152:23,24,25
**celebrity** 163:2
**cell** 60:23 61:1
**certain** 11:25,25
25:3,9,9 31:11
61:16 120:20
170:22 188:22
**certainly** 73:13
94:10 118:22
**certificate** 3:6,7
191:1
**certify** 191:7
192:5,11
**cetera** 46:7
163:15 173:25
**challenge** 14:10
**chamber** 21:9
174:17
**championships**
167:20 168:12

**chance** 111:8
**changed** 90:16
**changes** 81:10
82:4
**changing** 65:4
**charge** 21:2,4,5,7
137:24 152:20
172:25 173:3
**charged** 138:6
**charges** 138:8
140:3
**charles** 1:9 2:24
**chat** 30:2 171:9
**chatting** 20:5
**cheap** 77:15
**cheaper** 89:17
**check** 19:22
90:10 116:24
156:8
**checked** 26:6
**cheely** 1:13 3:2
3:14,20,23,24 4:1
4:3 5:12,17,19
6:17,18,20,24
7:16,22 8:4,9,15
8:19 9:1,4,11
10:1,2,5,8,14,18
10:20,23 11:6,9
12:5 14:1,19
16:15,17,20,23
17:4,11,16 21:24
25:17 26:1,5,12
26:20 27:1,5,20
28:3,4 37:25
38:21,25 39:4
52:19 53:9 54:4
54:23 55:3 56:5
57:23 58:9 60:8

60:22 61:3 66:3
78:18 87:9,18
88:23 92:23 93:8
93:23 94:11,14
95:14 96:24 97:7
97:12,20,24 98:1
102:14,17 105:23
106:12 107:19
110:21 117:10
134:7 143:5,21
148:21,23 151:24
161:16 176:13
189:15 191:7
192:7
**chuck** 51:13,16
52:2 89:1 108:7
108:10,12 132:2
168:4 171:12
**citizen** 1:10
**ck** 148:18,21
151:11,18
**claim** 36:10 60:3
89:13,24 129:11
154:14
**claimed** 55:7
59:22,25 62:24
111:16
**claiming** 81:9
88:12 154:1,3
**claims** 125:3
129:13 130:16,23
142:17 178:3
181:11
**clarify** 6:6
**class** 15:19
**cleaned** 35:7
114:1,7 115:2

**clear** 31:8 66:12
100:16 105:5
112:9 124:8
159:1
**clearly** 100:15
180:6
**clients** 118:8
**clinton** 103:17
**close** 65:10 70:5
**closed** 134:18
**coding** 140:9,10
140:13
**cody** 167:19
**coffing** 165:1
**cole** 2:13
**collaborated**
177:4 178:2
179:17
**collaboration**
149:21,23
**collaborations**
177:2
**college** 12:14
**collide** 120:20
**color** 168:20
186:11
**coloring** 168:19
**combined** 17:14
**come** 11:3 58:24
82:1 91:24 92:1
96:15 97:20
103:11 131:21,24
**comes** 83:11,12
115:2
**coming** 43:19
76:14 93:19
104:25 157:14,22
176:15

comment 90:25 165:20 178:8,17 180:2
comments 47:19
commission 191:16,16
common 15:21 28:8
commonly 24:8
communicate 73:16,18 74:4
communication 3:11 74:17,18 86:20 87:2 100:7 138:11
communications 74:8 100:18,19 100:22,23 101:19 157:6
community 14:11 14:15,20 16:10 18:13 41:7,21 46:20 47:1,20 48:14,24 49:4,16 49:20 185:2
comp 77:2 78:3 78:25 79:1,19,20 81:9,20 85:9,10 85:16,17,17,24 85:24 86:2,2,8,9 86:10 87:7,12 88:14 90:13,21 91:9 118:23 119:1 152:23
compact 121:24
compacted 64:15 64:23 65:1

companies 63:20
company 1:4 6:21,23 18:7,8 19:12 62:11 63:18 67:11 92:6 95:5,19 102:20 103:16,18 104:12 112:11 131:22 134:18 135:2 140:10 145:18,19 147:15 148:10,12 148:17,18,19,20 149:1 151:15 152:25 157:12,14 166:1
compared 85:16 90:11,12
compensator 3:12,14,17 13:19 15:20 71:18,24 79:11,16,22,25 80:8,9,12,22 82:1 82:4,5,7,7,11,15 82:17,20 83:8 84:15,16,16,24 85:9 86:14 87:3,9 88:10,12
compensators 70:17,21 71:3,6 71:13,16,18 72:1 72:2,4,7,12,14,18 79:9,15 80:3,4,6 80:7,14 84:13 185:18
compete 14:13
competed 73:11 118:20 119:9

competing 67:8 68:8 74:20
competition 8:5,9 8:13 9:8 14:2,5 14:11,15,20,22 16:10 18:12 21:25 39:2,6,21 39:23 41:6,21 46:20,25 47:20 48:13,24 49:3,16 59:6,12 118:12 118:15 119:22 162:21 188:11
competitive 23:21 24:13,20 26:17 119:16
competitor 129:17 163:2
complaint 61:13 61:14
completely 115:1
complex 9:20
component 9:14 9:15
components 8:2,4 8:17 9:19 42:22 43:14 45:20
compromise 98:7
comps 77:9,15 81:8 83:16,25 84:6,7 85:17 90:7
computer 153:17 153:18 170:4
concealed 23:12
concept 96:16
concern 29:3 62:16

concerned 29:6,7 62:23 63:17 70:5
concerns 99:24 100:3 110:3 123:17
conclude 187:3
concluded 190:4
conclusion 186:9
conduct 14:5 61:17 63:11
confident 33:11 33:13,14
confidentiality 30:17
configuration 27:9
configurations 31:14
confirm 62:5
conforming 36:17
connected 192:14
connection 1:18 2:11,16 5:21 22:9 22:12,16,19,22 23:1,5,15,19 24:11,18,23 25:17 26:22,24 30:15 39:10,13 39:16,16,19 40:1 49:24 50:4,13,16 50:25 51:3,9,13 52:11 63:5,9 106:18 108:1,4 108:11 109:1,12 109:14 112:10,12 112:16 121:7,9 123:11 129:18

130:5 131:7,15
131:17 132:7
133:1,6 145:8
150:5 161:14
170:6
**connections** 1:8
**consider** 14:19
16:9 55:14 61:2
108:14,16
**considerations**
61:7,8
**considered** 9:15
**consist** 14:12
**consistent** 55:1
**constantly** 63:15
**consult** 93:22
**consulted** 92:9
**contact** 19:5 20:1
20:4 27:3,4 28:4
97:25 98:19
136:16 151:8
158:9,10
**contacted** 20:3
26:21,24 70:20
98:23 99:3,9,11
99:23 136:22
147:13 151:10
**contacting** 71:2
99:20 117:11
146:13,17
**context** 127:13,22
**contingency**
165:16
**continuation**
163:11
**continue** 17:2,7
38:25 39:4,9,12
120:16

**continues** 38:22
120:15
**continuing**
164:23
**contractor** 12:15
**contradiction**
138:22
**control** 75:6
**conversation**
30:4 53:19 55:17
57:10 60:20 70:1
70:13 72:22 81:7
110:2 123:16
124:11 125:1
132:12 151:25
156:6 160:5,7
171:10,12,16,20
188:23
**conversations**
35:25 36:2 54:6
54:13 61:19
69:20 117:11,19
123:15 124:5
125:7 129:20
132:2 142:20
161:21 165:5,7
170:5
**copied** 82:6 89:12
**copy** 89:6,7,8,10
89:11,12 98:1
99:4 190:1
**copying** 70:9
80:22 91:16
93:25
**corner** 75:17,19
76:3 113:10
**corporation** 1:8,9

**correct** 7:4 9:8,11
14:2 16:4 28:21
29:12,16 31:6,9
33:2,17 38:23
45:24 54:18
56:10 67:22
68:12 70:10
71:11 72:12
74:25 76:3,9,19
76:22 78:4 80:8
80:22 81:16,20
87:24 88:4,9
89:25 90:18,22
94:18 95:25 96:4
97:8 99:9,25
101:6,24 102:6
102:15 103:22,23
103:25 104:6,7
104:23 105:10,11
105:21 106:15,23
107:2,7,8,10
108:7 110:4,8,24
111:5,13,16
112:22,23 113:2
113:19,24,25
114:19,20,22,23
115:9,10,14
116:7,22 117:14
118:13,16,19
119:11 120:3,8
120:12,17,22
121:18 122:2,10
122:17 123:18
124:7,13,18,23
128:3 134:10,13
135:3,18,19
136:7 137:21,24
139:12,17 140:1

140:2,4,14,19,20
141:12 142:8,12
143:15 144:20
145:5,12,20
149:3,13 150:2
152:1,17 153:7
153:14,21,24
154:11,14 155:20
155:25 156:4,8
156:20 157:18,19
157:24 158:4,14
159:3,10 160:23
162:19,21,25
163:2,15 169:21
171:25 172:13,14
173:1,7,12,18
174:11,22,23
175:6 176:13
177:15,20 178:21
180:11 181:17
182:17,20,21
183:9,17,20
184:12,25 187:7
187:10 188:20,24
**correction**
164:20
**correctly** 88:17
**correspondence**
4:4,6,7 143:8
**cosmetic** 43:9
**counsel** 4:16 5:11
66:5 86:22
189:14 192:12,14
**country** 73:13
**county** 7:13,15
7:18,19 191:4
192:3

**couple** 6:1,3 65:9
67:25 129:22,23
133:1 162:24
171:11,14,18
185:25
**course** 11:13 54:1
68:4 145:12
**court** 1:1,16,19
5:3,9 65:23 75:3
75:7 87:13 117:7
140:25 189:19,22
189:25 190:3
191:15 192:22
**cover** 53:11
**covered** 103:2
120:8
**crack** 154:6
172:24
**cracked** 153:20
154:5,9,22 156:2
174:17
**cracking** 20:24
151:1
**created** 11:20
**creativity** 91:5
**credit** 63:16,20
137:24 163:13
164:13
**criminal** 52:13
**cross** 3:3,4 53:7
66:1
**cryogenically**
122:14
**curiosity** 77:2
**currently** 103:5
103:10 107:7
108:21 175:15

**custom** 1:4 6:24
7:16 8:5 19:3
43:21 55:3 66:4
82:3 88:23 94:11
94:14 97:12,20
97:24 98:1
102:15 106:12
107:20 125:24
126:2 130:15
131:8 143:21
144:24 145:5
146:13 147:14
148:3 160:18,20
165:10,15 168:23
169:12 178:16
180:20,24 181:2
181:13,17 182:3
182:6 184:6,9,16
**customer** 23:5,15
42:24 59:22,25
60:3 182:10,10
182:13
**customers** 22:3
28:3,10,12,24
37:1 46:11,15
59:18
**customs** 7:23 8:9
8:15,19 9:4,11
10:2,2,5,8,14,18
10:20,23 11:6
12:5 14:1,19
16:15,17,20,23
17:4,11,16 21:24
25:17 26:1,5,13
26:20 27:1,5,20
28:3,4 38:22,25
39:4

**cut** 7:9 86:13
89:19 100:14
115:23
**cuts** 46:4
**cycle** 173:13
**cycled** 173:13

**d**

**d** 5:1
**dame** 1:10 3:11
4:7 72:24,25 73:1
73:16 75:17,20
75:21 76:2,18,25
86:19 87:2
133:18,22,24
134:1,10,15,22
136:12,16,22
137:4,10,13
138:10 139:14,22
140:6 161:22
162:3 163:12
164:11,21 165:6
165:19 168:23
169:11 170:14
172:18,18,21
179:5
**dame's** 137:5
**dan** 91:4
**date** 1:14 6:18
19:10
**dated** 54:4 76:8
88:6 143:14
192:17
**dawson** 3:21
95:15,16,18
96:15 97:6,10,25
98:7,14,22 99:3
99:11,19

**day** 48:21,25 49:3
133:7,16 191:9
192:17
**days** 170:8
**deal** 23:6 138:16
**dealer** 106:22
**dealings** 54:25
125:2 179:23
**deals** 139:15,22
**dealt** 124:23
**december** 88:6
**decent** 116:25
**decide** 125:14
**decided** 63:11
138:24 185:6
**decision** 55:3
63:2 125:5,21
189:18
**declined** 137:24
163:13,23
**decrease** 105:16
**defamatory**
61:18,23 135:20
135:22
**defaming** 50:5
**defaulted** 164:11
**defect** 19:5 62:24
**defective** 18:16
20:18,20 23:2
28:18 29:1,4,12
29:15,19 30:18
30:21 35:6,10
36:10,17 39:1,17
50:18 51:7 55:7
55:25 56:1 62:17
**defendant** 1:18
2:10,15 5:21 22:7
53:2

**defendants** 1:11 10:12 22:8 53:1
**define** 74:11 93:21
**definitely** 49:22
**definition** 58:19
**deflection** 33:5 33:18
**deform** 121:17,20
**delrin** 94:25 95:1 95:2,7 96:3,8
**demand** 51:6,17 52:3,9
**demanded** 51:2
**demands** 51:10 51:14
**depends** 173:25
**depicted** 97:13
**deponent** 4:17
**deposed** 171:22
**deposition** 1:13 5:22 37:22 53:1 66:17 122:5 170:3,6,10,11,20 170:22,25 171:1 171:21 172:16,19 189:11,17,20 190:4 192:7
**depth** 105:2
**derive** 149:5 157:16
**derogatory** 47:7
**describe** 43:22 46:19 51:17 52:3 52:9 76:12,13 78:24 84:11 92:23 102:19 103:19 105:25

160:12,14 161:19
**described** 61:20 62:4
**describing** 54:3
**design** 11:11,13 44:21 67:22 70:6 72:7 77:3,13 79:18 80:12,22 81:19,23,24 82:10 83:6,7 86:9 89:13,16,24 91:9 91:16,24 92:1,4,7 92:9 93:11,20 99:20 185:18
**designed** 14:1
**designs** 80:10
**destroy** 21:3,10 21:19
**destruct** 122:7
**determine** 24:6,8
**determined** 26:13 33:8 62:21
**detroit** 12:7,8,11 12:13,19,22 66:18
**developed** 81:9
**developing** 81:19
**development** 93:2
**di** 160:9
**diameter** 45:9,13 103:25 104:6,22 105:1
**dicker** 2:8
**diesel** 12:7,8,11 12:13,19,22 66:18

**difference** 85:1,5 85:8,14 86:2 113:3
**differences** 85:24
**different** 11:19 15:13,14 17:25 24:23 31:13 37:11 42:7 58:13 58:13 63:16 73:13 79:23 80:7 80:9 82:11,13,14 83:6,12 85:18 86:9,12,13 90:7 90:11,13 94:19 101:15 105:6,7 107:9,19,23 113:5,6 117:25 118:3,15 122:23 155:7 186:10,12 186:23,25 187:5
**dig** 136:17
**digging** 134:16 136:13
**dimension** 31:12 65:5
**dimensions** 71:25 77:13 90:17 92:15
**dimples** 57:2
**direct** 3:3 5:15 138:22
**directly** 12:16 24:24 61:17 112:4,15 113:5 130:6
**disagree** 83:3,5 178:14,15

**disconnect** 107:18
**discredit** 136:18 166:13,18
**discuss** 59:4 116:17 129:11,13 170:13,17,19,25
**discussed** 53:15 56:8 61:8,9 116:18 170:15
**discussing** 146:13
**discussion** 28:16 47:14 186:4
**discussions** 60:19
**disengages** 120:14
**dishonest** 136:7 161:3,8
**disparaging** 49:15,19
**distinguish** 85:1 85:4,7
**distributors** 123:8 144:18
**district** 1:1,1
**division** 1:2 15:5 15:11,13,22,23
**divisions** 15:12 15:15,16 16:1 162:24 163:9
**dlc** 140:7,8
**document** 53:25 54:1,2,11 55:10 56:4 57:22 60:7 61:11,12 75:5,5 75:11 76:5 143:7 161:17

documented
  54:12
documents  65:9
  134:1 136:21
  158:23
doing  40:10,13
  40:21 42:5 63:23
  88:22 148:2
  166:18 183:24
  184:5,11
dollar  107:15
dollars  51:2,3
dot  15:20
double  21:2,4,5,7
  172:25 173:3
drawing  71:21,22
  71:23 88:10
due  21:1 44:20
  54:24 160:22
duly  5:13 191:8
duty  25:12
  119:20

