EXHIBIT

#1  08-18-22  ALB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Ft. Lauderdale)

CASE NO.:  0:20-cv-61469-RS

AKAI CUSTOM GUNS, LLC, et al.,

     Plaintiffs,

vs.

KKM PRECISION, INC., et al.,

     Defendants.

_____/

### DEFENDANT KKM PRECISION, INC.'S ANSWERS TO PLAINTIFFS INTERROGATORIES

The Defendant, KKM Precision, Inc., by and through the undersigned Counsel, hereby serves its Answers to the Plaintiffs' Interrogatories dated February 2, 2022, as follows:

**INTERROGATORY NO. 1** – If your response to Request for Admission No. 8 is anything other than an admission, please state all evidence upon which you rely for the denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

**ANSWER:**  KKM relies upon the following as evidence for the denial: the product specifications from steel manufacturers Carpenter Technology Corp. and Samuel, Son & Co.; order forms from KKM during the relevant time periods; Certificates of Test from Outokumpu; and Certificates of Test from Carpenter Technology Corp.  All documents within KKM's custody, possession, or control have previously been produced to Plaintiffs.

    1.     Luke McIntire
          c/o Kevin Robinson, Esq.
          Zimmerman, Kiser & Sutcliffe, P.A.
          315 E. Robinson Street, Suite 600
          Orlando, Florida 32806
          (407) 425-7010

    2.     Lee Swanger, Ph.D. (Defendant's expert)
          c/o Kevin Robinson, Esq.

Zimmerman, Kiser & Sutcliffe, P.A.
315 E. Robinson Street, Suite 600
Orlando, Florida 32806
(407) 425-7010

3.    Carpenter  Technology Corporation
1735 Market Street, 15th Floor
Philadelphia, PA 19103
(310) 208-2000

4.    Samuel, Son & Co., Inc.
6415 East Corvette
Los Angeles, CA 90040
(323) 767-2302

**INTERROGATORY NO. 2 –** If your response to Request for Admission No. 19 is anything other than an admission, please state all evidence upon which you rely for the denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

**ANSWER:**  KKM has not been provided the opportunity to inspect and test any KKM barrel that AKAI purchased.  KKM anticipates that inspection and testing will reveal that AKAI and/or SHAY HOROWITZ took action, such as heat treatment and/or other action, which changed the chemical composition of KKM barrels purchased by AKAI.

**INTERROGATORY NO. 3 –** If your response to Request for Admission No. 20 is anything other than an admission, please state all evidence upon which you rely for the denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

**ANSWER:**  KKM has not been provided the opportunity to inspect and test any KKM barrel that AKAI purchased.  KKM anticipates that inspection and testing will reveal that AKAI and/or SHAY HOROWITZ took action, such as heat treatment and/or other action, which changed the chemical composition of KKM barrels purchased by AKAI.

**INTERROGATORY NO. 4** – If your response to Request for Admission No. 21 is anything other than an admission, please state all evidence upon which you rely for the denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

**ANSWER:** KKM has not been provided the opportunity to inspect and test any KKM barrel that AKAI purchased. KKM anticipates that inspection and testing will reveal that AKAI and/or SHAY HOROWITZ took action, such as heat treatment and/or other action, which changed the Rockwell Hardness of KKM barrels purchased by AKAI.

**INTERROGATORY NO. 5** – If your response to Request for Admission No. 22 is anything other than an admission, please state all evidence upon which you rely for the denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

**ANSWER:** KKM has not been provided the opportunity to inspect and test any KKM barrel that AKAI purchased. KKM anticipates that inspection and testing will reveal that AKAI and/or SHAY HOROWITZ took action, such as heat treatment and/or other action, which changed the Rockwell Hardness of KKM barrels purchased by AKAI.

**INTERROGATORY NO. 6** – If your response to Request for Admission No. 25 is anything other than an admission, please state all evidence upon which you rely for the denial, giving names, addresses and telephone numbers of all individuals/witnesses together with producing any and all documents upon which you rely.

**ANSWER:** KKM relies upon the following as evidence for the denial: specifications from steel manufacturers Carpenter Technology Corp. and Samuel, Son & Co.; order forms from KKM during the relevant time periods, testing performed by KKM, and testing performed by any third-party company, including Nevada Heat Treating. All documents within KKM's custody, possession, or control have previously been produced to Plaintiffs.

1.      Luke McIntire
        c/o Kevin Robinson, Esq.
        Zimmerman, Kiser & Sutcliffe, P.A.
        315 E. Robinson Street, Suite 600
        Orlando, Florida 32806
        (407) 425-7010

2.      Nevada Heat Treating
        12 Industrial Parkway, Unit C
        Carson City, Nevada 89706
        (775) 246-1040

3.      Lee Swanger (Defendant's expert)
        c/o Kevin Robinson, Esq.
        Zimmerman, Kiser & Sutcliffe, P.A.
        315 E. Robinson Street, Suite 600
        Orlando, Florida 32806
        (407) 425-7010

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically to Richard J. Fiato, Esq., Law Offices of Fiato, 550 W. Merrill St., Ste. 200, Birmingham, MI 48009 (fiatolaw@gmail.com); Edmund S. Yee, Esq., McKelvie, McKelvie, Yee & Epacs, P.C. 280 W. Maple Rd., Ste. 220, Birmingham, MI 48009 (eyee@mmyelaw.com); John A. Chiocca, Esq., Cole, Scott & Kissane, P.A., 222 Lakeview Ave., Ste. 120, West Palm Beach, FL 33401 (john.chiocca@csklegal.com; stephanie.chiocca@csklegal.com); Nicholas D. Freeman, Esquire and John Y. Benford, Esquire, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 111 N. Orange Ave., Ste. 1200, Orlando, FL    32801  (nicholas.freeman@wilsonelser.com; John.bedford@wilsonelser.com), this 8th day of August, 2022.

*/s/ Kevin Robinson*
Kevin P. Robinson, Esquire
Florida Bar No.:  0014650
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Suite 600 (32801)
P.O. Box 3000
Orlando, FL  32802

[14236-1/9817896/1]

Telephone:  (407) 425-7010
Facsimile:  (407) 425-2747
Counsel for Defendant, KKM Precision, Inc.
krobinson@zkslawfirm.com
jwenhold@zkslawfirm.com
service@zkslawfirm.com

**VERIFICATION OF ANSWERS TO INTERROGATORIES**

**OATH**

I declare under penalty of perjury that the foregoing is true and correct.

KKM PRECISION, INC.

Luke McIntire, CEO

{ 14236-1/9817896/1]

**EXHIBIT**

#2  08-18-22  ALB

## KKM PRECISION

1/9/2020

5201 Conrad Dr., Carson City, NV 89706 | support@kkmprecision.com

To Whom It May Concern,

Over the past several weeks it has come to my attention, by concerned customers, that rumors within social media are claiming KKM Precision has produced "Soft" barrels and is being sued by a company who received these barrels. The truth is KKM Precision and one of our dealers have received a letter of intent to sue if KKM Precision doesn't pay $1 Million dollars in next 30 days to said company. Prior to a Facebook post in October of 2019 by this company claiming "Soft" barrels, KKM Precision was not made aware of any issues with our heat treating and manufacturing process. Only that they had an issue with one barrel that they would like to send in for inspection. To date, this company has yet to send KKM Precision any proof of an "Out of Spec Soft Barrel" nor has any barrel ever been returned to us for inspection or warranty. I do not know if this company really does intend to sue or if this was just a threat to cover up and lay blame on us for their own actions. KKM Precision has always stood by the quality of our products and if anyone has any concerns or questions give us a call. Our warranty has always been to exchange, replace or refund any product that doesn't meet our standards of competitive shooting sports.

Here at KKM Precision our manufacturing process has been established from well over 25 years of producing pistol barrels for nearly every single firearm company at one time or another. We use the very best stainless steel a Type 416R BQ#5 produced here in the United States. We order entire mill runs of this steel at nearly 6k pounds at a time. Every single 12ft bar is then checked for proper hardness by cutting off a 1" puck and heat treating it before the bars are turned into rifled blanks. After gun-drilling, reaming and then honing, we pull a button through the blanks to create our rifling. About halfway through the barrel making process the blanks are heat treated at Nevada Heat Treating. They will then test for Rockwell hardness on these blanks and supply a test report to us. We then finish machining the blanks into barrels and test for hardness again on our own fully automatic Innovatest Versus 720RS Rockwell hardness tester. We compare and record the results to make sure the barrels are within spec. To date, we have produced well over 100K barrels in 25 years and we have never seen a barrel test under 40HRC using this process. Because KKM Precision is a major supplier to the U.S. Military and Law Enforcement, we use ASTM E18-19 standards when hardness testing and will very soon become an ISO9001 certified manufacturing facility.

For the past 25 years my company has had a long reputation within the shooting sports industry of helping customers, businesses and gunsmiths learn about pistol barrels and competitive shooting. Our shop has always been open to customers for tours and to those who just want to learn about manufacturing and robotics. We have one of the most advanced manufacturing shops in the industry, so stop on by or give me a call if you have any questions. We are here to educate, inform and pass along our knowledge to fellow shooters. We all enjoy competition shooting and the lifelong friendships it produces.

Thank you and see you on the range,

Luke McIntire

EXHIBIT

#3   08-18-22  ALB

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Ft. Lauderdale)

CASE NO.:  0:20-cv-61469-RS

Akai Custom Guns, LLC, et al.,

  Plaintiffs,

vs.

KKM Precision, Inc., et al.,

  Defendants.

_____/

## DEFENDANT KKM PRECISION, INC.'S RESPONSE TO PLAINTIFF'S SECOND REQUEST FOR PRODUCTION

  COMES NOW, Defendant, KKM Precision, Inc., by and through the undersigned Counsel, and for its response to Plaintiffs', Akai Custom Guns, LLC and Shay Horowitz, Second Request for Production dated April 5, 2022, states:

1. Objection, Request No. 1 is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant evidence.  Notwithstanding the forgoing objection, and without waiving same, KKM has previously produced documents KKM 000036 – 000039, which are the Certification of Test sheets from Carpenter Technology Corp., which produced the BQ5 steel that KKM has acquired for use in manufacturing 1911 barrels.  KKM first used BQ5 steel to produce 1911 barrels in 2020 and after.

2. Objection, Request No. 1 is overbroad, unduly burdensome, and not reasonably calculated to lead to the discovery of relevant evidence.  Notwithstanding the forgoing objection, and without waiving same, KKM has previously produced documents KKM 000018 – 000029, which are the Certification of Test sheets from Outokumpu, which produced the 416 Restricted steel that KKM has acquired for use in manufacturing 1911 barrels.

3. KKM has previously produced documents KKM 000036 – 000039, which are the Certification of Test sheets from Carpenter Technology Corp., which produced the BQ5 steel that KKM has acquired for use in manufacturing 1911 barrels.  KKM first used BQ5 steel to produce 1911 barrels in 2020 and after..

4.      KKM has previously produced documents KKM 000018 – 000029, which are the Certification of Test sheets from Outokumpu, which produced the 416 Restricted steel that KKM has acquired for use in manufacturing 1911 barrels.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via Email to Richard J. Fiato, Esq., Law Offices of Fiato, 550 W. Merrill St., Ste. 200, Birmingham, MI 48009 (fiatolaw@gmail.com); Edmund S. Yee, Esq., McKelvie, McKelvie, Yee & Epacs, P.C. 280 W. Maple Rd., Ste. 220, Birmingham, MI  48009 (eyee@mmyelaw.com); John A. Chiocca, Esq., Cole, Scott & Kissane, P.A., 222 Lakeview Ave., Ste. 120, West Palm Beach, FL 33401 (john.chiocca@csklegal.com; stephanie.chiocca@csklegal.com); Nicholas D. Freeman, Esquire and John Y. Benford, Esquire, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 111 N. Orange Ave., Ste. 1200, Orlando, FL 32801 (nicholas.freeman@wilsonelser.com; John.bedford@wilsonelser.com), this 12th day of April, 2022.

/s/ Kevin Robinson
Kevin P. Robinson, Esquire
Florida Bar No.:  0014650
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Suite 600 (32801)
P.O. Box 3000
Orlando, FL  32802
Telephone:  (407) 425-7010
Facsimile:  (407) 425-2747
Counsel for Defendant, KKM Precision, Inc.
krobinson@zkslawfirm.com
jwenhold@zkslawfirm.com
service@zkslawfirm.com

KPR/jw

## PRIVILEGE LOG

Horowitz v. SHOOTERS CONNECTION, INC.,

14236-1

| Date | Description | Privilege |
|------|-------------|-----------|
|      |             |           |

**EXHIBIT**

#4  08-18-22  ALB

exhibitsticker.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (Ft. Lauderdale)

CASE NO.: 0:20-cv-61469-RS

Akai Custom Guns, LLC, et al.,

     Plaintiffs,

vs.

KKM Precision, Inc., et al.,

     Defendants.

_____/

## DEFENDANT KKM PRECISION, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' AMENDED COMPLAINT

COMES NOW, Defendant, KKM Precision, Inc. ("KKM"), by and through the undersigned counsel, and files this Answer and Affirmative Defenses to the Plaintiffs' Amended Complaint and states:

### Parties, Jurisdiction, and Venue

1.     Admitted for purposes of jurisdiction, but denied that Plaintiffs are entitled to recover any sum from KKM.

2.     Without knowledge, therefore denied.

3.     Without knowledge, therefore denied.

4.     Admitted.

5.     Without knowledge, therefore denied.

6.     Without knowledge, therefore denied.

7.     Without knowledge, therefore denied.

8.     Without knowledge, therefore denied.

9.      Admitted for purposes of jurisdiction.  Denied that KKM committed a tortious act in the State of Florida.  Denied that KKM caused any injury to Plaintiffs, therefore denied that KKM injured Plaintiffs within the State of Florida.  Denied that KKM breached a contract with Defendant, therefore denied that such alleged breach occurred within the State of Florida.

10.     Without knowledge, therefore denied.

11.     Denied, as the Court has ruled that Defendant Bradley is not subject to personal jurisdiction in the State of Florida.

12.     Denied, as the Court has ruled that Defendant Mekosh is not subject to personal jurisdiction in the State of Florida.

13.     Denied, as the Court has ruled that Defendant Dame is not subject to personal jurisdiction in the State of Florida.

14.     Admitted solely for purposes of venue.  Denied that Plaintiffs state a cause of action against KKM, therefore denied that such alleged cause(s) of action accrued in Broward County, Florida.

## General Allegations

15.     Without knowledge, therefore denied.

16.     Denied as phrased.  KKM did not have concurrent knowledge that Akai and SCI were having discussions relating to the subject products.  Akai did not have any direct communications with KKM in this regard.  At no point did KKM seek Akai's opinions, whether expert or otherwise, regarding KKM's products.

17.     Without knowledge, therefore denied.

[14236-1/9319401/1]                     2

18.     Without knowledge, therefore denied.

19.     Without knowledge, therefore denied.

20.     Without knowledge, therefore denied.

21.     Without knowledge, therefore denied.

22.     Without knowledge, therefore denied.

23.     Without knowledge, therefore denied.

24.     Without knowledge, therefore denied.

25.     Without knowledge, therefore denied.

26.     Admitted.

27.     Admitted.

28.     Admitted that SCI distributes and/or sells KKM-manufactured gun barrels. Otherwise, without knowledge, therefore denied.

29.     The allegations of Paragraph 29 are too indefinite in terms of temporal scope to allow KKM to answer, therefore denied.

30.     The allegations of Paragraph 30 are too indefinite in terms of temporal scope to allow KKM to answer, therefore denied.

31.     The allegations of Paragraph 31 are too indefinite in terms of temporal scope to allow KKM to answer, therefore denied.

32.     Without knowledge, therefore denied.

33.     Without knowledge, therefore denied.

34.     Without knowledge, therefore denied.

35.     Admitted.

36. Denied.

37. KKM is without knowledge of how many KKM-manufactured barrels Akai may have purchased through channels other than direct orders from KKM, therefore denied.

38. Admitted.

39. Without knowledge, therefore denied.

40. Admitted. KKM does now know of any gun barrel manufacturer who does so unless it is upon request.

41. Admitted.

42. Without knowledge, therefore denied.

43. Without knowledge, therefore denied.

44. Without knowledge, therefore denied.

45. Without knowledge, therefore denied.

46. Denied.

47. Denied.

48. Without knowledge, therefore denied.

49. Without knowledge, therefore denied.

50. Without knowledge, therefore denied.

51. Without knowledge, therefore denied.

52. Without knowledge, therefore denied.

53. Without knowledge, therefore denied.

54. Denied that QC Metallurgical, Inc. properly conducted Rockwell hardness testing

on KKM-manufactured barrels, therefore denied as to the results of its testing.

55.     Denied that QC Metallurgical, Inc. properly conducted Rockwell hardness testing
on KKM-manufactured barrels, therefore denied as to the results of its testing.

56.     Denied as phrased.  On September 19, 2019 Horowitz left a message with KKM's
front office merely noting that it had "problem" with one gun.  He did not mention
"soft" barrels or specific signs of failure at that time, nor did he discuss attempted
repairs with KKM at that time.  Without knowledge as to direct communications
between Plaintiffs and SCI at that time, therefore denied.

57.     Denied as phrased.  On September 19, 2019 Horowitz left a message with KKM's
front office merely noting that it had "problem" with one gun.  He did not mention
"soft" barrels or specific signs of failure at that time, nor did he discuss attempted
repairs with KKM at that time.  Without knowledge as to direct communications
between Plaintiffs and SCI at that time, therefore denied.

58.     Admitted that KKM has never received a return of a KKM-manufactured barrel due
to the barrel being too "soft."  Admitted that KKM desired the opportunity to
inspect any allegedly "soft" barrels and therefore requested the return of any
allegedly "soft" barrels from Akai, which request Akai refused to honor.  Admitted
that KKM is not in the business of giving away gun barrels for free.

59.     Denied that McIntire or KKM told Horowitz that its lawyer advised KKM "not to
worry about liability for the soft barrels."  Admitted that KKM described to
Horowitz its full gun barrel manufacturing process, including the testing and heat
treating processes, but denied that any such conversation occurred on September

19, 2019, and denied that the allegations of Paragraph 59 fully and accurately describe the conversation.

60.     Denied that KKM or its agents or representatives ever threatened to, or had any intention to, destroy evidence.  Denied that KKM or its agents or representatives made "absurd assertions."  Admitted that Akai and/or Horowitz refused to honor KKM's reasonable request to return any allegedly defective products to KKM.

61.     Denied that McIntire had a conversation with Horowitz on September 19, 2019. Further, all of KKM's consumer stock is manufactured from 416R gun-barrel quality steel, so denied that McIntire or KKM told Horowitz otherwise.

62.     Denied.  All of KKM's consumer stock is manufactured from 416R gun-barrel quality steel, so denied that McIntire or KKM told Horowitz otherwise.

63.     Denied.

64.     Denied.

65.     Denied as phrased.  KKM never purchased BQ5 steel or manufactured any gun barrels out of BQ5 steel during the relevant years of 2017, 2018, or 2019.  Further, the conversation referenced in Paragraph 65 and Exhibit 2 describes a former manufacturing process that KKM had not used for at least a decade prior to the conversation and which process was not in use at any relevant time period to this action including 2017, 2018, or 2019.

66.     Admitted that Plaintiffs sent KKM the QC Metallurgical, Inc. test results.  Denied that QC Metallurgical, Inc. properly conducted Rockwell hardness testing on KKM-manufactured barrels, therefore denied as to the results of its testing.

67.  Denied that QC Metallurgical, Inc. properly conducted Rockwell hardness testing on KKM-manufactured barrels, therefore denied as to the results of its testing. Otherwise, denied.

68.  The allegations of Paragraph 68 are ambiguous as to what the Plaintiffs intend by the use of the phrase "accept the return of any KKM barrel tested by QC Metallurgical," therefore KKM cannot properly frame a response. KKM desired the opportunity to inspect any allegedly "soft" barrels and therefore requested the return of any allegedly "soft" barrels from Akai, which request Akai refused to honor. Therefore, denied that KKM refused to accept the return of any KKM-manufactured barrels; rather, it was Akai which refused to return those barrels to KKM. Admitted that KKM refused to pay Akai for alleged costs which related to allegedly defective barrels that Akai refused to return to KKM for its own testing and inspection to determine whether the products were defective.

69.  Denied that KKM manufactured defective barrels. Otherwise, without knowledge, therefore denied.

70.  Denied that KKM manufactured defective barrels. Otherwise, without knowledge, therefore denied.

71.  Denied that KKM manufactured defective barrels. Akai has failed and refused to comply with KKM's reasonable request to return any allegedly defective gun barrels. Therefore, denied that KKM has "refused to accept return" of barrels that KKM specifically requested that Akai return. during the relevant years of 2017, 2018, or 2019

72.     Denied.

73.     Denied.

74.     To the extent that the allegations of Paragraph 74 purport to characterize or summarize the contents of a "public service announcement" published by Akai, the document speaks for itself, therefore denied.

75.     Denied.

76.     Upon information and belief, denied.

77.     Without knowledge, therefore denied.

78.     Without knowledge, therefore denied.

79.     To the extent that the allegations of Paragraph 79 purport to characterize or summarize the contents of a Facebook post allegedly published by Dame, the document speaks for itself, therefore denied.

80.     Denied.

81.     Denied.

82.     Without knowledge, therefore denied.

83.     Without knowledge as to whether any KKM-manufactured barrels were given to Akai by third parties.  Denied that QC Metallurgical, Inc. properly conducted Rockwell hardness testing on KKM-manufactured barrels, therefore denied as to the results of its testing.  Denied that KKM manufactured defective barrels.

84.     Denied.

85.     Denied.

86.     Denied.

87.    Denied.

88.    Denied.

89.    Denied that a "secret recall" of KKM-manufactured barrels ever occurred; therefore, there was no "recall" to advise the public of.

90.    Admitted that KKM has not agreed to recall allegedly defective barrels when, despite reasonable request by KKM, Akai has failed and refused to return to KKM any such barrels for KKM's own independent inspection and testing.

91.    Admitted that Akai made demand upon KKM, but denied that the sums demanded by Akai: (a) result from defective KKM-manufactured barrels or (b) bear a reasonable relationship to any actual damages sustained by Akai.

92.    Denied that KKM "secretly" altered its website. Any modifications to KKM's website, made in the normal and ordinary course of KKM's business, were done on an open and publicly available website and, thus, were not "secret."

93.    To the extent that the allegations of Paragraph 93 purport to characterize or summarize the contents of Exhibit "8," the document speaks for itself, therefore denied. Denied that the document is "false and defamatory."

94.    To the extent that the allegations of Paragraph 94 purport to characterize or summarize the contents of Exhibit "8," the document speaks for itself, therefore denied. Admitted that Akai has failed and refused to return to KKM for its own inspection and testing any allegedly defective barrels, despite KKM's reasonable request that it do so.

95.    Denied.

96.    Denied.

97.    To the extent that the allegations of Paragraph 97 purport to characterize or summarize the contents of the "Open Letter" allegedly published by KKM, the document speaks for itself, therefore denied. Otherwise, denied.

98.    Denied that during the relevant years of 2017, 2018, or 2019 KKM used two different grades of steel. Denied that the Outokumpo steel purchased and used by KKM is "foreign produced."

99.    Without knowledge, therefore denied.

100.    Denied.

101.    Without knowledge of any conversations between Vleiger and Plaintiffs that KKM was not a party to, therefore denied. Further, denied that KKM's consumer stock includes any "softer grade of steel that is easier for novice and/or less experienced gunsmiths to work with and fit into 1911 and 2011 based guns."

102.    Without knowledge of any conversations between Vleiger and Plaintiffs that KKM was not a party to, therefore denied. Further, denied that during the relevant years of 2017, 2018, or 2019 KKM manufactured barrels using two different grades of steel. Otherwise, denied.

103.    Without knowledge of what Vleiger may have said during an alleged phone call, therefore denied. Otherwise, denied.

104.    Denied.

### Count I – Misleading Advertising (KKM)

105.    KKM restates and incorporates its answers to Paragraphs 1 through 104 above, as

though fully set forth herein.

106. To the extent that the allegations of Paragraph 106 purport to characterize or summarize the contents of KKM's website, the document speaks for itself, therefore denied.

107. To the extent that the allegations of Paragraph 107 purport to characterize or summarize the contents of KKM's website, the document speaks for itself, therefore denied.

108. Without knowledge, therefore denied.

109. Without knowledge, therefore denied.

110. Denied. All consumer stock KKM barrels are manufactured using certified 416R gun-barrel quality stainless steel.

111. Denied.

112. Denied.

113. Denied.

114. Denied.

115. Denied.

116. Denied.

117. Denied.

118. Denied.

119. Denied.

120. Denied.

121. Denied.

122.   Denied.

123.   Denied.

Demand for attorneys' fees: KKM has retained the services of the undersigned law firm to represent it in this action and is obligated to pay its fees and costs, for which Plaintiff Akai is liable pursuant to Fla. Stat. § 817.41(6).

WHEREFORE, Defendant KKM Precision, Inc. respectfully requests that this Court issue judgment in its favor, deny Plaintiff the relief sought, award Defendant its attorneys' fees and costs of this action, and such further relief as this Court deems just and proper.

## Count II – Misleading Advertising (SCI)

124.   Count II does not state a cause of action against KKM, therefore no response is required.  Otherwise, denied.

## Count III – Florida Deceptive and Unfair Trade Practices Act (KKM and SCI)

150.   KKM restates and incorporates its answers to Paragraphs 1 through 104 above, as though fully set forth herein.

151.   The allegations of Paragraph 151 state a legal conclusion to which no response is required, therefore denied.

152.   Denied.

153.   The allegations of Paragraph 153 state a legal conclusion to which no response is required, therefore denied.

154.   The allegations of Paragraph 154 state a legal conclusion to which no response is required, therefore denied.

155.   Denied.

156. Denied.

157. Denied.

158. Denied.

159. Denied.

160. Denied.

161. Denied.

162. Admitted that Akai purchased KKM-manufactured gun barrels. Otherwise, denied.

163. Admitted that Akai purchased KKM-manufactured gun barrels. Otherwise, denied.

164. Denied.

165. Denied.

166. Denied.

167. Denied.

168. Denied.

169. Denied.

Demand for attorneys' fees: KKM has retained the services of the undersigned law firm to represent it in this action and is obligated to pay its fees and costs, for which Plaintiff Akai is liable pursuant to Fla. Stat. § 501.211.

WHEREFORE, Defendant KKM Precision, Inc. respectfully requests that this Court issue judgment in its favor, deny Plaintiff the relief sought, award Defendant its attorneys' fees and costs of this action, and such further relief as this Court deems just and proper.

## Count IV – Fraudulent Inducement (KKM and SCI)

170. KKM restates and incorporates its answers to Paragraphs 1 through 104 above, as

[14236-1/9319401/1]                    13

though fully set forth herein.

171.   Denied.

172.   Denied.

173.   Denied.

174.   Denied.

175.   Denied.

WHEREFORE, Defendant KKM Precision, Inc. respectfully requests that this Court issue judgment in its favor, deny Plaintiff the relief sought, award Defendant its costs of this action, and such further relief as this Court deems just and proper.

## Count V – Strict Liability (KKM and SCI)

176.   Count V has been dismissed, therefore no response is required.  Otherwise, denied.

## Count VI – Breach of Express Warranties (KKM and SCI)

188.   KKM restates and incorporates its answers to Paragraphs 1 through 104 above, as though fully set forth herein.

189.   The allegations of Paragraph 189 state a legal conclusion to which no response is required, therefore denied.

190.   The allegations of Paragraph 190 state a legal conclusion to which no response is required, therefore denied.

191.   The allegations of Paragraph 191 state a legal conclusion to which no response is required, therefore denied.

192.   The allegations of Paragraph 192 state a legal conclusion to which no response is required, therefore denied.

193. To the extent that the allegations of Paragraph 193 purport to characterize or summarize the terms and conditions of Exhibit "9," the document speaks for itself, therefore denied. Further, to the extent that the allegations of Paragraph 193 purport to state a legal conclusion as to whether Exhibit "9" constitutes an "express warranty," no response is required, therefore denied.

194. To the extent that the allegations of Paragraph 194 purport to characterize or summarize the terms and conditions of Exhibit "9," the document speaks for itself, therefore denied. Further, to the extent that the allegations of Paragraph 194 purport to state a legal conclusion as to whether Exhibit "9" constitutes an "express warranty," no response is required, therefore denied.

195. To the extent that the allegations of Paragraph 195 purport to characterize or summarize the terms and conditions of Exhibit "9," the document speaks for itself, therefore denied. Further, to the extent that the allegations of Paragraph 195 purport to state a legal conclusion as to whether Exhibit "9" constitutes an "express warranty," no response is required, therefore denied.

196. Denied.

197. Denied that defects existed, therefore denied.

198. Denied.

199. Denied. Specifically, among other things Akai failed and refused to comply with KKM's reasonable request to return any allegedly defective barrels.

200. Denied.

201. Denied.

202.     Denied.

203.     Denied.

204.     Denied.

205.     Denied.

206.     The allegations of Paragraph 206 are vague and ambiguous to the extent that they reference a "fire" that allegedly resulted from KKM-manufactured gun barrels, and KKM is unable to frame a response due to the uncertainty and ambiguity of this pleading, therefore denied. Otherwise, denied.

207.     Denied that Akai is entitled to any UCC remedies, therefore denied.

WHEREFORE, Defendant KKM Precision, Inc. respectfully requests that this Court issue judgment in its favor, deny Plaintiff the relief sought, award Defendant its costs of this action, and such further relief as this Court deems just and proper.

**Count VII – Breach of Implied Warranty of Merchantability (KKM and SCI)**

208.     KKM restates and incorporates its answers to Paragraphs 1 through 104 above, as though fully set forth herein.

209.     The allegations of Paragraph 209 state a legal conclusion to which no response is required, therefore denied.

210.     The allegations of Paragraph 210 state a legal conclusion to which no response is required, therefore denied.

211.     Denied.

212.     Denied.

WHEREFORE, Defendant KKM Precision, Inc. respectfully requests that this Court issue

judgment in its favor, deny Plaintiff the relief sought, award Defendant its costs of this action, and such further relief as this Court deems just and proper.

### Count VIII – Breach of Implied Warranty of Fitness for a Particular Purpose (KKM and SCI)

213. KKM restates and incorporates its answers to Paragraphs 1 through 104 above, as though fully set forth herein.

214. Denied.

215. Denied.

216. Denied.

217. Denied.

WHEREFORE, Defendant KKM Precision, Inc. respectfully requests that this Court issue judgment in its favor, deny Plaintiff the relief sought, award Defendant its costs of this action, and such further relief as this Court deems just and proper.

### Count IX – Revocation of Acceptance (KKM and SCI)

218. KKM restates and incorporates its answers to Paragraphs 1 through 104 and 188 through 217 above, as though fully set forth herein.

219. Denied.

220. Denied that Akai provided KKM an "opportunity to cure," as Akai has failed and refused to comply with KKM's reasonable request to return any allegedly defective gun barrels. Therefore, denied.

221. Denied.

222. Denied.

223. Akai has failed and refused to comply with KKM's reasonable request to return any allegedly defective gun barrels. Therefore, denied that KKM has "refused to accept return" of barrels that KKM specifically requested that Akai return.

224. Denied.

WHEREFORE, Defendant KKM Precision, Inc. respectfully requests that this Court issue judgment in its favor, deny Plaintiff the relief sought, award Defendant its costs of this action, and such further relief as this Court deems just and proper.

## Count X – Defamation (KKM)

225. KKM restates and incorporates its answers to Paragraphs 1 through 104 above, as though fully set forth herein.

226. Admitted for purposes of jurisdiction, but denied that Plaintiffs are entitled to any damages from KKM.

227. Denied that KKM requested that SCI post the "Open Letter" on SCI's Facebook page. Further denied that KKM has made defamatory statements regarding the Plaintiffs.

228. To the extent that the allegations of Paragraph 228 purport to characterize or summarize the "Open Letter," the document speaks for itself, therefore denied. Otherwise, denied.

229. To the extent that the allegations of Paragraph 229 purport to characterize or summarize the "Open Letter," the document speaks for itself, therefore denied. Otherwise, denied.

230. Denied that the "Open Letter" is false, misleading, defamatory, and malicious.

Denied that QC Metallurgical, Inc. properly conducted Rockwell hardness testing on KKM-manufactured barrels, therefore denied as to the results of its testing. Admitted that KKM reasonably requested that Akai return any allegedly defective barrels for inspection and testing, which request Akai has failed and refused to comply with.

231. Denied that the "Open Letter" is false, misleading, defamatory, and malicious. Denied that QC Metallurgical, Inc. properly conducted Rockwell hardness testing on KKM-manufactured barrels, therefore denied as to the results of its testing. Admitted that KKM reasonably requested that Akai return any allegedly defective barrels for inspection and testing, which request Akai has failed and refused to comply with.

232. Denied that the statements made by KKM are false.

233. Denied.

234. To the extent that the allegations of Paragraph 234 purport to characterize or summarize the "Open Letter," the document speaks for itself, therefore denied.

235. Denied.

236. Admitted that McIntire sent a photograph to Bradley, but denied that McIntire made any false or defamatory statements regarding the Plaintiffs.

237. Denied.

238. Denied.

239. Denied.

240. Denied.

241.  Denied.

WHEREFORE, Defendant KKM Precision, Inc. respectfully requests that this Court issue judgment in its favor, deny Plaintiff the relief sought, award Defendant its costs of this action, and such further relief as this Court deems just and proper.

## **Count XI – Defamation Per Se (KKM)**

242.  KKM restates and incorporates its answers to Paragraphs 1 through 104 above, as though fully set forth herein.

243.  Admitted for purposes of jurisdiction, but denied that Plaintiffs are entitled to any damages from KKM.

244.  Admitted that KKM did not have its own social media page, but denied that KKM asked SCI to post information on its website.  Further denied that KKM has made defamatory statements regarding Plaintiffs.

245.  To the extent that the allegations of Paragraph 245 purport to characterize or summarize the "Open Letter," the document speaks for itself, therefore denied. Otherwise, denied.

246.  To the extent that the allegations of Paragraph 246 purport to characterize or summarize the "Open Letter," the document speaks for itself, therefore denied. Otherwise, denied.

247.  Denied that the "Open Letter" is false, misleading, defamatory, and malicious. Denied that QC Metallurgical, Inc. properly conducted Rockwell hardness testing on KKM-manufactured barrels, therefore denied as to the results of its testing. Admitted that KKM reasonably requested that Akai return any allegedly defective

barrels for inspection and testing, which request Akai has failed and refused to comply with.

248. Denied that the "Open Letter" is false, misleading, defamatory, and malicious. Denied that QC Metallurgical, Inc. properly conducted Rockwell hardness testing on KKM-manufactured barrels, therefore denied as to the results of its testing. Admitted that KKM reasonably requested that Akai return any allegedly defective barrels for inspection and testing, which request Akai has failed and refused to comply with.

249. Denied that KKM has made false statements.

250. Denied.

251. To the extent that the allegations of Paragraph 251 purport to characterize or summarize the "Open Letter," the document speaks for itself, therefore denied.

252. Denied.

253. Admitted that McIntire sent a photograph to Bradley, but denied that McIntire made any false or defamatory statements regarding the Plaintiffs.

254. Denied.

255. Denied.

256. The allegations of Paragraph 256 state a legal conclusion to which no response is required, therefore denied.

257. Denied.

258. Denied.

259. Denied.

260. Denied.

WHEREFORE, Defendant KKM Precision, Inc. respectfully requests that this Court issue judgment in its favor, deny Plaintiff the relief sought, award Defendant its costs of this action, and such further relief as this Court deems just and proper.

## Count XII – Defamation by Implication (KKM)

261. KKM restates and incorporates its answers to Paragraphs 1 through 104 above, as though fully set forth herein.

262. Admitted for purposes of jurisdiction, but denied that Plaintiffs are entitled to any damages from KKM.

263. Admitted that KKM did not have its own social media page, but denied that KKM asked SCI to post anything on its page. Denied that KKM has made defamatory statements regarding the Plaintiffs.

264. To the extent that the allegations of Paragraph 264 purport to characterize or summarize the "Open Letter," the document speaks for itself, therefore denied. Otherwise, denied.

265. To the extent that the allegations of Paragraph 265 purport to characterize or summarize the "Open Letter," the document speaks for itself, therefore denied. Otherwise, denied.

266. Denied that the "Open Letter" is false, misleading, defamatory, and malicious. Denied that QC Metallurgical, Inc. properly conducted Rockwell hardness testing on KKM-manufactured barrels, therefore denied as to the results of its testing. Admitted that KKM reasonably requested that Akai return any allegedly defective

barrels for inspection and testing, which request Akai has failed and refused to comply with.

267. Denied that the "Open Letter" is false, misleading, defamatory, and malicious. Denied that QC Metallurgical, Inc. properly conducted Rockwell hardness testing on KKM-manufactured barrels, therefore denied as to the results of its testing. Admitted that KKM reasonably requested that Akai return any allegedly defective barrels for inspection and testing, which request Akai has failed and refused to comply with.

268. Denied that KKM made false statements.

269. Denied.

270. To the extent that the allegations of Paragraph 270 purport to characterize or summarize the "Open Letter," the document speaks for itself, therefore denied.

271. Denied.

272. Admitted that McIntire sent a photograph to Bradley, but denied that McIntire made any false or defamatory statements regarding the Plaintiffs.

273. Denied.

274. Denied.

275. The allegations of Paragraph 275 state a legal conclusion to which no response is required, therefore denied.

276. Denied.

277. Denied.

278. Denied.

279.    Denied.

WHEREFORE, Defendant KKM Precision, Inc. respectfully requests that this Court issue judgment in its favor, deny Plaintiff the relief sought, award Defendant its costs of this action, and such further relief as this Court deems just and proper.

### Count XIII – Defamation (SCI, Bradley)

280.    Count XIII does not state a claim against KKM, therefore no response is required. Otherwise, denied.

### Count XIV – Defamation Per Se (Bradley, SCI)

307.    Count XIV does not state a claim against KKM, therefore no response is required. Otherwise, denied.

### Count XV – Defamation by Implication (Bradley, SCI)

328.    Count XV does not state a claim against KKM, therefore no response is required. Otherwise, denied.

### Count XVI – Defamation (Dame)

356.    Count XVI has been dismissed and does not state a claim against KKM, therefore no response is required.  Otherwise, denied.

### Count XVII – Defamation Per Se (Dame)

435.    Count XVII has been dismissed and does not state a claim against KKM, therefore no response is required.  Otherwise, denied.

### Count XVIII – Defamation by Implication (Dame)

517.    Count XVIII has been dismissed and does not state a claim against KKM, therefore no response is required.  Otherwise, denied.

## Count XIX – Defamation (Mekosh)

601.   Count XIX has been dismissed and does not state a claim against KKM, therefore no response is required.  Otherwise, denied.

## Count XX – Defamation Per Se (Mekosh)

648.   Count XX has been dismissed and does not state a claim against KKM, therefore no response is required.  Otherwise, denied.

## Count XXI – Defamation by Implication (Mekosh)

697.   Count XXI has been dismissed and does not state a claim against KKM, therefore no response is required.  Otherwise, denied.

## Count XXII – Commercial Disparagement (KKM)

749.   KKM restates and incorporates its answers to Paragraphs 1 through 104 above, as though fully set forth herein.

750.   Admitted for purposes of jurisdiction, but denied that Plaintiffs are entitled to any damages from KKM.

751.   Admitted that KKM did not have its own social media page, but denied that KKM asked SCI to post anything on its page.

752.   To the extent that the allegations of Paragraph 752 purport to characterize or summarize the "Open Letter," the document speaks for itself, therefore denied. Otherwise, denied.

753.   To the extent that the allegations of Paragraph 753 purport to characterize or summarize the "Open Letter," the document speaks for itself, therefore denied. Otherwise, denied.

754. Denied that the "Open Letter" is false, misleading, defamatory, and malicious. Denied that QC Metallurgical, Inc. properly conducted Rockwell hardness testing on KKM-manufactured barrels, therefore denied as to the results of its testing. Admitted that KKM reasonably requested that Akai return any allegedly defective barrels for inspection and testing, which request Akai has failed and refused to comply with.

755. Denied that the "Open Letter" is false, misleading, defamatory, and malicious. Denied that QC Metallurgical, Inc. properly conducted Rockwell hardness testing on KKM-manufactured barrels, therefore denied as to the results of its testing. Admitted that KKM reasonably requested that Akai return any allegedly defective barrels for inspection and testing, which request Akai has failed and refused to comply with.

756. Denied that KKM has made false statements.

757. Denied.

758. To the extent that the allegations of Paragraph 758 purport to characterize or summarize the "Open Letter," the document speaks for itself, therefore denied.

759. Denied.

760. Admitted that McIntire sent a photograph to Bradley, but denied that McIntire made any false or defamatory statements regarding the Plaintiffs.

761. Denied.

762. Denied.

763. Denied.

764.    Denied.

765.    Denied.

766.    Denied.

WHEREFORE, Defendant KKM Precision, Inc. respectfully requests that this Court issue judgment in its favor, deny Plaintiff the relief sought, award Defendant its costs of this action, and such further relief as this Court deems just and proper.

### Count XXIII – Commercial Disparagement (SCI, Bradley)

767.    Count XXIII does not state a claim against KKM, therefore no response is required. Otherwise, denied.

### Count XXIV – Commercial Disparagement (Dame)

795.    Count XXIV has been dismissed and does not state a claim against KKM, therefore no response is required.  Otherwise, denied.

### Count XXV – Commercial Disparagement (Mekosh)

875.    Count XXV has been dismissed and does not state a claim against KKM, therefore no response is required.  Otherwise, denied.

### Count XXVI – Civil Conspiracy to Commit Commercial Disparagement (KKM)

923.    KKM restates and incorporates its answers to Paragraphs 1 through 104 above, as though fully set forth herein.

924.    Admitted for purposes of jurisdiction, but denied that Plaintiffs are entitled to any damages from KKM.

925.    Denied.

926.    Denied.

927.   Denied.

928.   Denied as to the existence of a "scheme" or "conspiracy."  To the extent that the allegations of Paragraph 928 purport to characterize or summarize the "Open Letter," the document speaks for itself, therefore denied.  Otherwise, denied.

929.   Denied as to the existence of a "scheme" or "conspiracy."  To the extent that the allegations of Paragraph 929 purport to characterize or summarize the "Open Letter," the document speaks for itself, therefore denied.  Otherwise, denied.

930.   Denied that the "Open Letter" is false, misleading, defamatory, and malicious. Denied that QC Metallurgical, Inc. properly conducted Rockwell hardness testing on KKM-manufactured barrels, therefore denied as to the results of its testing. Admitted that KKM reasonably requested that Akai return any allegedly defective barrels for inspection and testing, which request Akai has failed and refused to comply with.

931.   Denied that the "Open Letter" is false, misleading, defamatory, and malicious. Denied that QC Metallurgical, Inc. properly conducted Rockwell hardness testing on KKM-manufactured barrels, therefore denied as to the results of its testing. Admitted that KKM reasonably requested that Akai return any allegedly defective barrels for inspection and testing, which request Akai has failed and refused to comply with.

932.   Denied as to the existence of a "scheme" or "conspiracy."   Denied that KKM has made false statements.

933.   Denied.

934.    Denied as to the existence of a "scheme" or "conspiracy." To the extent that the allegations of Paragraph 934 purport to characterize or summarize the "Open Letter," the document speaks for itself, therefore denied.

935.    Denied as to the existence of a "scheme" or "conspiracy." Otherwise, denied.

936.    Denied as to the existence of a "scheme" or "conspiracy." Otherwise, denied.

937.    Denied as to the existence of a "scheme" or "conspiracy." Otherwise, denied.

938.    Denied as to the existence of a "scheme" or "conspiracy." Otherwise, denied.

939.    Denied as to the existence of a "scheme" or "conspiracy." Otherwise, denied.

940.    Denied.

941.    Denied.

942.    Denied as to the existence of a "scheme" or "conspiracy." Otherwise, denied.

943.    Denied as to the existence of a "scheme" or "conspiracy." Otherwise, denied.

WHEREFORE, Defendant KKM Precision, Inc. respectfully requests that this Court issue judgment in its favor, deny Plaintiff the relief sought, award Defendant its costs of this action, and such further relief as this Court deems just and proper.

**Count XXVII – Civil Conspiracy to Commit Commercial Disparagement (SCI, Bradley)**

944.    Count XXVII does not state a claim against KKM, therefore no response is required. Otherwise, denied.

**Count XXVIII – Civil Conspiracy to Commit Commercial Disparagement (Dame)**

975.    Count XXVIII has been dismissed and does not state a claim against KKM, therefore no response is required. Otherwise, denied.

**Count XXIX – Civil Conspiracy to Commit Commercial Disparagement (Mekosh)**

1058.   Count XXIX has been dismissed and does not state a claim against KKM, therefore no response is required.  Otherwise, denied.

## AFFIRMATIVE DEFENSES
### FIRST AFFIRMATIVE DEFENSE
(Qualified Privilege)

KKM affirmatively alleges that the communications allegedly made by KKM were made in good faith, and were of interest to KKM as it improperly imputed that quality of the barrels it manufactured and in response to a demand letter.  KKM further alleges its duty to defend its business practices were made pursuant to a moral or social obligation to clear its name.  *Nodar v. Galbreath*, 462 So. 2d 803, 809 (Fla. 1984). Therefore, absent proof of actual malice, Plaintiffs' defamation claims must fail.

### SECOND AFFIRMATIVE DEFENSE
(Substantial Truth Doctrine)

Pursuant to Article 1, Section 4 of the Florida Constitution, KKM affirmatively alleges that that the statements made by KKM were substantially true.  Upon information and belief, the barrels were improperly tested by Plaintiffs' consultant, and other malfunctions with Plaintiffs' weapons were a result of modifications and/or smithing, including but not limited to "stroking" and/or "sleeving" the barrels, resulting in less than ideal reliability for competition pistols.  As a result, the alleged defamatory statements made by KKM were substantially true and made with good motives, and therefore no liability may befall KKM.

### THIRD AFFIRMATIVE DEFENSE
(Failure of Conditions Precedent)

KKM affirmatively alleges that Plaintiffs' claims are barred due to its failure to fulfill all

conditions precedent to maintaining this action including, but not limited to its failure to comply with: (1) reasonable requests to return the allegedly defective goods for inspection, (2) comply with KKM's terms and conditions requiring unused, uninstalled, and originally packed items for return, among other conditions.

### FOURTH AFFIRMATIVE DEFENSE
#### (Waiver)

KKM affirmatively alleges, that the terms and conditions of its sales agreements and/or warranties are binding upon Plaintiffs, and Plaintiffs' claims for damages and/or subrogation are limited and/or waived by the terms of those agreements, including the duty to return allegedly defective products, the agreement to conduct warranty repairs/replacement on returned products.

### FIFTH AFFIRMATIVE DEFENSE
#### (Limitation of Liability)

KKM affirmatively alleges that its liability, if any, is limited by the terms and conditions of KKM's sales agreement and/or its warranty.

### SIXTH AFFIRMATIVE DEFENSE
#### (Intervening, Superseding Cause)

KKM affirmatively alleges that Plaintiffs' damages, if any, were caused by individuals or entities over which the KKM neither has control nor the right to control, including Plaintiffs' own gun smiths and/or independent contractors who bear responsibility for Plaintiffs' damages, if any, and for which the KKM is not technically, derivatively, or vicariously liable.

### SEVENTH AFFIRMATIVE DEFENSE
#### (Comparative Fault)

KKM affirmatively alleges that, although it has no liability to Plaintiff, any liability found

on its part, and any damages awarded in favor of the Plaintiff, are subject to comparative fault. KKM is not liable for more than its proportionate share of any economic and non-economic damages in relation to all other responsible parties and non-parties, after reduction for the Plaintiffs' comparative percentage of fault, including those for whom Plaintiff is responsible. This includes improper or inadequately tuned barrels, improper post-modification heat treatments, requesting and specifying changed manufactured barrels, and/or improper modification of barrel geometry.

## EIGHTH AFFIRMATIVE DEFENSE
### (Spoliation of Evidence)

KKM affirmatively alleges that some or all of the Plaintiffs' claims may be barred by its spoliation of evidence because the Plaintiffs intentionally and/or negligently suppressed, altered, damaged, concealed, lost, and/or destroyed physical evidence within its control concerning the alleged defects in this case, thereby prejudicing KKM's ability to adequately defend against the Plaintiffs claims. KKM is entitled to a rebuttal presumption that Plaintiffs were negligent, and that such negligence the cause, or a substantial contributing cause of the damages it seeks to recover, and KKM is entitled to a jury instruction to that effect. *Public Health Trust of Dade County v. Valcin*, 507 So.2d 596 (Fla. 1987).

## NINTH AFFIRMATIVE DEFENSE
### (Setoff)

KKM affirmatively alleges that it is entitled to setoff for any settlements or awards obtained by Plaintiffs from any other parties or nonparties, as provided by Florida law, and from any collateral sources of indemnity.

### TENTH AFFIRMATIVE DEFENSE
#### (No Damages)

KKM affirmatively alleges that Plaintiff has not sustained damages and the law furnishes a remedy only for such wrongful acts as result in injury or damage. *Scott-Steven Dev. Corp. v. Gables by the Sea, Inc.*, 167 So. 2d 763, 764 (Fla. 3d DCA 1964).

### ELEVENTH AFFIRMATIVE DEFENSE
#### (Estoppel)

KKM affirmatively alleges that Plaintiffs are estopped from recovering some or all of its alleged damages. KKM affirmatively alleges that Plaintiffs requested certain dimensional changes on barrels from KKM. In reliance thereon, some KKM barrels were sold to Plaintiffs with those changes. Plaintiffs should now be estopped from claiming defects on these barrels for which Plaintiffs specified, received prototypes for, and approved.

### TWELFTH AFFIRMATIVE DEFENSE
#### (Unclean Hands)

KKM affirmatively alleges that Plaintiffs are precluded from recovery due to unclean hands. In particular, KKM alleges that Plaintiffs attempted to defraud KKM by alleging improper barrel hardness to cover for Plaintiffs' high rate of malfunctions. As Plaintiffs were *in pari delicto*, Plaintiffs are precluded from recovery as a matter of law.

### THIRTEENTH AFFIRMATIVE DEFENSE
#### (Injury to Reputation Damages are Barred)

KKM affirmatively alleges that to the extent that Plaintiffs are seeking damages for loss of revenue allegedly arising from an injury to reputation stemming from breach of warranty, they are barred as a matter of law. *See Allied Chem. Corp. v. Eubanks Indus., Inc.*, 155 So. 2d 740, 741 (Fla. 3d DCA 1963); *Nebula Glass Intern., Inc. v. Reichhold, Inc.*, 2004 WL 4946483 (S.D. Fla.

2004).

## FOURTEENTH AFFIRMATIVE DEFENSE
### (Failure to Prove Special Damages)

KKM affirmatively alleges that any economic losses from Plaintiffs are not caused by the alleged defamation, commercial disparagement, or statements made from KKM. Upon information and belief, Plaintiffs' sales figures and numbers were declining prior to the publication of any statements, and as a result cannot be causally linked to any alleged defamation or sales of barrels on the part of KKM.

## FIFTEENTH AFFIRMATIVE DEFENSE
### (Limitation of Available Damages)

KKM affirmatively alleges that the Plaintiffs' available damages arising from its claim for breach of the Florida Deceptive and Unfair Business Practices Act are limited to the difference in the market value of the product or service in the condition in which it was delivered and its market value in the condition in which it should have been delivered according to the contract of the parties. *Rollins, Inc. v. Heller*, 454 So. 2d 580, 585 (Fla. 3d DCA 1984). To the extent that Plaintiffs seek damages in excess of that formulation, including but not limited to, damages for alleged damage to guns, damages allegedly resulting from a recall, or other consequential damages, such damages are barred under FDUTPA. *City First Mortg. Corp. v. Barton*, 988 So. 2d 82, 86 (Fla. 4th DCA 2008).

## SIXTEENTH AFFIRMATIVE DEFENSE
### (Lack of Privity)

KKM affirmatively alleges that the Plaintiffs' UCC claims against KKM, including breach of the implied warranty of merchantability and breach of the implied warranty of fitness for a particular purpose, are barred as to KKM with respect to those barrels that Plaintiffs allegedly

purchased from SCI due to a lack of privity between Plaintiffs and KKM with respect to those barrels. *Affiliates for Evaluation and Therapy, Inc. v. Viasyn Corp.*, 500 So. 2d 688, 693 (Fla. 3d DCA 1987); *Kramer v. Piper Aircraft Corp.*, 520 So. 2d 37, 39 (Fla. 1988).

## SEVENTEENTH AFFIRMATIVE DEFENSE
### (Transaction Between Merchants)

KKM affirmatively alleges that the Plaintiffs are deemed to be "merchants" pursuant to the Uniform Commercial Code, and any transaction(s) between KKM and the Plaintiffs shall constitute a transaction between merchants in which both parties are chargeable with the knowledge and skill of merchants.

## EIGHTEENTH AFFIRMATIVE DEFENSE
### (Failure to Mitigate)

KKM affirmatively alleges that Plaintiffs' damages, if any, are barred or reduced to the extent said damages were incurred as a result of Plaintiffs' failure to mitigate. Specifically, Plaintiffs failed to adequately cover their losses and/or mitigate their losses by accepting replacement and/or warranty barrels from either KKM and/or other producers and/or resellers.

## NINETEENTH AFFIRMATIVE DEFENSE
### (Excusal of Performance)

Plaintiffs failed to complete its' obligations as required by the terms and conditions of KKM's sales agreement, by among other things, failing to comply with SCI's and/or KKM's reasonable requests for inspection and/or return. As a result, KKM was excused from further performance with Plaintiffs.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF to Richard J. Fiato, Esq., Law Offices of Fiato, 550 W. Merrill St., Ste. 200, Birmingham, MI 48009 (fiatolaw@gmail.com); Edmund S. Yee, Esq., McKelvie, McKelvie, Yee & Epacs, P.C. 280 W. Maple Rd., Ste. 220, Birmingham, MI 48009 (eyee@mmyelaw.com); Kir-Sheng Chen, Esq. and John A. Chiocca, Esq., Cole, Scott & Kissane, P.A., 222 Lakeview Ave., Ste. 120, West Palm Beach, FL 33401 (kir-sheng.chen@csklegal.com; john.chiocca@csklegal.com; stephanie.chiocca@csklegal.com; susan.miller@csklegal.com); Nicholas D. Freeman, Esquire, Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, 111 N. Orange Ave., Ste. 1200, Orlando, FL 32801 (nicholas.freeman@wilsonelser.com), this 12th day of October, 2021.

/s/ Kevin Robinson
Kevin P. Robinson, Esquire
Florida Bar No.: 0014650
ZIMMERMAN, KISER & SUTCLIFFE, P.A.
315 E. Robinson St., Suite 600 (32801)
P.O. Box 3000
Orlando, FL 32802
Telephone: (407) 425-7010
Facsimile: (407) 425-2747
Counsel for Defendant, KKM Precision, Inc.
krobinson@zkslawfirm.com
jwenhold@zkslawfirm.com
service@zkslawfirm.com

KPR/kpr



exhibitsticker.com

EXHIBIT

#5  08-18-22  ALB

KKM 000001



KKM 000002

KKM 000003

☆ **KKM Precision Support**   📎                                 🗀 Sent – Exchange   April 4, 2018 at 8:56 AM   

Invoice #00017964; From KKM Precision, Inc

**To:** shay@acguns.com

Here is the invoice with a balance shown, i mis quoted the price as $149 each, they are $157. I need to verify i can charge $1580 total and not $1510 total. -Dan

Please contact us immediately if you are unable to detach or download your Invoice. Thank you.



Invoice #:  00017964

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Bill To:

Akai Custom Guns
5405 NW 102nd Ave Bay 216
Sunrise, FL 33351
USA

Ship To:

Akai Custom Guns
5405 NW 102nd Ave Bay 216
Sunrise, FL 33351
USA

954-951-2851

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | | 4/4/18 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 10 | CGABCN | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $157.00 | | | $1,570.00 | |
| 1 | U.S. Postal | U.S. Postal | $10.00 | | | $10.00 | |

| | |
|---|---|
| Sale Amt.: | $1,580.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $1,580.00 |
| Paid Today: | $0.00 |
| Balance Due: | $1,580.00 |

☆ **KKM Precision Support**   📎

Invoice #00017250; From KKM Precision, Inc

**To:** shay@acguns.com

📨 Sent – Exchange   February 22, 2018 at 3:50 PM   SK

Please contact us immediately if you are unable to detach or download your Invoice. Thank you.



**KKM PRECISION**

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

Invoice #:   00017250

**Bill To:**

Akai Custom Guns
5405 NW 102nd Ave Bay 216
Sunrise, FL 33351
USA

**Ship To:**

Akai Custom Guns
5405 NW 102nd Ave Bay 216
Sunrise, FL 33351
USA

954-951-2851

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | | 2/22/18 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 4 | CCABCN | Commander .355 Match Bull Clark/Para Ramp Gunsmith-fit | $149.00 | | | $596.00 | |
| 4 | CGABCN | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $157.00 | | | $628.00 | |
| 1 | U.S. Postal | U.S. Postal | $10.00 | | | $10.00 | |

| | | |
|---|---|---|
| Sale Amt.: | $1,234.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $1,234.00 |
| Paid Today: | $1,234.00 |
| **Balance Due:** | **$0.00** |

KKM 000005

☆ **Front Office CPU**                                    ✉ Sent – Exchange    April 19, 2018 at 3:11 PM    
KKM Order – USPS tracking #
To:   shay@acguns.com

A package was shipped to you on 04/19/2018 via U.S. Postal Service Priority Mail to the following address:

AKAI CUSTOM GUNS
AKAI CUSTOM GUNS
5405 NW 102ND AVE BAY 216
SUNRISE FL 33351

The following optional services were used:  Adult Signature, Endicia Insurance

The package's ID is 9468110200881718069322

To check the status of your package at any time please visit: https://www.endicia.com/Status/?PIC=9468110200881718069322 or the U.S. Postal Service's website: http://www.usps.com/

KKM PRECISION

**********************************************************************
NOTE:
This e-mail was generated by Endicia Internet Postage (www.Endicia.com)
at the sender's request.  DO NOT CONTACT Endicia if you have any
questions about the shipment or the package delivery, instead please
contact the sender of this e-mail or the U.S. Postal Service.
**********************************************************************

KKM 000006

☆ **KKM Precision Support** 📎       🗀 Sent – Exchange    April 19, 2018 at 8:31 AM   

Invoice #00017964; From KKM Precision, Inc

**To:** shay@acguns.com

Please contact us immediately if you are unable to detach or download your Invoice. Thank you.



**Invoice #:  00017964**

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

**Bill To:**

Akai Custom Guns
5405 NW 102nd Ave Bay 216
Sunrise, FL 33351
USA

**Ship To:**

Akai Custom Guns
5405 NW 102nd Ave Bay 216
Sunrise, FL 33351
USA

954-951-2511

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | | 4/4/18 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 10 | CGABCN | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $157.00 | | | $1,570.00 | |
| 1 | U.S. Postal | U.S. Postal | $10.00 | | | $10.00 | |

| | |
|---|---|
| Sale Amt.: | $1,580.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $1,580.00 |
| Paid Today: | $1,580.00 |
| **Balance Due:** | **$0.00** |

KKM 000007

☆ **Front Office CPU** 📎                    ✉ Sent – Exchange   July 30, 2018 at 10:33 AM   CF

Invoice #00019582; From KKM Precision, Inc

**To:** shay@acguns.com

Please contact us immediately if you are unable to detach or download your Invoice. Thank you.


### KKM PRECISION

Invoice #:   00019582

5201 Convair Dr.
Carson City, Nevada 89706
PH: 775-246-5444

**Bill To:**

Akai Custom Guns
5405 NW 102nd Ave Bay 216
Sunrise, FL 33351
USA

**Ship To:**

Akai Custom Guns
5405 NW 102nd Ave Bay 216
Sunrise, FL 33351
USA

954-951-2851

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | | DATE | PG. |
|---|---|---|---|---|---|---|---|---|---|
| | | | | X | | Prepaid | | 7/30/18 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| 20 | CGABCN | Government .355 Match Bull Clark/Para Ramp Gunsmith-fit | $157.00 | | | $3,140.00 | |
| 20 | CGDBCN | Government 40S&W Match Bull Clark/Para Ramp Gunsmith-fit | $157.00 | | | $3,140.00 | |
| 1 | U.S. Postal | U.S. Postal | $70.00 | | | $70.00 | |

| | |
|---|---|
| Sale Amt.: | $6,350.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $6,350.00 |
| Paid Today: | $0.00 |
| Balance Due: | $6,350.00 |

Found in Sent – Exchange Mailbox

**Front Office CPU**
Re: Calling Shay
To: John Vlieger

October 24, 2019 at 8:27 AM   CF

John -

Printed and handed to owner.


Thank you,
-Dan Wrightsman

support@kkmprecision.com
PH: 775-246-5444

KKM Precision
5201 Convair Dr.
Carson City, NV 89706

See More from John Vlieger

---

**John Vlieger**
Calling Shay
To: KKM Precision Support,   McIntire Robert

October 23, 2019 at 1:19 PM   VJ

📄 New contact info found in this email: Vlieger John johnv@shootersconnection.com        add…   ⊗

Dan,


If you could please touch base with Luke about giving Shay a call, I'd appreciate it. Also, those barrels from Venom Custom were dropped off and you should have them tomorrow via UPS next day air.


Getting some info and potentially getting ahead of this would be a pretty good idea. We've started hearing from customers here at Shooters Connection, too.


Thanks.

--
John Vlieger
Shooters Connection
804 South Broadway, Unit 9
Georgetown, KY 40324
www.shootersconnection.com
502-570-4112
502-570-4102 fax
800-387-4045


--
This email has been checked for viruses by Avast antivirus software.
https://www.avast.com/antivirus

| Nevada Heat Treating Work Order Number | Hardness Test Results |
|---|---|
| 2015 | |
| 80942 | 39.8-43.0 HRC |
| 81039 | 40.1-41.1 HRC |
| 81125 | 39.9-40.1 HRC |
| 81209 | 39.1-41.1 HRC |
| 81300 | 42.2-43.1 HRC |
| 81455 | 44.3-44.5 HRC |
| 81548 | 44.8-45.1 HRC |
| 81592 | 44.0-44.9 HRC |
| 81791 | 44.1-45.0 HRC |
| 81918 | 43.1-44.6 HRC |
| 82040 | 41.1-42.3 HRC |
| 82118 | 44.1-45.6 HRC |
| 82173 | 41.2-42.0 HRC |
| 82287 | 44.1-45.2 HRC |
| 82427 | 43.7-44.4 HRC |
| 82504 | 42.0-43.6 HRC |
| 82635 | 42.6-44.0 HRC |
| 82723 | 44.6-45.2 HRC |
| 82789 | 44.6-45.0 HRC |
| 82905 | 44.2-44.5 HRC |
| 82992 | 42.4-43.5 HRC |
| 83077 | 44.5-45.3 HRC |
| 83221 | 44.3-44.7 HRC |
| 83361 | 44.0-44.5 HRC |
| 2016 | |
| 83551 | 43.9-44.1 HRC |
| 83712 | 42.9-43.2 HRC |
| 83820 | 43.3-43.6 HRC |
| 83977 | 40.5-41.1 HRC |
| 84080 | 44.5-44.7 HRC |
| 84171 | 44.1-44.5 HRC |
| 84260 | 39.0-41.0 HRC |
| 84428 | 44.0-44.8 HRC |
| 84536 | 43.7-44.2 HRC |
| 84610 | 43.4-43.7 HRC |
| 84749 | 44.0-45.0 HRC |
| 84839 | 44.1-45.2 HRC |
| 84894 | 44.7-45.3 HRC |
| 84997 | 43.9-44.3 HRC |
| 85091 | 43.6-43.9 HRC |
| 85232 | 44.3-45.5 HRC |
| 85330 | 43.4-43.7 HRC |
| 85428 | 42.5-43.4 HRC |
| 85541 | 43.6-44.9 HRC |
| 85656 | 40.4-42.6 HRC |

KKM 000010

| | |
|---|---|
| 85755 | 44.0-44.3 HRC |
| 85789 | 44.0-44.2 HRC |
| 85823 | 44.4-45.2 HRC |
| 85915 | 43.8-44.4 HRC |
| 85948 | 42.5-43.7 HRC |
| 86004 | 38.2-39.2 HRC |
| 86097 | 44.5-44.9 HRC |
| 86178 | 42.2-45.0 HRC |
| 86343 | 42.2-44.2 HRC |
| 86453 | 45.3-46.1 HRC |
| 86531 | 44.5-45.0 HRC |
| 86630 | 42.0-44.8 HRC |
| 86717 | 43.6-45.3 HRC |
| 86814 | 44.1-45.0 HRC |
| 86924 | 41.8-42.1 HRC |
| 87014 | 46.6-46.7 HRC |
| 87115 | 44.2-45.3 HRC |
| 87197 | 43.3-46.1 HRC |
| 87288 | 41.3-45.7 HRC |
| 87379 | 42.9-46.3 HRC |
| 87454 | 46.8-46.9 HRC |
| 87556 | 42.5-43.8 HRC |
| 87655 | 45.3-46.4 HRC |
| 87770 | 45.1-46.2 HRC |
| 87881 | 43.4-44.9 HRC |
| 87975 | 43.3-43.4 HRC |
| 88033 | |
| 2017 | |
| 88180 | 44.7-45.5 HRC |
| 88282 | 43.8-44.2 HRC |
| 88345 | 44.5-44.8 HRC |
| 88483 | 43.2-44.9 HRC |
| 88592 | 45.4-45.8 HRC |
| 88683 | 42.6-43.8 HRC |
| 88790 | 41.4-45.3 HRC |
| 88870 | 45.9-46.4 HRC |
| 88979 | 42.2-43.2 HRC |
| 89096 | 42.5-43.1 HRC |
| 89186 | 42.5-42.7 HRC |
| 89275 | 45.0-45.5 HRC |
| 89380 | 45.4-46.2 HRC |
| 89488 | 44.6-46.2 HRC |
| 89572 | 44.0-44.1 HRC |
| 89664 | 41.8-44.6 HRC |
| 89716 | 44.9-45.0 HRC |
| 89810 | 41.4-42.3 HRC |
| 89853 | 43.4-44.4 HRC |

KKM 000011

| | |
|---|---|
| 89900 | 42.3-45.6 HRC |
| 89939 | 40.9-41.2 HRC |
| 89999 | 39.2-41.3 HRC |
| 90031 | 42.1-42.5 HRC |
| 90141 | 42.0-43.6 HRC |
| 90213 | 43.6-44.6 HRC |
| 90297 | 41.7-42.8 HRC |
| 90388 | 42.1-44.0 HRC |
| 90488 | 40.8-41.1 HRC |
| 90587 | 44.7-45.0 HRC |
| 90641 | 45.7-46.1 HRC |
| 90711 | 44.7-45.1 HRC |
| 90800 | 38.5-38.9 HRC |
| 90895 | 41.9-42.7 HRC |
| 90980 | 45.7-46.0 HRC |
| 91064 | 43.8-44.7 HRC |
| 91163 | 44.8-45.1 HRC |
| 91237 | 43.6-45.3 HRC |
| 91277 | 44.8-45.5 HRC |
| 91366 | 40.2-40.3 HRC |
| 91464 | 41.4-41.8 HRC |
| 91540 | 42.5-43.0 HRC |
| 91593 | 40.3-41.5 HRC |
| 91699 | 40.1-43.1 HRC |
| 91806 | 44.3-45.4 HRC |
| 91895 | 44.5-44.7 HRC |
| 91997 | 44.1-45.0 HRC |
| 92076 | 42.9-44.3 HRC |
| 92138 | 44.6-44.9 HRC |
| 92315 | 43.5-44.0 HRC |
| 92368 | 39.2-44.4 HRC |
| 92427 | 44.9-45.2 HRC |
| 92519 | 44.7-45.7 HRC |
| 92619 | 42.1-43.3 HRC |
| 92718 | 42.6-42.7 HRC |
| 2018 | |
| 92930 | 43.8-45.6 HRC |
| 93090 | 44.6-46.2 HRC |
| 93265 | 43.4-44.8 HRC |
| 93373 | 43.2-44.0 HRC |
| 93513 | 43.7-44.5 HRC |
| 93582 | 40.1-45.1 HRC |
| 93712 | 39.4-42.0 HRC |
| 93765 | 40.6-42.0 HRC |
| 93822 | 38.1-41.2 HRC |
| 93936 | 44.0-44.2 HRC |
| 94071 | 38.7-38.9 HRC |

KKM 000012

| | |
|---|---|
| 94188 | 42.4-43.1 HRC |
| 94322 | 40.0-41.3 HRC |
| 94422 | 42.9-43.0 HRC |
| 94523 | 44.6-44.9 HRC |
| 94637 | 45.6-45.8 HRC |
| 94750 | 44.5-46.0 HRC |
| 94862 | 44.9-45.0 HRC |
| 94965 | 43.9-44.2 HRC |
| 95063 | 43.1-43.4 HRC |
| 95133 | 37.7-41.4 HRC |
| 95248 | 40.0-42.0 HRC |
| 95353 | 41.9-43.0 HRC |
| 95472 | 44.2-44.6 HRC |
| 95570 | 38.0-41.6 HRC |
| 95723 | 45.0-45.2 HRC |
| 95906 | 37.5-39.5 HRC |
| 96010 | 42.3-45.3 HRC |
| 96110 | 41.2-43.5 HRC |
| 96148 | 44.6-45.1 HRC |
| 96294 | 42.9-43.4 HRC |
| 96412 | 43.7-46.5 HRC |
| 96533 | 43.1-43.5 HRC |
| 96624 | 43.5-44.1 HRC |
| 96735 | 42.5-43.2 HRC |
| 96850 | 41.2-45.2 HRC |
| 96976 | 44.8-45.2 HRC |
| 97081 | 43.3-45.5 HRC |
| 97203 | 44.3-44.7 HRC |
| 97329 | 43.9-44.3 HRC |
| 97582 | 44.3-44.8 HRC |
| 97712 | 44.3-45.0 HRC |
| 97832 | 44.3-44.5 HRC |
| 98060 | 41.9-42.0 HRC |
| 98194 | 43.4-44.5 HRC |
| 98309 | 43.0-44.2 HRC |
| 2019 | |
| 98632 | 45.5-45.9 HRC |
| 98771 | 45.5-45.9 HRC |
| 98871 | 44.6-45.1 HRC |
| 98985 | 43.7-44.2 HRC |
| 99096 | 43.5-44.1 HRC |
| 99220 | 42.4-45.5 HRC |
| 99322 | 45.5-46.4 HRC |
| 99430 | 44.2-45.6 HRC |
| 99549 | 45.2-45.5 HRC |
| 99665 | 44.1-45.8 HRC |
| 99814 | 45.0-46.0 HRC |

KKM 000013

| | |
|---|---|
| 99940 | 44.6-44.8 HRC |
| 100035 | 45.3-46.0 HRC |
| 100148 | 37.6-38.6 HRC |
| 100253 | 43.3-43.8 HRC |
| 100348 | 42.0-42.7 HRC |
| 100584 | 43.7-43.9 HRC |
| 100695 | 43.5-44.5 HRC |
| 100817 | 41.3-43.1 HRC |
| 100887 | 44.3-45.4 HRC |
| 101085 | 42.0-43.1 HRC |
| 101238 | 43.2-44.1 HRC |
| 101358 | 43.8-44.5 HRC |
| 101487 | 44.1-44.9 HRC |
| 101615 | 43.4-45.2 HRC |
| 101784 | 44.6-45.6 HRC |
| 101922 | 42.5-44.0 HRC |
| 102106 | 43.6-45.4 HRC |
| 102257 | 44.4-45.0 HRC |
| 102360 | 44.2-44.6 HRC |
| 102456 | 44.0-44.6 HRC |
| 102564 | 44.2-44.5 HRC |
| 102685 | 43.4-44.0 HRC |
| 102885 | 41.8-42.1 HRC |
| 103103 | 43.8-44.2 HRC |
| 103274 | 43.1-43.8 HRC |
| 103326 | 40.1-41.2 HRC |
| 103327 | 44.7-45.1 HRC |
| 103381 | 41.4-43.4 HRC |
| 103489 | 44.1-44.8 HRC |
| 103738 | 44.8-45.5 HRC |
| 103908 | 42.4-45.4 HRC |
| 104029 | 41.0-43.7 HRC |
| 104143 | 42.1-43.2 HRC |
| 2020 | |
| 104354 | 44.2-44.3 HRC |
| 104479 | 43.9-44.0 HRC |
| 104555 | 44.4-45.1 HRC |
| 104647 | 43.0-44.4 HRC |
| 104805 | 44.0-44.9 HRC |
| 104937 | 46.0-46.3 HRC |
| 105050 | 43.6-44.6 HRC |
| 105171 | 43.5-44.9 HRC |
| 105294 | 44.5-44.9 HRC |
| 105393 | 45.1-45.6 HRC |
| 105514 | 44.4-45.8 HRC |
| 105627 | 45.0-45.1 HRC |
| 105734 | 43.2-45.0 HRC |

KKM 000014

| 105853 | 43.5-45.4 HRC |
| 105951 | 44.8-44.9 HRC |
| 106014 | 44.3-44.8 HRC |

KKM 000015

KKM 000016

# KKM HARDNESS TESTING RESULTS FROM 12/5/18 TO PRESENT

There were 2 parts randomly selected from each order to be hardness tested.

| Nevada Heat Treating work order number: | HARDNESS TEST RESULTS: |
|---|---|
| 98194 | 43.4-44.5 HRC |
| 98309 | 43.0-44.2 HRC |
| 98429 | 43.4-43.5 HRC |
| 98632 | 45.5-45.9 HRC |
| 98771 | 45.5-45.9 HRC |
| 98871 | 44.6-45.1 HRC |
| 98985 | 43.7-44.2 HRC |
| 99096 | 43.5-44.1 HRC |
| 99220 | 42.4-45.5 HRC |
| 99322 | 45.5-46.4 HRC |
| 99430 | 44.2-45.6 HRC |
| 99549 | 45.2-45.5 HRC |
| 99665 | 44.1-45.8 HRC |
| 99814 | 45.0-46.0 HRC |
| 99940 | 44.6-44.8 HRC |
| 100035 | 45.3-46.0 HRC |
| 100148 | 37.6-38.6 HRC |
| 100253 | 43.3-43.8 HRC |
| 100348 | 42.0-42.7 HRC |
| 100584 | 43.7-43.9 HRC |
| 100695 | 43.5-44.5 HRC |
| 100817 | 41.3-43.1 HRC |
| 100887 | 44.3-45.4 HRC |
| 101085 | 42.0-43.1 HRC |
| 101238 | 43.2-44.1 HRC |
| 101358 | 43.8-44.5 HRC |
| 101487 | 44.1-44.9 HRC |
| 101615 | 43.4-45.2 HRC |
| 101784 | 44.6-45.6 HRC |
| 101922 | 42.5-44.0 HRC |
| 102106 | 43.6-45.4 HRC |
| 102257 | 44.4-45.0 HRC |
| 102360 | 44.2-44.6 HRC |
| 102456 | 44.0-44.6 HRC |
| 102564 | 44.2-44.5 HRC |
| 102685 | 43.4-44.0 HRC |
| 102885 | 41.8-42.1 HRC |
| 103103 | 43.8-44.2 HRC |
| 103274 | 43.1-43.8 HRC |

KKM 000017

| | |
|---|---|
| 103326 | 40.1-41.2 HRC |
| 103327 | 44.7-45.1 HRC |
| 103381 | 41.4-43.4 HRC |
| 103489 | 44.1-44.8 HRC |
| 103738 | 44.8-45.5 HRC |
| 103908 | 42.4-45.4 HRC |



# Certificate of Test

Page:    1

HEAT E140837    ORDER  656042/ 01  BOL 0231333  *  CERTIFICATION  *  03/12/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES        900400000

G 10708

------------------------- YOUR ORDER & DATE -----------------------------
   7144321              11/19/14 CUST# 0395001 CUST TAG#5466062
------------------------- ITEM DESCRIPTION -----------------------------
GRADE 416              Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM      Country of Mfg.: UNITED STATES
No weld repair             NAFTA Country of Origin is Country of Melt
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles  1  Total Weight   1182    Approx. Hot Red. Ratio 141:1

WO 2059179 Bundles: 1F
------------------------------- SPECIFICATIONS -------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II                ASTM A484 14a
ASTM A582 12e1                         DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS ---------------------
Hardness as shipped    (207 HB )  Hardness as tested
Hardness as shipped     94 HRB                    400 HB

                                Hardness as tested    ( 43 HRC )
Micro                           Tensile strength,KSI (MPa)   92.7 ( 639)
Intergranular corrosion   OK    0.2% Yield Strngth,KSI(MPa)  69.7 ( 481)

                                Elongation % in 4D           26.0
                                Reduction of area %          55.7
------------------------- CHEMICAL COMPOSITION -------------------------
Carbon       (C )  .116    Manganese    (Mn)   .790
Phosphorus   (P )  .020    Sulphur      (S )   .321
Silicon      (Si)  .350    Chromium     (Cr) 12.970
Nickel       (Ni)  .310    Cobalt       (Co)   .020
Copper       (Cu)  .060    Moly         (Mo)   .040
Nitrogen     (N )  .040    Columbium    (Cb)   .006
Titanium     (Ti)  .001    Aluminum     (Al)   .001
Tin          (Sn)  .009    Boron        (B )   .001
Tantalum     (Ta)  .004    Vanadium     (V )   .040
Tungsten     (W )  .033
Columbium/                                      .000
Tantalum (Cb+Ta)   .010
Iron        (Fe)  Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials ____  Date ____

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                    M.F. Marcanio,    Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio* (signature)



# Certificate of Test

Page: 1

HEAT E140837    ORDER 655026/ 18 BOL 0231238  *  CERTIFICATION  *  03/05/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES        900400000

C10209

```
---------------------- YOUR ORDER & DATE ----------------------
   7136833              10/08/14 CUST# 0395001 CUST TAG#5466062
---------------------- ITEM DESCRIPTION ----------------------
GRADE 416                Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM       Country of Mfg.: UNITED STATES
                              NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1214    Approx. Hot Red. Ratio 141:1

WO 2058366 Bundles: 1C
------------------------- SPECIFICATIONS ---------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II            ASTM A484 14a
ASTM A582 12e1                     DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------- MECHANICAL & OTHER TESTS --------------------
Hardness as shipped        (207 HB )  Hardness as tested        409 HB
Hardness as shipped         93 HRB

                                      Hardness as tested    ( 44 HRC )
Micro                          OK     Tensile strength,KSI (MPa)  97.5 ( 672)
Intergranular corrosion               0.2% Yield Strngth,KSI(MPa) 75.0 ( 517)

                                      Elongation % in 4D         23.0
                                      Reduction of area %        54.0
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.
```

```
------------------------- CHEMICAL COMPOSITION -------------------------
Carbon      (C )  .116     Manganese   (Mn)  .790
Phosphorus  (P )  .020     Sulphur     (S )  .321
Silicon     (Si)  .350     Chromium    (Cr) 12.970
Nickel      (Ni)  .310     Cobalt      (Co)  .020
Copper      (Cu)  .060     Moly        (Mo)  .040
Nitrogen    (N )  .040     Columbium   (Cb)  .006
Titanium    (Ti)  .001     Aluminum    (Al)  .001
Tin         (Sn)  .009     Boron       (B )  .001
Tantalum    (Ta)  .004     Vanadium    (V )  .040
Tungsten    (W )  .033                       .000
Columbium/
Tantalum (Cb+Ta)  .010
Iron        (Fe)  Balance
Melt Practice     EAF
Refining Practice AOD
De-long Ferrite
```

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials AS   Date 3/7/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio

KKM 000019



# Certificate of Test

Page: 1

HEAT E140837   ORDER 655518/ 09  BOL 0231333  *  CERTIFICATION  *  03/12/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES        900400000

*610704*

------------------------- YOUR ORDER & DATE -------------------------
   7139752            10/29/14 CUST# 0395001 CUST TAG#5466062
------------------------- ITEM DESCRIPTION -------------------------
GRADE 416            Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM      Country of Mfg.: UNITED STATES
                     NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1210    Approx. Hot Red. Ratio 141:1

WO 2059179 Bundles: 1B
------------------------- SPECIFICATIONS -------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II              ASTM A484 14a
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped     (207 HB )  Hardness as tested      400 HB
Hardness as shipped      94 HRB
                                   Hardness as tested     ( 43 HRC )
                                   Tensile strength,KSI (MPa)  92.7  ( 639)
Micro                          OK  0.2% Yield Strngth,KSI(MPa) 69.7  ( 481)
Intergranular corrosion
                                   Elongation % in 4D          26.0
                                   Reduction of area %         55.7

------------------------- CHEMICAL COMPOSITION -------------------------
Carbon      (C )  .116        Manganese  (Mn)  .790
Phosphorus  (P )  .020        Sulphur    (S )  .321
Silicon     (Si)  .350        Chromium   (Cr) 12.970
Nickel      (Ni)  .310        Cobalt     (Co)  .020
Copper      (Cu)  .060        Moly       (Mo)  .040
Nitrogen    (N )  .040        Columbium  (Cb)  .006
Titanium    (Ti)  .001        Aluminum   (Al)  .001
Tin         (Sn)  .009        Boron      (B )  .001
Tantalum    (Ta)  .004        Vanadium   (V )  .040
Tungsten    (W )  .033                          .000
Columbium/
Tantalum (Cb+Ta)  .010
Iron        (Fe)  Balance
Melt Practice        EAF
Refining Practice    AOD
De-long Ferrite

*8000 1/4*

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

              M.F. Marcanio,   Quality Manager

Initials ___ Date 3/18/15

*M F Marcanio*

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729



# Certificate of Test

outokumpu
high performance stainless steel

Page:   1

HEAT G21804    ORDER  657838/ 05  BOL 0232216  *  CERTIFICATION  *  05/27/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES            900400000

614146

--------------------- YOUR ORDER & DATE ----------------------
    7154548              2/09/15 CUST# 0395001 CUST TAG#5466062
--------------------- ITEM DESCRIPTION ----------------------
GRADE 416                Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES     Country of Mfg.: UNITED STATES
                        NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight    708    Approx. Hot Red. Ratio 212:1

WO 2060246 Bundles: 1K
--------------------- SPECIFICATIONS ----------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II              ASTM A484 15
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

--------------------- MECHANICAL & OTHER TESTS ----------------------
Hardness as shipped     (217 HB )  Hardness as tested         400 HB
Hardness as shipped      95 HRB
                                   Hardness as tested      ( 43 HRC )
Micro                          OK  Tensile strength,KSI (MPa)  101.0 ( 696)
Intergranular corrosion            0.2% Yield Strngth,KSI(MPa)  77.5 ( 534)
Macro                          OK  Elongation % in 4D          23.0
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.           Reduction of area %         57.0

--------------------- CHEMICAL COMPOSITION ----------------------
Carbon        (C )   .120    Manganese    (Mn) 1.020
Phosphorus    (P )   .018    Sulphur      (S )  .320
Silicon       (Si)   .380    Chromium     (Cr) 12.950
Nickel        (Ni)   .190    Cobalt       (Co)  .050
Copper        (Cu)   .090    Moly         (Mo)  .030
Nitrogen      (N )   .041    Columbium    (Cb)  .010
Titanium      (Ti)   .010    Aluminum     (Al)  .010
Tin           (Sn)   .006    Vanadium     (V )  .040
Tungsten      (W )   .050                        .000
Columbium/
Tantalum (Cb+Ta)     .010
Iron         (Fe)  Balance
Melt Practice        EAF
Refining Practice    AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials ____ Date 6/2/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                    M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio



# Certificate of Test

high performance stainless steel

Page: 1

HEAT G22110   ORDER 659171/ 01 BOL 0232835 * CERTIFICATION * 07/23/15

SHIP TO:
SAMUEL, SON & CO
30640 SAN CLEMENTE ST

HAYWARD          945440000

*[handwritten: Tag# 561118, 561119, 561120, 561121, 561122, 561123, 561124, 561125]*

------------------------ YOUR ORDER & DATE ------------------------
7165241          4/09/15 CUST# 0395009 CUST TAG#5466076

------------------------ ITEM DESCRIPTION ------------------------
GRADE 416               Ship Condition CONDA
Size  416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED STATES       Country of Mfg.: UNITED STATES
                                NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   4   Total Weight 10512   Approx. Hot Red. Ratio 110:1

WO 2061685 Bundles: 1A, 1B, 1C, 1D
------------------------ SPECIFICATIONS ------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II          ASTM A484 15
ASTM A582 12e1                   DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------- MECHANICAL & OTHER TESTS -------------------
Hardness as shipped     205 HB   Hardness as tested      421 HB
Hardness as shipped   ( 94 HRB )
                                 Hardness as tested    ( 45 HRC )
Micro                        OK  Tensile strength,KSI (MPa)   97.3 ( 671)
Intergranular corrosion          0.2% Yield Strngth,KSI(MPa)  70.7 ( 487)
Macro                        OK  Elongation % in 4D           26.0
                                 Reduction of area %          59.7

------------------------ CHEMICAL COMPOSITION ------------------------
Carbon      (C )   .120     Manganese  (Mn)  1.010
Phosphorus  (P )   .016     Sulphur    (S )   .320
Silicon     (Si)   .330     Chromium   (Cr) 13.020
Nickel      (Ni)   .180     Cobalt     (Co)   .050
Copper      (Cu)   .090     Moly       (Mo)   .030
Nitrogen    (N )   .042     Columbium  (Cb)   .010
Titanium    (Ti)   .010     Aluminum   (Al)   .010
Tin         (Sn)   .007     Vanadium   (V )   .030
Tungsten    (W )   .050                        .000
Columbium/
Tantalum (Cb+Ta)   .010
Iron        (Fe) Balance
Melt Practice        EAF
Refining Practice    AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                        M.F. Marcanio,   Quality Manager

                        SAMUEL, SON & CO. INC.
                             HAYWARD
                        QC Certified True Copy
                    Of Original Material Test Report
                    Initials *[signature]* Date 07-31-15  *[signature: M.F. Marcanio]*

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729



# Certificate of Test

high performance stainless steel

Page:   1

HEAT G22664    ORDER 661822/ 06  BOL 0233943  *  CERTIFICATION  *  11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES        900400000

621975

----------------------- YOUR ORDER & DATE ----------------------
   7186768              9/07/15 CUST# 0395001 CUST TAG#5466062

----------------------- ITEM DESCRIPTION -----------------------
GRADE 416                  Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES      Country of Mfg.: UNITED STATES
                          NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles  1  Total Weight  1282    Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1C
----------------------- SPECIFICATIONS -------------------------
 THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
 AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II          ASTM A484 15
ASTM A582 12e1                   DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------- MECHANICAL & OTHER TESTS -------------------
Hardness as shipped      216 HB   Hardness as tested       432 HB
Hardness as shipped    ( 96 HRB )
                                  Hardness as tested      ( 46 HRC )
                                  Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                      OK     0.2% Yield Strngth,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                      OK     Elongation % in 4D         23.0
                                  Reduction of area %        57.0

------------------- CHEMICAL COMPOSITION ----------------------
Carbon     (C )   .120    Manganese   (Mn)  1.040
Phosphorus (P )   .017    Sulphur     (S )   .320
Silicon    (Si)   .460    Chromium    (Cr) 13.000
Nickel     (Ni)   .320    Cobalt      (Co)   .050
Copper     (Cu)   .110    Moly        (Mo)   .080
Nitrogen   (N )   .044    Columbium   (Cb)   .020
Titanium   (Ti)   .010    Aluminum    (Al)   .010
Tin        (Sn)   .006    Vanadium    (V )   .050
Tungsten   (W )   .050                        .000
Columbium/
Tantalum (Cb+Ta)  .020
Iron       (Fe) Balance
Melt Practice     EAF
Refining Practice AOD
De-long Ferrite

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials ___ Date 11/19/15

 Knowingly & willfully falsifying or concealing a material act on this form,
 or making false, fictitious or fraudulent statements or representations
 herein could constitute a felony punishable under federal statutes.
 We hereby certify that the test results shown in this report are correct and
 accurate as contained in the records of the company and are in compliance
 with the specifications, codes, and standards listed above.

                 M.F. Marcanio,   Quality Manager

**Outokumpu Stainless Bar, LLC**
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio*

KKM 000023


outokumpu
high performance stainless steel

# Certificate of Test

Page:    1

HEAT G23479    ORDER 671590/ 09 BOL 0238423 * CERTIFICATION * 02/20/17

SHIP TO:                          641673  641677   641681
SAMUEL, SON & CO., INC.          641674  641678
6415 EAST CORVETTE                                 641682
323.767.2302                     641675  641679
LOS ANGELES        900400000                        641683
                                 641676  641680

------------------------ YOUR ORDER & DATE ------------------------
    7253602                1/09/17 CUST# 0395001 CUST TAG#5466062

------------------------- ITEM DESCRIPTION -------------------------
GRADE 416                                    Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                            NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1338   Approx. Hot Red. Ratio 212:1

WO 2074302 Bundles: 1F
------------------------- SPECIFICATIONS -------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II          ASTM A484 16
ASTM A582 12e1                   DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------ MECHANICAL & OTHER TESTS ------------------
Hardness as shipped    233 HB    Hardness as tested       421 HB
Hardness as shipped   ( 97 HRB )
                                 Hardness as tested     ( 45 HRC )
                                 Tensile strength,KSI (MPa)  101.0 ( 696)
Micro                       OK   0.2% Yield Strngth,KSI(MPa)  75.7 ( 522)
Intergranular corrosion
Macro                       OK   Elongation % in 4D          22.5
                                 Reduction of area %         57.1

------------------------ CHEMICAL COMPOSITION ------------------------
Carbon        (C )   .120     Manganese   (Mn)  1.020
Phosphorus    (P )   .018     Sulphur     (S )   .310
Silicon       (Si)   .380     Chromium    (Cr) 12.920
Nickel        (Ni)   .270     Cobalt      (Co)   .050
Copper        (Cu)   .080     Moly        (Mo)   .100
Nitrogen      (N )   .041     Columbium   (Cb)   .010
Titanium      (Ti)   .010     Aluminum    (Al)   .010
Tin           (Sn)   .005     Vanadium    (V )   .050
Tungsten      (W )   .050
Columbium/
Tantalum (Cb+Ta)     .010     SAMUEL, SON & CO INC.
Iron          (Fe) Balance         LOS ANGELES
Melt Practice        EAF      A Certified True Copy
Refining Practice    AOD      Chemical/Material Test Report
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the test records of the company and are in compliance
with the specifications, codes, and standards listed above.

                    M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729



# Certificate of Test

Page: 1

HEAT E171092   ORDER 678249/ 04  BOL 0242098  * CERTIFICATION  * 01/30/18

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000

656470   656474
656471   656475
656472   656476
656473   656477
         656478

```
----------------- YOUR ORDER & DATE ------------------
   7297425          11/22/17 CUST# 0395001 CUST TAG#5466062

------------------ ITEM DESCRIPTION ------------------
GRADE 416                               Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
                       NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1282    Approx. Hot Red. Ratio 23:1

WO 2082223 Bundles: 1F
------------------- SPECIFICATIONS ------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II              ASTM A484/A484M 16
ASTM A582 12 (Reapp. 2017)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

----------------- MECHANICAL & OTHER TESTS ------------------
Hardness as shipped   (201 HB  ) Hardness as tested      400 HB
Hardness as shipped    92 HRB

                          Hardness as tested     ( 43 HRC )
                          Tensile strength,KSI (MPa)  93.5 ( 645)
Micro                OK   0.2% Yield Strngth,KSI(MPa)  67.3 ( 464)
Intergranular corrosion
                          Elongation % in 4D          24.7
                          Reduction of area %         54.8
the microstucture consisted of uniform tempered martensite with no
evidence of segregation
```

```
------------------ CHEMICAL COMPOSITION ------------------
Carbon       (C )  .112    Manganese   (Mn)  .820
Phosphorus   (P )  .021    Sulphur     (S )  .324
Silicon      (Si)  .380    Chromium    (Cr) 12.930
Nickel       (Ni)  .420    Cobalt      (Co)  .028
Copper       (Cu)  .103    Moly        (Mo)  .040
Nitrogen     (N )  .038    Columbium   (Cb)  .003
Titanium     (Ti)  .001    Aluminum    (Al)  .001
Tin          (Sn)  .004    Boron       (B )  .001
Tantalum     (Ta)  .001    Vanadium    (V )  .030
Tungsten     (W )  .010
Columbium/
Tantalum (Cb+Ta)   .004
Iron         (Fe) Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite
```

SAMUEL, SON & CO. INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____ Date 2-5-18

```
Knowingly or willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.
```

                    M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio

KKM 000025



# Certificate of Test

**outokumpu**
high performance stainless steel

Page: 1

HEAT E181621    ORDER 687391/ 01  BOL 0246696  *  CERTIFICATION  *  04/16/19

SHIP TO:
SAMUEL,SON & CO
12389 LOWER AZUSA ROAD

*674741*
*674742*

ARCADIA              910060000

------------------------------ YOUR ORDER & DATE ------------------------------
    7369931              4/12/19 CUST# 0395009 CUST TAG#5466004

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                          Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles  2   Total Weight  4170    Approx. Hot Red. Ratio 23:1

WO 2091549 Bundles: 1B, 1C
------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II                 ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)              DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped    (212 HB  ) Hardness as tested        421 HB
Hardness as shipped     94 HRB
                                  Hardness as tested    ( 45 HRC )
                                  Tensile strength,KSI (MPa)   98.6 ( 680)
Micro                        OK  0.2% Yield Strngth,KSI(MPa)  73.0 ( 503)
Intergranular corrosion
                                  Elongation % in 4D           23.0
                                  Reduction of area %          54.4
THE MICROSTRUCTURE CONSISTED OF UNIFORM TEMPERED MARTENSITE WITH NO
EVIDENCE OF SEGREGATION

------------------------- CHEMICAL COMPOSITION -------------------------
Carbon     (C )  .124    Manganese   (Mn)  .810
Phosphorus (P )  .022    Sulphur     (S )  .360
Silicon    (Si)  .400    Chromium    (Cr) 13.080
Nickel     (Ni)  .600    Cobalt      (Co)  .030
Copper     (Cu)  .100    Moly        (Mo)  .050
Nitrogen   (N )  .043    Columbium   (Cb)  .003
Titanium   (Ti)  .001    Aluminum    (Al)  .001
Tin        (Sn)  .004    Boron       (B )  .001
Tantalum   (Ta)  .001    Vanadium    (V )  .030
Tungsten   (W )  .010
Columbium/
Tantalum (Cb+Ta)  .004
Iron       (Fe) Balance
Melt Practice        EAF
Refining Practice    AOD
De-long Ferrite

    Knowingly & willfully falsifying or concealing a material act on this form,
    or making false, fictitious or fraudulent statements or representations
    herein could constitute a felony punishable under federal statutes.
    We hereby certify that the test results shown in this report are correct and
    accurate as contained in the records of the company and are in compliance
    with the specifications, codes, and standards listed above.

                    M.F. Marcanio,   Quality Manager

                        SAMUEL, SON & CO., INC
                          LOS ANGELES
                       QC Certified True Copy
                    Of Original Material Test Report
                    Initials _____ Date 4/3/19

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio*

KKM 000026



# Certificate of Test

**outokumpu**
high performance stainless steel

Page: 1

HEAT E191558   ORDER  690508/ 02  BOL 0249859  *  CERTIFICATION  *  03/19/20

SHIP TO:
SAMUEL,SON & CO           691547
12389 LOWER AZUSA ROAD        691548
ARCADIA              910060000     691549

------------------------- YOUR ORDER & DATE -------------------------
  7394975          10/31/19 CUST# 0395009 CUST TAG#5466004
------------------------- ITEM DESCRIPTION -------------------------
                              Ship Condition CONDA
GRADE 416
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM      Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles  3  Total Weight  6588   Approx. Hot Red. Ratio 23:1

WO 2102477 Bundles: 1C, 1D, 1E
------------------------- SPECIFICATIONS -------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II          ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped    207 HB  Hardness as tested     (477 HB )
Hardness as shipped   ( 93 HRB )
                               Hardness as tested      50 HRC
                               Tensile strength,KSI (MPa)  95.4 ( 658)
Micro                    OK    0.2% Yield Strngth,KSI(MPa) 78.7 ( 543)
Intergranular corrosion
                               Elongation % in 4D          22.6
                               Reduction of area %         54.6
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

------------------------- CHEMICAL COMPOSITION -------------------------
Carbon      (C )  .115        Manganese   (Mn )  .820
Phosphorus  (P )  .020        Sulphur     (S )   .345
Silicon     (Si)  .400        Chromium    (Cr) 12.940
Nickel      (Ni)  .200        Cobalt      (Co)   .021
Copper      (Cu)  .384        Moly        (Mo)   .020
Nitrogen    (N )  .048        Columbium   (Cb)   .001
Titanium    (Ti)  .001        Aluminum    (Al)   .001
Tin         (Sn)  .004        Boron       (B )   .001
Tantalum    (Ta)  .001        Vanadium    (V )   .030
Tungsten    (W )  .010
Columbium/
Tantalum (Cb+Ta)  .002                SAMUEL, SON & CO., INC
Iron       (Fe)  Balance               LOS ANGELES
Melt Practice     EAF                QC Certified True Copy
Refining Practice AOD          Of Original Material Test Report
De-long Ferrite                Initials ____ . Date 3/23/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                    M.F. Marcanio,   Quality Manager

**Outokumpu Stainless Bar, LLC**
3043 Crenshaw Pkwy.
Richburg, SC 29729

_M.F. Marcanio_

KKM 000027



# Certificate of Test

outokumpu
high performance stainless steel

Page:   1

HEAT E191558    ORDER  690508/ 01  BOL 0249859  *  CERTIFICATION  *  03/19/20

SHIP TO:
SAMUEL,SON & CO
12389 LOWER AZUSA ROAD

ARCADIA                910060000

*691550*
*691551*

------------------------- YOUR ORDER & DATE -------------------------
7394975                10/31/19 CUST# 0395009 CUST TAG#5466004

------------------------- ITEM DESCRIPTION -------------------------
GRADE 416                                          Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles    2   Total Weight    4346    Approx. Hot Red. Ratio 23:1

WO 2102477 Bundles: 1A, 1B
------------------------- SPECIFICATIONS -------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II            ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)         DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------------
Hardness as shipped      207 HB   Hardness as tested       (477 HB  )
Hardness as shipped    ( 93 HRB )
                                  Hardness as tested        50 HRC
Micro                             Tensile strength,KSI (MPa)  95.4 ( 658)
Intergranular corrosion     OK    0.2% Yield Strngth,KSI(MPa) 78.7 ( 543)

                                  Elongation % in 4D         22.6
                                  Reduction of area %        54.6
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

------------------------- CHEMICAL COMPOSITION -------------------------

| | | | | | |
|---|---|---|---|---|---|
| Carbon | (C ) | .115 | Manganese | (Mn) | .820 |
| Phosphorus | (P ) | .020 | Sulphur | (S ) | .345 |
| Silicon | (Si) | .400 | Chromium | (Cr) | 12.940 |
| Nickel | (Ni) | .200 | Cobalt | (Co) | .021 |
| Copper | (Cu) | .384 | Moly | (Mo) | .020 |
| Nitrogen | (N ) | .048 | Columbium | (Cb) | .001 |
| Titanium | (Ti) | .001 | Aluminum | (Al) | .001 |
| Tin | (Sn) | .004 | Boron | (B ) | .001 |
| Tantalum | (Ta) | .001 | Vanadium | (V ) | .030 |
| Tungsten | (W ) | .010 | | | |
| Columbium/ | | | | | |
| Tantalum (Cb+Ta) | | .002 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____ Date 3/23/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                        M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

M.F. Marcanio

KKM 000028



# Certificate of Test

Page:    1

HEAT E200038    ORDER  693068/ 01  BOL 0250227  *  CERTIFICATION  *  04/27/20

SHIP TO:
SAMUEL,SON & CO                          *693732*
12389 LOWER AZUSA ROAD
                                          693733
ARCADIA                    910060000
                                          693734

------------------------ YOUR ORDER & DATE -------------------------
    7394975              4/07/20 CUST# 0395009 CUST TAG#5466029
------------------------ ITEM DESCRIPTION --------------------------
GRADE 416                                        Ship Condition CONDA
Size416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   3   Total Weight   6634   Approx. Hot Red. Ratio 12:1

WO 2103732 Bundles: 1A, 1B, 1C
------------------------ SPECIFICATIONS ----------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II             ASTM A484/A484M 20
ASTM A582/A582M 12 (Re 17)          DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

----------------- MECHANICAL & OTHER TESTS ------------------
Hardness as shipped    202 HB   Hardness as tested     (444 HB  )
Hardness as shipped   ( 92 HRB )
                                Hardness as tested      47 HRC
Micro                           Tensile strength,KSI (MPa)   94.5 ( 652)
Intergranular corrosion    OK   0.2% Yield Strngth,KSI(MPa)  69.6 ( 480)

                                Elongation % in 4D       23.6
                                Reduction of area %      56.3
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

------------------------ CHEMICAL COMPOSITION ----------------------
Carbon       (C )   .114      Manganese   (Mn)   .770
Phosphorus   (P )   .020      Sulphur     (S )   .339
Silicon      (Si)   .350      Chromium    (Cr) 13.050
Nickel       (Ni)   .240      Cobalt      (Co)   .022
Copper       (Cu)   .058      Moly        (Mo)   .020
Nitrogen     (N )   .045      Columbium   (Cb)   .011
Titanium     (Ti)   .002      Aluminum    (Al)   .001
Tin          (Sn)   .005      Cerium      (Ce)   .006
Boron        (B )   .002      Tantalum    (Ta)   .001
Vanadium     (V )   .030      Tungsten    (W )   .010
Columbium/
Tantalum (Cb+Ta)    .012                    SAMUEL, SON & CO., INC
Iron         (Fe)  Balance                     LOS ANGELES
Melt Practice       EAF                     QC Certified True Copy
Refining Practice   AOD                   Of Original Material Test Report
De-long Ferrite                           Initials _____ Date 5/1/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                    M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

                                                        M.F. Marcanio

KKM 000029



Found in Sent - Exchange Mailbox

☆ **Front Office CPU**                                    October 16, 2019 at 8:24 AM    CF
Re: Test Report 19IM-733
**To:** Shay Akai

Shay -

Printed and handed to owner.

Thank you,
-Dan Wrightsman
support@kkmprecision.com
PH: 775-246-5444

KKM Precision
5201 Convair Dr.
Carson City, NV 89706

See More from Shay Akai

☆ **Shay Akai**  🏳 📎                                    October 14, 2019 at 9:54 AM    AS
Fwd: Test Report 19IM-733
**To:** support@kkmprecision.com

Attn Luke

---------- Forwarded message ---------
From: **Laura Belletete** <LauraB@qcmet.com>
Date: Thu, Sep 19, 2019 at 4:01 PM
Subject: Test Report 19IM-733
To: <shay@acguns.com>

Good afternoon,

Thank you for your payment.  Please see attached receipt and test report.  Any
questions please contact us.

Thank you,

Laura

Laura Belletete

QC Metallurgical, Inc.

2870 Stirling Road, Door 3

Hollywood, FL 33020

PH: 954-889-0089

FX: 954-362-5742

LauraB@QCMET.com

WWW.QCMETALLURGICAL.COM

We accept Visa, Amex, Mastercard

KKM 000030

**Shay Akai** 🏳 📎
Fwd: Test Report 19IM-733
To: support@kkmprecision.com

October 14, 2019 at 9:54 AM



Attn Luke

---------- Forwarded message ---------
From: **Laura Belletete** <LauraB@qcmet.com>
Date: Thu, Sep 19, 2019 at 4:01 PM
Subject: Test Report 19IM-733
To: <shay@acguns.com>

Good afternoon,

Thank you for your payment.  Please see attached receipt and test report.  Any questions please contact us.

Thank you,

Laura

Laura Belletete

QC Metallurgical, Inc.

2870 Stirling Road, Door 3

Hollywood, FL 33020

PH: 954-889-0089

FX: 954-362-5742

LauraB@QCMET.com

WWW.QCMETALLURGICAL.COM

We accept Visa, Amex, Mastercard

--
Thanks,

Shay Akai
Akai Custom Guns
www.acguns.com





SKM_C4581909
1915560.pdf

From: cwbbilly@aim.com 
Subject: Fwd: No Subject
Date: May 6, 2019 at 10:50 AM
To: support@kkmprecision.com

From: cwbbilly <cwbbilly@aim.com>
Date: Monday, May 6, 2019
Subject: No Subject
To: support <support@kkmpercision.com>

Thanks for taking my call. I am attempting to replace a "sleeved" Akai barrel which has now failed twice. I no longer have the confidence to feel it is safe to use.  The outside diameter is 0.750 per the Akai website

Thanks

Bill Baker
918-310-0531



KKM 000032



KKM 000033



KKM 000034



KKM 000035

**CERTIFICATE OF TESTS**     **ABNAHMEPRUEFZEUGNIS**     **CERTIFICAT DE CONTROLE**

CERT SERIAL# 001209047



**CARPENTER**    TAG# 606737

Carpenter Technology Corporation
101 West Bern Street, Reading, Pa. 19601
Tel: (610) 208-2000  (800) 338-4592

- THE RECORDING OF FALSE, FICTICIOUS OR FRAUDULENT STATEMENTS OR ENTRIES ON THIS DOCUMENT MAY BE PUNISHED AS A FELONY UNDER FEDERAL STATUTES INCLUDING FEDERAL LAW, TITLE 18, CHAPTER 47.
- THE VALUES AND OTHER TECHNICAL DATA REPRESENT THE RESULTS OF ANALYSES AND TESTS MADE ON SAMPLES COLLECTED FROM THE TOTAL LOT. ORIGINAL DATA RECORDS CAN BE TRACED BY REFERENCE TO THE CARPENTER ORDER NUMBER.
- MATERIAL IS MANUFACTURED FREE FROM MERCURY, RADIUM, ALPHA AND GAMMA SOURCE CONTAMINATION.
- THIS DOCUMENT SHALL NOT BE REPRODUCED, EXCEPT IN FULL, WITHOUT THE WRITTEN CONSENT OF CARPENTER TECHNOLOGY CORPORATION.

08/10/20
CUSTOMER / BESTELLER / CLIENT

SAMUEL SON & CO ARCADIA CA
12389 LOWER AZUSA RD
ARCADIA      ,CA 91006

SELLER / VERKÄUFER / VENDEUR   PAGE   1 OF   3

HVL

| CUSTOMER ORDER NO./BESTELL-NR./N° DE COMMANDE | CARPENTER NO./WERKS-NR./N° DE REFERENCE INTERNE | DATE/DATUM/DATE | WEIGHT/GEWICHT/POIDS |
|---|---|---|---|
| 044B-7408761 | W58189 | | |

HEAT NUMBER / SCHMELZE-NR. / N° DE COULEE :   588186

PRODUCT DESCRIPTION: NO. 5 BQ TYPE 416 BQ ANNEALED GROUND
-------------------- PART NUMBER: 5466000

SIZE   1.750000 IN.( 44.45 MM) RD   BAR

HEAT CHEMISTRY(WT%):      (TEST METHOD IS SHOWN IN PARENTHESIS)

| C (COM) | MN(XRF) | SI(XRF) | P (XRF) | S (COM) | CR(XRF) |
|---|---|---|---|---|---|
| 0.136 | 0.39 | 0.65 | 0.016 | 0.37 | 12.79 |

THIS HEAT MELTED BY THE ELECTRIC ARC/AOD PROCESSES

CONTINUED ON NEXT PAGE

This certification is made to the customer printed on this form. Carpenter neither makes, nor assumes responsibility for, any representation or certification to other parties.
Die vorliegende Zertifizierung ist nur für den in diesem Formular genannten Kunden gültig. Carpenter übernimmt gegenüber Dritten keinerlei Haftung für die ausgewiesenen Daten oder Zertifizierungen.
Ce certificat est uniquement valable pour le client dont le nom est imprimé sur ce formulaire. Carpenter n'assume pas de responsabilité pour une certification vis-à-vis d'une tierce personne

KKM 000036

| CERTIFICATE OF TESTS | ABNAHMEPRUEFZEUGNIS | CERTIFICAT DE CONTROLE |
| --- | --- | --- |

CERT SERIAL# 001209047



**CARPENTER**

Carpenter Technology Corporation
101 West Bern Street, Reading, Pa. 19601
Tel: (610) 208-2000  (800) 338-4592

- THE RECORDING OF FALSE, FICTITIOUS OR FRAUDULENT STATEMENTS OR ENTRIES ON THIS DOCUMENT MAY BE PUNISHED AS A FELONY UNDER FEDERAL STATUTES INCLUDING FEDERAL LAW, TITLE 18, CHAPTER 47.
- THE VALUES AND OTHER TECHNICAL DATA REPRESENT THE RESULTS OF ANALYSES AND TESTS MADE ON SAMPLES COLLECTED FROM THE TOTAL LOT. ORIGINAL DATA RECORDS CAN BE TRACED BY REFERENCE TO THE CARPENTER ORDER NUMBER.
- MATERIAL IS MANUFACTURED FREE FROM MERCURY, RADIUM, ALPHA AND GAMMA SOURCE CONTAMINATION.
- THIS DOCUMENT SHALL NOT BE REPRODUCED, EXCEPT IN FULL, WITHOUT THE WRITTEN CONSENT OF CARPENTER TECHNOLOGY CORPORATION.

08/10/20
CUSTOMER / BESTELLER / CLIENT

SAMUEL SON & CO ARCADIA CA
12389 LOWER AZUSA RD
ARCADIA       ,CA 91006

SELLER / VERKÄUFER / VENDEUR   PAGE   2 OF  3

HVL

| CUSTOMER ORDER NO./BESTELL-NR./N° DE COMMANDE | CARPENTER NO./WERKS-NR./N° DE REFERENCE INTERNE | DATE/DATUM/DATE | WEIGHT/GEWICHT/POIDS |
| --- | --- | --- | --- |
| 044B-7408761 | W58189 | | |

HEAT NUMBER / SCHMELZE-NR. / N° DE COULEE :    588186
MATERIAL HAS BEEN MELTED AND MANUFACTURED IN THE USA WHICH IS A QUALIFYING
COUNTRY TO DFARS REQUIREMENTS 252.225-7014 WITH ALTERNATE 1 FOR QUALIFYING
COUNTRY 225.872.1, SUPERSEDED BY DFARS REQUIREMENTS DFARS 252.225-7008 AND
252.225-7009.

UNLESS OTHERWISE NOTED, ALL TESTING WAS PERFORMED AT READING OR THE FOLLOWING
SATELLITE LOCATIONS. TEST BY LOCATION CAN BE PROVIDED UPON REQUEST.

ADDRESS OF TESTING LOCATIONS:
READING - 101 WEST BERN ST,             READING, PA 19601
SHALMET - 116 PINEDALE INDUSTRIAL RD,   ORWIGSBURG, PA 17961
ATHENS - 22110 THOMAS L HAMMONDS RD,    TANNER, AL 35671
HARTSVILLE - 205 TALLEY METALS LANE,    MCBEE, SC 29101

UNLESS OTHERWISE STATED, THE TEST WERE PERFORMED TO THE LATEST REVISION OF THE
STANDARDS LISTED BELOW: 1) BEND TEST - ASTM E290, 2) CHARPY IMPACT - ASTM E23,
3) COEFFICIENT OF LINEAR THERMAL EXPANSION - ASTM E228, 4) FRACTURE TOUGHNESS -
ASTM E399, 5) BRINELL HARDNESS - ASTM E10, 6) ROCKWELL HARDNESS-ASTM E18,
7) MICRO VICKERS HARDNESS-ASTM E92,  8) KNOOP HARDNESS-ASTM E92,
9) MACRO VICKERS HARDNESS-ASTM E92, 10) STRESS RUPTURE/CREEP RUPTURE-ASTM E139,
11) STRESS RUPTURE(COMBINATION)-ASTM E292, 12) ROOM TEMPERATURE TENSILE-ASTM E8,
13) ELEVATED ROOM TEMPERATURE TENSILE-ASTM E21, 14) DECARBURIZATION-ASTM E1077
15) DELTA FERRITE AMS 2315, 16) GRAIN SIZE-ASTM E112,
17) INCLUSION CONTENT/MICROCLEANLINESS-ASTM E45, 18) INTERGRANULAR ATTACH -
ASTM A262, 19) INTERGRANULAR CORROSION-ASTM A262,
20) MACRO ETCH&TESTING - ASTM A604/E381, 21) PITTING CORROSION - ASTM A923,
22) CREVICE CORROSION-ASTM G48, 23) HARDNESS CONVERSIONS - ASTM E140,
24) XRF-ASTM E572/E1085/E2465, 25) OES - ASTM E415/E1086, 26) COM - ASTM E1019,
27) FUS - ASTM E1019, 28) MS - CARPENTER METHODS 206.8500/206.8530
THIS ORDER WAS MANUFACTURED IN ACCORDANCE WITH CARPENTER SPECIALTY ALLOYS
OPERATIONS QUALITY PROGRAM MANUAL, REVISION 37 DATED 07/31/2019.

CARPENTER'S QUALITY MANAGEMENT SYSTEM WAS REGISTERED TO ISO 9001, AS9100,
AND AS9120. THIS CERTIFICATION OF TEST IS TYPE 3.1 PREPARED IN ACCORDANCE
WITH EN 10204 (DIN 50049).  WE HEREBY CERTIFY THAT THE ABOVE TEST DATA ARE
IN ACCORDANCE WITH THE PURCHASE ORDER AND SPECIFICATION REQUIREMENTS,
AS DOCUMENTED IN THIS CERTIFICATE OF TESTS.

TEST METHODS ARE PER THE ASTM STANDARDS ON FILE AND IN EFFECT AT TIME OF ORDER
ACCEPTANCE, STANDARD PRACTICES, OR AS AGREED UPON BETWEEN CARPENTER & CUSTOMER.

CONTINUED ON NEXT PAGE

This certification is made to the customer printed on this form. Carpenter neither makes, nor assumes responsibility for, any representation or certification to other parties.
Die vorliegende Zertifizierung ist nur für den in diesem Formular genannten Kunden gültig. Carpenter übernimmt gegenüber Dritten keinerlei Haftung für die ausgewiesenen Daten oder Zertifizierungen.
Ce certificat est uniquement valable pour le client dont le nom est imprimé sur ce formulaire. Carpenter n'assume pas de responsabilité pour une certification vis-à-vis d'une tierce personne

KKM 000037

**CERTIFICATE OF TESTS** **ABNAHMEPRUEFZEUGNIS** **CERTIFICAT DE CONTROLE**

CERT SERIAL# 001209047

CARPENTER

Carpenter Technology Corporation
101 West Bern Street, Reading, Pa. 19601
Tel: (610) 208-2000 (800) 338-4592

- THE RECORDING OF FALSE, FICTICIOUS OR FRAUDULENT STATEMENTS OR ENTRIES ON THIS DOCUMENT MAY BE PUNISHED AS A FELONY UNDER FEDERAL STATUTES INCLUDING FEDERAL LAW, TITLE 18, CHAPTER 47.
- THE VALUES AND OTHER TECHNICAL DATA REPRESENT THE RESULTS OF ANALYSES AND TESTS MADE ON SAMPLES COLLECTED FROM THE TOTAL LOT. ORIGINAL DATA RECORDS CAN BE TRACED BY REFERENCE TO THE CARPENTER ORDER NUMBER.
- MATERIAL IS MANUFACTURED FREE FROM MERCURY, RADIUM, ALPHA AND GAMMA SOURCE CONTAMINATION.
- THIS DOCUMENT SHALL NOT BE REPRODUCED, EXCEPT IN FULL, WITHOUT THE WRITTEN CONSENT OF CARPENTER TECHNOLOGY CORPORATION.

08/10/20

CUSTOMER / BESTELLER / CLIENT

SAMUEL SON & CO ARCADIA CA
12389 LOWER AZUSA RD
ARCADIA ,CA 91006

SELLER / VERKÄUFER / VENDEUR PAGE 3 OF 3

HVL

| CUSTOMER ORDER NO./BESTELL-NR./N° DE COMMANDE | CARPENTER NO./WERKS-NR./N° DE REFERENCE INTERNE | DATE/DATUM/DATE | WEIGHT/GEWICHT/POIDS |
|---|---|---|---|
| 044B-7408761 | W58189 | | |

HEAT NUMBER / SCHMELZE-NR. / N° DE COULEE : 588186

DECISION RULE: UNLESS OTHERWISE SPECIFIED IN A CUSTOMER/INDUSTRY SPECIFICATION, CARPENTER TECHNOLOGY CORPORATION WILL DETERMINE ACCEPTABILITY OF ANY TEST RESULT BY COMPARISON OF THE RESULT WITH THE SPECIFICATION LIMITS, WITHOUT ANY ADDITIONAL CONSIDERATION OF THE MEASUREMENT UNCERTAINTY. WHEN REQUESTED, CARPENTER TECHNOLOGY CORPORATION WILL PROVIDE UNCERTAINTY BUDGETS FOR ANY TEST RESULT THAT IS NOT ADDRESSED BY THE INDUSTRY STANDARD.

GARY BROWN
MANAGER - SPECIFICATIONS/CERTIFICATIONS
CARPENTER TECHNOLOGY CORPORATION

Gary Brown

SAMUEL, SON & CO. INC
HAYWARD
Certified True Copy
of Original Material Test Report
Initials MM Date 8/10/20

FORM F2-366

This certification is made to the customer printed on this form. Carpenter neither makes, nor assumes responsibility for, any representation or certification to other parties.
Die vorliegende Zertifizierung ist nur für den in diesem Formular genannten Kunden gültig. Carpenter übernimmt gegenüber Dritten keinerlei Haftung für die ausgewiesenen Daten oder Zertifizierungen.
Ce certificat est uniquement valable pour le client dont le nom est imprimé sur ce formulaire. Carpenter n'assume pas de responsabilité pour une certification vis-à-vis d'une tierce personne.

**CERTIFICATE OF TESTS**       **ABNAHMEPRUEFZEUGNIS**       **CERTIFICAT DE CONTROLE**

CERT SERIAL# 000946791

# CARPENTER

Carpenter Technology Corporation
101 West Bern Street, Reading, Pa. 19601
Tel: (610) 208-2000  (800) 338-4592

- THE RECORDING OF FALSE, FICTICIOUS OR FRAUDULENT STATEMENTS OR ENTRIES ON THIS DOCUMENT MAY BE PUNISHED AS A FELONY UNDER FEDERAL STATUTES INCLUDING FEDERAL LAW, TITLE 18, CHAPTER 47.
- THE VALUES AND OTHER TECHNICAL DATA REPRESENT THE RESULTS OF ANALYSES AND TESTS MADE ON SAMPLES COLLECTED FROM THE TOTAL LOT. ORIGINAL DATA RECORDS CAN BE TRACED BY REFERENCE TO THE CARPENTER ORDER NUMBER.
- MATERIAL IS MANUFACTURED FREE FROM MERCURY, RADIUM, ALPHA AND GAMMA SOURCE CONTAMINATION.
- THIS DOCUMENT SHALL NOT BE REPRODUCED, EXCEPT IN FULL, WITHOUT THE WRITTEN CONSENT OF CARPENTER TECHNOLOGY CORPORATION.

10/07/14
CUSTOMER / BESTELLER / CLIENT

KKM PRECISION INC

25 CYGNET DR #200
CARSON CITY      NV 89706

SELLER / VERKÄUFER / VENDEUR PAGE   1 OF   1

RAN

| CUSTOMER ORDER NO./BESTELL-NR./Nº DE COMMANDE | CARPENTER NO./WERKS-NR./Nº DE REFERENCE INTERNE | DATE/DATUM/DATE | WEIGHT/GEWICHT/POIDS |
|---|---|---|---|
| CP714 | W52337 | | |

HEAT NUMBER / SCHMELZE-NR. / Nº DE COULEE :        747772

PRODUCT DESCRIPTION: PROJECT 70+ TYPE 416 STAINLESS ANNEALED GROUND
-------------------

SPECIFICATION: AMS 5610 TYPE 2 REV N REAFFIRMED (02/ /12)
--------------

SIZE   1.750000 IN.( 44.45 MM) RD    BAR

HEAT CHEMISTRY(WT%) :        (TEST METHOD IS SHOWN IN PARENTHESIS)

| C (COM) | MN(XRF) | SI(XRF) | P (XRF) | S (COM) | CR(XRF) |
|---|---|---|---|---|---|
| 0.09 | 0.42 | 0.63 | 0.017 | 0.35 | 12.90 |

| NI(XRF) | MO(XRF) | CU(XRF) |
|---|---|---|
| 0.22 | 0.04 | 0.07 |

THIS HEAT MELTED BY THE ELECTRIC ARC/AOD PROCESSES

HARDNESS AS SHIPPED, HBW    -    224              (MIDRADIUS)
                           —    THE INDENTATION MEASURING DEVICE WAS A TYPE A.

MAX QUENCH HARDNESS,  HRC - 39 -  1825 F(  996 C)    30 MN AIR COOL

MATERIAL HAS BEEN MELTED AND MANUFACTURED IN THE USA WHICH IS A QUALIFYING
COUNTRY TO DFARS REQUIREMENTS 252.225-7014 WITH ALTERNATE 1 FOR QUALIFYING
COUNTRY 225.872.1, SUPERSEDED BY DFARS REQUIREMENTS DFARS 252.225-7008 AND
252.225-7009.
THIS ORDER WAS MANUFACTURED IN ACCORDANCE WITH CARPENTER SPECIALTY ALLOYS
OPERATIONS QUALITY PROGRAM MANUAL, REVISION 31 DATED 09/03/13.

CARPENTER'S QUALITY MANAGEMENT SYSTEM WAS REGISTERED AS OF NOVEMBER 24, 2013 TO
THE REQUIREMENTS OF ISO 9001:2008 APPROVAL CERTIFICATE 13-1996R BY PERFORMANCE
REVIEW INSTITUTE. THIS CERTIFICATE OF TEST IS TYPE 3.1 PREPARED IN ACCORDANCE
WITH EN 10204 (DIN 50049).  WE HEREBY CERTIFY THAT THE ABOVE TEST DATA ARE
IN ACCORDANCE WITH THE PURCHASE ORDER AND SPECIFICATION REQUIREMENTS,
AS DOCUMENTED IN THIS CERTIFICATE OF TESTS.

TEST METHODS ARE PER THE ASTM STANDARDS ON FILE AND IN EFFECT AT TIME OF ORDER
ACCEPTANCE, STANDARD PRACTICES, OR AS AGREED UPON BETWEEN CARPENTER & CUSTOMER.

GARY BROWN
MANAGER - SPECIFICATIONS/CERTIFICATIONS
CARPENTER TECHNOLOGY CORPORATION

*Gary Brown*

This certification is made to the customer printed on this form. Carpenter neither makes, nor assumes responsibility for, any representation or certification to other parties.
Die vorliegende Zertifizierung ist nur für den in diesem Formular genannten Kunden gültig. Carpenter übernimmt gegenüber Dritten keinerlei Haftung für die ausgewiesenen Daten oder Zertifizierungen.
Ce certificat est uniquement valable pour le client dont le nom est imprimé sur ce formulaire. Carpenter n'assume pas de responsabilité pour une certification vis-à-vis d'une tierce personne.

KKM 000039

# KKM PRECISION                                ROCKWELL TESTING EXAMPLE

5201 Convair Dr., Carson City, NV 89706 | support@kkmprecision.com

## General Information

1. Standard test method for Rockwell Hardness (HRC) of type 416"Restricted" Stainless Steel 1911/2011 pistol barrels shall be performed on an ISO/ASTM certified automatic hardness testing machine i.e. Innovatest Verzus 720RS and adhere to ASTM E18-19 standards.
2. Testing shall be performed after heat treating and before any surface finishing has been applied. For best results, both the test surface and the bottom surface of the test barrel must be smooth, even, and free from any dirt, oil, or lubricants.
3. The use of a certified Diamond Indenter and 5mm Spot Anvil must be used for proper test results i.e. (IN/6005, 5mm Innovatest UN-Anvil/100).
4. Machine setup and operation will adhere to ASTM E18-19 standards consisting of Preload dwell time of 2 seconds, Mainload dwell time of 4 seconds, Recovery dwell time of 2 seconds with shape correction off.
5. Testing shall be within area shown in figures 1and 2. Position is approximately .500 inch from link hole on lower lug.
6. Make at least two preliminary indentations on a 45RC gauge block before barrel testing to ensure the indenter and anvil are properly seated.
7. Stacking or the use of blocks and V-blocks is not acceptable under ASTM E18-19 standards. Only a certified indenter and anvil can be used.
8. Testing shall **not** be performed on any cylindrical surfaces of the barrel as severe deformation of the internal bore can result. Because type 416"Restricted" has sulfur stringers that run length wise through the barrel, any tests performed on the cylindrical surfaces can cause micro cracks to form rendering the barrel unsafe for use and void all warranties. Please contact KKM Precision at 775-246-5444 for assistance.
9. Operator must be properly trained in ASTM E18-19 standards and procedures.

## KKM Precision Rockwell Testing Example:

- Testing on a Gov't .355 Bushing W/N Ramp 5" 1-16 Twist previously certified hardness of 42RC performed by Nevada Heat Treating.
- Test position 1 see figure 4 approximately .250 in front of lower lug on bottom of barrel. Use .355 groove plug gauge to support interior bore. Use Innovatest V-Anvil (UN-ANVIL/005) to support barrel.
- Test position 2 see figure 5 approximately .500 from link pin center on lower lug. Use Innovatest 5mm Spot Anvil (UN-ANVIL/100) to support barrel.
- Test position 3 see figure 6 approximately .250 in front of lower lug on bottom of barrel. No interior support. Use Innovatest V-Anvil (UN-ANVIL/005) to support barrel.
- Test position 4 see figure 7 approximately 2.00 in front of lower lug on bottom of barrel. No interior support. Use Innovatest V-Anvil (UN-ANVIL/005) to support barrel.

## Conclusion:

On December 21, 2019 a Rockwell hardness test was performed on a KKM Gov't .355 Bushing W/N Ramp 5" 1-16 Twist sample barrel to demonstrate a proper testing procedure as well as common mistakes while testing a pistol barrel. Hardness test results for positions 1 and 2 yielded 41.39RC and 41.88RC respectfully and are within tolerance for KKM Precision. Hardness test results for position 3 and 4 are 36.82RC and 31.06RC respectfully and show signs of severe deflection from no interior support within the bore. Only test position 2 is a correct hardness testing position and procedure yielding proper results. Hardness testing on positions 3 and 4 are incorrect and can cause damage to the barrel as well as incorrect results. Hardness testing on position 1 with an internal plug yielded satisfactory results but damage to the bore was observed.

5201 Convair Dr., Carson City, NV 89706



Innovatest Europe BV
Borgharenweg 140
6222 AA - Maastricht
The Netherlands
+31 43 3520060

| Tester Info | | Statistics | |
|---|---|---|---|
| Type | VERZUS 720RS | Nr of measurements | 4 |
| Date | December 21, 2019 | Max | 41.88 |
| Operator | KKM | Min | 31.06 |
| Test | HRC | Average | 37.79 |
| Dwell time | 4 sec. | Std.dev | 4.35 |
| Cp | 0.46 | Cpk | 0.14 |
| | | Range | 10.81 |

Barrel: Gov't .355 Bushing W/N Ramp 5"

1 - Position .250 in front of lower lug on bottom of barrel. Use .355 groove plug gauge (V-Anvil)
2 - Position .500 from link pin center on lower lug (5mm Spot Anvil)
3 - Position .250 in front of lower lug on bottom of barrel. No interior support (V-Anvil)
4 - Position 2.00 in front of lower lug on bottom of barrel. No interior support (V-Anvil)



| 1 | | 41.39 | HRC | depth: 117.2 | | | 9:57:25 AM |
|---|---|---|---|---|---|---|---|
| Comment | .695 Shape Correction Used | | --- | | --- | --- | |

| 2 | | 41.88 | HRC | depth: 116.2 | | | 10:03:27 AM |
|---|---|---|---|---|---|---|---|
| Comment | No Shape Correction (Flat Surface) | | --- | | --- | --- | |

| 3 | | 36.82 | HRC | depth: 126.4 | | | 10:04:36 AM |
|---|---|---|---|---|---|---|---|
| Comment | .695 Shape Correction Used | | --- | | --- | --- | |

| 4 | | 31.06 | HRC | depth: 137.9 | | | 10:06:39 AM |
|---|---|---|---|---|---|---|---|
| Comment | .575 Shape Correction Used | | --- | | --- | --- | |

5201 Convair Dr., Carson City, NV 89706

Office: 775-246-5444 | KKMPrecision.com

KKM 000041



Figure 4



Figure 5



Figure 6



Figure 7

5201 Convair Dr., Carson City, NV 89706

Office: 775-246-5444 | KKMPrecision.com

KKM 000042

# KKM PRECISION

ROCKWELL TESTING PROCEDURE

5201 Convair Dr., Carson City, NV 89706 | support@kkmprecision.com

## General Information

1. Standard test method for Rockwell Hardness (HRC) of type 416 "Restricted" Stainless Steel 1911/2011 pistol barrels shall be performed on an ISO/ASTM certified automatic hardness testing machine i.e. Innovatest Verzus 720RS and adhere to ASTM E18-19 standards.
2. Testing shall be performed after heat treating and before any surface finishing has been applied. For best results, both the test surface and the bottom surface of the test barrel must be smooth, even, and free from any dirt, oil, or lubricants.
3. The use of a certified Diamond Indenter and 5mm Spot Anvil must be used for proper test results i.e. (IN/6005, 5mm Innovatest UN-Anvil/100).
4. Machine setup and operation will adhere to ASTM E18-19 standards consisting of Preload dwell time of 2 seconds, Mainload dwell time of 4 seconds, Recovery dwell time of 2 seconds with shape correction off.
5. Testing shall be within area shown in figures 1and 2. Position is approximately .500 inch from link pin hole on lower lug.
6. Make at least two preliminary indentations on a 45RC gauge block before barrel testing to ensure the indenter and anvil are properly seated.
7. Stacking or the use of blocks and V-blocks is not acceptable under ASTM E18-19 standards. Only a certified indenter and anvil can be used.
8. Testing shall **not** be performed on any cylindrical surfaces of the barrel as severe deformation of the internal bore can result. Because type 416 "Restricted" has sulfur stringers that run length wise through the barrel, any tests performed on the cylindrical surfaces can cause micro cracks to form rendering the barrel unsafe for use and void all warranties. Please contact KKM Precision at 775-246-5444 for assistance.
9. Operator must be properly trained in ASTM E18-19 standards and procedures.

## KKM Precision Rockwell Testing Procedure:

- Install barrel into Innovatest Verzus 720RS or equivalent and position according to figures 1 and 2, allowing 1mm space between barrel surface and indenter.
- Perform test and remove once finished. Test is automatic and only needs to be monitored for operator errors etc. (Tilting barrel greater than 1-degree, foreign object on surface etc.).
- Record and print test report. KKM Precision testing tolerance is 39RC to 45RC ±1. Average value is 42RC.
- If results are outside nominal tolerances, contact KKM Precision at 775-246-5444 for assistance.

Note:

Common Problems in Rockwell Hardness Testing on 1911/2011 Pistol Barrels:

- Operator error, environment, sample preparation, etc.
- Stacking or the use of blocks and V-blocks will result in below normal readings.
- Use of a noncertified or non-accredited ISO/ASTM E18-19 testing machine.
- Deflection caused by testing on cylindrical surfaces with no interior bore support, see figure 3. Test results can be 10+ points lower than actual results from material deflection.
- Surface is not smooth (Surface has been blasted with silicone carbide, glass beads etc.).
- Testing a surface that is coated with DLC, Tin, TiAln, Blacknitride etc. will result in damage to the diamond indenter and produce false results.
- Rockwell testing is a skill and may take many tries to perfect. Contact KKM Precision for assistance.

5201 Convair Dr., Carson City, NV 89706

Office: 775-246-5444 | KKMPrecision.com



Figure 1



Figure 2



Figure 3

5201 Convair Dr., Carson City, NV 89706

Office: 775-246-5444 | KKMPrecision.com

KKM 000044

**From:** **KKM Precision Support** support@kkmprecision.com
**Subject:** KKM Order - USPS tracking #
**Date:** March 12, 2018 at 11:37 AM
**To:** shay@acguns.com



A package was shipped to you on 03/12/2018 via U.S. Postal Service Priority Mail to the following address:

AKAI CUSTOM GUNS
AKAI CUSTOM GUNS
5405 NW 102ND AVE BAY 216
SUNRISE FL 33351

The following optional services were used:  USPS Tracking

The package's ID is 9405510200829683660587

To check the status of your package at any time please visit: https://www.endicia.com/Status/?
PIC=9405510200829683660587 or the U.S. Postal Service's website: http://www.usps.com/

KKM PRECISION

*************************************************************************
NOTE:
This e-mail was generated by Endicia Internet Postage (www.Endicia.com)
at the sender's request.  DO NOT CONTACT Endicia if you have any
questions about the shipment or the package delivery, instead please
contact the sender of this e-mail or the U.S. Postal Service.
*************************************************************************

Thank you,
-Nic Thompson
Office Manager

support@kkmprecision.com
PH: 775-246-5444

KKM Precision
5201 Convair Dr.
Carson City, NV 89706

From: **KKM Precision Support** support@kkmprecision.com
Subject: KKM Order
Date: February 22, 2018 at 4:03 PM
To: shay@acguns.com
Cc: service@acguns.com



Looks like we only had 4 of the Gov't 355 barrels C/P ramp and 4 of the Comm 355 bull barrels but I have 10 more of each that will be ready next week. I can send you the .750 diameter test barrels along with the two remaining barrels next Friday. Your 8 barrels are ready to ship out tomorrow morning. Here is the tracking number 9405510200828668953072. If you have any questions let us know.


Thank you,
Luke McIntire
KKM Precision

support@kkmprecision.com
PH: 775-246-5444

KKM Precision
5201 Convair Dr.
Carson City, NV 89706


A package was shipped to you on 02/22/2018 via U.S. Postal Service Priority Mail to the following address:

AKAI CUSTOM GUNS
5405 NW 102ND AVE STE 216
SUNRISE FL 33351-8740

The following optional services were used:  USPS Tracking, Endicia Insurance

The package's ID is 9405510200828668953072

To check the status of your package at any time please visit: https://www.endicia.com/Status/?
PIC=9405510200828668953072 or the U.S. Postal Service's website: http://www.usps.com/


KKM PRECISION

**********************************************************************
NOTE:
This e-mail was generated by Endicia Internet Postage (www.Endicia.com)
at the sender's request.  DO NOT CONTACT Endicia if you have any
questions about the shipment or the package delivery, instead please
contact the sender of this e-mail or the U.S. Postal Service.
**********************************************************************



Innovatest Europe BV
Borgharenweg 140
6222 AA - Maastricht
The Netherlands
+31 43 3520060

| Tester Info | | Statistics | |
|---|---|---|---|
| Type | VERZUS 720RS | Nr of measurements | 12 |
| Date | February 24, 2022 | Max | 44.24 |
| Operator | KKM | Min | 38.91 |
| Test | HRC | Average | 41.66 |
| Dwell time | 4 sec. | Std.dev | 1.89 |
| Cp | 1.06 | Cpk | 1.00 |
| | | Range | 5.33 |

Sample test of barrels produced from 2010 to 2022.

Carpenter Project 70+ Range (39-42RC) *Cryo Treated
Outokumpu Range (42-46RC)
Carpenter BQ5 Range (42-46RC)



| 1 | 41.75 | HRC | depth: 116.5 | | | 4:27:58 PM |
|---|---|---|---|---|---|---|
| Comment | 2010 CARPENTER PROJECT 70+ CGABRCT (No Cryo Treatment) | | --- | --- | --- | |

| 2 | 41.32 | HRC | depth: 117.4 | | | 4:32:07 PM |
|---|---|---|---|---|---|---|
| Comment | 2010 CARPENTER PROJECT 70+ CSABWN 9X19 (No Cryo Treatment) | | --- | --- | --- | |

| 3 | 39.94 | HRC | depth: 120.1 | | | 4:34:08 PM |
|---|---|---|---|---|---|---|
| Comment | AKAI TUNGSTEN SLEEVED FAILED BARREL | | --- | --- | --- | |

| 4 | 39.14 | HRC | depth: 121.7 | | | 4:42:01 PM |
|---|---|---|---|---|---|---|
| Comment | USAMU 2014 CARPENTER PROJECT 70+ CGABCN 9MM 1-32" Cryo* | | --- | --- | --- | |

| 5 | 38.91 | HRC | depth: 122.2 | | | 4:48:09 PM |
|---|---|---|---|---|---|---|
| Comment | 2012 CARPENTER PROJECT 70+ CX1DBCT Cryo* | | --- | --- | --- | |

| 6 | 43.94 | HRC | depth: 112.1 | | | 4:55:48 PM |
|---|---|---|---|---|---|---|
| Comment | 2018 OUTOKUMPU CGABRWN 9MM | | --- | --- | --- | |

KKM 000047

| 7 | 43.64 | HRC | depth: 112.7 | --- | --- | --- | 3:37:13 PM |
|---|---|---|---|---|---|---|---|
| Comment | 2017 OUTOKUMPU CX1ABRWT | | | | | | |
| 8 | 40.9 | HRC | depth: 118.2 | --- | --- | --- | 3:43:39 PM |
| Comment | USAMU 2012 CARPENTER PROJECT 70+ CGASWN .355 1-32" | | | | | | |
| 9 | 42.08 | HRC | depth: 115.8 | --- | --- | --- | 3:45:26 PM |
| Comment | USAMU 2015 CARPENTER PROJECT 70+ CGASWN .355 1-18" | | | | | | |
| 10 | 39.89 | HRC | depth: 120.2 | --- | --- | --- | 3:46:33 PM |
| Comment | USAMU/MARINE CORP 2014 CARPENTER PROJECT 70+ CGABWN 9MM 1-18" Cryo* | | | | | | |
| 11 | 44.17 | HRC | depth: 111.7 | --- | --- | --- | 3:47:34 PM |
| Comment | 2022 CARPENTER BQ5 CGABCN 1-16" | | | | | | |
| 12 | 44.24 | HRC | depth: 111.5 | --- | --- | --- | 3:48:41 PM |
| Comment | 2022 OUTOKUMPU CX1ABR1CT .355 1-16" | | | | | | |

KKM 000048

From: **Steve Fuller** steve.fuller@nevadaheattreating.com 
Subject: 5 years hardness readings
Date: May 5, 2020 at 3:49 PM
To: support@kkmprecision.com

To whom it may concern,
The attached spreadsheet reports hardness readings for each order of barrels Nevada Heat Treating (NHT) has processed for KKM precision from 2015 through April of 2020. All hardness readings were within KKM purchase order requirements and certified by NHT using a calibrated Rockwell hardness tester operated by trained employees of NHT. Copies of all records are available upon written request from KKM Precision.

Best Regards,

**Steve Fuller | General Manager**
Nevada Heat Treating, LLC
12 Industrial Parkway, Unit C
Carson City, NV  89706
o: 775-246-1040 | f: 775-246-1050
Cell: 616-893-0197
steve.fuller@nevadaheattreating.com
www.nevadaheattreating.com





KKM
spread...20.xlsx

KKM 000049

From: **Vince Ortez** vinceo@nevadaheattreating.com 
Subject: Rockwell hardness's
Date: December 18, 2019 at 9:26 AM
To: support@kkmprecision.com

Here you go if you need something else let us know. Have a great Christmas

Vince Ortez
Nevada Heat Treating, Inc.
12 Industrial parkway, Unit C
Carson City, NV 89706
775-246-1040



KKM
spread...et.xlsx

KKM 000050



# Certificate of Test

Page: 1

HEAT E140837    ORDER  656042/ 01  BOL 0231333  *  CERTIFICATION  *  03/12/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES        900400000

G 10708

------------------------- YOUR ORDER & DATE -----------------------------
7144321            11/19/14 CUST# 0395001 CUST TAG#5466062

------------------------- ITEM DESCRIPTION ------------------------------
GRADE 416                   Ship Condition CONDA
Size  416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM      Country of Mfg.: UNITED STATES
                                NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1  Total Weight   1182    Approx. Hot Red. Ratio 141:1

WO 2059179 Bundles: 1F
------------------------- SPECIFICATIONS --------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II          ASTM A484 14a
ASTM A582 12e1                   DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS ----------------------
Hardness as shipped     (207 HB )  Hardness as tested       400 HB
Hardness as shipped      94 HRB
                                   Hardness as tested     ( 43 HRC )
Micro                              Tensile strength,KSI (MPa)   92.7  ( 639)
Intergranular corrosion      OK    0.2% Yield Strngth,KSI(MPa)  69.7  ( 481)

                                   Elongation % in 4D          26.0
                                   Reduction of area %         55.7

------------------------- CHEMICAL COMPOSITION --------------------------
Carbon       (C )  .116   Manganese   (Mn)  .790
Phosphorus   (P )  .020   Sulphur     (S )  .321
Silicon      (Si)  .350   Chromium    (Cr) 12.970
Nickel       (Ni)  .310   Cobalt      (Co)  .020
Copper       (Cu)  .060   Moly        (Mo)  .040
Nitrogen     (N )  .040   Columbium   (Cb)  .006
Titanium     (Ti)  .001   Aluminum    (Al)  .001
Tin          (Sn)  .009   Boron       (B )  .001
Tantalum     (Ta)  .004   Vanadium    (V )  .040
Tungsten     (W )  .033                     .000
Columbium/
Tantalum (Cb+Ta)   .010
Iron         (Fe)  Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials ____ Date 7/18/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio



# Certificate of Test

Page:    1

HEAT E140837    ORDER  655026/ 18  BOL 0231238  *  CERTIFICATION  *  03/05/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000                     C10209

---------------------- YOUR ORDER & DATE ------------------------------
   7136833              10/08/14 CUST# 0395001 CUST TAG#5466062

----------------------- ITEM DESCRIPTION ------------------------------
GRADE 416                    Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM      Country of Mfg.: UNITED STATES
                                 NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1214    Approx. Hot Red. Ratio 141:1

WO 2058366 Bundles: 1C
----------------------------- SPECIFICATIONS ----------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II              ASTM A484 14a
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------------------- MECHANICAL & OTHER TESTS -----------------------
Hardness as shipped       (207 HB  )  Hardness as tested        409 HB
Hardness as shipped        93 HRB

                                   Hardness as tested      ( 44 HRC )
Micro                         OK   Tensile strength,KSI (MPa)  97.5 ( 672)
Intergranular corrosion            0.2% Yield Strngth,KSI(MPa) 75.0 ( 517)

                                   Elongation % in 4D           23.0
                                   Reduction of area %          54.0
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.

----------------------------- CHEMICAL COMPOSITION ----------------------------
| | | | | | | |
|---|---|---|---|---|---|---|
| Carbon | (C) | .116 | Manganese | (Mn) | .790 | |
| Phosphorus | (P) | .020 | Sulphur | (S) | .321 | |
| Silicon | (Si) | .350 | Chromium | (Cr) | 12.970 | |
| Nickel | (Ni) | .310 | Cobalt | (Co) | .020 | |
| Copper | (Cu) | .060 | Moly | (Mo) | .040 | |
| Nitrogen | (N) | .040 | Columbium | (Cb) | .006 | |
| Titanium | (Ti) | .001 | Aluminum | (Al) | .001 | |
| Tin | (Sn) | .009 | Boron | (B) | .001 | |
| Tantalum | (Ta) | .004 | Vanadium | (V) | .040 | |
| Tungsten | (W) | .033 | | | .000 | |

Columbium/
Tantalum (Cb+Ta)    .010
Iron       (Fe)  Balance
Melt Practice        EAF
Refining Practice    AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials     Date 3/7/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                         M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio



# Certificate of Test

Page:   1

HEAT E140837   ORDER  655518/ 09  BOL 0231333  *  CERTIFICATION  *  03/12/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES        900400000

*610704*

```
----------------------------- YOUR ORDER & DATE -----------------------------
   7139752                10/29/14 CUST# 0395001 CUST TAG#5466062
----------------------------- ITEM DESCRIPTION -----------------------------
GRADE 416                  Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM        Country of Mfg.: UNITED STATES
                              NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1210    Approx. Hot Red. Ratio 141:1

WO 2059179 Bundles: 1B
----------------------------- SPECIFICATIONS -----------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II              ASTM A484 14a
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

--------------------------- MECHANICAL & OTHER TESTS ---------------------------
Hardness as shipped    (207 HB  ) Hardness as tested      400 HB
Hardness as shipped      94 HRB
                              Hardness as tested      ( 43 HRC )
                              Tensile strength,KSI (MPa)   92.7 ( 639)
Micro                         0.2% Yield Strngth,KSI(MPa)  69.7 ( 481)
Intergranular corrosion   OK
                              Elongation % in 4D          26.0
                              Reduction of area %         55.7
```

----------------------------- CHEMICAL COMPOSITION -----------------------------

| Element | | | Element | | |
|---|---|---|---|---|---|
| Carbon | (C ) | .116 | Manganese | (Mn) | .790 |
| Phosphorus | (P ) | .020 | Sulphur | (S ) | .321 |
| Silicon | (Si) | .350 | Chromium | (Cr) | 12.970 |
| Nickel | (Ni) | .310 | Cobalt | (Co) | .020 |
| Copper | (Cu) | .060 | Moly | (Mo) | .040 |
| Nitrogen | (N ) | .040 | Columbium | (Cb) | .006 |
| Titanium | (Ti) | .001 | Aluminum | (Al) | .001 |
| Tin | (Sn) | .009 | Boron | (B ) | .001 |
| Tantalum | (Ta) | .004 | Vanadium | (V ) | .040 |
| Tungsten | (W ) | .033 | | | .000 |
| Columbium/ | | | | | |
| Tantalum (Cb+Ta) | | .010 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

*8000 1/4*

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,    Quality Manager

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date 3/18/15

*M.F. Marcanio*

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729



# Certificate of Test

HEAT G21804    ORDER  657838/ 05  BOL 0232216  *  CERTIFICATION  *  05/27/15

Page:    1

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000

614146

------------------- YOUR ORDER & DATE -------------------
7154548                 2/09/15 CUST# 0395001 CUST TAG#5466062
------------------- ITEM DESCRIPTION -------------------
GRADE 416                 Ship Condition CONDA
Size   416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES      Country of Mfg.: UNITED STATES
                          NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight    708    Approx. Hot Red. Ratio 212:1

WO 2060246 Bundles: 1K
------------------- SPECIFICATIONS -------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II                ASTM A484 15
ASTM A582 12e1                         DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------- MECHANICAL & OTHER TESTS -------------------
Hardness as shipped     (217 HB )  Hardness as tested      400 HB
Hardness as shipped      95 HRB
                            Hardness as tested        ( 43 HRC )
Micro                            Tensile strength,KSI (MPa)  101.0 ( 696)
Intergranular corrosion      OK  0.2% Yield Strngth,KSI(MPa)  77.5 ( 534)
Macro                        OK  Elongation % in 4D          23.0
                                 Reduction of area %         57.0
The microstructure consisted of uniform tempered martensite with no
evidence of segregation.

------------------- CHEMICAL COMPOSITION -------------------
Carbon      (C )   .120     Manganese   (Mn)  1.020
Phosphorus  (P )   .018     Sulphur     (S )   .320
Silicon     (Si)   .380     Chromium    (Cr) 12.950
Nickel      (Ni)   .190     Cobalt      (Co)   .050
Copper      (Cu)   .090     Moly        (Mo)   .030
Nitrogen    (N )   .041     Columbium   (Cb)   .010
Titanium    (Ti)   .010     Aluminum    (Al)   .010
Tin         (Sn)   .006     Vanadium    (V )   .040
Tungsten    (W )   .050                         .000
Columbium/
Tantalum (Cb+Ta)   .010
Iron        (Fe) Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date 6/2/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                    M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio



# Certificate of Test

high performance stainless steel

Page: 1

HEAT G22110    ORDER 659171/ 01 BOL 0232835  *  CERTIFICATION  * 07/23/15

SHIP TO:
SAMUEL, SON & CO
30640 SAN CLEMENTE ST

HAYWARD            945440000

*Tag# 561118*
*561119*
*561120*
*561121*
*561122*
*561123*
*561124*
*561125*

------------------------ YOUR ORDER & DATE ------------------------
7165241              4/09/15 CUST# 0395009 CUST TAG#5466076
------------------------ ITEM DESCRIPTION ------------------------
GRADE 416              Ship Condition CONDA
Size  416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                              NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   4   Total Weight  10512   Approx. Hot Red. Ratio 110:1

WO 2061685 Bundles: 1A, 1B, 1C, 1D
------------------------ SPECIFICATIONS ------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II          ASTM A484 15
ASTM A582 12e1                   DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------ MECHANICAL & OTHER TESTS ------------------
Hardness as shipped     205 HB    Hardness as tested       421 HB
Hardness as shipped    ( 94 HRB )
                                  Hardness as tested      ( 45 HRC )
Micro                      OK     Tensile strength,KSI (MPa)   97.3 ( 671)
Intergranular corrosion           0.2% Yield Strngth,KSI(MPa)  70.7 ( 487)
Macro                      OK     Elongation % in 4D           26.0
                                  Reduction of area %          59.7

--------------------- CHEMICAL COMPOSITION ---------------------
Carbon     (C )  .120    Manganese  (Mn) 1.010
Phosphorus (P )  .016    Sulphur    (S )  .320
Silicon    (Si)  .330    Chromium   (Cr) 13.020
Nickel     (Ni)  .180    Cobalt     (Co)  .050
Copper     (Cu)  .090    Moly       (Mo)  .030
Nitrogen   (N )  .042    Columbium  (Cb)  .010
Titanium   (Ti)  .010    Aluminum   (Al)  .010
Tin        (Sn)  .007    Vanadium   (V )  .030
Tungsten   (W )  .050                      .000
Columbium/
Tantalum (Cb+Ta)  .010
Iron       (Fe) Balance
Melt Practice        EAF
Refining Practice    AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,  Quality Manager

SAMUEL, SON & CO. INC.
HAYWARD
QC Certified True Copy
Of Original Material Test Report
Initials _____ Date 07-31-15  *M.F. Marcanio*

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729



# Certificate of Test

high performance stainless steel

Page:   1

HEAT G22664    ORDER  661822/ 06  BOL 0233943  *  CERTIFICATION  *  11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES        900400000

621975

------------------------ YOUR ORDER & DATE ----------------------------
    7186768            9/07/15 CUST# 0395001 CUST TAG#5466062

------------------------- ITEM DESCRIPTION -------------------------
GRADE 416                 Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES        Country of Mfg.: UNITED STATES
                          NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1282    Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1C
------------------------- SPECIFICATIONS --------------------------
 THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
 AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II        ASTM A484 15
ASTM A582 12e1                 DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -----------------------
Hardness as shipped      216 HB  Hardness as tested         432 HB
Hardness as shipped    ( 96 HRB )
                                 Hardness as tested       ( 46 HRC )
                                 Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                       OK   0.2% Yield Strngth,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                       OK   Elongation % in 4D          23.0
                                 Reduction of area %         57.0
--------------------- CHEMICAL COMPOSITION ------------------------
Carbon      (C )   .120    Manganese   (Mn)  1.040
Phosphorus  (P )   .017    Sulphur     (S )   .320
Silicon     (Si)   .460    Chromium    (Cr) 13.000
Nickel      (Ni)   .320    Cobalt      (Co)   .050
Copper      (Cu)   .110    Moly        (Mo)   .080
Nitrogen    (N )   .044    Columbium   (Cb)   .020
Titanium    (Ti)   .010    Aluminum    (Al)   .010
Tin         (Sn)   .006    Vanadium    (V )   .050
Tungsten    (W )   .050                        .000
Columbium/
Tantalum (Cb+Ta)   .020
Iron       (Fe)  Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

SAMUEL, SON & CO., INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials ___ Date 11/19/15

 Knowingly & willfully falsifying or concealing a material act on this form,
 or making false, fictitious or fraudulent statements or representations
 herein could constitute a felony punishable under federal statutes.
 We hereby certify that the test results shown in this report are correct and
 accurate as contained in the records of the company and are in compliance
 with the specifications, codes, and standards listed above.

                    M.F. Marcanio,   Quality Manager

**Outokumpu Stainless Bar, LLC**
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio



# Certificate of Test

outokumpu
high performance stainless steel

Page:   1

HEAT G23479    ORDER  671590/ 09  BOL 0238423  *  CERTIFICATION  *  02/20/17

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000

*(handwritten)* 641673  641677  641681
641674  641678  641682
641675  641679  641683
641676  641680

------------------ YOUR ORDER & DATE -----------------------
    7253602          1/09/17 CUST# 0395001 CUST TAG#5466062

--------------------- ITEM DESCRIPTION -----------------------
GRADE 416                                    Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                      NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight    1338    Approx. Hot Red. Ratio 212:1

WO 2074302 Bundles: 1F
------------------------- SPECIFICATIONS ------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II             ASTM A484 16
ASTM A582 12e1                      DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------- MECHANICAL & OTHER TESTS ------------------------
Hardness as shipped    233 HB   Hardness as tested        421 HB
Hardness as shipped   ( 97 HRB )
                                Hardness as tested      ( 45 HRC )
                                Tensile strength,KSI (MPa)  101.0 ( 696)
Micro                     OK    0.2% Yield Strngth,KSI(MPa)  75.7 ( 522)
Intergranular corrosion
Macro                     OK    Elongation % in 4D          22.5
                                Reduction of area %         57.1

------------------------- CHEMICAL COMPOSITION ------------------------
Carbon      (C )    .120    Manganese  (Mn)  1.020
Phosphorus  (P )    .018    Sulphur    (S )   .310
Silicon     (Si)    .380    Chromium   (Cr) 12.920
Nickel      (Ni)    .270    Cobalt     (Co)   .050
Copper      (Cu)    .080    Moly       (Mo)   .100
Nitrogen    (N )    .041    Columbium  (Cb)   .010
Titanium    (Ti)    .010    Aluminum   (Al)   .010
Tin         (Sn)    .005    Vanadium   (V )   .050
Tungsten    (W )    .050
Columbium/
Tantalum (Cb+Ta)    .010
Iron        (Fe)  Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

*(stamp, handwritten)* SAMUEL, SON & CO. INC.
LOS ANGELES
Is Certified True Copy
General Material Test Report
2.24.17

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                    M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

*(signature)* M.F. Marcanio

KKM 000057



# Certificate of Test

high performance stainless steel

Page: 1

HEAT E171092   ORDER 678249/ 04   BOL 0242098   *  CERTIFICATION   *  01/30/18

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES        900400000

656470   656474
656471   656475
656472   656476
656473   656477
         656478

---------------------------- YOUR ORDER & DATE ----------------------------
7297425            11/22/17 CUST# 0395001 CUST TAG#5466062

---------------------------- ITEM DESCRIPTION ----------------------------
GRADE 416                                   Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM      Country of Mfg.: UNITED STATES
                        NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1282   Approx. Hot Red. Ratio 23:1

WO 2082223 Bundles: 1F
---------------------------- SPECIFICATIONS ----------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610N (416) Type II              ASTM A484/A484M 16
ASTM A582 12 (Reapp. 2017)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------------------------- MECHANICAL & OTHER TESTS ----------------------------
Hardness as shipped   (201 HB  )  Hardness as tested        400 HB
Hardness as shipped    92 HRB

                          Hardness as tested     ( 43 HRC )
                          Tensile strength,KSI (MPa)   93.5 ( 645)
Micro                OK   0.2% Yield Strngth,KSI(MPa)  67.3 ( 464)
Intergranular corrosion

                          Elongation % in 4D          24.7
                          Reduction of area %         54.8
the microstucture consisted of uniform tempered martensite with no
evidence of segregation

---------------------------- CHEMICAL COMPOSITION ----------------------------

| Element | | | Element | | |
|---|---|---|---|---|---|
| Carbon | (C ) | .112 | Manganese | (Mn) | .820 |
| Phosphorus | (P ) | .021 | Sulphur | (S ) | .324 |
| Silicon | (Si) | .380 | Chromium | (Cr) | 12.930 |
| Nickel | (Ni) | .420 | Cobalt | (Co) | .028 |
| Copper | (Cu) | .103 | Moly | (Mo) | .040 |
| Nitrogen | (N ) | .038 | Columbium | (Cb) | .003 |
| Titanium | (Ti) | .001 | Aluminum | (Al) | .001 |
| Tin | (Sn) | .004 | Boron | (B ) | .001 |
| Tantalum | (Ta) | .001 | Vanadium | (V ) | .030 |
| Tungsten | (W ) | .010 | | | |
| Columbium/ | | | | | |
| Tantalum (Cb+Ta) | | .004 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

SAMUEL, SON & CO INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____ Date 2-5-18

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio

KKM 000058



# **Certificate of Test**

outokumpu
high performance stainless steel

Page:    1

HEAT E181621    ORDER 687391/ 01 BOL 0246696 * CERTIFICATION * 04/16/19

SHIP TO:
SAMUEL, SON & CO                          674 741
12389 LOWER AZUSA ROAD                    674 742

ARCADIA              910060000

------------------------------ YOUR ORDER & DATE ------------------------------
    7369931              4/12/19 CUST# 0395009 CUST TAG#5466004

------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                      Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles    2    Total Weight    4170    Approx. Hot Red. Ratio 23:1

WO 2091549 Bundles: 1B, 1C
------------------------------ SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------ MECHANICAL & OTHER TESTS ------------------------
Hardness as shipped      (212 HB  ) Hardness as tested      421 HB
Hardness as shipped       94 HRB
                                    Hardness as tested     ( 45 HRC )
                                    Tensile strength,KSI (MPa)    98.6 ( 680)
Micro                          OK   0.2% Yield Strngth,KSI(MPa)   73.0 ( 503)
Intergranular corrosion
                                    Elongation % in 4D            23.0
                                    Reduction of area %           54.4
THE MICROSTRUCTURE CONSISTED OF UNIFORM TEMPERED MARTENSITE WITH NO
EVIDENCE OF SEGREGATION

------------------------ CHEMICAL COMPOSITION ------------------------
Carbon      (C )  .124    Manganese   (Mn)  .810
Phosphorus  (P )  .022    Sulphur     (S )  .360
Silicon     (Si)  .400    Chromium    (Cr) 13.080
Nickel      (Ni)  .600    Cobalt      (Co)  .030
Copper      (Cu)  .100    Moly        (Mo)  .050
Nitrogen    (N )  .043    Columbium   (Cb)  .003
Titanium    (Ti)  .001    Aluminum    (Al)  .001
Tin         (Sn)  .004    Boron       (B )  .001
Tantalum    (Ta)  .001    Vanadium    (V )  .030
Tungsten    (W )  .010
Columbium/
Tantalum (Cb+Ta)  .004
Iron        (Fe)  Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                    M.F. Marcanio,    Quality Manager

                          SAMUEL, SON & CO., INC
                             LOS ANGELES
                          QC Certified True Copy
                      Of Original Material Test Report
                      Initials_____ Date 4/3/19

M.F. Marcanio

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729



**Certificate of Test**

outokumpu
high performance stainless steel

Page: 1

HEAT E191558    ORDER  690508/ 02  BOL 0249859  *  CERTIFICATION  *  03/19/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

*691547*
*691548*
*691549*

ARCADIA                      910060000

------------------------------ YOUR ORDER & DATE ----------------------------
    7394975              10/31/19 CUST# 0395009 CUST TAG#5466004
------------------------------- ITEM DESCRIPTION ----------------------------
                                              Ship Condition CONDA
GRADE 416
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   3   Total Weight   6588    Approx. Hot Red. Ratio 23:1

WO 2102477 Bundles: 1C, 1D, 1E
------------------------------ SPECIFICATIONS ----------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II             ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)          DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------------- MECHANICAL & OTHER TESTS ----------------------
Hardness as shipped      207 HB   Hardness as tested       (477 HB  )
Hardness as shipped    ( 93 HRB )
                                  Hardness as tested        50 HRC
                                  Tensile strength,KSI (MPa)  95.4 ( 658)
Micro                      OK     0.2% Yield Strngth,KSI(MPa) 78.7 ( 543)
Intergranular corrosion
                                  Elongation % in 4D         22.6
                                  Reduction of area %        54.6
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

------------------------ CHEMICAL COMPOSITION ----------------------------
Carbon      (C )   .115        Manganese   (Mn)   .820
Phosphorus  (P )   .020        Sulphur     (S )   .345
Silicon     (Si)   .400        Chromium    (Cr) 12.940
Nickel      (Ni)   .200        Cobalt      (Co)   .021
Copper      (Cu)   .384        Moly        (Mo)   .020
Nitrogen    (N )   .048        Columbium   (Cb)   .001
Titanium    (Ti)   .001        Aluminum    (Al)   .001
Tin         (Sn)   .004        Boron       (B )   .001
Tantalum    (Ta)   .001        Vanadium    (V )   .030
Tungsten    (W )   .010
Columbium/
Tantalum (Cb+Ta)   .002                    SAMUEL, SON & CO., INC
Iron       (Fe)  Balance                      LOS ANGELES
Melt Practice      EAF                      QC Certified True Copy
Refining Practice  AOD                  Of Original Material Test Report
De-long Ferrite                         Initials _____ Date 3/23/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                        M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio



# Certificate of Test

outokumpu
high performance stainless steel

Page:    1

HEAT E191558   ORDER  690508/ 01  BOL 0249859  *  CERTIFICATION  *  03/19/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD                       *691550*

ARCADIA                    910060000            *691551*

------------------------------ YOUR ORDER & DATE ------------------------------
7394975                       10/31/19 CUST# 0395009 CUST TAG#5466004
------------------------------ ITEM DESCRIPTION ------------------------------
GRADE 416                                        Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM   Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles  2  Total Weight  4346   Approx. Hot Red. Ratio 23:1

WO 2102477 Bundles: 1A, 1B
------------------------- SPECIFICATIONS -------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II            ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)         DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------------------- MECHANICAL & OTHER TESTS ----------------------
Hardness as shipped     207 HB   Hardness as tested     (477 HB  )
Hardness as shipped   ( 93 HRB )
                                 Hardness as tested      50 HRC
Micro                            Tensile strength,KSI (MPa)   95.4 ( 658)
Intergranular corrosion   OK     0.2% Yield Strngth,KSI(MPa)  78.7 ( 543)

                                 Elongation % in 4D         22.6
                                 Reduction of area %        54.6
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

---------------------- CHEMICAL COMPOSITION ----------------------
Carbon       (C )   .115     Manganese   (Mn)   .820
Phosphorus   (P )   .020     Sulphur     (S )   .345
Silicon      (Si)   .400     Chromium    (Cr) 12.940
Nickel       (Ni)   .200     Cobalt      (Co)   .021
Copper       (Cu)   .384     Moly        (Mo)   .020
Nitrogen     (N )   .048     Columbium   (Cb)   .001
Titanium     (Ti)   .001     Aluminum    (Al)   .001
Tin          (Sn)   .004     Boron       (B )   .001
Tantalum     (Ta)   .001     Vanadium    (V )   .030
Tungsten     (W )   .010
Columbium/
Tantalum  (Cb+Ta)   .002
Iron         (Fe)  Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____  Date 3/23/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                    M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

M.F. Marcanio


**outokumpu**
high performance stainless steel

# Certificate of Test

Page:     1

HEAT E200038    ORDER  693068/ 01  BOL 0250227  *  CERTIFICATION  *  04/27/20

SHIP TO:
SAMUEL,SON & CO                          693732
12389 LOWER AZUSA ROAD                   693733
ARCADIA              910060000
                                         693734

------------------------- YOUR ORDER & DATE -----------------------------
    7394975                 4/07/20 CUST# 0395009 CUST TAG#5466029

------------------------- ITEM DESCRIPTION ----------------------------
GRADE 416                                          Ship Condition CONDA
Size416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   3   Total Weight   6634    Approx. Hot Red. Ratio 12:1

WO 2103732 Bundles: 1A, 1B, 1C
----------------------- SPECIFICATIONS ------------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II            ASTM A484/A484M 20
ASTM A582/A582M 12 (Re 17)         DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------ MECHANICAL & OTHER TESTS --------------------
Hardness as shipped       202 HB   Hardness as tested     (444 HB  )
Hardness as shipped   ( 92 HRB )
                                   Hardness as tested        47 HRC
Micro                              Tensile strength,KSI (MPa)  94.5 ( 652)
Intergranular corrosion      OK    0.2% Yield Strngth,KSI(MPa) 69.6 ( 480)

                                   Elongation % in 4D         23.6
                                   Reduction of area %        56.3
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

--------------------- CHEMICAL COMPOSITION -----------------------------
Carbon       (C )    .114      Manganese  (Mn)    .770
Phosphorus   (P )    .020      Sulphur    (S )    .339
Silicon      (Si)    .350      Chromium   (Cr) 13.050
Nickel       (Ni)    .240      Cobalt     (Co)    .022
Copper       (Cu)    .058      Moly       (Mo)    .020
Nitrogen     (N )    .045      Columbium  (Cb)    .011
Titanium     (Ti)    .002      Aluminum   (Al)    .001
Tin          (Sn)    .005      Cerium     (Ce)    .006
Boron        (B )    .002      Tantalum   (Ta)    .001
Vanadium     (V )    .030      Tungsten   (W )    .010
Columbium/
Tantalum (Cb+Ta)     .012                   SAMUEL, SON & CO., INC
Iron         (Fe) Balance                      LOS ANGELES
Melt Practice        EAF                     QC Certified True Copy
Refining Practice    AOD                  Of Original Material Test Report
De-long Ferrite                           Initials _____ Date 5/1/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                           M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

                                                    M.F Marcanio


 outokumpu

gh performance stainless steel

# Certificate of Test

Page:    1

HEAT E200885    ORDER 694431/ 02 BOL 0252221 * CERTIFICATION * 12/30/20

SHIP TO:
SAMUEL,SON & CO
12389 LOWER AZUSA ROAD

ARCADIA            910060000

*706248*

------------------------ YOUR ORDER & DATE ----------------------
   7424834                8/03/20 CUST# 0395009 CUST TAG#5466004

------------------------ ITEM DESCRIPTION ----------------------
GRADE 416                                      Ship Condition CONDA
Size416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   1   Total Weight   2014   Approx. Hot Red. Ratio 12:1

WO 2107916 Bundles: 1A
------------------------ SPECIFICATIONS ----------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II            ASTM A484/A484M 20b
ASTM A582/A582M 12 (Re 17)         DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool
------------------------ MECHANICAL & OTHER TESTS ----------------------
Hardness as shipped    (207 HB  )  Hardness as tested      (444 HB  )
Hardness as shipped    94 HRB
                                Hardness as tested        47 HRC
Micro                       OK  Tensile strength,KSI (MPa)  96.5 ( 665)
Intergranular corrosion         0.2% Yield Strngth,KSI(MPa) 71.8 ( 495)

                                Elongation % in 4D         25.5
                                Reduction of area %        58.7
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

------------------------ CHEMICAL COMPOSITION ----------------------
| | | | | | | |
|---|---|---|---|---|---|---|
| Carbon | (C ) | .120 | Manganese | (Mn) | .840 | |
| Phosphorus | (P ) | .021 | Sulphur | (S ) | .343 | |
| Silicon | (Si) | .360 | Chromium | (Cr) | 12.950 | |
| Nickel | (Ni) | .340 | Cobalt | (Co) | .024 | |
| Copper | (Cu) | .070 | Moly | (Mo) | .030 | |
| Nitrogen | (N ) | .043 | Columbium | (Cb) | .003 | |
| Titanium | (Ti) | .002 | Aluminum | (Al) | .001 | |
| Tin | (Sn) | .005 | Boron | (B ) | .001 | |
| Tantalum | (Ta) | .001 | Vanadium | (V ) | .030 | |
| Tungsten | (W ) | .010 | | | | |
| Columbium/ | | | | | | |
| Tantalum (Cb+Ta) | | .004 | | | | |
| Iron | (Fe) | Balance | | | | |
| Melt Practice | | EAF | | | | |
| Refining Practice | | AOD | | | | |
| De-long Ferrite | | | | | | |

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____ Date 1/5/21

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                        M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg SC 29729

M.F. Marcanio

KKM 000063



# Certificate of Test

Page: 1

HEAT E200561    ORDER  694431/ 02  BOL 0252112  *  CERTIFICATION  *  12/09/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA            910060000

705504
705505
705506
705507

------------------------- YOUR ORDER & DATE -------------------------
    7424834              8/03/20 CUST# 0395009 CUST TAG#5466004

------------------------- ITEM DESCRIPTION -------------------------
GRADE 416                                      Ship Condition CONDA
Size416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   4   Total Weight   7686    Approx. Hot Red. Ratio 12:1

WO 2107200 Bundles: 1A, 1B, 1C, 1D
------------------------- SPECIFICATIONS -------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 20b
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------- MECHANICAL & OTHER TESTS -------------------
Hardness as shipped     (207 HB )  Hardness as tested
Hardness as shipped      93 HRB                      (444 HB )

                           Hardness as tested          47 HRC
Micro                 OK   Tensile strength,KSI (MPa)  95.0 ( 655)
Intergranular corrosion    0.2% Yield Strngth,KSI(MPa) 68.7 ( 474)

                           Elongation % in 4D          25.0
                           Reduction of area %         55.9
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

------------------- CHEMICAL COMPOSITION -------------------
Carbon      (C )    .122    Manganese   (Mn)    .810
Phosphorus  (P )    .020    Sulphur     (S )    .344
Silicon     (Si)    .370    Chromium    (Cr) 13.050
Nickel      (Ni)    .460    Cobalt      (Co)    .031
Copper      (Cu)    .038    Moly        (Mo)    .040
Nitrogen    (N )    .042    Columbium   (Cb)    .001
Titanium    (Ti)    .001    Aluminum    (Al)    .001
Tin         (Sn)    .004    Boron       (B )    .001
Tantalum    (Ta)    .001    Vanadium    (V )    .030
Tungsten    (W )    .010
Columbium/                          SAMUEL, SON & CO., INC
Tantalum (Cb+Ta)    .002                LOS ANGELES
Iron        (Fe)  Balance          QC Certified True Copy
Melt Practice       EAF          Of Original Material Test Report
Refining Practice   AOD          Initials XD   Date 12/5/20
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                          M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

M.F. Marcanio

KKM 000064

 **outokumpu**
high performance stainless steel

# Certificate of Test

Page:      1

HEAT E200885    ORDER  694431/ 02  BOL 0252221  *  CERTIFICATION   *  12/30/20

SHIP TO:
SAMUEL,SON & CO
12389 LOWER AZUSA ROAD

ARCADIA              910060000                         *706248*

```
---------------------------- YOUR ORDER & DATE ----------------------------
    7424834              8/03/20 CUST# 0395009 CUST TAG#5466004
---------------------------- ITEM DESCRIPTION ----------------------------
GRADE 416                                          Ship Condition CONDA
Size416 RND CFA CONDA 1.7500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles  1   Total Weight  2014    Approx. Hot Red. Ratio 12:1

WO 2107916 Bundles: 1A
---------------------------- SPECIFICATIONS ----------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II               ASTM A484/A484M 20b
ASTM A582/A582M 12 (Re 17)            DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------------------- MECHANICAL & OTHER TESTS ----------------------
Hardness as shipped    (207 HB )  Hardness as tested     (444 HB )
Hardness as shipped     94 HRB
                              Hardness as tested      47 HRC
Micro                  OK   Tensile strength,KSI (MPa)  96.5 ( 665)
Intergranular corrosion     0.2% Yield Strngth,KSI(MPa) 71.8 ( 495)

                              Elongation % in 4D         25.5
                              Reduction of area %        58.7
The microstructure consisted of uniform tempered martensite with no
evidence of segregation
---------------------- CHEMICAL COMPOSITION ----------------------
Carbon      (C )   .120    Manganese  (Mn)   .840
Phosphorus  (P )   .021    Sulphur    (S )   .343
Silicon     (Si)   .360    Chromium   (Cr) 12.950
Nickel      (Ni)   .340    Cobalt     (Co)   .024
Copper      (Cu)   .070    Moly       (Mo)   .030
Nitrogen    (N )   .043    Columbium  (Cb)   .003
Titanium    (Ti)   .002    Aluminum   (Al)   .001
Tin         (Sn)   .005    Boron      (B )   .001
Tantalum    (Ta)   .001    Vanadium   (V )   .030
Tungsten    (W )   .010
Columbium/
Tantalum (Cb+Ta)   .004
Iron        (Fe) Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite
```

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date 1/5/21

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

**Outokumpu Stainless Bar, LLC**
3043 Crenshaw Pkwy
Richburg, SC 29729

*M.F. Marcanio*

KKM 000065


outokumpu
h performance stainless steel

**Certificate of Test**

Page:    1

HEAT E200885    ORDER  694431/ 01  BOL 0252112  *  CERTIFICATION  *  12/09/20

SHIP TO:
SAMUEL,SON & CO
12389 LOWER AZUSA ROAD

*705503*

ARCADIA          910060000

-------------------- YOUR ORDER & DATE --------------------
    7424834                8/03/20 CUST# 0395009 CUST TAG#5466004
--------------------- ITEM DESCRIPTION --------------------
GRADE 416                                          Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles  1  Total Weight  1914    Approx. Hot Red. Ratio 18:1

WO 2107864 Bundles: 1A
--------------------- SPECIFICATIONS ---------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 20b
ASTM A582/A582M 12 (Re 17)          DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F

------------------ MECHANICAL & OTHER TESTS ------------------
Hardness as shipped   (207 HB )  Hardness as tested   (444 HB )
Hardness as shipped    93 HRB
                                Hardness as tested        47 HRC
Micro                     OK    Tensile strength,KSI (MPa)  93.3 ( 643)
Intergranular corrosion         0.2% Yield Strngth,KSI(MPa)  67.5 ( 465)

                                Elongation % in 4D          25.5
                                Reduction of area %         58.7
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

------------------ CHEMICAL COMPOSITION ------------------
Carbon      (C )   .120        Manganese   (Mn)   .840
Phosphorus  (P )   .021        Sulphur     (S )   .343
Silicon     (Si)   .360        Chromium    (Cr) 12.950
Nickel      (Ni)   .340        Cobalt      (Co)   .024
Copper      (Cu)   .070        Moly        (Mo)   .030
Nitrogen    (N )   .043        Columbium   (Cb)   .003
Titanium    (Ti)   .002        Aluminum    (Al)   .001
Tin         (Sn)   .005        Boron       (B )   .001
Tantalum    (Ta)   .001        Vanadium    (V )   .030    SAMUEL, SON & CO., INC
Tungsten    (W )   .010                                     LOS ANGELES
Columbium/                                              QC Certified True Copy
Tantalum (Cb+Ta)   .004                             Of Original Material Test Report
Iron       (Fe) Balance                             Initials JOS  Date 14/8/20
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.


              M.F. Marcanio,   Quality Manager


**Outokumpu Stainless Bar, LLC**
3043 Crenshaw Pkwy.
Richburg, SC 29729

*M.F. Marcanio*

KKM 000066



# Certificate of Test

Page: 1

HEAT G23479    ORDER 671590/ 09 BOL 0238423  *  CERTIFICATION  *  02/20/17

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000

641673  641677   641681
641674  641678   641682
641675  641679   641683
641676  641680

------------------------------- YOUR ORDER & DATE -------------------------------
7253602                 1/09/17 CUST# 0395001 CUST TAG#5466062

------------------------------- ITEM DESCRIPTION -------------------------------
GRADE 416                                              Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES        Country of Mfg.: UNITED STATES
No weld repair                        NAFTA Country of Origin is Country of Melt
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1338    Approx. Hot Red. Ratio 212:1

WO 2074302 Bundles: 1F
------------------------------- SPECIFICATIONS -------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II               ASTM A484 16
ASTM A582 12e1                        DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------------- MECHANICAL & OTHER TESTS -------------------------------
Hardness as shipped       233 HB    Hardness as tested      421 HB
Hardness as shipped    ( 97 HRB )
                                    Hardness as tested    ( 45 HRC )
Micro                          OK   Tensile strength,KSI (MPa)  101.0 ( 696)
Intergranular corrosion             0.2% Yield Strngth,KSI(MPa)  75.7 ( 522)
Macro                          OK   Elongation % in 4D            22.5
                                    Reduction of area %           57.1

------------------------------- CHEMICAL COMPOSITION -------------------------------
Carbon        (C )   .120    Manganese   (Mn)  1.020
Phosphorus    (P )   .018    Sulphur     (S )   .310
Silicon       (Si)   .380    Chromium    (Cr) 12.920
Nickel        (Ni)   .270    Cobalt      (Co)   .050
Copper        (Cu)   .080    Moly        (Mo)   .100
Nitrogen      (N )   .041    Columbium   (Cb)   .010
Titanium      (Ti)   .010    Aluminum    (Al)   .010
Tin           (Sn)   .005    Vanadium    (V )   .050
Tungsten      (W )   .050
Columbium/
Tantalum (Cb+Ta)     .010
Iron          (Fe) Balance
Melt Practice         EAF
Refining Practice     AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.


                              M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

 **Certificate of Test** 

outokumpu
high performance stainless steel

Page:    1

HEAT E200561    ORDER  694431/ 01  BOL 0252112  *  CERTIFICATION  *  12/09/20

SHIP TO:
SAMUEL, SON & CO
12389 LOWER AZUSA ROAD

ARCADIA              910060000

*705499*
*705500*
*705501*
*705502*

```
-------------------------- YOUR ORDER & DATE --------------------------
    7424834              8/03/20 CUST# 0395009 CUST TAG#5466004
-------------------------- ITEM DESCRIPTION --------------------------
GRADE 416                                    Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   4   Total Weight   7554    Approx. Hot Red. Ratio 23:1

WO 2107347 Bundles: 1A, 1B, 1C, 1D
-------------------------- SPECIFICATIONS --------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 20b
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------------- MECHANICAL & OTHER TESTS --------------------------
Hardness as shipped      197 HB    Hardness as tested      (444 HB )
Hardness as shipped    ( 91 HRB )
                                   Hardness as tested      47 HRC
Micro                        OK    Tensile strength,KSI (MPa)  95.3 ( 657)
Intergranular corrosion            0.2% Yield Strngth,KSI(MPa) 68.6 ( 473)

                                   Elongation % in 4D          25.1
                                   Reduction of area %         59.5
-------------------------- CHEMICAL COMPOSITION --------------------------
```

| | | | | | | |
|---|---|---|---|---|---|---|
| Carbon | (C ) | .122 | Manganese | (Mn) | .810 |
| Phosphorus | (P ) | .020 | Sulphur | (S ) | .344 |
| Silicon | (Si) | .370 | Chromium | (Cr) | 13.050 |
| Nickel | (Ni) | .460 | Cobalt | (Co) | .031 |
| Copper | (Cu) | .038 | Moly | (Mo) | .040 |
| Nitrogen | (N ) | .042 | Columbium | (Cb) | .001 |
| Titanium | (Ti) | .001 | Aluminum | (Al) | .001 |
| Tin | (Sn) | .004 | Boron | (B ) | .001 |
| Tantalum | (Ta) | .001 | Vanadium | (V ) | .030 |
| Tungsten | (W ) | .010 | | | |
| Columbium/ | | | | | |
| Tantalum (Cb+Ta) | | .002 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials ___  Date 12/15/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.


                   M.F. Marcanio,    Quality Manager


**Outokumpu Stainless Bar, LLC**
3043 Crenshaw Pkwy
Richburg, SC 29729

*M.F. Marcanio*

KKM 000068



# Certificate of Test

**outokumpu**
high-performance stainless steel

Page:     1

HEAT E182244     ORDER  690508/ 03  BOL 0249584  *  CERTIFICATION   *  02/24/20

SHIP TO:
SAMUEL,SON & CO
12389 LOWER AZUSA ROAD

ARCADIA          910060000

*690284*
*690286*

------------------------ YOUR ORDER & DATE ------------------------
    7394975              10/31/19 CUST# 0395009 CUST TAG#5466004

------------------------ ITEM DESCRIPTION ------------------------
GRADE 416                                    Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED KINGDOM    Country of Mfg.: UNITED STATES
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets RoHS-2011/65/EU and 2015/863

Total Bundles   2   Total Weight   2710    Approx. Hot Red. Ratio 23:1

WO 2102078 Bundles: 1A, 1B
------------------------ SPECIFICATIONS ------------------------
MFG TO FINISHED BAR IN THE USA FROM BILLETS IMPORTED UNITED KINGDOM
AMS 5610P (416) Type II              ASTM A484/A484M 18a
ASTM A582/A582M 12 (Re 17)           DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------- MECHANICAL & OTHER TESTS -------------------
Hardness as shipped    (201 HB  )  Hardness as tested     (444 HB  )
Hardness as shipped     92 HRB
                                   Hardness as tested      47 HRC
                                   Tensile strength,KSI (MPa)  96.2 ( 663)
Micro                        OK    0.2% Yield Strngth,KSI(MPa) 71.4 ( 492)
Intergranular corrosion
                                   Elongation % in 4D          22.2
                                   Reduction of area %         55.6
The microstructure consisted of uniform tempered martensite with no
evidence of segregation

------------------------ CHEMICAL COMPOSITION ------------------------
| Element | | Value | Element | | Value |
|---|---|---|---|---|---|
| Carbon | (C ) | .117 | Manganese | (Mn) | .810 |
| Phosphorus | (P ) | .022 | Sulphur | (S ) | .334 |
| Silicon | (Si) | .460 | Chromium | (Cr) | 12.980 |
| Nickel | (Ni) | .230 | Cobalt | (Co) | .021 |
| Copper | (Cu) | .092 | Moly | (Mo) | .020 |
| Nitrogen | (N ) | .044 | Columbium | (Cb) | .001 |
| Titanium | (Ti) | .001 | Aluminum | (Al) | .001 |
| Tin | (Sn) | .004 | Boron | (B ) | .002 |
| Tantalum | (Ta) | .001 | Vanadium | (V ) | .030 |
| Tungsten | (W ) | .010 | | | |
| Columbium/ | | | | | |
| Tantalum (Cb+Ta) | | .002 | | | |
| Iron | (Fe) | Balance | | | |
| Melt Practice | | EAF | | | |
| Refining Practice | | AOD | | | |
| De-long Ferrite | | | | | |

SAMUEL, SON & CO., INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____  Date 2/28/20

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

Of Original Material Test Report
QC Certified True Copy
LOS ANGELES
SAMUEL, SON & CO., INC

M.F. Marcanio

# Q C Metallurgical, Inc.

**Invoice**

2870 Stirling Road
Door 3
Hollywood, FL 33020

| Date | Invoice # |
|------|-----------|
| 9/19/2019 | 107944 |

| Bill To | Ship To |
|---------|---------|
| AKAI<br>5405 NW 102nd Ave<br>Bay 216<br>Sunrise, FL 33351<br>ATTN: ACCOUNTS PAYABLE | ATTN: LASETTE / SHAY |

| QC Job No. | | P.O. No. | Terms | Due Date |
|------------|--|----------|-------|----------|
| 19IM-733 | | VERBAL | C.O.D. | 9/19/2019 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 5 | Hardness Testing | 40.00 | 200.00 |
| | QC Metallurgical Inc<br><br>2870 Stirling Road<br>Hollywood, FL 33020<br><br>9/19/2019 3:48:26 PM<br><br>Reference Number: 284184180<br>Total: $200.00<br>Transaction Type: Sale<br>Card Brand: Visa<br>Card Number: xxxxxxxxxxxx4396<br>Entry Method: Keyed<br>Approval Code: 882128<br>Approval Message:  ZIP  MATCH<br>AVS Result: Zip Match Only<br>CSC Result: Match<br>Customer Name:<br>Invoice: 107944 | *Paid VISA 9/19/19* | |

Thank you for your business!:)

| | Total | $200.00 |
|--|-------|---------|

Notes:

| Phone # | Fax # | E-mail | Visit Us! |
|---------|-------|--------|-----------|
| 954-889-0089 | 954-362-5742 | LAURAB@QCMET.COM | www.QCMetallurgical.com |

KKM 000070

# QC Metallurgical, Inc.

## Testing & Consulting Services

2870 Stirling Road • Hollywood, FL 33020-1199 • **(954) 889-0089** • Fax (954) 362-5742

## INSPECTION REPORT

DATE September 19, 2019

QCM JOB# 19IM-733          CUSTOMER AKAI

DESCRIPTION 5 Samples – Gun Barrel Samples

CUSTOMER ORDER# Verbal                    MATERIAL

INSPECTION SPECIFIED Hardness Testing

APPLICABLE SPECIFICATIONS

## RESULTS OF INSPECTION

### *HARDNESS TESTING RESULTS*

Sample A – 47, 48, 49, 48.5 Rc
Sample B – 47, 47, 48, 48 Rc
Sample C – 48, 47.5, 48, 48 Rc
Sample D – 37, 38, 39, 39, 38 Rc
Sample E – 38, 39, 38, 39 Rc

Jerry Iaciofano

Q C Metallurgical, Inc. assumes no responsibility for losses of any kind due to interpretations.

FORM #27

KKM 000071

o

(/home)

# EXPERT DESIGN AND PRECISION MANUFACTURING

Privacy · Terms

KKM 000072

KKM Precision | Precision Made Custom | KKM

# *NOTICE*

**NO NEED TO CALL OR EMAIL TO VERIFY ~THESE LEAD TIMES ARE UP TO DATE AND WE DO NOT EXPEDITE**

# AS OF APRIL 2022, CURRENT LEAD TIMES ARE *APPROXIMATELY  7-9 WEEKS BEFORE SHIPPING ON ALL ORDERS*

CARDS WILL BE CHARGED WITHIN 72 HOURS OF ORDERING.  PAYMENT INFORMATION CANNOT BE SECURELY HELD IN LIMBO FOR THESE UNPRECEDENTED LEAD TIMES.

## ABOUT KKM PRECISION

Welcome to the world leader in custom national match grade pistol barrels. At KKM Precision we use state of the art robotics and advanced multi-axis cnc machines to produce the most accurate pistol barrels available. We have taken pistol barrel manufacturing to a whole new level of precision with purpose built robotic systems and advanced in-process measuring probes. We specialize in advancing pistol barrels.

READ MORE
(https://kkmprecision.com/about/)

Privacy · Terms

KKM 000073

KKM Precision | Precision Made Custom | KKM



Privacy - Terms

KKM 000074

KKM Precision | Precision Made Custom | KKM

# 100% MADE IN THE USA

All of our products are 100% made in the USA and produce all of our own products in our 20,000 sq-ft facility in Carson.



# TRUE MATCH GRADE

Every barrel we produce will be true match grade quality backed by over 20 years of pistol barrel craftsmanship.



KKM 000075



# PINNACLE OF ACCURACY

Whether you intend to shoot Steel Challenge or the NRA National Matches we've got the right barrel for the job.

# PRODUCT CATEGORIES

KKM 000076

# 1911 (https://kkmprecision.com/product-category/1911/)

KKM 000077

KKM Precision | Precision Made Custom | KKM

## Accessories (Thread Protectors, etc.) (https://kkmprecision.com/product-category/accessories/)

Privacy - Terms

KKM 000078

**Beretta (https://kkmprecision.com/product-category/beretta/)**

KKM 000079

KKM Precision | Precision Made Custom | KKM

**Glock (https://kkmprecision.com/product-category/glock/)**

Privacy • Terms

KKM 000080

KKM Precision | Precision Made Custom | KKM

KKM 000081

## Hi-Power (https://kkmprecision.com/product-category/hi-power/)

Privacy - Terms

KKM 000082

**M&P (https://kkmprecision.com/product-category/mp/)**

CLIENT TESTIMONIAL

Privacy - Terms

KKM 000083

# CLIENT TESTIMONIAL

*The KKM precision .357 conversion barrel for my SW MP Pro .40 has been n*

*incredibly accurate and I have been able to repeat this again and agc*

**Steven**
Indiana

# *NOTICE*

**NO NEED TO CALL OR EMAIL TO VERIFY ~ THESE LEAD TIMES ARE UP TO DATE – WE DO NOT EXPEDITE**

## AS OF APRIL 2022, CURRENT LEAD TIMES ARE APPROXIMATELY 7-9 WEEKS BEFORE SHIPPING ON ALL ORDERS

CARDS WILL BE CHARGED WITHIN 72 HOURS OF ORDERING.  PAYMENT INFORMATION CANNOT BE SECURELY HELD IN LIMBO FOR THESE UNPRECEDENTED LEAD TIMES

## WANT MORE INFORMATION?

Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

Privacy - Terms

KKM 000084

**ABOUT**

About

FAQs

Contact

Become A KKM Dealer

Military/Law Enforcement Information

**SHOP**

Products

Login to Account

Cart

Refund / Warranty

**CONTACT**

KKM Precision, Inc.
support@kkmprecision.com

(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Privacy · Terms

KKM 000085

4/12/22, 1:54 PM                                KKM Precision | Precision Made Custom | KKM

Last Name

Message

Submit

© 2021 KKM PRECISION. ALL RIGHTS RESERVED

**Privacy Policy**

KKM 000086

4/12/22, 1:54 PM                                           About | KKM

o

(/home)



# HISTORY OF PRECISION

KKM Precision was founded in the early 1990's with the intent of developing highly accurate pistol barrels for competition use. With our unique Button Rifling process and high attention to detail, our barrels became highly sought after world wide.

KKM has always worked to not only provide the very best

Privacy · Terms

KKM 000087

products at a reasonable price, but to try and stay ahead of the curve in technological innovations.

## PROCESS OF PRECISION

At KKM Precision we use state of the art robotics and advanced multi-axis CNC machines to produce the most accurate pistol barrels available. We have taken pistol barrel manufacturing to a whole new level of precision with purpose built robotic systems.



# 100% Made
# in the USA

All of our products are 100% made in the USA and produce all of our own products in our 20,000 sq-ft facility in Carson.

Privacy · Terms

KKM 000088

About | KKM

# True Match Grade Quality

Every barrel we produce will be true match grade quality backed by over 20 years of pistol barrel craftsmanship.

# Pinnacle of Accuracy

Whether you intend to shoot Steel Challenge or the NRA National Matches we've got the right barrel for the job.

## WANT MORE INFORMATION?

## Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

Privacy · Terms

KKM 000089

## ABOUT

(https://kkmprecision.com/about/)

FAQs

Contact

Become A KKM Dealer

Military/Law Enforcement Information

## SHOP

Products

Login to Account

Cart

Refund / Warranty

## CONTACT

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Last Name

Privacy · Terms

KKM 000090

About | KKM

Message

Submit

© 2021 KKM PRECISION. ALL RIGHTS RESERVED

**Privacy Policy**

Privacy · Terms

KKM 000091

o

(/home)

# Shop

## Search Store

Choose Brand

Choose Model



1911 (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/),
COMMANDER (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/)

Privacy · Terms

KKM 000092

COMMANDER (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/),
BUSHING (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/BUSHING-COMMANDER/)

### .355 Clark/Para Ramped (https://kkmprecision.com/product/355-bushing-clarkpara-ramped-4/)

## $225.00

Add to cart (?add-to-cart=6037)



1911 (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/),
COMMANDER (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/),
BULL (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/BULL/)

### .355 Clark/Para Ramped (https://kkmprecision.com/product/355-bull-clarkpara-ramped-4/)

## $225.00

Add to cart (?add-to-cart=6056)

Privacy - Terms

KKM 000093



),

911/GOVT-6/),

1911/GOVT-6/BUSHING-GOVT-6/)

**m/product/355-bushing-clarkpara-**

**cart=6117)**

Privacy - Terms

KKM 000094

1911 (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/),
COMMANDER (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/),
BULL (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/BULL/)

### .355 Clark/Para Ramped Threaded 11/16×40 (https://kkmprecision.com/product/355-bull-clarkpara-ramped-threaded-1116x40-3/)

## $250.00

Read more (https://kkmprecision.com/product/355-bull-clarkpara-ramped-threaded-1116x40-3/)



1911 (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/),
COMMANDER (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/),
BUSHING (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/BUSHING-COMMANDER/)

### .355 Clark/Para Ramped with 1/2×28 Suppressor Threads (https://kkmprecision.com/product/355-bushing-clarkpara-ramped-with-12x28-suppressor-threads-3/)

## $290.00

Privacy · Terms

KKM 000095

Add to cart (?add-to-cart=6040)



1911 (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/),
COMMANDER (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/),
BULL (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/BULL/)

### .355 Clark/Para Ramped with 1/2×28 Suppressor Threads
(https://kkmprecision.com/product/355-bull-clarkpara-ramped-with-12x28-



cart=6058)

Privacy - Terms

KKM 000096



1911 (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/),
COMMANDER (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/),
BUSHING (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/BUSHING-COMMANDER/)

### .355 Un-Ramped (https://kkmprecision.com/product/355-bushing-un-ramped-4/)

## $225.00



Add to cart (?add-to-cart=6036)



1911 (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/),
GOV'T 6" (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/GOVT-6/),
BUSHING (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/GOVT-6/BUSHING-GOVT-6/)

### .355 Un-Ramped (https://kkmprecision.com/product/355-bushing-un-ramped-6/

Privacy - Terms

KKM 000097

## $250.00

Add to cart (?add-to-cart=6116)



1911 (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/),
COMMANDER (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/),
BUSHING (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/BUSHING-COMMANDER/)

**.355 Un-Ramped with 1/2×28 Suppressor Threads
(https://kkmprecision.com/product/355-bushing-un-ramped-with-12x28-suppressor-threads-3/)**

## $290.00

Add to cart (?add-to-cart=6039)

Privacy · Terms

KKM 000098



/),

ORY/1911/COMMANDER/),

1911/COMMANDER/BUSHING-COMMANDER/)

**on.com/product/355-bushing-**

cart=6038)

Privacy · Terms

KKM 000099

1911 (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/),
COMMANDER (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/),
BULL (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/BULL/)

### .355 Wilson/Nowlin Ramped (https://kkmprecision.com/product/355-bull-wilsonnowlin-ramped-4/)

**$225.00**

Add to cart (?add-to-cart=6057)



1911 (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/),
GOV'T 6" (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/GOVT-6/),
BUSHING (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/GOVT-6/BUSHING-GOVT-6/)

### .355 Wilson/Nowlin Ramped (https://kkmprecision.com/product/355-bushing-wilsonnowlin-ramped-6/)

**$250.00**

Add to cart (?add-to-cart=6118)

Privacy · Terms

KKM 000100



1911 (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/),
COMMANDER (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/),
BULL (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/BULL/)



vlin-ramped-threaded-1116x40-

071)

Privacy - Terms

KKM 000101



1911 (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/),
COMMANDER (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/),
BUSHING (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/BUSHING-COMMANDER/)

### .355 Wilson/Nowlin Ramped with 1/2×28 Suppressor Threads (https://kkmprecision.com/product/355-bushing-wilsonnowlin-ramped-with-12x28-suppressor-threads-3/)

**$290.00**



Add to cart (?add-to-cart=6041)



1911 (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/),
COMMANDER (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/),
BULL (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/BULL/)

Privacy - Terms

KKM 000102

BULL (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/COMMANDER/BULL/)

### .355 Wilson/Nowlin Ramped with 1/2×28 Suppressor Threads (https://kkmprecision.com/product/355-bull-wilsonnowlin-ramped-with-12x28-suppressor-threads-3/)

## $290.00

Add to cart (?add-to-cart=6059)



1911 (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/),
OFFICERS (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/OFFICERS/),
BUSHING (HTTPS://KKMPRECISION.COM/PRODUCT-CATEGORY/1911/OFFICERS/BUSHING/)

### 10MM Clark/Para Ramped (https://kkmprecision.com/product/10mm-bushing-clarkpara-ramped-5/)

### $225.00

Add to cart (?add-to-cart=6034)

Load more

Privacy · Terms

KKM 000103

# WANT MORE INFORMATION?

# Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

## ABOUT

About

FAQs

Contact

Become A KKM Dealer

Military/Law Enforcement Information

## SHOP

Products (https://kkmprecision.com/home/shop/)

Login to Account

Cart

Refund / Warranty

## CONTACT

KKM Precision, Inc.

support@kkmprecision.com

(775) 246-5444

5201 Convair Dr.

Carson City, NV

89706

Your Email

First Name

Last Name

Message

Privacy · Terms

KKM 000104

Message

Submit

© 2021 KKM PRECISION. ALL RIGHTS RESERVED

**Privacy Policy**

KKM 000105

o

(/home)

# Frequently Asked Questions

| — | **What are your current lead times? ()** |

Lead time information is kept up to date at least weekly on the top and bottom of the home page, in red. In these unprecedented times, _we ask that you do not request status updates unless you are within at least a week of the full lead time_. We will always strive to meet them but lead times are given as approximations only; we are a rather small enterprise and intend to stay that way.

Cards are charged within 72 hours of an order being placed. Why? Payment information cannot be held securely for these unprecedented lead times. We are a small operation, not Amazon.

If you decide you cannot wait out the lead time after the fact, contact us for a cancelation/refund as soon as possible. We do not currently charge a cancelation fee.

| + | **Are your glock barrels generation specific? ()** |

| + | **Can/will you make Glock 43 or S&W Shield Barrels? ()** |

| + | **Are your drop-in barrels truly drop-in or will they require gunsmithing? ()** |

| + | **Can I get a Glock barrel in an extended length? ()** |

| + | **Are KKM's barrels made by other manufacturers? ()** |

Privacy - Terms

KKM 000106

**+**  Why does KKM use button rifling instead of the more common broached/cut rifling? ()

**+**  I recently purchased a 1911 gunsmith-fit barrel but I do not have a chambering reamer. Does KKM offer finish chambering? ()

**+**  Can I shoot lead or plated bullets out of your barrels? ()

**+**  Will my reloads work in your barrels? ()

**+**  Do you offer "porting" on your barrels? ()

**+**  What coating/colors do you offer? ()

**+**  What is your return/exchange policy? ()

**+**  What is your warranty policy? ()

**+**  Does KKM offer Military/LEO discounts? ()

**+**  Become a KKM Dealer ()

**+**  How are orders shipped? ()

# WANT MORE INFORMATION?

# Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

Privacy · Terms

KKM 000107

## ABOUT

About

FAQs (https://kkmprecision.com/faqs/)

Contact

Become A KKM Dealer

Military/Law Enforcement Information

## SHOP

Products

Login to Account

Cart

Refund / Warranty

## CONTACT

KKM Precision, Inc.

support@kkmprecision.com
(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Last Name

Privacy · Terms

KKM 000108

Last Name

Message

Submit

© 2021 KKM PRECISION. ALL RIGHTS RESERVED

**Privacy Policy**

Privacy · Terms

KKM 000109

FAQs | KKM

o

(/home)

# Frequently Asked Questions

+ **What are your current lead times? ()**

− **Are your glock barrels generation specific? ()**

No they are not, with the exception of the recently released Gen 5 pistols.

If you have a Gen 1-4 gun, any barrel not labeled as Gen-5 will work with your pistol.

At this time, only the G17, G19, G26, G34 are able to be produced in Gen 5 specs. We do not have a good ETA for the others as of now. (Feb 2022)

+ **Can/will you make Glock 43 or S&W Shield Barrels? ()**

+ **Are your drop-in barrels truly drop-in or will they require gunsmithing? ()**

+ **Can I get a Glock barrel in an extended length? ()**

+ **Are KKM's barrels made by other manufacturers? ()**

+ **Why does KKM use button rifling instead of the more common broached/cut rifling? ()**

+ **I recently purchased a 1911 gunsmith-fit barrel but I do not have a chambering reamer. Does KKM offer finish chambering? ()**

Privacy · Terms

KKM 000110

+ **Can I shoot lead or plated bullets out of your barrels? ()**

+ **Will my reloads work in your barrels? ()**

+ **Do you offer "porting" on your barrels? ()**

+ **What coating/colors do you offer? ()**

+ **What is your return/exchange policy? ()**

+ **What is your warranty policy? ()**

+ **Does KKM offer Military/LEO discounts? ()**

+ **Become a KKM Dealer ()**

+ **How are orders shipped? ()**

# WANT MORE INFORMATION?

## Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

Privacy · Terms

KKM 000111

## ABOUT

About

(https://kkmprecision.com/faqs/)
FAQs

Contact

Become A KKM Dealer

Military/Law Enforcement Information

## SHOP

Products

Login to Account

Cart

Refund / Warranty

## CONTACT

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Last Name

Privacy · Terms

KKM 000112

4/12/22, 1:56 PM                                              FAQs | KKM

Message

Submit

© 2021 KKM PRECISION. ALL RIGHTS RESERVED

**Privacy Policy**

Privacy · Terms

KKM 000113

FAQs | KKM

o

(/home)

# Frequently Asked Questions

**+**   **What are your current lead times? ()**

**+**   **Are your glock barrels generation specific? ()**

**—**   **Can/will you make Glock 43 or S&W Shield Barrels? ()**

Unfortunately, no. These barrels are simply too small for us to make. We don't have the correct tooling to do either of these. Currently there are no plans to make these in the future.

**+**   **Are your drop-in barrels truly drop-in or will they require gunsmithing? ()**

**+**   **Can I get a Glock barrel in an extended length? ()**

**+**   **Are KKM's barrels made by other manufacturers? ()**

**+**   **Why does KKM use button rifling instead of the more common broached/cut rifling? ()**

**+**   **I recently purchased a 1911 gunsmith-fit barrel but I do not have a chambering reamer. Does KKM offer finish chambering? ()**

**+**   **Can I shoot lead or plated bullets out of your barrels? ()**

Privacy - Terms

KKM 000114

+ Will my reloads work in your barrels? ()

+ Do you offer "porting" on your barrels? ()

+ What coating/colors do you offer? ()

+ What is your return/exchange policy? ()

+ What is your warranty policy? ()

+ Does KKM offer Military/LEO discounts? ()

+ Become a KKM Dealer ()

+ How are orders shipped? ()

# WANT MORE INFORMATION?

# Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

Privacy · Terms

KKM 000115

## ABOUT

About

FAQs (https://kkmprecision.com/faqs/)

Contact

Become A KKM Dealer

Military/Law Enforcement Information

## SHOP

Products

Login to Account

Cart

Refund / Warranty

## CONTACT

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Last Name

Privacy · Terms

KKM 000116

4/12/22, 1:56 PM                                          FAQs | KKM

Message

Submit

© 2021 KKM PRECISION. ALL RIGHTS RESERVED

**Privacy Policy**

Privacy · Terms

KKM 000117

o

(/home)

# Frequently Asked Questions

**+** What are your current lead times? ()

**+** Are your glock barrels generation specific? ()

**+** Can/will you make Glock 43 or S&W Shield Barrels? ()

**−** Are your drop-in barrels truly drop-in or will they require gunsmithing? ()

Our drop-in barrels are meant for factory slides and frames and should drop right in. We do add extra material to obtain a better lockup for increased accuracy so in some cases light fitting may be required. In the case of a barrel not fitting we offer barrel fitting; however, we are experiencing extended turn around times in 2022, for any fitting work, so if you do decide to purchase given this information, expect to wait at least a few weeks before it is able to head back to you.

**+** Can I get a Glock barrel in an extended length? ()

**+** Are KKM's barrels made by other manufacturers? ()

**+** Why does KKM use button rifling instead of the more common broached/cut rifling? ()

**+** I recently purchased a 1911 gunsmith-fit barrel but I do not have a chambering reamer. Does KKM offer finish chambering? ()

Privacy - Terms

KKM 000118

Can I shoot lead or plated bullets out of your barrels? ()

Will my reloads work in your barrels? ()

Do you offer "porting" on your barrels? ()

What coating/colors do you offer? ()

What is your return/exchange policy? ()

What is your warranty policy? ()

Does KKM offer Military/LEO discounts? ()

Become a KKM Dealer ()

How are orders shipped? ()

# WANT MORE INFORMATION?

## Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

Privacy · Terms

KKM 000119

## ABOUT

About

FAQs (https://kkmprecision.com/faqs/)

Contact

Become A KKM Dealer

Military/Law Enforcement Information

## SHOP

Products

Login to Account

Cart

Refund / Warranty

## CONTACT

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Last Name

Privacy · Terms

KKM 000120

FAQs | KKM

Message

Submit

© 2021 KKM PRECISION. ALL RIGHTS RESERVED

**Privacy Policy**

Privacy · Terms

KKM 000121

FAQs | KKM

o

(/home)

# Frequently Asked Questions

**+**   What are your current lead times? ()

**+**   Are your glock barrels generation specific? ()

**+**   Can/will you make Glock 43 or S&W Shield Barrels? ()

**+**   Are your drop-in barrels truly drop-in or will they require gunsmithing? ()

**−**   Can I get a Glock barrel in an extended length? ()

Sure, we keep an inventory of uncut barrels so we can customize the length to a customers needs. _There are maximum lengths for each though and **nothing is able to be longer than 7.2".**_  We don't charge extra for a custom length.

Commonly asked about:

G17, G17L, G19(G45), G20, G21, G22, G24, G31, G34, G35, G41 **max length is 6.2"**

G23 (G32), G29, G30, G30s **max length 4.7"**

G40 **max length is 7.2"**

**+**   Are KKM's barrels made by other manufacturers? ()

**+**   Why does KKM use button rifling instead of the more common broached/cut rifling? ()

Privacy - Terms

1/4

KKM 000122



**+   I recently purchased a 1911 gunsmith-fit barrel but I do not have a chambering reamer. Does KKM offer finish chambering? ()**

**+   Can I shoot lead or plated bullets out of your barrels? ()**

**+   Will my reloads work in your barrels? ()**

**+   Do you offer "porting" on your barrels? ()**

**+   What coating/colors do you offer? ()**

**+   What is your return/exchange policy? ()**

**+   What is your warranty policy? ()**

**+   Does KKM offer Military/LEO discounts? ()**

**+   Become a KKM Dealer ()**

**+   How are orders shipped? ()**

# WANT MORE INFORMATION?

## Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

Privacy · Terms

KKM 000123

## ABOUT

About

FAQs (https://kkmprecision.com/faqs/)

Contact

Become A KKM Dealer

Military/Law Enforcement Information

## SHOP

Products

Login to Account

Cart

Refund / Warranty

## CONTACT

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444

5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Privacy · Terms

KKM 000124

FAQs | KKM

Last Name

Message

Submit

© 2021 KKM PRECISION. ALL RIGHTS RESERVED

**Privacy Policy**

Privacy · Terms

KKM 000125

FAQs | KKM

o

(/home)

# Frequently Asked Questions

---

**+**   **What are your current lead times? ()**

---

**+**   **Are your glock barrels generation specific? ()**

---

**+**   **Can/will you make Glock 43 or S&W Shield Barrels? ()**

---

**+**   **Are your drop-in barrels truly drop-in or will they require gunsmithing? ()**

---

**+**   **Can I get a Glock barrel in an extended length? ()**

---

**−**   **Are KKM's barrels made by other manufacturers? ()**

No. We make all of our products ourselves. Our barrels are not rebranded barrels from other manufacturers. Every barrel we produce will be true match grade quality backed by over 25 years of pistol barrel craftsmanship knowledge and experience.

---

**+**   **Why does KKM use button rifling instead of the more common broached/cut rifling? ()**

---

**+**   **I recently purchased a 1911 gunsmith-fit barrel but I do not have a chambering reamer. Does KKM offer finish chambering? ()**

---

**+**   **Can I shoot lead or plated bullets out of your barrels? ()**

Privacy · Terms

KKM 000126

**+**   Will my reloads work in your barrels? ()

**+**   Do you offer "porting" on your barrels? ()

**+**   What coating/colors do you offer? ()

**+**   What is your return/exchange policy? ()

**+**   What is your warranty policy? ()

**+**   Does KKM offer Military/LEO discounts? ()

**+**   Become a KKM Dealer ()

**+**   How are orders shipped? ()

# WANT MORE INFORMATION?

# Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

**ABOUT**

About

**SHOP**

Products

Privacy · Terms

KKM 000127

FAQs (https://kkmprecision.com/faqs/)

Contact

Become A KKM Dealer

Military/Law Enforcement Information

Login to Account

Cart

Refund / Warranty

## CONTACT

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Last Name

Message

Submit

**© 2021 KKM PRECISION. ALL RIGHTS RESERVED**

**Privacy Policy**

Privacy - Terms

KKM 000128

o

(/home)

# Frequently Asked Questions

+ **What are your current lead times? ()**

+ **Are your glock barrels generation specific? ()**

+ **Can/will you make Glock 43 or S&W Shield Barrels? ()**

+ **Are your drop-in barrels truly drop-in or will they require gunsmithing? ()**

+ **Can I get a Glock barrel in an extended length? ()**

+ **Are KKM's barrels made by other manufacturers? ()**

− **Why does KKM use button rifling instead of the more common broached/cut rifling? ()**

Button rifling is a far more expensive and time consuming process then broached/cut rifling, but the gains in accuracy are far greater with button rifling. Our extensive knowledge of precision long range bench rest shooting has taught us that the bore has to be dimensionally perfect from the chamber to the muzzle to shoot at distances greater than 1000 yards. In a rifle barrel the bullet has time to stabilize in the bore but in a 5inch pistol barrel there is very little time for this to happen. That's why a pistol barrel bore must be dimensionally perfect both in size, roundness a

Privacy · Terms

KKM 000129

surface finish from one end to the other. Only button rifling can achieve this level of accuracy. Our National Match barrels routinely shoot sub one-inch groups at 50 yards.

**＋**   **I recently purchased a 1911 gunsmith-fit barrel but I do not have a chambering reamer. Does KKM offer finish chambering? ()**

**＋**   **Can I shoot lead or plated bullets out of your barrels? ()**

**＋**   **Will my reloads work in your barrels? ()**

**＋**   **Do you offer "porting" on your barrels? ()**

**＋**   **What coating/colors do you offer? ()**

**＋**   **What is your return/exchange policy? ()**

**＋**   **What is your warranty policy? ()**

**＋**   **Does KKM offer Military/LEO discounts? ()**

**＋**   **Become a KKM Dealer ()**

**＋**   **How are orders shipped? ()**

# WANT MORE INFORMATION?

# Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

Privacy · Terms

KKM 000130

FAQs | KKM

## ABOUT

About

FAQs (https://kkmprecision.com/faqs/)

Contact

Become A KKM Dealer

Military/Law Enforcement Information

## SHOP

Products

Login to Account

Cart

Refund / Warranty

## CONTACT

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Last Name

Message

Submit

Privacy · Terms

© 2021 KKM PRECISION. ALL RIGHTS RESERVED

KKM 000131

FAQs | KKM

**Privacy Policy**

Privacy · Terms

KKM 000132

| o |
|---|

(/home)

# Frequently Asked Questions

| ➕  **What are your current lead times? ()** |
|---|

| ➕  **Are your glock barrels generation specific? ()** |
|---|

| ➕  **Can/will you make Glock 43 or S&W Shield Barrels? ()** |
|---|

| ➕  **Are your drop-in barrels truly drop-in or will they require gunsmithing? ()** |
|---|

| ➕  **Can I get a Glock barrel in an extended length? ()** |
|---|

| ➕  **Are KKM's barrels made by other manufacturers? ()** |
|---|

| ➕  **Why does KKM use button rifling instead of the more common broached/cut rifling? ()** |
|---|

| ➖  **I recently purchased a 1911 gunsmith-fit barrel but I do not have a chambering reamer. Does KKM offer finish chambering? ()** |
|---|

Yes. Once the barrel is fit to your slide just send us the barrel and we will finish chamber it for you and send it back.  We can finish chamber all of our gunsmith-fit barrels. The only cost for this is the return shipping and patience. Please allow for extended lead times on all finishing work.

Privacy · Terms

KKM 000133

➕  **Can I shoot lead or plated bullets out of your barrels? ()**

➕  **Will my reloads work in your barrels? ()**

➕  **Do you offer "porting" on your barrels? ()**

➕  **What coating/colors do you offer? ()**

➕  **What is your return/exchange policy? ()**

➕  **What is your warranty policy? ()**

➕  **Does KKM offer Military/LEO discounts? ()**

➕  **Become a KKM Dealer ()**

➕  **How are orders shipped? ()**

# WANT MORE INFORMATION?

## Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

**ABOUT**                              **SHOP**

Privacy · Terms

KKM 000134

About

FAQs (https://kkmprecision.com/faqs/)

Contact

Become A KKM Dealer

Military/Law Enforcement Information

Products

Login to Account

Cart

Refund / Warranty

## CONTACT

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Last Name

Message

Submit

**© 2021 KKM PRECISION. ALL RIGHTS RESERVED**

**Privacy Policy**

Privacy · Terms

KKM 000135

o

(/home)

# Frequently Asked Questions

**+**   What are your current lead times? ()

**+**   Are your glock barrels generation specific? ()

**+**   Can/will you make Glock 43 or S&W Shield Barrels? ()

**+**   Are your drop-in barrels truly drop-in or will they require gunsmithing? ()

**+**   Can I get a Glock barrel in an extended length? ()

**+**   Are KKM's barrels made by other manufacturers? ()

**+**   Why does KKM use button rifling instead of the more common broached/cut rifling? ()

**+**   I recently purchased a 1911 gunsmith-fit barrel but I do not have a chambering reamer. Does KKM offer finish chambering? ()

**−**   Can I shoot lead or plated bullets out of your barrels? ()

Absolutely yes. All KKM barrels can shoot lead, jacketed or plated bullets.

Privacy - Terms

**+**   Will my reloads work in your barrels? ()

KKM 000136



Will my reloads work in your barrels? ()

✚  Do you offer "porting" on your barrels? ()

✚  What coating/colors do you offer? ()

✚  What is your return/exchange policy? ()

✚  What is your warranty policy? ()

✚  Does KKM offer Military/LEO discounts? ()

✚  Become a KKM Dealer ()

✚  How are orders shipped? ()

# WANT MORE INFORMATION?

# Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

## ABOUT

About

[FAQs](https://kkmprecision.com/faqs/)

Contact

## SHOP

Products

Login to Account

Cart

Privacy · Terms

KKM 000137

4/12/22, 1:58 PM                                             FAQs | KKM

Become A KKM Dealer

Military/Law Enforcement Information                Refund / Warranty


## CONTACT

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706


Your Email

First Name

Last Name

Message


Submit


**© 2021 KKM PRECISION. ALL RIGHTS RESERVED**

**Privacy Policy**

Privacy - Terms

KKM 000138

o

(/home)

# Frequently Asked Questions

+ What are your current lead times? ()

+ Are your glock barrels generation specific? ()

+ Can/will you make Glock 43 or S&W Shield Barrels? ()

+ Are your drop-in barrels truly drop-in or will they require gunsmithing? ()

+ Can I get a Glock barrel in an extended length? ()

+ Are KKM's barrels made by other manufacturers? ()

+ Why does KKM use button rifling instead of the more common broached/cut rifling? ()

+ I recently purchased a 1911 gunsmith-fit barrel but I do not have a chambering reamer. Does KKM offer finish chambering? ()

+ Can I shoot lead or plated bullets out of your barrels? ()

– Will my reloads work in your barrels? ()

Privacy - Terms

KKM 000139

We use SAAMI spec chambers in all of our barrels. Good quality reloads will work fine in our chambers. If a customer has a special reload that they want the chamber cut to, we have a large inventory of chambering reamers for custom jobs. Just send us a few rounds of your reloads and we will custom tailor the chamber to fit.  Please allow for extended lead times on all custom work. You would be responsible for the return shipping. Give us a call with any questions (775) 246-5444.

**+   Do you offer "porting" on your barrels? ()**

**+   What coating/colors do you offer? ()**

**+   What is your return/exchange policy? ()**

**+   What is your warranty policy? ()**

**+   Does KKM offer Military/LEO discounts? ()**

**+   Become a KKM Dealer ()**

**+   How are orders shipped? ()**

# WANT MORE INFORMATION?

# Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

Privacy  ·  Terms

KKM 000140

## ABOUT

About

FAQs (https://kkmprecision.com/faqs/)

Contact

Become A KKM Dealer

Military/Law Enforcement Information

## SHOP

Products

Login to Account

Cart

Refund / Warranty

## CONTACT

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Last Name

Message

Submit

© 2021 KKM PRECISION. ALL RIGHTS RESERVED

**Privacy Policy**

Privacy - Terms

KKM 000141

4/12/22, 1:59 PM                                        FAQs | KKM

o

(/home)

# Frequently Asked Questions

+ What are your current lead times? ()

+ Are your glock barrels generation specific? ()

+ Can/will you make Glock 43 or S&W Shield Barrels? ()

+ Are your drop-in barrels truly drop-in or will they require gunsmithing? ()

+ Can I get a Glock barrel in an extended length? ()

+ Are KKM's barrels made by other manufacturers? ()

+ Why does KKM use button rifling instead of the more common broached/cut rifling? ()

+ I recently purchased a 1911 gunsmith-fit barrel but I do not have a chambering reamer. Does KKM offer finish chambering? ()

+ Can I shoot lead or plated bullets out of your barrels? ()

+ Will my reloads work in your barrels? ()

Privacy - Terms

KKM 000142

— Do you offer "porting" on your barrels? ()

At this time we do not offer barrel porting only compensated barrels.

PLEASE NOTE: Our Manufacturer Warranty becomes null/void if you have your barrel ported.

➕ What coating/colors do you offer? ()

➕ What is your return/exchange policy? ()

➕ What is your warranty policy? ()

➕ Does KKM offer Military/LEO discounts? ()

➕ Become a KKM Dealer ()

➕ How are orders shipped? ()

# WANT MORE INFORMATION?

## Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

**ABOUT**

**SHOP**

Privacy · Terms

About

Products

KKM 000143

4/12/22, 1:59 PM                                                    FAQs | KKM

FAQs (https://kkmprecision.com/faqs/)                              Login to Account

Contact                                                            Cart

Become A KKM Dealer                                                Refund / Warranty

Military/Law Enforcement Information

## CONTACT

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Last Name

Message

Submit

**© 2021 KKM PRECISION. ALL RIGHTS RESERVED**

**Privacy Policy**

Privacy - Terms

KKM 000144

o

(/home)

# Frequently Asked Questions

| + What are your current lead times? () |
|---|

| + Are your glock barrels generation specific? () |
|---|

| + Can/will you make Glock 43 or S&W Shield Barrels? () |
|---|

| + Are your drop-in barrels truly drop-in or will they require gunsmithing? () |
|---|

| + Can I get a Glock barrel in an extended length? () |
|---|

| + Are KKM's barrels made by other manufacturers? () |
|---|

| + Why does KKM use button rifling instead of the more common broached/cut rifling? () |
|---|

| + I recently purchased a 1911 gunsmith-fit barrel but I do not have a chambering reamer. Does KKM offer finish chambering? () |
|---|

| + Can I shoot lead or plated bullets out of your barrels? () |
|---|

| + Will my reloads work in your barrels? () |
|---|

Privacy - Terms

KKM 000145



**＋** Do you offer "porting" on your barrels? ()

**—** What coating/colors do you offer? ()

Our standard finish is a Matte Stainless finish on the chamber and a polished stainless finish on the barrel.

We do not offer TiN coating at this time. Please contact us for manufacturers warranty info before getting your barrel TiN coated.

**＋** What is your return/exchange policy? ()

**＋** What is your warranty policy? ()

**＋** Does KKM offer Military/LEO discounts? ()

**＋** Become a KKM Dealer ()

**＋** How are orders shipped? ()

## WANT MORE INFORMATION?

## Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

**ABOUT**                                    **SHOP**

Privacy · Terms

KKM 000146

4/12/22, 1:59 PM                                         FAQs | KKM

About

FAQs (https://kkmprecision.com/faqs/)

Contact

Become A KKM Dealer

Military/Law Enforcement Information

Products

Login to Account

Cart

Refund / Warranty

**CONTACT**

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Last Name

Message

Submit

© 2021 KKM PRECISION. ALL RIGHTS RESERVED

**Privacy Policy**

Privacy - Terms

KKM 000147

o

(/home)

# Frequently Asked Questions

+ **What are your current lead times? ()**

+ **Are your glock barrels generation specific? ()**

+ **Can/will you make Glock 43 or S&W Shield Barrels? ()**

+ **Are your drop-in barrels truly drop-in or will they require gunsmithing? ()**

+ **Can I get a Glock barrel in an extended length? ()**

+ **Are KKM's barrels made by other manufacturers? ()**

+ **Why does KKM use button rifling instead of the more common broached/cut rifling? ()**

+ **I recently purchased a 1911 gunsmith-fit barrel but I do not have a chambering reamer. Does KKM offer finish chambering? ()**

+ **Can I shoot lead or plated bullets out of your barrels? ()**

+ **Will my reloads work in your barrels? ()**

Privacy - Terms

KKM 000148



**＋** Do you offer "porting" on your barrels? ()

**＋** What coating/colors do you offer? ()

**—** What is your return/exchange policy? ()

Any customer can return or exchange any new or unfired KKM barrel. Be sure to send a brief explanation of why it is being sent and the invoice copy or order number. We will refund the barrel cost once inspected.

We are unable to tell you how long it will take to receive the funds back. Refund times are dependent on your individual card company. We can say that we inspect/refund any packages within a few days of receiving them.

For more information please click here (https://kkmprecision.com/refund-warranty/).

**＋** What is your warranty policy? ()

**＋** Does KKM offer Military/LEO discounts? ()

**＋** Become a KKM Dealer ()

**＋** How are orders shipped? ()

# WANT MORE INFORMATION?

## Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

Privacy - Terms

KKM 000149

FAQs | KKM

## ABOUT

About

FAQs (https://kkmprecision.com/faqs/)

Contact

Become A KKM Dealer

Military/Law Enforcement Information

## SHOP

Products

Login to Account

Cart

Refund / Warranty

## CONTACT

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444

5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Last Name

Message

Submit

Privacy · Terms

KKM 000150

4/12/22, 1:59 PM                                    FAQs | KKM

**© 2021 KKM PRECISION. ALL RIGHTS RESERVED**

**Privacy Policy**

Privacy - Terms

KKM 000151

FAQs | KKM

o

(/home)

# Frequently Asked Questions

+ What are your current lead times? ()

+ Are your glock barrels generation specific? ()

+ Can/will you make Glock 43 or S&W Shield Barrels? ()

+ Are your drop-in barrels truly drop-in or will they require gunsmithing? ()

+ Can I get a Glock barrel in an extended length? ()

+ Are KKM's barrels made by other manufacturers? ()

+ Why does KKM use button rifling instead of the more common broached/cut rifling? ()

+ I recently purchased a 1911 gunsmith-fit barrel but I do not have a chambering reamer. Does KKM offer finish chambering? ()

+ Can I shoot lead or plated bullets out of your barrels? ()

+ Will my reloads work in your barrels? ()

Privacy - Terms

KKM 000152



**+**   Do you offer "porting" on your barrels? ()

**+**   What coating/colors do you offer? ()

**+**   What is your return/exchange policy? ()

**−**   What is your warranty policy? ()

All products produced by KKM Precision have a full manufacturing warranty against defects in materials and craftsmanship. If they have been coated or altered after leaving our facility, the warranty may be null/void.

For more information please click here (https://kkmprecision.com/refund-warranty/).

**+**   Does KKM offer Military/LEO discounts? ()

**+**   Become a KKM Dealer ()

**+**   How are orders shipped? ()

# WANT MORE INFORMATION?

## Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

**ABOUT**                              **SHOP**

Privacy · Terms

KKM 000153

FAQs | KKM

About

FAQs (https://kkmprecision.com/faqs/)

Contact

Become A KKM Dealer

Military/Law Enforcement Information

Products

Login to Account

Cart

Refund / Warranty

## CONTACT

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Last Name

Message

Submit

© 2021 KKM PRECISION. ALL RIGHTS RESERVED

**Privacy Policy**

Privacy - Terms

KKM 000154

o

(/home)

# Frequently Asked Questions

➕  What are your current lead times? ()

➕  Are your glock barrels generation specific? ()

➕  Can/will you make Glock 43 or S&W Shield Barrels? ()

➕  Are your drop-in barrels truly drop-in or will they require gunsmithing? ()

➕  Can I get a Glock barrel in an extended length? ()

➕  Are KKM's barrels made by other manufacturers? ()

➕  Why does KKM use button rifling instead of the more common broached/cut rifling? ()

➕  I recently purchased a 1911 gunsmith-fit barrel but I do not have a chambering reamer. Does KKM offer finish chambering? ()

➕  Can I shoot lead or plated bullets out of your barrels? ()

➕  Will my reloads work in your barrels? ()

➕  Do you offer "porting" on your barrels? ()

Privacy - Terms

KKM 000155



**+ Do you offer "porting" on your barrels? ()**

**+ What coating/colors do you offer? ()**

**+ What is your return/exchange policy? ()**

**+ What is your warranty policy? ()**

**− Does KKM offer Military/LEO discounts? ()**

KKM Precision does offer Military and LEO discounts. Please call or email the required info and order request. Do not order on the website.

**For LEO:** Please email a picture or copy of your credentials to support@kkmprecision.com with the following info: -Your name -Phone Number -Email Address -Shipping Address -Billing Address (if different from shipping address)

**For MIL:** Please email the following information to support@kkmprecision.com: -Your Name -Your Military email address -Phone Number -Your Personal Email Address -Shipping Address -Billing Address (if different from shipping address)  After emailing that info you will get a confirmation email.  You are then free to call in your order any time after that. Please wait to call until you receive the confirmation email. We are extremely busy still and it could take a few days to email you back. You NEED to call in orders to get the MIL/LEO pricing. Our website will not populate with the correct pricing. Please have a credit card ready when calling in your order.

**+ Become a KKM Dealer ()**

**+ How are orders shipped? ()**

## WANT MORE INFORMATION?

# Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Fri 9am - 4pm

Privacy · Terms

KKM 000156

## ABOUT

About
FAQs https://kkmprecision.com/faqs/)
Contact
Become A KKM Dealer
Military/Law Enforcement Information

## SHOP

Products
Login to Account
Cart
Refund / Warranty

## CONTACT

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Last Name

Message

Submit

© 2021 KKM PRECISION. ALL RIGHTS RESERVED

Privacy · Terms

KKM 000157

FAQs | KKM

**Privacy Policy**

Privacy - Terms

KKM 000158

4/12/22, 2:00 PM                                                              FAQs | KKM

○

(/home)

# Frequently Asked Questions

+ **What are your current lead times?** ()

+ **Are your glock barrels generation specific?** ()

+ **Can/will you make Glock 43 or S&W Shield Barrels?** ()

+ **Are your drop-in barrels truly drop-in or will they require gunsmithing?** ()

+ **Can I get a Glock barrel in an extended length?** ()

+ **Are KKM's barrels made by other manufacturers?** ()

+ **Why does KKM use button rifling instead of the more common broached/cut rifling?** ()

+ **I recently purchased a 1911 gunsmith-fit barrel but I do not have a chambering reamer. Does KKM offer finish chambering?** ()

+ **Can I shoot lead or plated bullets out of your barrels?** ()

+ **Will my reloads work in your barrels?** ()

Privacy - Terms

KKM 000159



\+ Do you offer "porting" on your barrels? ()

\+ What coating/colors do you offer? ()

\+ What is your return/exchange policy? ()

\+ What is your warranty policy? ()

\+ Does KKM offer Military/LEO discounts? ()

− Become a KKM Dealer ()

Follow the link for information on becoming a KKM dealer.

https://kkmprecision.com/become-a-kkm-dealer/
(https://kkmprecision.com/become-a-kkm-dealer/)

\+ How are orders shipped? ()

## WANT MORE INFORMATION?

## Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

**ABOUT**

**SHOP**

About

Products

KKM 000160

FAQs (https://kkmprecision.com/faqs/)

Contact (https://kkmprecision.com/become-a-kkm-dealer/)
Become A KKM Dealer

Military/Law Enforcement Information

Login to Account

Cart

Refund / Warranty

## CONTACT

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Last Name

Message

Submit

**© 2021 KKM PRECISION. ALL RIGHTS RESERVED**

**Privacy Policy**

Privacy - Terms

KKM 000161

FAQs | KKM

| o |

(/home)

# Frequently Asked Questions

| ➕ | What are your current lead times? () |
|---|---|

| ➕ | Are your glock barrels generation specific? () |
|---|---|

| ➕ | Can/will you make Glock 43 or S&W Shield Barrels? () |
|---|---|

| ➕ | Are your drop-in barrels truly drop-in or will they require gunsmithing? () |
|---|---|

| ➕ | Can I get a Glock barrel in an extended length? () |
|---|---|

| ➕ | Are KKM's barrels made by other manufacturers? () |
|---|---|

| ➕ | Why does KKM use button rifling instead of the more common broached/cut rifling? () |
|---|---|

| ➕ | I recently purchased a 1911 gunsmith-fit barrel but I do not have a chambering reamer. Does KKM offer finish chambering? () |
|---|---|

| ➕ | Can I shoot lead or plated bullets out of your barrels? () |
|---|---|

| ➕ | Will my reloads work in your barrels? () |
|---|---|

Privacy - Terms

KKM 000162

+ Do you offer "porting" on your barrels? ()

+ What coating/colors do you offer? ()

+ What is your return/exchange policy? ()

+ What is your warranty policy? ()

+ Does KKM offer Military/LEO discounts? ()

+ Become a KKM Dealer ()

− How are orders shipped? ()

All orders are shipped via USPS Priority 3day Mail.

# WANT MORE INFORMATION?

# Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

## ABOUT

About

FAQs https://kkmprecision.com/faqs/)

Contact

## SHOP

Products

Login to Account

Cart

Privacy · Terms

KKM 000163

4/12/22, 2:00 PM

FAQs | KKM

Become A KKM Dealer

Military/Law Enforcement Information

Refund / Warranty

## CONTACT

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Last Name

Message

Submit

**© 2021 KKM PRECISION. ALL RIGHTS RESERVED**

**Privacy Policy**

Privacy - Terms

KKM 000164

4/12/22, 2:00 PM                                        Contact | KKM



(/home)

# Get in Touch

## KKM Precision, Inc.

✉ support@kkmprecision.com(mailto:support@kkmprecision.com)

📞 (775) 246-5444

📍 5201 Convair Dr. Carson City, NV 89706

| First Name |
|---|

| Last Name |
|---|

| Email |
|---|

| City |
|---|

| State |
|---|

| Message |
|---|

Send

Privacy · Terms

KKM 000165

# WANT MORE INFORMATION?

# Leave us a voicemail at 775.246.5444 | Send us an email at support@kkmprecision.com Monday-Friday 9am - 4pm

## ABOUT

About

FAQs

Contact (https://kkmprecision.com/contact/)

Become A KKM Dealer

Military/Law Enforcement Information

## SHOP

Products

Login to Account

Cart

Refund / Warranty

## CONTACT

KKM Precision, Inc.
support@kkmprecision.com
(775) 246-5444
5201 Convair Dr.
Carson City, NV
89706

Your Email

First Name

Last Name

Message

Privacy · Terms

KKM 000166

4/12/22, 2:00 PM                                    Contact | KKM

Submit

© 2021 KKM PRECISION. ALL RIGHTS RESERVED

**Privacy Policy**

Privacy · Terms

KKM 000167



https://www.facebook.com/ShootersConnection

(1) Shooters Connection Inc | Fa...

Search Facebook

Shooters Connection Inc

Write a comment...

Author
Shooters Connection Inc
KKM has authorized me to post all legal letters pertaining to this, stay tuned.

Like  Reply  2y

Ace Boles
Shooters Connection Inc if you're attempting transparency with these posts, you probably shouldn't be deleting anyone's comments.

Like  Reply  2y

Author
Shooters Connection Inc
Ace Boles I'm not , they may have done it themselves after seeing they were wrong.

Like  Reply  2y

Author
Shooters Connection Inc
Ace Boles Got a screen shot of what was deleted? I will repost it.

Like  Reply  2y

Author
Shooters Connection Inc
I have several saved myself. What post are you rwefering to?

Like  Reply  2y

Ace Boles
Shooters Connection Inc A couple of my posts have been

(1) Shooters Connection Inc | Facebook · Profile 1 - Microsoft Edge

Shop on Website

Message

Like

Videos

Live Q and A with Shooters Connection!
59
6.1K views · a year ago

See all

Page transparency



Shooters Connection Inc

Live Q and A with Shooters Connection!

6.1K views · a year ago

Shop on Website | Message | Like

Shooters Connection Inc
I have several saved myself. What post are you rwfering to?
Like  Reply  2y

Ace Boles
Shooters Connection Inc A couple of my posts have been deleted, I didn't take screen shots.
Like  Reply  2y

Shooters Connection Inc
Ace Boles there's a bunch on here I want to delete but I haven't. The irrelevant nasty stuff should be. So can't give you a reason why it's not there.
Like  Reply  2y

Dame Michael
This an old disinformation trick used when trolling to make the otherside look bad in the eyes of the masses. If anything is missing be deleted it himself. I know this because I've done this.
Like  Reply  2y

Ace Boles
Dame Michael Good thing you're here to hold Chucks hand through all of this
Like  Reply  2y  Edited

Dame Michael
I'm like the magic guy, explaining dated stuff to drive innovation
Like  Reply  2y

Reply to Shooters Connection Inc...

Page transparency                                    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created · January 4, 2010

Page manager location: United States

Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company                     Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business                                       Like

Grayguns
Bruce Belvin likes this
Sports & recreation                                  Like





Shooters Connection Inc

Notice the testing done on the concave surface and over an unsupported chamber/barrel. Luckily these barrels were not damaged by this test. They did go back to KKM for testing and the testing was confirmed when retested correctly.

Like  Reply  2y

Shooters Connection Inc

Tim Boettcher
Shooters Connection Inc his response is fishy as hell, especially being a builder myself...

Shooters Connection Inc his response is fishy as hell, especially being a builder myself.

Shooters Connection Inc

Like  Reply  2y

Like  Reply  2y

Shooters Connection Inc

Page created - January 4, 2010

Page manager location: United States

## Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Like

Grayguns
Bruce Belvin likes this
Sports & recreation

Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022



Shooters Connection Inc

https://www.facebook.com/ShootersConnection

(2) Shooters Connection Inc | Fa...

Search Facebook

Shop on Website    Message    Like

**Tim Boettcher**
**Shooters Connection Inc** his response is fishy as hell, especially being a builder myself..

Like  Reply  2y

Author
**Shooters Connection Inc**
34RC on one and 37RC on the other as noted by the gunsmith concerned about his barrels after the post was made. Notice the Certification claim.

Like  Reply  2y

Author
**Shooters Connection Inc**

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Like

Grayguns
Bruce Belvin likes this
Sports & recreation

Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022



Shooters Connection Inc
No claim to certification. And says at the bottom they are NOT responsible due to interpretations.

Like · Reply · 2y · Edited

Ace Boles
Shooters Connection Inc ehh, you could argue that the facility that KKM hired is biased since it's local to them.

Like · Reply · 2y

Shooters Connection Inc
Ace Boles Same with akai except that the facility KKM uses is certified and issue results under penalty of law. Bottom line is if the test is done properly you get similar results. But even looking at shays lab the results are not bad. In fact according to many even if the results were correct the barrels would be fine. But improper testing can cause swings of 10 points. Some of those numbers are numbers that are not even possible with the steel used. And this is the company who after talking to Luke admitted they did not test them properly and said they were going to ask for them back to test again. Wonder if that ever happened.

Like · Reply · 2y

Reply to Shooters Connection Inc...

Shooters Connection Inc
Here is the demand letter from Akai to SC
https://shootersconnectionstoreassets.s3.amazonaws.com/...

Shooters Connection Inc

Page created - January 4, 2010

Page manager location: United States

Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Like

Grayguns
Bruce Belvin likes this
Sports & recreation

Like

Add your business to Facebook
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022



Shooters Connection Inc

https://www.facebook.com/ShootersConnection

Search Facebook

Shop on Website    Message    Like

Shooters Connection Inc
Joshua Baker you saw that to?

Dame Michael
Shooters Connection Inc do you not have to go by your real name in legal documents ?

Like   Reply   2y

Shooters Connection Inc
Dame Michael I would think so , whose not using their real name?

Like   Reply   2y

Dame Michael
Shooters Connection Inc shay Horowitz

Like   Reply   2y

Ace Boles
Michael Dewayne DaMe Esq, just single handedly dismantled this entire case 😎

Like   Reply   2y

Jeremiah Deneski-Competitive Shooter
Oops

Like   Reply   2y

Bobby Keigans
How can that letter even be a legal document when the pursuant party doesn't even use their real name?

Like   Reply   2y

Page created - January 4, 2010

Page manager location: United States

### Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Like

Grayguns
Bruce Belvin likes this
Sports & recreation

Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022



Shooters Connection Inc

Here is the response from me. Chuck

https://shooterscconnectionstoreassets.s3.amazonaws.com/... 5

Like   Reply   2y

∧ Hide 14 Replies

Ace Boles
Shooters Connection Inc Umm, it would be well advised for you to seek counsel......

Like   Reply   2y

Shooters Connection Inc
Ace Boles I assume you see the slander case I have against those perpetrating slander and defamation against me is pretty strong.

Like   Reply   2y

Shooters Connection Inc
Ace Boles being your one of shays drummer boys you might take your own advice

Like   Reply   2y

Ace Boles
Shooters Connection Inc Riiiiighhht. I've been a customer of yours for years, never bought anything from Akia. Did you go to law school?

Like   Reply   2y

Shooters Connection Inc

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022





Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

Shop on Website

Chuck Anderson
Ace Boles I can only assume you said some really terrible shit in all those posts you accused SC of deleting.

Like   Reply   2y

Ace Boles
Chuck Anderson that would be an incorrect ASSumption.

Like   Reply   2y

Shooters Connection Inc
Ace Boles so your saying your just an objective observer?

Like   Reply   2y

Ace Boles
Shooters Connection Inc Have I shown bias in any comment?

Like   Reply   2y

Shooters Connection Inc
Ace Boles I did take it as you were taking the other side, are you an objective observer?

Like   Reply   2y

Reply to Shooters Connection Inc...

Shooters Connection Inc
Akai demand letter to KKM
https://shootersconnectionstoreassets.s3.amazonaws.com/...

Like   Reply   2y



(2) Shooters Connection Inc | Facebook - Profile 1 - Microsoft Edge

https://www.facebook.com/ShootersConnection

Search Facebook

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Shop on Website

Like

Message

Like   Reply   2y   Edited

✎ Author

**Shooters Connection Inc**
Ace Boles I know how it works. I didn't delete anything. Even though I want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public opinion in regards to this thread. Deleting you're own posts then crying that I deleted them is a troll tactic. Now to show you are not objective and not unbiased I present some posts from another Facebook page. Funny the three guys trying to discredit what I say are in this together. Bottom line is I am just trying to protect my company from slanderous posts and accusations perpetrated by some of the akai team. I am sure some follow without really knowing the truth. All I am doing is presenting the facts, while the other side claims to withhold information cause they don't want to show their cards. Really? If you have something show it. We have proven or disproven about every point in the demand letter. It shows you gave a newbie gunsmith trying to wow those who don't know better with some far out new ways of building guns. And then when they fail everything else is to blame , faulty powder? Now soft barrels that only he has experienced ? Without providing any back to the manufacturer who has agreed to replace any that are bad. And the way he try's to put pressure on those he demands a payment from he uses those loyal followers to slander through social
Media while claiming the high ground that he never named anybody. He didn't have to , he directed others to. I have shown some of that , there's so much more to digress in the posting here. I have much more of these type of posts , facts, emails, pictures, reports.

**Shooters Connection Inc**

🛒 Shop on Website    👍 Like    ✉ Message    ⋯

want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public opinion in regards to this thread. Deleting your own posts then crying that I deleted them is a troll tactic. Now to show you are not objective and not unbiased I present some posts from another Facebook page. Funny the three guys trying to discredit what I say are in this together. Bottom line is I am just trying to protect my company from slanderous posts and accusations perpetrated by some of the akai team. I am sure some follow without really knowing the truth. Alll I am doing is presenting the facts, while the other side claims to withhold information cause they don't want to show their cards. Really? If you have something show it. We have proven or disproven about every point in the demand letter. It shows you gave a newbie gunsmith trying to wow those who don't know better with some far out new ways of building guns. And then when they fail everything else is to blame , faulty powder? Now soft barrels that only he has experienced ? Without providing any back to the manufacturer who has agreed to replace any that are bad. And the way he try's to put pressure on those he demands a payment from he uses those loyal followers to slander through social

Media while claiming the high ground that he never named anybody. He didn't have to , he directed others to, I have shown some of that , even got one to admit to it unknowingly here. I have much more recorded , screen shots , message threads , emails, pictures, reports. Nice to have somebody in you're camp. You guys want to keep it up , as I said bring it on. I'm not scared or worried as I know the truth and I'm just fighting the scam. By the way have you looked into shays history? Oh yea I have that to.

Like  Reply  2y

---

## Page transparency    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

📗 Page created - January 4, 2010

⊙ Page manager location: United States

## Related Pages

**Gorilla Ammunition**    👍 Like
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**    👍 Like
Don Hardy likes this
Local business

**Grayguns**    👍 Like
Bruce Belvin likes this
Sports & recreation

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page



16



Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Like

Grayguns
Bruce Belvin likes this
Sports & recreation

Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Shop on Website

Message

Like

Scott Thompson
Remember when Takata denied their airbags were defective?

Like  Reply · 2y

Max Klatt

Scott Thompson
Joshua Baker Remember when you asked a certain builder for advice on what barrel to use?

Like  Reply · 2y

Scott Thompson
Gary Ramey Maybe, maybe not.

Like  Reply · 2y

Reply to Scott Thompson...



Shooters Connection Inc

**Page transparency**                           See all

Facebook is showing information to help you better
understand the purpose of a Page. See actions taken by
the people who manage and post content.

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Montera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with
customers or supporters.

Create Page

Shop on Website    Like    Message

Scott Thompson
I am astounded that in 2020 business owners don't understand how
business litigation works. It is amazing what posts like this can do
regarding damages if and when the claims are substantiated.

Like   Reply   2y

Reply to Scott Thompson...

Like   Reply   2y   ∧ Hide 19 Replies

Shooters Connection Inc
Ya think. Like all the defamatory and slanderous posts made
about KKM and me, and this is Chuck. Nothing like the truth
being told. Dont have to worry about litigation when its the
truth. You want me to post the letters and the responses for all to
see?

Like   Reply   2y

Scott Thompson
Chuck, I really don't have dog in the fight. I know one side of the
evidence and it's pretty damn compelling when multiple
independent ISO labs confirm what is in the complaint.
Apparently it will be up for a judge to decide who is correct. It's
sad that it had to come to that for everyone's sake.

Like   Reply   2y

Scott Thompson
Shooters Connection Inc I'm pretty sure your lawyer would
advise against you doing that for your own sake.

Like   Reply   2y



Scott Thompson
**Shooters Connection Inc** I'm pretty sure your lawyer would advise against you doing that for your own sake.

Like   Reply   2y

**Shooters Connection Inc**
Scott Thompson Your his biggest drum beater, no dog? Come on. If I get attacked I will fight with truth and transparency. Just been waiting on KKM to make the public statement since they are the ones who have the most on the line since it is their product and livelihood. So I posted the letter and relayed what I personally was involved in. Nothing but truth.

🖊 Author

Like   Reply   2y

Tim Mekosh
Scott Thompson who you gonna suck off when shay goes under?

Like   Reply   2y   Edited

Scott Thompson
I stated I have seen the evidence. I guess we will see. I have also seen your proxies slinging mud and pretty much saying no one on earth know how to test rockwell except the manufacturer. Chicken bones on eye of newt.

Like   Reply   2y

Scott Thompson
Tim Mekosh I don't even shoot USPSA anymore, like you. You still getting kicked out of the army?

Like   Reply   2y

Scott Thompson
Guess those CDV charges really hurt your ability to own guns.

Like   Reply   2y

---

## About

📍 804 S Broadway St, Ste 9
Georgetown, KY 40324

Gun Parts, Holsters, Accessories, Competition Shooting Supplies, Magazines and more! Shooters Connection sells the most desirable equipment for the s... **See more**

👥 12,540 people like this including 94 of your friends

13,247 people follow this

49 people checked in here

🌐 http://shootersconnectionstore.com/

📞 (502) 570-4112

Send message

---

Shooters Connection Inc

See all

19

https://www.facebook.com/ShootersConnection

Search Facebook

**Shooters Connection Inc**

📞 (502) 570-4112

Send message

Price range · $$

✉ customerservice@shootersconnection.com

Closed now
8:30 AM - 4:30 PM ⌄

Sports & Recreation · Outdoor & Sporting Goods Company

**Suggest Edits**

Is this the right phone number for this place?

(502) 570-4112

| Yes | Unsure | No |

**Photos**                                    See all

🛒 Shop on Website     👍 Like     💬 Message     🔍     ⋯

**Scott Thompson**
Guess those CDV charges really hurt your ability to own guns.

Like · Reply · 2y

**Shooters Connection Inc**
✏ Author
**Scott Thompson** You mean the same report I saw and sent to KKM who called that lab who admitted they tested them wrong and said they would try to get them back to retest correctly? You mean the engineer who also sent barrels to KKM for testing and then when following proper procedure replicated KKM results? We hear about evidence but there is none that has been presented. KKM was not allowed to remedy any of it or see any of it. Just demands made. We can bring the whole story out here.

Like · Reply · 2y

**Tim Mekosh**
Scott Thompson not sure where those lies came from, just like your other lies. It's ok though Scott I don't blame you for being a lying ass, like the rest of your akai buddies

Like · Reply · 2y · Edited

**Scott Thompson**
Pretty sure a judge will end up deciding, not facebook. By all means post what you have.

Like · Reply · 2y

**Scott Thompson**
Tim Mekosh Sure Timmy.

Like · Reply · 2y

**Scott Thompson**
I will give ya this Tim, I have never in my life know someone so

https://www.facebook.com/ShootersConnection

Shooters Connection Inc

**Scott Thompson**
I will give ya this Tim, I have never in my life know someone so universally disliked as you. Nation wide. It's pretty amazing for a person to not have a single redeeming quality.

Like · Reply · 2y

**Tim Mekosh**
Scott Thompson lmao like I give care about who likes me that's cute.

Like · Reply · 2y · Edited

**Scott Thompson**
Tim Mekosh Well that is a good thing in your case.

Like · Reply · 2y

**Ace Boles**
Tim Mekosh I see you remembered to click the "post as Tim" button instead of replying as Double Alfa this tIMe

Like · Reply · 2y

**Ace Boles**
youre looking rather sober this evening

Like · Reply · 2y

**Tim Mekosh**
Ace Boles and you're still looking like a retard so it's all good

Like · Reply · 2y

**Chuck Anderson**
**Scott Thompson** To repeat what that other Chuck said. You definitely have a dog in this fight. If it comes to litigation, you are probably getting named. It's been mentioned several times that

Videos

Live Q and A with Shooters Connection!

6.1K views · a year ago

59

Page transparency

Shooters Connection Inc

**Message**

**Like**

**Shop on Website**

**Tim Mekosh**
Ace Boles and you're still looking like a retard so it's all good
Like · Reply · 2y

**Chuck Anderson**
**Scott Thompson** To repeat what that other Chuck said. You definitely have a dog in this fight. If it comes to litigation, you are probably getting named. It's been mentioned several times that lawyers would tell people to shut up. That's really good a... **See more**
Like · Reply · 2y

**Shooters Connection Inc**

**Chet Martinez**
May as well follow this train wreck...
Like · Reply · 2y

**Dane Michael**

See all

**Live Q and A with Shooters Connection!**
59
6.1K views · a year ago

⚙ **Page transparency**
Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Like**

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Like**

**Grayguns**
Bruce Belvin likes this
Sports & recreation

**Like**

https://www.facebook.com/ShootersConnection

(2) Shooters Connection Inc | Fa...

Search Facebook

Shooters Connection Inc

Shop on Website

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

WELCOME TO THE PARTY, PAL.

Reply to Chet Martinez...

Like   Reply   2y

Dame Michael
Wonder why barsto hasn't had a problem with their 39 rockwell barrels over the last few decades?

Like   Reply   2y



wonder why barsto hasn't had a problem with their 39 rockwell barrels over the last few decades?

Like  Reply  2y

**Bobbie Andy Harley**
A spit second before the torque wrench was applied to the faucet handle, it had been calibrated by top members of the state and federal Departments of Weights and Measures, to be dead-on balls accurate. Here's the certificate of validation! It's an industry term.

Like  Reply  2y

**Mike Burgess**
Soft Barrels dont blow up!
Sorry to call BS on it but it's true. Soft barrels have lugs that deform, how do I know, i have a 9 major gun with a $69 RIA barrel in it, I had to tig weld up the hood and feet to fit it correctly, after shooting a few hundred rounds I had to stone the raised eges on the lugs where the metal had deformed slightly under firing loads. Now for the funny part 20K rounds later it still runs and shoots fine, hasn't blown up hasn't done anything bad. Weird that you can build a gun with a shit barrel of known poor metallurgy and have it not blow up.

Like  Reply  2y

**Mike Burgess**
Joshua Baker I know, weird isn't it

Like  Reply  2y

Reply to Mike Burgess...

**Dame Michael**
So with everyone being so mean to shay is he going to punish uspsa shooters by not sponsoring nationals or area matches in 2020?

Like  Reply  2y

---

**Shooters Connection Inc**

**Page transparency**                                    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Montera likes this
Outdoor & Sporting Goods Company                          Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business                                            Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation                                       Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

---

**Shop on Website**    **Like**    **Message**



So with everyone being so mean to shay is he going to punish uspsa shooters by not sponsoring nationals or area matches in 2020?

Like · Reply · 2y

**Dame Michael**
Has anyone shared these letters to chucky Warner on the 1911pro page? I would but that cunt blocked me for talking about this earlier

Like · Reply · 2y

**Chuck Warner**
Yes, they have. And I'll continue to only care about the facts. I have nothing bad to say about any of the parties involved, and have made zero comments to that effect. I don't like the whole situation for anyone, so, I won't let the shit show continue over there.

If that makes me a cunt, so be it. I can live with that.

Like · Reply · 2y

**Dame Michael**
**Chuck Warner** except your name is being dropped to support his claims.

Like · Reply · 2y · Edited

**Chuck Warner**
So?
There are facts involved with this case I am involved with.
Shay is my friend and that's not gonna change.
That doesn't mean I have to say, or allow anyone else to say, anything disparaging about any of it. They are all grown men, and don't answer to me.
I, however, do answer to me.
And your not owed an explanation by me, in any shape, or form.

---

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Grayguns**
Bruce Belvin likes this
Sports & recreation

Like

Like

Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

Shop on Website

Like

Message

Search Facebook

https://www.facebook.com/ShootersConnection

(4) Shooters Connection Inc | Fa...

25

Shooters Connection Inc

Shop on Website     Message     Like

## Page transparency

See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

---

claims 🤦

Like  Reply  2y  Edited

**Chuck Warner**
So?
There are facts involved with this case I am involved with.
Shay is my friend and that's not gonna change.
That doesn't mean I have to say, or allow anyone else to say, anything disparaging about any of it. They are all grown men, and don't answer to me.
I, however, do answer to me.
And your not owed an explanation by me, in any way shape, or form.
What anyone else has to say is their business.
I am friends with a lot of people in this business, and anytime I can help someone making a genuine effort, I do my best to do so.
I don't know anyone at SC personally, but when I was contacted and asked about a slide print, I provided it freely.
I don't know the guys at KKM personally, but I had several conversations with Kevin over the years. Liked him a lot. We had mutual barrelmaking friends.
I have had no contact with any of them throughout this process, and I have no say in how these things play out.
Nor will I judge any of them. Certainly not on the internet.
My involvement in this, is in Support of Shay's factfinding efforts. That won't change.
Once again, if that makes me a cunt, because I won't let you stir the pot over in my "house", so be it.
Metaphorically speaking, when you come through the front door with poop on your shoes, I'll ask you to leave....when you come



the pot over in my "house", so be it.

Metaphorically speaking, when you come through the front door with poop on your shoes, I'll ask you to leave...when you come through the door with your OWN poop on your shoes, AND tell everyone how wonderful it smells...well, we are best served just showing you out, and closing the door behind you.

Like   Reply   2y   Edited

**Dame Michael**
**Chuck Warner** TLDR, but *you're

Like   Reply   2y

**Tim Mekosh**
lol "fact finding"

Like   Reply   2y

**Dame Michael**
**Chuck Warner** so much for not having a dog in the fight ya lying twat

Like   Reply   2y

**Dame Michael**
Wonder what else you aren't being honest about.

Like   Reply   2y

**Dame Michael**
Those were some pretty pics you posted, but how do we know the machine is calibrated properly as you aren't a certified lab.

Like   Reply   2y

**Dame Michael**
I answer that for you since you wont.
We can't trust your opinion or your "proof", you should probably just stfu

---

26

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Montera likes this
Outdoor & Sporting Goods Company

Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

Shop on Website   👍 Like   💬 Message



URL: https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

Page created · January 4, 2010

Page manager location: United States

**Dame Michael**
I answer that for you since you wont.
We can't trust your opinion or your "proof", you should probably just stfu
Like · Reply · 2y

Reply to Dame Michael...

**Alex Trevino**
**Joey Steven**
Like · Reply · 2y

**Corey Mulholland**
**Glen Weeks Matt Hemple**

**Greg Smith**
Anyone who puts esq on their correspondence is a dick
Like · Reply · 2y

**Ace Boles**
**Greg Smith** That's how you know they a REAL LawYer
Like · Reply · 2y

🖊 Author
**Shooters Connection Inc**
**Ace Boles** well, just look at the letters , of course you can tell I am not a lawyer and wrote my layman's response myself. KKM obviously has the real attorney and says I have absolutely no liability. He laid out quite clear that Kkm has none either. T... **See more**
Like · Reply · 2y

Reply to Greg Smith

**Like**
**Message**
🛒 Shop on Website

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
**Like**

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
**Like**

**Grayguns**
Bruce Belvin likes this
Sports & recreation
**Like**

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022



**Shooters Connection Inc**

https://www.facebook.com/ShootersConnection

Shop on Website   Message   Like

Ace Boles
Greg Smith That's how you know they a REAL LawYer
Like   Reply   2y

Shooters Connection Inc
✎ Author
Ace Boles well, just look at the letters, of course you can tell I am not a lawyer and wrote my layman's response myself. KKM obviously has the real attorney and says I have absolutely no liability. He laid out quite clear that Kkm has none either. The insurance quick nuisance settlement isn't happening. If a suit is filed and I have to hire one then I might as well file a counter one against all those perpetrating these baseless accusations.
Like   Reply   2y

Reply to Greg Smith...

Jeff Perdue
Oh boy...
Like   Reply   2y

Bill Jones
So was it scott thompson or akai that is crying about the barrels??
Like   Reply   2y   Edited

Tim Boettcher
Wow, I've had nothing but great success with KKM in my shop and shooting them in my own guns. I haven't been keeping up with this so... 😊
Like   Reply   2y

Greg Smith
KKM makes my XDm barrels and I've never had an issue. Very accurate,

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Montera likes this
Outdoor & Sporting Goods Company
Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
Like

Grayguns
Bruce Belvin likes this
Sports & recreation
Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022



29

https://www.facebook.com/ShootersConnection

Search Facebook

**Shooters Connection Inc**

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

Like

Like

Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

Shop on Website    Message    Like

**Tim Boettcher**
Wow, I've had nothing but great success with KKM in my shop and shooting them in my own guns. I haven't been keeping up with this so...

Like  Reply  2y

**Greg Smith**
KKM makes my XDm barrels and I've never had an issue. Very accurate, very well made. Period

Like  Reply  2y

**Louis Bethel**
**Shooters Connection Inc**
I am a little late to this party, but want to make sure I understand the kerfuffle.

1. GunSmith "claims" a barrel maker made barrels not to the correct Rockwell Hardness.
- Provides no proof.
- Does not return them to mfg.
- Does not contact mfg.
- Gunsmith may have altered the barrel

2. GunSmith directs other people to "spread the word" (aka slander)

3. A guy on your FB page keeps getting caught providing conflicting information.

4. Shooter with ruptured barrel cannot provide facts about the ammo (meeting SAAMI specs, not a receipt, not a casing, no extra ammo).

5. No one has been hurt physically from these claims

Pass the popcorn and save me a seat to watch the lawsuits fly.

Not to mention the alienation of the guy and this GunSmith from the industry

30

https://www.facebook.com/ShootersConnection

Q Search Facebook

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business

👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation

👍 Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

---

🛒 Shop on Website    👍 Like    💬 Message    🔍

- Does not contact mfg.
- Gunsmith may have altered the barrel

2. GunSmith directs other people to 'spread the word" (aka slander)

3. A guy on your FB page keeps getting caught providing conflicting information.

4. Shooter with ruptured barrel cannot provide facts about the ammo (meeting SAAMI specs, not a receipt, not a casing, no extra ammo).

5. No one has been hurt physically from these claims

Pass the popcorn and save me a seat to watch the lawsuits fly.

Not to mention the alienation of the guy and this GunSmith from the industry.

Like   Reply   2y   Edited

✏ Author

**Shooters Connection Inc**

**Louis Bethel** well couple corrections. He did provide what he thinks as proof but the testing company has admitted they didn't test it correctly, one other engineer also had bad tests but once right the proper way to test a barrel they were good, his tester also had no claims of certification on their letterhead as kkm's tester has. You are correct in that none have been returned after many attempts to get them returned, I even got him to agree to splitting one in half and sending half, his idea. He never did it. I have the messages if any one doubts this. He did contact the manufacturer once who told him send it back and they would warranty it if it tested bad. He contacted us several times and we had Kkm call him. He was told the same thing. I have those messages as well. Can't really address the altering as the barrels were never sent back but I assume they were if he built with his unconventional methods. The last 4 new barrels he bought and

Search Facebook

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

Shop on Website   Message   Like   ...

Like   Reply   2y   Edited

**Shooters Connection Inc**
✏️ Author
**Louis Bethel** well couple corrections. He did provide what he thinks as proof but the testing company has admitted they didn't test it correctly , one other engineer also had bad tests but once right the proper way to test a barrel they were good, his tester also had no claims of certification on their letterhead as kkm's tester has. You are correct in that none have been returned after many attempts to get them returned ,I even got him to agree to splitting one in half and sending half , his idea. He never did it. I have the messages if any one doubts this. He did contact the manufacturer once who told him send it back and they would warranty it if it tested bad. He contacted us several times and we had Kkm call him. He was told the same thing. I have those messages as well. Can't really address the altering as the barrels were never sent back but I assume they were if he built with his unconventional methods. The last 4 new barrels he bought and tested himself , by his numbers were 42,43,43,40. I have pics of those tests. Other pics we have of tests show improper procedures.

Like   Reply   2y   ●● 2

**Shane Eid**
I can say from my experience with KKM, they are a very reliable company with standup employees who put the customer first. If they had an issue with a product, I am confident they would stand behind said product. I have a KKM barrel in my Carver Custom Open Glock 17 and 34. The Open 17 has over 90,000 rounds through it and the 34 is around 20,000 rounds of 9 major. Both still have great accuracy, both have been reliable.

Like   Reply   2y   ●●● 3

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
👍 Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

(4) Shooters Connection Inc | Fa...

32



Search Facebook

https://www.facebook.com/ShootersConnection

(4) Shooters Connection Inc | Fa...

Shooters Connection Inc

**Shop on Website**

Message

Like

around 20,000 rounds of 9 major. Both still have great accuracy, both have been reliable.

Like · Reply · 2y

**Federico Javier Minlos**
Why I am not surprised....karma is a bitch

Like · Reply · 2y

**Aaron Lawson**
So after this money grab fails is he just going to set the place ablaze and blame the tooling company?

Like · Reply · 2y

**Scotty Bates**
Were these barrels ones that were fitted with tungsten sleeves? If so, then how much modification was done to them? Is that why he won't send them back to KKM? The way this sounds, one side is completely full of shit.

Like · Reply · 2y

ⵌ Author
**Shooters Connection Inc**
**Scotty Bates**

Like · Reply · 2y

ⵌ Author
**Shooters Connection Inc**
So this is a barrel that was sent back to KKM long before the soft brittle barrel accusation. Yes the demand letter used those words,

### Page transparency     See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🚩 Page created - January 4, 2010

⏺ Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Montera likes this
Outdoor & Sporting Goods Company

Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

33

Search Facebook

(4) Shooters Connection Inc | Fa

https://www.facebook.com/ShootersConnection

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Montera likes this
Outdoor & Sporting Goods Company

Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Like

Grayguns
Bruce Belvin likes this
Sports & recreation

Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Shop on Website   Message   Like

Author
Shooters Connection Inc
Scotty Bates



Like   Reply · 2y

Author
Shooters Connection Inc
So this is a barrel that was sent back to KKM long before the soft brittle barrel accusation. Yes the demand letter used those words, soft brittle barrel if you can wrap your head around that. Luke told me the tungsten sleeve had slipped forward. He noted the barrel was cut extremely thin and the tungsten sleeve was much larger than what Limcat has done for 20 years. I asked him if that extra weight on a thinner barrel would create undue stress on the barrel. He said yes. Then he pointed out the location of the feet cut where the slide stop rides. Its way behind where it should be. Not sure if this a different geometry to accommodate a stroked gun or not. But it is outside the normal specs for 1911 design. Luke also mentioned some radial lugs basically gone. These things pointed out in the past makes be think that this is why none of the current barrels were sent to Luke for evaluation and testing. Basically KKM makes a product and if it is modified to this extent they cant be held liable for the results of unconventional modifications.

Like   Reply · 2y

Aaron Laws
Shooters Connection Inc Was that barrel from Akai?





35

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

Shop on Website · Message · Like

Reply · 2y

**Dame Michael**
Took ya long enough

Like · Reply · 2y

**Scott Thompson**
Ace Boles apparently a SME on pretty much everything.

Like · Reply · 2y

**Shooters Connection Inc**
Jerry, I have your email and your 2nd smiths email. I understand why you thought it was the barrel. You were mislead by Shay that it was the barrel since it was just more of what he thought ammo to go against KKM and me. I think people need to realize y... **See more**

Like · Reply · 2y · Author

**Shooters Connection Inc**
Bradley Savage nope he says he was using fiocchi ammo. The barrel was tested by Shay and the barrel us in shays hands. So saying Shay is not involved in his barrel is another lie. I suspect it's the barrel he referred to in the demand letter.

Like · Reply · 2y · Author

**Ace Boles**
**Shooters Connection Inc** Read this particular thread for an obvious example of a deleted post. **Scott Thompson** replies to me, yet the comment of mine that he replies to, isn't there.

Like · Reply · 2y

## Page transparency    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created · January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**    Like
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**    Like
Don Hardy likes this
Local business

**Grayguns**    Like
Bruce Belvin likes this
Sports & recreation

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page



Shooters Connection Inc

**Shooters Connection Inc** Read this particular thread for an obvious example of a deleted post. **Scott Thompson** replies to me, yet the comment of mine that he replies to, isn't there.

Like · Reply · 2y

**Shooters Connection Inc**
You delete it so you can accuse me? I have no idea. Not deleting posts. Might read my last post. On the end of this whole thing.

Like · Reply · 2y

Reply to Jerry Colantone...

Scottie Guns Roberson

Shop on Website

Like    Message

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices · Cookies · More · Meta © 2022



38

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with
customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022



39

https://www.facebook.com/ShootersConnection

Search Facebook

Shooters Connection Inc

Shop on Website   Message   Like

**Cody Dengler**
Who ever is trying to threaten and extort money from KKM must be a real "stroked"!
Like   Reply · 2y

> **Max Klatt**
> This is a real HORO show isnt WITZ?
> Like   Reply · 2y                    8

> **Cody Dengler**
> Max Klatt you win!
> Like   Reply · 2y

> **Max Klatt**
> Cody Dengler I surprised myself with that one.
> Like   Reply · 2y                    3

Reply to Cody Dengler...

**Bill Jones**
Sounds like a pistol builder trying to save its own company
Like   Reply · 2y

**James Turnure**
Was the OD of said barrels dramatically altered?
Like   Reply · 2y

∧ Hide 20 Replies

> ✎ Author
> **Shooters Connection Inc**
> Not sure since none were ever sent back after many attempts requesting it. So we dont know what was done to any of the barrels in question. I do have a pic of one that had the barrel

Shooters Connection Inc

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022



Bill Jones
Sounds like a pistol builder trying to save its own company

Like  Reply · 2y

James Turnure
Was the OD of said barrels dramatically altered?

Like  Reply · 2y

∧ Hide 20 Replies

🖋 Author
Shooters Connection Inc
Not sure since none were ever sent back after many attempts requesting it. So we dont know what was done to any of the barrels in question. I do have a pic of one that had the barrel turned way done and a large tungsten sleeve was put on it. The sleeve was much bigger than those Limcat has been doing on KKM barrels for 20 years.

Like  Reply · 2y

🖋 Author
Shooters Connection Inc
Bradley Savage In some ways. It put extra stress on the barrel like a large sledge hammer beating back and forth. No telling what this process did to the heat treat.

Like  Reply · 2y

🖋 Author
Shooters Connection Inc
Bradley Savage no, read it again , "no telling what the process does to the heat treating",

Like  Reply · 2y

Why are you deleting comments on

Shooters Connection Inc

📅 Page created · January 4, 2010

📍 Page manager location: United States

## Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation
👍 Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022



Shooters Connection Inc

Shop on Website | Message | Like

**Author**
**Shooters Connection Inc**
Bradley Savage no, read it again, " no telling what the process does to the heat treating",

Like · Reply · 2y

**Ace Boles**
**Shooters Connection Inc** Why are you deleting comments on this thread?

Like · Reply · 2y

**Chuck Anderson**
Do you know what process is used to apply the sleeve? Machining and threading a long tube improperly can add a significant amount of heat. 800 degrees? Don't know.

Like · Reply · 2y

**Author**
**Shooters Connection Inc**
**Ace Boles** I'm not , you can stop accusing me of it. You ever going to answer my question that I gave asked twice? You implied you are an objective observer although you're posts defend the other side , or attempt to. Are you an Objective Obsever ?, for the third time .

Like · Reply · 2y

**Author**
**Shooters Connection Inc**
Bradley Savage and I said the process may have effected it. Another builder told me long ago to properly fit a sleeve heating is involved to get a good fit.

Like · Reply · 2y

---

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Search Facebook

https://www.facebook.com/ShootersConnection

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Montera likes this
Outdoor & Sporting Goods Company

Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Like

Grayguns
Bruce Belvin likes this
Sports & recreation

Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

Shop on Website   Message   Like

Like   Reply   2y

✎ Author
Shooters Connection Inc
Bradley Savage and I said the process may have effected it. Another builder told me long ago to properly fit a sleeve heating is involved to get a good fit.

Like   Reply   2y

Ace Boles
Shooters Connection Inc This is how Facebook pages work, anyone with admin or editor access can delete anyone's comments on the page's posts, no one else can, unless it's the original poster deleting their own comment. If you look at the time stamp you'll see that I asked you about this on two different comment threads on your post. I asked it the second time as you ignored my first comment for 3 hours. Further, it is obvious that I have been asking questions without bias, as you can read all of them and use basic comprehension. Show me where I have defended Akai. I have simply pointed out obvious issues that any attorney will bring forth in litigation. Your posts on this matter have only further exposed yourself to any pending or future actions, hence my original suggestion of retaining counsel......

Like   Reply   2y

✎ Author
Shooters Connection Inc
Ace Boles I know how it works. I didn't delete anything. Even though I want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public

43

https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Like

Grayguns
Bruce Belvin likes this
Sports & recreation

Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Shop on Website    Like    Message

⌕

⋯

✎ Author

**Shooters Connection Inc**

**Ace Boles** I know how it works. I didn't delete anything. Even though I want to. Obvious you are running cover trying to discredit me. You have failed to answer my question asking if you are an objective observer which I asked 3 times. You did question me whether you were being biased and did say you were unbiased. If your comments were deleted I assume you did since you have shown bias and are obviously trying to influence public opinion in regards to this thread. Deleting you're own posts then crying that I deleted them is a troll tactic. Now to show you are not objective and not unbiased I present some posts from another Facebook page. Funny the three guys trying to discredit what I say are in this together. Bottom line is I am just trying to protect my company from slanderous posts and accusations perpetrated by some of the akai team. I am sure some follow without really knowing the truth. All I am doing is presenting the facts, while the other side claims to withhold information cause they don't want to show their cards. Really? If you have something show it. We have proven or disproven about every point in the demand letter. It shows you gave a newbie gunsmith trying to wow those who don't know better with some far out new ways of building guns. And then when they fail everything else is to blame , faulty powder? Now soft barrels that only he has experienced ? Without providing any back to the manufacturer who has agreed to replace any that are bad. And the way he try's to put pressure on those he demands a payment from he uses those loyal followers to slander through social Media while claiming the high ground that he never named anybody. He didn't have to , he directed others to. I have shown some of that , even got one to admit to it unknowingly here. I have much more recorded , screen shots , message threads ,

44



Shooters Connection Inc

**Shop on Website**  |  **Like**  |  **Message**

has experienced ? Without providing any back to the manufacturer who has agreed to replace any that are bad. And the way he try's to put pressure on those he demands a payment from he uses those loyal followers to slander through social Media while claiming the high ground that he never named anybody. He didn't have to , he directed others to, I have shown some of that , even got one to to admit to it unknowingly here. I have much more recorded , screen shots , message threads , emails, pictures, reports. Nice to have somebody in you're camp. You guys want to keep it up , as I said bring it on. I'm not scared or worried as I know the truth and I'm just fighting the scam. By the way have you looked into shays history? Oh yea I have that to.

Like   Reply   2y

🖋 Author
Shooters Connection Inc

Like   Reply   2y

🖋 Author
Shooters Connection Inc

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Like**

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Like**

**Grayguns**
Bruce Belvin likes this
Sports & recreation

**Like**

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

**Create Page**

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022





46

https://www.facebook.com/ShootersConnection

(5) Shooters Connection Inc | Fa…

Search Facebook

**Shooters Connection Inc**

Shop on Website   Message   Like   ⋮

Ace Boles
**Shooters Connection Inc** What are you attempting to show with these screen shots? Was that supposed to be a 'gotcha'? Lol
Like · Reply · 2y

**Shooters Connection Inc**
**Ace Boles** obviously you are not objective or unbiased. Just showing that contrary to what you have tried to portray.
Like · Reply · 2y

Ace Boles
**Shooters Connection Inc** Have you ever been a party in litigation? There's a reason it's funny when someone brings up defamation or slander for basis of action, as they have most likely never been on either end in real world litigation, and don't grasp the reality of the difficulty of winning, nor the cost of pursuing it.
✎ Author
Like · Reply · 2y

**Shooters Connection Inc**
**Ace Boles** oh I understand. Dint really need to bring action as long as I can show it for what it is in public opinion. Something you guys have tried to do against me. But as I said if it goes to court and I am facing that cost I might as well add that … **See more**
✎ Author
Like · Reply · 2y

Ace Boles
**Shooters Connection Inc** You guys? Where? What are you accusing me of trying to do to you?
Like · Reply · 2y

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
Like

Grayguns
Bruce Belvin likes this
Sports & recreation
Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

47



https://www.facebook.com/ShootersConnection

(5) Shooters Connection Inc | Fa...   ×

Search Facebook

Shooters Connection Inc

Shop on Website    👍 Like    ✉ Message    ⋯

Shooters Connection Inc You guys? Where? What are you accusing me of trying to do to you?

Like  Reply  2y

✎ Author
Shooters Connection Inc
Ace Boles pretty obvious Scott backed off and you jumped in. I am done with you. Said all I needed to, the readers can decide.

Like  Reply  2y

Ace Boles
Shooters Connection Inc

Like  Reply  2y

✎ Author
Shooters Connection Inc
Ace Boles you're gifs are cute

Like  Reply  2y

Ace Boles
Shooters Connection Inc thank you 😊

Like  Reply  2y

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

### Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company
👍 Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business
👍 Like

Grayguns
Bruce Belvin likes this
Sports & recreation
👍 Like

### Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022



Shooters Connection Inc

Shop on Website     Message     Like

Author
Shooters Connection Inc
**Ace Boles** you're a gifs are cute
Like   Reply   2y

Ace Boles
**Shooters Connection Inc** thank you 😊
Like   Reply   2y

Reply to James Turnure...

Hart Johnson
When did all this happen, I always known them to be quality barrels. I have a 400 Corbon glock barrel, 45, and a 40. They're older vintage but what happened
Like   Reply   2y

Jeremiah Deneski-Competitive Shooter
basically, nothing. sounds like a money grab or someone trying to pass off shoddy gun work as a parts defect. My .02.
Like   Reply   2y

Dame Michael
**Jeremiah Deneski-Competitive Shooter** almost sounds like insurance fraud
Like   Reply   2y

Tim Mekosh
**Dame Michael** maybe they need a moving company to help move to Jamaica
Like   Reply   2y

Reply to Hart Johnson...

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company                Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business                                  Like

Grayguns
Bruce Belvin likes this
Sports & recreation                             Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022



...to pass off shoddy gun work as a parts defect. My .02.

Like   Reply   2y

**Dame Michael**
**Jeremiah Deneski-Competitive Shooter** almost sounds like insurance fraud

Like   Reply   2y

**Tim Mekosh**
**Dame Michael** maybe they need a moving company to help move to Jamaica

Like   Reply   2y

Reply to Hart Johnson...

**Jeremiah Deneski-Competitive Shooter**
did they have a contingency program until recently? asking for a friend

Like   Reply   2y

**Jerry Colantone**
I had a KKM barrel blow up after 5 rounds it was Rockwell tested and did not meat specs. The top of the chamber blew off and the STI Edge was destroyed, frame bent , slide cracked. I was very lucky that the piece of barrel went straight up into an overhead baffle, no one was hurt that day but it could have been a disaster.

Like   Reply   2y

∧ Hide 86 Replies

**Dame Michael**
**Jerry Colantone** who fit it? Who made the ammo? Did you send it to kkm?

Like   Reply   2y

---

**Shooters Connection Inc**

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

Shop on Website   Message   Like



Jerry Colantone who fit it? Who made the ammo? Did you send it to kkm?

Like   Reply   2y

Dame Michael
Got pics?

Like   Reply   2y

Matt Olinchak
It had 12 grains of Titegroup in it, don't worry about the rest of the details

Like   Reply   2y

Scotty Bates
A CZ barrel will handle 7.8 hrs of Titegroup. Ask me how I know lol.

Like   Reply   2y

Dame Michael

Bueller? Bueller? Bueller?

Like   Reply   2y

Dame Michael
Matt Olinchak bad lot of 3n38 perhaps

Shooters Connection Inc

Shop on Website   Like   Message

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Montera likes this
Outdoor & Sporting Goods Company

Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Like

Grayguns
Bruce Belvin likes this
Sports & recreation

Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

https://www.facebook.com/ShootersConnection

Search Facebook





Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Shop on Website     👍 Like     💬 Message     ...

Did the old one really have a bad heat treat? How did you determine that?

Like  Reply  2y

Jerry Colantone
the gunsmith that just repaired it had it tested because he had some information that it was a possibility and had the new one tested for fear of the same thing happening

Like  Reply  2y

Jerry Colantone
**Dame Michael** from what I was told kkm was contacted but would not respond

Like  Reply  2y

Dame Michael
**Jerry Colantone** by who?

Like  Reply  2y

Jerry Colantone
**Dame Michael** By the gunsmith

Like  Reply  2y

Dame Michael
**Jerry Colantone** who is this gunsmith you refer to?

Like  Reply  2y

Dame Michael
**Jerry Colantone** unfortunately you aren't coming across as truthful

Like  Reply  2y

Dame Michael
**Jerry Colantone** who has the bad barrel?

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

53



**Shooters Connection Inc**

Shop on Website     Message     Like

Page created · January 4, 2010

Page manager location: United States

Dame Michael
Jerry Colantone who has the bad barrel?

Like  Reply  2y   Edited

Dame Michael
Let me go out on a limb here.
You had a catastrophic failure after a gunsmith put a new barrel in your gun.
Sent it back and said smith said it was a faulty barrel, possible even 'soft'
Didnt provide evidence
Kept the barrel
Told you kkm wouldn't help
And charged you to fix the gun that was damaged by what was more than likely an improperly fit barrel to begin with.
Sound right?

Like  Reply  2y

Jim Clark
bad meat barrel?   2

Like  Reply  2y

Jerry Colantone
Dame Michael I don't know you and you don't know me. I have nothing to lie about and you're twisting things around so I will just end it here, in the end the truth and responsibility will prevail.

Like  Reply  2y

Kevin Mayfield
Jerry Colantone what are The initials of the guy that worked on the gun for you?

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Like

Grayguns
Bruce Belvin likes this
Sports & recreation

Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022



Kevin Mayfield
Jerry Colantone what are The initials of the guy that worked on the gun for you?

Like  Reply  2y  Edited

Dame Michael
Jerry Colantone welp if you tell us who fit the barrel and who is currently in possession of the barrel there would be nothing to twist, now would there?

Like  Reply  2y

✏ Author
Shooters Connection Inc
Jerry Colantone If you were told KKM would not respond you were lied to. I was personally involved with both sides KKM asked for the product back. Was willing to replace every one if they were out of spec. I begged for at least one be sent back. It was...
See more

Like  Reply  2y

Jeffrey Murdock
I did a quick search for "meat barrel", I really hope you don't do that nasty shit with your firearms.....Aka Meat Tunnel.....just sayin....

Like  Reply  2y

Scott Thompson
Shooters Connection Inc Jerry's gun isn't an Akai. That was another builder who found the barrels soft.

Like  Reply  2y

Jerry Colantone
Scott Thompson correct



55

**Shooters Connection Inc**

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

Shop on Website

Message    Like

Scott Thompson
**Shooters Connection Inc** Jerry's gun isn't an **Akai**. That was another builder who found the barrels soft.

Like   Reply   2y

Scott Thompson
**Scott Thompson** correct

Like   Reply   2y

Jerry Colantone

Dame Michael
Who?

Like   Reply   2y

Dame Michael
Why be so secretive about it?

Like   Reply   2y

Scott Thompson
It's not wise to aire details of pending litigation, no matter how hard you troll, **Dame**. Any dime store lawyer would tell you that.'

Like   Reply   2y   Edited

✐ Author
Shooters Connection Inc
**Scott Thompson** Dont make the accusation without willing to back it up. Who was it? Did KKM get the barrel back? I have done business with them for over 20 years. They dont just not respond. If the barrel was soft then maybe it would not crack over time but it would damage the slide or the frame. I have seen double charges that didn't damage the frame, laid the slide open though. Factory ammo wouldn't blow a barrel up even if it had no heat treat. So this story sounds more like a blockage, squib, or



hard you troll, **Dame**. Any dime store lawyer would tell you that. '

👍 Like | 💬 Message

**Shooters Connection Inc**

🏪 Shop on Website

Like  Reply  2y  Edited

✍ Author

**Shooters Connection Inc** Dont make the accusation without willing to back it up. Who was it? Did KKM get the barrel back? I have done business with them for over 20 years. They dont just not respond. If the barrel was soft then maybe it would not crack over time but it would damage the slide or the frame. I have seen double charges that didn't damage the frame, laid the slide open though. Factory ammo wouldn't blow a barrel up even if it had no heat treat. So this story sounds more like a blockage, squib, or double charge. Not the barrel as implied.

👍 5

Like  Reply  2y  Edited

**Scott Thompson**

**Shooters Connection Inc** I don't know who it was. I just know it's not an Akai. The other builders that may be coming forward are handling their own process. They are smart, they are not airing litigation on a public forum like a schoolyard squabble.

👍👍 2

Like  Reply  2y

**Dame Michael**

**Scott Thompson** doesn't the letter say no litigation?

Like  Reply  2y

**Dame Michael**

Is jerry part of the litigation?

Like  Reply  2y

**Scott Thompson**

**Dame Michael** IDK

---

**Shooters Connection Inc**

**Page transparency**      See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏴 Page created - January 4, 2010

● Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Montera likes this
Outdoor & Sporting Goods Company      👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business      👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation      👍 Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page



Search Facebook

(5) Shooters Connection Inc | Fa...

https://www.facebook.com/ShootersConnection

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022

Shop on Website    Message    Like

Like    Reply · 2y

Scott Thompson
Dame Michael IDK

Like    Reply · 2y

Dame Michael
Jerry Colantone seems to be full of shit from what I'm seeing

Like    Reply · 2y

Dame Michael
Wants to say his barrel was bad but wont offer any evidence, if you didnt want to discuss it properly you should have shut the fuck up to begin with

Like    Reply · 2y · Edited

Jerry Colantone
Dame Michael no

Like    Reply · 2y

Scott Thompson
Joshua Baker Best part is your opinion nor mine matter at the end of the day.
Simple question... Are you and ISO certified lab that specializes in metallurgy? Up to an including destructive testing to determine if a metal is actually the TYPE of steel it is claimed to be? If not, have a seat.

Like    Reply · 2y

Dame Michael
Scott Thompson qc metallurgical wasnt iso certified

Like    Reply · 2y

Scott Thompson
maybe there is more than one lab. Maybe most lawyers would

57

58



Shooters Connection Inc

https://www.facebook.com/ShootersConnection

Search Facebook

Shop on Website

Message

Like

Dame Michael
Scott Thompson qc metallurgical wasnt iso certified

Like   Reply   2y

Scott Thompson
maybe there is more than one lab. Maybe most lawyers would tell you to never show your cards to internet proxy trolls.

Like   Reply   2y

Scott Thompson
It's very telling how you attacked Jerry on behalf of SC when he simply stated he had a broken gun and his smith tested the barrel as soft.
Just because you yell the loudest doesn't mean you are correct.

Like   Reply   2y

Gary Ramey
Jerry Colantone Hot ammo? Or USA factory meeting SAAMI specs?

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Like

Grayguns
Bruce Belvin likes this
Sports & recreation

Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022



60

https://www.facebook.com/ShootersConnection

(5) Shooters Connection Inc | Fa...

Search Facebook

**Shooters Connection Inc**

Shop on Website | Message | Like

**Page transparency**   See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company
Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business
Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation
Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.
Create Page

Ace Boles I am world class not no'er

Like  Reply  2y

Ace Boles
Dame Michael you know that's exactly who he's gonna say

Like  Reply  2y

Ace Boles
Joshua Baker You're answer wasn't really needed. It was a rhetorical question. Because it's Bullshit.

Like  Reply  2y

Ace Boles
Joshua Baker

Scott Springer
Joshua Baker Because they aren't putting over pressure ammo in them. We had some KKM barrels tested by an ISO9001 certified

Like  Reply  2y



**Scott Springer**

Joshua Baker Because they aren't putting over pressure ammo in them. We had some KKM barrels tested by an ISO9001 certified manufacturer and they were just fine and over several batches, consistent. We don't sell them, but I wouldn't have an issue doing so from the quality we have seen.

Like · Reply · 2y

**Shooters Connection Inc** ✏ Author

Scott Thompson Your implying that there are more and that's simply not true. Several have called KKM inquiring about it and they even took many in to test for people who read the slanderous claims. But none are making demands or suing. Thats a BS ploy in an attempt to alter public opinion. In fact I have had many well known gunsmiths who have used KKM for years call me to say they haven't had a problem with a single barrel. Some of the pics sent to us to show us the testing results show barrels on cheap equipment or insufficient fixture or on the concave surface of an unsupported barrel. I have a copy of a report that shows the result of 5 barrel testings. The lowest being 38. And that company admitted to doing it wrong. And their report has no certification claims on it like the report from KKM's interdependent tester. I will be glad to post all of those after shot. Might as well get it all out there. The demand letter and response from both me and KKM's attorney. You guys decided to play this out in social media to attack both KKM and my businesses. So lets bring it on.

Like · Reply · 2y

**Scott Thompson**

Shooters Connection Inc please post where you or the barrel



Scott Thompson
Shooters Connection Inc please post where you or the barrel manufacturer have been named on social media by Akai. I won't hold my breath. The social media circus is 100% on your shoulders. While entertaining, it will mean nothing in the end.

Like   Reply   2y   Edited

Scott Thompson
Shooters Connection Inc Omnipotence must be cool.

Like   Reply   2y

Author
Shooters Connection Inc
Scott Thompson oh it was brought out without names and then the minions were all told to go to work to get the names out. Tag team style

Like   Reply   2y

Scott Thompson
I will take things that never happened for $500, Alex. Oh, you mean when the original letter was leaked to a meme site?

Like   Reply   2y

Author
Shooters Connection Inc
Scott Thompson so you never outed Kkm by sharing shays soft barrel post?

Like   Reply   2y

Author
Shooters Connection Inc
Shooters Connection Inc Scott Thompson

---

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

## Related Pages

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Like

Grayguns
Bruce Belvin likes this
Sports & recreation

Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2022



Shooters Connection Inc

https://www.facebook.com/ShootersConnection

(5) Shooters Connection Inc | Fa...

Search Facebook

63

**Shooters Connection Inc**

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Montera likes this
Outdoor & Sporting Goods Company

Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

Like

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

Shop on Website   Message   Like

Shooters Connection Inc
Scott Thompson so you never outed Kkm by sharing shays soft barrel post?

Like   Reply   2y

Shooters Connection Inc
Scott Thompson

✎ Author
Scott Thompson

Like   Reply   2y

**Scott Thompson**
You mean that post that doesn't name anyone. Thank you for making my point. That is about the 5th demonstrable time you have been wrong in this thread.
Now lets talk about you releasing the original letter to a meme site, ok?

Like   Reply   2y

**Scott Thompson**
Like I stated earlier, the social media shit show is 100% yours to own.

Like   Reply   2y   Edited



Shooters Connection Inc

## Page transparency                                    See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - January 4, 2010

Page manager location: United States

## Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation

Like

## Add your business to Facebook

Showcase your work, create ads and connect with customers or supporters.

Create Page

---

Shop on Website    Message    Like

Now lets talk about you releasing the original letter to a meme site, ok?

Like   Reply   2y

**Scott Thompson**
Like I stated earlier, the social media shit show is 100% yours to own.

Like   Reply   2y   Edited

🖉 Author
**Shooters Connection Inc**
**Scott Thompson** intentional slander to cause harm? That suit won't just name Shay but all of those who worked at his direction. You don't think all of those private chats and emails won't be brought out in discovery?

Like   Reply   2y

🖉 Author
**Shooters Connection Inc**
**Scott Thompson** oh Scott, forget you edited that post a day later? You lied, not surprised.

Like   Reply   2y





66

https://www.facebook.com/ShootersConnection

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Shop on Website**   **Like**   **Message**

**Author**
Shooters Connection Inc
Scott Thompson you can delete it all. That's ok I have it all saved. And lots more I haven't even posted yet. You know when you attack 2 reputable businesses with false accusations , that's big boy stuff. I dint play games.

Like  Reply  2y

Scott Thompson
didn't lie was told to not include names so it was editd. You posted a picture of a sleeved barrel implying that that is where the problem is. A lie. They are virgin barrels that are soft. Untouched.

Like  Reply  2y

**Author**
Shooters Connection Inc
Scott Thompson oh so you were following shays direction and why you deleted the name.

Like  Reply  2y

**Author**
Shooters Connection Inc
caught in another lie. Proves what I said about minions doing his dirty work.

Like  Reply  2y  Edited

Scott Thompson
Nice try. No lies. I was told there were problems and was supposed to share the post so **Shay Akai** could ensure he would take care of his customers. I was told not to name anyone and I have certainly never named SC in anything so keep on blowing that out of your ear.
I haven't attacked anyone. I don't know what the end result will

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Like**

Dillon Precision Products, Inc
Don Hardy likes this
Local business

**Like**

Grayguns
Bruce Belvin likes this
Sports & recreation

**Like**

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022



Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

---

Shop on Website   Message   Like   ⌐

Scott Thompson
Nice try. No lies. I was told there were problems and was supposed to share the post so **Shay Akai** could ensure he would take care of his customers. I was told not to name anyone and I have certainly never named SC in anything so keep on blowing that out of your ear.
I haven't attacked anyone. I don't know what the end result will be but you certainly seem to protest too much.

Like   Reply   2y   Edited

Ryan Goold
Scott. Take the L on this one, you clearly fucked up and are trying to cover your tracks, poorly. Chuck's got you dead to rights. Plus everyone that has ever been involved with USPSA on FB knows you are shay's most outspoken douche. Thank you for your ...
See more

Like   Reply   2y

Scott Thompson
Ryan Goold got me good with "you might want too read this"
GFYS

Like   Reply   2y

Ryan Goold
Scott what he said 📷

Like   Reply   2y

Scott Thompson
ok, carry on. Your conspiracy theories are cute.

Like   Reply   2y

Aaron Laws



https://www.facebook.com/ShootersConnection

**Shooters Connection Inc**

🛍 Shop on Website     👍 Like     ✓ Message     🔲     ⚲     ⋯

**Page transparency**     See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

🏴 Page created - January 4, 2010

⏺ Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company     👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business     👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation     👍 Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

---

**Ryan Goold**
Scott what he said 📷
Like · Reply · 2y

**Scott Thompson**
ok, carry on. Your conspiracy theories are cute.
Like · Reply · 2y

**Aaron Laws**
It's gotta be exhausting going all over Facebook and white knighting for Shay
Like · Reply · 2y

**Ryan Goold**
Scott Thompson It's not a conspiracy if we can literally see the edited post haha. You can keep saying you didn't name anyone, but I can go on your profile right now and see that you said KKM. At a minimum you should own what you wrote.
Like · Reply · 2y

**Scott Thompson**
I haven't said I didn't write it. I edited it It's pretty clear. Will you be the first in line to say you were wrong if the claim is found to be true? I bet you won't.
Like · Reply · 2y

**Ryan Goold**
Scott Thompson sure I will. I am not affiliated with KKM nor SC. Could a batch of barrels gotten an improper heat treat, absolutely. I do have doubts that will be the case though. Because if the barrels weren't passing testing, why wouldn't they be sent back to the manufacturer for inspection? That is basically standard for any warranty claim, to be sent back to the company that made the product so they can look at it. Perhaps because



**Scott Thompson**
I haven't said I didn't write it. I edited it. It's pretty clear.
Will you be the first in line to say you were wrong if the claim is found to be true? I bet you won't.

Like · Reply · 2y

**Ryan Goold**
**Scott Thompson** sure I will. I am not affiliated with KKM nor SC..
Could a batch of barrels gotten an improper heat treat,
absolutely. I do have doubts that will be the case though.
Because if the barrels weren't passing testing, why wouldn't they
be sent back to the manufacturer for inspection? That is basically
standard for any warranty claim, to be sent back to the company
that made the product so they can look at it. Perhaps because
there is some merit to Chuck's side of the story, and when the
barrels were retested they came in fine? I dunno, just an outsider
looking in but it seems awfully sketchy.

And you literally opened this comment thread with "please post
where you [shooters connection] or the barrel manufacturer have
been named on social media by Akai." You are a representative
of Akai, unless you've been recently disavowed which we all
know you haven't been. It is quite reasonable to assume Akai
told you who the manufacturer in question was prior to having
you repost that letter. Because how else would you have known
to put KKM in the original post? Lucky guess? Gunsmith-shooter
confidentially isn't a thing, so if it does end up going to court
whatever the truth is, will come out. You saying it is as good as
Akai saying it.

Like · Reply · 2y · Edited

**Richard Holland**
**Shooters Connection Inc** you're attempting a slander lawsuit

---

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

### Related Pages

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Grayguns**
Bruce Belvin likes this
Sports & recreation

### Add your business to Facebook

Showcase your work, create ads and connect with
customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices [> · Cookies · More · Meta ©
2022



Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Montera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**
Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices [> · Cookies · More · Meta © 2022

Shop on Website

Message     Like     ...

Richard Holland Shooters Connection Inc you're attempting a slander lawsuit here?

Like   Reply   2y   Edited

Shooters Connection Inc

**Scott Thompson** This post below is a complete lie. The original smith blamed the ammo and said it was a double charge. I know who it is but wont name him because Jerry didn't want to name him and I do not think the smith had anything to do with the issue. Jerry didn't do anything until he heard the slanderous post you shared. He sent it to another gunsmith who did fix it with another KKM barrel. His smith did not test it but sent it to shay who "tested it" and still has it. KKM has the pictures and also said it was a double charge.KKM also said he replaced the barrel anyway , that's just how they do business. There is some disconnect on the replacement barrel but that is being sorted out now.

"Scott Thompson It's very telling how you attacked Jerry on behalf of SC when he simply stated he had a broken gun and his smith tested the barrel as soft.
Just because you yell the loudest doesn't mean you are correct."

🖉 Author

Like   Reply   2y

🖉 Author

Shooters Connection Inc
**Richard Holland** No, not really needed yet. Trying to defend the slander and lies. Public is being misled so I am trying to set it straight with the truth.

Like   Reply   2y

70

71

(5) Shooters Connection Inc | Fa... ×   +

https://www.facebook.com/ShootersConnection

Q Search Facebook

Shooters Connection Inc

🛒 Shop on Website   👍 Like   ✉ Message

**Page transparency**   See all

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

📄 Page created - January 4, 2010

📍 Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Montera likes this
Outdoor & Sporting Goods Company   👍 Like

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business   👍 Like

**Grayguns**
Bruce Belvin likes this
Sports & recreation   👍 Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

---

Like   Reply   2y

🖋 Author
**Shooters Connection Inc**
**Richard Holland** No, not really needed yet. Trying to defend the slander and lies. Public is being misled so I am trying to set it straight with the truth.

Like   Reply   2y

🖋 Author
**Shooters Connection Inc**
And to ad to this. Scott Thompson claims the barrel tested soft. Shay has the barrel so KKM may never be able to really test it. Its return is being asked for, well see if that is complied with. So I talked to Luke today and asked about shooting a soft barrel, one that never received heat treat. He said sure we do it all the time with testing. They are 18-20 rockwell and nothing happens except after time they will distort but never crack, the metal is to soft and pliable to crack or fail. SO a barrel even at 38 is fine, that was confirmed with George at EGW.

Like   Reply   2y   👍 2

**Scott Springer**
**Ryan Goold** multiple batches of barrels were involved over a period of time. I'm a math guy, and that isn't plausible that it would be isolated to one vendor since batches of steel last awhile and are used for many types of barrels. I can not fathom a reason a soft barrel would crack. We've had soft barrels years ago from another maker and they mushed. Soft means they are not brittle and less prone to cracks.

Like   Reply   2y   👍 5

🖋 Author



**Shooters Connection Inc**

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Mortera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Grayguns**
Bruce Belvin likes this
Sports & recreation

Like

Like

Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

Shop on Website    Message    Like

**Scott Springer**
**Ryan Goold** multiple batches of barrels were involved over a period of time. I'm a math guy, and that isn't plausible that it would be isolated to one vendor since batches of steel last awhile and are used for many types of barrels. I can not fathom a reason a soft barrel would crack. We've had soft barrels years ago from another maker and they mushed. Soft means they are not brittle and less prone to cracks.

Like · Reply · 2y

**Shooters Connection Inc**
**Scott Thompson** Wow Scott you just don't stop lying, just quit. Your post claims that all the barrels that are soft are virgin, untouched. Really? If that's so then why not just send them back to KKm for replacement? Even if they were soft, which they are not, KKM said they would replace them. And if they were virgin then there are no damages except the virgin barrels so why ask for 2 million? Just pointing this out since it makes no sense and just further proof you are making stuff up to do Shays dirty work. You really ready to defend a slander and defamation suit for him? Cause you are in it and everybody else who has followed his lead. " Scott Thompson didn't lie was told to not include names so it was edited. You posted a picture of a sleeved barrel implying that that is where the problem is. A lie. They are virgin barrels that are soft. Untouched."

Like · Reply · 2y

🖊 Author

**Richard Holland**
I will take 2 million.



Shooters Connection Inc

https://www.facebook.com/ShootersConnection

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Grayguns
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ⊳ · Cookies · More · Meta © 2022

Shop on Website    Message    Like

Reply  2y

Richard Holland
I will take 2 million.

Like  Reply  2y

Scott Springer
Richard Holland The lawyers will take all the monies.

Like  Reply  2y

Reply to Jerry Colantone...

Caleb Paterson
Alexis Pena Shooting

Like  Reply  2y

Alexis Pena
Caleb Paterson mic drop

Like  Reply  2y

Luke Andrus
Caleb Paterson sounds like someone blew up a gun with bad ammo and is trying to blame everyone else for it. Where have I heard this story before?

Like  Reply  2y

Caleb Paterson
Its more than that is a gun maker blaming the barrel supplier for soft barrels.

Like  Reply  2y

Luke Andrus
Shit rolls downhill. Guy has case head separation. Guy blames gun manufacturer. Manufacturer blames aftermarket barrel company. Everybody wants to blame someone



**Shooters Connection Inc**

Page created - January 4, 2010

Page manager location: United States

**Related Pages**

**Gorilla Ammunition**
Nito Montera likes this
Outdoor & Sporting Goods Company

**Dillon Precision Products, Inc**
Don Hardy likes this
Local business

**Grayguns**
Bruce Belvin likes this
Sports & recreation

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

---

Shop on Website · Message · Like

**Luke Andrus**
Shit rolls downhill. Guy has case head separation. Guy blames gun manufacturer. Manufacturer blames aftermarket barrel company. Everybody wants to blame someone

Like · Reply · 2y

Reply to Caleb Paterson...

**Max Klatt**
I wonder if SC will stop selling said builders parts...

Like · Reply · 2y · Edited

**Shooters Connection Inc** ✎ Author
And what we have will be deeply discounted to move them out.

Like · Reply · 2y

**David Lyell Sr.**
**Shooters Connection Inc** send the discounts this way)

Like · Reply · 2y

**Shooters Connection Inc** ✎ Author
Max Klatt you know we had a decent order in for more stuff, he took the order knowing the demand letter was in route. As soon as I got the letter I canceled the order and closed his account with us severing any relationship.

Like · Reply · 2y

Reply to Max Klatt...

**Monty Capuletti III**
**Mark Sorensen**

75

https://www.facebook.com/ShootersConnection

(5) Shooters Connection Inc | Fa...  ×  +

Search Facebook

Shooters Connection Inc

Page created · January 4, 2010

Page manager location: United States

**Related Pages**

Gorilla Ammunition
Nito Mortera likes this
Outdoor & Sporting Goods Company

Like

Dillon Precision Products, Inc
Don Hardy likes this
Local business

Like

Grayguns
Bruce Belvin likes this
Sports & recreation

Like

**Add your business to Facebook**

Showcase your work, create ads and connect with customers or supporters.

Create Page

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta ©
2022

Shop on Website

Message

Like

Author
Shooters Connection Inc
Max Klatt you know we had a decent order in for more stuff, he took the order knowing the demand letter was in route. As soon as I got the letter I canceled the order and closed his account with us severing any relationship.

Like · Reply · 2y

Reply to Max Klatt...

Monty Capulieti III
Mark Sorensen

Like · Reply · 2y

Brian Popelas
So your saying someone isnt telling the truth on the internet?

Like · Reply · 2y

Dame Michael

EXHIBIT

#7  08-18-22  ALB

## Hagan, William R.

| | |
|---|---|
| **From:** | Chuck Bradley <chuckb@shootersconnection.com> |
| **Sent:** | Wednesday, April 6, 2022 2:56 PM |
| **To:** | Luke McIntire |
| **Subject:** | Expert witness report |

I just read the report. Doesn't look good, but I dont know what I am reading.  I am in the dark on this stuff. Not sure what you have to counter it. Is it possible your supplier sent the wrong material?

Bottom line is I had no knowledge of the material used and absolutely did not collude with you to do a bait and switch on him for whatever reason, much less to hurt his business.

Even if the barrels were soft he did not give you the opportunity to make them right. And even if they were the levels they state that would not cause the issues he had.

Looks like he included the barrel Jerry sent him in the testing. That barrel had nothing to do with him.

I am not sure our lawyers are even working together. I dont get told much. But the insurance company calls the shots.

--
Chuck Bradley- President Shooters Connection Inc.
804 South Broadway St. Unit 9
Georgetown, Ky 40324
502-570-4112
502-570-4102 fax
Order line 800-387-4045

1

SCI 001826

CONFIDENTIAL

## Hagan, William R.

| | |
|---|---|
| **From:** | Chuck Bradley <chuckb@shootersconnection.com> |
| **Sent:** | Thursday, October 7, 2021 12:55 PM |
| **To:** | Luke McIntire |
| **Subject:** | Fwd: pic |

This could be a problem, I just saw it while going over all the line items.

-------- Forwarded Message --------
**Subject:** pic
  **Date:** Wed, 6 Oct 2021 17:31:02 -0400
  **From:** Chuck Bradley <chuckb@shootersconnection.com>
    **To:** Chuck Bradley <chuckbgm@gmail.com>

1

SCI 001827

CONFIDENTIAL

████, using this method of a spot anvil testing on the lower should result in 40RC(+ or - 2) the BQ5 steel and 45-46RC for the Outokumpu 416R. Rememl that Cryogenically treating the barrel can drop the RC by 2. Sii you didn't order from us I have idea which type you have. If yo have any questions please let i know.

Thx

Luke

--
Chuck Bradley- President Shooters Connection Inc.
804 South Broadway St. Unit 9
Georgetown, Ky 40324
502-570-4112
502-570-4102 fax

2

SCI 001828

CONFIDENTIAL

Order line 800-387-4045

3

SCI 001829

CONFIDENTIAL

**Hagan, William R.**

| | |
|---|---|
| **From:** | Luke McIntire <luke@kkmprecision.com> |
| **Sent:** | Monday, October 11, 2021 1:52 PM |
| **To:** | Chuck Bradley |
| **Subject:** | Re: pic |
| **Attachments:** | image0.jpeg; image2.png; image3.png; Quote_8091461.pdf |

Hi Chuck,

I really don't think it will be a problem. I purposefully mentioned the BQ5 steel when cryogenic treated will be 40RC or greater. It is a special order type of 1911 barrel meant for the CMP matches and everyone that has ordered it knows full well exactly what they are buying. It is the best steel we have tested and will be the only brand we use in the near future. All brands of Restricted 416 will drop significantly in hardness when cryogenic treated or PVD coated and that is what I was trying to explain to Nathan Carter and Shay. What they don't know is that our first shipment of the BQ5 steel didn't arrive to us tell the middle of 2020. I had a hunch that he had someone buy the BQ5 steel barrels last year and that is what he is using as his "proof" not knowing the true details. I have asked to subpoena Nathan Carter as it's his text messages that Shay is using.

Thx
Luke

Sent from my iPhone

On Oct 7, 2021, at 9:55 AM, Chuck Bradley <chuckb@shootersconnection.com> wrote:

This could be a problem, I just saw it while going over all the line items.

-------- Forwarded Message --------
**Subject:** pic
   **Date:** Wed, 6 Oct 2021 17:31:02 -0400
   **From:** Chuck Bradley <chuckb@shootersconnection.com>
     **To:** Chuck Bradley <chuckbgm@gmail.com>

<klabkbgfejjmmhod.png>
--
Chuck Bradley- President Shooters Connection Inc.

1

SCI 001830

CONFIDENTIAL

804 South Broadway St. Unit 9
Georgetown, Ky 40324
502-570-4112
502-570-4102 fax
Order line 800-387-4045

 This email has been checked for viruses by Avast antivirus software.
www.avast.com

2

SCI 001831

CONFIDENTIAL



SCI 001832

CONFIDENTIAL

iMessage
Dec 17, 2019, 2:30 PM



SCI 001833

CONFIDENTIAL



SCI 001834

CONFIDENTIAL



**SAMUEL, SON & CO. INC.**

30640 SAN CLEMENTE ST
HAYWARD,CA,94544
Phone: 800-631-9765 Fax: 626-226-5822

**Customer Quotation**

Quote #:      **8091461**

Quote Date:   02/20/2020
Quoted By:    GREG WILSON

---

BILL ADDRESS

KKM PRECISION INC.

5201 CONVAIR DRIVE
CARSON CITY,NV  89706
Attn: LUKE MCINTIRE
Phone:  775-246-5444
Fax:  775-246-9182

SHIP ADDRESS

KKM PRECISION INC.
5201 CONVAIR DRIVE
CARSON CITY,NV  89706

| Line | Order Qty | Quoted Description | | Unit/Ext. Price |
|---|---|---|---|---|
| 1 | 6000 LBS | SS 416 BQ #5 Round Bar 1.75" X 144" RM | Ext Amt... | $3.50/LBS $21,000.00 |
| | | Est. Wgt: 6000 lbs | | |
| | | 98 Business Days ARO (10 Jul 2020)    VIA: Ship Our Truck FOB  Delv. | | |
| **TOTAL Items: 1** | | **Est. Wgt:  6000 lbs** | | **$21,000.00** |

Price and availability subject to confirmation at time of order and to credit approval.

This quote shall be subject to the terms and conditions of sale set out in our standard terms and conditions found at www.samuel.com, as such may be amended from time to time. These terms and conditions shall supercede all other terms and conditions. Applicable sales taxes not included.

Generated :    Thursday, February 20, 2020

Page 1 of 1

SCI 001835

CONFIDENTIAL

**EXHIBIT**

#8  08-18-22 ALB

exhibitsticker.com

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

### Case No.: 0:20-cv-61469-RS

AKAI CUSTOM GUNS, LLC,
a Florida Limited Liability Company,
and SHAY HOROWITZ, an Individual,

     Plaintiffs,

vs.

KKM PRECISION, INC. a Nevada
Corporation, and SHOOTERS CONNECTION,
INC., a Kentucky Corporation,

     Defendants.

_____/

### <u>DECLARATION OF M. F. MARCANIO</u>

STATE OF NORTH CAROLINA__ )
                         ) ss
COUNTY OF MECKLENBURG  )

    I, Michael F. Marcanio, declare as follows:

    1.    I am over the age of 18 and have personal knowledge as to all facts stated herein and would be willing to testify to the same under oath if called upon to do so by this Court.

    2.    I am a resident of the State of North Carolina.

    3.    I am an employee of Outokumpu Stainless Bar, LLC (hereinafter "Outokumpu"), which is a steel manufacturer.

    4.    I have been employed with Outokumpu for 26 years and my current position is Quality Manager. I have a total of 43 years of experience in the metals industries.

    5.    I have personally reviewed the documents attached hereto and labeled as "KKM 000018-KKM 000029" and I have personal knowledge of the content of these records.

6.      KKM 000018-KKM 000029 are Certificates of Test, which record tests performed at approved and certified laboratories performed in accordance with industry specifications, and are records Outokumpu keeps in the regular course of business. As part of my job duties, I am responsible for the systems assuring compliance with testing standards.

7.      The records of these testing events contained in the Certificates of Test labeled as "KKM 000018-KKM 000029" were made by Outokumpu employees trained to assemble shipping documents for delivery to customers at the time of shipment. As part of my job duties, I am responsible for ensuring these records comply with Outokumpu's standards.

8.      The Certificates of Test labeled as "KKM 000018-KKM 000029" were provided from Outokumpu to Samuel, Son & Co., Inc., and are testing compilations we publish which are used and relied upon by steel distributors and customers in the steel industry. KKM 0000-18-KKM 000029 confirms the sale of grade 416 steel bars from Outokumpu to Samuel, Son & Co., Inc.

9.      KKM 000018-KKM 000029 does not indicate the sale of 416R steel bars from Outokumpu to Samuel, Son & Co., Inc., nor does it certify that the steel bars described are "416R" or "416 Restricted."

10.      Outokumpu will sell and certify stainless steel bars as "416R" or "416 Restricted" but it is not an ASTM International standard Grade-Type. A customer may provide us with specifications for "416R" or "416 Restricted" steel bars, and we will certify that the steel bars delivered meet those specifications. KKM 000018-KKM 000029 show that Outokumpu shipped steel bars meeting the ASTM 416 standard, and do not certify any other standard, including "416R" or "416 Restricted."

11.      Outokumpu manufactures and certifies steel bars to the requirements and specifications to purchase orders. Had the purchase orders corresponding to the steel bars

described in KKM 000018-KKM 000029 supplied a different specification and certification requirement than 416, such as "416R" or "416 Restricted," Outokumpu would have both manufactured the bars to those specifications and would have certified that fact.

12.     I have also reviewed the website advertisement from KKM Precision, Inc., attached hereto, which in part states and claims: "*All KKM barrels are made using certified 416R gun-barrel quality stainless steel bar stock.*" To the extent that is being claimed that barrels produced from the sale of grade 416 steel bars from Outokumpu to Samuel, Son & Co., Inc., as outlined in the Certificates of Test labeled as KKM 000018-KKM 000029, such claims are untrue and false according to all of the customer specifications we have received to this date that define grade 416R. Outokumpu did not certify the steel bars described in KKM 000018-KKM 000029 as "416R" or "416 Restricted."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12Th day of July 2022.

_M.F. Mancunio_

**EXHIBIT**

#9  08-18-22  ALB

exhibitsticker.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 0:20-cv-61469-RS**

AKAI CUSTOM GUNS, LLC,
a Florida Limited Liability Company,
and SHAY HOROWITZ, an Individual,

       Plaintiffs,

vs.

KKM PRECISION, INC. a Nevada
Corporation, and SHOOTERS CONNECTION,
INC., a Kentucky Corporation,

       Defendants.

_____/

## DECLARATION OF TAPAN J. SHAH

STATE OF PENNSYLVANIA     )
                     ) ss
COUNTY OF CHESTER        )

    I, Tapan J. Shah, declare as follows:

    1. I am over the age of 18 and have personal knowledge as to all facts stated herein and would be willing to testify to the same under oath if called upon to do so by this Court.

    2. I am a resident of Downingtown, PA, United States of America.

    3. I am an employee of Carpenter Technology Corporation (hereinafter "Carpenter"), which is a steel manufacturer.

    4. I have been employed with Carpenter for eleven (11) years and my title is Vice President - Electronics.  I have a total of over twenty (20) years of experience in the metals industry.

    5. I have personally reviewed the documents attached hereto and labeled as "KKM 000036-KKM 000039" and I have personal knowledge of the content of these records.

    6. KKM 000036-KKM 000039 are Certificates of Test, which record events of testing. The testing events contained in each Certificate of Test, are recorded at or near the time the testing events were completed.

    7. The records of these testing events contained it the Certificates of Test labeled as "KKM 000036-KKM 000039" are regularly kept in the ordinary course of Carpenter's business.

    8. The Certificates of Test labeled as "KKM 000036-KKM 000039" were provided from Carpenter to Samuel Son & Co. Arcadia CA and KKM Precision Inc., and are testing compilations we publish which are used and relied upon by steel distributors and customers in the steel industry.

    9. KKM 000036-KKM 000038 confirms the sale of Carpenter No. 5 BQ grade 416 steel bars from Carpenter to Samuel Son & Co. Arcadia CA. BQ in the name Carpenter No. 5 BQ grade 416 indicates that this grade 416 is a "bright quench" version.

    10. KKM 000036-KKM 000038 does not indicate the sale of 416R steel bars from Carpenter to Samuel Son & Co. Arcadia CA.

    11. KKM 000036-KKM 000038 does not indicate the sale of 416 Restricted steel bars from Carpenter to Samuel Son & Co. Arcadia CA.

    12. KKM 000039 confirms the sale of Carpenter Project 70+ grade 416 steel bars from Carpenter to KKM Precision Inc.

    13. KKM 000039 does not indicate the sale of 416R steel bars from Carpenter to KKM

**EXHIBIT 4**

Precision Inc.

14. KKM 000039 does not indicate the sale of 416 Restricted steel bars from Carpenter to KKM Precision Inc.

15. KKM 000039 indicates that the maximum quench hardness of Project 70+ is 39 HRC.

16. Datasheets from Carpenter regarding Project 70+ grade 416 indicates that Project 70+ is not recommended for vessels containing gases or liquids under high pressures (see **Exhibit A**).

I declare under penalty of perjury under the laws of the State of Pennsylvania that the foregoing is true and correct.

Executed this 8th day of August 2022, at Downingtown, Pennsylvania.

_____
Tapan J. Shah

EXHIBIT 4



# CarTech® 416 Project 70®+ Stainless

| Identification |
| --- |

U.S. Patent Number
• 6,146,475

UNS Number
• S41600

| Type Analysis | | | |
| --- | --- | --- | --- |
| Single figures are nominal except where noted. | | | |
| Carbon (Maximum) | 0.15 % | Manganese (Maximum) | 1.20 % |
| Phosphorus (Maximum) | 0.060 % | Sulfur (Minimum) | 0.150 % |
| Silicon (Maximum) | 1.00 % | Chromium | 12.00 to 14.00 % |
| Iron | Balance | | |

| General Information |
| --- |

Description

CarTech 416 Project 70+ Stainless is an improved modification of CarTech No. 5 stainless, the first free-machining stainless steel. Customers reported that this grade has significantly better machinability than the conventional Type 416, including the following characteristics:

1. 100 to 200% longer tool life.
2. 15% faster machining speeds.
3. Improved finishes.

The low frictional properties of CarTech 416 Project 70+ stainless have minimized scratching and galling in service. Threaded sections have worked freely without seizing and disassembly was particularly easy because of the absence of corrosion in the threads. Pump shafts and valve stems worked more smoothly in packing, and many metal-to-metal contacts withstood more pressure without seizing. This product meets most industry specifications for type 416.

This grade is available in machining bar stock in the Annealed Condition (A), and also Mill Treated in the Intermediate Temper Condition (T), and Hard Temper Condition (H). The Mill Treated Conditions may be utilized to eliminate piece part heat treatment if piece part hardness requirements are compatible with treated barstock hardness ranges. Where corrosion resistance is required, treated CarTech Project 70+ Type 416 stainless may be considered as a replacement for Mill Treated carbon steel grade 1144.

CarTech 416 Project 70+ PDB® stainless combines the superior machinability of CarTech Project 70+ stainless with improved straightness and half-standard dimensional tolerances. This precision drawn bar has been used successfully in a variety of machining operations including CNC Swiss-type screw machines.

Applications

The uses of CarTech 416 Project 70+ Stainless have included fittings, gears, housings, lead screws, shafts, valve bodies, valve stems, and valve trim. It may be considered for parts requiring considerable machining.

This alloy possesses better nongalling properties than Type 410, making disassembly of parts easy and helping to avoid scratching or galling in moving parts.

It is not recommended for vessels containing gases or liquids under high pressures.

Scaling

The safe scaling temperature for continuous service is 1200°F (649°C).

**EXHIBIT A**

## CarTech® 416 Project 70®+ Stainless

### Corrosion Resistance

Project 70+ Type 416 stainless has been used for corrosion resistance to mild atmospheres, fresh water, steam, ammonia, many petroleum products and organic materials and several mild acid environments. A polished finish is not necessary, but a smoother surface is helpful in providing added corrosion resistance.

For optimum corrosion resistance, surfaces must be free of scale, lubricants, foreign particles, and coatings applied for drawing and heading. After fabrication of parts, cleaning and/or passivation should be considered.

**Important Note:** *The following 4-level rating scale is intended for comparative purposes only. Corrosion testing is recommended; factors which affect corrosion resistance include temperature, concentration, pH, impurities, aeration, velocity, crevices, deposits, metallurgical condition, stress, surface finish and dissimilar metal contact.*

| | | | |
|---|---|---|---|
| Nitric Acid | Restricted | Sulfuric Acid | Restricted |
| Phosphoric Acid | Restricted | Acetic Acid | Restricted |
| Sodium Hydroxide | Moderate | Salt Spray (NaCl) | Restricted |
| Humidity | Moderate | | |

### Properties

#### Physical Properties

| | | |
|---|---|---|
| Specific Gravity | 7.64 | |
| Density | 0.2760 | lb/in³ |
| Mean Specific Heat (32 to 212°F) | 0.1100 | Btu/lb/°F |
| Mean CTE (32 to 1200°F) | 6.50 | x 10⁻⁶ in/in/°F |
| Electrical Resistivity (73°F) | 343.0 | ohm-cir-mil/ft |

#### Typical Mechanical Properties

**Typical Room Temperature Mechanical Properties**
1" (25.4 mm) round bar, hardened 1800°F (982°C) 1/2 hour, oil quench, tempered two hours

| Tempering Temperature | | 0.2% Yield Strength | | Ultimate Tensile Strength | | % Elongation in 2" (50.8 mm) | % Reduction of Area | Hardness | | Impact Strength | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | Izod | | Charpy V-Notch | |
| °F | °C | ksi | MPa | ksi | MPa | | | Brinell | Rockwell | ft-lb | J | ft-lb | J |
| 300 | 149 | 138 | 951 | 176 | 1213 | 10 | 20 | 363 | C 38 | 20 | 27 | 20 | 27 |
| 500 | 260 | 136 | 938 | 171 | 1179 | 11 | 32 | 352 | C 37 | 25 | 34 | 22 | 30 |
| 700 | 371 | 136 | 938 | 171 | 1179 | 14 | 45 | 352 | C 37 | 20 | 27 | 22 | 30 |
| 900 | 482 | 125 | 862 | 160 | 1103 | 15 | 45 | 331 | C 35 | 16 | 22 | 15 | 20 |
| 1000 | 538 | 110 | 758 | 137 | 945 | 16 | 50 | 285 | C 30 | 25 | 34 | 23 | 31 |
| 1100 | 593 | 95 | 655 | 114 | 786 | 17 | 54 | 235 | C 22 | 40 | 54 | 40 | 54 |
| 1200 | 649 | 83 | 572 | 103 | 710 | 21 | 57 | 207 | B 95 | 55 | 75 | 50 | 68 |
| 1300 | 704 | 75 | 517 | 95 | 655 | 21 | 60 | 187 | B 92 | 80 | 108 | 75 | 102 |

**EXHIBIT A**

**CarTech® 416 Project 70®+ Stainless**

**Typical Rotating Beam Fatigue Data**
R.R.Moore specimens from 1" (25.4mm) rd. bar



Tempered 1025°F (550°C) = 130 ksi (896 MPa) UTS
Tempered 1300°F (700°C) = 103 ksi (710 MPa) UTS

## Heat Treatment

**Annealing**

Heat uniformly to 1200/1400°F (649/760°C); soak, then remove from the furnace and cool in air. Brinell hardness approximately 187. For maximum softness anneal from a temperature of 1500/1650°F (816/899°C) and cool in furnace. Brinell hardness 155.

**Hardening**

Heat to 1800/1900°F (982/1038°C), soak at heat about 1/2 hour, quench in oil-hardness as-quenched will be Rockwell C 36 to 41. Air cooling will yield about Rockwell C 35 to 39. Bright hardening will usually yield lower hardness since the cooling rate is frequently less than air cooling. Carpenter No. 5 BQ may be considered when bright hardening is necessary.

**Tempering**

Temper to secure the hardness and mechanical properties desired.

Tempering this alloy in the range of 750/1050°F (399/566°C) results in decreased impact strength and also reduced corrosion resistance (the nature and extent of which vary with the media involved). However, tempering in this range is sometimes necessary to obtain the strength and ductility properties required. In many applications and environments, the reduced impact strength is not necessarily detrimental, and the corrosion resistance is only mildly reduced or even unaffected.

## Workability

**Hot Working**

Although this grade can be forged, it is not recommended for upsetting operations. (A special modification of Type 416 is available for forging operations.) To forge, heat uniformly to 2100/2250°F (1149/1232°C), then forge and cool in air. Cool large forgings slowly in dry lime or ashes. Trim hot if possible; otherwise, anneal and trim cold. Do not forge below 1700°F (927°C).

**Cold Working**

Carpenter Project 70+ Type 416 stainless will withstand some cold work, but it is not recommended for cold upsetting. The primary application to be considered for this steel is in parts that are machined to shape.

**Machinability**

Project 70+ Type 416 stainless cuts very freely primarily because of the addition of sulfur. When it has been used in automatic screw machines, this grade machines like AISI C1117.

**EXHIBIT A**

## CarTech® 416 Project 70®+ Stainless

Following are typical suggested starting feeds and speeds for Project 70+ Type 416 stainless.

**Typical Machining Speeds and Feeds—Project 70+ Type 416 stainless**
*The speeds and feeds in the following charts are conservative recommendations for initial setu Higher speeds and feeds may be attainable depending on machining environment.*

Turning—Single-Point and Box Tools

| Depth of Cut (Inches) | Micro-Melt® Powder HS Tools | | | Carbide Tools (Inserts) | | | |
|---|---|---|---|---|---|---|---|
| | Tool Material | Speed (fpm) | Feed (ipr) | Tool Material | Speed (fpm) Uncoated | Coated | Feed (ipr) |
| .150 | M48,T15 | 210 | .015 | C6 | 600 | 775 | .015 |
| .025 | M48,T15 | 240 | .007 | C7 | 675 | 875 | .007 |

Turning—Cut-Off and Form Tools

| Tool Material | | Speed (fpm) | Feed (ipr) | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Micro-Melt® Powder HS | Carbide Tools | | Cut-Off Tool Width (inches) | | | | Form Tool Width (inches) | | |
| | | | 1/16 | 1/8 | 1/4 | 1/2 | 1 | 1½ | 2 |
| M48, T15 | | 150 | .0015 | .002 | .0025 | .002 | .002 | .0015 | .001 |
| | C6 | 360 | .004 | .005 | .007 | .005 | .004 | .0035 | .0035 |

Rough Reaming

| Micro-Melt® Powder HS | | Carbide Tools | | Feed (ipr) Reamer Diameter (inches) | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Tool Material | Speed (fpm) | Tool Material | Speed (fpm) | 1/8 | 1/4 | 1/2 | 1 | 1½ | 2 |
| M48, T15 | 130 | C2 | 150 | .005 | .008 | .013 | .018 | .022 | .025 |

Drilling

| Tool Material | Speed (fpm) | Tools | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | Feed (inches per revolution) Nominal Hole Diameter (inches) | | | | | | | |
| | | 1/16 | 1/8 | 1/4 | 1/2 | 3/4 | 1 | 1½ | 2 |
| C2-Uncoated | 225 | .001 | .003 | .006 | .0085 | .0119 | .0136 | .0158 | .016 |
| C2-Coated | 280 | .001 | .003 | .006 | .0085 | .0119 | .0136 | .0158 | .016 |
| M42 | 100-120 | .001 | .003 | .006 | .010 | .014 | .017 | .021 | .025 |

Die Threading

| FPM for High Speed Tools | | | | |
|---|---|---|---|---|
| Tool Material | 7 or less, tpi | 8 to 15, tpi | 16 to 24, tpi | 25 and up, tpi |
| M7, M10 | 15-25 | 25-35 | 35-45 | 40-50 |

Milling, End-Peripheral

| Depth of Cut (inches) | Micro-Melt® Powder HS Tools | | | | | | Carbide Tools | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Tool Material | Speed (fpm) | Feed (ipt) Cutter Diameter (in) | | | | Tool Material | Speed (fpm) | Feed (ipt) Cutter Diameter (in) | | | |
| | | | 1/4 | 1/2 | 3/4 | 1-2 | | | 1/4 | 1/2 | 3/4 | 1-2 |
| .050 | M48, T15 | 140 | .001 | .002 | .004 | .005 | C6 | 375 | .001 | .002 | .005 | .007 |

Tapping

| High Speed Tools | |
|---|---|
| Tool Material | Speed (fpm) |
| M7, M10 | 25-50 |

Broaching

| High Speed Tools | | |
|---|---|---|
| Tool Material | Speed (fpm) | Chip Load (ipt) |
| M7 | 25 | .004 |

**Additional Machinability Notes**

Figures used for all metal removal operations covered are starting points. On certain work, the nature of the part may require adjustment of speeds and feeds. Each job has to be developed for best production results with optimum tool life. Speeds or feeds should be increased or decreased in small steps.

**EXHIBIT A**

### CarTech® 416 Project 70®+ Stainless

This alloy is available in an enhanced precision drawn bar product. Learn more about the Project 70+ PDB stainless family at Carpenter's MachiningZone.com.

Weldability

Project 70+ Type 416 stainless is not recommended for welding.

## Other Information

### Applicable Specifications

Project 70+ Type 416 and Project 70+ PDB Type 416 stainless meet most standard industry and government specifications for Type 416.

- AMS 5610
- ASTM A581
- MIL-S-52263
- QQ-S-764
- ASTM A314
- ASTM A582
- MIL-S-862

### Forms Manufactured

Annealed Condition A: Brinell Hardness 241 Maximum, Bar Sizes
Annealed Condition A: Tensile Strength 85-115 ksi, Wire Sizes
Heat Treated Condition T: Brinell Hardness 255-302, Bar Sizes
Heat Treated Condition T: Tensile Strength 125-145 ksi, Wire Sizes
Heat Treated Condition H: Brinell Hardness 302-352, Bar Sizes
Heat Treated Condition H: Tensile Strength 145-175 ksi, Wire Sizes

- Bar-Flats
- Bar-Rounds
- Wire
- Bar-Hexagons
- Bar-Squares
- Wire-Rod

### Technical Articles

- A Designer's Manual On Specialty Alloys For Critical Automotive Components
- Alloy Variation Solves Metal Flow Problem in Staking components for Emission Controls
- How to Passivate Stainless Steel Parts
- New Ideas for Machining Austenitic Stainless Steels
- Passivating and Electropolishing Stainless Steel Parts

**Disclaimer:**
The information and data presented herein are typical or average values and are not a guarantee of maximum or minimum values. Applications specifically suggested for material described herein are made solely for the purpose of illustration to enable the reader to make his/her own evaluation and are not intended as warranties, either express or implied, of fitness for these or other purposes. There is no representation that the recipient of this literature will receive updated editions as they become available.

Unless otherwise specified, registered trademarks are property of
CRS Holdings Inc., a subsidiary of Carpenter Technology Corporation
Copyright © 2020 CRS Holdings Inc. All rights reserved.

Visit us on the web at www.cartech.com

Edition Date: 12/19/13

**EXHIBIT A**