UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FORT LAUDERDALE DIVISION


AKAI CUSTOM GUNS, LLC, a Florida
Limited Liability Company, and SHAY
HOROWITZ, an individual,

      Plaintiffs,

vs.                                     Case No.
                                        20-cv-61469-RS
KKM PRECISION INC., a Nevada
Corporation, SHOOTERS CONNECTION,
INC., a Kentucky Corporation,
CHARLES BRADLEY, an Individual and
Kentucky Resident, TIMOTHY MEKOSH,
an Individual and Kentucky
Resident, and MICHAEL DAME, a
Canadian Citizen and Kentucky
Resident,

      Defendants.

_____


DEPOSITION OF DAVID OLIVA

APPEARING REMOTELY FROM

ARCADIA, CALIFORNIA

October 18, 2023

10:39 a.m.


REPORTED BY:

Sheree L. Spencer

CSR No. 11073

APPEARING REMOTELY FROM LOS ANGELES COUNTY, CALIFORNIA

David Oliva
October 18, 2023

```
1   REMOTE APPEARANCES:

2

3   For the Plaintiffs:

4     McKELVIE, McKELVIE, YEE & EPACS, P.C.
      By: EDMUND S. YEE
5          Attorney at Law
      280 West Maple Road
6      Suite 220
      Birmingham, Michigan 48009
7      248.952.5100 Telephone
      248.952.5138 Fax
8      eyee@mmyelaw.com

9      RICHARD J. FIATO
      By: RICHARD J. FIATO
10         Attorney at Law
      550 West Merrill Street
11     Suite 200
      Birmingham, Michigan 48009
12     248.762.0210 Telephone
      fiatolaw@gmail.com
13

14  For KKM Precision, Inc.:

15     ZIMMERMAN, KISER & SUTCLIFFE, P.A.
      By:  NICHOLAS J. MARI
16         Attorney at Law
      315 East Robinson Street
17     Suite 600
      Orlando, Florida 32802
18     407.425.7010 Telephone
      407.425.2747 Fax
19     nmari@zkslawfirm.com

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///
```

David Oliva
October 18, 2023

| | |
|---|---|
| 1 | REMOTE APPEARANCES (Continued): |
| 2 | |
| 3 | For Shooters Connection, Inc.: |
| 4 | COLE, SCOTT & KISSANE, P.A. |
| | By: JOHN A. CHIOCCA |
| 5 | Attorney at Law |
| | 222 Lakeview Avenue |
| 6 | Suite 120 |
| | West Palm Beach, Florida  33401 |
| 7 | 561.383.9220 Telephone |
| | john.chiocca@csklegal.com |
| 8 | |
| 9 | COLE, SCOTT & KISSANE, P.A. |
| | By: JOHN A. CHIOCCA |
| 10 | Attorney at Law |
| | 222 Lakeview Avenue |
| 11 | Suite 120 |
| | West Palm Beach, Florida  33401 |
| 12 | 561.383.9220 Telephone |
| | john.chiocca@csklegal.com |
| 13 | |
| 14 | WILSON ELSER MOSKOWITZ EDELMAN & DICKER |
| | By:  NICHOLAS A. CARDAMONE |
| 15 | Attorney at Law |
| | 222 Lakeview Avenue |
| 16 | Suite 1200 |
| | Orlando, Florida  32801 |
| 17 | 407.203.7599 Telephone |
| | nicholas.cardamone@wilsonelser.com |
| 18 | |
| 19 | For the Deponent: |
| 20 | SHUTS & BOWEN LLP |
| | By:  JEFFREY S. YORK |
| 21 | Attorney at Law |
| | 1000 Riverside Avenue |
| 22 | Suite 800 |
| | Jacksonville, Florida  32204 |
| 23 | 904.899.9952  Telephone |
| | jyork@shutts.com |
| 24 | |
| 25 | /// |

David Oliva
October 18, 2023

```
 1    REMOTE APPEARANCES (Continued):

 2

 3    Also Present:

 4       SHAY HOROWITZ
         LUKE McINTIRE
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

David Oliva
October 18, 2023

```
 1              INDEX TO EXAMINATION

 2           WITNESS: DAVID OLIVA

 3

 4   EXAMINATION                    PAGE

 5   BY MR. YEE                      7

 6   BY MR. MARI                     64

 7   BY MR. CARDAMONE                    84

 8   BY MR. YEE                      85

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

David Oliva
October 18, 2023

| | |
|---|---|
| 1 | INDEX TO EXHIBITS |
| 2 | DAVID OLIVA |
| 3 | Akai Custom Guns, LLC v. KKM Precision, Inc., et al. |
| 4 | Wednesday, October 18, 2023 |
| 5 | Sheree L. Spencer, CSR No. 11073 |
| 6 | |
| 7 | MARKED          DESCRIPTION          PAGE |
| 8 | Exhibit 1     Documents produced by Samuel,     14<br>Son & Co. |
| 9 | (Bates Nos. SAM-NPR000001 - 46) |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | (Exhibit provided electronically to the reporter) |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

David Oliva
October 18, 2023

| | |
|---|---|
| 1 | REPORTED REMOTELY FROM LOS ANGELES COUNTY, CALIFORNIA |
| 2 | WEDNESDAY, OCTOBER 18, 2023, 10:39 A.M. |
| 3 | |
| 4 | DAVID OLIVA, |
| 5 | having been first duly sworn or affirmed, was examined |
| 6 | and testified as follows: |
| 7 | |
| 8 | EXAMINATION |
| 9 | |
| 10 | BY MR. YEE: |
| 11 | Q.  Could you state your name for the record, sir. |
| 12 | A.  David Oliva. |
| 13 | Q.  Okay.  I just wanted to make sure I have your |
| 14 | last name as Oliva? |
| 15 | A.  Oliva.  Yes. |
| 16 | Q.  Okay.  Thank you. |
| 17 | Mr. Oliva, have you given a deposition before? |
| 18 | A.  Nope. |
| 19 | Q.  Okay.  I'm hoping that your attorney, Mr. York, |
| 20 | has explained to you what is going to happen here today. |
| 21 | All a deposition is, is a roomful of attorneys asking |
| 22 | you some questions about your involvement or possible |
| 23 | involvement in matters relating to a lawsuit.  It's |
| 24 | important as we -- as we ask questions of you this |
| 25 | afternoon, you answer them. |

David Oliva
October 18, 2023

```
 1          As you can see, we have a court reporter that
 2   has to make a record of all the questions and all the
 3   answers.  It's important that if we have to look at the
 4   transcript that's going to be generated after this
 5   deposition, that we understand what happened here today.
 6   So from time to time we may stop you while you're
 7   answering a question for some reason -- for several
 8   reasons, and it's only to make the record clear.
 9          For instance, I know from time to time people
10   have a tendency in normal conversations to say "uh-huh"
11   and "huh-uh" for "yeses" and "noes."  One of the
12   attorneys may catch you doing that and may say to you
13   "Is that a 'yes' or is that a 'no'?"  We're not trying
14   to give you a hard time.  We just want to make sure that
15   the record is clear of "yeses" or "noes" later.
16          Also, you may already know an answer to a
17   question of mine before I finish the question, but
18   please allow me to finish, and I'll give you as much
19   time as you need to respond.  It's difficult sometimes
20   for our reporter to record one person talking over
21   another, and it kind of confuses the transcript, if you
22   will.
23          Finally, if I ask you a question and either
24   because you didn't hear part of it or you didn't
25   understand it, let me know.  I'll be more than happy to
```

David Oliva
October 18, 2023

1    repeat it or rephrase it until you understand the

2    question, because if you do answer a question, I will

3    assume that you not only heard it, but you understood

4    it.

5          Is that fair?

6      A.   That's fair.

7      Q.   Okay.  And especially, at least in terms of

8    hearing the question, I have what appears to be

9    construction going on in the office suite below me

10   today, so there may be some background noise where you

11   can't hear.  But let me know, if that's the case.  I'll

12   be more than happy to repeat the question.  Okay?

13     A.   Okay.

14     Q.   Can you tell us a little bit about your

15   education?  Did you go to high school?

16     A.   Yes.

17     Q.   And where did you attend high school?

18     A.   Rancho High School in Pico Rivera, California.

19     Q.   And when did you graduate high school?

20     A.   1982.

21     Q.   '82.

22          And after you graduated from high school, did

23   you, then, engage in any higher form of education like

24   college or university?

25     A.   Yes.

David Oliva
October 18, 2023

1     Q.   Where did you attend?

2     A.   Chapman College in Orange, California.

3     Q.   And what did you study?

4     A.   Business administration.

5     Q.   And did you obtain a degree from Chapman?

6     A.   No.

7     Q.   Other than Chapman, did you attend any other

8  college or university?

9     A.   No.

10    Q.   What did you study while you were at Chapman?

11    A.   Business administration with the emphasis on

12  marketing.

13    Q.   Marketing.  Okay.

14         And are you currently employed, sir?

15    A.   Yes.

16    Q.   And who are you employed with?

17    A.   Samuel, Son & Co.

18    Q.   How long have you been with Samuel, Son & Co.?

19    A.   33 years.

20    Q.   33 years.

21         Prior to your employment with Samuel, Son &

22  Co., who did you work for?

23    A.   Los Angeles Herald Examiner.

24    Q.   I'm sorry.  "Los Angeles" --

25    A.   -- "Herald Examiner."

David Oliva
October 18, 2023

1   Q.   "Herald Examiner" --

2   A.   It's a newspaper.

3   Q.   And how long did you work at the Los Angeles

4   Herald Examiner?

5   A.   I believe two years.

6   Q.   And what did you do there?

7   A.   Sales.

8   Q.   And then after the -- you left Los Angeles

9   Herald Examiner, you then joined Samuel, Son & Co.?

10   A.   Yes.

11   Q.   Does Samuel, Son & Co. have several offices in

12   Los Angeles?

13   A.   Just one.

14   Q.   Or in California?

15   A.   In California, yes.

16   Q.   Okay.

17   A.   In Los Angeles, just one.

18   Q.   Okay.  Which office of Samuel, Son & Co. do you

19   work at?

20   A.   In the Los Angeles office.

21   Q.   And what is the address there?

22   A.   That's a great question.  12389 Lower Azusa

23   Road, Arcadia, California.

24   Q.   And do you --

25       MR. YORK:  And you may want to spell that --

David Oliva
October 18, 2023

1   you may want to spell that for the court reporter, the

2   road.

3           MR. YEE:  Thanks, Jeff.

4           THE WITNESS:  Arcadia is A-r-c-a-d-i-a.

5   BY MR. YEE:

6       Q.   And your 33 years of employment with Samuel,

7   Son & Co., has it always been at this address in

8   Arcadia?

9       A.   It's been in Los Angeles, but not at this

10  address.  We moved here back in 2018, I believe.

11      Q.   So in 2018, you moved to this address here?

12      A.   Yes.

13      Q.   Prior to 2018, where were you?

14      A.   The City of Commerce.

15      Q.   The move between Commerce and Arcadia, did you

16  have different positions with Samuel, Son & Co.?

17      A.   I'm trying to think.  At that time I was --

18  during the move, I was in this position already.

19      Q.   And from what position or title do you

20  currently have with Samuel, Son & Co.?

21      A.   Regional vice president.

22      Q.   Have you always been the regional vice

23  president with Samuel, Son & Co.?

24      A.   No.

25      Q.   Okay.  What were some of the previous titles

David Oliva
October 18, 2023

1   that you've held over the 33 years?

2      A.   Inside sales, outside sales, product

3   management, sales manager, general manager, and then

4   vice president.

5      Q.   When did you become the regional vice

6   president?

7      A.   It was in 2017.

8      Q.   And it sounds like at that time you were in the

9   Commerce location?

10     A.   Yes.

11     Q.   And then sometime in 2018, that's when you

12  moved to Arcadia; correct?

13     A.   Yes.

14     Q.   So it sounds like when you started out with

15  Samuel, Son & Co. 33 years ago, was your first position

16  sales related?

17     A.   Yes, inside sales.

18     Q.   Inside, okay.

19          Did you go from inside sales to outside sales?

20     A.   Yes.

21     Q.   Okay.  And just can you briefly tell us what

22  the primary business that Samuel, Son & Co. is engaged

23  in?

24     A.   We're a metals distribution company.

25     Q.   And just to clarify, when you say "metal

David Oliva
October 18, 2023

1   distribution," you're not a metal or steel manufacturer;

2   correct?

3       A.   No, we are not.

4       Q.   Okay.  But your customers, if they need certain

5   metals, they come to you, and then you find it from the

6   manufacturers; correct?

7       A.   Yes, that is correct.

8       Q.   Okay.  And I assume that Samuel, Son & Co. is

9   not involved in any type of metal hardening; is that

10  correct?

11      A.   No, we are not.

12      Q.   So you simply procure the steel and metals that

13  are sought by the customer?

14      A.   Yes.

15      Q.   Mr. Oliva, what I'd like to do at this point is

16  actually bring up on the screen documents that we

17  received in response to a subpoena that we had served on

18  Samuel, Son & Co., and we're going to call this

19  Exhibit 1.

20          (Exhibit 1 remotely introduced and marked)

21          MR. YEE:  Can everyone see this first page?

22          THE WITNESS:  I can see it.  It's a little

23  blurry, but I can see it.

24  BY MR. YEE:

25      Q.   Okay.  Mr. Oliva, before I ask you questions

David Oliva
October 18, 2023

1    about it, let me, I guess, scroll through the various

2    pages so you can at least have an opportunity to see

3    them and, then, certainly let me know if I'm going too

4    fast.  I'll be more than happy to slow it down so you

5    can kind of see them; and then once you've had a chance

6    to review them, I'd like to ask you some questions about

7    these documents.  Let me turn this one the right way.

8          This one we've got to turn.  Sorry about all

9    this turning of documents, but this was how it was

10   produced to us.  Unfortunately, I don't have it straight

11   up and down on each page, but we're almost near the end

12   here.

13         As I mentioned earlier, Mr. Oliva, these are

14   documents that were produced by Samuel, Son & Co. in

15   response to a subpoena that we had served, and they were

16   produced to us with labeling in the lower-hand corner as

17   SAM-NPR and there's several zeros, but basically 1 to

18   46, which corresponds to the page numbers.

19         Have you seen these documents before?

20   A.   Yes, I have.

21   Q.   Did you personally review these documents

22   including the invoices, you know, the purchase orders

23   and e-mails that are -- that we scrolled through here?

24   A.   Yes, I have.

25   Q.   Were you personally involved in the search for

David Oliva
October 18, 2023

1    these records when the subpoena was served on Samuel,

2    Son & Co.?

3        A.   No, I was not.

4        Q.   Okay.  These records that have been labeled

5    SAM-NPR1 through 46, are these records that are kept in

6    the regular and ordinary course of Samuel, Son & Co.'s

7    business?

8        A.   Yes.

9        Q.   These records, are these typical records that

10   are generated by Samuel, Son & Co. employees in the

11   regular conduct of business for Samuel, Son & Co.?

12       A.   They were through our ERP system or computer

13   software system, yes.

14       Q.   What does "ERP" stand for?

15       A.   "Enterprise Resource."

16       Q.   Is that some type of, like, ordering system?

17       A.   It's just a generic name for your computer

18   system that you operate.

19       Q.   Okay.  I'll go up to the top here real quick.

20   What I'd like to do is go through some of the pages

21   here.  Specifically, I want to focus your attention on

22   pages 2, 3, and 4, but I want to do it in an alternate

23   way.  Two, 3, and 4 is a printout of a spreadsheet that

24   was actually provided to us that has this information.

25   Obviously it's in a different format here.  As you can

David Oliva
October 18, 2023

1    see, it's really just a printed version, but as you can

2    see, it's very difficult to read, so what I'd like to do

3    is pull up the electronic version of it that we

4    received, which is a recitation of pages, again, 2

5    through 4.

6          My understanding is that this is a copy of the

7    buy history that shows the purchases made by KKM

8    Precision through Samuel, Son & Co. from March of 2015

9    through, looks like, May of 2022.

10          Are you familiar with this buy history?

11    A.   Yes, I am.

12    Q.   Have you had a chance to look at this buy

13    history at all prior to today's deposition?

14    A.   Yes, briefly.

15    Q.   In looking at the buy history here, just to

16    understand what this print it says down here, this is

17    just the invoice number that's generated for the

18    purchases; correct?

19    A.   Yes, sir.

20    Q.   And is the invoice number a number assigned by

21    Samuel, Son & Co.?

22    A.   Yes.

23    Q.   I noticed that there's another column that's

24    called "order number."

25          What's the difference between an invoice number

David Oliva
October 18, 2023

1   and order number?

2      A.   So the order number referenced the original

3   order that we receive from the customer, which will

4   generate various documents from that order number.   One

5   of those documents that's generated is an invoice number

6   that will just basically say, here's your bill for what

7   you purchased, and it matches up in our system.   It

8   references back in our system to that order number.

9      Q.   Okay.   What about this column that's called

10  "heat number"?   What is the heat number indicative of?

11     A.   So when the manufacturers of the metal produce

12  this product, they produced it in what they call "heat

13  numbers," and heat numbers identify each certain batch

14  of metal or weight of metal that each number will have,

15  then a certificate of -- you know, certificate of

16  components, or "test components" we call them, that will

17  give you physical and chemical properties.

18     Q.   I assume this column stands for item "NBR" for

19  "number"?

20     A.   Yes.  It's just our internal item number.

21     Q.   Okay.   Any significance with this item number?

22     A.   No.

23     Q.   Okay.   And then the next column is order "DES,"

24  for, I understand, probably, "description"?

25     A.   Yes.

David Oliva
October 18, 2023

1    Q.   Okay.  Does this describe the type of metal

2    that is been ordered by, in this case, KKM?

3    A.   Yes.

4    Q.   Okay.  The next column is "Quantity Sold."  How

5    is this?  Is this the number of -- for instance, the

6    description here is "round bar."

7         Is this the number of bars, or is this the

8    weight of the bars?

9    A.   This is the weight.  So that would reference

10   pounds.

11   Q.   Okay.  What is this column that says "UM"?

12   A.   It's a "unit of measure."

13   Q.   Okay.  And what does "CWT" stand for?

14   A.   "Hundredweight."

15   Q.   Okay.  And there's a column, "Original PO"?

16   What does this tell us?

17   A.   That's probably our original PO to the

18   manufacturer.

19   Q.   Okay.  So in this case, it looks like the

20   manufacturer would be Outokumpu.  So this would be your

21   purchase order with Outokumpu?

22   A.   Yes.

23   Q.   Okay.  Any significance under this column,

24   Original PO line?

25   A.   It's just the line on the purchase order

David Oliva
October 18, 2023

1   number.

2       Q.   What about, it looks like, "Purch Vendor."

3   What does this number tell us?

4       A.   It's just their vendor number with us in the

5   system.

6       Q.   Okay.  And then "Ven Name," we established

7   that's the name of the steel manufacturer?

8       A.   Yes.

9       Q.   Mill is, what does this "Mill Count" tell us?

10      A.   I'm not exactly sure what that represents.

11      Q.   Okay.  And then obviously "Mill Name" would be

12  the name of the facility?

13      A.   Yes.

14      Q.   And finally what about "Tag Number"?  What is a

15  "Tag Number"?  What does this column tell us?

16      A.   So every receipt, we'll receive internally from

17  the mill.  We identify it -- one of the ways we identify

18  it internally is by a tag number.  So if there's

19  multiple heat numbers, which we talked about earlier,

20  there will be a corresponding tag number or bundle

21  number.

22      Q.   We can come back to this item No. 5466062,

23  briefly.

24      A.   Okay.

25      Q.   Can you tell me what that number tells us?

David Oliva
October 18, 2023

1    A.   It tells us that that is 416 round bar inch per

2    quarter diameter, by 144 inches, and "RDM" stands for

3    our system "random length."

4    Q.   So is this like -- for lack of a better term,

5    like, a catalog or item number for this product?

6    A.   Exactly.

7    Q.   Okay.  I got it.  I got it.

8         In looking at the buy history that are, again,

9    represented by the produced documents, pages 2 through

10   4 -- but, again, we're looking at the electronic

11   version, it's a little easier to read.  In looking at

12   the order descriptions here, what was the prominent or

13   primary type of steel bars KKM was ordering from Samuel,

14   Son & Co.?

15   A.   416 round bar.

16   Q.   When you say "416," is that what I understand

17   to also be known as the ASTM A582 416?

18   A.   That, I am not familiar with the ASTM number

19   that corresponds with the 416.

20   Q.   Okay.  In looking at this buy history between,

21   again, March of 2015 and May of 2022, did you see in the

22   buy history where KKM had to order any 416 R round bar?

23   A.   No.  I did not find that.

24   Q.   Other than looking at the documents here in the

25   buy history, do you have any personal knowledge of the

David Oliva
October 18, 2023

1   order requirements of KKM, meaning, did you ever have

2   any personal conversations with anyone at KKM regarding

3   their orders?

4       A.   Not personal conversations.  Obviously there's

5   e-mail correspondence, several years ago, it looks like.

6       Q.   Okay.  When you were involved in inside and

7   outside sales, did you ever have any occasion to work on

8   the KKM account in terms of their sales with them?

9       A.   No.

10      Q.   Do you know if KKM ever provided Samuel, Son &

11  Co. any special requirements or restrictions for the

12  steel bars that they wanted to purchase?

13      A.   I am not aware of that.

14      Q.   And as you described what Samuel, Son & Co.

15  does earlier, and that you are a distributor, that

16  you're not a manufacturer, is it true that Samuel, Son &

17  Co. would not have made any recommendations to KKM on

18  the type of steel that they would need for any

19  particular purpose; correct?

20      A.   That is correct.

21      Q.   It is my understanding that generally with your

22  customers like KKM, they basically contact you, tell you

23  what you're looking for, and you go find it; right?

24  You're not making any recommendations on the type of

25  steel with them; correct?

David Oliva
October 18, 2023

1    A.   That is correct.

2    Q.   Okay.  If I can direct your attention to this

3    highlighted area here, the electronic version, this

4    appears to be related to KKM purchases in January of

5    2017.

6         Can you tell by looking at this buy history

7    whether this material here that was purchased -- it

8    looks like the manufacturer, at least the top three

9    lines here was a Ta Chen International Depot, and then

10   the bottom two lines are North American Stainless, can

11   you tell from looking at this buy history if this

12   material was, in fact, delivered to KKM?

13   A.   I can't tell from looking at this screen it was

14   delivered.

15   Q.   Okay.  Is there a way for you to determine if

16   this material was delivered to KKM?

17   A.   Yes.

18   Q.   How would you do that?

19   A.   You could look at the shipping documents.

20   Q.   Okay.  But looking at this again, the

21   electronic version, this Excel spreadsheet, the fact

22   that it appears on this spreadsheet indicates to you

23   that, at some point in time in January of 2017, KKM did

24   purchase these 416 round bars from Ta Chen and North

25   American; correct?

David Oliva
October 18, 2023

1    A.   They purchased them from us, which we supplied

2  material that was either from Ta Chen or North American.

3    Q.   Okay.  So let's go back -- never mind.  I

4  thought about labeling the buy history as Exhibit 2, but

5  it is already contained in Exhibit 1.  It is pages 2

6  through 4 which is not very easy to read because it's

7  such small print, but let's move on.

8       If we can look at, again, the pages that were

9  produced through the subpoena.  This is page 5.

10       Mr. Oliva, can you tell me what page 5 tells

11  us?

12    A.   This is an invoice for a shipment we made to

13  KKM.

14    Q.   Okay.  It looks like the shipment was made

15  sometime in April of 2016; is that correct?

16    A.   Yep.  It looks like it was April 28th, is

17  probably around the date we shipped it.

18    Q.   Okay.  And this appears to be for the shipment

19  of 416 round bars; correct?

20    A.   Yes.

21    Q.   Okay.  And the quantity, would this be,

22  6,087 pounds?

23    A.   Yes.

24    Q.   Okay.  Now, if this was for 416 R round bars,

25  this document would indicate that it's 416 R; correct?

David Oliva
October 18, 2023

1    A.   It could, yes.

2    Q.   Okay.  But based on this date here, April 2016,

3  we know from the buy history we looked at, at least

4  between 2015 and 2022, KKM only purchased 416; is that

5  correct?

6         MR. MARI:  Object to the form.

7         This is Attorney Mari.

8         MR. YEE:  Hey, Nick, you cut out there for a

9  second.  You may want to repeat that.

10        MR. MARI:  I said, "This is Attorney Mari.

11  Object to the form."

12        MR. YEE:  Let me -- and I'm not sure if I

13  caught your answer, Mr. Oliva.  Let me ask that again.

14   Q.   This document, on page 5 here, shows it's an

15  invoice for the sale of 416 round bars to KKM; correct?

16   A.   Yes.

17   Q.   Okay.  And we had established earlier that,

18  from the buy history, that between March of 2015 and

19  May of 2022, the buy history only showed that KKM

20  purchased 416, not 416 R; correct?

21   A.   Yes.

22        MR. MARI:  Same objection.

23  BY MR. YEE:

24   Q.   Okay.  Let's move on to page 6.  Can you tell

25  us what page 6 tells us?

David Oliva
October 18, 2023

 1        THE REPORTER:  I'm sorry.  Can you repeat your

 2    answer once again, please?

 3        THE WITNESS:  Sure can.  So this looks like a

 4    bill of lading document that lists what we are shipping

 5    to KKM, broken down by the number of pieces and the heat

 6    number of each one of those pieces.

 7    BY MR. YEE:

 8        Q.   And this page 6 seems to be related to page 5;

 9    correct?

10        A.   Yep.  Yep.

11        Q.   And what about page 7?  What is page 7?

12        A.   That, I'm not exactly sure.  It looks like a

13    shipping document, but I'm not really sure how we use

14    it.

15        Q.   Okay.  But page 7 also identifies some product,

16    at least, being sold or shipped to KKM as 416 round bar;

17    correct?

18        A.   Yes.

19        Q.   Okay.  And it's unfortunately hard to determine

20    what it's related to because there's no date on it,

21    looks like.  Although, there is an order number here.

22        A.   So that order number would also be referenced

23    on the shipping documents above.

24        Q.   Okay.

25        A.   I didn't get it.

David Oliva
October 18, 2023

1    Q.   Under "PO" hashtag here, is this purchase order

2    number?

3    A.   Yes.

4    Q.   And then it indicates "VBL Luke."

5         Do you know what "VBL" stands for?

6    A.   "Verbal."

7    Q.   So this would have been a verbal order by

8    someone named Luke at KKM?

9    A.   Yes.

10    Q.   Okay.  Let's move onto page 8.  Can you tell us

11    what page 8 is?

12    A.   Yeah.  This is a certificate of test from

13    Outokumpu.

14    Q.   What is a "certificate of test"?

15    A.   That shows for the buyer what -- what they're

16    shipping, in this case 416.  It will list all the

17    specifications that that 416 was made to by Outokumpu.

18    It will give you a breakdown of the physical and

19    mechanical properties, also the chemical composition of

20    the metals, it will give you the breakdown.

21    Q.   Mechanical breakdown, and you're talking about

22    where it says "chemical composition"?

23    A.   Yes.

24    Q.   Okay.  Is this a document that you would

25    receive with every order from Outokumpu?

David Oliva
October 18, 2023

1    A.   Yes.

2    Q.   Okay.  So in this particular case here, it

3    looks like it relates to an order sometime in

4    November 2015; is that right?

5    A.   Yes.

6    Q.   Okay.  And if I'm looking at this correctly, it

7    looks like it's for 416; correct?

8    A.   Yes.

9    Q.   And the total weight looks like 1282.  Would

10   that be in pounds again?

11   A.   Yes.

12   Q.   Okay.  And in looking at page 8 here, it looks

13   like this is the purchase of standard 416 steel;

14   correct?

15   A.   Of 416, yes.

16   Q.   Okay.  The page 9 is also a certificate of

17   test, which you told us how -- how and when it's

18   generated.  It looks like it is from Outokumpu, but this

19   is for, then, I'm guessing for another order in November

20   of 2015, but this one is for 1,300, it looks like,

21   18 pounds --

22   A.   Yes.

23   Q.   -- is that correct?

24   A.   Yes.

25   Q.   Okay.  And what is the product that's being

David Oliva
October 18, 2023

1    shipped by Outokumpu here?

2        A.    416.

3        Q.    Page 10 is also related to an order from

4    November 2015, but this one is for 1,320 pounds; is that

5    correct?

6        A.    Yes.

7        Q.    And what is the product that is being purchased

8    from Outokumpu here?

9        A.    416.

10       Q.    Page 11 is another certificate of test related

11   to an order from November of 2015.   This one is for

12   1,294 pounds.   What is the product being purchased here?

13       A.    416.

14       Q.    Page 12 is another document, certificate of

15   test related to an order from November of 2015, total

16   weight here is 1,294 pounds.   What is the product being

17   ordered here?

18       A.    416.

19       Q.    Page 13 looks like is related, again, to

20   November 2015.   Total weight here is 1,320 pounds.   What

21   is the product being ordered here?

22       A.    416.

23       Q.    If you wonder, these are duplicates, but here's

24   another November 2015 certificate of test from

25   Outokumpu.   Total weight here is 1,292 pounds.   And

David Oliva
October 18, 2023

1  what's the product here?

2      A.   416.

3      Q.   Page 15 is another November 15 certificate of

4  test for 718 pounds, and what is the product here?

5      A.   416.

6      Q.   Okay.  Page 16, this one is also November of

7  2015, but it actually has a different date.  This one is

8  November 4th, whereas the earlier ones were

9  November 11th.  Looks like the total weight of the

10  product here is 1,286 pounds.  What is the product being

11  ordered here?

12     A.   416.

13     Q.   Page 17 is another November 4, 2015 certificate

14  of test from Outokumpu.  This one is for 622 pounds.

15  And what is this product?

16     A.   416.

17     Q.   Page 18 is no longer a certificate of test.

18  Can you tell us what page 18 is?

19     A.   It is a bill of lading.

20     Q.   Okay.  Can you tell by looking at this document

21  here what date of this order was?  It looks like from

22  what I can see, it looks like April of 2016; is that

23  right?

24     A.   Yeah.  April 27, 2016 --

25     Q.   Okay.

David Oliva
October 18, 2023

1   A.   -- was when it was shipped.

2   Q.   And this is a bill of lading for the shipment

3   from Samuel, Son & Co. to KKM?

