UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

AKAI CUSTOM GUNS, LLC,
a Florida Limited Liability Company,
and SHAY HOROWITZ, an Individual,

   Plaintiff(s),

v.

KKM PRECISION, INC., a Nevada Corporation,
and SHOOTERS CONNECTION, INC., a
Kentucky Corporation,

   Defendant(s).
_____/

Case No: 0:20-cv-61469-RS

_____ Evidentiary
  ×   Trial
_____ Other

## DEFENDANTS' AMENDED JOINT EXHIBIT LIST

NOTE: Some of the exhibits below contain documents which Defendants are seeking to exclude pursuant to Defendants' Joint Motion in Limine ("MIL") (Doc. 135). Accordingly, Defendants in all likelihood will not be seeking to admit these documents if their MIL is granted by the Court with respect to type of document Defendants seek to exclude. By listing these documents below, Defendants are *not* admitting that such evidence is admissible or waiving their right to object to the admissibility of such evidence.

| PRESIDING JUDGE | PLAINTIFFS' ATTORNEYS | DEFENDANTS' ATTORNEYS |
|---|---|---|
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |

| Def. No. | Description | Bates Range / Source | Objections and Reasons | Date Offered | Marked | Admitted |
|---|---|---|---|---|---|---|
| 1. | December 5, 2019 demand letter from Fiato to Bradley | [Akai Horowitz 5-7] | I, UP, unless demand amount is redacted. FRE 408. | | | |
| 2. | December 5, 2019 demand letter from Fiato to McIntire | [Akai Horowitz 2-4] | I, UP, unless demand amount is redacted. FRE 408 | | | |
| 3. | January 9, 2020 Open Letter from KKM | [SCI 1868] | | | | |
| 4. | SCI Terms and Conditions of Sale | [SCI 001894- | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 001896] | R | | | |
| 5. | Emails and messages between SCI and KKM<br><br>**NOTE: Renumbered. See Exhibits 75-90.** | [SCI 1-83] | Only SCI-KKM emails are: 5-8; 30-34; 42 & 43-45. **R - 43-45** | | | |
| 6. | Text messages between Vlieger and Horowitz | [SCI 89, 108, 113, 119, 123] | | | | |
| 7. | Text messages between Bradley and Gottlieb | [SCI 383] | 383 is not text between Bradley and Gottlieb | | | |
| 8. | Text messages between Bradley and Horowitz | [SCI 440-452] | 445-446, 451 are not texts between Bradley & Horowitz. **R,U - 445-446, 451** | | | |
| 9. | Invoices from SCI to Akai | [SCI 455-483] | **R – 468** | | | |
| 10. | Invoices from KKM to SCI from 2016 to 2019 | [SCI 491-526] | | | | |
| 11. | Akai PSA | [SCI 534-535] | | | | |
| 12. | Letter from Corelli to Fiato [includes KKM Rockwell testing procedures] | [SCI 1859-1865] | | | | |
| 13. | SCI summary of purchases of KKM barrels | [SCI 1875-1876] | R | | | |
| 14. | SCI Terms of Sale | [SCI 1877] | R | | | |
| 15. | SCI Policies | [SCI 1878-1883] | R | | | |
| 16. | Invoices from SCI to Akai-2011-2016 | [SCI 1885-1893] | | | | |
| 17. | SCI website settings re terms of purchase | [SCI 1894] | R | | | |
| 18. | SCI terms of sale on website | [SCI 1895] | R | | | |
| 19. | Facebook messages between various parties<br>Composite exhibit<br>Various dates<br><br>**NOTE: Renumbered. See Exhibits 91-92.** | [SCI 000101-000107] | R, A, H, UP, I | | | |
| 20. | Facebook messages between various parties<br>Composite exhibit<br>Various dates | [SCI 001413-001422] | **R, UP – 1413** | | | |
| 21. | Facebook comments and photos regarding cracked slide | [SCI 001426-001428] | **R, UP** | | | |

