UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-61469-CV-SMITH

**AKAI CUSTOM GUNS, LLC et al.,**

    Plaintiff,

vs.

**KKM PRECISION, INC.**

    Defendant.

_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

Question #51

WHERE IS THE CONVERSATION THAT STATES YOU WHERE MISLEAD BY SHAY?? WE CANNOT LOCATE THE EVIDENCE IN THE BINDER.

DATE: 12/22/23

TIME: 11:15 AM

FOREPERSON SIGNATURE

FOREPERSON PRINT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-61469-CV-SMITH

AKAI CUSTOM GUNS, LLC et al.,

    Plaintiff,

vs.

KKM PRECISION, INC.

    Defendant.
_____/

THE COURT'S RESPONSE TO
JURORS QUESTION

You may rely on your own memory of the testimony. The statement in response to your question is not in the evidence binder

Date: 12/22/23

Time: 11:31

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-61469-CV-SMITH

AKAI CUSTOM GUNS, LLC et al.,

    Plaintiff,

vs.

KKM PRECISION, INC.

    Defendant.
_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

Damages
#69. ?
Where is it?

DATE: 12-22-23

TIME: 11:48 Am

FOREPERSON SIGN

FOREPERSON PRINT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-61469-CV-SMITH

AKAI CUSTOM GUNS, LLC et al.,

    Plaintiff,

vs.

KKM PRECISION, INC.

    Defendant.

_____/

THE COURT'S RESPONSE TO
JURORS QUESTION

Refer to the jury instructions

Date: 12/22/23

Time: 11:57 A.M.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-61469-CV-SMITH

AKAI CUSTOM GUNS, LLC et al.,

    Plaintiff,

vs.

KKM PRECISION, INC.

    Defendant.

_____/

## QUESTION/NOTE FROM THE JURY TO THE COURT

If your answer to Question 61 is No proceed to Question 63. However, if your answer to 61 is Yes then skip to Question 63? Should we proceed to 62 — If Any _____ Same number

DATE: 12-22-23

TIME: 2:35

FOREPERSON SIGNATURE

FOREPERSON PRINT

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-61469-CV-SMITH

AKAI CUSTOM GUNS, LLC et al.,

    Plaintiff,

vs.

KKM PRECISION, INC.

    Defendant.
_____/

THE COURT'S RESPONSE TO
JURORS QUESTION

It was a typo. You are correct as it pertains to question 61.

"If your answer to Question 61 is NO, then proceed to Question 62. However, if your answer to 61 is YES, then skip to Question 63."

Date: 12-22-23

Time: 2:45 pm

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-61469-CV-SMITH

AKAI CUSTOM GUNS, LLC et al.,

    Plaintiff,

vs.

KKM PRECISION, INC.

    Defendant.

_____/

QUESTION/NOTE FROM THE
JURY TO THE COURT

We Have Reached The Verdict

DATE: 12-22-23

TIME: 3:00 Pm

_____
FOREPERSON SIGNATURE

_____
FOREPERSON PRINT