# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 20-CV-61469-RS

AKAI CUSTOM GUNS, LLC,
a Florida Limited Liability Company,
and SHAY HOROWITZ, an individual,

      Plaintiffs,

v.

KKM PRECISION, INC., a Nevada Corporation,
and SHOOTERS CONNECTION, INC., a
Kentucky Corporation,

      Defendants.

_____/

## VERDICT FORM

    WE, the Jury, find:

## Count I – Misleading Advertising

**1.** Did KKM falsely advertise on its website in 2019 or earlier that all of its barrels are made from certified 416R gun-barrel quality stainless steel bar stock and are heat treated and vacuum tempered to a Rockwell hardness of 42 RC?

YES ___✓___ NO _____

*If your answer to Question 1 is NO, then skip to Question 10. However, if your answer to 1 is YES, then proceed to Question 2.*

**2.** Did KKM know, or should it have known, that the advertisement was false?

YES _____ NO ___✓___

*If your answer to Question 2 is NO, then skip to Question 10. However, if your answer to 2 is YES, then proceed to Question 3.*

**3.** Did KKM intend that Akai rely on the advertisement?

YES _____ NO _____

*If your answer to Question 3 is NO, then skip to Question 10. However, if your answer to 3 is YES, then proceed to Question 4.*

**4.**     Did Akai justifiably rely on the advertisement?

YES _____          NO _____

*If your answer to Question 4 is NO, then skip to Question 10.  However, if your answer to 4 is YES, then proceed to Question 5.*

**5.**     Did Akai suffer injury or harm in reliance on KKM's advertisement?

YES _____          NO _____

*If your answer to Question 5 is NO, then skip to Question 10.  However, if your answer to 5 is YES, then proceed to Question 6.*

**6.**     What are Akai's actual damages?

Actual damages          $_____

PUNITIVE DAMAGES

**7.**     Did Akai prove by clear and convincing evidence that KKM was guilty of intentional misconduct or gross negligence?

YES _____          NO _____

*If your answer to Question 7 is NO, then skip to Question 10.  However, if your answer to 7 is YES, then proceed to Question 8.*

**8.**     Was KKM's intentional misconduct or gross negligence a substantial cause of loss, injury, or damage to Akai?

YES _____          NO _____

*If your answer to Question 8 is NO, then skip to Question 10.  However, if your answer to 8 is YES, then proceed to Question 9.*

**9.**     What do you award Akai for punitive damages?

Punitive damages          $_____

**Count III – Florida's Deceptive and Unfair Trade Practices Act**

10.     Did KKM falsely and intentionally advertise on its website in 2019 or earlier that all of its barrels are made from certified 416R gun-barrel quality stainless steel bar stock and are heat treated and vacuum tempered to a Rockwell hardness of 42 RC?

YES _____          NO _____✓____

*If your answer to Question 10 is NO, then skip to Question 14.  However, if your answer to 10 is YES, then proceed to Question 11.*

11.     Does this constitute a deceptive practice in the conduct of KKM's trade or commerce?

YES _____          NO _____

*If your answer to Question 11 is NO, then skip to Question 14.  However, if your answer to 11 is YES, then proceed to Question 12.*

12.     Were KKM's actions the legal cause of actual damage sustained by Akai?

YES _____          NO _____

*If your answer to Question 12 is NO, then skip to Question 14.  However, if your answer to 12 is YES, then proceed to Question 13.*

13.     What are Akai's actual damages?

Actual damages          $_____

**Count IV – Fraudulent Inducement**

14.     Did KKM falsely represent to Akai in 2019 or earlier that all of its barrels are made from certified 416R gun-barrel quality stainless steel bar stock and are heat treated and vacuum tempered to a Rockwell hardness of 42 RC?

YES ___✓___                NO _____

*If your answer to Question 14 is NO, then skip to Question 21.  However, if your answer to 14 is YES, then proceed to Question 15.*

15.     Did KKM know or should it have known that the representation was false?

YES _____                NO ___✓___

*If your answer to Question 15 is NO, then skip to Question 21.  However, if your answer to 15 is YES, then proceed to Question 16.*

16.     Did KKM intend that Akai rely on the representation?

YES _____                NO _____

*If your answer to Question 16 is NO, then skip to Question 21.  However, if your answer to 16 is YES, then proceed to Question 17.*

