UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61469-CIV-SMITH/VALLE

AKAI CUSTOM GUNS, LLC, *et al.*,

    Plaintiffs,

v.

KKM PRECISION, INC., *et al.*,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on Magistrate Judge Valle's Report and Recommendation to District Judge [DE 288] ("Report"), in which she recommends granting Defendant, KKM Precision, Inc.'s Unopposed Motion to Tax Costs [DE 266]. Neither party has filed objections to the Report and Recommendation. Accordingly, having reviewed the Report and Recommendation and the record, it is

**ORDERED** that

1. Magistrate Judge Valle's Report and Recommendation to District Judge [DE 288] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2. Defendant, KKM Precision, Inc.'s Unopposed Motion to Tax Costs [DE 266] is **GRANTED.**

3. Defendant, KKM Precision, Inc. is awarded $11,711.96 in costs with interest accruing at the statutory rate. *See* 28 U.S.C. § 1961.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 17th day of April, 2024.

_____
**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record