UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61469-CIV-SMITH/VALLE

AKAI CUSTOM GUNS, LLC, *et al.*,

    Plaintiffs,

v.

KKM PRECISION, INC., *et al.*,

    Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter is before the Court upon the Magistrate Judge's Report and Recommendation to District Judge [DE 355] recommending Defendant KKM Precision, Inc.'s ("KKM") Renewed Verified Motion for Attorneys' Fees and Non-Taxable Expenses [DE 337] (the "Motion") be granted in part. No objections have been filed. Accordingly, having reviewed the Report and Recommendation, the motion, the record, and given that no objections have been filed, it is

**ORDERED** that:

1) The Magistrate Judge's Report and Recommendation to District Judge **[DE 355]** is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Defendant KKM Precision, Inc.'s ("KKM") Renewed Verified Motion for Attorneys' Fees and Non-Taxable Expenses **[DE 337]** is **GRANTED IN PART**. KKM is awarded $428,781.46 in attorneys' fees and $65,573.35 in costs.

**DONE and ORDERED** in Fort Lauderdale, Florida, this 17th day of September, 2025.

                                                       RODNEY SMITH
                                                     UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record