**e**

e  2:1,1 3:1 5:1,1
  7:21,21,21 11:2
  16:7,7 19:14
  192:1,1
earlier  13:25
  16:15 29:10 36:1
  61:8 74:18 80:20
  86:16 96:4 99:22
  111:11 112:9
  113:22 114:16
  124:4 141:8
  144:22 145:4
  172:23 175:11
  180:19 181:1

  184:22
early  49:23 97:15
  97:17
earn  109:21
easier  95:25
  121:19
east  2:19
eastern  11:11
ed  66:5
edelman  2:8
edmund  2:2
education  11:9
  66:17
effect  44:22
  159:14 177:20
either  9:4 21:13
  34:24 35:2 53:5
  65:16 74:8 89:14
  94:23 113:1,22
  120:21 147:3
  166:4 173:13
  180:4
eject  21:13
  173:10
electronics
  134:19 135:5
eliminates  105:14
  105:15
else's  89:20
elser  2:7 5:20
email  4:3 100:2
  110:13,18,19,23
  111:4
employed  161:15
employee  192:12
  192:13
enabled  75:7

enemies  179:7
engaged  118:8
engaging  52:13
engineer  12:23
engines  12:9
engraving  113:4
  113:6,8,18
enos  81:2
enter  98:6
entire  114:12
  137:1
entitled  61:12
  176:20
epacs  2:3
equipment  15:13
error  21:1,20
  96:1
especially  41:1
  55:25
esquire  2:2,2,7,12
  2:17,18
essentially  52:23
estimate  17:10
et  46:7 163:15
  173:25
evaluated  125:16
evaluation  32:24
  56:3 62:20
events  14:13
eventually  72:11
  89:17 111:12
  165:21
everybody  65:14
  89:19 173:4
exact  188:7,21
exactly  17:22
  19:9,20 32:3
  34:25 46:1 67:7

  72:19 79:6
  101:20 124:2
  164:1 189:3
exaggeration
  164:6,9
examination  3:3
  3:3,4,4,5 5:15
  53:7 66:1 185:23
  188:16
example  6:25
  20:24 25:21
  42:18 109:20
examples  8:18
  13:15
excellent  18:7
excerpt  37:21
exclusive  102:13
  106:15
exclusively  16:2
  102:14 106:17,22
  150:19
excuse  90:14
  100:14 124:19
  176:10
exhibit  3:10,12
  3:13,15,16,18,19
  3:21,22,24 4:1,2
  4:4,5,7,8,10
  86:21,24,25 87:4
  87:6,8,10,11,12
  87:15 92:19,20
  93:4,5 95:10,11
  96:20,21 97:11
  97:13 102:18,22
  105:24 106:3
  110:22 111:1
  134:8,9 143:6,11
  146:20 151:24

152:3 153:16 155:17 161:17,23 163:12 178:19,23 182:24,25

**exhibits** 3:9 78:19 86:18

**existed** 63:24

**existence** 155:13 155:15 184:3

**expanded** 174:18

**expect** 25:11 62:19 174:16

**expensive** 33:2,16 187:22

**experience** 12:24 12:25 13:14 18:1 21:22 23:4 25:16 27:1 45:11,16

**expired** 92:2,3

**expires** 191:16

**explain** 6:2,6 29:18 55:22 97:4 113:7 189:8

**explained** 60:13

**explaining** 112:1

**exploding** 20:24

**expound** 40:22 44:25

**expressed** 44:6

**expressly** 4:17

**extent** 152:8

**extremely** 21:8

**f**

**f** 192:1

**facebook** 3:15,24 4:1,9 80:25 81:4 86:15 87:10,18

88:4 102:20 159:14 160:4,6 160:10 161:21 162:4 178:20

**facility** 29:9 31:18 68:11

**fact** 99:2 139:1 140:18 143:23 144:3 173:18 178:15

**factor** 83:7 152:11,13

**factory** 103:11 114:8

**factual** 99:5

**fail** 46:6 173:2

**failed** 137:17 151:15,18,22 154:19 156:18 158:11 174:21

**failing** 45:16,20

**fails** 174:11

**failure** 64:8 173:19 174:16

**failures** 155:6 172:24

**fair** 9:3 10:5 16:23 41:9 74:6 78:1 113:21

**fall** 59:5 89:15 164:18,19

**false** 38:5,11,15 50:21,22 135:24 135:25

**falsely** 62:8

**familiar** 10:11 22:7,11 24:2 25:18,20,22 26:2

26:9 28:10,12 165:3

**far** 8:17 9:19 11:19 13:4 16:20 18:11 22:25 25:23 43:6 119:13 154:9 173:9 174:7 175:17

**farther** 74:17 90:6

**fashion** 112:25

**fbi** 52:17 132:17 133:3,13

**february** 76:8,25 134:12

**federal** 9:16 69:6

**feels** 60:24

**felt** 62:17 70:9 80:21 105:20

**fiato** 2:2 3:4,5 7:8 7:11 23:9,22 24:14 27:14 36:13 37:12 38:7 38:9 41:17 43:8 44:24 49:9 51:20 51:24 53:1,6 59:7 61:24 64:1,9,16 65:6,13,18,20 66:2,3,8,10 74:13 75:2,4,9,10 78:17 78:21 80:18,19 81:25 82:12,24 83:22 84:4,22 85:6,15,22 86:11 86:17,25 87:7,17 90:4 91:2,14 92:18,22 93:4,7

94:4 95:9,13 96:19,23 98:18 99:8,13,21 102:24 106:5 108:22,23 111:3 112:19 117:3,5,9 121:8,11,13,15 122:11 123:6 125:10 126:9,14 126:22 127:3,12 127:18 128:2,6 128:13,20 129:2 129:10 130:19 131:4,13 132:20 132:24 135:16,23 136:6,11 137:9 139:7,13,20 140:24 141:3,7 141:23,24 143:13 145:2,3 146:19 147:1,9,20 148:1 148:7,15 152:5 155:23 156:15 157:1 159:23 160:2 161:6,12 161:25 164:3,10 166:11,19 167:1 168:22 169:10,17 170:1 175:10 176:10,17,22 178:10,25 179:15 179:24 180:3,5 180:18 181:22 182:18,22 183:2 184:20,21 185:19 186:4 187:12 188:17 189:6 190:2

**[figure - frivolous]**                    Page 206

**figure**  19:22
40:24 70:2,3
**filed**  61:11
**filiz**  1:19 6:11
75:2 191:6,14
192:5,22
**financial**  63:17
**financially**
192:14
**find**  89:19 165:20
**fine**  171:3
**finish**  6:7 35:7
43:4 114:2,5,8
176:15,17
**finishes**  18:7
**fire**  76:14 173:5
173:11
**firearm**  6:21,22
9:15 21:10 42:19
95:19 157:17
**firearms**  42:11
69:6 188:12
**fired**  21:2 120:11
**fires**  173:14
**firing**  29:22
175:4
**firm**  5:20
**first**  5:13 17:20
19:4 34:19 35:19
41:12 47:10 48:3
54:14 58:8 61:12
61:14 70:12 77:8
83:11 97:18
103:21 110:2,16
120:23 156:19
173:21,22 177:4
184:15

**fit**  42:20,21 43:21
180:24 181:3,11
182:6
**fitting**  42:16,16
43:14 115:23
180:20
**fittings**  42:18
**five**  12:17 17:6
33:7,20 41:3
65:13,20 102:3
107:22 114:16
117:1
**fix**  180:15
**flat**  115:4
**flattered**  88:13
**flattery**  81:6 91:6
**flattest**  88:14
**flexible**  65:4
**florida**  1:1,4,20
2:9,14,20 191:3,6
191:15 192:2
**flute**  104:4
**fluted**  103:3,8,12
103:12,14
**flutes**  104:17
105:2
**fluting**  103:15,20
103:21 104:13,20
**folded**  64:20
**folding**  151:4
**follow**  52:23
180:1,4 185:21
188:15
**followed**  81:7
**following**  64:5
**follows**  5:14
**foot**  33:3,18 34:2
114:4,10,13,14

114:17 120:9,21
**forced**  63:19
**forces**  12:1
**foregoing**  192:9
**forgive**  133:24
**form**  23:9,22
24:14 27:14
36:12,13 37:12
38:7,8 41:17 43:8
44:24 46:22
48:10,15 49:5,9
51:19,20 59:7
61:24 64:1,9,16
65:6 74:10 80:15
81:5,21 82:8,21
83:19,20 84:18
85:2,11,19 86:6
90:1,2,23,24
91:11,12 94:2
96:11 98:15 99:6
99:10,16,18
112:18 118:12,15
122:9 123:2
125:8,21 126:7
126:12,19,25
127:8,15,16,24
128:5,11,17,24
129:7 131:2,9
132:18 135:13,21
136:3,8 137:7
139:4,10 140:21
146:15,23 147:5
147:6,18,22,23
148:5,6,13
156:12,24 159:21
159:25 161:4,9
163:24 164:8
166:8,14,15,24

166:25 168:15
169:7,8,14,22
175:7 178:4
179:13,21 180:12
180:13 181:18
182:15 187:11
189:5
**formed**  150:7
**forming**  12:3,5
17:16
**forms**  97:7
100:23
**fort**  1:2
**forth**  78:18
**forums**  81:2
**forward**  120:17
120:25 133:25
**found**  37:25
186:24
**four**  97:23 165:8
**fourth**  88:25
**frame**  8:20 9:10
9:13,14,23 53:18
53:24 54:9 92:4
97:19 120:10
124:14 149:14
**frames**  43:12
**free**  129:5
**freedom**  148:9
**frequently**  41:16
41:22
**friend**  55:11,15
60:23 108:14
**friends**  61:2
67:19,20 108:12
179:7,9
**frivolous**  52:9

**frog**   124:20
**front**   86:5,8
   105:3 106:9,9
**fuck**   168:7,7
**fucked**   160:15
**full**   6:15 12:16
   89:5 164:17
**functioning**   43:7
**further**   55:3 90:9
   192:11

**g**

**g**   5:1 16:7
**gain**   26:22
**gap**   168:17
**general**   11:18
   23:4 34:18 36:18
   53:24 101:15
   116:18
**generally**   42:10
   46:5 58:14 59:2
**georgia**   149:17
   149:18,19,20
   181:21
**getting**   29:21
   157:8,14,23
   171:4 172:7
**gg311459**   191:16
**give**   5:6 13:15
   33:5 65:8 66:11
   78:3 86:17 129:4
   166:16 170:20
   176:14 182:22
   184:20
**given**   172:19
**gives**   138:10
**giving**   129:5
   166:20 171:21

**glenn**   6:17
**glitched**   130:18
   141:22 145:1
   155:21
**go**   8:22 9:4 46:13
   53:6 66:25 67:1
   68:1,11,16 74:17
   78:18 80:16
   81:22 82:9 88:25
   121:4 123:14
   132:25 133:6,25
   137:13 138:21
   175:19 178:6
   180:16 185:15
**goes**   6:8 15:20
   95:22 122:4,6
**going**   19:23
   35:23 40:14,24
   62:22 65:23 68:6
   69:21 73:20,20
   77:24 86:15,18
   87:18 117:7
   120:6,7 130:1
   134:9 141:5
   157:11 165:20
   184:24 190:3
**gonna**   6:2 26:16
   37:21 53:12
   61:14 78:18
   85:18 88:8,25
   89:4 95:9 96:19
   102:18 105:4,23
   110:21 124:17
   129:4 134:7
   143:5 155:8
   161:16 171:22
   182:23

**good**   5:17,18 18:4
   18:14 23:6 41:8
   45:12 46:10,23
   57:14 62:7 63:14
   77:20 78:3,14
   109:14 117:2
   121:2 140:24
   141:1,3 147:2
   158:19,21 163:8
   163:10 166:21
   167:11 168:10
**gotten**   152:9
**government**   9:16
**grade**   60:5
   117:22
**grains**   152:19
**grandmaster**
   15:5,6,9,14
   162:23 163:8
**great**   18:7 139:19
**grip**   3:18,20 8:20
   91:25 92:6,6,7,9
   92:10,13,25 93:1
   93:2,10,14,14,16
   93:17,19,22,23
   94:1,1 143:18
   144:9 146:20
   147:8,14
**grips**   54:15 91:20
   91:22 92:8 93:9
   124:12 138:12,14
   143:21,24 144:4
   144:16 147:4
   163:13
**group**   165:14
**grudge**   185:16
**grudges**   185:13

**guess**   13:8 20:16
   88:13 108:6
   109:2
**guidelines**   6:3
**gun**   9:17 10:2,6
   23:20 25:2,8,8,16
   26:1,21 27:3,6,21
   28:1,13 39:15,25
   41:7,13 42:3,4,8
   42:9,24 43:6,21
   44:19 45:20,24
   45:25 46:2 59:24
   60:3 66:21 68:5
   83:24 94:1 107:9
   113:23 120:11
   121:4 122:1,4,6,6
   143:21 144:3
   145:18,19 152:9
   153:7 155:4
   156:18,23 157:9
   158:7,11,14
   160:15 162:18
   167:13,18,19
   173:5 174:3
   180:24 181:13,17
**guns**   1:4 7:16,23
   8:1,2,4 12:25
   13:5,16,25 14:16
   16:18,20,21,24
   19:3 20:9 39:5
   41:16,22,24
   42:13 43:12,22
   44:4,7 46:9,12
   55:3 59:15,17,21
   60:14 66:4,22,24
   67:22 69:25 70:5
   94:14 97:12,20
   97:24 98:1

102:15 106:1
118:23,25 119:16
123:18 125:24
126:2 130:15
131:8 140:7,13
144:12,24 145:5
146:13 147:14
148:3 149:3
160:19,20,21
165:11,16 168:24
169:12,13 178:16
178:16 180:14,19
180:20,21 181:2
181:10,14 182:3
182:6 184:6,9,16

**gunsmith** 13:1,2
13:4,5,8,11,14
42:24 45:11
46:13 67:1,3,12
67:14 180:16
181:24

**gunsmithing**
17:17,21

**gunsmiths** 41:15
41:21 44:3,6
181:1,4,5

**gunworks** 3:14
6:24 87:9 88:23
94:11 106:12
107:20 143:21
148:9

**guy** 140:7,8
160:13

**guys** 65:16

**h**

**h** 11:2

**half** 163:12 164:4
**hand** 5:4,10
43:20 75:16,19
76:2 173:13
**handed** 116:13
**handling** 127:22
**hangs** 114:13
**happen** 137:2
**happened** 34:22
68:14 98:11
102:11 151:6
152:8,10 163:21
**happening** 176:9
**happens** 91:4
**happy** 53:5 66:15
185:14
**hard** 25:12 89:18
119:16,21 177:11
**hardness** 24:2,5,6
24:8,12,24 25:4,9
25:10,14 26:13
26:17 27:21 28:1
31:17 32:12 33:9
33:9 34:1 114:5,6
115:25 116:19
117:13 119:18
172:9 175:23
187:4,6,22,24
188:1,4,9,20
**hark** 105:23
**head** 66:7,12
**hear** 121:13
**heard** 37:15
43:16,22 46:25
47:10,16,19 52:8
116:2 122:5
**hearing** 81:12,13
154:25

**hearsay** 182:12
182:13
**heat** 187:9,18
**heavier** 44:18
105:17
**held** 111:25 169:3
**hello** 132:8
**help** 130:22
136:23 137:4
**hereto** 4:15
**het** 34:11
**high** 13:13 21:8
118:19
**higher** 44:20
86:14 188:6
**highest** 15:6
**highly** 16:14
**hillsdale** 7:7,8,10
7:14,15
**hire** 12:16
**history** 126:6
132:14 139:15,23
**hit** 109:14 120:23
138:2
**hoffer** 159:16
**hold** 6:25 15:4,8
40:25 108:22
112:1 185:13
**holding** 135:5
**holes** 79:24 80:2
80:4,6,7
**hollywood** 163:1
163:6
**honest** 135:10
161:8
**honesty** 46:21
47:8,21