4   A.   Yes.

5   Q.   Okay.  And it identifies six bundles,

6   124 pieces of what appears to be stainless steel round

7   bars; is that correct?

8   A.   Yes.

9   Q.   Actually, I can make this bigger.  It looks

10  like the total weight in this order is about

11  6,087 pounds; is that correct?

12  A.   Yes.

13  Q.   Let's go to page 19.  Can you tell us what

14  page 19 is?

15  A.   That is an invoice.

16  Q.   Okay.  Invoice from Samuel, Son & Co. to KKM?

17  A.   Yes.

18  Q.   And it looks like -- it looks like this product

19  was ordered in October of 2016, but not invoiced until

20  January of 2017.  Does that appear to be correct?

21  A.   Yes, sir.

22  Q.   Any idea why there is a delay between the order

23  date and invoice date, at least with respect to this?

24  A.   Sometimes -- yeah.  Well, we'll have to order

25  stuff from the mill, the customers wait for it to come

David Oliva
October 18, 2023

1    in, so they'll place the order in advance.  And once the

2    material arrives, then we'll ship it to the customer.

3        Q.   And this invoice reflects the purchase of

4    5,962 pounds of 416 round bar; is that correct?

5        A.   Yes.

6        Q.   And it does not indicate, at least on this

7    invoice, that you guys generated that it relates to

8    416 R; is that correct?

9        A.   That is correct.

10       Q.   Let's move to page -- what page is this?  This

11   is 20.  What is page 20?

12       A.   Also, it looks like a packing cert.

13       Q.   Okay.  And this relates to an order that

14   occurred sometime in January of 2017; is that correct?

15       A.   Yeah, I think so.

16       Q.   In fact, I think it relates to the last page we

17   just talked about in terms of the weight, 5,962, which I

18   think is the --

19       A.   It does.

20           (Simultaneous colloquy)

21   BY MR. YEE:

22       Q.   -- invoice --

23           And again, this packing slip shows the purchase

24   of 416 round bar; correct?

25       A.   Yes.

David Oliva
October 18, 2023

1     Q.   Okay.  You mentioned earlier in one of the

2   earlier pages that it appeared to be the same like this,

3   I'm not exactly sure what this document represents, but

4   it shows nevertheless -- by the way, this is page 21 --

5   the sale of 416 round bars to KKM, and it looks like

6   this is a verbal order; is that correct?

7     A.   Yes.

8     Q.   Let's move on to page 22.  Can you tell me what

9   page 22 is?

10     A.   That is a test certificate.

11     Q.   Is this similar to the certificate of test that

12   we talked about earlier from Outokumpu?

13     A.   Yes.

14     Q.   Okay.  So instead of actually being called a

15   certificate of test, this manufacturer here is simply

16   called a "test certificate"?

17     A.   Yes.

18     Q.   And it looks like the manufacturer here is Ta

19   Chen International, Incorporated; is that correct?

20     A.   No.  It is not.

21     Q.   "It is not"?

22     A.   "It is not."

23     Q.   Okay.

24     A.   The manufacturer is Viraj Profiles.

25     Q.   Okay.  So the manufacturer is Viraj, V-i-r-a-j,

David Oliva
October 18, 2023

1    Profiles?

2        A.   Yes.

3        Q.   Okay.  I see the name "Ta Chen International"

4    on here.  Where does Ta Chen fit into this?  Are they,

5    yet, another broker that you had to go through?

6        A.   Yes.  Yes, they're master -- what we call in

7    our industry a "master distributor," so they stock metal

8    that we would buy from.

9        Q.   Got it.  Okay.  Okay.

10           And it looks like this purchase happened

11   sometime in September of 2015.  Does that sound right,

12   from looking at this?

13       A.   I'm not seeing the -- I'm looking for the date.

14       Q.   There's a date here in the right-hand side in

15   the upper right-hand corner, but I'm not sure if that --

16       A.   That doesn't -- that probably corresponds to Ta

17   Chen's purchase from Viraj.  Not necessarily Samuel's

18   purchase from Ta Chen's.

19       Q.   Got it.  But looking at page 22, can you tell

20   what grade of steel is being procured through Ta Chen

21   and Viraj here?

22       A.   That is type 416.

23       Q.   Okay.  Let's move on to page 43.

24           Can you tell us what page 43 is?

25       A.   That is also a test report.

David Oliva
October 18, 2023

1    Q.   So this would be another form of a certificate

2  of test?

3    A.   Yes.

4    Q.   Okay.  And looking at this one, I don't want to

5  assume anything.  Who would be the steel manufacturer

6  here?

7    A.   North American Stainless.

8    Q.   Okay.  So North American Stainless is a steel

9  manufacturer here?

10    A.   Yes.

11    Q.   It looks like this purchase was made here in

12  December of 2016; correct?

13    A.   Yes.

14    Q.   Can you tell what grade of steel is being

15  purchased here?

16    A.   Yes.  416.

17    Q.   Okay.  Bear with me one second here.  I want to

18  back up and look at something.

19        Come back to page 22 just briefly, Mr. Oliva.

20  And this, again, is the test certificate from the

21  manufacturer Viraj but by way of Ta Chen International,

22  the master broker that you mentioned or -- it appears

23  that the purchase here involved a little more than

24  11,000 pounds of round bar; is that correct?

25    A.   That Ta Chen purchased from Viraj, yes.

David Oliva
October 18, 2023

1    Q.   Okay.  Now, I understand that Ta Chen would

2    have purchased this from Viraj, but that would have been

3    pursuant to a request from Samuel, Son & Co.; correct?

4    A.   Explain a little bit more detail what you mean

5    by that.

6    Q.   Yeah.  So what I'm trying to understand is

7    that, you explained to me that Viraj is the

8    manufacturer --

9    A.   Uh-huh.

10    Q.   -- but Ta Chen, I guess, the distributor/broker

11    that you would have contacted to order this product

12    from; correct?

13    A.   Correct.

14    Q.   But this document on page 22 represents the

15    invoice between Ta Chen and Viraj; correct?  Not between

16    Ta Chen and Samuel, Son & Co.?

17    A.   Correct.

18    Q.   Okay.  And it shows that Viraj sold

19    11,090 pounds of this round bar to Ta Chen; correct?

20    A.   What it shows is that they shipped

21    11,090 pounds of that heat number to Ta Chen.  Whether

22    that purchase order was for 11,000 pounds or

23    100,000 pounds, I don't know from this document.

24    Q.   I understand.  Okay.

25         Let's move on to page 24.  This is another test

David Oliva
October 18, 2023

1  report from North American stainless; is that correct?

2     A.   Yes.

3     Q.   And this appears to be involving a purchase

4  made in December of 2016; is that correct?

5     A.   Yes.

6     Q.   Okay.  And what grade of steel is being

7  purchased here?

8     A.   It looks like it's 416.

9     Q.   Okay.  Page 25, we're back to an Outokumpu

10  certificate of test, which you've already explained to

11  us what that is.  This appears to relate to a purchase

12  made in October 5th of 2016 for a total weight of about

13  1,094 pounds.  What is the product being ordered here?

14     A.   416.

15     Q.   Page 26, we saw a document like this earlier.

16  You mentioned that this is simply a bill of lading

17  showing the shipping of certain product from Samuel, Son

18  & Co., to KKM; is that correct?

19     A.   Yes.

20     Q.   And in this particular case, it looks like the

21  shipment made is really hard to read, but it appears to

22  be sometime in 2017.  Is that what it looks like?

23     A.   It's hard to read, but maybe.

24     Q.   Okay.

25     A.   The date, the signature date that is

David Oliva
October 18, 2023

1    referenced, 2017.

2        Q.   Okay.  Looking at the page 26, who are the

3    people -- who are the signatures from?  Can you tell

4    from here?  I don't necessarily need to -- if you can

5    identify by the person, great.  If not, but who would be

6    the people that typically would sign in these two boxes

7    here?

8        A.   So I don't know the people but, who would sign

9    it is one that the trucking company, Doss Trucking, so

10   their representative, upon picking it up from our

11   facility, would sign that they received it.  And then

12   the second signature below, I believe, would be someone

13   at KKM showing that they received this material.

14       Q.   Okay.  The shipper certification here?

15       A.   Yes.

16       Q.   Okay.  So this would be a person at KKM?

17       A.   I believe so.

18       Q.   Okay.  Okay.  Let's go on to page 27.  This is

19   an invoice for a purchase in April of 2017; correct?

20       A.   Actually, this is a credit memo on our end.

21       Q.   Okay.

22       A.   We were issuing a credit for the order above

23   that we just went though.

24       Q.   Okay.  The one that was, like, 5,962 pounds?

25       A.   Yes.

David Oliva
October 18, 2023

1    Q.   Okay.  Let me scroll back up real quick and

2    find that.  I want to see if I make sure that we're on

3    the same page in terms of that order.  I think it's this

4    one here.  Would it be this one here?

5    A.   Yep.  5,962 pounds.

6    Q.   Okay.  It looks like an order from

7    January 2017, and then they were credited back in April

8    of 2017.

9    A.   I didn't -- I didn't see the date on it.

10   Q.   Yeah.  I can -- I can -- we can go back there

11   and look at it, but it looks like the order here for the

12   original 5,962 pounds was January 11 of 2017; correct?

13   A.   Yes.

14   Q.   Okay.  I may have asked you earlier, but by

15   looking at pages 19 and 20, can you determine who the

16   steel manufacturer of the product is?

17   A.   Yes.

18   Q.   Who was it?

19   A.   So the 37004 would be Viraj for character 063F

20   and 207 L should be North American Stainless.  And the

21   G22544 would be --

22       THE REPORTER:  I'm sorry.  I'm sorry.  Hold on

23   one second.  G22544 would be who?

24       THE WITNESS:  I'm sorry.  I did not hear her.

25       MR. YORK:  It should be Outokumpu.  David, you

David Oliva
October 18, 2023

1   may want to spell that.

2          THE REPORTER:  No.  I have the spelling.  I

3   just didn't hear the name.  Thanks.

4   BY MR. YEE:

5      Q.   So, Mr. Oliva, you were telling us based on

6   certain numbers you were seeing as to who the

7   manufacturers are?  Are you referring to these heat lot

8   numbers here?

9      A.   Yes.

10     Q.   Got it.  Okay.

11          And you said that the 30 -- I'm sorry -- 37004

12  is the Viraj?

13     A.   Yes.

14     Q.   And, again, who was the 063 F?

15     A.   That was North American Stainless.

16     Q.   And who is the 207 L?

17     A.   North American Stainless.

18     Q.   And finally, the G22544?

19     A.   Is Outokumpu.

20     Q.   Okay.  Just brings us back to the document that

21  led us to go backwards about the credit.  This is

22  page 27.

23          So it appears that KKM was credited back for

24  that order of the 5,962 pounds of round bar; correct?

25     A.   Yes.

David Oliva
October 18, 2023

1    Q.   Do you have any personal knowledge as to why

2    this order, was, I guess, canceled?

3    A.   What is -- when we did our check on this, it

4    looks like it was trimmed because it was -- it was non

5    Outokumpu materials shipped.

6         THE REPORTER:  I'm sorry.  Say that again.

7    "Non"?

8         THE WITNESS:  Outokumpu material shipped.

9    BY MR. YEE:

10   Q.   Meaning that KKM only wanted Outokumpu

11   material?

12   A.   Okay.

13   Q.   So they didn't want the Viraj or the North

14   American?

15   A.   That is correct.

16   Q.   Okay.  So the entire order was canceled

17   basically?

18   A.   Yes.

19   Q.   Because it appears that the last entity you

20   identified, there was some Outokumpu in the order;

21   correct?

22   A.   Yes.

23   Q.   Okay.  But the entire order was canceled?

24   A.   Yes.

25   Q.   Okay.  Do you know by looking at this, was the

David Oliva
October 18, 2023

1   order canceled before the material was actually shipped

2   and received by KKM, or was it canceled before it even

3   went out?

4        A.   That, I can't tell --

5        Q.   Okay.

6        A.   -- from looking at the documents.

7        Q.   Okay.  But I assume that if you gave them a

8   credit memo and canceled the order, if it was shipped

9   you would have received it back; correct?

10       A.   Yes.

11       Q.   Okay.  Let's go to page 28.  I believe this

12  relates to that same order based on the number we just

13  talked about; right?  This relates to that same --

14       A.   Yes.

15       Q.   -- 5,962 pounds of material?

16       A.   Yes.

17       Q.   Okay.  And this is actually, in fact, it says

18  "credit pick up."  And then looking at the right-hand

19  corner here, it looks like, does that say "restock"?

20       A.   Yes.

21       Q.   Okay.  So it appears that the material in some

22  way somehow was returned back to Samuel, Son & Co.?

23       A.   Yes.

24       Q.   Okay.  Let's go to page 29.  This appears to be

25  an invoice dated March of 2017 from Samuel, Son & Co. to

David Oliva
October 18, 2023

1  KKM; correct?

2     A.   Yes.

3     Q.   And it looks like the product is 6,348 pounds;

4  correct?

5     A.   Yes.

6     Q.   And what is the material that is being sold to

7  KKM here?

8     A.   416 round bar.

9     Q.   And, in fact, the document actually indicates

10 that this is Outokumpu material only; is that right?

11    A.   That is correct.

12    Q.   Okay.   Page 30.   This is from March of 2017.

13 It looks like this is -- relates to the earlier page --

14 correct? -- the Outokumpu material?   It looks like

15 the --

16    A.   Yes.

17    Q.   -- same weight?

18         And again, the document here, it says, "416

19 round bar," and it identifies different numbers of

20 pieces and different lots; correct?

21    A.   Yes.

22    Q.   What does this notation "MTR with delivery"

23 mean?

24    A.   That is a material test report with delivery,

25 which means the certificate that we've been reviewing --

David Oliva
October 18, 2023

1    Q.    Yep.

2    A.    -- would be accompanied with this shipment.

3    Q.    Got it.

4         Okay.  Page 31, I don't know if you can

5    determine what order this relates to, but it looks like

6    it's another verbal order, but it says "replace here."

7    A.    Yes.

8    Q.    Any idea what this relates to?

9    A.    So it's probably the order that we just went

10   through that was returned to us.  This is the

11   replacement order for that order.

12   Q.    Okay.  Okay.  Page 32 is another Outokumpu

13   certificate of test from February 20th, 2017, for

14   1,330-, it looks like, -8 pounds.  Can you tell us what

15   material is being ordered here?

16   A.    416.

17   Q.    Page 33 is a bill of lading from Samuel, Son &

18   Co. to KKM in March of 2017; correct?

19   A.    Yes.

20   Q.    By the way, I forgot to mention, Mr. Oliva when

21   we went through the ground rules.  If at any point in

22   time you need to take a break, go to the restroom or

23   whatever, certainly let me know.  I don't want to make

24   it uncomfortable for you this afternoon.  So if you have

25   to take a break, certainly let us know.  We can

David Oliva
October 18, 2023

1  certainly take a break.  The only thing I ask of you is,

2  that if you do need a break, please ask after a question

3  and you've answered.  If there's a question pending, you

4  have to answer it before we can take a break.  But

5  certainly let me know if you need to take a break.  We

6  can certainly take a break and -- and pick up from

7  there.

8     A.   Okay.

9     Q.   Okay.  Page 34 is a -- what appears to be now

10  an e-mail, and at the top of page 34 it looks like it --

11  it identifies that it's from David Oliva.  Is that you?

12     A.   That is me.

13     Q.   Okay.  And it looks like it's an e-mail from

14  July 31st of 2014, to a Ritu Gupta?

15     A.   Gupta.

16     Q.   Gupta.  Okay.  Who is Ritu Gupta?

17     A.   Ritu Gupta is an inside sales representative

18  for us.

19     Q.   Okay.  Do you know if she still works at

20  Samuel, Son & Co.?

21     A.   Yes, she does.

22     Q.   Is she still in outside sales?

23     A.   Yes, she is.

24     Q.   Do you know how long she has been with Samuel,

25  Son & Co.?

David Oliva
October 18, 2023

1    A.   I believe 15 years or more.

2    Q.   Okay.  And it looks like prior to your e-mail

3  to Ritu, Ritu actually e-mails you earlier that day at

4  1:15 p.m., and it says, "Hi, KKM orders 1 and 1/4 inch

5  416 R from us," and in parentheses, "(reduced sulfur).

6  There is currently a pending order for him for 6,000

7  pounds that is due early next month."

8         Do you see that, where I'm talking about?

9    A.   Yes.

10   Q.   That first sentence here, "Kevin at KKM orders

11  1 1/4 inch 416 R from us," do you know who Kevin is?

12   A.   That's Kevin at KKM.

13   Q.   Okay.

14   A.   I don't think I have ever talked, but I belive

15  it was Kevin McIntire that it referred to.

16   Q.   Okay.  You don't have any recollection of ever

17  having talked to Kevin McIntire directly?

18   A.   No, I do not.

19   Q.   Okay.  Regarding the statement from Ritu in our

20  e-mail to you, that Kevin orders 416 R from us, do you

21  have any knowledge of those 416 R orders?

22   A.   No, I do not.

23   Q.   Do you know if Samuel, Son & Co. have any

24  records of these 416 R purchases?

25   A.   We would have to go further back for the scope

David Oliva
October 18, 2023

1   of -- what was requested.

2       Q.   Okay.

3       A.   We -- where we -- where we come up towards a --

4   of having the physical documents, I believe we saw

5   earlier with the signatures, we only retain records for

6   10 years.  So depending on when this transaction

7   happened, there could be a possibility this has been

8   already destroyed in our system.

9       Q.   Okay.  But you have no personal knowledge of

10  the prior 416 R purchases?

11      A.   No, I do not.

12      Q.   Okay.  So you would not know who the

13  manufacturer would be that would fulfill these orders?

14      A.   No.  None just from missing beyond -- it's hard

15  to tell who -- who we have the order from.

16      Q.   Okay.  Are you familiar with 416 R steel?

17      A.   No.

18      Q.   Have you heard the term "416 R" before?

19      A.   Yes.

20      Q.   What -- what have you heard or what do you know

21  about "416 R"?

22      A.   Just that it is sometimes the designation

23  call-out for 416 that is used in the gun manufacturing

24  business.

25      Q.   Do you know if Samuel, Son & Co. has a product

David Oliva
October 18, 2023

1   number, like we talked about earlier, for 416 R?

2       A.   We do not.

3       Q.   If one were to need or require 416 R, how would

4   Samuel, Son & Co. go out and procure that?  Would they,

5   then, reach out to the various manufacturers that it

6   deals with to see who has it?

7           MR. YORK:  Let me just object to the form.

8           Go ahead, David.

9           THE WITNESS:  Mr. Yee, can you repeat the

10  question again?

11  BY MR. YEE:

12      Q.   Sure.  Sure, sure, sure.  So if a customer

13  needs 416 R steel, how would Samuel, Son & Co. find it?

14          MR. YORK:  Same objection.

15          THE WITNESS:  So they would -- we would ask for

16  as much details as a customer could provide, whether

17  that's specifications, chemistry.  And then we would go

18  back to the manufacturers such as Outokumpu and North

19  American Stainless and others and ask them to quote us

20  based on what the customer has provided.

21  BY MR. YEE:

22      Q.   Okay.  In looking at this e-mail here, Ritu

23  indicates that there is currently a pending order for

24  him for 6,000 pounds that is due early next month.  He

25  wants to talk to a metallurgist at Outokumpu to find out

David Oliva
October 18, 2023

1    if they can mix a heat of 410 and a heat of 416 so as to

2    arrive at a sulfur content that is greater than that of

3    416 R, which is around .1 and less than that of 416,

4    which is around .38?

5         Do you know if the 6,000 pound order is from

6    Outokumpu?

7    A.   That, I do not know.

8    Q.   Okay.  You mentioned that the typical record of

9    retention policy at Samuel, Son & Co. is 10 years; is

10   that about right?

11   A.   Yes.

12   Q.   So it's possible that you may have records that

13   is going back to 2013; is that right?

14   A.   Yeah.  We're -- we're pushing up on that date,

15   so if -- it's a possibility, but not 100 percent

16   confident that we may.

17   Q.   Okay.  In this e-mail response to Ritu's

18   question, you indicate, "Let me ask the outside guy for

19   Outokumpu."

20   A.   Yes.

21   Q.   Who was the outside guy?

22   A.   I have no idea about that.

23   Q.   When you refer to the outside guy for

24   Outokumpu, would this be with an Outokumpu person or is

25   this a Samuel, Son & Co. person?

David Oliva
October 18, 2023

1      A.   No.  It would be an Outokumpu person.

2      Q.   Okay.  But as we sit here today, looking back

3  at an e-mail from 2014, you're not sure who that was?

4      A.   Exactly.

5      Q.   Okay.  But it was somebody at Outokumpu is what

6  you're saying?

7      A.   Yes.

8      Q.   Okay.  Okay.  Further on in the e-mail, on page

9  34, it indicates Ritu, it indicates to you, "They

10  produced pistol barrels and need a sulphur level where

11  the machinability of the material is better than what it

12  is now without making bar brittle."  Do you see that?

13      A.   Yes, sir.

14      Q.   Do you remember having any conversations with

15  Ritu about this, I guess, request for a material that's

16  better machinability?

17      A.   No, I do not.

18      Q.   Do you know whatever happened as a follow-up to

19  this e-mail exchange between you and Ritu in terms of,

20  do you know if you ever got in touch with anybody at

21  Outokumpu?

22      A.   I believe we did get in touch with some other

23  companies that provided some chemistry -- chemistry for

24  416.

25      Q.   416?

David Oliva
October 18, 2023

1    A.   Yes.

2    Q.   Okay.  Do you remember those conversations --

3  do you remember any specific conversation with the

4  Outokumpu person?

5    A.   I just believe -- I don't remember the

6  specifics.  I just, in general, going back all those

7  years, I believe it was just communication of what our

8  customer was asking and what they could do.

9    Q.   Okay.  Do you remember asking this question --

10  this specific question here of anyone at Outokumpu

11  whether you can mix 410 and 416?

12    A.   No, I do not remember that.

13    Q.   Okay.  But your recollection is that Outokumpu

14  responded by providing you information about their 416

15  steel?

16    A.   Yes.

17    Q.   Do you recall if whether anyone at Outokumpu

18  mentioned that they can produce a 416 R steel?

19    A.   No, I do not remember that.

20    Q.   But your understanding of this e-mail from Ritu

21  Gupta to you is that KKM was looking for a steel that

22  was different from 416 R; is that correct?

23    MR. YORK:  Object to form.

24    Go ahead, David.

25    THE WITNESS:  Okay.  It does look like they're

David Oliva
October 18, 2023

1  looking for some -- some kind of different chemistry

2  than is typical of 416 R.

3  BY MR. YEE:

4      Q.   And it looks like from this e-mail, at least

5  from Ritu to you, it looks like they were looking for a

6  chemistry that had more sulphur.  Is that what is being

7  relayed to you here?

8      A.   Yes.

9      Q.   Did you ever learn from Ritu or anyone as to

10  why KKM was looking for metal that was more machineable?

11     A.   No, I do not recall anything like that.

12     Q.   If Samuel, Son & Co. still has information

13  relating to KKM's 416 R purchases, assume that they

14  haven't already been destroyed from the record retention

15  policy, would Samuel, Son & Co. have the certificates of

16  tests that would go along with those purchases,

17  assuming, again, that they're available?

18         MR. MARI:  Object to the form.  This is Nick

19  Mari.

20  BY MR. YEE:

21     Q.   Go ahead, Mr. Oliva.

22         MR. YORK:  Let me object to the form as well.

23         Go ahead, David.

24         THE WITNESS:  Yes.

25  ///

David Oliva
October 18, 2023

1    BY MR. YEE:

2        Q.   I'm going to skip to the last page and cover

3    that one first before we cover a series of e-mails that

4    were produced.  Let's go to page 46 for now.

5            Mr. Oliva, can you tell us what page 46 is?

6        A.   It looks like a quotation for 416 round bar to

7    KKM.

8        Q.   Okay.  And it looks like this quote was made on

9    July 24, 2015; is that correct?

10       A.   Yes.

11       Q.   Okay.  And it looks like the quote was provided

12   by a Greg Wilson; is that right?

13       A.   Yes.

14       Q.   Okay.  The remaining pages of the documents

15   that were produced to us by Samuel, Son & Co. are

16   pages 35 to 45, and they are e-mails, but unfortunately

17   the way they were produced, it's hard to go in

18   chronological order by page number because the dates

19   just don't work that way.  So I apologize upfront for

20   having to jump around.  But it looks like in terms of

21   the earliest e-mail, it starts on page 43 and 44.  Let

22   me show you these pages here.  It looks like on

23   April 8th of 2015 at 9:08 a.m., you wrote to Kevin,

24   "Outokumpu sent us the chemistry on the next billet they

25   have up for bar production.  They obviously cannot

David Oliva
October 18, 2023

1    guarantee that this same billet will be used when the

2    1.75 inch is produced, but it is a typical

3    representation of what they order to.  The carbon is

4    slightly higher than the range we spoke about, but the

5    sulfur is right in line.  Let me know if you have any

6    questions as we will be placing order on the mill

7    today."  Do you see that?

8        A.   Yes.

9        Q.   Okay.  On page 44, this chemistry here, would

10   you have obtained this from Outokumpu directly?

11       A.   Yes, sir.

12       Q.   Okay.  And it looks like in this April 8th,

13   2015 e-mail to Kevin, you were basically providing him

14   with that Outokumpu chemistry; correct?

15       A.   Yes.

16       Q.   Okay.  Do you know what grade of steel that's

17   being quoted here?

18       A.   The header of the e-mail, it says "416."

19       Q.   Okay.

20       A.   On the subject line.

21       Q.   Yep.  And then it looks like later that

22   morning, about 40 minutes later, Kevin McIntire at KKM

23   responds back to you, "David, this looks good to me.

24   Please place the order at Kevin McIntire, KKM, Precision

25   Incorporated"; correct?

David Oliva
October 18, 2023

1    A.   Yes.

2    Q.   So it looks like Kevin McIntire authorized you

3   at Samuel, Son & Co., to go ahead and purchase 416 from

4   Outokumpu on their behalf; correct?

5    A.   Yes.

6    Q.   Okay.   The next e-mail datewise -- actually, we

7   have to go back to page 38.   Page 38 is an e-mail from

8   July 21, 2015, from Bob Varian, and it looks like he's

9   writing to Luke.   It says, "Good day to you, Luke.   Hope

10   your day is going well.   I wanted to touch base with you

11   regarding future material.   You had mentioned that you

12   may need a production run of 1 1/2 round and wanted to

13   ask you if wanted to start checking into the lead time."

14   Do you see that?

15    A.   Yes.

16    Q.   Who is Bob Varian?

17    A.   Bob Varian is an outside salesperson for us.

18    Q.   Okay.   Does Bob still work at Samuel, Son &

19   Co.?

20    A.   No.   Bob is retired.

21    Q.   Retired.   Okay.

22        So then the response, we have to then go

23   backwards.   As I mentioned earlier, these documents, the

24   way they're arranged, it's a little different, but we

25   have to go to page 37.   It looks like, then, Luke

David Oliva
October 18, 2023

1    McIntire at KKM, at about 12:30 on July 21st, 2015,

2    responds back to Bob, "Bob, yes, I still need a run of

3    1 and 1/2 round from O.K. in the same specs as our other

4    runs.  Let me know what you find."

5         Do you know if "O.K." is referring to

6    "Outokumpu"?

7        A.   I do not know.

8        Q.   Okay.  In looking at these e-mails, do you know

9    if you were involved with this order at all?

10       A.   That, I can't tell from these e-mails.

11       Q.   Okay.  All right.  Now we go to page 43.  On

12   July 21st at -- 2015 at 2:49 p.m., you write an e-mail

13   to Bob Varian.  You say, "Bob, here's a note between me

14   and Kevin on typical chemistry on 416 produced at

15   Outokumpu.  I'll check for more information regarding

16   physical properties.  David."  Do you see that?

17       A.   Yes.

18       Q.   Okay.  So it looks like at this point in time,

19   you were connected to the order, at least in terms of

20   talking at least with Bob; correct?

21       A.   Yes.

22       Q.   Okay.  And it looks like you were talking about

23   416 from Outokumpu; correct?

24       A.   Yes.

25       Q.   I apologize again for jumping, but now we have

David Oliva
October 18, 2023

1    to go back to page 37.  Okay.  Page 37, we now have an

2    e-mail from Bob Varian to a Bill Brewster at 1:25 p.m.

3    on July 21st, 2015.  "Hi Bill, hope your day is going

4    well, could you get me a cost and lead time for 9,000 to

5    10,000 pounds, 4/16 1 and 1/2 round by 12 R-L Outokumpu

6    only."  Do you see that?

7        A.   Yes, sir.

8        Q.   Who was Bill Brewster?

9        A.   Bill Brewster was our stainless product

10   manager.

11       Q.   He's a Samuel, Son & Co., employee?

12       A.   A retired employee.

13       Q.   Okay.  But he was a Samuel, Son & Co., guy?

14       A.   Yes.

15       Q.   Okay.  Bob Varian, you told me, was sales.

16   What was Bill Brewster's title at this point in time?

17       A.   I believe it was long -- stainless long

18   products manager.

19       Q.   Okay.  Actually, I think I may have jumped out

20   of order.  Actually -- no, I'm sorry.  We're on track.

21           On July 21st, 2015, at 2:30, Bob writes back to

22   you, "Hi David.  Would you happen to know the required

23   properties for KKM?  Due to the heat I'm not carrying

24   around my laptop to look it up.  Bill Brewster doesn't

25   know.  I can look it up this evening and let Bill know,

David Oliva
October 18, 2023

1   but I thought I'd ask you."  Do you see that?

2      A.   Yes.

3      Q.   Okay.  And then at 6:20 p.m. you indicate "Bob,

4   all I was able to find was information on chemistry."  I

5   you sent you e-mail.  I thought he had a physical

6   property call-in on hardness, but I can't find any notes

7   on that."  Do you see that?

8      A.   Yes.

9      Q.   The chemistry that you had e-mailed to Bob was

10  the one that we had already talked about earlier;

11  correct?

12     A.   Yes.

13     Q.   Okay.  And that was the chemistry, again, that

14  you received from Outokumpu; correct?