280044428v.1

| | | | | | | |
|---|---|---|---|---|---|---|
| 22. | ==Messages between various parties Composite exhibit Various dates==<br><br>**NOTE: Renumbered. See Exhibits 94-95.** | [SCI 000436-000444] | R, H, UP – 436-439 | | | |
| 23. | "Akai Family" Facebook messages – Group 1 Composite exhibit Various dates<br><br>**NOTE: Renumbered. See Exhibit 115.** | [Akai Horowitz 8-139] | Only 8-134 = "Akai Family." A, H, R, UP – 61-62, 71. R, UP – 80-83, 87-88. R, I, UP – 90. I, R, UP – 114-115, 117-118, 122-123, 125. R – 134. | | | |
| 24. | =="Akai Family" Facebook messages – Group 2 Composite exhibit Various dates==<br><br>**NOTE: Renumbered. See Exhibits 96-100.** | [Akai Horowitz 293-314] | Only 293-294 = "Akai Family." R, H, UP – 297-304. R, H, UP – 307-308. | | | |
| 25. | Facebook messages between Shay Horowitz and Ian McPherson Composite exhibit Various dates | [Akai Horowitz 144-159] | I, R, UP – 145-147, 157-158. | | | |
| 26. | Facebook messages between Shay Horowitz and various third parties Composite exhibit Various dates | [Akai Horowitz 250-292] | I, R, UP – 255. H, R – 256-268. | | | |
| 27. | ==Text messages and Facebook messages between Shay Horowitz and various third parties Composite exhibit Various dates==<br><br>**NOTE: Renumbered. See Exhibits 100-113.** | [Akai Horowitz 315-478] | A, H, R, UP – 358-361; I, R, UP – 363, 365; R, UP – 377; R, UP – 385; I, R, UP – 387; UP – 393-394; R, UP 402-407; R, UP 410-411; A, H, R, UP – 412; A, H, R, UP – 415-416; A, H, R, UP, I – 417-435; A, H, R, UP,I, – 436-439; A, H, R, UP – 445-446; A, H, R, UP,I; - 451 R, UP – 453; A, H, R, UP –454. Exhibit 27 - Improper Composite Designation | | | |
| 28. | Text messages and Facebook messages between Shay Horowitz and John Vlieger Composite exhibit Various dates | [Akai Horowitz 607-676] | A, H, R, UP | | | |

280044428v.1

| | | | | | | |
|---|---|---|---|---|---|---|
| 29. | Speed Shooters Invoice 175131, dated August 26, 2019 | [Akai Horowitz 535] | | | | |
| 30. | Shooters Connection Invoice 158401 Dated October 15, 2019 | [SCI 000473] | | | | |
| 31. | Internet posts regarding Shay Horowitz Composite exhibit Various dates | [Ex. 17 to Horowitz Deposition] | **A, H, R, UP, I.** | | | |
| 32. | Akai Return and Warranty Policy | [Ex. 25 to Horowitz Deposition] | **R, UP** | | | |
| 33. | List of Serial Numbers, Manufacturers/Importers and Models | [Akai Horowitz 569-604] | | | | |
| 34. | Facebook Messages dated June 12, 2020 | [Akai Horowitz 306-308] | **A, H, R, UP** | | | |
| 35. | Michael Dame Production Composite Exhibit | [Dame 1-147] | **This Exhibit is not emails from Horowitz.  Exhibit is also misidentified. A, H, R, UP, I.** | | | |
| 36. | Declaration of Ian McPherson Dated January 27, 2021 | | | | | |
| 37. | Declaration of Tucker Schmidt Dated January 27, 2021 | | | | | |
| 38. | Declaration of Gary Sheres Dated January 27, 2021 | | | | | |
| 39. | Declaration of Thomas Naelon Dated January 27, 2021 | | | | | |
| 40. | All deposition transcripts and exhibits of any witness not available to testify at trial pursuant to FRCP 32 | | **Exhibit 40 - Improper composite designation.** | | | |
| 41. | BLANK | | | | | |
| 42. | BLANK | | | | | |
| 43. | BLANK | | | | | |
| 44. | "Troll" Facebook messages and posts Composite exhibit Various dates | [Akai Horowitz 160-249] | **A, H, R, UP, I 160-185; R,UP, I – 222, 229-230; A, H, R, UP, I 225-226, 231;** | | | |
| 45. | Army Field Manual regarding RC Hardness for Pistol Barrels | | **A, H, R, UP, I. Never produced or disclosed to Plaintiffs by Defendants.** | | | |
| 46. | Horowitz Messages regarding cracked slide | [SCI 001426-1428; Horowitz Dep. Ex. 13] | **A, H, R, UP, I.** | | | |