17.     Did Akai reasonably rely on the representation?

YES _____                NO _____

*If your answer to Question 17 is NO, then skip to Question 21.  However, if your answer to 17 is YES, then proceed to Question 18.*

18.   Did KKM have a specific intent not to perform the promise at the time the promise was made?

YES _____                NO _____

*If your answer to Question 18 is NO, then skip to Question 21.  However, if your answer to 18 is YES, then proceed to Question 19.*

19.   Did Akai suffer injury or harm in reliance on KKM's representation?

YES _____                NO _____

*If your answer to Question 19 is NO, then skip to Question 21.  However, if your answer to 19 is YES, then proceed to Question 20.*

20.     What are Akai's actual damages?
Actual damages:  $_____

**Count VII – Implied Warranty of Merchantability**

**21.**   Did Akai provide Shooters Connection with an opportunity to inspect, test, and sample the KKM barrels?

YES _____        NO _____ ✓

*If your answer to Question 21 is NO, then skip to Question 27.  However, if your answer to 21 is YES, then proceed to Question 22.*

**22.**   Was Shooters Connection in the business of selling the KKM barrels that Akai purchased?

YES _____        NO _____

*If your answer to Question 22 is NO, then skip to Question 27.  However, if your answer to 22 is YES, then proceed to Question 23.*

**23.**   Were the KKM barrels sold to Akai by Shooters Connection fit for the ordinary purposes for which such goods are used?

YES _____        NO _____

*If your answer to Question 23 is NO, then proceed to Question 24.  However, if your answer to 23 is YES, then skip to Question 27.*

**24.**   Did Akai take reasonable steps to notify Shooters Connection within a reasonable time after Akai discovered that the KKM barrels were not fit for the ordinary purposes for which such goods are used?

YES _____        NO _____

*If your answer to Question 24 is NO, then skip to Question 27.  However, if your answer to 24 is YES, then proceed to Question 25.*

**25.**   Was the failure of the KKM barrels to be fit for the ordinary purposes for which such goods are used a legal cause of Akai's injury or harm?

YES _____        NO _____

*If your answer to Question 25 is NO, then skip to Question 27.  However, if your answer to 25 is YES, then proceed to Question 26.*

**26a.**    What are Akai's damages as a result of Shooters Connection's breach of the implied warranty of merchantability?

Actual damages:  $_____

*If the amount entered is $0 for both lines above, then answer Question 26b.  But if the amount entered is greater than $0 for either line above, skip Question 26b and proceed to Question 27.*

**26b.**    How much do you award Akai in nominal damages?

Nominal Damages:  $_____        (This amount must be greater than $0.)

**Count VIII – Implied Warranty of Fitness for Particular Purpose**

27.     Did Akai provide Shooters Connections with an opportunity to inspect, test, and sample the KKM barrels?

YES _____          NO ____✓____

*If your answer to Question 27 is NO, then skip to Question 35.  However, if your answer to 27 is YES, then proceed to Question 28.*

28.     At the time Akai purchased the KKM barrels from Shooters Connection, did Shooters Connection know or have reason to know that Akai intended to use the barrels for a particular purpose?

YES _____          NO _____

*If your answer to Question 28 is NO, then skip to Question 35.  However, if your answer to 28 is YES, then proceed to Question 29.*

29.     At the time of purchase, did Shooters Connection know or have reason to know that Akai was relying on Shooters Connection's skill and judgment to select or furnish a product that was suitable for Akai's particular purpose?

YES _____          NO _____

*If your answer to Question 29 is NO, then skip to Question 35.  However, if your answer to 29 is YES, then proceed to Question 30.*

30.     Did Akai justifiably rely on Shooters Connection's skill and judgment?

YES _____          NO _____

*If your answer to Question 30 is NO, then skip to Question 35.  However, if your answer to 30 is YES, then proceed to Question 31.*

31.     Were the KKM barrels suitable for Akai's particular purpose?

YES _____          NO _____

*If your answer to Question 31 is NO, then proceed to Question 32.  However, if your answer to 31 is YES, then skip to Question 35.*

**32.**     Did Akai take reasonable steps to notify Shooters Connection within a reasonable time that the KKM barrels were not suitable for Akai's particular purpose?

YES _____          NO _____

*If your answer to Question 32 is NO, then skip to Question 35.  However, if your answer to 32 is YES, then proceed to Question 33.*

**33.**     Was the failure of the KKM barrels to be suitable for Akai's particular purpose a legal cause of Akai's injury or harm?