**honor** 165:16
**hood** 29:21 31:19
32:2 33:4 35:18
56:9 57:3 64:23
115:7,9,18,21
120:24
**horowitz** 1:5 2:23
3:15 20:1,7,16
28:17 29:5,11,23
30:23,24 35:20
37:18,22 38:3,5
38:12,14 47:10
47:24 48:20
49:13,15,25 50:5
50:17 51:2 52:13
52:16 53:16 54:2
54:3,6,12,16 57:6
58:2 60:11,19
61:18,22 62:6,23
63:3 66:4 70:13
70:16,20 71:2,14
71:17 72:3,7,12
72:14 78:4 79:13
80:11,20 81:8,19
82:7 88:1,3,9,20
89:24 90:21
99:23 101:10
110:3,12 123:15
124:6,12 125:2,6
125:14,15 126:4
126:18 127:5,13
127:20,22 128:8
128:14,21 129:3
129:21 130:11
132:14,16 133:2
133:7,10,13,16
133:19 134:2
135:12 136:18

137:17 139:2,8
140:1,12 141:9
144:3 146:6
161:7 166:13,22
168:24 177:14,24
178:3 179:6,19
179:23 180:7,10
180:14 182:6
184:16,23
**horowitz's** 37:22
46:19 47:20 52:3
57:10 63:8 80:8
**hours** 176:20
**house** 19:13,16
164:16 187:21
**hudson** 7:17,18
**huh** 66:12
**hundred** 16:22
107:24 155:5
**hundreds** 155:7
**hurt** 136:1
**hybrid** 106:8,11
106:14 143:19

**i**

**ice** 3:21 95:15
**icon** 76:11
**idea** 45:12 70:14
**identification**
87:16 92:21 93:6
95:12 96:22
102:23 106:4
111:2 143:12
152:4 161:24
178:24 183:1
**idpa** 14:7
**ignited** 174:19

**ignoring** 152:7
**ii** 175:24,25
**imitation** 81:5
91:4
**implied** 177:18
**imply** 161:5,7
169:12,20
**implying** 136:7
161:2
**important** 23:13
126:24 127:7,10
**impression** 50:8
50:15 52:12
**inaccurate** 33:6
56:23
**include** 11:21
13:5 14:16 27:5
40:7
**included** 27:11
**including** 6:10
26:4 40:1 103:2
**income** 149:5,7,9
157:16
**incorporated**
112:10 145:22
**increase** 45:15,17
45:19,23
**indentation**
115:3,20,22
**indentations** 57:3
114:21,25
**independent**
126:18 127:21
130:12
**indicate** 6:13
32:10 33:25 78:2
122:12,24 186:5
189:19

**indicated** 122:25
176:12
**indicating** 22:4
140:12
**indication** 175:4
**individual** 1:5,9
1:10 19:11 183:5
**individually**
26:12
**indulging** 77:1
**industry** 18:18
30:1 63:15,22
66:22 83:24 89:5
89:18 94:1
162:19
**infinity** 3:18 92:6
92:7,25 145:16
145:18,19,22,25
146:3,5
**influence** 81:23
**inform** 68:23
**information**
23:12 26:22 27:5
27:8,11,12,17,21
27:25 136:17
137:4 165:10,14
166:17,21 171:8
**informed** 33:3
53:16 126:4
**initial** 123:16
**initially** 54:19
68:7
**initiated** 54:15,16
**inquired** 156:3
**insert** 3:21,23
95:15,20 96:16
97:7,7,11,12,21
97:22,25 98:19

**insertion** 95:24
**inserts** 94:21,25
96:25
**inside** 95:22
120:2,7,9 167:23
**inspect** 41:4
**inspected** 42:19
**inspection** 63:10
141:15 186:2,17
**instagram** 53:23
100:7,22
**installations**
13:19
**installed** 182:3,8
**instances** 137:23
**instant** 159:12
**insufficient** 24:12
173:6
**insurance** 18:20
18:23 19:4,12,13
19:16 52:6 53:21
**intended** 44:21
**intention** 68:19
**interacts** 46:3
**interested** 192:15
**interfaced** 46:4
**intern** 12:14
**internet** 47:23
48:2,5,9,20,25
74:1,9 77:12
80:21,25 81:15
130:18 137:14
139:19 141:21
145:1 155:21
159:8 165:10,15
177:21 180:1,4
184:24

**interpret** 50:4
51:18 52:4,5
165:23
**interpretation**
51:8 98:25 99:1
161:1 168:20
187:19
**inverted** 115:12
**investigate** 18:22
**investigated**
52:17 133:3,13
**investigation**
132:17
**involve** 11:13
**involved** 48:20
130:15 133:7,10
133:16,19 134:2
157:11,13
**involves** 45:5
**ish** 164:12
**issue** 20:2 43:9
53:21 60:16
116:15 117:17
**issues** 23:16 37:1
43:2,11 44:3
53:17 101:16
130:22

**j**

**james** 162:14,15
162:18
**jesus** 51:21
**jhp** 156:7
**job** 77:11 78:3,10
78:15
**jobs** 13:18
**joe** 146:8

**john** 2:7 4:4,6
5:19 16:6 51:14
129:14,16 143:7
150:11 157:7
158:3 159:19
185:20 189:8
**join** 82:22 84:19
85:3,12 86:7
126:20 127:1,9
127:25 128:18,25
129:8 136:4,9
139:5,11 146:16
156:13 161:10
163:25 166:9
168:16 169:23
182:16
**join.4** 85:20
**joint** 126:11,18
127:6,21 131:1
**joke** 162:5,11
**jump** 53:5

**k**

**k** 148:24 164:12
**kart** 11:7
**keep** 6:3 30:17
63:16 141:5
164:21
**keigans** 4:9,10
148:8,10,12,16
148:23 149:11
151:20 157:15
176:23,24 177:24
178:14 179:2,4
179:16,22 180:6
180:10 181:6,7
181:10,16,21,23
182:10,13 183:7

183:24
**kentucky** 1:8,9
1:10,10
**kevin** 2:18 53:9
117:3
**kind** 6:25 7:9
8:24 25:7 31:21
33:20 43:4 44:2
46:9 52:13 54:10
76:15 80:4,5 96:8
96:9 106:6,6
131:19 155:19
**kinds** 31:8
**kiser** 2:18
**kissane** 2:13
**kkm** 1:8 2:21
10:11,14,18 11:8
13:22 16:16,17
16:21,24 17:5,11
17:17,21 18:2,11
18:15 19:21
20:13,14,18,20
20:23 21:23 22:3
22:15 23:1,19
24:11,12,18,18
24:22,25 26:5,11
26:16 28:18 29:1
29:3,8,11,15 30:6
30:18 31:6 32:23
32:25 33:11 34:4
34:6 35:13,16,21
36:4 37:9,15,19
37:23 38:1,18,22
38:25 39:6 40:15
40:21,24 49:23
49:25 50:4,13,15
50:17 51:3 52:12
53:10,17 54:25

55:23 56:6,15,18
57:6,11,14,16,19
58:2,5,14 59:12
60:9 63:5,9 64:5
64:6,12,14,19,22
64:25 65:3 99:24
100:3,23 101:3
101:16,17,23
102:1,5,9,10,14
102:21 103:7,12
104:14,15 106:2
106:6,21,22
107:2,4,6 109:21
110:3,14 112:4
112:15,15 113:1
113:5,9 114:15
114:16 116:7
117:17 123:7,17
124:10,23 125:16
126:5 127:14
129:13 130:5,6
130:15,22,23,25
131:7,16 138:16
138:20 142:17
145:12 146:18,22
150:17,18,19
154:17 157:4,5
159:22 170:6
171:25 172:2,11
186:2,16,20
187:7,9,17,23
188:10
**knew** 33:11 42:24
113:1 181:1
186:22
**knock** 89:14
**know** 5:25 8:11
15:12 16:6,6 19:1

20:2 21:8,8,17
25:13 31:22,25
32:6,12 33:19
37:9,10 38:14
43:14 46:6 49:21
57:21 58:14,17
58:19,21 62:3
63:14,18 66:13
69:10 71:8 72:24
72:25 73:1,2,17
77:4,23 79:10
80:11,17 83:11
83:24 84:6,23
86:2 88:11 91:7
94:5 95:20 96:5,6
96:8,15 97:10
101:18,20 106:14
106:18 107:12
108:7,24 112:3
112:14,17,21
113:14,16 119:3
119:12,14 123:22
125:18,21 126:24
127:2,2,10
131:10,12,14
132:1 135:11,22
136:14,16,20
137:10,12,13
138:1,4 139:6
140:8,11 143:18
143:22,23,25
144:22 145:8,10
145:14,15,16
146:1,2,5,8,10,24
147:3,11,24
149:8 150:11,15
150:19 151:8,14
151:20,23 152:10

154:17,21 155:9
155:11,12 158:8
160:1,3,13
161:13,15 162:6
162:8,11,16
164:1,14 165:4
165:23 166:3,5
166:17 169:9
171:22 173:16
174:1 176:2
178:7,11,14
179:6,12 180:22
181:12,15,23
182:1,2,4,5,7
184:2,4 186:13
186:22 188:3,23
189:12
**knowing** 127:20
**knowledge** 26:21
119:6,6 182:19
**known** 23:19
176:24 179:16
**knows** 147:13

**l**

**l** 4:13 7:21 16:7
19:14
**labeled** 143:7
**lack** 47:8
**lakeview** 2:13
**large** 12:9 60:14
**larger** 9:17 82:15
87:21
**largest** 14:4,8,9
**las** 34:11
**late** 13:12 28:17
34:14 47:14
53:21 101:21,22

134:16 136:13
**lauderdale** 1:2
**law** 5:20
**lawsuit** 61:12
170:13 171:17
**lawyer** 128:9,16
162:3,6
**lawyers** 53:2 66:6
**lay** 82:19 83:16
84:14,23 85:23
86:1,1
**lead** 43:6
**learn** 11:25 50:24
51:4 68:16,17
89:18 124:25
**learning** 51:1
**learns** 27:2
**leave** 21:15
115:22 156:16
**left** 75:22,25
103:9 153:20
**legally** 148:25
149:22
**lenawee** 7:19
**length** 27:10
29:21 31:19
152:16
**lengths** 31:13
**letter** 49:24 50:3
50:4,7,8,21
**level** 17:5,8,11
25:9
**liability** 1:4
**license** 69:6,13
**licensing** 98:6,16
**lie** 135:18 140:19
**life** 44:14,16
151:15

**likelihood** 45:15
45:17,19
**limit** 138:3
**limited** 1:4 15:17
15:18,19,23
**line** 138:16,18
139:3,9
**lines** 19:21
**link** 103:4
**list** 145:9
**litigation** 54:1
132:3
**little** 40:22 42:21
58:15 66:16
70:25 76:11,15
90:9 93:21
105:22 109:3,23
114:4,6 115:2
116:20 166:10
176:14
**live** 7:7 68:1
173:14
**living** 6:20
**llc** 1:4 6:24 7:4
**llp** 2:8
**load** 119:12
153:2 155:19
156:3,7
**loaded** 156:14
174:25
**locate** 78:19
**located** 7:16,17
19:17
**location** 33:2,17
34:1 149:15,16
175:13
**locations** 80:7

**lock**   65:1
**locked**   42:23
**lodged**   173:22
**lodges**   173:7
**logical**   32:7
**long**   8:15 13:7,24
   17:4 47:13 69:9
   80:11 89:16
   90:13 108:3
   109:25 175:19
   176:5,7,24
   177:11
**longer**   69:15,16
   69:17 101:7,8
**longitudinal**
   31:19
**look**   65:9 78:25
   79:19 82:19,20
   83:25 84:7,17,20
   85:13,16 109:9
   110:14 111:8
   154:10 164:23
   167:11 168:10,13
   169:6
**looked**   35:8 69:25
   79:7
**looking**   83:16
   84:15,15 103:1
   157:2
**looks**   42:3 76:13
   79:3,20 82:25
   83:2,23 90:22
   154:5 159:11,12
**loose**   42:16,18,21
**lose**   66:8 109:18
**lost**   109:12 121:6
   121:9

**lot**   41:1,5 46:10
   107:21 144:22
   145:4
**lots**   80:9 101:14
   144:17 155:6
**loud**   175:2,3
**love**   77:5
**low**   56:5 117:13
   118:19
**lower**   32:18
   114:10,14,17,18
**lowest**   115:24
   174:5
**luck**   128:8
**lug**   46:4 121:19
**lugs**   64:23 114:11
   114:14,18 120:21
   121:17 151:4
   153:9,23 154:1
   154:14 158:14,15
   159:2
**luke**   2:23 34:7
   55:12,12,15,19
   55:23 56:6 59:1
   60:15,16,24
   110:13 111:4,8
   113:17 116:9
   117:11,16,19
   125:1,13,23
   126:10,17 128:7
   128:21 129:3
   138:23,24 139:1
   165:1,15,19
   168:1,3,25 169:2
   170:14 186:24
**luke's**   60:23
**lunch**   140:23
   141:5

**lying**   98:14,24
   99:5

**m**

**m**   11:2
**machine**   33:2,16
   43:2,14 77:8
   88:11,20 111:25
   167:12 168:20
**machining**   13:18
   42:17 169:19
**mad**   89:8,8,9,11
   144:1
**madam**   87:13
**magazine**   15:24
   94:11,14 95:24
   96:16 97:6,11,12
**magwell**   3:21,23
   94:22 95:15,20
   96:25 97:2,21,22
   97:25 98:8 99:4
   99:20
**magwells**   8:21
   94:15,17
**main**   63:13
**major**   11:12,17
**majority**   8:11 9:3
   53:11 120:4
**making**   38:6,12
   41:3 49:25 50:17
   69:24 70:5 72:1,2
   72:4,6 78:13
   93:22 94:1
   113:23 118:7,23
**managing**   7:2,3
**manufacture**
   7:25 8:2 9:1 12:9
   59:15 68:20 69:6

   71:18 88:11
   107:20 149:12,14
**manufactured**
   59:14 79:2
   117:21 175:23
**manufacturer**
   18:1 20:12 27:4
   33:15 36:21,24
   42:8,9 55:24 56:3
   81:8 102:9
   131:19
**manufacturers**
   10:3,9,21,23
   14:16 17:25
   26:16 28:13
   42:10 91:16
**manufactures**
   7:23 8:5
**manufacturing**
   6:21,22 8:25
   11:14 12:25 25:2
   25:8 26:23 27:2
   39:5 70:22,24
   77:10 80:13
   145:19 166:2
**maple**   2:3
**march**   54:7 55:14
   124:11,11 143:14
**margin**   96:1
**mari**   2:17
**mark**   32:8 86:18
   86:21 87:8,9,11
   87:12 92:18 93:4
   95:9 96:19
   102:18 161:16
   182:23
**marked**   87:4,15
   92:20 93:5 95:11

96:21 102:22
106:3 111:1
112:20 134:8
143:5,11 152:3
161:23 178:18,23
182:25
**marketing**
157:13
**marking** 86:24
86:25 87:5
**markings** 112:21
**marks** 35:13,17
**match** 73:12
**matched** 77:15
**matches** 15:3
73:13,14,21
**material** 11:18
24:7 44:17 95:7
96:6 97:1 103:24
104:1,17,21,25
105:13 115:2
186:7
**materials** 11:13
11:16,19,21
74:24 133:21
**math** 109:23
**matt** 54:4 152:6
**matter** 44:14
99:2,5 130:16
**matthew** 1:13 3:2
5:12 6:17 191:7
192:7
**max** 138:2
**maxed** 163:15
**mcintire** 2:23 4:3
34:7,10,19,20
55:15 110:14
111:5,12 116:9