15     A.   Yes.

16     Q.   Okay.  We've now got to go back to page 43.

17  Page 43 there is now an e-mail from Bob Varian to Bill

18  Brewster on July 22nd, 2015 at 10:32 a.m.  It

19  communicates, "Hi Bill.  Carbon content is minimum.

20  .111 and sulfur min .320.  I'm almost sure there's a

21  Rockwell hardness call-out and researching it."  Do you

22  see that?

23     A.   Yes.

24     Q.   Were you involved with this researching the

25  Rockwell hardness at all, to your recollection?

David Oliva
October 18, 2023

1    A.   I do not remember.

2    Q.   Okay.  At 10:43 a.m. on July 22nd, 2015, Bill

3  writes to a Jim Furda, "Jim, I know it's been a while

4  since we checked this heat G 221 10 below.  Is it still

5  available for about 10 K of bar?"  Do you see that?

6    A.   Yes.

7    Q.   Who is Jim Furda?

8    A.   Jim Furda is an inside sales representative at

9  Outokumpu.

10    Q.   Okay.  So Furda is Outokumpu.  Okay.

11        Okay.  Back to page 40.  On July 23rd, 2015, at

12  8:36 a.m., Bill Brewster writes to Bob Varian but copies

13  you, "David, below is quote from Outokumpu for T416

14  Cond-A to below chemistry which should meet KKM spec.

15  Bob asked me to copy Greg, but I don't know who Greg is.

16  Let me know if you have any questions.  Thanks."

17        And there's not a quote that I could find

18  below, but is this a quote for Outokumpu 416, from what

19  you can tell?

20    A.   Yes.

21    Q.   And then later that morning, you write then to

22  Greg Wilson, "I think Bob wants this information passed

23  on to you for KKM."  Who is Greg Wilson?

24    A.   Greg Wilson was an inside sales representative

25  for Samuel.

David Oliva
October 18, 2023

1      Q.   Okay.  As you can see, page 40 then jumps from

2    July 23rd to August 4th so we have to actually go to a

3    different page first.  I believe that next page is 45.

4    Yep.  45.  Actually, the bottom of page 45, there is an

5    e-mail from Greg Wilson to Bob Varian on July 24, 2015,

6    at 11:32 a.m.  And he provides information -- or Greg

7    provides it to Bob.  Do you see this here?  It looks

8    like it's for 10,000 pounds of 416 round bar; is that

9    correct?

10     A.   Yes.

11     Q.   Okay.  Then we move to August 4th, 2015.  Bob

12   Varian e-mails to Greg Wilson, copies Ashley Boyd and

13   Bill Brewster, Bob indicates, "Greg, enter the order.

14   Use VBL Luke.  I'll catch up with you in a bit with the

15   specifics."  Do you see that?

16     A.   Yes.

17     Q.   I'm sorry.  I've got to back up.  Looks like on

18   August 4th, at 2015 at 2:23 p.m., Bob e-mails to Luke

19   and copies Greg, "Hi Luke.  There's a copy of the

20   1 1/2 round quote that should have been sent to you back

21   on July 24th."  Do you see that?

22     A.   Yes.

23     Q.   Okay.  And then we get to the 6:22 p.m. e-mail

24   from Bob to Greg to enter the order.  Do you see that?

25     A.   Yes.

David Oliva
October 18, 2023

1    Q.   Okay.  And he says, "Use VBL Luke," which I

2  think you testified earlier is a verbal order from Luke;

3  is that correct?

4    A.   Yes.

5    Q.   And that would be the follow-up to this order

6  of 10,000 pounds of 416 round bar; correct?

7    A.   Yes.

8    Q.   Finally, page 39, we have to go back to.

9  There's one more e-mail that we have to cover, and that

10  is August 6th, 2015, at 11:46 a.m., Ashley Boyd from

11  Samuel, Son & Co. to you and Angie Cardona.  Do you see

12  that?

13    A.   Yes.

14    Q.   Okay.  Who is Ashley Boyd?

15    A.   Ashley Boyd is our stainless purchasing

16  manager, I guess you can call it.

17        THE REPORTER:  I'm sorry.  "Stainless" what

18  type of "manager"?

19        THE WITNESS:  "Purchasing."

20  BY MR. YEE:

21    Q.   Does Ashley still work for Samuel, Son & Co.?

22    A.   Yes, she does.

23    Q.   Is she still involved with purchasing?

24    A.   Yes, "he" is.

25    Q.   Oh, I'm sorry.  "He."

David Oliva
October 18, 2023

1    A.   It's a he.  Yes.

2    Q.   I'm sorry.  I'm sorry.

3         And who is Angie Cardona?

4    A.   She was a purchasing agent.

5    Q.   And does Angie still work at Samuel, Son & Co.?

6    A.   No, she does not.

7    Q.   From looking at this e-mail, why is Ashley

8    writing this e-mail to you and Angie?

9    A.   He's asking that one of us order this material

10   from Outokumpu.

11   Q.   Okay.  Now, would Ashley typically ask you or

12   Angie to do that, or is there somebody else that

13   typically places the orders?

14   A.   This part, it would have been Ashley or Angie

15   who would place these orders.

16   Q.   Okay.  And according to this e-mail on page 39,

17   it looks like it's for an order with Outokumpu for 416

18   stainless steel bars; correct?

19   A.   Yes.

20   Q.   I forgot to ask you about page 35 here.  When

21   you sent back on April 8, 2015, at 9:08 a.m. to Kevin

22   the chemistry from Outokumpu later that morning, like I

23   said, it looks like Kevin authorized you to place that

24   order; correct?

25   A.   Yes, sir.

David Oliva
October 18, 2023

1    Q.   And then, again, it's for the 416 as identified

2    across pages 35 and 36; correct?

3    A.   Yes.

4        MR. YEE:  Mr. Oliva, at this point in time I

5    would like to take a short break so that if anyone needs

6    to use the restroom, do so.  I would like to take a

7    quick review of my notes.  I think I may be done with my

8    questions at this point, but I want to take a few

9    minutes to double-check it.

10       But let's take a -- is everyone okay with five

11   minutes?  We're, I think, at 3:05 and we'll reconvene at

12   3:10.

13       MR. YORK:  3:10 it is.

14       MR. YEE:  Okay.

15       (Recess)

16       MR. YEE:  I'm actually done with my questions,

17   at this point in time, Mr. Oliva.  I'm going to pass you

18   now at this point in time to one of the other attorneys

19   involved in the case.  I may have some follow-up

20   questions for you based on the other questions the other

21   attorneys may have for you.  But thank you for your time

22   this afternoon, at least at this point.

23       THE WITNESS:  You're welcome.

24       MR. MARI:  Nick or John, are you okay with me

25   going next?

David Oliva
October 18, 2023

1        This is Nick Mari.

2        MR. YORK:  Yeah, you can go for it.

3

4                        EXAMINATION

5

6    BY MR. MARI:

7        Q.   Good morning -- or good afternoon at this

8    point, Mr. Oliva.  My name is Nick Mari.  I am the

9    attorney for KKM Precision.  I have some follow-up

10   questions for you.  Let me apologize because I'm going

11   to be jumping around a bit.  Some of what I planned to

12   ask you has already been covered, but I will try to keep

13   this as orderly as possible.

14           First let me just pull up Exhibit 1 here before

15   we go and do that.  Can you see my screen which should

16   be the same 46 pages Bates-labeled SAM-NPR?  We're

17   looking at, Doc 1.  Do you see that?

18       A.   Yes, I can.

19       Q.   Okay.  I did not hear what you said to RDM on

20   the spreadsheet pages 2 to 4 of this exhibit in the

21   order description.  What does "RDM" stand for?  I just

22   missed it.

23       A.   It stands for "random length."

24       Q.   "Randomly"?

25       A.   "Random length."

David Oliva
October 18, 2023

1    Q.   Oh, "random length."  Got it.

2    A.   Yeah.  The mills produce in standard 143, but

3    it can vary in length, so random length.

4    Q.   Understood.  Okay.  Thank you.

5         Other than possibly speaking with your

6    attorney, did you do anything to prepare for the

7    deposition today?

8    A.   No.

9    Q.   Did you review any documents?

10   A.   Reviewed the documents with our attorney.

11   Q.   Okay.  And I don't want to know anything you

12   talked about with your attorney.  Did you review any

13   documents that are not contained within the 46

14   documents -- 46 pages that are the Composite Exhibit 1

15   here?

16   A.   No, I did not.

17   Q.   Did you search -- do any search of your e-mail

18   in preparation of this deposition?

19   A.   When we were originally requested, we did do a

20   search.

21   Q.   Okay.  And what is your e-mail at Samuel, Son,

22   & Co. currently?

23   A.   It is david.oliva@samuel.com.

24   Q.   At some point was it just doliva@samuel.com?

25   A.   Yes.

David Oliva
October 18, 2023

1    Q.   Is that still -- the second one,

2    doliva@samuel.com, is that still an active e-mail

3    address that you hold?

4    A.   I believe it's still active, but I'm not

5    100 percent sure.

6    Q.   Okay.  But, for example, on page 43 here of

7    Exhibit 1, I see there was -- and I'm going to have to

8    do the same rotating here.  I see there were e-mails

9    from that e-mail address --

10   A.   Yeah.

11   Q.   -- at the bottom of page 43 here.

12   Doliva@samuel.com, that would still be you; correct?

13   A.   Yes, it would.

14   Q.   And the same thing, you're on the same page or

15   the next one --

16   A.   Yeah.

17   Q.   -- d.oliva@samuel.com is also you as well;

18   correct?

19   A.   Yes.  I believe, at that point in time, all of

20   our addresses references our first initial and then our

21   last name.

22   Q.   Okay.  There's no one else that works for

23   Samuel, Son & Co., with the same name as you?

24   A.   I hope not, but, no, there is not.

25   Q.   Okay.  All right.  Can you kind of generally

David Oliva
October 18, 2023

1  describe to me what, if any, kind of quality assurance

2  processes are in place at Samuel, Son & Co. that would

3  ensure the product that is ordered is ultimately what

4  has been delivered by the manufacturer?

5      A.   So upon receipt of the order, our warehouse

6  would confirm that one, if the documents matched our

7  purchase order, we'll describe it in this case as 416,

8  that our purchase order says 416 round bar, and then the

9  Mills documentation said that as well, we'll verify

10  size.  So most of the cases we're talking about inch and

11  a quarter or inch and a half round bar, we'll verify

12  that they did, in fact, ship us inch and an half or inch

13  and a quarter, verify the dimension.  We'll do a length

14  measurement.  We'll make sure that the heat number

15  that's provided on the documentations matches the test

16  certificate, and verify weight that we shipped based on

17  their -- their bill of ladings, and then we'll enter all

18  of that into the system.

19      Q.   Is there any type of testing done by Samuel,

20  Son & Co. in terms of the chemical composition of steel

21  that it received?

22      A.   No, we do not.

23      Q.   How about does it do any hardness testing?

24      A.   No, we do not.

25      Q.   And then can you kind of generally describe for

David Oliva
October 18, 2023

1    me what, if any, of their quality assurance process in

2    place to ensure the products that are received are

3    ultimately the ones that are shipped to the customer?

4       A.   So we do that identification match that we

5    talked about earlier, the numbers with our systems, so

6    the tag number will match up with the corresponding

7    packing -- test report and reference that heat number.

8    So we keep that mill traceability, you know.  With the

9    heat number is probably the most important part that we

10   track for our metal identification.

11      Q.   Do you have any reason to believe why these

12   orders contained in these 46 pages by KKM, is there any

13   reason to believe why the product that was ordered

14   ultimately was not the product that was delivered to

15   KKM?

16           MR. YORK:  Object to form.

17           THE WITNESS:  I don't, I'm not -- I'm not

18   following you here, because the orders were for 416 and

19   delivered to 416.

20   BY MR. MARI:

21      Q.   Right.  And do you have any reason to believe

22   why that was not the case for any of the orders that you

23   looked at?

24      A.   No.

25      Q.   Can you describe for me again, I think you kind

David Oliva
October 18, 2023

1    of answered this already, but what is 416 R?

2         MR. YORK:  Object to form.

3         MR. YEE:  This is Attorney Yee.  I'll join.

4         THE WITNESS:  416 R, from what layman's terms

5    in the industry is, is a designation that is sometimes

6    called out by manufacturers of guns.

7    BY MR. MARI:

8      Q.   And are you familiar with any of -- what are

9    the typical chemical compositions of 416 R?

10     A.   No, I'm not.

11     Q.   Are you -- you're not a metallurgist; correct?

12     A.   That is correct.

13     Q.   Have you ever worked as a gun barrel

14   manufacturer?

15     A.   No, I have not.

16     Q.   Do you have any experience with gun barrel

17   manufacturing?

18     A.   No, I haven't -- no, I do not.

19     Q.   And I think you stated earlier, you testified

20   you weren't familiar with the specific ASTM standards

21   for 416 steel; is that correct?

22     A.   That is correct.

23     Q.   Do you know what the chemical compositions for

24   416 -- 416 steel are?

25     A.   No, I do not.

David Oliva
October 18, 2023

1    Q.   And do you know what -- what components of the

2    chemistry for 416 R vary typically for 416 -- I'm sorry.

3    Let me just reask that because that was a horribly asked

4    question.  Do you know the typical difference of the

5    composition between 416 and 416R steel?

6         THE REPORTER:  Wait.  I'm sorry.  Slow down and

7    reask your question, please.

8         MR. MARI:  Sorry.  I didn't hear you,

9    Madam Court Reporter.  What did you say?

10        THE REPORTER:  I just asked you if you can slow

11   down and restate your question, please.

12        MR. MARI:  I'm sorry, Madam Court Reporter.  Of

13   course.

14        THE REPORTER:  Thank you.

15   BY MR. MARI:

16    Q.   To confirm, I think you had testified there is

17   no product number for Samuel, Son & Co. 416 R steel; is

18   that correct?

19    A.   That is correct.

20    Q.   And when you were asked questions on page -- on

21   page 5 of Exhibit 1, go up to that, about whether or not

22   page 5 would reference 416 R if that's what was ordered.

23   I believe your answer was "possibly."  Do you recall

24   that?

25    A.   I don't recall saying possibly.

David Oliva
October 18, 2023

1    Q.   Let me restate it --

2         MR. YORK:  Let me object -- sorry.

3         Let me object to the form of that question.

4    This is Attorney York.

5         MR. MARI:  Okay.  Cool.

6    Q.   Would -- if 416 R had been ordered, would that

7    be indicated on page 5 of Exhibit 1?

8         MR. YORK:  Object to form.

9    BY MR. MARI:

10   Q.   You can answer.

11   A.   I believe -- I don't know the answer to that.

12   I'm not sure how to answer that.

13   Q.   Scrolling down here, looking at page --

14   starting with page 8, these certificate of tests from

15   Outokumpu -- and I think it's from page 8 to 17 -- these

16   are not documents that are created by Samuel, Son & Co.;

17   correct?

18   A.   That is correct.

19   Q.   You mentioned earlier that I think you call Ta

20   Chen a "master distributor."  What does that mean?

21   A.   So they are not a manufacturer, but they are a

22   restocking distributor of multiple products.  So our

23   industry will tend to set up, if we need quicker

24   delivery, instead of going to the manufacturer, we will

25   go to the master distributor and pick it up quicker.

David Oliva
October 18, 2023

1    Q.   Is Samuel, Son & Co., considered a master

2  distributor?

3    A.   No, we are not.

4    Q.   Is there another term for what kind of

5  distributor Samuel, Son & Co., would be called?

6    A.   We are a service center.

7    Q.   Okay.  And looking back at the Certificate of

8  Test 880 -- we'll stick with that one -- you were asked

9  questions about the type of steel indicated on there,

10  and you testified it was 416.  Do you know if Outokumpu

11  lists 416 R as the type of steel on a certificate of

12  test?

13    A.   I do not know.

14    Q.   With respect to Mr. Bob Varian, when did he

15  retire?

16    A.   I think Bob retired in 2020, but I'm not

17  100 percent confident on that date.

18    Q.   Do you know approximately how long that he

19  worked for Samuel, Son & Co.?

20    A.   Probably around 10 years.

21    Q.   And was he in outside sales all times those

22  years; do you know?

23    A.   Yes, he was.

24    Q.   And just to confirm, did you speak with

25  Mr. Varian at all in preparation of your deposition

David Oliva
October 18, 2023

1    today?

2        A.   No, I have not.

3        Q.   I'll jump down to page 29 of Exhibit 1 here.

4            Do you see where it says in the purchase order

5    number "VBL Luke" and then hyphen "replace"?

6        A.   Yes.

7        Q.   Earlier you testified that "VBL" stands for

8    "verbal"?

9        A.   Yes.

10       Q.   What does the notation "replace" mean in the

11   first share number on page 29 here?

12       A.   It looks like it's a notation that we replaced

13   the previous order that we shipped North American

14   Stainless' Viraj material on.

15       Q.   Page 34 of Exhibit 1, this would be -- again,

16   was an e-mail from Ritu Gupta on July 31st, 2014.  Do

17   you see that?

18       A.   Yes.

19       Q.   You were asked questions about this e-mail by

20   the Plaintiffs' counsel; correct?

21       A.   Yes.

22       Q.   Would you agree that -- it's Ms. Gupta;

23   correct?  Is it that or Mr.?

24       A.   "Ms." Gupta, yes.

25       Q.   "Ms." Gupta.

David Oliva
October 18, 2023

1        You agree that Ms. Gupta's e-mail says that

2   Kevin at KKM orders 1 1/4 inch 416 bar from us; correct?

3       A.   Yes.

4       Q.   She uses the present tense there in that

5   sentence?

6       A.   Yes.

7       Q.   She doesn't say "ordered" in the past tense.

8       A.   Correct.

9       Q.   Correct me if I'm wrong, but I think you

10  testified earlier that you had not spoken with anyone at

11  KKM prior; is that correct?

12      A.   I do not recall talking to Kevin -- obviously

13  we're e-mailing back and forth, but I do not recall

14  talking to him.

15      Q.   Okay.  I think you also testified that you are

16  unaware of any specific or special requirements for KKM

17  steel orders.

18      A.   Can you define specific requirements?

19      Q.   Restrictions on the steel that KKM orders.

20      A.   Not --

21          MR. YORK:  Objection to form.

22          Go ahead.

23          THE WITNESS:  Only that, you know, they want

24  other type of material.

25  ///

David Oliva
October 18, 2023

1    BY MR. MARI:

2        Q.   We'll look at page 44 here.  It's actually on

3    the screen here.  And feel free to let me know if you

4    need to scroll up or down here to look at the other

5    context.  But this is an e-mail.  It looks like it is

6    addressed to Kevin, but it would be from you.  Do you

7    see what I'm looking at?

8        A.   Yes.

9        Q.   And in there you state -- this is the second

10   sentence -- "The carbon is slightly higher than the

11   range we spoke about, but the sulfur is right in line."

12   Do you see that?

13       A.   Yes.

14       Q.   Based on that language, do you believe you

15   would have spoken with Kevin at some point about the

16   range, at least the range of carbon and sulfur?

17       A.   There's that possibility.  I just don't

18   remember back to 2014 or '15, whenever this is.

19       Q.   Is there any reason why you would write in the

20   e-mail that you had spoken with someone about something

21   if that was not the case?

22       A.   This could --

23            MR. YORK:  Object to form.

24            THE WITNESS:  Just -- you know, that was just

25   the context where it says to respond to, you know,

David Oliva
October 18, 2023

1    e-mail communication, but I don't -- I don't know.

2    BY MR. MARI:

3        Q.   And that's a fair distinction.  I guess I'm not

4    necessarily saying spoke in person but communicated with

5    at some point; correct?

6        A.   Yeah, we're obviously -- Tim and I are

7    communicating right here.

8        Q.   And on page 43 here, there's an e-mail towards

9    the middle between you and Mr. Varian, and where you

10   said, "Bob here is a note between me and Kevin on

11   typical chemistry on 416 produced at Outokumpu --

12   Outokumpu.  I'll check for more information regarding

13   physical properties."  Do you see that?

14       A.   Yes.

15       Q.   Okay.  What do you mean by "typical chemistry"

16   in this sentence?

17       A.   On the previous e-mail that I sent to Kevin,

18   Outokumpu, I did what their typical callouts are on

19   chemistry for 416 round bar, so that's what I would

20   share with Bob is the same information that I shared

21   with Kevin.

22       Q.   And then the e-mail directly above that from

23   Mr. Varian to Bill Brewster, actually, he says he

24   believes there's a Rockwell hardness call-out.

25           Do you see that?

David Oliva
October 18, 2023

1      A.   Yes.

2      Q.   Do you have any information on whether there

3  was a rock -- Rockwell hardness call-out for KKM orders?

4      A.   Do not.

5      Q.   How are -- is there some type of software

6  system that Samuel, Son & Co., uses to manage customer

7  accounts?

8      A.   Yeah.  We have a -- a computer system that we

9  track orders and stuff like that.  Yes.

10     Q.   Would any special specifications be saved

11  within -- you know, for example, a customer profile?

12     A.   Yes.

13     Q.   Did you review -- does KKM have -- KKM

14  Precision have a customer profile with Samuel, Son &

15  Co.?

16          THE REPORTER:  I'm sorry.  Can you repeat the

17  question again?  It's a little fast.

18          MR. MARI:  Okay.  I will slow down.  Sorry.

19     Q.   Do you know if there's one or more than one

20  customer accounts for KKM Precision?

21     A.   That, I don't know.  I'm only aware of one, but

22  I don't know if there's another inactive account or

23  something.

24     Q.   Did you review KKM's customer account in

25  preparation of your deposition today?

David Oliva
October 18, 2023

```
 1      A.   Yes.

 2           MR. YORK:  Object -- objection to form.

 3   BY MR. MARI:

 4      Q.   Is there anything -- would there be anything

 5   within a customer's account -- scratch that.

 6           Is there anything in KKM's customer account

 7   that is not contained within Exhibit 1 here we've been

 8   looking at?

 9      A.   That, I don't know.

10      Q.   Is there any software that is used for customer

11   accounts?

12      A.   Yes.

13      Q.   What's the name of that software?

14      A.   AS/400.

15      Q.   How long has Samuel, Son & Co. been using

16   AS/400?

17      A.   Oh, jeez.  Probably since the 1980s, and that's

18   a guess.  It's been here longer than I have.

19      Q.   Last.  I'm scrolling to page 40 of Exhibit 1.

20   At the bottom there there's the e-mail from Bill

21   Brewster to Bob Varian with you copied.  Do you see

22   that?

23      A.   Yes.

24      Q.   And it's referencing T416 Cond-A.  Do you know

25   what "Cond-A" means?
```

David Oliva
October 18, 2023

1    A.   Except it says "for Condition A, A represents,

2  no."

3    Q.   And this was -- says "to below chemistry, which

4  should meet KKM spec."  Do you see that?

5    A.   Yes.

6    Q.   Do you agree that that that e-mail would

7  indicate that there's a KKM spec?

8    A.   That it's obviously referencing something.  I

9  don't know if we have KKM spec on file.

10    Q.   I'm sorry.  Did you say you don't know if they

11  have a KKM spec on file?

12    A.   Yeah, I don't -- I don't.  I do not believe we

13  have one, but we can also verify that.

14    Q.   And I will scroll up here to page 37, and this

15  is an e-mail.  At the bottom here is one dated July

16  21st, 2015 at 12:30 p.m. from Luke McIntire to Bob

17  Varian.  Do you see where in this e-mail Luke says,

18  "Round from O.K. in the same specs as our other runs."

19    A.   Yes.

20    Q.   And scrolling up, there's an e-mail from

21  Mr. Varian to you on July 21st, 2015, at 2:30 p.m.,

22  where Mr. Varian was asking you, "What are the required

23  properties for KKM?"  Do you see that?

24    A.   Yes.

25    Q.   And he also says, "Due to the heat, I'm not

David Oliva
October 18, 2023

1    carrying around my laptop to look it up."
2          Do you know where Mr. Varian, where he would
3    have to look up these required KKM properties?
4      A.   He would have went to the AS/400 to see if
5    there is any customer notations.
6      Q.   And again, the e-mail above that, you state
7    that you believe there was also a physical property call
8    on hardness for KKM; correct?
9      A.   Yes.
10     Q.   Do you have any knowledge about how KKM would
11   use steel that it orders through Samuel, Son & Co.?
12     A.   Just information that they would have passed on
13   to our salespeople.
14     Q.   I guess more I'm talking about a specific order
15   of steel.
16          Would Samuel, Son & Co. know what KKM intends
17   to do with a specific order of steel?
18     A.   I saw an e-mail earlier from Ritu to me that it
19   was for a gun barrel application.
20     Q.   Do you know if all the steel that KKM orders
21   through Samuel, Son & Co. is used for gun barrels?
22     A.   That, I do not know.
23     Q.   Do you have any knowledge of whether steel that
24   KKM orders through Samuel & Son could be used for other
25   purposes?

David Oliva
October 18, 2023

1    A.   Yes.

2    Q.   Okay.  What other purposes are you aware of?

3    A.   So 416 could be used in a variety of issues.

4  We have a customer that uses this for lifting, for pins.

5    Q.   No, I understand that.  I'm sorry if my

6  question wasn't clear.

7        I'm asking, did you have knowledge of KKM

8  intending to use the steel it ordered through Samuel &

9  Son for any purpose other than gun barrels?

10    A.   No, I do not.

11    Q.   Do you have an opinion one way or another of

12  the suitability of 416 steel for use in manufacturing

13  gun barrels?

14        MR. YORK:  Objection to form.

15        MR. YEE:  Attorney Yee.  Join.

16        THE WITNESS:  Mr. Mari, can you ask that

17  question again?

18  BY MR. MARI:

19    Q.   Sure.

20        Do you have any knowledge on the propriety of

21  using 416 steel to manufacture gun barrels?

22    A.   No.

23        MR. YORK:  Object to form.

24  BY MR. MARI:

25    Q.   The same question with respect to 416 R steel?

David Oliva
October 18, 2023

1       MR. YORK:  Object to form.

2       MR. YEE:  Join.

3       THE WITNESS:  No, I do not.

4       MR. MARI:  Scrolling up.  Sorry I'm going fast.

5       The certificate of test, page 8 here of

6   Exhibit 1, do you have any knowledge of whether the

7   chemical composition identified within met KKM's

8   specifications?

9       MR. YORK:  Objection to form.

10      THE WITNESS:  Do not.

11  BY MR. MARI:

12      Q.   We talked about Kevin McIntire.  Do you have

13  any recollection of conversations with Luke McIntire?

14      A.   No, I do not.

15      Q.   Do you have any recollection of speaking with

16  anyone at all on behalf of KKM?

17      A.   No, I do not.

18      Q.   When you were asked questions earlier about

19  page 34 here, this e-mail, I have written down in my

20  notes.  You said you believed it looked like they wanted

21  something different than typical 416 R.  Do you recall

22  testifying to that?

23      A.   Yes.

24      Q.   Okay.  Just to confirm, though, you cannot --

25  you cannot testify as to what you consider "typical

David Oliva
October 18, 2023

1   416 R"?

2     A.   Yeah.  It looks like he's looking for a certain

3   chemistry based on sulfur content.

4     Q.   I understand.

5        But when you referenced "typical 416 R" again,

6   you don't know the chemical composition of what "typical

7   416 R" is --

8     A.   Correct.

9     Q.   -- correct?

10    A.   Correct.

11    Q.   Mr. Bill Brewster, you said he retired.  When

12  did he retire?

13    A.   I believe in 2020.

14    Q.   And approximately how long did he work for

15  Samuel, Son & Co.?

16    A.   Oh, I believe over 40 years.

17    Q.   And Angie Cardona is the former purchasing

18  agent.  When did her employment end with Samuel, Son &

19  Co.?

20    A.   I think around 2017, but I'm not 100 percent.

21    Q.   And again, same question.  Approximately how

22  long did she work for Samuel, Son & Co.?

23    A.   Maybe two years.

24       MR. MARI:  All right.  I don't have anything

25  further.  Thank you very much for your time.

David Oliva
October 18, 2023

1    THE WITNESS:  You're welcome.

2

3                       EXAMINATION

4

5   BY MR. CARDAMONE:

6       Q.   Good afternoon, sir, my name is Nick Cardamone,

7   and I represent Shooters Connection in this matter.  I

8   just have a couple of questions for you.

9            Have you heard of Shooters Connection?

10      A.   No, I have not.

11      Q.   Did Samuel & Son ever communicate what Shooters

12   Connection regarding the specifications of steel sold

13   KKM?

14      A.   Not that I'm aware of.

15      Q.   Did Samuel & Son communicate with Shooter's

16   Connection at all regarding the steel that it sold to

17   KKM?

18      A.   Not that I'm aware of.

19      Q.   Does Samuel & Son ever communicate with any

20   entity at the retail level regarding the specifications

21   of steel that would be used by a manufacturer of gun

22   barrels?

23      A.   No --

24           MR. YORK:  Object to form.

25           THE WITNESS:  -- no, we did not.

David Oliva
October 18, 2023

1    BY MR. CARDAMONE:

2        Q.   Is Samuel & Son aware of whether Shooters

3    Connection sold KKM barrels made of steel provided by

4    Samuel & Son?

5        A.   No, I am not.

6            MR. CARDAMONE:  Okay.  Let me just look at my

7    notes really quick.  I think that's all I have for you,

8    but let me just double-check.

9            No, no further questions.  Thank you very much.

10           THE WITNESS:  You're welcome.

11           MR. YEE:  John?

12           MR. CHIOCCA:  No.  I'm good.  Thanks, Ed.

13

14                    EXAMINATION

15

16   BY MR. YEE:

17       Q.   Mr. Oliva, I have just a few follow-up.  I

18   think it's just one, actually.

19           Mr. Mari, on behalf of KKM, was asking you

20   whether you have any opinion on suitability --

21   suitability of using 416 or 416 R for manufacturing gun

22   barrels.  Do you remember that question?

23       A.   Yes.

24       Q.   And I believe your answer was "no."

25           You already established early for us you're not

David Oliva
October 18, 2023

1   a metallurgist; correct?

2       A.   That is correct.

3       Q.   And I think you already testified when I was

4   asking you questions that, Samuel, Son & Co. does not

5   make any recommendations to customers, any type of grade

6   of steel for what they're trying to use.  In fact, I

7   think you testified and clarified that all Samuel, Son &

8   Co. does is that the customer tells you what they're

9   looking for, and you go and find it; is that correct?