280044428v.1

| | | | | | | |
|---|---|---|---|---|---|---|
| 47. | Horowitz Messages regarding repair costs | [Akai Horowitz 115-123] | **A, H, R, UP, I.** | | | |
| 48. | Horowitz Message indicating 38 replaced barrels | [Akai Horowitz 116] | | | | |
| 49. | Horowitz Message refusing customer return request | [Akai Horowitz 556] | **A, H, R, UP, I.** | | | |
| 50. | Horowitz Message regarding test results | [Akai Horowitz 271] | | | | |
| 51. | Horowitz Message regarding KKM request to return barrels | [Akai Horowitz 441-442] | **A, H, R, UP, I** | | | |
| 52. | Horowitz Message regarding KKM request to return barrels | [Akai Horowitz 223] | | | | |
| 53. | Horowitz Message regarding KKM request to return barrels | [Akai Horowitz 349] | **H, R, UP** | ` | | |
| 54. ` | Brandon Bunker testing blog | [Akai Horowitz 135-139] | **A, H, R, UP, I** | | | |
| 55. | Horowitz Message regarding Outokumpu steel | [Akai Horowitz 127] | | | | |
| 56. | Lee Swanger, Ph.D., Expert Report | | **I, H** | | | |
| 57. | Dan Bedell Expert Report | | **I, H** | | | |
| 58. | Nevada Heat Treat test log | [NHT 1-8] | | | | |
| 59. | KKM corresp. to Nevada Heat Treat | [NHT 9] | | | | |
| 60. | Nevada Heat Treat test results | [KKM 10-17, 49] | | | | |
| 61. | Photographs of damaged guns | [KKM 1-3, 32-35] | **A, H** | | | |
| 62. | Outokumpu Certificates of Test | [KKM 18-29, 51-69] | | | | |
| 63. | Carpenter Certificates of Test | [KKM 36-39] | | | | |
| 64. | KKM Rockwell Testing Guidelines | [KKM 40-44] | | | | |
| 65. | KKM Test Results | [KKM 47-48] | **A, H, R, UP, I** | | | |

280044428v.1

| 66. | KKM Return/Exchange Policy | [KKM 149] | **R, UP** | | | |
|---|---|---|---|---|---|---|
| 67. | KKM Warranty | [KKM 153] | **R, UP** | | | |
| 68. | KKM InnovaTest Results | [KKM 168-249] | **R, UP** | | | |
| 69. | Akai Response to KKM Request to Produce | | | | | |
| 70. | Akai Response to SCI Request to Produce | | | | | |
| 71. | Horowitz Response to KKM Request to Produce | | | | | |
| 72. | Horowitz Response to SCI Request to Produce | | | | | |
| 73. | Emails between Horowitz and Carter | [Carter 1-85] | **A, H, R, UP, I. Never produced or disclosed to Plaintiffs by Defendants.** | | | |
| 74. | BLANK | | | | | |
| 75. | Innovatest report dated December 21, 2019 | [SCI 000002-3] | | | | |
| 76. | Email dated 12-9-19 from Vlieger to Bradley | [SCI 000004] | | | | |
| 77. | Email string between SCI and KKM. | [SCI 000005-8] | | | | |
| 78. | Email string between J. Vlieger and D. Paddock. | [SCI 000009-25] | | | | |
| 79. | Nevada Heat Treating certification dated 10-28-19. | [SCI 000009-26] | | | | |
| 80. | Email from McLearn to Bradley dated 11-17-20. | [SCI 000027] | | | | |
| 81. | Email from Vlieger to N. Cudaman dated 1-7-20. | [SCI 000028] | | | | |
| 82. | Email from Vlieger to McLearn dated 10-4-19. | [SCI 000029] | | | `` | |
| 83. | Email string between SCI and KKM. | [SCI 000030-34] | **R – 34** | | | |
| 84. | Email string but between SCI and McLearn Custom. | [SCI 000035-41] | **R – 35** | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 85. | Email string between SCI and KKM regarding "Commander Barrel." | [SCI 000042-45] | | | | |
| 86. | Email from Chuck Bradley to himself re: Bunker. | [SCI 000046-48] | | | | |
| 87. | Email from SCI to KKM dated October 31, 2019 regarding testing of the Venom barrels. | [SCI 000049-50] | **A, I, H** | | | |
| 88. | Email string between Bradley and Vlieger. | [SCI 000051-52] | | | | |
| 89. | Email string between Bradley and Lepping. | [SCI 000052-61] | | | ` | |
| 90. | Email from Vlieger to Bradley enclosing Horowitz messaging. | [SCI 000061-83] | | | | |
| 91. | Messages between Horowitz and third parties regarding KKM barrels. | [SCI 000101-104] | **R, A, H, UP, I** | | | |
| 92. | Messages between Dame and Warner. | [SCI 000105] | **R, A, H, UP, I** | | | |
| 93. | Messages between Horowitz and "Champin" regarding KKM barrels. | [SCI 000106-107] | **R, A, H, UP, I** | | | |
| 94. | Messages between Bradley and Gottlieb. | [SCI 000436-439] | **R, H, UP – 436-439** | | | |
| 95. | Messages between Bradley and Horowitz. | [SCI 000440-444] | | | | |
| 96. | "Akai Family" posts. | [SCI 000293-294] | **These are not [SCI 000293-294]** | | | |
| 97. | Communications between Horowitz and QC. | [SCI 000295-296] | **These are not [SCI 000295-296]** | | | |
| 98. | Communications between Horowitz and Mike Gynra. | [SCI 000297-308] | **These are not [SCI 000297-308] R, H, UP – 297-304** | | | |
| 99. | Communications from McIntyre. | [SCI 000309-310] | **R, H, UP – 307-308** | | | |
| 100. | Rockwell tester readings. | [SCI 000311-314] | **These are not [SCI 000311-314]** | | | |
| 101. | Text messages between John Vlieger and Nathan Carter. | [Akai Horowitz 315] | | | | |
| 102. | Facebook messages between Nathan Carter and Horowitz. | [Akai Horowitz 316-339] | | ` | ` | |