YES _____          NO _____

*If your answer to Question 33 is NO, then skip to Question 35.  However, if your answer to 33 is YES, then proceed to Question 34.*

**34a.**   What are Akai's damages as a result of Shooters Connection's breach of the implied warranty of fitness for a particular purpose?

Actual damages:  $_____

Lost Profits:  $_____

*If the amount entered is $0 for both lines above, then answer Question 34b.  But if the amount entered is greater than $0 for either line above, skip Question 34b and proceed to Question 35.*

**34b.**   How much do you award Akai in nominal damages?

Nominal Damages:  $_____          (This amount must be greater than $0.)

**Count XII – Defamation by Implication v. KKM**

**35.** Was KKM's statement that "I do not know if this company really does intend to sue or if this was just a threat to cover up and lay blame on us for their actions" a statement of fact or a statement that creates a false impression, as opposed to a statement of mere opinion?

YES _____     NO _____

*If your answer to Question 35 is NO, then skip to Question 42. However, if your answer to 35 is YES, then proceed to Question 36.*

**36a.** Did KKM's statement that "I do not know if this company really does intend to sue or if this was just a threat to cover up and lay blame on us for their actions" create a false impression about Akai by juxtaposing a series of facts so as to imply a defamatory connection between them?

YES _____     NO _____

**36b.** Did KKM's statement that "I do not know if this company really does intend to sue or if this was just a threat to cover up and lay blame on us for their actions" create a false impression about Akai by creating a defamatory implication by omitting certain facts?

YES _____     NO _____

**36c.** Did KKM's statement that "I do not know if this company really does intend to sue or if this was just a threat to cover up and lay blame on us for their actions" tend to expose Akai to hatred, ridicule, or contempt, or tend to injure Akai in its business, reputation, or occupation or charge that Akai committed a crime?

YES _____     NO _____

*Please answer Questions 36a, 36b and 36c. If your answer to all three is NO, then skip to Question 42. But if you answer YES to any of the three, proceed to Question 37.*

**37.**  Was the evidence clear and convincing that KKM made the statement with actual malice?

YES _____          NO _____

*If your answer to Question 37 is NO, then skip to Question 42.  However, if your answer to 37 is YES, then proceed to Question 38.*


**38.**  Did KKM's statement cause Akai to suffer damages?

YES _____          NO _____

*If your answer to Question 38 is NO, then skip to Question 42.  However, if your answer to 38 is YES, then proceed to Question 39.*


**39.**  Was KKM's statement that "I do not know if this company really does intend to sue or if this was just a threat to cover up and lay blame on us for their actions" substantially true, free of any defamatory implications, and made with good motives?

YES_____          NO_____

*If your answer to Question 39 is NO, then proceed to Question 40.  However, if your answer to 39 is YES, then skip to Question 42.*


**40.**  Was KKM's statement covered by the affirmative defense of truth or qualified privilege?

YES_____          NO_____

*If your answer to Question 40 is NO, then proceed to Question 41.  However, if your answer to 40 is YES, then skip to Question 42.*


DAMAGES

**41a.**  How much do you award Akai in compensatory damages, if any?

$_____

*If the amount entered is $0, answer Question 41b.  If the amount entered is greater than $0 skip Question 41b and proceed to Question 42.*


**41b.**  How much do you award Akai in nominal damages?

$_____          This amount must be greater than $0

**Count XV – Defamation by Implication v. Shooters Connection**

**42.** Was Shooters Connection's statement that "I do not know if this company really does intend to sue or if this was just a threat to cover up and lay blame on us for their actions" a statement of fact or a statement that creates a false impression, as opposed to a statement of mere opinion?

YES _____     NO _____ ✓

*If your answer to Question 42 is NO, then skip to Question 49.  However, if your answer to 42 is YES, then proceed to Question 43.*

**43a.**     Did Shooter Connection's statement that "I do not know if this company really does intend to sue or if this was just a threat to cover up and lay blame on us for their actions" create a false impression about Akai by juxtaposing a series of facts so as to imply a defamatory connection between them?

YES _____          NO _____

**43b.**   Did Shooter Connection's statement that "I do not know if this company really does intend to sue or if this was just a threat to cover up and lay blame on us for their actions" create a false impression about Akai by creating a defamatory implication by omitting certain facts?