116:15 117:11
122:12,19 125:1
125:23 141:10
168:1,3,25
170:14,19,21
171:1,6 188:24
**mcintire's** 128:9
**mckelvie** 2:3,3
**mean** 31:9 43:18
46:1 62:14,18
97:15 100:14
129:23 162:15
164:22 165:22
167:10
**meaning** 168:7
**means** 100:7
167:11 180:10
**measurements**
71:23 92:10
**mekosh** 1:9
**member** 7:2,3
**members** 49:16
49:20
**meme** 159:9
160:6,10,12
**mention** 18:23
20:11 30:6,14
118:7
**mentioned** 9:10
32:2 40:4 45:23
63:23
**merely** 175:5
**message** 74:1,1
76:25 111:24
134:10 158:3
159:12,12 165:6
**messages** 53:23
53:23 73:24

100:6,11 101:6,9
101:13,13
**messenger**
161:21
**met** 34:9 68:9
**metal** 64:20,23
65:1 94:17,23
114:19
**metallurgy** 25:18
26:2
**metals** 94:19
**michael** 1:10 4:7
72:24,25 73:1
75:20,21 76:2
133:24 170:14
**michigan** 2:4 7:7
7:8,10,13,17
11:11 19:18 73:7
73:9 103:17
**micosh** 179:5
**mid** 32:20 116:4
117:13
**middle** 32:18
134:15
**midway** 89:14
**mike** 159:16
161:22
**military** 75:25,25
**milling** 45:5
**million** 51:2,3,7
51:17 52:3
**mind** 6:4 11:3
68:19 77:1
109:25
**mine** 62:9
**minor** 81:10
**minute** 65:13,20
117:1 133:23

171:24 182:22
**minutes** 141:6
**misrepresented**
23:7
**misstates** 178:4
181:18
**mistake** 160:25
**mistreated** 60:24
**mitchell** 91:4
**modifications**
104:16,20
**modify** 103:22
**moment** 65:8
86:17
**money** 41:5 52:6
72:21 77:11 78:4
78:5,15 141:18
142:4,7,10,12
**month** 73:18
171:14
**months** 67:4,25
68:4 69:12 74:8
89:16 138:15
**morning** 5:17,18
53:14 55:18 62:4
**moskowitz** 2:7
**mount** 13:19
**mounted** 106:9
**mounts** 8:21
**move** 42:22
**moved** 66:9,9
113:8
**movement**
105:16
**moving** 133:10
133:19 134:2,4
134:17,25

**multi**  15:5
**multiple**  15:11,13
  17:24 31:13 36:2
  53:22 68:3,6 73:5
  163:9 167:20
  168:12 177:21
**mutual**  127:6,21
**mutually**  126:11
  130:11
**muzzle**  32:5
  115:12,15 120:5
**myths**  183:16

**n**

**n**  2:1 3:1,1 4:13
  5:1 7:21 11:2
  19:14 77:17,19
**nail**  165:1
**name**  5:19 6:15
  6:22 19:11,13
  20:11 34:8 53:9
  66:3 103:16,18
  113:11 145:23
**nature**  12:1 29:22
**neal**  19:13,14,19
  20:17 28:21 29:4
**necessarily**  120:8
**need**  6:12 25:3,8
  66:12,14 87:21
  127:2 141:4,5
  189:18,23,25
**needed**  39:24
  60:14
**needs**  119:19
  176:12
**negative**  36:6
  44:6 47:17,17,19
  47:23 48:1,2,8,19

**137**:15 165:10
**negligent**  169:12
  169:15
**nevada**  1:8 187:9
  187:18
**never**  5:24 60:8
  60:16 81:15 87:3
  98:4,5,11,16 99:9
  99:11 115:15
  118:20 119:5,9
  126:5 130:8
  132:20 134:19
  135:12,17 138:6
  139:17,25 148:12
  154:6 179:18
**new**  31:23,24
  35:8 68:3,11,13
  78:13 112:11
  134:18 176:2,4,6
  187:21
**newbie**  77:16,17
**nicholas**  2:12,17
**nick**  65:18
**nickname**  47:5,8
  47:17 48:4
**nicks**  65:16
**nine**  10:19 153:4
  185:5
**ninety**  10:19
**non**  13:11 36:17
  173:5
**noo**  77:18
**noob**  77:17,19
**normal**  152:13
  174:5
**north**  2:8
**nos**  87:15

**notary**  1:20 191:6
  191:15 192:5
**notes**  54:2 57:10
  124:5 192:10
**notice**  85:23
**november**  191:9
  192:17
**number**  25:10,14
  30:12 60:14,23
  61:1 79:24 82:14
  82:16 83:6
  107:15,16 177:18
**numbers**  112:21
  155:11 188:7,21
  189:3
**numerous**  47:16
  179:17

**o**

**o**  3:1 4:13 5:1
  77:17,17,19,19
**oal**  152:16
**oath**  3:6 5:14
  191:1
**object**  23:9,22
  37:12 38:7 82:21
  84:18 85:2,11,19
  86:6 90:1,23
  91:11 98:1 99:16
  112:18 122:9
  123:2 126:7,12
  126:19,25 127:8
  127:15,24 128:5
  128:11,17,24
  129:7 131:2,9
  135:21 136:3,8
  139:4,10 146:15
  147:5,6,22 148:5

**148**:6 156:12,24
  159:21,25 161:4
  161:9 163:24
  164:8 166:8,14
  166:24,25 168:15
  169:7,14,22
  180:12,13 182:15
  189:5
**objected**  98:4,5
  98:23 99:4
**objecting**  51:23
  79:14
**objection**  24:14
  27:14 36:12 38:8
  41:17 43:8 44:24
  46:22 48:10,15
  49:5,9 51:19,20
  59:7 61:24 64:1,9
  64:16 65:6 74:10
  80:15 81:21 82:8
  83:19 84:2 87:5
  94:2 98:8 125:8
  132:18 135:13
  137:7 140:21
  147:23 148:13
  175:7 178:4
  179:13,21 181:18
  187:11
**objections**  86:22
**observed**  20:20
  20:23 27:24
  42:12 43:3,11
**obstructed**
  173:15
**obstruction**
  173:11,17 174:8
  174:10

**obtain** 69:6
**occasion** 20:17
  24:17 30:2 34:14
  36:23 43:25
  151:6
**occasionally** 28:2
  29:25 34:16
  39:11
**occur** 174:17
**occurred** 53:22
  54:6
**occurrence** 28:8
**october** 1:14
  73:16,25 74:15
  152:1 158:4
  172:10 191:8
**offered** 60:16
  77:8 126:10
  127:20 130:11
**office** 7:1 76:6
  161:18
**oh** 66:8,23 75:23
  109:23 164:19
  176:25
**ohio** 140:7
**okay** 6:15 7:4,16
  11:9 19:14,25
  27:1,20 28:3
  30:14 31:15
  38:19 42:12 46:1
  53:9 54:10,19,23
  55:10,17 56:4,17
  57:5,16,22 58:5,8
  58:24 60:7,13,22
  61:3,11 62:2 63:2
  66:21,25 67:21
  67:24 68:10,15
  68:23 71:22 72:1

72:11 74:23
75:16 76:8,15,18
76:24 78:1,17
81:18 85:7,16
86:18 88:8,19
91:15 92:18
93:10 94:11,21
95:4,7,9,20,24
96:6,11,19 97:1,6
97:20 100:9
101:18,22 102:5
102:17 103:11,15
104:4,8,11,15
105:4,8,17,23
106:11,21 107:1
107:5,25 108:3,7
108:18 109:6,12
110:2,13 111:18
112:24 113:16,21
114:21,24 115:17
115:24 116:5
117:19 118:2,7
118:12,22,22
119:15 120:11,16
121:1,11,16
122:1,4,12,19
123:14,24 124:3
124:16,19 125:13
126:10 128:7
130:2,10,20
133:12,18 135:1
135:11 137:17
138:5,10 140:6
140:12 142:14,16
145:23 146:2,5
146:12 147:17
148:23 149:2,16
149:21 150:1

151:14 152:13,16
152:19 153:4,13
153:16,23 154:17
155:9 156:3,16
156:22 157:6,16
158:6,13 159:5
161:7 162:1,3,11
162:18 163:11,11
164:6,11,16,25
165:13 166:1
167:2,5,13 168:6
168:11 169:20
170:2,13 171:6
171:20,24 172:5
173:4,16,21
174:1,9,20 175:3
176:5,21 177:1
177:10,23 178:11
178:14,18 179:4
179:16,25 181:8
181:23 182:12,22
183:11,16 184:2
184:5,8,11,15,20
185:6,19 186:16
187:20 188:5,8
188:14 189:6,7
189:22,25 190:3
**okay.mr.** 110:21
**old** 101:8 102:11
  111:22
**once** 28:6 34:11
  73:18 122:5
  147:12
**ones** 94:20
  100:25 117:22
**online** 37:23 48:4
  49:17,20 68:10
  77:25

**open** 21:10 49:24
  50:3,21 174:18
**operating** 8:15
**opinion** 16:12
  18:2 42:20 43:15
  44:12 45:14
  46:10 79:18 94:5
  94:7,9,10 152:8
  166:21
**opinions** 44:7
  152:9
**opposite** 32:5
**orange** 2:8 76:15
**order** 83:10
  107:7 163:3,4
  166:18 171:9
  189:23
**ordered** 113:5
**ordering** 25:24
  30:1 107:4,6
**orders** 34:18
**organizations**
  14:5,25
**original** 88:3
  182:2,7,20
**originally** 44:21
  83:15 116:5
**orlando** 2:9,20
**outside** 44:18
  73:9
**overall** 152:16
**overcharge**
  172:25 174:13,16
  174:21 175:1,5,6
**overcharged**
  174:14
**owes** 140:6,13

**owned** 148:18
167:19
**owner** 7:1 108:11
148:9 180:15
**owners** 180:21,22

**p**

**p** 2:1,1 4:13 5:1
**p.a.** 2:13,18
**p.c.** 2:3
**p.m.** 1:15 76:9
77:1 143:14
152:1 190:4
**page** 37:21 76:25
102:20 134:15
159:9,13,14
**pages** 192:9
**paid** 137:20
138:5,8 140:3
**palm** 2:14
**paragraph** 61:13
61:16,20
**pardon** 176:11
**part** 11:24 13:17
14:19 16:9 25:24
26:21,23 27:3,24
32:4 36:10,16
40:25 49:3 58:8
62:19 75:18 89:7
89:11 93:18
95:22 114:13
125:6 137:20
141:9,14 148:25
156:6 160:14
164:7 173:20
**partial** 72:16
**participants**
14:12 15:8

**participated**
14:22
**parties** 1:16 4:15
112:8 192:12,13
**partner** 148:19
**parts** 8:18,18,22
8:25 9:1,4,11,17
9:21 10:1,2,6
14:1,17 22:19
25:16 30:1 37:2,7
39:12,15,17,25
39:25 40:2,7,16
40:25 41:3 54:20
55:7,13 57:25
62:24 70:16,24
71:4 77:9 78:14
90:16 107:9,13
107:19,25 108:4
108:25 124:13
138:2 140:4
141:12,19,20,25
142:7,9,12 144:9
145:19 148:3,20
149:2,6,8,9,11,13
155:6 159:10
184:8 185:7,14
185:15
**patent** 92:2,3,4
**patience** 53:13
**pattern** 93:12
**pay** 63:15,20
137:17 142:3
164:13 165:17
**paying** 49:8
**payment** 171:8
**pd** 156:7
**people** 25:13
46:10,17,25

47:16 48:8 49:2
63:4 83:2 89:6,10
89:13 90:20
132:8 134:17,25
137:14 144:13,17
144:20 163:6
165:14 173:5
185:3,13
**people's** 134:19
135:5
**percent** 8:12
10:19 15:10
16:22 109:16,18
109:19 155:5
163:22 164:1
**percentage** 8:8
10:17 15:8 16:21
**perfect** 75:9
**perform** 25:12
119:20
**performance**
12:23
**period** 73:25 74:9
74:11,14
**person** 51:22
82:19 83:16
84:14,23 85:23
86:1,1 117:16
180:23
**personal** 55:11
55:15 60:23
182:19
**personally** 56:9
146:4
**pertaining** 44:4
**pf** 152:11,11
**pffft** 81:6

**phase** 175:24,25
**phone** 34:13
53:23 60:23 61:1
61:19 100:8
101:8 111:22
116:12
**phonetic** 146:8
159:16 179:5
**photo** 79:8 84:9
84:11
**photographs**
44:2
**picked** 43:19
**picture** 3:12,14
3:17,18,20,23
4:10 78:22 87:7,8
92:24 95:10
102:17,19 105:25
111:25 143:20
144:8 153:19,25
156:1 158:16,19
158:20,21 159:1
160:14 168:4,6
183:5,11,15
**pictures** 111:18
111:21,23 153:13
154:10,13,16
157:2 165:25
167:2
**pie** 89:20
**pieces** 89:20
**pistol** 8:13,20,24
9:2,5,10,19,20
14:2,6 15:21,21
15:22 18:12
21:19 31:9,10
32:9 43:20 44:14
44:16,21 46:5

68:7,17 95:23
97:18,18 103:2
113:11 120:2
151:11,18,22
154:5 181:24,25
183:9,14,17
**pistols** 8:22,25
9:7 13:12 16:5
68:16,20 69:1,7
69:20 150:1,4,16
150:23 151:9,15
154:18,22 155:1
155:7,9,12
157:20 181:20
183:12
**place** 1:16 32:8
35:19 48:3 53:19
**places** 37:23
177:21,23
**plaintiffs** 1:6 2:5
3:10,12,13,15,16
3:18,19,21,22,24
4:1,2,4,5,7,8,10
61:11,13 62:3
87:15 92:20 93:5
95:11 96:21
102:22 106:3
111:1 143:11
152:3 161:23
178:23 182:25
**plan** 79:14
**plans** 140:22
**plastic** 95:6 96:9
96:9,10,11,16
97:5,8
**platform** 9:2
**please** 5:3 6:5,15
7:20 11:1 62:4,4

66:7 92:19 93:4
105:25 111:7
113:6 154:10
155:22 175:22
189:24
**plenty** 56:1
**plus** 8:12 13:3
31:20
**pocket** 63:19
**point** 28:22 40:10
44:13 50:24 51:1
51:4 54:14,23
55:10 56:4,18
57:22 60:7 70:17
73:11 89:13
99:22 113:4,12
113:13 117:1
119:19 156:22
172:6
**points** 46:4,5
54:11 120:20
**policy** 131:18,22
**polished** 114:3,6
**polk** 191:4 192:3
**polymer** 94:20,22
**poor** 41:10,13
42:6,16,17 43:4
62:9 169:16,18
169:19,19,20
180:20
**poorly** 42:5
**port** 83:6 86:5,8
**portion** 101:16
105:15 114:12
155:17
**portions** 134:9
**ports** 82:14,15,16
83:7,10,13 84:24

85:8 90:15,16
**positive** 79:3
**possession**
151:17,21
**possible** 75:4
176:18
**possibly** 73:20
81:2 121:4
155:25 169:9
**post** 3:15,24 4:1,9
27:20,21 48:20
48:24 49:3 81:5,7
86:15 87:10,18
87:19,19,23 88:4
88:8,25 90:6,10
102:20,25 106:1
137:14 162:5,13
162:16 178:21
179:10
**posted** 27:11
49:24 81:5 144:8
179:4
**posting** 27:17,25
159:9 165:9,14
177:24
**posts** 47:23 48:2
48:5,9,14 88:3
177:18 184:24
**potential** 19:5
33:5,18
**pound** 153:4
**powder** 21:7,13
21:13 152:20
156:8 173:6,6
**power** 152:11,13
173:25
**precent** 8:21

**precision** 1:8
2:21 10:11,14
95:16,18 96:15
97:6,10,25 98:7
98:14,22 99:3,12
99:19 110:14
113:9
**predominant**
124:24
**prefer** 176:17
**premature** 64:7
**prematurely**
44:20
**prepare** 170:2
**prescission** 53:10
**present** 2:23
**presented** 111:13
111:15
**president** 7:1
**pressure** 21:9
119:13 154:6,7
155:18,25 174:5
175:8,9
**pressured** 156:10
**presumably**
140:13
**pretty** 65:10
90:13,22 109:14
**previous** 155:17
**previously** 12:7
134:8 157:3
**price** 18:7 77:15
**primarily** 8:5 9:7
9:9
**primary** 62:21
**primer** 21:14
152:25 153:3