10      A.   That is correct.

11           MR. YEE:  I have nothing further for you.

12           MR. YORK:  No questions from here.

13           MR. MARI:  Nothing else from me.

14           MR. CARDAMONE:  Nothing on Shooters

15   Connection's side.

16           MR. YEE:  I think that's a wrap.

17           MR. MARI:  Jeff, I don't know if you want to do

18   the -- whether he wants to read or waive.  I'm going to

19   order.

20           MR. YORK:  Yeah, we'll read.

21           MR. MARI:  That was Nick Mari for KKM who

22   ordered.

23           MR. YEE:  And we will order too.  This is

24   Attorney Yee for plaintiffs.

25           MR. CARDAMONE:  We'll hold off for now.

David Oliva
October 18, 2023

1          THE REPORTER:  Okay.  All the orders are on the

2   record.  We can go off the record?

3          MR. YEE:  Yes.  Sorry.

4

5          (Deposition concluded at 12:51 p.m.

6          Declaration under penalty of perjury

7          on the following page hereof.)

8

9                  -0-

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

David Oliva
October 18, 2023

1         DECLARATION UNDER PENALTY OF PERJURY

2

3      I, DAVID OLIVA, do hereby certify under penalty of

4 perjury that I have read the foregoing transcript of my

5 deposition taken on OCTOBER 18 2023; that I have made

6 such corrections as appear noted on the Deposition

7 Errata Page, attached hereto, signed by me; that my

8 testimony as contained herein, as corrected, is true and

9 correct.

10       I declare under penalties of perjury of the

11 State of California that the foregoing is true and

12 correct.

13      Dated this _____ day of _____,

14 2023, at _____, California.

15

16

17

18

19

20                 _____

21                 DAVID OLIVA

22

23

24

25

David Oliva
October 18, 2023

| | |
|---|---|
| 1 | DEPOSITION ERRATA SHEET |
| 2 | |
| 3 | Page No. _____ Line No. _____ |
| 4 | Change:_____ |
| 5 | Page No. _____ Line No. _____ |
| 6 | Change:_____ |
| 7 | Page No. _____ Line No. _____ |
| 8 | Change:_____ |
| 9 | Page No. _____ Line No. _____ |
| 10 | Change:_____ |
| 11 | Page No. _____ Line No. _____ |
| 12 | Change:_____ |
| 13 | Page No. _____ Line No. _____ |
| 14 | Change:_____ |
| 15 | Page No. _____ Line No. _____ |
| 16 | Change:_____ |
| 17 | Page No. _____ Line No. _____ |
| 18 | Change:_____ |
| 19 | Page No. _____ Line No. _____ |
| 20 | Change:_____ |
| 21 | Page No. _____ Line No. _____ |
| 22 | Change:_____ |
| 23 | |
| 24 | |
| 25 | DAVID OLIVA                    Dated |

David Oliva
October 18, 2023

```
 1  STATE OF CALIFORNIA      )
                             ) ss
 2  COUNTY OF LOS ANGELES    )

 3            I, SHEREE L. SPENCER, a Certified

 4  Shorthand Reporter, do hereby certify:

 5            That prior to being examined, the witness

 6  in the foregoing proceedings was by me duly sworn to

 7  testify to the truth, the whole truth, and nothing but

 8  the truth;

 9      That said proceedings were taken remotely before

10  me at the time and place therein set forth and were

11  taken down by me in shorthand and thereafter transcribed

12  into

13  typewriting under my direction and supervision;

14      I further certify that I am neither counsel for,

15  nor related to, any party to said proceedings, nor in

16  anywise interested in the outcome thereof.

17      In witness whereof, I have hereunto subscribed my

18  name.

19

20  Dated:  OCTOBER 30, 2023

21

22
    _____
    SHEREE L. SPENCER
23  CSR No. 11073

24

25
```

David Oliva
October 18, 2023

1    U.S. Legal Support, Inc.
     11100 Santa Monica Boulevard
2    Suite 350
     Los Angeles, California 90025

3

4    October 30, 2023

5
     DAVID OLIVA
6    C/O JEFFREY S. YORK, ESQ.
     SHUTS & BOWEN LLP
7    1000 Riverside Avenue
     Suite 800
8    Jacksonville, Florida  32204

9    Re: Akai Custom Guns, LLC v. KKM Precision, Inc., et al.
     Date of Deposition:  October 18, 2023
10

11   Dear Mr. Oliva:

12   Please be advised that the original transcript of your
     deposition in the above-titled matter is now available
13   for reading and signing.  The transcript will be held in
     our office for 30 days and made available for your
14   review.

15   Please contact us at
     westclientsolutions@uslegalsupport.com
16   to arrange an appointment.

17   You may elect to waive signature of the original and
     review a copy of the transcript.  If it is more
18   convenient to review a copy, please notify our office
     via certified or registered mail of any changes made to
19   your transcript.  Please be advised that we are unable
     to release the original transcript for review.
20
     In the event you do not sign your deposition transcript
21   within the 30-day period, it may be used with the full
     force and effect as though it had been read, corrected,
22   and signed.

23   Thank you,

24   U.S. LEGAL SUPPORT
     Production Department
25
     cc:  All Counsel

David Oliva
October 18, 2023

---

**Exhibits**

**EX 0001 David Oliva 101823**
6:8 14:19,20
24:5 64:14
65:14 66:7
70:21 71:7
73:3,15
78:7,19 82:6

---

**-**

**-0-**
87:9
**-8**
44:14

---

**0**

**063**
40:14
**063F**
39:19

---

**1**

**1**
14:19,20
15:17 24:5
46:4,11 49:3
55:12 56:3
57:5 60:20
64:14,17
65:14 66:7
70:21 71:7
73:3,15 74:2
78:7,19 82:6
**1,094**
37:13
**1,286**
30:10
**1,292**
29:25
**1,294**
29:12,16

**1,300**
28:20
**1,320**
29:4,20
**1,330-**
44:14
**1.75**
54:2
**1/2**
55:12 56:3
57:5 60:20
**1/4**
46:4,11 74:2
**10**
29:3 47:6
49:9 59:4,5
72:20
**10,000**
57:5 60:8
61:6
**100**
49:15 66:5
72:17 83:20
**100,000**
36:23
**10:32**
58:18
**10:39**
7:2
**10:43**
59:2
**11**
29:10 39:12
**11,000**
35:24 36:22
**11,090**
36:19,21
**111**
58:20
**11:32**
60:6
**11:46**
61:10
**11th**
30:9
**12**
29:14 57:5

**12389**
11:22
**124**
31:6
**1282**
28:9
**12:30**
56:1 79:16
**12:51**
87:5
**13**
29:19
**143**
65:2
**144**
21:2
**15**
30:3 46:1
75:18
**16**
30:6
**17**
30:13 71:15
**18**
7:2 28:21
30:17,18
**19**
31:13,14
39:15
**1980s**
78:17
**1982**
9:20
**1:15**
46:4
**1:25**
57:2

---

**2**

**2**
16:22 17:4
21:9 24:4,5
64:20
**20**
32:11 39:15

**2013**
49:13
**2014**
45:14 50:3
73:16 75:18
**2015**
17:8 21:21
25:4,18
28:4,20
29:4,11,15,
20,24 30:7,
13 34:11
53:9,23
54:13 55:8
56:1,12
57:3,21
58:18 59:2,
11 60:5,11,
18 61:10
62:21 79:16,
21
**2016**
24:15 25:2
30:22,24
31:19 35:12
37:4,12
**2017**
13:7 23:5,23
31:20 32:14
37:22 38:1,
19 39:7,8,12
42:25 43:12
44:13,18
83:20
**2018**
12:10,11,13
13:11
**2020**
72:16 83:13
**2022**
17:9 21:21
25:4,19
**2023**
7:2
**207**
39:20 40:16
**20th**
44:13

---

David Oliva
October 18, 2023

**21**
33:4  55:8
**21st**
56:1,12
57:3,21
79:16,21
**22**
33:8,9  34:19
35:19  36:14
**221**
59:4
**22nd**
58:18  59:2
**23rd**
59:11  60:2
**24**
36:25  53:9
60:5
**24th**
60:21
**25**
37:9
**26**
37:15  38:2
**27**
30:24  38:18
40:22
**28**
42:11
**28th**
24:16
**29**
42:24  73:3,
11
**2:23**
60:18
**2:30**
57:21  79:21
**2:49**
56:12

**3**

**3**
16:22,23
**30**

40:11  43:12
**31**
44:4
**31st**
45:14  73:16
**32**
44:12
**320**
58:20
**33**
10:19,20
12:6  13:1,15
44:17
**34**
45:9,10  50:9
73:15  82:19
**35**
53:16  62:20
63:2
**36**
63:2
**37**
55:25  57:1
79:14
**37004**
39:19  40:11
**38**
49:4  55:7
**39**
61:8  62:16
**3:05**
63:11
**3:10**
63:12,13

**4**

**4**
16:22,23
17:5  21:10
24:6  30:13
64:20
**4/16**
57:5
**40**
54:22  59:11
60:1  78:19

83:16
**410**
49:1  51:11
**416**
21:1,15,16,
17,19,22
23:24  24:19,
24,25  25:4,
15,20  26:16
27:16,17
28:7,13,15
29:2,9,13,
18,22  30:2,
5,12,16
32:4,8,24
33:5  34:22
35:16  37:8,
14  43:8,18
44:16  46:5,
11,20,21,24
47:10,16,18,
21,23  48:1,
3,13  49:1,3
50:24,25
51:11,14,18,
22  52:2,13
53:6  54:18
55:3  56:14,
23  59:18
60:8  61:6
62:17  63:1
67:7,8
68:18,19
69:1,4,9,21,
24  70:2,5,
17,22  71:6
72:10,11
74:2  76:11,
19  81:3,12,
21,25  82:21
83:1,5,7
85:21
**416R**
70:5
**43**
34:23,24
53:21  56:11
58:16,17

66:6,11  76:8
**44**
53:21  54:9
75:2
**45**
53:16  60:3,4
**46**
15:18  16:5
53:4,5  64:16
65:13,14
68:12
**4th**
30:8  60:2,
11,18

**5**

**5**
24:9,10
25:14  26:8
70:21,22
71:7
**5,962**
32:4,17
38:24  39:5,
12  40:24
42:15
**5466062**
20:22
**5th**
37:12

**6**

**6**
25:24,25
26:8
**6,000**
46:6  48:24
49:5
**6,087**
24:22  31:11
**6,348**
43:3
**622**
30:14

David Oliva
October 18, 2023

**6:20**
  58:3
**6:22**
  60:23
**6th**
  61:10

---

**7**

**7**
  26:11,15
**718**
  30:4

---

**8**

**8**
  27:10,11
  28:12 62:21
  71:14,15
  82:5
**82**
  9:21
**880**
  72:8
**8:36**
  59:12
**8th**
  53:23 54:12

---

**9**

**9**
  28:16
**9,000**
  57:4
**9:08**
  53:23 62:21

---

**A**

**A-R-C-A-D-I-A**
  12:4
**a.m.**
  7:2 53:23
  58:18 59:2,

**12** 60:6
  61:10 62:21
**A582**
  21:17
**able**
  58:4
**above**
  26:23 38:22
  76:22 80:6
**accompanied**
  44:2
**account**
  22:8 77:22,
  24 78:5,6
**accounts**
  77:7,20
  78:11
**across**
  63:2
**active**
  66:2,4
**address**
  11:21 12:7,
  10,11 66:3,9
**addressed**
  75:6
**addresses**
  66:20
**administratio
n**
  10:4,11
**advance**
  32:1
**affirmed**
  7:5
**afternoon**
  7:25 44:24
  63:22 64:7
  84:6
**agent**
  62:4 83:18
**ago**
  13:15 22:5
**agree**
  73:22 74:1
  79:6

**ahead**
  48:8 51:24
  52:21,23
  55:3 74:22
**allow**
  8:18
**alternate**
  16:22
**American**
  23:10,25
  24:2 35:7,8
  37:1 39:20
  40:15,17
  41:14 48:19
  73:13
**Angeles**
  7:1 10:23,24
  11:3,8,12,
  17,20 12:9
**Angie**
  61:11 62:3,
  5,8,12,14
  83:17
**answer**
  7:25 8:16
  9:2 25:13
  26:2 45:4
  70:23 71:10,
  11,12 85:24
**answered**
  45:3 69:1
**answering**
  8:7
**answers**
  8:3
**anybody**
  50:20
**anyone**
  22:2 51:10,
  17 52:9 63:5
  74:10 82:16
**apologize**
  53:19 56:25
  64:10
**appeared**
  33:2

**appears**
  9:8 23:4,22
  24:18 31:6
  35:22 37:3,
  11,21 40:23
  41:19 42:21,
  24 45:9
**application**
  80:19
**approximately**
  72:18 83:14,
  21
**April**
  24:15,16
  25:2 30:22,
  24 38:19
  39:7 53:23
  54:12 62:21
**Arcadia**
  11:23 12:4,
  8,15 13:12
**area**
  23:3
**around**
  24:17 49:3,4
  53:20 57:24
  64:11 72:20
  80:1 83:20
**arranged**
  55:24
**arrive**
  49:12
**arrives**
  32:2
**AS/400**
  78:14,16
  80:4
**Ashley**
  60:12 61:10,
  14,15,21
  62:7,11,14
**asked**
  39:14 59:15
  70:3,10,20
  72:8 73:19
  82:18

David Oliva
October 18, 2023

asking
  7:21 51:8,9
  62:9 79:22
  81:7 85:19
  86:4
assigned
  17:20
assume
  9:3 14:8
  18:18 35:5
  42:7 52:13
assuming
  52:17
assurance
  67:1 68:1
ASTM
  21:17,18
  69:20
attend
  9:17 10:1,7
attention
  16:21 23:2
attorney
  7:19 25:7,10
  64:9 65:6,
  10,12 69:3
  71:4 81:15
  86:24
attorneys
  7:21 8:12
  63:18,21
August
  60:2,11,18
  61:10
authorized
  55:2 62:23
available
  52:17 59:5
aware
  22:13 77:21
  81:2 84:14,
  18 85:2
Azusa
  11:22

**B**

back
  12:10 18:8
  20:22 24:3
  35:18,19
  37:9 39:1,7,
  10 40:20,23
  42:9,22
  46:25 48:18
  49:13 50:2
  51:6 54:23
  55:7 56:2
  57:1,21
  58:16 59:11
  60:17,20
  61:8 62:21
  72:7 74:13
  75:18
background
  9:10
backwards
  40:21 55:23
bar
  19:6 21:1,
  15,22 26:16
  32:4,24
  35:24 36:19
  40:24 43:8,
  19 50:12
  53:6,25 59:5
  60:8 61:6
  67:8,11 74:2
  76:19
barrel
  69:13,16
  80:19
barrels
  50:10 80:21
  81:9,13,21
  84:22 85:3,
  22
bars
  19:7,8 21:13
  22:12 23:24
  24:19,24
  25:15 31:7

33:5 62:18
base
  55:10
based
  25:2 40:5
  42:12 48:20
  63:20 67:16
  75:14 83:3
basically
  15:17 18:6
  22:22 41:17
  54:13
batch
  18:13
Bates-labeled
  64:16
Bear
  35:17
behalf
  55:4 82:16
  85:19
believe
  11:5 12:10
  38:12,17
  42:11 46:1
  47:4 50:22
  51:5,7 57:17
  60:3 66:4,19
  68:11,13,21
  70:23 71:11
  75:14 79:12
  80:7 83:13,
  16 85:24
believed
  82:20
believes
  76:24
belive
  46:14
below
  9:9 38:12
  59:4,13,14,
  18 79:3
better
  21:4 50:11,
  16

bigger
  31:9
bill
  18:6 26:4
  30:19 31:2
  37:16 44:17
  57:2,3,8,9,
  16,24,25
  58:17,19
  59:2,12
  60:13 67:17
  76:23 78:20
  83:11
billet
  53:24 54:1
bit
  9:14 36:4
  60:14 64:11
blurry
  14:23
Bob
  55:8,16,17,
  18,20 56:2,
  13,20 57:2,
  15,21 58:3,
  9,17 59:12,
  15,22 60:5,
  7,11,13,18,
  24 72:14,16
  76:10,20
  78:21 79:16
bottom
  23:10 60:4
  66:11 78:20
  79:15
boxes
  38:6
Boyd
  60:12 61:10,
  14,15
break
  44:22,25
  45:1,2,4,5,6
  63:5
breakdown
  27:18,20,21
Brewster

David Oliva
October 18, 2023

57:2,8,9,24
58:18 59:12
60:13 76:23
78:21 83:11
**Brewster's**
57:16
**briefly**
13:21 17:14
20:23 35:19
**bring**
14:16
**brings**
40:20
**brittle**
50:12
**broken**
26:5
**broker**
34:5 35:22
**bundle**
20:20
**bundles**
31:5
**business**
10:4,11
13:22 16:7,
11 47:24
**buy**
17:7,10,12,
15 21:8,20,
22,25 23:6,
11 24:4
25:3,18,19
34:8
**buyer**
27:15

---

**C**

---

**California**
7:1 9:18
10:2 11:14,
15,23
**call**
14:18 18:12,
16 34:6
61:16 71:19

80:7
**call-in**
58:6
**call-out**
47:23 58:21
76:24 77:3
**called**
17:24 18:9
33:14,16
69:6 72:5
**callouts**
76:18
**canceled**
41:2,16,23
42:1,2,8
**carbon**
54:3 58:19
75:10,16
**Cardamone**
84:5,6 85:1,
6 86:14,25
**Cardona**
61:11 62:3
83:17
**carrying**
57:23 80:1
**case**
9:11 19:2,19
27:16 28:2
37:20 63:19
67:7 68:22
75:21
**cases**
67:10
**catalog**
21:5
**catch**
8:12 60:14
**caught**
25:13
**center**
72:6
**cert**
32:12
**certain**
14:4 18:13
37:17 40:6

83:2
**certainly**
15:3 44:23,
25 45:1,5,6
**certificate**
18:15 27:12,
14 28:16
29:10,14,24
30:3,13,17
33:10,11,15,
16 35:1,20
37:10 43:25
44:13 67:16
71:14 72:7,
11 82:5
**certificates**
52:15
**certification**
38:14
**chance**
15:5 17:12
**Chapman**
10:2,5,7,10
**character**
39:19
**check**
41:3 56:15
76:12
**checked**
59:4
**checking**
55:13
**chemical**
18:17 27:19,
22 67:20
69:9,23 82:7
83:6
**chemistry**
48:17 50:23
52:1,6 53:24
54:9,14
56:14 58:4,
9,13 59:14
62:22 70:2
76:11,15,19
79:3 83:3

**Chen**
23:9,24 24:2
33:19 34:3,
4,20 35:21,
25 36:1,10,
15,16,19,21
71:20
**Chen's**
34:17,18
**CHIOCCA**
85:12
**chronological**
53:18
**City**
12:14
**clarified**
86:7
**clarify**
13:25
**clear**
8:8,15 81:6
**Co.'s**
16:6
**college**
9:24 10:2,8
**colloquy**
32:20
**column**
17:23 18:9,
18,23 19:4,
11,15,23
20:15
**come**
14:5 20:22
31:25 35:19
47:3
**Commerce**
12:14,15
13:9
**communicate**
84:11,15,19
**communicated**
76:4
**communicates**
58:19
**communicating**
76:7

David Oliva
October 18, 2023

communication
  51:7 76:1
companies
  50:23
company
  13:24 38:9
components
  18:16 70:1
Composite
  65:14
composition
  27:19,22
  67:20 70:5
  82:7 83:6
compositions
  69:9,23
computer
  16:12,17
  77:8
concluded
  87:5
Cond-a
  59:14 78:24,
  25
Condition
  79:1
conduct
  16:11
confident
  49:16 72:17
confirm
  67:6 70:16
  72:24 82:24
confuses
  8:21
connected
  56:19
Connection
  84:7,9,12,16
  85:3
Connection's
  86:15
consider
  82:25
considered
  72:1

construction
  9:9
contact
  22:22
contacted
  36:11
contained
  24:5 65:13
  68:12 78:7
content
  49:2 58:19
  83:3
context
  75:5,25
conversation
  51:3
conversations
  8:10 22:2,4
  50:14 51:2
  82:13
Cool
  71:5
copied
  78:21
copies
  59:12 60:12,
  19
copy
  17:6 59:15
  60:19
corner
  15:16 34:15
  42:19
correct
  13:12 14:2,
  6,7,10 17:18
  22:19,20,25
  23:1,25
  24:15,19,25
  25:5,15,20
  26:9,17
  28:7,14,23
  29:5 31:7,
  11,20 32:4,
  8,9,14,24
  33:6,19
  35:12,24

36:3,12,13,
15,17,19
37:1,4,18
38:19 39:12
40:24 41:15,
21 42:9
43:1,4,11,
14,20 44:18
51:22 53:9
54:14,25
55:4 56:20,
23 58:11,14
60:9 61:3,6
62:18,24
63:2 66:12,
18 69:11,12,
21,22 70:18,
19 71:17,18
73:20,23
74:2,8,9,11
76:5 80:8
83:8,9,10
86:1,2,9,10
correctly
  28:6
correspondenc
e
  22:5
corresponding
  20:20 68:6
corresponds
  15:18 21:19
  34:16
cost
  57:4
counsel
  73:20
Count
  20:9
COUNTY
  7:1
couple
  84:8
course
  16:6 70:13
court
  8:1 12:1

70:9,12
cover
  53:2,3 61:9
covered
  64:12
created
  71:16
credit
  38:20,22
  40:21 42:8,
  18
credited
  39:7 40:23
customer
  14:13 18:3
  32:2 48:12,
  16,20 51:8
  68:3 77:6,
  11,14,20,24
  78:6,10 80:5
  81:4 86:8
customer's
  78:5
customers
  14:4 22:22
  31:25 86:5
cut
  25:8
CWT
  19:13

---

              D

d.oliva@
samuel.com
  66:17
date
  24:17 25:2
  26:20 30:7,
  21 31:23
  34:13,14
  37:25 39:9
  49:14 72:17
dated
  42:25 79:15
dates
  53:18

David Oliva
October 18, 2023

datewise
  55:6
David
  7:4,12 39:25
  45:11 48:8
  51:24 52:23
  54:23 56:16
  57:22 59:13
david.oliva@
samuel.com.
  65:23
day
  46:3 55:9,10
  57:3
deals
  48:6
December
  35:12 37:4
Declaration
  87:6
define
  74:18
degree
  10:5
delay
  31:22
delivered
  23:12,14,16
  67:4 68:14,
  19
delivery
  43:22,24
  71:24
depending
  47:6
deposition
  7:17,21 8:5
  17:13 65:7,
  18 72:25
  77:25 87:5
Depot
  23:9
DES
  18:23
describe
  19:1 67:1,7,
  25 68:25

described
  22:14
description
  18:24 19:6
  64:21
descriptions
  21:12
designation
  47:22 69:5
destroyed
  47:8 52:14
detail
  36:4
details
  48:16
determine
  23:15 26:19
  39:15 44:5
diameter
  21:2
difference
  17:25 70:4
different
  12:16 16:25
  30:7 43:19,
  20 51:22
  52:1 55:24
  60:3 82:21
difficult
  8:19 17:2
dimension
  67:13
direct
  23:2
directly
  46:17 54:10
  76:22
distinction
  76:3
distribution
  13:24 14:1
distributor
  22:15 34:7
  71:20,22,25
  72:2,5

distributor/
broker
  36:10
Doc
  64:17
document
  24:25 25:14
  26:4,13
  27:24 29:14
  30:20 33:3
  36:14,23
  37:15 40:20
  43:9,18
documentation
  67:9
documentation
s
  67:15
documents
  14:16 15:7,
  9,14,19,21
  18:4,5 21:9,
  24 23:19
  26:23 42:6
  47:4 53:14
  55:23 65:9,
  10,13,14
  67:6 71:16
doing
  8:12
doliva@
samuel.com
  65:24 66:2,
  12
Doss
  38:9
double-check
  63:9 85:8
due
  46:7 48:24
  57:23 79:25
duly
  7:5
duplicates
  29:23

---

**E**

---

e-mail
  22:5 45:10,
  13 46:2,20
  48:22 49:17
  50:3,8,19
  51:20 52:4
  53:21 54:13,
  18 55:6,7
  56:12 57:2
  58:5,17
  60:5,23 61:9
  62:7,8,16
  65:17,21
  66:2,9
  73:16,19
  74:1 75:5,20
  76:1,8,17,22
  78:20 79:6,
  15,17,20
  80:6,18
  82:19
e-mailed
  58:9
e-mailing
  74:13
e-mails
  15:23 46:3
  53:3,16
  56:8,10
  60:12,18
  66:8
earlier
  15:13 20:19
  22:15 25:17
  30:8 33:1,2,
  12 37:15
  39:14 43:13
  46:3 47:5
  48:1 55:23
  58:10 61:2
  68:5 69:19
  71:19 73:7
  74:10 80:18
  82:18

David Oliva
October 18, 2023

earliest
  53:21
early
  46:7 48:24
  85:25
easier
  21:11
easy
  24:6
Ed
  85:12
education
  9:15,23
either
  8:23 24:2
electronic
  17:3 21:10
  23:3,21
emphasis
  10:11
employed
  10:14,16
employee
  57:11,12
employees
  16:10
employment
  10:21 12:6
  83:18
end
  15:11 38:20
  83:18
engage
  9:23
engaged
  13:22
ensure
  67:3 68:2
enter
  60:13,24
  67:17
Enterprise
  16:15
entire
  41:16,23
entity
  41:19 84:20

ERP
  16:12,14
established
  20:6 25:17
  85:25
evening
  57:25
everyone
  14:21 63:10
exactly
  20:10 21:6
  26:12 33:3
  50:4
EXAMINATION
  7:8 64:4
  84:3 85:14
examined
  7:5
Examiner
  10:23,25
  11:1,4,9
Excel
  23:21
exchange
  50:19
exhibit
  14:19,20
  24:4,5
  64:14,20
  65:14 66:7
  70:21 71:7
  73:3,15
  78:7,19 82:6
experience
  69:16
Explain
  36:4
explained
  7:20 36:7
  37:10

F

facility
  20:12 38:11
fact
  23:12,21

32:16 42:17
43:9 67:12
86:6
fair
  9:5,6 76:3
familiar
  17:10 21:18
  47:16 69:8,
  20
fast
  15:4 77:17
  82:4
February
  44:13
feel
  75:3
file
  79:9,11
finally
  8:23 20:14
  40:18 61:8
find
  14:5 21:23
  22:23 39:2
  48:13,25
  56:4 58:4,6
  59:17 86:9
finish
  8:17,18
first
  7:5 13:15
  14:21 46:10
  53:3 60:3
  64:14 66:20
  73:11
fit
  34:4
five
  63:10
focus
  16:21
follow-up
  50:18 61:5
  63:19 64:9
  85:17
following
  68:18 87:7

follows
  7:6
forgot
  44:20 62:20
form
  9:23 25:6,11
  35:1 48:7
  51:23 52:18,
  22 68:16
  69:2 71:3,8
  74:21 75:23
  78:2 81:14,
  23 82:1,9
  84:24
format
  16:25
forth
  74:13
free
  75:3
fulfill
  47:13
Furda
  59:3,7,8,10
future
  55:11

G

G22544
  39:21,23
  40:18
gave
  42:7
general
  13:3 51:6
generally
  22:21 66:25
  67:25
generate
  18:4
generated
  8:4 16:10
  17:17 18:5
  28:18 32:7
generic
  16:17

David Oliva
October 18, 2023

**give**
8:14,18
18:17 27:18,
20
**given**
7:17
**going**
7:20 8:4 9:9
14:18 15:3
49:13 51:6
53:2 55:10
57:3 63:17,
25 64:10
66:7 71:24
82:4 86:18
**good**
54:23 55:9
64:7 84:6
85:12
**grade**
34:20 35:14
37:6 54:16
86:5
**graduate**
9:19
**graduated**
9:22
**great**
11:22 38:5
**greater**
49:2
**Greg**
53:12 59:15,
22,23,24
60:5,6,12,
13,19,24
**ground**
44:21
**guarantee**
54:1
**guess**
15:1 36:10
41:2 50:15
61:16 76:3
78:18 80:14
**guessing**
28:19

**gun**
47:23 69:13,
16 80:19,21
81:9,13,21
84:21 85:21
**guns**
69:6
**Gupta**
45:14,15,16,
17 51:21
73:16,22,24,
25
**Gupta's**
74:1
**guy**
49:18,21,23
57:13
**guys**
32:7

**H**

**half**
67:11,12
**happen**
7:20 57:22
**happened**
8:5 34:10
47:7 50:18
**happy**
8:25 9:12
15:4
**hard**
8:14 26:19
37:21,23
47:14 53:17
**hardening**
14:9
**hardness**
58:6,21,25
67:23 76:24
77:3 80:8
**hashtag**
27:1
**header**
54:18

**hear**
8:24 9:11
39:24 40:3
64:19 70:8
**heard**
9:3 47:18,20
84:9
**hearing**
9:8
**heat**
18:10,12,13
20:19 26:5
36:21 40:7
49:1 57:23
59:4 67:14
68:7,9 79:25
**held**
13:1
**Herald**
10:23,25
11:1,4,9
**hereof**
87:7
**Hey**
25:8
**high**
9:15,17,18,
19,22
**higher**
9:23 54:4
75:10
**highlighted**
23:3
**history**
17:7,10,13,
15 21:8,20,
22,25 23:6,
11 24:4
25:3,18,19
**hold**
39:22 66:3
86:25
**hope**
55:9 57:3
66:24
**hoping**
7:19

**horribly**
70:3
**huh-uh**
8:11
**Hundredweight**
19:14
**hyphen**
73:5

**I**

**idea**
31:22 44:8
49:22
**identification**
68:4,10
**identified**
41:20 63:1
82:7
**identifies**
26:15 31:5
43:19 45:11
**identify**
18:13 20:17
38:5
**important**
7:24 8:3
68:9
**inactive**
77:22
**inch**
21:1 46:4,11
54:2 67:10,
11,12 74:2
**inches**
21:2
**including**
15:22
**Incorporated**
33:19 54:25
**indicate**
24:25 32:6
49:18 58:3
79:7
**indicated**
71:7 72:9