280044428v.1

| # | Description | Bates | Objections | | | |
|---|---|---|---|---|---|---|
| 103. | Facebook messages between Horowitz and "Pat" | [Akai Horowitz 340-349] | | | | |
| 104. | Facebook messages between Horowitz and "Scott" | [Akai Horowitz 350-352] | | | | |
| 105. | Facebook messages between Horowitz and "Joshua" | [Akai Horowitz 353] | | | | |
| 106. | Facebook messages between Horowitz and Jerry | [Akai Horowitz 354] | | | | |
| 107. | Facebook messages between Horowitz and Scott | [Akai Horowitz 355] | | | | |
| 108. | Facebook messaging between Horowitz and other parties. | [Akai Horowitz 356-362] | A, H, R, UP – 358-361 | | | |
| 109. | Facebook messaging between Horowitz and Scott Thompson. | [Akai Horowitz 363-412] | I, R, UP – 363, 365<br>R, UP – 377<br>R, UP – 385<br>I, R, UP – 387<br>UP – 393-394<br>R, UP – 402-407<br>R, UP – 410-411<br>A, H, R, UP – 412 | | | |
| 110. | Facebook messaging on the "Team Doodie Project" Facebook page. | [Akai Horowitz 413-420] | A, H, R, UP – 415-416 | | | |
| 111. | Facebook messaging between Horowitz and Scott Thompson. | [Akai Horowitz 421-438] | A, H, R, UP, I – 417-435 | | | |
| 112. | Facebook messaging between Horowitz and "Bruce" | [Akai Horowitz 439-467] | A, H, R, UP, I – 436-439<br>A, H, R, UP – 445-446<br>A, H, R, UP, I – 451<br>R, UP – 453<br>A, H, R, UP – 454 | | | |
| 113. | Facebook messaging between Horowitz and "Scott". | [Akai Horowitz 468-478] | | | | |
| 114. | Documents produced by Samuel, Son & Co.<br>Composite exhibit<br>Various dates | [SAM-NPR000001-000033]<br>[Akai Horowitz 2449-2451] | | | | |
| 115. | "Akai Family" Facebook messages – Group 1<br>Composite exhibit | [Akai Horowitz 8-60; 63-70; 72-79; 84-86; 89; | I, UP – 86 has "insurance" reference. | | | |

280044428v.1

|  |  | Various dates | 91-113; 116; 119-121; 124; 126-133; 135-139] | **135-139 are Not "Akai Family"** |  |  |  |
|---|---|---|---|---|---|---|---|
| 116. | Metals & Alloys in the Unified Numbering System; 14th Edition |  |  |  |  |  |  |
| 117. | ASTM E527 excerpts |  |  |  |  |  |  |
| 118. | ASM Metals Handbook, 10th Edition, Volume 1 excerpts |  |  |  |  |  |  |
| 119. | Crucible 416R Data Sheet |  |  |  |  |  |  |

280044428v.1