YES _____          NO _____

**43c.**   Did Shooter Connection's statement that "I do not know if this company really does intend to sue or if this was just a threat to cover up and lay blame on us for their actions" tend to expose Akai to hatred, ridicule, or contempt, or tend to injure Akai in its business, reputation, or occupation or charge that Akai committed a crime?

YES _____          NO _____

*Please answer Questions 43a, 43b and 43c. If your answer to all three is NO, then skip to Question 49. But if you answer YES to any of the three, proceed to Question 44.*

**44.** Was the evidence clear and convincing that Shooters Connection made the statement with actual malice?

YES _____     NO _____

*If your answer to Question 44 is NO, then skip to Question 49. However, if your answer to 44 is YES, then proceed to Question 45.*

**45.** Did Shooter Connection's statement cause Akai to suffer damages?

YES _____     NO _____

*If your answer to Question 45 is NO, then skip to Question 49. However, if your answer to 45 is YES, then proceed to Question 46.*

**46.** Was Shooters Connection's statement that "I do not know if this company really does intend to sue or if this was just a threat to cover up and lay blame on us for their actions" substantially true, free of any defamatory implications, and made with good motives?

YES _____     NO _____

*If your answer to Question 46 is NO, then proceed to Question 47. However, if your answer to 46 is YES, then skip to Question 49.*

**47.** Was Shooters Connection's statement covered by the affirmative defense of truth or qualified privilege?

YES _____     NO _____

*If your answer to Question 47 is NO, then proceed to Question 48. However, if your answer to 47 is YES, then skip to Question 49.*

DAMAGES

**48a.** How much do you award Akai in compensatory damages, if any?

$ _____

*If the amount entered is $0, answer Question 48b. If the amount entered is greater than $0 skip Question 48b and proceed to Question 49.*

**48b.** How much do you award Akai in nominal damages?

$ _____     This amount must be greater than $0

12

**49.** Was Shooters Connection's statement that "you were misled by Shay that it was the barrel" a statement of fact or a statement that creates a false impression, as opposed to a statement of mere opinion?

YES _____✓_____          NO _____

*If your answer to Question 49 is NO, then skip to Question 56.  However, if your answer to 49 is YES, then proceed to Question 50.*

**50a.**     Did Shooters Connection's statement that "you were misled by Shay that it was the barrel" create a false impression about Horowitz by juxtaposing a series of facts so as to imply a defamatory connection between them?

YES ___✓_____          NO _____

**50b.**  Did Shooters Connection's statement that "you were misled by Shay that it was the barrel" create a false impression about Horowitz by creating a defamatory implication by omitting certain facts?

YES ____✓_____          NO _____

**50c.**   Did Shooters Connection's statement that "you were misled by Shay that it was the barrel" tend to expose Horowitz to hatred, ridicule, or contempt, or tend to injure Horowitz in his business, reputation, or occupation or charge that Horowitz committed a crime?

YES ____✓_____          NO _____

*Please answer Questions 50a, 50b and 50c. If your answer to all three is NO, then skip to Question 56. But if you answer YES to any of the three, proceed to Question 51.*

**51.**     Was the evidence clear and convincing that Shooters Connection made the statement with actual malice?

YES ____✓_____          NO _____

*If your answer to Question 51 is NO, then skip to Question 56.  However, if your answer to 51 is YES, then proceed to Question 52.*

52.    Did Shooters Connection's statement cause Horowitz to suffer damages?

YES ___✔___          NO _____

*If your answer to Question 52 is NO, then skip to Question 56.  However, if your answer to 52 is YES, then proceed to Question 53.*

53.    Was Shooters Connection's statement that "you were misled by Shay that it was the barrel" substantially true, free of any defamatory implications, and made with good motives?

YES_____          NO____✔_____

*If your answer to Question 53 is NO, then proceed to Question 54.  However, if your answer to 53 is YES, then skip to Question 56.*

54.    Was Shooters Connection's statement covered by the affirmative defense of truth or qualified privilege?

YES_____          NO____✔_____

*If your answer to Question 54 is NO, then proceed to Question 55.  However, if your answer to 54 is YES, then skip to Question 56.*

DAMAGES

55a.    How much do you award Horowitz in compensatory damages, if any?

$____125,000.00

*If the amount entered is $0, answer Question 55b.  If the amount entered is greater than $0 skip Question 55b and proceed to Question 56.*

55b.    How much do you award Plaintiff in nominal damages?

$_____          This amount must be greater than $0.