**print** 92:12
**printout** 33:20,23
  111:13,15
**prior** 12:3,3,5
  17:16,23 26:4,11
  34:9,12,13 48:5
  48:14,19,23
  63:25 73:16
  74:14,16,16
  114:8 150:9
  172:10 177:8
  178:4 181:18
**probably** 5:25
  8:11,21 13:23
  22:13 54:18
  60:20 66:23
  69:18 71:9,10
  73:19 74:7,18
  77:25 107:23
  108:5 109:2
  150:17 158:8
  176:25 177:6
  186:23
**problem** 18:18
  19:23,24 22:4
  60:15 141:11,13
  141:16 145:2
  151:11
**problematic**
  36:17
**problems** 18:21
  19:21 20:9,23
  42:12,15 43:6
  64:5 104:8
  150:22,25 151:3
  151:9 155:8
  160:21

**procedure** 172:7
**proceed** 5:11
**proceeded** 77:11
**process** 26:23
  27:2 92:9 103:19
**produce** 91:25
  97:10 100:11,18
  100:24 101:5
**produced** 53:25
  74:24 76:5 86:20
  87:3 93:14 100:9
  100:13,19 101:3
  110:23 122:13
  126:5 134:1
  136:21 143:6
  151:24 155:12,15
  161:17 180:20
**produces** 94:14
**producing**
  133:21
**product** 11:10,12
  18:12 23:17
  55:25 62:9,10,15
  62:17 63:19
  92:15,17 93:1
  131:18
**production** 15:17
  86:19 101:2
  158:23 162:23
**products** 8:8 18:9
  18:10 20:6 23:8
  39:20,22 91:17
  98:17 109:13
**professional** 13:3
**professionally**
  13:8,9,11
**program** 165:16

**projects** 179:18
**pronounce** 77:18
**proper** 26:19
  33:25 40:15,21
  181:3
**properly** 42:3
  112:2
**properties** 11:20
**property** 164:12
  180:24 181:11
**proposal** 126:18
  131:1
**prove** 173:18
  174:13,15,20,21
**provide** 30:9
  46:17 87:13
  127:13,22
**provided** 30:11
**psa** 160:16
**public** 1:20
  113:24 130:6
  136:18 150:2,4
  191:6,15 192:5
**purchase** 28:13
  39:9,12,15,25
  54:15,20 65:3
  68:14
**purchased** 22:15
  22:19,25 24:22
  30:14 36:16 64:6
  64:12,14,19,22
  64:25 68:7 92:5,8
  99:24 112:4,6,15
  112:16 122:25
  142:17 186:13
**purchaser** 36:9
**purchases** 138:2

**purchasing** 22:21
  26:4,5,11
**purpose** 50:8
**purposes** 131:20
**pursuant** 74:24
  76:5 86:20
  110:23 133:21
  143:6
**pushing** 164:21
**put** 5:10 21:7
  35:8,18 63:21
  75:4 102:17
  107:23 115:3,4
  136:18 144:12
  163:3,4
**putting** 32:8

**q**

**quality** 18:2,12
  41:7,13
**question** 6:5,7,7
  28:7 44:25 51:25
  63:6 66:14 70:25
  83:15 85:21
  100:15 105:4
  127:17 132:22
  139:25 140:24
  141:2
**questioned** 87:1
**questioning**
  65:21
**questions** 6:1
  28:4,25 52:20,22
  52:23,23 53:3,5
  53:11 64:4 65:11
  65:15,17 66:6
  116:19 188:15

quick  188:18
quicker  95:25
quite  32:13 164:2
quote  54:3

**r**

r  2:1 5:1 16:7
  192:1
raise  5:3
ramp  27:10
range  67:6 73:2,4
  73:20,20 109:11
  116:3
ranges  73:5,7,9
rank  15:4,6,9
ranked  16:14
ratings  110:7
rattle  43:16,20,23
rattles  42:21
reach  186:9
reaching  70:15
  71:5
reacts  11:25
read  37:21,23
  50:3,7 61:14
  76:24 77:6 81:16
  88:8,16 89:4,9
  90:17 102:25
  111:7 134:8,9
  138:11,13 144:6
  160:12 179:4
  189:9,11,16,17
  189:20,21
reading  4:16 33:6
  50:20 114:5
  116:6,22 121:8
really  53:20 54:8
  73:17 77:25

87:20,22 109:16
153:25 165:23
189:12
rear  120:23
rearward  32:4
  120:12
reason  6:13 36:7
  57:9 62:5,11,21
  63:11,13,14 68:6
  68:15,18,24 79:4
  105:12 124:24
  125:20 138:4
  147:2,10,11
reasonable  36:9
  142:6,14 156:14
rebuild  41:16
recall  11:8 13:23
  18:25 19:20
  20:14 24:17
  27:15,17 29:2,23
  30:22,25 31:23
  33:7 35:2,5 36:7
  36:25 37:6 38:4,9
  38:18 48:23
  49:23 50:20,22
  51:1,9,11,15
  53:18 60:20
  68:14 69:2,22,23
  70:1,13,15 71:20
  73:23 74:23 78:8
  78:11 81:17
  98:21 99:11,14
  99:19 102:12
  113:20 115:24
  116:2 123:4,13
  123:24 124:2
  125:19 126:13,15
  126:17 128:19

129:1,9 130:7,9
130:13,24 131:3
132:15 133:4,14
142:23 143:1,4
160:11 165:12,13
167:17 168:5
169:4 172:7,17
178:1 179:11
181:9 184:17,19
188:1,6,7,19,21
received  110:7
  112:25 122:20
recess  65:25
  117:8
reciprocate
  120:13
reciprocates
  120:12
recognize  79:8
recoil  105:20
  153:4,6
recommend
  189:15
record  6:11,16
  65:24 66:13
  100:16 105:5
  110:10 117:7
  124:9 190:3
  192:10
recorded  115:25
records  109:9
recross  3:4,5
  185:23 188:16
red  15:20
redford  19:18
reduce  104:4,5
  104:18,21

reducing  45:9
refer  47:1 51:14
  134:7
reference  62:2
referred  47:11
  87:1 177:14,22
referring  18:24
  19:2,3 50:13
  51:10,11 77:23
  80:25 88:20
  112:8,12 140:11
  152:19 153:1
  162:8 164:14
refers  47:8 95:7
  136:14
refinish  115:6
refrain  112:13
refund  142:3,7
  142:11
refunded  72:21
  141:18 142:10
refusal  63:9
  127:14
refuse  55:8 61:17
  62:5 142:24
refused  36:23
  37:6 49:12 61:21
  63:5 126:17
  128:14 130:25
  131:7 139:1
  143:23 165:16
refuses  61:4
refusing  54:24
  124:22 142:21
refute  81:16
regard  87:2
  100:3,21 101:2
  124:5 130:23

158:10
**regarding** 19:5
20:2,2 23:16
26:22 27:6,12
28:17,21,25 44:7
47:20 48:25 55:2
57:10
**regular** 189:24
**regularly** 14:12
**reject** 72:18
**rejected** 72:14
80:14
**relate** 160:17,18
**related** 21:20
51:7 146:21
**relating** 27:18,21
27:25 44:3 47:24
**relation** 42:22
85:9
**relationship**
67:17
**relative** 125:2
192:11,13
**reloading** 21:6
**remember** 19:9
30:3,13,19 32:18
43:24 70:18,19
71:2,5 72:6,9,10
72:19,20,22 79:6
79:13,17 81:2,4
81:12,13,13
101:12 103:16,17
122:15,16,18
123:10 126:8,21
126:23 128:12
132:11 133:8,17
133:18,21 134:4
134:6 142:19

150:8 151:10,11
160:7 171:15
172:22 177:11
178:9 186:19
189:2,3
**remove** 169:2
**removing** 103:24
104:1
**render** 189:13
**repair** 41:16,22
42:2,4,6,25 44:3
157:8 181:10,13
**repaired** 43:1
**repairing** 13:5
46:12
**repairs** 13:15
**repeat** 6:6 44:25
63:6 66:14
130:18 132:22
139:18 155:22
**rephrase** 64:13
66:14 93:13
107:17 127:19
**replace** 57:14,17
60:16 129:4
**replaceable**
96:13,17
**replaced** 13:22
56:7,19,24 57:6
57:11,24 58:3,6
60:15 101:8
**replacement**
13:17,18 156:19
**replacements**
13:19
**replied** 36:6
**reply** 36:5 164:16

**report** 172:8
175:3 192:6
**reported** 1:19
188:10
**reporter** 1:16,19
3:7 5:3,9 65:23
75:3,7 87:14
117:7 140:25
189:19,22,25
190:3 191:15
192:22
**reports** 172:12
**represent** 5:20
53:10 189:14
**representation**
41:10,13
**represented**
189:14
**reputation** 18:11
18:14 41:6,20
46:8,20 47:21
49:19 50:10,12
50:13 63:14,22
63:24 91:16
93:25 136:1
137:11 177:14
184:23 185:2,9
185:12
**request** 172:5
**requested** 113:12
192:8
**required** 59:5,11
**requirement**
25:23 119:18
**requires** 103:21
**researched** 81:9
**reserve** 52:22

**reserving** 176:19
**reside** 7:6
**resident** 1:9,10
1:10
**resolution** 157:15
**resolve** 130:16,22
**respective** 4:15
**respond** 50:16
77:6 138:11
160:9 168:6
**responding** 49:24
**response** 77:7
100:12,17 137:5
141:25 144:6
156:7 161:18
**responsible**
160:21
**responsive** 23:16
23:18
**restate** 104:18
124:8
**restricted** 15:24
**result** 61:18 98:7
116:22
**results** 21:8 30:10
32:10 33:21
111:14,15 187:23
188:10,20
**retail** 17:5,8,11
**retailer** 10:6
16:16 18:2 26:21
**retailers** 25:16
27:25
**return** 36:10,21
36:24 37:7 55:8
59:18 62:19,24
63:5,9 131:7,16
141:14 142:11

**returned** 37:4
56:15 57:19
59:17,21,24
141:19,20,25
142:9,12 186:2
**returns** 142:7
**reused** 113:23
**revenue** 108:25
109:15
**review** 192:8
**reviewed** 101:1
**rib** 106:9
**richard** 2:2 66:3
**rick** 176:11
**rid** 114:24 115:1
115:20 137:5
**rifle** 152:25
**rifling** 167:23
**right** 5:3 6:14,15
11:8 18:6 24:17
30:9 42:6 52:20
52:22 65:23
75:16,19,23 76:1
76:17 77:17
81:10 95:2 98:24
103:16 133:24
134:23 138:5
144:24 157:19
159:14 163:8
164:17 165:20,24
170:7 176:19
183:22 189:9,11
189:12,17,21
**rigors** 119:22
**rip** 77:3,11
**road** 2:3 12:10
41:4

**robinson** 2:18,19
3:3,4 53:4,8,9
59:9 62:1 64:3,11
64:18 65:8 82:21
83:20 84:2,18
85:2,11,19 86:6
90:1,23 91:11
99:16 116:25
117:4,6 123:2
126:7,12,19,25
127:8,16,24
128:5,11,17,24
129:7 131:2,9
135:21 136:3,8
139:4,10 146:15
147:5,22 148:5
156:12 159:21,25
161:4,9 163:24
164:8 166:8,14
166:24 168:15
169:8,14,22
180:13 182:16
185:20,24 187:14
187:16 188:14
189:5,7
**rockwell** 24:2,4
24:12,23 25:4,9
25:10 26:13
27:21,25 30:12
31:17,21 32:16
32:17 34:1 58:22
115:25 117:12
175:11,20 188:2
**roll** 121:22
**rolled** 154:14
158:14,15
**rolling** 151:5

**room** 175:18
**round** 21:2,12,16
21:17 114:13
156:10 173:5,9
173:14,25 174:18
**rounded** 153:10
153:24 154:2
**rounds** 15:25
156:8,19 167:16
168:11 169:1
**roy** 19:13
**roy's** 162:4
**ruin** 166:12
**rules** 6:2,3
**run** 18:8 54:10
155:5 163:14
**running** 152:10
155:20 156:4
**rush** 117:2

**s**

**s** 2:1,2 3:1 4:13
4:13 5:1 11:2
**s&k** 155:12
158:10
**sale** 102:3 109:21
114:9 115:5
118:1 122:13
149:6,8,9 157:17
**sales** 109:21
**sample** 71:17,20
**sanded** 115:3
**satisfaction**
180:15
**satisfied** 35:9
38:18
**saw** 177:18,21
181:20

**saying** 20:14
30:19 79:17 81:5
82:6 83:23 99:14
100:22 122:18
123:13 133:8
136:12 143:17
152:6,23 156:17
160:15,25 163:12
165:12,13 166:3
170:24 179:12,19
**says** 54:14,23
55:11 56:5,18
57:23 58:8 60:8
60:13,22 61:3,16
75:17,20,21 76:2
77:17,21 87:23
89:7 90:10 91:4
95:15 99:3 103:1
111:8 138:10,14
139:14,22 140:6
153:4 154:12
160:14 164:11,21
164:25 165:19
166:1 167:5
179:5 183:16
**scam** 48:21,25
49:3 51:10,14,17
52:3,6,8 133:7,10
133:16,19 134:3
134:4,5
**school** 13:13
**schueman** 10:25
11:7
**sci** 106:15 112:5
112:7,7,10 113:1
130:3 131:25
144:20

science 11:10,18
scope 8:21 13:19
scott 2:13
screen 66:9 75:5
  75:12 78:22
  87:10 157:25
  161:19
screenshot 159:8
  159:11
screwed 134:17
  134:24
scroll 90:9
seat 173:10
seated 168:18
second 80:18
  87:19 88:8
  108:22 121:7,10
  153:19 156:7,17
  176:10 184:20
seconds 175:21
secretly 37:10,16
  37:19
see 26:6 32:9
  35:23 44:1 48:5
  54:11 64:4 73:19
  75:11,16,18,19
  75:21 76:2,11
  78:22,24 85:18
  87:19 88:16 89:1
  89:21 90:20
  95:14 121:11,12
  134:20 143:9
  153:11,19 157:25
  159:5 161:19
  167:3,7 168:6
  173:20 183:3,5
  186:11

seeing 81:14
seemingly 89:23
seen 28:2 46:11
  48:1,2,3 73:14
  101:2 131:23
  154:6 173:2
  179:8,10 180:19
  184:24
sees 174:6
segregate 112:24
self 122:7
sell 10:2,8,14
  17:7,11 23:20
  35:8 38:25 55:6
  62:15 103:5,10
  106:11,22 107:9
  107:25 108:25
  109:13 143:23
  144:9,16,18,23
  145:5 146:6
  148:3 149:11
  157:20 171:25
  185:15
seller 36:11
sellers 14:16
selling 10:1 17:5
  35:2 39:17,20
  40:7,17 50:18
  102:5,8,14 107:1
  123:8,12 138:15
  184:8
sells 10:18 14:1
  16:16 27:6
semi 12:10
send 35:21,22
  40:25 56:2 71:17
  72:20 73:24
  110:13,17 111:18