David Oliva
October 18, 2023

indicates
  23:22 27:4
  43:9 48:23
  50:9 60:13
indicative
  18:10
industry
  34:7 69:5
  71:23
information
  16:24 51:14
  52:12 56:15
  58:4 59:22
  60:6 76:12,
  20 77:2
  80:12
initial
  66:20
inside
  13:2,17,18,
  19 22:6
  45:17 59:8,
  24
instance
  8:9 19:5
intending
  81:8
intends
  80:16
internal
  18:20
internally
  20:16,18
International
  23:9 33:19
  34:3 35:21
introduced
  14:20
invoice
  17:17,20,25
  18:5 24:12
  25:15 31:15,
  16,23 32:3,
  7,22 36:15
  38:19 42:25
invoiced
  31:19

invoices
  15:22
involved
  14:9 15:25
  22:6 35:23
  56:9 58:24
  61:23 63:19
involvement
  7:22,23
involving
  37:3
issues
  81:3
issuing
  38:22
item
  18:18,20,21
  20:22 21:5

---

**J**

January
  23:4,23
  31:20 32:14
  39:7,12
jeez
  78:17
Jeff
  12:3 86:17
Jim
  59:3,7,8
John
  63:24 85:11
join
  69:3 81:15
  82:2
joined
  11:9
July
  45:14 53:9
  55:8 56:1,12
  57:3,21
  58:18 59:2,
  11 60:2,5,21
  73:16 79:15,
  21

jump
  53:20 73:3
jumped
  57:19
jumping
  56:25 64:11
jumps
  60:1

---

**K**

keep
  64:12 68:8
kept
  16:5
Kevin
  46:10,11,12,
  15,17,20
  53:23 54:13,
  22,24 55:2
  56:14 62:21,
  23 74:2,12
  75:6,15
  76:10,17,21
  82:12
kind
  8:21 15:5
  52:1 66:25
  67:1,25
  68:25 72:4
KKM
  17:7 19:2
  21:13,22
  22:1,2,8,10,
  17,22 23:4,
  12,16,23
  24:13 25:4,
  15,19 26:5,
  16 27:8
  31:3,16 33:5
  37:18 38:13,
  16 40:23
  41:10 42:2
  43:1,7 44:18
  46:4,10,12
  51:21 52:10
  53:7 54:22,

24 56:1
  57:23 59:14,
  23 64:9
  68:12,15
  74:2,11,16,
  19 77:3,13,
  20 79:4,7,9,
  11,23 80:3,
  8,10,16,20,
  24 81:7
  82:16 84:13,
  17 85:3,19
  86:21
KKM's
  52:13 77:24
  78:6 82:7
know
  8:9,16,25
  9:11 15:3,22
  18:15 22:10
  25:3 27:5
  36:23 38:8
  41:25 44:4,
  23,25 45:5,
  19,24 46:11,
  23 47:12,20,
  25 49:5,7
  50:18,20
  54:5,16
  56:4,5,7,8
  57:22,25
  59:3,15,16
  65:11 68:8
  69:23 70:1,4
  71:11 72:10,
  13,18,22
  74:23 75:3,
  24,25 76:1
  77:11,19,21,
  22 78:9,24
  79:9,10
  80:2,16,20,
  22 83:6
  86:17
knowledge
  21:25 41:1
  46:21 47:9
  80:10,23

David Oliva
October 18, 2023

81:7,20 82:6

**known**
21:17

---

**L**

---

**labeled**
16:4
**labeling**
15:16 24:4
**lack**
21:4
**lading**
26:4 30:19
31:2 37:16
44:17
**ladings**
67:17
**language**
75:14
**laptop**
57:24 80:1
**lawsuit**
7:23
**layman's**
69:4
**lead**
55:13 57:4
**learn**
52:9
**led**
40:21
**left**
11:8
**length**
21:3 64:23,
25 65:1,3
67:13
**level**
50:10 84:20
**lifting**
81:4
**line**
19:24,25
54:5,20
75:11

**lines**
23:9,10
**list**
27:16
**lists**
26:4 72:11
**little**
9:14 14:22
21:11 35:23
36:4 55:24
77:17
**location**
13:9
**long**
10:18 11:3
45:24 57:17
72:18 78:15
83:14,22
**longer**
30:17 78:18
**look**
8:3 17:12
23:19 24:8
35:18 39:11
51:25 57:24,
25 75:2,4
80:1,3 85:6
**looked**
25:3 68:23
82:20
**looking**
17:15 21:8,
10,11,20,24
22:23 23:6,
11,13,20
28:6,12
30:20 34:12,
13,19 35:4
38:2 39:15
41:25 42:6,
18 48:22
50:2 51:21
52:1,5,10
56:8 62:7
64:17 71:13
72:7 75:7
78:8 83:2
86:9

**looks**
17:9 19:19
20:2 22:5
23:8 24:14,
16 26:3,12,
21 28:3,7,9,
12,18,20
29:19 30:9,
21,22 31:9,
18 32:12
33:5,18
34:10 35:11
37:8,20,22
39:6,11 41:4
42:19 43:3,
13,14 44:5,
14 45:10,13
46:2 52:4,5
53:6,8,11,
20,22 54:12,
21,23 55:2,
8,25 56:18,
22 60:7,17
62:17,23
73:12 75:5
83:2
**Los**
7:1 10:23,24
11:3,8,12,
17,20 12:9
**lot**
40:7
**lots**
43:20
**Lower**
11:22
**lower-hand**
15:16
**Luke**
27:4,8 55:9,
25 60:14,18,
19 61:1,2
73:5 79:16,
17 82:13

---

**M**

---

**machinability**
50:11,16
**machineable**
52:10
**Madam**
70:9,12
**made**
17:7 22:17
24:12,14
27:17 35:11
37:4,12,21
53:8 85:3
**make**
7:13 8:2,8,
14 31:9 39:2
44:23 67:14
86:5
**making**
22:24 50:12
**manage**
77:6
**management**
13:3
**manager**
13:3 57:10,
18 61:16,18
**manufacture**
81:21
**manufacturer**
14:1 19:18,
20 20:7
22:16 23:8
33:15,18,24,
25 35:5,9,21
36:8 39:16
47:13 67:4
69:14 71:21,
24 84:21
**manufacturers**
14:6 18:11
40:7 48:5,18
69:6
**manufacturing**
47:23 69:17

David Oliva
October 18, 2023

81:12 85:21
**March**
  17:8 21:21
  25:18 42:25
  43:12 44:18
**Mari**
  25:6,7,10,22
  52:18,19
  63:24 64:1,
  6,8 68:20
  69:7 70:8,
  12,15 71:5,9
  75:1 76:2
  77:18 78:3
  81:16,18,24
  82:4,11
  83:24 85:19
  86:13,17,21
**marked**
  14:20
**marketing**
  10:12,13
**master**
  34:6,7 35:22
  71:20,25
  72:1
**match**
  68:4,6
**matched**
  67:6
**matches**
  18:7 67:15
**material**
  23:7,12,16
  24:2 32:2
  38:13 41:8,
  11 42:1,15,
  21 43:6,10,
  14,24 44:15
  50:11,15
  55:11 62:9
  73:14 74:24
**materials**
  41:5
**matter**
  84:7

**matters**
  7:23
**Mcintire**
  46:15,17
  54:22,24
  55:2 56:1
  79:16 82:12,
  13
**mean**
  36:4 43:23
  71:20 73:10
  76:15
**meaning**
  22:1 41:10
**means**
  43:25 78:25
**measure**
  19:12
**measurement**
  67:14
**mechanical**
  27:19,21
**meet**
  59:14 79:4
**memo**
  38:20 42:8
**mention**
  44:20
**mentioned**
  15:13 33:1
  35:22 37:16
  49:8 51:18
  55:11,23
  71:19
**met**
  82:7
**metal**
  13:25 14:1,9
  18:11,14
  19:1 34:7
  52:10 68:10
**metallurgist**
  48:25 69:11
  86:1
**metals**
  13:24 14:5,
  12 27:20

**middle**
  76:9
**mill**
  20:9,11,17
  31:25 54:6
  68:8
**mills**
  65:2 67:9
**min**
  58:20
**mind**
  24:3
**mine**
  8:17
**minimum**
  58:19
**minutes**
  54:22 63:9,
  11
**missed**
  64:22
**missing**
  47:14
**mix**
  49:1 51:11
**month**
  46:7 48:24
**morning**
  54:22 59:21
  62:22 64:7
**move**
  12:15,18
  24:7 25:24
  27:10 32:10
  33:8 34:23
  36:25 60:11
**moved**
  12:10,11
  13:12
**MTR**
  43:22
**multiple**
  20:19 71:22

**N**

**name**
  7:11,14
  16:17 20:6,
  7,11,12 34:3
  40:3 64:8
  66:21,23
  78:13 84:6
**named**
  27:8
**NBR**
  18:18
**necessarily**
  34:17 38:4
  76:4
**need**
  8:19 14:4
  22:18 38:4
  44:22 45:2,5
  48:3 50:10
  55:12 56:2
  71:23 75:4
**needs**
  48:13 63:5
**never**
  24:3
**newspaper**
  11:2
**Nick**
  25:8 52:18
  63:24 64:1,8
  84:6 86:21
**no'**
  8:13
**noes**
  8:11,15
**noise**
  9:10
**normal**
  8:10
**North**
  23:10,24
  24:2 35:7,8
  37:1 39:20
  40:15,17

David Oliva
October 18, 2023

41:13 48:18
73:13
**notation**
  43:22 73:10,
  12
**notations**
  80:5
**note**
  56:13 76:10
**notes**
  58:6 63:7
  82:20 85:7
**noticed**
  17:23
**November**
  28:4,19
  29:4,11,15,
  20,24 30:3,
  6,8,9,13
**number**
  17:17,20,24,
  25 18:1,2,4,
  5,8,10,14,
  19,20,21
  19:5,7 20:1,
  3,4,14,15,
  18,20,21,25
  21:5,18
  26:5,6,21,22
  27:2 36:21
  42:12 48:1
  53:18 67:14
  68:6,7,9
  70:17 73:5,
  11
**numbers**
  15:18 18:13
  20:19 40:6,8
  43:19 68:5

―――――――――――――

O

**O.K.**
  56:3,5 79:18
**object**
  25:6,11 48:7
  51:23 52:18,

22 68:16
69:2 71:2,3,
8 75:23 78:2
81:23 82:1
84:24
**objection**
  25:22 48:14
  74:21 78:2
  81:14 82:9
**obtain**
  10:5
**obtained**
  54:10
**obviously**
  16:25 20:11
  22:4 53:25
  74:12 76:6
  79:8
**occasion**
  22:7
**occurred**
  32:14
**October**
  7:2 31:19
  37:12
**office**
  9:9 11:18,20
**offices**
  11:11
**okay**
  7:13,16,19
  9:7,12,13
  10:13 11:16,
  18 12:25
  13:18,21
  14:4,8,25
  16:4,19
  18:9,21,23
  19:1,4,11,
  13,15,19,23
  20:6,11,24
  21:7,20 22:6
  23:2,15,20
  24:3,14,18,
  21,24 25:2,
  17,24 26:15,
  19,24 27:10,
  24 28:2,6,

12,16,25
30:6,20,25
31:5,16
32:13 33:1,
14,23,25
34:3,9,23
35:4,8,17
36:1,18,24
37:6,9,24
38:2,14,16,
18,21,24
39:1,6,14
40:10,20
41:12,16,23,
25 42:5,7,
11,17,21,24
43:12 44:4,
12 45:8,9,
13,16,19
46:2,13,16,
19 47:2,9,
12,16 48:22
49:8,17
50:2,5,8
51:2,9,13,25
53:8,11,14
54:9,12,16,
19 55:6,18,
21 56:8,11,
18,22 57:1,
13,15,19
58:3,13,16
59:2,10,11
60:1,11,23
61:1,14
62:11,16
63:10,14,24
64:19 65:4,
11,21 66:6,
22,25 71:5
72:7 74:15
76:15 77:18
81:2 82:24
85:6 87:1
**Oliva**
  7:4,12,14,
  15,17 14:15,
  25 15:13
  24:10 25:13

35:19 40:5
44:20 45:11
52:21 53:5
63:4,17 64:8
85:17
**once**
  15:5 26:2
  32:1
**one**
  8:11,20
  11:13,17
  15:7,8 18:4
  20:17 26:6
  28:20 29:4,
  11 30:6,7,14
  33:1 35:4,17
  38:9,24
  39:4,23 48:3
  53:3 58:10
  61:9 62:9
  63:18 66:1,
  15,22 67:6
  72:8 77:19,
  21 79:13,15
  81:11 85:18
**ones**
  30:8 68:3
**operate**
  16:18
**opinion**
  81:11 85:20
**opportunity**
  15:2
**Orange**
  10:2
**order**
  17:24 18:1,
  2,3,4,8,23
  19:21,25
  21:12,22
  22:1 26:21,
  22 27:1,7,25
  28:3,19
  29:3,11,15
  30:21 31:10,
  22,24 32:1,
  13 33:6
  36:11,22

David Oliva
October 18, 2023

38:22 39:3,
6,11 40:24
41:2,16,20,
23 42:1,8,12
44:5,6,9,11
46:6 47:15
48:23 49:5
53:18 54:3,
6,24 56:9,19
57:20 60:13,
24 61:2,5
62:9,17,24
64:21 67:5,
7,8 73:4,13
80:14,17
86:19,23
**ordered**
19:2 29:17,
21 30:11
31:19 37:13
44:15 67:3
68:13 70:22
71:6 74:7
81:8 86:22
**ordering**
16:16 21:13
**orderly**
64:13
**orders**
15:22 22:3
46:4,10,20,
21 47:13
62:13,15
68:12,18,22
74:2,17,19
77:3,9
80:11,20,24
87:1
**ordinary**
16:6
**original**
18:2 19:15,
17,24 39:12
**originally**
65:19
**Outokumpu**
19:20,21
27:13,17,25

28:18 29:1,
8,25 30:14
33:12 37:9
39:25 40:19
41:5,8,10,20
43:10,14
44:12 48:18,
25 49:6,19,
24 50:1,5,21
51:4,10,13,
17 53:24
54:10,14
55:4 56:6,
15,23 57:5
58:14 59:9,
10,13,18
62:10,17,22
71:15 72:10
76:11,12,18
**outside**
13:2,19 22:7
45:22 49:18,
21,23 55:17
72:21

---

**P**

**p.m.**
46:4 56:12
57:2 58:3
60:18,23
79:16,21
87:5
**packing**
32:12,23
68:7
**page**
14:21 15:11,
18 24:9,10
25:14,24,25
26:8,11,15
27:10,11
28:12,16
29:3,10,14,
19 30:3,6,
13,17,18
31:13,14
32:10,11,16

33:4,8,9
34:19,23,24
35:19 36:14,
25 37:9,15
38:2,18 39:3
40:22 42:11,
24 43:12,13
44:4,12,17
45:9,10 50:8
53:2,4,5,18,
21 54:9
55:7,25
56:11 57:1
58:16,17
59:11 60:1,
3,4 61:8
62:16,20
66:6,11,14
70:20,21,22
71:7,13,14,
15 73:3,11,
15 75:2 76:8
78:19 79:14
82:5,19 87:7
**pages**
15:2 16:20,
22 17:4 21:9
24:5,8 33:2
39:15 53:14,
16,22 63:2
64:16,20
65:14 68:12
**parentheses**
46:5
**part**
8:24 62:14
68:9
**particular**
22:19 28:2
37:20
**pass**
63:17
**passed**
59:22 80:12
**past**
74:7
**penalty**
87:6

**pending**
45:3 46:6
48:23
**people**
8:9 38:3,6,8
**percent**
49:15 66:5
72:17 83:20
**perjury**
87:6
**person**
8:20 38:5,16
49:24,25
50:1 51:4
76:4
**personal**
21:25 22:2,4
41:1 47:9
**personally**
15:21,25
**physical**
18:17 27:18
47:4 56:16
58:5 76:13
80:7
**pick**
42:18 45:6
71:25
**picking**
38:10
**Pico**
9:18
**pieces**
26:5,6 31:6
43:20
**pins**
81:4
**pistol**
50:10
**place**
32:1 54:24
62:15,23
67:2 68:2
**places**
62:13
**placing**
54:6

David Oliva
October 18, 2023

plaintiffs
  86:24
Plaintiffs'
  73:20
planned
  64:11
please
  8:18 26:2
  45:2 54:24
  70:7,11
PO
  19:15,17,24
  27:1
point
  14:15 23:23
  44:21 56:18
  57:16 63:4,
  8,17,18,22
  64:8 65:24
  66:19 75:15
  76:5
policy
  49:9 52:15
position
  12:18,19
  13:15
positions
  12:16
possibility
  47:7 49:15
  75:17
possible
  7:22 49:12
  64:13
possibly
  65:5 70:23,
  25
pound
  49:5
pounds
  19:10 24:22
  28:10,21
  29:4,12,16,
  20,25 30:4,
  10,14 31:11
  32:4 35:24
  36:19,21,22,

23 37:13
38:24 39:5,
12 40:24
42:15 43:3
44:14 46:7
48:24 57:5
60:8 61:6
Precision
  17:8 54:24
  64:9 77:14,
  20
preparation
  65:18 72:25
  77:25
prepare
  65:6
present
  74:4
president
  12:21,23
  13:4,6
previous
  12:25 73:13
  76:17
primary
  13:22 21:13
print
  17:16 24:7
printed
  17:1
printout
  16:23
prior
  10:21 12:13
  17:13 46:2
  47:10 74:11
probably
  18:24 19:17
  24:17 34:16
  44:9 68:9
  72:20 78:17
process
  68:1
processes
  67:2
procure
  14:12 48:4

procured
  34:20
produce
  18:11 51:18
  65:2
produced
  15:10,14,16
  18:12 21:9
  24:9 50:10
  53:4,15,17
  54:2 56:14
  76:11
product
  13:2 18:12
  21:5 26:15
  28:25 29:7,
  12,16,21
  30:1,4,10,15
  31:18 36:11
  37:13,17
  39:16 43:3
  47:25 57:9
  67:3 68:13,
  14 70:17
production
  53:25 55:12
products
  57:18 68:2
  71:22
profile
  77:11,14
Profiles
  33:24 34:1
prominent
  21:12
properties
  18:17 27:19
  56:16 57:23
  76:13 79:23
  80:3
property
  58:6 80:7
propriety
  81:20
provide
  48:16

provided
  16:24 22:10
  48:20 50:23
  53:11 67:15
  85:3
provides
  60:6,7
providing
  51:14 54:13
pull
  17:3 64:14
Purch
  20:2
purchase
  15:22 19:21,
  25 22:12
  23:24 27:1
  28:13 32:3,
  23 34:10,17,
  18 35:11,23
  36:22 37:3,
  11 38:19
  55:3 67:7,8
  73:4
purchased
  18:7 23:7
  24:1 25:4,20
  29:7,12
  35:15,25
  36:2 37:7
purchases
  17:7,18 23:4
  46:24 47:10
  52:13,16
purchasing
  61:15,19,23
  62:4 83:17
purpose
  22:19 81:9
purposes
  80:25 81:2
pursuant
  36:3
pushing
  49:14

David Oliva
October 18, 2023

## Q

**quality**
 67:1 68:1
**quantity**
 19:4 24:21
**quarter**
 21:2 67:11,
 13
**question**
 8:7,17,23
 9:2,8,12
 11:22 45:2,3
 48:10 49:18
 51:9,10
 70:4,7,11
 71:3 77:17
 81:6,17,25
 83:21 85:22
**questions**
 7:22,24 8:2
 14:25 15:6
 54:6 59:16
 63:8,16,20
 64:10 70:20
 72:9 73:19
 82:18 84:8
 85:9 86:4,12
**quick**
 16:19 39:1
 63:7 85:7
**quicker**
 71:23,25
**quotation**
 53:6
**quote**
 48:19 53:8,
 11 59:13,17,
 18 60:20
**quoted**
 54:17

## R

**R-L**
 57:5

**Rancho**
 9:18
**random**
 21:3 64:23,
 25 65:1,3
**Randomly**
 64:24
**range**
 54:4 75:11,
 16
**RDM**
 21:2 64:19,
 21
**reach**
 48:5
**read**
 17:2 21:11
 24:6 37:21,
 23 86:18,20
**real**
 16:19 39:1
**reask**
 70:3,7
**reason**
 8:7 68:11,
 13,21 75:19
**reasons**
 8:8
**recall**
 51:17 52:11
 70:23,25
 74:12,13
 82:21
**receipt**
 20:16 67:5
**receive**
 18:3 20:16
 27:25
**received**
 14:17 17:4
 38:11,13
 42:2,9 58:14
 67:21 68:2
**Recess**
 63:15
**recitation**
 17:4

**recollection**
 46:16 51:13
 58:25 82:13,
 15
**recommendatio
ns**
 22:17,24
 86:5
**reconvene**
 63:11
**record**
 7:11 8:2,8,
 15,20 49:8
 52:14 87:2
**records**
 16:1,4,5,9
 46:24 47:5
 49:12
**reduced**
 46:5
**refer**
 49:23
**reference**
 19:9 68:7
 70:22
**referenced**
 18:2 26:22
 38:1 83:5
**references**
 18:8 66:20
**referencing**
 78:24 79:8
**referred**
 46:15
**referring**
 40:7 56:5
**reflects**
 32:3
**regarding**
 22:2 46:19
 55:11 56:15
 76:12 84:12,
 16,20
**regional**
 12:21,22
 13:5

**regular**
 16:6,11
**relate**
 37:11
**related**
 13:16 23:4
 26:8,20
 29:3,10,15,
 19
**relates**
 28:3 32:7,
 13,16 42:12,
 13 43:13
 44:5,8
**relating**
 7:23 52:13
**relayed**
 52:7
**remaining**
 53:14
**remember**
 50:14 51:2,
 3,5,9,12,19
 59:1 75:18
 85:22
**remotely**
 7:1 14:20
**repeat**
 9:1,12 25:9
 26:1 48:9
 77:16
**rephrase**
 9:1
**replace**
 44:6 73:5,10
**replaced**
 73:12
**replacement**
 44:11
**report**
 34:25 37:1
 43:24 68:7
**REPORTED**
 7:1
**reporter**
 8:1,20 12:1
 26:1 39:22

40:2 41:6
61:17 70:6,
9,10,12,14
77:16 87:1
**represent**
84:7
**representatio
n**
54:3
**representative**
38:10 45:17
59:8,24
**represented**
21:9
**represents**
20:10 33:3
36:14 79:1
**request**
36:3 50:15
**requested**
47:1 65:19
**require**
48:3
**required**
57:22 79:22
80:3
**requirements**
22:1,11
74:16,18
**researching**
58:21,24
**Resource**
16:15
**respect**
31:23 72:14
81:25
**respond**
8:19 75:25
**responded**
51:14
**responds**
54:23 56:2
**response**
14:17 15:15
49:17 55:22

**restate**
70:11 71:1
**restock**
42:19
**restocking**
71:22
**restrictions**
22:11 74:19
**restroom**
44:22 63:6
**retail**
84:20
**retain**
47:5
**retention**
49:9 52:14
**retire**
72:15 83:12
**retired**
55:20,21
57:12 72:16
83:11
**returned**
42:22 44:10
**review**
15:6,21 63:7
65:9,12
77:13,24
**Reviewed**
65:10
**reviewing**
43:25
**right**
15:7 22:23
28:4 30:23
34:11 42:13
43:10 49:10,
13 53:12
54:5 56:11
66:25 68:21
75:11 76:7
83:24
**right-hand**
34:14,15
42:18
**Ritu**
45:14,16,17

46:3,19
48:22 50:9,
15,19 51:20
52:5,9 73:16
80:18
**Ritu's**
49:17
**Rivera**
9:18
**road**
11:23 12:2
**rock**
77:3
**Rockwell**
58:21,25
76:24 77:3
**roomful**
7:21
**rotating**
66:8
**round**
19:6 21:1,
15,22 23:24
24:19,24
25:15 26:16
31:6 32:4,24
33:5 35:24
36:19 40:24
43:8,19 53:6
55:12 56:3
57:5 60:8,20
61:6 67:8,11
76:19 79:18
**rules**
44:21
**run**
55:12 56:2
**runs**
56:4 79:18

___

**S**

___

**sale**
25:15 33:5
**sales**
11:7 13:2,3,
16,17,19

22:7,8
45:17,22
57:15 59:8,
24 72:21
**salespeople**
80:13
**salesperson**
55:17
**SAM-NPR**
15:17 64:16
**SAM-NPR1**
16:5
**Samuel**
10:17,18,21
11:9,11,18
12:6,16,20,
23 13:15,22
14:8,18
15:14 16:1,
6,10,11
17:8,21
21:13 22:10,
14,16 31:3,
16 36:3,16
37:17 42:22,
25 44:17
45:20,24
46:23 47:25
48:4,13
49:9,25
52:12,15
53:15 55:3,
18 57:11,13
59:25 61:11,
21 62:5
65:21 66:23
67:2,19
70:17 71:16
72:1,5,19
77:6,14
78:15 80:11,
16,21,24
81:8 83:15,
18,22 84:11,
15,19 85:2,4
86:4,7
**Samuel's**
34:17

David Oliva
October 18, 2023

saved
    77:10
saying
    50:6 70:25
    76:4
says
    17:16 19:11
    27:22 42:17
    43:18 44:6
    46:4 54:18
    55:9 61:1
    67:8 73:4
    74:1 75:25
    76:23 79:1,
    3,17,25
school
    9:15,17,18,
    19,22
scope
    46:25
scratch
    78:5
screen
    14:16 23:13
    64:15 75:3
scroll
    15:1 39:1
    75:4 79:14
scrolled
    15:23
scrolling
    71:13 78:19
    79:20 82:4
search
    15:25 65:17,
    20
second
    25:9 35:17
    38:12 39:23
    66:1 75:9
see
    8:1 14:21,
    22,23 15:2,5
    17:1,2 21:21
    30:22 34:3
    39:2,9 46:8
    48:6 50:12

54:7 55:14
56:16 57:6
58:1,7,22
59:5 60:1,7,
15,21,24
61:11 64:15,
17 66:7,8
73:4,17
75:7,12
76:13,25
78:21 79:4,
17,23 80:4
seeing
    34:13 40:6
sentence
    46:10 74:5
    75:10 76:16
September
    34:11
series
    53:3
served
    14:17 15:15
    16:1
service
    72:6
set
    71:23
several
    8:7 11:11
    15:17 22:5
share
    73:11 76:20
shared
    76:20
ship
    32:2 67:12
shipment
    24:12,14,18
    31:2 37:21
    44:2
shipped
    24:17 26:16
    29:1 31:1
    36:20 41:5,8
    42:1,8 67:16
    68:3 73:13

shipper
    38:14
shipping
    23:19 26:4,
    13,23 27:16
    37:17
Shooter's
    84:15
Shooters
    84:7,9,11
    85:2 86:14
short
    63:5
show
    53:22
showed
    25:19
showing
    37:17 38:13
shows
    17:7 25:14
    27:15 32:23
    33:4 36:18,
    20
side
    34:14 86:15
sign
    38:6,8,11
signature
    37:25 38:12
signatures
    38:3 47:5
significance
    18:21 19:23
similar
    33:11
simply
    14:12 33:15
    37:16
simultaneous
    32:20
sir
    7:11 10:14
    17:19 31:21
    50:13 54:11
    57:7 62:25
    84:6

sit
    50:2
size
    67:10
skip
    53:2
slightly
    54:4 75:10
slip
    32:23
slow
    15:4 70:6,10
    77:18
small
    24:7
software
    16:13 77:5
    78:10,13
sold
    19:4 26:16
    36:18 43:6
    84:12,16
    85:3
Son
    10:17,18,21
    11:9,11,18
    12:7,16,20,
    23 13:15,22
    14:8,18
    15:14 16:2,
    6,10,11
    17:8,21
    21:14 22:10,
    14,16 31:3,
    16 36:3,16
    37:17 42:22,
    25 44:17
    45:20,25
    46:23 47:25
    48:4,13
    49:9,25
    52:12,15
    53:15 55:3,
    18 57:11,13
    61:11,21
    62:5 65:21
    66:23 67:2,
    20 70:17

David Oliva
October 18, 2023

71:16 72:1,
5,19 77:6,14
78:15 80:11,
16,21,24
81:9 83:15,
18,22 84:11,
15,19 85:2,4
86:4,7
**sought**
14:13
**sound**
34:11
**sounds**
13:8,14
**speak**
72:24
**speaking**
65:5 82:15
**spec**
59:14 79:4,
7,9,11
**special**
22:11 74:16
77:10
**specific**
51:3,10
69:20 74:16,
18 80:14,17
**Specifically**
16:21
**specifications**
27:17 48:17
77:10 82:8
84:12,20
**specifics**
51:6 60:15
**specs**
56:3 79:18
**spell**
11:25 12:1
40:1
**spelling**
40:2
**spoke**
54:4 75:11
76:4

**spoken**
74:10 75:15,
20
**spreadsheet**
16:23 23:21,
22 64:20
**stainless**
23:10 31:6
35:7,8 37:1
39:20 40:15,
17 48:19
57:9,17
61:15,17
62:18
**Stainless'**
73:14
**stand**
16:14 19:13
64:21
**standard**
28:13 65:2
**standards**
69:20
**stands**
18:18 21:2
27:5 64:23
73:7
**start**
55:13
**started**
13:14
**starting**
71:14
**starts**
53:21
**state**
7:11 75:9
80:6
**stated**
69:19
**statement**
46:19
**steel**
14:1,12 20:7
21:13 22:12,
18,25 28:13
31:6 34:20

35:5,8,14
37:6 39:16
47:16 48:13
51:15,18,21
54:16 62:18
67:20 69:21,
24 70:5,17
72:9,11
74:17,19
80:11,15,17,
20,23 81:8,
12,21,25
84:12,16,21
85:3 86:6
**stick**
72:8
**stock**
34:7
**stop**
8:6
**straight**
15:10
**study**
10:3,10
**stuff**
31:25 77:9
**subject**
54:20
**subpoena**
14:17 15:15
16:1 24:9
**suitability**
81:12 85:20,
21
**suite**
9:9
**sulfur**
46:5 49:2
54:5 58:20
75:11,16
83:3
**sulphur**
50:10 52:6
**supplied**
24:1
**sure**
7:13 8:14