14

**56.** Was Shooters Connection's statement that "KKM's heat treaters are certified. [Horowitz's] are not" a statement of fact or a statement that creates a false impression, as opposed to a statement of mere opinion?

YES ____✓____        NO _____

*If your answer to Question 56 is NO, then skip to Question 63. However, if your answer to 56 is YES, then proceed to Question 57.*

**57a.** Did Shooters Connection's statement that "KKM's heat treaters are certified. [Horowitz's] are not" create a false impression about Horowitz by juxtaposing a series of facts so as to imply a defamatory connection between them?

YES ____✓____        NO _____

**57b.** Did Shooters Connection's statement that "KKM's heat treaters are certified. [Horowitz's] are not" create a false impression about Horowitz by creating a defamatory implication by omitting certain facts?

YES ____✓____        NO _____

**57c.** Did Shooters Connection's statement that "KKM's heat treaters are certified. [Horowitz's] are not" tend to expose Horowitz to hatred, ridicule, or contempt, or tend to injure Horowitz in his business, reputation, or occupation or charge that Horowitz committed a crime?

YES ____✓____        NO _____

*Please answer Questions 57a, 57b and 57c. If your answer to all three is NO, then skip to Question 63. But if you answer YES to any of the three, proceed to Question 58.*

**58.** Was the evidence clear and convincing that Shooters Connection made the statement with actual malice?

YES ____✓____        NO _____

*If your answer to Question 58 is NO, then skip to Question 63. However, if your answer to 58 is YES, then proceed to Question 59.*

**59.**   Did Shooters Connection's statement cause Horowitz to suffer damages?

YES ____✓____          NO _____

*If your answer to Question 59 is NO, then skip to Question 63.  However, if your answer to 59 is YES, then proceed to Question 60.*

**60.**   Was Shooters Connection's statement that "KKM's heat treaters are certified. [Horowitz's] are not" substantially true, free of any defamatory implications, and made with good motives?

YES_____          NO____✓_____

*If your answer to Question 60 is NO, then proceed to Question 61.  However, if your answer to 60 is YES, then skip to Question 63.*

**61.**   Was Shooters Connection's statement covered by the affirmative defense of truth or qualified privilege?

YES_____     NO____✓_____

*If your answer to Question 61 is NO, then proceed to Question 63.  However, if your answer to 61 is YES, then skip to Question 63.*

DAMAGES

**62a.**   How much do you award Horowitz in compensatory damages, if any?

$ __125,000.00__

*If the amount entered is $0, answer Question 62b.  If the amount entered is greater than $0 skip Question 62b and proceed to Question 63.*

**62b.**   How much do you award Plaintiff in nominal damages?

$_____   This amount must be greater than $0.

**63.** Was Shooters Connection's statement that "built with [Horowitz's] unconventional methods" and that "[Horowitz's] testing methods were faulty" a statement of fact or statement that creates a false impression, as opposed to a statement of mere opinion?

YES _____✓_____          NO _____

*If your answer to Question 63 is NO, then skip to Question 70.  However, if your answer to 63 is YES, then proceed to Question 64.*

**64a.** Did Shooters Connection's statement that barrels were "built with [Horowitz's] unconventional methods" and that "[Horowitz's] testing methods were faulty" create a false impression about Horowitz by juxtaposing a series of facts so as to imply a defamatory connection between them?

YES _____✓_____          NO _____

**64b.** Did Shooters Connection's statement that barrels were "built with [Horowitz's] unconventional methods" and that "[Horowitz's] testing methods were faulty" create a false impression about Horowitz by creating a defamatory implication by omitting certain facts?

YES _____✓_____          NO _____

**64c.** Did Shooters Connection's statement that barrels were "built with [Horowitz's] unconventional methods" and that "[Horowitz's] testing methods were faulty" tend to expose Horowitz to hatred, ridicule, or contempt, or tend to injure Horowitz in his business, reputation, or occupation, or charge that Horowitz committed a crime?