116:23 125:22
  126:11 127:5,14
  127:21 128:22
  130:11 138:21
  139:1 143:22
sending 41:4
  143:20 159:24
  169:11
sends 76:25 167:2
sent 22:3 29:22
  32:23 33:10,21
  34:24 35:12,16
  36:4,7 37:9 38:1
  40:23 42:24 44:2
  56:6 57:7,12,20
  57:23 58:9 60:8
  71:20,22 72:7
  77:13 79:14
  88:10 110:19
  111:9 113:17,17
  122:22 123:25
  125:15 158:24
  159:18,19 160:10
  161:13,18 165:6
  165:25 168:3,24
  171:3 186:16
  187:7 188:9
sentence 56:17
  58:8
serdio 1:19 191:6
  191:14 192:5,22
serial 112:20
serialized 9:14
series 5:25 66:6
  167:2
service 189:24
services 46:16,18
  140:13

servicing 46:8
set 33:16 39:23
  166:2
setting 35:5
seven 176:20
seventeen 107:22
shady 47:1,1,11
  47:17 48:4
  132:14 177:15,19
  177:22,25 178:3
  179:6,19 180:9
  180:10,17 184:24
  185:9,12
shake 66:7,11
shape 65:4 86:13
share 75:5
shay 1:5 2:23
  3:15 20:1 37:18
  47:2 51:1 53:16
  61:22 62:6,22
  66:4 70:13 77:2
  87:23 88:1 89:5
  124:12 125:2
  126:4,10 132:13
  132:16 133:2,5,6
  137:6 138:24
  164:11 166:13
  179:19 184:16,23
shea 47:11,17
sheen 186:10
  187:1
shelf 35:8
ship 172:3
shipped 137:21
  140:4
shipping 138:7
shirt 77:4,21

**[shit - slides]**

**shit** 128:8 138:16
138:18 139:3,9
**shook** 43:20
**shoot** 21:16 44:19
73:10
**shooter** 16:13,14
150:11,13 162:21
163:5,8,10
**shooters** 1:8,18
2:10,15 5:21
14:12 22:8,12,16
22:19,22 23:1,5
23:15,19 24:11
24:18,23 25:17
26:22,24 30:15
39:10,13,16,16
39:19 40:1 49:24
50:4,13,16,24
51:3,9,13 52:11
63:5,9 106:17
108:1,4,11,25
109:12,14 112:9
112:12,16 123:11
129:18 130:4
131:6,15,17
132:7 133:1,6
145:8 150:5
161:14 170:6
**shooting** 8:6,10
8:13 9:8 14:2,6
14:11,15,20,23
16:10 18:13
21:17 22:1 23:21
24:13,20 26:18
39:2,7,21,24 41:7
41:21 46:20 47:1
47:20 48:13,24
49:4,16 59:6,12

73:2,5,13 88:14
108:3 118:9,13
118:16,18 119:10
119:13,15,16,19
119:22 123:1
188:12
**shop** 31:2 42:25
68:3 88:11,20
89:24 102:12
171:19 181:21
**short** 171:9
**shorten** 44:16
**shortens** 44:14
**shorter** 69:15
**shortly** 19:25
68:8 79:15
**shot** 34:11 119:5
154:4 167:22
168:13
**show** 34:11
110:21 135:9
169:2 182:23
**showed** 33:21
64:7 97:11
146:21 157:3
**showing** 134:19
147:7 158:6,13
159:1,2 178:18
**shows** 42:5 76:13
136:21 154:9
**shyster** 177:19
179:6,20
**side** 84:24 90:16
106:9 113:10
114:4
**sides** 80:2,5
**sideway** 154:4

**signature** 191:14
192:21
**signed** 191:9
**significantly** 86:9
86:13
**signing** 4:16
**signs** 64:7
**similar** 69:25
79:3 83:17 84:7
84:21 88:12
90:22 98:9
**sincerest** 81:5
**sir** 5:9 26:25
61:21 65:10,12
66:19 67:9 69:3,9
70:10,24 72:18
74:3,21,25 75:3
75:11 76:3,9 77:7
78:22 79:8,11
80:14,18,25
81:16 82:2 84:1,9
84:12 85:10
86:16 87:19 88:4
88:16 89:21
91:15,20 92:5,7
92:16 93:2,23
94:1,6,9 95:18,25
96:24 97:2,4
98:20,24 99:25
100:14 102:15,25
103:6,8 106:12
106:15,19 107:10
107:14 108:8,12
110:5 111:7,19
113:7 121:8
132:3 147:17,21
153:11 154:11
155:3 156:11

158:1,7,24 159:5
159:7 161:20
163:18 167:3
170:3 176:7
177:5 179:10
182:22 183:3,6,9
183:14 184:22,25
185:25 188:15
**sit** 19:1
**sits** 120:2
**situation** 40:15
42:2 116:18
127:23 146:18,22
154:7 155:18,25
159:22 160:22
165:3 174:5,16
**six** 69:12
**size** 83:9,10,12
**sized** 104:6
**skipping** 139:15
139:23
**skus** 107:23
**sleeve** 44:10,12
44:17,22 45:3,4,7
169:2
**sleeving** 44:17
**slide** 46:3,4
106:10 120:3,8
120:11,13,14,15
120:16,19,23
121:2,17 153:20
154:6,23 156:2
156:16,17,19
157:25 159:5
**slides** 13:18
43:11 150:25
154:23 155:4
156:23

**[slightly - started]**

**slightly** 59:2
118:4 186:12
**small** 83:7,11
87:20,22 152:25
155:6
**smaller** 83:12
**smart** 45:14
180:3
**smiths** 152:9
**snapshot** 183:19
**soft** 20:8,9,12
23:20 24:20,21
29:21 30:12
32:23 35:24
37:24 38:1 50:1
59:22 65:4 99:25
110:4 123:18
125:3 126:5
129:11,13 130:16
130:23 142:18
159:9 160:16,22
161:1
**softer** 24:19
32:13,15 44:19
57:24 58:10,15
58:21,25 59:2
117:21 118:4
121:1,16 122:20
122:25 123:12
130:5
**sold** 10:20,23,25
11:4,5 21:25
24:11,18 34:25
39:24 40:18 60:4
101:23 102:10
106:17 113:23
117:22 123:4
130:3,5,6 131:18

**149**:13 150:1,4
**solemnly** 5:5
**solid** 33:19
114:19
**somebody** 18:18
18:21 19:21
20:17 21:6 28:6
83:23 84:6 89:19
98:13,22 99:3
116:2 137:10,13
159:9 175:5
178:2 185:11
**soon** 184:14
**sorry** 9:5 12:4,12
19:11 28:11
50:25 63:6 66:9
75:23 80:13
86:23 94:13
100:9 106:16
112:7 113:17
121:6 124:20
127:17 129:12
130:17 139:18
140:17 141:21
144:23,25 147:19
151:4 154:18,22
155:15,21 158:11
167:14 168:24
**sorts** 155:5
**sound** 71:11
**sounded** 52:6
**sounding** 175:2
**sounds** 164:16
**south** 132:7
**southern** 1:1
**speak** 34:5,6,16
34:17 116:14

**speaking** 6:10
29:25 76:19,21
91:7,9
**special** 103:3,8
113:13,18
**specific** 32:12
66:25 90:25
117:17 125:18,19
142:19 155:3
170:16 173:19
180:2
**specifically** 13:23
29:14 30:5 33:16
37:25,25 43:13
43:24 45:22
49:10 60:21 71:6
79:6 81:1,3
100:21 101:14
102:12 116:2
123:4 132:1
137:16 145:11
170:10 171:1
178:1,7,8 180:25
181:15 189:2
**specifications**
23:8
**specifics** 132:11
181:9
**specs** 71:24
**speculating** 175:5
**spell** 7:20 11:1
**spent** 67:24
**spewed** 138:16,18
**spewing** 139:3
**spiral** 103:3
**split** 21:9 92:4
**spoke** 28:20 29:4
29:10 30:23,24

**34**:7 96:3 116:9
**spoken** 34:13
**sponsored** 67:11
150:13
**sport** 15:14
118:19
**spring** 153:5,6
**squib** 21:2,11,12
21:18 173:3,4
174:2
**squibs** 21:4
**srp** 152:23,25
156:8
**staccato** 112:11
112:11
**stainless** 9:24
58:13 117:25
118:3
**stand** 70:8 148:21
152:24
**standard** 25:2,7
45:13 103:24
104:2,6,15,22
113:14 128:9
172:7,12
**standing** 115:8
**standpoint**
119:13
**start** 57:25 66:22
67:4 102:1 104:3
120:24 134:18
**started** 12:14
13:12 17:20
22:23 66:24 68:8
68:8 69:19 80:12
102:2 135:2
163:5 176:9

**starting** 177:6
**starts** 122:6
  138:12
**state** 1:20 6:15
  191:3,6,15 192:2
**statement** 38:5
  38:11,15 55:1
  56:20,22 60:18
  60:25 91:13
  135:24 140:16,19
  163:18 167:10
**statements** 61:18
  61:23 135:18
**states** 1:1
**steal** 77:12
**stealing** 77:3
**steel** 9:24,25
  11:22,25 24:9,19
  24:19 25:21 26:7
  27:13,18 28:1,5
  57:24 58:10,13
  58:17,22,25 59:2
  59:5,10,11,15
  60:1,5 94:23
  114:5 117:22
  122:21,23,25
  123:9,12 130:5
  186:23
**stenographic**
  192:10
**stenographically**
  192:6
**step** 133:22
  171:24
**sti** 90:13 92:4
  93:10,12,15,16
  112:6,11,12

**stick** 120:5
**stipulated** 4:14
**sto** 11:7
**stock** 29:9 31:2
  102:11 103:3
**stole** 79:18
  185:18
**stolen** 89:16
**stop** 40:13
**stopped** 40:10
  107:1 132:7
  171:18
**stopping** 117:1
**stops** 46:12
**storage** 134:19
  135:2
**strayer** 145:21,24
**street** 2:19
**strike** 28:11 69:4
  70:23 72:23
  74:23 103:20
  111:14 124:25
  130:3 131:5
  158:9 168:2
**strokes** 178:16
**stroking** 178:11
  183:16
**stuck** 21:15
**studied** 11:21
**studies** 11:12,13
  11:24
**study** 11:16
**stuff** 113:15
  134:18 135:2
  176:9
**style** 68:25 70:2,4
  70:4,6,8,9 120:2
  153:7 186:8,8

**styles** 186:25
**subpoena** 74:25
  76:6 86:21
  100:17 110:24
  133:22 143:6
  161:18
**subpoenaed**
  100:10
**subsequent**
  110:17
**substantially**
  83:17 98:8
  109:10
**sue** 141:14
  164:12
**sued** 50:10 171:4
**suffered** 64:15,20
**sufficient** 25:14
  26:17
**suggest** 35:20
  126:1 133:2
  143:2 170:21
**suggested** 134:2
  147:13,14 155:18
  155:24
**suggesting**
  160:20 165:15
**suggestion** 148:3
**suing** 41:5 141:12
**suitable** 59:12
  123:1
**suite** 2:4,9,14,19
**suited** 21:25 39:1
  39:6,21,23
**summary** 60:10
**super** 77:14
  118:23 119:1,2

**supplied** 148:19
  149:2
**suppliers** 145:5
**suppose** 144:15
  182:17
**sure** 34:25 45:2
  51:24 52:5,25
  57:14 85:4,13,21
  91:3 145:14,15
  146:17 165:7
  186:3 188:25
  189:10
**surface** 43:4
  114:4
**surfaces** 64:15
  65:1
**surprise** 135:11
  135:14,15 136:20
  136:24,25 137:1
  137:3,8 144:10
**surprised** 139:14
  139:22 144:8
**surprising** 137:2
**surrounding**
  171:2
**sutcliff** 2:18
**sv** 93:13,17,19,22
  93:25 145:16
**svi** 145:8,22
  146:10
**swapped** 37:10
  37:19,24 38:1
**swaps** 37:16
**swear** 5:5
**switched** 113:14
**sworn** 5:13 191:8
**sympathetic**
  89:23

**[t - theory]**                                                                 Page 226

| t | | | |
|---|---|---|---|
| **t**  3:1,1 4:13,13 192:1,1 | 54:8 57:5,16,19 58:2 67:6 71:8 | **terms**  63:21 108:24 | **testify**  170:21 |
| **t1**  90:13 | 77:25 85:13 93:8 95:14 96:24 | **test**  24:6 30:10,25 31:15 32:6,8,10 | **testifying**  37:22 |
| **table**  113:15 | 101:1 111:12,23 117:20 122:19 | 33:3,11,17 34:1 112:2 116:20 | **testimony**  3:2 5:6 6:11 55:2 81:18 84:1,14 101:3 163:17 178:5 181:19 185:10 187:13 |
| **take**  6:12,13 65:13,20 92:10 104:17,21 109:25 117:1 119:25 131:11,25 138:20 154:10 167:9,9 175:19 | 123:7,11,20 125:13,17 126:4 126:10 128:7,14 128:21,22 129:3 130:2,4,10,14,21 130:25 131:6 132:9,13,16 | 128:10 172:2,8 172:12 175:9 |  |
|  |  | **tested**  31:1,18,20 32:2,21,22 33:1,7 33:19 34:20,22 35:13 38:18 56:5 56:6,9,13,18 57:3 110:4 111:12 112:15 114:7 115:7,8,11,13,15 115:17,25 116:5 117:12 123:20,22 123:23,25 124:4 154:19,23 187:6 187:9,18,21 | **testing**  30:6 32:22 34:9,14 35:18,21 57:2,7,12,20 111:19,25 113:18 114:15,22 116:21 117:13 126:11,18 127:6,21 128:23 130:12 131:1 175:9 186:3,17 187:4,7,24 188:9 |
| **taken**  1:14,18 5:22 65:25 117:8 131:19 151:18,21 | 133:6,9,12,15 142:16,21 153:25 154:9,13,16 157:2 158:15,17 158:18,19 159:7 | | |
| **takes**  18:8 | 164:5 165:9 | | |
| **talent**  91:5 | 167:13,15,18,22 | | |
| **talk**  73:20 101:15 172:18 | 168:1,3,23 175:8 175:20 180:23 | | **tests**  111:16 114:16 |
| **talked**  66:16 117:16 133:24 170:18 171:15 172:15,21 176:23 185:3,17 | 181:8 183:11,13 183:14 186:17 **telling**  126:15,17 133:17,18 134:22 134:24 135:1,8 139:8,9 | **tester**  31:18,21 111:10 175:12,20 175:23 187:4,6 187:22 **testified**  5:13 7:22 13:25 16:15 | **text**  53:23 73:24 74:1,9 100:2,5 101:6,9,12,13 110:11 111:24 159:12 165:6 |
| **talking**  32:24 46:13 74:12,14 114:10 117:10 | | 28:16 29:10 36:1 38:17,21 80:20 | **texted**  70:19 |
| **taran**  162:16 163:1 | **tells**  154:8 155:19 181:16 | 98:13 99:22 101:23 106:21 | **texts**  100:6 |
| **tarr**  162:14,14,18 | **ten**  15:25 17:23 41:14 47:12 79:7 | 111:11 113:22 114:16 115:7 | **thank**  5:9 7:11 52:24 65:12 117:6 164:19 185:19 188:15 189:6 |
| **tarr's**  162:5,13 162:16 | 108:5,6 184:25 | 124:4 141:8 144:22 145:4 | |
| **tasting**  188:20 | **tend**  136:1 | 175:11 180:19 | **thanked**  137:3 |
| **technical**  58:19 | **term**  26:9 43:16 47:17 51:16 52:2 52:8 | 181:1 184:22 | **thee**  84:9 |
| **telephone**  53:15 | | | **theirs**  98:2,9 99:4 |
| **tell**  19:19 20:7 21:4,11 30:20 37:18 38:3 52:16 | | | **theories**  79:23 |
| | | | **theory**  83:9,14 |

thicker 104:2
  105:8,9,13
thing 15:24 40:16
  41:2 43:5 46:9
  52:6 75:21 77:2
  88:11 90:25
  121:2 135:6
  138:15 142:6,14
  164:25 166:6
  180:2
things 12:1 13:20
  29:20,22 53:13
  55:12 101:14,15
  135:9,12,17
  137:2,14 138:21
  155:7 164:23
  171:2
think 11:2 18:9
  25:11,13 36:6
  40:14,20 44:13
  54:5 55:25 79:20
  82:23,25 83:17
  84:7 94:7,9
  101:22 107:4,18
  111:11 113:13,22
  114:1,16 115:6
  117:10 118:24
  119:19 124:4
  126:24 135:8
  141:8 143:18
  145:21 146:12
  147:2 150:13
  151:12 152:10
  156:10 162:23
  166:20 172:25
  173:25 174:15
  177:13,17 180:17
  187:12

thinking 50:22
thinks 178:17
thinner 104:3
third 14:9
thought 23:13
  29:18 35:6 39:16
  39:20 50:9 52:5
  70:7 79:17
  131:22 141:23
  164:25 168:17
  177:17
thread 45:7
  165:20
threaded 27:10
  165:25
threating 45:6
  104:11
threats 104:14
three 15:14 17:14
  84:24 97:23,23
  179:8
throat 124:21
throw 122:1
tightly 43:21
till 185:5
time 1:15 6:11
  13:2 20:1,5 28:20
  28:24 30:2,24
  31:16,17 33:12
  36:2 47:10,13
  51:5 52:21,24
  53:13,18,24 54:9
  62:6 65:12 66:18
  67:6,8,12,13,18
  69:19 70:12 73:6
  73:11 74:9,11,14
  74:21 78:14
  88:22 90:14