20:10 25:12
26:3,12,13
33:3 34:15
39:2 48:12
50:3 58:20
66:5 67:14
71:12 81:19
**sworn**
7:5
**system**
16:12,13,16,
18 18:7,8
20:5 21:3
47:8 67:18
77:6,8
**systems**
68:5

---

**T**

**T416**
59:13 78:24
**Ta**
23:9,24 24:2
33:18 34:3,
4,16,18,20
35:21,25
36:1,10,15,
16,19,21
71:19
**tag**
20:14,15,18,
20 68:6
**take**
44:22,25
45:1,4,5,6
63:5,6,8,10
**talk**
48:25
**talked**
20:19 32:17
33:12 42:13
46:14,17
48:1 58:10
65:12 68:5
82:12

David Oliva
October 18, 2023

talking
  8:20 27:21
  46:8 56:20,
  22 67:10
  74:12,14
  80:14
tell
  9:14 13:21
  19:16 20:3,
  9,15,25
  22:22 23:6,
  11,13 24:10
  25:24 27:10
  30:18,20
  31:13 33:8
  34:19,24
  35:14 38:3
  42:4 44:14
  47:15 53:5
  56:10 59:19
telling
  40:5
tells
  20:25 21:1
  24:10 25:25
  86:8
tend
  71:23
tendency
  8:10
tense
  74:4,7
term
  21:4 47:18
  72:4
terms
  9:7 22:8
  32:17 39:3
  50:19 53:20
  56:19 67:20
  69:4
test
  18:16 27:12,
  14 28:17
  29:10,15,24
  30:4,14,17
  33:10,11,15,
  16 34:25

35:2,20
36:25 37:10
43:24 44:13
67:15 68:7
72:8,12 82:5
testified
  7:6 61:2
  69:19 70:16
  72:10 73:7
  74:10,15
  86:3,7
testify
  82:25
testifying
  82:22
testing
  67:19,23
tests
  52:16 71:14
thank
  7:16 63:21
  65:4 70:14
  83:25 85:9
Thanks
  12:3 40:3
  59:16 85:12
thing
  45:1 66:14
think
  12:17 32:15,
  16,18 39:3
  46:14 57:19
  59:22 61:2
  63:7,11
  68:25 69:19
  70:16 71:15,
  19 72:16
  74:9,15
  83:20 85:7,
  18 86:3,7,16
thought
  24:4 58:1,5
three
  23:8
Tim
  76:6

time
  8:6,9,14,19
  12:17 13:8
  23:23 44:22
  55:13 56:18
  57:4,16
  63:4,17,18,
  21 66:19
  83:25
times
  72:21
title
  12:19 57:16
titles
  12:25
today
  7:20 8:5
  9:10 50:2
  54:7 65:7
  73:1 77:25
today's
  17:13
told
  28:17 57:15
top
  16:19 23:8
  45:10
total
  28:9 29:15,
  20,25 30:9
  31:10 37:12
touch
  50:20,22
  55:10
traceability
  68:8
track
  57:20 68:10
  77:9
transaction
  47:6
transcript
  8:4,21
trimmed
  41:4
trucking
  38:9

true
  22:16
try
  64:12
trying
  8:13 12:17
  36:6 86:6
turn
  15:7,8
turning
  15:9
two
  11:5 16:23
  23:10 38:6
  83:23
type
  14:9 16:16
  19:1 21:13
  22:18,24
  34:22 61:18
  67:19 72:9,
  11 74:24
  77:5 86:5
typical
  16:9 49:8
  52:2 54:2
  56:14 69:9
  70:4 76:11,
  15,18 82:21,
  25 83:5,6
typically
  38:6 62:11,
  13 70:2

                U

uh-huh
  8:10 36:9
ultimately
  67:3 68:3,14
unaware
  74:16
uncomfortable
  44:24
understand
  8:5,25 9:1
  17:16 18:24

David Oliva
October 18, 2023

21:16 36:1, 6,24 81:5 83:4
**understanding**
17:6 22:21 51:20
**understood**
9:3 65:4
**unit**
19:12
**university**
9:24 10:8
**upfront**
53:19
**upper**
34:15

---

**V**

**V-I-R-A-J**
33:25
**Varian**
55:8,16,17 56:13 57:2, 15 58:17 59:12 60:5, 12 72:14,25 76:9,23 78:21 79:17, 21,22 80:2
**variety**
81:3
**various**
15:1 18:4 48:5
**vary**
65:3 70:2
**VBL**
27:4,5 60:14 61:1 73:5,7
**Ven**
20:6
**vendor**
20:2,4
**verbal**
27:6,7 33:6 44:6 61:2

73:8
**verify**
67:9,11,13, 16 79:13
**version**
17:1,3 21:11 23:3,21
**vice**
12:21,22 13:4,5
**Viraj**
33:24,25 34:17,21 35:21,25 36:2,7,15,18 39:19 40:12 41:13 73:14

---

**W**

**wait**
31:25 70:6
**waive**
86:18
**want**
8:14 11:25 12:1 16:21, 22 25:9 35:4,17 39:2 40:1 41:13 44:23 63:8 65:11 74:23 86:17
**wanted**
7:13 22:12 41:10 55:10, 12,13 82:20
**warehouse**
67:5
**way**
15:7 16:23 23:15 33:4 35:21 42:22 44:20 53:17, 19 55:24 81:11

**ways**
20:17
**WEDNESDAY**
7:2
**weight**
18:14 19:8,9 28:9 29:16, 20,25 30:9 31:10 32:17 37:12 43:17 67:16
**went**
38:23 42:3 44:9,21 80:4
**Wilson**
53:12 59:22, 23,24 60:5, 12
**WITNESS**
12:4 14:22 26:3 39:24 41:8 48:9,15 51:25 52:24 61:19 63:23 68:17 69:4 74:23 75:24 81:16 82:3, 10 84:1,25 85:10
**wonder**
29:23
**work**
10:22 11:3, 19 22:7 53:19 55:18 61:21 62:5 83:14,22
**worked**
69:13 72:19
**works**
45:19 66:22
**wrap**
86:16
**write**
56:12 59:21 75:19

**writes**
57:21 59:3, 12
**writing**
55:9 62:8
**written**
82:19
**wrong**
74:9
**wrote**
53:23

---

**Y**

**yeah**
27:12 30:24 31:24 32:15 36:6 39:10 49:14 64:2 65:2 66:10, 16 76:6 77:8 79:12 83:2 86:20
**years**
10:19,20 11:5 12:6 13:1,15 22:5 46:1 47:6 49:9 51:7 72:20,22 83:16,23
**Yee**
7:10 12:3,5 14:21,24 25:8,12,23 26:7 32:21 40:4 41:9 48:9,11,21 52:3,20 53:1 61:20 63:4, 14,16 69:3 81:15 82:2 85:11,16 86:11,16,23, 24 87:3
**yeses**
8:11,15

David Oliva
October 18, 2023

**York**
  7:19 11:25
  39:25 48:7,
  14 51:23
  52:22 63:13
  64:2 68:16
  69:2 71:2,4,
  8 74:21
  75:23 78:2
  81:14,23
  82:1,9 84:24
  86:12,20

---

**Z**

---

**zeros**
  15:17

| | | | | | Part | Description | | CWT | | | Vendor | Vendor Code | Ref |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 042 | 3005571 | 5932982 | 1 | 022664 | 546002 | SS 416 Round Bar 1.250" X 144 RDM" | 718 | CWT | 7186768 | 6 076000-003 | OUTOKUMPU STAINLESS | 07600 OUTOKUMPU STAINLESS BAR | 621293 |
| 042 | 3005571 | 5932982 | 1 | 022664 | 546002 | SS 416 Round Bar 1.250" X 144 RDM" | 1319 | CWT | 7186768 | 6 076000-003 | OUTOKUMPU STAINLESS | 07600 OUTOKUMPU STAINLESS BAR | 621376 |
| 042 | 3005571 | 5932982 | 1 | 022664 | 546002 | SS 416 Round Bar 1.250" X 144 RDM" | 1320 | CWT | 7186768 | 6 076000-003 | OUTOKUMPU STAINLESS | 07600 OUTOKUMPU STAINLESS BAR | 621378 |
| 042 | 3005571 | 5932982 | 1 | 022664 | 546002 | SS 416 Round Bar 1.250" X 144 RDM" | 1264 | CWT | 7186768 | 6 076000-003 | OUTOKUMPU STAINLESS | 07600 OUTOKUMPU STAINLESS BAR | 621379 |
| 042 | 3005571 | 5932982 | 1 | 022664 | 546002 | SS 416 Round Bar 1.250" X 144 RDM" | 1264 | CWT | 7186768 | 6 076000-003 | OUTOKUMPU STAINLESS | 07600 OUTOKUMPU STAINLESS BAR | 621380 |
| 042 | 3005571 | 5932982 | 1 | 022664 | 546002 | SS 416 Round Bar 1.250" X 144 RDM" | 143 | CWT | 7183745 | 4 076000-003 | OUTOKUMPU STAINLESS | 07600 OUTOKUMPU STAINLESS BAR | 621247 |
| 042 | 3118626 | 1036265 | 1 | 17004 | 546002 | SS 416 Round Bar 1.250" X 144 RDM" | 944 | CWT | 7523109 | 5 00423-006 | TA CHEN INTL DEPOT | 00423 TA CHEN INTL INC (DEPOT) | 638807 |
| 042 | 3118626 | 1036265 | 1 | 17004 | 546002 | SS 416 Round Bar 1.250" X 144 RDM" | 1339 | CWT | 7523109 | 5 00423-006 | TA CHEN INTL DEPOT | 00423 TA CHEN INTL INC (DEPOT) | 638838 |
| 042 | 3118626 | 1036265 | 1 | 17004 | 546002 | SS 416 Round Bar 1.250" X 144 RDM" | 3006 | CWT | 7523109 | 5 00423-006 | TA CHEN INTL DEPOT | 00423 TA CHEN INTL INC (DEPOT) | 638830 |
| 042 | 3114826 | 1016265 | 1 | 0697 | 546002 | SS 416 Round Bar 1.250" X 144 RDM" | 750 | CWT | 7523109 | 1 00425-006 | TA CHEN INTL DEPOT | 00425 TA CHEN INTL INC (DEPOT) | 638110 |
| 042 | 3114826 | 1016265 | 1 | 0271 | 546002 | SS 416 Round Bar 1.250" X 144 RDM" | 5451 | CWT | 744651 | 1 01072-003 | NORTH AMERICAN STAINLESS | 01072 NORTH AMERICAN STNL WEST COAST | 639114 |
| 042 | 3114826 | 1016265 | 1 | 022544 | 546002 | SS 416 Round Bar 1.250" X 144 RDM" | 666 | CWT | 722455 | 8 076000-003 | OUTOKUMPU STAINLESS | 01073 NORTH AMERICAN STNL WEST COAST | 635837 |
| 042 | 3151529 | 1093086 | 1 | 023479 | 546002 | SS 416 Round Bar 1.250" X 144 RDM" | 1335 | CWT | 7323662 | 9 076000-003 | OUTOKUMPU STAINLESS | 07600 OUTOKUMPU STAINLESS BAR | 641676 |
| 042 | 3151529 | 1093086 | 1 | 023479 | 546002 | SS 416 Round Bar 1.250" X 144 RDM" | 1336 | CWT | 7323662 | 9 076000-003 | OUTOKUMPU STAINLESS | 07600 OUTOKUMPU STAINLESS BAR | 641677 |
| 042 | 3151529 | 1093086 | 1 | 023479 | 546002 | SS 416 Round Bar 1.250" X 144 RDM" | 1338 | CWT | 7323662 | 9 076000-003 | OUTOKUMPU STAINLESS | 07600 OUTOKUMPU STAINLESS BAR | 641678 |
| 042 | 3151529 | 1093086 | 1 | 023479 | 546002 | SS 416 Round Bar 1.250" X 144 RDM" | 1338 | CWT | 7323662 | 9 076000-003 | OUTOKUMPU STAINLESS | 07600 OUTOKUMPU STAINLESS BAR | 641674 |
| 042 | 3151529 | 1093086 | 1 | 023479 | 546002 | SS 416 Round Bar 1.250" X 144 RDM" | 1115 | CWT | 7323662 | 9 076000-003 | OUTOKUMPU STAINLESS | 07600 OUTOKUMPU STAINLESS BAR | 641675 |


EXHIBIT
0001
David Oliva
10.18.2023

SAM-NPR000001

| INVDATE | SHIPWHSE | InvoiceNumber | ORDER# | ORDERLINE | HeaderNumber | LOTNBR | ITEMNBR | ORDERDESC | QTYSOLD | UM | OriginalPN | OriginalOrderQ | PURCHVENDOR | VENDNAME | MILL | MILLNAME | TAG# |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

SAM-NPR000003



SAM-NPR000004

**SAMUEL**

SAMUEL, SON & CO. (USA) INC
800-631-9765
Rep- 437

| PLEASE REMIT TO: | INVOICE NO. | Page |
|---|---|---|
| SAMUEL, SON & CO. (USA) INC<br><br>P. O. Box 935254<br>Atlanta, GA 31193-5254 | 3005571 | 1 |

Inv date 04/28/2016
Order# 9925882-00
Order date 04/26/2016
Sold:HAYW  Ship:LOSA

| SOLD TO:   AC#00041751 | PURCHASE ORDER NO.<br>VBL LUKE | SHIPPED TO: |
|---|---|---|
| KKM PRECISION INC.<br>5201 CONVAIR DRIVE<br><br>CARSON CITY, NV 89706-<br>USA | | KKM PRECISION INC.<br>5201 CONVAIR DRIVE<br><br>CARSON CITY, NV 89706-<br>RICH DOSS Prepaid |

| ORDER<br>QTY | PRODUCT DESCRIPTION | QTY.<br>DELIVERED | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| | ** ------------------ **<br>** THIS IS A REPRINT **<br>** ------------------ ** | | | | |
| 6000<br>LBS | SS 416 Round Bar 1.250" X 144 RDM" | 6,087.00 | 1.88 | LBS | 11,443.56 |

Standard Terms: Net 30 Days          % Sales Tax...                    Tax Exempt

| For Samuel standard Terms and Condition of Sale, please refer to http://www.samuel.com/en/AboutSamuel/Pages/Terms.aspx. Our delivery or attempt to deliver the Goods constitutes your unqualified acceptance of the Terms and Conditions. | PAY THIS AMOUNT<br>$    11,443.56 |
|---|---|

Ssmlnfr1- ORU101

SAM-NPR000005

**SAMUEL**

HAYWARD, CA  94544
Phone  800-631-9765, Fax  866-314-3726

| | |
|---|---|
| | Page  1 of  1 |
| | Order#  9925882-00 |

**Carrier Instructions**
RICH DOSS Prepaid

**Customer P.O.**
VBL LUKE

**Sold To**
41751 KKM PRECISION INC.

LUKE MCINTIRE 775-246-5444

**Ship To**
KKM PRECISION INC.
5201 CONVAIR DRIVE
CARSON CITY, NV  89706

| | |
|---|---|
| Ship 042 LOSA | |
| Promise | 4/27/16 |
| Rep.... | GW /RV |

| Line Item | Qty Ordered | Qty Shipped | Back Ordered | Product Description |
|---|---|---|---|---|
| 1 | 6000 LBS | 6087 LBS | | SS 416 Round Bar 1.250" X 144 RDM" |

| | | |
|---|---|---|
| Package# | Pcs | Heat/Lot# |
| 3215215 | 15 | G22664 |
| 3215216 | 26 | G22664 |
| 3215217 | 27 | G22664 |
| 3215218 | 27 | G22664 |
| 3215219 | 26 | G22664 |
| 3215220 | 3 | G22664 |

---> MTR With Delivery

| | # Of Packages Unit# | Comments Or Delivery Notes | |
|---|---|---|---|
| | Packages..  6 | Weight..  6087 | Shipping |

**Driver Signature**

**Customer Signature**  _(signature)_  **Date**  4/27/16  **# Of Packages**

04/27/16  19:23:23

**TERMS OF SALE AND ACCEPTANCE**
Sales of the goods described on this shipping document are subject to the Sale Agreement on the reverse side of this document. Customer's acceptance of delivery constitutes Customer's unqualified acceptance of the terms and conditions of the Sales Agreement. Quality and condition claims must be made within ten (10) days of receipt of material.

**Customer Signed Receipt (POD)**

... **Thank-You For Your Business** ...

www.samuel.com

packsl3

SAM-NPR000006

```
Request: 6576924
Samuel, Son & Co., LTD.

KKM PRECISION INC.              PO# VBL LUKE
SSM Order # 9925882-

SSM
Order                   Customer                                       # of
Line#  Job#             Part#              Heat/Lot#                    tags
-----  ---------------  -----------------  --------------------------  -----
1      SS 416 Round Bar 1.250" X 144 RDM"
                                           G22664                       (6)
```

SAM-NPR000007

 **outokumpu**
high performance stainless steel

# Certificate of Test

Page:    1

HEAT G22664    ORDER  661822/ 06 BOL 0233943  *  CERTIFICATION  *  11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000

621975

```
-------------------- YOUR ORDER & DATE --------------------
   7186768                9/07/15 CUST# 0395001 CUST TAG#5466062
-------------------- ITEM DESCRIPTION --------------------
GRADE 416                Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                         NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1282    Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1C
-------------------- SPECIFICATIONS --------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II          ASTM A484 15
ASTM A582 12e1                   DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------- MECHANICAL & OTHER TESTS --------------------
Hardness as shipped      216 HB   Hardness as tested        432 HB
Hardness as shipped     ( 96 HRB )
                                  Hardness as tested     ( 46 HRC )
                                  Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                       OK    0.2% Yield Strngth,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                       OK    Elongation % in 4D          23.0
                                  Reduction of area %         57.0
```

```
-------------------- CHEMICAL COMPOSITION --------------------
Carbon      (C )  .120     Manganese  (Mn)  1.040
Phosphorus  (P )  .017     Sulphur    (S )   .320
Silicon     (Si)  .460     Chromium   (Cr) 13.000
Nickel      (Ni)  .320     Cobalt     (Co)   .050
Copper      (Cu)  .110     Moly       (Mo)   .050
Nitrogen    (N )  .044     Columbium  (Cb)   .020
Titanium    (Ti)  .010     Aluminum   (Al)   .010
Tin         (Sn)  .006     Vanadium   (V )   .050
Tungsten    (W )  .050                        .000
Columbium/
Tantalum (Cb+Ta)  .020
Iron        (Fe) Balance
Melt Practice    EAF
Refining Practice AOD
De-long Ferrite
```

SAMUEL, SON & CO. ...
LOS ANGELES
QC Certified True Cop
Of Original Material Test Repo...

Initials _GS_ Date _11_/_19_/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

*MF Marcanio*



# Certificate of Test

outokumpu
high performance stainless steel

**Page:    1**

HEAT G22664    ORDER  661822/ 06  BOL 0233943  *  CERTIFICATION  *  11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES           900400000

*621976*

```
------------------- YOUR ORDER & DATE -------------------
    7186768                 9/07/15 CUST# 0395001 CUST TAG#5466062
------------------- ITEM DESCRIPTION -------------------
GRADE 416                  Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES      Country of Mfg.: UNITED STATES
                           NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1  Total Weight   1318     Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1D
------------------- SPECIFICATIONS -------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II              ASTM A484 15
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool
```

```
----------------- MECHANICAL & OTHER TESTS -----------------
Hardness as shipped      216 HB    Hardness as tested        432 HB
Hardness as shipped    ( 96 HRB )
                                   Hardness as tested    ( 46 HRC )
                                   Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                      OK      0.2% Yield Strngth,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                      OK      Elongation % in 4D          23.0
                                   Reduction of area %         57.0
```

```
------------------- CHEMICAL COMPOSITION -------------------
Carbon          (C)   .120    Manganese    (Mn)  1.040
Phosphorus      (P)   .017    Sulphur      (S)    .320
Silicon         (Si)  .460    Chromium     (Cr) 13.000
Nickel          (Ni)  .320    Cobalt       (Co)   .050
Copper          (Cu)  .110    Moly         (Mo)   .080
Nitrogen        (N)   .044    Columbium    (Cb)   .020
Titanium        (Ti)  .010    Aluminum     (Al)   .010
Tin             (Sn)  .006    Vanadium     (V)    .050
Tungsten        (W)   .050                        .000
Columbium/
Tantalum (Cb+Ta)      .020
Iron            (Fe)  Balance
Melt Practice         EAF
Refining Practice     AOD
De-long Ferrite
```

SAMUEL, SON & CO INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date 11/19/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                    M.F. Marcanio,    Quality Manager

Outokumpu Stainless Bar, LLC
3045 Cranshaw Pkwy
Richburg, SC 29729

*M.F. Marcanio*

SAM-NPR000009



# Certificate of Test

Page:   1

HEAT G22664   ORDER 661822/ 06 BOL 0233943  *  CERTIFICATION  *  11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES        900400000

621978

------------------------ YOUR ORDER & DATE ------------------------
7186768              9/07/15 CUST# 0395001 CUST TAG#5466062

------------------------ ITEM DESCRIPTION ------------------------
GRADE 416                    Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                             NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles  1   Total Weight  1320   Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1E
------------------------ SPECIFICATIONS ------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II          ASTM A484 15
ASTM A582 12e1                   DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------ MECHANICAL & OTHER TESTS ------------------------
Hardness as shipped       216 HB   Hardness as tested        432 HB
Hardness as shipped     ( 96 HRB )

                                   Hardness as tested    ( 46 HRC )
                                   Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                       OK     0.2% Yield Strngth,KSI(MPa)  76.2 ( 525)
Intergranular corrosion     OK
Macro                       OK     Elongation % in 4D         23.0
                                   Reduction of area %        57.0

------------------------ CHEMICAL COMPOSITION ------------------------
Carbon      (C )  .120    Manganese   (Mn)  1.040
Phosphorus  (P )  .017    Sulphur     (S )  .320
Silicon     (Si)  .460    Chromium    (Cr) 13.000
Nickel      (Ni)  .320    Cobalt      (Co)  .050
Copper      (Cu)  .110    Moly        (Mo)  .080
Nitrogen    (N )  .044    Columbium   (Cb)  .020
Titanium    (Ti)  .010    Aluminum    (Al)  .010
Tin         (Sn)  .006    Vanadium    (V )  .050
Tungsten    (W )  .050                      .000
Columbium/
Tantalum (Cb+Ta)  .020
Iron        (Fe) Balance
Melt Practice    EAF
Refining Practice AOD
De-long Ferrite

SAMUEL, SON & CO INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials ____ Date 11/19/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio

SAM-NPR000010



# Certificate of Test

**outokumpu**
high performance stainless steel

Page:    1

HEAT G22664    ORDER  661822/ 06  BOL 0233943  *  CERTIFICATION  *  11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000

621979

```
---------------------- YOUR ORDER & DATE ----------------------
   7186768              9/07/15 CUST# 0395001 CUST TAG#5466062
---------------------- ITEM DESCRIPTION ----------------------
GRADE 416                  Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                           NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1  Total Weight  1294    Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1F
---------------------- SPECIFICATIONS ----------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II            ASTM A484 15
ASTM A582 12e1                     DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool
---------------- MECHANICAL & OTHER TESTS ----------------
Hardness as shipped     216 HB    Hardness as tested      432 HB
Hardness as shipped    ( 96 HRB )

                                  Hardness as tested      ( 46 HRC )
                                  Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                    OK       0.2% Yield Strngth,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                    OK       Elongation % in 4D        23.0
                                  Reduction of area %       57.0
---------------------- CHEMICAL COMPOSITION ----------------------
Carbon      (C )  .120   Manganese   (Mn)  1.040
Phosphorus  (P )  .017   Sulphur     (S )   .320
Silicon     (Si)  .460   Chromium    (Cr) 13.000
Nickel      (Ni)  .320   Cobalt      (Co)   .050
Copper      (Cu)  .110   Moly        (Mo)   .080
Nitrogen    (N )  .044   Columbium   (Cb)   .020
Titanium    (Ti)  .010   Aluminum    (Al)   .010
Tin         (Sn)  .006   Vanadium    (V )   .050
Tungsten    (W )  .050                      .000
Columbium/
Tantalum (Cb+Ta)  .020
Iron        (Fe)  Balance
Melt Practice     EAF
Refining Practice AOD
De-long Ferrite
```

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date 11/19/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                    M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio

SAM-NPR000011



# outokumpu
high performance stainless steel

# Certificate of Test

**Page:**   1

HEAT G22664    ORDER 661822/ 06 BOL 0233943 * CERTIFICATION * 11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES        900400000

*621980*

------------------------- YOUR ORDER & DATE ---------------------------
  7186768              9/07/15 CUST# 0395001 CUST TAG#5466062

------------------------- ITEM DESCRIPTION ---------------------------
GRADE 416                      Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES      Country of Mfg.: UNITED STATES
No weld repair              NAFTA Country of Origin is Country of Melt
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1294   Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1G
------------------------- SPECIFICATIONS -----------------------------
 THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
 AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II          ASTM A484 15
ASTM A582 12e1                   DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------------- MECHANICAL & OTHER TESTS -------------------
Hardness as shipped      216 HB   Hardness as tested        432 HB
Hardness as shipped    ( 96 HRB )

                                  Hardness as tested   ( 46 HRC )
Micro                        OK   Tensile strength,KSI (MPa)   100.2 ( 691)
Intergranular corrosion           0.2% Yield Strngth,KSI(MPa)   76.2 ( 525)
Macro                        OK   Elongation % in 4D            23.0
                                  Reduction of area %           57.0
------------------------- CHEMICAL COMPOSITION -----------------------
Carbon        (C )  .120   Manganese   (Mn)  1.040
Phosphorus    (P )  .017   Sulphur     (S )   .320
Silicon       (Si)  .460   Chromium    (Cr) 13.000
Nickel        (Ni)  .320   Cobalt      (Co)   .050
Copper        (Cu)  .110   Moly        (Mo)   .080
Nitrogen      (N )  .044   Columbium   (Cb)   .020
Titanium      (Ti)  .010   Aluminum    (Al)   .010
Tin           (Sn)  .006   Vanadium    (V )   .050
Tungsten      (W )  .050                       .000
Columbium/
Tantalum (Cb+Ta)    .020
Iron          (Fe)  Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials ___   Date 11 19 15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

             M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

*M.F. Marcanio*

SAM-NPR000012



# Certificate of Test

Page: 1

HEAT G22664    ORDER 661822/ 06 BOL 0233943 * CERTIFICATION * 11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES         900400000

*621981*

------------------------- YOUR ORDER & DATE ---------------------------
    7186768         9/07/15 CUST# 0395001 CUST TAG#5466062
------------------------- ITEM DESCRIPTION ----------------------------
GRADE 416              Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES     Country of Mfg.: UNITED STATES
                              NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles  1  Total Weight  1320    Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1H
------------------------- SPECIFICATIONS ------------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II              ASTM A484 15
ASTM A582 12e1                       DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool
------------------------- MECHANICAL & OTHER TESTS --------------------
Hardness as shipped      216 HB   Hardness as tested        432 HB
Hardness as shipped   ( 96 HRB )
                              Hardness as tested     ( 46 HRC )
                              Tensile strength,KSI (MPa)   100.2 ( 691)
Micro                   OK    0.2% Yield Strength,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                   OK    Elongation % in 4D           23.0
                              Reduction of area %          57.0
------------------------- CHEMICAL COMPOSITION ------------------------
Carbon        (C)   .120    Manganese    (Mn)  1.040
Phosphorus    (P)   .017    Sulphur      (S)    .320
Silicon       (Si)  .460    Chromium     (Cr) 13.000
Nickel        (Ni)  .320    Cobalt       (Co)   .050
Copper        (Cu)  .110    Moly         (Mo)   .080
Nitrogen      (N)   .044    Columbium    (Cb)   .020
Titanium      (Ti)  .010    Aluminum     (Al)   .010
Tin           (Sn)  .006    Vanadium     (V)    .050
Tungsten      (W)   .050                         .000
Columbium/
Tantalum (Cb+Ta)    .020
Iron          (Fe)  Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date 11/19/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                    M.F. Marcanio,    Quality Manager

Outokumpu Stainless Bar, LLC
3043 Cranshaw Pkwy
Richburg, SC 29729

*M.F. Marcanio*



# Certificate of Test

Page: 1

HEAT G22664    ORDER 661822/ 06  BOL 0233943  *  CERTIFICATION  *  11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES         900400000

G21982

```
------------------ YOUR ORDER & DATE ---------------------
    7186768                9/07/15 CUST# 0395001 CUST TAG#5466062
-------------------- ITEM DESCRIPTION --------------------
GRADE 416                 Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES      Country of Mfg.: UNITED STATES
                          NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles  1  Total Weight  1292     Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1J
-------------------------- SPECIFICATIONS ----------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610H (416) Type II           ASTM A484 15
ASTM A582 12el                    DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool
```

```
------------------ MECHANICAL & OTHER TESTS ------------------
Hardness as shipped       216 HB    Hardness as tested        432 HB
Hardness as shipped      ( 96 HRB )
                                    Hardness as tested     ( 46 HRC )
                                    Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                        OK     0.2% Yield Strngth,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                        OK     Elongation % in 4D           23.0
                                    Reduction of area %          57.0
```

```
------------------- CHEMICAL COMPOSITION ---------------------
Carbon      (C )   .120      Manganese   (Mn)  1.040
Phosphorus  (P )   .017      Sulphur     (S )   .320
Silicon     (Si)   .460      Chromium    (Cr) 13.000
Nickel      (Ni)   .320      Cobalt      (Co)   .050
Copper      (Cu)   .110      Moly        (Mo)   .080
Nitrogen    (N )   .044      Columbium   (Cb)   .020
Titanium    (Ti)   .010      Aluminum    (Al)   .010
Tin         (Sn)   .006      Vanadium    (V )   .050
Tungsten    (W )   .050                          .000
Columbium/
Tantalum (Cb+Ta)   .020
Iron        (Fe)   Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite
```

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials _____ Date _11_\10\15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                    M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

M.F. Marcanio

SAM-NPR000014



# Certificate of Test

high performance stainless steel

Page: 1

HEAT G22664    ORDER 661822/ 06 BOL 0233943 * CERTIFICATION * 11/11/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES        900400000