YES _____✓_____          NO _____

*Please answer Questions 64a, 64b and 64c.  If your answer to all three is NO, then skip to Question 70.  But if you answer YES to any of the three, proceed to Question 65.*

**65.** Was the evidence clear and convincing that Shooters Connection made the statement with actual malice?

YES _____✓_____          NO _____

*If your answer to Question 65 is NO, then skip to Question 70.  However, if your answer to 65 is YES, then proceed to Question 66.*

**66.**    Did Shooters Connection's statement cause Horowitz to suffer damages?

YES _____✓_____          NO _____

*If your answer to Question 66 is NO, then skip to Question 70.  However, if your answer to 66 is YES, then proceed to Question 67.*

**67.**    Was Shooters Connection's statement that barrels were "built with [Horowitz's] unconventional methods" and that "[Horowitz's] testing methods were faulty" substantially true, free of any defamatory implications, and made with good motives?

YES_____          NO____✓_____

*If your answer to Question 67 is NO, then proceed to Question 68.  However, if your answer to 67 is YES, then skip to Question 70.*

**68.**    Was Shooters Connection's statement covered by the affirmative defense of truth or qualified privilege?

YES_____     NO____✓_____

*If your answer to Question 68 is NO, then proceed to Question 69.  However, if your answer to 68 is YES, then skip to Question 70.*

DAMAGES

**69a.**   How much do you award Horowitz in compensatory damages, if any?

$ _125,000.00_

*If the amount entered is $0, answer Question 69b.  If the amount entered is greater than $0 skip Question 69b and proceed to Question 70.*

**69b.**   How much do you award Plaintiff in nominal damages?

$_____     This amount must be greater than $0.

18

**70.** Was Shooters Connection's statement that "By the way have you looked into Shay [Horowitz's] history?" a statement of fact or statement that creates a false impression, as opposed to a statement of mere opinion?

YES ___✓___     NO _____

*If your answer to Question 70 is NO, then this ends your deliberations; do not answer any more questions, and have the foreperson sign and date this form. But if you answer to Question 70 is YES, proceed to Question 71.*

**71a.** Did Shooters Connection's statement that "By the way have you looked into Shay [Horowitz's] history?" create a false impression about Horowitz by juxtaposing a series of facts so as to imply a defamatory connection between them?

YES ___✓___     NO _____

**71b.** Did Shooters Connection's statement that "By the way have you looked into Shay [Horowitz's] history?" create a false impression about Horowitz by creating a defamatory implication by omitting certain facts?

YES ___✓___     NO _____

**71c.** Did Shooters Connection's statement that "By the way have you looked into Shay [Horowitz's] history?" tend to expose Horowitz to hatred, ridicule, or contempt, or tend to injure Horowitz in his business, reputation, or occupation or charge that Horowitz committed a crime?

YES ___✓___     NO _____

*Please answer Questions 71a, 71b and 71c. If your answer to all three is NO, then this ends your deliberations; do not answer any more questions, and have the foreperson sign and date this form. But if you answer YES to any of the three, proceed to Question 72.*

**72.**    Was the evidence clear and convincing that Shooters Connection made the statement with actual malice?

YES _____✓_____          NO _____

*If your answer to Question 72 is NO, then this ends your deliberations; do not answer any more questions, and have the foreperson sign and date this form.  However, if your answer to 72 is YES, then proceed to Question 73.*

**73.**    Did Shooters Connection's statement cause Horowitz to suffer damages?

YES _____✓_____          NO _____

*If your answer to Question 73 is NO, then this ends your deliberations; do not answer any more questions, and have the foreperson sign and date this form. However, if your answer to 73 is YES, then proceed to Question 74.*

**74.**    Was Shooters Connection's statement that "By the way have you looked into Shay [Horowitz's] history?" substantially true, free of any defamatory implications, and made with good motives?

YES_____          NO____✓_____

*If your answer to Question 74 is NO, then proceed to Question 75.  However, if your answer to 74 is YES, then this ends your deliberations; do not answer any more questions, and have the foreperson sign and date this form.*

**75.**    Was Shooters Connection's statement covered by the affirmative defense of truth or qualified privilege?

YES_____          NO____✓_____

*If your answer to Question 75 is NO, then proceed to Question 76.  However, if your answer to 75 is YES, then this ends your deliberations; do not answer any more questions, and have the foreperson sign and date this form.*

DAMAGES

**76a.**   How much do you award Horowitz in compensatory damages, if any?

$ _125,000.00_

*If the amount entered is $0, answer Question 76b.  If the amount entered is greater than $0 skip Question 76b.*

**76b.**   How much do you award Plaintiff in nominal damages?

$_____   This amount must be greater than $0.

****

SO SAY WE ALL, this _22nd_ day of December, 2023.

_____

FOREPERSON (print name)                 FOREPERSON (signature)