97:19 106:24,25
  113:14 124:14
  129:20,25 132:10
  143:25 161:14
  163:13,22 164:4
  171:15,23 172:21
  173:2 176:8,15
  177:4 183:25
  184:3,6,14,15,18
  185:19 186:22
times 33:8,20
  68:6 84:3 89:7,11
  99:17 172:23
timing 121:5
  122:2,4,6
timothy 1:9
title 6:25
today 17:2,8 19:1
  38:22 52:24
  81:18 84:1 116:3
  141:4 170:3
  176:15,17 189:18
told 18:17,20
  20:8 29:14 30:12
  37:25 40:17
  52:12 57:21 59:1
  60:10,19 63:4
  71:10 116:20
  124:16 127:4,4
  128:21 129:3
  130:8 131:10,12
  138:20,23 140:6
  141:10 142:23
  144:9 146:7
  147:16,19 179:18
  182:10 186:24
tolerances 12:1
  18:6 59:5

top 75:19,21 76:2
  76:16 86:14 88:4
  90:15 113:9
  115:13 139:15,23
  153:20
total 10:17 12:16
tough 89:18
town 149:20
tradename 95:3,4
trading 48:21,25
  49:3 133:7,16
train 68:25
trained 67:21
  68:21 69:5
training 66:17
  67:1,1 68:24
  69:12 163:5
transcript 4:17
  192:8,9
trap 43:16
traps 43:23
traveled 73:12
traveling 120:24
  132:7
treat 187:18
treated 122:14
treating 187:10
tried 88:15
trigger 8:21
  13:18
trips 68:3
troll 137:11
trolls 179:6
truck 12:9 134:17
  134:25
trucking 134:5
trucks 12:10

true  69:3 91:15
  92:5 106:18
  116:22 140:16
  147:12 163:18
  192:9
trusted  179:8
truth  5:6,7,7
  139:8
try  46:14 50:9
  66:11 112:13
  136:17 166:12
  169:11 176:18
trying  70:22,23
  71:4 77:9,12
  89:19 107:5
  130:15,22 135:9
  137:4 166:16
  169:20
tungsten  44:10
  44:12,17 45:3,4
  169:2,3
turn  187:9,17
turning  45:6,8,13
  45:21
twenty  107:22,22
two  14:8 32:12,23
  35:15 55:13
  56:12,25 57:1,25
  83:16 84:13,25
  85:17 90:12,14
  90:15,15 110:4,7
  111:9,19 112:3
  112:14 115:25
  117:12,24 118:2
  122:22 123:23
  145:10 149:24
  156:22 159:10
  186:1,5,13,23,25

187:3
type  15:4 24:6,19
  25:4 27:10,12
  28:1,5 31:11 43:2
  58:13,15,25 59:2
  59:4,10,11,15
  60:1 95:5 96:10
  97:5 119:15
  135:5 173:19
typed  110:11
  163:19
types  8:25 11:16
  11:19 25:20 27:8
  42:15 58:17,22
  105:6,7 107:19
  154:25 186:23
typically  8:24
  25:18,20,23 26:1
  26:3 28:10,12
  34:17 173:23,24
  174:11

**u**

u  4:13 11:2
u.s.  14:5
uh  66:12,12,12
undamaged
  153:9
understand  6:5
  25:13 55:18 56:2
  66:13 85:21 88:1
  88:19 91:1
  117:23 127:17
  134:22 139:21
  149:10 160:17,18
  164:22 165:22
  171:4 187:17,20
  188:10

understanding
  24:4 45:4 47:4,7
  51:6 57:9 118:4
  131:11,15,17,21
  131:24 157:22
  187:15
understood  57:1
  117:24 186:3
unfair  55:12,19
  55:23 60:9
united  1:1
universe  159:13
university  11:11
unjustly  50:10
unsafe  40:2
unsuitable  59:19
upgrades  13:17
uphold  50:9,12
upper  32:18
  75:16
ups  185:21
upset  69:23 144:4
  147:3
upstanding  45:8
use  15:20 16:1,2
  16:4,17,21 17:2
  17:17 18:9 38:22
  39:4 47:16 58:16
  59:14 81:19,23
  89:16 92:15 93:1
  93:19 96:16
  114:8 146:20
  149:3 188:4,11
user  21:1,20
uses  44:9
uspsa  14:7 15:1,4
  67:8 68:9 73:3,5
  118:16 119:15,18

129:17 152:14
  163:2
ut  163:14

**v**

v  16:7
variances  58:22
variations  117:25
  118:3
variety  58:14
various  13:20
  61:19 73:14
  78:19 94:19 97:7
  100:7,23 107:9
  155:6
vary  31:12
vast  8:11 9:3
  53:10
vegas  34:12
vendors  49:8,12
  61:16 144:23
verbal  66:11
verify  186:20
version  118:5
video  183:20
videoconference
  1:17 191:8 192:7
videos  44:3
virtual  192:6
visible  113:11
visit  132:25
visually  186:11
vlieger  4:4,6 16:6
  16:9,12 51:14
  129:14,16,21
  130:2,4,10,14,21
  131:6 133:12,15
  142:16 143:7,17

144:7 146:7,12
150:11 151:8
152:1,6 154:8
155:19,24 156:17
157:7 158:3
159:19 161:13
172:15
**voigt**   145:21,24
**volume**   118:19
**vs**   1:7

**w**

**w**   7:21
**wac**   156:7
**waive**   189:9,12
189:16,21
**waived**   4:17
**want**   40:15 41:2
54:10 55:6 57:25
62:8,11 63:18
64:4 65:9 78:6
86:18 90:9,10
100:15 109:23
117:3 123:14
131:11 141:9
160:24 171:24
186:3 189:8
**wanted**   27:2
53:11 68:24
72:20 118:5
124:7 185:14
**warranty**   46:9
131:20 157:8
**way**   21:14,25
33:19 40:14
54:12 79:21 83:8
83:13 89:18,19
115:12 116:21

124:23 128:10
148:19 156:14
168:19 169:12
170:22 173:20
175:8
**ways**   64:6
**we've**   11:4,5 61:7
103:2 134:16
136:12,14 138:6
138:6
**wear**   44:20 45:23
45:25 46:2,5 64:8
**website**   27:6,12
102:3,15 103:4,6
106:12,22 117:22
118:1
**week**   111:9
163:14
**weeks**   171:11,14
**weight**   44:20
**weird**   166:6
**wells**   94:12,14
**went**   69:24 80:20
80:24 81:4,15
87:1 132:25
133:5 137:23
**west**   2:3,14
**when's**   172:21
**widespread**
60:15 94:7
**willing**   70:21
**wilson**   2:7 5:20
**win**   167:20
168:12
**winning**   42:2
**wish**   180:3
**withstand**   119:22

**witness**   5:8 7:10
51:25 52:25
65:22 121:6,9,12
121:14 130:17
132:22 139:18
141:2,4,21
144:25 155:21
176:11,14,21
189:8,21
**won**   15:2,3
**wonder**   164:18
164:19
**wonderful**
164:17
**wondering**   111:9
**words**   47:13
107:17 139:2
**work**   12:6,11,13
12:19 13:5 17:18
17:21 35:23
41:24 42:5,6,10
43:2,14 46:6,9,12
46:14 55:24 68:2
79:23 83:25 89:6
89:10 129:18
141:13 148:16
167:12 168:20
169:19,21 177:6
181:24
**worked**   12:7,15
12:16 40:24
66:19 67:3,14
151:13 181:2,24
**working**   12:3,25
13:4,8,10,12,14
62:10,13,16
161:14 170:4

**works**   42:3,4
65:22 83:8,9,14
95:21 117:4,5
146:2,10
**world**   76:13,14
**worn**   167:23
168:13
**writer**   162:18
**writes**   134:15
162:3
**wrong**   60:1,5
88:10 128:23
**wtf**   168:7

**y**

**y**   2:7
**yeah**   25:6 34:4
36:19 43:17
50:14 52:10
54:22 60:12 73:8
78:5 79:9 87:22
97:17 104:24
113:20 114:12
116:23 118:10
120:9 121:12,25
124:1 135:4,7,19
136:10 141:3,18
144:15 145:21
153:15 157:18,20
158:2 162:2,15
163:20 177:9
178:8 189:24
**year**   19:8 69:17
74:8 150:8
**years**   8:16 12:17
13:3,9 16:25 17:6
17:14,16,23,25
18:17 22:14,23

34:12 41:3,14
47:12 71:9 79:7
97:23,23 102:2,4
108:5,5,6,19
129:22,23 132:6
133:1 150:9
165:8 170:7
171:18 176:25
177:2,7,18
179:17,18 184:25
185:5

**yee**   2:2,3 36:12
38:8 46:22 48:10
48:15 49:5 51:19
51:21 65:16 66:5
162:9 187:11

**yep**   63:7 75:15,24
76:4 90:19
121:14

**york**   68:4,11,13

**youtube**   183:20

**z**

**zimmerman**   2:18

**zoom**   191:7 192:7

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.



**Dame Michael**
Active now

2/10/20, 7:09 PM

If you dont mind indulging my curiosity what was the comp thing with you and shay. Did he rip your design off or accuse you of stealing his?

Also, buy a shirt, it's not me

I dont know who

But I luv it

After I got my first machine, I offered to make comps for him. (trying to get into the parts mfg biz and all). I didn't do the best job, gave him his money back. He proceeded to rip me up on the internet and accuse me of trying to steal his design because he sent me the dimensions so I could make it for him.

And that's after he BS'd me with a super cheap price on the comps.

Which I matched because i was a noob

We've been digging here and there as of late

He screw a bunch of people over in the moving truck biz

Closed one company to start a new one with stuff in storage

Peoples electronics never showing up

He bought some grips from me over the last few months. I'm not selling him another thing after that KKM deal and the line of shit he spewed to me about it.

I'm surprised anyone deals with him with his history of skipping Bill's on top of this

Oh it was all prepaid, no way I was doing terms

I'm told he owes the dlc guy in ohio for 11 guns

Not surprised

His lawyer(Roy's buddy) blocked me on fb after I made the C&D joke on tarrs post about butler

**EXHIBIT**

**1**

exhibitsticker.com



EXHIBIT

2

exhibitsticker.com



EXHIBIT

3



Shay Akai

**Imitation is the sincerest form of flattery**

Pfffft... Who ever said that?

Kyle Riojas, Harold Norris and 3 others      26 Comments

👍 Like     💬 Comment     ↗ Share

**Robert Gabanto**
Imitation happens when you can't keep up with the competition.
Like   9y

**Shay Akai**
Sent a drawing of our compensator to a "machine shop" to manufacture for us. Next thing I know, they have a very similar compensator claiming it as their own. I guess I should be flattered that they now call it the "flattest shooting comp they have ever tried".
Like   9y

**Robert Gabanto**
Just saw it too! Looks your comp will be the blue print of all the comps. Feel sad for that "machine shop", well at least we know who's the GOD of comp! Congratulations shay!!
Like   9y   👍 2

**Chuck Bradley**
This industry is full of it Shay. Some people can only copy the work of others and the bad part of it is many times that copy get mad at those that copy from them also. I have been copied to the point others claim it was their design. Most people don't care either. Ask anybody using a Midway knock off of my bag, they don't care it will fall apart in a few months of use, or if it was a stolen design, as long as it was cheaper. They end up with our bag eventually after they learn the hard way. This industry is tough with everybody trying to find a way to cut into somebody elses piece of the pie.
9y   👍 2

**Shay Akai**
They made comps for me. Now they are claiming it was their research and development. They changed a few minor specs, but funny how they came out with it right after I sent them the drawings. Chuck, you know how long I have had that comp design...
Like   9y   👍

**Kevin Gentry**
https://www.facebook.com/photo.php?fbid=558859637460761&set=a.137726642907398.25513.137621616251234&type=1&theater&notif_t=photo_reply
Like   9y

**Rsk White**
So who is it Shay?
Like   9y

**Rsk White**
Nevermind. Just saw it.
Like   9y

**Dan Mitchell**
Imitation happens when someone has no creativity or talent. It is not flattery!
Like   9y   👍 2

**Yael Shany**
A part does not make the whole gun as good as the whole gun you build
Like   9y

**Peter Oliver**
ArghBULSHITchoke, cough, sputter....
Funny how it's always the same shit at the end of every rainbow!
Like   9y   👍

**Chuck Bradley**
I just compared the 2 and there is a pretty big difference. STI has had their T-1 Comp for a very long time and both are similar to it as well. At least in that it has 2 top ports and 2 side ports. Both the others just change the dimensions of those po... See More
9y

**Miguel Gamboa**
Sorry to hear that...

EXHIBIT

4



**Miguel Gamboa**

**Shay Akai**
You are right... The T-1 has not been used for major power factor for quite a while. Most gun builders use more elaborate comps than that.

Yes, the port sizes were changed a bit, but the concept is the same. The funny part is that our phone is ringing off the hook, people are recognizing the design, and most people, can not see the differences. If you compare the Akai comp to most popular comps, it is a very different design. Our goal was a two port comp that is shorter but very effective.

Every comp out there uses ports and most use bleeder ports. In other words, all comps are, basically, the same. Very few use two ports and a large bleeder port. The curious part and the one that stands out is that we sent the drawings for our comps to them for manufacturing. Right after doing our comps, they come up with their comp that has just a few changes to it.

Notice they said weeks of development...

Like    9y    



**Chuck Bradley**
Believe it or not STI still uses the T-1 for 9mm major. I just had this discussion with them. They do T-2 for Super and on the short match master. Fact is their design is about as much different than yours is from STI's design. The part about you sending them plans is more of an issue. Maybe yours gave them an idea on how they thought they could improve on it as you did with STI's. I still like the bedells or the 3 ports on top. In the ends I dont think any make that big of a difference.

9y



**Shay Akai**
Actually, the STI T1 was not our inspiration. Another comp that you sell was our inspiration and we spoke to the designer and respectfully explained the differences. We did not manufacture comps for someone else and then attempted to improve on them.

Like    9y



**Angus Hobdell**
Next time talk to us..... We have the 5 AXIS lathe you know.

Like    9y    



**Ian Jones**
Shady stuff, hope it comes back to bite them in the ass.

Like    9y



**Bobby Keigans**
Actually Shay, I said "designed through weeks of fluid engineering model development". Not that the comp was developed in recent weeks, but we spent several weeks tweaking the software models. I have a few mechanical engineering friends (including a FGW team shooter and 2 of my first cousins), even one that specializes in thermofluid dynamics (he's a suppressor manufacturer) and we used that technology to make this comp the most advanced pistol compensator on the market.

I'm sorry if you think anyone tried to copy or imitate your comp design but that certainly could not be further from the truth. We've been working on this since we shot the Ohio Sectional together in 2010.

9y



**Bobby Keigans**
If you'll go look at the photo of the comp posted you can tell they are different. As much or more different than yours is compared to anyone else. There's not a single vertical wall anywhere in the comp.