621983

```
------------------ YOUR ORDER & DATE ------------------
   7186768            9/07/15 CUST# 0395001 CUST TAG#5466062
------------------ ITEM DESCRIPTION ------------------
GRADE 416              Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                                  NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1  Total Weight   718     Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1K

------------------ SPECIFICATIONS ------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II          ASTM A484 15
ASTM A582 12e1                   DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

------------------ MECHANICAL & OTHER TESTS ------------------
Hardness as shipped     216 HB    Hardness as tested        432 HB
Hardness as shipped   ( 96 HRB )
                                  Hardness as tested      ( 46 HRC )
                                  Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                    OK       0.2% Yield Strngth,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                    OK       Elongation % in 4D          23.0
                                  Reduction of area %         57.0

------------------ CHEMICAL COMPOSITION ------------------
Carbon      (C )  .120     Manganese   (Mn)  1.040
Phosphorus  (P )  .017     Sulphur     (S )  .320
Silicon     (Si)  .460     Chromium    (Cr) 13.000
Nickel      (Ni)  .320     Cobalt      (Co)  .050
Copper      (Cu)  .110     Moly        (Mo)  .080
Nitrogen    (N )  .044     Columbium   (Cb)  .020
Titanium    (Ti)  .010     Aluminum    (Al)  .010
Tin         (Sn)  .006     Vanadium    (V )  .050
Tungsten    (W )  .050                       .000
Columbium/
Tantalum (Cb+Ta)  .020
Iron        (Fe)  Balance
Melt Practice     EAF
Refining Practice AOD
De-long Ferrite
```

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report

Initials ___ Date 11/19/15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729

MF Marcanio



# Certificate of Test

**outokumpu**
high performance stainless steel

Page: 1

HEAT G22664     ORDER  661362/ 04  BOL 0233860  *  CERTIFICATION   *  11/04/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000

621746

-------------------------- YOUR ORDER & DATE --------------------------
     7182745          8/10/15 CUST# 0395001 CUST TAG#5466062
-------------------------- ITEM DESCRIPTION --------------------------
GRADE 416          Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES      Country of Mfg.: UNITED STATES
                         NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles  1   Total Weight   1286      Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1A
-------------------------- SPECIFICATIONS --------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II          ASTM A484 15
ASTM A582 12e1                   DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------------- MECHANICAL & OTHER TESTS --------------------------
Hardness as shipped      216 HB   Hardness as tested        432 HB
Hardness as shipped    ( 96 HRB )
                                  Hardness as tested      ( 46 HRC )
                                  Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                        OK   0.2% Yield Strngth,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                        OK   Elongation % in 4D          23.0
                                  Reduction of area %         57.0

-------------------------- CHEMICAL COMPOSITION --------------------------
Carbon        (C )   .120     Manganese    (Mn)   1.040
Phosphorus    (P )   .017     Sulphur      (S )    .320
Silicon       (Si)   .460     Chromium     (Cr)  13.000
Nickel        (Ni)   .320     Cobalt       (Co)    .050
Copper        (Cu)   .110     Moly         (Mo)    .080
Nitrogen      (N )   .044     Columbium    (Cb)    .020
Titanium      (Ti)   .010     Aluminum     (Al)    .010
Tin           (Sn)   .006     Vanadium     (V )    .050
Tungsten      (W )   .050                          .000
Columbium/
Tantalum (Cb+Ta)     .020
Iron          (Fe)   Balance
Melt Practice        EAF
Refining Practice    AOD
De-long Ferrite

FL, SON & CO INC
S ANGELES
Certified True Co[
... ... Material Test Report

Initials_____ Date_____

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                         M.E. Marcanio,   Quality Manager

                    SAMUEL, SON & CO INC
                         LOS ANGELES
                    QC Certified True Copy
                Of Original Material Test Report
                Initials_____ Date 11/17/15

M E Marcanio

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg, SC 29729



# Certificate of Test

**outokumpu**
high performance stainless steel

Page:   1

HEAT G22664    ORDER  661362/ 04  BOL 0233860  *  CERTIFICATION  *  11/04/15

SHIP TO:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE
323.767.2302
LOS ANGELES          900400000

621747

---------------------- YOUR ORDER & DATE ----------------------
   7182745              8/10/15 CUST# 0395001 CUST TAG#5466062
---------------------- ITEM DESCRIPTION ----------------------
GRADE 416                Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES    Country of Mfg.: UNITED STATES
                         NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles  1  Total Weight    622    Approx. Hot Red. Ratio 212:1

WO 2065214 Bundles: 1B
---------------------- SPECIFICATIONS ----------------------
   THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
   AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II          ASTM A484 15
ASTM A582 12e1                   DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

---------------------- MECHANICAL & OTHER TESTS ----------------------
Hardness as shipped     216 HB    Hardness as tested         432 HB
Hardness as shipped    ( 96 HRB )
                                  Hardness as tested     ( 46 HRC )
                                  Tensile strength,KSI (MPa)  100.2 ( 691)
Micro                      OK     0.2% Yield Strength,KSI(MPa)  76.2 ( 525)
Intergranular corrosion
Macro                      OK     Elongation % in 4D          23.0
                                  Reduction of area %         57.0

---------------------- CHEMICAL COMPOSITION ----------------------
Carbon       (C )   .120    Manganese    (Mn)   1.040
Phosphorus   (P )   .017    Sulphur      (S )    .320
Silicon      (Si)   .460    Chromium     (Cr) 13.000
Nickel       (Ni)   .320    Cobalt       (Co)    .050
Copper       (Cu)   .110    Moly         (Mo)    .080
Nitrogen     (N )   .044    Columbium    (Cb)    .020
Titanium     (Ti)   .010    Aluminum     (Al)    .010
Tin          (Sn)   .006    Vanadium     (V )    .050
Tungsten     (W )   .050                         .000
Columbium/
Tantalum (Cb+Ta)    .020
Iron         (Fe)   Balance
Melt Practice       EAF
Refining Practice   AOD
De-long Ferrite

· .UEL, SON & CO. INC.
LOS ANGELES
Ju Certified True Copy
ſ Original Material Test Report
initals ____ Date 11 13 15

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                         M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

*M.F. Marcanio*

Page 4 of 4 



## BILL OF LADING

### Non-Negotiable



RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect as noted (contents and condition of contents of packages unknown), marked, consigned and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or Filed with any federal or state regulatory agency except as specifically agreed to in writing by the shipper and the carrier

| Shipper | SAMUEL, SON & CO | Consignee | KKM PRECISION INC |
|---|---|---|---|
| | 6415 E CORVETTE ST | | 5201 CONVAIR DR. |
| | LOS ANGELES, CA 90040 | | CARSON CITY, CA 89706 |

| Bill Freight To | SAMUEL, SON & CO - LOS ANGELES C/O KDL | | |
|---|---|---|---|
| | 800 N BELL AVE | Ship Date | 04/27/2016 |
| | BLDG 6 SUITE 100 | Purchase Order No. | |
| | CARNEGIE, PA 15106 | B/L No. | 2016042700425 |
| | | Order/SO No. | 9925882-00 |
| | | Shipper's No | |
| | | Carrier's No. | |

Special Instructions:

| Handling Units | Pieces | H M | Description of Articles, Packages, Markings, Exceptions | NMFC # | Class | Weight Lbs. | |
|---|---|---|---|---|---|---|---|
| 6 BUNDLES | 124 PIECES | | SS RD BAR | | 50 | 6087 | **Freight Charges** |
| 1 PIECE | 1 PIECE | | PACKING SLIP | | 50 | 1 | **PrePaid** |
| Total | | | 0 pieces on 0 pallets , 7 loose pieces | | | 6088 | Subject to Section * of the agreement between Shipper and Carrier, if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all lawful charges. |

SAMUEL, SON & CO

C O D AMOUNT
$

Remit C O D AMOUNT TO

CARRIERS C O D FEE PAID BY:

☐ Shipper   ☐ Consignee

FORM OF PAYMENT

☐ Company Check

☐ Money Order

☐ Cashier's Check

☐ Other

Carrier's liability is for actual loss unless otherwise agreed in Appendix D to Common Carrier Rate Agreement, contract, or below. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ ___ per pound

Shipper

per ___

per ___
(Shipper or Shipper's Agent Signature)

Time & Date tendered ___ AM/PM
PERMANENT ADDRESS:

Accepted in good order and condition, unless otherwise stated herein.

PIECES
Exceptions:

Driver Load: Yes ___ No

Placard Provided: Yes ___ No

Doss Trucking

per ___ (Driver's Signature)

Time & Date tendered 4-27-16 ___ AM  PM

| Shipper Certification | Carrier Certification |
|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was available and/or carrier has the Department of Transportation emergency response guidebook or equivalent document in the vehicle |
| Per ___ Date ___ | Per ___ Package Nos ___ Date ___ |

SAM-NPR000018

**SAMUEL**

SAMUEL, SON & CO. (USA) INC
800-631-9765
Rep- 437

| PLEASE REMIT TO: | INVOICE NO. | Page |
|---|---|---|
| SAMUEL, SON & CO. (USA) INC<br><br>P. O. Box 935254<br>Atlanta, GA 31193-5254 | 3116826 | 1 |

Inv date 01/11/2017
Order# 1016085-00
Order date 10/20/2016
Sold:HAYW  Ship:LOSA

| SOLD TO: AC#00041751 | PURCHASE ORDER NO. VBL LUKE | SHIPPED TO: |
|---|---|---|
| KKM PRECISION INC.<br>5201 CONVAIR DRIVE<br><br>CARSON CITY, NV 89706-<br>USA | | KKM PRECISION INC.<br>5201 CONVAIR DRIVE<br><br>CARSON CITY, NV 89706-<br>RICH DOSS   Prepaid |

| ORDER QTY | PRODUCT DESCRIPTION | QTY. DELIVERED | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| | ** ------------------ **<br>** THIS IS A REPRINT **<br>** ------------------ ** | | | | |
| 120 EA | SS 416 Round Bar 1.250" X 144 RDM" | 5,962.00 | 1.86 | LBS | 11,089.32 |
| | Ship date Jan 10th 2017 not before unless<br>eases it earlier. | Luke rel | | | |

Standard Terms: Net 30 Days          % Sales Tax...                    Tax Exempt

| For Samuel standard Terms and Condition of Sale, please refer to http://www.samuel.com/en/AboutSamuel/Pages/Terms.aspx. Our delivery or attempt to deliver the Goods constitutes your unqualified acceptance of the Terms and Conditions. | PAY THIS AMOUNT $ 11,089.32 |
|---|---|

Ssmhfr1- ORU101

SAM-NPR000019

SAMUEL

Page 1 of 1
Order# 1016085-00

**Customer P.O.**
VBL LUKE

**Carrier Instructions**
RICH DOSS   Prepaid

HAYWARD, CA  94544
Phone 800-631-9765, Fax 866-314-3726

**Sold To**
Ship 1

KKM PRECISION INC.
5201 CONVAIR DRIVE
CARSON CITY, NV 89706

**Ship To** 042 LOSA

LUKE MCINTIRE 775-246-5444

41751 KKM PRECISION INC.

Promise 1/10/17
Rep.... GW /RV

| Line Item | Qty Ordered | Qty Shipped | Back Ordered | Product Description |
|---|---|---|---|---|
| 1 | 120 EA | 120 EA<br>5962 LBS | | SS 416 Round Bar 1.250" X 144 RDM"<br><br>Package#   Pcs   Heat/Lot#<br>3412288   19   37004<br>3412289   23   37004<br>3412290   21   37004<br>3412291   14   37004<br>3412292   29   063F<br>3412293   14   207L<br>          G22544<br><br>Ship date Jan 10th 2017 not before unless Luke rel<br><br>eases it earlier.<br>---> MTR With Delivery |

**Driver Signature**

| | # Of Packages | Unit$ | Packages... 6 | Weight.. 5962 | |
|---|---|---|---|---|---|

**Customer Signature** | Date | # Of Packages | Comments Or Delivery Notes |

**Pkg**  1-10-16

01/10/17 20:59:37

shipping

**TERMS OF SALE AND ACCEPTANCE**
Sales of the goods described on this shipping document are subject to the Sale Agreement on the reverse side of this document. Customer's acceptance of delivery constitutes Customer's unqualified acceptance of the terms and conditions of the Sales Agreement. Quality and condition claims must be made within ten (10) days of receipt of material.

**Customer Signed Receipt (POD)**

... Thank-You For Your Business ...

www.samuel.com

packst3

```
Request: 6576926
Samuel, Son & Co., LTD.

KKM PRECISION INC.              PO# VBL LUKE
SSM Order # 1016085-

SSM
Order                      Customer                                    # of
Line# Job#                 Part#              Heat/Lot#                 tags
----- -------------------- ------------------ -------------------------- ----
1     SS 416 Round Bar 1.250" X 144 RDM"
                                             37004                      (3)
                                             063F                       (1)
                                             207L                       (1)
                                             G22544                     (1)
```

SAM-NPR000021

**MILL TEST REPORT**      **TA CHEN INTERNATIONAL, INC.**      This MTR contains 1 page (Page# 1)

Customer: **ESC900**  PO#:042S-7253109  SO#:LRJC56

Item:RB41011ô Bundle:VJE1100342508 Heat#:37004
MTR#:VJRB98957802.GIF

Item:RB410116 Bundle:VJE1100342512 Heat#:37004

Item:RB410116 Bundle:VJE1100342511 Heat#:37004

Item:RB410116 Bundle:VJE1100342510 Heat#:37004    638837, 638838, 638839, 638840

# VIRAJ PROFILES LTD.

Regi & Mkr off: G-33 & 34, MIDC,Industrial Area,Tarapur,Thane(Dist),Maharastra,INDIA - 401506, E-Mail: sales@viraj.com
Works: SURVEY No- 114,119 & 120,VILL. Mahagaon,Tal: Palgar,Dist:Thane-401501, MAHARASTRA, INDIA, vielqc@viraj.com

## TEST CERTIFICATE

| CUSTOMER | ORDER NO | PACKING LIST NO | INSPECTION NO | DATE |
|---|---|---|---|---|
| TA CHEN INTERNATIONAL INC.  L-B 5855 OBISPO AVENUE, LONG BEACH, CA90805. | L50243-S | 62/989578/2 | 100005225349 | 09.05.2015 |
| | | | **GRADE** | **HEAT No** |
| | | | T-416 | 37004 |

**BUNDLE NO :**
1100342506 ,1100342505 ,1100342504 ,1100342507 ,1100342508 ,1100342509 ,1100342510 ,1100342511 ,1100342512 ,1100342513 ,1100342514 ,

**DESCRIPTION**
STAINLESS STEEL BRIGHT BARS

**COLD DRAWN POLISHED - 2H**

| SIZE | SHAPE | TOLERANCE | LENGTH | PIECES | WEIGHT |
|---|---|---|---|---|---|
| 1 1/4" | ROUND | ASTM A484 | 12' - 13' | 222 | 11,090.000  LB |

### CHEMICAL ANALYSIS

| %C | %Mn | %Si | %S | %P | %Cr | %Ni | %Cu | %Mo | %Co | %N2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0.1200 | 1.200 | 0.500 | 0.3400 | 0.0280 | 12.320 | 0.290 | 0.130 | 0.040 | 0.030 | 0.03100 |

### TEST RESULTS

| 0.2% yield strength ksi | Tensile Strength ksi | Elongation % | Reduction Of Area % | Hardness BHN |
|---|---|---|---|---|
| 66.0 | 98.0 | 24.0 | 59.0 | 196.0 |

**SPECIFICATION:**

MATERIAL CONFIRMS TO ASTM A582-12 COND A, A484-13a  AMS 5610N TYPE II (EXCEPT MARKING). QQ-S-764B COND A AM2 (EXCEPT MARKING),UNS-S-41600.
HARDENABILITY TEST:MATERIAL HEAT TREATED AT 996°C FOR 30 MIN AND COOLED IN STILL AIR AND RESULTED HARDNESS VALUE 40HRC
CERTIFIED AS PER EN 10204-3 I

**REMARKS**

MATERIAL IS FREE FROM MERCURY CONTAMINATION. FREE FROM WELD OR WELD REPAIRS. MICRO:FREE FROM CONTINOUS CARBIDE NETWORK ON GRAIN BOUNDARIES. MACRO:GOOD
WE CONFIRM THAT THE MATERIAL HAS BEEN TESTED AND FOUND TO BE FREE FROM RADIOACTIVE CONTAMINATION.MELT SOURCE:AOD MELT & MANUFACTURED. INDIA

We hereby certify that the material described above has been tested and complies with the terms of order/contract.

WORKS INSPECTOR
K R K MURTHY

SAMUEL SON & CO. INC
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____ Date 12-19-16

SAM-NPR000022



# NORTH AMERICAN STAINLESS

# METALLURGICAL TEST REPORT

6870 Highway 42 East
Ghent, KY 41045-9615
(502) 347-6000

Certificate: 245213 01

Mail To:
SAMUEL, SON & CO., INC.
6415 EAST CORVETTE STREET
LOS ANGELES          CA 90040

Ship To:
SAMUEL, SON & CO., INC.
ATTN: ACCOUNTS PAYABLE
LOS ANGELES          CA 90040

639|10

Customer:  0053 012
NAS Order:  LP 55589        1
Your Order:  0425-7245321

Item Code: 5466062

Date: 12/09/2016    Page: 1 of 1
Steel: 416
Finish: Cold Finish
Dia/Thk: 1.2500 in
Leg Length:
Length: 144.00 in
Corrosion:

**PRODUCT DESCRIPTION:**
Round Bar, Annealed, Smooth Turned, Cold Finished
URS SA1600, EN 10104 3.1
ASTM A582/12, ASTM A484/15
NAS 5610H Type 2

**REMARKS:**
COMPLIES W/REQUIREMENTS OF DFAR 252.225-7009 EU DIRECTIVE
2011/65/EU ROHS; KAP-AAOD-CC. NO WELD REPAIR. MELTED AND MFG
IN USA FREE FROM MERCURY AND LOW MELTING ALLOY CONTAMINATION

## CHEMICAL ANALYSIS  CM(Country of Melt)  ES(Spain)  US(United States)  ZA(South Africa)  JP(Japan)

Lab Accreditation Bureau, ISO/IEC 17025, Certificate# L2323
Chemical Analysis per ASTM A751/14a

| Bundle | Weight | Bundle Weight | Bundle Weight | Bundle Weight | Bundle Weight | Bundle Weight | Bundle Weight | Bundle Weight | Bundle Weight |
|---|---|---|---|---|---|---|---|---|---|
| R138438 | 730 | | | | | | | | |

| Heat | Supplier # | CM | C % | CO % | ES % | CU % | MN % | MO % | N % | NI % | P % | S % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 063F | | US | .127 | .02 | 12.78 | .07 | .74 | .02 | .031 | .29 | .016 | .3335 |
| | | SI % | | | | | | | | | | |
| | | .27 | | | | | | | | | | |

## MECHANICAL PROPERTIES

| Bundle | Weight | Bundle Weight | Bundle Weight | Bundle Weight | Bundle Weight |
|---|---|---|---|---|---|
| R138438 | 730 | | | | |

| Heat | NO. | .2YS KSI | UTS KSI | RA % | Elng % 4D | Hrdv No. |
|---|---|---|---|---|---|---|
| R L | 170.0 | 48.51 | 83.02 | 59.08 | 29.73 | 40.5 |

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Mill and Test Report
Initials: _____  Date: 12/21/16

NAS hereby certifies that the analysis on this certification is correct. Based upon the results and the accuracy of the test methods used, the material meets the specifications stated. These results relate only to the items tested and this report cannot be reproduced, except in its entirety, without the written approval of NAS

Technical
Dept. Mgr.                    KRIS LARK

SAM-NPR000023



# NORTH AMERICAN STAINLESS

## METALLURGICAL TEST REPORT

6870 Highway 42 East
Ghent, KY 41045-9615
(502) 347-6000

**Certificate:** 245627 01

**Customer:** 0053 012

**NAS Order:** LP 55589

**Your Order:** 0425-7246221

Mail To:
SAMUEL, SON & CO., INC.
6413 EAST CONVEYETE STREET
LOS ANGELES CA 90040

Ship To:
SAMUEL, SON & CO., INC.
ATTN: ACCOUNTS PAYABLE
LOS ANGELES CA

Item Code: 5466062

**Date:** 12/12/2016  **Page:** 1 of 1
Steel: 416
Finish: Cold Finish
Dia/Thk: 1.2500 in
Leg Length:
Length: 144.00 in
Corrosion:

**REMARKS:**
COMPLIES W/REQUIREMENTS OF DFAR 252.225-7009 EU DIRECTIVE
2011/65/EU, ROHS. EAF+AOD+CC. NO WELD REPAIR, MELTED AND MFG
IN USA. FREE FROM MERCURY AND LOW MELTING ALLOY CONTAMINATION

## PRODUCT DESCRIPTION:
Round Bar, Annealed, Smooth Turned, Cold Finished
UNS S41600, EN 1.4005
ASTM A582/12 ASTM A484/15
AMS 5610M Type 2

## CHEMICAL ANALYSIS

| Heat | Supplier # | CN | | C % | CM(Country of Melt) | CO % | ES(Spain) US(United States) | CR % | ZA(South Africa) JP(Japan) | CU % | | MN % | | MO % | | N % | | NI % | | P % | | S % |
|------|-----------|-----|---|-----|-------|-----|-------|-----|-------|-----|---|-----|---|-----|---|-----|---|-----|---|-----|---|-----|
| 207L | | US | | .112 | | .02 | | 13.02 | | .25 | | .63 | | .03 | | .031 | | .34 | | .023 | | .3360 |

Lab Accreditation Bureau, ISO/IEC 17025, Chemical Analysis per ASTM A751/14a
Certificate# L2323

## MECHANICAL PROPERTIES

| Bundle | Weight | Bundle | Weight | Bundle | Weight | Bundle | Weight | Bundle | Weight | Bundle | Weight | Bundle | Weight | Bundle | Weight |
|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|--------|
| BI38574 | 1451 | BI38577 | 1153 | BI38578 | 1302 | BI38580 | 1500 | BI38585 | 1109 | BI38607 | 1505 | BI38608 | 1550 | | |

| Fld | HB | .2YS | UTS | RA | Elng | Hrdy |
| c | NO. | KSI | KSI | % | % 4D | NO. |
| u | | | | | | |
| s | | | | | | |
|---|-----|------|-----|-----|------|------|
| BI38574 R L | 171.0 | 53.80 | 81.30 | 57.11 | 25.68 | 42.0 |
| BI38577 R L | 171.0 | 53.80 | 81.30 | 57.11 | 25.68 | 42.0 |
| BI38578 R L | 171.0 | 53.80 | 81.30 | 57.11 | 25.68 | 42.0 |
| BI38580 R L | 171.0 | 53.80 | 81.30 | 57.11 | 25.68 | 42.0 |
| BI38585 R L | 171.0 | 53.80 | 81.30 | 57.11 | 25.68 | 42.0 |
| BI38607 R L | 171.0 | 53.80 | 81.30 | 57.11 | 25.68 | 42.0 |
| BI38608 R L | 171.0 | 53.80 | 81.30 | 57.11 | 25.68 | 42.0 |

QC Certified True Copy
Of Original Material Test Report
Initials: _____  Date: _____

SAMUEL, SON & CO. INC.
LOS ANGELES

NAS hereby certifies that the analysis on this certification is correct. Based upon the results and the accuracy of the test methods used, the material meets the specifications stated. These results relate only to the items tested and this report cannot be reproduced, except in its entirety, without the written approval of NAS.

Technical
Dept. Mgr. _____

KRIS LARK

SAM-NPR000024


outokumpu
high performance stainless steel

# Certificate of Test

Page:    1

HEAT G22544    ORDER  666983/ 08  BOL 0237142  *  CERTIFICATION  *  10/05/16

SHIP TO:                                                      635836
SAMUEL, SON & CO., INC.                                       635837
6415 EAST CORVETTE
323.767.2302
LOS ANGELES         900400000

```
------------------------ YOUR ORDER & DATE -------------------------------
   7223435              5/13/16 CUST# 0395001 CUST TAG#5466062
------------------------- ITEM DESCRIPTION -------------------------------
GRADE 416                                          Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES     Country of Mfg.: UNITED STATES
                                 NAFTA Country of Origin is Country of Melt
No weld repair
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1094    Approx. Hot Red. Ratio 212:1

WO 2070887 Bundles: 1B
------------------------- SPECIFICATIONS ---------------------------------
  THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610N (416) Type II            ASTM A484 16
ASTM A582 12e1                     DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool
--------------------- MECHANICAL & OTHER TESTS ---------------------------
Hardness as shipped     (212 HB )  Hardness as tested      421 HB
Hardness as shipped      94 HRB
                                   Hardness as tested     ( 45 HRC )
                                   Tensile strength,KSI (MPa)   97.9 ( 675)
Micro                       OK     0.2% Yield Strngth,KSI(MPa)  73.8 ( 509)
Intergranular corrosion
Macro                       OK     Elongation % in 4D           24.2
                                   Reduction of area %          60.1
```

```
------------------------- CHEMICAL COMPOSITION ---------------------------
Carbon       (C )  .110     Manganese   (Mn)  1.030
Phosphorus   (P )  .020     Sulphur     (S )   .310
Silicon      (Si)  .300     Chromium    (Cr) 13.070
Nickel       (Ni)  .370     Cobalt      (Co)   .050
Copper       (Cu)  .200     Moly        (Mo)   .120
Nitrogen     (N )  .044     Columbium   (Cb)   .020
Titanium     (Ti)  .010     Aluminum    (Al)   .010
Tin          (Sn)  .005     Vanadium    (V )   .060
Tungsten     (W )  .050
Iron         (Fe) Balance
Melt Practice      EAF
Refining Practice  AOD
De-long Ferrite
```

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                         M.F. Marcancio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy
Richburg, SC 29729

SAMUEL, SON & CO. INC.
LOS ANGELES
QC Certified True Copy
Of Original Material Test Report
Initials _____ Date 10-9-15

M.F. Marcanrio

SAM-NPR000025





Page 1 of 3

## BILL OF LADING

### Non-Negotiable

DOSS #5751808

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of packages unknown), marked, consigned and destined as shown below. This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier.

| Shipper | SAMUEL, SON & CO<br>6415 E CORVETTE ST<br>LOS ANGELES, CA 90040 | Consignee | KKM PRECISION INC<br>5201 CONVAIR DR<br>CARSON CITY, CA 89706 |
|---|---|---|---|

| Bill Freight To | SAMUEL SON & CO - LOS ANGELES C/O KDI<br>800 N BELL AVE.<br>BLDG 6 SUITE 100<br>CARNEGIE, PA 15106 | | |
|---|---|---|---|

Ship Date: 01/18/2017
Purchase Order No
B.L. No. **2017011000416**
Order/SO No **1016085-00**
Shipper's No
Carrier's No

**Special Instructions**

| Handling Units | Pieces | H M | Description of Articles, Packages, Markings, Exceptions | NMFC # | Class | Weight Lbs. |
|---|---|---|---|---|---|---|
| 6 BUNDLES | 120 PIECES | | SS RD BAR | | 50 | 5961 |
| 1 PIECE | 1 PIECE | | PACKING SLIP | | 50 | 1 |
| Total | | | 0 pieces on 0 pallets , 7 loose pieces | | | 5962 |

### Freight Charges
### PrePaid

Subject to Section 7 of the agreement between Shipper and Carrier if the shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.
The carrier shall not make delivery of this shipment without payment of freight and all lawful charges.

_____ SAMUEL, SON & CO

C O D AMOUNT
$

Remit C O D AMOUNT TO
CARRIERS C O D FEE PAID BY

☐ Shipper    ☐ Consignee

FORM OF PAYMENT

☐ Company Check

☐ Money Order

☐ Cashier's Check

☐ Other

Carrier's liability is for actual loss unless otherwise agreed in Appendix B to Common Carrier Rate Agreement, contract, or stated below. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $ _____ per pound.

_____ Shipper

per _____

per _____
(Shipper or Shipper's Agent Signature)

Time & Date tendered _____ AM/PM
PERMANENT ADDRESS:

Accepted in good order and condition, unless otherwise stated herein.

PIECES
Exceptions:

Driver Load: Yes _____ No

Placard Provided: Yes _____ No

Doss Trucking

per _____ (Driver's Signature)

Time & Date tendered _____ AM PM

| Shipper Certification | Carrier Certification |
|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>Per _____ Date 1/18/17 | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent document in the vehicle.<br><br>Per _____ Package Nos _____<br><br>Date _____ |

SAM-NPR000026

**SAMUEL**

SAMUEL, SON & CO. (USA) INC
800-631-9765

| PLEASE REMIT TO: | INVOICE NO. | Page |
|---|---|---|
| SAMUEL, SON & CO. (USA) INC | 3157851 | 1 |
| P. O. Box 935254 | | |
| Atlanta, GA 31193-5254 | | |

Inv date 04/10/2017
Order# 1098806-00
Order date 04/05/2017

REF INV# 3116826

Rep- 437

Sold:HAYW   Ship:LOSA

| SOLD TO:   AC#00041751 | PURCHASE ORDER NO.   VBL LUKE | SHIPPED TO: |
|---|---|---|
| KKM PRECISION INC.<br>5201 CONVAIR DRIVE<br><br>CARSON CITY, NV 89706-<br>USA | * C R E D I T *<br>*   M E M O   * | KKM PRECISION INC.<br>5201 CONVAIR DRIVE<br><br>CARSON CITY, NV 89706-<br>RICH DOSS    Prepaid |

| ORDER QTY | PRODUCT DESCRIPTION | QTY. DELIVERED | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| | ** ----------------------** <br> ** THIS IS A REPRINT ** <br> ** ----------------------** | | | | |
| 120 EA | SS 416 Round Bar 1.250" X 144 RDM" | 5,962.00 | 1.86 | LBS | 11,089.32 |
| | 120 PIECES | | | | |

Standard Terms: Net 30 Days                    % Sales Tax...                    Tax Exempt

For Samuel standard Terms and Condition of Sale, please refer to http://www.samuel.com/en/AboutSamuel/Pages/Terms.aspx. Our delivery or attempt to deliver the Goods constitutes your unqualified acceptance of the Terms and Conditions.

| PAY THIS AMOUNT | |
|---|---|
| $ | 11,089.32 CR |

Ssmlnfr1- ORU101

SAM-NPR000027



**SAMUEL**

HAYWARD, CA  94544
Phone 800-631-9765, Fax 866-314-3726

**CREDIT - PICKUP**
**Original order# 1016085-00**
Ref Inv# 3116826

Page: 1 of 1
Credit# 1098806-00

Ship 042 LOSA

Promise     4/05/17
Rep.... GW /RV

Customer P.O.
**VBL LUKE**

Carrier Instructions
**RICH DOSS**          Prepaid

Sold To
**41751 KKM PRECISION INC.**

Ship To
**KKM PRECISION INC.**
**5201 CONVAIR DRIVE**
**CARSON CITY, NV  89706**

**LUKE MCINTIRE 775-246-5444**

| Line Item | Qty Ordered | Qty Shipped | Back Ordered | Product Description |
|---|---|---|---|---|
| 1 | 120 EA | | | **SS 416 Round Bar 1.250" X 144 RDM"** |
| | | | | Heat/Lot# (Original Order) |
| | | | | 37004 |
| | | | | 063F |
| | | | | 207L |
| | | | | G22544 |
| | | | | 120 PIECES |

3412286-19
3412265-03
3412290-21
3412291-14
3412212-20
3412213-3 N6 G22544

| | | # Of Packages | Units | Comments Or Delivery Notes |
|---|---|---|---|---|
| Driver Signature | Date | # Of Packages | Packages - - | Weight - - |

04/10/17 14:55:09

**Shipping**

**TERMS OF SALE AND ACCEPTANCE**
Sales of the goods described on this shipping document are subject to the Sale Agreement on the reverse side of this document. Customer's acceptance of delivery constitutes Customer's unqualified acceptance of the terms and conditions of the Sales Agreement. Quality and condition claims must be made within ten (10) days of receipt of material.