9y



**Shay Akai**
Bobby, I cleared it with Matt Cheely. Cool it. I know all about the non-vertical walls, lol.

Like    9y



**Ryan Davis**
My sti has the t1 comp and its not bad once you find a load it likes. I found the t1 needs a pretty stout load to work. I agree with chuck about them not being a whole lot of practical difference between them. For me at least once I got the load down even the y1 can shoot pretty flat

Like    9y

**Jimmy Meacham**
Calm down Shay. Don Hardy helped design your comp and I don't see him all upset!!!! lol

Like    9y

  

**Jimmy Meacham**
Calm down Shay. Don Hardy helped design your comp and I don't see him all upset!!!! lol

Like   9y

**Pong Lim**
Should have pattend or registered the design so it cannot be copied, welll thats d freedom of market too bad to hear that they just replicate it and claim that its their inventions... I still love ur comp shay rather than theirs.

Like   9y

**Don Hardy**
Huh? I designed Shay's comp? I agree it's the best comp ever made, but ...no, I didn't design it. I'm the guy who designed the 2011 modular frame. And who is Jimmy Meacham?

Like   9y

**Don Hardy**
Ewww. I just studied pictures of the "other" comp. We tried so damn many of these things, and Shay had one like that early on. Not enough baffle gap at the end -- that design will NOT shoot soft. Say "trigger flinch" over and over really fast.

Like   9y



**Freedom Gunworks Inc. - Licensed 07 FFL**
December 6, 2012 · 🌐

The most effective pistol compensator available anywhere, the Cheely 4 Port Super Comp was custom designed through weeks of fluid engineering model development and testing. A joint effort between Cheely Custom Gunworks and Freedom Gunworks making this the most effective muzzle device for your Open gun platform.

Having the opportunity to test multiple compensator designs back to back on identical guns with the same ammo, I've often recommended the Brazos Thundercomp II to my customers as I found it to shoot softer and flatter in testing. The CCG 4 Port Super Comp exceeds any other compensator design in effectiveness.

Through fluid engineering, we can map out the dynamics of the gas flow and alter the path of the gas for the most effective usage of the gas. This compensator has conical shaped ports with 3 dimensional contouring and angles purposely designed to control the direction of the muzzle blast gasses in the appropriate manner to keep the gun shooting flat. We use a series of larger ports to dump masses amounts of gas as rapidly as possible to counteract the muzzle lift. With Titanium construction, we can keep the mass to a minimum that is hanging on the end of the barrel. Reduced mass allows for better timing and has less impact on the bbl itself. It also takes some of the whipping effect out of the muzzle of the gun on rapid start and stop transitions.

The Cheely 4 Port Super Comp is available for $149.95

www.ccgunworks.com **See less**

— with **Matt Cheely.**

👍 63          46 Comments  8 Shares

👍 Like      💬 Comment      ↪ Share

View 38 previous comments

**Trace Mcdonald**
Hmm...you guys are funny!! I'm going to tell on myself here. A few weeks ago, I rushed to clean my 6"



EXHIBIT

5



EXHIBIT

6

exhibitsticker.com



EXHIBIT

7



**Magwell Inserts Ice® STI, SV 2011 by Dawson Precision**

★★★★★  2 Reviews

**Color:** Required

○ Black

○ White

**$19.99**

Quantity  1

ADD TO CART

ADD TO WISHLIST ⌄

EXHIBIT

8

Home / Magwells / Cheely Metal Grip X2 Magwell Replacement Insert



EXHIBIT

9



**EXHIBIT**

10



**Matt Cheely**
December 4, 2019 ·

That KKM Hybrid barrel really pops in contrast to the black slide.



**EXHIBIT**

**11**



**Matt Cheely <matt@ccgunworks.com>**

---

## Bbl testing
1 message

---

**Matt Cheely** <matt@ccgunworks.com>                    Mon, Dec 16, 2019 at 2:51 PM
To: luke@kkmprecision.com

Luke,

Did you get a chance to look at the two barrels I sent you last week? Just wondered what they came in at on your tester.

- Matt

EXHIBIT

12



EXHIBIT

13

 **John Vlieger**
Active 4m ago

10/9/17, 4:57 PM

Matt, Bobby seems to be ignoring me to an extent. Could I get your opinion on what happened to my gun? I've gotten opinions from other smith's but would like to know what you think happened. I was running 172 PF 9mm major, 1.170 OAL, 6.9 grains auto comp, CCI SRP

9 pound recoil spring.

Barrel appears undamaged, except for the lugs are rounded.



10/9/17, 9:45 PM

From the sideway shot of the pistol together, it looks like the barrel is cracked. Over pressure. I have never seen a slide crack like that without an over pressure situation.

Barrel is not cracked as far as I can tell



EXHIBIT
_____
14



**John Vlieger**
Active 4m ago

From the sideway shot of the pistol together, it looks like the barrel is cracked. Over pressure. I have never seen a slide crack like that without an over pressure situation.

Barrel is not cracked as far as I can tell

What's the load you've been running?

Case that was extracted was normal. Video shows no abnormal shots and no recoil difference was felt until the last shot with no return to battery

My load is 6.9 grains WAC, 124 PD JHP, 1.170, CCI srp

Powder checked every 200 rounds

Had to best the slide into battery with a hammer to take it apart.

Beat*

I bet

How many round you have on that since the slide was replaced the first time?

It has about 40k on the barrel total. 15k on this slide. I didn't have the gun but like 2 months when it was replaced the first time. Maybe 2 or 3 K on it for first slide replacement

So 30k on the low end

That first slide at least would have been a STI slide from that time period



**John Vlieger**
Active 5m ago

  

It has about 40k on the barrel total. 15k on this slide. I didn't have the gun but like 2 months when it was replaced the first time. Maybe 2 or 3 K on it for first slide replacement

 So 30k on the low end

That first slide at least would have been a STI slide from that time period

they were failing early

some of them

Yep. And the other two did as well. One of which was an sti I won at a match






What do you want us to do about it? 3 slides on it so far? I gotta chalk some of that up to hard, hard use.

It is racing. When I race my motorcycles, if your built race engine blows up 2 days in, it's a cost of racing

I want this all to work out, but at some point, we cannot keep rebuilding a gun forever.

I'll take credit for one of them, and did so by providing the slide that was fitted to it. I have been a proud supporter of CK Arms throughout my open seasons, and still am. I have won area championships and state titles with it as proof. Have placed at Nationals, with stage wins to boot, and would have taken top ten if not for my aftec breaking in half. I was told it has a lifetime warranty when it was purchased and I feel that this breakage was out of my control. My ammo was in spec, I was running the recommended load, recommended recoil spring, and had done zero to the slide, frame, and barrel myself. All of it was done by Bobby. It was in his hands for a comp reset not a week ago. I have asked multiple people to keep comments about this incident off of Facebook to protect the image of CK Arms, just like I have in the past.

 **John Vlieger**
Active 5m ago

 

Nationals, with stage wins to boot, and would have taken top ten if not for my aftec breaking in half. I was told it has a lifetime warranty when it was purchased and I feel that this breakage was out of my control. My ammo was in spec, I was running the recommended load, recommended recoil spring, and had done zero to the slide, frame, and barrel myself. All of it was done by Bobby. It was in his hands for a comp reset not a week ago. I have asked multiple people to keep comments about this incident off of Facebook to protect the image of CK Arms, just like I have in the past. I may be hard on equipment, but I'm not abusive. I also shoot more rounds in a year than most. More than half of those rounds at major matches all over the country. I've used that gun in around 40 majors in the last two years. I've used it for its purpose. I've volunteered to cover costs that I probably didn't have to. I've done everything in my power to go along with you and Bobby's recommendations. I don't see how this is a different case. I have also asked multiple other gunsmiths. Eddie Garcia and Brandan Bunker for example, what they think the cause of this failure was, and both agree it was either the slide just gave up, or it was a timing issue. The wear on the barrel and slide lugs being the indication. I would like you to replace what is broken  so I may continue to do what I have been doing with the gun

> It's a limited lifetime warranty, not a true "lifetime". The gun cannot be fixed forever. I hope you do realize that. After 100k rounds, one of these pistols is near the end of it's life.

> It is certainly possible to rebuild when the top end is totally worn out, but to expect that to come with the purchase price of the pistols is unreasonable.

> I'm not calling what happened "normal" just for clarification.

> Bobby is telling me that he told you the warranty was done the last time he replaced the slide.

Matt, I have dealt almost exclusively with Bobby and most of this. I started in open uneducated on a lot of things and have done a lot of learning along the way. I've been told my ammo is wrong, when I see other people running it. I've been told that the powder I'm using caused some of the slide failures, which we later found out was most likely false. I've been told that I should use a 9 pound spring when I see almost no one else running that weight. I'm attempting to be a top level competitor in this sport, and like to think I've done a good job of accomplishing that. All along the way I've been attempting to do what Bobby recommended so that my gun wouldn't break. And it still broke. As of the first shots of ky state this weekend the only original parts on it were the barrel, comp, sight mount, and slide stop. Grip and FCG because of personal preference, fitted by Ryan Spencer. The rest have broken. The comp has  been reset no less than 5 times. And I've shot maybe 40k through it.

 **John Vlieger**
Active 6m ago



sport, and like to think I've done a good job of accomplishing that. All along the way I've been attempting to do what Bobby recommended so that my gun wouldn't break. And it still broke. As of the first shots of ky state this weekend the only original parts on it were the barrel, comp, sight mount, and slide stop. Grip and FCG because of personal preference, fitted by Ryan Spencer. The rest have broken. The comp has been reset no less than 5 times. And I've shot maybe 40k through it.

All the while I've been exactly what Bobby wanted me to be. A winner with his gun. A gun that works when others don't. I won area 8 because my gun worked and others didn't. But when this happens, something out of the norm. A non squib, non overcharge situation where the slide cracks so hard you can see daylight through it, I'm expected to accept what you're telling me? When Bobby won't even call me to explain?

Bobby is very frustrated at this point, and when that happens, he can clam up.

I prefer that to him yelling and pissing people off ( which he does often...)

I respect the hell out of you and Bobby. I mean that. You two have done an amazing thing. And yes, I understand.

I really need to get to bed, I have a FAA test tomorrow morning first thing.

Let's continue this tomorrow evening maybe? phone call?

That would be fine. I'll be available after 730 central



910-568-8926

517-974-0211

talk to you tomorrow

10/10/17, 8:34 PM

**John Vlieger**
Active 7m ago

910-568-8926

517-974-0211

talk to you tomorrow

10/10/17, 8:34 PM

Available when you are

10/10/17, 9:00 PM



10/11/17, 11:26 AM

John, I talked to Bobby about what we spoke about on the phone last night. This is a FGW gun, even if it had a CK style slide put on it. I told him I would give him a new slide for the gun. I am not sure what he's going to do, but it's in his court now.

Thanks

10/12/17, 7:15 PM

I would love to talk with him. He seems to be avoiding my calls

Let me pester him about it...

Says he'll call you

Talking to him now. Thanks









**Dame Michael**
Active now

His lawyer(Roy's buddy) blocked me on fb after I made the C&D joke on tarrs post about butler

Half the times he bought grips his credit card would be declined and I'd have to run it later in the week. It's like it was always maxed out or etc

2018 shay defaulted on a property 250is K

Bank of America had to sue him to pay that credit card

Little over 5 on that one

Sounds like a house of cards

Wonder when it'll fall

We keep pushing on it

I thought luke cao was the nail in the coffin

We're going to find the right thread eventually

His next company is already  set up. Akai manufacturing

Would you be ok with that in a $7000 ish build

2/10/20, 7:58 PM

WTF

Closer you look the worse it gets

Ever see tungsten gouge like that?

That's just hokey shit trying to make it sound like it shoots better. Just build a good damn pistol which that is obviously not

**EXHIBIT**

**15**

**Dame Michael**
Active now



Would you be ok with that in a $7000 ish build

2/10/20, 7:58 PM

WTF

Closer you look the worse it gets

Ever see tungsten gouge like that?

That's just hokey shit trying to make it sound like it shoots better. Just build a good damn pistol which that is obviously not

When baker won nats with and "akai" it had none of shays innovation in it

Tungsten should be too brittle to do that.

His comp, no stroking, no v8 ports

But he keeps that quite



7.27

ChaMpinCuc...

Notifications for this conversation are off.   **TURN ON**

way to hang em

Bobie keycans

Chuck makes very few, but yes

I talked to Luke, owner of KKM

They buy huge pallets of 416R, rods

Heat treat them, cut a hockey pock off, test it, the machine

Barrels never get tested again

Kart rough cuts, heat treats individual barrels, test them and then finish machine

Makes more sense?

Individual KKM barrel will have a 4 RC point swing on the same barrel

FRI A    7 PM

**Dame Michael**
Active now

10/27/19, 7:23 PM

Soooooo, soft barrel gate

Shays 'metallurgy lab' is Hendricks motor sports. 🤷

Still dont know his angle yet

WTF, really? I was going to get some barrels I have on had tested

So he says

Him and chuck tested at his place and got same numbers with his hardness tester

So hes claiming

I find it hard to believe that 100's of barrels were incorrect. They get hardened well into the mfg process.

You didnt see this



I was told that they are heat treated later on by KKM. That's strange

And only in process builds were affected

They gotta start with a 2"? Round blank. If they machine it all hard, you couldn't through harden that deep. They gotta at least rough it out first.

Shay knows everything dude

How else can he justify his prices



**Dame Michael**
Active now

How else can he justify his prices

Its not the machining quality

Oh you know about sti killing its race gun line?

I did not hear that one. I know they'd been walking it back

That's like the majority of their line up though. How can they axe it?

Sales not there

➜ Michael forwarded a link

STI Discontinues Open Guns

Say good bye to STI's line of pistols ...

Brazos Custom Gunworks · Licensed 07 FFL

Just confirmed with tony😢

No "Edge" ish model any more. Dang man. They must be killin it with the Staccato then

Or all us custom builders are taking all their business

I'm sure that's part of it

Why pay for a dvc when it ain't much more for a buuld

Build

Yea, didn't realize they were getting 3k for that gun. Not worth it

Turns out they couldn't move edges last few years

10/31/19, 4:05 PM



**Dame Michael**
Active now

10/31/19, 4:05 PM

➡ Michael forwarded a message

https://www.bunkerarms.com/post/testing-parts?fbclid=IwAR3SnFqwyfT3JA5grjas4p3ooHSTJiMB7a5YXDISoRO4jiDfuKbMffY5sxg8

Nice writeup

My hardness tester is on the way. Good excuse to order one up.

My understanding is shay used to lean on him for help. But now he shit talks him

that would be typical Shay I suppose

12/9/19, 9:16 PM

You get todays fuckery news?

12/10/19, 6:10 AM

Negative

What happened?

12/10/19, 8:00 AM

Shay is going after shooters connection for 1 million in damages

LOL

Kkm was going to replace all his barrels for him but he refused to send them back, so instead he goes after the person that sold them, rather than the person who made them

Says the letter his lawyer sent is just an insurance formality

Like in a car accident

Well, I kinda believe that. List everyone associated with a lawsuit right?

Now I bet Chuck refuses to sell him parts anymore.

He specifically says shooters connection owes him 1 million





9:31 44%

**Joshua Hamilton and 4 others**

10m Like Reply

**Chuck Warner**
David Joseph Panciotti ,
Shooters.

9m Like Reply

**David Joseph Panciotti**
Chuck Warner

Are they sponsored by anyone? Maybe their sponsors would like to know about this if they are sponsored.

8m Like Reply

Write a reply...

Write a reply...

**Bobby Keigans**
Both Dame and Mekosh are trolls. Shady Horrowitz is a shiester. I don't know about your friends nor your enemies, but not 1 of those 3 can be trusted by anyone. I've seen what they do to their "friends".

8m Reply

Write a comment...

EXHIBIT
16
exhibitsticker.com



# Myths about "stroking" a 2011 pistol

6,714 views

Published on Aug 7, 2014 · We discuss the myths and fallacies of "stroking" a 1911/2011 style pistol.

| | |
|---|---|
| Category | People & Blogs |
| License | Standard YouTube License |

 22    👎 11

 kgunz11
489 subscribers                                          ✓ Subscribed


**Why Men Over 40 Need Abs**
`Ad` Six Pack Shortcuts
100K views


**1lb 4oz trigger job in a 1911**
kgunz11
21K views

**EXHIBIT**

**17**