Customer Signature     Date

Customer Signed Receipt (POD)

··· **Thank-You For Your Business** ···

**www.samuel.com**          packs3

SAM-NPR000028

# SAMUEL

| | |
|---|---|
| SAMUEL, SON & CO. (USA) INC | **PLEASE REMIT TO:** SAMUEL, SON & CO. (USA) INC P. O. Box 935254 Atlanta, GA 31193-5254 |

**PLEASE REMIT TO:**
SAMUEL, SON & CO. (USA) INC
P. O. Box 935254
Atlanta, GA 31193-5254

SAMUEL, SON & CO. (USA) INC
800-631-9765
Rep- 437

**INVOICE NO.** 3151529   **Page** 1

Inv date 03/28/2017
Order# 1093086-00
Order date 03/27/2017
Sold:HAYW  Ship:LOSA

| **SOLD TO:** AC#00041751 | **PURCHASE ORDER NO.** VBL LUKE-REPLACE | **SHIPPED TO:** |
|---|---|---|
| KKM PRECISION INC. 5201 CONVAIR DRIVE CARSON CITY, NV 89706- USA | | KKM PRECISION INC. 5201 CONVAIR DRIVE CARSON CITY, NV 89706- RICH DOSS Prepaid |

| ORDER QTY | PRODUCT DESCRIPTION | QTY. DELIVERED | UNIT PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| | ** ------------------- ** ** THIS IS A REPRINT ** ** -------------------** | | | | |
| 120 PCS | SS 416 Round Bar 1.250" X 144 RDM" | 6,348.00 | 1.86 | LBS | 11,807.28 |
| | Outokumpu material only | | | | |

Standard Terms: Net 30 Days          % Sales Tax...                    Tax Exempt

**For Samuel standard Terms and Condition of Sale, please refer to** http://www.samuel.com/en/AboutSamuel/Pages/Terms.aspx. Our delivery or attempt to deliver the Goods constitutes your unqualified acceptance of the Terms and Conditions.

**PAY THIS AMOUNT**
$   11,807.28

Ssminfr1- ORU101

SAM-NPR000029

**SAMUEL**

HAYWARD, CA 94544
Phone 800-631-9765, Fax 866-314-3726

| Page 1 of 1 |
| Order# 1093086-00 |

| | Promise 3/27/17 |
| Ship 042 LOSA | Rep.... GW /RV |

**Customer P.O.**
VBL LUKE-REPLACE RICH DOSS Prepaid

**Carrier Instructions**

**Ship To** 1
KKM PRECISION INC.
5201 CONVAIR DRIVE
CARSON CITY, NV 89706
Phone 800-631-9765

LUKE MCINTIRE 775-246-5444

**Sold To**
41751 KKM PRECISION INC.

| Line Item | Qty Ordered | Qty Shipped | Back Ordered | Product Description |
|---|---|---|---|---|
| 1 | 120 PCS | 120 PCS<br>6348 LBS | | SS 416 Round Bar 1.250" X 144 RDM" |

Package# Pcs Heat/Lot#
3474818 25 G23479
3474819 25 G23479
3474820 25 G23479
3474821 23 G23479
3474823 22 G23479

Outokumpu material only
---> MTR With Delivery

| | # Of Packages | Unit# | Packages.. 5 Weight.. 6348 | 03/27/17 18:17:36 |
|---|---|---|---|---|

**Driver Signature**

**Customer Signature**

Date 3-27-17

shipping
3/27/17

**TERMS OF SALE AND ACCEPTANCE**
Sales of the goods described on this shipping document are subject to the Sale Agreement on the reverse side of this document. Customer's acceptance of delivery constitutes Customer's unqualified acceptance of the terms and conditions of the Sales Agreement. Quality and condition claims must be made within ten (10) days of receipt of material.

**Customer Signed Receipt (POD)**

... **Thank-You For Your Business** ...

www.samuel.com

packsl3

SAM-NPR000030

```
Request: 6576932
Samuel, Son & Co., LTD.

KKM PRECISION INC.              PO# VBL LUKE-REPLACE
SSM Order # 1093086-

SSM
Order                  Customer                                    # of
Line# Job#             Part#                 Heat/Lot#             tags
----- ---------------- --------------------- -------------------- ------
1     SS 416 Round Bar 1.250" X 144 RDM"
                                             G23479                (5)
```

SAM-NPR000031


outokumpu
high performance stainless steel

# Certificate of Test

Page:     1

HEAT G23479     ORDER  671590/ 09  BOL 0238423  *  CERTIFICATION  *  02/20/17

SHIP TO:
SAMUEL, SON & CO., INC.          *641673  641677*  *641681*
6415 EAST CORVETTE                641674  641678   *641682*
323.767.2302
LOS ANGELES          900400000    641675  641679   *641683*
                                  641676  641680

----------------------- YOUR ORDER & DATE -----------------------
    7253602                    1/09/17 CUST# 0395001 CUST TAG#5466062

------------------------ ITEM DESCRIPTION ------------------------
GRADE 416                                       Ship Condition CONDA
Size416 RND CFA CONDA 1.2500 x 144.000 RL
Country of Melt: UNITED STATES       Country of Mfg.: UNITED STATES
No weld repair                  NAFTA Country of Origin is Country of Melt
Free of mercury contamination, Free of radiation contamination
No WEEE relevant substances; Meets EU electrical ROHS

Total Bundles   1   Total Weight   1338    Approx. Hot Red. Ratio 212:1

WO 2074302 Bundles: 1F
------------------------ SPECIFICATIONS -------------------------
THE PRODUCTS LISTED ON THIS MILL TEST REPORT SATISFY PREFERENCE CRITERION B
AS DEFINED IN ARTICLE 401 OF THE NORTH AMERICAN FREE TRADE AGREEMENT.
AMS 5610H (416) Type II                ASTM A484 16
ASTM A582 12e1                         DIN 50049/EN 10204 Type 3.1
Sol Ann 1450F +/-25F
1450F/ Furnace cool to 1150F in 4 hours/ Air Cool

-------------------- MECHANICAL & OTHER TESTS --------------------
Hardness as shipped     233 HB    Hardness as tested        421 HB
Hardness as shipped   ( 97 HRB )
                                  Hardness as tested     ( 45 HRC )
Micro                       OK    Tensile strength,KSI (MPa)  101.0 ( 696)
Intergranular corrosion           0.2% Yield Strngth,KSI(MPa)  75.7 ( 522)
Macro                       OK    Elongation % in 4D          22.5
                                  Reduction of area %         57.1

-------------------- CHEMICAL COMPOSITION -----------------------
Carbon          (C )  .120    Manganese   (Mn)  1.020
Phosphorus      (P )  .018    Sulphur     (S )   .310
Silicon         (Si)  .380    Chromium    (Cr) 12.920
Nickel          (Ni)  .270    Cobalt      (Co)   .050
Copper          (Cu)  .080    Moly        (Mo)   .100
Nitrogen        (N )  .041    Columbium   (Cb)   .010
Titanium        (Ti)  .010    Aluminum    (Al)   .010
Tin             (Sn)  .005    Vanadium    (V )   .050
Tungsten        (W )  .050
Columbium/
Tantalum (Cb+Ta)      .010
Iron            (Fe)  Balance
Melt Practice         EAF
Refining Practice     AOD
De-long Ferrite

Knowingly & willfully falsifying or concealing a material act on this form,
or making false, fictitious or fraudulent statements or representations
herein could constitute a felony punishable under federal statutes.
We hereby certify that the test results shown in this report are correct and
accurate as contained in the records of the company and are in compliance
with the specifications, codes, and standards listed above.

                              M.F. Marcanio,   Quality Manager

Outokumpu Stainless Bar, LLC
3043 Crenshaw Pkwy.
Richburg SC 29728

M.F. Marcanio

SAM-NPR000032



**BILL OF LADING**

Non-Negotiable



5762543

RECEIVED, subject to the "COMMON CARRIER RATE AGREEMENT" or the CONTRACT between the Shipper and Carrier in effect on the date of shipment, the property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as shown below, This Bill of Lading is not subject to any tariffs or classifications whether individually determined or filed with any federal or state regulatory agency, except as specifically agreed to in writing by the shipper and the carrier

| Shipper | SAMUEL, SON & CO<br>6415 E CORVETTE ST<br>LOS ANGELES, CA 90040 | Consignee | KKM PRECISION INC<br>5201 CONVAIR DR.<br>CARSON CITY, CA 89706 |
|---|---|---|---|

| Bill Freight To | SAMUEL SON & CO - LOS ANGELES C/O KDL,<br>800 N BELL AVE<br>BLDG 6 SUITE 100<br>CARNEGIE, PA 15106 | | |
|---|---|---|---|

| Ship Date | 01-27-2017 |
|---|---|
| Purchase Order No. | |
| B/L No. | 2017032700426 |
| Order/SO No. | 1093086-00 |
| Shipper's No. | |
| Carrier's No. | |

Special Instructions:                     5\8.2⁰

| Handling Units | Pieces | H M | Description of Articles, Packages, Markings, Exceptions | NMFC # | Class | Weight Lbs. |
|---|---|---|---|---|---|---|
| 5 BUNDLES | 120 PIECES | | SS RD BAR | | 50 | 6348 |
| 1 PIECE | 1 PIECE | | PACKING SLIP | | 50 | 1 |
| Total | | | 0 pieces on 0 pallets , 6 loose pieces | | | 6349 |

**Freight Charges**
**PrePaid**

Subject to Section 7 of the agreement between Shipper and Carrier, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all lawful charges.

SAMUEL, SON & CO

C O D AMOUNT
$

Remit C O D AMOUNT TO

CARRIERS C O D FEE PAID BY:

☐ Shipper   ☐ Consignee

FORM OF PAYMENT

☐ Company Check
☐ Money Order
☐ Cashier's Check
☐ Other

Carrier's liability is for actual loss unless otherwise agreed in Appendix B to Common Carrier Rate Agreement, contract, or stated below. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding $_____ per pound

_____ .Shipper

per _____

per _____
(Shipper or Shipper's Agent Signature)

Time & Date tendered          AM-PM
PERMANENT ADDRESS:

Accepted in good order and condition, unless otherwise stated herein.

PIECES
Exceptions:

Driver Load: Yes      No

Placard Provided: Yes      No

Doss Tracking

per _____ (Driver's Signature)

Time & Date tendered      3-27-17      AM  PM

| Shipper Certification | Carrier Certification |
|---|---|
| This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.<br><br>Per _____  Date 3/27/17 | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the Department of Transportation emergency response guidebook or equivalent document in the vehicle.<br><br>Per _____  Package Nos. _____<br><br>Date _____ |

SAM-NPR000033

**From:** David Oliva <David.Oliva@Samuel.com>
**Sent:** Thursday, July 31, 2014 4:46 PM
**To:** Ritu Gupta
**Subject:** RE: KKM Precision

Let me ask the outside guy for Outokumpu.

**From:** Ritu Gupta
**Sent:** Thursday, July 31, 2014 1:15 PM
**To:** David Oliva
**Subject:** KKM Precision

*Hi,*

*Kevin at KKM orders 1-1/4" 416 R from us (reduced sulfur). There is currently a pending order for him for 6000 lbs that is due early next month. He wants to talk to a metallurgist at Outokumpu to find out if they can mix a heat of 410 and a heat of 416, so as to arrive at a sulfur content that is greater than that of 416R (which is around .1) and less than that of 416 (which is around .38).*

*They produce pistol barrels and need a sulfur-level where the machinability of the material is better than what it is now, without making the bar brittle.*

*They currently order 1-1/4 from us and 1-3/4 from Carpenter, and are trying to get both sizes from one supplier. Kevin would like to talk to a metallurgist at Outokumpu and see what can be done. Whom do I contact for this – and can I have him talk to the metallurgist direct?*

*His e-mail address is Kevin@KKMPrecision.com, and his phone number is 775.246.5444*

*Thanks.*

**Ritu Gupta** | *Sales Representative* | *Samuel, Son & Co., Inc.*
*(323) 767-2323* | *f (323) 722-6359* | *rgupta@samuel.com*
*6415 East Corvette Street* | *Los Angeles, CA* | *90040*



SAM-NPR000034

**From:**      David Oliva <David.Oliva@Samuel.com>
**Sent:**      Tuesday, July 21, 2015 5:49 PM
**To:**        Bob Varian
**Subject:**   KKM 416 billet chemistry

Bob,

    Here is a note between me and Kevin on typical chemistry on 416 produced at Outokumpu. I'll check for more information regarding physical properties.

David

**From:** Kevin McIntire [mailto:kevin@kkmprecision.com]
**Sent:** Wednesday, April 08, 2015 9:49 AM
**To:** David Oliva
**Subject:** Re: 416 billet chemistry

David,

This looks good to me. Please place the order.

Kevin McIntire
KKM Precision Inc

On Apr 8, 2015, at 9:08 AM, David Oliva <doliva@samuel.com> wrote:

Kevin,

    Outokumpu sent us the chemistry on the next billet they have up for bar production, they obviously cannot guarantee that this same billet will be used when the 1.75" is produced but it is a typical representation of what they order to. The Carbon is slightly higher than the range we spoke about but the Sulfur is right in line. Let me know if you have any questions, as we will be placing order on the mill today.

Parent Heat : G22110

Carbon       (C )    .120
Manganese  (Mn)   1.010
Phosphorus (P )    .016
Sulfur        (S )    .320
Silicon       (Si)    .330
Chromium   (Cr)  13.020
Nickel        (Ni)   .180
Cobalt        (Co)   .050
Copper       (Cu)   .090
Moly          (Mo)   .030
Nitrogen     (N )    .042
Columbium  (Cb)    .010
Titanium     (Ti)    .010

1

SAM-NPR000035

```
Aluminum   (Al)   .010
Tin        (Sn)   .007
Cerium     (Ce)   .000
Boron      (B )   .000
Tantalum   (Ta)   .000
Col/Tan    (Cb/Ta) .010
Vanadium   (V )   .030
Tungsten   (W )   .050
```

Regards,

**David Oliva | General Manager | Samuel Son & Co., Inc.**
(323) 767-2302 | *f* (323) 722-6359 | doliva@samuel.com
6415 East Corvette Street | Los Angeles, CA
<image001.gif>


***click here to check out our new 5 Axis Water Jet***

2

SAM-NPR000036

**From:**            David Oliva <David.Oliva@Samuel.com>
**Sent:**            Tuesday, July 21, 2015 6:20 PM
**To:**              Bob Varian
**Subject:**         RE: 416 stainless KKM Precision

Bob, all I was able to find was information on chemistry (I sent you email). I thought he had a physical property call in on Hardness but I can't find any notes on that.

David

**From:** Bob Varian
**Sent:** Tuesday, July 21, 2015 2:30 PM
**To:** David Oliva
**Subject:** Fw: 416 stainless KKM Precision

Hi David. Would you happen to know the required properties for KKM? Due to the heat I'm not carrying around my laptop to look it up. Bill Brewster doesn't know. I can look it up this evening and let Bill Know but thought I'd ask you.

Bob

Sent from my BlackBerry 10 smartphone.

**From:** Bob Varian <rvarian@samuel.com>
**Sent:** Tuesday, July 21, 2015 1:25 PM
**To:** Bill Brewster
**Subject:** 416 stainless KKM Precision

Hi Bill. Hope your day is going well. Could you get me a cost and lead time for 9000 to 10,000 lbs!
416 1-1/2 round x 12' R/L
Outokumpo only.

Thanks

Bob Varian
Sent from my BlackBerry 10 smartphone.

**From:** Luke McIntire <luke@kkmprecision.com>
**Sent:** Tuesday, July 21, 2015 12:30 PM
**To:** Bob Varian
**Subject:** Re: 416 stainless

Bob,
Yes I still need a run of 1-1/2 round from O.K. in the same specs as our other runs. Let me know what you find.

Thanks again
Luke

1

SAM-NPR000037

Sent from my iPhone

On Jul 21, 2015, at 12:19 PM, Bob Varian <rvarian@samuel.com> wrote:

Good day to you Luke. Hope your day is going well. I wanted to touch base with you regarding future material. You had mentioned that you may need a production run of the 1-1/2 round and wanted to ask if you wanted us to start checking into the lead time?

Best regards

Bob Varian
Samuel, Son & Co

Sent from my BlackBerry 10 smartphone.

SAM-NPR000038

| | |
|---|---|
| **From:** | Ashley Boyd <Ashley.Boyd@Samuel.com> |
| **Sent:** | Thursday, August 6, 2015 11:46 AM |
| **To:** | David Oliva; Angie Cardona |
| **Subject:** | Bar Info for O# 9790272 KKM Precision - Outokumpu |
| **Attachments:** | Re: KKM 416 billet chemistry; Fw: New Quote: KKM PRECISION INC.  $18,400.00 / 10000 lb |

Good Morning David / Angie,

Below and attached is the information for the bar that Bob Varian needs to get on order with Outokumpu for a KKM Precision order. Order # 9790272.
ALSO – SEE EMAIL ATTACHMENTS

I need one of you to order material for KKM Precision.
Outokumpu heat #G22664 as noted below. Please advise current cost and lead time.

416 Cond A
1-1/2 round x 12' r/l
10,000 lbs

**Ashley E. Boyd | Product Manager – Stainless Flat Roll/Plate – Western US Region
| Samuel Son & Co. – Wheat Ridge, CO |
*O#* (323) 767-2335 | *C#* (801) 696-9833 | *f#* (510) 429-9709 |** <u>aboyd@samuel.com</u>



SAM-NPR000039

**From:**            Bill Brewster <bbrewster@samuel.com>
**Sent:**           Tuesday, August 4, 2015 9:29 PM
**To:**               Bob Varian; Ashley Boyd
**Cc:**               Greg Wilson
**Subject:**      Re: KKM 416 billet chemistry

Cost is attached to below quote

Sent from my BlackBerry 10 smartphone.

**From:** Bob Varian
**Sent:** Tuesday, August 4, 2015 6:11 PM
**To:** Ashley Boyd; Bill Brewster
**Cc:** Greg Wilson
**Subject:** FW: KKM 416 billet chemistry

Bill/Ash.
I need one of you to order material for KKM Precision.
Outokumpo heat #G22664 as noted below. Please advise current cost and lead time.

416 Cond A
1-1/2 round x 12' r/l
10,000 lbs

Thanks

Bob Varian


**From:** David Oliva
**Sent:** Thursday, July 23, 2015 9:20 AM
**To:** Greg Wilson
**Subject:** FW: KKM 416 billet chemistry

I think Bob wants this information passed on to you for KKM.


**From:** Bill Brewster
**Sent:** Thursday, July 23, 2015 8:36 AM
**To:** Bob Varian
**Cc:** David Oliva
**Subject:** FW: KKM 416 billet chemistry

David below is quote from Outokumpu for T416 Cond A to below chemistry which should meet KKM Spec
Bob asked me to copy Greg but I don't know who Greg is.
Let me know if anyone has any questions
Thanks

1

SAM-NPR000040

**From:** Jim Furda [mailto:Jim.Furda@outokumpu.com]
**Sent:** Thursday, July 23, 2015 11:14 AM
**To:** Bill Brewster
**Subject:** RE: KKM 416 billet chemistry

Bill,

Outokumpu Stainless Bar is offering the following:
416 Condition A
1.500"rnd x 12'r/l
10,000#
1.22lb plus surcharge/freight
13 weeks aro
-Price in effect at time of shipment
-Alloy surcharge to be applied at time of shipment
-F.O.B. Richburg, SC
-Shipping tolerance is +/-10% based on weight, not piece/bar count
-Material subject to availability
-Order acceptance subject to Outokumpu Stainless Bar standard terms & conditions
-Quote valid for 5 days

Thank you,
**James Furda**
Sales Representative, Stainless Bar Products
**Outokumpu "PRODEC" for Improved Machinability**
Richburg, SC 29729
Phone(888)458-4600
Direct(803)789-9247
Fax(803)789-3177
jim.furda@outokumpu.com



**PRODEC® for Enhanced Machinability**

Produced exclusively by Outokumpu for over two decades, PRODEC (which stands for PRODuction EConomy) is a premium quality of stainless steel designed for enhanced machinability and processed to provide uniform consistency of properties from bar to bar and heat to heat, allowing for overall higher performance. PRODEC offers opportunity for faster machining speeds, longer tool life, improved part quality, and lower total cost of machined parts.

This message is meant for the addressee only and may contain confidential and legally privileged information. Any unauthorized review, use, copying, storage, disclosure or distribution of this e-mail and any attachments is strictly prohibited. If you are not the named recipient or have otherwise received this communication in error, please destroy this message from your system and kindly notify the sender by e-mail. Thank you for your co-operation.

**From:** Bill Brewster [mailto:bbrewster@samuel.com]
**Sent:** Wednesday, July 22, 2015 4:07 PM

SAM-NPR000041

**To:** Jim Furda
**Subject:** RE: KKM 416 billet chemistry

Thanks Jim
Please advise price and dely for 10,000# 1 ½ rd Cond A

**From:** Jim Furda [mailto:Jim.Furda@outokumpu.com]
**Sent:** Wednesday, July 22, 2015 4:03 PM
**To:** Bill Brewster
**Subject:** FW: KKM 416 billet chemistry

Bill,

Nothing left in heat G22110 but heat G22664 looks like it meets the carbon and sulfur.

Parent Heat : G22664
Carbon     (C )    .120
Manganese  (Mn)  1.040  Grade : 416XC          Date Entered  7/01/15
Phosphorus (P )   .017  Cast Size        280
Sulfur     (S )   .320  Country of Origin   US
Silicon    (Si)   .460  Country of Melt     US
Chromium   (Cr) 13.000
Nickel     (Ni)   .320  Date of Manufacture  6/02/15
Cobalt     (Co)   .050  Prodec          N
Copper     (Cu)   .110  IM Quality       N
Moly       (Mo)   .080  Melt Practice    EAF
Nitrogen   (N )   .044  Re-Melting Practice
Columbium  (Cb)   .020  Refining Practice  AOD
Titanium   (Ti)   .010  Frequency         .000
Aluminum   (Al)   .010  Severity          .000
Tin        (Sn)   .006  V30 Testing      0
Cerium     (Ce)   .000  Sub Grade
Boron      (B )   .000  Macro Etched      1
Tantalum   (Ta)   .000  FQA Approval
Col/Tan    (Cb/Ta) .020  ASB Heatcode
Vanadium   (V )   .050  Revision         00
Tungsten   (W )   .050

James Furda
Sales Representative, Stainless Bar Products
**Outokumpu "PRODEC" for Improved Machinability**
Richburg, SC 29729
Phone(888)458-4600
Direct(803)789-9247
Fax(803)789-3177
jim.furda@outokumpu.com



This message is meant for the addressee only and may contain confidential and legally privileged information. Any unauthorized review, use, copying, storage, disclosure or distribution of this e-mail and any attachments is strictly prohibited. If you are not the named recipient or have otherwise received this communication in error, please destroy this message from your system and kindly notify the sender by e-mail. Thank you for your co-operation.

SAM-NPR000042

**From:** Bill Brewster [mailto:bbrewster@samuel.com]
**Sent:** Wednesday, July 22, 2015 10:43 AM
**To:** Jim Furda
**Subject:** FW: KKM 416 billet chemistry

Jim
I know its been awhile since we checked this heat G 22110  (below)
Is it still available for about 10K of bar?

**From:** Bob Varian
**Sent:** Wednesday, July 22, 2015 10:32 AM
**To:** Bill Brewster
**Subject:** FW: KKM 416 billet chemistry

Hi Bill. Carbon content is min .111 and Sulfur min .320.
I'm almost sure there's a rockwell hardness call out and researching it.

**From:** David Oliva
**Sent:** Tuesday, July 21, 2015 2:49 PM
**To:** Bob Varian
**Subject:** KKM 416 billet chemistry

Bob,

   Here is a note between me and Kevin on typical chemistry on 416 produced at Outokumpu. I'll check for more information regarding physical properties.

David

**From:** Kevin McIntire [mailto:kevin@kkmprecision.com]
**Sent:** Wednesday, April 08, 2015 9:49 AM
**To:** David Oliva
**Subject:** Re: 416 billet chemistry

David,

This looks good to me. Please place the order.

Kevin McIntire
KKM Precision Inc

On Apr 8, 2015, at 9:08 AM, David Oliva <doliva@samuel.com> wrote:

Kevin,

   Outokumpu sent us the chemistry on the next billet they have up for bar production, they obviously cannot guarantee that this same billet will be used when the 1.75" is produced but it is a typical representation of what they

4

SAM-NPR000043

order to. The Carbon is slightly higher than the range we spoke about but the Sulfur is right in line. Let me know if you have any questions, as we will be placing order on the mill today.

Parent Heat : G22110

```
Carbon     (C )    .120
Manganese  (Mn)   1.010
Phosphorus (P )    .016
Sulfur     (S )    .320
Silicon    (Si)    .330
Chromium   (Cr)  13.020
Nickel     (Ni)    .180
Cobalt     (Co)    .050
Copper     (Cu)    .090
Moly       (Mo)    .030
Nitrogen   (N )    .042
Columbium  (Cb)    .010
Titanium   (Ti)    .010
Aluminum   (Al)    .010
Tin        (Sn)    .007
Cerium     (Ce)    .000
Boron      (B )    .000
Tantalum   (Ta)    .000
Col/Tan    (Cb/Ta) .010
Vanadium   (V )    .030
Tungsten   (W )    .050
```

Regards,

**David Oliva | General Manager | Samuel Son & Co., Inc.**
(323) 767-2302 | f (323) 722-6359 | doliva@samuel.com
6415 East Corvette Street | Los Angeles, CA
<image001.gif>

**_click here to check out our new 5 Axis Water Jet_**

SAM-NPR000044

| | |
|---|---|
| **From:** | Bob Varian <rvarian@samuel.com> |
| **Sent:** | Tuesday, August 4, 2015 6:22 PM |
| **To:** | Greg Wilson |
| **Cc:** | Ashley Boyd; Bill Brewster |
| **Subject:** | Fw: New Quote: KKM PRECISION INC.  $18,400.00 / 10000 lb |
| **Attachments:** | 5625181_0.PDF |

Greg enter the order. Use VBL-Luke.
I'll catch up with you in a bit with the specifics.

Sent from my BlackBerry 10 smartphone.
  Original Message
From: Bob Varian <rvarian@samuel.com>
Sent: Tuesday, August 4, 2015 2:23 PM
To: luke@kkmprecision.com
Cc: Greg Wilson
Subject: FW: New Quote: KKM PRECISION INC. $18,400.00 / 10000 lb


Hi Luke. Here's a copy of the 1-1/2 round quote that should have been sent to you back on July 24th.

-----Original Message-----
From: GREG.WILSON@SAMUEL.COM [mailto:GREG.WILSON@SAMUEL.COM]
Sent: Friday, July 24, 2015 11:32 AM
To: Bob Varian
Subject: New Quote: KKM PRECISION INC. $18,400.00 / 10000 lb


Quote id:     5625181
Promised Date: 10/30/2015
Customer:     KKM PRECISION INC.
Contact:      KEVIN MCINTIRE (7752465444)
Inside Rep:    GREG WILSON
Amount:      $18,400.00
Weight:      10000 lb

Quoted Items:
10000 LBS SS 416 Round Bar 1.50" X 144".....................$ 1.84 / LBS


Comment:

1

SAM-NPR000045



**SAMUEL, SON & CO., INC.**

30640 SAN CLEMENTE ST  HAYWARD,CA,94544

Phone: 800-631-9765 Fax: 866-314-3726

# Customer Quotation

| | |
|---|---|
| **Quote #:** | **5625181** |
| Quote Date: | 07/24/2015 |
| Quoted By: | GREG WILSON |

**BILL ADDRESS**

KKM PRECISION INC.

5201 CONVAIR DRIVE
CARSON CITY,NV  89706
Attn: KEVIN MCINTIRE
Phone: 775-246-5444
Fax: 775-246-9182

**SHIP ADDRESS**

KKM PRECISION INC.
5201 CONVAIR DRIVE
CARSON CITY,NV  89706

| Line | Order Qty | Quoted Description | | Unit/Ext. Price |
|---|---|---|---|---|
| 1 | 10000 LBS | SS 416 Round Bar 1.50" X 144" | Ext Amt... | $1.84/LBS $18,400.00 |
| | | Est. Wgt: 10000 lbs | | |
| | | 69 Business Days ARO (30 Oct 2015)    VIA: Ship Our Truck FOB  Delv. | | |
| | | 416 Condition A , price in effect at time of shipment, shipping Tol +/- 10% based on weight not on piece /bar count | | |
| **TOTAL Items: 1** | | **Est. Wgt: 10000 lbs** | | **$18,400.00** |

Price and availability subject to confirmation at time of order and to credit approval.

Standard terms and conditions apply. Applicable sales taxes not included.